NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Panteha Abdollahi #230002
THEODORA ORINGHER PC
535 Anton Blvd., Ninth Floor
Costa Mesa, CA 92626
714-549-6200

ATTORNEY(S) FOR: Plaintiff Innovative Health LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

INNOVATIVE HEALTH LLC

Plaintiff(s),

v.

BIOSENSE WEBSTER, INC

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Innovative Health LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Innovative Health LLC* | Plaintiff |
| * Innovative Health LLC has no parent corporation or publicly held corporation owning 10% or more of its stock | |
| Biosense Webster, Inc. | Defendant |
| Johnson & Johnson | Defendant's Parent |

October 18, 2019
Date

/s/ Panteha Abdollahi
Signature
Panteha Abdollahi

Attorney of record for (or name of party appearing in pro per):

Innovative Health LLC

