KARLA KRAFT, State Bar No. 205530
  kkraft@sycr.com
KATIE BEAUDIN, State Bar No. 306402
  kbeaudin@sycr.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Katherine B. Forrest (*Pro Hac Vice*)
kforrest@cravath.com
Michael T. Reynolds (*Pro Hac Vice*)
mreynolds@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br>Hon. James V. Selna<br><br>**DECLARATION OF KATIE BEAUDIN IN SUPPORT OF DEFENDANT BIOSENSE WEBSTER, INC.'S PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hearing<br>Date: October 19, 2020<br>Time: 1:30 p.m.<br><br>Complaint Filed:  October 18, 2019<br>Second Amended Complaint Filed: September 2, 2020 |

1

DECLARATION OF KATIE BEAUDIN ISO OF MOTION TO DISMISS
SECOND AMENDED COMPLAINT
CASE NO. 8:19-cv-01984

I, Katie Beaudin, declare:

1. I am an attorney duly authorized to practice law in the state of California and admitted to practice before this Court. I am an associate in the law firm Stradling Yocca Carlson & Rauth and counsel of record for Defendant Biosense Webster, Inc. ("Biosense"). I make each of the statements below based on my own personal knowledge and a review of the files associated with this matter. If called as a witness, I could and would testify competently to the facts stated herein.

2. A true and correct copy of a full redline tracking the changes between the First Amended Complaint and the Second Amended Complaint is attached hereto as **Exhibit 1**.

3. A true and correct copy of a comparison of the text of thirteen selected paragraphs in the First Amended Complaint and the Second Amended Complaint is attached hereto as **Exhibit 2**.

4. A true and correct copy of a comparison of paragraphs 26-31 of the First Amended Complaint and paragraphs 40-43 of the Second Amended Complaint is attached hereto as **Exhibit 3**.

5. A true and correct copy of Biosense's briefing on its Motion to Dismiss the First Amended Complaint (Dkt. No. 35) in which Biosense has highlighted its arguments relating to clinical support and tying is attached hereto at **Exhibit 4**.

6. A true and correct copy of Biosense's Reply in support of its Motion to Dismiss the First Amended Complaint (Dkt. No. 39) in which Biosense has highlighted its arguments relating to clinical support and tying is attached hereto as **Exhibit 5**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September, 2020, in Newport Beach, California.

<u>/s/ Katie Beaudin</u>
Katie Beaudin