1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>    Defendant. | CASE NO. 8:19-cv-1984 JVS (KESx)<br><br>**ORDER RE [~~PROPOSED~~] STIPULATED PROTECTIVE ORDER**<br><br>Judge:  Hon. James V. Selna<br><br>Complaint Filed: October 18, 2019<br>Corrected Second Amended Complaint Filed: October 16, 2020 |

-2-

1  The Court has read and considered the parties' STIPULATED
2  PROTECTIVE ORDER and, finding good cause, ORDERS that:
3  The STIPULATED PROTECTIVE ORDER is hereby approved.
4  IT IS SO ORDERED.

DATED: November 12, 2020

*Karen E. Scott*
Honorable Karen E. Scott
United States Magistrate Judge