UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-01984JVS(KESx) | Date | Dec. 2, 2020 |
| Title | Innovative Health LLC v. Biosense Webster, Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Biosense Webster's Request for Oral Argument**

    Biosense Webster, Inc. ("Biosense") filed a motion requesting a hearing on the Court's tentative order concerning Biosense's motion to dismiss. Dkt. No. 70. Its request addressed two issues.

    First, it argued that "oral argument is necessary to confirm that the exclusive dealing claims in the CSAC have been dismissed." Id. at 2. Second, it argued that "oral argument is necessary to fully discuss several of the product separateness arguments in the Motion specific to the tying claims which" the tentative order did not address. Id. at 3. Relatedly, it also requested oral argument because the rulings on motions related to the tying claims have varied, despite it saying that the tying claims have remained substantively unchanged throughout the four versions of its complaint. Id.

    The Court believes the first issue can be addressed without any oral argument or further briefing.

    Regarding the second issue, however, the Court requests that Innovative Health file a five (5) page brief responding to the second issue (the product separateness arguments and that purportedly varying orders by the Court). Innovative Health must file its brief by December 8, 2020 at 5:00 p.m.

    **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 19-01984JVS(KESx)   Date  Dec. 2, 2020

Title  Innovative Health LLC v. Biosense Webster, Inc.

                                                                                                     :   0

Initials of Preparer   lmb