1  Panteha Abdollahi, Bar No. 230002
   pabdollahi@tocounsel.com
2  THEODORA ORINGHER PC
   535 Anton Boulevard, Ninth Floor
3  Costa Mesa, California 92626-7109
   Telephone: (714) 549-6200
4  Facsimile: (714) 549-6201

5  Jeffrey L. Berhold (*Pro Hac Vice*)
   jeff@berhold.com
6  JEFFREY L. BERHOLD, P.C.
   1230 Peachtree Street, Suite 1050
7  Atlanta, Georgia 30309
   Telephone: (404) 872-3800
8  Facsimile: (678) 868-2021

9  Attorneys for Plaintiff
   INNOVATIVE HEALTH LLC

10 Karla J. Kraft, Bar No. 205530           Katherine B. Forrest (*Pro Hac Vice*)
     kkraft@sycr.com                          kforrest@cravath.com
11 Victoria Mclaughlin, Bar No. 321861     Michael T. Reynolds (*Pro Hac Vice*)
     vmclaughlin@sycr.com                     mreynolds@cravath.com
12 STRADLING YOCCA CARLSON                 CRAVATH, SWAINE & MOORE LLP
     & RAUTH,                               825 Eighth Avenue
13 A Professional Corporation              New York, NY 10019-7475
   660 Newport Center Drive, Suite 1600    Telephone: (212) 474-1000
14 Newport Beach, CA 92660-6422            Facsimile: (212) 474-3700
   Telephone: (949) 725-4000
15 Facsimile: (949) 725-4100               Attorneys for Defendant
                                           BIOSENSE WEBSTER, INC.
16 Attorneys for Defendant
   BIOSENSE WEBSTER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-1984 JVS (KESx)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS PRODUCED IN LITIGATION**<br><br>Complaint Filed: October 18, 2019<br><br>Corrected Second Amended Complaint Filed: October 16, 2020<br><br>Trial Date: April 5, 2022 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
STIPULATION RE AUTHENTICITY OF DOCUMENTS PRODUCED IN LITIGATION
8:19-cv-1984 JVS (KESx)

1  Plaintiff Innovative Health LLC ("Plaintiff") and Defendant Biosense Webster, Inc. ("Defendant") (each, a "Party", and together, the "Parties"), by and through their undersigned counsel, hereby submit the following stipulation and proposed order regarding authenticity of documents or things produced by either the Parties or non-parties in this litigation to facilitate the taking of depositions in discovery and the presentation of evidence at trial:

1. Subject to the exceptions in Paragraphs 1.a. and 1.b. below and absent a good faith belief based upon evidence that a document or electronically stored information is not what it purports to be, all documents and electronically stored information produced in the litigation shall be presumed to be authentic within the meaning of Federal Rule of Evidence 901.

   a. Documents and electronically stored information that contain handwriting, other than a signature, the authorship of which has not been previously established in a deposition or discovery responses; and

   b. Documents and electronically stored information that are compiled in a manner in which they were neither produced nor created.

2. As it relates to any document or electronically stored information described in the exceptions contained in Paragraphs 1.a. and 1.b. above, the Parties reserve the right to offer the document or electronically stored information into evidence and/or object to its admission into evidence on the basis of authenticity.

3. As it relates to any document or electronically stored information with respect to which a Party has a good faith belief based upon evidence is not what it purports to be, the presumption of authenticity will no longer apply if the Party serves a specific good faith written objection to the authenticity of the particular document or electronically stored information. Any objection to authenticity must be provided with (or prior to) the exchange of objections to trial exhibits. The Parties will promptly meet and confer to attempt to resolve any such objection.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
STIPULATION RE AUTHENTICITY OF DOCUMENTS PRODUCED IN LITIGATION
8:19-CV-1984 JVS (KESX)

1  4.  The Parties do not intend to waive, and hereby reserve, their rights to
2 object to the admissibility of any document or electronically stored information on
3 grounds other than authenticity.
4  IT IS SO STIPULATED.

DATED: May 21, 2021  STRADLING YOCCA CARLSON
 & RAUTH
 A Professional Corporation

 By: */s/Karla J, Kraft*
  Karla J. Kraft
  Victoria McLaughlin
  Attorneys for Defendant
  BIOSENSE WEBSTER, INC.

DATED: May 21, 2021  Jeffrey L. Berhold, P.C.

 By: */s/ Jeffrey Berhold*
  Jeffrey Berhold
  Attorneys for Plaintiff
  INNOVATIVE HEALTH LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
STIPULATION RE AUTHENTICITY OF DOCUMENTS PRODUCED IN LITIGATION
8:19-CV-1984 JVS (KESX)

## **ELECTRONIC-FILING ATTESTATION**

Pursuant to Local Rule 5-4.3.4(A)(2)(1), I, Karla J. Kraft, am the ECF User whose ID and password are being used to file this document. I hereby attest that Jeffrey L. Berhold, counsel for Plaintiff, has concurred in this filing's content and has authorized the filing. I hereby certify that the content of this document is acceptable to Jeffrey L. Berhold, and I have obtained his authorization to affix his electronic signature to this document.

By: */s/ Karla J. Kraft*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
STIPULATION RE AUTHENTICITY OF DOCUMENTS PRODUCED IN LITIGATION
8:19-CV-1984 JVS (KESX)