KARLA J. KRAFT, State Bar No. 205530
  kkraft@stradlinglaw.com
VICTORIA MCLAUGHLIN, State Bar No. 321861
  vmclaughlin@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Katherine B. Forrest (*Pro Hac Vice*)
  kforrest@cravath.com
Michael T. Reynolds (*Pro Hac Vice*)
  mreynolds@cravath.com
Lillian S. Grossbard (*Pro Hac Vice*)
  lgrossbard@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br>Hon. James V. Selna<br><br>**NOTICE OF WITHDRAWAL OF KATIE BEAUDIN FROM REPRESENTATION OF BIOSENSE WEBSTER, INC.**<br><br>Complaint Filed: October 18, 2019<br>Corrected Second Amended Complaint Filed: October 16, 2020 |

1
NOTICE OF WITHDRAWAL
CASE NO. 8:19-cv-01984

1  Pursuant to Rule 83-2.3 of the Local Rules of the United States District
2  Court for the District of California, the undersigned attorney hereby notifies the
3  Court and counsel that Katie Beaudin withdraws from representation of Biosense
4  Webster, Inc. ("Biosense"), in the above-referenced matter.  Please note that Ms.
5  Beaudin is no longer with the firm of Stradling Yocca Carlson & Rauth, A Public
6  Corporation ("Stradling").
7  Stradling continues to represent Biosense in this action.  Biosense will
8  continue to be represented by Karla J. Kraft and Victoria McLaughlin of Stradling;
9  and Katherine B. Forrest (*pro hac vice*), Michael T. Reynolds (*pro hac vice*),
10 Lillian S. Grossbard (*pro hac vice*), of Cravath, Swaine & Moore LLP.

DATED:  October 19, 2021

STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: /s/ *Karla J. Kraft*
Karla J. Kraft
Victoria McLaughlin

And

Katherine B. Forrest (*Pro Hac Vice*)
Michael T. Reynolds (*Pro Hac Vice*)
Lillian S. Grossbard (*Pro Hac Vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019-7475

Attorneys for Defendant
BIOSENSE WEBSTER, INC.