KARLA KRAFT, State Bar No. 205530
kkraft@stradlinglaw.com
VICTORIA MCLAUGHLIN, State Bar No. 321861
vmclaughlin@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
MICHAEL T. REYNOLDS (*pro hac vice*)
mreynolds@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
LILLIAN S. GROSSBARD
lgrossbard@cravath.com (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA,
### SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No.: 8:19-cv-1984 JVS (KESx)<br><br>**DECLARATION OF LILLIAN S. GROSSBARD IN SUPPORT OF DEFENDANT BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, Lillian S. Grossbard, declare as follows:

1. I am an attorney at Cravath, Swaine & Moore LLP, counsel for Defendant Biosense Webster, Inc., in this litigation. I am an active member of the Bar of the State of New York and am admitted to practice *pro hac vice* before this court.

2. I submit this declaration to place before the Court certain materials that are referenced in Defendant's Motion for Summary Judgment, including its Memorandum of Points and Authorities in Support of Motion for Summary Judgment, dated December 13, 2021, and the Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment, dated December 13, 2021.

3. The table below identified Exhibits 1 through 148. True and correct copies of the Exhibits are included as attachments to this declaration.

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | The Declaration of Michael Bodner in Support of Defendant Biosense Webster, Inc.'s Motion for Summary Judgment, dated December 13, 2021. |
| 2 | The Declaration of Vincent Thomas in Support of Defendant Biosense Webster, Inc.'s Motion for Summary Judgment, dated December 10, 2021. |
| 3 | An excerpted spreadsheet containing Abbott's cardiac mapping system sales data beginning with Bates number ABB0000001. |
| 4 | A document titled, "The Power of Choice: Advisor Family of Diagnostic Mapping Catheters", beginning with Bates number ABB0000006. |
| 5 | A document titled, "Annual Report to Section 13 or 15(d) of The Securities Exchange Act of 1934." for Acutus Medical, Inc., beginning with Bates number Acutus 000039. |

| Exhibit No. | Description of Exhibit |
|---|---|
| 6 | A document titled, "Acutus Medical Common Stock Report", dated August 5, 2020, beginning with Bates number Acutus 000181 (Dep. Exhibit 388). |
| 7 | A presentation titled, "Stanford Health: Electrophysiology Device Reprocessing," dated July 8, 2020, beginning with Bates number AD-000530. |
| 8 | A spreadsheet containing Boston Scientific's cardiac mapping system sales data, beginning with Bates number BOSCI000868. |
| 9 | A document titled, "Certified Performance (CP) Specifications", dated January 24, 2018, beginning with the Bates number BWI-INN00012615. |
| 10 | A document titled, "Abbott: Advisor HD Grid, Rebuttal Playbook", beginning with the Bates number BWI-INN00019746. |
| 11 | A presentation titled, "Certified Performance Program: Reprocessed Electrophysiology Products", dated 2018, beginning with the Bates number BWI-INN00029230. |
| 12 | A presentation titled, "Certified Performance Competitive Differentiation: Certified Location Accuracy and OEM Quality Standards", dated 2018, beginning with the Bates number BWI-INN00040637. |
| 13 | A presentation titled, "We're changing the trajectory of human health", beginning with the Bates number BWI-INN00044148. |
| 14 | An email with the subject line, "CHI Ultrasound Reprocessing", dated November 27, 2018, beginning with the Bates number BWI-INN00061181. |
| 15 | An email with the subject line, "OMPC News", dated May 29, 2015, beginning with Bates number BWI-INN00066439. |

2

DECLARATION OF LILLIAN S. GROSSBARD IN SUPPORT OF DEFENDANT BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No.: 8:19-cv-1984 JVS (KESx)

| Exhibit No. | Description of Exhibit |
|---|---|
| 16 | A document titled, "Boston Scientific: Rhythmia HDx; Intellamap Orion; Intellatip MIFI, Rebuttal Playbook", beginning with the Bates number BWI-INN00083222. |
| 17 | A presentation titled, "Position On Product Technical Case Support, For Non-Biosense Webster, Inc. Reprocessed Catheters", beginning with the Bates number BWI-INN00089256. |
| 18 | A presentation titled, "2020 Commercial Pathways", beginning with the Bates number BWI-INN00089524. |
| 19 | A presentation titled, "Business Review 2020", dated December 18, 2020, beginning with Bates number BWI-INN00101105 (Dep. Exhibit 297). |
| 20 | A presentation titled, "Mission Cure Atrial Fibrillation, Vision #1 in Rhythm Solutions Globally", beginning with the Bates number BWI-INN00125358. |
| 21 | An email with the subject line, "Biosense Proposal Follow Up," dated June 20, 2016, and its attachments, beginning with Bates number BWI-INN00345985. |
| 22 | An email with the subject line, "Carto3 Lab Staff Training / Providence Accounts", dated May 3, 2016, beginning with the Bates number BWI-INN00358688. |
| 23 | A presentation containing information on physician workflows for specific physicians, beginning with the Bates number BWI-INN00384111. |
| 24 | An email with the subject line, " Support for non JnJ products", dated January 19, 2016, beginning with Bates number BWI-INN00385752. |
| 25 | A presentation titled, "Falcon Strategy Alignment", dated October 17, 2014, beginning with the Bates number BWI-INN00390262. |
| 26 | An email with the subject line, "BWI Clinical Support of Non-BWI Position Statement - Training |

3

DECLARATION OF LILLIAN S. GROSSBARD IN SUPPORT OF DEFENDANT BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No.: 8:19-cv-1984 JVS (KESx)

| Exhibit No. | Description of Exhibit |
|---|---|
|  | Resources", dated February 26, 2015, beginning with the Bates number BWI-INN00402760. |
| 27 | An email with the subject line, "BWI Policy Statement Regarding Clinical Support of Non-BWI products", dated November 4, 2014, beginning with the bates number BWI-INN00418181. |
| 28 | A document titled, "Abbott Zonare ViewMate Z Ultrasound System and ViewFlex Catheter", beginning with the Bates number BWI-INN00479585. |
| 29 | A presentation titled, "Biosense Webster: Together We Are Elevating The Standards Of Care For Patients With Atrial Fibrillation", beginning with the Bates number BWI-INN00485091. |
| 30 | A chart titled, "Mapping System", beginning with the Bates number BWI-INN00511094. |
| 31 | An email with the subject line, "Clinical Coverage Policy Letter", dated May 22, 2018, beginning with the Bates number BWI-INN00607311. |
| 32 | A letter from Biosense Webster, Inc. to U.S. Food & Drug Administration Center for Devices and Radiological Health, Office of Compliance, dated February 18, 2011, beginning with the Bates number BWI-INN00704860. |
| 33 | A spreadsheet containing Biosense Webster's cardiac mapping system sales from 2013 to 2021Q1, beginning with the Bates number BWI-INN00704867. |
| 34 | A document titled, "BWI Comm Ed Cost Center Detail via KSB1 T Code", dated April 23, 2021, beginning with Bates number BWI-INN00706171 (Dep. Exhibit 302). |
| 35 | A spreadsheet containing Biosense Webster's Commercial Education content creation costs, beginning with Bates number BWI-INN00706172. |

4

DECLARATION OF LILLIAN S. GROSSBARD IN SUPPORT OF DEFENDANT BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No.: 8:19-cv-1984 JVS (KESx)

| Exhibit No. | Description of Exhibit |
|---|---|
| 36 | A document titled, "Biosense CAS Payroll Report", dated June 29, 2021, beginning with Bates number BWI-INN00706179 (Dep. Exhibit 301). |
| 37 | A document titled, "md buyline, Saint Cloud Hospital, Saint Cloud, MD", dated August 15, 2016, beginning with the Bates number CCH-084. |
| 38 | A presentation titled, "Reprocessing with Innovative Health", dated October 2019, beginning with Bates number IH00004319. |
| 39 | A document titled, "Stryker 3D Cardiac Mapping Education Program", beginning with Bates number IH00005077. |
| 40 | A document titled, "Taking EP Lab Single-Use Device Reprocessing to the Next Level", dated March 11, 2020, beginning with Bates number IH00007326. |
| 41 | A presentation titled, "Partners Healthcare Reprocessing with Innovative Health", dated July 24, 2019, beginning with Bates number IH00008270 (Dep. Exhibit 89). |
| 42 | A presentation titled, "Reprocessed sensor-enabled catheters", dated June 8, 2020, beginning with Bates number IH00009435. |
| 43 | An email with the subject line, "FW: Premier Pro EP Catheter Reprocessing Follow Up", dated August 13, 2020, beginning with the Bates number IH00013624. |
| 44 | An email with the subject line, "FW: IH Mapping support - Jan 11-12th, 2021 PREP", dated December 3, 2020, beginning with Bates number IH00016105. |
| 45 | A document titled, "FDA Clearances & Available Devices", beginning with the Bates number IH00022313. |
| 46 | A presentation titled, "Mapping Catheter 101", beginning with the Bates number IH00029100. |

5
DECLARATION OF LILLIAN S. GROSSBARD IN SUPPORT OF DEFENDANT
BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No.: 8:19-cv-1984 JVS (KESx)

| Exhibit No. | Description of Exhibit |
|---|---|
| 47 | A presentation titled, "Diagnostic Electrophysiology Catheters Basic Training", dated April 2015, beginning with Bates number IH00050167. |
| 48 | An email with the subject line, "Innovative Health EP Reprocessing Opportunity with BJC", dated November 30, 2020, beginning with the Bates number IH00106035. |
| 49 | An email with the subject line, "University of Colorado Health Savings Model EP Reprocessing", dated April 15, 2018, beginning with the Bates number IH00108784. |
| 50 | An article titled, "Heart Rhythm Society's 39th Annual Scientific Sessions 2018", dated June 4, 2018, beginning with the Bates number IH00130186. |
| 51 | An email with the subject line, "Thank you!", dated September 30, 2019, and its attachments, beginning with Bates number IH00130283 (Dep. Exhibit 192). |
| 52 | An email with the subject line, "Follow Up from Conference Call", dated November 19, 2019, and its attachments, beginning with Bates number IH00130917 (Dep. Exhibit 195). |
| 53 | A presentation titled, "EP Mapping Tech Support, Reprocessing with Innovative Health", dated November 2019, beginning with the Bates number IH00136889. |
| 54 | An email with the subject line, "Scientific: Rythmia Mapping System", dated July 8, 2020, beginning with Bates number IH00150526. |
| 55 | An email with the subject line, "EP mapping support project", dated October 24, 2019, beginning with Bates number IH00174396. |
| 56 | An email with the subject line, "Hackensack Reprocessing Business Review |

| Exhibit No. | Description of Exhibit |
|---|---|
|  | Follow Up", dated April 10, 2020, beginning with Bates number IH00275759 (Dep. Exhibit 76). |
| 57 | An email with the subject line, "Marketing Material Items - Will Send Tonight", dated April 18, 2017, and its attachments, beginning with Bates number IH00278789. |
| 58 | An email with the subject line, "Caro Training project - feasibility report on project post clinical time at Mayo", dated January 18, 2017, and its attachments, beginning with Bates number IH00286279 (Dep. Exhibit 23). |
| 59 | A document titled, "Carto 3 Discussion Points When Evaluating Case Coverage Models", beginning with the Bates number IH00296914. |
| 60 | An email with the subject line, "Mt. Sinai EP Reprocessing", dated June 10, 2020, and its attachments, beginning with Bates number IH00341037 (Dep. Exhibit 77). |
| 61 | An email with the subject line, "Biosense Sensor Enabled Follow-Up Documents", dated May 14, 2020, and its attachments, beginning with Bates number IH00348802. |
| 62 | An email with subject line, "BSW Technical", dated August 5, 2018, beginning with Bates number IH00349220 (Dep. Exhibit 49). |
| 63 | An email with the subject line, "NYP Sustainability Meeting", dated January 10, 2020, beginning with Bates number IH00364879 (Dep. Exhibit 71). |
| 64 | An email with the subject line, "EP Reprocessing Follow Up", dated September 12, 2018, beginning with Bates number IH00376191 (Dep. Exhibit 61). |
| 65 | An email with the subject line, "[EXTERNAL] 2019 EP Reprocessing Results", dated January 30, 2020, and its attachments, beginning with Bates number IH00379751 (Dep. Exhibit 200). |

7

DECLARATION OF LILLIAN S. GROSSBARD IN SUPPORT OF DEFENDANT BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No.: 8:19-cv-1984 JVS (KESx)

| Exhibit No. | Description of Exhibit |
|---|---|
| 66 | An email with the subject line, "Karl", dated August 26, 2019, beginning with Bates number IH00401815 (Dep. Exhibit 382). |
| 67 | An email with the subject line, "Resumes", dated May 27, 2020, and its attachments, beginning with Bates number IH00413530. |
| 68 | An email with the subject line, "Hackensack Documents", dated May 6, 2020, and its attachments, beginning with Bates number IH00428684 (Dep. Exhibit 70). |
| 69 | An email with the subject line, "Mapping Support", dated October 28, 2019, beginning with Bates number IH00439995 (Dep. Exhibit 72). |
| 70 | A document titled, "Process Verification and Validation", dated February 10, 2017, beginning with Bates number IH00511688 (Dep. Exhibit 103). |
| 71 | A document titled, "Stanford Case evaluations", dated September 5, 2017, beginning with the Bates number IH00517598. |
| 72 | A presentation titled, "Innovative Health, Specialty Reprocessing", dated April 7, 2020, beginning with the Bates number IH00532179. |
| 73 | A document titled, "Consulting Agreement between Innovative and A. Detate", dated July 31, 2018, beginning with Bates number IH00587241 (Dep. Exhibit 81). |
| 74 | An email with the subject line, "Medstar Summary", dated March 3, 2021, and its attachments, beginning with Bates number IH00695264 (Dep. Exhibit 99). |
| 75 | An email with the subject line, "EP Reprocessing Opportunity - Medline Renewal", dated June 18, 2020, and its attachments, beginning with Bates number Medline_00002244. |

| Exhibit No. | Description of Exhibit |
|---|---|
| 76 | A presentation titled, "ReNewal Full Circle Reprocessing: Savings Review: Saint Vincent", beginning with Bates number Medline_00021410. |
| 77 | An email with the subject line, "Biosense Webster CAS Coverage Policy Reprocessing", dated April 20, 2021, beginning with Bates number Medline_00082448 (Dep. Exhibit 327). |
| 78 | A document titled, "EPD Solutions is mainly focused on 4.8B EP Ablation market, Market overview and Competitive Dynamics", beginning with Bates number Philips00056. |
| 79 | A document titled, "Update on Biosense Webster's Support of Cases Using Reprocessed Catheters", dated May 3, 2016, beginning with Bates number Providence_000129 (Dep. Exhibit 279). |
| 80 | A spreadsheet containing Sutter Health's purchasing data, beginning with Bates number SH000000001. |
| 81 | A spreadsheet containing Sutter Health's purchasing data, beginning with Bates number SH000000002. |
| 82 | A spreadsheet containing Sutter Health's purchasing data, beginning with Bates number SH000000003. |
| 83 | A spreadsheet containing Sutter Health's purchasing data, beginning with Bates number SH000000004. |
| 84 | A spreadsheet containing Sutter Health's purchasing data, beginning with Bates number SH000000005. |
| 85 | An excerpted document titled, "Medtech 360, Electrophysiology Mapping and Ablation Devices, Market Insights, US, 2021", dated June 2020, beginning with the Bates number STRYKER00000998. |
| 86 | A document titled, "Torrance Memorial Medical Center 3D Electro-Anatomical Mapping", dated |

| Exhibit No. | Description of Exhibit |
|---|---|
|  | December 20, 2019, beginning with Bates number TORRANCE_00000220 (Dep. Exhibit 101). |
| 149 | An email with the subject line, "Board slides – draft", dated November 28, 2016, and its attachments, beginning with Bates number IH243920 (Dep. Exhibit 21). |
| 150 | An email with the subject line, "Chart presentation", dated June 18, 2020, with its attachments, beginning with Bates number IH00357233 (Dep. Exhibit 93). |
| 87 | The transcript excerpts of the July 29, 2021 deposition of Christine Bienvenue-Kauffman. |
| 88 | The transcript excerpts of the August 31, 2021 deposition of Michael Bodner. |
| 89 | The transcript excerpts of the July 15, 2021 deposition of Rafal Chudzik. |
| 90 | The transcript excerpts of the September 16, 2021 deposition of Donald Coldiron. |
| 91 | The transcript excerpts of the September 13, 2021 deposition of Frank Czajka |
| 92 | The transcript excerpts of the July 19, 2021 deposition of Matt Dambeck |
| 93 | The transcript excerpts of the August 13, 2021 deposition of Nick Demczuk. |
| 94 | The transcript excerpts of the July 23, 2021 deposition of Aaron DeTate. |
| 95 | The transcript excerpts of the July 29, 2021 deposition of David Distel. |
| 96 | The transcript excerpts of the September 16, 2021 deposition of Timothy Einwechter. |
| 97 | The transcript excerpts of the August 12, 2021 deposition of Jay Farris. |
| 98 | The transcript excerpts of the September 22, 2021 deposition of Rick Ferreira. |
| 99 | The transcript excerpts of the September 20, 2021 deposition of Michael Idio. |

| Exhibit No. | Description of Exhibit |
|---|---|
| 100 | The transcript excerpts of the July 27, 2021 deposition of Blessan Joseph. |
| 101 | The transcript excerpts of the August 6, 2021 deposition of Noah Martin |
| 102 | The transcript excerpts of the August 25, 2021 deposition of Stephenie Orsini. |
| 103 | The transcript excerpts of the August 24, 2021 deposition of Sandor Palfi. |
| 104 | The transcript excerpts of the August 10, 2021 deposition of Conrad Ramos. |
| 105 | The transcript excerpts of the August 30, 2021 deposition of Mary Roberts. |
| 106 | The transcript excerpts of the August 30, 2021 deposition of Cheryl Saxby. |
| 107 | The transcript excerpts of the August 23, 2021 deposition of Todd Senard. |
| 108 | The transcript excerpts of the September 2, 2021 deposition of Avi Shalgi. |
| 109 | The transcript excerpts of the September 23, 2021 deposition of Shibaji Shome. |
| 110 | The transcript excerpts of the October 27, 2021 deposition of Robert Stanton. |
| 111 | The transcript excerpts of the September 22, 2021 deposition of Elizabeth Stoneman. |
| 112 | The transcript excerpts of the August 27, 2021 deposition of Lars Thording. |
| 113 | The transcript excerpts of the August 23, 2021 deposition of Portia Tranguch. |
| 114 | The transcript excerpts of the August 4, 2021 deposition of Troy Tuttle. |
| 115 | The transcript excerpts of the September 21, 2021 deposition of Allen Wish. |
| 116 | The transcript excerpts of the August 26, 2021 deposition of Uri Yaron. |
| 117 | Plaintiff Innovative Health LLC's Responses to Defendant Biosense Webster, Inc.'s First Set of Interrogatories, dated October 19, 2020. |

| Exhibit No. | Description of Exhibit |
|---|---|
| 118 | Plaintiff Innovative Health LLC's Responses to Defendant Biosense Webster, Inc.'s First Requests for Admission, dated September 12, 2021. |
| 119 | Defendant Biosense Webster Inc.'s Supplemental Responses to Innovative Health LLC's First, Second and Third Interrogatories, dated September 21, 2021. |
| 120 | Defendant Biosense Webster Inc.'s Excerpted Supplemental Responses to Innovative Health LLC's First, Second and Third Interrogatories, dated September 28, 2021. |
| 121 | Overlap Analysis of Overlapping Cardiac Mapping System Customers among Biosense, Abbott, and Boston Scientific Performed by Compass Lexecon, dated November 10, 2021. |
| 122 | Excerpted Expert Report of Eric F. Forister, Ph.D., dated September 24, 2021. |
| 123 | Excerpted Expert Report of Lawrence Wu, Ph.D., dated October 22, 2021. |
| 124 | A document titled, "2019 U.S. Electrophysiology Product Catalog," Abbott, available at https://www.cardiovascular.abbott/content/dam/bss/divisionalsites/cv/pdf/guides/2019_us_electrophysiology_prod.pdf, accessed on October 19, 2021 ("Abbott 2019 U.S. Electrophysiology Product Catalog"), p. D.3. |
| 125 | A press release titled, "Abbott Announces U.S. Launch and First Commercial Use of the New EnSite™ Precision Cardiac Mapping System," Abbott, Jan. 12, 2017, available at https://abbott.mediaroom.com/2017-01-12-Abbott-Announces-U-S-Launch-and-First-Commercial-Use-of-the-New-EnSite-Precision-Cardiac-Mapping-System. |
| 126 | A webpage titled, "Acutus Medical Technology," Acutus Medical, available at |

12

DECLARATION OF LILLIAN S. GROSSBARD IN SUPPORT OF DEFENDANT BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No.: 8:19-cv-1984 JVS (KESx)

| Exhibit No. | Description of Exhibit |
|---|---|
|  | https://www.acutusmedical.com/int/technology/, accessed on December 13, 2021. |
| 127 | A webpage titled, "APN Health Announces Commercial Release of its Innovative Cardiac Mapping System," Business Wire, Apr. 19, 2018, available at https://www.businesswire.com/news/home/20180419006177/en/APN-Health-Announces-Commercial-Release-of-its-Innovative-Cardiac-Mapping-System. |
| 128 | A webpage titled, "Biosense Webster Announces Launch of the CARTO 3 MEM Base Version," Business Wire, Aug. 13, 2012, available at https://www.businesswire.com/news/home/20120813005195/en/Biosense-Webster-Announces-Launch-of-the-CARTO%C2%AE-3-MEM-Base-Version. |
| 129 | A webpage titled, "Boston Scientific Receives FDA 510(k) Clearance for the Rhythmia™ Mapping System," Cision PR Newswire, July 24, 2013, available at https://www.prnewswire.com/news-releases/boston-scientific-receives-fda-510k-clearance-for-the-rhythmia-mapping-system-216827951.html. |
| 130 | A webpage titled, "Cardiac Mapping – Cardiac Rhythm," Medtronic, available at https://www.medtronic.com/us-en/healthcare-professionals/therapies-procedures/cardiac-rhythm/cardioinsight-cardiac-mapping.html, accessed on October 22, 2021. |
| 131 | A webpage titled, "CardioNXT wins FDA nod for heart treatment delivery platform," PR Newswire, Aug. 18, 2021, available at https://www.prnewswire.com/news-releases/cardionxt-wins-fda-nod-for-heart-treatment-delivery-platform-301358278.html. |

| Exhibit No. | Description of Exhibit |
|---|---|
| 132 | A document titled, "Constellation™ Full Contact Mapping Catheter," Boston Scientific, available at https://www.bostonscientific.com/content/dam/bostonscientific/ep/portfolio-group/catheters-diagnostic/Advanced%20Mapping%20Catheters/CONSTELLATION/Collateral%20Assets/Constellation%20Brochure%20EP-284328-AA.pdf, accessed on October 8, 2021. |
| 133 | A document titled, "Frequently-Asked-Questions about the Reprocessing and Reuse of Single-Use Devices by Third-Party and Hospital Reprocessors; Final Guidance for Industry and FDA Staff," Food and Drug Administration, July 6, 2001, available at https://www.fda.gov/media/71057/download. |
| 134 | A webpage titled, "FDA Approval of EnSite Velocity Cardiac Mapping System," Today's Medical Developments, Sep. 14, 2009, available at https://www.todaysmedicaldevelopments.com/article/fda-approval-of-ensite-velocity-cardiac-mapping-system/. |
| 135 | A document titled, "Guidance for Industry, FDA Staff, Third-Party and Hospital Reprocessors," Food and Drug Administration, July 16, 2003, available at https://www.fda.gov/media/71124/download. |
| 136 | A webpage titled, "Innovative Health – How We Got Here," Innovative Health, available at http://innovative-health.com/innovative-health/, accessed on November 18, 2021. |
| 137 | A webpage titled, "INTELLAMAP ORION™ Mapping Catheter," available at https://www.bostonscientific.com/en-EU/medical-specialties/electrophysiology/arrhythmias/cardiac-mapping-system/cardiac-arrhythmia-mapping-system/mapping-catheter.html, last accessed on Oct. 19, 2021. |

| Exhibit No. | Description of Exhibit |
|---|---|
| 138 | A webpage titled, "INTELLAMAP ORION™," Boston Scientific, available at https://www.bostonscientific.com/en-US/products/catheters--mapping/orion.html, accessed on December 13, 2021. |
| 139 | A webpage titled, "Introducing VeriSight Pro: Exceptional insight – now, in sight," Philips, available at https://www.usa.philips.com/healthcare/resources/landing/ice-catheter-verisight, accessed on October 19, 2021. |
| 140 | A webpage titled, "KODEX-EPD," Philips, available at https://www.usa.philips.com/healthcare/product/HC733015/kodex-epd-cardiac-imaging-and-mapping-system, accessed on October 19, 2021. |
| 141 | A webpage titled, "LASSO® Circular Mapping Catheter," Biosense Webster, available at https://www.jnjmedicaldevices.com/en-US/product/lasso-circular-mapping-catheter, last accessed November 18, 2021. |
| 142 | A webpage titled, "Innovative Health," Innovative Health, available at http://innovative-health.com/, accessed on November 18, 2021. |
| 143 | A webpage titled, "Mission What We Strive For," Innovative Health, available at http://innovative-health.com/mission/, last accessed December 11, 2021. |
| 144 | A webpage titled, "ORBITER PV™," Boston Scientific, available at https://www.bostonscientific.com/en-US/products/catheters--mapping/orbiter-pv.html, accessed on October 29, 2021. |
| 145 | A document titled, "RHYTHMIA™ MAPPING SYSTEM," Boston Scientific, available at https://www.bostonscientific.com/content/dam/bostonscientific/ep/portfolio- |

15
DECLARATION OF LILLIAN S. GROSSBARD IN SUPPORT OF DEFENDANT
BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT
Case No.: 8:19-cv-1984 JVS (KESx)

| Exhibit No. | Description of Exhibit |
|---|---|
| | group/EP%20Systems/Mapping%20Systems/RHYTHMIA/LowRes%20Product%20Images/Rhythmia%20Brochure%20(EP-173906-AC).pdf, accessed on November 30, 2021. |
| 146 | A document titled, "The 510(k) Program: Evaluating Substantial Equivalence in Premarket Notification [510(k)] – Guidance for Industry and Food and Drug Administration Staff," Food and Drug Administration, July 28, 2014," available at https://www.fda.gov/media/82395/download. |
| 147 | A webpage titled, "Ultra Ice™ Plus," Boston Scientific, available at https://www.bostonscientific.com/en-IN/products/imaging-systems/ilab.html, accessed on October 19, 2021. |
| 148 | A webpage titled, "SOUNDSTAR® Ultrasound Catheter," Biosense Webster, available at https://www.jnjmedicaldevices.com/en-US/product/soundstar-ultrasound-catheter, last accessed December 6, 2021. |

I declare under penalty of perjury that the foregoing it true and complete and that I executed this declaration on the 13th of December, in Nyack, New York.

Dated: December 13, 2021

/s/ Lillian S. Grossbard

# E-Filing Attestation

I, Karla J. Kraft, am the ECF User whose ID and password are being used to file this document. I hereby attest that Lillian S. Grossbard has concurred in this filing's content and has authorized the filing.

Dated: December 13, 2021

STRADLING YOCCA CARLSON & RAUTH

By: /s/ Karla J. Kraft
Karla K. Kraft
Victoria McLaughlin
*kkraft@stradlinglaw.com*
*vmclaughlin@stradlinglaw.com*

-and-

CRAVATH, SWAINE & MOORE LLP
Katherine B. Forrest (*Pro Hac Vice*)
Michael T. Reynolds (*Pro Hac Vice*)
Lauren A. Moskowitz (*Pro Hac Vice*)
Lillian S. Grossbard (*Pro Hac Vice*)
*kforrest@cravath.com*
*mreynolds@cravath.com*
*lmoskowitz@cravath.com*
*lgrossbard@cravath.com*

Attorneys *for Defendant Biosense Webster, Inc.*