# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 1

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

KARLA J. KRAFT, State Bar No. 205530
  kkraft@sycr.com
VICTORIA MCLAUGHLIN, State Bar No. 321861
  vmclaughlin@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Katherine B. Forrest (*Pro Hac Vice*)
  kforrest@cravath.com
Michael T. Reynolds (*Pro Hac Vice*)
  mreynolds@cravath.com
Lauren A. Moskowitz (*Pro Hac Vice*)
  lmoskowitz@cravath.com
Lillian S. Grossbard (*Pro Hac Vice*)
  lgrossbard@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br>Hon. James V. Selna<br><br>**DECLARATION OF MICHAEL BODNER IN SUPPORT OF DEFENDANT BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: October 18, 2019<br>Corrected Second Amended Complaint Filed: October 16, 2020 |

1

I, Michael Bodner, declare as follows:

1. My name is Michael Bodner. I am the Vice President of U.S. Sales and Marketing for Biosense Webster, Inc. ("Biosense"), a position that I have held since January of 2017. In this role, I oversee both the U.S. Field Sales and the U.S. Marketing teams, which includes Biosense's team of Clinical Account Specialists ("CAS") who provide clinical support for the catheters at issue in this litigation. Through this role I also am knowledgeable about Biosense's history, its products, and its competitors.

2. Biosense is a California corporation that manufactures and sells the CARTO 3 cardiac mapping system and the electrophysiology ("EP") products, including catheters, that can be used with that system to diagnose and treat abnormal heart rhythms ("arrhythmias").

3. Biosense is part of the Johnson & Johnson ("J&J") family of companies.

4. Biosense focuses on advancing the treatment of cardiac arrhythmias by innovating new technology solutions, investing in research and development, and improving awareness and knowledge of arrhythmias among clinicians and the general public.

5. Biosense currently manufactures and sells the "CARTO 3", the second generation of its CARTO cardiac mapping system, which it introduced in 2009. The CARTO 3 revolutionized 3D mapping technology by increasing accuracy, speed, and efficiency in creating 3D cardiac maps. Biosense began selling the most recent version of its system, CARTO 3 System Version 7, in August 2020.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

2
DECLARATION OF MICHAEL BODNER
CASE NO. 8:19-cv-01984

6. Biosense is the original equipment manufacturer ("OEM") of the PENTARAY NAV ECO high-density mapping catheter ("Pentaray"), the LASSO NAV circular mapping catheter ("Lasso") and the SoundStar ultrasound catheter ("SoundStar") at issue in this litigation, and it sells those catheters nationwide.

7. Biosense's Lasso catheter is a sensor-enabled, circular mapping catheter that provides high-resolution mapping.

8. Biosense's Pentaray catheter is a sensor-enabled, high-density mapping catheter that provides advanced, multi-electrode mapping capabilities.

9. Biosense's SoundStar catheter is an ultrasound catheter with the addition of a location sensor for mapping functionality. The SoundStar connects to the CARTO 3 in addition to an ultrasound system, which allows a physician to incorporate an ultrasound image into the 3D anatomical map generated on CARTO 3.

10. Biosense has an exclusive license to sell the ACUSON AcuNav ultrasound catheter ("AcuNav") manufactured by Siemens Medical Solutions ("Siemens"). I understand that the AcuNav catheter is no longer one of the catheters at issue in this litigation.

11. Biosense also sells reprocessed versions of the Lasso mapping catheter and the AcuNav and SoundStar ultrasound catheters. Those catheters are reprocessed by SterilMed, Inc. ("SterilMed"), a reprocessor in the J&J family of companies that J&J acquired in 2011 and which has FDA clearance to market reprocessed Lasso, AcuNav and SoundStar catheters, as well as many other reprocessed EP and non-EP products.

12. SterilMed received FDA clearance to market its reprocessed Pentaray catheter in July 2021. Biosense expects to begin selling SterilMed-reprocessed Pentaray catheters in December 2021.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
DECLARATION OF MICHAEL BODNER
CASE NO. 8:19-cv-01984

13. Biosense sells SterilMed-reprocessed Lasso, AcuNav and SoundStar catheters under Biosense's "Certified Performance" program.

14. Biosense guarantees that the location sensors on its OEM Lasso, SoundStar and Pentaray catheters are accurate to within 1 millimeter. Biosense makes the same guarantee for the SterilMed-reprocessed SoundStar and Lasso catheters that Biosense sells pursuant to the Certified Performance program. Biosense will make the same 1 millimeter location accuracy guarantee for the SterilMed-reprocessed Pentaray catheter when Biosense begins to sell that catheter.

15. Biosense is able to provide this location accuracy guarantee because it calibrates its catheters using a highly precise, proprietary calibration system that is only available to Biosense and which Biosense provides to SterilMed so that SterilMed can recalibrate the catheters to Biosense's OEM specifications.

16. Biosense also guarantees that the image quality of the SterilMed-reprocessed AcuNav and Soundstar ultrasound catheters that it sells pursuant to the Certified Performance program is at least 94 percent of the original fidelity of the OEM catheter.

17. Competition for the sale of cardiac mapping systems and the sale of the catheters used with those systems is fierce.

18. Biosense's principal competitors for the sale of cardiac mapping systems are Abbott Laboratories ("Abbott") and Boston Scientific Corporation ("Boston Scientific"). Biosense also competes for the sale of cardiac mapping systems with multiple, newer cardiac mapping system manufacturers including Acutus Medical, Inc., Philips North America LLC and APN Health LLC. I understand that CardioNXT also has been approved to market a new cardiac mapping system.

19. Although the Lasso, Pentaray and SoundStar catheters are only compatible with the CARTO 3, competition for these and other catheter sales takes place across cardiac mapping systems.

20. Biosense's Lasso and Pentaray catheters, high-resolution mapping catheters that are able to perform rapid anatomical mapping of a patient's heart, compete with mapping catheters from Abbott and Boston Scientific with similar functionality, including Abbott's Advisor HD Grid, Advisor FL and Advisor VL catheters, and Boston Scientific's Orion and Constellation catheters, as well as with Medtronic's Achieve advanced mapping catheter, among others.

21. Biosense's SoundStar ultrasound catheter competes with the AcuNav catheter, Abbott's ViewFlex catheter, Boston Scientific's Ultra ICE catheter, and Philips's recently introduced Verisight Pro catheter, among others.

22. Biosense's Lasso, Pentaray and SoundStar catheters also compete with reprocessed versions of the catheters manufactured or distributed by Plaintiff Innovative Health LLC, Stryker Corporation, Medline Industries and S2S Global.

23. Based on Biosense's competitive intelligence, ███████████ ███████████████████████████████████████████████████████ Industry resources suggest that a majority of hospitals have both a Biosense and an Abbott system.

24. Hospitals can acquire a CARTO 3 cardiac mapping system from Biosense with little or no capital outlay through a number of low or no-capital outlay programs, including a commitment to purchase a minimum number of catheters for use with the system, a system lease, a system rental or a free 90-day system evaluation.

25. Based on Biosense's transactional data, the average sale price for CARTO 3 systems sold from 2018 through 2020 was ███████

▇▇▇. This reflects the average of a range of prices from zero capital outlay acquisitions to upfront cash purchases.

26. Biosense believes based on its competitive intelligence that its cardiac mapping system competitors offer similar low and no-capital outlay acquisition programs to hospitals.

27. The cost of catheters purchased by the typical EP lab each year far exceeds the cost of a cardiac mapping system, even before considering low or no-capital outlay programs.

28. Biosense offers hospitals free, high-quality clinical support, customer training on CARTO 3 and continuing education programs to clinicians.

29. Free clinical support is an integral part of Biosense's competitive product offering; it is a high-quality service and value-add proposition for its products.

30. Historically, many hospitals provided their own clinical support ("self-support") for CARTO 3 and its predecessor, CARTO XP. This has changed over time as Biosense has expanded its team of CAS and more hospitals have requested that Biosense provide clinical support to them.

31. However, if a hospital wants to self-support, Biosense will provide free training to assist the hospital in meeting that goal.

32. In addition, Biosense has no policy or practice in place that prevents someone other than Biosense from providing clinical support on CARTO 3.

33. Biosense expends well over ▇▇▇▇ annually training and paying its CAS clinical support team. Biosense covers the cost of that expense through the revenues earned on its product sales, including catheter sales.

34. If Biosense were forced to train and pay its CAS to support competitors' sensor-enabled mapping and ultrasound catheters while its

competitors earned the revenue for those catheter sales, Biosense could not feasibly maintain and grow the kind of robust clinical support program it currently offers, nor would it have the incentive to do so.

35. Many hospitals purchase their capital equipment (including cardiac mapping systems) through GPO agreements, which are negotiated by large sophisticated group purchasing organizations on behalf of members to reduce prices.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of December, 2021, in Irvine, California.

By: _____
Michael Bodner

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-7-
DECLARATION OF MICHAEL BODNER
CASE NO. 8:19-cv-01984

# EXHIBIT 2

KARLA J. KRAFT, State Bar No. 205530
 kkraft@sycr.com
VICTORIA MCLAUGHLIN, State Bar No. 321861
 vmclaughlin@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Katherine B. Forrest (*Pro Hac Vice*)
 kforrest@cravath.com
Michael T. Reynolds (*Pro Hac Vice*)
 mreynolds@cravath.com
Lauren A. Moskowitz (*Pro Hac Vice*)
 lmoskowitz@cravath.com
Lillian S. Grossbard (*Pro Hac Vice*)
 lgrossbard@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br>Hon. James V. Selna<br><br>**DECLARATION OF VINCENT THOMAS IN SUPPORT OF DEFENDANT BIOSENSE WEBSTER, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: October 18, 2019<br>Corrected Second Amended Complaint Filed: October 16, 2020 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1
DECLARATION OF VINCENT THOMAS
CASE NO. 8:19-cv-01984

I, Vincent Thomas, declare as follows:

1. My name is Vincent Thomas. I am the Medical Safety Officer for Biosense Webster, Inc. ("Biosense"), a position I have held since March 2018. In my role as Medical Safety Officer, I serve as a subject matter expert with respect to electrophysiology ("EP") procedures and patient risk management. I have an M.D. from the University of Nevada School of Medicine. I completed my residency in pediatrics at Children's Hospital of Orange County and a Pediatric Cardiology and EP Fellowship at Emory University School of Medicine. Through my education and work experience I am knowledgeable about EP procedures, cardiac mapping systems and disposables used during EP studies and procedures, including Biosense's cardiac mapping products.

2. EP studies identify abnormal heart rhythms ("arrhythmias") in a patient's heart.

3. EP ablations treat arrhythmias by "ablating"—burning or freezing—a portion of a patient's heart to create scarring that can help eliminate the electrical signals or pathways that cause the arrhythmia.

4. Cardiac mapping systems are used in EP studies and ablations to build a three-dimensional ("3D") anatomical and electrical map of the patient's heart ("3D anatomical map" or "3D map") that the physician uses to identify the location of an arrhythmia and determine the appropriate location(s) to ablate in order to treat it. The cardiac mapping system can also show the location of the various catheters used in the EP study or procedure.

5. During EP studies and ablations, a physician threads specialized catheters through a patient's blood vessel and into their heart to map the patient's heart and diagnose and/or treat any arrhythmias.

6. There are three main categories of catheters used in an EP study and ablation—diagnostic, ultrasound, and ablation catheters. There are also two

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

2
DECLARATION OF VINCENT THOMAS
CASE NO. 8:19-cv-01984

subcategories of diagnostic catheters—standard diagnostic catheters and "sensor-enabled" or "mapping" catheters.

7. Standard diagnostic catheters contain electrodes that collect data on the electrical signals in the heart to help identify arrhythmias. They can send electrical signals to different areas of the heart to speed up or slow down the patients heartbeat. Sensor-enabled/mapping diagnostic catheters, in addition to having standard diagnostic catheter capabilities, also have location sensors in their tips that enable the cardiac mapping system to identify their location in 3D space. These catheters are the catheters that are used to generate the 3D anatomical map of the patient's heart within which the physician can identify the location of the abnormal heart rhythms and identify the correct location(s) to ablate.

8. Intracardiac echocardiography ("ICE") ultrasound catheters ("ultrasound catheters") are used in EP procedures to visualize, via ultrasound, anatomical structures and blood flow in the heart in real time. They may be used in particular to help visualize the anatomy of the heart when a physician needs to make a "transseptal puncture" through the atrial septum in order to move a catheter into the left atrium of the heart. Ultrasound catheters connect to ICE ultrasound systems, not cardiac mapping systems, but are used by physicians alongside cardiac mapping systems. One exception is Biosense's SoundStar catheter, which connects both to an ICE ultrasound system and to CARTO 3.

9. Ablation catheters are used to treat arrhythmias by applying radiofrequency (heat) or cryothermal (cold) energy to destroy a portion of the heart's tissue as described above.

10. Biosense has been a pioneer in the EP industry, introducing the first 3D cardiac mapping system (the CARTO XP) in 1995.

11. Prior to the introduction of the CARTO XP, electrophysiologists relied on fluoroscopy (a continuous x-ray) to aid in identifying and treating

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
DECLARATION OF VINCENT THOMAS
CASE NO. 8:19-cv-01984

arrhythmias. The CARTO XP allowed electrophysiologists to create detailed, 3D anatomical and electrical maps of the heart to aid in diagnosis and treatment while reducing the amount of time patients were exposed to radiation.

12. The development of 3D cardiac mapping systems also resulted in improved catheter tracking, ablation tracking, and overall higher procedural success rates in complicated procedures.

13. Biosense introduced its current 3D cardiac mapping system, the CARTO 3, in the U.S. market in 2009.

14. Abbott Laboratories ("Abbott") and Boston Scientific Corporation ("Boston Scientific") are the other major manufacturers of cardiac mapping systems. Abbott's latest cardiac mapping system is called EnSite Precision; Boston Scientific's cardiac mapping system is called Rhythmia.

15. A number of newer competitors, including Acutus Medical, Inc. ("Acutus"), Philips North America LLC ("Philips"), among others, also manufacture cardiac mapping systems. Acutus's cardiac mapping system is called AcQMap; Philips's cardiac mapping system is called Kodex EPD.

16. The Abbott Ensite Precision, Boston Scientific Rhythmia, Acutus AcQMap, Philips Kodex EPD and Biosense CARTO 3 can all be used to perform the same kinds of EP studies and procedures.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of December, 2021, in Irvine, California.

By: _____
Vincent Thomas, M.D.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
DECLARATION OF VINCENT THOMAS
CASE NO. 8:19-cv-01984

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 3