# EXHIBIT 4



# THE POWER OF CHOICE

ADVISOR™ FAMILY OF DIAGNOSTIC MAPPING CATHETERS

# A FULL SUITE OF MAPPING SOLUTIONS –
## DESIGNED TO MEET YOUR PATIENTS' NEEDS AND YOUR PREFERENCES FROM SIMPLE TO COMPLEX CASES.

With the Advisor™ family of diagnostic catheters, you gain the tools you need to access challenging anatomy on a trusted handle and shaft platform from Abbott.

All catheters integrate with the EnSite Precision™ Cardiac Mapping system, which offers impedance-field flexibility and magnetic-field stability designed for precise navigation and model creation.



Advisor™ HD Grid Mapping Catheter, Sensor Enabled™

Advisor™ FL Circular Mapping Catheter, Sensor Enabled™

Advisor™ VL Mapping Catheter, Sensor Enabled™

# THE ADVISOR™ HD GRID MAPPING CATHETER, SENSOR ENABLED™

# FAST.[1] ACCURATE.[2] EASY-TO-USE.[3]

Produce high-density 3D cardiac maps with the Advisor™ HD Grid Mapping Catheter, Sensor Enabled™ first-of-its-kind electrode configuration.

### FAST[1]
Place 16 electrodes where you need them, allowing for FASTER DATA COLLECTION in a given location[1]

### ACCURATE[2]
Obtain voltage recordings in direction-independent mapping[4] and investigate areas of interest ACCURATELY[2] and repeatably[5,6]

### EASY-TO-USE[3]
MANEUVER WITHIN ALL CHAMBERS with a bi-directional high-density catheter design

# SEE THINGS DIFFERENTLY WITH HD WAVE SOLUTION

Address directional sensitivity or bipolar blindness of recordings with the HD Wave Solution.[4] A HD Wave Solution map features data where every electrode utilized has two orthogonal bipoles. When the Advisor HD Grid Mapping Catheter, SE is used in conjunction with the EnSite Precision™ Software Best Duplicate Algorithm, the highest amplitude data is displayed on the map.



HD WAVE SOLUTION    STANDARD CONFIGURATION

# THE ADVISOR™ VL MAPPING CATHETER, SENSOR ENABLED™
# BI-DIRECTIONAL.
# VARIABLE.

Experience the Advisor™ VL Mapping Catheter, Sensor Enabled™, which adds 20 poles and a variable loop on a trusted handling platform. Designed for easy use in simple and straightforward mapping cases, the Advisor VL Mapping Catheter, SE pairs exclusively with the EnSite Precision™ Cardiac Mapping System for diagnostic insight through intelligent automation[7], flexibility[7*] and precision[8].

## BI-DIRECTIONAL
Improve versatility and reduce the need for excessive torqueing with bi-directional asymmetric shaft deflection[9]

## VARIABLE
Achieve smaller closed diameters compared to Lasso* Catheter[9]





ABB0000009

## THE ADVISOR™ FL MAPPING CATHETER, SENSOR ENABLED™

# EXCEPTIONAL PERFORMANCE, ENHANCED PRECISION.[10]

Integrate with the EnSite Precision™ Cardiac Mapping System for precise model creation to facilitate complex arrhythmia diagnoses.[11,12] The Advisor™ FL Mapping Catheter, Sensor Enabled™ promotes workflow flexibility, with a design that is built on a cutting-edge shaft and handle platform for excellent performance throughout your entire case.[10,13]

### PRECISE MODEL CREATION[11,12]

Enable precise navigation and model creation with impedance-field flexibility and magnetic-field stability[11,12]

### ADVANCED HANDLING AND MANEUVERABILITY

- Help to provide mapping efficiency[10,14,15] in your EP procedures
- Benefit from uni-directional or bi-directional, asymmetric curve options
- Gain optimal signal quality[16,17] from contact with the endocardium using the catheter's pliable 4 F loop



ABB0000010

# THE POWER OF CHOICE

## ADVISOR™ FAMILY OF DIAGNOSTIC MAPPING CATHETERS
Meet the demands of any case

Confidential

ABB0000011

### Advisor™ HD Grid Mapping Catheter, Sensor Enabled™

| Reorder Number | Description | Curve | Number of Electrodes | Grid Electrode Spacing | Grid Dimensions | Shaft/Loop French Size | Usable Length |
|---|---|---|---|---|---|---|---|
| D-AVHD-DF16 | Sensor Enabled™ Bi-D High-Density Mapping Catheter | DF | Grid: 16 Shaft: 2 | 3 mm Equidistant Spacing | 13x13 mm2 | 7.5F/2.5F | 110 cm |

### Advisor™ VL Mapping Catheter, Sensor Enabled™

| Model Number | # of Loop Electrodes | Handle | Curve | Loop Electrode Spacing | Shaft/Loop French Size | Introducer Size | PV Range | Usable Length |
|---|---|---|---|---|---|---|---|---|
| D-AVSE-D10-V1525 | 10 | Uni-D | D | 6.5 mm | 7.5F/4F | 8F | 15-25 mm | 117 cm |
| D-AVSE-DF10-V1525 | 10 | Bi-D | DF | 6.5 mm | | | | |
| D-AVSE-D20-V1525 | 20 | Uni-D | D | 1-4-1 mm | | | | |
| D-AVSE-DF20-V1525 | 20 | Bi-D | DF | 1-4-1 mm | | | | |

### Required Catheter Connecting Cable for ALL HD Grid and Advisor VL Models

| Reorder Number | Description | Length |
|---|---|---|
| D-AVSE-CBL22 | 22-Pin Sensor Enabled™ Diagnostic Catheter Cable | 1.5 m |

### Advisor™ FL Circular Mapping Catheter, Sensor Enabled™

| Model Number | # of Loop Electrodes | Handle | Curve | Loop Electrode Spacing | Shaft/Loop French Size | Introducer Size | Loop Diameter | Usable Length |
|---|---|---|---|---|---|---|---|---|
| D-AVSE-D10-F15 | 10 | Uni-D | D | 3 mm | 7.5F/4F | 8F | 15 mm | 105 cm |
| D-AVSE-DF10-F15 | 10 | Bi-D | DF | 3 mm | | | 15 mm | |
| D-AVSE-D20-F20 | 10 | Uni-D | D | 5 mm | | | 20 mm | |
| D-AVSE-DF20-F20 | 10 | Bi-D | DF | 5 mm | | | 20 mm | |

### Required Catheter Connecting Cable for Advisor FL Models

| Reorder Number | Description | Length |
|---|---|---|
| D-AVSE-CBL12 | 12-Pin Sensor Enabled™ Diagnostic Catheter Cable | 1.5 m |

## References

*The open-platform feature of the EnSite Precision™ cardiac mapping system allows for use of almost any catheter, thus offering superior flexibility as compared to the CARTO‡ system by Biosense Webster‡, which limits use to Biosense Webster catheters only.

1. Abbott. Report on file. 90299533.
2. Abbott. Report on file. 90262900.
3. Abbott. Report on file. 90355919.
4. Abbott. Report on file. 90280703.
5. Abbott. Report on file. 90264963.
6. Abbott. Report on file. 90283998.
7. Ptaszek LM, Moon B, Rozen G, Mahapatra S, Mansour M. (2018). Novel automated point collection software facilitates rapid, high-density electroanatomic mapping with multiple catheter types. J Cardiovasc Electrophysiol, 29(1), 186-195. https://doi.org/10.1111/jce.13368.
8. Abbott. Data on File. Report 90237452.
9. Abbott. Report on file. 90471601.
10. Abbott. Data on File. Report 90214875.
11. Abbott. Data on File. Report 90212729.
12. Abbott. Data on File. Report 90215060.
13. Abbott. Data on File. Report 90214738.
14. Abbott. Data on File. Report 90165483.
15. Abbott. Data on File. Report 90165481.
16. Abbott. Data on File. Report 90219833.
17. Abbott. Data on File. Report 90057897.

**Abbott**
One St. Jude Medical Dr., St. Paul, MN 55117 USA, Tel: 1 651 756 2000
Abbott.com

**CAUTION:** This product is intended for use by or under the direction of a physician. Prior to use, reference the Instructions for Use, inside the product carton (when available) or at manuals.sjm.com or eifu.abbottvascular.com for more detailed information on Indications, Contraindications, Warnings, Precautions and Adverse Events.

United States – Required Safety Information

**Indications:** The Advisor™ HD Grid Mapping Catheter, Sensor Enabled™, is indicated for multiple electrode electrophysiological mapping of cardiac structures in the heart, i.e., recording or stimulation only. This catheter is intended to obtain electrograms in the atrial and ventricular regions of the heart. Contraindications: The catheter is contraindicated for patients with prosthetic valves and patients with left atrial thrombus or myxoma, or interatrial baffle or patch via transseptal approach. This device should not be used with patients with active systemic infections. The catheter is contraindicated in patients who cannot be anticoagulated or infused with heparinized saline. **Warnings:** Cardiac catheterization procedures present the potential for significant x-ray exposure, which can result in acute radiation injury as well as increased risk for somatic and genetic effects, to both patients and laboratory staff due to the x-ray beam intensity and duration of the fluoroscopic imaging. Careful consideration must therefore be given for the use of this catheter in pregnant women. Catheter entrapment within the heart or blood vessels is a possible complication of electrophysiology procedures. Vascular perforation or dissection is an inherent risk of any electrode placement. Careful catheter manipulation must be performed in order to avoid device component damage, thromboembolism, cerebrovascular accident, cardiac damage, perforation, pericardial effusion, or tamponade. Risks associated with electrical stimulation may include, but are not limited to, the induction of arrhythmias, such as atrial fibrillation (AF), ventricular tachycardia (VT) requiring cardioversion, and ventricular fibrillation (VF). Catheter materials are not compatible with magnetic resonance imaging (MRI). **Precautions:** Maintain an activated clotting time (ACT) of greater than 300 seconds at all times during use of the catheter. This includes when the catheter is used in the right side of the heart. To prevent entanglement with concomitantly used catheters, use care when using the catheter in the proximity of the other catheters. Maintain constant irrigation to prevent coagulation on the distal paddle. Inspect irrigation tubing for obstructions, such as kinks and air bubbles. If irrigation is interrupted, remove the catheter from the patient and inspect the catheter. Ensure that the irrigation ports are patent and flush the catheter prior to re-insertion. Always straighten the catheter before insertion or withdrawal. Do not use if the catheter appears damaged, kinked, or if there is difficulty in deflecting the distal section to achieve the desired curve. Do not use if the catheter does not hold its curve and/or if any of the irrigation ports are blocked. Catheter advancement must be performed under fluoroscopic guidance to minimize the risk of cardiac damage, perforation, or tamponade.

**Indications:** The Advisor™ VL Circular Mapping Catheter, Sensor Enabled™ is a steerable electrophysiology catheter with integrated sensors. The catheter is used for recording intracardiac signals and cardiac stimulation during diagnostic electrophysiology studies. The catheter can be used to map the atrial regions of the heart. Contraindications: The catheter is contraindicated for patients with prosthetic valves and patients with left atrial thrombus or myxoma, or interatrial baffle or patch via transseptal approach. This device should not be used via retrograde approach. This device is not recommended for use in the ventricles. The device is not intended for transcatheter ablation. This device should not be used with patients with active systemic infections. **Warnings:** Cardiac catheterization procedures present the potential for significant x-ray exposure, which can result in acute radiation injury as well as increased risk for somatic and genetic effects, to both patients and laboratory staff due to the x-ray beam intensity and duration of the fluoroscopic imaging. Careful consideration must therefore be given for the use of this catheter in pregnant women. Catheter entrapment within the heart or blood vessels is a possible complication of electrophysiology procedures. To untangle the catheter, fully open the loop and straighten the catheter shaft, then rotate the handle clockwise. Vascular perforation or dissection is an inherent risk of any electrode placement. Careful catheter manipulation must be performed in order to avoid thromboembolism, cerebral accident, cardiac damage, perforation, pericardial effusion, or tamponade. Risks associated with electrical stimulation may include, but are not limited to, the induction of arrhythmias, such as atrial fibrillation (AF), ventricular tachycardia (VT) requiring cardioversion, and ventricular fibrillation (VF). **Precautions:** Maintain an activated clotting time (ACT) of greater than 300 seconds at all times during use of the catheter. Excessive bending or kinking of the catheter may cause damage to the catheter. Always straighten the catheter and open the loop before insertion or withdrawal. Catheter advancement must be performed under fluoroscopic guidance to minimize the risk of cardiac damage, perforation, or tamponade. Compatible navigation and visualization systems may be used in conjunction with fluoroscopy.

**Indications:** The Advisor™ FL Circular Mapping Catheter, Sensor Enabled™ is a sensor-enabled steerable electrophysiology catheter used for recording intracardiac signals and cardiac stimulation during diagnostic electrophysiology studies. The catheter can be used to map the atrial regions of the heart. The catheter is used with the EnSite Precision™ System to combine and display magnetic processed patient positioning and navigation mapping information. The catheter is used with the MediGuide™ Technology System to enable real-time positioning and navigation. The MediGuide™ Technology system is indicated for use as an adjunct to fluoroscopy. Contraindications: The catheter is contraindicated for patients with prosthetic valves and patients with left atrial thrombus or myxoma, or interatrial baffle or patch via transseptal approach. This device should not be used via retrograde approach. This device is not recommended for use in the ventricles. This device is not intended for transcatheter ablation. This device should not be used with patients with active systemic infections. Warnings: Cardiac catheterization procedures present the potential for significant x-ray exposure, which can result in acute radiation injury as well as increased risk for somatic and genetic effects, to both patients and laboratory staff due to the x-ray beam intensity and duration of the fluoroscopic imaging. Careful consideration must therefore be given for the use of this catheter in pregnant women. Catheter entrapment within the heart or blood vessels is a possible complication of electrophysiology procedures. Vascular perforation or dissection is an inherent risk of any electrode placement. Careful catheter manipulation must be performed in order to avoid thromboembolism, cardiac damage, perforation, or tamponade. The induction of atrial fibrillation (AF), ventricular tachycardia (VT) requiring cardioversion, and ventricular fibrillation (VF) can be risks associated with electrical stimulation. Precautions: Excessive bending or kinking of the catheter may cause damage to the catheter. Always straighten the catheter before insertion or withdrawal. Catheter advancement must be performed under fluoroscopic guidance to minimize the risk of cardiac damage, perforation, or tamponade. Compatible navigation and visualization systems may be used in conjunction with fluoroscopy.

**Indications:** The EnSite Precision™ Cardiac Mapping System is a suggested diagnostic tool in patients for whom electrophysiology studies have been indicated. The EnSite Precision™ System interfaces to either the MediGuide™ Technology System or the EnSite Precision™ Module to combine and display magnetic processed patient positioning and navigation mapping information. When used with the EnSite Precision™ Array™ Catheter, the EnSite Precision™ Cardiac Mapping System is intended to be used in the right atrium of patients with complex arrhythmias that may be difficult to identify using conventional mapping systems alone. OR, when used with an EnSite Precision™ Surface Electrode Kit, the EnSite Precision™ Cardiac Mapping System is intended to display the conduction of conventional electrophysiology (EP) catheters in the heart. **Warnings:** Refer to the ablation catheter labeling for a listing of adverse events related to the use of this device in conjunction with radio frequency ablation, as a part of the diagnosis and treatment of cardiac arrhythmias. For patient safety, any connections that directly connect the patient to the EnSite Precision Cardiac Mapping System must be routed through the appropriate module: EnSite Precision Link, Sensor Enabled™ NavLink, EnSite Precision Field Frame, ArrayLink, CathLink, SJM ECG Cable, RecordConnect, or GenConnect. When using the EnSite Precision Module full protection against the effects of cardiac defibrillator discharge and other leakage currents is dependent upon the use of appropriate cables. Refer to the ablation catheter labeling for a listing of adverse events related to the use of this device in conjunction with radio frequency ablation, as a part of the diagnosis and treatment of cardiac arrhythmias. For patient safety, any connections that directly connect the patient to the EnSite Precision Cardiac Mapping System must be routed through the appropriate module: EnSite Precision Link, Sensor Enabled™ NavLink, EnSite Precision Field Frame, ArrayLink, CathLink, SJM ECG Cable, RecordConnect, or GenConnect. When using the EnSite Precision Module full protection against the effects of cardiac defibrillator discharge and other leakage currents is dependent upon the use of appropriate cables. **Precautions:** Do not operate the EnSite Precision Field Frame within 10 meters (m) of another operating Field Frame. Do not place the EnSite Precision Field Frame cable inside the measurement volume or wrap it around the Field Frame, as it may create a magnetic interference. Do not coil the EnSite Precision Field Frame cable. The cable carries enough electric current that a magnetic field will be created when the cable is placed in a circular formation. This magnetic field may disturb the Field Frame's magnetic field. Do not place the EnSite Precision Link, Sensor Enabled™ within 1 m of the EnSite Precision Field Frame - Do not place tool cables within 30 millimeters (mm) of the EnSite Precision Field Frame cable. If placed this close—particularly if the cables are parallel to each other—the tool cable may become subject to electromagnetic interference. Metallic equipment used in close proximity to the magnetic field during the procedure, such as a sterile drape holder, may affect Sensor Enabled (SE) points and SE field scaling accuracy. Do not use the EnSite Precision Cardiac Mapping System in the presence of other magnetic fields. Do not drop the EnSite Precision Field Frame or subject it to impact. Physical damage to the Field Frame may alter the Field Frame's factory calibration.

™ Indicates a trademark of the Abbott group of companies.
‡ Indicates a third party trademark, which is property of its respective owner.
© 2019 Abbott. All Rights Reserved.
SJM-CAG-0819-0450a | Document approved for U.S. use only.



Confidential

ABB0000013