# EXHIBIT 41





# PARTNERS HEALTHCARE
REPROCESSING WITH INNOVATIVE HEALTH

**August 13, 2019**

Exhibit
0089

# AGENDA

——

- Explain the Innovative 510K process, and how it differs from competitive suppliers

- What differentiates Innovative from competitors? Advancements, Service, Support, etc..

- How will you work with Partners to challenge suppliers that have anti-reprocessing language in order to prevent reprocessing

- Does Innovative offer surgical case support for SoundStar procedures?

- Explain the overall Innovative process from collection, to buy back

- Would you be willing to enter into a program with Partners where you provide incentive/payment for product collected but not bought back by Partners?


INNOVATIVE HEALTH

2

Confidential – not for distribution outside Partners Healthcare

CONFIDENTIAL

IH00008271

# SPECIALTY REPROCESSING

*how we are different*

Independent specialty reprocessor



- Focus on cardiology device categories with the largest impact on hospital finances.

- Technology expansion: Growth through continuous pursuit of new device categories early in their lifecycle.

- Partnership orientation: Restore service levels through a focus on customer needs and optimizing savings potential: Innovative Health can add substantially to your savings.

- **Not OEM owned and operated**: Unbiased, independent providers focused on increasing reprocessed product utilization.

- Record 28 FDA clearances over three years to reprocess EP devices unmatched in the industry [4 submissions under review with FDA]

- Reprocessing program management focused on maximizing savings for the facilities



3

Confidential – not for distribution outside Partners Healthcare

IH00008272

# SPECIALTY REPROCESSING

how we are different

Independent specialty reprocessor

- All R&D dollars go towards getting EP related FDA clearances. Reprocessors without a narrow focus have conflicting interests in their investment strategies

- New devices in EP/Cardiology are increasingly technically complex and require deep scientific and technical expertise. This can be difficult to achieve for reprocessors without a narrow focus

- The science of electrophysiology evolves rapidly so staff needs to be not only scientifically oriented, but must also invest the necessary time in keeping up-to-date

- Successful reprocessing requires intimate understanding of how physician use the devices in a clinical setting. Reprocessors without a focus may struggle to develop such intimate knowledge

- EP and cardiology as clinical areas are associated with different organizational and financial conditions than other hospital units. Running a successful reprocessing program in the EP Lab is very different from reprocessing in other hospital areas


INNOVATIVE HEALTH

4

Confidential – not for distribution outside Partners Healthcare

# 510(k) PROCESS

how we are different

## Aggressive pursuit of FDA clearances

Innovative Health has developed a strong partnership with FDA

Innovative Health now has more clearances among EP devices than any other reprocessing company

The more devices are cleared, the higher the hospital savings

A constant flow of new clearances ensures constant growth in reprocessing savings

| Clearance | Date | K-number |
|---|---|---|
| Diagnostic Ultrasound Catheter | Mar-16 | K153090 |
| Electrophysiology Catheter | Mar-16 | K153153 |
| Polaris X Steerable Catheter | May-16 | K160303 |
| Livewire Steerable Catheter | May-16 | K160242 |
| Inquiry Steerable Catheter | Jun-16 | K160496 |
| Dynamic Tip Steerable Catheter | Sep-16 | K161464 |
| Orbiter Steerable Catheter | Oct-16 | K161393 |
| Inquiry Optima Plus Steerable Catheter | Nov-16 | K160421 |
| Supreme Diagnostic EP Catheter | Dec-16 | K161769 |
| Response Diagnostic EP Catheter | Dec-16 | K161827 |
| Viking Diagnostic EP Catheter | Dec-16 | K162251 |
| Agilis Nxt Steerable Introducer | Jun-17 | K170311 |
| Soundstar 3D DUC | Jun-17 | K170474 |
| Webster CS Bi-Directional Catheter | Jun-17 | K170922 |
| Acunav DUC | Jul-17 | K163560 |
| CristaCath Diagnostic EP Catheter | Oct-17 | K171503 |
| Inquiry Steerable EP Catheter | Oct-17 | K171277 |
| Halo XP Diagnostic EP Catheter | Nov-17 | K171788 |
| Viewflex Xtra ICE DUC | Mar-18 | K173262 |
| Decanav Diagnostic EP Catheter | Jun-18 | K180710 |
| Torqr Diagnostic EP Catheter | Oct-18 | K181618 |
| Advisor Fl Sensor Enabled Circular Mapping Catheter | Oct-18 | K181458 |
| Marinr Diagnostic Ep Catheter | Nov-18 | K181897 |
| Visions Pv .035 Digital Ivus Catheter | Jan-19 | K181126 |
| Response Diagnostic Electrophysiology Catheter | Feb-19 | K182488 |
| Supreme Diagnostic Electrophysiology Catheter | Apr-19 | K182386 |
| Pentaray eco mapping catheter | Jun-19 | K190785 |
| Webster Duo-Decapolar Diagnostic EP Catheter | Jul-19 | K190980 |



INNOVATIVE HEALTH

5

Confidential – not for distribution outside Partners Healthcare

# REPROCESSING TECHNOLOGY

**Innovative Health is building a new technology paradigm based on single-use device reprocessing that creates new methodologies, standards, and testing/cleaning practices - enabling more devices to be re-used than seen before in reprocessing**

- Hemostasis Detection Capability
- Joint Leak Detection Capability
- Macro Lumen Occlusion Detection, cleaning and inspecting
- Micro lumen Occlusion Detection, cleaning and inspecting
- Hydrophilic coating performance characterization
- Hydrophilic coating detection, application or removal
- Electronic Programable Memory decryption, read and write capabilities
- Advanced visual inspection methodologies
- 3D mapping location sensor performance characterization and testing
- Ultrasound Imaging performance characterization and testing
- Dielectric Breakdown assessment for insulation per IEC 60601
- Patient Leakage testing for medical devices per IEC 60601
- Custom and Advanced Cleaning validation methodologies
- Like for Like Component replacements
- Injection molded component replacements
- Mechanical Characterization of Medical Devices
- Advanced Non-destructive material identification methodologies
- Advanced Non-destructive wall thickness measurement for catheters
- Advanced sterile packaging design and development

- FDA's Innovative Health clearances of Pentaray, Agilis, ViewFlex and Visions IVUS – represent the adoption of new technologies and standards for reprocessing

- These clearances open the door for the clearance of more complex devices with similar technologies

- The bar for FDA reprocessing clearances is higher than ever

- This reflects a continued commitment to enable reprocessing and better EP lab economics – while ensuring patient safety

- Innovative Health has filed for protection of a number of intellectual property rights associated with micro-occlusion cleaning and inspection.

Confidential – not for distribution outside Partners Healthcare

# DEVICES OFFERED

broader portfolio

---

## Independent specialty reprocessor

| | | | Innovative Health | Stryker | SterilMed |
|---|---|---|---|---|---|
| DUC/ICE | AcuNav | Biosense Webster | X | X | X |
| | SoundStar | Biosense Webster | X | X | (X) |
| | ViewFlex | St. Jude | X | X | |
| Mapping | Lasso | Biosense Webster | X | X | X |
| | Advisor FL | St. Jude | X | | |
| | Decanav | Biosense Webster | X | | |
| | Pentaray | Biosense Webster | X | | |
| Diagnostic EP | Specialty | Biosense Webster | X | X | X |
| | | St. Jude | X | X | (X) |
| | | Boston Scientific | X | X | (X) |
| | Steerable | Biosense Webster | X | X | X |
| | | St. Jude | X | X | (X) |
| | | Boston Scientific | X | X | (X) |
| | | Medtronic | X | X | |
| | Fixed | Biosense Webster | X | X | X |
| | | St. Jude | X | X | (X) |
| | | Boston Scientific | X | | |
| | | Medtronic | X | X | |
| Vascular Imaging | ClosureFast | Medtronic | X | | |
| | Vision IVUS | Philips | X | | |



INNOVATIVE HEALTH

7

Confidential – not for distribution outside Partners Healthcare

IH00008276

# DOING THE MATH

recover your savings

**$2,000+** in savings from reprocessing ICE and mapping catheters alone

- Reprocessing can reduce device costs by 30%, or $3,000 per procedure

- The Original Manufacturer still makes $7,500 in revenue

- With the PENTARAY® catheter, Innovative Health now offers the full line of BSW mapping catheters: LASSO®, DECANAV® and PENTARAY®

- With the PENTARAY® clearance, the economics of EP cases becomes a lot more compelling:

- Reprocessing mapping and ICE catheters can now save EP labs more than $2,000 in most EP cases – hospitals that don't stand to lose this

- Partners Healthcare savings guarantee: $3.22M

**Device costs for Pulmonary Vein Isolation case**

|  | Original costs | Costs with reprocessing |
|---|---|---|
| Irrigation tubing | $ 100 | $ 100 |
| Transseptal needle | $ 260 | $ 260 |
| Patch | $ 415 | $ 415 |
| Irrigated RF Ablation catheter | $ 3,456 | $ 3,456 |
| Guiding sheath | $ 200 | $ 200 |
| Intracardiac Echocardiography catheter | $ 2,650 | $ 1,325 |
| Coronary Sinus catheter | $ 495 | $ 248 |
| Steerable sheath | $ 930 | $ 465 |
| Quads | $ 220 | $ 110 |
| Circular mapping catheter | $ 1,750 | $ 875 |
| Total device costs | $ 10,476 | $ 7,454 |



8

Confidential – not for distribution outside Partners Healthcare

CONFIDENTIAL

IH00008277

# Which EP Reprocessing Program Do You Want?

**EXAMPLE:**

Eco family of sensor-enabled catheters from Biosense Webster:

- Lasso Nav: $800 savings
- SoundStar: $1,250 savings
- Pentaray: $850 savings

**TWO CATHETERS:**
**~ $2,000 savings per case**



An EP Lab that saves **$75,000** on EP catheters and cables...

...typically saves **$300,000** or more when adding sensor-enabled and imaging catheters.

Innovative Health's 510(k) clearances ensure that devices match original manufacturer specifications, that location sensors are accurate and that devices are as safe and effective as new ones.

Confidential – not for distribution outside Partners Healthcare

IH00008278

# MANAGING SUPPLIER THREATS

### addressing BSW challenges

Unfounded allegations and threats to reprocessing savings

"**Biosense Webster does not know the specifications of reprocessed devices – therefore BSW mappers cannot work with reprocessed devices**"

"**Reprocessing makes sensors inaccurate – only Biosense Webster can accurately calibrate**"

"**Work with SterilMed – the only reprocessor that has the specifications**"

- The FDA clearance process ensures that specifications and calibration are substantially equivalent to new devices, so there is no reason BSW mappers can't use them

- We have seen no data to back the claim that reprocessed devices are different

- SterilMed and Stryker cannot provide the savings that Innovative Health can, and taking BSW's direction will come at a cost


INNOVATIVE HEALTH

10

Confidential – not for distribution outside Partners Healthcare

IH00008279

# PROTECTING YOUR SAVINGS

addressing BSW challenges

Sample cost savings comparison – cost of restricted or limited programs

| | New | Restricted program | Innovative Health |
|---|---|---|---|
| Irrigation tubing | $100 | $100 | $100 |
| Transseptal needle | $260 | $260 | $260 |
| Patch | $415 | $415 | $415 |
| Irrigated AF ablation catheter | $3,456 | $3,456 | $3,456 |
| Guiding sheath | $200 | $200 | $200 |
| Coronary sinus catheter | $495 | $248 | $248 |
| ICE catheter | $2,650 | $2,650 | $1,325 |
| Steerable sheath | $930 | $465 | $465 |
| Quads | $220 | $110 | $110 |
| Circular mapping catheter | $1,750 | $1,750 | $875 |
| **Total** | **$10,476** | **$9,654** | **$7,454** |

Reprocessing cost savings can finance the cost of independent mapping techs and add savings for the EP lab


INNOVATIVE HEALTH

11

Confidential – not for distribution outside Partners Healthcare

IH00008280

# MAPPING TECH PROGRAM

addressing BSW challenges

## Match program: Mapping support to optimize reprocessing savings

- *EP labs that have their own mapping techs are able to manage their supplier relations and optimize their reprocessing savings*

- Innovative Health is developing a national mapping technologist program, through which we supply mapping resources to our hospital partners for onsite mapping

- Innovative Health's national mapping technologist programs will train mapping techs in mapping techniques and interfaces across systems under the direction of Aaron DeTate

- All technicians will be trained at Torrance Memorial/locally using tested training programs developed in the EP lab and integrated with all recent system updates. Training protocols and benchmarks have been developed

- Mapping technologist program will be comprehensive, focused on physician expectations, and enable technicians to map on several systems

- Program details, Partners Healthcare:

  - **MATCH PROGRAM:** Partners Healthcare commits $100,000 towards program to train hospital-based mapping technicians and Innovative Health matches this with $100,000

  - **PILOT MAPPING SUPPORT:** Innovative Health has a local mapping technician resource that will initially support one or two Partners Healthcare physicians as independent resources


INNOVATIVE HEALTH

12

Confidential – not for distribution outside Partners Healthcare

IH00008281

# Aaron Detate

- Clinical Electrophysiology Specialist

- Manages team of 12 clinicians and 4 physicians in a dedicated electrophysiology lab

- More than a decade working in Cardiac Electrophysiology teaching and mentoring new technologists and clinical specialists

- Previously on the academic advisory board for Loma Linda University

- Instructor and clinical coordinator in the Cardiac Electrophysiology Technology program at Loma Lina





INNOVATIVE HEALTH

13

# WHAT YOU SHOULD EXPECT

a successful program

New technologies, ongoing service commitment, savings reviews

## WHAT HOSPITALS SHOULD EXPECT

**Constant investment in new technologies**

**Ongoing in-service to ensure collection is optimized**

**Collection and device return system designed with the hospital in mind**

**Focus on the most expensive devices**

**Regular program reviews to identify savings opportunities**


INNOVATIVE HEALTH

14

Confidential – not for distribution outside Partners Healthcare

IH00008283

# HOW DOES IT WORK?

Program funtionality

**01**  **Program setup**: Evaluate current device spend and estimates of cost savings that can be realized through the program. In-servicing and education of staff.

**02**  **Savings Reports:** Obtain regular savings reports on what savings have been achieved.

**03**  Conduct monthly **savings reviews** with your reprocessing partner to review program achievements as well as opportunities for savings growth that may not have been addressed





INNOVATIVE HEALTH

15

Confidential – not for distribution outside Partners Healthcare

IH00008284

# COLLECTION

reprocessing process

## Simple instructions for hospital staff

### Clean
Wipe down handle and shaft with saline soaked gauze



### Prepare
Make sure catheter is in un-deflected position



### Pack
Loosely coil in natural direction and place in plastic bag (2 steerable catheters or 5 cables/fixed catheters per bag)



### Store
Place in designated collection system



INNOVATIVE HEALTH

16

Confidential – not for distribution outside Partners Healthcare

# SHIPPING

reprocessing process

Innovative Health techs ship devices to reprocessing plant











17

Confidential – not for distribution outside Partners Healthcare

IH00008286

# THE SCIENCE OF COLLECTIONS

reprocessing process

Innovative Health works with Human Factor scientists to create the most effective, least disruptive collection systems







18

Confidential – not for distribution outside Partners Healthcare

IH00008287

# RETURNED DEVICES

reprocessing process

  



INNOVATIVE HEALTH

19

Confidential – not for distribution outside Partners Healthcare

CONFIDENTIAL

IH00008288

# DEVELOPMENT AGREEMENT

confidential agreement

## Engineering samples for future reprocessing







- Partners will provide Innovative all their used diagnostic, ablation and ultrasound catheters and any other used items that Partners would like to explore the possibility of reprocessing

- All catheters with 510K approvals or pending approvals will be segregated from general inventory received for reprocessing and returned to Partners per the terms of the Innovative contract.

- Any catheter currently not able to be reprocessed will be catalogued and Partners will receive 100% "tip credit" for the value of the platinum in the tips.

- The catheters that cannot currently be reprocessed will be utilized as engineering samples to evaluate feasibility of reprocessing for a particular device and to support testing requirements if Innovative deems to move forward with a 510K submission.

- All devices will be invoiced at the negotiated rate that Innovative negotiated with Partners

  - Matching Stryker price

  - Additional rebate in recognition of the assistance in product development of 20%

- Savings guarantee, the amount of which will be agreed upon and signed by both Partners and Innovative



20

Confidential – not for distribution outside Partners Healthcare

CONFIDENTIAL

IH00008289

# COLLECTION INCENTIVE PROGRAM

## Platinum rebate program

- EP catheters containing platinum that are rejected will be tallied and logged.

- At the end of each quarter your lab's platinum rebate will be calculated using the fair market price of platinum x the total weight of platinum x number of devices rejected from your collections.

- Platinum rebates are issued in the form a credit toward future orders.

- Innovative offers reprocessing services for expired and open and unused devices

- Please see Innovative Health's list of criteria for this category of potential savings


INNOVATIVE HEALTH

21

Confidential – not for distribution outside Partners Healthcare

IH00008290

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 42

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 43**

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 44**

# EXHIBIT 45



# FDA Clearances & Available Devices

| Clearance | Date | 510(k) Number |
|---|---|---|
| AcuNav Diagnostic Ultrasound Catheter | March 2016 | K153090 |
| Lasso Nav eco & Lasso 2515 Nav eco Variable EP Catheter | March 2016 | K153153 |
| Polaris X Steerable Catheter | May 2016 | K160303 |
| Livewire Steerable Catheter | May 2016 | K160242 |
| Inquiry Steerable Catheter | June 2016 | K160496 |
| Dynamic Tip Steerable Catheter | September 2016 | K161464 |
| Orbiter Steerable Catheter | October 2016 | K161393 |
| Inquiry Optima Plus Steerable Catheter | November 2016 | K160421 |
| Supreme Diagnostic EP Catheter | December 2016 | K161769 |
| Response Diagnostic EP Catheter | December 2016 | K161827 |
| Viking Diagnostic EP Catheter | December 2016 | K162251 |
| Agilis Nxt Steerable Introducer | June 2017 | K170311 |
| Soundstar 3D Diagnostic Ultrasound Catheter | June 2017 | K170474 |
| Webster CS Bi-Directional Catheter | June 2017 | K170922 |
| Acunav Diagnostic Ultrasound Catheter (3X) | July 2017 | K163560 |
| CristaCath Diagnostic EP Catheter | October 2017 | K171503 |
| Inquiry Steerable EP Catheter | October 2017 | K171277 |
| Halo XP Diagnostic EP Catheter | November 2017 | K171788 |
| Viewflex Xtra ICE DUC | March 2018 | K173262 |
| ** Decanav Diagnostic EP Catheter | June 2018 | K180710 |
| Torqr Diagnostic Ep Catheter | October 2018 | K181618 |
| Advisor FL Sensor-Enabled Circular Mapping Catheter | October 2018 | K181458 |
| Marinr Diagnostic EP Catheter | November 2018 | K181897 |
| ** Visions Pv .035 Digital IVUS Catheter | January 2019 | K181126 |
| Response Diagnostic Electrophysiology Catheter (3X) | February 2019 | K182488 |
| Supreme Diagnostic Electrophysiology Catheter (3X) | April 2019 | K182386 |
| ** PENTARAY eco mapping Catheter | June 2019 | K190785 |
| Webster Duo-Decapolar Diagnostic EP Catheter | July 2019 | K190980 |
| Livewire Steerable Catheter (3X) | August 2019 | K190127 |
| Reflexion Spiral Bi-Directional Variable Radius EP | October 2019 | K191170 |
| ** Achieve Advance Mapping Diagnostic EP Catheter | December 2019 | K191880 |
| ** Achieve Catheter Connecting Cable | January 2020 | K193263 |
| ** BRK Transseptal Needle | July 2020 | K192998 |
| ** NRG Transseptal Needle | July 2020 | K200060 |

** Unique device clearances

CONFIDENTIAL

## FDA clearances to reprocess EP catheters



## Available Reprocessed Devices

| | | | Innovative Health | General Reprocessor |
|---|---|---|---|---|
| DUC/ICE | AcuNav | Biosense Webster | X | X |
| | SoundStar | Biosense Webster | X | X |
| | ViewFlex | St. Jude Medical | X | X |
| Mapping | Lasso | Biosense Webster | X | X |
| | Advisor FL | St. Jude Medical | X | X |
| | Decanav | Biosense Webster | X | |
| | Pentaray | Biosense Webster | X | |
| | Achieve | Medtronic | X | |
| Diagnostic EP | Specialty, Steerable, Fixed | Biosense Webster | X | X |
| | | St. Jude Medical | X | X |
| | | Boston Scientific | X | X |
| | | Medtronic | X | X |
| Vascular Imaging | Closurefast | Medtronic | X | |
| | Vision IVUS | Philips | X | |
| Cables | Achieve | Medtronic | X | X |
| Sheaths | Agilis | St. Jude Medical | X | X |
| | Swartz | St. Jude Medical | X | X |
| Transseptal Needles | BRK | St. Jude Medical | X | |
| | NRG | Baylis Medical | X | |

**(X) = Devices available through 510(k) clearance or line extension. Obtained via internal usage data intelligence.
*The third-party trademarks used herein are for device identification and are trademarks of their respective owners.

ART0124 Rev. 3



Please contact your local Innovative Health representative or our corporate offices.

877.400.3740
www.innovative-health.com
info@innovative-health.com

# EXHIBIT 46

INNOVATIVE
HEALTH







# Mapping Catheter 101

info credit: https://www.sciencedirect.com/science/article/pii/S001086501500106X

CONFIDENTIAL

IH00029100


INNOVATIVE HEALTH

# Mapping Catheters 101

- Technology
  - Impedance-based (EnSite)

  - Magnetic Field (Carto)

  - Hybrid Impedance and Magnetic (EnSite Precision, Carto3)

CONFIDENTIAL

IH00029101



# Impedance-based Mapping

CONFIDENTIAL

IH00029102



# Impedance-based Mapping

- Based on use of body-surface patch electrodes
- A high-frequency alternating current electrical signal is delivered between pairs of patch electrodes.
- Intracardiac catheters are equipped with sensing electrodes.
- The electrodes on the catheters read relative voltages with respect to a reference electrode and send the data to the computer for a further processing.
- The position of the electrode, and thus the catheter in space, is identified upon the analysis of voltages.
- The localization of catheters is calculated based on an impedance gradient in relation to a reference electrode.
- Main advantage of an impedance based mapping system is that it allows visualization of multiple catheters from different manufacturers and any of those catheters can be used for mapping.

CONFIDENTIAL

IH00029103



- Electrodes used for impedance based mapping are not affected by reprocessing.

- Electrodes are made out of platinum which is known for its chemical stability.

- Multi-point quality inspections ensure electrodes with damage, corrosion or discoloration is rejected.

- Electrical continuity and resistance testing ensures all electrodes are functional and meets performance acceptance criteria.

# Effects of Reprocessing on Impedance-based Mapping Catheters

CONFIDENTIAL

IH00029104



# Magnetic Field based Mapping

IH00029105



# Magnetic Field based Mapping

- Relies on simple physics: Faraday's Law
- A conductor moved about inside a magnetic field will generate a current





**Faraday's Law**

$$\varepsilon = -N \frac{\Delta \phi_M}{\Delta t}$$

$N$ = number of loops

$\Delta \phi_M$ = change in magnetic flux

$\Delta t$ = change in time

$\varepsilon$ = induced voltage (also known as emf)

CONFIDENTIAL

IH00029106



# Magnetic Field based Mapping

- Uses low energy electromagnetic fields.

- Triangulation algorithm measures the strength of magnetic fields emitted by the location pad (black spheres) and calculates a position in a 3D space

- The coils emitting nonhomogenous magnetic field are located in a triangle (location pad) that is placed under the table on which the patient lies during ablation procedure.

- A magnetic sensor is in the catheter tip.

- The evaluation of the magnetic field strength and orientation enables to localize catheter in space accurately.

- A drawback of this style of system is in its closed architecture necessitating use ofOM specific catheters, since no map can be generated by a catheter other than original.

IH00029107



# Magnetic Field based Mapping

- 3 Magnetic Location "Sensors" located within the distal portion of the catheter
- Simply a metallic (copper) coil or wire loop
- As the distance from each location pad changes, the current in the sensors are read by the console and is visualized as catheter movement





CONFIDENTIAL

IH00029108



# Location Sensors 101 (magnetic field)

- In order to get the same location reference on every catheter, the location sensor performance must be equivalent, which is not possible.

- The performance for each of these location sensors is characterized and a unique calibration file and/or correction factors necessary to create uniform performance is stored in the EEPROM chip embedded into each of the device.

CONFIDENTIAL



- "Sensors" used for magnetic field based mapping are fixed inside the shaft of the catheter
  - If they could move it would affect their location accuracy
  - Usually embedded in an adhesive, contained within a housing, and/or extruded within the shaft
- Not exposed to external elements
  - Non-reactive/oxidative
  - Will not decay or degrade over time

# Effects of Reprocessing on Magnetic Field based Mapping Catheters

CONFIDENTIAL

IH00029110



# Myths

- Re-calibrating location sensors is not necessary
  - The sensor hasn't been altered or replaced
  - The geometry of the device hasn't changed
  - The sensor hasn't been exposed to any conditions that might affect its conductive properties


- Innovative Health does not modify the calibration data


- <u>The device will perform equivalently to the OM, with similar accuracy</u>

# Reprocessing Mapping Catheters



- Each device is tested to ensure that it performs just like an OM

- Using proprietary technology, original devices are tested to determine signal limits and performance.

- The sensor on every reprocessed device is tested against these limits and must prove substantially equivalent to the original device.

CONFIDENTIAL

IH00029112



THANK YOU!

info@ innovative-health.com                    www.innovative-health.com

CONFIDENTIAL                                                                    IH00029113