PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 48**

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 49**

# EXHIBIT 50



# Heart Rhythm Society's 39th Annual Scientific Sessions 2018

June 4, 2018 by Healthcare Business Today Team Leave a Comment

By Lars Thording, VP, Marketing & Public Affairs, Innovative Health

The 29th annual *Heart Rhythm Society* conference in Boston once again brought together industry players and the clinical community to continue to rapid development in electrophysiology – one of the fastest growing procedure areas in the United States. If you didn't have the chance to stop by the conference, here is a brief summary:

- **The Final Four:** Consolidation and large-scale acquisitions have dominated the electrophysiology industry in recent years, so a first impression when walking onto the exhibit floor is the dominance of the four largest industry players, Medtronic, Philips, Biosense Webster (Johnson & Johnson) and Abbott. The other half of the exhibition floor consisted of smaller exhibits where the true innovators of the industry – small start-ups – presented their innovations.

- **No Peloton?** What was conspicuously absent and somewhat concerning to any healthcare economist was the mid-sized group of companies who, in a healthier industry would be the challengers to the hegemony of the four large players – with new electrophysiology system solutions, groundbreaking new technology or other innovations capable of upsetting the industry. This is generally healthier for the healthcare customer than an oligopoly.

- **Impact of Electrophysiology:** The perhaps most important observation from the conference, is the enormous importance of progress in electrophysiology of the past few years. Atrial Fibrillation is among the fastest growing disease areas today. Fortunately, the industry as well as clinical science have responded with an impressive rate of innovation and methodology development, to the point where this condition today can be approached curatively through AF Ablation. We owe clinicians and the four large players a debt of gratitude for making this kind of medical progress possible over such a short time-span. *The Heart Rhythm*

IH00130186

*Society* conference was an opportunity for clinical and technology leaders to continue this dialogue and take it to the next level.

- **Incremental Innovation, Not Continued Revolution:** There were few signs that the industry has picked up on this opportunity. Clearly, all the major players brought new products to the market with this conference; Abbott introduced the new Advisor HD, a direct competitor to Biosense Webster's Pentaray catheter; Biosense Webster introduced the Vizigo catheter, which reduces patient radiation exposure; and Baylis launched a steerable sheath to go with its transseptal needles. If anything, this was a year with incremental innovation; no new consoles of ultrasound equipment – and no new innovation that promised to substantially bring the industry forward towards the elusive goal of making electrophysiology more accessible (less expensive technology) and efficacious (higher success rates).

- **Single-use device reprocessing:** One reprocessing company has taken a novel approach by rapidly getting clearances to reprocess new devices in electrophysiology that haven't previously been considered reprocessable. They showed a strong commitment to advancing reprocessing in electrophysiology and may be the potion the doctor prescribed, since greater savings on AF Ablation related devices could lead to the reduction in procedure costs that will accelerate penetration. A good example is the recently cleared ViewFlex catheter. Manufacturers whose pipeline may have dried up could see this as an opportunity to drive adoption and ultimately realizing the potential of AF Ablation.

- **CABANA study**: The research community had been looking forward to the results of this study that would propel AF Ablation forward in terms of procedure prevalence and effectiveness: Early AF Ablation intervention was expected to be demonstrably better than drug treatment. The results were presented by Douglas L. Packer, MD, professor of medicine and consultant in the division of heart rhythm services in the department of cardiovascular medicine, at Mayo Clinic. Contrary to expectations, the study failed to show statistically significant differences in morbidity, the primary end-point.

- **PTSD and Atrial Fibrillation:** One of the scientific sessions reported detailed results from a significant, first-of-its-kind study showing a link between Post Traumatic Stress Disorder (PTSD) and atrial fibrillation. Researchers have just recently begun to study the impact of significant, ongoing stress and negative emotions on AFib.

- **Poster sessions:** Among several interesting poster sessions, we found a study showing that smoking marijuana is not associated with increased risk of ventricular fibrillation and ventricular tachycardia following an acute myocardial infarction or heart attack. The research actually showed that marijuana users in general have a lower risk of atrial fibrillation (AFib) and in-hospital mortality. Another point for marijuana in the ongoing debate about is place in healthcare.

- **Other Sessions:** In addition, a wide variety of sessions were available during the 5-day event to clinical professionals looking to gain both on-the-job knowledge

CONFIDENTIAL

and continuing education credits, including case-based tutorials, debates on clinical issues, clinical procedure how-tos, poster abstracts on the latest scientific research. Special sessions included a focus on the *Women of EP,* a *Young Investigator Awards Competition* and an *Allied Professionals Orientation* among many others.

*Lars Thording, Ph.D. has a background in academia, consulting and industry leadership. He has been responsible for the launch of numerous market-disrupting solutions across healthcare, insurance and technology. Originally from Denmark, Lars has taught at universities in Denmark, Ireland and the United States. He currently serves as the VP, Marketing & Public Affairs, for Innovative Health, a medical device reprocessing company specializing in Electrophysiology and Cardiology technology. Lars currently serves on the board of the Association of Medical Device Reprocessors*

CONFIDENTIAL

# EXHIBIT 51

Message

| | |
|---|---|
| **From**: | Rick Ferreira [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F712852AA394A6EBCF4076D9B89F341-RFERREIRA11] |
| **Sent**: | 9/30/2019 5:25:24 PM |
| **To**: | Nestor.A.Jarquin@kp.org |
| **CC**: | Jay Farris [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=123cb4df138445e69f0d3bda640ecc37-jfarris]; Karl [kkuo6885@gmail.com] |
| **Subject**: | Thank you! |
| **Attachments**: | Presentation KAISER PERMANENTE.pdf |

Good afternoon Nestor

Thank you fro taking the time to meet with us today.

It was great to see you and catch up.

I have attached here the deck that I was going to review with you today but felt our time was better spent discussing the current program and your vision for future state.

We would love to get something on the calendar for Q4 to get you and some of your colleagues out for a plant tour and discussion. I will follow up mid October.

Thanks again for your time and I look forward to seeing you soon.

Take care,

Rick

**Rick Ferreira**
**CEO**

480.525.5910 (Office)
480.467.8517 (Mobile)
www.innovative-health.com





**Exhibit**
**0192**

IH00130283





# KAISER PERMANENTE
REPROCESSING WITH INNOVATIVE HEALTH

**SEPTEMBER 30, 2019**

1

CONFIDENTIAL

IH00130284

# THE SUCCESS OF REPROCESSING



All 20 of US News & World Report's "Honor Roll" hospitals use reprocessed devices

- Tight regulation and a track record of safety and performance means devices are as safe and functionally equivalent to new devices

- 7392 hospitals and surgery centers in the US and Canada use single-use device reprocessing

- Reprocessing has become a key cost containment strategy for US hospitals, who saved $400M through reprocessing in 2018

- One study showed that new devices fail 4.9 times more frequently than reprocessed devices

- Some hospitals save millions of dollars per year through reprocessing – expanding patient access, financing new technology and improving patient care

- The biggest savings potential in reprocessing is in the Electrophysiology lab



**INNOVATIVE HEALTH**

2

CONFIDENTIAL

IH00130285

# SPECIALTY REPROCESSING

how we are different

Independent
specialty
reprocessor

- Focus on cardiology device categories with the largest impact on hospital finances.

- Technology expansion: Growth through continuous pursuit of new device categories early in their lifecycle.

- Partnership orientation: Restore service levels through a focus on customer needs and optimizing savings potential: Innovative Health can add substantially to your savings.

- **Not OEM owned and operated**: Unbiased, independent providers focused on increasing reprocessed product utilization.

- Record 29 FDA clearances over three years to reprocess EP devices unmatched in the industry [4 submissions under review with FDA] + 45+ unique device families, 600+ SKUs

- Increasing complexity of new EP devices has led to Innovative Health developing unique reprocessing technology competencies


INNOVATIVE HEALTH

3

IH00130286

# REPROCESSING TECHNOLOGY

**Innovative Health is building a new technology paradigm based on single-use device reprocessing that creates new methodologies, standards, and testing/cleaning practices - enabling more devices to be re-used than seen before in reprocessing**

- Hemostasis Detection Capability
- Joint Leak Detection Capability
- Macro Lumen Occlusion Detection, cleaning and inspecting
- Micro lumen Occlusion Detection, cleaning and inspecting
- Hydrophilic coating performance characterization
- Hydrophilic coating detection, application or removal
- Electronic Programable Memory decryption, read and write capabilities
- Advanced visual inspection methodologies
- 3D mapping location sensor performance characterization and testing
- Ultrasound Imaging performance characterization and testing
- Dielectric Breakdown assessment for insulation per IEC 60601
- Patient Leakage testing for medical devices per IEC 60601
- Custom and Advanced Cleaning validation methodologies
- Like for Like Component replacements
- Injection molded component replacements
- Mechanical Characterization of Medical Devices
- Advanced Non-destructive material identification methodologies
- Advanced Non-destructive wall thickness measurement for catheters
- Advanced sterile packaging design and development

- FDA's Innovative Health clearances of Pentaray, Agilis, ViewFlex and Visions IVUS – represent the adoption of new technologies and standards for reprocessing

- These clearances open the door for the clearance of more complex devices with similar technologies

- The bar for FDA reprocessing clearances is higher than ever

- This reflects a continued commitment to enable reprocessing and better EP lab economics – while ensuring patient safety

- Innovative Health has filed for protection of a number of intellectual property rights associated with micro-occlusion cleaning and inspection.

IH00130287

# PARTNER HOSPITALS























5

IH00130288

# 510(k) CLEARANCES

how we are different

## Aggressive pursuit of FDA clearances

Innovative Health has developed a strong partnership with FDA

Innovative Health now has more clearances among EP devices than any other reprocessing company

The more devices are cleared, the higher the hospital savings

A constant flow of new clearances ensures constant growth in reprocessing savings

| Clearance | Date | K-number |
|---|---|---|
| Diagnostic Ultrasound Catheter | Mar-16 | K153090 |
| Electrophysiology Catheter | Mar-16 | K153153 |
| Polaris X Steerable Catheter | May-16 | K160303 |
| Livewire Steerable Catheter | May-16 | K160242 |
| Inquiry Steerable Catheter | Jun-16 | K160496 |
| Dynamic Tip Steerable Catheter | Sep-16 | K161464 |
| Orbiter Steerable Catheter | Oct-16 | K161393 |
| Inquiry Optima Plus Steerable Catheter | Nov-16 | K160421 |
| Supreme Diagnostic EP Catheter | Dec-16 | K161769 |
| Response Diagnostic EP Catheter | Dec-16 | K161827 |
| Viking Diagnostic EP Catheter | Dec-16 | K162251 |
| Agilis Nxt Steerable Introducer | Jun-17 | K170311 |
| Soundstar 3D DUC | Jun-17 | K170474 |
| Webster CS Bi-Directional Catheter | Jun-17 | K170922 |
| Acunav DUC | Jul-17 | K163560 |
| CristaCath Diagnostic EP Catheter | Oct-17 | K171503 |
| Inquiry Steerable EP Catheter | Oct-17 | K171277 |
| Halo XP Diagnostic EP Catheter | Nov-17 | K171788 |
| Viewflex Xtra ICE DUC | Mar-18 | K173262 |
| Decanav Diagnostic EP Catheter | Jun-18 | K180710 |
| Torqr Diagnostic EP Catheter | Oct-18 | K181618 |
| Advisor FI Sensor Enabled Circular Mapping Catheter | Oct-18 | K181458 |
| Marinr Diagnostic Ep Catheter | Nov-18 | K181897 |
| Visions Pv .035 Digital Ivus Catheter | Jan-19 | K181126 |
| Response Diagnostic Electrophysiology Catheter | Feb-19 | K182488 |
| Supreme Diagnostic Electrophysiology Catheter | Apr-19 | K182386 |
| Pentaray eco mapping catheter | Jun-19 | K190785 |
| Webster Duo-Decapolar Diagnostic EP  Catheter | Jul-19 | K190980 |
| Livewire Steerable Catheter (3X) | Aug-19 | K190127 |


INNOVATIVE HEALTH

6

Confidential – not for distribution outside Partners Healthcare

IH00130289

# EP CLEARANCES

economics of EP reprocessing

Clearances for more complex, high cost device

Full portfolio of Biosense Webster mapping catheters: LASSO®, DECANAV® and PENTARAY®

**NEW**



**PENTARAY**

**WEBSTER DUODECAPOLAR**







**MAPPING CATHETERS**   **IMAGING CATHETERS**   **ACCESS DEVICES**   **DIAGNOSTIC EP CATHETERS**

Reprocessing can reduce device costs by 30%, or $3,000 per procedure - $2,000 alone from mapping and ICE catheters









**SPECIALTY CATHETERS**   **CORONARY SINUS CATHETERS**   **VASCULAR IMAGING CATHETERS**   **REUSABLE CABLES**

INNOVATIVE HEALTH

7

IH00130290

# DEVICES OFFERED

broader portfolio

Independent specialty reprocessor

| | | | Innovative Health | Stryker | SterilMed |
|---|---|---|---|---|---|
| DUC/ICE | AcuNav | Biosense Webster | X | X | X |
| | SoundStar | Biosense Webster | X | X | (X) |
| | ViewFlex | St. Jude | X | X | |
| Mapping | Lasso | Biosense Webster | X | X | X |
| | Advisor FL | St. Jude | X | | |
| | Decanav | Biosense Webster | X | | |
| | Pentaray | Biosense Webster | X | | |
| Diagnostic EP | Specialty | Biosense Webster | X | X | X |
| | | St. Jude | X | X | (X) |
| | | Boston Scientific | X | X | (X) |
| | Steerable | Biosense Webster | X | X | X |
| | | St. Jude | X | X | (X) |
| | | Boston Scientific | X | X | (X) |
| | | Medtronic | X | X | |
| | Fixed | Biosense Webster | X | X | X |
| | | St. Jude | X | X | (X) |
| | | Boston Scientific | X | | |
| | | Medtronic | X | X | |
| Vascular Imaging | ClosureFast | Medtronic | X | | |
| | Vision IVUS | Philips | X | | |



8

Confidential – not for distribution outside Partners Healthcare

CONFIDENTIAL

IH00130291

# DOING THE MATH

recover your savings

**$2,000+** in savings from reprocessing ICE and mapping catheters alone

- Reprocessing can reduce device costs by 30%, or $3,000 per procedure

- The Original Manufacturer still makes $7,500 in revenue

- With the PENTARAY® catheter, Innovative Health now offers the full line of BSW mapping catheters: LASSO®, DECANAV® and PENTARAY®

- With the PENTARAY® clearance, the economics of EP cases becomes a lot more compelling:

- Reprocessing mapping and ICE catheters can now save EP labs more than $2,000 in most EP cases – hospitals that don't stand to lose this

**Device costs for Pulmonary Vein Isolation case**

| | Original costs | Costs with reprocessing |
|---|---|---|
| Irrigation tubing | $ 100 | $ 100 |
| Transseptal needle | $ 260 | $ 260 |
| Patch | $ 415 | $ 415 |
| Irrigated RF Ablation catheter | $ 3,456 | $ 3,456 |
| Guiding sheath | $ 200 | $ 200 |
| Intracardiac Echocardiography catheter | $ 2,650 | $ 1,325 |
| Coronary Sinus catheter | $ 495 | $ 248 |
| Steerable sheath | $ 930 | $ 465 |
| Quads | $ 220 | $ 110 |
| Circular mapping catheter | $ 1,750 | $ 875 |
| Total device costs | $ 10,476 | $ 7,454 |



INNOVATIVE HEALTH

9

IH00130292

# Which EP Reprocessing Program Do You Want?

**EXAMPLE:**

Eco family of sensor-enabled catheters from Biosense Webster:

- Lasso Nav: $800 savings
- SoundStar: $1,250 savings
- Pentaray: $850 savings

**TWO CATHETERS:**
**~ $2,000 savings per case**



An EP Lab that saves
**$75,000**
on EP catheters
and cables...



...typically saves
**$300,000**
or more when adding
sensor-enabled and
imaging catheters.

Innovative Health's 510(k) clearances ensure that devices match original manufacturer specifications, that location sensors are accurate and that devices are as safe and effective as new ones.

CONFIDENTIAL

# MANAGING SUPPLIER THREATS

addressing BSW challenges

Unfounded allegations and threats to reprocessing savings

Costing EP labs up to $2,000 per procedure

"**Biosense Webster does not know the specifications of reprocessed devices – therefore BSW mappers cannot work with reprocessed devices**"

"**Reprocessing makes sensors inaccurate – only Biosense Webster can accurately calibrate**"

"**Work with SterilMed – the only reprocessor that has the specifications**"

- The FDA clearance process ensures that specifications and calibration are substantially equivalent to new devices, so there is no reason BSW mappers can't use them

- We have seen no data to back the claim that reprocessed devices are different

- SterilMed and Stryker cannot provide the savings that Innovative Health can, and taking BSW's direction will come at a cost



11

# PROTECTING YOUR SAVINGS

addressing BSW challenges

Sample cost savings comparison – cost of restricted or limited programs

| | New | Restricted program | Innovative Health |
|---|---|---|---|
| Irrigation tubing | $100 | $100 | $100 |
| Transseptal needle | $260 | $260 | $260 |
| Patch | $415 | $415 | $415 |
| Irrigated AF ablation catheter | $3,456 | $3,456 | $3,456 |
| Guiding sheath | $200 | $200 | $200 |
| Coronary sinus catheter | $495 | $248 | $248 |
| ICE catheter | $2,650 | $2,650 | $1,325 |
| Steerable sheath | $930 | $465 | $465 |
| Quads | $220 | $110 | $110 |
| Circular mapping catheter | $1,750 | $1,750 | $875 |
| **Total** | **$10,476** | **$9,654** | **$7,454** |

Reprocessing cost savings can finance the cost of independent mapping techs and add savings for the EP lab


INNOVATIVE HEALTH

12

Confidential – not for distribution outside Partners Healthcare

CONFIDENTIAL

IH00130295

# MAPPING TECH PROGRAM

addressing BSW challenges

## Match program: Mapping support to optimize reprocessing savings

- *EP labs that have their own mapping techs are able to manage their supplier relations and optimize their reprocessing savings*

- Innovative Health is developing a national mapping technologist program, through which we supply mapping resources to our hospital partners for onsite mapping

- Innovative Health's national mapping technologist programs will train mapping techs in mapping techniques and interfaces across systems under the direction of Aaron DeTate

- All technicians will be trained at Torrance Memorial/locally using tested training programs developed in the EP lab and integrated with all recent system updates. Training protocols and benchmarks have been developed

- Mapping technologist program will be comprehensive, focused on physician expectations, and enable technicians to map on several systems

- Program details, Partners Healthcare:

  - **MATCH PROGRAM:** Partners Healthcare commits $100,000 towards program to train hospital-based mapping technicians and Innovative Health matches this with $100,000

  - **PILOT MAPPING SUPPORT:** Innovative Health has a local mapping technician resource that will initially support one or two Partners Healthcare physicians as independent resources


INNOVATIVE HEALTH

13

IH00130296

# SELECTING A REPROCESSOR

—

The Medline reprocessing program is designed to optimize your savings

What hospitals should expect:



Constant investment in new technologies



Focus on the most expensive devices



Ongoing in-service to ensure collection is optimized



Collection and device return system designed with the hospital in mind



Regular program reviews to identify savings opportunities

INNOVATIVE HEALTH

14

IH00130297

# COLLECTION AND IMPLEMENTATION

---

Human factor optimized collection program



# 3-Week Implementation

  

## Assessment

- Obtain EP usage data and establish savings potential
- Meet with key stakeholders at facility Conduct facility walk-throughs
- Ensure clinical provider acceptance of program

## Implementation

- Schedule official program launch
- Establish collection schedule
- Install collection systems and instructional signage
- Conduct educational in-services

## Management

- Collections and efficiency reviews
- Continually monitor order process and flow
- Monthly savings reviews
- Identify additional savings opportunities*



INNOVATIVE HEALTH

15

CONFIDENTIAL

IH00130298