# EXHIBIT 52

| | |
|---|---|
| Message | |
| From: | Jay Farris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=123CB4DF138445E69F0D3BDA640ECC37-JFARRIS] |
| Sent: | 11/19/2019 9:05:23 AM |
| To: | 'Stephanie.Woods@ketteringhealth.org' [Stephanie.Woods@ketteringhealth.org]; 'Parker, Scott' [Scott_Parker@PremierInc.com]; jeb_hopper@s2s-global.com |
| CC: | 'Reyes, Kara' [Kara_Reyes@s2s-global.com] |
| Subject: | Follow Up from Conference Call |
| Attachments: | IH Product List - July 2019.pdf; 2019 Complaint Rates_Q3.pdf; R&D pipeline 10-30.pdf; Mapping tech program 11-8.pdf |

Good afternoon all. Thanks much for taking the time for our call yesterday morning, and Stephanie congrats on the new role within the health system.
There were a few action items that came from our discussion and I wanted to mention those as well as attach the appropriate documents Stephanie for your review. If this size of this email is too large, then I will send another email with some of the attachments on it.
- Scott provided an updated data file which our analyst will scrub and once complete send it back to the group as soon as its completed
- A current product family list showing 510K's by family
- Current complaint rates, we are very proud of the low complaint rates from reprocessed catheters; this is a great handout for physicians like those at Grandview who need to be educated
- An current R & D pipeline; we have many products in our pipeline since we are solely based on the Electrophysiology/Cardiology space
- Our mapping program that we are developing to help facilities/health systems get around the Biosense Webster bullying towards reprocessing of sensor enabled catheters; please treat that is confidential

That should cover the topics on my end, I believe Kara will be sending over information on the collection systems and some sample reports.
Stephanie, please let me know if you have any questions after looking thru the attachments. I'll send over the savings numbers once they are completed.
Thanks again for your time and input and I look forward to next steps.
Best regards.
Jay

CONFIDENTIAL                                                                                                                            IH00130917

Product Family List
July, 2019

| No. | Family | OM | 510(k) | Category |
|---|---|---|---|---|
| 1 | AcuNav Diagnostic Ultrasound Catheter | Biosense Webster | K153090 | Imaging |
| 2 | Lasso Nav eco Diagnostic EP Catheter | Biosense Webster | K153153 | Specialty |
| 3 | Livewire Diagnostic EP Catheter | St. Jude Medical | K160242 | Steerable |
| 4 | Polaris Diagnostic EP Catheter | Boston Scientific | K160303 | Steerable |
| 5 | Inquiry H-Curve Diagnostic EP Catheter | St. Jude Medical | K160496 | Steerable |
| 6 | Dynamic Tip Diagnostic EP Catheter | Boston Scientific/Bard | K161464 | Steerable |
| 7 | Reuseable cables | Biosense Webster | 510k Exempt | Cable |
| 8 | Orbiter Diagnostic EP Catheter | Boston Scientific/Bard | K161393 | Steerable |
| 9 | Inquiry Optima Diagnostic EP Catheter | St. Jude Medical | K160421 | Specialty |
| 10 | Dynamic XT Diagnostic EP Catheter | Boston Scientific/Bard | K161464 | Steerable |
| 11 | Supreme Fixed Curve Catheter | St. Jude Medical | K161769 | Fixed |
| 12 | Response Fixed Curve Catheter | St. Jude Medical | K161827 | Fixed |
| 13 | Lasso Non Nav Diagnostic EP Catheter | Biosense Webster | K153153 | Specialty |
| 14 | Viking Fixed Curve Catheter | Boston Scientific/Bard | K162251 | Fixed |
| 15 | Viking Fixed Soft Tip Catheter | Boston Scientific/Bard | K162251 | Fixed |
| 16 | Webster Deflectable Diagnostic EP Catheter | Biosense Webster | K161464 | Steerable |
| 17 | Webster Fixed Diagnostic EP Catheter | Biosense Webster | K153153 | Fixed |
| 18 | Reuseable cables | Bard and Medtronic | 510k Exempt | Cable |
| 19 | EP-XT Diagnostic EP Catheter | Boston Scientific/Bard | K161464 | Steerable |
| 20 | Reuseable cables | St. Jude Medical | 510k Exempt | Cable |
| 21 | Inquiry A-Focus Diagnostic EP Catheter | St. Jude Medical | K160421 | Specialty |
| 22 | Inquiry A-Focus II Diagnostic EP Catheter | St. Jude Medical | K160421 | Specialty |
| 23 | Radia Diagnostic EP Catheter | Boston Scientific/Bard | K161393 | Steerable |
| 24 | Reuseable cables | Biosense Webster and St. Jude | 510k Exempt | Cable |
| 25 | AcuNav 8Fr Diagnostic Ultrasound Catheter (3x) | Biosense Webster | K163560 | Imaging |
| 26 | AcuNav 10 Fr Diagnostic Ultrasound Catheter (3x) | Biosense Webster | K163560 | Imaging |
| 27 | Agilis Steerable Introducer | St. Jude Medical | K170311 | Introducer |
| 28 | SoundStar 3D Ultrasound Catheter | Biosense Webster | K170474 | Imaging |
| 29 | SoundStar eco Ultrasound Catheter | Biosense Webster | K170474 | Imaging |
| 30 | Webster CS Diagnostic EP Catheter | Biosense Webster | K170922 | Steerable |
| 31 | CristaCath CS catheter | Biosense Webster | K171503 | Steerable |
| 32 | Halo catheter | Biosense Webster | K171788 | Mapping |
| 33 | Inquiry Steerable | Biosense Webster | K171277 | Steerable |
| 34 | ViewFlex Xtra Diagnostic Ultrasound Catheter | St. Jude Medical | K173262 | Imaging |
| 35 | DecaNav Diagnostic Electrophysiology | Biosense Webster | K180710 | Mapping |
| 36 | Tango Diagnostic Catheter | Boston Scientific/Bard | K162251 | Fixed |
| 37 | ISMUS Mapping Catheter | Biosense Webster | K171503 | Mapping |
| 38 | Compli Soft Tip Quadrapolar Catheter | Biosense Webster | K170922 | Fixed |
| 39 | Duo-Decapolar Diagnostic Catheter | Biosense Webster | K170922 | Specialty |
| 40 | Reuseable cables | Boston Scientific and St. Jude | 510k Exempt | Cable |
| 41 | Marinr Diagnostic EP Catheter | Medtronic | K181897 | Specialty |
| 42 | Torqr Diagnostic EP Catheter | Medtronic | K181618 | Specialty |
| 43 | Advisor FL, Sensor Enabled, Circular Mapping Catheter | St. Jude Medical | K181458 | Mapping |
| 44 | Pentaray eco mapping catheter | Biosense Webster | K190785 | Mapping |
| 45 | Webster Duo-Decapolar Diagnostic EP Catheter | Biosense Webster | K190980 | Specialty |

CONFIDENTIAL

IH00130918



# 2019 Complaint Rates

By device family:

|  | Q1 2019 complaint rate | Q1 2019 confirmed complaint rate | Q2 2019 complaint rate | Q2 2019 confirmed complaint rate | Q3 2019 complaint rate | Q3 2019 confirmed complaint rate |
|---|---|---|---|---|---|---|
| EP | 0.12% | 0.09% | 0.07% | 0.04% | 0.13% | 0.06% |
| DUC | 0.32% | 0.18% | 0.38% | 0.23% | 0.54% | 0.36% |
| Introducer | 0.38% | 0.19% | 0.00% | 0.00% | 0.76% | 0.00% |
| Cables | 0.05% | 0.00% | 0.02% | 0.01% | 0.07% | 0.03% |

By device:

|  | Q1 2019 complaint rate | Q1 2019 confirmed complaint rate | Q2 2019 complaint rate | Q2 2019 confirmed complaint rate | Q3 2019 complaint rate | Q3 2019 confirmed complaint rate |
|---|---|---|---|---|---|---|
| Livewire | 0.58% | 0.26% | 0.44% | 0.19% | 0.58% | 0.42% |
| Acunav | 0.18% | 0.18% | 0.42% | 0.14% | 0.44% | 0.22% |
| Inquiry | 0.51% | 0.51% | 0.08% | 0.00% | 0.24% | 0.12% |
| ViewFlex | 0.99% | 0.40% | 0.31% | 0.23% | 0.61% | 0.43% |
| Cables | 0.05% | 0.00% | 0.02% | 0.01% | 0.07% | 0.01% |
| SS Eco | 0.46% | 0.15% | 0.44% | 0.00% | 0.87% | 0.03% |
| Dynamic | 0.14% | 0.14% | 0.21% | 0.21% | 0.00% | 0.87% |
| Supreme | 0.00% | 0.00% | 0.03% | 0.03% | 0.05% | 0.00% |
| Agilis | 0.38% | 0.19% | 0.00% | 0.00% | 0.76% | 0.00% |
| Webster CS | 0.07% | 0.07% | 0.06% | 0.00% | 0.00% | 0.00% |
| Halo | 0.79% | 0.39% | 0.00% | 0.00% | 0.12% | 0.00% |
| Response | 0.00% | 0.00% | 0.12% | 0.00% | 0.12% | 0.00% |
| Deflectable | 0.05% | 0.05% | 0.00% | 0.00% | 0.00% | 0.00% |
| Orbiter | 0.00% | 0.00% | 3.13% | 0.00% | 3.57% | 0.67% |

ART0110 Rev. 1



Please contact your local Innovative Health representative or our corporate offices.

877.400.3740
www.innovative-health.com
info@innovative-health.com

# 12 Months R & D Pipeline



| MANUFACTURER | PART NUMBER(S) | DESCRIPTION | COMMENTS |
|---|---|---|---|
| Abbott/St Jude | D-AVSE-D10-F15, D-AVSE-D10-F20 | Uni-Directional Advisor | |
| Abbott/St Jude | D-AVHD-DF16 | Advisor HD Grid Mapping Catheter | |
| Abbott/St Jude | D402804, D402865, D402893 | Reflexion | |
| Abbott/St Jude | 407450, 407454, 407439, 407446, 407455, + 19 Additional | Swartz Fixed Introducer Sheath | |
| Medtronic | 2ACHC | Achieve Mapping Catheter | Filed 510K July 2019 |
| Phillips | 88901 | Volcano NES | |
| Phillips | CF7-7-60, CF7-7-100, CF7-3-60 | ClosureFast NES | |
| Phillips | 85900P, 85900PST | Eagle Eye Vascular Imaging Catheter | |
| St Jude | 407200, 407201, 407205, 410206, 401207 | BRK Transeptal Needle | Filed 510K Oct 2019 |
| St Jude | G407208, G407209, G407210, G417215, G407216, G407217 | BRK XS Transeptal Needle | |

## ALREADY CLEARED

| MANUFACTURER | PART NUMBER(S) | DESCRIPTION | COMMENTS |
|---|---|---|---|
| St Jude Medical | DAVSEDF10F15, DAVSEDF10F20 | Advisor FL Sensor Enabled | Innovative Only |
| St Jude Medical | D087031 | ViewFlex ICE | SYK cleared in June 2019 |
| Biosense Webster | R7D282CT, R7F282CT | DecaNav | Innovative Only |
| Biosense Webster | D128207, D128208, D128210, D128211 | Penta Ray | Innovative Only |
| Biosense Webster | D728260RT | Duo-Deca Deflectable Catheter | Innovative Only |





# EP MAPPING TECH SUPPORT

**Reprocessing With Innovative Health**

**NOVEMBER, 2019**

# NEW TECHNOLOGIES COME WITH MORE REP DEPENDENCY

- AFib and other Electrophysiology (EP) procedures are growing as fast as hospitals can economically diagnose patients

- The newest high-density mapping catheters and diagnostic ultrasound catheters are complex and require training for technicians to support

- Innovative Health FULLY trains hospital technicians in these technologies so hospitals have control of scheduling and costs

- This means that EP labs are getting increasingly dependent on the clinical account specialist

- Our program is designed to align the interests of the mapping technician with the interests of the hospital: the mapping technician is only compensated for their time in service, not for devices sold.



EP Mapping and Ablation Device Market, By Product Type, US (USD) 2014-2024

Source: Millenium Research Group, Inc.

INNOVATIVE HEALTH

2

# REP DEPENDENCY COMES AT A COST

—

- Device manufacturers may decide to control access to training instruction and materials for the system hardware, software, and catheters, leaving hospitals little power to decide how to operate

- The system manufacturer may not provide case coverage by its clinical account specialists in support of physicians in EP labs on cases with certain expensive, reprocessed catheters.

- This forces the hospital to purchase new catheters to get case coverage by the manufacturer's clinical account specialists. The hospital loses the option of saving costs by including reprocessed catheters into its mix of inventory







3

# PROTECTING YOUR SAVINGS

addressing challenges to your EP reprocessing program

Sample cost savings comparison – cost of restricted or limited programs

| | New | Restricted program | Innovative Health |
|---|---|---|---|
| Irrigation tubing | $100 | $100 | $100 |
| Transseptal needle | $260 | $260 | $260 |
| Patch | $415 | $415 | $415 |
| Irrigated AF ablation catheter | $3,456 | $3,456 | $3,456 |
| Guiding sheath | $200 | $200 | $200 |
| Coronary sinus catheter | $495 | $248 | $248 |
| ICE catheter | $2,650 | $2,650 | $1,325 |
| Steerable sheath | $930 | $465 | $465 |
| Quads | $220 | $110 | $110 |
| Circular mapping catheter | $1,750 | $1,750 | $875 |
| **Total** | **$10,476** | **$9,654** | **$7,454** |

Reprocessing cost savings can finance the cost of independent mapping techs and add savings for the EP lab



4

# INTEGRATING TECHNOLOGY AND EXPERTISE

The downside to integrating technology and expertise

- Many labs must schedule procedures based on the availability of the vendor rep as opposed to the convenience of clinicians and patients

- The lab risks clinical, therapeutic involvement of vendor rep in procedures (technology support vs. ablation strategy)

- Inability to control costs when technical support is incentivized by sales revenue

- Lack of mapping technology knowledge for hospital staff means less proficiency across functional roles

- Vendors can dictate utilization - such as in the case of denying the labs right to use reprocessed devices



INNOVATIVE HEALTH

6

# SEPARATING TECHNOLOGY AND EXPERTISE

## Creating vendor autonomy

- Tying *technology* to *expertise* is an expensive practice for the hospital that makes it difficult to control cost and device choice

- *Separating* technology and expertise enables the EP lab to better manage procedure scheduling, costs, and choice of devices

- Creating this separation creates a more equitable relationship with the technology provider

- Vendor autonomy is a long term strategy, but several steps can be taken short term to realize reprocessing savings







7

# OWNING THE MAPPING EXPERTISE

Leverage manufacturer mapping expertise while retaining autonomy



a. Deploy independent mapping technician
b. Reprocess ALL devices
c. Train your first mapping technician
d. Manage the manufacturer rep relationship
e. Leverage manufacturer mapping expertise while retaining autonomy

- Labs can maximize reprocessing savings - including high-density mapping catheters and diagnostic ultrasound catheters - by leveraging independent mappers through Innovative Health

- Training one or two hospital technicians in mapping technology is a limited investment that can have you own the mapping expertise in less than 6 months

- Manufacturer clinical account specialists may initially refuse to support cases with reprocessed catheters, but their compensation depends on access to the lab, so a collaborative relationship can be created



8

# INNOVATIVE HEALTH MAPPING PROGRAM

Independent mapping support



- To be able to take advantage of reprocessing savings on sensor-enabled mapping catheters and ultrasound catheters, Innovative Health provides certified mapping support directly to the EP lab

- Initially, one EP physician will have an Innovative Health mapping technician assigned to him/her

- Based on assessment of case volume, mapping technician will be assigned to match case volume and schedule

- Innovative Health mapping technicians have received extensive training on mapping systems and have experience working with EP physicians

- Our program frees the hospital to make purchasing decisions based solely on its own needs: there is no risk of losing case coverage if the hospital chooses to use reprocessed catheters



9

# INNOVATIVE HEALTH MAPPING PROGRAM

Training hospital-employed mapping technicians



- The use of Innovative Health mapping technicians should be seen as a temporary solution. EP labs are better off owning their own mapping expertise

- EP or Cath lab techs often have some experience with mapping

- They can be trained in 3-6 months to become proficient mapping technicians, regardless of preferred system

- Innovative Health's training program combines observation and practice locally and/or at one of our training labs

- Training is monitored and assessments performed throughout the training – by expert mappers with knowledge of all mapping systems

- Once the hospital owns their own mapping expertise (having just one technician trained is usually enough) labs can realize their reprocessing savings potential and operate their labs independently of the vendor



10

# INNOVATIVE HEALTH MAPPING PROGRAM

## Competency assessment and progression

- Competency assessment places your EP mapping tech at the appropriate skill level

- Progressive training and assessment allows your mapper to grow skills and increase proficiency



| Tech | Novice Mapper | Intermediate Mapper | Expert Mapper |
|---|---|---|---|
| • EP/Cath lab tech with limited experience | • EP/Cath lab tech with some mapping experience | • Mapper with experience mapping on one system | • Mapper with experience across all mapping systems |

- Initial focus for the program is to train your mapping techs in Biosense Webster's CARTO3 system, to allow labs to take advantage of savings on reprocessed SoundStar, Pentaray and Lasso catheters



11

# INNOVATIVE HEALTH MAPPING PROGRAM

## Training modules

|  | Module |
|---|---|
| Month 1 | AFib, the EP Lab, and EP technology |
| Month 2 | Basic mapping terminology and techniques |
| Month 3 | Mapping systems |
| Month 4 | EP Practicum |
| Month 5 | Mapping skills development |
| Month 6 | Mapping system interfaces |

INNOVATIVE HEALTH

12

# INNOVATIVE HEALTH MAPPING PROGRAM

## First steps

- Make sure physicians are aligned with EP lab management

- Do the math – what is the economic consequence of vendor autonomy? What can be gained by separating technology and expertise?

- Ensure the account is willing to go at risk with their reprocessing savings

- Engage independent mapper certified by Innovative Health

- Start reprocessing sensor-enabled catheters and realize higher savings

INNOVATIVE HEALTH

13

# INNOVATIVE HEALTH MAPPING PROGRAM

## Account preparedness

- Innovative will evaluate the clinical environment (organization and physicians) to determine readiness to bring in an outside mapper
- The organization needs to have an understanding with the physicians of what the BENEFITS of reprocessing are both financially and environmentally.
  - This means a frank honest discussion about savings
- The physicians have to be willing to spend time discussing workflow and preferences regarding mapping
- The organization, staff and physician need to be willing to lock down the lab and limit access during the days that the outside mappers are present



14

# INNOVATIVE HEALTH MAPPING PROGRAM

## Account preparedness

- Weekly meetings to discuss concerns and status of the outside mapping program, agreement that concerns will be given the opportunity to be addressed and remediated
  - Reprocessed devices could be evaluated against OEM devices in a controlled setting to truly determine device discrepancies (without OEM reps)
  - Mapping tech concerns need to be discussed early before they become an issue that cannot be corrected
- Understanding that this represents a COMMITMENT in two phases
  - Phase One is demonstrated that cases can effectively be done without the presence of OEM support
  - Phase Two is a commitment to train staff working through a program that identifies one or two key members that will become proficient.
    - These key members will then become the new trainers at the facility working to implement the training program within the organization
    - This will develop a Culture of Learning that will exist in future states and not go away when the agreement is concluded


INNOVATIVE HEALTH

15