# EXHIBIT 61
(Part 1 of 3)

| Message | |
|---|---|
| **From**: | Jay Farris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=123CB4DF138445E69F0D3BDA640ECC37-JFARRIS] |
| **Sent**: | 5/14/2020 3:59:12 PM |
| **To**: | Roberts, Mary [Mary.Roberts@stjoe.org]; Rick Ferreira [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3f712852aa394a6ebcf4076d9b89f341-rferreira11] |
| **Subject**: | Biosense Sensor Enabled Follow-Up Documents |
| **Attachments**: | PSJHS- Biosense Webster - Partnership Letter.docx; Mapping Support Policy 3-27.pdf; EP Mapping Tech Support Brochure_ART0111 Rev. 1.pdf; Roadmap 2018_ART0077 Rev. 1[1].pdf; Addressing mapping support and reprocessing.pdf |

Hi Mary. From our call today, see attached the documents provided as additional information which should help you drive conversations internally. We can review these on next Thursday's call. Included are:

- A customized letter (draft) to send to Biosense with your intent to reprocess everything including sensor enabled.
- Document (pdf) Addressing mapping support, which can be used with the physicians and executive support
- Roadmap to outline the proper steps with maximizing a program
- Brochure on providing mapping support and lastly a copy of a vendor mapping policy to use with BSW

**$3,000,000+ in annual savings** (3 products basically drive that) is a huge amount to help with the financial challenges that have come from the last 60 days Mary. The strategy that makes the most sense is that someone in your system would call them (J&J) in, sit them at the table and tell them how this is going to go in the future. Yes, we know there is a current contract with BSW, probably one that favors them, but that contract will expire and having an executive put them on notice is step one in trying to wrest control from them in the cardiac space. The amount you spend with J&J annually probably makes the $3,000,000 look like a rounding error.

Look forward to catching up next week and if you need anything before, call/text/email anytime.

Thanks again as always for your support Mary.

Jay

CONFIDENTIAL    IH00348802





**Jay Farris**

**Regional Sales Director – Central and Western US**

480.525.5910 (Office)
480.235.8736 (Mobile)
www.innovative-health.com

  



CONFIDENTIAL

IH00348803

Date: May xx, 2020

To: Biosense Webster

Fr: Providence St Joseph Health System

Re: Vendor Mapping Support Policy

PSJHS appreciates Biosense Webster's innovative and clinically strong products that you provide to our system. Biosense Webster technology enables our physician leadership to ensure that PSJHS delivers expert care to our patients.

As we strategize next steps in our Electrophysiology (EP) partnerships, we would like to clearly outline PSJHS's overall EP vendor mapping policy. It is universally understood that mapping support is an integral aspect of our vendor partnerships, but this support should not and will no longer dictate which devices our EP labs decide to utilize. In addition to maintaining clinical outcomes, cost control is vital to both superior patient care and financial viability of our organization.

Therefore, we intend to start reprocessing all diagnostic, ICE, and sensor enabled mapping catheters that have been cleared through the FDA 510(K) clearance process. The FDA clears these catheters for reprocessing based on stringent testing to ensure safety, accuracy and functionality to meet clinician and patient needs. Reprocessing EP catheters is a standard of care for nearly all hospitals across the U.S., and it is our intent to fully optimize reprocessing savings in all facets of our EP work streams.

Moving forward, PSJHS has the reasonable expectation that all vendors who have mapping equipment within the clinical practice will continue to provide clinical account specialists to support all 3D mapping cases, both at the current level and with any changes in case volume moving forward. Respectfully, the decision to not support procedures will affect both the immediate Biosense Webster business as well as all associated Johnson & Johnson products currently being purchased by PSJHS hospitals.

We know many of our colleagues across the country who utilize reprocessing and still retain Biosense technical support. Hence, PSJHS looks forward to continuing our current successful relationship with Biosense Webster and Johnson & Johnson.

Sincerely

CONFIDENTIAL

## PSJHS EP Mapping Guidance

1. We expect vendors and their representatives to appreciate and accommodate our needs to optimize the clinical practice through excellence in care in a financially sustainable methodology.

2. Electrophysiology vendor technicians will provide mapping support for all procedures involving devices that are originally manufactured by that company – both new and reprocessed.   Both new and reprocessed items may be used for cases.  It is noteworthy that Class III catheters will always be new and are also the most expensive catheters in the current ablation procedure portfolio of products.

3. We intend to reprocess diagnostic catheters, ICE products, steerable sheaths, and sensor enabled mapping catheters that have received appropriate FDA 510K clearances.

4. Interfering with our clinical practice and reprocessing program will understandably not be allowed.  Unacceptable behavior includes failure to support ablation cases, false allegations regarding reprocessed catheters accuracy/functionality by industry representatives, and destroying/discarding/removing used EP catheters from the facility.  Noncompliance will place our current business arrangements at risk, for both Biosense Webster and Johnson & Johnson.

5. PSJHS reserves the right to select vendors for both OEM and reprocessing based on clinical preference, patient outcomes, and overall value.

CONFIDENTIAL



March 27, 2020

Re: Vendor Mapping Support Policy

We would like to outline our vendor mapping support policy prior to upgrading our single-use device reprocessing program. Mapping support is an integral aspect of our vendor choices, as is our ability to reduce supply cost through single-use device reprocessing. That is, the clinical effectiveness and financial sustainability of our EP labs depend both on close technical and clinical collaboration with the mapping system vendor AND on controlled, safe cost reduction strategies, such as single-use device reprocessing.

Many of our labs and doctors have preference for the Biosense Webster mapping platform and devices for EP procedures. We believe that Biosense Webster has state-of-the art EP products that constantly help us perform well and improve in the EP lab. As a consequence, many of our doctors have come to depend on technical support from mapping technicians (Clinical Account Specialists) during EP cases – and Biosense Webster draws very large annual revenue from our EP labs.

Meanwhile hospital supply chains are financially fragile, and there is a constant need for us to look at cost reduction strategies. In the EP lab, specifically, we depend on the ability to reprocess not only basic EP devices, but also the more advanced sensor-enabled catheters, which allows us to reduce case costs considerably, making our cases profitable and reducing supply chain constraints.

We intend to start reprocessing sensor-enabled catheters across our EP labs. However, we understand that Biosense Webster is denying mapping support for procedures where reprocessed single-use sensor-enabled catheters are used. This is not sustainable for our EP service line. Further, the removal of mapping support from such cases is, as far as we know, not based on documented evidence of a difference in the functionality or safety of reprocessed devices. To the contrary, following strict criteria for functionality and safety, FDA has cleared these devices for a second use.

We know of labs in this country where Biosense Webster representatives have embraced the EP labs' focus on balancing clinical effectiveness with cost savings through the use of reprocessed sensor-enabled catheters. Biosense Webster mapping technicians are supporting procedures in spite of the use of reprocessed sensor-enabled catheters. Our hospital system obviously expects the same level of service as others receive.

1435 North Hayden Road, Suite 100, Scottsdale, AZ 85257, USA



Our mapping support policy is as follows:

1) We expect Biosense Webster and its representatives to appreciate and accommodate our simultaneous need to optimize clinical effectiveness and financial sustainability by combining close system vendor collaboration with an aggressive single-use device reprocessing program.

2) We expect Biosense Webster mapping technicians to provide mapping support in all procedures where devices originally manufactured by Biosense Webster are used, whether these are reprocessed or new. Using reprocessed catheters does not mean that Biosense Wesbter loses its revenue, but rather that the full value of its devices is realized in order to sustain hospital finances, and that Biosense Webster's total revenue from the EP lab and the hospital is reduced by a very small fraction.

3) We intend to include sensor-enabled catheters in our reprocessing program, as these devices are the most expensive used in EP cases and produce the bulk of our potential savings.

4) Interference with our reprocessing program will not be tolerated; specifically, false allegations about device safety, undocumented statements about functional differences, or mis-leading claims about the difference between reprocessed devices from different vendors – will be considered a threat to our relationship with Biosense Webster.

5) As mentioned, optimal savings from our reprocessing program is an integral aspect of our vendor choice. Should our vendor choice not allow for simultaneous close technical and clinical collaboration with the vendor (and its mapping technicians) and an aggressive reprocessing cost savings program, we need to re-evaluate the overall vendor choice. Our clinicians and technicians understand the need to remain financially sustainable and stand behind our mapping support policy.

6) We reserve the right to choose our reprocessing vendor based on overall value and ability to produce cost savings.

We look forward to continue a long and successful relationship with Biosense Webster, and trust that the company understands the need to balance financial and clinical considerations.

[Signed]

1435 North Hayden Road, Suite 100, Scottsdale, AZ 85257, USA



 

## EP Mapping Tech Support

Reprocessing with Innovative Health



CONFIDENTIAL

IH00348808

# New Technologies Come With More Rep Dependence

> **AFib and other Electrophysiology (EP) procedures are growing as fast as hospitals can economically diagnose patients**

> **The newest high-density mapping catheters and diagnostic ultrasound catheters are complex and require training for a technician to operate**

> **Innovative Health FULLY trains hospital technicians in these technologies so hospitals have control of scheduling and costs**
>
> **This prevents EP labs from getting increasingly dependent on the clinical account specialist**



EP Mapping and Ablation Device Market, By Product Type, US (USD) 2014-2024

Source: Millenium Research Group, Inc.

The number of AFib procedures is expected to double between 2014 and 2024.

Our program is designed to align the interests of the mapping technician with the interests of the hospital: the mapping technician is only compensated for their time in service, not for devices sold.

IH00348809

# Rep Dependence Comes at a Cost



○ Device manufacturers may decide to control access to training instruction and materials for the system hardware, software, and catheters, leaving hospitals little power to decide how to operate

○ The system manufacturer may not provide case coverage by its clinical account specialists in support of physicians in EP labs on cases with certain expensive, reprocessed catheters

○ This forces the hospital to purchase new catheters to get case coverage by the manufacturer's clinical account specialists. The hospital loses the option of saving costs by including reprocessed catheters into its mix of inventory



*3D Mapping Images*

CONFIDENTIAL

IH00348810

# Protecting Your Savings

## Addressing challenges to your EP reprocessing program

### Sample cost savings comparison – cost of restricted or limited programs

|  | New | Restricted Program* | Innovative Health |
|---|---|---|---|
| Irrigation tubing | $100 | $100 | $100 |
| Transseptal needle | $260 | $260 | $260 |
| Patch | $415 | $415 | $415 |
| Irrigated AF ablation catheter | $3,456 | $3,456 | $3,456 |
| Guiding sheath | $200 | $200 | $200 |
| Coronary sinus catheter | $495 | **$248** | **$248** |
| ICE catheter | $2,650 | $2,650 | **$1,325** |
| Steerable sheath | $930 | **$465** | **$465** |
| Quads | $220 | **$110** | **$110** |
| Circular mapping catheter | $1,750 | $1,750 | **$875** |
| **Total** | **$10,476** | **$9,654** | **$7,454** |

*Restricted reprocessing programs are programs where specific device categories are excluded or where supply is limited.

**Highlighted fields reference reprocessed devices distributed by Innovative Health.



**Reprocessing cost savings can finance the cost of independent mapping techs and add savings for the EP lab**

# Integrating Technology and Expertise

The downside to integrating technology and expertise



○ Many labs must schedule procedures based on the availability of the vendor rep as opposed to the convenience of clinicians and patients

○ These labs risk clinical, therapeutic involvement of vendor rep in procedures (technology support vs. ablation strategy)

○ Inability to control costs when technical support is incentivized by sales revenue

○ Lack of mapping technology knowledge for hospital staff means less proficiency across functional roles

○ Vendors can dictate utilization - such as in the case of denying the labs right to use reprocessed devices

IH00348812

# Separating Technology and Expertise

Creating vendor autonomy



○ Tying *technology* to *expertise* is an expensive practice for the hospital that makes it difficult to control cost and device choice

○ *Separating* technology and expertise enables the EP lab to better manage procedure scheduling, costs, and choice of devices



○ Creating this separation creates a more equitable relationship with the technology provider

○ Vendor autonomy is a long term strategy, but several steps can be taken short term to realize reprocessing savings

CONFIDENTIAL

IH00348813

# Owning the Mapping Expertise

Leverage manufacturer mapping expertise while retaining autonomy



1 Deploy independent mapping technician

2 Reprocess ALL reprocessable devices

3 Train your first mapping technician

4 Manage the manufacturer rep relationship

5 Leverage manufacturer mapping expertise while retaining autonomy

Labs can maximize reprocessing savings - including high-density mapping catheters and diagnostic ultrasound catheters - by leveraging independent mappers through Innovative Health

Training one or two hospital technicians in mapping technology is a limited investment that can have you own the mapping expertise in less than 6 months

Manufacturer clinical account specialists may initially refuse to support cases with reprocessed catheters, but their compensation depends on access to the lab, so a collaborative relationship can be created

# Innovative Health Mapping Program

Independent mapping support

To be able to take advantage of reprocessing savings on sensor-enabled mapping catheters and ultrasound catheters, Innovative Health provides certified mapping support directly to the EP lab

Initially, one EP physician will have an Innovative Health mapping technician assigned to him/her

Based on assessment of case volume, mapping technician will be assigned to match case volume and schedule

Innovative Health mapping technicians have received extensive training on mapping systems and have experience working with EP physicians

Our program frees the hospital to make purchasing decisions based solely on its own needs: there is no risk of losing case coverage if the hospital chooses to use reprocessed catheters








IH00348815

# Innovative Health Mapping Program

Training hospital-employed mapping technicians

The use of Innovative Health mapping technicians should be seen as a temporary solution. EP labs are better off owning their own mapping expertise

EP or Cath lab techs often have some experience with mapping and with mapping systems

These can be trained in 3-6 months to become proficient mapping technicians, regardless of preferred system

Innovative Health's training program combines observation and practice locally and/or at one of our training labs

Training is monitored and assessments performed throughout the training – by expert mappers with knowledge of all mapping systems

Once the hospital owns their own mapping expertise (having just one technician trained is usually enough) labs can realize their reprocessing savings potential and operate their labs independently of the vendor

  

IH00348816

# Innovative Health Mapping Program

Competency assessment and progression



○ Competency assessment places EP mapping tech at the appropriate skill level

○ Progressive training and assessment allows the mapper to grow skills and increase proficiency



| TECH | NOVICE MAPPER | INTERMEDIATE MAPPER | EXPERT MAPPER |
|------|---------------|---------------------|---------------|
| • EP Cath lab tech with limited experience | • EP/Cath lab tech with some mapping experience | • Mapper with experience mapping on one system | • Mapper with experience across all mapping systems |

○ Initial focus for the program is to train mapping techs in Biosense Webster's CARTO3 system, to allow labs to take advantage of savings on reprocessed SOUNDSTAR, PENTARAY, and LASSO catheters

IH00348817

# Innovative Health Mapping Program

Training modules

**MONTH 1**

AFib, the EP Lab, and EP technology

**MONTH 2**

Basic mapping terminology and techniques

**MONTH 3**

Mapping systems

**MONTH 4**

EP Practicum

**MONTH 5**

Mapping skills development

**MONTH 6**

Mapping system interfaces

CONFIDENTIAL

IH00348818

# Innovative Health Mapping Program

First Steps

  

  

**Make sure physicians are aligned with EP lab management**

**Do the math – what is the economic consequence of vendor autonomy? What can be gained by separating technology and expertise?**

**Engage independent mapper certified by Innovative Health**

**Start reprocessing sensor-enabled catheters and realize higher savings**

*The third-party trademarks used herein are for device identification and are trademarks of their respective owners.

ART0111 Rev. 1



Please contact your local
Innovative Health representative
or our corporate offices.

**877.400.3740**
**www.innovative-health.com**
**info@innovative-health.com**