# EXHIBIT 61
## (Part 2 of 3)



# Realizing the Potential of Reprocessing

Roadmap to Empowering the Electrophysiology (EP) Lab

CONFIDENTIAL
IH00348820

  

- Hospitals lose 100s of thousands of dollars every year by not reprocessing certain devices in the EP lab
- In most cases, lost savings are due to a number of myths about medical devices and their value and usage
- Representatives from original device manufacturers create and perpetuate these myths to drive profitability
- Manufacturers are targeting the most expensive devices (sensor-enabled devices) and equipping them with locks that prevent them from being reprocessed

- Or they are withdrawing case support where 3rd party reprocessed devices are used, without reasonable explanation
- And they are pushing device utilization strategies that reduce the impact of reprocessing
- Following a few simple steps, hospitals can take back control and realize the potential of reprocessing



# Typical EP lab savings

## Comparing reprocessing savings with and without sensor-enabled catheters

| Device | New price | Reprocessed savings | Reprocessed savings* | Annual savings | Annual savings* |
|---|---|---|---|---|---|
| Circular mapping catheter | $1,700 | $850 | $0 | $255,000 | $0 |
| Ablation catheter | $3,500 | $0 | $0 | $0 | $0 |
| ICE catheter | $2,500 | $1,250 | $0 | $375,000 | $0 |
| Coronary sinus catheter | $500 | $250 | $250 | $75,000 | $75,000 |
| Steerable sheath | $950 | $475 | $475 | $142,500 | $142,500 |
| EP diagnostic catheter | $250 | $125 | $125 | $37,500 | $37,500 |
| Transeptal needle | $260 | $0 | $0 | $0 | $0 |
| **Total** | **$9,660** | **$2,950** | **$850** | **$885,000** | **$255,000** |

*Savings without sensor-enabled and imaging catheters

**EP labs doing 300 cases per year:**

Savings difference of $630,000 when sensor-enabled catheters are not reprocessed.

### Example

An actual lab stood to lose 60% of its savings if it did not reprocess sensor-enabled devices from Biosense Webster. EP Lab management insisted on reprocessing these and continued to enjoy case support.

### Total Savings



**$552,984**

### Lost Savings



**$337,152**

Total savings are all possible savings through reprocessing.
Lost savings are savings associated with sensor-enabled catheters.



**STEP 1** — STEP 2 — STEP 3 — STEP 4 — STEP 5 — STEP 6 — STEP 7 — STEP 8

## Align Clinical and Financial Goals



### MYTH

The financial goals of the EP lab (to reduce costs) are inherently misaligned with the goals of the clinicians (to use the newest and most expensive devices).

### Many EP Physicians...

- Understand that their future work in EP labs is directly associated with sound healthcare economics.
- Are enthusiastic healthcare economists who understand that device choices make difference between a profitable and an unprofitable service line.
- Refrain from using devices that cannot be reprocessed or that have functionality that is not needed in the case.
- Get to this position when the EP lab gives them the tools to succeed and involve them in device utilization decisions.

### REVENUE

80% Non-reprocessable

Biosense Webster
TOTAL REVENUE
**$1,552,232**

20% Reprocessable

### ECONOMIC TRANSPARENCY

**Case costs, ablation cases, October:**

| | |
|---|---|
| Average: | $8,543 |
| Dr. A: | $9,770 |
| Dr. B: | $6,500 |
| Dr. C: | $8,231 |
| Dr. D: | $7,444 |
| Average Reimbursement: | $13,566 |

**Most expensive EP devices, October:**

| | |
|---|---|
| Soundstar: | $2,500 |
| Thermocool: | $4,200 |
| Orion: | $6,550 |

*The third-party trademarks used herein are for device identification and are trademarks of their respective owners.

### What to do...

Make sure the clinicians understand that the lab is there to give them choice and make them successful.

Create TRANSPARENCY about device costs and the impact on EP lab operations.
- Cost of individual devices
- Cost of devices that can be reprocessed
- Impact of device choice on economics of the lab

Make everybody understand the revenue made by key manufacturers of EP devices – and how little is impacted by reprocessing savings that are critical for the lab.

STEP 1 — **STEP 2** — STEP 3 — STEP 4 — STEP 5 — STEP 6 — STEP 7 — STEP 8

## Establish an EP Reprocessing Program

### $10,000

Average device costs in the EP lab are as high as $10,000 per case. While CMS reimbursement has increased over the past years, it has not kept pace with device costs.

### 30%

Reprocessing EP devices can reduce device costs by as much as 30%, effectively making the difference between a profitable case and a non-profitable case.

### $900K

An EP lab doing 300 cases per year can save almost $900,000 by reprocessing.

**CONCLUDE SAVINGS ANALYSIS**

Discuss with physicians, nurses, techs and supply chain: Everybody needs to be on board, or the program will not be successful. Savings analysis should be conducted and shared with team.

**ESTABLISHING A REPROCESSING PROGRAM DOES NOT SAVE THE LAB A SINGLE DOLLAR**

Savings are realized when used devices are collected and when reprocessed devices are utilized - and savings vary considerably depending on how the reprocessing program is implemented.

### GROWTH



EP procedures grow very fast, making health EP economics a priority for hospitals. The most expensive Pulmonary Vein Isolation cases grow fastests of them all.

### What to do...

Talk with clinicians before starting the reprocessing program; make sure they are welcoming and accepting of economical device utilization.

Ensure that ALL concerns about reprocessing safety and efficacy is addressed before implementation.

Integrate reprocessing savings into device cost budget.

Create system for sharing reprocessing results with physicians, nurses, technicians and supply chain.

Work with reprocessing partner to periodically review collections and utilization, which drives cost savings.

If reprocessing program is already in place, compare savings potential between programs.



## Control the Vendor Relationship

- Device manufacturer employed EP technologists are trained and incented to optimize revenue from sales at the EP lab.
- So unless the EP lab establishes certain rules of engagement, the manufacturer maximizes profit while the lab suffers financially.
- EP techs are partially compensated on the basis of how many cases they participate in (mapping) and how many devices are sold.
- This means that, unlike hospital employees, their primary interest is not operational or even clinical success, but device utilization.
- In well-run EP labs, the vendor relationship is controlled through simple rules of engagement, and a collaborative environment is established.
- And in well-run labs, the vendor depends more on the lab than the lab depends on him/her.





### VENDORS



| VENDORS | MAPPING SYSTEM | SPEND ($) |
|---|---|---|
| Biosense Webster | Carto3 | 49.3% |
| Boston Scientific | X-LabSystems Rhythmia | 38.6% |
| Medtronic | • | • |
| St. Jude Medical Inc. | EnSite™ Velocity™ Precision™ | 7.1% |

### What to do...

Talk with sales representatives and technologists up front, letting them know:

- That they are visitors to the lab and need to follow rules
- That their participation is welcome, but solely under the direction of lab management
- That they are not in any way to participate therapeutically
- That they are not in any way to make decisions that impact lab operations/economics
- That the lab intends to make decisions that benefit the patient, the clinician and the lab – not the sales rep
- That the lab is entirely capable of functioning independently of the rep, so interference is not accepted

Create a routine of negotiating price, quotas and market share with vendors to optimize value for the lab.

○ STEP 1 — ○ STEP 2 — ○ STEP 3 — ● **STEP 4** — ○ STEP 5 — ○ STEP 6 — ○ STEP 7 — ○ STEP 8

## An Equitable Marketplace






**ONE VENDOR/MAPPING SYSTEM**

✓ **Pros**
Price advantage, sole vendor

✗ **Cons**
Strength in price negotiations
Vulnerabilities when there are recalls or system failures
No true physician choice
Less ability to select devices that are optimal for case
Reliance on reps and techs from outside the hospital in scheduling cases

Multiple vendors and mapping systems create better economics and better clinical outcome.

Many EP lab managers believe that the best economic situation is created when they purchase one mapping system and utilize only one vendor's devices – because this is how the system and per-device price can be negotiated down.

However, when only one vendor is utilized, the lab is limited in terms of :
- Negotiating price
- Operating independently of manufacturer services
- Shielding itself from product recalls or system failures

This means that what seems to be a cost advantage, becomes very costly in the overall economics of the lab.

In addition, clinicians value choice above anything, and serving your clinicians the best means having several mapping systems and devices available for use.

### What to do...

- Learn from clinicians about their preferred mapping systems and device brands.
- Acquire at least two different mapping systems (the acquisition cost can be very low when disposable quotas are assigned).
- Make sure physicians have the devices and technologies available to them that make them most successful.
- Negotiate price, quotas and market share in an open discussion environment that makes it clear that no vendor owns the lab.
- Train your staff on several mapping systems and technologies to reduce independence.
- Look at cost per case across all vendors to understand true price paid to manufacturers.

STEP 1 — STEP 2 — STEP 3 — STEP 4 — **STEP 5** — STEP 6 — STEP 7 — STEP 8

## Adopt Value-Based Utilization

Value-based utilization means that EP physicians, supply chain staff, technicians, EP lab managers and manufacturer reps know the cost and value of device choices.

There are TWO important components to this:

1. Transparency helps create co-ownership of clinical and financial goals: Display case, physician and manufacturer cost statistics in the break room or control room
2. Device and mapping system choice becomes a matter of clinical and operational appropriateness: Devices and systems are chosen for their value in enabling procedure success – not in terms of how new they are and how much they cost






### VALUE



*Let the physician know what the cost is when selecting devices*

### SUPPLY COST PER ENCOUNTER

Cost per encounter: **$8.14K**    Encounters: **15.0**



Dr. 1: $9,108
Dr. 2: $8,915
Dr. 3: $6,950
Dr. 4: $6,628 — 37.4% lower than Dr. 1
1435 North Hayden Road Suite 100, Scottsdale, AZ 85257  //  877.400.3740  //  www.innovative-health.com



STEP 1 — STEP 2 — STEP 3 — STEP 4 — STEP 5 — **STEP 6** — STEP 7 — STEP 8

## Develop Strategy for Adopting New Technology



In some labs, adopting new technology means the device/mapping system rep and technician do software updates, introduce new devices to the physicians and wait for supply chain to follow the immediate inclinations of the physicians. This means that costs will be spiraling out of control.

In many prestigious labs across the country, though, physicians and managers are resisting blind technology adoption and conduct thorough clinical and financial reviews to determine WHETHER a new technology should be adopted, and WHEN it is appropriate to use it.

This is based on value analysis conducted by the entire EP team together: If new technology does not directly translate to better clinical results, it is not adopted - and when it does, it is used only in cases where it provides added benefit.

### The Device Cost Cycle
*Costs spiraling out of control with value analysis*

Increase in procedures drives technology innovation making procedures more expensive



High cost of procedures drives more innovation in technology

> AcuNav and ViewFlex INTRACARDIAC ECHOCARDIOGRAPHY (ICE) CATHETERs are 2-D catheters that map the heart prior to and during ablation procedures.
>
> AcuNav and ViewFlex can be used on all mapping systems.
>
> Soundstar was introduced by Biosense Webster to add 3-D mapping features along with software upgrades that made it difficult to reprocess the Soundstar.

| AcuNav and ViewFlex (reprocessed) | Soundstar (not reprocessed) |
|---|---|
| **$1,250** | **$2,500** |

> Reputable physicians quickly discovered that 3-D mapping was rarely making a difference and utilize the more expensive catheter in only 10-20% of all cases.
>
> Today, Soundstars can also be reprocessed.

*The third-party trademarks used herein are for device identification and are trademarks of their respective owners.

STEP 1 — STEP 2 — STEP 3 — STEP 4 — STEP 5 — STEP 6 — **STEP 7** — STEP 8

# Train Your Own Techs

Most EP labs believe they cannot do EP cases without participation of the manufacturer's EP tech, who will map before and during the EP procedure.

Best-practices labs, however, train their own on-staff technicians to map on multiple systems, making the EP lab independent of the manufacturer.

This enables the lab to control vendor relations and to operate independently:

- No waiting for the manufacturer technician to be available – scheduling based on patient and clinician need
- No upside for manufacturer in price negotiation
- No real threat to reprocessing savings, as hospital technicians, representing hospital interests, can cover case
- Reduced legal exposure from manufacturer technicians providing therapeutic input





*Can I afford to train my own techs?*

The cost of relying on manufacturer reps is that they deny support when reprocessed devices are used: Substantial savings are lost.

**COST PER YEAR**



$100,000 — Employing Technician

$630,000 — Not reprocessing sensor-enabled devices

**EMPLOYING A HOSPITAL TECHNICIAN CAN SAVE A LAB MORE THAN $500K PER YEAR**

## Example...

A hospital can train their technician on a mapping system in about 3 months, after 6 months, they can be experts on several mapping systems.

Hospital-based technician support can be implemented without extra overhead costs.

Once trained on one mapping system, it is easy for technicians to learn other mapping systems. The difference is a matter of interface; not methodology or content.

Some hospitals report that their own technicians have become better than manufacturer reps at mapping.

Hospitals with employed EP technicians report more engaged staff and more flexibility in scheduling.

STEP 1 — STEP 2 — STEP 3 — STEP 4 — STEP 5 — STEP 6 — STEP 7 — **STEP 8**

## Grow and Protect Reprocessing Results




At-risk savings potential from sensor-enabled and imaging catheters

# $500K+

Support of Manufacturer Technician

Replaceable without additional cost





**Added safety risk assumed by lab is *NON EXISTENT WITH FDA CLEARANCE***

- When ultrasound catheters were made available for reprocessing 7-8 years ago, many labs walked away from substantial savings because original manufacturers claimed lack of safety and accuracy of reprocessed devices.
- FDA controlled single-use device reprocessing proved to be as safe and effective as new devices.
- Today, this is happening again: EP labs are being threatened to abandon 60%+ of their savings potential and hundreds of thousands of dollars, in spite of the fact that sensor-enabled catheters cleared for reprocessing are as safe and effective as new ones.
- EP labs cannot afford to lose what is often $500K or more in savings due to manufacturers' concerns about quotas. And these savings can be protected through a small number of steps.

## What to do…

When manufacturer representatives (sales or technology) state that they won't support cases where reprocessed, expensive and advanced catheters are used, do this:

- Ask for evidence that safety or efficacy is compromised – FDA's clearance should be enough
- Make it clear to manufacturer that you will re-distribute market share to protect savings and EP lab economics
- Practice value-based utilization to ensure cases are profitable
- Train your own technicians to do the work that the manufacturers are doing – specifically mapping
- Allow manufacturer technologists to stop supporting cases - they will be back to ensure their quotas are met.


# 9 Myths in the EP Lab

**1. You have to utilize 3-D Carto ICE mapping system to effectively map the heart.**

In most cases, 2-D imaging is everything the physician needs to effectively navigate the heart and complete the case. Large volume EP labs use 3-D mapping in less than 20% of cases.

**2. You cannot do EP cases without clinical support from the device manufacturing firm.**

There is no need to depend on manufacturer techs for mapping. A growing number of EP labs train their own techs to do the mapping, which increases independence and control in the lab.

**3. The mapping systems all require extensive training.**

Hospital employed techs can learn to map on any system in about 3 months. And once trained on one system, it is easy to learn the others. It's really just about interface. A growing number of hospitals train their techs in multiple systems, in an effort to become more autonomous.

**4. New technology is always better than the technology it replaces.**

Many new EP devices and solutions represent marginal technical improvements that don't translate to clinical improvements – or only do so in rare cases. It is clinically sound and more economically responsible to determine what technology to use based on the individual case; often established technology meets the clinical needs.

**5. Some of the work in the EP lab is best done by employees of the device manufacturing firm.**

There is nothing about the EP lab that makes this necessary. Plenty of hospitals support their own device and EP programs, without adding extra staff. In fact, utilizing manufacturer technicians creates vulnerabilities: You depend on their availability and it gets tougher to negotiate pricing.

**6. You would have to spend more on staff if you were to do the mapping yourself.**

EP labs employ technicians that are there during cases. They become more efficient when they learn to map – and you don't need extra resources. Many EP labs have their techs crosstrained and working between control room and lab.

**7. You get a better deal clinically and economically if you source all your equipment and disposables from one vendor.**

Even if you can get better prices because you can offer 100% quota, the manufacturer can essentially dictate the price, you lose independence and gain vulnerabilities – such as complete shutdown if there is a product recall.

More than one mapping system and multiple suppliers allows clinician choice and increases negotiating power.

**8. EP doctors are not interested in the economics of the case.**

Yes, they are. They understand that the economics are under constant pressure and that if they don't make smart choices about what devices they use, they lose out on resources. A growing number of EP labs create cost transparency, draw the physicians into the device utilization discussion, and they end up making economically smart choices and support the use of less expensive devices where possible.

**9. Reprocessed SUD devices in the EP lab are less safe and reliable.**

No, they are not. FDA's clearance process ensures that they are as safe and as effective as new devices. The only difference: they are much less expensive.

ART0077 Rev. 1



CONFIDENTIAL                                                                                           IH00348831



# ADDRESSING MAPPING SUPPORT AND REPROCESSING

Directions and Solutions

March 27, 2020


INNOVATIVE HEALTH

# ADDRESSING MAPPING SUPPORT AND REPROCESSING

Four options

1. Allow OEM (Biosense Webster) to take control of EP purchasing - and limit savings from reprocessing sensor-enabled catheters

2. Demand that Biosense Webster continues to provide mapping support, while expanding into the use of reprocessed sensor-enabled catheters

3. Make it a Johnson & Johnson issue

4. Train your own mappers

2