# EXHIBIT 61
## (Part 3 of 3)

# ADDRESSING MAPPING SUPPORT AND REPROCESSING

1. Allow OEM (Biosense Webster) to take control of EP purchasing - and limit savings from reprocessing sensor-enabled catheters

- Mapping support from Biosense Webster is a great value for the EP lab and many physicians have come to rely on it
- However, dependence on the Biosense Webster technician to complete procedures can be very costly
    - In orthopedic surgeries, surgeons are 100% dependent on the rep and the service line has virtually lost control of purchasing and scheduling decisions
    - It is tough to negotiate price and utilization – leading to loss of cost control
    - EP lab looses access to up to 70% of its reprocessing savings
    - Procedures have to be scheduled around vendor rep availability
- Separating technology and mapping expertise enables the EP lab to better manage procedure scheduling, costs, and choice of devices
- Vendor autonomy is a long-term strategy, but several steps can be taken short term to take control of the EP lab



2

# ADDRESSING MAPPING SUPPORT AND REPROCESSING

2. Demand that Biosense Webster continues to provide mapping support, while expanding into the use of reprocessed sensor-enabled catheters

- Point out that mapping support is an integral aspect of our vendor choices, as is your ability to reduce supply cost through single-use device reprocessing.
- The clinical effectiveness and financial sustainability of your EP labs depend on
  - close technical and clinical collaboration with the mapping system vendor;
  - AND on controlled, safe cost reduction strategies, such as single-use device reprocessing
- Formulate a "vendor mapping support policy", and advise the vendor that
  - Vendor technicians are expected to continue mapping support
  - Interference with the reprocessing program is not tolerated
  - The lab insists on controlling utilization
  - Vendor choice will be re-evaluated should this policy not be followed
- Other labs in the country have successfully created this relationship with the vendor



2

# ADDRESSING MAPPING SUPPORT AND REPROCESSING

3. Make it a Johnson & Johnson issue

- The amount of dollars that an EP lab can save through reprocessing is very small compared with the amount of money the typical EP lab spends on systems, devices, and disposables from Biosense Webster
- 80% of medical devices cannot be reprocessed, and reprocessing serves to control the remaining 20% in medical device costs
- Have a conversation with the vendor emphasizing that continuation of the vendor relationship (the entire 100% in device spend) requires acceptance that the lab reprocesses sensor-enabled devices
- If needed – make it a Johnson & Johnson issue: Look at what the EP lab or the hospital spends with Johnson & Johnson. Is it reasonable that the company prevents savings of $200,000 per year, when their revenue from the hospital is $20M per year?



REVENUE
80% Non-reprocessable
Biosense Webster TOTAL REVENUE
$1,552,232
20% Reprocessable

2

# ADDRESSING MAPPING SUPPORT AND REPROCESSING

4. Train your own mappers

- Some labs have successfully secured their vendor independence by training their own technicians to provide the mapping support
- As a result, price and utilization negotiations become more favorable for the lab – and the lab optimizes savings from reprocessing
- Training a technician to become a mapper takes 3-9 months, depending on their qualifications and experience
- Innovative Health can perform a gap analysis to determine what is needed to train hospital technicians as mappers
- Innovative Health can offer a comprehensive training program that leverages content available from the vendor





Click to watch video

2