# EXHIBIT 62

| Message | |
|---|---|
| **From**: | Dave Distel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAF8A914E9FD46DBA546C328F4B357CD-DDISTEL] |
| **Sent**: | 8/5/2018 6:30:51 PM |
| **To**: | Lars Thording [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2423013509824666a14ba122acd6cab3-lthording] |
| **Subject**: | Re: BSW Technical |

Lars,

Read this for the 5th time. Dead on. Let's discuss action items Monday

Thank you,

Dave

Dave Distel
Cell: (507) 358-5289
Sent from my iPhone



**Dave Distel**
**VP, Business Development**

480.525.5970 (Office)
507.358.5289 (Mobile)
www.innovative-health.com

  

On Aug 3, 2018, at 8:27 PM, Lars Thording <lthording@innovative-health.com> wrote:

> Hi Rick and Dave,
>
> I like this presentation a lot as well. It is short and simple, gets behind the science, and brings home the point that there is no difference between our reprocessed device and new. I think having this material ready for objections is necessary, and it needs to simplify rather than complicate, just like this piece does. I also think this is a second-tier message, it is inherently defensive, and not focused on savings. To me, the clinical and technical aspects are crucial in getting past the BSW issue, but I don't think they are the main message. It is also not Matt and Jay's first message – their main message is about savings and account management. I discussed with Rafal today, and he 100% agrees. At the same time – Matt and Jay and Jason need to be held accountable for having this (and similar) conversations with accounts they bring on, or to facilitate that it happens with Dave or Liz. Over the next few weeks, I am confident, we'll get to a simple playbook format for this, with the help of Aaron and also Dave's rich material.
>
> Getting our hospital partners to use reprocessed Lassos, Soundstars, AcuNavs, ViewFlex, Agilis and (eventually) Pentaray's should be our primary goal, and for that we have to get past the issues of BSW case coverage and other obstructions on sensor-enabled devices. I call this our "high value basket", as it consistently is 80%+ of the savings potential we have with our accounts. We celebrate bringing on new customers and we celebrate their savings in savings reviews, but the fact is that for most of our accounts, we are selling everything else, which is kinda like Best Buy celebrating record sales of pop-sockets, while nobody is buying their 60-inch TVs.
>
> We have sold 0 Decanav's since launching and less than 40 Lasso's this year. I know the sluggish Lasso sales are because of BSW and because Pentaray is taking over, and the Pentaray launch will be a real test – very high volume. I think we absolutely HAVE TO have Pentaray make a dent in the market. For

CONFIDENTIAL

Exhibit 49

IH00349220

that to happen, we need a BSW playbook that is simple and brief, and we need anybody managing/calling on accounts to get behind it.

At well-managed account like Charlton, buyback rates are in the 90s and we turn a bunch of ViewFlex. Matt and I talked this morning: I think it could be interesting to look at Charlton compliance and realized savings as a percentage of potential savings – and compare this with Medline accounts. Maybe that would open Frank's eyes. I also think we should somehow enforce Innovative Health rep direct involvement in the top 20% Medline accounts, prospective and existing. We KNOW how to develop an account relationship, and – I know I am not in the market – I hear enough about Medline accounts to where I think I know we are making all the same mistakes Stryker is making – we are just not IN THE ACCOUNTS.

I interviewed the EP lab manager from Charlton yesterday, and we have a case study ready for approval. We went through all the savings results, ViewFlex is great, etc, etc. – When we were done with this, I asked her to take a step back and tell me what REALLY impresses her about working with Innovative Health. Her answer wasn't that we have more clearances or that we achieve high savings with her. Her answer was: "Matt". The fact that he is there all the time, that he is always responsive, that he did diligent in-servicing, etc. And, Rick, we KNOW that is what makes the difference. And it's not just what makes the account happy, it's also what exactly makes the discussion about taking on devices from the high-value basket possible, in spite of BSW opposition.

You asked Dave and me to develop a plan for engaging accounts and physicians in anticipation of an ACT launch of a new AB ablation system, given that we would serve to "warm up" the market. As a starting point, I developed the attached segmentation and account management model, and Dave added some metrics; he and I are on the same page about this. The point of the model is to look at three dimensions of our account relationship: economic impact, program compliance, and account embeddedness, to a) determine which accounts fall into what bucket, and b) create a roadmap for account development. The point being that once you have an account, it needs to be developed, and it needs to be developed in a very specific way. Among the metrics here is that the account needs to get savings from the "high value basket" devices. There is nothing super-smart about the model, the idea is simply to be prescriptive about what to do with your account.

The trickier thing is how to foster physician engagement in preparation for the ACT launch. Dave and I have started modelling this out, but we are waiting for some feedback from clinicians – Dave is working on this.

On the issue of business reviews (you and I have talked about this a little bit): Ira develops the numbers and delivers them in a deck to the account "manager". And – at least in the past – this is exactly what some of the manager presents – no more, no less. The weakness, I think is that a) we don't have action items – on our part or on the account's part (first page and last page, as discussed; b) you have to spend a lot of time in the small-font numbers to understand what the missed opportunity is, I think it is the most important part of the business review and that a slide needs to say (in a gentle, but clear way): "You aren't doing your job, because you are missing all the big savings"; c) we don't (typically) include content about BSW obstructions, I think we should, just like we should be pre-emptive about things like "devices will fail", "we need research samples", and "you will need to manage your rep" – even if these are not "happy" and celebrational topics (reprocessing is DIFFICULT, not easy);and d) the account "managers" often aren't really spending the time creating the message, because they simply take Ira's slides. The philosophical difference is whether we are "reporting the news" or "creating the news" – and between whether we are actually MANAGING the account or we are just showing them what happened. I'll send a revised business review template suggestion early next week or over the weekend.

Sorry for generalizations and obvious observations, it's been a long week, and I wanted to share my take. I know a lot of these fixes I mention may be easier said than done, given the vast number of Medline operated accounts.

Have a great weekend,
Lars

|   | **Lars Thording** |
|---|---|
| -- | **VP, Marketing & Public Affairs** |
|   | 480.210.8091 (Office) |
|   | 623.326.1942 (Mobile) |
|   | www.innovative-health.com |
|   | -- -- |

**From:** Rick Ferreira <rferreira@innovative-health.com>
**Date:** Wednesday, August 1, 2018 at 6:44 AM
**To:** Dave Distel <ddistel@innovative-health.com>, Liz Stoneman <lstoneman@innovative-health.com>
**Cc:** Aaron Fowler <afowler@innovative-health.com>, Blessan Joseph <bjoseph@innovative-health.com>, Rafal Chudzik <rchudzik@innovative-health.com>, Lars Thording <lthording@innovative-health.com>
**Subject:** Re: BSW Technical

Aaron and Blessan – this is one of the best pieces I have seen!
Very well done boys!

Lars and DD – let's talk about how we use this with our customers.


Rick

|   | **Rick Ferreira** |
|---|---|
| -- | **CEO** |
|   | 480.525.5910 (Office) |
|   | 480.467.8517 (Mobile) |
|   | www.innovative-health.com |
|   | -- -- -- |

**From:** Dave Distel <ddistel@innovative-health.com>
**Date:** Tuesday, July 31, 2018 at 8:08 PM
**To:** Rick Ferreira <rferreira@innovative-health.com>, Liz Stoneman <lstoneman@innovative-health.com>
**Cc:** Aaron Fowler <afowler@innovative-health.com>, Blessan Joseph <bjoseph@innovative-health.com>, Rafal Chudzik <rchudzik@innovative-health.com>, Lars Thording <lthording@innovative-health.com>
**Subject:** FW: BSW Technical

Over the top

|   | **Dave Distel** |
|---|---|
| -- | **VP, Business Development** |
|   | 480.525.5970 (Office) |
|   | 507.358.5289 (Mobile) |
|   | www.innovative-health.com |
|   | -- -- -- |

**From:** Aaron Fowler
**Sent:** Tuesday, July 31, 2018 5:44 PM
**To:** Dave Distel <ddistel@innovative-health.com>; Blessan Joseph <bjoseph@innovative-health.com>;
Rafal Chudzik <rchudzik@innovative-health.com>
**Subject:** RE: BSW Technical

Dave-

Here is the Sensor-Enabled deck Blessan and I put together.  We intentionally left out some information because we imagine this will be presented to BW at some point, and we don't want to give anything away.

Basic flow is the science behind location sensor technology and how our devices perform like the OM because the calibration data isn't changed during reprocessing.  Also highlights our testing of each device, without specifically showing or stating how we do so.

Let me know if you would like to see anything else included and we can discuss.

Thanks-
Aaron

--
**Aaron Fowler**
**R&D Engineer**
877.400.3740 (Office)
480.772.8789 (Mobile)
www.innovative-health.com
--       --       --

**From:** Dave Distel
**Sent:** Tuesday, July 31, 2018 7:33 AM
**To:** Aaron Fowler <afowler@innovative-health.com>; Blessan Joseph <bjoseph@innovative-health.com>; Rafal Chudzik <rchudzik@innovative-health.com>
**Subject:** RE: BSW Technical

Hi Aaron,

Like the quote and have seen similar studies.  I would keep this in our back pocket for the right discussion but not put it in a presentation as I do not want to potentially challenge clinician choice of the mapping system they use.  The one thing that magnetics does seem to accomplish over impedance is less drift and not as prone to changes in fluid balance in long cases.  Think it is important for those of us interfacing with EP docs to understand the clinical considerations but lets keep the piece on sensor enabled focused on the engineering.  Sincerely appreciate all the time and thought you guys are putting into this.  Taking your knowledge of the science and the former BSW EP tech we are bringing on as a consultant will allow us to pack a powerful rebuttal to their claims.

Thank you,

Dave

--
**Dave Distel**
**VP, Business Development**
480.525.5970 (Office)
507.358.5289 (Mobile)
www.innovative-health.com

CONFIDENTIAL                                                                                              IH00349223

**From:** Aaron Fowler
**Sent:** Monday, July 30, 2018 6:27 PM
**To:** Blessan Joseph <bjoseph@innovative-health.com>; Dave Distel <ddistel@innovative-health.com>; Rafal Chudzik <rchudzik@innovative-health.com>
**Subject:** RE: BSW Technical

Came across this quote in an article we will want to remember:

"As results from a meta-analysis of more than 900 patients, use of magnetic navigation does not lead to a better clinical success rate. The fact is that a lower amount of complications and reduced fluoroscopic time have been documented, yet at the cost of extended procedure time and price of ablation."

This article is a few years old, but still quite relevant when Biosense touts "superior" technology that improves patient outcome.

**Aaron Fowler**
**R&D Engineer**
877.400.3740 (Office)
480.772.8789 (Mobile)
www.innovative-health.com

**From:** Blessan Joseph
**Sent:** Monday, July 30, 2018 3:13 PM
**To:** Dave Distel <ddistel@innovative-health.com>; Rafal Chudzik <rchudzik@innovative-health.com>; Aaron Fowler <afowler@innovative-health.com>
**Subject:** RE: BSW Technical

Good start Aaron. Adding on to Dave's input. I am putting my thoughts here as is, will rely on you guys to wordsmith it accordingly.
We can take the Myth Buster approach or Educational. I am using educational approach here.

**Blessan Joseph**
**R&D Manager**
480.887.4911 (Office)
480.283.7714 (Mobile)
www.innovative-health.com

**From:** Dave Distel
**Sent:** Monday, July 30, 2018 1:52 PM
**To:** Rafal Chudzik <rchudzik@innovative-health.com>; Aaron Fowler <afowler@innovative-health.com>; Blessan Joseph <bjoseph@innovative-health.com>
**Subject:** RE: BSW Technical

Please see below.  Thank you

**Dave Distel**
**VP, Business Development**
480.525.5970 (Office)
507.358.5289 (Mobile)
www.innovative-health.com

IH00349224

**From:** Rafal Chudzik
**Sent:** Monday, July 30, 2018 2:55 PM
**To:** Aaron Fowler <afowler@innovative-health.com>; Blessan Joseph <bjoseph@innovative-health.com>
**Cc:** Dave Distel <ddistel@innovative-health.com>
**Subject:** RE: BSW Technical

Dave – see below.  The guys are chasing the outline below.  Blessan and Aaron are working through the details of the slides.  I'll do my review/additions at the end.

Anything else specific that is needed?

> **Rafal Chudzik**
> **VP, R&D and Operations**
> 480.525.6006 (Office)
> 602.326.7716 (Mobile)
> www.innovative-health.com
> --      --      --

**From:** Aaron Fowler
**Sent:** Monday, July 30, 2018 12:29 PM
**To:** Rafal Chudzik <rchudzik@innovative-health.com>; Blessan Joseph <bjoseph@innovative-health.com>
**Subject:** RE: BSW Technical

Guys-

Here's a quick outline:

- Title (Sensor Enabled Myths) or Location Sensor 101
- What it is and How It Works
    - It's not magic.  It's not even complex.
    - Current in a magnetic field.  Simple physics.
      Principle - Faraday's law: changing magnetic field produces an electric field. If a loop of wire is placed in a magnetic field so that the field passes through the loop, a change in the magnetic field will induce a current in the loop of wire.
      Details about emf and magnetic flux.
      Same principle used in Forever Flashlight where the magnet is displaced back and forth. In the catheter, the coil is moved within the magnetic field generating the current
      <image009.jpg>

- Biosense Webster Location Sensor enabled catheters
    - DecaNav, Lasso Nav eco, PentaRay, SoundStar eco
    - How are catheters made?  I.e. these sensors are locked in the extrusion and cant move.  Aren't exposed to electrolytes or oxygen and don't oxidize.
      In case of location enabled devices made by BW, these "loop of wire" mentioned above is miniaturized and encapsulated within the extrusion towards the distal end of the catheter which is now called "Location Sensor". (**we need to cut one apart and take pictures**)
      <image010.png><image011.jpg>
    - Current generated by these location sensors are interpreted by the console software and translated to the location in the 3D space with X, Y and Z vectors. In order to get the same location reference on every catheter, the location sensor performance must be equivalent, which is not possible.

- o   Every single location sensor (similar to every single AA battery) is different in performance ever so slightly. BW characterizes the performance for each of these location sensors and include the unique calibration files and/or correction factors necessary to create uniform performance and stores it in the EEPROM chip embedded into each of the device.
- o   ~~Why~~ While an EPROM chip may be needed to hold calibration information, BW uses this venue to also include ~~note of the other~~ anti reprocessing functionality into the device chip which doesn't ~~is needed or~~ in any way contribute to device performance or patient safety.

- Myth 1: Only 3 calibration instruments exist and BW owns them all or Unique Device Calibration at OM and Performance Standards
  - o   True, but not important.  All calibration data is saved to the EEPROM, which is copied and written onto the new EEPROM placed into the device.
  - o   As mentioned before, BW characterizes the location sensor for each location enabled device and store the necessary calibration and/or corrective factors necessary in the EEPROM chip embedded in the catheter. This information is unique to each catheter. This information is read by the Mapping system when device is plugged in to ensure accurate position and map the arterial chambers.
  - o   If this calibration data is incorrect, it could result in incorrect mapping which may affect patient safety.
  - o   Innovative health does not change or modify this calibration data. Single device flow ensures additional controls that prevents data or device mix up. **(since we don't change the chip on all the BW devices, I am keeping this language vague)**
  - o   Just as the calibration data is important, so is the performance of the location sensor. If the location sensor performance is affected or deteriorated by reprocessing, the stored unique and original calibration data in the EEPROM chip when read by the mapping system could over or under correct the mapping performance, which may result in incorrect mapping and may affect patient safety.

- Myth 2: Only BW OM and Sterilmed reprocessed devices can be accurate to within 1.5mm. (JUST AN FYI, in their presentation to clients they quote 1mm.  The SoundStar brochure I think the reprocessed at 1.5 vs the new at 1mm is a marketing ploy)or Reprocessor and Performance Standards
  - o   False.  The accuracy of this distance is defined during calibration.  See earlier response.  Our reprocessing efforts do not degrade the sensor (as proven during PV&V and ASLT) or alter this accuracy.
  - o   As a reprocessor, IH understands the importance of these calibration data and how it could affect the patient safety.
  - o   IH designed a custom magnetic field generator that generates three weak magnetic fields ($5x10-6$ to $5x10-5$ Tesla) similar to the Carto Pad placed under the patient's thorax during a mapping procedure.
  - o   Unused OM devices were then used to characterize the embedded location sensors using the custom magnetic field generator and establish the baseline needed to quantify the location sensor performance. Post reprocessing, the location sensor enabled devices are tested and expected to meet the same baseline performance that was established using the unused OM devices. This ensures only those devices that meet the OM performance standard is allowed to proceed to the next step of reprocessing.

- Myth 3: There is no way for a reprocessor to properly test the sensor. Captured in the previous set of content.
  - o   False.  Using proprietary technology, original devices are tested to determine signal limits.  The sensor on every reprocessed device is tested against these limits and must prove substantially equivalent to the original device.

Did I forget anything? NOPE

-Aaron

> **Aaron Fowler**
> **R&D Engineer**
> 877.400.3740 (Office)
> 480.772.8789 (Mobile)
> www.innovative-health.com

<Segmentation and Account Management 7-31.pptx>



CONFIDENTIAL

IH00349236



PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 63**

# EXHIBIT 64

| Message | |
|---|---|
| **From:** | Lars Thording [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2423013509824666A14BA122ACD6CAB3-LTHORDING] |
| **Sent:** | 9/12/2018 12:51:45 PM |
| **To:** | Matt Dambeck [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=33fb906fadac44b8835d34eb4db9a413-mdambeck] |
| **CC:** | Rick Ferreira [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3f712852aa394a6ebcf4076d9b89f341-rferreira11] |
| **Subject:** | Re: EP Reprocessing Follow Up |

Matt, this is awesome! Rick, check it out. Thanks, Lars

---

**From:** Matt Dambeck <mdambeck@innovative-health.com>
**Date:** Wednesday, September 12, 2018 at 11:25 AM
**To:** Lars Thording <lthording@innovative-health.com>
**Subject:** FW: EP Reprocessing Follow Up

FYI-I used the case study already for Acurity and also put the below email together for Joe to send to all of his managers who oversee the accounts...



**Matt Dambeck**
**Vice President, Sales**
877.400.3740 (Office)
561.704.0757 (Mobile)
www.innovative-health.com

  

---

**From:** Matt Dambeck <mdambeck@innovative-health.com>
**Date:** Wednesday, September 12, 2018 at 2:07 PM
**To:** Joe Cirillo <jcirillo@gnyha.org>
**Subject:** EP Reprocessing Follow Up

Joe- Below is the email text I was thinking about from our conversation recently. Is there a way to get the analysts' to pull the data for the hospitals below and then maybe the dollars will speak louder for getting engagement? Also, let me know if I missed any areas I should add in.

BSG's,

I recently met with one of our suppliers, Innovative Health. Innovative is a Cardiology focused reprocessing partner that has been on contract with Acurity for 14 months now and is not gaining much traction and needs your help. I would like to re-introduce their offering, as it is a significant cost savings program that will bring incremental value to our member base. Matt Dambeck, VP of Sales is our main POC, mdambeck@innovative-health.com (cell) 561-704-0757

The target member profile, is someone with an EP lab, that either already reprocesses EP catheters today, or is looking for new areas to save through reprocessing in the lab and starting a program. To quantify what the opportunity is, all Innovative would need is a data dump from the lab for all purchases, both new and reprocessed. **Data extraction guide is attached.** Target members to re-engage or approach are: Hartford Healthcare, NYU, Mt. Sinai, HHC, Tri-Health, The University Hospital, SUNY, Brooklyn Hospital and Montefiore.

Unique benefits of the agreement, ACU-MM-065
- **Aggressive price schedule**
- **Guaranteed savings model**- Two forms:

**Exhibit 0061**

CONFIDENTIAL                                                                    IH00376191

- ○ Aggregate dollar savings of at least 55% compared to their total annual new purchases for EP devices
- ○ 20% incremental savings in the aggregate compared to total annual savings from their previous reprocessor
- **Additional Conversion Rebate**
  - ○ 3% additional rebate on top of existing rebates to move forward and convert within the next year, July 2019. Good for the life of the agreement
- **Custom procurement solutions** to ease the buying process and take out the manual interaction
  - ○ EDI
  - ○ Ability to build stock to fulfill par-level purchases through automatic product fulfillment
- **Access to newly approved FDA cleared devices for additional savings**
  - ○ St. Jude ViewFlex ICE catheter is one, D087031 average savings is between $800-1,000. This catheter competes against the Biosense Webster's Acunav, Soundstar 3D and Soundstar eco
- **Service Mode**l- Total Account Management
  - ○ Innovative works closely with the lab, handles all aspects of the program from service, to working together on product pull-through to education with the EP physicians
- **Easy conversion process**
  - ○ Innovative does all the work-Just need a lab champion to support with access and Innovative makes the transition seamless

Attached is a recent case study that was performed on a Premier member in Fall River Massachusetts. With Innovative's dedicated approach to conversion, implementation and ongoing account management, they are on track to double savings in year one.

Thank you for your focus and continued support with this partner.

Joe

# EXHIBIT 65

| Message | |
|---|---|
| **From**: | Jay Farris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=123CB4DF138445E69F0D3BDA640ECC37-JFARRIS] |
| **Sent**: | 1/30/2020 7:10:28 AM |
| **To**: | Rick Ferreira [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3f712852aa394a6ebcf4076d9b89f341-rferreira11]; Robison, Susana [Susana.Robison@stjoe.org]; Curie, Jenny [Jennifer.Curie@stjoe.org] |
| **Subject**: | RE: [EXTERNAL]2019 EP Reprocessing Results |
| **Attachments**: | Mission Hospital 2019 Savings Review w Opportunities.pptx |

Good morning Susana, Jenny.

Congrats on the award for exceeding $500,000 in annual savings in 2019. You guys have always been a great account since I set up the reprocessing program forever and a day ago. Thank you !!

Jenny, since you said that you had not seen an end of the year savings review, I went ahead and pulled that from our system and attached it above. It has the same 3 excel reports that we went over plus some additional details on savings numbers, reject rates and spend. The last slide covers what we discussed around possible additional savings opportunities.

If the BSW Uni-Direction CS catheter is an opportunity and that Carto 3 cable can be brought back in, you'll get over $80,000 in additional annual savings. If we could get a data pull on the items in our R&D pipeline, I would be able to show you the estimated savings from those. Look for a separate email from me coming next week with those specific part numbers.

Finally, we spoke with our mapping consultant after we left, he knows Dr Desai but its been a few years since they interacted. I believe we told you that he was a mapper for Carto 3 for years before leaving to further his career. Consider him an expert in that area. If we were able to set him up for a day a week or every other week on Dr. Desai's block day, you could get close to ~$2,000 in savings per case if he uses the Soundstar Eco and the PentaRay. Let us know if we can do anything to move that opportunity along, be happy to bring Aaron over for a meet and greet at any time.

Thank you both for supporting the program, we look forward to driving additional savings for you in 2020.

Best regards
Jay

---

**From:** Rick Ferreira <rferreira@innovative-health.com>
**Sent:** Tuesday, January 28, 2020 9:34 PM
**To:** Jay Farris <jfarris@innovative-health.com>; Robison, Susana <Susana.Robison@stjoe.org>
**Cc:** Curie, Jenny <Jennifer.Curie@stjoe.org>
**Subject:** Re: [EXTERNAL]2019 EP Reprocessing Results

Thanks Susana
We had very productive meeting with Jenny!

Hopefully, we can connect next time we are in town.

Appreciate all the support!

Take care,

Rick



**Rick Ferreira**
**CEO**
480.525.5910 (Office)



Exhibit 0200

480.467.8517 (Mobile)
www.innovative-health.com

  



**From:** Jay Farris <jfarris@innovative-health.com>
**Date:** Tuesday, January 28, 2020 at 5:11 PM
**To:** "Robison, Susana" <Susana.Robison@stjoe.org>
**Cc:** "Curie, Jenny" <Jennifer.Curie@stjoe.org>, Rick Ferreira <rferreira@innovative-health.com>
**Subject:** Re: [EXTERNAL]2019 EP Reprocessing Results

Not to worry Susana, we were in good hands !!!
Jay

Sent from my iPhone



Jay Farris
**Regional Sales Director – Central and Western US**
480.525.5910 (Office)
480.235.8736 (Mobile)
www.innovative-health.com

  





On Jan 28, 2020, at 3:05 PM, Robison, Susana <Susana.Robison@stjoe.org> wrote:

Please accept my deepest apologies.  I mixed up my dates and thought this was last week.

Jenny, please keep my updated on action items

**From:** Jay Farris [mailto:jfarris@innovative-health.com]
**Sent:** Monday, January 20, 2020 10:14 AM
**To:** Robison, Susana <Susana.Robison@stjoe.org>
**Cc:** Curie, Jenny <Jennifer.Curie@stjoe.org>
**Subject:** Re: [EXTERNAL]2019 EP Reprocessing Results

You bet. Coming over later today and thank you. Look forward to seeing you both next week.
Jay

Sent from my iPhone

<image001.png>

Jay Farris
**Regional Sales Director – Central and Western US**
480.525.5910 (Office)
480.235.8736 (Mobile)
www.innovative-health.com

<image005.png>

<image006.jpg>

CONFIDENTIAL                                                                        IH00379752

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]*

On Jan 20, 2020, at 8:51 AM, Robison, Susana <Susana.Robison@stjoe.org> wrote:

Jay
Can you send invite please

Susana Robison
Executive Director, CV Service Institute
(949) 392-3464
Sent from my iPhone

(Please excuse typos)

On Jan 20, 2020, at 08:14, Curie, Jenny <Jennifer.Curie@stjoe.org> wrote:

That would work for me as well.

## Jenny Curie, RN, BSN
### NURSE MANAGER
### CARDIOVASCULAR LAB

27780 Medical Center Road, Mission Viejo, CA 92691
T: (949) 364-1400 ext 2048
C: (949) 304-4638
www.mission4health.com
................................................................................................
<image001.png>
<image002.png>

---

**From:** Robison, Susana
**Sent:** Sunday, January 19, 2020 7:59 PM
**To:** Jay Farris <jfarris@innovative-health.com>; Curie, Jenny <Jennifer.Curie@stjoe.org>
**Subject:** RE: [EXTERNAL]2019 EP Reprocessing Results

I may be able to do 3-3:30, Jenny how about you?

---

**From:** Jay Farris [mailto:jfarris@innovative-health.com]
**Sent:** Friday, January 17, 2020 9:42 AM
**To:** Robison, Susana <Susana.Robison@stjoe.org>; Curie, Jenny <Jennifer.Curie@stjoe.org>
**Subject:** [EXTERNAL]2019 EP Reprocessing Results

Hi Susana, Jenny. A belated Happy New Year to you both. I hope 2020 has started out extremely well for you.

I am reaching out because Mission Hospital, no surprise of course, was one of the Top Performers for 2019 with respect to EP reprocessing savings out of the 150 or so customers in our database. We have a little something that we would like to present to you, my CEO and I, and I'm hoping that we could swing by late afternoon on Tuesday the 28th and grab 15 minutes on your calendar. We'll be up in Los Angeles that morning and can swing down (carpool lane !!) and be there by 3pm give or take. Does that look like it will work, if not I can suggest a couple of other options sometime in February?

Look forward to seeing you both and please let me know if the 28th will work.

Thanks much and have a great weekend.

Jay

<image003.png>

**Jay Farris**
**Regional Sales Director – Central and Western US**
480.525.5910 (Office)
480.235.8736 (Mobile)
www.innovative-health.com

<image010.png> <image011.png> <image012.png>

<image004.png>

<image005.jpg>

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]



Mission Hospital

January 2020

January 2019 – December 2019

Jay Farris
jfarris@innovative-health.com

NOTES ON WHAT TEXT TO CHANGE:
**Make sure to add account logo before + sign
**ACCOUNT NAME** - Change to account name
**PRESENTATION DATE** - Change to date of presentation
**NAME** - Change to your name
**EMAIL** - Change to your email address
**DATE RANGE** - Change to date range of data (example: "July 2018 to April 2019")
**VALUE** - Add specific information here. Some are duplicated. Data can be found in the title of exports from Tableau
INSERT IMAGE HERE! – Crop out the title from the Tableau PowerPoint export beforehand and paste in the image. It will automatically center.

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Savings by Account & Device

INNOVATIVE HEALTH

| Account Name | Item # | Family Detail | Manufacturer | Type | Buyback | OEM Price | Contracted Price | Total Savings |
|---|---|---|---|---|---|---|---|---|
| Mission Hosp (CA) | 10135910 | AcuNav 8F | Biosense Webster | ICE | 120 | $2,500 | $833 | $200,042 |
| | 401904 | Livewire Steerable | St Jude | EP | 143 | $921 | $225 | $99,622 |
| | 201101 | Dynamic XT Steerable | Boston Scientific / Bard | EP | 170 | $529 | $105 | $72,096 |
| | C9342SCT | Carto 3 Interface Cable | Biosense Webster | Cables | 175 | $331 | $69 | $45,850 |
| | D134401 | Carto 3 Interface Cable | Biosense Webster | Cables | 291 | $338 | $191 | $42,533 |
| | CR3434CT | Carto 3 Interface Cable | Biosense Webster | Cables | 212 | $331 | $194 | $29,044 |
| | 401980 | Cables | St Jude | Cables | 315 | $80 | $33 | $14,745 |
| | C83412CT | Carto 3 Interface Cable | Biosense Webster | Cables | 44 | $375 | $70 | $13,409 |
| | 560004A | Cables | Boston Scientific / Bard | Cables | 191 | $100 | $33 | $12,713 |
| | 401430 | Supreme | St Jude | EP | 159 | $97 | $40 | $9,011 |
| | 401890 | Supreme | St Jude | EP | 86 | $135 | $40 | $8,142 |
| | 401977 | Cables | St Jude | Cables | 147 | $88 | $33 | $7,989 |
| | 85954 | Cables | St Jude | Cables | 71 | $144 | $33 | $7,850 |
| | 401972 | Cables | St Jude | Cables | 138 | $88 | $33 | $7,500 |
| | C83434CT | Carto 3 Interface Cable | Biosense Webster | Cables | 13 | $400 | $70 | $4,287 |
| | 401442 | Supreme | St Jude | EP | 62 | $97 | $40 | $3,514 |
| | 85641 | Cables | St Jude | Cables | 33 | $175 | $82 | $3,059 |
| | 81104 | Inquiry Steerable Deca | St Jude | EP | 7 | $392 | $280 | $784 |
| | 81404 | Inquiry Steerable Quad | St Jude | EP | 3 | $350 | $184 | $498 |
| | 10439236 | SoundStar Eco 8F | Biosense Webster | ICE | -4 | $2,500 | $1,362 | ($4,553) |
| Grand Total | | | | | 2,376 | | | $578,134 |

CONFIDENTIAL    IH00379758



CONFIDENTIAL                                                                    IH00379759

## Collections & Buyback by Account & Device

INNOVATIVE HEALTH

| Account Name | Item # | Family Detail | Manufacturer | Type | Status | Total Collect.. | Total Buyba.. | 16wk Collec.. | 16wk Buyba.. |
|---|---|---|---|---|---|---|---|---|---|
| Mission Hosp (CA) | 401980 | Cables | St Jude | Cables | Available | 292 | 315 | 71 | 67 |
| | D134401 | Carto 3 Interface Cable | Biosense Webster | Cables | Available | 291 | 291 | 46 | 40 |
| | 201101 | Dynamic XT Steerable | Boston Scientific / Bard | EP | Available | 219 | 170 | 46 | 31 |
| | CR3434CT | Carto 3 Interface Cable | Biosense Webster | Cables | Available | 211 | 212 | 41 | 35 |
| | S60004A | Cables | Boston Scientific / Bard | Cables | Available | 210 | 191 | 46 | 38 |
| | CB3412CT | Carto 3 Interface Cable | Biosense Webster | Cables | Available | 210 | 44 | 46 | 0 |
| | D135304 | Webster CS Uni-Dir.. | Biosense Webster | EP | Available | 204 | 0 | 44 | 0 |
| | CR3425CT | Carto 3 Interface Cable | Biosense Webster | Cables | Available | 177 | 175 | 25 | 16 |
| | D125208 | PentaRay | Biosense Webster | EP | Available | 177 | 0 | 41 | 0 |
| | D087031 | ViewFlex | St Jude | ICE | Available | 160 | 0 | 36 | 0 |
| | 401430 | Supreme | St Jude | EP | Available | 146 | 159 | 34 | 38 |
| | 401972 | Cables | St Jude | Cables | Available | 141 | 138 | 26 | 16 |
| | 401904 | Livewire Steerable | St Jude | EP | Available | 140 | 143 | 24 | 22 |
| | 401977 | Cables | St Jude | Cables | Available | 137 | 147 | 24 | 24 |
| | 10136910 | AcuNav BF | Biosense Webster | ICE | Available | 111 | 120 | 26 | 24 |
| | 10439236 | SoundStar Eco BF | Biosense Webster | ICE | Available | 92 | -4 | 20 | 0 |
| | 401690 | Supreme | St Jude | EP | Available | 95 | 86 | 21 | 15 |
| | 85954 | Cables | St Jude | Cables | Available | 78 | 71 | 18 | 13 |
| | 81104 | Inquiry Steerable Deca | St Jude | EP | Available | 59 | 7 | 18 | 3 |
| | 401442 | Supreme | St Jude | EP | Available | 58 | 62 | 13 | 18 |
| | 2000808P | Cables | Boston Scientific / Bard | Cables | Available | 44 | 0 | 10 | 0 |
| | 85641 | Cables | St Jude | Cables | Available | 33 | 33 | 20 | 20 |
| | DAV5ECBL22 | Advisor HD Cables | St Jude | Cables | Available | 29 | 0 | 18 | 0 |
| | CB3444CT | Carto 3 Interface Cable | Biosense Webster | Cables | Available | 20 | 13 | 4 | 0 |
| | 10136936 | AcuNav BF | Biosense Webster | ICE | Available | 14 | 0 | 0 | 0 |
| | R70202CT | Webster DecaNav | Biosense Webster | EP | Available | 14 | 0 | 3 | 0 |
| | 408310 | Agilis NxT | St Jude | Str. Introducer | Available | 8 | 0 | 3 | 0 |
| | 10439011 | SoundStar Eco BF | Biosense Webster | ICE | Available | 6 | 0 | 0 | 0 |
| | ZACH15 | Achieve | Medtronic | EP | Available | 6 | 0 | 6 | 0 |
| | C10NRIMSTKIT.. | Cables | Biosense Webster | Cables | Available | 4 | 0 | 4 | 0 |
| | 402011 | Supreme | St Jude | EP | Available | 3 | 0 | 0 | 0 |
| | 401661 | Response | St Jude | Cables | Available | 2 | 0 | 0 | 0 |
| | 401915 | Livewire Steerable | St Jude | EP | Available | 2 | 0 | 0 | 0 |
| | G408324 | Agilis NxT | St Jude | Str. Introducer | Available | 2 | 0 | 0 | 0 |
| | R70202CT | Webster DecaNav | Biosense Webster | EP | Available | 2 | 0 | 1 | 0 |
| | 200774P | Cables | Boston Scientific / Bard | Cables | Available | 1 | 0 | 0 | 0 |
| | 401227 | Response | St Jude | EP | Available | 1 | 0 | 0 | 0 |
| | 401443 | Supreme | St Jude | EP | Available | 1 | 0 | 0 | 0 |

CONFIDENTIAL

IH00379760



CONFIDENTIAL

IH00379761



Avoidable Rejects by Device & Reject Reason

| Account Name | Item # | Family Detail | Manufacturer | Type | Status | Reject Reason Category | Reject Reason | Qty Rejected |
|---|---|---|---|---|---|---|---|---|
| Mission Hosp (CA) | 81104 | Inquiry Steerable Deca | St Jude | EP | Available | Avoidable | Kinked | 1 |
| | 93641 | Cables | St Jude | Cables | Available | Other Reprocessor | Other Reprocessor | 7 |
| | 20008BP | Cables | Boston Scientific / Bard | Cables | Available | Avoidable | Damaged Connector | 1 |
| | 201101 | Dynamic XT Steerable | Boston Scientific / Bard | EP | Available | Avoidable | Kinked | 5 |
| | | | | | | Other Reprocessor | Other Reprocessor | 1 |
| | 401430 | Supreme | St Jude | EP | Available | Avoidable | Kinked | 1 |
| | 401661 | Response | St Jude | Cables | Available | Other Reprocessor | Other Reprocessor | 2 |
| | 401890 | Supreme | St Jude | EP | Available | Avoidable | Kinked | 1 |
| | 401904 | Livewire Steerable | St Jude | EP | Available | Avoidable | Expired Date | 1 |
| | 401972 | Cables | St Jude | Cables | Available | Avoidable | Damaged Connector | 3 |
| | 401977 | Cables | St Jude | Cables | Available | Avoidable | Damaged Connector | 5 |
| | 401980 | Cables | St Jude | Cables | Available | Avoidable | Damaged Connector | 4 |
| | 560002A | Cables | Boston Scientific / Bard | Cables | Available | Other Reprocessor | Other Reprocessor | 1 |
| | 560004A | Cables | Boston Scientific / Bard | Cables | Available | Other Reprocessor | Other Reprocessor | 21 |
| | 10195910 | AcuNav BF | Biosense Webster | ICE | Available | Avoidable | Kinked | 3 |
| | 10439011 | SoundStar Eco BF | Biosense Webster | ICE | Available | Avoidable | Kinked | 1 |
| | 10439036 | SoundStar Eco BF | Biosense Webster | ICE | Available | Avoidable | Kinked | 4 |
| | C10MRMST | Cables | Biosense Webster | Cables | Available | Other Reprocessor | Other Reprocessor | 2 |
| | C83412CT | Carto 3 Interface Cable | Biosense Webster | Cables | Available | Avoidable | Damaged Connector | 9 |
| | C83434CT | Carto 3 Interface Cable | Biosense Webster | Cables | Available | Avoidable | Damaged Connector | 2 |
| | | | | | | Other Reprocessor | Other Reprocessor | 5 |
| | CR3425CT | Carto 3 Interface Cable | Biosense Webster | Cables | Available | Avoidable | Damaged Connector | 12 |
| | CR3434CT | Carto 3 Interface Cable | Biosense Webster | Cables | Available | Avoidable | Damaged Connector | 24 |
| | D7L202S1S_ | Lasso 2515 Non NAV | Biosense Webster | EP | Available | Avoidable | Kinked | 1 |
| | D087031 | ViewFlex | St Jude | ICE | Available | Avoidable | Kinked | 34 |
| | D126097 | PentaRay | Biosense Webster | EP | Available | Avoidable | Kinked | 1 |
| | D128208 | PentaRay | Biosense Webster | EP | Available | Avoidable | Kinked | 7 |
| | D134401 | Carto 3 Interface Cable | Biosense Webster | Cables | Available | Avoidable | Damaged Connector | 2 |
| | D136304 | Webster CS Uni-Dir. | Biosense Webster | EP | Available | Avoidable | Kinked | 7 |
| | G408324 | Agilis NxT | St Jude | Str. Introducer | Available | Avoidable | Kinked | 1 |
| | R7028201 | Webster DecaNav | Biosense Webster | EP | Available | Avoidable | Kinked | 1 |
| Grand Total | | | | | | | | 173 |

8



CONFIDENTIAL



CONFIDENTIAL
IH00379764

Total Unrealized Opportunity

INNOVATIVE HEALTH

| Account Name | Item # | Family Detail | Manufacturer | Type | Usage Qty | Collections | Buyback | OEM Price | Contracted Price | Unrealized Opportunity |
|---|---|---|---|---|---|---|---|---|---|---|
| Mission Hosp (CA) | D087031 | ViewFlex | St Jude | ICE | 126 | 360 | 0 | $2,200 | $1,400 | $103,200 |
| | D128208 | PentaRay | Biosense Webster | EP | | 177 | 0 | $1,900 | $1,260 | $91,520 |
| | D135304 | Webster CS Uni-Dir. | Biosense Webster | EP | 207 | 204 | 0 | $456 | $199 | $42,508 |
| | C83412CT | Carto 3 Interface Cable | Biosense Webster | Cables | 195 | 210 | 44 | $375 | $70 | $40,835 |
| | 10135936 | AcuNav BF | Biosense Webster | ICE | 201 | 14 | 0 | $2,590 | $833 | $19,326 |
| | 201101 | Dynamic XT Steerable | Boston Scientific /... | EP | 186 | 219 | 170 | $529 | $105 | $16,540 |
| | 10439011 | SoundStar Eco BF | Biosense Webster | ICE | 54 | 6 | 0 | $2,480 | $1,242 | $4,951 |
| | 81104 | Inquiry Steerable Deca | St Jude | EP | 75 | 59 | 7 | $392 | $260 | $4,704 |
| | B70282CT | Webster DecaNav | Biosense Webster | EP | 30 | 14 | 0 | $1,012 | $728 | $3,114 |
| | 2000B0P | Cables | Boston Scientific /... | Cables | 48 | 44 | 0 | $124 | $51 | $2,572 |
| | C83434CT | Carto 3 Interface Cable | Biosense Webster | Cables | 45 | 20 | 13 | $400 | $70 | $1,649 |
| | 560004A | Cables | Boston Scientific /... | Cables | | 210 | 191 | $100 | $33 | $998 |
| | 402011 | Supreme | St Jude | EP | | 3 | 0 | $350 | $49 | $602 |
| | 85954 | Cables | St Jude | Cables | 78 | 78 | 71 | $144 | $33 | $553 |
| | 401915 | Livewire Steerable | St Jude | EP | | 2 | 0 | $500 | $133 | $367 |
| | C10MRMSTKDTCS | Cables | Biosense Webster | Cables | | 4 | 0 | $200 | $90 | $330 |
| | K7428JCT | Webster DecaNav | Biosense Webster | EP | | 2 | 0 | $1,050 | $721 | $329 |
| | C83425CT | Carto 3 Interface Cable | Biosense Webster | Cables | 228 | 177 | 175 | $331 | $69 | $262 |
| | 401661 | Response | St Jude | Cables | | 2 | 0 | $180 | $33 | $147 |
| | 401972 | Cables | St Jude | Cables | 102 | 141 | 138 | $88 | $33 | $109 |
| Grand Total | | | | | 1,575 | 1,746 | 809 | | | $334,614 |

11

CONFIDENTIAL

IH00379765

## ACTION ITEMS & DISCUSSION

topics of importance

Thank you!

➢ Capital Agreements in place for ViewFlex and PentaRay, no opportunity

➢ Check on possible opportunity with BSW CS Uni-Directional D135304

➢ Carto 3 Cable that was off the table, bring back in slowly

➢ Can we provide a mapper for Dr. Desai for maybe a day a week and allow big savings from PentaRay and other sensor-enabled

➢ Reviewed R & D Pipeline and found some current and future opportunities there

INNOVATIVE HEALTH    12

12

IH00379766

# EXHIBIT 66

Message

| | |
|---|---|
| **From:** | Rick Ferreira [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F712852AA394A6EBCF4076D9B89F341-RFERREIRA11] |
| **Sent:** | 8/26/2019 6:50:20 AM |
| **To:** | Bracher, Maureen [Maureen.Bracher@hackensackmeridian.org] |
| **Subject:** | Re: Karl |
| **Attachments:** | image001.jpg; image003.png; image004.png; image005.png; image007.png; image008.png; image011.png; image012.png |

Yes – working through some resumes now.
Rick

---

**From:** "Bracher, Maureen" <Maureen.Bracher@hackensackmeridian.org>
**Date:** Monday, August 26, 2019 at 9:46 AM
**To:** Rick Ferreira <rferreira@innovative-health.com>
**Subject:** RE: Karl

<div style="background:#1f6bb0;color:#fff;text-align:center">This message was sent securely using Zix®</div>

For both places?

**Maureen A. Bracher, BSN, RN**
Clinical Cost Coordinator
Corporate Materials Management



2163 Oak Tree Rd  Edison, NJ 08820
V: 732.509-5531| F:732.361.9278 | Maureen.Bracher@HackensackMeridian.org
HackensackMeridianHealth.org

*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering it to the addressee, please be advised that you have received this communication in error and that any dissemination, forwarding, printing or copying of this communication is prohibited. If you have received this message in error, please contact me at the above address or number.*

Hackensack Meridian Health (aka HMH Hospital Corporation) participates under HealthTrust Group Purchasing. We are an integrated network and require one price structure and one tier level for all members.

Sales Representatives are required to register with VendorMate , a GHX product, and attain a green light status in order to gain access to any HMH facility. Non-compliant behavior will not be tolerated.  To sign up as a registered sales representative please access the website at https://registersupplier.ghx.com to start the process.

All new products/services must first be presented to and approved by the HMH Corporate Purchasing department prior to being introduced at any level. A comprehensive Value Analysis review may be required.

All purchases require a purchase order prior to shipment. Goods or services rendered without a prior purchase order issued will not be honored for payment by HMH Corp.

A successful Vendor Qualification (VQ) is required for any vendor wishing to do business within the network.  Payment to any vendor that does not successfully pass VQ cannot and will not be rendered.

**Exhibit 0382**

IH00401815

Invoices must be forwarded to Hackensack Meridian Health, P.O. Box 31235, Salt Lake City, UT 84131 or GHX Lockbox Address: GHXODAP.Hackensack@na.firstsource.com if you are not an EDI partner.

Any Questions or Concerns regarding Corporate Compliance may be registered on our Hotline at 1-888-411-0012.

It is the responsibility of all parties wishing to conduct business with Hackensack Meridian Health to familiarize themselves with the policies and practices of the network. Ignorance of the proper protocol will not be a defense for improper actions.

**From:** Rick Ferreira <rferreira@innovative-health.com>
**Sent:** Monday, August 26, 2019 8:54 AM
**To:** Bracher, Maureen <Maureen.Bracher@hackensackmeridian.org>
**Subject:** Re: Karl

Note, THIS IS AN EXTERNAL EMAIL. It did not originate at Hackensack Meridian Health Network.

Good morning Maureen
Hope you had a great vacation!
He set up a call for tomorrow at 1130am EST.
He seems willing to engage to maximize savings.
Working on finding a mapper to cover cases there so we tell BSW they are not needed.

Have a great day!

Rick



Rick Ferreira
CEO
480.525.5910 (Office)
480.467.8517 (Mobile)
www.innovative-health.com





This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

**From:** "Bracher, Maureen" <Maureen.Bracher@hackensackmeridian.org>
**Date:** Monday, August 26, 2019 at 7:34 AM
**To:** Rick Ferreira <rferreira@innovative-health.com>
**Subject:** RE: Karl

This message was sent securely using Zix®

Good Morning Rick!

Thank you for letting Karl know.  Curious as to his response – lol.  His email address is below:

Karl.Blomback@hackensackmeridian.org

Maureen

**Maureen A. Bracher, BSN, RN**

CONFIDENTIAL

IH00401816

Clinical Cost Coordinator
Corporate Materials Management



2163 Oak Tree Rd  Edison, NJ 08820
V: 732.509-5531| F:732.361.9278 | Maureen.Bracher@HackensackMeridian.org
HackensackMeridianHealth.org

*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering it to the addressee, please be advised that you have received this communication in error and that any dissemination, forwarding, printing or copying of this communication is prohibited. If you have received this message in error, please contact me at the above address or number.*

Hackensack Meridian Health (aka HMH Hospital Corporation) participates under HealthTrust Group Purchasing. We are an integrated network and require one price structure and one tier level for all members.

Sales Representatives are required to register with VendorMate , a GHX product, and attain a green light status in order to gain access to any HMH facility. Non-compliant behavior will not be tolerated.  To sign up as a registered sales representative please access the website at https://registersupplier.ghx.com to start the process.

All new products/services must first be presented to and approved by the HMH Corporate Purchasing department prior to being introduced at any level. A comprehensive Value Analysis review may be required.

All purchases require a purchase order prior to shipment. Goods or services rendered without a prior purchase order issued will not be honored for payment by HMH Corp.

A successful Vendor Qualification (VQ) is required for any vendor wishing to do business within the network.  Payment to any vendor that does not successfully pass VQ cannot and will not be rendered.

Invoices must be forwarded to Hackensack Meridian Health, P.O. Box 31235, Salt Lake City, UT 84131 or GHX Lockbox Address: GHXODAP.Hackensack@na.firstsource.com  if you are not an EDI partner.

Any Questions or Concerns regarding Corporate Compliance may be registered on our Hotline at 1-888-411-0012.

It is the responsibility of all parties wishing to conduct business with Hackensack Meridian Health to familiarize themselves with the policies and practices of the network. Ignorance of the proper protocol will not be a defense for improper actions.

---

**From:** Rick Ferreira <rferreira@innovative-health.com>
**Sent:** Tuesday, August 20, 2019 1:40 PM
**To:** Bracher, Maureen <Maureen.Bracher@hackensackmeridian.org>
**Subject:** Karl

Note, THIS IS AN EXTERNAL EMAIL. It did not originate at Hackensack Meridian Health Network.

---

Good morning Maureen
Had a good meeting with Karl last week at HPG – bragged on you for the job you have done on the reprocessing initiative!
I have an update to send him but his email address bounced back – could you send me his new email address?

IH00401817

Will bcc you on the note.

Thanks
Rick



**Rick Ferreira**
**CEO**

480.525.5910 (Office)
480.467.8517 (Mobile)
www.innovative-health.com





This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

This message was secured by **Zix**®.

This message was secured by **Zix**®.

# EXHIBIT 67

---

Message

| | |
|---|---|
| **From**: | Rick Ferreira [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F712852AA394A6EBCF4076D9B89F341-RFERREIRA11] |
| **Sent**: | 5/27/2020 7:54:06 AM |
| **To**: | Hannon, Chris [Chris.Hannon@hackensackmeridian.org] |
| **CC**: | Matt Dambeck [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=33fb906fadac44b8835d34eb4db9a413-mdambeck]; Bracher, Maureen [Maureen.Bracher@hackensackmeridian.org] |
| **Subject**: | Resumes |
| **Attachments**: | Stephen Morse Resume (1).docx; AaronResume V3.docx |

Hi Chris

Thanks for the call today.

Here are the resumes for Aaron and Stephen.

Let us know next steps from your end.

Rick



**Rick Ferreira**
**CEO**

480.525.5910 (Office)
480.467.8517 (Mobile)
www.innovative-health.com

  



CONFIDENTIAL

IH00413530

*Stephen Morse, BS, RCES*

1802 Camino De La Costa Redondo Beach CA 90277
*sirstephenmorse@gmail.com*
*760-595-5087*

## Experience

**2015-Present**   **Torrance Memorial Medical Center**
Cath Lab CVT/EP Tech
Works with Physician to render care to patient in acute and not acute settings.
Typical duties include supporting EP equipment, scrubbing cases and devices,
and assisting with diagnostic and 3D mapping of EP procedures. Additional
duties include inventory management, NCDR registry for LAAO procedures, and
training/orienting new staff to the EP lab.

**Sept. 2015**   **Loma Linda University**
Instructor/TA CEPT Program
Created and organized lectures for the CEPT 248 Patient Assessment Class,
specifically targeting EP/Cath lab material.

**2013 – 2014**   **Riverside Community Hospital, CA**
*CEPT Clinical Internship*
Formalized clinical & didactic training in the principles, science and application of
cardiac electrophysiology / rhythm management, measure by 19 core clinical
competencies. The CEPT program is the only allied health clinical EP training
program endorsed by IBHRE. Completion of the CEPT program enables the
opportunity to sit for IBHRE's CEPS (EP) & CCDS (Device) exams, as well as
CCI's RCES (EP) exam.

**2011 – 2012**   **Valley of Peace Academy**
*English & Social Sciences Teacher*
Facilitated formal instruction as teacher of English, Social Science and Religion
courses
Basketball and Soccer coach

**2011 – 2012**   **La Sierra University**
*Resident Assistant*
Responsible for facilitating dorm leadership and protocol, overseeing general and
fitness facilities, and conduction peer-to-peer tutoring

## Education

IH00413531

**Loma Linda University,** 2013-2014 – Cardiac Electrophysiology Technology – Loma Linda, CA
**Cerro Coso Community College,** 2012-2013 – EMT-B- Ridgecrest, CA
**La Sierra University,** 2006 - 2011 – BS in Psychology- La Sierra, CA

## Honors

**Mclean Research Grant**
Given to top students conducting independent research in the area of Psychology
**Avondale Outdoors Leadership Award**
Given to the top student in the Diploma of Outdoor Recreation Class

## References

**Aaron Detate,** Torrance Memorial Medical Center, Torrance CA
 *Lead EP Tech,* 714-642-3125

**Joe Giron, RT, RN, RCES, CEPS,** Loma Linda University, School of Allied Health
*Professor & Clinical Coordinator*, 909-702-9992

CONFIDENTIAL

IH00413532

616 Knob Hill, Redondo Beach, Ca, 90277•(714)642-3125•AaronDeTate@gmail.com

# Aaron DeTate

## Objective

Career in the Cardiovascular field offering opportunities for growth within an expanding organization.

## Experience

August 2010-Current             Torrance Memorial Medical Center                     Torrance, CA

**Clinical Electrophysiology Specialist**
- Work with Physicians and Senior Administration to develop departmental process and policy with an emphasis on Electrophysiology program growth and development
- Manage EP Lab staff, scheduling, competencies and performance evaluations, hiring and training of new employees
- Negotiate new contracts in coordination with Supply Chain personnel regarding new equipment, services and supplies
- 13 years of experience in an Electrophysiology Lab with 3D Mapping systems, ablations systems and recording systems
- Assist physicians while performing coronary/peripheral angiogram and intervention as well as implantation of Permanent Pacemaker/AICD/BI-V implants and Electrophysiology procedures

August 2015-Current             Loma Linda University                     Southern California

**Instructor/Clinical Coordinator**
- Classroom and Online Instructor for Clinical Electrophysiology Program
- Coordinate clinical rotations, competencies and student growth during clinical portion of the program

2016-Current                    Consulting for Medical Device Manufacturer         Redondo Beach, CA

**Consulting for Several Medical Device Manufacturer**
- Provide Clinical feedback on medical devices
- Support preclinical trails in animal studies
- Test prototype devices for integration with multiple 3D Electro-anatomical mapping systems
- Monitor and adhere to study protocol and data collection
- References Available Upon Request

Sept 2012-2017                  Biosense Webster-Kelly Services                     Southern California

**Clinical Account Specialist-Per Diem**
- Provide clinical case support for Physicians and Cath Lab staff performing complex intracardiac ablations
- Orient and Education Physicians and Cath Lab Staff about new products offered by Biosense Webster

Sept 2006-August 2010          Little Company of Mary Torrance                    Torrance, CA

**Invasive Cardiovascular Technologist**

- Assist physicians while performing coronary/peripheral angiogram and intervention as well as implantation of permanent pacemaker/AICD/ BI V Implants
- Successfully scrub coronary, specials and electrophysiology procedures including left sided a fib and v-tach studies
- Trained on Carto and Carto sound electrophysiology software as well as EP3/EP4 stimulators
- Responsible for training of new CVT's with emphasis on procedures, equipment and sterile surgical technique

2004-Sept 2006          Lakewood Regional Medical Center                    Lakewood, CA

**Monitor Tech/Balloon Pump Tech/Staffing Coordinator**

- Monitor and diagnose cardiac arrhythmias
- Monitor IABP machines on open heart surgery patients
- Staff medical, surgical, telemetry and intensive care units according to state nurse patient ratios
- Schedule, invoice and bill for registry staff when needed

Monitor and maintain accurate employee files on in house and registry employees

2002-2004          Pacific Ambulance                    Long Beach, CA

**EMT/Field Training Officer/ Operations Supervisor**

- Developed and designed a training program  for new employees
- Daily operations, scheduling and problem resolution for EMT field employees and dispatchers
- Marketing and business development

1998-2002          Medix Ambulance Service                    Mission Viejo, CA

**EMT/Ambulance Driver**

- Respond to 911 emergency calls with Orange County Fire authority
- Provide emergency and non-emergency medical transport
- Training and orientation of new employees

1997-2000          Long Beach Fire Department                    Long Beach, CA

**Lifeguard/EMT**

- Protect life, limb and property
- Maintain safety in waterways and beaches in the city of  Long Beach
- Render medical aid, advise and enforce city codes

## Education

- Pursuing Masters Business Administration (Anticipated Completion Date Spring of 2020)

- Bachelor of Science Healthcare Administration Degree                    Completed 2019

1994- 1998                    Cypress College                    Cypress, CA

- **Double All American swimming 1995/1996**

CONFIDENTIAL