# EXHIBIT 69

Message

| | |
|---|---|
| **From:** | Matt Dambeck [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=33FB906FADAC44B8835D34EB4DB9A413-MDAMBECK] |
| **Sent:** | 10/28/2019 3:46:39 PM |
| **To:** | Atkinson, Daniel [Daniel.Atkinson@WTH.org] |
| **Subject:** | Re: Mapping Support |

The process takes anywhere between 3-6 months, dependent on their learning curve. If they have been in the lab for a decent amount of time, usually will be around 3 months.

Best,

Matt

**From:** "Atkinson, Daniel" <Daniel.Atkinson@WTH.org>
**Date:** Monday, October 28, 2019 at 11:52 AM
**To:** Matt Dambeck <mdambeck@innovative-health.com>
**Subject:** RE: Mapping Support

Matt,

Actually I did have 1 question. If you were to train hospital staff, how long of a process is that? Thanks.



Dan Atkinson, Purchasing Manager Community Hospitals
620 Skyline Dr., Jackson, TN  38301
Office: 731-541-5191 I Fax: 731-541-6495
Daniel.atkinson@wth.org

*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

**From:** Matt Dambeck [mailto:mdambeck@innovative-health.com]
**Sent:** Monday, October 28, 2019 9:57 AM
**To:** Atkinson, Daniel
**Subject:** Re: Mapping Support

<span style="color:red">* EXTERNAL email. Proceed with caution. *</span>
Excellent! Just let me know what I can do..

Have a great day!

Matt

**Exhibit**
**0072**



**Matt Dambeck**
**VP, Sales**
877.400.3740 (Office)
561.704.0757 (Mobile)
www.innovative-health.com

    



This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

**From:** "Atkinson, Daniel" <Daniel.Atkinson@WTH.org>
**Date:** Monday, October 28, 2019 at 10:51 AM
**To:** Matt Dambeck <mdambeck@innovative-health.com>
**Subject:** RE: Mapping Support

Matt,

Thank you for the information. This is on par with what we were thinking. I have passed this along to my boss and the Cath Lab Director. I'm sure we will be back in touch. Thanks again.



Dan Atkinson, Purchasing Manager Community Hospitals
620 Skyline Dr., Jackson, TN  38301
Office: 731-541-5191 I Fax: 731-541-6495
Daniel.atkinson@wth.org

*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

**From:** Matt Dambeck [mailto:mdambeck@innovative-health.com]
**Sent:** Monday, October 28, 2019 9:42 AM
**To:** Atkinson, Daniel
**Cc:** Huebener, Benjamin
**Subject:** Re: Mapping Support

* EXTERNAL email. Proceed with caution. *
Dan,

In response to the question, which coincidently is the most common question we receive now, we do have a few solutions:

I would first look to answer the following two questions:

1. Are the doctors on board with removing the clinical account specialists (if they are not, and it is just EP lab management pushing, placing a mapper or even training their own will be hard to gain traction)?
2. Is the hospital willing to invest in the training of own mappers?

In our experience, **having a conversation with the OM rep about the macro-economics involved can often remove the threat of pulling the mapping technician:** This particular OM (Biosense Webster and its parent company, Johnson & Johnson) typically draws huge amounts of revenue dollars from hospitals like yours. I suggest showing them the numbers and making the point that it is unreasonable for them to prevent you from savings a few hundred dollars through reprocessing, while they are making millions in revenue from you every year. Ultimately, why would they risk such a high revenue number just to prevent reprocessing? **Another solution we have seen is to stand up to the OM rep and simply say that you expect them to continue mapping cases. Their "clinical account specialists" are compensated partially based on sales. <u>They are there to ensure you keep using their products – and really cannot afford to not be present.</u>**

Absent of this working, **Innovative Health has a mapping support program that helps hospitals gain independence from the OM mapper, so they can maximize their reprocessing savings. We achieve this by a) providing independent mappers to support cases; and b) training hospital staff in mapping through our *EP mapping tech certification program*. However, these training solutions really only work if the clinicians are on board too** — it becomes very difficult to ask them to use another mapper if they have a year-long relationship with the OM employee and trust them to provide the highest quality support.

In hospitals where the OM blocks the reprocessing of DUC and mapping catheters, savings rarely reach 1/3 of what could potentially be saved. <u>**This also means that even if it takes an investment to train hospital staff in mapping or utilize an independent mapper, the net result is still better EP lab economics.**</u>

I would be happy to come onsite and discuss further, or if you have any questions, just let mek now.

Best,

Matt



**Matt Dambeck**
**VP, Sales**
877.400.3740 (Office)
561.704.0757 (Mobile)
www.innovative-health.com

      



This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

**From:** "Atkinson, Daniel" <Daniel.Atkinson@WTH.org>
**Date:** Friday, October 25, 2019 at 11:37 AM
**To:** Matt Dambeck <mdambeck@innovative-health.com>
**Subject:** Mapping Support

Matt,

My name is Dan Atkinson and I have been working with Ben Huebener (Cardinal) on the potential of Innovative Health for EP here at West Tennessee Healthcare. I know you all have provided some information back to us (savings potential, list of sites participating, etc.) and I appreciate that information. Through further discussion a topic came up that we were wondering if you might be able to help us once again?

How do you combat the issue of the OEM company not wanting to provide mapping support b/c we are buying reprocessed catheters? For example, if Biosense Webster came to us and said we are not going to send a representative to support the case since you are not buying the catheters from us….

I know when we did this with Stryker several years ago they offered to train 2-3 staff members on the mapping software to alleviate that situation. Our program never really got off the ground so it didn't end up being a problem. How has the Vanderbilt's, Mayo's, Stanford's, of the world able to get mapping support? Any insight would be helpful. Thank you.



Dan Atkinson, Purchasing Manager Community Hospitals
620 Skyline Dr., Jackson, TN  38301
Office: 731-541-5191 I Fax: 731-541-6495
Daniel.atkinson@wth.org

*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

CONFIDENTIAL                                                                                      IH00439998

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 70**

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 71**

# EXHIBIT 72

# INNOVATIVE HEALTH

**Specialty Reprocessing**

**April 7, 2020**





CONFIDENTIAL

IH00532179



To drive higher savings in EP reprocessing, the reprocessor must have a narrow focus on the category and develop specific regulatory, scientific and program management competencies



2

IH00532180

# THE AFIB TREATMENT COMPLEX









INADEQUATE,
EXPENSIVE
TECHNOLOGY

MORE
PATIENTS
DIAGNOSED

POOR
SUCCESS
RATE

MANY
PATIENTS NOT
TREATED

3

IH00532181

# THE SUCCESS OF REPROCESSING



All 20 of US News & World Report's "Honor Roll" hospitals use reprocessed devices

- Tight regulation and a track record of safety and performance means devices are as safe and functionally equivalent to new devices

- 7392 hospitals and surgery centers in the US and Canada use single-use device reprocessing

- Reprocessing has become a key cost containment strategy for US hospitals, who saved $400M through reprocessing in 2018

- One study showed that new devices fail 4.9 times more frequently than reprocessed devices

- Some hospitals save millions of dollars per year through reprocessing – expanding patient access, financing new technology and improving patient care

- The biggest savings potential in reprocessing is in the Electrophysiology lab



INNOVATIVE HEALTH

4

CONFIDENTIAL

IH00532182

# SPECIALTY REPROCESSING

about us

## Independent specialty reprocessor

Formed in 2015 by former Ascent Healthcare Solutions executive team - to focus entirely on reducing costs in EP procedures through device re-use

- Focus on cardiology device categories with the largest impact on hospital finances.

- Technology expansion: Growth through continuous pursuit of new device categories early in their lifecycle.

- Partnership orientation: Restore service levels through a focus on customer needs and optimizing savings potential: Innovative Health can add substantially to your savings.

- **Not OEM owned and operated**: Unbiased, independent providers focused on increasing reprocessed product utilization.

- Record 32 FDA clearances over three years to reprocess EP devices unmatched in the industry [3 submissions under review with FDA] + 49+ unique device families, 600+ SKUs

- Increasing complexity of new EP devices has led to Innovative Health developing unique reprocessing technology competencies



FDA clearances to reprocess EP catheters

INNOVATIVE HEALTH

5

CONFIDENTIAL

IH00532183

# PARTNER HOSPITALS













6

CONFIDENTIAL

IH00532184

Innovative Health works with several private label partners and distributors







Sustainable *Technologies*

*A Cardinal Health business*



7

CONFIDENTIAL

IH00532185



MAPPING

ULTRASOUND

VASCULAR IMAGING

ACCESS

REUSABLE CABLES

Full portfolio of Biosense Webster mapping catheters: LASSO®, DECANAV® and PENTARAY®

Reprocessing can reduce device costs by 30%, or $3,000 per procedure - $2,000 alone from mapping and ICE catheters

DIAGNOSTIC EP

SPECIALTY DEVICES

INNOVATIVE HEALTH

IH00532186

# SPECIALTY REPROCESSING

how we are different

Independent
specialty
reprocessor

- To drive higher savings in EP reprocessing, the reprocessor must have a narrow focus on the category and develop specific regulatory, scientific and program management competencies
    - **Regulatory**: Our regulatory team has strong relations with FDA to ensure that we can get clearance based on new reprocessing technology
    - **Engineering**: Innovative Health's R&D team is capable of addressing the newest challenges in EP technology designs and make new technology reporcessable
    - **Process design:** Our plant mangers and operators are held to the highest standards when it comes to reprocessing, inspecting and testing devices before they are made available for another use






9

CONFIDENTIAL

IH00532187

# 510(k) CLEARANCES

how we are different

Innovative Health has developed a strong partnership with FDA

Innovative Health now has more clearances among EP devices than any other reprocessing company

The more devices are cleared, the higher the hospital savings

A constant flow of new clearances ensures constant growth in reprocessing savings

| Clearance | Date | K-number |
|---|---|---|
| Diagnostic Ultrasound Catheter | Mar-16 | K153090 |
| Electrophysiology Catheter | Mar-16 | K153153 |
| Polaris X Steerable Catheter | May-16 | K160303 |
| Livewire Steerable Catheter | May-16 | K160242 |
| Inquiry Steerable Catheter | Jun-16 | K160496 |
| Dynamic Tip Steerable Catheter | Sep-16 | K161464 |
| Orbiter Steerable Catheter | Oct-16 | K161393 |
| Inquiry Optima Plus Steerable Catheter | Nov-16 | K160421 |
| Supreme Diagnostic EP Catheter | Dec-16 | K161769 |
| Response Diagnostic EP Catheter | Dec-16 | K161827 |
| Viking Diagnostic EP Catheter | Dec-16 | K162251 |
| Agilis Nxt Steerable Introducer | Jun-17 | K170311 |
| Soundstar 3D DUC | Jun-17 | K170474 |
| Webster CS Bi-Directional Catheter | Jun-17 | K170922 |
| Acunav DUC | Jul-17 | K163560 |
| CristaCath Diagnostic EP Catheter | Oct-17 | K171503 |
| Inquiry Steerable EP Catheter | Oct-17 | K171277 |
| Halo XP Diagnostic EP Catheter | Nov-17 | K171788 |
| Viewflex Xtra ICE DUC | Mar-18 | K173262 |
| ⭐ Decanav Diagnostic EP Catheter | Jun-18 | K180710 |
| Torqr Diagnostic EP Catheter | Oct-18 | K181618 |
| ⭐ Advisor Fl Sensor Enabled Circular Mapping Catheter | Oct-18 | K181458 |
| Marinr Diagnostic Ep Catheter | Nov-18 | K181897 |
| ⭐ Visions Pv .035 Digital Ivus Catheter | Jan-19 | K181126 |
| Response Diagnostic Electrophysiology Catheter | Feb-19 | K182488 |
| Supreme Diagnostic Electrophysiology Catheter | Apr-19 | K182386 |
| ⭐ Pentaray eco mapping catheter | Jun-19 | K190785 |
| Webster Duo-Decapolar Diagnostic EP  Catheter | Jul-19 | K190980 |
| Livewire Steerable Catheter (3X) | Aug-19 | K190127 |
| Reflexion Spiral Bi-Directional Variable Radius EP | Oct-19 | K191170 |
| ⭐ Achieve Advance Mapping Diagnostic EP Catheter | Dec-19 | K191880 |
| ⭐ Reprocessed Achieve Catheter Connecting Cable | Jan-20 | K193263 |



⭐ Unique device clearances

CONFIDENTIAL

IH00532188

INNOVATIVE HEALTH

# REPROCESSING TECHNOLOGY

**Innovative Health is building a new technology paradigm based on single-use device reprocessing that creates new methodologies, standards, and testing/cleaning practices - enabling more devices to be re-used than seen before in reprocessing**

- Hemostasis Detection Capability
- Joint Leak Detection Capability
- Macro Lumen Occlusion Detection, cleaning and inspecting
- Micro lumen Occlusion Detection, cleaning and inspecting
- Hydrophilic coating performance characterization
- Hydrophilic coating detection, application or removal
- Electronic Programable Memory decryption, read and write capabilities
- Advanced visual inspection methodologies
- 3D mapping location sensor performance characterization and testing
- Ultrasound Imaging performance characterization and testing
- Dielectric Breakdown assessment for insulation per IEC 60601
- Patient Leakage testing for medical devices per IEC 60601
- Custom and Advanced Cleaning validation methodologies
- Like for Like Component replacements
- Injection molded component replacements
- Mechanical Characterization of Medical Devices
- Advanced Non-destructive material identification methodologies
- Advanced Non-destructive wall thickness measurement for catheters
- Advanced sterile packaging design and development

- FDA's Innovative Health clearances of Pentaray, Agilis, ViewFlex and Visions IVUS – represent the adoption of new technologies and standards for reprocessing

- These clearances open the door for the clearance of more complex devices with similar technologies

- The bar for FDA reprocessing clearances is higher than ever

- This reflects a continued commitment to enable reprocessing and better EP lab economics – while ensuring patient safety

- Innovative Health has filed for protection of a number of intellectual property rights associated with micro-occlusion cleaning and inspection.

# DEVICES OFFERED

broader portfolio

## More new clearances on expensive devices

| | | | Innovative Health | Stryker | SterilMed |
|---|---|---|---|---|---|
| DUC/ICE | AcuNav | Biosense Webster | X | X | X |
| | SoundStar | Biosense Webster | X | X | (X) |
| | ViewFlex | St. Jude | X | X | |
| Mapping | Lasso | Biosense Webster | X | X | X |
| | Advisor FL | St. Jude | X | | |
| | Decanav | Biosense Webster | X | | |
| | Pentaray | Biosense Webster | X | | |
| | Achieve | Medtronic | X | | |
| Diagnostic EP | Specialty | Biosense Webster | X | X | X |
| | | St. Jude | X | X | (X) |
| | | Boston Scientific | X | X | (X) |
| | Steerable | Biosense Webster | X | X | X |
| | | St. Jude | X | X | (X) |
| | | Boston Scientific | X | X | (X) |
| | | Medtronic | X | X | |
| | Fixed | Biosense Webster | X | X | X |
| | | St. Jude | X | X | (X) |
| | | Boston Scientific | X | | |
| | | Medtronic | X | X | |
| Vascular Imaging | ClosureFast | Medtronic | X | | |
| | Vision IVUS | Philips | X | | |

INNOVATIVE HEALTH

12

IH00532190

# EMERGING TECHNOLOGIES

## 2019 510ks (8 clearances)
- Phillips Volcano – Vascular Imaging (no competitor)
- Biosense Webster - Pentaray (no competitor, IP filed)
- St Jude - Supreme 3x + Response 3x + Livewire 3x
- Biosense Webster Duo-Deca catheter
- SJM Reflexion Steerable catheter
- Medtronic Achieve Mapping Catheter 2x

## 2020 510ks (1 clearances)
- Medtronic Achieve cable 2x (no competitor)

### 510ks under FDA Review (32 clearances)
- Advisor HD Grid Mapping (no competitor)
- Baylis Needle – November (no competitor)
- SJM Transseptal Needle (no competitor)

### Active 510ks / Line extensions Q1 2020
- Swartz – (new clinical segment, no competitor)
- Advisor VL (no competitor)
- Baylis cable (launched – no competitor)
- Viewflex 2X
- BSW Webster CS 3x
- Dynamic 3X & Inquiry 3X
- Boston Scientific cable
- Multiple product launches in progress

13


SJM Advisor HD


Boston Sci Constellation


Boston Sci Orion Mapping


Vizigo


ACQGuide


BRK Needle


Achieve (cable)


Philips Eagle Eye


Baylis Needle

IH00532191

# PMA STRATEGY

---

## Therapy Device Expansion

## PMR Scope / Opportunity

- Approved clinical study protocol completed with FDA (irrigated RF)
  - FDA Pre Submission meeting completed
  - Engaged CRO / FDA consultant to support submission
- BSW Thermocool process development / design completed
- Focus on all modalities – Irrigated, Force, RF, Cryo



Biosense Smarttouch Ablation



Abbott TactiCath Force Ablation



Medtronic Arctic Front Cryo Balloon



Boston Scientific Irrigated Blazer



14

CONFIDENTIAL

IH00532192

# CATH LAB FOCUS

- Less rep/tech dependent
- $800M market
- Existing technical capabilities – catheter program
- FDA support on advanced methods



BD/Bard – CTO CROSSER



Boston Sci –  CROSSBOSS™ Catheter & STINGRAY™ LP System



BD/Bard - ULTRAVERSE® 035 PTA Dilatation Catheter



Medtronic - SilverHawk Peripheral Plaque Excision System



DORADO® PTA Dilatation Catheters



Boston - Jetstream™ Atherectomy System


INNOVATIVE HEALTH

15

IH00532193

# Doing the Math – A PVI procedure

Sample cost savings comparison – cost of restricted or limited programs (EP programs offered by other reprocessors)

$3,000 savings per procedure

| | New | Restricted program | Innovative Health |
|---|---|---|---|
| Irrigation tubing | $100 | $100 | $100 |
| Transseptal needle | $260 | $260 | $260 |
| Patch | $415 | $415 | $415 |
| Irrigated AF ablation catheter | $3,456 | $3,456 | $3,456 |
| Guiding sheath | $200 | $200 | $200 |
| Coronary sinus catheter | $495 | $248 | $248 |
| ICE catheter | $2,650 | $2,650 | $1,325 |
| Steerable sheath | $930 | $465 | $465 |
| Quads | $220 | $110 | $110 |
| Circular mapping catheter | $1,750 | $1,750 | $875 |
| **Total** | **$10,476** | **$9,654** | **$7,454** |

16

IH00532194

# Which EP Reprocessing Program Do You Want?

**EXAMPLE:**

Eco family of sensor-enabled catheters from Biosense Webster:

- Lasso Nav: $800 savings
- SoundStar: $1,250 savings
- Pentaray: $850 savings

**TWO CATHETERS:**
**~ $2,000 savings per case**



An EP Lab that saves
**$75,000**
on EP catheters and cables...



...typically saves
**$300,000**
or more when adding sensor-enabled and imaging catheters.

Innovative Health's 510(k) clearances ensure that devices match original manufacturer specifications, that location sensors are accurate and that devices are as safe and effective as new ones.

CONFIDENTIAL

IH00532195



# SPECIALTY REPROCESSING

how we are different

Focused
program
execution



## Optimizing an EP reprocessing program is not a transactional, logistical task, it is a collaborative, organizational task

- A strong specialty reprocessing partner is *data-driven* and knows about past utilization patterns, national average device prices, rejection and buy-back rates, par levels, and device configurations by case type.

- Deep understanding of the *market dynamics* that drive new product launches, competitive developments and device usage.

- *Operational and technical/engineering support* to ensure that you can make the right decisions about the use of new and reprocessed technology –resulting in higher savings.

- *Ongoing presence and interaction* with clinicians and administrators as well as deep knowledge of the clinical area – from an economics as well as from a clinical/technological perspective.

- A specialty reprocessor gets *INVOLVED* in EP lab operations through program management - optimizing collections, buy-back and acceptance.

- Innovative Health offers a *savings guarantee*: Provided Advocate Aurora follows reprocessing program guidelines, savings are guaranteed – if savings are not achieved, Innovative Health pays the difference

CONFIDENTIAL

IH00532196

# SELECTING A REPROCESSOR

The PremierPro reprocessing program is designed to optimize your savings

PremierPro **REPROCESSING**

What hospitals should expect:



Constant investment in new technologies



Focus on the most expensive devices



Ongoing in-service to ensure collection is optimized



Collection and device return system designed with the hospital in mind



Regular program reviews to identify savings opportunities


INNOVATIVE HEALTH

19

IH00532197



# COLLECTION AND IMPLEMENTATION

Optimized Collection Program



# 3-Week Implementation







## Assessment

- Obtain EP usage data and establish savings potential
- Meet with key stakeholders at facility Conduct facility walk-throughs
- Ensure clinical provider acceptance of program

## Implementation

- Schedule official program launch
- Establish collection schedule
- Install collection systems and instructional signage
- Conduct educational in-services

## Management

- Collections and efficiency reviews
- Continually monitor order process and flow
- Monthly savings reviews
- Identify additional savings opportunities*



20

CONFIDENTIAL

IH00532198



# EP specialty reprocessing

New product clearances
Program execution
Increased savings



21

IH00532199

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 73**

# REDACTED VERSION OF DOCUMENT
### CONSULTING AGREEMENT
# PROPOSED TO BE FILED UNDER SEAL

This Consulting Agreement ("Agreement") is entered as effective (date), by and between **Innovative Health, LLC**, a Arizona limited liability company having an address at 1435 North Hayden Road, Suite 100, Scottsdale, Arizona 85257 (hereinafter "Innovative"); and Aaron DeTate ███████████

███ ████████████████████████████  ████████  ████████

## PREAMBLE

**WHEREAS**, Innovative is a developer and seller of a variety of hospital service products; and

**WHEREAS**, Consultant is a Electrophysiology Specialist with experience working in hospital Cardiac Cath Labs and desires to consult with Innovative regarding reprocessing of Electrophysiology and Cardiology products (the "Field"); and

**WHEREAS**, Innovative desires to have Consultant perform consulting services with respect to the Field; and

**WHEREAS**, in consideration of consulting fees to be paid to Consultant by Innovative, Consultant desires to provide the specified consulting services with respect to the Field and to assign to Innovative all rights in and to the results of such services, as specified more fully as follows;

**NOW, THEREFORE**, in consideration of the mutual covenants contained herein, the parties agree as follows:

1. **Definitions**

   In this Agreement, the following terms shall have the following meanings:

   1.1    "Affiliated Company" in relation to any party shall mean any corporation, partnership, proprietorship, or other entity controlled by, controlling, or under common control with such party, and shall include any corporation, or partnership, proprietorship or other entity directly or indirectly owning, owned by or under common ownership with the party in question to the extent of fifty percent (50%) or more of the equity or voting shares, including shares owned beneficially by such party.

2. **Services**
   2.1    During the term of this Agreement, Consultant shall provide to Innovative consulting and advisory services in the Field.  Such services shall include, without limitation the services as follows:
   - Debrief with Innovative Health marketing on technician training and OEM independence,
   - Work with Innovative Health marketing to describe the case for hospital-based mapping support (case study),

- Work with Innovative Health to develop educational programs,
- Support Innovative Health's Human Factor study on workflows in an OEM-independent mapping support solution,
- Training pilot accounts for implementing educational programs, and
- Other duties that may be requested from time to time by Innovative representatives.

2.2    Consulting services will be performed personally by Consultant at Innovative's request and subject to Consultant's availability.  During the term of this contract, Consultant will not provide consulting services to any other catheter reprocessing company.

2.3    Consulting services hereunder will be coordinated at Innovative by a named designee (the "Corporate Sponsor").

## 3. Consulting Fee

3.1    Innovative shall pay, and Consultant shall accept, as consideration for the consulting services to be provided hereunder and the assignment in Paragraph 6, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3.2    During the term of this Agreement, Consultant shall submit to Innovative reports setting forth the nature and extent of the consulting services performed during the month, including the number of hours services were provided, the description of the services provided and the result or outcome of that service.  The first report hereunder shall be due within five (5) days after the completion of the first month.  Subsequent reports shall be due within five (5) days after the completion of each respective month.  The monthly reports should include brief point form summary of work performed along with number of hours spent on the requested task.

3.3    Material and equipment approved by Innovative in advance and incurred by Consultant in the course of the consultation will be reimbursed by Innovative.  In the case of travel expenses incurred by Consultant in the course of the consultation, Consultant will provide a completed *Non-Employee travel Reimbursement Form* for travel expenses incurred in accordance with the Innovative *Non-Employee Travel Reimbursement Guidelines*.  Consultant will forward these completed expense reports and other required supporting documentation to the attention of the Corporate Sponsor for payment, together with receipts or other evidence of payment.  Reimbursement for expenses will be made within thirty (30) business days following Innovative's receipt of the forms and supporting documentation.

## 4. Relationship

IH00587242

Consultant is an independent contractor and not an employee or agent of Innovative. Consultant shall provide services to Innovative at such a place and in such time and manner as deemed appropriate and shall be responsible to Innovative only for the results of the services. Consultant shall have no right to incur any obligations whatsoever on the part of Innovative. Consultant shall not be entitled to any compensation other than as stated herein. Nor shall Consultant be entitled to any benefits that would otherwise accrue if Consultant were an employee of Innovative.  As such, Consultant will provide Innovative Health with his Tax ID number in order to allow the required tax forms to be prepared.

## 5.  Confidentiality

5.1     All information disclosed by Innovative to Consultant and identified as confidential and all information generated by either Innovative or Consultant under this Agreement shall be proprietary information of Innovative and shall be treated as confidential.  Consultant shall only use such information for the benefit of Innovative.

5.2     Consultant shall not use, disclose or publish any proprietary or confidential information of Innovative without the prior written consent of Innovative.

5.3     The above limitations of confidentiality shall not apply to (i) information which at the time of disclosure to Consultant was already in the public domain, (ii) information which after disclosure to Consultant becomes part of the public domain through no fault of Consultant, (iii) information subsequently received by Consultant from a third party not owing a duty of confidence to Innovative; or (iv) information required to be disclosed by Consultant pursuant to subpoena or other lawful process, provided Consultant first notifies Innovative in a timely manner to allow Innovative to seek protective order or take such other action as it deems reasonably necessary to protect its interests.

5.4     Except as may be required by law, Consultant agrees to keep the terms of this Agreement confidential, and Consultant shall not disclose the terms hereof to any person entity or other association, other than Consultant's attorney, CPA or similar professional pursuant to seeking personal services, without the prior written consent of Innovative.

5.5     The provisions of this Article 5 shall survive any expiration or termination of this Agreement.

## 6.  Disclosure and Assignment of Inventions

All results of the consulting services provided hereunder, including suggestions, recommendations, data, inventions, discoveries, product designs, know how, improvements, formulas, ideas, studies, reports, documents, publications or other information conceived, prepared, created, compiled, presented or otherwise used by Consultant during the term of this Agreement in providing services with respect to the Field hereunder shall be the sole and

exclusive property of Innovative, and Innovative shall have the unencumbered and exclusive rights to use all results of the consulting services, with respect to the Field, performed hereunder without additional compensation to Consultant. Consultant shall promptly disclose and periodically deliver the latest versions and iterations of any such material to Innovative, without encryption or other protective devices not authorized by Innovative, and irrevocably assign and hereby does assign, to Innovative all of Consultant's rights, title and interest in, and to, any such material to Innovative and assist Innovative in applying for, maintaining, or otherwise securing legal protection including patents, certificates of invention, copyrights and the like for the same. Consultant shall execute any papers necessary to vest title in these materials in Innovative. Upon any termination or expiration of this Agreement, Consultant shall return to Innovative all notebooks, writings, drawings, recordings, photographs and records of every type (including all copies thereof) embodying, in any form, any confidential or proprietary information of Innovative, including all results of the consulting services provided hereunder. The parties acknowledge that this Section 6 does not apply to any inventions, concepts or other information of Consultant arising outside the services provided under this Agreement. Consultant may submit any such inventions, concepts or other information to Innovative for its consideration under arrangements separate from this Agreement.

**7. Representations and Warranties**

7.1     Consultant represents and warrants that, with respect to any information, knowledge or data disclosed to Innovative under this Agreement, including all results of the consulting services, Consultant has the full and unrestricted right to disclose and assign the same without incurring legal liability to others, and that Innovative shall have the full and unrestricted right to own, use and publish the same as it may see fit.

7.2     Consultant warrants and represents that he has the unrestricted right and freedom to provide the consulting services to be provided hereunder. Consultant further warrants and represents that he has the full right, unrestricted by obligations to third parties to assign all rights, title and interest in and to the results of such services to Innovative.

**8. Indemnification**

8.1     Innovative shall, at its own expense, defend any lawsuit or proceeding brought against Consultant as a result of Innovative's use of Consultant's work under this Agreement, provided that Innovative is notified promptly in writing and given authority, information, and assistance for the defense of the lawsuit or proceeding. Innovative will pay all damages and costs awarded in any such suit or proceeding made with its written consent. Innovative is not obligated to reimburse Consultant for expenses (including fees for legal services) incurred without Innovative's prior written authorization. The decision either to defend or to settle a suit or proceeding is at the sole discretion of Innovative. The foregoing represents the entire liability of Innovative with respect to these matters.

8.2    Consultant shall defend and indemnify Innovative and hold Innovative harmless from and against any and all demands, claims, causes of action or damages, including reasonable attorney fees and expenses, arising out of, resulting from or related to the breach of any representation, warranty or covenant by Consultant.

8.3    The provisions of this Article 8 shall survive any termination or expiration of this Agreement.

## 9.  Term and Termination

9.1    The term of the obligation of Consultant to provide consulting services hereunder shall commence upon the effective date first written above and shall continue in effect for a period as mutually agreed to by the parties.

## 10. Notices

Any notice required under this Agreement shall be in writing sent by certified mail, registered mail or overnight mail or overnight courier, postage prepaid, or by telex or facsimile (confirmed by certified, registered or overnight mail or overnight courier) addressed as follows:

If to Consultant:        Mr. Aaron DeTate

If to Innovative:        Innovative Health, LLC
                        1435 North Hayden Road
                        Suite 100
                        Scottsdale, Arizona 85257
                        Attention: Tim Einwechter

All notices shall be deemed effective on the date of mailing, unless otherwise specified herein.

## 11. Disputes

11.1    The parties agree that, in the event of any disputes arising out of or in connection with this Agreement, both parties will use their commercially reasonable efforts to reach an amicable and prompt resolution of such dispute, including mediation if the parties agree. Failing amicable resolution, disputes will be settled by arbitration conducted in accordance with the Commercial Arbitration Rules of the American Arbitration Association.

CONFIDENTIAL

IH00587245

11.2    The cost of arbitration or mediation of disputes hereunder shall be borne as follows: fifty percent (50%) by Consultant and fifty percent (50%) by Innovative.

11.3    Written notice given by one party to the other requiring a dispute to be submitted to arbitration shall be deemed to constitute a joint submission to arbitration by both parties.

11.4    Arbitration hereunder shall be conducted in Phoenix, Arizona by a single arbitrator, mutually agreeable to the parties, or if no agreement, then by a single arbitrator selected by the Chief Judge of the United States District Court sitting in Phoenix, Arizona. The arbitrator shall have the authority to award any remedy or relief that a court of competent jurisdiction could order or grant and may promulgate such rules and procedures as will resolve the dispute in the fastest and most efficient reasonable manner.

11.5    In the event of a breach or default hereof, neither party shall receive, and each party hereby waives any entitlement to, consequential, exemplary or punitive damages, together with the right to trial by jury.

## 12. Continuing Performance

Payments payable under Section 3 hereof shall be contingent upon Innovative's receipt of corresponding reports as provided therein; provided however, in all other respects, the obligations of each party hereunder are independent of the others, such that a breach hereof by one party does not excuse the non-breaching party from performance hereunder.

## 13. Force Majeure

Neither party shall be responsible for, and the terms of this Agreement shall be inapplicable to, any delays in or non-performance of the terms of this Agreement which are due to circumstances beyond the control of the party responsible for performance, including, but without limitation, acts of God or public enemy, acts or any order of government, fire, flood or other natural disaster, embargoes, accidents, explosions, strikes or other labor disturbances (regardless of the reasonableness of the demands of labor), shortages of fuel, power or raw materials, inability to obtain or delays of transportation facilities, incidents of war, or other events causing the inability of such party acting in good faith with due diligence, to perform its obligations under this Agreement.

## 14. Severability

14.1    In the event that any provision of this Agreement shall be determined by an arbitrator or court of competent jurisdiction to be unenforceable, invalid or illegal for any reason, or inapplicable because of force majeure, then such arbitrator or court may strike any such provision or substitute any enforceable, valid and legal provision that approximates the original intent of the parties hereto.

IH00587246

14.2    If as a result of any material change in any federal, state or local law or regulation which relates to the subject matter of this Agreement, either party's legal counsel determines, in an opinion reasonably acceptable inform and substance to the other party's legal counsel, that this Agreement or any part thereof is contrary to applicable law or will cause either party to be in violation of applicable law, then the parties shall meet to discuss such provision(s) and shall substitute therefore a lawful and enforceable provision which so far as possible results in the same commercial effects. If the parties fail to negotiate a mutually agreed resolution within thirty (30) days, then either party may terminate this Agreement upon thirty (30) days written notice to the other party.

## 15. Governing Law and Venue

This Agreement shall be governed by and construed in accordance with the laws of the State of Arizona disregarding such laws governing conflicts of laws, and the Federal laws of the United States of America, to the extent such laws preempt state laws. Subject to Section 10 above, all actions or proceedings in any way, manner or respect arising out of or from or related to this Agreement shall be litigated in courts situated with the City of Phoenix, State of Arizona. Consultant hereby consents and submits to the jurisdiction of any local, state or federal courts located within said city and state.

## 16. Compliance – No Purchase, Use or Referral Requirement

The parties acknowledge that this Agreement in no way and under no circumstances, either directly or indirectly, covertly or overtly, requires Consultant to refer, recommend, order, or prescribe, or to influence the referral, recommendation, ordering, or prescribing of, any product or service developed, marketed, manufactured, distributed, and/or sold by or on behalf of Innovative or any Affiliated Company thereof, with respect to any patient of Consultant, to any patient of Consultant's medical group or a member of Consultant's medical group, or to any patient of a health care facility at which Consultant holds medical staff privileges or otherwise provides medical services to patients. No adjustment to the compensation to be paid to Consultant under this Agreement shall be made due to the presence or absence of any such referral, recommendation, ordering, or prescribing. Further, in the performance of this Agreement, Consultant shall comply with the requirements of all applicable federal, state and local laws, rules and regulations, including without limitation those relating to payments or reimbursements in connection with Federal or State health care programs, including 42 U.S.C. § 1320a-7b. The provisions of this paragraph shall survive any termination or expiration of the Agreement.

## 17. Entire Agreement

This Agreement contains the entire agreement of the parties with respect to the subject matter thereof and may not be changed, modified or rescinded except by a written instrument executed by all parties hereto.

**18. No Adverse Construction**

This Agreement shall be construed neutrally and with no presumption favoring or disfavoring either party by virtue of its authorship.

**19. Successors and Assigns; No Third-Party Beneficiaries**

This Agreement shall inure to the benefit of the parties, and their permitted successors and assigns. This Agreement may not be assigned by either party hereto without prior written consent of the other party; provided however, Innovative may assign this Agreement, upon notice to Consultant, to a party purchasing substantially all of the business or assets of Innovative.

**20. No Waiver**

No waiver by either party of a breach, failure of condition, or any right or remedy contained in or granted by the provisions of this Agreement shall be effective unless it is in writing and signed by the party waiving the breach, failure, right or remedy. No such waiver by either party shall be deemed a waiver of any other breach, failure, right or remedy, whether or not similar, nor shall any waiver constitute a continuing waiver unless the writing so specifies.

**21. Counterparts**

This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which, taken together, shall constitute one and the same instrument.

**IN WITNESS WHEREOF,** the parties, intending to be legally bound, have executed this Agreement as of the day and year first above written.


**INNOVATIVE HEALTH, LLC**

By: _____

Print Name: _____Tim Einwechter_____

Title: _____Chief Financial Officer_____

Date: _____7\31\2018_____

**CONSULTANT**

By: _____

Print Name: _____Aaron DeTate_____

Date: _____7/31/18_____

Tax ID : _____620248374_____

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 74**

# EXHIBIT 75

| From: | Therrien, Eric [/O=MEDLINE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=THERRIEN, ERIC377] |
|---|---|
| Sent: | 6/18/2020 7:13:54 PM |
| To: | Murray, Brian [BMurray@northshore.org]; Vidal, Leah [LVidal@northshore.org]; 'Bauer, Frank' [FBauer@northshore.org] |
| CC: | Colletti, Jake [jcolletti@medline.com]; Massen, Angela [amassen@medline.com]; McLean, Hayden [hmclean@medline.com]; Galassini, John (s0261) [jgalassini@medline.com]; Morgan, Amanda [amorgan@medline.com]; Sheedy, Rob [rsheedy@medline.com]; Daly, Conor [cdaly@medline.com] |
| Subject: | EP Reprocessing Opportunity - Medline Renewal |
| Attachments: | Meet your Program Educator.pdf; Highland Park EP Lab Scenario.pdf; EP Training Program Overview.pptx; New Clearance - Philips Volcano IVUS Catheter.pdf |

Brian and Leah,

Thanks so much for your time this afternoon. As your reprocessing partner, we are always trying to bring new savings opportunities to the table. Below I have summarized key points discussed today and next step action items. Please let me know if anything else is needed at this time.

**Key points:**
- Introduced New EP Clinical Specialist/Program Educator, Angie Massen (**See 'Meet you Program Educator' attached**).
- Introduced new EP program training program (program is free for NorthShore) (**See 'EP Training Program Overview' attached**).
- Discussed potential $176,000 savings opportunity at Highland Park EP lab for A-Fib Ablations (**See 'Highland Park EP Lab Scenario' attached**).
- Introduced New catheter clearance, Philips Volcano IVUS catheter (**See 'New Clearance - Philips Volcano IVUS Catheter' attached**).

**Next step action items:**
- **Brian and Leah** to discuss EP Training program and Highland Park Savings Opportunity with Karen Ilag.
- **NorthShore** to schedule Medline on next IR VAT to discuss new Philips Volcano IVUS catheter opportunity.
- **Eric** to provide clinical and quality data for new EP Opportunities (i.e. Pentaray catheter and Philips Volcano catheter).

Thank you,



**We make healthcare run better.**™

Eric Therrien
ReNewal Program Manager
Medline Industries, Inc.
www.medline.com

312-241-4634 (Phone)
1-800-Medline (Customer Service)
etherrien@medline.com

**This Document has been produced in Native Format**

CONFIDENTIAL

Medline_00002245







# Meet your
# Program Educator:
# **Angela Massen**

Angela Massen is a Registered Cardiovascular Electrophysiology Specialist with 14 years of experience in Electrophysiology both in the EP lab and in industry.

Her career started in 2006 at St. Luke's Hospital in Milwaukee, WI as an EP Lab Technician. From there, her experience grew as she moved into a Clinical Specialist position with Medtronic for their CryoBalloon launch in 2011.  Angela was charged with providing in depth training to hospital staff and physicians on the safe and proper use of the CryoBalloon catheter and console.

Angela moved into a Clinical Account Specialist position with Biosense Webster where she was a mapping specialist. Her responsibilities included supporting complex mapping procedures, and as a field trainer educating hospital staff and new associates on the ins and outs of cardiac 3D mapping.

Most recently, Angela worked back in the EP Lab at Froedtert Hospital in Milwaukee, WI as a Mapping Specialist.  She was hired to perform mapping procedures for the physicians, eliminating the need for Rep dependency, and was also the ICE specialist for both EP lab and Cath lab procedures.

She is credentialed through CCI maintaining her RCES. With Angela's experience in the lab as well as in industry, she brings valuable knowledge to her role as an educator with Medline. Angela currently resides in Wisconsin with her husband and three children.

Case 6:15-cv-02349-ELS Document 194 Filed 02/14/17 Page 44 of 77 Page ID #:3233

Medline_00002246

# Potential Scenario at HP Lab



- HP performs an average of **4 A-Fib RF Ablations per week**

- We can train staff on how to map this **1 procedure** at **1 location**

- If NS staff mapped **75%** of A-Fib RF Ablations per week at HP, savings = **$176,563** using Medline Renewal items

| Item | OEM Item Number | Usage in EA | OEM price | Medline Item Number | Medline Price | Savings / Device | Total Savings |
|------|------|------|------|------|------|------|------|
| Soundstar | 10439011 | 156 | $ 1,348.00 | UM10439011RH | $1,190.19 | **$157.81** | **$24,618.36** |
| Pentaray F Curve | D128208 | 43 | $ 1,800.00 | **UMD128208RH** | $1,086.86 | **$713.14** | **$30,665.02** |
| Pentaray D Curve | D128211 | 113 | $ 1,800.00 | **UMD128211RH** | $1,086.86 | **$713.14** | **$80,584.00** |
| Agilis | 408309 | 156 | $ 825.00 | **UM408309RH** | $564.13 | **$260.87** | **$40,695.72** |
| | | | | | | **Total:** | **$176,563.10** |

*<u>Please Note</u>: Soundstar savings is comparing Medline price vs. Sterilmed reprocessed price

Case 8:19-cv-01324-TDC Document 109 Filed 02/14/23 Page 46 of 77 Page ID #:3235

Medline_00002247



# Addressing a Need



Medline ReNewal seeks to offer an alternative to manufacturer aided EP mapping studies by training their own hospital staff to provide this support independently.



# EP Technical Education Program



Training Includes:

➢ Operation of mapping equipment

➢ Creating or selecting appropriate templates for arrhythmia

➢ Catheter selection

➢ Monitor window and Map tool setup

➢ Map creation: window of interest, reference points, system initialization





# EP Technical Education Program



Training Includes:

➢ Custom setup: map views/physician views

➢ Module setup: per physician, per procedure, template review settings

➢ Tracking, mapping and interpreting screen images

➢ Troubleshooting procedural issues

➢ Case completion: final map editing, printing and/or saving images





Case 3:15-cv-01434-EMC Document 116 Filed 02/14/2 Page 50 of 77 Page ID #:3239

Medline_00002248

# New Clearance – Philips Volcano IVUS Catheter



- **No Mapping support required**
- Primarily used in the **Cath Lab and IR**

| Item | OEM Item Number | Usage in EA | OEM price | Medline Item Number | Medline Price | Savings / Device | Total Savings |
|------|-----------------|-------------|-----------|---------------------|---------------|------------------|---------------|
| Philips Volcano | 88901 | 40 | $ 975.00 | **UM88901RH** | $625.00 | **$350.00** | **$14,000.00** |



# EXHIBIT 76

**This Document has been produced in Native Format**

ID #:3242

Medline_00021410



## Savings Review

# Saint Vincent

- Benjamin Burros, ReNewal Specialist
- Angela Massen, RCES
- Ryan Dickson, District Sales Director
- Alan Weinert, Acute Care

1



**MANDATORY**

**GOAL**: Transition to Review of Opportunities


<u>**Talk Track:**</u> Now that we have reviewed the current state of your program, I'd like to next discuss savings / device opportunities we've identified for you facility and specific task for how we can achieve them.





## Across the System



| Ministry | Buyback % 2020 | Buyback % 2021 |
|---|---|---|
| Kadlec Regional Med Ctr | 96.4% | 83.2% |
| Providence Alaska | 81.2% | 76.0% |
| Swedish Med Ctr - Cherry Hill | 68.7% | 70.9% |
| Providence Sacred Heart Med Ctr | 79.0% | 56.6% |
| Providence Saint Patrick | 54.5% | 45.8% |
| Providence Saint Vincent Medical Ctr | 39.9% | 44.1% |
| Providence Regional Med Ctr Everett | 31.8% | 27.2% |

22  5    © 2019 Medline Industries, Inc.

5



**MANDATORY**

**GOAL**: Transition to Review of Opportunities

**Talk Track:** Now that we have reviewed the current state of your program, I'd like to next discuss savings / device opportunities we've identified for you facility and specific task for how we can achieve them.

## Unrealized Opportunity



| Item # | Family Detail | Total Collections | Total Buyback | Unrealized Opportunity | % Captured |
|---|---|---|---|---|---|
| 401877 | Supreme | 8 | -1 | $2,107.78 | -13% |
| 87007 | Inquiry AFocus II | 6 | 0 | $2,640.00 | 0% |
| 401904 | Livewire Steerable | 4 | 0 | $2,089.98 | 0% |
| CY1212CT | Carto 3 Interface Cable | 14 | 0 | $1,854.27 | 0% |
| 81530 | Inquiry Steerable Deca | 6 | 0 | $986.16 | 0% |
| 401860 | Supreme | 14 | 0 | $808.50 | 0% |
| BD710DF282CT | Webster CS Bi-Dir. | 4 | 0 | $660.00 | 0% |
| 402577 | Cables | 9 | 0 | $613.90 | 0% |
| 81402 | Inquiry Steerable Quad | 5 | 0 | $560.00 | 0% |
| 85641 | Cables | 5 | 0 | $370.80 | 0% |
| BD710FJ282CT | Webster CS Bi-Dir. | 2 | 0 | $351.95 | 0% |
| D130302 | Catheter Interface Cable | 3 | 0 | $350.00 | 0% |
| 401381 | Response | 22 | 5 | $3,800.68 | 23% |
| 81683 | Inquiry Optima | 20 | 5 | $11,198.40 | 25% |
| CR3434CT | Carto 3 Interface Cable | 35 | 10 | $2,850.00 | 29% |
| 87008 | Inquiry AFocus II | 51 | 18 | $20,904.09 | 35% |
| D087031 | ViewFlex | 76 | 30 | $18,555.05 | 39% |
| D728260RT | Webster DuoDeca | 6 | 3 | $840.00 | 50% |
| 10135936 | AcuNav 8F | 61 | 34 | $34,297.24 | 56% |
| D6R20P12RT | Ismus | 18 | 10 | $2,400.00 | 56% |
| D134401 | Carto 3 Interface Cable | 35 | 20 | $1,885.32 | 57% |
| CB3434CT | Carto 3 Interface Cable | 17 | 10 | $1,303.70 | 59% |
| CR3425CT | Carto 3 Interface Cable | 14 | 10 | $786.00 | 71% |
| 613 | Cables | 14 | 10 | $305.04 | 71% |
| 401353 | Response | 124 | 90 | $8,210.97 | 73% |
| D6DR005RT | Webster Deflectable Quad | 242 | 199 | $7,203.58 | 82% |
| CB3412CT | Carto 3 Interface Cable | 17 | 15 | $279.74 | 88% |
| 81104 | Inquiry Steerable Deca | 140 | 126 | $621.87 | 90% |
| F6QA002RT | Webster Fixed Quad | 43 | 39 | $252.00 | 91% |
| 401451 | Supreme | 44 | 40 | $197.76 | 91% |

7    © 2019 Medline Industries, Inc.

- This opportunity omits sensor enabled, Transeptal Needles and Introducers

- >50%
- 50%-75%
- <75%

7

## Unrealized Opportunity



| Item # | Family Detail | Type | Collections | Buyback | Unrealized Opportunity |
|--------|--------------|------|-------------|---------|------------------------|
| 10438577 | SoundStar Eco 10F | ICE | 42 | 11* | $30,191.25 |
| D128211 | PentaRay | EP Mapping | 38 | 0 | $22,500.00 |
| 408310 | Agilis NxT | Introducer/Sheath | 62 | 0 | $22,234.00 |
| DAVHDDF16 | Advisor HD | EP Mapping | 37 | 0 | $20,300.00 |
| G407209 | BRK | Transseptal Needle | 16 | 0 | $960.00 |
| D128208 | PentaRay | EP Mapping | 2 | 0 | $750.00 |
| G407208 | BRK | Transseptal Needle | 3 | 0 | $160.00 |
| **Total** | | | **200** | **11** | **$97,095.25** |

- This list includes items that have not been approved for use yet. (Lumen devices, BSW mapping and Transseptal Needles)

8    © 2019 Medline Industries, Inc.

8



**MANDATORY**

**GOAL**: Transition to Review of Opportunities

**Talk Track:** Now that we have reviewed the current state of your program, I'd like to next discuss savings / device opportunities we've identified for you facility and specific task for how we can achieve them.

# Educational Programs



Educational programs Medline offers to our customers:

➢ EP Fundamentals

➢ Ultrasound/ICE

➢ EP Technical Education Program



➢ Reprocessing Education



10    © 2019 Medline Industries, Inc.

10

# EP Fundamentals



Covers:
- Electrophysiology Anatomy and Physiology
- Electrograms
- Lab Values
- Study Protocols
- Basic Arrhythmias
- Ablation Fundamentals
- EP Pharmacology

**This will be available on Medline University for CEU's
In July 2021**




11    © 2019 Medline Industries, Inc.

# Ultrasound/ICE



Covers:
- Ultrasound Basics
- Identifying anatomical structures on echo
- Troubleshooting images
- Ultrasound machine controls
- Packaging updates





12   © 2019 Medline Industries, Inc.

# EP Technical Education Program



Covers:
- Proper operation of mapping equipment
- Creating maps for the appropriate arrhythmia
- Understanding and use of all tools available for the physician to create maps
- Interpreting maps
- Ultrasound imaging – identification of structures
- Create accurate Sound maps
- Troubleshooting





13   © 2019 Medline Industries, Inc.

13

# Reprocessing Education



Includes:
- New product support
- Proper collection procedures
- Education on our disinfecting and cleaning techniques
- Packaging updates





14    © 2019 Medline Industries, Inc.



**MANDATORY**

**GOAL**: Transition to Review of Opportunities

**Talk Track:** Now that we have reviewed the current state of your program, I'd like to next discuss savings / device opportunities we've identified for you facility and specific task for how we can achieve them.

# Action Items



a.  Schedule education for staff
    - Potential dates from Angie
b.  Feedback from collections and staff?
c.  Focus on the items that are below your 75% buyback goal
    - $120,729 of savings opportunity for these items
d.  Seek feedback and approval of Lumen devices and Transeptal needles
    - $97,095 of savings opportunity
    - Trial of products with clinical support

16   © 2019 Medline Industries, Inc.

16

# EXHIBIT 77

**From**: Massen, Angela [AMassen@medline.com]
**Sent**: 4/20/2021 9:07:18 PM
**To**: Ben M. Manacop [Ben.Manacop@kpchealth.com]; Saskia Nolten [Saskia.Nolten@kpchealth.com]
**Subject**: RE: Biosense Webster CAS coverage policy REPROCCESSING

I wanted to introduce myself. My name is Angie Massen and I am the EP Clinical for Medline ReNewal.  My background is 15 years in EP as a Tech, Clinical for Medtronic Cryoballoon and a Mapping Specialist for Biosense Webster.

I understand your situation with Biosense and the need for mapping coverage.  I am sorry to hear that is still their stance on case coverage.  We offer reprocessing on just about all EP catheters.  We are able to provide you savings on all things that do not include sensor-enabled so as to not interrupt your case coverage. This is really what we would like to cover with you.

We also offer EP education from EP Fundamentals, Ultrasound all the way to Advanced EP that includes mapping.  If you are ever interested, let me know. The education is FREE to our customers and some courses have CEU's!

Let me know if you have time to meet next week while I am in the area.  I am flying in from Wisconsin and will be there Monday-Wednesday.  We can go over any questions or concerns you have at that time.  I am also more than fine with a virtual meeting if you prefer that.  I am not sure what your hospital restrictions are with COVID at this time.
I look forward to hearing from you.



**Angela Massen, RCES**
Sr EP Clinical Sales Specialist
Medline Renewal
Medline Industries, Inc.
www.medline.com

262-765-5260 (Mobile)
866-866-7477 (Customer Service)
amassen@medline.com



---

**From:** Ben M. Manacop <Ben.Manacop@kpchealth.com>
**Sent:** Tuesday, April 20, 2021 3:42 PM
**To:** Luyben, Matt <MLuyben@medline.com>
**Cc:** Solomon, Matthew <MSolomon@medline.com>; Massen, Angela <AMassen@medline.com>; Zabel, Robert <RZabel@medline.com>; Saskia Nolten <Saskia.Nolten@kpchealth.com>
**Subject:** RE: Biosense Webster CAS coverage policy REPROCCESSING

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hello,
I would like to leave this option up to Saskia Nolten.

Thanks,
## Benjamin Manacop BSP, RCIS
**Director of Cardiology Services**

**Exhibit 0327**

**Anaheim Global Medical Center**
1025 S Anaheim Blvd. Anaheim Ca 92805/ 714-533-6220
**Orange County Global Medical Center**
1001 N. Tustin Ave. Sta Ana Ca 92705/ 714-533-6220
Office (714) 563-2863
Cell (951) 217-3651



"The best leaders are great teachers."

---

**From:** Luyben, Matt <MLuyben@medline.com>
**Sent:** Tuesday, April 20, 2021 12:51 PM
**To:** Ben M. Manacop <Ben.Manacop@kpchealth.com>
**Cc:** Solomon, Matthew <MSolomon@medline.com>; Massen, Angela <AMassen@medline.com>; Zabel, Robert <RZabel@medline.com>; Saskia Nolten <Saskia.Nolten@kpchealth.com>
**Subject:** RE: Biosense Webster CAS coverage policy REPROCCESSING

Hi Ben,

We have our specialist in town next week and I think it would be beneficial for all of us to meet to discuss a couple options. Are you available on Monday?

Matt



Matt Luyben
Sales Rep Acute Care
Field Sales
Medline Industries, Inc.
www.medline.com

O:562-212-2227
mluyben@medline.com

**We make healthcare run better.**

---

**From:** Ben M. Manacop <Ben.Manacop@kpchealth.com>
**Sent:** Monday, April 19, 2021 12:05 PM
**To:** Forrest, Brandon <BForrest@medline.com>; Saskia Nolten <Saskia.Nolten@kpchealth.com>; Zabel, Robert <RZabel@medline.com>; Luyben, Matt <MLuyben@medline.com>
**Subject:** RE: Biosense Webster CAS coverage policy REPROCCESSING

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hello All,
If Biosense will not provide technical support ( Mapping Tech) I cannot do a case.
Does MedLine have such personnel?

CONFIDENTIAL

Medline_00082449

Thanks,

## Benjamin Manacop BSP, RCIS
**Director of Cardiology Services**
**Anaheim Global Medical Center**
1025 S Anaheim Blvd. Anaheim Ca 92805/ 714-533-6220
**Orange County Global Medical Center**
1001 N. Tustin Ave. Sta Ana Ca 92705/ 714-533-6220
**Office (714) 563-2863**
**Cell (951) 217-3651**

---

**From:** Forrest, Brandon <BForrest@medline.com>
**Sent:** Monday, April 19, 2021 11:55 AM
**To:** Saskia Nolten <Saskia.Nolten@kpchealth.com>; Zabel, Robert <RZabel@medline.com>; Luyben, Matt <MLuyben@medline.com>
**Cc:** Ben M. Manacop <Ben.Manacop@kpchealth.com>
**Subject:** RE: Biosense Webster CAS coverage policy REPROCCESSING

Hi Saskia,
We see this from time to time.

They are correct on one here thing:  Biosense doesn't validate our products—the FDA does.   However, we do indeed have the FDA clearance necessary on all our devices, and as such, our products must be substantially equivalent to the original.

Is this language on mapping support in their contract with KPC or just in this "position paper" that is seeking to protect their sales?

Happy to discuss further!
Thanks
Brandon


Brandon Forrest
Western Region Director
Medline ReNewal
Tel: 503-358-5736

---

**From:** Saskia Nolten <Saskia.Nolten@kpchealth.com>
**Sent:** Monday, April 19, 2021 10:45 AM
**To:** Zabel, Robert <RZabel@medline.com>; Luyben, Matt <MLuyben@medline.com>; Forrest, Brandon <BForrest@medline.com>
**Cc:** Ben M. Manacop <Ben.Manacop@kpchealth.com>
**Subject:** FW: Biosense Webster CAS coverage policy REPROCCESSING

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Your comments gentlemen?

Saskia Nolten
**Director of Supply Chain & Sourcing**
KPC Global Health
1301 N Tustin Ave
Santa Ana, Ca 92705
714.953.3522
saskia.nolten@kpchealth.com



*KPC Global Health is committed to supporting California's Supplier Diversity initiative.  Please notify me if you are a
vendor that has been certified by the state as a Diversity Supplier.*

**From:** Ben M. Manacop <Ben.Manacop@kpchealth.com>
**Sent:** Monday, April 19, 2021 10:43 AM
**To:** Saskia Nolten <Saskia.Nolten@kpchealth.com>
**Subject:** FW: Biosense Webster CAS coverage policy

Hello,
Here is the letter I was telling you about.

Thanks,Ben

**From:** Paladino, Robin [BWIUS] <RPaladi1@ITS.JNJ.COM>
**Sent:** Wednesday, April 14, 2021 4:10 PM
**To:** Ben M. Manacop <Ben.Manacop@kpchealth.com>
**Cc:** Jakvani, Omar [BWIUS] <OJakvani@ITS.JNJ.com>
**Subject:** Biosense Webster CAS coverage policy

Hello Ben,

It was nice seeing you at the Anchor Bar.  I had a nice time with your staff and enjoyed discussing EP and future
technology.

I'd like to bring to your attention a conversation we had in the past regarding the Biosense Webster CAS coverage policy
when covering cases with reprocessed catheters.  If a Carto 3 map is being created by a sensor based catheter, it is
required that the catheter be a BWI or Sterilmed product for our team to provide case coverage.  This policy has been in
place for several years.  We stand behind the accuracy of our sensor based catheters and this is only possible when the
products are purchased from BWI or Sterilmed due to the knowledge shared to provide testing for the catheters.

I've attached a copy of the letter for your review.  Please let me know if you have any questions or if you'd like me to
arrange a meeting with Chelsea Poe the Sterilmed representative.

Best,

**Robin Paladino**
Executive Territory Manager
Biosense Webster, Inc.

CONFIDENTIAL                                                                                     Medline_00082451

Mobile: 714.606.7718
Visit us @ www.biosensewebster.com
a Johnson & Johnson Company
**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so Johnson & Johnson can arrange for proper delivery, then delete the message from your inbox.

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

**Notice: This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communications is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank You.**

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL

# EXHIBIT 78



# EPD Solutions is mainly focused on €4.8B EP Ablation market
## Market overview and Competitive Dynamics

**EP Ablation Market: Market Share by Revenue 2017**



- EP ablation is a €4.8B market growing at ~7% per year overall
- Market growth is primarily driven by AF procedures growing by ~10% per year
- AF ablation has two main sub-segments:
  - RF ablation, growing ~8% per year and dominated by Biosense Webster and Abbott with their captive mapping platforms (Carto, EnSite)
  - Single shot PVI, growing by ~14% per year and currently dominated by Medtronic with their Cryo balloon approach
- Medtronic is expanding into RF ablation with recent EPIX acquisition
- Biosense Webster and Boston Scientific are expanding into single shot PVI organically (BSW Helios RF balloon) and through M&A (Cryterion, Apama)

Source: DRG Medtech 360, June 20TH 2018
Note: Global market US, EU-5, APAC-4, Japan, LATAM-4; Market Shares are per 2017; to Euro conversions based on 2019 AOP rate (1.1694); Excludes reprocessed catheters

6

**Highly Confidential**

Confidential

**Philips 00056**