# EXHIBIT 79

May 3, 2016

Attn: CRM Focus Group Members and Regional CV Directors

<u>Update on Biosense Webster's support of cases using reprocessed catheters</u>

On April 29th, a group of providence physicians, executives and supply chain representatives met with Biosense Webster regional leadership to discuss BWI's recent policy change regarding Clinical Account Specialist (CAS) support of cases where reprocessed catheters are used. In brief, the new policy states that BWI CAS's will no longer assist in building CARTO® maps where another manufacturers' new or reprocessed devices are used.

BWI ultimately granted Providence a 30 day extension through May 31, 2016 on the implementation of this policy. During this period, Providence supply chain staff and others will continue discussions with Biosense. Clinical staff should start training immediately on the Biosense Lasso Nav and Soundstar/ Soundstar ECO catheters. Biosense Webster CAS are available to start the training with your staff. The CRM Technology Review Subgroup will monitor the progress of these discussions and will communicate progress as it occurs.

Please contact Cheryl Saxby or Stephanie Blount with specific questions or concerns.

Cheryl.Saxby@providence.org

Stephanie.Blount@providence.org

**Exhibit 0279**

CONFIDENTIAL

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 80**

<span style="color:red">PROPOSED TO BE FILED UNDER SEAL</span>

# EXHIBIT 81

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 82**

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 83**

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 84**

# EXHIBIT 85

# Medtech 360

Electrophysiology Mapping and Ablation Devices | Market Insights | US | 2021



Part of **Clarivate**

**Author:** Drew Wallace

**Published:** June 2020



## 3.5 Competitive Highlights

- Philips Healthcare, GE Healthcare, Siemens Healthineers led the US EP lab system market in 2018 due to their strong presence in the X-ray system segment which given the high ASP of these systems compared to other lab systems, generates high revenues.

- Biosense Webster's and Abbott Laboratories' shares of the market are largely derived from sales of their mapping systems, and the majority of US EP labs have both Biosense Webster's CARTO and Abbott Laboratories' EnSite mapping systems installed. The use of either system for a given indication is largely dependent on physician preference, although physician sources indicate that there is a slight proclivity for using Biosense Webster's CARTO system in VT ablations. In the minority of labs that have only one mapping system, that system is overwhelmingly CARTO, giving Biosense Webster a slight advantage in market share. Boston Scientific is primarily competing with Abbott Laboratories to be the second mapping system of choice.

- Many EP lab system companies are developing new product features to reduce procedure times and improve performance. However, companies offering new technology face certain challenges in securing system sales, such as the high costs associated with lab systems and the long lifecycle of these devices. Boston Scientific's Rhythmia mapping system, for example, has been available since 2013 and has had minimal uptake in EP labs. Therefore, it is unlikely that there will be major shifts in market share in the EP lab system market in the near future.

## 3.6 Market Shares

Given the COVID-19 pandemic and its constantly evolving nature, DRG (part of Clarivate) has focused on updating the market impact across a number of device series. In some cases, quantifying the impact on procedures, units, and market value has been prioritized over updates in revenue market shares.

- For all cases, 2020 market shares will not be updated until new iterations of this report publish in 2021; because of the volatility of the situation in 2020 and the unpredictability of the impact on company financials, 2020 revenue market shares will be updated once full-year 2020 financial data is released.

- Where possible, we have updated older revenue market shares to show the state of revenue shares for 2019; however, in some cases, market shares and figures continue to reflect values from the last full update of the report.

- In all cases, the impact of COVID-19 on company performance and the efforts major companies are implementing in response to the pandemic are included qualitatively in the *COVID-19 Analysis* chapter.

© 2020 Millennium Research Group, Inc. All rights reserved.

CONFIDENTIAL

STRYKER00001059

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 86

# EXHIBIT 87

Page 1

1          UNITED STATES DISTRICT COURT

          CENTRAL DISTRICT OF CALIFORNIA

2              SOUTHERN DIVISION

3

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,                    CASE NO.

6    vs.                      8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9

10

11          VIDEOTAPE DEPOSITION OF

12       CHRISTINE BIENVENUE-KAUFFMAN

13           APPEARING REMOTE FROM

14           JACKSONVILLE, FLORIDA

15

16           SEPTEMBER 17, 2021

17              9:29 A.M

18

19

20   Reported By:

21   Judith L. Leitz Moran

22   RPR, RSA, CCR-B-2312

23   APPEARING REMOTELY FROM ATLANTA, GEORGIA

24

25

Christine Doerr-Kauffman    September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 10

1    the labs?

2        A    Yes.

3        Q    And who is the team lead currently?

4        A    Malyn Morgan.

5        Q    And how many physicians actually work in

6    the two electrophysiology labs at Mayo Clinic

7    Florida?

8        A    We have four electrophysiologists.

9        Q    And is there a cardiac mapping system in

10   each of the rooms?

11       A    Yes.

12       Q    And is there just one cardiac mapping

13   system in each of the rooms?

14       A    Yes, that's correct.

15       Q    And -- and which system do you have in

16   each of the rooms?

17       A    We have one Biosense CARTO mapping system

18   and we have two of the Abbott NavX Precision

19   systems.

20       Q    And is that second Precision system

21   intended for the third room?

22       A    Yes, that is correct.  That particular

23   system is mobile, so it could go from room to room.

24            And we have two physicians that currently

25   use the NavX mapping system.  So sometimes if

Christine Bennett Kauffman                    September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 11

```
 1    they're both scheduled in the labs on a given day,

 2    that mobile system would be rolled into one that

 3    might be hard wired for the CARTO room.

 4         Q    And there are also two physicians that

 5    use the CARTO cardiac mapping system, the other two

 6    physicians?

 7         A    Currently, we have one physician that

 8    uses the CARTO mapping and the other two physicians

 9    use the NavX Abbott system.

10         Q    And how long has Mayo Clinic Florida had

11    the CARTO system?

12         A    I'm not sure of the exact number of

13    years.  We've -- we've had it for several years at

14    least.

15         Q    More than five years?

16         A    Yes.

17         Q    And do the -- are you familiar with the

18    different cardiac mapping systems yourself?

19         A    Yes, sir, I am.

20         Q    And do the CARTO and Abbott systems have

21    different features?

22         A    Yes, they do.

23         Q    And different modules?

24         A    Correct.

25         Q    And each of the systems work with
```

Christine Brown Kauffman                    September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 19

1          Has Mayo Clinic Florida rejected savings

2     from Innovative Health on reprocessed catheters to

3     keep Mayo Clinic Florida's case coverage from

4     Biosense?

5          MS. MOSKOWITZ:   Objection.

6          A    Yes.

7     BY MR. BERHOLD:

8          Q    Have you -- has -- well, has anyone at

9     Mayo Clinic Florida talked to the physician about

10    switching procedures from the CARTO 3 in order to

11    get savings on reprocessed catheters from

12    Innovative Health on a different cardiac mapping

13    system?

14         A    No.

15         Q    Do you know why not?

16         A    This one physician that I work with that

17    uses the CARTO mapping system really likes how it

18    functions and likes that -- that mapping system

19    very much.  So he is -- he wants to stay with that

20    system.

21         Q    Has Mayo Clinic Florida looked at

22    training staff to cover its own cases on the CARTO

23    3?

24         A    It -- it is a wish, a desire for our lab

25    to do that, but right now we don't have the

Christine Denny, Kauffman                    September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 20

1    bandwidth for training.

2         Q    Oh, and what do you mean by "bandwidth"?

3         A    We just don't have the number of staff

4    available to -- to be able to -- to train.

5         Q    Have you -- have you investigated the

6    possibility of training your staff if you did have

7    enough staff to do it?

8         A    If there was an interest, specific

9    interest there with our staff, we would be

10   supportive of that.

11        Q    And has Mayo Clinic Florida consulted

12   with the Mayo Clinic in Rochester about

13   possibilities for training staff?

14        A    No, we haven't opened that door yet.

15        Q    And is it -- is it true that Mayo Clinic

16   in Rochester has at least one or two employees that

17   map cases on the cardiac mapping procedures in

18   Rochester?

19        A    Yes, that is correct.

20        Q    And would it be the idea that those

21   mappers would train staff in Mayo Clinic Florida if

22   it was determined to be feasible?

23        A    I'm actually not sure of how that process

24   of training would -- how it would look like to be

25   honest with you.

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 18 of 363
Page ID #:3294
Christine Deborah Kauffman          September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 21

1      Q     Or how long it would take?

2      A     I'm -- I'm not privy of that.

3      Q     And does Mayo Clinic Florida continue to

4   reject savings on reprocessed catheters from

5   Innovative Health to keep its case coverage from

6   Biosense today on the CARTO 3 cardiac mapping

7   system?

8            MS. MOSKOWITZ:  Objection.

9      A     Yes.

10           MR. BERHOLD:  Well, thank you for your

11   time, Ms. Kauffman.

12           I don't have any additional questions at

13   this time.  Biosense counsel may have some

14   questions of their own.

15           THE WITNESS:  Okay, thank you.

16              EXAMINATION

17   BY MS. MOSKOWITZ:

18      Q     Good morning, Ms. Kauffman.  My name is

19   Lauren Moskowitz and I represent Biosense.  Thank

20   you for being here this morning.

21           I'm going to try not to re-cover, but

22   there might be a little bit of overlap, just to set

23   the table on the topics that we're going to be

24   discussing.

25           If at any point you don't understand my

Christine Denardo Kauffman                September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 40

1    Scientific and from Abbott.

2        Q    Are those the same that you requested or

3    did you request more broadly?

4        A    No, just the three.

5        Q    And what made you choose Abbott?

6        A    That was a physician decision.

7        Q    I'm going to show you a couple of

8    documents but let me not do that this second.  Just

9    to try to get through a little bit more and then

10   maybe we can take a break in a few minutes just to

11   give you a breather.

12           We talked about earlier that there are a

13   number of manufacturers of cardiac systems, right?

14       A    Yes.

15       Q    And you mentioned Biosense, Abbott and

16   Boston Scientific just now, right?

17       A    Yes.

18       Q    But there are others as well, right?

19           MR. BERHOLD:  Objection.

20       A    I am not privy of the other ones.

21   BY MS. MOSKOWITZ:

22       Q    Have you heard of a company called Acutus

23   with their AcQmap, cardiac mapping system?

24       A    Yes, I have.

25       Q    Okay.  And how did you -- well, how are

Christine Denton Kauffman          September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 41

1   you familiar with the AcQ mapping system?

2       A    The Acutus system, we trialed it for a

3   few months.

4       Q    How did that trial come about, if you

5   know?

6       A    I am not privy of that.  I believe it --

7   it was physician directed.

8       Q    So your understanding is that a doctor

9   heard of it and wanted to check it out and they

10  came in and did a trial?

11      A    Yes, that is correct.

12      Q    Do you recall when that trial was?

13      A    It was within the last couple of years.

14      Q    And do you know how long it lasted?

15      A    Not -- not exactly.  I would say we had

16  the system for probably about that time frame.

17  Maybe a year or -- or two.

18      Q    But you do not currently have that system

19  at Mayo?

20      A    No.

21      Q    How did the trial go, do you know?

22      A    Our physicians did not feel like it was

23  to the same standard as the Abbott mapping and the

24  CARTO mapping.  It's just not as advanced.  It's --

25  it was a much newer system.

Christine Denny Kauffman                    September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 42

1        Q     And in terms of other -- Boston

2   Scientific, for example.  Has Boston Scientific

3   ever approached Mayo Jacksonville about getting a

4   RHYTHMIA system at Mayo?

5        A     They have when I requested the quote.

6        Q     Other than you requesting the quote, have

7   they ever approached Mayo to pitch for their

8   system?

9        A     That was --

10             MR. KARPENKO:  Objection, foundation.

11             Go ahead.

12       A     That was before my time as a coordinator,

13   so I -- I would not be privy of that.

14   BY MS. MOSKOWITZ:

15       Q     So I guess in -- in your understanding,

16   unless you're sort of on the market for -- for a

17   new system, you don't really get inbound --

18   inbounds from manufacturers to buy a new system?

19       A     Exactly.

20       Q     And have you heard of the CardioInsight

21   from Medtronic?

22       A     CardioInsight?  No, I have not.

23       Q     What about the Philips Kodex system?

24       A     Yes, I have heard of Philips Kodex.

25       Q     Okay.  And that's a cardiac mapping

Christine Dews2es Kauffman                          September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 43

1   system?

2        A    Yes.

3        Q    But you did not request a quote from them

4   in connection with this latest acquisition?

5        A    Yes, we did request a quote.  That was

6   a -- that was a physician's like side request

7   because he was looking into that as an option.

8        Q    And did you get a quote back from them?

9        A    Yes, we did.

10       Q    Okay.  In terms of the quotes you got

11  back, were there any incentives that were offered

12  by any of these OEMs for you to choose their

13  system?

14       A    The incentives were, aside from outright

15  purchasing a cash purchase to have a catheter deal

16  so that there wouldn't be any capital outlay.

17       Q    Did each of them offer that?

18       A    No.

19       Q    Which ones offered that?

20       A    That was Boston Scientific.

21       Q    In your request for a quote, did you

22  indicate that you would be making the purchase with

23  cash?

24       A    No.

25       Q    Would you agree that the OEMs compete

Christine Dewar Kauffman                    September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 44

1    pretty hard against each other for hospitals to buy

2    their -- and use their systems?

3         A    Yes.

4         Q    I apologize if you answered this.  I

5    think you said you don't know, but I just want to

6    confirm.

7              In terms of the other Abbott and the

8    CARTO 3 that Mayo has, do you know how those were

9    purchased, whether it was cash or a catheter deal?

10        A    No, that was before I took this position.

11        Q    Understood.

12             And in terms of -- you talked a bit about

13   how the physicians choose which systems they --

14   they want to use; is that fair?

15        A    That is correct.

16        Q    And in terms of catheters, is that also

17   true for catheters?

18        A    Yes.

19        Q    And you mentioned that a -- that Abbott

20   system, for example, works with a bunch of

21   different catheters, not just Abbott's OEM

22   catheters, right?

23        A    Correct.

24        Q    And in terms of which catheter gets used

25   on an Abbott, for example, that's up to the doctor?

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 88**

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

Page 1

1              UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

2                  SOUTHERN DIVISION

3

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,                    CASE NO.

6    vs.                        8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9

10

11         VIDEOTAPE 30(B)(6) DEPOSITION

12           OF BIOSENSE WEBSTER, INC.

13        AND IN HIS INDIVIDUAL CAPACITY

14          WITNESS: MICHAEL BODNER

15            APPEARING REMOTE FROM

16             STATE OF CALIFORNIA

17

18            AUGUST 31, 2021

19              9:47 A.M. PST

20

21   Reported By:

22   Judith L. Leitz Moran

23   RPR, RSA, CCR-B-2312

24   APPEARING REMOTELY FROM ATLANTA, GEORGIA

25

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 26 of 363
30(b)(6) & Indv. Michael Bodner                              August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 18

1  with the latest technology to improve safety,

2  efficacy and efficiencies for those procedures.

3  BY MR. BERHOLD:

4      Q    And Biosense clinical account specialists

5  have developed relationships with the doctors?

6      A    Yes.

7      Q    And the doctors trust the Biosense

8  Webster clinical account specialists?

9      A    Yes.

10      Q    Biosense is not required by the FDA to

11  provide clinical support on the CARTO 3?

12      A    To my knowledge, that is correct.

13      Q    And Biosense is not required by its

14  contract -- contracts for the sale or lease of the

15  CARTO 3 to provide a clinical support for free?

16      A    Can you repeat that?  It was -- there was

17  a typing.

18      Q    Oh, sure.

19           Biosense is not required by its contracts

20  for the sale or lease of the CARTO 3 system to

21  provide free clinical support on the CARTO 3, is

22  it?

23      A    Correct.

24      Q    And at the bottom of Page 26, the slide

25  says that "Clinical support is a cornerstone of our

Page 19

```
 1   service"; is that right?

 2       A    Yes.

 3       Q    And that's referring to Biosense's

 4   service in the United States market?

 5       A    Yes.

 6            MS. GROSSBARD:  Objection.

 7   BY MR. BERHOLD:

 8       Q    Does Biosense -- so let me ask this:  You

 9   testified earlier that you were responsible for

10   worldwide service.

11            Does -- does Biosense sell the CARTO 3

12   mapping system throughout the world?

13            MS. GROSSBARD:  Objection,

14   characterization.

15       A    Yes.

16   BY MR. BERHOLD:

17       Q    And does -- to your knowledge, does

18   Biosense Webster provide free clinical support in

19   every country where it sells CARTO 3 mapping

20   system?

21       A    To my knowledge, yes, but I'm not

22   familiar with all country practices outside the

23   United States commercially.

24       Q    The slide refers to approximately 900

25   clinical account specialists in 2020 in the United
```

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 28 of 363
Page ID #:3294
30(b)(6) & Ind. Michael Bodner                                    August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 23



Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 29 of 363
Page ID #:3295
30(b)(6) & Indv. Michael Bodner                    August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 24



30(b)(6) of Michael Bodner                                August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 25



30(b)(6) & Ind. Michael Bodner                                  August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 26



Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 32 of 363
Page ID #:3266

30(b)(6) of Michael Bodner                                    August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 27



30(b)(6) & Ind - Michael Bodner                                    August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 79



Page 80

████  ██████████████

████    ██    ████████████████████

████          ██████████████████████████████

████  ████████████████████████████████████████████████

████  ████████████████████████

████          ████████████████    ████████████

████      ██      ████ .

8    BY MR. BERHOLD:

9        Q    And why does Biosense Webster provide

10   clinical account specialists to cover cases on the

11   CARTO 3?

12       A    Because we're requested to do so by

13   electrophysiologists.

14       Q    And why does Biosense provide case

15   coverage for free?

16       A    It's an industry standard.

17       Q    Any other reason?

18       A    No, it's the standard.  No one charges

19   for coverage in electrophysiology or in any other

20   medical device capacity that I'm aware of across

21   orthopedics, surgical, interventional cardiology,

22   ocular.

23            I'm not aware of any med device situation

24   where service or case coverage is charged in this

25   country.

30(b)(6) of Michael Bodner                                    August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 81



Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 36 of 363
Page ID #:3902

30(b)(6) & Indv. Michael Bodner                                          August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 82



Case 8:19-cv-01984-JVS-KES   Document 116-5   Filed 12/14/21   Page 37 of 363
Page ID #:3309
30(b)(6) & Indv. Michael Bodner                                      August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 83



30(b)(6) & 1st Michael Bodner                                    August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 84



30(b)(6) & Ind. Michael Bodner                                    August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 85



30(b)(6) & Indv. Michael Bodner                              August 31, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 86



REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 89**

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

Page 1

1           UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

3

   INNOVATIVE HEALTH, LLC,          ) Case No.
4                                    ) 8:19-cv-1984 JVS
              Plaintiff,             ) (KESx)
5                                    )
         vs.                         )
6                                    )
   BIOSENSE WEBSTER, INC.,           )
7                                    )
              Defendant.             )
8    _____)

9

10

11

                   VIDEO-RECORDED VIRTUAL REMOTE
12
                   DEPOSITION OF RAFAL CHUDZIK
13

14

15                      Atlanta, Georgia
                        July 15, 2021
16                      8:59 a.m. EST

17

18

19

20

21

22

23

     REPORTED BY:
24   Janice Gonzales, RPR, CRR
     AZ Certified Court
25   Reporter No. 50844

Page 15



15          Q.    Okay.  And what is Innovative's business?

16     What does Innovative do?

17          A.    It's a reprocessor of medical devices.

18          Q.    And what kinds of medical devices does it

19     reprocess?

20          A.    Electrophysiology catheters.

21          Q.    Okay.  And what are electrophysiology

22     catheters used to do, medically speaking?

23          A.    Various -- various reasons and things

24     that they would use for pacing and mapping of the

25     heart.

                                                    Page 16

 1              Q.    Okay.  So they're used with specific

 2      equipment and in specific procedures; is that right?

 3              A.    Yes.

 4              Q.    And are they used with cardiac mapping

 5      systems, the catheters that you make at Innovative?

 6              A.    Some of them, yes.

 7              Q.    And what other kinds of systems are they

 8      used with?

 9              A.    There's systems -- there's catheters that

10      don't map.  There's also sheaths.  There's access

11      sheaths.  There's transseptal needles.  There are

12      ultrasound catheters.  Those are all devices that

13      don't need mapping systems to operate.

14              Q.    Okay.  Why don't we go through each of

15      the categories, and it would be great -- we can just

16      leave it to the catheters and not the things like

17      transseptal needles or sheaths.

18              A.    Sure.

19              Q.    So can you describe the categories of

20      electrophysiology catheters that Innovative

21      reprocesses?

22              A.    Yes.  Typically would be like a quad

23      fixed.  So those are devices that don't have steering

24      capabilities.  There are steerable catheters that are

25      just your basic catheters used for pacing and

Page 17

1    diagnostics, and then they have the advanced mapping

2    catheters that operate with various consoles.

3            Q.    Are you familiar with the term

4    "high-density mapping catheter"?

5            A.    High level, yes.

6            Q.    Okay.  And what is a high-density mapping

7    catheter?

8            A.    It's a catheter that acquires signals

9    using electrodes, various electrodes, and builds out

10   a map of the anatomical structure of the heart.

11           Q.    And how would a physician use that in an

12   electrophysiology study or procedure?

13           A.    Again, high level, I'm not trained

14   clinically, but they would insert them into the

15   patient and use them to create a visualization of the

16   potential areas of harm or where therapy needs to be

17   delivered.

18           Q.    And what kind of procedures?  These are

19   for -- to diagnose and treat arrhythmias in the

20   heart; is that right?

21           A.    Yes.

22           Q.    Okay.  You mentioned the category of

23   advanced mapping catheters.  Are high-density mapping

24   catheters advanced mapping catheters?

25           A.    Yes.  Yes.

                                                    Page 140

1    already marketed predicate device, correct?

2           A.    Yes.

3           Q.    And you said yes?  I had a hard time

4    hearing you.

5           A.    Yes.

6           Q.    What does "predicate device" mean in this

7    context?

8           A.    So part of the guidance documents from

9    FDA, it refers to products that are, you know,

10   similar intended use, technology, clinical

11   application.  It's basically picking a direct

12   comparison device to, you know, baseline and compare

13   your data alongside and to.

14          Q.    The slide goes on to say that, quote, "A

15   device is substantially equivalent to a legally

16   marketed predicate device," end quote, and then

17   there's two bullets.  First two bullets are "Both

18   have the same intended use," and the second is "The

19   same technological characteristics."  Do you see

20   this?

**Page 141**

Page 142





Page 143

Page 144



Page 145



Page 146



Page 147

first attachment to the e-mail of Exhibit 48, the

mapping catheter presentation.

        A.    Okay.

        Q.    And can you please turn to the page

ending in 29101.

        A.    101.  Okay.

        Q.    Does this slide reference different kinds

of mapping technologies and the cardiac mapping

systems that use those technologies?

        A.    Yes.

        Q.    Can you please explain which cardiac

mapping systems are referenced here and the types of

mapping technology they use?

        A.    So the EnSite system is an

impedance-based system.  The Carto is a magnetic

                                              Page 148

1    field, and then the EnSite Precision and Carto 3 is a

2    hybrid impedance and magnetic.

3            Q.    Is the EnSite -- strike that.

4                  Who is the manufacturer of the EnSite

5    cardiac mapping system?

6            A.    St. Jude/Abbott.

7            Q.    And is the EnSite a prior version of a

8    St. Jude/Abbott EnSite provision -- Precision cardiac

9    mapping system?

10           A.    Yes.

11           Q.    And is the Carto a prior version of a

12   Biosense Webster cardiac mapping system using

13   magnetic field mapping only?

14           A.    I don't -- I don't recall.  I don't know

15   the intricacies of the differences of each of the

16   consoles based on the slide with the name being

17   different, but I'm not 100 percent sure as to the

18   exact intricacies of which system has what, but --

19   yeah.

20           Q.    Do you know whether Abbott's EnSite

21   Precision and Biosense's Carto 3 are both hybrid

22   impedance and magnetic field mapping systems?

23           A.    Yes, I do.

24           Q.    What does it mean to be a hybrid

25   impedance and magnetic field mapping system?

1          A.    Yeah, very -- very high level.  You know,

2     this, again, would be a topic for the day-to-day

3     engineers, but it has to do with the way the signals

4     are collected and how the orientation is created for

5     the map.  In terms of the specifics of the science,

6     you know, there's some things there that, high level,

7     I understand, but really engineers were the ones that

8     were focusing on this.

9          Q.    And is Blessan Joseph the engineer who we

10    should ask those questions to?

11         A.    Yes.

12         Q.    How about Boston Scientific?  Does it

13    manufacture a cardiac mapping system?

14         A.    They have -- yes, they do.

15         Q.    And what cardiac mapping system does

16    Boston Scientific manufacture?

17         A.    I believe it's the arrhythmia system.

18         Q.    What kind of mapping technology does the

19    a Rhythmia system use, if you know?

20         A.    I don't know that.  I'm sorry.

21         Q.    What about Acutus?  I believe you already

22    testified it manufactures a cardiac mapping system,

23    correct?

24         A.    Yes, correct, and I don't know their

25    specific method as well.

Page 150

1          Q.    How about Philips?  Does it manufacture a
2     cardiac mapping system?
3          A.    I don't know.
4          Q.    Have you heard of the Kodex cardiac
5     mapping system?
6          A.    I have heard of that system, yes.
7          Q.    Do you know, is that a Philips cardiac
8     mapping system?
9          A.    I believe so.  It is.  It is, yeah.
10         Q.    And is that a recently introduced cardiac
11    mapping system, the Kodex?
12         A.    I don't know.  I don't -- I'm not aware
13    of the launch time line of all the systems that are
14    out there in the marketplace.
15         Q.    And do you know what kind of mapping
16    technology the Kodex system uses?
17         A.    I don't.
18         Q.    Do you know of any other cardiac mapping
19    systems that are currently on the market?
20         A.    To the best of my recollection, I think
21    those, again, are the significant market players.
22         Q.    Okay.  Do the location sensors in the
23    Lasso, PentaRay, and SoundStar catheters all function
24    in the same way?
25         A.    I'm not sure.  I don't know that.

Page 151

1          Q.   Is that a question we should ask Blessan

2     Joseph?

3          A.   Yes.

4          Q.   Okay.  Where is the distal tip of the

5     catheter?

6          A.   So that would be the farthest point.  If

7     you're oriented at the handle, the distal point would

8     be the farthest away from the handle.

9          Q.   So is that the end of the catheter that

10    is fed up into the patient's heart?

11         A.   Yes.

12         Q.   What is the function of the location

13    sensor in the Lasso, PentaRay, and SoundStar

14    catheters?

15         A.   So, high level, against the position and

16    orientation in space along, you know, the X, Y, and Z

17    coordinates.  So it provides aid in understanding

18    where that tip of that catheter is spatially

19    oriented.

20         Q.   So where it's located in the heart; is

21    that correct?

22         A.   Correct.

23         Q.   Is the location sensor that enables

24    Carto 3 to create -- is it the location sensor that

25    enables Carto 3 to create an accurate 3D map of the

Page 152

1    heart?

2              MR. BERHOLD:  Objection.

3              THE WITNESS:  Yes.

4    BY MS. GROSSBARD:

5         Q.   Your answer is yes?

6         A.   Yes.



**Page 164**



Page 165



Page 166



Page 167



Page 173



Page 174



Page 175



Page 176



# EXHIBIT 90

CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

2              SOUTHERN DIVISION

3    _____

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,               CASE NO.

6    vs.                           8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9    _____

10              ** CONFIDENTIAL **

11         VIDEOTAPE 30(B)(6) DEPOSITION

12          OF BIOSENSE WEBSTER, INC.

13        AND IN HIS INDIVIDUAL CAPACITY

14          WITNESS: DONALD COLDIRON

15            APPEARING REMOTE FROM

16            ROCHESTER, MINNESOTA

17

18            SEPTEMBER 3, 2021

19             9:33 A.M CST

20

21   Reported By:

22   Judith L. Leitz Moran

23   RPR, RSA, CCR-B-2312

24   APPEARING REMOTELY FROM ATLANTA, GEORGIA

25

CONFIDENTIAL

Page 20

1    mapping systems except for the Medtronic Cryo at

2    the various labs for the Mayo Clinic in total?

3              MS. MOSKOWITZ:  Objection.

4         A    Yes.

5    BY MR. BERHOLD:

6         Q    I don't have any additional questions at

7    this time on Exhibit 309, Mr. Coldiron.

8              During a cardiac mapping procedure, the

9    physician treat the patient?

10        A    Yes.

11        Q    And is it your understanding that the --

12   it is also necessary to have a mapping technician

13   to operate the CARTO 3 software on a cardiac

14   mapping procedure using the CARTO 3?

15        A    Yes.

16        Q    And is it also true that a mapping

17   technician is also necessary for operating the

18   Abbott Precision cardiac mapping system or the

19   Boston Scientific RHYTHMIA cardiac mapping system?

20        A    Yes.

21        Q    And does Mayo Clinic have any mapping

22   technicians on its own staff to provide the

23   clinical support on cardiac mapping procedures at

24   any of its locations?

25        A    Yes.

CONFIDENTIAL

Page 21

```
 1        Q     At which locations?

 2        A     Rochester.

 3        Q     And only Rochester?

 4        A     To my knowledge.

 5        Q     And do the Mayo Clinic mapping

 6   technicians provide the clinical support on all of

 7   the cardiac mapping procedures in Rochester?

 8        A     No, they do not.

 9        Q     Do you have a sense of the percentage?

10        A     I don't have a percentage.

11        Q     Do you know how many mapping technicians

12   that Mayo Clinic employs at the Rochester location?

13        A     I do not have an exact count.

14        Q     Do you have a sense of how many?

15        A     I believe only a couple of Mayo FTs.

16        Q     And do you know whether that headcount of

17   FTs has been increasing, decreasing, or staying the

18   same?

19        A     To my knowledge, staying the same.

20              And actually, correction, sir.  I did

21   hear recently that one or two technicians went to

22   the supplier side, but I don't recall the exact

23   suppliers.

24        Q     But you heard that they had been hired by

25   the vendors?
```

CONFIDENTIAL

Page 78

1          Q    So just circling back to the -- to the

2     purchase aspect of this.  I just want to make sure

3     I have the group correct.  Is it the capital

4     contracting group?

5          A    Capital contracting team, yeah.

6          Q    Team?

7          A    Yep.  And they -- I mean, it's really the

8     purchase services capital and IT contracting team.

9          Q    And I take it you are not on that team?

10         A    No, I'm on the medical device, formally

11    known as PPA contracting team.

12         Q    So that covers catheters, just not the

13    actual machines itself?

14         A    Correct.

15         Q    Do you know how many folks are on the --

16    the capital team, contracting team?

17         A    Oh, all together there's -- yeah, there's

18    at least 10 folks on that team.  But again, they --

19    they've kind of restructured and cover more than

20    capital.  Some of them cover capital purchase

21    services and IT in their, yeah, capacity.

22         Q    Is there a subgroup or even if it's not a

23    formal group, but a subnumber of individuals who

24    are the ones that do sort of handle a cardiac

25    mapping system type of capital outline?

CONFIDENTIAL

Page 79

1        A      Yes.  Well, probably one to two.

2        Q      Can you give me those names if you have

3    them?

4        A      Jeff Browning.  And then his boss is

5    Elizabeth Fitzgerald.

6        Q      And are those individuals administrators

7    versus physicians, not -- I don't know what the

8    right terms are.  Are they doctors?

9        A      No.

10       Q      Okay.

11       A      They're contracting professionals.

12       Q      Thank you.  I don't know the right words

13   to use.  That makes sense.

14              Do you know anything about the process by

15   which the group -- other than the RFP process you

16   described, what analysis they undertake, if any, in

17   connection with the potential acquisition of a new

18   cardiac mapping system?

19       A      Yes, there's a -- you know, from a --

20   there's certainly -- you're looking at all the

21   clinical aspects and that's largely driven by, you

22   know, the clinical counterparts on the -- on the

23   clinical side.

24              As far as on the supply chain side,

25   there's a whole process now that we have in place.

CONFIDENTIAL

Page 80

1    It's third-party risk management and it -- it looks

2    at a number of items from data security, from is

3    there PHI that's going to be on the machine, is --

4    what's the company's standing financially.

5              So it goes -- it will go through that

6    team now which is in its -- that's new.  I mean,

7    the process is not new, but the team itself --

8        Q    Right.

9        A    -- is fairly new.

10       Q    So fair to sort of describe that second

11   part, that's just counterparty level of risk as

12   opposed to machine specific considerations?

13       A    Correct.

14       Q    And is there also a cost analysis for

15   life of system that is taking place whether --

16   whatever umbrella that might fall in?

17       A    Absolutely, yep.

18       Q    Would you call that more on the clinical?

19       A    I would say in combination with the

20   clinical.  I mean, they know -- they provide what

21   the utilization and caseload could potentially be.

22             And we look -- you know, we look at

23   maintenance, of course, what's that going to look

24   like.

25       Q    Are you -- do you know if they also take

CONFIDENTIAL

Page 81

1    into account; and if so, how the cost of the

2    disposables, the catheters that will be used in

3    connection with the system?

4         A    They do.

5         Q    Do you have an understanding of how

6    that's modeled or how that fits in?

7         A    It comes with -- well, it depends on how

8    they're -- I guess, it depends on how they're --

9    how they're acquiring the equipment.  So if they're

10   buying it outright, you know, it may not factor as

11   much.  It's certainly a factor.

12              You know, they look at the case cost of

13   all the different -- you know, let's say they're

14   using a CARTO.  You know, it's not just CARTO

15   supplies or Biosense Webster supplies that are

16   being utilized for that specific case.  So they're

17   looking at all that.

18              And then, you know, as they're -- if

19   they're not buying it outright, is there a number

20   of catheters they have to buy.

21              And, you know, they look at the cost of

22   the catheters specifically in those types of

23   scenarios to -- you know, if it's a leverage-type

24   purchase of that capital equipment.

25         Q    So, yeah, let's -- let's spend a moment

CONFIDENTIAL

Page 82

1    on that.

2          It sounds like there's more than one way

3    to acquire a cardiac mapping system.  One is an

4    outright purchase you described, right?

5          A    Uh-huh.

6          Q    And -- and you -- thank you.

7          And you also just described some sort of

8    leveraged transaction where you take it on subject

9    to -- for you to purchases of catheters.  Am I

10   describing that right?

11         A    Yes.  Yeah, so there will be X amount of

12   catheters over X amount of time essentially would

13   pay -- help pay for the capital equipment.

14         Q    And after that, does it then become owned

15   after that --

16         A    Yes.

17         Q    -- contractual period?

18         A    Yes.  And there's also rentals which we

19   don't do a whole lot for EP systems, but other

20   capital equipment we do.

21         Q    So that was one of -- so in terms of

22   cardiac mapping systems, to your knowledge, has

23   Mayo ever rented one of those cardiac mapping

24   systems?

25         A    Not to my knowledge.

CONFIDENTIAL

Page 88

1   acquisition of the cardiac mapping systems take

2   place?

3              MR. KARPENKO:  Objection, beyond the

4   scope.

5       A    Well, like I said, I -- we haven't -- to

6   my knowledge, haven't purchased any in some time.

7   So I -- I haven't been a party to any of those

8   negotiations.  So not to my knowledge.

9   BY MS. MOSKOWITZ:

10      Q    And -- and you have -- you have mentioned

11  that there haven't been recent purchases.

12             Just going back in your mind, if you can

13  recall, regardless of what manufacturer it was, do

14  you recall when the last cardiac mapping system was

15  acquired across the various facilities?

16      A    No.

17             MR. KARPENKO:  Objection, beyond the

18  scope.

19  BY MS. MOSKOWITZ:

20      Q    Do you -- do you agree that the various

21  cardiac mapping system manufacturers are competing

22  for Mayo's business?

23      A    Yes.

24      Q    You -- you mentioned, I think, a

25  three-year cycle with respect to contracts for

CONFIDENTIAL

Page 122

1    not no longer in training.

2         Q    Okay.  So let me just step back and --

3    and get the -- the process down.

4             So how does a -- how did the full-time

5    employees who self-support at Rochester sort of

6    become able to self-support on the cardiac mapping

7    systems?

8         A    From what I understand, there was some

9    training by the -- by the vendor supplier, some

10   module training, some on-the-job training, both

11   with supplier and, you know, Mayo folks or staff.

12            But there -- what I was trying to get was

13   whether, you know, was there any formal training.

14   From what I understand, it takes a year and a half

15   -- a year, year and a half for, you know, the

16   actual supplier support staff to get trained.

17            So I was trying to find out, well, does

18   Mayo staff go through that same rigorous training.

19   And I don't have a -- I was not able to find an

20   answer for that.  Just ran out of time.

21        Q    So your understanding -- let's just take

22   Biosense as -- as one of those suppliers.

23            Your understanding is that it takes

24   between one and one and a half years for clinical

25   support specialists to -- or account specialists to

Page 123

1   get trained up to operate these machines in -- in

2   the process of an EP procedure?

3       A    Yes.

4       Q    And -- and those Biosense employees are

5   the ones who trained -- at least in part trained

6   the Mayo employees on how to map on CARTO 3?

7       A    From what I understand.

8       Q    And you just don't know how long sort of

9   soup to nuts that that training process takes or

10  took?

11      A    Correct.  Correct.

12      Q    Biosense does not charge Mayo for that

13  training it provides to your staff, right?

14      A    Not to my knowledge.

15      Q    And to your knowledge, Biosense has never

16  refused to train Mayo personnel on Biosense's

17  products?

18           MR. BERHOLD:  Objection.

19      A    I would say -- so I've -- I've got two

20  answers there.  On the -- I'm not sure on the

21  technical support.  On the maintenance side of

22  things, I -- I do know that Biosense has refused to

23  provide training on it.

24  BY MS. MOSKOWITZ:

25      Q    Biosense has refused to train Mayo

CONFIDENTIAL

Page 124

1   personnel on how to perform maintenance on the

2   CARTO 3?

3        A    Correct.

4        Q    And what are the circumstances of that?

5   I don't understand that.

6        A    Just that.

7             MR. KARPENKO:  Beyond the scope.

8   BY MS. MOSKOWITZ:

9        Q    Is there a contract in place between Mayo

10  and Biosense for Biosense to perform maintenance on

11  the machines?

12       A    Yes.

13            MR. KARPENKO:  Same objection.

14  BY MS. MOSKOWITZ:

15       Q    So setting aside maintenance, has

16  Biosense ever refused to train Mayo personnel on

17  how to self-support on operating the CARTO 3 and

18  the EP procedure?

19            MR. KARPENKO:  Same objection.

20       A    Yeah, I don't -- I don't know the answer

21  to that question.  Not to my knowledge.

22  BY MS. MOSKOWITZ:

23       Q    Not to your knowledge, okay.

24            Has Jacksonville requested any of its

25  employees to be trained by Biosense to self-support

CONFIDENTIAL

Page 125

1    on CARTO 3?

2              MR. KARPENKO:  Objection, beyond the

3    scope.

4        A     Yeah, it's -- not to my knowledge, but I

5    think they're pretty thin on staff, so I don't know

6    that they would have or not.

7    BY MS. MOSKOWITZ:

8        Q     And in terms of the training you were

9    describing, do you know whether that's in-person

10   training or anything about the training?

11       A     I don't know the depth of the training.

12       Q     Do you know -- do you know anything about

13   how the training takes place for a -- by Biosense

14   of Mayo employees so that they can self-support?

15       A     I do not.  I know there's some computer

16   modules, and this is from my -- what I've --

17   knowledge I've acquired.  But computer modules and

18   some on the job, but beyond that, I'm not sure.

19       Q     Has any of the staff who has successfully

20   been trained by Biosense in turn trained other

21   employees?

22       A     I believe so.

23       Q     And if you have a headcount and the

24   staff, it is possible for other clinics within Mayo

25   to be trained to self-support on CARTO 3?

Page 126

1       A    Yes and no.  Yes, until the software

2   changes or there's an upgrade.

3       Q    And then you need to be --

4       A    Or the machine changes, yep.

5       Q    And thus, you just need to be retrained

6   on the new software, in other words?

7       A    Correct.

8       Q    And Biosense is willing to provide that

9   training for free?

10              MR. BERHOLD:  Objection.

11      A    Yeah, I don't know the answer to that

12   question.

13   BY MS. MOSKOWITZ:

14      Q    You don't know one way or the other?

15              MR. KARPENKO:  Beyond the scope.

16   BY MS. MOSKOWITZ:

17      Q    You don't no one way or the other?

18      A    I don't.

19              MR. KARPENKO:  Objection, beyond the

20   scope.

21   BY MS. MOSKOWITZ:

22      Q    Has Mayo's self-support of CARTO 3 at

23   Rochester been successful?

24              MR. BERHOLD:  Objection.

25      A    I guess define "successful."

CONFIDENTIAL

Page 127

1   BY MS. MOSKOWITZ:

2        Q    Is that something that is working?

3             MR. BERHOLD:   Objection.

4        A    I don't know one way or the other if it's

5   working or not.

6   BY MS. MOSKOWITZ:

7        Q    Have you heard that it's not working?

8        A    I have not.

9        Q    Biosense is not contractually obligated

10  to provide clinical support for EP procedures on

11  CARTO 3, right?

12       A    Yeah, I don't know of a contract that has

13  that requirement.

14       Q    Your understanding is that Biosense

15  provides that support voluntarily, right?

16       A    Correct.

17       Q    And that they provide it for free, right?

18       A    Yeah, I have not seen a breakout that

19  shows the charge for training -- or for running the

20  machine.

21       Q    So your understanding sitting here today

22  is that there is no charge by Biosense for its

23  clinical support?

24       A    Yes.

25       Q    Are you aware that -- well, withdrawn.

CONFIDENTIAL

Page 129

1    2017.

2        Q    And you don't know one way or the other

3    whether this was -- whether Biosense's policy was

4    generally understood at Mayo earlier than that?

5            MR. KARPENKO:  Objection, beyond the

6    scope.

7        A    I don't know one way or the other.

8    BY MS. MOSKOWITZ:

9        Q    With respect to the other cardiac mapping

10   systems that Mayo has, Precision and RHYTHMIA, for

11   example, who provides clinical support for -- for

12   those machines?

13       A    To my knowledge, the supplier does.

14       Q    And in the Rochester example, I think you

15   said that Mayo self-supports for Precision but

16   maybe not RHYTHMIA.  Did I remember that correctly?

17       A    That -- that is my understanding.

18       Q    And in terms of when Abbott or Boston

19   Scientific are providing the support, are they also

20   providing that support for free like Biosense does?

21       A    Yes.  There's no line item charge for

22   support.

23       Q    In your experience, has any cardiac

24   mapping system manufacturer ever charged for case

25   coverage or clinical support?

CONFIDENTIAL

                                                    Page 130

1        A    Not to my knowledge.

2        Q    Is it your understanding that case

3    coverage for cardiac mapping systems is a service

4    that's provided as part of the overall product

5    offering for the system itself?

6        A    That's --

7             MR. BERHOLD:  Objection.

8        A    That's my understanding.

9    BY MS. MOSKOWITZ:

10       A    Does Mayo consider the clinical support

11   provided by manufacturers to be a valuable part of

12   the products that are offered by those

13   manufacturers?

14            MR. BERHOLD:  Objection.

15       A    I would say they rely on it.

16   BY MS. MOSKOWITZ:

17       Q    They rely on it where Mayo is determined

18   not to self-support?

19       A    Correct.

20       Q    And does Innovative offer case coverage

21   for its reprocessed catheters?

22       A    No.

23       Q    Has Mayo ever asked Innovative to provide

24   case coverage for its catheters?

25       A    Not to my knowledge.

# EXHIBIT 91

Page 1

1           UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

2               SOUTHERN DIVISION

3   _____

4   INNOVATIVE HEALTH LLC,

5        Plaintiff,              CASE NO.

6   vs.                         8:19-cv-01984-JVS-KES

7   BIOSENSE WEBSTER, INC.,

8        Defendant.

9   _____

10

11          VIDEOTAPE 30(B)(6) DEPOSITION

12              OF MEDLINE RENEWAL

13         AND IN HIS INDIVIDUAL CAPACITY

14           WITNESS: FRANK C. CZAJKA

15             APPEARING REMOTE FROM

16             LIBERTYVILLE, ILLINOIS

17

18             SEPTEMBER 13, 2021

19                9:05 A.M CST

20

21  Reported By:

22  Judith L. Leitz Moran

23  RPR, RSA, CCR-B-2312

24  APPEARING REMOTELY FROM ATLANTA, GEORGIA

25

Page 135

1      Q    All right.  Right.  Right.

2           You understand that Sterilmed is an

3  entity owned by BWI, right?

4      A    Correct.

5      Q    Okay.  So let's put Sterilmed to the

6  side.

7      A    Uh-huh.

8      Q    Do you know one way or the other whether

9  BWI still, in fact, will support cases for Pentaray

10  and Lasso procedures for reprocessed product?

11      A     In very rare instances do I know that

12  they cover cases with reprocessed catheters.

13      Q    But you are aware that in certain

14  instances, BWI does continue to cover cases for

15  reprocessed catheters that are reprocessed by

16  companies other than Sterilmed?

17      A    Rarely.

18      Q    But you're aware that it does occur,

19  correct?

20      A    Yes.

21      Q    All right.  Let's now turn to a new

22  document, and I believe this one has been marked as

23  Exhibit 327.

24           (Deposition Exhibit 327 marked.)

25           MS. FORREST:  And that's Tab 90; is that

Page 136

1    right, Rachel?

2                MS. PELTZER:  Yes, that's correct.

3    BY MS. FORREST:

4        Q    Okay.  So we're going to get to 326, so

5    don't worry about it skipping forward for the

6    moment.

7                Exhibit 327, bears the Bates number

8    Medline_00082448 through 452.

9                And let me know then when you've had a

10   chance to -- to re- -- review it.

11       A    Okay.  So just for clarity, Exhibit 327,

12   skip 326?

13       Q    Correct.  We're going to get back to it,

14   but --

15       A    Yeah, I just had to -- I had to refresh

16   and I wanted to make sure --

17       Q    Yeah.

18       A    -- I'm going to the right place.

19            Okay.  And I'll review this.

20            (Witness reviews document.)

21            Okay.  And do you have the attachment

22   that they reference?

23       Q    I don't.  I -- I don't.

24       A    Okay.

25       Q    I did not -- we've marked the entire,

                                        Page 137

1   what we call, family that we received.

2        A    Okay.  It just -- yeah, it looks like

3   maybe a position from Biosense Webster.  I'm not

4   sure.

5             Okay, I've read it.

6        Q    Okay.  The first question, as we've

7   previously done with Medline documents, is to ask

8   whether or not because of the Medline Bates number

9   at the bottom you understand this to be a document

10  from Medline's files?

11       A    Correct.

12       Q    All right.  And in this document, which

13  is dated April 20th, 2021, Ms. Massen is referring

14  to, in the third paragraph:  We also offer EP

15  education from EP Fundamentals, Ultrasound, all the

16  way to Advanced EP that includes mapping.  If

17  you're ever interested, let me know.  The education

18  is Free to our customers and some courses have

19  CEUs.

20             Do you see that?

21       A    I do.

22       Q    Okay.  Was it your understanding that as

23  of April 20th, 2021, Medline, in fact, offered such

24  training?

25       A    Yes.

Page 138

1        Q    And is that training still available
2    today?
3        A    Yes.
4        Q    Do you know what a CEU is?
5        A    I believe it stands for continuing
6    education unit.
7        Q    All right.  All right.  Let's turn to
8    Exhibit 326 now.
9        A    Okay, let me go back.
10            (Deposition Exhibit 326 marked.)
11   BY MS. FORREST:
12       Q    And 326, I will just state for the record
13   what that document is.  It's a document from Robert
14   Zabel with a Medline address to Matthew Solomon
15   with a Medline address copied to a number of
16   individuals including Mr. Forest and Ms. Massen.
17   And it bears the Bates numbers Medline_00082795
18   through 805.
19       A    Okay, I'm going to review the document.
20       Q    Absolutely.  I'm going to ask you just
21   about what's on the first page, but read all of it
22   if you would like.
23       A    (Witness reviews document.)
24            Okay.
25       Q    Okay.  It's a lot of little individual

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 92

<span style="color:red">REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL</span>

Page 1

1          UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA,

2          SOUTHERN DIVISION

3          CASE NO:  8:19-cv-1984 JVS (KESx)

4

5    INNOVATIVE HEALTH, LLC,

6               Plaintiff,

7    Vs.

8    BIOSENSE WEBSTER, INC.,

9               Defendant.

     _____/

10

11

12

13               Videotaped Zoom Videoconference

                 July 19, 2021

14               9:30 a.m. - 3:15 p.m.

15

16

         VIDEOTAPED ZOOM DEPOSITION OF MATT DAMBECK

17

18

19

20    Taken before MARIA FERNANDEZ, R.P.R., F.P.R.

21    And Notary Public for the State of Florida at Large,

22    pursuant to Notice of Taking Deposition filed in the

23    above cause.

24

25

Page 43

1       A    I sold a service to hospitals.  I did not
2    technically support the products.
3       Q    Okay.  So describe to me what you mean by
4    the service that you sold to hospitals.
5       A    We sold hospitals a reprocessing service to
6    assist their efforts and their fiscal needs of looking
7    for ways to save money.
8       Q    And did you feel that it was necessary to
9    familiarize yourself with the products and the systems
10   that the hospitals -- that you were reprocessing for
11   the hospitals?
12      A    To an extent, yes.
13      Q    Who at Innovative, if anybody, was
14   responsible for understanding the products and the
15   systems with which they were used?
16      A    Our engineering department.
17           MS. GROSSBARD:  Okay.  Rachel, can you
18       please mark Tab 10 as Exhibit 61.
19           Mr. Dambeck, if you can let me know when you
20       have that exhibit up in front of you.
21           MS. PELTZER:  Exhibit 61 has been
22       introduced.
23           THE WITNESS:  I'm looking at Exhibit 61,
24       yes.
25           (Exhibit 61 marked for identification.)

Page 44

1        BY MS. GROSSBARD:

Page 45



Page 46



12    coverage and it being support for the mapping during

13    an electrophysiology procedure.  Do you recall that?

14         A    Yes.

15         Q    Is that sometimes referred to as clinical

16    support?

17         A    It can be, yes.

18         Q    Okay.  Is it sometimes referred to as

19    mapping support?

20         A    It can be, yes.

21         Q    Okay.  When I use the terms, during this

22    deposition, I will be using them as synonyms, case

23    coverage, clinical support, and mapping support, to

24    refer to the work that a technician does to assist a

25    physician creating a 3-D map of the heart, okay?

Page 127

7            MS. GROSSBARD:  Rachel, can you please mark

8       Tab 48 as Exhibit 70.

9            MS. PELTZER:  Exhibit 70 has been

10      introduced.

11           (Exhibit 70 marked for identification.)

12      A    Okay.

13 BY MS. GROSSBARD:

14      Q    Mr. Dambeck, I'll ask you to take a look at

15 this document, which is an e-mail from you to Rick

16 Ferreira, dated May 6, 2020, with several attachments.

17 And let me know if you recognize this document.

18      A    Yes, I do.

19      Q    Can you tell me what the document is?

20      A    It is a marketing document that addresses

21 mapping support and reprocessing.  An aid to assist

22 hospitals when having a discussion.

23      Q    And there are actually multiple attachments

24 to the e-mail.  Are all of the attachments marketing

25 documents to aid in discussions with customers?

Page 128

1          A    The last one looks to be a non-produced

2     marketing aid.  It's on Hackensack's letterhead.

3          Q    And is the last attachment on Hackensack's

4     letterhead the document that you say in the cover

5     e-mail is the Word doc that you edited to reflect that

6     it's coming from Hackensack?

7          A    I do not recall.

8          Q    Do you not recall editing the document to

9     come from Hackensack, is that what you mean?

10         A    I do not know which document I provided

11    input into.

12         Q    So if you'd turn back to the cover e-mail.

13         A    I recall.  Yes.

14         Q    You do.  Okay.

15              And it says, "I took the Word doc and edited

16    to reflect coming from Hackensack."

17              Is there any other document that's attached

18    to this e-mail that -- that that could be referencing?

19         A    I don't know which document is defined as a

20    Word doc.  It does not say it.  It's all PDF.

21         Q    Is there any other document that's from

22    Hackensack to anybody in here?

23         A    Not that I see.

24         Q    Do you believe that that is the document

25    that you edited to reflect it coming from Hackensack,

```
                                                  Page 129
 1      as referenced in your cover e-mail?
 2          A    I do not recall.  I mean...
 3          Q    Do you recall ever drafting, on behalf of
 4      one of your customers, correspondence that would go to
 5      Biosense from the customer?
 6          A    If I was asked for support, yes.
 7          Q    And you don't recall Hackensack asking you
 8      to provide a Word document in support of it in this
 9      situation?
10          A    I recall not being -- not being asked for a
11      Word document, but to solicit an opinion on wording,
12      which could be from this document, specifically the
13      mapping guidance.
14          Q    Okay.  And putting aside the last
15      attachment, which is -- is -- appears to be from
16      Hackensack, are the other attachments to this e-mail
17      sales and marketing aids?
18          A    Yes.
19          Q    And did you use these sales and marketing
20      aids in the ordinary course of your business as VP of
21      sales for Innovative Health?
22          A    I've used marketing documents, yes.  These
23      specific, only when asked.
24          Q    Okay.  The attachment beginning at page 685,
25      if you could turn to that, please, is titled
```

```
                                                     Page 130

 1        "Addressing Mapping Support and Reprocessing,"

 2     correct?

 3          A     Yes.

 4          Q     And it's dated March 27, 2020?

 5          A     Yes.

 6          Q     And what is this document?

 7          A     The document that addresses mapping support

 8     and reprocessing.

 9          Q     How did Innovative use this document?

10          A     If a hospital asked for support, in speaking

11     to Biosense Webster, it was a document that we

12     provided for context.

13          Q     And the document provides some options for a

14     customer; is that correct?

15          A     Correct.

16          Q     If you turn to the page ending in 688.

17          A     Yes.

18          Q     Innovative suggests demanding that Biosense

19     continue to provide mapping support when reprocessed

20     sensor-enabled catheters are used as an option to

21     address mapping support and reprocessing, right?

22          A     Where do you see that?

23          Q     I'm just summarizing, but if you go on page

24     688, on the left-hand side, addressing mapping support

25     and reprocessing.
```

Page 131

1          A    Uh-huh, I see that.

2          Q    Number two.  "Demand that Biosense Webster

3     continues to provide mapping support while expanding

4     into the use of reprocessed sensor-enabled catheters."

5               Do you see that?

6          A    Yes.

7          Q    And this is saying that the customer should

8     demand that Biosense provide mapping support for

9     reprocessed sensor-enabled catheters, correct?

10         A    It suggests that, yes.

11         Q    And in the last bullet on page 688, can you

12    read that into the record, please?

13         A    It says, "Other labs in the country have

14    successfully created this relationship with the

15    vendor."

16         Q    What labs is the slide referring to?

17         A    I do not know.

18         Q    So if you told customers or potential

19    customers that facilities have been successful in

20    receiving clinical support from Biosense for

21    third-party reprocessed sensor-enabled catheters after

22    pushing back on Biosense's policy?

23         A    Repeat the question.

24         Q    Have you told customers, or potential

25    customers, that facilities have been successful in

Page 152



Page 153



Page 154



Page 155



Page 156



Page 157



Page 158

9        Q    What independent mappers would Innovative

10   provide to support cases using Innovative's

11   sensor-enabled Biosense catheters in this situation?

12        A    I don't know.

13        Q    Is this -- is this you in October 2019

14   offering the mapping support program that we looked at

15   in the marketing materials before the lunch break?

16        A    Maybe to a degree.

17        Q    And when you say "maybe to a degree," what

18   do you mean by that qualifier?

19        A    The mapping support program was being

20   defined, and it was not completely spelled out and

21   specific to one specific area.

22        Q    Okay.  So when you sent this e-mail to

23   Mr. Atkinson at West Tennessee in October 2019 --

24   2019, you weren't sure who the independent mappers

25   would be, who Innovative would offer?

Page 159

1          A    Correct.

2          Q    Why is it very difficult to ask clinicians

3     to use another mapper if they have a yearlong

4     relationship with the OEM employee and trust them to

5     provide the highest quality support?

6          A    Because as it's been referred to me, they

7     become very friendly with the representative and don't

8     want to go away from that friendship.

9          Q    And is it friendliness or they're expecting

10    the highest quality support from them, as it says in

11    your e-mail?

12         A    My understanding is the friendship.

13         Q    And then why did you say to West Tennessee

14    that it was the highest quality support that they

15    expect, instead of that they were just friendly with

16    them?

17         A    I don't know.  It's a statement.

18         Q    In the second-to-last paragraph of that

19    e-mail, you state, in the bold:  "This also means that

20    even if it takes an investment to train hospital staff

21    in mapping or utilize an independent mapper, the net

22    result is still better EP lab economics."

23              Do you see that?

24         A    Yes.

25         Q    And is that the same lab economics that we

Page 173



Page 174



Page 175



Page 176





**Page 177**

Page 178



Page 181



Page 182

Page 183





Page 185



Page 186



Page 192

1          Q    Okay.  You didn't discuss it or have a

2     recollection of it yourself, independently?

3          A    I don't know if the exact product that was

4     picked up was shipped, or if like product of current

5     Innovative reprocessed product was sent.  No, I do not

6     recall.

7          Q    Okay.  And on the first page of the exhibit,

8     with the page ending in 367, there's an October 30,

9     2020 e-mail from Rick Ferreira to individuals at St.

10    Luke's, and it copies you.  Do you see that?

11         A    I do.

12         Q    And Mr. Ferreira's assessment is that

13    Innovative was not successful in obtaining the

14    business at St. Luke's and the main reason was the

15    miscommunication with the collection tech, who started

16    collections in advance of any contractual relationship

17    with your facility; is that right?

18         A    That's what it says.  Yes.

19         Q    Okay.  And did you -- did you agree that

20    that was the main reason that Innovative did not

21    obtain a business at St. Luke's?

22         A    That was the impression that I received,

23    yes.

24         Q    Okay.  As vice president of sales at

25    Innovative you worked directly with customers,

```
                                                    Page 193
 1      correct?

 2           A      Uh-hum.  Yes.

 3           Q      Pitching business to customers, potential

 4      customers?

 5           A      Yes.

 6           Q      Okay.  And many of those customers were

 7      individuals, or potential customers, were individuals

 8      in supply chain?

 9           A      Yes.

10           Q      At hospitals or hospital systems?

11           A      Yes.

12           Q      Are you familiar with the term VAT, V-A-T or

13      VAC, V-A-C?

14           A      Yes.

15           Q      And what do those terms stand for?

16           A      V-A-C, value analysis committee.

17                  VAT, value analysis, and I don't know what

18      the T stands for.

19           Q      Team?

20           A      Team.  There you go.

21                  You know the answers.

22           Q      So from your experience are VATs or VACs

23      common in hospitals?

24           A      Yes.

25           Q      And what does a VAT or VAC do?
```

Page 194

1          A     They analyze opportunities and different

2     contracts or opportunities for hospitals and health

3     systems.

4          Q     And to your understanding, do they do that

5     both for devices like the ones you sell or for systems

6     like cardiac mapping systems or ultrasound systems

7     that the hospital might purchase?

8          A     Yes.

9          Q     And based on your experience, VATs or VACs

10     research the systems or devices they purchase before

11     purchasing them?

12          A     Yes.

13          Q     And who typically is on a VAT or VAC at a

14     hospital?

15          A     My understanding is it depends on the

16     make-up, whether it's supply chain, analysis type

17     folks, or clinical type folks.

18          Q     Are there sometimes individuals from both,

19     supply chain and clinical?

20          A     That's my understanding, yes.

21          Q     Okay.  So it's a combo, a combination of

22     those two?

23          A     In some cases, yes.

24          Q     Would you say in most cases?

25          A     It's pretty even.

Page 195

1        Q    Okay.

2        A    Every hospital is different.

3        Q    What types of things does a VAT or VAC

4    consider when making purchasing decisions?

5        A    Clinical quality of the product, pricing,

6    are the two major ones.

7        Q    Okay.  And do you consider the hospitals who

8    purchase from Innovative to be sophisticated

9    customers?

10        A    Yes.

11        Q    Based on your experience with them, do you

12    believe that the hospitals who purchase from

13    Innovative make informed decisions about the systems

14    and devices that they purchase?

15        A    Yes.

16        Q    Would you expect a hospital with whom you

17    worked with at Innovative to consider life cycle costs

18    when making purchasing decisions about cardiac mapping

19    systems and ultrasound systems that they purchase?

20        A    As part of their KPI, sure.

21        Q    And would you expect them to be

22    knowledgeable about the costs of disposables that are

23    used with the systems before they make a purchasing

24    decision?

25        A    I would expect, but it doesn't mean it

```
                                          Page 196
 1      happens.
 2           Q    And would you consider electrophysiology
 3      catheters to be necessary disposables for a cardiac
 4      mapping system?
 5           A    Repeat the question.
 6           Q    Do you consider electrophysiology catheters
 7      to be necessary disposables for a cardiac mapping
 8      system?
 9                MR. BERHOLD:  Objection.
10           A    I do actually not know.
11      BY MS. GROSSBARD:
12           Q    Okay.  Are cardiac or electrophysiology
13      catheters necessary to use with a cardiac mapping
14      system?  I mean, they work with catheters; is that
15      correct?
16                MR. BERHOLD:  Objection.
17           A    To my knowledge, yes.
18      BY MS. GROSSBARD:
19           Q    Okay.  And you would expect a VAT or a VAC
20      making a purchasing decision about a cardiac mapping
21      system to consider catheter purchases before it
22      purchased that system, correct?
23                MR. BERHOLD:  Objection.
24           A    I would think, yes.
25
```

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 93**

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 94

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

Page 1

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

3

4

5     INNOVATIVE HEALTH LLC,

6               Plaintiff,

                                   No.

7          vs.                     8:19-CV-1984 JVS(KESx)

8     BIOSENSE WEBSTER, INC.,

9               Defendant.

      _____/

10

11

12

13

14          VIDEOTAPED DEPOSITION OF AARON DETATE

15               Remote Zoom Proceeding

16                Atlanta, Georgia

17              Friday, July 23, 2021

18

19

20

21

22

23    REPORTED BY:

24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25    Pages 1 - 283                    Job No. 4693858

Page 19

2       Q.  Okay.  You joined Innovative Health as senior

3  director of clinical integration of May -- in May of

4  2021; is that right?

5       A.  That is correct.  That sounds correct.          09:42:02

6       Q.  And can you describe your current role as senior

7  director of clinical integration at Innovative Health?

8       A.  Yeah, absolutely.

9           So my role is to support the sales staff and

10  administration, providing clinical guidance on the use of    09:42:16

11  the devices, going out to facilities, working with

12  administration on new product launches, new account

13  launches, as well as just routinely interfacing with

14  physicians.

15       Q.  To whom do you report at Innovative?              09:42:31

16       A.  My direct report is Rick Ferreira.

17       Q.  And Rick Ferreira is the CEO of Innovative?

18       A.  That's correct.

19       Q.  And do you have any direct reports?

20       A.  I do not.                                          09:42:44

21       Q.  How do you allocate your time with Innovative

22  with your other current jobs?

23       A.  So right now, I am working three days a week for

24  Innovative Health.  That's kind of my standing agreement.

25  If they need me more, then I try to make myself available    09:43:02

Page 20

1    more, when possible.

2            Two days a week, I am scheduled at Torrance

3    Memorial.  And then any consulting that I do is either

4    after hours, for either one of those companies, or I take

5    vacation time to go and do that consulting.            09:43:18

6        Q.  Okay.  Your profile indicates that you also work

7    as a coach for CHART Healthcare Academy; is that correct?

8        A.  That is correct.  I am a certified CHART coach.

9        Q.  And you started doing that in January of 2020?

10       A.  That sounds about right.                        09:43:39

11       Q.  And you're still in that role today?

12       A.  I am.

13       Q.  What are your responsibilities as a coach for

14   CHART?

15       A.  Well, theoretically, because I haven't actually  09:43:50

16   done any coaching for them, but theoretically the

17   coaching would be coaching individuals taking the courses

18   online, interacting with those students, providing

19   support, going over the material, routine weekly

20   check-ins to make sure that they're hitting their        09:44:07

21   benchmarks.  That's what the role of the coach would be.

22       Q.  And what kind of courses are being offered by

23   CHART?

24       A.  They're electrophysiology courses.  More theory,

25   mechanisms of arrhythmias, ECG interpretation, EGGM     09:44:21

Page 29

1   the hospital would want to know what other products we're

2   currently using or what other products are available that

3   would be a competitor to them.

4          And also to -- if the physicians can't make it,

5   I'm also sure to make sure that their message is being       09:54:26

6   brought forward, what are their desires, what are their

7   wishes, and then backward communication as well.  So

8   taking anything the hospital wants to get back to the

9   physicians, so...

10      Q.  Do you recall who was involved for Innovative?       09:54:37

11      A.  I know --

12          MR. BERHOLD:  Objection.

13          (Interruption in proceedings.)

14          THE WITNESS:  I know Jay Farris was there.  I

15   don't know if anyone else was there on that initial call.   09:54:56

16   I know Jay Farris was there.

17      Q.  BY MS. GROSSBARD:  Okay.  So who at Torrance is

18   responsible for decisions regarding purchasing of systems

19   and disposables?

20      A.  Well, ultimately the decision goes probably all      09:55:12

21   the way up to the CFO.  So, you know, new contracts, new

22   pricing, new vendors all get signed off on by that level.

23          I think it's generally started and initiated --

24   so supply chain is the first one to kind of decide if

25   it's something that makes sense for the organization.       09:55:30

Page 30

```
 1    Then they ask for clinical feedback.  I usually

 2    communicate what the physicians' desires or wants are or

 3    if there's any problems or issues with the approach we're

 4    taking.

 5             Then from there, it pretty much goes up the food    09:55:45

 6    chain.  It's director, VP, CFO.  It has to kind of make

 7    it through all those steps.

 8        Q.  And do you think Torrance is a sophisticated

 9    purchaser of EP systems and disposables?

10        A.  Can you clarify in regards to sophisticated?        09:56:01

11        Q.  Sure.

12             Do they do research and investigation and kind

13    of know what they're getting into before they purchase?

14        A.  Absolutely.  So in regards to the technology and

15    then competitors that are out there, I would say yes,      09:56:13

16    they do do a good job of that, and pricing it against

17    other -- other systems, just benchmarking it.

18             Other than that, that's kind of the standard for

19    purchasing, is taking the system, comparing its price to

20    the pricing of other systems, clinically speaking,         09:56:30

21    looking at it, does it provide relevance to the

22    procedure?  Is it something that makes sense?  Does it

23    bring value to the case?  Is it safe?  Those are the

24    kinds of things that are evaluated on the front end.

25             And then if there's consumables involved, what    09:56:46
```

Page 31

1    we do is we look at pricing across the consumables at a

2    line item value.  And then generally what we're looking

3    for is we're looking for savings or at least a neutral --

4    cost neutral kind of thing.

5        Q.  And when you're evaluating the systems, when you    09:57:03

6    say you're looking at competitive systems, you know,

7    what's on offer, are you also considering the consumables

8    for those systems at the same time when you're making

9    that decision?

10       A.  So sometimes yes, sometimes no.  So it depends    09:57:17

11   on -- in a lot of cases the consumables in the EP space,

12   some of them cross systems.  So for instance, diagnostic

13   catheters can be used across systems.  In a lot of cases,

14   you're using multiple vendors' diagnostic catheters in a

15   procedure.  So some of these consumables get kind of    09:57:40

16   blurry.

17           But what we generally look at is we generally

18   look at the things that are locked into the system.  So,

19   for instance, when we're comparing pricing, we would look

20   at the cost of the patch units, which are specific to    09:57:54

21   systems.  You can't cross those.  Ablation catheters, we

22   look at that price compared to the competitors' ablation

23   catheters or the other system's ablation catheters,

24   things like that.

25       Q.  How about 3D or -- strike that.    09:58:09

```
                                                           Page 32

 1           How about mapping catheters; do those cross

 2    across the systems?

 3       A.   I'm assuming that you're talking about

 4    sensor-enabled catheters, things that are specific to the

 5    systems; is that correct?                           09:58:25

 6       Q.   So actually maybe you should describe the terms

 7    that you all use, and that might be more helpful.

 8       A.   Yeah.

 9       Q.   So what kinds of catheters do 3D mapping on

10    cardiac mapping systems?                             09:58:39

11       A.   Okay.  So the catheters that do 3D mapping on

12    Biosense is specific to nav-enabled catheters.  On

13    Precision, we can 3D map with any catheter.  It's not

14    specific to just sensor-enabled contacts.  They do have

15    some sensor-enabled catheters, but you don't have to use  09:58:56

16    those.  You can map with any catheter that you place in

17    the body, whether it's Abbott or Boston Scientific or

18    Biosense Webster, you can map with any catheter.

19           For Boston Scientific's mapping system, you have

20    to use one of their sensor-enabled catheters, which is    09:59:13

21    either an ablation catheter or an Orion catheter.

22           So it gets very blurry when you start to compare

23    them across systems because not all systems have the same

24    characteristics.  But if we're talking specifically to

25    Biosense, the CARTO 3 system, then it would have to be    09:59:30
```

Page 33

1    sensor-enabled catheters.

2        Q.  Okay.  And those are sensor-enabled catheters

3    that are Biosense sensor-enabled catheters; is that

4    right?

5        A.  Correct.  Only Biosense sensor-enabled          09:59:40

6    catheters.

7        Q.  And for the Boston Scientific cardiac mapping

8    system, in order to map, you need to use a Boston

9    Scientific mapping catheter; is that correct?

10       A.  That is correct.                                 09:59:52

11       Q.  And for the Abbott Precision system, you can map

12   with anyone's catheter; is that correct?

13       A.  That is correct.

14       Q.  And are there -- is that true for both

15   impedance-based mapping and magnetic field-based mapping  10:00:09

16   or no?

17       A.  That is not correct.  So impedance field-based

18   mapping can be used -- done with any catheter.  But it

19   also builds the geometry.  The three-dimensional geometry

20   is built that way as well.                               10:00:22

21           If you're using magnetic field-based mapping,

22   then you have to use one of Abbott's sensor-enabled

23   catheters.

24       Q.  So in other words, there's some portion of the

25   mapping on the Abbott system that actually you have to    10:00:36

Page 36

1      Q.   Okay.

2      A.   -- of that, yeah.

3      Q.   Okay.

4           MS. GROSSBARD:  Kathleen, can you mark tab 3 as



10:04:22



Page 38



23    Q.  Are you familiar with the term "work flows"?

24    A.  I am.

25    Q.  And what does that mean to you in an EP lab?    10:06:55

Page 39

```
 1        A.   Generally it means the steps and the processes

 2    that involve, you know, completing a procedure.

 3    Everything from patient arrival time to patient leaving

 4    time.

 5            So work flows to me would be the flow of the      10:07:10

 6    work and the people that are doing it within the

 7    procedure.

 8        Q.   Okay.  And "training pilot accounts for

 9    implementing educational programs."

10            What does that refer to?                          10:07:23

11        A.   I think it refers to the concept of training

12    hospitals regard -- whether it be just an EP background,

13    bringing hospitals up to speed so they could become

14    stronger in EP.  I think ultimately with the -- they

15    thought ultimately with the goal of potentially training 10:07:40

16    mapping people within the hospital.

17        Q.   And that would be for hospital employees to be

18    able to map using a cardiac mapping system?

19        A.   Yes.  That's kind of what it sounds like here.

20    That's what I would -- I would guess, so...              10:07:59

21        Q.   Is that what you understood them to be referring

22    to in your consulting agreement?

23        A.   Yeah.  Sure, I mean, that was definitely

24    something that was discussed.  It was also discussed that

25    in general, hospitals lacked true foundation EP training, 10:08:12
```

Page 40

1    that before, you know, ever getting to that point, that

2    you would have to provide more education in order to

3    bolster the knowledge within the lab.

4         Q.  And you made -- your consulting fee was a

5    hundred dollars an hour; is that right?                    10:08:31

6         A.  I believe so.  It should be on here; right?

7    That sound right.  That sounds reasonable.  So -- I don't

8    see it actually listed here, though.

9         Q.  At Section 3.1?

10        A.  Oh.  Yeah, so it is.  Yeah, a hundred dollars     10:08:54

11   per hour.

12        Q.  Okay.  And under Section 3.2 refers to

13   submitting reports regarding the nature and extent of the

14   consulting services performed each month.

15            Did you submit reports every month on the work   10:09:16

16   that you performed?

17        A.  Yeah, I would say not every month that --

18   because I wasn't working for them every month, but on the

19   months that work was done, then that was generally

20   submitted either in email format or through an invoice.   10:09:30

21   Sometimes the work was just simply, you know, phone calls

22   and so the invoice pretty much covered the extent of

23   that.

24        Q.  Okay.  And do you know whether these reports

25   that you provided to Innovative have been produced in     10:09:42

Page 41

1     this litigation?

2          A.  I have no idea.

3               MS. GROSSBARD:  Okay.  And Counsel, I'd just ask

4     to the extent that those reports haven't been produced,

5     that they be produced.                                10:09:52

6               MR. BERHOLD:  Well, I'll address that after the

7     deposition.

8          Q.  BY MS. GROSSBARD:  So in part, Innovative

9     retained you as a consultant to develop and implement

10    training programs at hospitals that might want to start  10:10:14

11    their own mapping support for EP procedures; is that

12    right?

13         A.  Yes, that was discussed.

14         Q.  And at Torrance, you map EP procedures without

15    OEM support; is that right?                           10:10:27

16         A.  Correct.

17         Q.  And are -- others in your lab also map EP

18    procedures without OEM support?

19         A.  Yes, we have other individuals in the lab that

20    do that.                                              10:10:39

21         Q.  Okay.  And because Torrance has this capability,

22    you were able to provide insight into how it might be

23    feasible for other hospitals to do that as well; is that

24    correct?

25         A.  Correct, as well as the -- I'd say barriers to  10:10:54

Page 42

1    achieving that as well, so...

2         Q.  And the second -- I'm sorry?

3         A.  I'm sorry.  Go ahead.

4              I was going to say in a lot of the consulting I

5    did for them and the communication with other hospitals,    10:11:11

6    it was -- some of it was just visiting sites or talking

7    administration about the commitment that was involved in

8    taking something like this some on.

9              So on the surface, it seems like something

10   that's very simple, but in actuality and in practice,    10:11:23

11   it's something that's quite challenging, so...

12        Q.  And some hospitals aren't willing to take the

13   time and investment to do what Torrance has done; is that

14   right?

15        A.  I would say yeah.  I mean, that's one thing.    10:11:36

16   Other things is they just don't have the resources

17   available.

18        Q.  Did you have the resources available when you

19   started at Torrance or did you have to build them?

20        A.  We had to build them.    10:11:47

                                                        Page 82

1    my W-2s to try to, you know, kind of get a time frame,

2    and I don't think I have any payment for that company.

3    Because I was actually contracted through a third-party

4    company called Kelly Services, who did all of the

5    per-diem contracting for Biosense.                   11:04:50

6          And so I looked back through my tax history, and

7    I don't -- I don't think I had anything, any payments

8    from Kelly Services for 2006 or '17.  I don't even know

9    if I even had it for '15, to be honest with you.

10         But I think it was a two-year time period,        11:05:05

11   really, that I was doing per-diem work for Biosense.  And

12   in that time period, I never received any paperwork that

13   I needed to sign regarding Biosense's case coverage

14   policy.

15         Q.  So you think from 2012 to 2014, you were      11:05:18

16   actually doing work for Biosense as a per diem, and in

17   that time period, you weren't trained on a clinical

18   support policy; is that correct?

19         A.  That is correct.  That is correct.

20         Q.  So your résumé is not quite accurate with     11:05:30

21   respect to the length of time you were per-diem at

22   Biosense; is that right?

23         A.  That résumé may not be accurate at that time.

24   So I don't know that there was a clear date where I was

25   like no longer working for them.  I know that because of  11:05:42

Page 83

```
 1    the way the work was, which was hourly, I know that I

 2    didn't work any Biosense cases from this period to this

 3    period.  I wasn't given like a notice that you're no

 4    longer available.

 5           I know that I was still getting requests for      11:05:57

 6    coverage, text messages from clinical account

 7    specialists, '15, '16, I was still -- they were still

 8    calling me to see if I could help them, but at that time

 9    I just -- I had no interest in doing it, and I pretty

10    much told them I wasn't available for any of that, so... 11:06:15

11       Q.  Okay.  So in the -- how did you become a

12    per-diem mapper for Biosense?

13       A.  I was approached by someone from Biosense

14    Webster who said that they had a need.  They were very

15    short on clinical coverage, they needed some help.  They  11:06:28

16    were people who were familiar with me, had worked with

17    me, seen me do cases, and they felt like I would be a

18    good fit for that role.  And so they really -- they kind

19    of approached me on that.

20       Q.  And you were working at Torrance Memorial        11:06:43

21    Hospital at the time they approached you; is that right?

22       A.  That is correct.

23       Q.  And you already knew how to map cases on CARTO 3

24    at the time?

25       A.  I did.  So when the CARTO 3 system was launched   11:06:55
```

Page 84

1    at Torrance, the model that was being employed by

2    Biosense at that time was to train staff.  We were told,

3    at the time the CARTO 3 system was installed at Torrance,

4    that their clinical support was limited and that they did

5    not have enough people to support the number of systems        11:07:13

6    that were going in, and that their model was to come in

7    and train the hospital staff to do that.

8          Q.  And so did Biosense do that, train the hospital

9    staff at Torrance on CARTO 3?

10         A.  They did, absolutely.                                 11:07:26

11         Q.  And did they do that for free?

12         A.  I'm sure -- so I guess the "free," was there a

13   separate line item charge for the training, the answer is

14   no.  But when you buy a quarter-of-a-million-dollar

15   mapping system, I'm sure that cost is buried in there        11:07:41

16   somewhere, so...

17         Q.  Do you think that the cost is buried in the

18   catheter disposables that go with that cardiac mapping as

19   well or just the cardiac mapping system?

20         A.  I believe the cost is buried in the capital of      11:07:54

21   the cardiac mapping system, so...

22         Q.  Why do you think that?  What's the basis for

23   that belief?

24         A.  Because the catheters that we purchase

25   independently, if we buy a catheter that's non-sensor       11:08:02

Page 92

1    Hollywood, and from West Hollywood back to Orange County

2    in a in day, and each time I went to one of those

3    accounts, I would show up, and the case would cancel.

4          So I spent an entire day on the freeway and

5    didn't like actually support a case.                    11:31:18

6        Q.  Okay.  Okay.

7          Going back to your work at Torrance, how are the

8    Torrance technicians trained to map?  Do you train them?

9        A.  It's generally me.  Sometimes a combination of

10   Biosense trainers as well.  So generally speaking, I     11:31:39

11   trained -- do most of the training with them, and then

12   sometimes either because of coverage or whatever, if I

13   have to bring in a Biosense trainer to go over stuff with

14   them or if we're going to use a non-reprocessed mapping

15   catheter, then I make sure that whichever clinical        11:31:57

16   support person is there is training my staff member,

17   so...

18       Q.  And Biosense does that without an additional

19   charge?

20       A.  They don't ask for any additional charge, no.    11:32:11

21       Q.  And they don't -- your mappers don't need to

22   participate in a formal training program that -- for

23   clinical account specialists at Biosense in order to

24   learn to map on CARTO 3; right?

25       A.  Not -- they do not go through the formal          11:32:32

Page 93



Page 94



11:35:12



Page 120

1    them back.

2          So the model of purchasing reprocessed catheters

3    can be different across companies, and I know it's

4    different for SterilMed and it's different for Stryker.

5    But the way Innovative handles it is they have a          12:07:30

6    warehouse full of reprocessed devices, and they fill

7    those based upon orders.

8          And so if they have inventory and I have an

9    order, they're going to fill it.  So it seems like they

10   have enough inventory to fill that order.               12:07:44

11      Q.  Okay.  So you said that -- that at Torrance,

12   you're able to switch between the three EP systems;

13   right?

14      A.  That's correct.

15      Q.  And all three systems can be used for EP studies   12:08:10

16   and procedures?

17      A.  That's correct.

18      Q.  And can they all be used for the same EP studies

19   and procedures?

20      A.  You mean at the same time or do you mean --        12:08:20

21      Q.  No.  I mean, are there like kinds of procedures

22   that, oh, no, that's -- you can only do that on CARTO 3,

23   you can only do that on Abbott's Precision?

24      A.  No, that's not true.  They all can function for

25   any type of ablation procedure based on -- inde- --       12:08:36

Page 121

1      sorry, independent of arrhythmia, so...

2          Q.   Okay.  And all those cardiac mapping systems

3      compete with one another; is that fair?

4          A.   Oh, yeah, they're competitors.

5          Q.   Are there other EP mapping systems as well that    12:08:54

6      we haven't discussed?  For example, are you familiar with

7      Acutus?  Does it make a cardiac mapping system?

8          A.   It does.  So does EPD, which is a Philips

9      company, and there's a couple other that are starting up

10     that are outside and inside the United States, so...    12:09:12

11         Q.   Okay.  So it's a growing field, so to speak?

12         A.   Seems like it, yeah.

13         Q.   And are new technologies coming out with these

14     new cardiac mapping systems?

15         A.   Well, the systems themselves are new technology;    12:09:26

16     right?

17         Q.   Well, I -- you may have a different view of

18     what's a new technology versus I do.  So I mean, the

19     three systems that are available do the same thing, but

20     are these new systems at least billing themselves as    12:09:37

21     offering something additional, better, different?

22         A.   Well, I think that the three systems that are

23     available all believe that they do what they do better

24     than the other systems.  I mean, that's the point of

25     their marketing and their sales material; right?    12:09:51

Page 122

1          That's why Biosense thinks that it's better than

2     Precision and why Abbott thinks it's better than all the

3     others.  I mean, I think they all think that.

4          So now is it the way that they map different or

5     similar?  They are different and similar.  There's          12:10:06

6     similarities and differences across all of the mapping

7     systems.  Acutus is a non-contact mapping system, but

8     that's not new technology.  Abbott has that as well.

9          EPD might be the one that's truly different than

10    the other ones in the fact that it's -- the basic          12:10:23

11    fundamental way that it collects the data is a little bit

12    different and it's more of a visual representation.

13          But, you know, all the systems build

14    three-dimensional anatomy and activation.  So I don't

15    know that there's anything that's being introduced that's  12:10:40

16    truly, you know, new technology.

17         Q.  Okay.  And you said EPD.  That's a Philips

18    cardiac mapping system?

19         A.  Correct.

20         Q.  Is it also called KODEX?  That's the name I've    12:10:51

21    heard.

22         A.  Yeah.

23         Q.  Can Biosense mapping catheters be used to map on

24    Acutus' system?

25         A.  I don't know the answer to that question.         12:11:03

Page 123

1    That's something you'll have to ask Acutus.

2        Q.  And is Acutus' system called AcQMap?

3        A.  I believe that's the name of it.  I'm not

4    100 percent sure, but I believe that might be the name of

5    it.                                                12:11:21

6        Q.  And have you -- have you ever used that system?

7        A.  I have not used it myself, no.  I have seen it,

8    but I have not used it.

9        Q.  And have you used the Philips KODEX system?

10       A.  I have not personally used it.  Again, I've seen    12:11:31

11   it, but I have not used it.

12       Q.  And have they pitched business to Torrance

13   Memorial Hospital?

14       A.  Both of them have, yes.

15       Q.  And have you considered purchasing a system?    12:11:42

16       A.  Torrance is considering an eval of Acutus, but

17   we're a long ways away from considering purchasing.

18           MS. GROSSBARD:  Okay.  Kathleen, can you mark

19   tab 20 as Exhibit 87.

20           (Exhibit 87, Email from Lars Thording to Mike    12:12:09

21           Palazzolo, 06/18/20, IH00272951 056092 - 958,

22           marked for identification by counsel

23           electronically.)

24           THE WITNESS:  Sorry, guys.  One second.  I have

25   to plug in my laptop.  It got unplugged for some reason.    12:12:16

Page 129



12:20:01

Page 130

10      Q.  Can you describe to me the categories of the      12:20:25

11   electrophysiology catheters that are used with cardiac

12   mapping systems?  And what I mean just to -- you can tell

13   me I've got my terms wrong, but to let you know what I

14   have in mind, like diagnostic or ultrasound or mapping.

15   How do you phrase the categories in your work?      12:20:41

16      A.  Okay.  So diagnostic catheters in general would

17   be electrophysiology catheters that have electrodes on

18   them, that do not have any special sensors in them.

19   That's what I would consider to be a diagnostic catheter,

20   okay?      12:21:06

21      Q.  Okay.

22      A.  Ultrasound catheters would be, in my opinion,

23   all ultrasound catheters, regardless of sensors or no

24   sensors.  If it's an ultrasound catheter, then it's an

25   ultrasound catheter.      12:21:21

                                                                    Page 131

1              For me, mapping catheters I think -- and I think

2    mapping catheters has two distinct buckets.  I think that

3    there's mapping catheters, which are designed to take a

4    lot of points at one time; right?  So these are some

5    catheters that fill the entire chamber.                    12:21:38

6              So I don't know if you're familiar with Topara,

7    but Topara has a basket catheter that fills the entire

8    chamber or the entire atrium, and it collects data from

9    it all at once, and that is a mapping catheter, in my

10   opinion.                                                   12:21:52

11             And then sensor-enabled mapping catheters are

12   their own bucket.  And these are mapping catheters that

13   are designed to take a lot of points at one time but are

14   sensor enabled.

15        Q.  And what -- is a sensor-enabled catheter --       12:22:08

16   mapping catheter doing that a regular mapping catheter is

17   not?

18        A.  It is merely being tracked through sensor -- the

19   sensor catheter.  So that's, in my opinion, the only

20   difference.                                                12:22:25

21        Q.  So its location is being tracked; is that fair?

22        A.  Correct, correct.

23        Q.  Do you distinguish between high-density mapping

24   catheters and other kinds of mapping catheters, or is

25   that not terminology you use?                              12:22:40

```
                                                    Page 132
 1        A.   I think you can use that terminology, but I

 2    think that when you -- when you start to use that

 3    terminology, one -- one company's definition of a

 4    high-density mapping catheter is different than

 5    another's; right?                               12:22:51

 6            So I've heard that acronym apply to mainly three

 7    catheters; right?  Which is the PENTARAY, the HD Grid,

 8    and the Orion catheter.  And I'll tell you that the Orion

 9    has 64 electrodes on it, the PENTARAY has 20, and the HD

10    Grid has 22 or 23 or something like that.       12:23:12

11            So there's a big difference between 64 points

12    being collected at once and 20 points being collected at

13    once, but in the industry, people tend to blur those back

14    and forth.

15            So I don't know.  I feel like that term maybe    12:23:24

16    isn't the best term, but that's my personal opinion of

17    that.

18            So but I believe that those catheters were all

19    specifically designed for the systems that they are

20    manufactured for to do what people refer to as   12:23:34

21    high-density mapping, which is collection of a lot of

22    points and to build up the map.

23        Q.   Okay.  And the PENTARAY is a Biosense catheter,

24    the HD Grid is an Abbott catheter, and the Orion is a

25    Boston Scientific catheter; is that right?      12:23:54
```

Page 133

1          A.  Correct.

2          Q.  And what are some -- are they all

3     sensor-enabled, those three or?

4          A.  They are.

5          Q.  Okay.  And what other sensor-enabled catheters      12:24:04

6     are there?

7          A.  Ablation catheters are -- some of them are

8     sensor enabled for the companies.  The SOUNDSTAR is a

9     sensor-enabled catheter.  Biosense Webster has a DECANAV

10    that's a sensor-enabled catheter.  Abbott has the Advisor      12:24:22

11    LASSOS that are sensor-enabled catheters.  Biosense has

12    an ESOPHASTAR catheter that has a sensor in it that just

13    goes down the patient's esophagus.  Doesn't even go in

14    the heart.

15          Let me think.  What else?      12:24:43

16          Q.  How about if we stick to mapping catheters that

17    are sensor enabled.  Are -- is the Advisor LASSO a

18    mapping -- a sensor-enabled mapping catheter?

19          A.  I mean, yes, it is -- so yes, it's a mapping

20    catheter.  You can take points with it.  It's a      12:24:59

21    sensor-enabled catheter.  For that system, it's a

22    sensor-enabled mapping catheter.

23          Q.  And how about LASSO?

24          A.  The normal LASSO?

25          Q.  The Biosense LASSO.  Sorry.      12:25:10

Page 134

```
1        A.   The LASSO NAV is --

2        Q.   Okay.   The LASSO NAV.

3        A.   But the non-LASSO is not.

4        Q.   And that's a Biosense LASSO NAV as opposed to an

5   Abbott Advisor; correct?                              12:25:23

6        A.   Correct.

7        Q.   Okay.   And the Biosense DECANAV is -- what

8   category is that in?

9        A.   It's a mapping catheter as well.

10       Q.   And what other mapping catheters are there that   12:25:32

11   we haven't discussed so far?

12       A.   So I think for the purposes of this

13   conversation, you know, I consider myself pretty well

14   versed in all catheters out there, but I mean, I think I

15   don't know of any others, but there could be others, you   12:25:54

16   know.

17       Q.   Okay.

18       A.   I think that the ones that I'm familiar with are

19   the ones that we've mentioned here.

20       Q.   And do all of those compete with one another?   12:26:04

21       A.   In regards?

22            MR. BERHOLD:   Objection.

23       Q.   BY MS. GROSSBARD:   To -- mapping catheters that

24   you could use to perform EP procedures.

25       A.   Right.                                         12:26:19
```

```
                                                            Page 135
 1         Q.  Do they all have the same functionality?

 2         A.  Yeah, so the interesting thing about all of

 3    those catheters that you mentioned is they're all

 4    proprietary to their systems.  So the fact that if you're

 5    talking about competing, then, you know, a PENTARAY would   12:26:31

 6    be compared to like an HD Grid; right?  But the shape is

 7    different.  The design is different.  You can't use one

 8    with the other system.  They're all proprietary to the

 9    systems that they're on.  So I guess you could bucket

10    them as competitors, yes.                                   12:26:50

11         Q.  But they would be competing more at the system

12    level, like I'm going to -- you know, I'm going to do EP

13    mapping on this system that I have, and if I want to use

14    a competitor, I'll map it on this system; is that fair?

15         A.  Correct.  Yeah, I think that the system --         12:27:03

16    because they're proprietary to the systems, it's almost

17    like the systems are competing really more; right?

18         Q.  Okay.  And ultrasound catheters, they are used

19    to visualize the anatomy and blood flow in the heart; is

20    that accurate?                                              12:27:25

21         A.  Sure.  I mean, an ultrasound catheter looks

22    at -- you know, takes an image of whatever you point it

23    against.  But in our purposes, when we use them in cases,

24    then we're generally looking at the heart, and they're

25    looking at the -- the blood flow is definitely something   12:27:42
```

```
                                                            Page 145
 1    bit to pull SOUNDSTARs sometimes.  So I know that we have

 2    been pulling more SOUNDSTARs frequently -- more

 3    frequently in the last year or so.

 4            So like I said, but at that time that we -- that

 5    video was made, that was the discussion that had been had    12:39:02

 6    with our physicians, was we were only pulling SOUNDSTARs

 7    when we thought it would really contribute to the case.

 8    Q.  BY MS. GROSSBARD:  Okay.  And as part of your

 9    consulting work for Innovative, you've recommended that

10    hospitals move away from SOUNDSTAR to AccuNav; right?       12:39:15

11    A.  I've recommended that they have discussion with

12    their doctors and determine if it's clinically needed in

13    the case.  That's my recommendation.

14            MS. GROSSBARD:  Why don't we take a look at the

15    video beginning at 12-47.                                   12:39:36

16            (Video played.)

17            THE WITNESS:  Currently in our lab, we have

18    three mapping systems:  We have a CARTO 3 unit, we have a

19    St. Jude Precision unit, and we have a Boston Scientific

20    RHYTHMIA unit.                                              12:40:13

21            And utilization of those units, I would say that

22    Boston Scientific has a 40 percent market share, St. Jude

23    has a 30 percent market share -- probably more -- closer

24    to a 40 percent market share, actually, and CARTO is

25    about a 20 percent market share in our lab.                 12:40:32
```

Page 146

1           We have three systems in our lab as a way to

2     bring in new technology for our physicians.  We want to

3     give the physicians and the patients access to all levels

4     of technology.

5           We also use it as a way to control costs.  It          12:40:47

6     allows us to be flexible in how we use our spending, what

7     catheters we pull, what patients we use the systems on,

8     how we can move market share and contract negotiations.

9     It allows us a lot of flexibility, actually, when it

10    comes to controlling costs.  And we've been pretty          12:41:10

11    effective at doing that.

12           (Video ends.)

13        Q.  BY MS. GROSSBARD:  Is that still accurate?  At

14    Torrance, is it about 20 percent CARTO, 40 percent

15    Abbott, and 40 percent RHYTHMIA?                            12:41:24

16        A.  I think that the RHYTHMIA market share has

17    probably increased significantly.  I think it's probably

18    still about 20 percent.  CARTO, maybe 20 percent.

19    Abbott -- and these are all just -- you know, I would

20    have to run some numbers to really tell you exactly, but    12:41:40

21    the Boston market share has increased significantly in

22    our lab.

23        Q.  And when you were --

24        A.  So probably closer to a 60 percent market share

25    for RHYTHMIA.                                               12:41:56

```
                                                        Page 147
 1        Q.  And when you were talking about the -- having

 2   multiple systems and helping you control costs, that's

 3   something we already discussed; right?  That -- you can

 4   switch between systems as a way of controlling costs.

 5   So, for example, catheters on one system is a better        12:42:16

 6   price for you; is that right?

 7        A.  Correct.

 8            MR. BERHOLD:  Objection.

 9            THE WITNESS:  I also think that there's another

10   component to that that we didn't discuss, which is the      12:42:24

11   ability to look at the specific cases you're doing and

12   pick the system that's probably the most appropriate for

13   that case.

14            So in some instances, if you're doing -- if we

15   were doing an afib case and we knew it was just going to    12:42:43

16   be a cryo case and we weren't going to do anything else

17   with that, then some of our doctors might choose to

18   Abbott for that for a couple of reasons.

19            First one is work flows much easier.  It's a

20   more open system.  We can map with any of those            12:43:01

21   catheters.  So we can start collecting geometry with the

22   catheter that comes in through the cryo system.  We don't

23   have to pull a sensor-enabled catheter for it, and we're

24   able to get in and out quickly and control the cost that

25   way.                                                        12:43:08
```

Page 148

```
 1            So some of it is case mix, also.  So you're

 2    looking at the case mix, so the type of cases that you're

 3    doing, so...

 4            But that decision is made by the physicians,

 5    ultimately.                                        12:43:34

 6        Q.  BY MS. GROSSBARD:  If a hospital wants to employ

 7    their own technicians to map EP procedures, where can

 8    they find the technicians who might be appropriate to be

 9    trained to do that?

10        A.  I don't know that I can speak to everybody.  I    12:43:48

11    can talk about where I found the people that I've hired

12    and I trained.

13            I looked at specifically programs that were

14    doing a significant amount of didactic research.  So

15    there's a couple of EP training programs out there.  Loma  12:44:05

16    Linda has one.  There's one on the East Coast in

17    Washington, DC.  There's one -- I want to say if the

18    South somewhere.  I don't remember exactly where it's

19    located.

20            But those are the kinds of places I would go to,   12:44:19

21    a place that has a fundamental background in teaching the

22    didactic portion of EP learning; right?  So the

23    mechanisms involved, the pathophysiology associated with

24    arrhythmias, the anatomy.

25            Once they have that fundamental understanding,     12:44:39
```



Page 156



Page 157



Page 158



Page 159



Page 160



Page 165



Page 166



Page 167

Page 217



Page 218





Page 248



Page 249

Page 250



Page 251



Page 266

Page 267



Page 268



Page 269



Page 270

Page 276



<span style="color:red">REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL</span>

# EXHIBIT 95

Page 1

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3        SOUTHERN DIVISION

4        _____

5    INNOVATIVE HEALTH, LLC,      |
                                  |
6            Plaintiff,           |
                                  |
7    vs.                          |        Case No.
                                  |    8:19-cv-1984 JVS-KES
8    BIOSENSE WEBSTER, INC.,      |
                                  |
9            Defendant.           |
                                  |
10       _____

11       REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
                 INNOVATIVE HEALTH, LLC

12

         by and through their corporate representative
13                   DAVID DISTEL

14       both in his personal and corporate capacity

15

16    DATE:       July 29, 2021

17    TIME:       8:28 a.m. (Central)

18    PLACE:      Veritext Virtual Videoconference

19

20

21

22

23

24    JOB NO.:       NY 4693878

      PAGES:         1 to 269

25    REPORTED BY:   Merilee Johnson, RDR, CRR, CRC, RSA

Page 108

1          Q.    Do you believe that some of the technical

2     advances in EP mapping generally have led to

3     positive patient outcomes?

4          A.    Yes.

5          Q.    Do you believe that if there was no EP --

6     ability to do EP mapping, there would be at least

7     some patients who could have died?

8          A.    Yes.

9          Q.    And the same thing is true for ultrasound,

10    that if there were not EP ultrasound capabilities,

11    that there are -- there's a possibility that some

12    patients who benefitted from those services would

13    not have done well?

14         A.    Yes.   It definitely brings a level of

15    safety to the procedure.

16         Q.    All right.   And do you believe that there

17    have been some positive advances in EP mapping

18    technologies over the last decade?

19         A.    Yes.

20         Q.    And do you believe that there have been

21    positive developments in the EP mapping

22    technologies that Biosense Webster has put into the

23    marketplace in the last decade?

24         A.    Yes.

25         Q.    Do you believe that there have been

                                              Page 109

1      positive aspects of the mapping technologies that

2      Boston Scientific has put into the marketplace over

3      the last decade?

4           A.   Yes, although I can't speak to it with any

5      kind of firsthand certainty.

6           Q.   All right.  And in terms of Abbott -- the

7      Abbott St. Jude mapping technology, do you believe

8      that over the last decade there have been some

9      positive developments to the increases in

10     technology there?

11          A.   Yes.

12          Q.   All right.  Turn, if you would, to the

13     Bates-numbered page on Exhibit 130 that ends in

14     -655.  And it says Devices Offered.

15          A.   Yep.

16          Q.   And do you see there's a column that says

17     "Innovative Health" with some Xs, "Stryker" with

18     some Xs, and "Sterilmed" with some Xs?

19          A.   Yes.

20          Q.   Is it your understanding that the Xs relate

21     to 510(k) approvals for the reprocessing of these

22     products that are indicated in the words to the

23     left of them?

24          A.   My understanding would be a 510(k) and

25     actually being offered.

Page 110

1        Q.   So not only would there be a 510(k), but

2     that there actually is reprocessing of that device

3     occurring?

4        A.   Correct.

5        Q.   So there could be a 510(k), for instance,

6     where you had a 510(k) but for whatever reason

7     decided not to reprocess the device for some period

8     of time?

9        A.   Correct.

10       Q.   Okay.  Let's take a look at the DUC/ICE

11    group of catheters first.

12            What does "DUC" stand for?

13       A.   It's a term, diagnostic ultrasound

14    catheter.  It's used -- it's certainly used in some

15    circles.  Within the EP lab, you're going to see it

16    referred to as ICE, intracardiac echo.

17       Q.   And there's a group of DUC/ICE catheters

18    listed:  the AcuNav, SoundStar, and ViewFlex.

19            Do you see those?

20       A.   I do.

21       Q.   And do those compete with one another?

22       A.   They do.

23       Q.   And below that, it says Mapping.  And

24    there's a LASSO, Advisor FL, DecaNav, and PentaRay.

25            Do you see that?

Page 111

1      A.    I do.

2      Q.    Are those competing mapping catheters?

3      A.    They are.

4      Q.    All right.

5      A.    Well, they're competing, but they each also

6   can have their own unique reasons a physician may

7   choose them.

8      Q.    Going back to the physician preference that

9   we talked about before?

Page 146

1    opposed to products in the OR and on the floor.

2    That's not something that we've chosen to pursue

3    because we believe we can deliver the most value to

4    the institution by focusing on a narrower segment

5    of the market with deeper penetration.

6        Q.   And these are, in fact, some of the

7    higher-priced and more technologically

8    sophisticated products, correct?

9        A.   Yes.

10       Q.   And do you view these points of

11   differentiation that we've discussed so far as

12   successful, from time to time, in landing business

13   when you are competing against Stryker and

14   Sterilmed?

15       A.   From time to time.

16       Q.   And do you think the points of

17   differentiation are important to your ability to

18   win clients?

19       A.   I think the points of differentiation give

20   us more arrows in our quiver, in that there's not

21   one perfect model to win every client.

22       Q.   Okay.  Now, let's talk for a moment about

23   when Innovative reprocesses a catheter.

24            You're aware -- aren't you? -- that when

25   Innovative reprocesses a catheter, it becomes the

Page 147

1      manufacturer of that catheter, correct?

2                      MR. BERHOLD:  Objection.

3              You can answer.

4      A.    Yeah.  Under the FDA definition, that is in

5      the language.  Because on the barcode on the box,

6      we have to put our G10.  So the G10 is the global

7      trade identifier number, which is a taxonomy of

8      numbers that gives you manufacturer, product, name

9      of product, so on -- serial number.

10             So if you scan our G10, it's Innovative

11     Health.  If you look at the box, it's still an OM

12     device that we have reprocessed.

13     Q.    Right.

14             And you would agree that once Innovative

15     Health has reprocessed a device, it is responsible

16     for any defects that occurred as a result of the

17     reprocessing?

18     A.    We each -- we each have our own insurance

19     policy.  Okay?  And if it's something as a result

20     of the reprocessing, we certainly have a warranty

21     and we have coverage.  But we're not changing the

22     device.  It's the same OM device.

23     Q.    And you're aware -- aren't you? -- that

24     from time to time there have been complaints by

25     customers about defects that have occurred during

Page 150



Page 151

8        Q.    So let's talk about the contractual

9    obligations.  You're aware that most EP facilities

10   enter into contracts for the purchase of mapping

11   and ultrasound catheters, among other products?

12       A.    Yep.

13       Q.    And that -- and you're aware also that

14   these contracts can have a duration of three -- up

15   to three years?

16       A.    Mm-hmm.

17       Q.    Yes?

18       A.    Yep.

19       Q.    Okay.  Are you aware of contracts that some

20   facilities have for even more than three years?

21       A.    Not aware of any, but . . .

22       Q.    Would you agree with me that most contracts

23   that hospitals have for the purchase of medical

24   products that include EP catheters are three years

25   or less?

Page 152

1          A.    Three or less, yes.

2          Q.    And do you have any understanding as you

3     sit here today as to which facilities have

4     contracts that are three years in duration and

5     which facilities have contracts that are less than

6     three years in duration?

7          A.    I don't have visibility to that.  I can

8     learn from specific facilities about what contracts

9     they have, if that's information that they

10    volunteer.  But not something that I would

11    routinely have access to.

12         Q.    And you would agree with me that you're

13    aware that there were certain contracts that were

14    entered into before Innovative got into business

15    that actually remained in place for a period of

16    years after Innovative was in business?

17         A.    Assume it's possible.

18         Q.    Well, in fact, you're aware -- aren't

19    you? -- that Innovative commenced its operations in

20    2016, in terms of active selling of reprocessed

21    catheters, correct?

22         A.    Yes.

23         Q.    That's when it got its first 510(k),

24    correct?

25         A.    Yes.

Page 176





**Page 177**

Page 178



Page 179



Page 180

Page 181



Page 182



Page 183



Page 184



Page 189

Page 190





Page 192



```
22        Q.   Okay.  So turn -- let's go back to
23   Exhibit 137.  And let's look at page -792.
24              THE VIDEOGRAPHER:  Excuse me.  We've
25   got about eight minutes left on this media.
```

Page 230

Page 231



Page 232



Page 233

Page 234



Page 235



Page 237



Page 238



Page 239



Page 240



Page 241



Page 242



Page 243



PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 96**

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 97**

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 98**

Page 1

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

1              UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

2                    SOUTHERN DIVISION

3    _____

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,                CASE NO.

6    vs.                            8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9    _____

10

11          VIDEOTAPE 30(B)(6) DEPOSITION OF

12              INNOVATIVE HEALTH, LLC

13          AND IN HIS INDIVIDUAL CAPACITY

14           WITNESS:  RICK FERRIERA

15             APPEARING REMOTE FROM

16                 DALLAS, TEXAS

17

18             SEPTEMBER 22, 2021

19                 8:40 A.M CST

20

21   Reported By:

22   Judith L. Leitz Moran

23   RPR, RSA, CCR-B-2312

24   APPEARING REMOTELY FROM ATLANTA, GEORGIA

25

                                          Page 26

1    somebody on your team's been well versed on what we
2    do on that.
3         Q    Oh, yes, we -- yeah, we've got -- we've
4    taken obviously a variety of depositions and part
5    of what I want to do is just explore your personal
6    knowledge on a number of these topics.
7              In terms of testing, are you aware of a
8    phrase -- of a word called "calibration"?
9         A    Yes, I've heard our team use that phrase.
10        Q    Okay.  What does the word "calibration"
11   mean to you in connection with the performance of
12   an EP catheter?
13        A    I don't know.
14        Q    Are you aware one way or the other
15   whether the FDA determines as part of substantial
16   equivalence whether the calibration of the catheter
17   is the same as that between the OEM and the
18   reprocessed version?
19        A    I don't know.
20        Q    Now, is it -- am I correct that
21   Innovative Health received its 510(k) for the
22   AcuNav in March of 2016?
23        A    I'm not sure.  I'm not clear on the exact
24   date, but if you've got the date there, that's what
25   it is off the 510(k) filing.

```
                                              Page 27

 1        Q    All right.  And do you recall generally

 2   speaking that the -- that Innovative Health

 3   received a 510(k) clearance for the Lasso catheter

 4   in the spring of 2016?

 5        A    That -- if that's the date on the 510(k),

 6   that's the year, yes, ma'am.

 7        Q    All right.  And you're also familiar with

 8   a catheter called the SOUNDSTAR?

 9        A    Yes.

10        Q    And the SOUNDSTAR, is that a -- an EP

11   catheter -- strike that.

12             Is it a sensor-enabled catheter or

13   ultrasound catheter?

14        A    Sensor-enabled catheter.

15        Q    And you're aware, aren't you, that

16   Innovative Health obtained a 510(k) for the

17   SOUNDSTAR in approximately 2017, in June of 2017?

18        A    If that's what the date is on the 510(k),

19   that's it, ma'am.

20        Q    Okay.  And you're also familiar with a

21   catheter called a Pentaray?

22        A    Yes.

23        Q    And a Pentaray is also a sensor-enabled

24   catheter?

25        A    Yes.
```

```
                                          Page 28

 1        Q    And you're aware that Innovative obtained

 2   a 510(k) for the Pentaray in June of 2019, correct?

 3        A    If that's what the stamp says on the

 4   510(k), that's when we received it.

 5        Q    All right.  So you -- you have no doubt

 6   that the stamps that are on the files from the FDA

 7   accurately reflect the date of clearance for

 8   Innovative Health and receiving its 510(k)s for

 9   those devices?

10        A    Yes.

11        Q    All right.  Now you're aware, aren't you,

12   that the SOUNDSTAR, AcuNav and Pentaray and Lasso

13   catheters, are not the only EP catheters that are

14   in existence, aren't you?

15        A    Yes.

16        Q    All right.  You're aware, for instance,

17   that in terms of other types of ultrasound

18   catheters, Abbott makes something called the

19   ViewFlex?

20        A    Yes.

21        Q    And that Boston Scientific makes

22   something called the Ultra?

23        A    Yes.

24        Q    And you're also aware that the SOUNDSTAR,

25   to some extent also can compete with the AcuNav,
```

```
                                                      Page 29

  1    correct?

  2          A     Yes.

  3          Q     And you're also aware that in terms of

  4    the SOUNDSTAR catheter, Abbott's ViewFlex also

  5    competes with that catheter?

  6          A     Yes.

  7          Q     As does Boston Scientific's Ultra?

  8          A     Yes.

  9          Q     And also to some extent does the AcuNav?

 10          A     To some extent.  It's not the same

 11    catheter but to some extent.

 12          Q     Right.  And for the Lasso catheter,

 13    you're aware that Abbott makes an Advisor catheter

 14    that competes with it, aren't you?

 15          A     Yes.

 16          Q     And that Medtronic makes a catheter

 17    called the Achieve that also competes with it?

 18          A     Yes.

 19          Q     And that Boston Scientific makes a

 20    catheter called the Orbiter that competes with it?

 21          A     Yes.

 22          Q     And for the Pentaray, you're aware that

 23    Abbott makes the Advisor HD Grid that competes with

 24    it?

 25          A     Yes.
```

```
                                          Page 30

 1       Q    And that Boston Scientific makes a

 2   catheter called the Orion, O-R-I-O-N, that competes

 3   with it, correct?

 4       A    Yes.

 5       Q    And does -- do you know as you sit here

 6   today whether Innovative Health has 510(k)s for the

 7   Abbott ViewFlex?

 8       A    Yes.

 9       Q    It does, does it not?

10       A    Yes.

11       Q    And does it have a 510(k) for the Boston

12   Scientific Ultra?

13       A    I'm not sure of the name the Ultra.  We

14   have -- I don't know if we do or not.

15       Q    Okay.  How about for the Medtronic

16   Achieve?

17       A    Yes.

18       Q    How about for the Abbott Advisor FL?

19       A    Yes.

20       Q    How about for the Abbott Advisor HD Grid?

21       A    Yes.

22       Q    How about for the Boston Scientific

23   Orion?

24       A    It's filed with the agency.  I don't

25   believe it's cleared yet.
```

```
                                              Page 31

 1        Q    But there's a current 510(k) pending; is
 2   that right?
 3        A    Yes.
 4        Q    And am I correct that Innovative Health
 5   has never actually had a 510(k) that has been
 6   entirely denied?
 7             There have been instances when there have
 8   been questions asked, additional testing required,
 9   but eventually all 510(k) submissions have
10   eventually been cleared for Innovative; is that
11   correct?
12        A    Yes.
13        Q    And I'm also correct, aren't I, that
14   Innovative has been very successful in obtaining
15   510(k)s, generally speaking?
16        A    Yes.
17        Q    And Innovative Health has, in fact,
18   obtained more 510(k)s in a faster period of time
19   than any other reprocessor, correct?
20        A    Yes.
21        Q    And who do you think of as Innovative
22   Health's competitors?
23        A    Competitors in a reprocessing space?
24        Q    Competitors generally.  Why don't we --
25   well, let me narrow it.
```

Page 32

1            Who do you think of as Innovative

2    Health's competitors in the marketing and sale of

3    sensor-enabled catheters?

4        A    Biosense Webster.  Abbott.  Stryker, they

5    reprocess.  Sterilmed.

6        Q    How about Boston Scientific?

7        A    To a certain extent.  We don't see them a

8    lot in the lab, but to a certain extent, yes.

9        Q    How about Acu -- I'm sorry, how about

10   Acutus?

11       A    I don't see them as a direct competitor

12   to us because we don't reprocess any of their

13   product, therefore, we don't sell anything similar

14   to what they have.

15       Q    Do you think of Acutus as a potential

16   competitor, one that has the ability by getting

17   into EP labs to sell products in competition with

18   those sold by Innovative?

19       A    Yes, I guess you could.

20       Q    Acutus is a relatively new company; is

21   that right?

22       A    Yes.

23       Q    And Acutus is a company -- well, strike

24   that.

25            You're -- Innovative is a relatively new

                                                      Page 33

1    company, right?  You've only been in existence

2    since 2015 and we're in 2021 at present, correct?

3         A    Correct.

4         Q    And you think of Innovative Health as at

5    present a successful start-up to date, correct?

6         A    Yes.

7         Q    And are you aware that Acutus also

8    started up in -- just in the last few years?

9         A    Yes.

10        Q    And Acutus has also now had a public

11   offering, its gone public in about the summer of

12   2020, correct?

13        A    Yes.

14        Q    In fact, it went public during Covid,

15   correct?

16        A    Yes.

17        Q    And its stock price has not maintained

18   its initial offering price, right?  It started off

19   somewhere five to nine dollars higher than it's

20   trading at -- at present, correct?

21        A    I -- I know -- I know the stock's down,

22   but I don't track them on a daily basis.  I'm not

23   an investor.

24        Q    All right.  But Acutus is still a -- a

25   competitor out there in the marketplace, correct?

Page 34

```
 1    It's still out there trying to market its machines
 2    and sell catheters?
 3        A    Not a competitor to me today.  I don't
 4    run into them in accounts.
 5        Q    Acutus is as -- to the best of your
 6    understanding in terms of being in the EP space,
 7    Acutus is currently marketing a mapping machine in
 8    the EP space, correct?
 9        A    Correct.
10        Q    And Acutus is currently -- is currently
11    trying to sell catheters that go with that mapping
12    machine or make arrangements with third parties to
13    sell such catheters?
14        A    Correct.
15        Q    At the time that -- we just talked about
16    who your competitors are.
17             At the time that you started Innovative
18    Health in 2015 and then you began -- you went to
19    market in 2017, who were the competitors at that
20    time?  Was it is the same list or a different list?
21        A    I would say it was the same list.
22        Q    What did you do, if anything, to educate
23    yourself on the competitive dynamics of the EP
24    space in the 2015-2017 time frame when you began
25    marketing for Innovative?
```

```
                                            Page 35

 1        A     Really spoke -- spoke to a lot of our
 2   customers, our old customers.
 3        Q     And your old customers were hospitals and
 4   medical facilities?
 5        A     Yes, that's all we sell to.
 6        Q     And at the time that you started
 7   Innovative Health in 2015, did you start it with
 8   Mr. Einwechter?
 9        A     Yes.
10        Q     Was he one of the founders?
11        A     Yes.
12        Q     Were there any other founders that you
13   would consider as founders other than you and
14   Mr. Einwechter?
15        A     Well, it was Tim and I -- it was Tim and
16   mine -- I mean, our idea to get the business going.
17   We were the original stockholders.
18        Q     And Tim is Mr. Einwechter; is that right?
19        A     I'm sorry, yeah -- yes.
20        Q     Okay.  And so you -- the two of you were
21   the original founders, if you will, correct?
22        A     Correct.
23        Q     And since that time in 2015, when you and
24   Mr. Einwechter started Innovative, there have been
25   other equity purchasers in Innovative, correct?
```





Page 39

Page 54





Page 55

Page 173



Page 174



Page 175



Page 176



Page 177



Page 178



**Page 193**



Page 194



Page 195



Page 205



Page 206

Page 207



Page 217



**Page 218**

# EXHIBIT 99

Page 1

1          UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

2                 SOUTHERN DIVISION

3

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,                    CASE NO.

6    vs.                          8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9

10

11        VIDEOTAPE 30(b)(6) DEPOSITION OF

12             STANFORD HEALTH CARE

13        AND THE INDIVIDUAL DEPOSITION

14          OF WITNESS: MICHAEL IDIO

15           APPEARING REMOTE FROM

16             PALO ALTO, CALIFORNIA

17

18             SEPTEMBER 20, 2021

19                 12:33 P.M

20

21   Reported By:

22   Judith L. Leitz Moran

23   RPR, RSA, CCR-B-2312

24   APPEARING REMOTELY FROM ATLANTA, GEORGIA

25

Page 60

1        Q    Which ones are you familiar with?

2        A    There's this KODEX.  And there's this --

3    what's the other one?  I can't remember now.

4    Sorry.

5        Q    It's okay.  That's fine.

6             Does the Boston Scientific RHYTHMIA, does

7    that ring a bell to you?

8        A    Oh, yeah.  Yeah, that's the one.

9    RHYTHMIA.  It sounds -- yeah, it's another mapping

10   system.

11       Q    Are you familiar with the Acutus AcQMap

12   mapping system?

13       A    Sorry say that again.

14       Q    Are you familiar the Acutus?  Acutus is

15   the manufacturer of the AQ -- AcQMap mapping

16   system?

17       A    No, I'm not familiar with that.

18       Q    Are you familiar with the Medtronic

19   CardioInsight mapping system?

20       A    I've heard about it.

21       Q    Well, I guess I should back up.

22            Is -- is the Medtronic CardioInsight, is

23   it a mapping system?  Do you know one way or the

24   other?

25       A    We only have two mapping systems here.

Page 61

```
 1        Q     So -- and you testified that you have

 2   CARTO 3s and Abbott EnSite Precision mapping

 3   systems at Stanford, correct?

 4        A     Yes, those two, correct.

 5        Q     So do you recall testifying to

 6   Mr. Berhold that the site at 300 Pasteur Drive has

 7   six total mapping systems, three of which are

 8   CARTOs?

 9        A     Three are -- at Pasteur, yes, three

10   CARTOs here.

11        Q     Am I correct in assuming that the other

12   three are Precision mapping systems?

13        A     Correct.

14        Q     Same question for 500 Pasteur Drive, you

15   testified that there's six total, three being

16   CARTO.  Are the other three Precision?

17        A     Correct.

18        Q     And the same question for Emeryville, you

19   testified there's two total, one of which is CARTO?

20   Is the other one a Precision?

21        A     Correct.

22        Q     Stanford does not have a RHYTHMIA mapping

23   system, correct?

24        A     No.

25        Q     Has it ever?
```

Page 62

```
 1        A     I'm sorry?

 2        Q     Has it ever?

 3        A     Not to my -- not to my knowledge.  Just

 4   those two.

 5        Q     And apologies, I should have asked this

 6   earlier.  How long have you worked as the technical

 7   manager of the EP lab at Stanford?

 8        A     Technical manager, four years.

 9        Q     Now, what was your role before that?

10        A     Assistant technical manager for three

11   years.

12        Q     Did you work at Stanford before that?

13        A     Yes, three years staff.

14        Q     And before that?

15        A     Before that, I was -- I worked from

16   another hospital.

17        Q     Okay.  So you've been at Stanford for

18   about 10 years; is that right?

19        A     Correct.  Correct.

20        Q     In your time at Stanford, has Stanford

21   ever trialed a -- a Boston Scientific RHYTHMIA

22   mapping system?

23        A     Not to my knowledge.  Or when I was

24   working here, not to my knowledge.

25        Q     Has it ever considered participating in a
```

30(b)(6) Michael Idio                                    September 20, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 70

 1        Q     Uh-huh.

 2        A     I think we have seven.

 3        Q     Seven of those?

 4        A     Yeah, I think we have seven.

 5        Q     Yep, that's right.  I'm looking back at

 6    my math.  So it's three at 300 Pasteur Drive, three

 7    at 500 Pasteur Drive, and one at Emeryville to get

 8    to seven --

 9        A     Yes.

10        Q     -- correct?

11        A     Yes.

12        Q     When did Stanford purchase these EnSite

13    machines?

14        A     About the same time as Biosense Webster.

15        Q     And the cardiac mapping systems that

16    we've discussed, the CARTO 3, the -- the EnSite

17    Precision, the KODEX Philips machine, the RHYTHMIA

18    machine, you would agree that these all compete

19    with another, correct?

20              MR. BERHOLD:  Objection.

21        A     I'm sorry?  Objection?

22    BY MS. KOZIKOWSKI:

23        Q     Would you agree that the cardiac mapping

24    systems we discussed compete with each other?

25              MR. BERHOLD:  Objection.

Page 71

1    BY MS. KOZIKOWSKI:

2          Q    You can still answer the question.

3          A    They compete with each other.  I think

4    so, yeah.

5          Q    The cardiac mapping systems we discussed

6    can be for EP studies and procedures, correct?

7          A    Used by EP procedures, yes.

8          Q    They all generally perform the same

9    function, right?

10         A    I don't know.

11         Q    Do the CARTO 3 and the EnSite mapping

12   systems generally perform the same function?

13         A    I don't know.  I'm not an expert of those

14   equipment.  Sorry.

15         Q    A physician performing an EP study could

16   use any of these mapping systems, correct?

17              MR. BERHOLD:  Objection.

18         A    It's their decision on which one to use.

19   BY MS. KOZIKOWSKI:

20         Q    But they can, subject to their own

21   preference, or what have you, they can use any of

22   these mapping systems that's available to them,

23   correct?

24              MR. BERHOLD:  Objection.

25         A    It's their decision on which mapping

PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 100**

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 101

Noah Martin                                                    August 6, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

Page 1

1              UNITED STATES DISTRICT COURT

               CENTRAL DISTRICT OF CALIFORNIA

2                   SOUTHERN DIVISION

3

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,                    CASE NO.

6    vs.                        8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9

10

11              DEPOSITION NOAH MARTIN

12              APPEARING REMOTE FROM

13                DENVER, COLORADO

14

15              AUGUST 6, 2021

16              9:45 A.M. MST

17

18

19

20   Reported By:

21   Judith L. Leitz Moran

22   RPR, RSA, CCR-B-2312

23   APPEARING REMOTELY FROM ATLANTA, GEORGIA

24

25

Page 13

1   mean?

2        Q    Are some Ethicon surgical instruments

3   reprocessed by independent third parties?

4        A    Outside of reprocessors, I'm not familiar

5   with independent third parties that reprocess.

6        Q    Well, let me ask it a different way.  Are

7   you aware that reprocessors outside of the Johnson

8   & Johnson family of companies reprocess any Ethicon

9   surgical --

10        A    Oh.

11        Q    -- instruments?

12        A    Yes.

13        Q    Can you walk me through the current sales

14   organization for Biosense Webster from top to

15   bottom?

16        A    Sure.  Vice president of sales and

17   marketing is Michael Bodner.  There are six area

18   vice presidents.

19             Are you interested in names or titles, I

20   guess, is what I want to understand?

21        Q    Oh, just titles is fine.  So there's --

22   there's the vice president of sales, there's area

23   vice presidents.

24        A    Uh-huh.

25        Q    Anyone else that reports directly to the

Page 14

1    VP of sales and then anyone beneath --

2         A    Yeah.

3         Q    -- those people?

4         A    Sure.  I'll stick with the sales

5    organization unless you want me to include

6    marketing and tech services.  Are you looking for

7    all of those roles that report into Michael?

8         Q    Just the sales organization.

9         A    Okay.  So there are six area vice

10   presidents.  Reporting into the area vice

11   presidents are regional business directors.

12            Reporting into the regional business

13   directors are two different roles -- actually,

14   three or four different roles, excuse me.  There

15   are clinical account specialists, territory

16   managers, regional training specialists, and then a

17   role called -- it used to be called market

18   development.

19        Q    And where do contract directors fit into

20   the sales organization?

21        A    We do not.

22        Q    So who do you report to?

23        A    I report to Ted Mager.

24        Q    Currently, do you know roughly how many

25   clinical account specialists are part of the

Page 15

```
1    Biosense sales organization?

2         A    I can't say with a hundred percent

3    certainty, but I believe there's around a thousand.

4         Q    And do you have a sense roughly how many

5    regional training specialists?

6         A    Again, I can't say for certain, but I

7    would say approximately 40.

8         Q    And what do the clinical account

9    specialists do, generally speaking?

10        A    The clinical account specialists assist

11   in the mapping of an electrophysiology procedure.

12        Q    And what do the regional specialists do?

13        A    They assist in training the clinical

14   account specialists.

15        Q    And roughly how many clinical account

16   specialists are trained every year?

17             MS. GROSSBARD:  Objection, foundation.

18   BY MR. BERHOLD:

19        Q    Let me ask a different question,

20   Mr. Martin.

21        A    Yeah.

22        Q    Oh, sorry, go ahead.

23        A    No, you go first.  It's okay.

24        Q    Oh, so -- so roughly how many clinical

25   account specialists are added every year to the
```

Innovative Health, LLC v. Biosense Webster, Inc.

Page 16

1    Biosense Webster sales organization?

2         A    The part I'm struggling with is I don't

3    know how many are added that are incremental versus

4    how many are added that are kind of replacing or

5    backfilling folks.  So I just don't know -- I feel

6    like the question would be out of my scope because

7    I'm -- I don't have access to that data.

8         Q    And how many Biosense Webster clinical

9    account specialists is Biosense Webster adding

10   incrementally in terms of total headcount every

11   year?

12             MS. GROSSBARD:  Objection.

13        A    I definitely don't know that -- sorry.

14   BY MR. BERHOLD:

15        Q    Okay.

16        A    I definitely don't know that answer.

17        Q    Have you personally ever been in an

18   electrophysiology lab?

19        A    I have not.

20        Q    So you mentioned SCG already.  What is

21   CSS?

22        A    CSS is a grouping of Johnson & Johnson

23   operating companies that are based out in

24   California.  It consists of Mentor, Biosense

25   Webster and Acclarent.  And maybe one more that I'm

Noah Martin                                    August 6, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 17

1    missing.  But those are the three that come to

2    mind.  Oh, Cerenovus -- excuse me, Cerenovus is the

3    fourth.

4         Q    Okay.  And Johnson & Johnson Strategic

5    Customer Service -- Group services which Johnson &

6    Johnson operating companies?

7         A    They directly service Ethicon, Depuy

8    Synthes, Biosense Webster.

9              THE COURT REPORTER:  Can you repeat that,

10   please?

11             THE WITNESS:  Sure.  Depuy Synthes was

12   the second.

13             THE COURT REPORTER:  And?

14             THE WITNESS:  Do you want me to -- and

15   then the last one was Biosense Webster.

16             THE COURT REPORTER:  Thank you.

17   BY MR. BERHOLD:

18        Q    One more question about acronyms.  What

19   is 1MD?

20        A    1MD is a term that is used to talk about

21   Johnson & Johnson representing contractually

22   multiple operating companies.

23        Q    So what is a cardiac mapping system?

24        A    Which level -- I mean, just in general

25   terms what does it do?

Noah Mason                                                    August 6, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 32



Noah Martin                                                              August 6, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 33



Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 275 of 363
Page 34741

Noah Martin                                                            August 6, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 34



REDACTED VERSION OF DOUCMENT
PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 102**

**REDACTED VERSION OF DOUCMENT PROPOSED TO BE FILED UNDER SEAL**

Page 1

```
 1              UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

 2                   SOUTHERN DIVISION

 3              Case No. 8:19-cv-1984 JVS-KES

 4       _____

 5       INNOVATIVE HEALTH, LLC,

 6                  Plaintiff,

 7            vs.

 8       BIOSENSE WEBSTER, INC.,

 9                  Defendant.

         _____

10

11

12

13

14              REMOTE VIDEOTAPED DEPOSITION OF

                     STEPHENIE ORSINI

15

16

17              Wednesday, August 25, 2021

18

19

20

21

22

23

24

25       Court Reporter:  Michelle M. Boudreaux-Phillips, RPR
```

Stephen Masini                        August 25, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 8

1          A      Yes.

2          Q      And, generally, how many people?

3          A      Give or take 31-ish.  That's specific to

4     Biosense Webster.

5          Q      Okay.  And would that include field trainers?

6          A      No.

7          Q      Okay.  What types of employees do you include

8     within the 31?

9          A      That would be a leader of commercial

10    education global, a senior manager, and she has direct

11    reports.  And then I'm in charge of execution for the

12    U.S., so I have a commercial education leader for U.S.

13    execution, which that would be internal training, and

14    she has a team.  And I have a leader of professional

15    education in the U.S., that's external education, and

16    she has a team.  My U.S. team is approximately 24

17    people, I believe, -ish.

18         Q      So who runs the U.S. internal training for

19    you?

20         A      Jennifer Weir.

21         Q      And who runs the U.S. external training?

22         A      Sara Lorenzen.

23         Q      And is there something called the ACAS, or

24    associated clinical account specialist, program?

25         A      Yes.

Stephen Cassini                                    August 25, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 9

1        Q    And where does that fit in your organization?

2        A    Well, that's a type of role that's a training

3    role that is aligned with the field sales organization.

4        Q    And is there a -- and does your professional

5    education organization run any aspect of the ACAS

6    program?

7        A    We train those employees.

8        Q    Okay.  And is that training done through U.S.

9    internal?

10       A    Correct.  All field sales and clinical are

11    trained by my commercial education team as new hires.

12       Q    And does U.S. internal have any field

13    trainers within its organization?

14       A    No.  My team -- excuse me, make sure I

15    understood that question.  Is somebody on my team a

16    field trainer, is that your question, or could you

17    repeat --

18       Q    Yeah.

19       A    -- the question?

20       Q    Sure.  Well, let me ask it a different way.

21    That's easier.

22            So does Biosense Webster use field trainers

23    at all in its internal training?

24       A    Yes.

25       Q    And are they part of the U.S. internal

Page 24



Stephen Orsini                                                      August 25, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 25



Stephen Cassini                                                    August 25, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 26



Innovative Health, LLC v. Biosense Webster, Inc.



Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 284 of 363

Stephen Cosini                    August 25, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page  28



Page 29



Innovative Health, LLC v. Biosense Webster, Inc.

Page  30



Stephen Cesini                                              August 25, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 31



# EXHIBIT 103

Sandor Palfi                                         August 24, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

                                                        Page 1

1              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
2                  SOUTHERN DIVISION

3

4     INNOVATIVE HEALTH LLC,

5          Plaintiff,                    CASE NO.

6     vs.                        8:19-cv-01984-JVS-KES

7     BIOSENSE WEBSTER, INC.,

8          Defendant.

9

10

11

12       VIDEOTAPE DEPOSITION OF SANDOR PALFI

13              APPEARING REMOTE FROM

14            MISSION VIEJO, CALIFORNIA

15

16                AUGUST 24, 2021

17                9:31 A.M. PST

18

19

20

21    Reported By:

22    Judith L. Leitz Moran

23    RPR, RSA, CCR-B-2312

24    APPEARING REMOTELY FROM ATLANTA, GEORGIA

25

Innovative Health, LLC v. Biosense Webster, Inc.

Page 46

1              MR. REYNOLDS:  Objection to form.

2        A    I personally have no knowledge of it.

3    BY MR. BERHOLD:

4        Q    Okay.  And you're not aware of any

5    customer receiving any written document regarding

6    the Biosense case coverage policy before Biosense

7    corporate receiving a letter in Exhibit 156?

8              MR. REYNOLDS:  Objection.

9        A    There may have been that other people

10   have sent out people before me statements to

11   customers, so, I'm -- I don't know that.

12             To my knowledge, I'm not aware of it

13   within -- within the time frame I was there, but I

14   -- I don't know if others have done it before.

15   BY MR. BERHOLD:

16       Q    To your knowledge, Ascension Corporate

17   was the first?

18             MR. REYNOLDS:  Objection to form.

19       A    To my knowledge, yes.  But as I said,

20   I'm -- I'm not aware of what others have -- may

21   have sent out to -- to other companies or even to

22   Ascension.

23   BY MR. BERHOLD:

24       Q    And the position statement says no

25   support for products manufactured or reprocessed by

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 291 of 363
Samir Zarfi    August 24, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 47

 1    another company; is that right?

 2            MR. REYNOLDS:  Objection to form.

 3        A    Sorry, can you -- is that in the letter?

 4    BY MR. BERHOLD:

 5        Q    Can you take a look at the last sentence

 6    of the second paragraph of the letter?

 7        A    Oh, right, the letter, okay.  The last

 8    sentence of the second paragraph?

 9        Q    Yes.  Can you just read it aloud?

10        A    "However, this support by Biosense

11    Webster's clinical specialists does not extend to

12    products manufactured or reprocessed by another

13    company."

14        Q    And what was meant by "another company"?

15    Is that a company outside of Johnson & Johnson?

16        A    It's a -- by another company, whoever is

17    -- whoever has manufactured or reprocessed our

18    device which is -- you know, in this case it could

19    have been any other reprocessing company outside of

20    Johnson & Johnson.

21        Q    And would -- and so would support by

22    Biosense Webster's clinical account specialists

23    extend to products reprocessed by Sterilmed?

24        A    Yes, they would.  They would extend to

25    Sterilmed as they were considered to be Johnson &

Page 48

1    Johnson products for those sensor-enabled

2    catheters.

3         Q    And the -- the position statement is not

4    limited to sensor-enabled catheters; is that right?

5              MR. REYNOLDS:  Objection.

6         A    This position statement was created with

7    the spirit and with the understanding of the

8    sensor-enabled catheters as -- as there are

9    different other catheters that connect to the CARTO

10   system, diagnostic catheters that are reprocessed

11   or not reprocessed.

12             Hence, that's what we try to clarify here

13   with regards to our sensor-enabled catheters that

14   actually create a map within the CARTO system and

15   then have to direct the surgeon for that during the

16   surgery.

17   BY MR. BERHOLD:

18        Q    So the position statement itself does not

19   actually refer to sensored-enable catheters at any

20   point, does it?

21             MR. REYNOLDS:  Objection to form.

22        A    I don't think the letter has it -- kind

23   of in it that it's sensor enabled.  However, the --

24   you know, we told the customers and the discussion

25   with the field force as well, was around the

# EXHIBIT 104

Page 1

1        UNITED STATES DISTRICT COURT

         CENTRAL DISTRICT OF CALIFORNIA

2              SOUTHERN DIVISION

3

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,                    CASE NO.

6    vs.                        8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9

10

11         VIDEOTAPE 30(B)(6) DEPOSITION

12          OF BIOSENSE WEBSTER, INC.

13       AND IN HIS INDIVIDUAL CAPACITY

14          WITNESS: CONRAD RAMOS

15          APPEARING REMOTE FROM

16            ATLANTA, GEORGIA

17

18          AUGUST 10, 2021

19            9:33 A.M. EST

20

21

22   Reported By:

23   Judith L. Leitz Moran

24   RPR, RSA, CCR-B-2312

25   APPEARING REMOTELY FROM ATLANTA, GEORGIA

Page 29

1    a SOUNDSTAR catheter; is that right?

2        A     That is correct.

3        Q     And what is the recommended action on the

4    IFU for error 6102?

5        A     The IFU reads "Replace the catheter to

6    continue."

7        Q     Mr. Ramos, you can take down the exhibit

8    or put aside Exhibit 165.  I'm done with questions

9    on that exhibit for now.

10             During a cardiac mapping procedure the

11   physician is actually treating the patient; is that

12   right?

13       A     The physician is at the bedside of the

14   patient typically manipulating catheters in the

15   cardiac space.

16       Q     And someone else has to run the

17   workstation for the CARTO 3; is that right?

18       A     That is correct.  The central processing

19   unit or the workstation, as you called it, yes, has

20   to be manned by someone else.

21       Q     And that person is a technologist or

22   technician?

23       A     Commonly referred to as an

24   electrophysiology or an EP technician, yes.

25       Q     And that person takes the direction from

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 296 of 363
30(b)(6) Armando Conrad Ramos                          August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 35

1    field at that time.

2         Q    And by that time, a lot fewer hospitals

3    had their own EP technicians; is that right?

4         A    Yes, I would say fewer than before the

5    previous years.

6         Q    Now, Biosense will provide clinical

7    support on CARTO 3 procedures for free?

8         A    Yes, we provide that as a value add.  In

9    other words, we say that the cost of providing that

10   value add is incorporated into the cost of our

11   catheters.

12           So there isn't a separate line item

13   charge that we invoice hospitals on for that type

14   of support.

15           I will also call out, Mr. Berhold, that

16   we don't contractually obligate ourselves to

17   provide that support, Biosense Webster provides

18   that as a value add as requested by the hospital.

19        Q    So Biosense is not required to provide

20   clinical support under its sales contracts for the

21   CARTO 3 systems?

22        A    There is no legal term within our

23   contracts that obligates us to provide 100 percent

24   case coverage.  We couldn't guarantee that because

25   people go out on leave, people get into accidents

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 297 of 363
30(b)(6) Shmuel Conrad Ramos                                 August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 36

1    on their way to work.  We can't guarantee 100

2    percent case coverage.

3        Q    And Biosense isn't contractually required

4    to provide clinical support under its contracts for

5    the sale of the catheters; is that right?

6        A    We do not have any term --

7             MR. REYNOLDS:  Objection.

8             You can answer.

9             THE WITNESS:  Thank you.

10       A    We do not have any terms in current

11   contracts that I'm aware of which obligates us from

12   a contractual standpoint to provide the clinical

13   support.  It is provided as a value add as

14   requested by the hospitals when we can provide it.

15   BY MR. BERHOLD:

16       Q    And -- okay.  And the FDA does not

17   obligate Biosense Webster to provide the clinical

18   support either; is that right?

19             MR. REYNOLDS:  Objection.

20       A    That is correct.  What the FDA requires

21   of us is when we do provide support that it is

22   consistent with our labeling and approvals.

23   BY MR. BERHOLD:

24       Q    So Biosense Webster provides the clinical

25   support voluntarily?

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 298 of 363
30(b)(6) Stuart Conrad Ramos                        August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 37

1       A    Correct.

2       Q    And at will?

3       A    That is correct.

4       Q    And --

5       A    As requested --

6       Q    -- Biosense Webster --

7       A    I'm sorry, I want to clarify.  As

8    requested by the hospital.  We just don't show up

9    when they don't want us there.  They have to ask us

10   to be there.

11      Q    And Biosense Webster refuses the right --

12   excuse me, let rephrase that.

13           And Biosense Webster reserves the right

14   to refuse to provide clinical support when

15   requested; is that right?

16      A    We reserve the right to ensure that we

17   provide support that's consistent with our labeling

18   and consistent with our priorities for safety and

19   proper training of our personnel.

20           If we feel that we cannot deliver that

21   with those priorities in mind, then yes, we will

22   decline to support.

23      Q    Okay.  And Biosense reserves the right to

24   decline to provide clinical support if it's

25   requested; is that right?

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 299 of 363

30(b)(6) Andy Conrad Ramos              August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 47

1      Q    And you did not believe that Biosense

2   Webster clinical account specialists were getting

3   that kind of clinical training for the Biosense

4   Webster sensor-enabled catheters reprocessed by

5   third parties?

6      A    That's correct.

7      Q    Okay.  And the -- this position statement

8   was sent to the Ascension corporate offices

9   according to the email; is that right?

10     A    That is correct.  It was to be sent the

11   following Monday after this email went out.

12     Q    And this was a -- to your knowledge, this

13   was a new position statement by Biosense?

14          MR. REYNOLDS:  Objection.

15     A    So we had always had a directive coming

16   down orally that was developed in the early part of

17   2014.

18          What we realized through the feedback

19   from Ascension is that directive was not uniformly

20   being implemented across the field.

21          And so, this highlighted the need for us

22   to conduct some formal training with our own group

23   as well as to provide a written version of our

24   position which we did not have up to this point.

25   BY MR. BERHOLD:

30(b)(6) Sydney Conrad Ramos                        August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 48

1       Q    And you told Ascension that Biosense

2   would not schedule a clinical account specialist or

3   CAS for a case if a physician was going to use a

4   sensor-enabled catheter reprocessed by a third

5   party?

6       A    That is correct.  I address this --

7       Q    Such as a Lasso --

8       A    I'm sorry.  I address this on phone calls

9   as well as in in-person meeting.

10      Q    So Biosense would not schedule a CAS if a

11  physician was going to use a Lasso Nav catheter

12  reprocessed by Stryker, right?

13      A    That is correct.

14      Q    In your view, Stryker should support that

15  case?

16      A    It is a Stryker product as indicated by

17  the 510(k) application.  In my personal view, it is

18  a standard that all companies provide support to

19  their own products.  It's actually an expectation

20  in the space.

21      Q    And Stryker should support that case even

22  though the physician was using that CARTO 3 mapping

23  system costing hundreds of thousands of dollars?

24           MR. REYNOLDS:  Objection to form.

25           THE WITNESS:  I'm sorry, Michael.

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 301 of 363

30(b)(6) Andy Conrad Ramos                                    August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 49

1          MR. REYNOLDS:  You can -- I just

2     objected.  You can still answer.

3          THE WITNESS:  Thank you.

4     A     So in my opinion, if Stryker sees that in

5     order for their customers to be able to use their

6     product, their customers are requesting technical

7     support at the site of care.  In my opinion,

8     Stryker should provide that technical support at

9     the site of care.

10    BY MR. BERHOLD:

11    Q     And so Stryker should support the -- so

12    Stryker should cover the case even if the physician

13    is using a new Biosense ablation catheter and a new

14    Biosense ultrasound catheter on the CARTO 3?

15         MR. REYNOLDS:  Objection.

16    A     So -- so the point is who is going to

17    build the map and validate the accuracy of the map.

18    BY MR. BERHOLD:

19    Q     Okay.

20    A     So if we're using a sensor-enabled

21    catheter to build a CARTO map, the clinical account

22    specialist in that procedure, if it's a Biosense

23    Webster employee, the clinical account specialist

24    when they build a map, they are saying to the

25    doctor this map is accurate based off my knowledge

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 302 of 363

30(b)(6) Sydney Conrad Ramos                    August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 50

1   of how the sensor-enabled catheters are supposed to

2   interact with the CARTO mapping system.

3            I, in essence, put my name and my

4   competency and my reputation, my stamp of approval

5   on the accuracy of this map.  You now have the

6   ability to make the clinical decisions off this

7   data as to where you're going to direct the therapy

8   doctor.

9   BY MR. BERHOLD:

10      Q    And a Biosense clinical account

11  specialist could not have experience on using the

12  Biosense sensor-enabled catheters reprocessed by

13  Stryker?

14      A    That is correct.  Our standpoint is, we

15  don't understand the performance specifications of

16  the reprocessed catheter.

17           Since it's subjected to a manufacturing

18  process when its reprocessed, we don't know what

19  the accuracy range would be of that catheter.

20           Where a sensor-enabled catheter from

21  Biosense Webster and Sterilmed, which uses the same

22  testing protocols, testing standards and testing

23  equipment is validated to be accurate within plus

24  or minus 1 millimeter.

25           There is no way that a clinical account

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 303 of 363

30(b)(6) Stuart Conrad Ramos                    August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 51

1   specialist would know what the accuracy range was

2   of a Stryker catheter at that time.

3           MR. BERHOLD:  Jim, can we pull up 38203.

4           (Deposition Exhibit 167 marked.)

5       A    Is this Exhibit 167?

6   BY MR. BERHOLD:

7       Q    Let's see.  It should be, I believe.

8           MR. BERHOLD:  Jim, is it 167?

9           CONCIERGE FARMER:  That's correct.

10      A    Okay, thank you.

11          Is there a certain point -- part of the

12  46 slide presentation that you want me to focus on,

13  Mr. Berhold?

14  BY MR. BERHOLD:

15      Q    All right.  Have you ever see

16  Exhibit 167?

17      A    It looks familiar to me but I can't

18  recall.  It looks like part of the basic training

19  that I would have been exposed to when I was

20  oriented at Biosense Webster.

21      Q    Can you turn to Page 12?

22      A    Page 12 on my screen says "Calibration.

23  If you can see it, you can trust it."

24      Q    Right.  Can you read the sentence to the

25  right?

Innovative Health, LLC v. Biosense Webster, Inc.

Page 64

1      A    I don't know.  What I recall about these

2   recordings, Mr. Berhold, is that they would

3   typically be in the application for 90 days and

4   then they would be deleted automatically by the

5   application.

6          And so I believe that was the same thing

7   for this cove.me website which we were required to

8   use internally at the time.  I think it only housed

9   that for 90 days and then would go away.

10          But you would have to ask someone who's

11   currently on staff at Biosense Webster to confirm

12   that.

13      Q    Okay.  When was the last time that you

14   viewed Stimulation 1?

15      A    Oh, goodness.  What year was this again?

16   This is 2016.  It probably would have been before I

17   left Biosense Webster in 2017.  So it probably was

18   either the end of 2016.

19          Yeah, this is February 2016.  I can't

20   imagine that I looked at this after the end of

21   2016.

22      Q    And that's true of Simulation 2 as well?

23      A    Yes, I would have looked at both of them

24   at the same time.

25      Q    Do you see at the very bottom of the same

Page 65

1    page that there's a reference to a Golf Caddy

2    Analogy?

3        A    Yes, yes.  I can explain that.  Would you

4    like for me to expand upon it?

5        Q    Please do.  What is the Golf Caddy

6    Analogy?

7        A    Sure.  So it's -- for the economic buyers

8    -- as I mentioned before, we really have two types

9    of customers.

10           We have the economic buyers that are

11   responsible for contract, savings, pricing, all

12   that stuff.

13           They're somewhat disconnected to some

14   degree from the clinical side of it, the clinical

15   operations.  They don't spend a lot of time on

16   procedures.

17           And then we have the clinical end users

18   of our products.  They're the ones who use our

19   products every day.  They interact with our

20   clinical account specialists.  They really

21   understand how the CARTO mapping system works.

22   They understand the sensor-enabled nature of some

23   catheters and nonsensor-enabled nature of other

24   catheters.

25           And so what we were trying to explain to

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 306 of 363
30(b)(6) Sidney Conrad Ramos                              August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 66

1   our economic customer group is exactly what a

2   clinical account specialist does in their role.

3            See, the -- the role that the clinical

4   account specialist, as you already alluded to, they

5   run that mapping station, that workstation, to

6   assist the physician in collecting the data when he

7   or she manipulates the catheter inside the heart

8   chamber and create that map, okay?

9            They're not just there to answer

10  questions about, you know, how long is a catheter,

11  how many electrodes are there.  They're actually

12  using the CARTO mapping system to assist the

13  physician.

14           And so many economic decision makers or

15  economic customers aren't aware of the role that

16  the clinical account specialist plays in this

17  dynamic here.

18           They just think that you're -- that the

19  clinical account specialist is kind of just like

20  many other sales reps where they're just there to

21  answer general questions but not really assist in

22  the development of a map or an image or anything of

23  that nature.

24           So the Golf Caddy Analogy was an attempt

25  to try to explain to economic decision makers,

Page 67

1    economic customers, that much the same way that

2    professional golfers have a golf caddy because they

3    provide a perspective and understanding of the --

4    of the grounds, they can provide third-party

5    objective perspective that is valuable to the

6    professional golfer.  That is somewhat similar to

7    the role that our clinical account specialists

8    provide in that EP lab.

9                They're not doing the procedure.  They're

10   not directing clinical therapy.  But they're

11   providing perspective, an objective perspective,

12   and an understanding of what the technology does

13   and how the technology works that assists the

14   doctor in accomplishing what the doctor is trying

15   to do.

16                So that's what the Golf Caddy Analogy.

17                We also used other analogies such as

18   mission control and the astronaut, right?

19                The mission control -- or the astronaut

20   can't launch in a space shuttle or go to the moon

21   without mission control, you know, providing

22   insights and perspective on what's going on with

23   the rest of the spaceship, while the astronaut

24   maneuvers and navigates the space ship or the space

25   shuttle.

Page 68

1         So those were two basic analogies that we

2    would use to try to explain the role more

3    thoroughly to the economic decision maker that

4    presumably have firsthand experience in the EP lab.

5         Does that make sense?

6    Q    And very few hospitals had their own

7    caddies, so to speak; is that right?

8    A    Well, as we mentioned before, the

9    majority of CARTO mapping cases today are covered

10   in the United States by clinical account

11   specialists.

12   Q    More than 95 percent; is that right?

13   A    The number that I hear is 95 plus

14   percent.  That's the number I received most

15   recently and consistently from our marketing arms.

16        But that is a dynamic that is unique to

17   the United States.  Outside the United States, the

18   case coverage, it's much lower.  I've been told

19   it's less than half outside the United States.

20   Q    And does Biosense Webster offer free

21   clinical support outside the United States?

22   A    Yes, they do.

23   Q    In which countries?

24   A    I couldn't say all of them, but I know we

25   have it in France, Germany, Spain, Italy, the

Page 171

1     A     That is correct, the SOUNDSTAR Eco is a

2  sensor-enabled catheter that would be covered by

3  this statement.

4  BY MR. BERHOLD:

5     Q     And the Pentaray is another

6  sensor-enabled catheter that is covered by the

7  current position statement?

8     A     Yes, that is correct.

9     Q     And the Lasso Nav catheter is another

10  sensor-enabled catheter covered by the current

11  position statement?

12     A     Yes, that is correct.

13     Q     Under the current position statement,

14  though, a physician can get Biosense Webster

15  clinical support if he or she is using a Biosense

16  Webster standard diagnostic catheter reprocessed by

17  a third party; is that right?

18     A     Yes, that is correct.

19     Q     So a reprocessed CRISTACATH catheter, for

20  example?

21          MR. REYNOLDS:  Objection.

22     A     A CRISTACATH is a competitive device.  I

23  can't recall whether that was -- that had any type

24  of sensor in it.

25          But I would say that it -- as long as it

Page 172

1  does not have a sensor-enabled chip in it for

2  mapping, yes, that would be able to be connected to

3  the CPU, and the clinical account specialist would

4  be able to use a template to describe the

5  specifications and the dimensions of that catheter

6  and it would be able to be used with the CARTO

7  mapping system.

8  BY MR. BERHOLD:

9      Q    And that's even if the physician is using

10 a standard diagnostic catheter to generate the map,

11 collect and/or analyze data related to the heart?

12          MR. REYNOLDS:  Objection, scope.

13     A    So -- sorry.

14          So something to note about our

15 technology.  It is a magnetic-based platform,

16 unlike the St. Jude Medical, Abbott Medical

17 platform which is an impedence-based system.  So

18 with the competitive systems, you use the

19 electrodes to generate the shell and the map.

20          But with our system you need to have the

21 magnetic chip, the magnetic coils in the tip of the

22 catheter to interact with the coil that's

23 underneath the patient's table to generate that

24 X/Y/Z data.

25          So to answer your question accurately,

30(b)(6) Sidney Conrad Ramos                    August 10, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 173

1    Mr. Berhold, you could not generate the map shell

2    with a standard diagnostic catheter that did not

3    have a sensor-enabled chip in it using the CARTO

4    mapping system.

5    BY MR. BERHOLD:

6        Q    But the Biosense Webster standard

7    diagnostic catheters are used by the CARTO 3 in

8    creating the maps; is that right?

9            MR. REYNOLDS:  Objection, scope.

10       A    The CARTO 3 system uses those catheters

11   to receive electrogram, electrical information.  It

12   does not use those catheters for the collection of

13   positional data, X/Y/Z coordinates.  It relies on

14   the magnetic sensor-enabled catheters to collect

15   positional data.

16   BY MR. BERHOLD:

17       Q    And the CARTO 3 incorporates the ECG data

18   and the location data to build out the maps; is

19   that right?

20           MR. REYNOLDS:  Objection, scope.

21       A    There are several elements to the map.

22   There is positional data.  There's also voltage

23   that's recorded, as well as timing of the

24   electrical circuit that goes through that map.

25           So the diagnostic catheters provide a

Page 174

1    component of that map composite, but the positional

2    data, the X/Y/Z coordinates, are always taken from

3    sensor-enabled catheters.

4    BY MR. BERHOLD:

5        Q     And under the current case coverage

6    policy, the Biosense Webster clinical account

7    specialist will not support the case if the

8    physician wants the clinical account specialist to

9    interpret ultrasound images in -- in cases where

10   the physician uses a Biosense Webster or Siemens

11   AcuNav ultrasound catheter reprocessed by third

12   parties?

13              MR. REYNOLDS:  Objection, form.

14       A     It's important to note in this instance,

15   there are two types of ultrasound catheters.  We

16   have sensor-enabled ultrasound catheters and

17   nonsensor-enabled catheters.

18              In both cases we also have two types of

19   clinical account specialists that support these

20   procedures.

21              We have EP focused clinical account

22   specialists that specialize in using the CARTO

23   system to build the map.

24              And then we have ultrasound clinical

25   account specialists that provide image

# EXHIBIT 105

Page 1

1            UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA

2                  SOUTHERN DIVISION

3            Case No. 8:19-cv-1984 JVS-KES

4      _____

5    INNOVATIVE HEALTH, LLC,

6            Plaintiff,

7        vs.

8    BIOSENSE WEBSTER, INC.,

9            Defendant.

       _____

10

11

12

13

14        REMOTE VIDEOTAPED DEPOSITION OF

                  MARY ROBERTS

15

16

17            Monday, August 30, 2021

18

19

20

21

22

23

24

25    Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

Page 12

1     throughout the Providence Saint Joe's system?

2          A     Yes.

3          Q     And do you prefer to maximize Providence

4     Saint Joseph's savings on reprocessed catheters through

5     the contract with Medline?

6          A     Yes.

7          Q     Does Biosense Webster have a policy of

8     refusing to support your cases on the CARTO 3 cardiac

9     mapping system --

10          A     Yes.

11          Q     -- where your physicians use -- where your

12     physicians use ultrasound or mapping catheters

13     reprocessed by third parties?

14          A     Yes.

15          Q     Do you know whether the other manufacturers

16     of cardiac mapping systems have a similar case coverage

17     policy?

18          A     No.

19          Q     So are you saying that you believe that the

20     other original equipment manufacturers do not have a

21     similar case coverage policy?

22          A     They do not, that I'm aware of.

23          Q     Have you tried to take any steps to avoid the

24     restrictions imposed by Biosense Webster through its

25     case coverage policy?

Mary Roberts                                             August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

                                                    Page 13

1              MR. JARRETT:  Objection, form.

2              MR. SILER:  Mary, you can go ahead and

3         answer.

4              THE WITNESS:  Yes.

5         Q    (By Mr. Berhold)  What sort of steps have you

6    taken?

7         A    I've tried to inquire to see if there was a

8    way that we could train our techs within the ministries

9    to make sure that they would be able to cover those

10   cases.

11        Q    And how did you go about investigating the

12   possibility of training your own staff?

13        A    I reached out to Innovative Health to see if

14   they had any programs available to be able to train our

15   techs at the hospitals.

16        Q    And what did they tell you?

17        A    They said they did.

18        Q    And have you explored that opportunity with

19   Innovative Health?

20        A    We have, yes.

21        Q    And what is the status?

22        A    Still working with the ministries to see if

23   this is an opportunity that they would like to take.

24        Q    And the ministries are the individual

25   hospitals in your system?

Mary Roberts                                        August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 14

```
 1        A     Yes, they are.

 2        Q     And have you talked to any of the clinicians

 3    in the individual labs about the possibility of --

 4        A     Yes.

 5        Q     -- training your own...

 6              And have you gotten feedback?

 7        A     They are open to it, yes.

 8              MR. SILER:  Mary, just make sure to let

 9        Jeff finish his questions.

10              THE WITNESS:  Will do.

11        Q     (By Mr. Berhold)  Have -- has there been any

12    resistance from any of the doctors or nurses?

13        A     No.

14        Q     And have you investigated whether your labs

15    have the head count or employees to dedicate to the

16    training and then the support for the CARTO 3?

17        A     No.

18        Q     So are you still in the -- discussing the

19    concepts generally with your ministries?

20        A     Yes.

21        Q     Haven't gotten into detail as far as how it

22    would actually be done --

23              MR. JARRETT:  Objection, form.

24        Q     -- within the labs?

25              MR. JARRETT:  Objection, form.
```

Page 15

1          THE WITNESS:  No.

2     Q    (By Mr. Berhold)  Has -- have you tried any

3     other steps to get around Biosense's case coverage

4     policy, like talking to physicians about using other

5     mapping systems?

6     A    No.

7     Q    Why is that?

8     A    That would be a contracting -- that would be

9     a sourcing conversation.

10    Q    And is it true at Providence Saint Joseph's

11    that the physician decides which cardiac mapping system

12    and catheters to use on each procedure?

13         MR. JARRETT:  Objection, form.

14         THE WITNESS:  I don't know.

15    Q    (By Mr. Berhold)  You already testified

16    that you're currently investigating whether

17    Innovative Health can assist Providence Saint Joseph's

18    in training some of your own staff to provide support

19    on the CARTO 3.

20         Have you looked at other opportunities with

21    Biosense or anyone else to train your staff to operate

22    the CARTO 3 independently?

23    A    Can you repeat that question?

24    Q    Sure.  We already talked about your current

25    conversations with Innovative Health about the

Page 61

1    that when physicians see the economics, they tend to

2    back reprocessing; is that right?

3         A    Yes.

4         Q    And so if physicians understand the

5    economics -- I'll rephrase.

6              So if, when doctors see the economics, they

7    tend to back reprocessing, it follows that physician

8    preference does not stand in the way of Providence

9    making greater use of reprocessed catheters; isn't that

10   right?

11             MR. BERHOLD:  Objection.

12             THE WITNESS:  I guess the word

13        "physician preference" is what has me

14        pausing.  Physicians do have their

15        preference, but they want their mapping techs

16        in there to assist.

17        Q    (By Mr. Jarrett)  So the question is:  Did

18   Providence doctors stand in the way of Providence

19   engaging in more reprocessing?

20        A    No.

21        Q    Thank you.

22             Now, let's focus on the second point you

23   identified.  The speaker notes read, "(2) Introduce

24   more systems.  The OEM can only influence the

25   reprocessing decision because most labs cannot move

Innovative Health, LLC v. Biosense Webster, Inc.

Page 62

1    market share.  Where the lab is dependent on ONE system

2    only, this is not possible.  Many of our labs have

3    secondary systems that are not utilized much, and not

4    because they are not good systems.  By moving 5

5    percent, 10 percent, 20 percent share away from the

6    dominant supplier, the balance shifts and the lab can

7    get in control of costs and reduce them."  Do you see

8    that?

9         A    Yes.

10        Q    Is the dominant supplier you're referring to

11   here Biosense?

12        A    Yes.

13        Q    And you're talking about leveraging

14   competition among EP mapping systems to reduce costs;

15   is that right?

16        A    Yes.

17        Q    And I believe you recognized previously that

18   many of Providence's labs have more than one EP mapping

19   system.  Is that right?

20        A    Yes.

21        Q    And Providence's decision to primarily use

22   the Biosense mapping system instead of competing

23   systems is not because the other systems are not good;

24   is that right?

25        A    Yes.

Page 63

1              MR. BERHOLD:  Objection.

2        Q    (By Mr. Jarrett)  So you were proposing in

3    this presentation to utilize other mapping systems more

4    often in lieu of the Biosense mapping system; isn't

5    that true?

6        A    Yes.

7        Q    And you recognize there are alternative

8    systems that Providence could elect to use more often?

9        A    Yes.

10       Q    That's a decision within Providence's

11   control; isn't that right?

12             MR. BERHOLD:  Objection.

13             MR. SILER:  Objection, calls for

14        speculation.

15             THE WITNESS:  Can you rephrase that last

16        question?

17       Q    (By Mr. Jarrett)  Providence could choose to

18   use alternative mapping support systems other than

19   Biosense if it wanted to; isn't that true?

20       A    Yes.

21             MR. SILER:  Objection, calls for

22        speculation.

23             MR. BERHOLD:  Objection.

24             MR. JARRETT:  Okay.

25       Q    (By Mr. Jarrett)  Now let's focus on the

Page 69

1     However, there are pathways to ensuring that these

2     substantial savings are realized anyway.  At Providence

3     Alaska, for example, the facility utilizes its own

4     staff to perform the mapping support."  Do you see

5     that?

6          A    Yes.

7          Q    And I believe you previously testified that

8     it's true that Providence Alaska self-supports; is that

9     right?

10         A    Yes.

11         Q    Is the clinical support at Providence Alaska

12    just as good as the clinical support Providence

13    receives from third parties at its other hospitals?

14              MR. SILER:  Objection, calls for

15         speculation.

16              MR. BERHOLD:  Objection.

17              THE WITNESS:  I would say yes.

18         Q    (By Mr. Jarrett)  Have any other Providence

19    hospitals followed Providence Alaska's example and

20    provided self-support?

21         A    No.

22         Q    Why not?

23         A    They have not received the training.

24         Q    But you agree that other Providence hospitals

25    are capable of self-supporting just like Providence

Page 70

 1      Alaska if they receive the proper training; is that

 2      right?

 3          A    Yes, that is my belief.

 4          Q    Thank you.  We're finished with this

 5      document.

 6              So, Ms. Roberts, you testified previously

 7      that in the last couple of months, Providence has --

 8      has had discussions with Biosense about receiving

 9      training on the CARTO 3; is that right?

10          A    Can you repeat that question?

11          Q    Sure.  You testified previously that in the

12      last couple of months, Providence has had discussions

13      with Biosense about receiving training on mapping with

14      the CARTO 3; is that right?

15          A    No.

16          Q    So Providence has not had conversations with

17      Biosense in the last few months about receiving

18      training; is that correct?

19          A    No.

20          Q    Providence has or has not had conversations

21      with Biosense about training?

22          A    I personally have not.  I'm not sure if

23      sourcing has.

24          Q    You testified previously that you are aware

25      of Biosense's written policy with respect to clinical

# EXHIBIT 106

Cherly Saxby                                        August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 1

1            UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

2                 SOUTHERN DIVISION

3            Case No. 8:19-cv-1984 JVS-KES

4    _____

5    INNOVATIVE HEALTH, LLC,

6            Plaintiff,

7        vs.

8    BIOSENSE WEBSTER, INC.,

9            Defendant.

     _____

10

11

12

13

14        REMOTE VIDEOTAPED DEPOSITION OF

                   CHERLY SAXBY

15

16

17            Monday, August 30, 2021

18

19

20

21

22

23

24

25    Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

Innovative Health, LLC v. Biosense Webster, Inc.

                                                    Page 52

1    correct?

2         A    Yes, and many other numerous areas.

3         Q    So you're knowledgeable about the reasons why

4    Providence sources devices from some suppliers and not

5    others; is that right?

6         A    Yes.

7         Q    And you testified earlier it's the Providence

8    contract with Biosense, not the Biosense clinical

9    support policy, that prevents Providence from doing

10   more reprocessing with Innovative; is that correct?

11           MR. BERHOLD:  Objection.

12           THE WITNESS:  Because of the commitment

13        spend.

14        Q    (By Mr. Jarrett)  You testified earlier that,

15   to your knowledge, Providence physicians have generally

16   been amenable to receiving CARTO mapping training from

17   Biosense staff; is that right?

18        A    Yeah.

19        Q    I know we spoke about -- I'm sorry.

20   Mr. Berhold and you spoke about spend requirements in

21   OEM contracts a few minutes ago.  Do you recall that

22   conversation?

23        A    From earlier today?

24        Q    Correct.

25        A    Yeah.  About spend requirements for the

Innovative Health, LLC v. Biosense Webster, Inc.

Page 53

1    Biosense Webster contract, just to make it clear?

2         Q    Exactly.

3         A    Yeah.  Yes, sir.

4         Q    So there's nothing -- to be clear, there's

5    nothing unusual about contract spend requirements in

6    OEM device contracts; is that right?

7         A    Correct.

8         Q    They're a common feature in the industry,

9    isn't that true?

10        A    Some versus spend, some versus percentage.

11   There are some that -- there's a lot that we have that

12   don't have any spend or commitment on them as well.

13        Q    But many do have spend commitments; is that

14   right?

15        A    Some do.  Some don't.  I wouldn't know the

16   percentage of them, but there are ones with

17   commitments, correct, Zack.

18        Q    So it's not uncommon to have spend

19   commitments in contracts?

20        A    Correct, it's not uncommon.

21        Q    You also testified earlier that Providence

22   has been able to shift some system coverage, some

23   mapping system coverage, away from the CARTO 3; isn't

24   that right?

25        A    Correct.

Cheryl Saxby                    August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 54

1        Q    And Providence could shift more system

2    coverage away from the CARTO 3 if it chose to do so; is

3    that right?

4              MR. BERHOLD:  Objection.

5              THE WITNESS:  Probably.  Yes, probably.

6        Q    (By Mr. Jarrett)  Ms. Saxby, are you familiar

7    with the two new entrants to cardiac mapping, Acutus

8    with the AcQMap system and Philips with the KODEX map

9    system?

10       A    I am not.

11       Q    But Providence EP labs do use other EP

12   systems besides the CARTO 3; is that right?

13       A    Correct.

14       Q    And can you remind us what those other

15   products were, those other mapping systems were?

16       A    I know we sent a document that showed the

17   different products.  I'm not an expert on the product

18   like-to-like, but I know we did send a document that

19   showed the different products that we do use, the

20   disposables.

21       Q    But in terms of mapping systems, generally

22   speaking, Providence uses the Boston Scientific system,

23   Abbott system, and the Medtronic system as well; is

24   that right?

25       A    Yeah.  I believe the Medtronic system, a very

Cheryl Sosby                                    August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 55

1     small amount.  I don't remember which facilities; but,

2     yes, we use the other systems as well.

3          Q    And each of those mapping systems can be used

4     for both EP studies and procedures; is that right?

5          A    Correct.

6          Q    And to your knowledge, are there EP studies

7     and procedures that one of the mapping systems is not

8     able to do but the others are?

9          A    Can you repeat that?

10         Q    Sure.  Are there any EP studies and

11    procedures that one of the mapping systems is not able

12    to do but the other mapping systems are able to do, to

13    your knowledge?

14         A    Yeah, I'm not a clinical --

15              MR. BERHOLD:  Objection.

16         A    -- expert in the field, so I wouldn't be able

17    to answer that.

18         Q    Does each of the mapping systems also require

19    clinical support in order to be operative?

20         A    I don't know.

21         Q    Do you know that each system manufacturer

22    also offers clinical support along with its mapping

23    system?

24         A    I don't know.

25         Q    I'd like to talk about catheters at a high

Innovative Health, LLC v. Biosense Webster, Inc.

Page 57

1    contractually obligated to provide that support, would

2    you have any reason to disagree with that statement?

3         A    I -- no, I don't know.  I don't know what the

4    contract reads.

5         Q    Okay, I'd like to talk about physician

6    preference for a moment.

7         A    Sure.

8         Q    So there are limitations on physicians'

9    ability to choose which cardiac mapping systems they

10   use, such as cost; is that correct?

11        A    No.

12        Q    So there are no limitations on a physician's

13   ability to choose the mapping system that physician

14   wants to use?

15        A    They can use what they feel like is necessary

16   for a patient's care.

17        Q    But you're not a physician, are you,

18   Ms. Saxby?

19        A    Nope, I am not a physician.

20        Q    But do you also play a role in which mapping

21   systems hospitals and Providence network use?

22        A    We share the options with our physicians.

23        Q    And so is it correct to say that yourself and

24   the corporate management of Providence determines which

25   systems to -- systems to use in Providence hospitals in

Page 79

1    maps [audio drop].

2        A    Are you still there, Zack?  I think I lost

3    you.  I can't hear you.

4            MR. SILER:  Why don't we go off the

5        record, Jim.

6            (Discussion off the written record.)

7        Q    (By Mr. Jarrett)  So the question was:

8    Ms. Saxby, if doctors like Dr. Compton only use

9    catheters such as the Soundstar catheter to create a

10   map in a small percentage of operations they perform,

11   isn't it true that the BWI clinical support policy

12   would only affect a small number of procedures at the

13   hospital?

14           MR. SILER:  Objection, calls for

15       speculation.

16           MR. BERHOLD:  Objection.

17           THE WITNESS:  I'm not a clinical expert.

18       I can't answer that.  I don't know.

19           MR. JARRETT:  We can pull down the

20       document, Miranda.  Thank you.  Or Jim.  I

21       appreciate it.

22       Q    (By Mr. Jarrett)  So I think Mr. Berhold

23   asked earlier that, as part of the discussions with

24   Biosense about the clinical support policy in 2016,

25   Providence asked Biosense to train Providence's staff

Cheryl Saxby                        August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 80

1    so that Providence could provide its own self-support.

2    Is that right?

3         A    I don't know if Providence asked or if

4    Biosense offered.

5         Q    But, regardless, Biosense was willing to

6    provide training to Providence's staff to self-support

7    on mapping procedures; is that right?

8              MR. BERHOLD:  Objection.

9              THE WITNESS:  That was the conversation,

10        but I don't think it ever happened, Zack.

11             MR. JARRETT:  Miranda, can we please

12        pull up Exhibit 279.

13             (Discussion off the written record.)

14        Q    (By Mr. Jarrett)  Okay, Ms. Saxby, this is

15    the May 3rd, 2016 Providence memo that you were

16    discussing with Mr. Berhold earlier today.  Do you

17    recall this document?

18        A    Yeah.  This was the one we just went over a

19    little bit ago, right?

20        Q    Exactly.

21        A    Yeah, uh-huh.

22        Q    And you are listed as the point of contact

23    for this memo; is that right?

24        A    Myself and Stephanie.  There's two names on

25    the bottom.

Innovative Health, LLC v. Biosense Webster, Inc.

Page 81

1        Q    And so I'd like to cover the substance of the

2    memo briefly.

3        A    Sure.

4        Q    The first paragraph reads, "On April 29th, a

5    group of Providence physicians, executives, and supply

6    chain representatives met with Biosense Webster

7    regional leadership to discuss BWI's recent policy

8    change regarding Clinical Account Specialists (CAS)

9    support of cases supportive where reprocessed catheters

10   are used.  In brief, the new policy states that BWI

11   CAS's will no longer assist in building CARTO maps

12   where another manufacturer's new or reprocessed devices

13   are used."  Do you see that?

14       A    I do.

15       Q    And then the section paragraph continues,

16   "Clinical staff should start training immediately on

17   the Biosense Lasso Nav and Soundstar/Soundstar ECO

18   catheters.  Biosense Webster CAS are available to start

19   the training with your staff.  The CRM Technology

20   Review Subgroup will monitor the progress of these

21   discussions and will communicate progress as it

22   occurs."  Do you see that?

23       A    Yes, I do.

24       Q    So isn't it correct that this document

25   reflects not only that Biosense was willing to provide

Cheryl Saxby                           August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

                                                      Page 82

1        mapping training to Providence, but that Biosense did

2        in fact provide that training?

3                MR. BERHOLD:  Objection.

4                THE WITNESS:  I know that it was

5            discussed that Biosense would; but, again, I

6            don't know if it happened at each and every

7            one of the facilities.

8        Q    (By Mr. Jarrett)  But it did happen in some

9        facilities, to your knowledge, Ms. Saxby?

10       A    I don't know.

11       Q    In this memo, is it correct that you're

12       directing Providence hospitals to begin training with

13       Biosense CAS?

14       A    Yeah, we're asking and letting them know that

15       they can start training with the Biosense staff for the

16       mapping of these procedures per Biosense's offer to do

17       so.

18       Q    Thank you.

19       A    Uh-huh.

20               MR. JARRETT:  Miranda, let's please mark

21           Tab 5.  It's BWI-995.

22               MS. LI:  That has been introduced.

23               (Exhibit 283 marked for identification.)

24               (Discussion off the written record.)

25       Q    (By Mr. Jarrett)  Ms. Saxby, this is a

Cheryl Soby                           August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 106

1    Mr. Ferreira suggests that if Mr. O'Neill sees things

2    differently, he may need you and Ms. Roberts to assist

3    by providing a "nudge" to the physicians on behalf of

4    Providence corporate management.  Do you see that?

5         A    Yes.

6         Q    Are you aware of any further developments

7    with respect to this issue?

8         A    No.

9         Q    Do you remember this email?

10        A    I don't remember it.

11        Q    Are you aware of any other instances in which

12   physicians at Providence complained about Innovative's

13   products?

14        A    I don't recall.

15        Q    Just a few more questions.

16        A    Sure.

17        Q    Does Providence typically acquire mapping

18   systems in a cash purchase?

19        A    You mean like I'm going to go to the bank and

20   I'm going to get cash and I'm going to hand it to you?

21        Q    As in does Providence finance the purchases

22   it makes of mapping systems, or does it pay outright?

23        A    You know, I -- I think there's a couple

24   different ways.  There's placement programs, I believe,

25   and I don't know if this happens on the mapping

Innovative Health, LLC v. Biosense Webster, Inc.

Page 107

1    programs or not, but there's placement programs to

2    state if you -- you have to buy a certain amount of

3    catheters in order to get the equipment.  There are

4    purchases.  I -- there may be leases.  I doubt in this

5    area, but I don't -- I'm not -- I don't handle the

6    capital, so I don't know how these have been purchased

7    in the past.  Sorry about that, Zack.

8         Q    So when you're considering or when Providence

9    is considering which mapping system to purchase, is it

10   fair to say that you consider the cost of the

11   disposables that are compatible with the system as part

12   of that decision?

13            MR. SILER:  Objection, calls for

14       speculation.

15            MR. BERHOLD:  Objection.

16            THE WITNESS:  I think along with any

17       capital pieces of equipment, you always look

18       at the disposable costs that go along with it

19       because those are the costs that you pay

20       every single day.

21        Q    (By Mr. Jarrett)  Do you consider the cost of

22   servicing or otherwise maintaining the mapping systems

23   when you purchase them?

24        A    I don't know if that's in her analysis or

25   not, but I know that -- I don't believe any of the

Page 108

1     systems charges a service fee for that, just as we

2     don't charge a service fee for, you know, OR room space

3     to be able to do procedures to the vendors.

4          Q    And you testified earlier that Providence is

5     able to shift share among mapping systems to one degree

6     or another; is that right?

7          A    If the physicians --

8               MR. BERHOLD:  Objection.

9          A    -- choose to do so.

10         Q    Is it true that manufacturers of cardiac

11    mapping systems offer incentives or discounts to

12    purchase their cardiac mapping system?

13         A    Can you say that one more time?

14         Q    Sure.  Is it true that manufacturers of

15    cardiac mapping systems offer financial incentives to

16    purchase their systems?

17         A    Like, can you give me an example?

18         Q    Sure.  Like, do -- let me rephrase the

19    question.

20         A    Uh-huh.

21         Q    Has Providence taken advantage of a

22    manufacturer incentive or discount to purchase a

23    cardiac mapping system?

24         A    And can you give me an example?

25         Q    Isn't it true you can --

# EXHIBIT 107

Page 1

1              UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

2                  SOUTHERN DIVISION

3

4   INNOVATIVE HEALTH LLC,

5        Plaintiff,                    CASE NO.

6   vs.                        8:19-cv-01984-JVS-KES

7   BIOSENSE WEBSTER, INC.,

8        Defendant.

9

10

11       VIDEOTAPE DEPOSITION OF TODD SENARD

12            APPEARING REMOTE FROM

13         PITTSBURGH, PENNSYLVANIA

14

15              AUGUST 23, 2021

16              1:30 P.M. EST

17

18

19   Reported By:

20   Judith L. Leitz Moran

21   RPR, RSA, CCR-B-2312

22   APPEARING REMOTELY FROM ATLANTA, GEORGIA

23

24

25

Todd Sears                                     August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 47

1        Q     And so Mr. Distel recommended this

2    because other hospitals have covered a portion of

3    their cases and utilized reprocessed sensor-enabled

4    devices, correct?

5              MR. BERHOLD:   Objection.

6        A     I can't answer that.

7    BY MS. KOZIKOWSKI:

8        Q     Looking back at the email, he said,

9    "We've had success with other facilities through a

10   number of approaches," correct?

11       A     Correct.

12       Q     And so would you agree that he is telling

13   you that other facilities have covered a portion of

14   their cases and utilized reprocessed sensor-enabled

15   devices and had success?

16       A     I agree that that's what he says, but I

17   cannot confirm if that's actually happened.

18       Q     And did Allegheny take the suggestion?

19   Has it covered a portion of its cases to utilize

20   reprocessed sensor-enabled devices?

21       A     No, ma'am, we do not.   We still rely on

22   supplier clinical coverage for mapping procedures.

23       Q     The second bullet says:   Shifting a

24   portion of SOUNDSTAR eco ICE to AcuNav.   Mayo

25   Clinic shifted to 80 percent AcuNav and doubled

Todd Seard                                                    August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 48

1    their savings.

2            Do you see that one?

3        A    I do.

4        Q    And so, again, Mr. Distel is recommending

5    this and representing to you that other hospitals

6    have done this and had success, correct?

7        A    Correct.

8        Q    Did Allegheny take this suggestion?

9        A    I cannot confirm, but I would say no.

10       Q    And what's the basis for that

11   understanding?

12       A    Again, we don't have trained individuals

13   to do the mapping procedures.  We still rely on the

14   supplier case coverage.

15       Q    SOUNDSTAR and AcuNav are both ultrasound

16   catheters, correct?

17       A    I do not know.  I cannot confirm.

18       Q    Do you understand that Ac -- the Biosense

19   clinical support policy does not apply to AcuNav?

20       A    No, I do not have that knowledge.

21       Q    Okay.  And the third bullet says:

22   Shifting to competitive systems such as EnSite

23   Precision.

24            Do you see that?

25       A    I do.

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 342 of 363
Page ID #:8008
Todd Seng
August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 49

1    Q    Do you see that?

2    A    I do, yeah.

3    Q    And again, Mr. Distel is representing to

4    you that other hospitals have shifted from the

5    CARTO 3 system to competitive systems such as the

6    EnSite Precision and had success, correct?

7    A    Correct.

8    Q    Has Allegheny done this?

9    A    We do have an EnSite system within AGH,

10   Allegheny General Hospital, but it does not get

11   utilized very often.  But again, that's the

12   clinician choice, that's not a supply chain choice.

13   Q    Okay.  So you testified earlier when

14   Mr. Berhold was asking you questions that you are

15   not on the capital acquisitions team, correct?

16   A    Yes, ma'am.

17   Q    Who is on that team, if you know?

18   A    Joseph Reiss.  The manager name is Rafael

19   Polar, P-O-L-A-R.

20   Q    Anyone else?

21   A    Yeah, he's got other individuals on his

22   team, but Joe handles the capital.

23   Q    And you testified that capital

24   acquisitions are discussed monthly at a capital

25   equipment committee meeting, correct?

# EXHIBIT 108

Page 1

1            UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

2                 SOUTHERN DIVISION

3

4     INNOVATIVE HEALTH LLC,

5          Plaintiff,                    CASE NO.

6     vs.                       8:19-cv-01984-JVS-KES

7     BIOSENSE WEBSTER, INC.,

8          Defendant.

9

10

11            VIDEOTAPE 30(B)(6) DEPOSITION

12             OF BIOSENSE WEBSTER, INC.

13          AND IN HIS INDIVIDUAL CAPACITY

14              WITNESS: AVI SHALGI

15            APPEARING REMOTE FROM

16           BIOSENSE WEBSTER - ISRAEL

17

18              SEPTEMBER 2, 2021

19               9:39 A.M. EST

20

21    Reported By:

22    Judith L. Leitz Moran

23    RPR, RSA, CCR-B-2312

24    APPEARING REMOTELY FROM ATLANTA, GEORGIA

25

Innovative Health, LLC v. Biosense Webster, Inc.

Page 25

1          Q     And what is your understanding of how

2     Sterilmed reprocesses the -- well, let me ask it

3     differently.

4                Do you have an understanding of how

5     Sterilmed reprocesses Biosense navigational

6     catheters?

7          A     Do I understand?

8          Q     Yes.

9          A     I think I understand in top level.

10         Q     Okay.  And does Sterilmed recalibrate the

11    Biosense Navigational catheters as part of its

12    reprocessing?

13         A     Yes, it's a must.

14         Q     And that's true of the Pentaray Nav eco

15    catheter specifically?

16         A     True as well.

17         Q     So how long has Sterilmed been

18    recalibrating the Biosense Pentaray Nav eco

19    catheters part of its reprocessing?

20         A     It was just approved.  It's not -- as far

21    as I know, we -- we are just launching it these

22    days.

23         Q     For the Pentaray?

24         A     The Pentaray.

25         Q     And what about Lasso, how long has --

Innovative Health, LLC v. Biosense Webster, Inc.

Page 26

1    is -- is Sterilmed recalibrating the Lasso Nav eco

2    catheters as part of its reprocessing?

3         A    Yes.  I said it's a must.

4         Q    I'm sorry, what was that?

5         A    I said it's a must to calibrate because,

6    you know, when the catheter comes back, most time

7    it's not calibrated anymore to its original data.

8         Q    And that's -- and how long has it been --

9    how long has Sterilmed been recalibrating the Lasso

10   Nav catheters as part of the reprocessing?

11        A    Oh, from the very beginning when they

12   started reprocessing.

13        Q    So it's your testimony that Sterilmed

14   never used the same calibration data on the OEM

15   catheter when it reprocessed the Lasso Nav eco

16   catheters?

17        A    Correct.  They are not using the original

18   data.  They recalibrate it from scratch.

19        Q    And the SOUNDSTAR eco is also reprocessed

20   by Sterilmed?

21        A    The certified reprocessor for SOUNDSTAR

22   eco is Sterilmed, yes.

23        Q    And does Sterilmed currently recalibrate

24   Biosense SOUNDSTAR eco catheters during its

25   reprocessing?

Page 27

1          A     That's correct.

2          Q     And has Sterilmed always recalibrated the

3    SOUNDSTAR eco catheters during reprocessing?

4          A     Yes.

5          Q     And Biosense Webster has sold the

6    SOUNDSTAR 3D ultrasound eco?

7          A     I'm not sure I understand what is the

8    SOUNDSTAR 3D eco.  I -- this is --

9          Q     Let me -- so I --

10          A     For the -- this is for the -- because we

11    have SOUNDSTAR and we have AcuNav.  I don't know

12    what is SOUNDSTAR 3D.

13          Q     Okay.  You've never heard of the

14    SOUNDSTAR 3D catheter?

15          A     I don't know what is SOUNDSTAR 3D.  The

16    4D -- the three-dimensional ultrasound with time,

17    which is the four -- I'm -- I'm a little bit

18    confused with the terminology, SOUNDSTAR 3D.

19                But -- but I think that we -- we didn't

20    do any -- if it's SOUNDSTAR, it does navigation.

21    And if it does navigation, it's SOUNDSTAR.  It's

22    not SOUNDSTAR 3D.

23                Because we haven't worked with Siemens on

24    integrating anything on their 3D catheter.  So

25    that's why I'm a little bit confused with the

Case 8:19-cv-01984-JVS-KES    Document 116-5    Filed 12/14/21    Page 348 of 363
306 Dror Shalgi                                           September 2, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 28

1    terminology SOUNDSTAR 3D.

2         Q    And has -- and so it's your understanding

3    that Sterilmed has always recalibrated any of the

4    SOUNDSTAR ultrasound catheters reprocessed by

5    Sterilmed?

6              MS. GROSSBARD:  Objection, foundation.

7         A    My understanding is -- or my -- my

8    knowledge is that Sterilmed always recalibrated the

9    navigational product that they reprocess.

10             MR. BERHOLD:  Jim, can we pull up

11   Exhibit 205?

12             CONCIERGE FARMER:  Exhibit 205 should be

13   in the Marked Exhibits folder now.

14             MR. BERHOLD:  Oh, excuse me, I meant --

15   need my reading glasses -- Exhibit 208.

16             CONCIERGE FARMER:  Okay, Exhibit 208 is

17   available.

18        A    Yeah, I open it.

19   BY MR. BERHOLD:

20        Q    Okay.  Do you want a minute to review

21   Exhibit 208, Mr. Shalgi?

22        A    This is the email from Nick to Jasmina

23   and myself?  This is the one?

24        Q    Correct.

25        A    (Witness reviews document.)

# EXHIBIT 109

Page 1

1          UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

2               SOUTHERN DIVISION

3    _____

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,                 CASE NO.

6    vs.                             8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9    _____

10

11          VIDEOTAPE 30(B)(6) DEPOSITION OF

12               ACUTUS MEDICAL, INC.

13        BY WITNESS: SHIBAJI SHOME, PH.D.

14              APPEARING REMOTE FROM

15               CARLSBAD, CALIFORNIA

16

17             SEPTEMBER 23, 2021

18                9:43 A.M PST

19

20   Reported By:

21   Judith L. Leitz Moran

22   RPR, RSA, CCR-B-2312

23   APPEARING REMOTELY FROM ATLANTA, GEORGIA

24

25

```
                                            Page 45
 1   compete with the AcQMap cardiac mapping system?
 2        A     Compete in a sense, yes.
 3        Q     How about the Philips KODEX cardiac
 4   mapping system?
 5        A     In a sense, yes.
 6        Q     And in what sense?
 7        A     To the extent in my experience that a
 8   certain procedure calls for cardiac mapping and the
 9   system in question that you just referred can
10   perform the similar function in that sense.
11        Q     How about APN Health's NavX system?
12        A     I'm sorry, I've not heard of the APN
13   system.
14        Q     Okay.  What cardiac mapping catheters
15   compete with Acutus's AcQMap cardiac mapping
16   catheter?
17             MR. BERHOLD:  Objection.
18   BY MS. GROSSBARD:
19        Q     You can answer.
20        A     To the extent that a mapping catheter can
21   perform its similar function as the AcuNav mapping
22   catheter, such catheters would fit your definition.
23   BY MS. GROSSBARD:
24        Q     Okay.  And what are those catheters
25   because I have a very specific question under these
```

```
                                            Page 46

 1    topics which is --

 2         A     Uh-huh.

 3         Q     -- what cardiac mapping catheters does

 4    Acutus consider to compete with its AcQMap cardiac

 5    mapping catheter?

 6         A     You would like me to list the product

 7    name?

 8         Q     Correct.

 9         A     For a specific manufacturer?

10         Q     All of the catheters that Acutus

11    considers to compete with the AcQMap cardiac

12    mapping catheter.

13         A     That would be an exhaustive list.  In my

14    experience, the RHYTHMIA Orion catheter, which

15    would be a basket catheter.

16               The slew of catheters that Biosense and

17    Abbott manufacture that are advertised as mapping

18    catheters would fit that definition.

19         Q     How about Abbott's catheters?

20         A     Yes, I believe I included Abbott.

21         Q     Okay.  I don't think that I -- I caught

22    that.  So the Abbott Advisor catheters compete with

23    the AcQMap cardiac mapping catheter?

24         A     To the extent that it can be claimed to

25    be used by Abbott for mapping certain cardiac
```

```
                                          Page 47
 1   procedures.
 2       Q    Does Acutus consider Abbott's Advisor
 3   catheters to compete with the AcQMap cardiac
 4   mapping catheter?
 5             MR. TORRENCE:  Objection as vague and
 6   ambiguous.
 7             MS. GROSSBARD:  It's specifically called
 8   for by the topics and I'm asking Acutus's position.
 9             MR. TORRENCE:  I can still object and say
10   that the word "compete," the way you're using it,
11   is vague and ambiguous.  And the witness can give
12   you his best testimony.
13             MS. GROSSBARD:  Okay.
14   BY MS. GROSSBARD:
15       Q    Mr. Shome, is it Acutus's position that
16   the Abbott's Advisor catheters compete with the
17   AcQMap cardiac mapping catheter?
18       A    It is my understanding that the Advisor
19   catheter that you just mentioned may be used to
20   create an anatomy in cardiac procedures and to
21   collect information about the cardiac function.
22             Under that definition, since the AcQMap
23   catheter is also designed to perform such a
24   function, the Advisor catheter would compete with
25   the AcQMap catheter.
```

```
                                              Page 48

 1       Q    And you're testifying to that on behalf
 2   of Acutus, correct?
 3              MR. TORRENCE:  Same objections.
 4   BY MS. GROSSBARD:
 5       Q    It's a yes-or-no question.
 6       A    Acutus considers Abbott as competitor,
 7   yes.
 8       Q    And does Acutus consider Boston
 9   Scientific's Orion catheter as a competitor of the
10   A-c -- the AcQMap cardiac mapping catheter?
11              MR. TORRENCE:  Same objections.
12              MS. GROSSBARD:  We're going to be here a
13   long time.
14              Can you -- can the court reporter please
15   read the question back.
16              (Whereupon, the requested portion of
17              the record was read by the reporter.)
18       A    With the previously stated definition
19   that the Orion mapping catheter claim to map,
20   meaning you construct anatomy and cardiac activity,
21   and AcQMap catheter also performs a similar
22   function, that they would be competitor.
23   BY MS. GROSSBARD:
24       Q    In the view of Acutus, correct?
25       A    Yes.
```

Page 49

1        Q    And does Acutus consider Biosense's Lasso
2   catheter to be a competitor of the AcQMap cardiac
3   mapping catheter?
4              MR. TORRENCE:  Same objections.
5              MR. BERHOLD:  Same objection.
6        A    I'm thinking about all of the functions
7   that a Lasso Nav -- or a Lasso catheter can perform
8   or claims to perform and -- within the definition
9   of constructing an anatomy and collecting
10  electrical information.  And the AcQMap catheter
11  can perform a similar function.  They would be
12  competitor.
13  BY MS. GROSSBARD:
14       Q    So Acutus does consider the Lasso Nav
15  catheter to compete with the AcQMap catheter; yes
16  or no?
17       A    Insofar as there's a choice in the use of
18  one catheter or the other to perform a function,
19  yes.
20       Q    And does it consider Biosense's Pentaray
21  catheter to compete with the AcQMap catheter?
22       A    Again, as it relates to the function of
23  Pentaray in constructing cardiac anatomy and
24  reconstructing cardiac electrical activity as the
25  AcQMap catheter can also perform similar function,

```
                                              Page 50

 1   yes.

 2        Q    How about Medtronic's Achieve catheter?

 3             MR. BERHOLD:  Objection.

 4        A    To the best of my knowledge, Medtronic

 5   does not have a mapping system.

 6   BY MS. GROSSBARD:

 7        Q    Does it have a mapping catheter to the

 8   best of your knowledge?

 9        A    I believe the Achieve catheter is used to

10   obtain electrical information in certain Medtronic

11   procedures, but I would not categorize it as a

12   mapping system.

13        Q    As a system or mapping catheter?

14        A    As a mapping system.

15        Q    Okay.

16        A    Medtronic does not have a mapping system

17   to the best of my knowledge.

18        Q    Okay.  But does it have a mapping

19   catheter that can be used with other cardiac

20   mapping systems?

21             MR. TORRENCE:  Objection to the extent it

22   calls for speculation.

23             You can answer to the best of your

24   knowledge.

25        A    It is possible that the Achieve catheter
```

```
                                            Page 51
 1   may be used to perform that function.
 2   BY MS. GROSSBARD:
 3        Q    Okay.  And you -- you testified that
 4   Achieve can be used on AcQMap, right?
 5        A    Yes.
 6        Q    And that it can be used on AcQMap to map,
 7   right?
 8        A    Yes.
 9        Q    So it actually can, you know that it can
10   use -- do those functions, right?
11        A    In certain applications, yes.
12        Q    Hospitals can acquire AcQMap with no
13   capital outlay; is that right?
14             MR. TORRENCE:  Objection, overbroad,
15   hypothetical.
16             You can -- you can try to answer if
17   understand the question.
18             MR. BERHOLD:  Objection.
19        A    Can you clarify "AcQMap"?
20   BY MS. GROSSBARD:
21        Q    The AcQMap cardiac mapping system.
22        A    Uh-huh.
23        Q    I'll strike that.
24             Acutus's business model is to provide
25   AcQMap cardiac mapping system to a customer for
```

```
                                            Page 53

 1   AcQMap cardiac mapping system to a customer for
 2   free under an evaluation agreement, correct?
 3        A    It is not the only way that -- that would
 4   constitute a business model.
 5        Q    What portion of the AcQMap systems have
 6   been placed at customers free of charge?
 7             MR. TORRENCE:  Objection to the phrase
 8   free of charge as vague and ambiguous.
 9             You can try to answer.
10        A    Could you clarify free of charge?
11   BY MS. GROSSBARD:
12        Q    Costing no money, free.
13        A    And the question was specifically how
14   many?
15        Q    Right.  What percentage?
16        A    I would be speculating to the exact
17   number.
18        Q    Okay.  Topic 3 is "Purchase programs or
19   offers made by you for Cardiac Mapping Systems or
20   Ultrasound Systems to reduce the capital outlay
21   required for customers to purchase your System
22   and/or to switch from a competing System to your
23   System," right?
24        A    As written, yes.
25        Q    And are you prepared to testify on that
```

```
                                              Page 54
 1   topic?
 2            MR. TORRENCE:  He is, but you asked him
 3   about percentages and he gave an answer that said
 4   he would be speculating.
 5            MS. GROSSBARD:  He hasn't answered the
 6   question at all.
 7            MR. TORRENCE:  I don't see the word
 8   "percentage" on here -- I don't see the word
 9   "percentage" on here anywhere in Topic No. 3.
10            MS. GROSSBARD:  The witness should be
11   able --
12            MR. TORRENCE:  You're taking --
13            MS. GROSSBARD:  -- to answer my questions
14   much more readily than he is.  So I'm just trying
15   to establish whether he's actually been prepared to
16   answer that.
17            MR. TORRENCE:  Do you understand the
18   question that's pending, Shibaji?
19            THE WITNESS:  Yes.
20            MR. TORRENCE:  Go ahead.
21       A    The question was specific to what
22   percentage, and I would be speculating to what
23   percentage of current systems are placed under
24   evaluation.
25   BY MS. GROSSBARD:
```

```
                                              Page 55

  1        Q    So why don't you tell me how it is that

  2   Acutus places AcQMap systems at customers, and

  3   whether there is a charge?

  4             MR. TORRENCE:  Now it's compound.

  5   Objection, compound.  It's vague and ambiguous and

  6   it's overbroad.

  7             If you understand her question, you can

  8   answer it generally.

  9             MS. GROSSBARD:  Why couldn't he answer it

 10   specifically?

 11             MR. TORRENCE:  Because it's overbroad.

 12             MS. GROSSBARD:  Don't tell him how to

 13   answer the question, Francis.

 14             MR. TORRENCE:  I'm not.

 15             MS. GROSSBARD:  I'll strike the question.

 16   BY MS. GROSSBARD:

 17        Q    Does Acutus place systems for free

 18   pursuant to evaluation agreements?

 19             MR. TORRENCE:  Same objections.

 20             Go ahead.

 21        A    Yes, it is one of the placement options

 22   available.

 23   BY MS. GROSSBARD:

 24        Q    What are the other placement options?

 25        A    In addition to an evaluation, there may
```

```
                                                Page 56
 1   be -- another option may be to place the system on

 2   an outright cash purchase that is available to the

 3   hospital.

 4            There may also be rental programs that

 5   rents the console without an up front cash payment.

 6       Q    And is the rental for a certain period of

 7   time or is it month to month?

 8            MR. TORRENCE:  Objection, overbroad.

 9            You can answer.

10       A    Can be either.

11   BY MS. GROSSBARD:

12       Q    And which is the most common way that

13   Acutus's customers acquire an AcQMap cardiac

14   mapping system?

15            MR. TORRENCE:  Objection, overbroad.

16            You can answer.

17       A    Again, the most common way, I take that

18   to be a call for looking at percentages of all the

19   different options currently, and I'm not -- I would

20   be speculating to, you know, what's the relative

21   breakdown of how Acutus's consoles have been

22   placed.

23   BY MS. GROSSBARD:

24       Q    I'm not asking you the relative

25   breakdown, sir.
```

```
                                          Page 57

 1              Do you know or do you not know the most

 2   common way that the AcQMap cardiac mapping systems

 3   are placed given the three options?

 4              You are under oath.

 5              MR. TORRENCE:  Objection, overbroad as to

 6   time.

 7              He is under oath, but it's also overbroad

 8   as to time, so it's not clear what you're asking

 9   him.

10   BY MS. GROSSBARD:

11      Q    Is that the reason you can't answer the

12   question, Mr. Shome?

13      A    In a sense, yes, because, one, I would be

14   disclosing material information about how the

15   company's consoles would be placed.

16              And even if I were to say that, I would

17   be speculating as to the relative frequency of how

18   the consoles are placed because I do not have that

19   information.

20      Q    Okay.  Can you read the sentence on

21   Exhibit 388 from the bottom of Page 3 to the top of

22   Page 4.

23              Actually, a couple of sentences.  The one

24   on the bottom of Page 3 and then through the top of

25   Page 4.
```

```
                                             Page 58

 1              MR. TORRENCE:  Could you give me those

 2    Bates --

 3    BY MS. GROSSBARD:

 4        Q    Out loud into the record.

 5              MS. GROSSBARD:  Acutus 185.

 6        A    Beginning with "Our revenue"?

 7    BY MS. GROSSBARD:

 8        Q    No, beginning with "Beginning in late

 9    2019"?

10        A    Ah, I see.

11              "Beginning in late 2019, we began to

12    install our second-generation AcQMap console and

13    workstation with customers under evaluation

14    contracts."

15        Q    And can you read the next two sentences?

16        A    Yes.

17              "Under these evaluation contracts, we

18    place our AcQMap console and workstation with

19    customers for no upfront fee to the customer during

20    the applicable evaluation period and seek to reach

21    agreement with the customer for purchase of the

22    console and workstation in the form of a

23    contractual commitment to purchase a minimum amount

24    of disposable products or a cash purchase -- or a

25    cash purchase."
```