Panteha Abdollahi, Esq. (State Bar No. 230002)
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq. (Georgia State Bar No. 054682) (*Admitted Pro Hac Vice*)
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KESx)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**DECLARATION OF JEFFREY L. BERHOLD IN SUPPORT OF INNOVATIVE HEALTH LLC'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed Concurrently with Opposition to Defendant's Motion for Summary Judgment*<br><br>Date: February 14, 2022<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Action Filed: October 18, 2019<br>Trial Date: April 5, 2022 |

1245993.2/81746.05002

*DECLARATION OF JEFFREY BERHOLD IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT*

**DECLARATION OF JEFFREY L. BERHOLD**

I, Jeffrey L. Berhold, declare as follows:

1. I am an attorney admitted to the bar of the State of Georgia and have been admitted *pro hac vice* to practice before this Court. I am the founder of Jeffrey L. Berhold P.C., lead counsel for plaintiff INNOVATIVE HEALTH LLC ("Plaintiff" or "Innovative") in the above-entitled matter. I have personally been involved in all aspects of this litigation, including document exchanges, depositions, and the exchange of expert reports. I make this declaration in connection with Innovative's Opposition to Defendant's Motion for Summary Judgment, filed on December 13, 2021 (Dkt. 114) and Innovative's Statement of Genuine Disputes in Opposition to Biosense Webster, Inc.'s Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment (Dkt. 118-2).[1] The facts stated herein are true and correct and based upon my own personal knowledge or knowledge based on my review of the files pertinent to this matter, including pleadings, transcripts, correspondence, and discovery disclosures. If called as a witness to testify, I could and would competently testify to the facts set forth herein.

2. Attached here to as Exhibits 1-21 are true and correct copies of the relevant transcript pages cited by Innovative in its concurrently filed papers from witness depositions taken in this matter. Each of the deponents identified in the table below had his/her deposition taken on the date identified in the table.

3. Attached hereto as Exhibits 22-24 are true and correct copies of the (1) Expert Report of Eric F. Forister, Ph.D, dated September 24, 2021; (2) Supplemental Expert Report of Eric F. Forister, Ph.D, dated October 18, 2021; and

---

[1] The redacted version of Defendant's Statement of Uncontroverted Facts and Conclusions of Law was attached as Exhibit B to Defendant's Notice of Errata (Dkt. 118), filed on December 14, 2021.

(3) Rebuttal Expert Report of Eric F. Forister, Ph.D, dated November 19, 2021. Each of these reports was exchanged by Innovative in this matter with Defendant Biosense Webster, Inc. ("Biosense" or "Defendant") on or about the date of the identified report and is listed in the table below.

4. Attached hereto as Exhibits 25-103, identified by description and Bates number in the table below, are true and correct copies of documents produced by Biosense in the course of discovery in this matter. Each of the Biosense-produced documents begins with the Bates-identifier "BWI-INN." At my request, and following meet and confer, counsel for Biosense authorized Innovative to file any document identified with a ** in the table below without a request for sealing (*i.e.*, BWI authorized public filing of the document) notwithstanding the confidentiality designation placed on the document by Biosense during discovery.

5. Attached hereto as Exhibits 104-115, identified by description and Bates number in the table below, are true and correct copies of documents produced by Innovative in the course of discovery in this matter. Each of the Innovative-produced documents begins with the Bates-identifier "IH." Each of the Innovative-produced documents was prepared or received by Innovative personnel in the ordinary course of business.

6. Attached hereto as Exhibits 116-119, identified by description and Bates number in the table below, are true and correct documents produced in the course of discovery in this matter by third-party Stryker Corporation ("Stryker"), with the personal identifying information of Stryker employees redacted.[2] These documents were produced by Stryker in response to a subpoena served upon it. Each of the Stryker-produced documents begins with the Bates-identifier "STRYKER." At my request, and following meet and confer, counsel for Stryker

---

[2] Exhibit 119 was produced by Stryker in redacted form with claimed attorney-client information redacted.

authorized Innovative to file these documents without a request for sealing (i.e. Stryker authorized public filing of the document) as long as irrelevant personal identifying information of employees was redacted. In accordance with that request, employee personal identifying information has been redacted.

7.  In addition to the foregoing, Innovative will be separately filing a "Notice of Lodging" to submit to the Court nonpaper physical exhibits (three video clips). The videos submitted with the Notice of Lodging are true and correct copies of videos produced by Biosense in the course of discovery in this matter. They are identified below as Exhibits 39, 40, and 41.

\*   \*   \*   \*   \*   \*   \*   \*   \*

## TABLE OF CONTENTS

| Exhibit No. | Document Description |
|---|---|
| **DEPOSITIONS** ||
| 1. | Bodner, Michael [30(b)(6)] - Relevant pages from the Deposition Transcript dated August 31, 2021 (pages 7-8, 31-33, 40, 69-72, 81) |
| 2. | Coldiron, Donald – Relevant pages from the Deposition Transcript dated September 3, 2021 (pages 9-10, 22-23, 28, 30-31, 76-77) |
| 3. | Czajka, Frank [30(b)(6)] - Relevant pages from the Deposition Transcript dated September 13, 2021 (pages 10-14, 65, 157-58) |
| 4. | Demczuk, Nick – Relevant pages from the Deposition Transcript dated August 13, 2021 (pages 7, 9-10, 26, 31-32, 51-53, 74-75) |
| 5. | DeTate, Aaron – Relevant pages from the Deposition Transcript dated July 23, 2021 (pages 19, 21-23, 62-66) |
| 6. | Distel, David [30(b)(6)] – Relevant pages from the Deposition Transcript dated July 29, 2021 (pages 21, 23, 32-33, 134, 142) |

| | | |
|---|---|---|
| 7. | | Ferreira, Rick [30(b)(6)] – Relevant pages from the Deposition Transcript dated September 22, 2021 (pages 12-13, 17) |
| 8. | | Idio, Michael (30(b)(6)) – Relevant pages from the Deposition Transcript dated September 20, 2021 (pages 9-10, 14, 25) |
| 9. | | Joseph, Blessan – Relevant pages from the Deposition Transcript dated July 27, 2021 (pages 12, 15, 17-18, 171-174, 274) |
| 10. | | Kauffman, Christine Bienvenue – Relevant pages from the Deposition Transcript dated September 17, 2021 (pages 7-9, 19, 20-21) |
| 11. | | Martin, Noah – Relevant pages from the Deposition Transcript dated August 6, 2021 (pages 11, 72-76, 98, 104-105) |
| 12. | | Orsini, Stephanie – Relevant pages from the Deposition Transcript dated August 25, 2021 (pages 6-7, 13-18) |
| 13. | | Ramos, Conrad [30(b)(6)] – Relevant pages from the Deposition Transcript dated August 10, 2021 (pages 13-15, 17, 106-109, 135, 150-151, 158) |
| 14. | | Reyes, Kara – Relevant pages from the Deposition Transcript dated September 23, 2021 (pages 12-15, 80-81, 133-34) |
| 15. | | Roberts, Mary – Relevant pages from the Deposition Transcript dated August 30, 2021 (pages 8-14, 20-21, 84) |
| 16. | | Senard, Todd – Relevant pages from the Deposition Transcript dated August 23, 2021 (pages 9-13, 36) |
| 17. | | Tranguch, Portia – Relevant pages from the Deposition Transcript dated August 23, 2021 (pages 9-10, 34-35, 39-40, 77) |
| 18. | | Tuttle, Troy – Relevant pages from the Deposition Transcript dated August 4, 2021 (pages 7-11, 15-18, 20-21) |
| 19. | | Wish, Allen – Relevant pages from the Deposition Transcript dated September 21, 2021 (pages 15-17, 40-41) |

| | | |
|---|---|---|
| 1 | 20. | Wu, Lawrence – Relevant pages from the Deposition Transcript dated December 1, 2021 (pages 76, 180-81) |
| 2 | 21. | Zare, Fairy – Relevant pages from the Deposition Transcript dated July 8, 2021 (pages 6-7, 26, 29, 33-34, 47-48) |
| 3 | **EXPERT REPORTS** | |
| 4 | 22. | Expert Report of Eric F. Forister, Ph.D, dated September 24, 2021 |
| 5 | 23. | Supplemental Expert Report of Eric F. Forister, Ph.D, dated October 18, 2021 |
| 6 | 24. | Rebuttal Expert Report of Eric F. Forister, Ph.D, dated November 19, 2021 |
| 7 | **EXHIBITS** | |
| 8 | 25. | Document titled "Carto 3 System Comprehensive User Guide," dated September 2019, beginning with Bates No. BWI-INN00010053** |
| 9 | 26. | A Presentation titled, "Biosense Webster and Providence Health Services," dated 2017, beginning with Bates No. BWI-INN00011599 |
| 10 | 27. | An email exchange with the subject line "HPG/Trinity Meeting," dated June 8, 2018, beginning with Bates No. BWI-INN00012294 (Dep. Ex. 162) |
| 11 | 28. | A document titled "Design Input and Product Sepc for BWI PentaRay Nav eco Catheter, R1269 Rev E," beginning with Bates No. BWI-INN00012778 |
| 12 | 29. | An email exchange with the subject line "Reprocessing at MGH," dated March 12, 2015, beginning with Bates No. BWI-INN00016589 |
| 13 | 30. | A document titled "LASSO Deflectable Circular Mapping Catheter," dated November 1, 2019, beginning with Bates No. BWI-INN00016762** |
| 14 | 31. | A presentation titled "Advanced Catheter Location: FSE Training |

| | | |
|---|---|---|
| | | Level 1," beginning with Bates No. BWI-INN00030603 |
| | 32. | A presentation titled "Biosense Webster Advantage Program Outcomes-Based Risk-Sharing Program Addresses 'Triple Aim' Efforts in the U.S.," dated April 30, 2015, beginning with Bates No. BWI-INN00034790 |
| | 33. | An email exchange with the subject line "Partners Reprocessing RFP," dated January 11, 2019, beginning with Bates No. BWI-INN00045489 |
| | 34. | An email exchange with the subject line "Clinical Coverage Policy," dated August 13, 2019, beginning with Bates No. BWI-INN00058999 (Dep. Ex. 216) |
| | 35. | A presentation titled "U.S. Health Systems Landscape," dated February 20, 2020, beginning with Bates No. BWI-INN00064744 |
| | 36. | An email exchange with the subject line "Alexian Brothers Update (Ascension RPO Competitive Activity), dated June 20, 2018, beginning with Bates No. BWI-INN00076745 |
| | 37. | A presentation titled "Diagnostic Catheters Product Overview," beginning with Bates No. BWI-INN00078181 |
| | 38. | A video presentation, beginning with Bates No. BWI-INN00078212** |
| | 39. | A presentation titled "Guidelines for Carto System Patches Setup, Patient Table Setup and Initialization to Prevent Map Shifts," beginning with Bates No. BWI-INN00081796 |
| | 40. | A video presentation, beginning with Bates No. BWI-INN00085089** |
| | 41. | A video presentation, beginning with Bates No. BWI-INN00089302** |
| | 42. | A document titled "Product Catalog 2018-2019," beginning with Bates No. BWI-INN00089317** |
| | 43. | A presentation titled "2020 Commercial Pathways," beginning with Bates No. BWI-INN00089524 |

| | | |
|---|---|---|
| 1 2 | 44. | A presentation titled "The Carto Solution For Your Lab and Your Hospital," beginning with Bates No. BWI-INN00089658 |
| 3 4 | 45. | A presentation titled "Unstoppable Optimized CARTO 3 Experience (OCE)," beginning with Bates No. BWI-INN00089792 |
| 5 6 7 8 9 | 46. | A document titled "Electrophysiology Catheter: Deflectable Tip; Deflectable Tip Orthogonal; Deflectable Braided Tip; Deflectable Tip HALO XP Tricuspid Mapping, HALO; & Deflectable Tip CRISTACATH and ISMUS Cath Mapping Catheters," beginning with Bates No. BWI-INN00100540** |
| 10 11 | 47. | A presentation titled "Biosense Webster, Inc. Business Review 2020," beginning with Bates No. BWI-INN00101105 (Dep. Ex. 297) |
| 12 13 14 | 48. | An email exchange with the subject line "Noah Cliff Notes: healthtrust Purchasing Group Discussion," dated July 31, 2019, beginning with Bates No. BWI-INN00101551 |
| 15 16 17 | 49. | An email exchange with the subject line "Quick inquiry – Sutter Health," dated February 4, 2020, beginning with Bates No. BWI-INN00101760 |
| 18 19 20 | 50. | An email exchange with the subject line "2018 MS roll up & expected 2019 sales," dated February 6, 2019, beginning with Bates No. BWI-INN00101807 |
| 21 22 23 | 51. | An email exchange with the subject line "Need help with quota for FRA POD," dated August 3, 2016, beginning with Bates No. BWI-INN00102031 |
| 24 25 | 52. | A presentation titled "HCA Customer Briefing Document," dated May 9, beginning with Bates No. BWI-INN00107452 (Dep. Ex. 163) |
| 26 27 | 53. | An email exchange with the subject line "BWI/HPG – September 24, 2019/Business Review Recap," beginning with Bates No. BWI- |

|  |  |
|---|---|
|  | INN00107690 |
| 54. | An email exchange with the subject line "Biosense Webster Discussion," dated November 18, 2016, beginning with Bates No. BWI-INN00107893 |
| 55. | An email exchange with the subject line "Dignity/Biosense Webster/ Update on Clinical Support Policy," dated March 25, 2016, beginning with Bates No. BWI-INN00107931 (Dep. Ex. 158) |
| 56. | A presentation titled "Carto 3 System Instructions for Use," dated February 2013, beginning with Bates No. BWI-INN00109008 ** |
| 57. | An email exchange with the subject line "EP Proposal," dated February 27, 2017, beginning with the Bates No. BWI-INN00109731 |
| 58. | An email exchange with the subject line "Q3 Contracts Dashboard Review," dated November 5, 2019, beginning with Bates No. BWI-INN00111478 |
| 59. | An email exchange with the subject line: "Biosense Webster/SterilMed," dated August 23, 2019, beginning with the Bates No. BWI-INN00114707 |
| 60. | A presentation titled "Market Share Overview BWI Q3 2020 Global Business Insights (GBI)," beginning with the Bates No. BWI-INN00146709 |
| 61. | A document titled "Job Description," beginning with the Bates No. BWI-INN00176758 |
| 62. | A presentation titled "Value Drivers in Electrophysiology and Ablation Summary of Qualitative Findings from Hospital Buyers and Electrophysiologists," dated August 17, 2017, beginning with Bates No. BWI-INN00275213 |
| 63. | A presentation titled "Competitive Tools & Insights A Closer Look at |

| | | |
|---|---|---|
| | | Abbott/St. Jude," beginning with Bates No. BWI-INN00300806 |
| | 64. | An email exchange with the subject line "JHHS/ Biosense Webster and Sterilmed EP Contracts, JDE 77279, John Hopkins, dated June 6, 2019, beginning with Bates No. BWI-INN00306875 |
| | 65. | An email exchange with the subject line "Stryker Carto Education," dated November 15, 2017, beginning with Bates No. BWI-INN00324196 |
| | 66. | An email exchange with the subject line "Medline/Innovative Hackensack Meridian Health," dated July 10, 2019, beginning with Bates No. BWI-INN00332651 (Dep. Ex. 215) |
| | 67. | An email exchange with the subject line "Request: Soundstar reprocessing by Stryker and status of Falcon chip," dated December 3, 2018, beginning with Bates No. BWI-INN00338742 (Dep. Ex. 6) |
| | 68. | An email exchange with the subject line "Medline/Innovative Hackensack Meridian Health," dated July 10, 2019, beginning with Bates No. BWI-INN00332651 (Dep. Ex. 215) |
| | 69. | An email exchange with the subject line "Request: Soundstar reprocessing by Stryker and status of Falcon chip," dated December 3, 2018, beginning with Bates No. BWI-INN00338742 (Dep. Ex. 6) |
| | 70. | A presentation titled "Getting to Know BWI," beginning with Bates No. BWI-INN00342163 (Dep. Ex. 152) |
| | 71. | An email exchange with the subject line "Biosense vendor support for A Fib ablation cases when reprocessed catheters are used," dated April 15, 2014, beginning with Bates No. BWI-INN00343076 (Dep. Ex. 153) |
| | 72. | An email exchange with the subject line "CHI Follow-Up Noah Martin/Biosense Webster," dated December 11, 2018, beginning with |

|     |                                                                                                                                                                                                                           |
| --- | --- |
|     | Bates No. BWI-INN00348507 (Dep. Ex. 164)                                                                                                                                                                                  |
| 73. | An undated and untitled document with questions and answers, beginning with Bates No. BWI-INN00348544                                                                                                                     |
| 74. | A presentation titled Cardiovascular & Specialty Solution Group," beginning with Bates No. BWI-INN00350375 (Dep. Ex. 151)                                                                                                 |
| 75. | An email exchange with the subject line "Ascension Growth by Category," dated August 18, 2015, beginning with Bates No. BWI-INN00352914 (Dep. Ex. 157)                                                                    |
| 76. | A presentation titled "Biosense Webster, Inc. Business Review 2014," beginning with Bates No. BWI-INN00355279                                                                                                             |
| 77. | A letter addressed to C. Guirguis, dated March 30, 2020, beginning with Bates No. BWI-INN00376859                                                                                                                         |
| 78. | An email exchange with the subject line "Biosense Webster (BWI) Enhanced Ascension Contract Proposal," dated January 8, 2015, beginning with Bates No. BWI-INN00387432                                                    |
| 79. | A presentation titled "Biosense Webster HCC&P Committee," dated June 13, 2014, beginning with Bates No. BWI-INN00389163 (Dep. Ex. 248)                                                                                    |
| 80. | An email exchange with the subject line: "ACTION REQUIRED BY FRIDAY, JUNE 3, 2016: Biosense Webster/The Resource Group Electrophysiology Market Share Commitment," dated June 3, 2016, beginning with Bates No. BWI-INN00401168 |
| 81. | An email exchange with the subject line: "Request for Success Stories Regarding Support Policy," dated February 9, 2016, beginning with Bates No. BWI-INN00401859                                                         |
| 82. | An email exchange with the subject line "Final approved Position Statement on Non-BWI Reprocessed Catheter Support Letter-                                                                                                |

|     |                                                                                                                                                                          |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
|     | Ascension update," dated October 31, 2014, beginning with Bates No. BWI-INN00418203 (Dep. Ex. 156)                                                                       |
| 83. | An email exchange with a subject line in Hebrew text, dated May 6, 2017, beginning with Bates No. BWI-INN00421433                                                        |
| 84. | An email exchange with the subject line "Stryker Reprocessing Question???," dated January 9, 2019, beginning with Bates No. BWI-INN00426960                              |
| 85. | A spreadsheet containing product data, dated July 5, 2017, beginning with Bates No. BWI-INN00435462                                                                      |
| 86. | An email exchange with the subject line "Stryker Sustainability Solutions: Soundstar Eco Information," dated February 3, 2016, beginning with Bates No. BWI-INN00460612  |
| 87. | A presentation titled "Ultrasound Product Line & Competition," beginning with Bates No. BWI-INN00462160                                                                  |
| 88. | A presentation titled "Ultrasound," beginning with Bates No. BWI-INN00467832                                                                                             |
| 89. | A presentation titled "Q1 Dx Product Review," dated May 2015, beginning with Bates No. BWI-INN00470337                                                                   |
| 90. | An email exchange with the subject line "Stryker CARTO Education," dated May 3, 2018, beginning with Bates No. BWI-INN00483539 (Dep. Ex. 213)                            |
| 91. | A presentation titled Welcome Portfolio, beginning with Bates No. BWI-INN00484717                                                                                        |
| 92. | A letter from the U.S. FDA to Biosense Webster, dated July 20, 2019, beginning with Bates No. BWI-INN00516544**                                                          |
| 93. | An email exchange with the subject line "CCS fix in STerilmed + SOUNDSTAR reprocessing investigation update," dated May 8, 2017,                                         |

| | | |
|---|---|---|
| | | beginning with Bates No. BWI-INN00562940 |
| | 94. | A presentation titled "Welcome to Biosense Webster," beginning with Bates No. BWI-INN00567464 |
| | 95. | An email exchange with the subject line "Pentaray," dated August 11, 2017, beginning with Bates No. BWI-INN00569983 |
| | 96. | An email exchange with the subject line "LassNav eco results," dated June 26, 2014, beginning with Bates No. BWI-INN00626125 |
| | 97. | An email exchange with the subject line "SS 8Fr and EEPROM Change," dated February 21, 2014, beginning with Bates No. BWI-INN00626275 |
| | 98. | A document titled "Function Testing of Imaging & Mapping Catheters," beginning with Bates No. BWI-INN00629452 |
| | 99. | A presentation titled "Falcon Security Detail," dated October 22, 2014, beginning with Bates No. BWI-INN00637237 (Dep. Ex. 205) |
| | 100. | An email exchange with the subject line "SS 8Fr and EEPROM Change," dated February 21, 2014, beginning with Bates No. BWI-INN00646198 |
| | 101. | An email exchange with the subject line "Stryker Soundstar 8FR eco!!!," dated March 17, 2016, beginning with Bates No. BWI-INN00683855 (Dep. Ex. 306) |
| | 102. | An undated document titled "Foundations and Advanced Redesign," beginning with Bates No. BWI-INN00710525  (Dep. Ex. 252) |
| | 103. | A document titled "Instructions for Use," dated September 7, 2017, beginning with Bates No. BWI-INN00722063** |
| | 104. | A document titled "Section 5: 510(k) Summary," dated October 21, 2011, beginning with Bates No. IH00011385 |
| | 105. | A letter from Department of Health and Human Services to Sterilmed, |

| | | |
|---|---|---|
| | | Inc., dated June 23, 2016, beginning with Bates No. IH00011414 |
| | 106. | A letter from Department of Health and Human Services to Innovative Health, dated March 14, 2016, beginning with Bates No. IH00011427 |
| | 107. | A letter from Department of Health and Human Services to Innovative Health, dated June 16, 2017, beginning with Bates No. IH00011448 |
| | 108. | A letter from the U.S. FDA to Innovative Health, dated June 25, 2019, beginning with Bates No. IH00011481 |
| | 109. | An email exchange with the subject line "Nav enabling savings," dated August 27, 2020, beginning with Bates No. IH00054841 (Dep. Ex. 356) |
| | 110. | An email exchange with the subject line "EP Cath reprocessing," dated March 6, 2020, beginning with Bates No. IH00352645 |
| | 111. | A presentation titled "Innovative Health Specialty Reprocessing," dated April 7, 2020, beginning with Bates No. IH00532179 |
| | 112. | An article titled "Cardiac Mapping Systems Rhythmia, Topera, Ensite Precision, and CARTO," beginning with Bates No. IH00544928 |
| | 113. | An email exchange with the subject line "Soundstar 10439072," dated January 28, 2021, beginning with Bates No. IH00656807 |
| | 114. | An email exchange with the subject line "Medline Reprocessing," dated February 25, 2021, beginning with Bates No. IH00656823 |
| | 115. | A presentation titled "Same Device," beginning with Bates No. IH00695481 |
| | 116. | A letter from Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., dated February 23, 2018, beginning with Bates No. STRYKER00000018 |
| | 117. | A letter from Riker Danzig Scherer Hyland Perretti LLP, dated February 1, 2017, beginning with Bates No. STRYKER00000030 |

| | |
|---|---|
| 118. | An email exchange with the subject line redacted, dated May 29, 2018, beginning with Bates No. STRYKER00000040 |
| 119. | An email exchange with the subject line "Novasyte Mapping Services," dated February 22, 2017, beginning with Bates No. STRYKER00000047 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of January, 2022, at Atlanta, Georgia.

By:   /s/ Jeffrey L. Berhold
      Jeffrey L. Berhold