EXHIBIT 25

# CARTO®3
System

# COMPREHENSIVE USER GUIDE



UG-5400-057 (00A)

September 2019

Please read this document carefully before using the CARTO® 3 System.



© 2008 - 2019 by Biosense Webster, Inc. All rights reserved.



**CAUTION**

*Federal (USA) law restricts this device to sale by or on the order of a physician.*



NOTE

Any serious incident that has occurred due to, or during, the use of the product described herein should be reported to Biosense Webster. In Europe a report should also be made to the competent authority of the Member State in which the user and/or patient is established.

Third-party trademarks used herein are trademarks of their respective owners.

For Biosense Webster patent information, see:

http://www.biosensewebster.com/virtualpatentmarking

**Open Source Computer Vision Library**

The following statement is required for our use of the Open Source Computer Vision Library in the CARTO® 3 System.

Copyright © 2000-2008, Intel Corporation, all rights reserved.

Copyright © 2008-2010, Willow Garage Inc., all rights reserved.

Third party copyrights are property of their respective owners. Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

- Redistribution of source code must retain the above copyright notice, this list of conditions and the following disclaimer.
- Redistribution in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.
- The names of the copyright holders may not be used to endorse or promote products derived from this software without specific prior written permission.

**P.N.: UG-5400-057 (00A)**
**23 September 2019**

# TABLE OF CONTENTS

About the CARTO® 3 System, V7 ............................................................................. 1
  System Foundations .......................................................................... 1
  System Components ......................................................................... 2
  Initial Installation ............................................................................. 3
  Typical Setup ................................................................................... 3
  Important Information for Experienced CARTO® XP System Users ........... 3
    Viewing CARTO® XP Studies ......................................................... 3
  Viewing System Information ............................................................... 3
  Document Conventions ..................................................................... 4
    Cautions, Warnings, and Other Types of Notes ............................... 4
  Glossary .......................................................................................... 5
  Accessing the CARTO® 3 System Documentation ............................... 6

Safety Information ............................................................................. 7
  System Setup Standards .................................................................. 7
  Patient Indications ........................................................................... 8
  Qualified Users and Training ............................................................. 8
  Warnings ......................................................................................... 8
    General ...................................................................................... 8
    Physical Setup ............................................................................ 9
    Preventing Fire, Explosion, and Electrical Shock ............................ 10
    Defibrillation .............................................................................. 10
    Location Accuracy ...................................................................... 11
    CARTO® 3 System Interference with Other Medical Equipment ........ 12
    Advanced Reference Annotation (ARA) .......................................... 12
  Servicing ....................................................................................... 13
  Electromagnetic Compatibility (EMC) ............................................... 13
  Legend to Accompanying Labels ..................................................... 18
  External Product Labels .................................................................. 20
  Standards Compliance and Classifications ........................................ 22

System Hardware ............................................................................. 23
  System Specifications .................................................................... 24
    Component Dimensions ............................................................... 24
    Power Consumption ................................................................... 24
    Applied Current .......................................................................... 25
    System Input Impedance ............................................................. 25
    Heat Dissipation ........................................................................ 25
    Environmental Conditions ............................................................ 26
  CARTO® 3 System Components ....................................................... 26
    Patient Interface Unit (PIU) .......................................................... 26
    Location Pad (LP) ....................................................................... 33
    Back and Chest Patches .............................................................. 36
    Workstation and Accessories ....................................................... 36
  Catheters ...................................................................................... 38
    Biosense Webster Diagnostic Catheters with Auto ID ...................... 39
    Standard Diagnostic Catheters .................................................... 39
  Connectivity .................................................................................. 40
    Pacing Stimulator Connectivity .................................................... 40
    RF Generator Connectivity .......................................................... 42

CONFIDENTIAL                    BWI-INN00010055

Ultrasound System Connectivity ......................................................................... 42
EP Recording System Connectivity .................................................................... 43
Hospital PACS Connectivity .............................................................................. 43
Fluoroscopy System Connectivity ...................................................................... 43
System Cabling ...................................................................................................... 44
General Cabling Guidelines ............................................................................... 44
System Cables and Connection Points .............................................................. 45
Periodic Maintenance ............................................................................................ 50
Replacing Parts .................................................................................................. 50
Cleaning the System Components ..................................................................... 50
Cleaning Patient Cables .................................................................................... 51
When the System Is Idle ........................................................................................ 51

**ECG Functionality** ..................................................................................................... **52**
Annotations ........................................................................................................... 53
ECG Analog Output to the Recording System ....................................................... 54
Saving Recorded ECG Data ................................................................................... 54
ECG Signal Processing .......................................................................................... 55
Configure ECG Filters........................................................................................ 56
ICEG Unipolar Reference ....................................................................................... 57
Enabling ICEG Unipolar Reference ................................................................... 57
Stimulation Functionality ....................................................................................... 57
Stimulation Routing through the CARTO® 3 System .......................................... 57
Stimulation Routing through the EP Recording System ..................................... 62
Stimulation Detection ........................................................................................ 62
Pacing and RF Energy Delivery ............................................................................. 62

**Location Functionality** ............................................................................................... **63**
Magnetic Location Technology ............................................................................... 63
Advanced Catheter Location (ACL) Technology .................................................... 64
Back Patches and Movement Identification ........................................................... 64
CARTO® 3 System Location Accuracy Zones ....................................................... 66
Back Patch Accuracy Zone ............................................................................... 67
Chest Patch Accuracy Zone .............................................................................. 67
Mapping Catheter Accuracy Zone ..................................................................... 68

**Mapping Functionality** ............................................................................................... **69**
Catheter Visualization Modes ................................................................................ 70
Catheter Visualization ............................................................................................ 70
Indication of Catheter Deflection ...................................................................... 72
Catheter View Toolbar ...................................................................................... 73
Defining Catheter Visualization ......................................................................... 74
Defining Visualization for Branched Catheters................................................... 75
Changing Catheter Visualization During a Study ............................................... 77
Hiding or Showing Catheter Visualization .......................................................... 78
Viewing the Catheter Visualization for a Selected Point..................................... 78
Highlighting Electrodes ...................................................................................... 79
Acquisition Panel .................................................................................................. 80
Working with the Pedal Set ................................................................................ 81
Readings Dashboard ......................................................................................... 81
Configuring the Readings Dashboard ................................................................ 81
Fast Anatomical Mapping (FAM) Method .............................................................. 82
Creating a FAM Map........................................................................................... 84

CONFIDENTIAL

BWI-INN00010056

Combining FAM Reconstructions ................................................................................ 85
Displaying FAM Maps ................................................................................................ 85
Reconstruction Details Level ..................................................................................... 86
Editing FAM Maps ..................................................................................................... 89
Electroanatomical Mapping ............................................................................................ 92
EA Map Coloring Types ............................................................................................. 92
Map Colors ................................................................................................................ 98
Multi-Electrode Mapping (MEM) ............................................................................... 100
Manually Acquiring EA Points ................................................................................... 102
Point Filtering ............................................................................................................ 105
Adjusting the Color Threshold ................................................................................... 105
Propagation Maps ...................................................................................................... 106
Early Meets Late Option ............................................................................................ 109
LAT Histogram ........................................................................................................... 111
Combined EA and FAM Maps ......................................................................................... 112
Points and Projections ............................................................................................... 113
Combining EA Points with the FAM Reconstruction .................................................. 114
Visualization of Points and Projections ..................................................................... 115
Merging Maps .................................................................................................................. 116

**Performing a CARTO® 3 Study** ......................................................................................... 117
Modes of Operation ......................................................................................................... 117
Switching on the CARTO® 3 System .......................................................................... 118
Opening Screen .......................................................................................................... 118
System Status ................................................................................................................... 119
Setup Guides .................................................................................................................... 121
Hardware Setup .......................................................................................................... 122
Location Setup ............................................................................................................ 122
Study Setup ................................................................................................................ 123
Catheter Setup ........................................................................................................... 124
Map Setup ................................................................................................................... 127
Initializing Catheter Visualization .................................................................................... 129
Delivery of RF Energy ...................................................................................................... 129
Viewing RF Session Data ........................................................................................... 130
Refreshing the Graphs Viewer display ....................................................................... 131
Setting the Graph Preferences .................................................................................. 132
Review Mode .................................................................................................................... 133
Opening a Study in Review Mode .............................................................................. 133
Review Study Data ..................................................................................................... 134
Continuing a Study from Review Mode ...................................................................... 134
Loading Maps from a Previous Study ............................................................................... 135
Exiting the CARTO® 3 System ......................................................................................... 136
Workstation Optimization ................................................................................................. 136

**CARTO® 3 Interface** ........................................................................................................... 138
Overview of the Main Screen ........................................................................................... 139
Customizing the Layout .............................................................................................. 141
Using a Predefined Layout ......................................................................................... 142
Changing the Background Color ................................................................................. 142
Floating Window Placement ....................................................................................... 142
Viewing Translation Screen Tips ................................................................................ 143
Main Map Viewer .............................................................................................................. 143
Additional Map Viewer ................................................................................................ 145

CONFIDENTIAL                                                                      BWI-INN00010057

Customizing the Map Viewers .................................................................... 146
Glass View ............................................................................................... 146
Glass Mode .............................................................................................. 147
Viewing the Point Tool Tip ........................................................................ 147
Changing Map Orientation and Projection .................................................. 148
Manually Zooming In or Out of a Map ........................................................ 149
Panning In on an Area of Interest .............................................................. 150
Displaying and Working with Multiple Maps ............................................... 150
Renaming a Map ...................................................................................... 151
Using the Clipping Plane ........................................................................... 151
Point List ...................................................................................................... 152
Point List Data ......................................................................................... 153
Adding or Editing a Comment ................................................................... 155
ECG Viewers ................................................................................................. 155
Monitor Pane ........................................................................................... 156
Annotation Viewer ................................................................................... 157
Selected Point Viewer .............................................................................. 158
Baseline Point Viewer ............................................................................... 160
Customizing the ECG Viewers ................................................................... 160
Measuring Time in ECG Viewers ............................................................... 161
Measuring Voltage in the ECG Viewers ..................................................... 161
Working with Channels ............................................................................. 162

**Map and Study Tools** ................................................................................ **165**
Point Tags ..................................................................................................... 166
Tag Type .................................................................................................. 166
Applying Point Tags .................................................................................. 166
Changing Tag and Type After Applying Tags .............................................. 167
Creating a New Point Tag ......................................................................... 167
Customizing Predefined Point Tags ........................................................... 168
Customizing the Point Tag Appearance ..................................................... 169
Configuring Point Mark and Point Tag Display ........................................... 169
Anatomical Structures ................................................................................... 171
Identifying an Anatomical Structure .......................................................... 171
Hiding an Anatomical Structure ................................................................. 172
Displaying an Anatomical Structure ........................................................... 172
Deleting an Anatomical Structure .............................................................. 172
Creating Video Clips and Screen Captures ...................................................... 172
Setting the Screen and Video Capture Parameters ..................................... 173
Setting the Video or Screen Capture Type ................................................. 174
Creating a Video Clip of the Full Screen or Window ................................... 174
Creating a Video Clip of a Region of the Screen ........................................ 175
Creating a Screen Capture of the Full Screen or Window ........................... 175
Creating a Screen Capture of a Region of the Screen ................................ 175
Catheter Snapshots ....................................................................................... 176
Creating Catheter Snapshots .................................................................... 176
Displaying Catheter Snapshots .................................................................. 177
Deleting Catheter Snapshots ..................................................................... 178
Creating a Template ...................................................................................... 178
Distance Measurement Tool ........................................................................... 179
Area Measurement Tool ................................................................................ 180

**File Management** ...................................................................................... **181**

CONFIDENTIAL                                                  BWI-INN00010058

Backing Up, Restoring, and Deleting Studies ........................................................... 181
    Overview of the Study Archiver ........................................................................ 183
    Customizing the Study Archiver ....................................................................... 184
    Anonymous Backup and Restore ..................................................................... 185
    When to Back Up Studies ................................................................................ 186
    Backing Up Studies to CD/DVD ...................................................................... 186
    Backing Up Studies to USB Storage Device ................................................... 187
    Backing Up Studies to a Network .................................................................... 188
    Restoring Studies to the Hard Drive from Disc or USB Storage Device .......... 189
    Restoring Studies to the Hard Drive from Network .......................................... 189
    Deleting Studies from Hard Drive .................................................................... 190
Exporting Data........................................................................................................... 191
    Export Data Window ........................................................................................ 192
    Exporting Media Files During Study ................................................................. 196
Error Reporting Tool .................................................................................................. 197
    Reporting Error During Study........................................................................... 197
    Reporting Error that Was Not During Study...................................................... 200

**Security**.......................................................................................................................... **203**
Antivirus.................................................................................................................... 204
    Virus Scan upon Exiting.................................................................................. 204
    Unremovable Viruses...................................................................................... 204
    Viruses on USB Storage Devices.................................................................... 205
Firewall...................................................................................................................... 205
HIPAA ....................................................................................................................... 205
    Logging on to the CARTO® 3 System.............................................................. 206
    Changing Your Password ................................................................................ 206
    HIPAA Keymaster Functions........................................................................... 207

**ACCURESP™ Module** ................................................................................................ **212**
Supported Catheters.................................................................................................. 212
Respiration Gating Options in the CARTO® 3 System Interface.................................. 213
Preparing for a Study with Respiration Gating ........................................................... 214
    Respiration Gating Training ............................................................................. 214
    Activating Respiration Gating........................................................................... 215
    Respiration Gating Threshold .......................................................................... 217
    Respiration Graph ........................................................................................... 218
Mapping with Respiration Gating ............................................................................... 218
    FAM Reconstructions and Respiration Gating................................................. 218
    EA Points and Respiration Gating.................................................................... 220
    Respiration Gating and the CARTOSOUND® Module....................................... 223

**EP Recording System Interface** ................................................................................ **224**
Data Connectivity for EP Recording Systems............................................................. 224
    Point Data ....................................................................................................... 225
    End Stimulation Data ...................................................................................... 226
    Changes to the User Interface ........................................................................ 226
    EP Recording System Interface Preferences .................................................. 226
    EP Recording Submenu .................................................................................. 227
Supported EP Recording Systems.............................................................................. 227
Communication States................................................................................................ 228
    Disconnected Communication State ................................................................ 228
    Standby Communication State......................................................................... 229

CONFIDENTIAL

Passive Interface Communication State .................................................................. 229
Active Interface Communication State ................................................................... 229
Changing Communication State............................................................................. 229
Importing Patient Data from the EP Recording System ............................................ 230
Considerations When Using an EP Recording System with the CARTO® 3 System.............. 230
Importing Patient Data to the CARTO® 3 System .............................................. 231
Updating Patient Data That Was Modified on the EP Recording System .............. 231
Point Data with the EP Recording System Interface ............................................... 232
Selecting Points.................................................................................................... 232
Editing Point and Map Data in Interfaced Communication States ........................ 232
Editing or Acquiring Point Data in Disconnected or Standby Communication States ............ 233
Synchronizing Point Data ..................................................................................... 233
Extended Functionality ............................................................................................. 233

**Advanced Reference Annotation (ARA)** ............................................................... **234**
Overview ................................................................................................................... 234
Performing a Study with ARA................................................................................... 235
Activating ARA ..................................................................................................... 235
ARA Algorithm Training Period ............................................................................ 236
User Interface ....................................................................................................... 237
Functionality When No Reference Annotations are Detected............................... 239
Copying or Moving Points between Maps ............................................................ 240
ARA Behavior when Pacing is Active ................................................................... 240

**User Service and Support** ...................................................................................... **241**
Use the Online Help ................................................................................................. 241
Viewing System Information..................................................................................... 241
Annual Service Activity ............................................................................................ 241
Standard Periodic Maintenance Activities ............................................................ 242
Overview of Acceptance Tests ............................................................................. 242

**Error Messages and Alerts**.................................................................................... **244**
System Messages ..................................................................................................... 245
Viewing Error Message Translations ....................................................................... 245
Catheter-Related Messages ..................................................................................... 245
Message Text ............................................................................................................ 245

**Menus, Shortcuts, and Related Icons**.................................................................. **279**
Main Menu Options ................................................................................................... 279
Study Menu ........................................................................................................... 280
Map Menu ............................................................................................................. 280
Point Menu ............................................................................................................ 282
Catheter Menu....................................................................................................... 282
ECG Menu ............................................................................................................. 283
Display Menu......................................................................................................... 284
Imaging Menu ....................................................................................................... 284
Window Menu........................................................................................................ 285
Tools Menu ........................................................................................................... 286
Help Menu ............................................................................................................. 287
Keyboard Shortcuts .................................................................................................. 287
Hot Corners .............................................................................................................. 289
Toolbars and Icons ................................................................................................... 290
Working with Toolbars .......................................................................................... 290
FAM Toolbar ......................................................................................................... 291

CONFIDENTIAL

ECG Viewer Tools .................................................................................................... 292
VISITAG™ Toolbar.................................................................................................... 293
RF Generator Connection Status ............................................................................. 294
Customizable Toolbar............................................................................................... 295
**Troubleshooting ........................................................................................................... 296**
Troubleshooting Tools .............................................................................................. 296
Review Troubleshooting Information ......................................................................... 297
ECG Noise ................................................................................................................ 298
Communication Problems ......................................................................................... 298
Repeater Monitor Display ......................................................................................... 298
**Index ............................................................................................................................ 299**

CONFIDENTIAL

# LIST OF TABLES

Table 1: EP Equipment to Complement Use of the CARTO® 3 System (Not Supplied with the System) ................................................................................................................. 2

Table 2: Summary of Test Results ................................................................................. 13

Table 3: Guidance and Manufacturer's Declaration — Electromagnetic Emissions ........................... 14

Table 4: Guidance and Manufacturer's Declaration — Electromagnetic Immunity (Specifications for all Medical Electrical Equipment and Systems) ..................................................................... 15

Table 5: Guidance and Manufacturer's Declaration — Electromagnetic Immunity (Specifications for Medical Electrical Equipment and Systems That Are Not Life Supporting) ........................................ 16

Table 6: Recommended Separation Distances Between Portable and Mobile RF Communications Equipment and the CARTO® 3 System (Specifications for Medical Electrical Equipment and Systems that are Not Life-Supporting) .............................................................................. 17

Table 7: Legend to Symbols Appearing on the System Hardware and Documentation ........................ 18

Table 8: Description of External Product Labels .................................................................. 20

Table 9: CARTO® 3 System Compliance .......................................................................... 22

Table 10: Quality System Standards ............................................................................... 22

Table 11: System Component Dimensions .......................................................................... 24

Table 12: CARTO® 3 System Power Specifications .............................................................. 24

Table 13: Current Applied through Electrodes Connected to the CARTO® 3 System ........................ 25

Table 14: Inputs to the CARTO® 3 System ......................................................................... 25

Table 15: Heat Dissipation ........................................................................................... 25

Table 16: Environmental Conditions for CARTO® 3 System Storage and Operation ......................... 26

Table 17: Components Connected to the Front of the PIU ........................................................ 27

Table 18: Components Connected to the Back of the PIU ........................................................ 29

Table 19: Mechanical Equipment for Positioning the PIU (Optional) ........................................... 30

Table 20: PIU Connections ........................................................................................... 31

Table 21: Special Catheter Interface Cables (Equipped with Electronics) ..................................... 32

Table 22: EP Lab and System Parts ................................................................................. 47

Table 23: System Parts and Cables ................................................................................. 48

Table 24: Back and Chest Patch Visualization .................................................................... 66

Table 25: Key to the Diagrams ....................................................................................... 67

Table 26: Direction of Deflection (Relative to Screen) ........................................................... 72

Table 27: Acquisition Panel by Map Type .......................................................................... 80

Table 28: Acquisition Panel Buttons ................................................................................. 80

Table 29: Default Volume-Reconstruction Display Combinations During FAM Acquisition ................. 85

Table 30: List of EA Map Coloring Types .......................................................................... 92

Table 31: Setting the Voltage Window for Voltage Maps ......................................................... 95

Table 32: Examples of Color Scale Bar Values .................................................................... 98

Table 33: Predefined Mapping Electrodes ......................................................................... 101

Table 34: Propagation Controls ...................................................................................... 108

CONFIDENTIAL

Table 35: Points, Projections, and Tags ........................................................................... 113
Table 36: FAM Reconstruction with Applied EA Points ................................................... 114
Table 37: Opening Screen Buttons ................................................................................. 118
Table 38: System Status Icons ....................................................................................... 120
Table 39: Key to Elements of the Main Screen .............................................................. 140
Table 40: Floating Window Placement ............................................................................ 143
Table 41: Main Elements of the Main Map Viewer .......................................................... 143
Table 42: Complementary views displayed in the Additional Map Viewer ...................... 145
Table 43: Methods for Changing Map Orientation .......................................................... 148
Table 44: Standard Columns in the Point List ................................................................. 153
Table 45: Visualization Setup Options ............................................................................ 170
Table 46: Applying an Anatomical Tag ........................................................................... 171
Table 47: Capture Button Status .................................................................................... 174
Table 48:  Selection Tools .............................................................................................. 184
Table 49: Backup Status Indications .............................................................................. 188
Table 50:  Selection Tools .............................................................................................. 194
Table 51: Remap and Save Map As Functionality with the EP Recording System Interface ........... 225
Table 52: Commands in the EP Recording System Sending Preferences Dialog Box .................... 227
Table 53: Menu Options for the EP Recording System Interface ................................... 227
Table 54: Icons for Communication States .................................................................... 228
Table 55: Functional Tests ............................................................................................. 242
Table 56: System-Related Messages ............................................................................. 246
Table 57: Ultrasound-Related Messages ....................................................................... 274
Table 58: Study Menu Options ....................................................................................... 280
Table 59: Map Menu Options .......................................................................................... 280
Table 60: Point Menu Options ........................................................................................ 282
Table 61: Catheter Menu Options ................................................................................... 282
Table 62: ECG Menu Options ......................................................................................... 283
Table 63: Display Menu Options ..................................................................................... 284
Table 64: Help Menu Options ......................................................................................... 284
Table 65: Tools Menu Options ........................................................................................ 286
Table 66: Help Menu Options ......................................................................................... 287
Table 67: Using Keyboard Shortcuts .............................................................................. 287
Table 68: VISITAG™ Toolbar ......................................................................................... 293

# LIST OF FIGURES

Figure 1: Sample System Label ........................................................................................... 20
Figure 2: Patient Interface Unit (PIU), Front Panel........................................................... 27
Figure 3: Patient Interface Unit (PIU), Rear Panel ........................................................... 28
Figure 4: Patient Interface Unit (PIU) Sockets ................................................................. 31
Figure 5: Location Pad ...................................................................................................... 35
Figure 6: Location Pad Installation Direction Icon ............................................................ 35
Figure 7: MAP Socket Catheter Selection ........................................................................ 38
Figure 8: PIU Sockets for Stimulator Connectivity ........................................................... 40
Figure 9: Generic (Locally Routed) Stimulation Socket Pair............................................. 40
Figure 10: Emergency Stimulation Socket Pairs ............................................................... 41
Figure 11: Schematic Diagram of System Cables and Connection Points: Cart Installation.............. 46
Figure 12: Schematic Diagram of System Cables and Connection Points: Boom Installation ........... 47
Figure 13: Example of Configuring Unipolar ICEG Signals in the CardioLab® Recording System...... 54
Figure 14: Selecting Custom Mapping Channels ............................................................. 55
Figure 15: Stimulation Routing Indication ....................................................................... 58
Figure 16: Stimulation Routing Indication on Main Toolbar ........................................... 58
Figure 17: Stimulation Routing Indication on Signal........................................................ 58
Figure 18: ICEG Unipolar Configuration Dialog Box ........................................................ 61
Figure 19: Back Patches and Location Pad as Displayed in Location Setup Screen ........................ 64
Figure 20: Indication of Maps with Different Location Reference .................................... 65
Figure 21: Location Setup Screen .................................................................................... 66
Figure 22: Back Patch Accurate Mapping Zone................................................................ 67
Figure 23: Chest Patch Accurate Mapping Zone ............................................................. 67
Figure 24: Mapping Catheter Accurate Mapping Zone.................................................... 68
Figure 25: Catheter Visualization when Electrodes Covered by Sheath........................... 71
Figure 26: Catheter Deflection in PA and AP Orientation................................................ 72
Figure 27: Indication of Catheter Deflection ................................................................... 73
Figure 28: Catheter View Toolbar .................................................................................... 73
Figure 29: PENTARAY® Catheter Visualization with Color Per Branch Applied................ 76
Figure 30: PENTARAY® Catheter Channels with Color Per Branch Applied ..................... 77
Figure 31: Catheter Icons Displayed for Selected Point................................................... 79
Figure 32: Highlighted Electrodes ................................................................................... 79
Figure 33: Signals with Highlighted Electrodes ............................................................... 79
Figure 34: Readings Dashboard: Sample Mapping Configuration.................................... 81
Figure 35: Readings Dashboard: Sample Ablation Configuration..................................... 81
Figure 36: FAM Volume: Recorded Location Data............................................................ 83
Figure 37: FAM Reconstruction: Generated from Outer Surface of Recorded Location Data ........... 83

CONFIDENTIAL                                                      BWI-INN00010064

Figure 38: Surface Adjustment Tool ....................................................................................... 91

Figure 39: Eraser Tool: Volume Shaver Parallel to Surface ................................................. 91

Figure 40: Eraser Tool: Volume Shaver at an Angle ............................................................ 91

Figure 41: Eraser Tool: Surface Shaver ............................................................................... 91

Figure 42: Map Shortcut Menu .............................................................................................. 94

Figure 43: Scar Tissue Displayed as Gray Areas ................................................................ 97

Figure 44: Setting the Color Scale ........................................................................................ 99

Figure 45: Mapping Channels for DECA® NAV Catheter ................................................... 100

Figure 46: MEM Mapping Electrodes .................................................................................. 101

Figure 47: Accept or Reject Points in Point Group ............................................................. 104

Figure 48: Point Filtering Dialog Box .................................................................................. 105

Figure 49: Fill & Color Threshold Dialog Box ..................................................................... 105

Figure 50: Propagation Map ................................................................................................ 106

Figure 51: Map with Early Meets Late Coloring .................................................................. 110

Figure 52: Sample LAT Histogram ...................................................................................... 111

Figure 53: Point List with EA Points Applied to the FAM Reconstruction ........................... 115

Figure 54: Visualization Setup Dialog Boxes for FAM (Right) and Point-by-Point Maps ......... 116

Figure 55: CARTO® 3 System Opening Screen ................................................................. 118

Figure 56: System Status Panel with Catheter Connection Indication ................................ 119

Figure 57: Setup Buttons During Setup Phase ................................................................... 121

Figure 58: Setup Buttons During Study .............................................................................. 121

Figure 59: Hardware Setup Screen ..................................................................................... 122

Figure 60: Location Setup Screen ....................................................................................... 122

Figure 61: Study Setup Screen ........................................................................................... 124

Figure 62: Catheter Setup Screen ...................................................................................... 125

Figure 63: Catheter Definition Dialog Box .......................................................................... 126

Figure 64: Map Setup Screen ............................................................................................. 128

Figure 65: RF Energy Indication ......................................................................................... 130

Figure 66: Graphs Viewer ................................................................................................... 131

Figure 67: Main Screen in Review Mode ............................................................................ 133

Figure 68: Open Study Dialog Box with Study Selected ..................................................... 134

Figure 69: Review Study Data Window ............................................................................... 134

Figure 70: Viewing Maps from Previous Study ................................................................... 135

Figure 71: Exit Dialog Box .................................................................................................. 136

Figure 72: Additional Map Viewer ....................................................................................... 145

Figure 73: Glass View ......................................................................................................... 146

Figure 74: Glass Mode (left) and Normal View (right) ........................................................ 147

Figure 75: Map List ............................................................................................................. 150

Figure 76: Clipping Plane .................................................................................................... 152

Figure 77: Point List and Recycle Bin ................................................................................. 153

CONFIDENTIAL

Figure 78: Point Selected in Point List and Main Map Viewer ........................................................ 153
Figure 79: Available Columns in the Point List............................................................................... 154
Figure 80: Synchronized ECG Viewer Layout ................................................................................ 155
Figure 81: ECG Viewers ................................................................................................................. 156
Figure 82: Monitor Pane ................................................................................................................. 156
Figure 83: Annotation Viewer ......................................................................................................... 157
Figure 84: Previous Beat Overlay in the Annotation Viewer ........................................................... 158
Figure 85: Selected Point Viewer ................................................................................................... 159
Figure 86: Stability Bars ................................................................................................................. 159
Figure 87: Beat Buffer: Expanded .................................................................................................. 160
Figure 88: Beat Buffer: Collapsed .................................................................................................. 160
Figure 89: Point Tag Dialog Box ..................................................................................................... 167
Figure 90: Tag Setup Dialog Box .................................................................................................... 169
Figure 91: Visualization Setup Dialog Box ...................................................................................... 170
Figure 92: Catheter Snapshot ......................................................................................................... 176
Figure 93: Distance between Two VISITAG™ Locations ................................................................. 179
Figure 94: Distance Real-Time Catheter Position and Last VISITAG™ Location ............................ 179
Figure 95: Study Archiver ............................................................................................................... 183
Figure 96: Create Anonymous Backup............................................................................................ 185
Figure 97: Restore Anonymous Backup .......................................................................................... 185
Figure 98: Exiting a Study ............................................................................................................... 186
Figure 99: Indication of Successful Data Export ............................................................................. 195
Figure 100: Exit Dialog Box when Antivirus Application Enabled .................................................... 204
Figure 101: On-Demand Scan Progress Dialog Box........................................................................ 204
Figure 102: Unremovable Virus Warning......................................................................................... 205
Figure 103: System Warning when Virus Detected on USB Storage Device .................................... 205
Figure 104: User Management Dialog Box....................................................................................... 208
Figure 105: Respiration Gating Dialog Box: Start Training.............................................................. 214
Figure 106: Respiration Gating Training System Message .............................................................. 215
Figure 107: Respiration Gating Training Failure: Stabilization......................................................... 215
Figure 108: Respiration Gating Training Notification: Insufficient Movement ................................... 215
Figure 109: Respiration Gating Window after Successful Training................................................... 217
Figure 110: Respiration Graph ........................................................................................................ 218
Figure 111: Map List when Exclude respiration data Is Enabled ..................................................... 219
Figure 112: Respiration Column of the Point List............................................................................. 221
Figure 113: Respiration Gating Status in the Beat Buffer................................................................. 221
Figure 114: Respiration Gating Status of Frames ............................................................................ 223
Figure 115: Respiration Gating Status of Contours ......................................................................... 223
Figure 116: EP Recording Preferences Dialog Box ......................................................................... 226
Figure 117: Patient List Dialog Box when the EP Recording System Interface Is Installed .............. 231

CONFIDENTIAL                                                                BWI-INN00010066

Figure 118: Interfaced Points in the Point List ........................................................ 232

Figure 119: Single-channel ARA Reference Annotations- Selected Point Viewer ........................... 237

Figure 120: Multi-channel ARA in the Atrium- Selected Point Viewer ................................. 238

Figure 121: Multi-channel ARA in the Ventricle- Selected Point Viewer ............................... 238

Figure 122: Ultrasound Window: Body Surface ECG Reference Channel ...................................... 239

Figure 123: Ultrasound Window: Atrial Mapping ........................................................ 239

Figure 124: Pattern Matching Viewer with ARA ......................................................... 239

Figure 125: No Reference Annotation Indication ....................................................... 239

Figure 126: System Status Icon ...................................................................... 244

Figure 127: Error Message Summary ................................................................... 244

Figure 128: Message Summary Screen Tip .............................................................. 245

Figure 129: Message Details Screen Tip .............................................................. 245

Figure 130: Main Menu Options ....................................................................... 279

Figure 131: Window menu ............................................................................. 285

Figure 132: FAM Toolbar: Fully Expanded (Left), Minimal (Center), and Collapsed (Right) ............. 291

CONFIDENTIAL

BWI-INN00010067

Chapter 1

# ABOUT THE CARTO® 3 SYSTEM, V7

## In This Chapter:

System Foundations ................................................................................................ 1
System Components ............................................................................................... 2
Initial Installation ................................................................................................... 3
Typical Setup ......................................................................................................... 3
Important Information for Experienced CARTO XP System Users ......................... 3
   Viewing CARTO® XP Studies .............................................................................. 3
Viewing System Information ................................................................................... 3
Document Conventions .......................................................................................... 4
   Cautions, Warnings, and Other Types of Notes .................................................. 4
Glossary ................................................................................................................. 5
Accessing the CARTO® 3 System Documentation ................................................ 6

----

The CARTO® 3 System Online Help is based on the *Comprehensive User Guide*. In case of any difference between the two, rely on the information in the *Comprehensive User Guide* provided with your system.

The documentation does not replace the users training course given at a CARTO® 3 System training center or upon installation of the equipment at the customer's site.

## SYSTEM FOUNDATIONS

The CARTO® 3 System is based on the following three foundations:

**ECG**
The ECG subsystem supports receiving Body Surface ECG signals and Intracardiac (IC) Electrogram channels. It samples, filters, presents, and records ECG signals. In addition, it passes the ECG signals through to the recording system.

**Location**
The CARTO® 3 System includes two location technologies:

- CARTO® Magnetic Location Technology, supplying locations based on electromagnetic fields generated by the location pad and measured by Biosense Webster catheters that have embedded magnetic sensors.

- Advanced Catheter Location (ACL), supplying location data from each electrode connected to the system. The location is calculated based on the signals received from six patches attached to the patient. The variation in tissue conductivity is calibrated using magnetic location technology that is not influenced by human conductivity.

CONFIDENTIAL                                                        BWI-INN00010068

**Mapping**    The mapping technology is used to build maps of the heart chambers, for display in the **Main Map Viewer**. These maps are built by combining the accurate location data and ECG data. The system enables the following mapping methods:

- Electroanatomical (EA) mapping
- Fast anatomical mapping, using FAM (**Fast Anatomical Mapping**) technology
- Ultrasound catheter mapping

Maps can also be combined. For example, EA points can be added to a reconstruction created from ultrasound contours. EA points can also be projected onto a FAM reconstruction. Their anatomical data can be added to the reconstruction.

Each study can have 35 maps, with a total of 60,000 points per study. A map can have up to 15,000 points.

See also:
- ECG Functionality
- Location Functionality
- Mapping Functionality

# SYSTEM COMPONENTS

The main components of the CARTO® 3 System are:

- **The Patient Interface Unit (PIU)** and related equipment, including the Location Pad (LP)
  The PIU is stationed near the patient. The LP is positioned under the patient table.
- **The workstation** and related equipment
  The workstation is typically stationed in the observation room.

Electrophysiological catheters are connected to the CARTO® 3 System PIU by means of appropriate cables. Biosense Webster Catheters with embedded ID are recognized automatically by the System. Other catheters can be defined by the user.

For a list of EP equipment that complements use of the system, see Table 1: "EP Equipment to Complement Use of the CARTO® 3 System (Not Supplied with the System)".

**Table 1: EP Equipment to Complement Use of the CARTO® 3 System (Not Supplied with the System)**

| Complementary Equipment | Function |
|---|---|
| EP Recording System | Enables recording of the electrophysiological activity |
| Pacing Stimulator | Device used for the generation of pacing signals and sequences |
| RF Generator | Device used for generating RF energy for ablation |
| Irrigation Pump | For use with a compatible RF generator for catheter irrigation during ablation. |
| Ultrasound System (for use with the CARTOSOUND® Module) | Device used for intracardiac ultrasound. This device is connected to the system. |
| Fluoroscopy System (for use with the CARTOUNIVU™ Module) | Enables display of fluoroscopic captures in the CARTO® 3 System |

Consult your Biosense Webster representative regarding the availability of compatible devices in your country.

See also:
- System Hardware

CONFIDENTIAL

BWI-INN00010069

# INITIAL INSTALLATION

Only personnel who are qualified by Biosense Webster may install the CARTO® 3 System. No one but personnel qualified by Biosense Webster should open the sealed boxes or packages containing the system components.

# TYPICAL SETUP

The PIU can be placed in one of the following locations:

- Fixed to a holder on the patient table
- Fixed on a shelf near the patient table
- Mounted on an IEC 60601-certified cart, which can be moved in the operating room as required

The Location Pad is attached to the underside of the patient table in its own holder.

The Patch Unit is placed on or near the patient table.

The workstation is located in the operating room or in an adjacent observation room. A repeater monitor can be set up in the operating room, next to the patient table, so that the attending physician can view all that is displayed on the CARTO® 3 System monitor.

Cables should be placed inside cable ducts, where possible.

See also:

- <u>System Hardware</u>

# IMPORTANT INFORMATION FOR EXPERIENCED CARTO® XP SYSTEM USERS

In addition to its own features, the CARTO® 3 System provides the same basic functionality of previous CARTO® Systems.

> 
>
> *CAUTION*
>
> *Experienced CARTO® XP System users may work independently with the CARTO® 3 System only after completing an introductory training course given by authorized Biosense Webster personnel.*

## Viewing CARTO® XP Studies

You cannot view CARTO® XP Studies in the CARTO® 3 System.

If you need to review CARTO® XP Studies, contact the Biosense Webster Service and Support Department.

# VIEWING SYSTEM INFORMATION

To view information about the installed application and hardware serial numbers, click **Help > About CARTO® 3 System**.

CONFIDENTIAL                                                    BWI-INN00010070

4   ABOUT THE CARTO® 3 SYSTEM, V7

# DOCUMENT CONVENTIONS

Pictures of maps and signals used in this manual are computer simulations, unless otherwise specified.

**Some pictures may differ slightly from the ones actually appearing in your system. Functionality, however, is the same.**

Some graphics include options that are available only when using an add-on software module. For details on those options, refer to the separate documentation supplied with each software module.

Throughout this manual, the following typographical conventions are used to help you locate specific information.

- All on-screen elements are in bold. For example, "Click **Options**" means "Click the **Options** button in the dialog box."
- Consecutive options from the same menu are presented one after the other, joined by a ">" sign. For example, "Click **File > New Map**" means "Click **New Map** from the **File** menu."
- A single keyboard command is written between angled brackets. For example, "Press **<Ctrl>**" means "Press the **Ctrl** key on the keyboard."
- All keyboard combinations (also termed keyboard shortcuts) are presented in abbreviated form, joined by a "+" sign. The "+" sign means "while holding down the first key, press the second key." For example, **<Alt>+C** means "while holding down the **Alt** key, press C." **<Alt>+C,F** means "while holding down the **Alt** key, press **C**, then release **C** and press **F**."
- Instructions for accessing shortcut menus are written as follows: "Right-click and select **xxx**", where **xxx** is the option in the shortcut menu.
- Instructions for accessing a toolbar option are written as follows: "Click **x** on the Standard toolbar", where **x** is a picture of the icon.

## Cautions, Warnings, and Other Types of Notes

This document uses various types of notes. An explanation of each type, in the appropriate format, is given below.



NOTE

A note provides important information, emphasizing or supplementing the main text. The information does not relate directly to issues that might cause injury to patients or users, or damage to the System.



*CAUTION*

*A caution provides information relating to issues that might cause injury to patients or users, or damage to the System.*



WARNING

**A warning provides information relating to issues that might cause serious, life-threatening injury to patients or users, or serious, irreparable damage to the System.**

In addition, information for experienced users or examples that clarify information are indicated as follows:

CONFIDENTIAL          BWI-INN00010071


| | Experienced Users |
|---|---|
| | These notes provide additional information that is of particular interest to experienced System users. |

# GLOSSARY

| **ACL** | Advanced Catheter Location. This location technology uses back and chest patches to electrodes the position of the electrodes of each connected catheter. From these positions, the connected catheters can be visualized. |
|---|---|
| **Active Map** | The map to which point data is acquired, and for which data is displayed in the **Point List**. |
| **Annotation** | An event on a signal, selected using a predefined criterion. |
| **Annotation Viewer** | An ECG Viewer displaying real-time signals, aligned according to the Window of Interest. Sometimes referred to as the "Real-Time Viewer". |
| **Beat Buffer** | A buffer that contains the data for the last 10 beats of the last acquired point. The Beat Buffer is accessed from the **Selected Point Viewer**. |
| **CARTO® 3 Map** | A map created from data acquired during a CARTO® 3 Study. |
| **CARTO® 3 Software** | The software component of the CARTO® 3 System. |
| **CARTO® 3 Study** | A patient procedure performed with the CARTO® 3 System. |
| **EP Recording System Interface** | The interface between the CARTO® 3 System and the EP Recording System (EPRS). |
| **FAM** | Fast Anatomical Mapping (FAM) enables quick generation of anatomical maps by processing a large amount of location data, as opposed to individual location points. |
| **LAT** | Local activation time. The time difference in ms between the electrical reference annotation and the electrical mapping annotation. |
| **Location Reference** | The CARTO® 3 System creates a virtual location reference, or Body Coordinate System (BCS), based on the positions of three Back Patches relative to each other and to the Location Pad. |
| **Mapping Annotation** | A specific event on the Mapping Signal, selected based on the algorithm chosen in the setup phase.<br><br>(**Map Setup** screen) |
| **Mapping Catheter** | A Biosense Webster navigation catheter used to acquire data for a CARTO® 3 Map. |
| **Mapping Channel(s)** | The channel from which all mapping point data is acquired. |
| **Mapping Signal(s)** | The signal from the Mapping Channel, as displayed in an ECG viewer. |
| **Main Map Viewer** | The area of the main screen in which the active map is displayed. More than one map can be displayed at a time in the **Main Map Viewer**. The **Additional Map Viewer** can also display maps. However, some functions can only be performed in the main **Main Map Viewer**. |
| **MEM** | Multi-electrode Mapping. Refers to point acquisition using a multi-electrode mapping catheter. |
| **Opening Screen** | The screen that appears when the CARTO® 3 Application has been loaded, or that appears after exiting a study. |

CONFIDENTIAL                                          BWI-INN00010072

| | |
|---|---|
| **Point Data** | All electrical and location data relating to an acquired point. |
| **Point Group** | A set of points acquired when using a multi-electrode mapping catheter. |
| **Reference Annotation** | A specific event on the Reference Signal, selected based on the algorithm chosen in the setup phase.<br><br>(**Map Setup** screen) |
| **Reference Channel** | The channel with the electrogram on which the reference annotations are determined. |
| **Voltage Window of Interest (VWOI)** | A voltage window (in ms) around the mapping annotation, on which voltage values are based, when displaying Unipolar or Bipolar maps. |
| **Window of Interest (WOI)** | The time period related to the reference annotation in which the System searches for a mapping annotation on the mapping signal. |

# ACCESSING THE CARTO® 3 SYSTEM DOCUMENTATION

CARTO® 3 System documentation can be accessed from the CARTO® 3 System.[1]

1     Turn on the Workstation.

2     From the Opening Screen, click **New Study**.

3     Click **Help** > **Product Documentation**.

4     Click the link for the document you want to open.

The document opens as a PDF.

The following documents are included:

- *Instructions for Use*: An overview of the functionality of the CARTO® 3 System and the supported modules and additional features; important safety information; a list of all the error, alert, and info messages that might appear during a study

- *Release Notes*: Information relating to the current release of the CARTO® 3 System

- *Comprehensive User Guide*: Details about the CARTO® 3 System user interface, and instructions for using the main System features. Includes the system-related content of the *Instructions for Use*

- Module User Guides: Detailed information for using each software module.[2]

- *Connectivity User Guide*: Details on connectivity and configuration tasks that can be performed by hospital personnel

- *DICOM Conformance Statement*: CARTO® 3 System DICOM data exchange features

- *Security User Guide*: Implementation information about the security features in the CARTO® 3 System

- Manufacturer Disclosure Statement for Medical Device Security – MDS²

Contact Biosense Webster to order a printed copy of the *Instructions for Use* in any of the languages provided.

---

[1] In case of different revisions of the *Instructions for Use* (IFU), the electronic copy of the IFU shall be considered the most recent

[2] Consult your Biosense Webster representative regarding the availability of a particular module or feature in your country.

CONFIDENTIAL

Chapter 2

# SAFETY INFORMATION

## In This Chapter:

System Setup Standards ........................................................................................ 7
Patient Indications .............................................................................................. 8
Qualified Users and Training ................................................................................ 8
Warnings............................................................................................................ 8
  General .......................................................................................................... 8
  Physical Setup................................................................................................ 9
  Preventing Fire, Explosion, and Electrical Shock............................................. 10
  Defibrillation ................................................................................................ 10
  Location Accuracy ......................................................................................... 11
  CARTO® 3 System Interference with Other Medical Equipment...................... 12
  Advanced Reference Annotation (ARA) ........................................................ 12
Servicing .......................................................................................................... 13
Electromagnetic Compatibility (EMC)................................................................. 13
Legend to Accompanying Labels ........................................................................ 18
External Product Labels ..................................................................................... 20
Standards Compliance and Classifications........................................................... 22

---



**WARNINGS**

- **Failure to observe the guidelines and instructions provided in this document could result in patient injury.**
- **Failure to observe the guidelines and instructions provided in this document could result in faulty functioning of the CARTO® 3 System.**
- **Physicians may use the CARTO® 3 System on patients only after completing a CARTO® 3 System training course. For this purpose, please contact your Biosense Webster Representative.**

## SYSTEM SETUP STANDARDS

Install the CARTO® 3 System only in an electrophysiological laboratory with fluoroscopic (X-ray) capabilities.

Only personnel authorized by Biosense Webster using standard Biosense Webster procedures may:

- Install, connect, and set up the system
- Test the system

The system is ready for clinical use only after it has been fully tested and approved.

---

CONFIDENTIAL                                                                    BWI-INN00010074

8  SAFETY INFORMATION

The workstation (computer) supplied with the CARTO® 3 System is a dedicated computer for the system. The workstation must not be used for any other purpose. Unauthorized software should not be installed on the system.

Warranty compliance requires fulfilling all the above conditions.



> **NOTE**
>
> All electrical and electronic equipment provided with the CARTO® 3 System must undergo separate collection for disposal. Contact Biosense Webster customer support for guidance about appropriate disposal.

# PATIENT INDICATIONS

The intended use of the CARTO® 3 System is catheter-based cardiac electrophysiological (EP) procedures. The CARTO® 3 System provides information about the electrical activity of the heart and about catheter location during the procedure. The system can be used on patients who are eligible for a conventional electrophysiological procedure. The system has no specific contraindications.

# QUALIFIED USERS AND TRAINING

Physicians and medical staff designated to be CARTO® 3 System users must complete a training course prior to using the system. For this purpose, please contact your Biosense Webster Representative.



> **WARNING**
>
> **Only licensed medical practitioners who have completed a CARTO® 3 System training course may use the system.**

# WARNINGS

It is imperative that all of the instructions in this manual be followed. Current medical practices regarding patient care and safety should also be considered.

The order of the following warning statements does not give any indication of their relative importance.

## General

- Each catheter has indications, contraindications, and warnings or precautions that are specific to that catheter. Before using any catheter with the CARTO® 3 System, please refer to the catheter's Instructions for Use (IFU) to obtain information relevant to that specific catheter.
- Use your common clinical practice for real-time verification of catheter locations throughout the procedure (inspection of IC signals and annotations, fluoroscopy or other real-time imaging modality, etc.). Failure to do so might result in incorrect placement of the catheter.
- If emergency pacing is required, connect the pacing stimulator to the direct pacing receptacles above the corresponding catheter socket on the PIU front panel. In such cases, activate only one pacing stimulator output channel at a time.
- Before exporting, importing, saving, or restoring patient data, always verify patient identity by first name, last name, and patient ID.

CONFIDENTIAL                                                BWI-INN00010075

- The Location Pad is heavy and can cause injury if dropped.
- Do not use a cellular telephone inside the EP room during a CARTO® 3 System clinical procedure.
- Use only parts and accessories manufactured or recommended by Biosense Webster. Parts and accessories used must meet the requirements for the applicable IEC 60601 series safety standards. System configuration must meet the requirements of the IEC 60601-1, Section 16, safety standard for medical electrical systems. The use of accessory equipment not complying with this IEC standard might lead to a reduced level of safety of the integral system. Equipment that does not comply with IEC 60601-1 standard is not compatible with the CARTO® 3 System. Contact the Biosense Webster Service and Support Department before connecting the CARTO® 3 System to any device that is not recommended for use in this manual.
- Do not upload any files or install any software to the CARTO® 3 Workstation, except as part of the normal procedures covered in the CARTO® 3 System documentation and training. These exceptions include importing CT and MRI scans, restoring CARTO® 3 Studies, and updating antivirus data files.
- If communication to the hospital network is lost due to failure of the network or physical disconnection, access to some information will not be available. The CARTO® 3 System will suffer no loss of essential information or usability. However, the following features and modules will be affected:
  - **CARTOUNIVU™ Module:** If connection to the fluoroscopy system is via the hospital network, new fluoroscopy captures cannot be acquired until the connection is restored. The module can still be used with captures attained previously.
  - **CARTOMERGE® Module:** CT and MRI studies cannot be imported from the network until the connection is restored. Import studies from CD or DVD.
  - **Backup and Restore:** Studies cannot be backed up to or restored from the network until the connection is restored. Use external media to back up or restore data in the CARTO® 3 System.

## Physical Setup

- Before starting a clinical procedure, prepare the system according to the guidelines in the System Hardware chapter.
- Do not cover the vent openings of the PIU or workstation while they are functioning. Doing so may stop the procedure and damage the equipment.
- Do not position the PIU in a way that a stream of air from the internal fan of the PIU might be directed toward the patient.
- Do not connect electrical components of the CARTO® 3 System to a multiple socket power outlet. The equipment connected to a multiple socket outlet constitutes a medical electrical (ME) system in itself. Furthermore, use of a multiple socket outlet might compromise safety.
- Do not modify the physical setup of the CARTO® 3 System in the EP lab without explicit authorization from Biosense Webster.
- If the physical setup of the CARTO® 3 System is modified or the system is moved to a different room, Biosense Webster personnel must inspect and test the System before its next use to ensure that the change in environment does not negatively influence system behavior. Contact the Call Center to arrange appropriate inspection and testing. Do not use the system until it has successfully passed the inspection and testing.
- Consult your Biosense Webster representative regarding any changes to the EP lab, including changes to the layout, cabling, or equipment (stimulator, EP recording system, etc.).
- After modifications or changes to the physical setup of the fluoroscopy system, contact the Call Center to arrange appropriate inspection and testing. Do not use the system until it has successfully passed the inspection and testing.
- The CARTO® 3 System is not intended for use at altitudes above 2,000 meters/6,600 feet above sea level.

CONFIDENTIAL                                                BWI-INN00010076

10 ⌖ SAFETY INFORMATION

- Do not modify the internal components of the CARTO® 3 System in any way.

**Considerations for labs equipped with MediGuide™ Systems:**

- MediGuide™ Systems must be turned off during CARTO® 3 procedures. Turning the MediGuide™ System on may affect the conditions under which the CARTO® 3 System was installed and calibrated.

# Preventing Fire, Explosion, and Electrical Shock

The following warnings pertain specifically to preventing fire, explosion, or electrical shock.

- For continued protection against the risk of fire, use only replacement fuses that have the same type and rating as the original fuses. The label that appears on the power supply is shown below (see <u>External Product Labels</u>).

- To prevent electrocution, be sure that patient cables and electrodes are not in contact with any other conductive items, including ground.

- For protection against electrical shock, the PIU power supply unit is provided with double isolation. The ground is in the power supply unit.
  It is recommended that the observation room and the operating room both be connected to a common protective ground. Doing so prevents leakage current between various EP lab equipment and noise on ECG channels.

- Ensure that all CARTO® 3 System components and all connected systems are connected to the common protective ground in the EP lab, or that they are connected to a separation device.

- Do not connect or disconnect power cables and Location Pad cables while the CARTO® 3 System is turned on. Doing so could result in electrical shock or hardware failure.

- Do not use the CARTO® 3 System in the presence of flammable anesthetic mixtures or other flammable gases.

- CARTO® 3 System components, with the exception of the Pedal Set, have no special protection against the inflow of fluids. Do not place fluids in close proximity to the CARTO® 3 System components. Do not place any CARTO® 3 System component other than the Pedal Set on the floor.

# Defibrillation

- After defibrillation, signals in the CARTO® 3 System and the EP recording system might be distorted or disappear for up to 5 seconds. After this time, the signals will reappear.

- All signal inputs or outputs must be connected to the defibrillation-proof connectors of approved medical equipment only.

- The ECG patient cable and the patch cable supplied by Biosense Webster are designed to be defibrillation proof in accordance with IEC 60601-2-27 and tested to comply with all applicable regulatory standards. This defibrillation-proof feature is implemented in the ECG trunk cable. Use only Biosense Webster supplied ECG patient cables. Failure to do so may seriously damage the CARTO® 3 System hardware.
  If necessary, both the patient leads and electrodes may be replaced, as long as the lead wire safety receptacle fits the Biosense Webster patient cable yoke, and noise immunity is not compromised.
  Always keep the conductive parts of lead electrodes and associated parts away from other conducting parts, including ground.

- The synchronizing function of certain defibrillators may be incompatible with the CARTO® 3 System. When using external defibrillators with an incompatible synchronizing function, disable the CARTO® 3 System Location Pad before attempting to defibrillate the patient.
  When using a new defibrillator in the EP lab, verify that the defibrillator is operational when the Location Pad is on. If the Location Pad's magnetic field interferes with the normal operation of the defibrillator, disable the Location Pad during the defibrillator's power on self-test.

CONFIDENTIAL                                                    BWI-INN00010077

# Location Accuracy

The following warnings specifically relate to situations in which the accuracy of the CARTO® 3 System Location Technology might be compromised.

- The CARTO® 3 System Location Technology is based on body coordinates defined by three back patches. The system assumes that when the relative position between these patches is maintained, the position of the patches relative to the heart is also maintained.

  - For changes to the relative position between the patches, the system warns that the patient has moved and prompts to rebuild the map. A non-compensated move of the patches can affect the quality of your map. When in doubt, close the current map and begin a new one.

  - When the relative position between the patches remains the same but the position of the heart relative to the back patches has changed (for example, after repositioning the patient's head on a pillow or moving the patient's arm without changing the patient's position on the mattress, or after the patient is cardioverted), the system will not give a warning and an incorrect map (map shift) might be generated.

- Metal interference is caused by a ferromagnetic material placed within the magnetic working area. This might affect location findings. Major interference triggers an error or alert message.

  - Do not place ferromagnetic objects directly between the catheter and the Location Pad.

  - Avoid placing objects made of ferromagnetic material within the immediate vicinity of the catheters. The "immediate vicinity" depends on the size of the object: smaller objects (such as scissors, scalpels, ECG nipples, other catheter electrodes, and pacemakers) can be closer to the catheter without causing interference than larger objects.

  - Refer to the Recommended SID Values (posted on the wall of the EP lab upon installation of the CARTO® 3 System) for the minimum distance allowable between the image intensifier and the detector.

- The CARTO® 3 System is designed to be protected from electrostatic discharge (ESD). In rare cases, however, touching the system while it is turned on might result in an ESD and cause a visible transient location error in the display. As soon as the disturbance ends, this error disappears. To prevent observing ESD disturbances, use ESD protective means or avoid touching the system hardware during use.

- When a catheter is connected or disconnected, the location of the visualization of other catheters connected to the system might change for a few seconds.

- If magnetic sensors (either catheters or patches) are placed outside the mapping field, the CARTO® 3 System shows an onscreen warning message and requires either repositioning of the sensors inside the mapping field or repositioning of the Location Pad.

- Improper handling or storage of the catheter (exposing it to extreme temperatures or excessive mechanical stress) can cause misleading location findings.

- Do not place the catheter handle within the navigation volume. Doing so might degrade the system accuracy.

- Measuring distances between points on maps acquired under different conditions (reference annotation, cycle length, etc.) will result in inaccurate measurements.

CONFIDENTIAL

BWI-INN00010078

# CARTO® 3 System Interference with Other Medical Equipment

**Pacemakers:**

The functioning of the CARTO® 3 System might interfere with minute ventilation rate-adaptive pacemakers. When performing mapping on a patient who has such a device, consider changing the operating mode of the pacemaker to a minute ventilation insensitive mode before performing the procedure. If necessary, consult the pacemaker manufacturer's instructions.



> **WARNING**
>
> **Do not perform pacemaker interrogation or programming while the Location Pad is activated. The Location Pad's magnetic fields might disrupt interrogation or programming.**

The low-level magnetic fields generated by the Location Pad, an integral part of the CARTO® 3 System, might cause interference in surrounding equipment. Especially note that the location functionality of the CARTO® 3 System could possibly interfere with the programming of implantable cardiac pacemakers, internal cardiac defibrillator (ICD) units, or other such equipment. If it is necessary to program or interrogate a pacemaker or defibrillator while using the system, switch off the Location Pad, using the icon on the workstation monitor (). In the case of very sensitive ICDs, it may be necessary to turn off the PIU Power Supply. Normal operation of a pacemaker is not affected by the system.

> **WARNING**
>
> **Verify the correct or previous ICD programming after completing the CARTO® 3 System procedure.**

**Fluoroscopy Systems:**

The CARTO® 3 System might interfere with fluoroscopy systems that use proximity sensors based on magnetic field or with digital fluoroscopy systems. In such cases, contact the fluoroscopy system supplier to configure the system to be compatible to the CARTO® 3 System.

**Defibrillator:**

If the defibrillator is too close to the PIU, it might cause interference with the CARTO® 3 System location functionality and ECG signals. Do not place the defibrillator above the PIU, or on the same or adjacent shelf.

**Percutaneous Heart Pumps**

The CARTO® 3 System is not compatible with the Abiomed® Impella® percutaneous heart pump. If used together, Error 1007 (Chest Patch error) may appear.

# Advanced Reference Annotation (ARA)

All safety considerations, cautions, and warnings that apply to the general use of the CARTO® 3 System also apply while using this module. In addition, the following considerations apply:

- As with any **Reference Criterion**, selection of a reference catheter in a physically unstable location may result in inaccurate annotation detection. Therefore, it is advised to select a more stable reference catheter, such as the CS, for the IC reference. If ARA algorithm performance is still less than expected, stabilize the CS catheter, select ARA with a single channel (if a stable channel is detected), or select a different **Reference Criterion (Maximum Value, Minimum Value, Up Slope,** or **Down Slope)**.

CONFIDENTIAL                                                              BWI-INN00010079

- Be aware of the effects of pacing from non-Reference Channel catheters on the ARA algorithm: When pacing from a catheter connected to the CARTO® 3 System whose channels are not Reference Channels, possible pacing artifacts are filtered out since they may conflict with chamber activation signals on the Reference Channels. However, for pacing from a catheter that is not connected to the CARTO® 3 System, such as a pacemaker or a catheter connected to the EP recording system, the pacing artifact is not removed by the algorithm, and it may lead to an inconsistent reference annotation.

# SERVICING

 **WARNING**
**The CARTO® 3 System PIU, and its related components, are not user-serviceable. Only personnel certified by Biosense Webster can service the system.**

The PIU and its related components have no internal parts that require servicing by users. If the system does not function properly, please contact the Biosense Webster Service and Support Department.

The expected service life of the CARTO® 3 System is seven years.

# ELECTROMAGNETIC COMPATIBILITY (EMC)

The following table presents data regarding compliance of the CARTO® 3 System with IEC 60601-1-2, 4th edition.

**Table 2: Summary of Test Results**

| Test | Standard | Class/ Severity Level | Test Result |
|------|----------|----------------------|-------------|
| **Emission** (IEC 60601-1-2 section 7) | | | |
| Conducted emission Freq. range: 150 kHz - 30 MHz | CISPR 11 | Group 1 Class A 230, 120, and 100 VAC mains | Complies |
| Radiated emission Freq. range: 30 MHz - 1000 MHz | CISPR 11 | Group 1 Class A | Complies |
| Harmonic current emission test | IEC 61000-3-2 | 230 VAC mains @ 50 Hz | Complies |
| Voltage changes, Voltage fluctuations and Flicker test | IEC 61000-3-3 | 230 VAC mains @ 50 Hz | Complies |
| **Immunity** (IEC 60601-1-2 section 8) | | | |
| Immunity from Electrostatic Discharge (ESD) | IEC 61000-4-2 | 8 kV contact discharges and 15 kV air discharges | Complies |
| Immunity from radiated electromagnetic fields | IEC 61000-4-3 | 10.0 V/m; 80 MHz ÷ 2.7 GHz, 80% AM, 1 kHz | Complies |
| Immunity from proximity field from wireless communications equipment | IEC 61000-4-3 | List of frequencies, from 9 V/m up to 28 V/m, PM (18 Hz or 217 Hz), FM 1 Hz | Complies |

CONFIDENTIAL                                                    BWI-INN00010080

14 ⚠ SAFETY INFORMATION

| Test | Standard | Class/ Severity Level | Test Result |
|------|----------|----------------------|-------------|
| Immunity from Electrical Fast Transient (EFT) | IEC 61000-4-4 | ±2.0 kV on AC mains; ±1.0 kV on cables; Tr/Th - 5/50 ns, 100kHz | Complies |
| Immunity from Surge | IEC 61000-4-5 | ±2.0 CM/ ±1.0 kV DM on AC mains; Tr/Th - 1.2/50 (8/20) µs | Complies |
| Immunity from conducted disturbances induced by radiofrequency fields | IEC 61000-4-6 | 3.0, 6.0 $V_{RMS}$ on 230 VAC mains and cables; 0.15 ÷ 80 MHz, 80% AM @ 1 kHz | Complies |
| Immunity from power frequency magnetic field | IEC 61000-4-8 | 30 A/m @ 50 Hz | Complies |
| Immunity from voltage dips, short interruptions and voltage variations | IEC 61000-4-11 | On 230 VAC and 100 VAC mains; 0% - 0.5 cycle and 1 cycle; 70% - 25 cycles; 0% - 250 cycles | Complies |

The following tables present data regarding compliance of the CARTO® 3 System with IEC 60601-1-2, 3rd edition.

**Table 3: Guidance and Manufacturer's Declaration — Electromagnetic Emissions**

| The CARTO® 3 System is intended for use in the electromagnetic environment specified below. The customer or the user of the CARTO® 3 System should assure that it is used in such an environment. | | |
|------|------|------|
| **Emissions Test** | **Compliance** | **Electromagnetic Environment – Guidance** |
| RF emissions CISPR 11 | Group 1 | The CARTO® 3 System uses RF energy only for its internal function. Therefore, its RF emissions are very low and are not likely to cause any interference in nearby electronic equipment. See CARTO® 3 System Interference with Other Medical Equipment. |
| RF emissions CISPR 11 | Class A | The CARTO® 3 System is suitable for use in all establishments other than domestic. |
| Harmonic emissions IEC 61000-3-2 | Class A | |
| Voltage fluctuations or flicker emissions IEC 61000-3-3 | Compliance | |

CONFIDENTIAL                    BWI-INN00010081

 **WARNING**

**This system (including its peripheral components) is intended for use by healthcare professionals only. This system (including its peripheral components) might cause radio interference or might disrupt the operation of nearby equipment. Install the CARTO® 3 System only in an electrophysiological laboratory with fluoroscopic (X-ray) capabilities.**

**Table 4: Guidance and Manufacturer's Declaration — Electromagnetic Immunity (Specifications for all Medical Electrical Equipment and Systems)**

| The CARTO® 3 System is intended for use in the electromagnetic environment specified below. The customer or the user of the CARTO® 3 System should assure that it is used in such an environment. | | | |
|---|---|---|---|
| **Immunity Test** | **IEC 60601 Test Level** | **Compliance Level** | **Electromagnetic Environment – Guidance** |
| Electrostatic discharge (ESD) IEC 61000-4-2 | ±6 kV contact ±8 kV air | ±6 kV contact ±8 kV air | Floors should be wood, concrete or ceramic tile. If floors are covered with synthetic material, the relative humidity should be at least 30%. |
| Electrical fast transient or burst IEC 61000-4-4 | ±2 kV for power supply lines ±1 kV for input/output lines | ±2 kV for power supply lines ±1 kV for input/output lines | Mains power quality should be that of a typical commercial or hospital environment. |
| Surge IEC 61000-4-5 | ±1 kV line(s) to line(s) ±2 kV line(s) to earth | ±1 kV line(s) to line(s) ±2 kV line(s) to earth | Mains power quality should be that of a typical commercial or hospital environment. |
| Voltage dips, short interruptions and voltage variations on power supply input lines IEC 61000-4-11 | <5% UT (>95% dip in UT) for 0.5 cycle 40% UT (60% dip in UT) for 5 cycles 70% UT (30% dip in UT) for 25 cycles <5% UT (>95% dip in UT) for 5 s | <5% UT (>95% dip in UT) for 0.5 cycle 40% UT (60% dip in UT) for 5 cycles 70% UT (30% dip in UT) for 25 cycles <5% UT (>95% dip in UT) for 5 s | Mains power quality should be that of a typical commercial or hospital environment. If the user of the CARTO® 3 System requires continued operation during power mains interruptions, it is recommended that the CARTO® 3 System be powered from an uninterruptible power supply (UPS). |
| Power frequency (50/60 Hz) magnetic field IEC 61000-4-8 | 3 A/m | 3 A/m | Power frequency magnetic fields should be at levels characteristic of a typical location in a typical commercial or hospital environment |

CONFIDENTIAL                                          BWI-INN00010082

Case 8:19-cv-01984-JVS-KES    Document 131-3    Filed 01/17/22    Page 32 of 162
Page ID #:6714

6 SAFETY INFORMATION

| NOTE |
|------|
| UT is the AC mains voltage prior to application of the test level. |

**Table 5: Guidance and Manufacturer's Declaration — Electromagnetic Immunity (Specifications for Medical Electrical Equipment and Systems That Are Not Life Supporting)**

| The CARTO® 3 System is intended for use in the electromagnetic environment specified below. The customer or the user of the CARTO® 3 System should assure that it is used in such an environment. | | | |
|---|---|---|---|
| **Immunity Test** | **IEC 60601 Test Level** | **Compliance Level** | **Electromagnetic Environment — Guidance** |
| Conducted RF IEC 61000-4-6 | 3 Vrms 0.15-80 MHz | 3 Vrms 0.15-80 MHz | Portable and mobile RF communication equipment should be used no closer to any part of the CARTO® 3 System, including cables, than the recommended separation distance calculated from the equation applicable to the frequency of the transmitter. |
| Radiated RF IEC 61000-4-3 | 3 V/m 80 MHz - 2.5 GHz | 3 V/m 80 MHz - 2.5 GHz | Recommended separation distance: $d = 1.17\sqrt{P}$ $d = 1.17\sqrt{P}$ 80 MHz to 800 MHz $d = 2.33\sqrt{P}$ 800 MHz to 2.5 GHz Where P is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer and d is the recommended separation distance in meters (m). Field strength from fixed RF transmitters as determined by an electromagnetic site survey,[3] should be less than the compliance level in each frequency range.[4] Interference may occur in the vicinity of equipment marked with the following symbol:  |

[3] Field strengths from fixed transmitters, such as base stations for radio (cellular/cordless) telephones and land mobile radios, amateur radio, AM and FM radio broadcast, and TV broadcast cannot be predicted theoretically with accuracy. To assess the electromagnetic environment due to fixed RF transmitters, an electromagnetic site survey should be considered. If the measured field strength in the location in which the CARTO® 3 System is used exceeds the applicable RF compliance level, the CARTO® 3 System should be observed to verify normal operation. If abnormal performance is observed, additional measures may be necessary, such as reorienting or relocating the CARTO® 3 System.

[4] Over the frequency range 150 kHz to 80 MHz, field strengths should be less than [3] V/m.

CONFIDENTIAL                                              BWI-INN00010083



NOTES

- At 80 MHz and 800 MHz, the separation distance for the higher frequency range applies.
- These guidelines might not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects, and people.

**Table 6: Recommended Separation Distances Between Portable and Mobile RF Communications Equipment and the CARTO® 3 System (Specifications for Medical Electrical Equipment and Systems that are Not Life-Supporting)**

| Recommended separation distances between portable and mobile RF communications equipment and the CARTO® 3 System | | |
|---|---|---|
| The CARTO® 3 System is intended for use in an electromagnetic environment in which radiated RF disturbances are controlled. The customer or the user of the CARTO® 3 System can help prevent electromagnetic interference by maintaining a minimum distance between portable and mobile RF communications equipment (transmitters) and the CARTO® 3 System as recommended below, according to the maximum output power of the communications equipment. | | |
| Rated maximum output power of transmitter [W] | Separation distance according to frequency of transmitter [m] | | |
| | 150 kHz to 80 MHz $d = 1.17\sqrt{P}$ | 80 MHz to 800 MHz $d = 1.17\sqrt{P}$ | 800 MHz to 2.5 GHz $d = 2.33\sqrt{P}$ |
| 0.01 | 0.12 | 0.12 | 0.23 |
| 0.1 | 0.37 | 0.37 | 0.74 |
| 1 | 1.17 | 1.17 | 2.33 |
| 10 | 3.70 | 3.70 | 7.37 |
| 100 | 11.70 | 11.70 | 23.30 |
| For transmitters rated at a maximum output power not listed above, the recommended separation distance $d$ in meters (m) can be estimated using the equation applicable to the frequency of the transmitter, where $P$ is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer. | | |



NOTES

- At 80 MHz and 800 MHz, the separation distance for the higher frequency range applies.
- These guidelines might not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects, and people.

CONFIDENTIAL                                                          BWI-INN00010084

# LEGEND TO ACCOMPANYING LABELS

The following table displays the symbols used on the system hardware and in the accompanying documentation (including this manual).

**Table 7: Legend to Symbols Appearing on the System Hardware and Documentation**

| Symbol | Description |
|---|---|
| | **Accompanying Documents**<br>The CARTO® 3 System is shipped with accompanying documents. Please read all documents before operating the system. |
| | **Instructions for Use**<br>Refer to accompanying *Instructions for Use*. |
| | **Defibrillation-Proof CF**<br>The ECG inputs of the CARTO® 3 System are defibrillation-proof only when a special defibrillation-proof cable is used. Such a cable is identified by the presence of the defibrillation-proof symbol on the molded plastic "leads-end" of the cable. |
| | **General Warning Sign**<br>This symbol is placed near the relevant outlet when protection against the effect of discharge of a cardiac defibrillator is partly in the patient cable. |
| | **Equipotential Ground Pin**<br>The CARTO® 3 System comes equipped with an equipotential earth pin. This pin should be connected as per standard hospital procedure. |
| | **Date of Manufacture**<br>Hardware supplied with the CARTO® 3 System is labeled with the date of manufacture, as indicated by this symbol. |
| | **Manufactured By**<br>The manufacturer for the CARTO® 3 System is marked by this symbol. |
| EC REP | **Authorized Representative**<br>The European authorized representative for the CARTO® 3 System is marked by the symbol shown. |
| **R**x only | **Prescription Required**<br>Federal (USA) law restricts this device to sale by or on the order of a physician. |
| MD | **Medical Device**<br>Medical Device in the European Community / Union |
| | **Canadian Standards Association Certification Mark**<br>The CARTO® 3 System has been CSA certified to comply with the Safety Standard for Medical Devices IEC 60601-1. |
| | **INMETRO Mark**<br>Brazilian conformity mark |

CONFIDENTIAL                                                    BWI-INN00010085

| Symbol | Description |
|---|---|
| | **Customer Support/Call Center** <br> The contact information for authorized representatives of Biosense Webster Service and Support Department is marked with this symbol. |
| | **Separate Collection for Electrical and Electronic Equipment** <br> All electrical and electronic equipment provided with systems released after 13 August 2005 is marked with a Separate Collection for Electrical and Electronic Equipment symbol, indicating that this equipment must undergo separate collection for disposal, in countries where EU directive 2002/96/EC is in effect. <br> Please contact Biosense Webster customer support regarding disposal of all labeled equipment with this label. |
| | **ESD Susceptibility** <br> Precautions should be taken against electrostatic discharge when handling devices marked with this symbol. |
| | **RoHS (Restriction of Hazardous Substances)** (applicable for China only) |
| | **Heavy Object** <br> Lift the labeled object carefully. It is recommended that two people lift the object to prevent injury. |
| | **Fragile: Handle with Care** <br> This medical device can be broken or damaged if not handled carefully. |
| | **Keep Dry** <br> This medical device must be protected from moisture. |
| | **Humidity Limitation** <br> This label indicates the range of humidity to which the medical device can be safely exposed. |
| | **Atmospheric Pressure Limitation** <br> This label indicates the range of atmospheric pressure to which the medical device can be safely exposed. |



NOTE

The CARTO® 3 Workstation optical communication is based on a Class I LED component.

CONFIDENTIAL                                        BWI-INN00010086

# EXTERNAL PRODUCT LABELS

**Table 8: Description of External Product Labels**

| Location | Label Image and Text |
| --- | --- |
| PIU Back Panel | <br><br>**Figure 1: Sample System Label**<br>**CAUTION**<br>To reduce the risk of electric shock, do not remove cover. Refer servicing to qualified service personnel.<br><br><br>For use with the CARTO® 3 System Power Supply only!<br>24 VDC \| 10 A \| 240 W Max. |

| Location | Label Image and Text |
|---|---|
| PIU Power Supply (front) | 

Output
24 V DC \| 400 W \| 17 A |
| PIU Power Supply (back) | Use only with CARTO® 3 System PIU!

⚠️  Connect to hospital grade only!
**Caution:**
For continued protection against risk of fire, replace fuse with one of the same type and rating as the existing fuse only.

Input 100-240 VAC ~
50/60 Hz
450 VA Max
2xT3.15 A; 250 VAC~ |

CONFIDENTIAL                                                         BWI-INN00010088

# STANDARDS COMPLIANCE AND CLASSIFICATIONS

The CARTO® 3 System is classified as:

- Class II according to FDA 21 CFR 870.1425
- Class IIa according to the Medical Device Directive (MDD)
- Class I, Type CF ordinary equipment under the standard IEC 60601-1

The CARTO® 3 System complies with the current edition of the following standards and regulations.

**Table 9: CARTO® 3 System Compliance**

| Source | Standard Number | Title |
|--------|-----------------|-------|
| ANSI | C95.1 IEEE | SAFETY LEVELS WITH RESPECT TO HUMAN EXPOSURE TO RADIO FREQUENCY ELECTROMAGNETIC FIELDS, 3 KHZ TO 300 GHZ |
| ANSI | C95.6 IEEE | IEEE STANDARD FOR SAFETY LEVELS WITH RESPECT TO HUMAN EXPOSURE TO ELECTROMAGNETIC FIELDS 0 TO 3 KHZ |
| EEC | 93/42/EEC | COUNCIL DIRECTIVE 93/42/EEC OF 14 JUNE 1993 CONCERNING MEDICAL DEVICES (MDD) |
| IEC | 60601-1 | MEDICAL ELECTRICAL EQUIPMENT - PART 1: GENERAL REQUIREMENTS FOR BASIC SAFETY AND ESSENTIAL PERFORMANCE |
| IEC | 60601-1-2 | MEDICAL ELECTRICAL EQUIPMENT - PART 1-2: GENERAL REQUIREMENTS FOR BASIC SAFETY AND ESSENTIAL PERFORMANCE - COLLATERAL STANDARD: ELECTROMAGNETIC COMPATIBILITY - REQUIREMENTS AND TESTS |

The Biosense Webster Quality System complies with the current edition of the following standards and regulations.

**Table 10: Quality System Standards**

| Source | Standard Number | Title |
|--------|-----------------|-------|
| IEC | 62304 | MEDICAL DEVICE SOFTWARE - SOFTWARE LIFE CYCLE PROCESSES |
| IEC | 80001-1 | APPLICATION OF RISK MANAGEMENT FOR IT-NETWORKS INCORPORATING MEDICAL DEVICES - PART 1: ROLES, RESPONSIBILITIES AND ACTIVITIES |
| ISO | 13485 | MEDICAL DEVICES - QUALITY MANAGEMENT SYSTEMS - REQUIREMENTS FOR REGULATORY PURPOSES |
| ISO | 14971 | MEDICAL DEVICES - APPLICATION OF RISK MANAGEMENT TO MEDICAL DEVICES |
| MHLW | 169 | MHLW MINISTERIAL ORDINANCE NO. 169 MINISTERIAL ORDINANCE ON STANDARDS FOR MANUFACTURING CONTROL AND QUALITY CONTROL FOR MEDICAL DEVICES AND IN-VITRO DIAGNOSTIC REAGENTS *Japan only* |
| CFDA | Devices Decree 650 | REGULATIONS FOR THE SUPERVISION AND ADMINISTRATION OF MEDICAL DEVICES ADMINISTRATION DEVICES DECREE *China only* |

CONFIDENTIAL                                                           BWI-INN00010089

# Chapter 3

# SYSTEM HARDWARE

## In This Chapter:

System Specifications ........................................................................................ 24
    Component Dimensions .................................................................................. 24
    Power Consumption ....................................................................................... 24
    Applied Current ............................................................................................... 25
    System Input Impedance ................................................................................ 25
    Heat Dissipation ............................................................................................. 25
    Environmental Conditions .............................................................................. 26
CARTO® 3 System Components ........................................................................ 26
    Patient Interface Unit (PIU) ............................................................................ 26
        Components Connected to the PIU ............................................................ 27
        PIU Connections ........................................................................................ 31
    Location Pad (LP) ........................................................................................... 33
        Attach Location Pad Holder ....................................................................... 34
        Insert Location Pad into Holder ................................................................. 35
    Back and Chest Patches ................................................................................ 36
    Workstation and Accessories ......................................................................... 36
        Adjust Monitor Resolution ......................................................................... 37
Catheters ........................................................................................................... 38
    Biosense Webster Diagnostic Catheters with Auto ID ................................... 39
    Standard Diagnostic Catheters ...................................................................... 39
Connectivity ....................................................................................................... 40
    Pacing Stimulator Connectivity ...................................................................... 40
    RF Generator Connectivity ............................................................................. 42
    Ultrasound System Connectivity .................................................................... 42
    EP Recording System Connectivity ............................................................... 43
    Hospital PACS Connectivity ........................................................................... 43
    Fluoroscopy System Connectivity .................................................................. 43
System Cabling .................................................................................................. 44
    General Cabling Guidelines ............................................................................ 44
    System Cables and Connection Points .......................................................... 45
Periodic Maintenance ........................................................................................ 50
    Replacing Parts .............................................................................................. 50
        Replacing Fuses ........................................................................................ 50
    Cleaning the System Components .................................................................. 50
    Cleaning Patient Cables ................................................................................. 51
When the System Is Idle .................................................................................... 51

CONFIDENTIAL

# SYSTEM SPECIFICATIONS

## Component Dimensions

Table 11: System Component Dimensions

| Component | Width [mm (in)] | Height [mm (in)] | Depth [mm (in)] | Weight [kg (lb)] | Comments |
|---|---|---|---|---|---|
| PIU | 490 (19.29) | 230 (9.05) | 380 (14.96) | 12.3 (27.1) | |
| Patch Unit | 160 (6.30) | 43 (1.69) | 220 (8.66) | 1.3 (2.8) | Width = connection side |
| PIU Power Supply | 140 (5.51) | 120 (4.72) | 220 (8.66) | 3.5 (7.7) | Width = connection side |
| Location Pad | 545 (21.45) | 49 (1.93) | 500 (19.68) | 5.0 (11.0) | Width = side inserted in holder, height does not include cable connection unit |
| Location Pad Holder | 450 (17.71) | 19 (0.75) | 530 (20.86) | 2.0 (4.4) | Width = side for inserting LP, height does not include connector tabs |
| Cart | 60 (23.6) | 145 (57.0) | 70 (27.5) | 109–112 (240–247) | Height = without monitor, with pole for infusion sacks<br>Weight = without components, with balance weights |

## Power Consumption

The CARTO® 3 System power specifications are given below:

Table 12: CARTO® 3 System Power Specifications

| Component | Voltage/Frequency | Power |
|---|---|---|
| Workstation | 100-240 V~; 50/60 Hz | 525 W Wide-ranging Power Supply |
| Monitor: 2408WFP | 100-240 V~; 50/60 Hz | 57 W – 110 W |
| Monitor: Dell UltraSharp™ U2410 | 100-240 V~; 50/60 Hz | 75 W – 132 W |
| Monitor: Dell UltraSharp™ U2412M | 100-240 V~; 50/60 Hz | 38 W – 72 W |
| Monitor: Dell UltraSharp™ U2711 | 100-240 V~; 50/60 Hz | 113 W |
| Monitor: Dell UltraSharp™ U2913WM | 100-240 V~; 50/60 Hz | 32 W – 90 W |
| PIU | 100-240 V~; 50/60 Hz | 240 W (maximum) |

CONFIDENTIAL                                                      BWI-INN00010091

# Applied Current

**Table 13: Current Applied through Electrodes Connected to the CARTO® 3 System**

| Type | Maximum Amount | Source |
|------|----------------|--------|
| DC | 200 nA | BS ECG patches |
| AC | 3.5 mA (RMS)<br>Maximum for all channels, including patches | Intracardiac electrodes, Back and Chest Patches |

# System Input Impedance

**Table 14: Inputs to the CARTO® 3 System**

| Source | Amount |
|--------|--------|
| BS ECG Patches | > 20 MΩ |
| Intracardiac Electrodes | > 1 MΩ |

# Heat Dissipation

Heat dissipation values for system components are listed in the following table:

**Table 15: Heat Dissipation**

| Component | Heat Dissipation |
|-----------|------------------|
| Workstation: Dell Precision T5810 | 2750.5 BTU/hr (maximum) |
| Workstation: Dell Precision T5820 | 3241.5 BTU/hr (maximum) |
| Workstation: HP Z4 G4 | 3084 BTU/hr (maximum)<br>1850 BTU/hr (typical) |
| Monitor: 2408WFP | 375 BTU/hr (maximum)<br>195 BTU/hr (typical) |
| Monitor: Dell UltraSharp™ U2410 | 375 BTU/hr (maximum)<br>195 BTU/hr (typical) |
| Monitor: Dell UltraSharp™ U2412M | 245.66 BTU/hr (maximum)<br>129.66 BTU/hr (typical) |
| Monitor: Dell UltraSharp™ U2711 | 471 BTU/hr (maximum)<br>385 BTU/hr (typical) |
| PIU | ~150 W = 511 BTU/hr |

CONFIDENTIAL                    BWI-INN00010092

# Environmental Conditions

**Table 16: Environmental Conditions for CARTO® 3 System Storage and Operation**

| Environment | Condition | Minimum | Maximum |
|---|---|---|---|
| Operating | Temperature | 10 ºC (50 ºF) | 30 ºC (86 ºF) |
| | Relative Humidity | 25% | 75% |
| | Atmospheric Pressure | 700 hPa | 1050 hPa |
| Storage | Temperature | −10 ºC (14 ºF) | 50 ºC (122 ºF) |
| | Relative Humidity | 15% | 95% |



*CAUTION*

*If the CARTO® 3 System was transported or stored in an environment that does not meet the specified operating conditions, unpack the System and let it stand at operating conditions for a minimum of four hours before connecting to the mains power.*

# CARTO® 3 SYSTEM COMPONENTS

## Patient Interface Unit (PIU)

The Patient Interface Unit (PIU) is the core of the CARTO® 3 System. Stationed in the operating room, the unit is used to interface catheters and other EP equipment. The PIU is also the processing unit for implementing all real-time location and ECG calculations.

Install the PIU on a dedicated PIU holder such as the PIU Table Arm or on the shelf of the system cart.



NOTE

Before switching on the PIU, connect the Location Pad and insert it in the Location Pad holder under the patient table.

The PIU provides interfaces to the following equipment:

- Therapeutic catheters
- Diagnostic catheters
- Patches
- Workstation
- RF generator
- Pacing stimulator
- EP recording system

CONFIDENTIAL                                    BWI-INN00010093



**NOTE**

**ECG OUT**, **RF GENERATOR**, and **STIMULATOR** sockets are intended for connection to medical grade equipment.



**WARNINGS**

- **In case of power failure, use direct connected stimulator sockets for catheters that are used in procedures requiring pacing. The BS ECG will be displayed both on other hospital equipment (such as a defibrillator) and on the EP recording system.**
- **Do not cover the vent openings of the PIU or workstation while they are functioning. Doing so may stop the procedure and damage the equipment.**
- **Use the PIU only when it is securely installed on a dedicated PIU holder such as the PIU Table Arm or on the shelf of the system cart.**

## Components Connected to the PIU

The following tables describe the PIU-related components.



**Figure 2: Patient Interface Unit (PIU), Front Panel**

**Table 17: Components Connected to the Front of the PIU**

| Component | Description |
|---|---|
| **BS Cable** | Cable connecting Body Surface ECG to the PIU. The expected lifetime of the Body Surface (BS) ECG cable is 100 clinical procedures. You must replace the BS ECG cable within the required number of procedures to ensure using the CARTO® 3 System effectively. Use of a BS ECG cable beyond its expected lifetime might compromise ECG signal quality. |

| Component | Description |
|---|---|
| **Patch Unit** | Connects the Back and Chest Patches to the PIU, and transfers location data from the patch sensors. |
| **Catheter-PIU Pin Adapter (CPPA)** | Adapter enabling connection of standard pin-based catheters to the PIU catheter connection(s) (**20 POLE A**, **20 POLE B**, **REF/DECA**). |



**Figure 3: Patient Interface Unit (PIU), Rear Panel**

CONFIDENTIAL

BWI-INN00010095

**Table 18: Components Connected to the Back of the PIU**

| Component | Description |
|---|---|
| **Power Supply Unit**  | Medical isolated Power Supply Unit for the PIU that automatically adjusts to input within the range of 100–240 V~ and has an output of 24 VDC. |
| **Location Pad (LP)**  | Device placed under the patient table that generates low amplitude magnetic fields to enable accurate location. |
| **Pedal Set**  | Pedal controls for hands-free acquisition of points and performance of other software functions. |
| **Workstation** <br> *(Not pictured)* | The CARTO® 3 System Workstation is connected to the PIU by a fiber-optic cable. Both fiber-optic sockets on the PIU are functional. |

CONFIDENTIAL                                                    BWI-INN00010096

30  SYSTEM HARDWARE

**Table 19: Mechanical Equipment for Positioning the PIU (Optional)**

| Component | Description |
|---|---|
| **PIU Table Arm**<br> | Arm enabling attachment of the PIU to the patient table. |
| **Cart**<br> | A cart, certified in compliance with IEC 60601-1, can be used to hold all the operating room components of the CARTO® 3 System. The components can be connected to the power distribution provided for the cart, which supplies electrical isolation for all connected components. |

CONFIDENTIAL                                                     BWI-INN00010097

Case 8:19-cv-01984-JVS-KES    Document 131-3    Filed 01/17/22    Page 47 of 162
Page ID #:6729

SYSTEM HARDWARE ⤺ 31

## PIU Connections

The following diagram shows the front panel of the PIU (see <u>Figure 4: "Patient Interface Unit (PIU) Sockets"</u>). For the key describing what connects to each socket, see <u>Table 20: "PIU Connections"</u>.



**Figure 4: Patient Interface Unit (PIU) Sockets**

**Table 20: PIU Connections**

| Interfaces | | Connects To… |
|---|---|---|
| **Non-Catheter Type** | | |
| **1** | Generic STIMULATOR sockets | Pacing unit (+ and - sockets) |
| **2** | RF GENERATOR socket | RF generator cables (20-pin PIU side, 10-pin generator side) for 4 or 8 mm tip catheters via extension cable or adapter. Connects directly to RF generator via cable D129705 for catheters with a thermocouple sensor. This socket includes thermometer wires connected directly to MAP sockets. |
| **3** | PATCHES | Patch Unit interface |
| **4** | BODY SURFACE ECG | Body surface leads via adapter |
| **Catheter Type** (All catheter type sockets are also compatible with Auto-ID Technology.) | | |
| **A** | MAP | Can be used **ONLY** for compatible Biosense Webster focal ablation catheters |
| **B** | REF/DECA | Any diagnostic catheter of 1–10 electrodes. Supports sensor-based catheter. Supports special Electrode 11 to be used as IVC electrode |
| **C** | QUAD A | Any diagnostic catheter of 1–4 electrodes. Supports special Electrode 6 to be used as IVC electrode |

CONFIDENTIAL                                                 BWI-INN00010098

32  SYSTEM HARDWARE

| | Interfaces | Connects To... |
|---|---|---|
| **D** | QUAD B | Can be used for standard QUAD catheter for RVA<br>Any diagnostic catheter of 1–6 electrodes |
| **E** | DECA | Any diagnostic catheter of 1–10 electrodes |
| **F** | 20 POLE A and 20 POLE B | Any diagnostic catheter of 1–20 electrodes<br>Supports sensor-based catheter<br>Supports special Electrodes 21 and 22 to be used as visualization-only electrodes |
| **G** | ULTRASOUND | Typically used for ultrasound SOUNDSTAR® Catheter |

The Catheter-PIU Pin Adapter (CPPA) can be connected to REF/DECA, 20 POLE A, or 20 POLE B sockets.

All catheters are connected via dedicated cables, as detailed in the following table. (For PIU socket labeling, see Figure 4: "Patient Interface Unit (PIU) Sockets".)

> **NOTE**
>
> Do not rapidly connect and disconnect catheters. Allow six seconds after a catheter is connected for the system to recognize it. Allow up to six seconds after a catheter is disconnected before connecting another catheter to the same socket.

Specific catheters have special interface cables. The electronics required for catheter functioning are housed in the handle end of the cable and not in the corresponding catheter. This enables repeated use of the catheter electronics. The cable connects to the appropriate PIU socket (see Table 20: "PIU Connections"). The corresponding catheter connects to the other end of the interface cable, either directly or by way of a dedicated extension cable.

The following table lists the special catheter interface cables.[5]

### Table 21: Special Catheter Interface Cables (Equipped with Electronics)

| Interface Cable | Extension Cable | Corresponding Catheter |
|---|---|---|
| SOUNDSTAR® *eco* Cable[5]  | N/A | • SOUNDSTAR® *eco* 10F Catheter and SOUNDSTAR® *eco* 8F Catheter (for Siemens ultrasound systems)<br>• SOUNDSTAR® *eco* 10F G Catheter and SOUNDSTAR® *eco* 8F G Catheter (for GE ultrasound systems) |
| 20-Pole *eco* Cable | Extension Cable *eco* | • LASSO® NAV *eco* Catheter<br>• LASSO® 2515 NAV *eco* Catheter<br>• PENTARAY® NAV *eco* Catheter |

[5] Where available

[6] Provided with the CARTOSOUND® Module

CONFIDENTIAL                                                                BWI-INN00010099

| Interface Cable | Extension Cable | Corresponding Catheter |
|---|---|---|
| MAP *eco* Cable  | | • Compatible force catheter |

The system supports direct stimulation for pin inputs 1 and 2 for each of the following:

- MAP
- REF/DECA
- QUAD A
- QUAD B

> ⚠ **WARNING**
> **Connecting the stimulator to a wrong socket might result in nerve stimulation.**

See also:

- Pacing Stimulator Connectivity

# Location Pad (LP)

Before beginning a new procedure, fasten the Location Pad holder underneath the patient table and insert the Location Pad into the Location Pad holder.

The Location Pad holder and the Location Pad must be positioned in the proper head-leg orientation.

Always connect the Location Pad and insert it in its holder under the patient table before switching on the PIU.

> ⚠ *CAUTION*
> The Location Pad is fragile and can break if dropped or mishandled. When not handling the Location Pad, make sure it is placed on a stable surface.

CONFIDENTIAL                                    BWI-INN00010100

34  SYSTEM HARDWARE

## Attach Location Pad Holder

⚠️ **WARNING**

**Do not try to attach or remove the Location Pad holder when the Location Pad is inside it. The Location Pad and Location Pad holder might break if dropped.**

1   Catch the curved brackets on the far side of the LP holder on the far side of the patient table.



2   Pull the handle until the curved brackets pass the top of the table.



3   Release the handle so that the curved brackets catch the near side of the patient table.



The LP holder is now attached and ready for use.

CONFIDENTIAL
BWI-INN00010101

# Insert Location Pad into Holder

 **WARNING**

 Before progressing, be prepared to support the entire weight of the LP when it is inserted or removed from the holder. The LP can break if dropped.

The Location Pad has four guide pins that are used to secure it in the LP holder.



**Figure 5: Location Pad**

It also has an icon shaped like a head indicating the proper orientation for installation.



**Figure 6: Location Pad Installation Direction Icon**

1    Align the LP so that the installation direction icon on the LP is facing in the direction of the patient's head.

2    Slide the guide pins on the far side of the LP into the runners on the LP holder.



CONFIDENTIAL                                                              BWI-INN00010102

3    Continue pushing until the guide pins on the near side of the LP are inserted.



4    Adjust the LP as needed when the patient is lying on the patient table.

This adjustment is made according to the **Location Setup** screen.


*CAUTION*
*Once a procedure has begun, the LP must not be moved. Doing so will negatively affect location detection.*

## Back and Chest Patches

The CARTO® 3 System uses a set of six patches, three on the patient's back and three on the patient's chest.

The three Back Patches are used to determine the location of magnetic sensor-based catheters, and to establish the location reference (Body Coordinate System).

All six patches are used for visualization of catheters.

The **Location Setup** Screen is used to verify proper placement of the patches.

See also:

- Back Patches and Movement Identification
- Advanced Catheter Location (ACL) Technology
- Location Setup

## Workstation and Accessories

| Component | Description |
|---|---|
| Workstation | Computer dedicated to use with the CARTO® 3 System |
| Peripherals | Keyboard, mouse, DVI copper cable for monitor (supplied with the monitor), optical DVI cable (10–30 meter long) for monitor, printer (optional). (In some configurations, it is possible to use an SVGA cable instead of an optical DVI cable.) |
| Main Monitor | Monitor displaying the graphical user interface |
| "Repeater" Monitor | A second (optional) monitor presenting the same picture, enabling both the physician and the operator to view the same picture in separate rooms |

CONFIDENTIAL

The system supports the following resolutions for the monitors:

- 1600 pixels × 1200 pixels
- 1920 pixels × 1080 pixels
- **1920 pixels × 1200 pixels**
- 2560 pixels × 1440 pixels

The default monitor size is 24 inches with a resolution of 1920 x 1200 pixels. The resolution can be changed through the **System Tools** dialog box. The defined resolution applies to both the main monitor and the "repeater" monitor. If non-default monitors are in use, Biosense Webster Field Service Engineers will define the resolution upon installation.

The system can also be connected to a third-party monitor system. In this case, the area for presenting the CARTO® 3 System should be in a resolution supported by the CARTO® 3 System.

## Adjust Monitor Resolution

1   

    From the Opening Screen, click [             ].

    The **System Tools** dialog box appears.

2   Click **Monitor Setup**.

    The **Monitor Setup** dialog box appears.



3   From the **Display resolution** list, select the appropriate resolution.



CONFIDENTIAL

4    In the sample resolution screen, click **Yes** to keep the new settings, or **No** to revert to the original settings.



# CATHETERS

The CARTO® 3 System is designed for use with any EP catheter. Catheters with at least four electrodes can be visualized in the CARTO® 3 System display. Only Biosense Webster navigation catheters that are equipped with magnetic sensors can be used for mapping.

Catheters within the following range of characteristics have been validated for use with the CARTO® 3 System:

- Number of electrodes: 4 – 20
- Size: 4 – 10 French
- Deflection type: Deflectable curve, fixed curve
- Tip geometry: Straight, circular loop, multiple branch

 NOTE

Do not use a focal ablation catheter with the Thermistor temperature sensor for ablation. The RF Generator does not display the temperature for these catheters.

Use a focal ablation catheter with the ThermoCouple temperature sensor instead.



**Figure 7: MAP Socket Catheter Selection**

Contact your Biosense Webster representative for details of compatible catheters that are available in your country.

CONFIDENTIAL                                                                    BWI-INN00010105

# Biosense Webster Diagnostic Catheters with Auto ID

All Biosense Webster diagnostic catheters are suitable for use with the CARTO® 3 System. Biosense Webster Catheters which incorporate Biosense Webster's Auto ID technology are automatically identified and appear in the **Catheter Setup** Screen when the catheter is connected to the PIU.



> **NOTE**
> If an Auto-ID catheter is connected to the QUAD A, QUAD B, or DECA socket and there is an invalid catheter ID or specific EEPROM errors, the catheter is not recognized by the system. However, there is no system message. If this occurs, replace the catheter.

See also:

- Catheter Setup

# Standard Diagnostic Catheters

Biosense Webster catheters without the Auto ID technology or diagnostic catheters from other manufacturers can also be used with the CARTO® 3 System, but will not be automatically recognized by the system. If the catheter you connect to the system does not appear in the **Catheter Setup** Screen after connecting, right-click the image of the appropriate socket and select the catheter from the Catheter List.



> **WARNING**
> **If the catheter you select is not identical to the catheter connected to the PIU, visualization might be compromised.**

If the catheter you connect does not appear in this menu, use the Catheter Definition Tool to add it to the list.



> **NOTES**
> - The catheter connected to the MAP socket cannot be user-selected.
> - Non-Biosense Webster diagnostic catheters must be connected to the PIU via the Catheter-PIU Pin Adapter (CPPA) using a pin-to-pin connection.
>   The CPPA can be connected to the **20 POLE A**, **20 POLE B**, or **REF/DECA** sockets.

See also:

- Defining a Catheter with the Catheter Definition Tool

CONFIDENTIAL                                                                              BWI-INN00010106

# CONNECTIVITY

This section presents a brief overview of CARTO® 3 System connectivity with third-party systems. For details, refer to the *Connectivity User Guide*.

## Pacing Stimulator Connectivity

The pacing stimulator is connected to the PIU by pairs of 2 mm pins.



**Figure 8: PIU Sockets for Stimulator Connectivity**

The system supports generic (locally routed) stimulation to any two adjacent electrodes (such as 1_2, 2_3, 3_4, etc.)



**Figure 9: Generic (Locally Routed) Stimulation Socket Pair**

Stimulation cannot be routed to nonadjacent electrodes (such as 2_5, 1_10, etc.). The positive pole of the stimulator is always routed to the even-numbered electrode, and the negative pole of the stimulator is always routed to the odd-numbered electrode. When stimulation is routed through the CARTO® 3 System, routing is indicated on the catheter visualization (**Main Map Viewer**), the Stimulation Routing Icon (System Toolbar), and the relevant channel (ECG viewers). The system automatically disconnects the RF generator from electrodes MAP 1 and MAP 2 when the stimulator is routed to one of these electrodes.

CONFIDENTIAL                                                    BWI-INN00010107



NOTES
- Be aware that this protection is not available when the CARTO® 3 Workstation is powered off.
- Stimulation cannot be routed through the CARTO® 3 System when the PIU is OFF, except through the emergency stimulation socket pairs.

The CARTO® 3 System provides four direct stimulation socket pairs, which can be used in an emergency, even if the PIU is off.



**Figure 10: Emergency Stimulation Socket Pairs**

 Direct connection pair that is connected directly to electrodes **MAP** 1 and **MAP** 2



WARNING
**The emergency connection to electrodes MAP 1 and MAP 2 overrides the RF generator-disconnect mechanism. Therefore, it is the responsibility of users to prevent pacing stimulation and ablation in parallel. Do not apply RF energy while the stimulator is connected via these sockets unless specifically indicated by the stimulator's instructions for use. Do not use this parallel connection when using a Bloom Stimulator. Doing so might induce ventricular fibrillation or formation of microbubbles. Microbubbles have been associated with increased risk of an embolic event.**

 Direct connection pair that is connected directly to electrodes **REF/DECA** 1 and 2

 Direct connection pair that is connected directly to electrodes **QUAD A** 1 and **QUAD A** 2

 Direct connection pair that is connected directly to electrodes **QUAD B** 1 and **QUAD B** 2

CONFIDENTIAL                                          BWI-INN00010108

42   SYSTEM HARDWARE

Contact the Biosense Webster Service and Support Department for instructions on how to connect the pacing stimulator.

|  | **WARNING**<br><br>**Ensure that each stimulation channel is routed to a single destination. In particular, ensure that the channels used for stimulation by the CARTO® 3 System are not connected in parallel to both the front input sockets and the ICEG Out Interface.** |
|---|---|

|  | NOTE<br><br>It is recommended to use the stimulation splitter cable for separating between stimulator channels that will be routed by the recording system and stimulator channels that will be routed by the CARTO® 3 System. |
|---|---|

# RF Generator Connectivity

The CARTO® 3 System may be connected via the Patient Interface Unit (PIU) to a compatible radiofrequency (RF) generator for heart ablation procedures. To determine the compatibility of an RF generator, and to determine connectivity accessories (cables, etc.), refer to the *Instructions for Use* for the RF generator.

| | NOTES<br><br>• Before initializing catheter visualization, the RF generator must be connected to the PIU of the CARTO® 3 System and switched on. In addition, an indifferent electrode must be connected to the RF generator and applied to the patient. Do not switch the RF generator off during the initialization procedure.<br><br>• Switching generators during a study is not recommended, because catheter visualization will be affected. If you switch generators, you must disconnect the RF generator, exit the study, connect the second generator, and continue from **Review** mode. Follow standard procedure for preparing the generator and fluoroscopy device before initializing catheter visualization.<br><br>• The system might create a 5–10 ohm impedance offset on the compatible RF generator. |
|---|---|

For detailed instructions on using a compatible RF generator with the CARTO® 3 System, refer to the *Instructions for Use* for the compatible RF generators.

# Ultrasound System Connectivity

Ultrasound connectivity includes:

- Connecting the ultrasound catheter (SOUNDSTAR® Catheter) to the PIU and to the ultrasound system
- Connecting the CARTO® 3 System workstation to the ultrasound machine

The CARTO® 3 System workstation is connected to the ultrasound machine via two cables:

- An Ethernet data cable
- A video cable, connecting the ultrasound video output to the workstation frame grabber card

CONFIDENTIAL                                                          BWI-INN00010109

# EP Recording System Connectivity

The PIU enables output of intracardiac (IC) and body surface (BS) signals to EP recording systems. The system also supports optional data connectivity for simple recording of CARTO® 3 System events.

The connection to the EP Recording System requires the following cables:

- BS ECG OUT cable
- IC OUT cable

Either generic cables, which fit any recording system, or dedicated cables for the specific recording system can be used.



> **NOTE**
>
> It is recommended to use the stimulation splitter cable for separating between stimulator channels that will be routed by the recording system and stimulator channels that will be routed by the CARTO® 3 System.

For dedicated cabling for specific recording systems, contact the Biosense Webster Service and Support Department.

# Hospital PACS Connectivity

The hospital PACS is connected to the workstation via an Ethernet data cable.

For more information regarding PACS, contact the hospital IT department.

# Fluoroscopy System Connectivity

The connectivity between the systems is established using standard TCP/IP connectivity. A Hospital IP address is required.

This connectivity includes two aspects:

- The X-ray system uses DICOM protocol to send images to the CARTO® 3 System, as specified in the X-ray system configuration. To enable this connectivity, the CARTO® 3 System is connected to the hospital network. For optimal performance, it is recommended to connect the CARTO® 3 System to the hospital network through the X-ray system Ethernet switch. If that is not possible, the communication can be made using a 1 GBps Ethernet network.
- The X-ray system sends geometry information to the CARTO® 3 System through the CARTO® 3 System connection to the existing X-ray system control network. The CARTO® 3 System only receives information and does not send any information that might change the X-ray system behavior.

This connectivity is achieved by one or two physical Ethernet cables (depending on the X-ray configuration), and requires configuration of both systems. For detailed information about security aspects of this connectivity, refer to the CARTO® 3 Security User Guide.



> **NOTE**
>
> The connectivity required for the CARTOUNIVU™ Module is not related to PACS systems on the hospital network. It does not require additional DICOM services, such as Modality Worklist.

---

CONFIDENTIAL                                                BWI-INN00010110

# SYSTEM CABLING

Before beginning a study with the CARTO® 3 System, verify that the hardware components are connected correctly.

 **WARNING**

**Do not switch the CARTO® 3 System PIU on until all connections to the PIU have been made, except catheter connections (catheters can be connected or disconnected at any time). Doing so could result in electrical shock or damage to the equipment.**

## General Cabling Guidelines

These guidelines will help ensure the safe and effective use of the CARTO® 3 System.

- Verify that the PIU power supply and the recording system are connected to the same electrical outlet and that both are connected to a medical-grade ground.
  Use of any equipment that is not connected to a medical-grade ground (such as monitors and space heaters) in this outlet might result in unexpected interference on the BS-ECG or IC signals.
- To reduce noise on signals, it is recommended to connect the PIU power supply, the EP recording system amplifier, the RF generator, and the irrigation pump to the same protective ground.
- Place the Workstation and its monitor outside the patient environment, where possible. If they are installed in the patient environment, connect them to the medical transformer.
- It is recommended to use the same line phase for all equipment near the patient table.
- Ensure that the green and yellow ground cables from the recording system amplifier, CARTO® 3 System Cart (for cart installations) or PIU Power Supply (for permanent installations connected), and all other equipment near the patient table are connected to the ground connection on the patient table.
- It is recommended that the CARTO® 3 System Workstation be powered from an uninterruptible power supply (UPS). This will enable continuous operation during power mains interruptions, and minimize the risk of data loss.
  Use a UPS with voltage regulation.
  - Power: 750 VA
  - Estimated runtime: at least 15 min.
- Fasten all cable connectors securely.
- Cables should be placed inside cable ducts, where possible.
- If a cable crosses the floor, route it out of the possible path of hospital staff to prevent tripping on it.
- If the power outlet at the site does not support the connector of the supplied power cable, use a hospital-grade cable with an appropriate connector.
- Route the indifferent electrode cable together with the RF generator cable (to the PIU) as much as possible. Keep these cables away from other cables (such as BS cables and catheter extension cables).
- Route the patient lead set down the side of the patient table. Keep the leads away from the C-Arm, Location Pad, and Location Pad cable.
- If the defibrillator is too close to the PIU, it might cause interference with the CARTO® 3 System location functionality and ECG signals. Do not place the defibrillator above the PIU, or on the same or adjacent shelf.

CONFIDENTIAL                    BWI-INN00010111



**WARNING**

**Do not disconnect or reconnect Location Pad cable to the PIU while the PIU is switched on. Doing so could result in electrical shock or damage to the equipment.**



*CAUTION*

*Do not disconnect or reconnect any medical equipment to the power outlet while the equipment is switched on.*

After checking the system cabling, the CARTO® 3 System is ready to be switched on.

See also:

- System Cables and Connection Points

# System Cables and Connection Points

This section provides an overview of system cabling for a typical fixed installation:

- Workstation and monitor in the observation room
- PIU and its accessories in the operating room (cart or boom)
- Additional monitor in the operating room (optional)

Other configurations may apply, depending on the third-party components and CARTO® 3 Modules in use.



NOTE

The CARTO® 3 System is correctly grounded only when the PIU power supply is connected to a ground connection (either directly or through the Cart isolation transformer).[7] For details, see General Cabling Guidelines.

---

[7] In the US, the ground connection may be labeled either "Hospital Only" or "Hospital Grade".

CONFIDENTIAL                                                            BWI-INN00010112

46 SYSTEM HARDWARE



Figure 11: Schematic Diagram of System Cables and Connection Points: Cart Installation

CONFIDENTIAL                                               BWI-INN00010113



**Figure 12: Schematic Diagram of System Cables and Connection Points: Boom Installation**



NOTES

- Letters and numbers in the following tables refer to the letters and numbers in the schematic diagrams (see Figure 11: "Schematic Diagram of System Cables and Connection Points: Cart Installation" and Figure 12: "Schematic Diagram of System Cables and Connection Points: Boom Installation").
- The observation room (non-patient environment) is marked **I**.
- The operating room (patient environment) is marked **II**.

**Table 22: EP Lab and System Parts**

| ID | Unit Name |
|----|-----------|
| A | Main monitor (observation room) |
| B | Mouse |
| C | Keyboard |
| D | Printer |
| E | Boom |

CONFIDENTIAL                                          BWI-INN00010114

| ID | Unit Name |
|---|---|
| F | Repeater monitor (operating room) |
| G | EP recording system |
| H | Workstation |
| I | PIU power supply |
| J | PIU |
| K* | EP/IO box or Global Port for focal RF generator |
| | Optical Ethernet adapter for multi-channel RF generator |
| L | Hospital ground |
| M* | RF generator |
| N | Irrigation pump |
| O | Patch Unit |
| P | Ultrasound catheter |
| Q | Focal ablation catheter |
| R | CS catheter |
| S | Ultrasound system |
| T | Patches |
| U | Patient table |
| V | Pedal Set (Foot switch) |
| W | Location Pad |
| X** | Cart ground |
| Y** | Isolation transformer (on cart) |
| Z** | Cart |
| * For details, refer to the *Instructions for Use* of the RF generator. | |
| ** In Cart configuration only | |

**Table 23: System Parts and Cables**

| ID | Cable Name | Unit 1 | Unit 2 |
|---|---|---|---|
| 1 | AC cable | EP lab equipment | AC mains |
| | | Equipment on Cart | Isolation transformer (on cart) |
| | | Isolation transformer (on cart) | AC mains |
| 2 | Printer data cable (USB) | Workstation | Printer |
| 3 | DVI-to-DVI cable | Workstation | Main monitor (observation room) |
| | | | Repeater monitor (operating room) |

CONFIDENTIAL

| ID | Cable Name | Unit 1 | Unit 2 |
|---|---|---|---|
| 4 | Data communication cable (fiber optic) | Workstation | PIU |
| 5* | Focal ablation RF generator communication cable | Workstation | EP/IO box or Global Port for focal RF generator |
|  | Ethernet cable |  | Optical Ethernet adapter for multi-channel RF generator |
| 6* | Focal ablation RF generator communication cable | Focal RF generator: EP/IO box or Global Port | RF generator |
|  | Multi-channel RF generator communication cable: fiber optic | Multi-channel RF generator: Optical Ethernet adapter |  |
| 7* | Serial data communication cable | Workstation | RF generator Ethernet output |
| 8 | Ground cable | PIU power supply<br>RF generator<br>Irrigation pump<br>Isolation transformer (on cart) | Hospital ground (Cart configuration: Cart ground) |
|  |  | EP recording system | Hospital ground |
| 9 | Ablation cable | PIU | RF generator |
| 10 | Power supply DC cable | PIU | PIU power supply |
| 11 | IC ECG output cable | PIU | EP recording system workstation |
| 12 | Body surface ECG output cable | PIU | EP recording system workstation |
| 13 | Location Pad cable | PIU | Location Pad (cable is attached) |
| 14 | Biosense Webster catheter extension cables** | PIU | Catheter |
| 15 | Ultrasound cable | Ultrasound catheter | Ultrasound system |
| 16 | Body surface ECG cable | PIU | Body surface patch |
| 17 | Patch Unit cable | PIU | Patch Unit (15 cm cable is attached) |
| 18 | Pedal Set cable | PIU | Pedal Set (cable is attached) |
| 19 | VGA or RGB cable | Workstation | Ultrasound system |
| 20 | Ethernet cable | Workstation | Ultrasound system<br>EP recording system<br>Hospital network<br>Fluoroscopy system |

\* For details, refer to the *Instructions for Use* of the RF generator.
\*\* Including special catheter interface cables with electronics in the handle (see PIU Connections)

50   SYSTEM HARDWARE

# PERIODIC MAINTENANCE

No user maintenance activity is required for the CARTO® 3 System.

See also:

- Annual Service Activity

## Replacing Parts

The only internal parts of the CARTO® 3 System that may be replaced by the User are the fuses of the PIU power supply. They are located under the I/0 (ON/OFF) switch of the PIU power supply.

The fuses used in the PIU power supply are 250 V~, 3.15 A, slow blow only.



**WARNING**

**Turn off the PIU power supply and disconnect it from the main power supply before replacing the fuses.**

**Only qualified technical or hospital personnel should replace fuses.**



NOTE

If the fuses on the power inlet burn out frequently, contact the Biosense Webster Service and Support Department.

### Replacing Fuses

1   Turn off the PIU power supply and disconnect it from the main power supply.

2   Using a screwdriver, gently press on the side of the fuse holder (under the ON/OFF switch) and pull it out of the inlet.

3   Replace the burned out fuse(s) with new ones of the same type and rating as marked on the outside of the PIU.

## Cleaning the System Components



*CAUTION*

Always disconnect the components from the power supply before cleaning.

CARTO® 3 System components do not require sterilization or disinfection.

Clean the outside of the PIU power supply, PIU, Location Pad, Patch Unit, and workstation by wiping them with a slightly damp cloth. It is recommended to dampen the cloth with alcohol-free hand soap and water.

Disconnect system component cables before cleaning. Clean these cables only with a damp cloth. Make sure that their connectors stay dry. Make sure cables are dry before connecting to the CARTO® 3 System.



NOTE

Catheter extension cables may require sterilization. Refer to the cable's *Instructions for Use* for details.

CONFIDENTIAL                                                     BWI-INN00010117

## Cleaning Patient Cables

The BS ECG cables and Patch Unit cables come in contact with the patient and require cleaning.



> **CAUTION**
>
> *Do not immerse cables in liquid.*

Clean the unconnected cables with a slightly damp cloth. Make sure that their connectors stay dry. The following materials are approved for cleaning these cables:

- Alcohol-free hand soap
- Diluted ammonia (2%)
- Sodium hypochlorite (bleach) solution 10% in water
- Hydrogen peroxide
- Methylated spirit
- Isopropyl alcohol
- Distilled water



> **CAUTION**
>
> *Do not use 3M™ HB Quat Disinfectant Cleaner Concentrate or glutaraldehyde to clean the BS ECG and Patch Unit cables. These materials and similar cleaning chemicals might damage the components.*

# WHEN THE SYSTEM IS IDLE

After exiting the CARTO® 3 System program, the workstation may be left ON. However, it is recommended to turn OFF the workstation at the end of the day.

The **Exit** dialog box includes an option to scan for viruses before the workstation shuts down. It is recommended to select this option periodically because scheduled scans might not be completed (such as when a study is started during a scan or a study is in progress at the scheduled time).

CONFIDENTIAL                                             BWI-INN00010118

<div align="right">

**Chapter 4**

</div>

# ECG FUNCTIONALITY

## In This Chapter:

Annotations ........................................................................................................................ 53
ECG Analog Output to the Recording System .................................................................. 54
Saving Recorded ECG Data ............................................................................................. 54
ECG Signal Processing ..................................................................................................... 55
    Configure ECG Filters .................................................................................................. 56
ICEG Unipolar Reference .................................................................................................. 57
    Enabling ICEG Unipolar Reference ............................................................................. 57
Stimulation Functionality ................................................................................................... 57
    Stimulation Routing through the CARTO® 3 System .................................................... 57
        Stimulation Routing Indications ............................................................................... 58
        Using the Stimulation Routing Presets .................................................................... 59
        Configuring the Stimulation Routing Presets ........................................................... 60
        Selecting Stimulation Routing without Presets ........................................................ 60
        Unipolar Stimulation ................................................................................................ 61
            Enabling ICEG Unipolar Stimulation .................................................................... 61
    Stimulation Routing through the EP Recording System ............................................... 62
    Stimulation Detection ................................................................................................... 62
Pacing and RF Energy Delivery ........................................................................................ 62

---

ECG Functionality is one of the fundamental elements which enable the CARTO® 3 System to provide key EP study requirements.

The ECG signals are derived from:

- **BS ECG —** Body surface ECG signals generated from ECG patches, also known as 12-Lead ECG
- **ICEG —** Intracardiac electrogram signals generated from electrodes from the connected catheters The ICEG signals are divided into Bipolar signals and Unipolar signals. Bipolar signals are generated by subtracting the signals received from two adjacent electrodes. Unipolar signals are generated by subtracting the signal from either WCT or the intracardiac (IC) reference electrode, typically located in the IVC.

See also:

- ECG Viewers

CONFIDENTIAL                                                                            BWI-INN00010119

# ANNOTATIONS

The CARTO® 3 System enables the physician to view the cardiac cycle in single-heartbeat segments.

Two time indications, called annotations, are applied to each heartbeat. These annotations are generated by analyzing the ECG signals, based on the physician's configuration.

The two types of annotation are described below.

| | |
|---|---|
| **Reference Annotation** | The Reference (REF) annotation defines a fixed point in the cardiac cycle. The reference annotation is typically defined according to either atrial (ICEG) or ventricular (BS ECG or ICEG) activity. |

Configure the reference annotation by selecting the desired ECG signal and the appropriate identification criterion (automatic, maximum, minimum, up-slope, or down-slope). For example, when defining ventricle activity, select a BS ECG signal (e.g., Lead II) as the reference signal, and choose the identification criterion based on electrogram morphology that will allow you a consistent fixed position (e.g., **Maximum Value**).

The reference annotation is used for defining the following:

- The cycle length
- The fixed position in the **Annotation Viewer**
- The time that the catheter positions will be updated on screen, when working in gated mode
- The point acquisition time, when acquiring points

**Mapping Annotation**    The Mapping annotation is related to the Reference Annotation. The Mapping Annotation is calculated on the mapping ICEG signal (Mapping Catheter). It defines the electrical activation time of the mapping signal. This difference between the Mapping Annotation time and the Reference Annotation time is called Local Activation Time (LAT).

The Mapping Annotation is identified in the Window of Interest (WOI) relative to the Reference Annotation, according to the configured criteria.

You can change the WOI globally (**Map > Apply WOI of Selected Point to All Points**). When you select this, the WOI for all points is adjusted according to the WOI of the currently selected point. The mapping annotation is recalculated for all points. You can also restore the previous WOI to all points (**Map > Restore WOI for All Points**).



NOTES

- The voltage values represent the maximum peak-to-peak measurements within the Voltage Window of Interest. They are directly measured from the mapping catheter electrodes and updated with each acquired point.
- By default, the same WOI will be used for LAT values and for voltage values. If desired, a different Voltage WOI can be set.

CONFIDENTIAL                                          BWI-INN00010120

# ECG ANALOG OUTPUT TO THE RECORDING SYSTEM

The CARTO® 3 System supports analog output of BS ECG and ICEG signals to the recording system, with no change to the signal morphology.

BS ECG signals are available whether the PIU is on or off. ICEG signals are available when the PIU is on.

BS ECG signals are available to the recording system after reduction of the WCT.

ICEG signals are available to the recording system after reduction of the reference, which can be either WCT or IC Reference. In both cases:

- The unipolar signals in the recording system must be relative to the WCT
- The configuration of the IC Reference is set in the CARTO® 3 System
- Gain: 1
- Propagation delay: <1 ms
- Bandwidth: 0.005 Hz – 800 Hz



> **NOTES**
> - Certain ECG card sets support passing BS ECG and ICEG signals to the Recording System whether the PIU is on or off. To identify which set is installed on your PIU, select **Help > About CARTO® 3 System**. Consult your Biosense Webster representative for details.
> - When using these card sets, bandwidth on MAP 1-2 is 0.005 Hz – 450 Hz.



**Figure 13: Example of Configuring Unipolar ICEG Signals in the CardioLab® Recording System**



> **NOTE**
> If additional catheters are connected directly to a recording system, such catheters are limited to use for bipolar signals.

See also:

- Enabling ICEG Unipolar Reference

# SAVING RECORDED ECG DATA

The System records ECG data for all connected catheters, as well as body surface channels. The recorded channels can be presented in the **Monitor** pane and the **Annotation Viewer** in real time. These recorded channels are stored as part of the Study. For each electroanatomical point, 2.5 seconds of the recorded ECG signals can be displayed in the **Selected Point Viewer**.

Mapping channels are set for each catheter in the **Catheter Setup** screen. By default, all bipolar channels are selected. You can remove some using the **Custom** settings.

CONFIDENTIAL                                                          BWI-INN00010121



**Figure 14: Selecting Custom Mapping Channels**

# ECG SIGNAL PROCESSING

To enable the presentation of clear ECG signals, and to enable emphasizing the required information on the ECG signals, the system supports the following types of ECG Signal Processing:

| | |
|---|---|
| **High-Pass Filter (HPF)** | This filter enables seeing the local changes, without seeing global effects. |
| | The HPF in the CARTO® 3 System is sharper than in other recording systems; therefore, the following settings are recommended: |
| | • BS ECG at 0.5 Hz |
| | • IC ECG (Bipolar) at 16 Hz |
| | • IC ECG (Unipolar) at 1 Hz |
| **Low-Pass Filter (LPF)** | This filter clears high-frequency noise. |
| | The LPF in the CARTO® 3 System is sharper than in other recording systems; therefore, the following settings are recommended: |
| | • BS ECG at 120 Hz |
| | • ICEG (Bipolar) at 500 Hz |
| | • ICEG (Unipolar) at 240 Hz |
| **Power line noise rejection filter (notch filter)** | This filter clears noise that is generated from the environment power lines. The CARTO® 3 System power rejection filter is adaptive; therefore it does not change the signal morphology, and does not change the signal amplitude. |



NOTE

It may be necessary to turn off the power rejection filter to verify that the limb ECG patches were connected properly.

The filters can be configured by the user.



NOTE

Different low-pass filters (LPF) have slightly different delays (up to 20 ms). It is not recommended to change the filter settings after points are acquired.

CONFIDENTIAL                                                BWI-INN00010122

# Configure ECG Filters

1   Click **ECG** > **Filters Configuration**.

The **Filter Configuration** dialog box appears.



2   Set the **High-Pass** and **Low-Pass** filters for the **BS ECG**.

3   Check or clear **All-channel power rejection filter** to activate the power rejection filter.

4   Set the desired parameters for each catheter.

You can set **All Channels** to use the same parameters for all catheters.

5   Click **Update** to apply the filter definitions.

CONFIDENTIAL                                                              BWI-INN00010123

# ICEG UNIPOLAR REFERENCE

The reference signal for unipolar signals is typically the WCT (Wilson Central Terminal). The user can configure the IVC electrode as the ICEG internal reference.

## Enabling ICEG Unipolar Reference

When a catheter with an IVC electrode is in use, the IVC electrode can be used either as a unipolar reference or for unipolar stimulation. It cannot be used for both. This prevents stimulation interference with all ICEG signals.

1    Click **ECG** > **ICEG Unipolar Configuration**.

The **ICEG Unipolar Configuration** dialog box appears. By default, IVC electrode is set to None.

2    Select the **IVC Electrode**:

- **Quad A 6**: typically when using the 6F Webster® Hexapolar Catheter connected to the QUAD A socket
- **Reference 11**: when the PIN box is connected to the REF/DECA socket and the 11th socket is used for connecting the reference electrode



3    Select **ICEG Unipolar Reference**.

Unipolar pacing is disabled. The selected electrode will now be used as the reference electrode.

# STIMULATION FUNCTIONALITY

## Stimulation Routing through the CARTO® 3 System

Before a template is selected, all available bipolar channels of all sockets are available for stimulation. After a template is selected, stimulation can be routed to all available channels of any socket whose catheter is recognized (Auto ID), memorized (defined in template or previously connected), or user-selected.

In either case, the channels available for pacing depend on the catheter defined on the connector. For example, if a four-pole catheter is associated with the 20 POLE A connector in the template, only those four poles will be available for pacing.

CONFIDENTIAL                                          BWI-INN00010124



**NOTES**

- Verify the stimulation signal capture prior to starting a stimulation protocol.
- If stimulation is routed to a specific connector, and then a template that does not include that connector is selected, stimulation will continue. However, the connector will not be available for other use unless it is added in the **Catheter Setup** screen.
- If stimulation is routed to a specific electrode, and then a catheter with fewer electrodes is connected to that socket, stimulation routing is not changed automatically by the system. You must re-route stimulation to the channels available in the connected catheter.
- Catheter visualization may fail if stimulation is routed to an electrode on a diagnostic catheter which has only four electrodes.
- If stimulation is routed to a specific socket of a multi-connector catheter and then a single-connector catheter is connected to that socket, routing is changed to none. You must re-route stimulation. The same applies if stimulation is routed to a single-connector catheter and the catheter is replaced by a multi-connector catheter.
- For multi-connector catheters, bipolar stimulation is available for consecutive electrodes. Unipolar stimulation is available for all electrodes.

The System has direct throughput for the connectors mentioned in the Pacing Stimulator Connectivity chapter. The System prevents the simultaneous connection of the RF generator and pacing stimulator to a single electrode when using the generic stimulator sockets.

## Stimulation Routing Indications

When stimulation is routed to a particular electrode or electrode pair, the designated electrodes are highlighted on the catheter visualization and the main toolbar (Stimulation Routing Presets or Stimulation Routing icon).



**Figure 15: Stimulation Routing Indication**

 

**Figure 16: Stimulation Routing Indication on Main Toolbar**



**NOTE**

The Stimulation Routing Presets and Stimulation Routing icon only indicate routing through the CARTO® 3 System.

The signal is marked in the **Monitor** pane and **Annotation Viewer**.



**Figure 17: Stimulation Routing Indication on Signal**

CONFIDENTIAL                                                BWI-INN00010125

# Using the Stimulation Routing Presets

The **Stimulation Routing Presets** toolbar enables quick selection of the stimulation routing electrode or electrode pair. For a description of available catheters, see Stimulation Functionality.



> **NOTE**
>
> The **Stimulation Routing Presets** toolbar is enabled by default. If it was hidden, click **ECG > Stimulation Routing Presets**.

1   Click the preset button that displays the desired stimulation routing electrodes.

   The routing status is updated in the **Stimulation Routing Presets** toolbar, the ECG viewers, and the Catheter Visualization.



2   Click the < and > arrows next to the routed channel name to scroll through available channels on the selected catheter.



3   To route stimulation to an electrode pair that is not included in the Presets, click **ECG > Stimulation** and then select the desired electrode(s) from the list.

   The routing status is updated.



   The letter **P** appears by the channel label.



4   To stop using the feature, click **ECG > Stimulation Routing Presets** to clear the selection.

   The **Stimulation Routing Presets** toolbar is hidden, and the Stimulation Routing Icon is displayed.



> **NOTE**
>
> You can also select the stimulation channel by right-clicking the channel and selecting **Pace**.

CONFIDENTIAL                                          BWI-INN00010126

60 ECG FUNCTIONALITY

## Configuring the Stimulation Routing Presets

All four of the Stimulation Routing Presets buttons can be configured for a specific electrode or electrode pair, or for **None**.

For a description of available catheters, see Stimulation Functionality.

1   Right-click a preset button.

A list of all available catheters is displayed. If a catheter is not connected, (N/C) appears.



2   In the catheter's drop-down menu, select the desired electrode or electrode pair.

The button is updated.

---

 **NOTE**

The Presets can also be configured for unipolar stimulation, if it is enabled. Disabling unipolar stimulation disables the Preset button.

---

## Selecting Stimulation Routing without Presets

1   To hide the **Stimulation Routing Presets** toolbar, click **ECG > Stimulation Routing Presets**.

The Stimulation Routing Icon is displayed.



2   Do one of the following:

- Click the Stimulation Routing icon.
- Click **ECG > Stimulation**.

The Stimulation drop-down menu is displayed.

3   Select a catheter.

The default setting is **None**.



4   In the catheter's drop-down menu, select a channel.

---

CONFIDENTIAL                                                          BWI-INN00010127

The channel is displayed on the Stimulation Routing icon, and the letter **P** appears by the channel label.



# Unipolar Stimulation

The system supports unipolar stimulation. Unipolar stimulation is the connection of one stimulation channel to the catheter electrode, and the other stimulation channel to an electrode placed in the Inferior Vena Cava (IVC). Unipolar stimulation is enabled when the IVC electrode is connected, but not used for intracardiac reference.

In addition, the system has direct throughput for the connectors mentioned in the Pacing Stimulator Connectivity chapter.

### *Enabling ICEG Unipolar Stimulation*

The catheter must be connected before Unipolar Stimulation can be configured.

1  Click **ECG** > **ICEG Unipolar Configuration**.

The **ICEG Unipolar Configuration** dialog box appears. By default, IVC electrode is set to **None**.

2  Select the **IVC Electrode**:

- **Quad A 6**: typically when using the 6F Webster® Hexapolar Catheter connected to the QUAD A socket

- **Reference 11**: when the PIN box is connected to the REF/DECA socket and the 11th socket is used for connecting the reference electrode

3  Set **IVC Usage** to **Unipolar Stimulation**.



Figure 18: ICEG Unipolar Configuration Dialog Box

CONFIDENTIAL                                                          BWI-INN00010128

62 ECG FUNCTIONALITY

## Stimulation Routing through the EP Recording System

If a certain ECG card set is installed in the PIU[8], stimulation can be routed directly from the EP Recording system. The operator of the EP Recording system routes the stimulation inputs to the selected channels on the recording system. The stimulation signals are automatically routed to the corresponding catheter electrodes.

No special connections are necessary. There is no need to route stimulation through the CARTO® 3 System.



> **NOTE**
>
> If stimulation is routed through the EP Recording System, the Stimulation Icon in the
>
> CARTO® 3 System shows that stimulation is not routed ().

To identify which ECG card set is installed on your PIU, select **Help** > **About CARTO® 3 System**.

## Stimulation Detection

When stimulation is detected by the CARTO® 3 System, animated indication is displayed on the affected electrodes and on the Stimulation Routing Presets toolbar.

If the Stimulation Routing Presets are not in use, the Stimulation Routing icon turns orange when

stimulation is detected. ()

> **NOTE**
>
> The Stimulation Routing Presets and Stimulation Routing icon only indicate routing through the CARTO® 3 System. If stimulation was routed to a specific electrode pair from the CARTO® 3 System, but stimulation was performed through the EP recording system on a different electrode pair, the routing indication on the icon is not updated.

When stimulation ends, the animation ends. If stimulation is routed through the CARTO® 3 System, the routing indication is displayed. If stimulation is routed through the recording system, the indication disappears.

See also:

- Stimulation Routing Indications

# PACING AND RF ENERGY DELIVERY

To avoid the risk of fibrillation induced by connecting certain stimulator models and an RF generator to the same electrode, the RF generator line is automatically disconnected by the hardware when the stimulator is routed to **MAP 1-2** *via the software*.

Remember to direct the pacer to another electrode, or to disable the pacer, when you wish to initiate ablation.

> **NOTE**
>
> Pacing using the REF catheter or electrodes MAP 3-4 *does not* result in disconnection of the RF generator line.

---

[8] Where available

CONFIDENTIAL                                                    BWI-INN00010129

# Chapter 5

# LOCATION FUNCTIONALITY

**In This Chapter:**

Magnetic Location Technology ........................................................................... 63
Advanced Catheter Location (ACL) Technology ............................................... 64
Back Patches and Movement Identification ...................................................... 64
CARTO® 3 System Location Accuracy Zones .................................................. 66
    Back Patch Accuracy Zone .......................................................................... 67
    Chest Patch Accuracy Zone ......................................................................... 67
    Mapping Catheter Accuracy Zone ............................................................... 68

---

Location Functionality is one of the basic elements of the system and includes the calculation of the catheter (shaft and electrodes) location and orientation in the heart.

# MAGNETIC LOCATION TECHNOLOGY

Biosense Webster magnetic technology utilizes magnetic fields that are generated by a Location Pad placed under the patient table for obtaining accurate catheter location data. Some catheters, designed for use with the CARTO® 3 Systems (termed sensor-based catheters), are equipped with a passive Biosense Webster location sensor. The sensor provides real-time information that is used for calculating catheter location, based on the magnetic fields generated by the Location Pad.

The mean magnetic-based location accuracy of the CARTO® 3 System is 1 mm.



**NOTE**

When there is moderate distortion to the magnetic field near a catheter or patch, a horseshoe icon appears on the Acquire button and an alert message appears. Use your common clinical practice for real-time verification of catheter locations throughout the procedure (inspection of IC signals and annotations, fluoroscopy or other real-time imaging modality, etc.). Failure to do so might result in incorrect placement of the catheter.

When there is severe distortion to the magnetic field, the Acquire button is disabled, an error message appears, and the catheter visualization disappears. Mapping is not possible under these conditions.

CONFIDENTIAL



# ADVANCED CATHETER LOCATION (ACL) TECHNOLOGY

The CARTO® 3 System extends magnetic location technology with an additional Advanced Catheter Location (ACL) technology based on high-frequency, low-power current emission from every electrode in each catheter connected to the system. Six surface patches measure these currents. Then, a proprietary algorithm calculates the position of each electrode, based on the relative measured current.

The mean ACL accuracy of the CARTO® 3 System is 3 mm. The accuracy of ACL is improved by coupling it with the data provided by the magnetic location technology. If ACL accuracy of the visualization of one catheter is limited, the appearance of that catheter visualization changes.

---

**WARNINGS**

- **Patches are designed to be strongly adherent. However, if the patches are partially detached from the body, ACL accuracy might be impaired.**

- **Before applying RF energy, visually verify correctness of the tip position of the mapping catheter in relation to the visualized map. Use your common clinical practice for real-time verification of catheter locations throughout the procedure (inspection of IC signals and annotations, fluoroscopy or other real-time imaging modality, etc.). Failure to do so might result in incorrect placement of the catheter.**

---

# BACK PATCHES AND MOVEMENT IDENTIFICATION

To ensure accurate mapping, the CARTO® 3 System creates a virtual location reference, or Body Coordinate System (BCS). The System uses the positions of three Back Patches, relative to each other and to the Location Pad, to determine this initial location reference. (This is the system default, replacing the Reference patch in CARTO® XP System.) The System monitors the location reference for any change throughout the study.



**Figure 19: Back Patches and Location Pad as Displayed in Location Setup Screen**

When you begin the Study (click **Initialize** in the **Map Setup** screen), the system registers the location of the Back Patches. From this time forward, each point or location is determined relative to the Back Patches. The CARTO® 3 System continuously monitors the position of the three Back Patches relative to each other and to the Location Pad.

CONFIDENTIAL                                                                    BWI-INN00010131

During a study, the System may detect a change in the position of one or more of the Back Patches. This change may be due to an actual change in the position of the patch, patient movement, movement of the Location Pad, or a distortion to the magnetic field. In some of these cases, the System can adjust for the movement ("Compensated Move"). If the System cannot adjust for the movement, it prompts you to start a new map ("Non-Compensated Move"). These situations are described below.

**Compensated Move**

When the System detects movement of all the Back Patches as a unit (the distance between the patches remains the same), it might be due to movement of the Location Pad. The System automatically compensates for this movement without notifying the user. All existing maps can be used after the compensation; they are still aligned to the anatomy.



NOTE

When the relative position between the patches remains the same but the position of the patches relative to the heart has changed (for example, if the Location Pad is moved), the system does not give a warning.



*CAUTION*

*In rare cases, the relative position between the patches remains the same but the position of the heart relative to the back patches has changed (for example, after repositioning the patient's head on a pillow or moving the patient's arm without changing the patient's position on the mattress, or after the patient is cardioverted). Due to such internal anatomic displacements, there might be misalignment of the map to the heart location. When in doubt, close the current map and begin a new one.*

**Non-Compensated Move**

When the System detects that the relative distance between the Back Patches has changed, it suspects that it is due to patient movement. The System notifies that it cannot compensate for this move, and recommends that you begin a new map.

After creating the new map, maps that were created before the non-compensated move do not appear to be aligned with the heart location. In the Map List, an icon appears next to the maps created with the initial location reference.



**Figure 20: Indication of Maps with Different Location Reference**

This indication appears only on the map. To differentiate between points created with a different location reference, we recommend adding comments in the **Point List**.



*CAUTION*

*A non-compensated move of the patches may create misalignment of the maps to the existing heart location. When notified of a non-compensated move, close the current map and begin a new one.*

See also:
- Location Setup

CONFIDENTIAL                                    BWI-INN00010132

# CARTO® 3 SYSTEM LOCATION ACCURACY ZONES

For accurate mapping, the Back Patches, Chest Patches, and Mapping Catheter(s) must all be in their respective accuracy zones. The **Location Setup** screen is used for determining correct placement in the x-y plane (relative to the Location Pad) and the z-axis (relative to the horizontal middle of the Location Pad).



**Figure 21: Location Setup Screen**

If a patch is not in the accuracy zone, its visualization changes. A legend in the **Location Setup** screen describes the status.

**Table 24: Back and Chest Patch Visualization**

| Patch | Description |
|---|---|
| | Solid green indicates that the Back Patch is firmly connected and within the accuracy zone |
| | Solid yellow indicates that the Chest Patch is firmly connected and within the accuracy zone |
| | Yellow or green outline indicates that the Patch is not in the accuracy zone |
| | Stripes indicate that the Patch is disconnected or has bad contact with the skin |
| | Red outline indicates that the patches are too close to each other |

---

 **CAUTION**

*If the patches are closer to each other than recommended:*

- ACL visualization accuracy may be reduced.
- There is a higher probability of map misalignment due to patient moves.

---

The following sections describe the accurate heights for the Patches and the Mapping Catheter. Distances in the following diagrams are measured from the horizontal middle of the Location Pad, which is marked with a dashed line (- - - -). The zones are numbered according to the key in the following table.

CONFIDENTIAL                                                    BWI-INN00010133

**Table 25: Key to the Diagrams**

| Zone | Description |
|---|---|
| 5 | Reduced Accuracy Mapping Zone |
| 4 | Accurate Mapping Zone (1 mm Accuracy) |
| 3 | Patient Table Mattress |
| 2 | Patient Table |
| 1 | CARTO® 3 System Location Pad |

# Back Patch Accuracy Zone

**The Back Patch accuracy zone is 10–21 cm above the Location Pad.**



**Figure 22: Back Patch Accurate Mapping Zone**

# Chest Patch Accuracy Zone

**The Chest Patch accuracy zone is 19–60 cm above the Location Pad.**



**Figure 23: Chest Patch Accurate Mapping Zone**

CONFIDENTIAL                                              BWI-INN00010134

# Mapping Catheter Accuracy Zone

**The Mapping Catheter Accuracy Zone is 12.7–46 cm above the Location Pad** (see <u>Figure 24: "Mapping Catheter Accurate Mapping Zone"</u>, Zone 4). In this zone, mapping results with a compatible focal ablation catheter have an average accuracy of 1 mm. (Accuracy with a LASSO® Catheter is 3 mm.)

**The Reduced Accuracy Mapping Zone is 46–60 cm above the Location Pad** (see <u>Figure 24: "Mapping Catheter Accurate Mapping Zone"</u>, Zone 5). In this zone, accuracy is reduced as the distance from the Location Pad increases. If necessary, this zone can be used for mapping, but be aware that accuracy might be reduced.



**Figure 24: Mapping Catheter Accurate Mapping Zone**

CONFIDENTIAL                                               BWI-INN00010135

Chapter 6

# MAPPING FUNCTIONALITY

## In This Chapter:

Catheter Visualization Modes ................................................................. 70
Catheter Visualization ........................................................................... 70
   Indication of Catheter Deflection ......................................................... 72
   Catheter View Toolbar ......................................................................... 73
   Defining Catheter Visualization ........................................................... 74
   Defining Visualization for Branched Catheters..................................... 75
   Changing Catheter Visualization During a Study ................................. 77
   Hiding or Showing Catheter Visualization ............................................ 78
   Viewing the Catheter Visualization for a Selected Point....................... 78
   Highlighting Electrodes ........................................................................ 79
Acquisition Panel................................................................................... 80
   Working with the Pedal Set .................................................................. 81
   Readings Dashboard ........................................................................... 81
   Configuring the Readings Dashboard .................................................. 81
Fast Anatomical Mapping (FAM) Method ............................................. 82
   Creating a FAM Map............................................................................ 84
   Combining FAM Reconstructions ......................................................... 85
   Displaying FAM Maps .......................................................................... 85
   Reconstruction Details Level ............................................................... 86
      Set the Level of Detail .................................................................. 86
      Changing the Global Level of Detail ............................................. 87
      Changing and Lock Regional Details ............................................ 87
      Changing the Regional Details without Locking Resolution ........... 88
   Editing FAM Maps ............................................................................... 89
      Removing FAM Volume Using Punch Tools ................................... 89
      Removing FAM Volume Using Eraser ........................................... 90
      Removing Layers from FAM Map Using Shaver ............................ 90
      Removing FAM Surface Reconstruction ....................................... 91
Electroanatomical Mapping.................................................................... 92
   EA Map Coloring Types ....................................................................... 92
      Changing Map Coloring Type ........................................................ 94
      Unipolar and Bipolar Voltage Maps .............................................. 95
         Changing the Voltage Window ................................................. 95
         Displaying Scar Areas .............................................................. 96
      Changing the Color of Anatomical Maps ....................................... 97
   Map Colors .......................................................................................... 98
      Showing or Hiding the Color Scale Bar ......................................... 99
      Changing the Color Scale ............................................................. 99
         Using the Manual Color Scale ................................................. 99
         Using the Automatic Color Scale ............................................. 99
         Using the Custom Color Scale ............................................... 100

CONFIDENTIAL

Multi-Electrode Mapping (MEM) ........................................................................... 100
    Mapping Electrodes ...................................................................................... 100
    Delivery of RF Energy During Multi-Electrode Mapping ............................... 101
    MEM Point Groups ....................................................................................... 101
Manually Acquiring EA Points ............................................................................... 102
    Accepting or Rejecting Points ...................................................................... 103
    Deleting Points ............................................................................................. 104
    Restoring Deleted Points to the Map ............................................................ 104
Point Filtering ........................................................................................................ 105
Adjusting the Color Threshold ............................................................................... 105
Propagation Maps .................................................................................................. 106
    Viewing a Propagation Map .......................................................................... 106
Early Meets Late Option ........................................................................................ 109
LAT Histogram ....................................................................................................... 111
    Working with the LAT Histogram Window ..................................................... 112
    Refreshing the LAT Histogram Window ......................................................... 112
Combined EA and FAM Maps ..................................................................................... 112
Points and Projections ........................................................................................... 113
Combining EA Points with the FAM Reconstruction .............................................. 114
Visualization of Points and Projections ................................................................. 115
Merging Maps ........................................................................................................ 116

---

Mapping functionality is one of the basic elements of the system and the main entity for use. Maps are generated using the mapping catheter position (as the anatomical location). In electroanatomical maps, the non-anatomical data (ECG, voltage, etc.) is used for determining map coloring.

Maps can be rotated and reoriented to better visualize heart anatomy or to closely examine a part of the map in detail.

# CATHETER VISUALIZATION MODES

The CARTO® 3 System has two catheter visualization modes.

| | |
|---|---|
| **Stable** | To present and acquire a stable location during the cardiac cycle, location is calculated as the average of the real-time locations detected during the previous second. |
| **Gated** | To present and acquire a steady location during the cardiac cycle, location is taken at the annotation time. |

Gated mode is only available when creating electroanatomical maps using a focal ablation catheter.

# CATHETER VISUALIZATION

The catheter visualization in the map viewers provides a real-time representation of all the connected catheters inside the heart. The mapping catheter is always displayed. You can hide or show the visualization of the other catheters.

In addition, you can view the positions of connected catheters at a previous stage of the study. The **Show Catheter** feature displays catheter positions at the time a point was acquired. If the location accuracy of the catheter was reduced at the time of acquisition, the displayed catheter appears striped. **Catheter Snapshots** can be used to show catheter positions at a user-defined time that is not connected to point acquisition.

---

CONFIDENTIAL                                                      BWI-INN00010137

For accurate visualization, at least four electrodes must be outside the sheath. If the third and/or fourth electrodes are covered by the sheath, both the third and fourth electrodes appear black.



**Figure 25:  Catheter Visualization when Electrodes Covered by Sheath**

 **NOTE**

Visualization may fail if stimulation is routed to signals on a catheter which has only four electrodes.

The System indicates certain types of status information through the catheter visualization.

| | |
|---|---|
| **Reduced accuracy** | The catheter visualization appears striped |
| **RF energy application** | The tip of the ablating catheter displays a special indication when RF energy is applied |
| **Mapping electrode highlighting** | When using a multi-electrode mapping catheter, all mapping electrodes are highlighted |
| **Stimulation routing, stimulation** | An icon appears on the electrodes selected for routing, and the indication is animated when stimulation is detected |
| **Deflection direction indication** | For sensor-based catheters, an icon appears indicating the direction of the tip deflection |

 **NOTE**

If you cannot determine the orientation or deflection of the catheter(s) from the visual representation of the catheter on the CARTO® 3 System screen, refer to the fluoroscopic image or any other real-time imaging modality.

Additional features of the catheter visualization can be defined by the user.

| | |
|---|---|
| **Highlight electrode** | Selecting a specific ECG signal, using the right-click drop-down menu on the signal in the Monitor pane, highlights the related electrode(s). |
| **Number electrodes** | Electrodes can appear numbered for reference. The numbering can be defined using controls in the Catheter Setup screen. |
| **Change shaft color** | Color for each catheter visualization can be changed in the Catheter Setup screen. |

At the beginning of a study, the system performs initialization of Curve Visualization. The system must repeat the initialization process in certain situations, such as:

- After a PIU restart
- When continuing a study
- After a chest or back patch is reattached
- After a change to the Location Reference

In each case, you will be prompted to begin the initialization process.

CONFIDENTIAL                                          BWI-INN00010138

If necessary, reinitializing visualizations is enabled from the **Catheter** menu.

During initialization of Curve Visualization, delivery of RF energy will be disabled for a short period. When RF energy is available, the impedance reading appears on the RF generator.



> **NOTE**
>
> Before you begin the initialization process, the RF generator must be connected and switched on. Do not switch the RF generator off during initialization.



> *CAUTION*
>
> - *Verify that catheters connected to the system are those that appear in the **Catheter Setup** Guide. Include catheter type and configuration in this verification.*
> - *Fluoroscopy devices that are too close to the patient might affect location accuracy and, as a result, catheter visualization.*

# Indication of Catheter Deflection

The catheter visualization has four colored sections around the distal tip to represent four quadrants of the catheter tip.

- In uni-directional catheters, deflection is toward the red quadrant.
- In bi-directional catheters, deflection is toward the red and blue quadrants.



**Figure 26: Catheter Deflection in PA and AP Orientation**

In addition to the colors, each quadrant has an icon indicating the direction of deflection.

**Table 26: Direction of Deflection (Relative to Screen)**

| Icon | Direction of Deflection |
|------|-------------------------|
| | Forward |
| | Back |

CONFIDENTIAL                                              BWI-INN00010139

| Icon | Direction of Deflection |
|------|-------------------------|
| | To the right (toward the red quadrant) |
| | To the left (toward the red quadrant) |



**Figure 27: Indication of Catheter Deflection**

When manipulating the catheter, use these colors and icons to aid in understanding the direction of catheter deflection.

# Catheter View Toolbar

The **Catheter View** toolbar displays the current orientation of the mapping catheter. The display includes indications such as proximity status and stimulation routing.



**Figure 28: Catheter View Toolbar**

To open the toolbar, right-click the **Main Map Viewer** background, then select **Toolbars > Catheter View**.

CONFIDENTIAL

74   MAPPING FUNCTIONALITY

# Defining Catheter Visualization

The **Catheter Setup** screen is used for defining how catheters will be visualized in the **Main Map Viewer** and the **Additional Map Viewer**.

1   Click **Cath.**.

The **Catheter Setup** screen appears.

2   Select a catheter in one of the following ways:

- Click the catheter icon.
- In the PIU image, click the socket where the catheter is connected.

The current visualization parameters are displayed in the right pane. Options may vary according to the installed modules.



3   Adjust the visualization parameters as required.

| | |
|---|---|
| **Catheter Image** | When selected, the catheter image is displayed in the **Main Map Viewer** and **Additional Map Viewer**. |
| | The mapping catheter is always displayed. |
| **Label** | When selected, the label is displayed in the **Main Map Viewer** and **Additional Map Viewer**, near the tip. |
| | The default label is based on the socket name. You can enter a new label (up to 5 characters) for all sockets except MAP. |
| **Electrodes** | Select to show the electrode numbers in the **Main Map Viewer** and **Additional Map Viewer**. Options: **None**, **All**, **Odd**, **Even**, **Tip** |
| **Shaft Color** | Sets the shaft color for the catheter in the **Main Map Viewer** and **Additional Map Viewer** |
| **Use for signal color** | When selected, the signals for the catheter are displayed in the same color as the shaft. |
| **Signal color** | When **Use for signal color** is not selected, this sets the color for the catheter's signals. |
| **Proximity Indication** | When selected, proximity status for each electrode is displayed on the catheter visualization. |

The new settings are applied immediately.

CONFIDENTIAL                                                          BWI-INN00010141

# Defining Visualization for Branched Catheters

You can define a different color for each spline of a PENTARAY® Catheter and its associated channels.

1    In the **Catheter Setup** screen, select the PENTARAY® Catheter.



2    Select **Use for signal color**.

3    Open the **Shaft Color** menu and select **Color Per Spline**.

The branches are displayed with the default colors. Branches are listed according to electrode numbers, starting with the shaft (21-22) and then the splines (1-4, 5-8, 9-12, 13-16, 17-20).



The catheter icon in the **Catheter Setup** screen is also updated.

CONFIDENTIAL                                                    BWI-INN00010142

76 ⟲ MAPPING FUNCTIONALITY



4       For each branch that you want to change, highlight the branch and select the new color.



The color is updated in the list of branches.

The new settings are applied immediately.



**Figure 29: PENTARAY® Catheter Visualization with Color Per Branch Applied**

CONFIDENTIAL




**Figure 30: PENTARAY® Catheter Channels with Color Per Branch Applied**

# Changing Catheter Visualization During a Study

Some Catheter Visualization settings for each catheter can be changed during a study.

1    Right-click **Cath.** in the **Setup** toolbar.



A drop-down menu appears.



2    Click the option you want to change, and then choose the new setting from the drop-down menu.

---

CONFIDENTIAL                                           BWI-INN00010144

78 ⬚ MAPPING FUNCTIONALITY

# Hiding or Showing Catheter Visualization

You can hide or show the catheter visualization for all connected catheters except the mapping catheter.

**Map viewer right-click menu**


**Cath. button (Setup toolbar)**


**Catheter visualization right-click menu**

(Hide only)


Repeat for each catheter.

# Viewing the Catheter Visualization for a Selected Point

You can view the position of each catheter that was displayed at the time a point was acquired.

1   Right-click the map viewer background and select **Show Catheter**.

2   Select a point.

The position of each catheter that was displayed when the point was acquired is shown in gray.

Each time you select a point while this feature is active, the catheter positions will be displayed. If you acquire new points, the catheter positions will be displayed for the last acquired point.

---

CONFIDENTIAL                                              BWI-INN00010145



**Figure 31: Catheter Icons Displayed for Selected Point**

 **NOTE**

If the location accuracy of the catheter was reduced at the time of acquisition, the displayed catheter appears striped. (Does not apply to focal ablation catheter.)

# Highlighting Electrodes

You can highlight one electrode or electrode pair on each Catheter Visualization for signals displayed in the **Annotation Viewer** or **Monitor** pane.

- To highlight the electrodes, right-click a signal and select **Highlight**.

The electrode or electrode pair corresponding to the selected signal is highlighted.



**Figure 32: Highlighted Electrodes**

The signal name is colored yellow.



**Figure 33: Signals with Highlighted Electrodes**

CONFIDENTIAL                                                                BWI-INN00010146

# ACQUISITION PANEL

The acquisition panel is used for both FAM and EA acquisition. The appearance of the acquisition panel depends on the following conditions:

- Map type (FAM, Point-by-Point)
- Acquisition type (manual, continuous, CARTOFINDER™ Module recording[9])
  The CARTOFINDER™ button only appears when CARTOFINDER™ recording is enabled (**Tools** > **CARTOFINDER™ Module On**).

**Table 27: Acquisition Panel by Map Type**

| Appearance | Description |
|---|---|
|  | Point-by-Point map |
|  | FAM map |
|  | FAM map, with both FAM and Continuous Mapping acquisition active |

**Table 28: Acquisition Panel Buttons**

| Button | Description |
|---|---|
|  | Click for manual EA acquisition<br>See Electroanatomical Mapping |
|  | Click to start continuous EA acquisition. The button turns orange.<br>Click again to end acquisition.<br>Right-click to open the Filter Status window. |
|  | Click to start FAM acquisition. The button turns orange.<br>Click again to end acquisition.<br>See Fast Anatomical Mapping (FAM) Method |
|  | Click to start both Continuous Mapping and FAM acquisition.<br>This button is disabled if either FAM or Continuous Mapping is disabled. |
|  | Click the filter icon to open the **Acquisition Filters** tab of the **Preferences** dialog box. |

---

[9] Where the module is available and installed

CONFIDENTIAL    BWI-INN00010147

# Working with the Pedal Set

You can use the Pedal Set to acquire or delete points, and to control FAM acquisition.

| Standard EA Acquisition Mode | |
|---|---|
| **Right Pedal** | Acquire a point |
| **Left Pedal** | Delete a point |
| **FAM Acquisition** | |
| **Right Pedal** | Start and stop FAM acquisition |

# Readings Dashboard

The customizable **Readings Dashboard** presents important data in one location. This dashboard has two configurations: one configuration displays mapping readings and the other displays readings during ablation.



**Figure 34: Readings Dashboard: Sample Mapping Configuration**



**Figure 35: Readings Dashboard: Sample Ablation Configuration**

During stimulation, the dashboard has a white outline. The **Readings Dashboard** is always open during ablation.

- To close the Readings Dashboard while mapping, click ▣.
- To adjust the font size, press the **<Alt>** key while rotating the mouse wheel.

See also:

- Working with Toolbars

# Configuring the Readings Dashboard

The default view of the dashboard does not include all the readings.

1    To view additional readings, click ▾ at the bottom of the dashboard.

The hidden readings are displayed.

2    Drag the parameters to the chosen position.

The available options may vary, depending on the installed software modules.

---

CONFIDENTIAL                                                                  BWI-INN00010148

3    To group readings:

   3.1    Drag the desired readings to the upper section of the Readings Dashboard.
Hidden readings cannot be added to a group.

   3.2    Click up to 4 readings.



   3.3    Right-click one of the selected readings and click **Group**.



4    To ungroup the readings, right-click the group and click **Ungroup**.

5    To configure the dashboard for ablation, click 🞂 and repeat the steps above.



6    To switch between horizontal and vertical orientation, click 🞂 in the upper right corner.

The customized settings are stored in the template.

# FAST ANATOMICAL MAPPING (FAM) METHOD

Fast Anatomical Mapping (FAM) enables quick generation of anatomical maps by processing a large amount of location data, as opposed to individual location points. As you manipulate the mapping catheter inside the heart, location data is recorded continuously. The system continuously generates an anatomical reconstruction from the outer surface of the recorded location data (also referred to as the volume).

CONFIDENTIAL                                                                    BWI-INN00010149



**Figure 36: FAM Volume: Recorded Location Data**



**Figure 37: FAM Reconstruction: Generated from Outer Surface of Recorded Location Data**

FAM reconstructions from several maps can be combined into one reconstruction on the selected Map.

FAM can be performed using either a focal ablation catheter or a supported multi-electrode, sensor-based catheter.

Location data is based on the visualized catheter. When a focal ablation catheter is used, location data is recorded from the distal aspect of the catheter. When a multi-electrode, sensor-based catheter is used, locations are based on the magnetic location sensor as well as on ACL.

The mapping catheter can be exchanged at any stage of the procedure. For example, a LASSO® NAV Catheter can be used to map the pulmonary veins and a focal ablation catheter can be used to add more location data to the map.

 **WARNING**

**Some areas of the chamber of interest might be difficult to reach with the LASSO® Catheter. Mapping without reaching the desired area will lead to an incomplete map.**

FAM reconstructions can be built only in **Stable** mode. This is set by default when a new FAM map is created, and cannot be changed.

CONFIDENTIAL                                                    BWI-INN00010150

84 ✎ MAPPING FUNCTIONALITY

# Creating a FAM Map

1    Select **New Map**, or click .

The **Map Setup** screen appears.

2    Set the **Map Type** to **FAM**.

The acquisition mode is automatically set to **Stable**.

3    Change the map name, if desired.

The number cannot be changed.

4    Select the mapping catheter.

Only catheters that support FAM are displayed.

5    Review and update annotation values as needed.

6    To continue collecting anatomical data while applying RF energy, check **Collect anatomical data during ablation (RF on)**.

7    Click .

The FAM toolbar appears in the **Main Map Viewer**.

8    Adjust the Resolution Level as needed.

9    Click  in the acquisition panel to start acquiring FAM data.



The system begins building the FAM map.

10    Click the button again to stop FAM acquisition.



You can now use the FAM tools to edit the map, or continue building the FAM map.

You can acquire electroanatomical points at any time, using the left button in the acquisition panel.

> **NOTE**
> You can use the right pedal on the pedal set to start and stop FAM acquisition.

---

CONFIDENTIAL                                                              BWI-INN00010151

# Combining FAM Reconstructions

1   In the Map List, show all maps that will be combined.

2   Make the target map the Active Map.

3   Right-click the map and select **Anatomical Merge** > **All Maps**.

All visible FAM reconstructions are added to the target map. The source maps are automatically removed from the viewer.



> **NOTES**
> - Electroanatomical points are not copied to the target map with the FAM reconstructions. They can be copied separately.
> - If several maps are visible but you do not combine them all with the target map, you can combine maps separately using the **Anatomical Merge** options.

# Displaying FAM Maps

There are several options for displaying the FAM volume and the reconstruction.

The volume can be displayed or hidden.

The reconstruction transparency can be adjusted from completely opaque to completely transparent, or any value in between. In addition, the reconstruction has the same display options as electroanatomical maps, such as **Mesh** or **Anatomical**. Anatomical tags can also be used to mark a specific area of the map.

These options, which are accessed by right-clicking the map, can be useful when determining the appropriate level of detail and when evaluating the relation between the reconstruction and the actual location data (volume).

Different combinations of volume and reconstruction display options can be used at different stages of the procedure (for example, when evaluating visited vs. interpolated areas, or for editing). The default display combinations for each stage of FAM acquisition are listed in the following table.

**Table 29: Default Volume-Reconstruction Display Combinations During FAM Acquisition**

| Stage | Volume | Transparency |
|-------|--------|--------------|
| Recording | Hide | Opaque |
| Paused | Hide | Opaque |
| Editing | Show | Partially transparent |

Selection of another combination at any stage affects that stage only. When starting any stage, the combination selected most recently for that stage is applied automatically. When a new map is created, the default settings are used.

CONFIDENTIAL                                          BWI-INN00010152

# Reconstruction Details Level

While the FAM map is being built, the surface reconstruction is generated continuously based on the outer surface of the map volume and the level of detail selected.

The **Details Level** defines the extent that the system interpolates when generating the reconstruction around the recorded volume.

- A high level of detail generates a detailed reconstruction that tightly fits the acquired data.
- A low level of detail generates a less detailed reconstruction with more interpolation between the acquired data.

The level of detail of the reconstruction can be adjusted as needed using the Details Level slider on the FAM toolbar. The level can be adjusted globally, for the entire reconstruction, or regionally, for a specific area of interest. For example, you might want a higher level of detail for highly curved regions. A lower level of detail can be used to smooth sparsely mapped regions or to close holes.

You can assign a different resolution to different regions of the map. Then the surface can be locked.

The level of detail can be changed at any time during the procedure. To undo a resolution change, press **Ctrl + Z**.

**Low Resolution**

**High Resolution**

## Set the Level of Detail

You can set the level of detail for **Fast Anatomical Mapping** (FAM) before beginning FAM acquisition, or when paused.

To change the resolution, do one of the following:

Click the up or down arrow on the FAM Toolbar.

Click the resolution level display and select the desired level.

If you have not started mapping, the new level of detail is used when mapping starts. If some location data was already acquired, the new level of detail is applied only to future data.

# Changing the Global Level of Detail

You can change the level of detail globally, for the entire active map. This is done in edit mode, while acquisition is paused.

1    Click .

     The **FAM —Details Level** dialog box opens.

2    Click the **Global Details** tab.



3    Move the slider to the desired level of detail.

     For higher level of detail, move the slider to the right. For a lower level of detail, move the slider to the left.

4    To use this level of detail for future location data, check **Apply to Acquisition Resolution**.

5    Click **Close**.

# Changing and Lock Regional Details

The Advanced FAM Editing tools allows you to easily mark areas of the map, assign resolution levels to each area separately while observing its impact, and then finalize the editing. When the editing is finalized, the Erase and Shave tools will apply to the FAM reconstruction itself, whereas standard FAM erasing tools apply to the FAM volume.

1    Click .

     The Advanced FAM Editing tools are displayed.

2    Outline a region of the map.

3    Click  to confirm selection of the region.

     The selection appears orange.

4    Set the resolution to the desired level of detail.

5    Repeat for each additional region.

     The current selection is orange. Previous selections are yellow.

6    After you set the resolution for each region, click

The new resolution settings are applied, and the resolution is locked.

---

UG-5400-057 (00A)                                    COMPREHENSIVE USER GUIDE

CONFIDENTIAL

88  MAPPING FUNCTIONALITY

---



**NOTES**
- Recording new volume inside the reconstruction will not affect the regional resolution.
- New volume added outside the reconstruction is added at resolution level 20.
- To exit the advanced editing mode without saving changes, click .

---

## Changing the Regional Details without Locking Resolution

You can change the level of detail for an area of a FAM map that has already been acquired.

---



**NOTES**
- Changes to the global level of detail will reset any regional changes applied in this way. Therefore, regional level of detail should be adjusted **after** the global level of detail is set.
- When entering an area during FAM acquisition, its level of detail level might change according to the current acquisition level of detail. For example, when using a low acquisition level of detail, an area previously marked as high level of detail will change to match the new level.

---

1    Click .

Click .

The **FAM Details Level** dialog box opens.

2    Click the **Regional Details** tab.



3    Choose a selection tool:

**Outliner**    This tool is used to define a closed loop around a region.

Click three or more points on the map that best define the borders of the anatomical structure. When there are three markers, they are joined in a ring. The ring is redrawn with each additional marker.

---

CONFIDENTIAL
                                                        BWI-INN00010155

Brush    This tool selects the area within a pre-defined radius.

Move the cursor to mark the area you want to adjust. The area is colored accordingly.

- Use the mouse wheel to adjust the radius.
- Left-click to mark an area.
- Right-click to clear a selection.
- To mark all the way through the volume and to the opposite surface, press **<Shift>** while applying the brush.

You can mark several unconnected regions with the **Brush** tool.

4    Move the slider to the desired level of detail.

For higher level of detail, move the slider to the right. For a lower level of detail, move the slider to the left.

The new level of detail is applied.

> **NOTE**
> You cannot move the slider until a region is selected.

5    To use this level of detail for future location data, check **Apply to Acquisition Resolution**.

6    Click **Close** to close the dialog box and return to the map.


# Editing FAM Maps

The editing tools can be used to remove portions of the FAM map. You can edit the volume or the surface.

Press **Ctrl + Z** to undo an editing action.

## Removing FAM Volume Using Punch Tools

1    Click .

2    Draw a closed loop around the area you want to remove.

You can also click several points to mark a general outline of the area. The points are joined by straight lines.

3    Click .

All the volume under the selection is removed.

CONFIDENTIAL                                                          BWI-INN00010156

90 MAPPING FUNCTIONALITY

## Removing FAM Volume Using Eraser

The Eraser removes a small region of the map volume. All the volume under the tool is removed.

1    Click .

A circle appears around the cursor.

Alternatively, you can click and drag around the area you want to remove.

2    Adjust the size of the circle by rotating the mouse wheel.

3    Click the area you want to remove.

The region under the tip of the cursor is removed.

4    Continue clicking until you have the required shape.

> **NOTE**
> Electroanatomical points under the Eraser are not removed.

## Removing Layers from FAM Map Using Shaver

In Shaver mode, the Eraser removes the volume in layers. There are two options:

- **Volume Shaver**: In this mode, the Eraser removes a cylindrical region of the volume. The cylinder is 2 mm high; the radius can be adjusted via the mouse wheel (see <u>Figure 39: "Eraser Tool: Volume Shaver Parallel to Surface"</u>).
- **Surface Shaver**: In this mode, the Eraser removes a 2 mm layer along the surface under the Eraser tool (see <u>Figure 41: "Eraser Tool: Surface Shaver"</u>).

1    Click .

A circle appears around the cursor.

2    Adjust the size of the circle by rotating the mouse wheel.

3    Do one of the following:

| | |
|---|---|
| **<Ctrl> + Click**; **<Ctrl> + Click and drag** | A cylindrical volume, 2 mm high, is removed. |
| **<Shift> + Click**; **<Shift> + Click and drag** | Any volume within 2 mm of the map surface is removed under the tool. |

4    Continue until you have the desired shape.

> **NOTES**
> - Electroanatomical points under the Eraser are not removed.
> - If the map is locked, a 1 mm layer of the volume is removed.

CONFIDENTIAL                                              BWI-INN00010157



**Figure 38: Surface Adjustment Tool**



**Figure 39: Eraser Tool: Volume Shaver Parallel to Surface**



**Figure 40: Eraser Tool: Volume Shaver at an Angle**



**Figure 41: Eraser Tool: Surface Shaver**

## Removing FAM Surface Reconstruction

After editing the resolution on several regions of the FAM reconstruction and finalizing the changes, there may be areas showing surface but no volume. This surface area can be removed from the finalized map.

The surface editing tools are available on the FAM Toolbar when the map is finalized. The surface editing tools work the same way as the volume editing tools.

Choose the editing method:

- Click [image] to select an area, and then click [image] to remove it.

- Click [image] to use the surface eraser.

   **NOTE**

Regional resolution is lost when using the surface editing tools.

CONFIDENTIAL                                          BWI-INN00010158

# ELECTROANATOMICAL MAPPING

Electroanatomical (EA) maps are built by point-by-point acquisition.

- When a focal ablation catheter is used, the point reflects the location and electrical data of the tip electrode
- When a supported multi-electrode mapping (MEM) catheter is used, a point reflecting the location and electrical data of each available mapping electrode is acquired

The resulting maps are constructed by combining and integrating information from the cardiac electrograms with the respective location data. The CARTO® 3 System then presents an on-screen, real-time visualization of a color-coded and 3D geometrical representation of the heart chamber.

Local activation time, voltage information, and other data can be viewed and analyzed by changing the map coloring type.

Map coloring is generated according to the currently active map coloring type (such as LAT (Local Activation Time), Bipolar Voltage, Unipolar Voltage, or Impedance).[10] The map coloring type applies to all the maps in the map viewer. The **Main Map Viewer** and the **Additional Map Viewer** can have different map coloring types.

You can update maps by deleting or editing points. For example, the electrogram of a particular point on the activation map can be examined and edited manually. The map is automatically redrawn according to the change.

## EA Map Coloring Types

There are several types of EA Maps, each presenting different types of electrical data. You can display one type of map in the **Main Map Viewer** and a different one in the **Additional Map Viewer**.

**Table 30: List of EA Map Coloring Types**

| Map Coloring Type | Description |
|---|---|
| **LAT** | The **LAT** map is the default map type displayed in the map viewers. Color interpolation is presented based on the local activation time (LAT) of point data. |
| **Unipolar, Bipolar** | The **Unipolar** and **Bipolar** voltage maps display the peak-to-peak value of the voltage at each mapped point, based on a Voltage Window. The Voltage Window sets the interval within which the peak-to-peak voltage values will be determined. <br> See Unipolar and Bipolar Voltage Maps. |
| **Impedance** | **Impedance** maps[11] are colored according to impedance recorded for each acquired point. This option is available only if your system is connected to a supported RF generator. Impedance values are measured on the generator and transferred to the CARTO® 3 System, for display in an impedance map. |

---

[10] The available options may vary, depending on the installed software modules.

[11] Where available

CONFIDENTIAL                                                                          BWI-INN00010159

| Map Coloring Type | Description |
|---|---|
| **Isochronal** | The **Isochronal** map is based on LAT data, and uses intervals of time to track the progress of electrical activity across the myocardium. Each color represents an isochrone or activation interval. In other words, if the isochrone is 20 ms, then each color shows where activation occurred during that interval.<br><br><br><br>Drag the slider bar in the **Isochronal Steps** dialog box or use the arrow keys to change the step value. |
| **Mesh** | A **Mesh** map provides a wire-frame grid representation of your map with the basic shape and color interpolation. The color threshold affects the display of this map.<br><br> |

CONFIDENTIAL                                                                    BWI-INN00010160



| Map Coloring Type | Description |
| --- | --- |
| **Anatomical** | An **Anatomical** map is a structural reconstruction only, with no electrical information displayed. If multiple maps are displayed, only the selected map is displayed as an anatomical reconstruction.<br><br>See <u>Anatomical Structures</u>. |

> NOTE
> The same map types apply if EA points are acquired in a FAM map.

## Changing Map Coloring Type

1    Right-click the map, or the map name in the Map List.

    The Map Shortcut menu appears.

2    Select the desired Map type.

The Map is updated to show the new Map type. The Color Scale changes to reflect the new type.



**Figure 42: Map Shortcut Menu**

CONFIDENTIAL      BWI-INN00010161

## Unipolar and Bipolar Voltage Maps

The Unipolar and Bipolar voltage maps display the peak-to-peak value of the voltage at each mapped point, based on a Voltage Window. The Voltage Window sets the interval within which the peak-to-peak voltage values will be determined.

Whenever a voltage map is displayed, the Voltage window is displayed as blue lines in the **Annotation Viewer** and the **Selected Point Viewer** (see [TABLE-LINK ] 31: "Setting the Voltage Window for Voltage Maps").

By default, the voltage window is set according to the current **Window of Interest** in the **Map Setup** guide. You can adjust the Voltage Window in **Annotation Viewer** and the **Selected Point Viewer**.

- When changes to the Window of Interest are made in the **Annotation Viewer**, the new Voltage Window is applied to all future points.

- When changes to the Window of Interest are made in the **Selected Point Viewer**, the changes apply only to the selected point.

**Table 31: Setting the Voltage Window for Voltage Maps**



| | The Voltage Window in the **Selected Point Viewer** |
| --- | --- |
| | As the voltage lines are moved, the peak-to-peak voltage is updated for the selected point. The new point value is displayed in the **Point List** (not shown) and under the stability bars. |

### Changing the Voltage Window

1  Display a Voltage map (unipolar or bipolar).

   The blue voltage lines in the **Annotation Viewer** and **Selected Point Viewer** delineate the Voltage Window.

2  Drag the right and left voltage lines around the area to be measured.

- In the **Annotation Viewer**, this interval affects the peak-to-peak voltage measurements for all future points in the map.

- In the **Selected Point Viewer**, this interval affects the peak-to-peak voltage measurements for the current point. The new voltage value for the selected point is immediately displayed in the map and for that point in the Point List.

---

CONFIDENTIAL

BWI-INN00010162

96  MAPPING FUNCTIONALITY

### Displaying Scar Areas

Scar tags can be applied manually through the **Point Tag** dialog box, or automatically, according to the Scar Threshold value.

Scar points contribute only anatomical information to the map. Scar points can be displayed as tags only, or as a gray scar area on the map.

> **NOTE**
>
> The Scar Settings affect only the active map. You can use different settings for each map.

1   Click **Tools** > **Preferences** and then select the Scar Settings preferences.

The **Preferences** dialog box appears.



2   Select **Unipolar Scar Threshold (mV)** or **Bipolar Scar Threshold (mV)**.

The value field for the selected threshold becomes enabled.

3   Type in the value or click the arrows to enter the required value.

Each click increases or decreases the value by 10 µV.

CONFIDENTIAL                                                BWI-INN00010163

4    Apply optional settings as needed.

- Select **Apply tagging for acquired points** to apply a gray color to areas of the map that meet the threshold criteria.

- Select **Auto tagging upon acquisition** to automatically apply the scar tag to all new points that are less than the unipolar or bipolar scar threshold values.

- Select **Apply internal points filter to scar tags** to filter scar tags as internal points.

5    Adjust the **Scar area size** slider, if needed.

This defines the area that will be considered scar tissue around each point.

6    Click **OK** to apply the changes and redraw the map, or click **Cancel** to close the **Scar Settings** preferences without applying changes.

<table>
<tr><td></td><td>NOTE<br><br>If you manually applied a scar tag that does not meet the Scar Threshold criterion, the scar tag will be removed from the point.</td></tr>
</table>



Figure 43: Scar Tissue Displayed as Gray Areas

## Changing the Color of Anatomical Maps

1    Right-click the Map.

The Map Shortcut Menu appears. The current color for anatomical maps is displayed next to the **Anatomical** option.

---

UG-5400-057 (00A)                                    COMPREHENSIVE USER GUIDE

CONFIDENTIAL                                    BWI-INN00010164

98  MAPPING FUNCTIONALITY

2    Highlight **Anatomical**, and then select the desired color.



The anatomical reconstruction color changes to match the new selection.

# Map Colors

Map colors vary from red (minimal value) to purple (maximal value). With the exception of the earliest activation, colors are applied linearly. The red coloring for earliest activation is not linear, to provide a clear visualization of this area.

By default, the color scale bar appears in the upper right side of the **Main Map Viewer** (see Table 32: "Examples of Color Scale Bar Values"). The displayed values change depending on the type of map viewed.

**Table 32: Examples of Color Scale Bar Values**



| | |
|---|---|
| LAT Map | -199.00 ms    8.00 ms |
| Unipolar Map | 2.86 mV    2.92 mV |
| Bipolar Map | 0.17 mV    12.44 mV |
| Impedance Map | 139.00 Ohm    240.00 Ohm |
| Isochronal Map | -199.00 ms    8.00 ms |
| Propagation Map | -198 ms  LAT  194 ms    -92  -53 |

CONFIDENTIAL                                                        BWI-INN00010165

## Showing or Hiding the Color Scale Bar

If desired, you can remove the color scale bar from the display.

- To show or hide the **Color Bar**, right-click the background of the **Main Map Viewer** or **Additional Map Viewer** and select **Color Bar**.

## Changing the Color Scale

The mapped parameters are recorded per point. Map colors between points are a result of the interpolation of point values that takes into account the value of the acquired point and its neighbors.

A right-click on the **Color Scale bar** provides access to options for setting the minimum and maximum limits in the displayed map. You can set the color scale manually, automatically, or according to pre-defined custom settings.

In Manual and Automatic mode, the minimum and maximum values depend on the minimum and maximum values of currently displayed maps. The range might change if you hide a map or acquire a new point. In Custom mode, the range does not depend on acquired points.

The **Main Map Viewer** and the **Additional Map Viewer** can have separate color scale settings.

### *Using the Manual Color Scale*

1   Right-click the Color Scale bar and select **Manual**.

Sliders appear at the left and right of the Color Scale bar, with values beside them. (See Figure 44: "Setting the Color Scale").

2   Do one of the following:

- Double-click the numbers below the sliders and type in the new values.

- Drag the sliders to the desired values.

Points with values lower than the minimum will be colored red; points with values higher than the maximum will be colored purple.

The Manual Color Scale is saved for each value type (mV, ms, etc.) in the current study.



**Figure 44: Setting the Color Scale**

 NOTE
You can double-click the Color Scale bar to switch from Automatic to Manual color scale mode.

### *Using the Automatic Color Scale*

1   Right-click the Color Scale bar.

2   Select **Automatic**.

Changes are immediately applied to all displayed maps in the selected map viewer.

 NOTE
You can also double-click the Color Scale bar to use the Automatic Color Scale.

CONFIDENTIAL                                                                              BWI-INN00010166

100 MAPPING FUNCTIONALITY

### *Using the Custom Color Scale*

The Custom Color Scale range applies to both the **Main Map Viewer** and the **Additional Map Viewer**. However, you can apply the Custom Color Scale in one viewer, and use a different color scale in the other viewer.

1    Right-click the Color Scale bar and select **Custom**.

   The custom Color Scale is applied in the active map viewer.

2    To change the custom values, double-click the minimum or maximum label and type in the new value.

   The display is updated, if necessary, according to the new values.



> **NOTE**
>
> The Custom Color Scale can be saved to a template.

# Multi-Electrode Mapping (MEM)

When a supported multi-electrode mapping catheter is used for electroanatomical mapping, several points are generated with each acquisition. These points can be treated as individual points (actions such as copying or editing affect a single point) or as a point group (actions affect all points acquired at the same time).[12]

Point Location is based on the catheter visualization capabilities. Therefore, MEM is only available for maps created in Stable location mode.

Optional point filtering can be applied, to better control which points are accepted as part of the reconstruction.

## Mapping Electrodes

A *mapping electrode* is an electrode whose location will generate a point. Each MEM catheter has predefined settings determining which electrodes are available for mapping.

The mapping electrodes are set in the **Catheter Setup** screen after a template is selected. The new settings can be saved to a template.



**Figure 45: Mapping Channels for DECA® NAV Catheter**

---

[12] Contact your Biosense Webster representative for details of compatible catheters that are available in your country.

CONFIDENTIAL                                                                    BWI-INN00010167

Bipolar signals are placed on the distal electrode of the pair used for mapping.

**Table 33: Predefined Mapping Electrodes**

| Electrode Spacing | Default Mapping Electrodes |
|---|---|
| Paired (e.g., 2-6-2) | The distal electrode of each paired bipolar channel (i.e., all odd numbered electrodes) |
| Even (e.g., 4 -4) | The distal electrode of all available bipolar channels (both paired and adjacent) |

An electrode is available for mapping if all of the following conditions are met:

- The electrode can be visualized
- The electrode is not covered by the sheath
- The electrode is selected for mapping

Both electrodes of a bipolar pair must meet these conditions to generate a point.

The mapping electrodes are highlighted on the catheter visualization.



**Figure 46: MEM Mapping Electrodes**

## Delivery of RF Energy During Multi-Electrode Mapping

When RF energy is detected, the ablation catheter is automatically set as the mapping catheter. When RF energy is no longer detected, the mapping catheter is automatically returned to the original setting.

Points acquired during delivery of RF energy will be tagged as **Abl**.

## MEM Point Groups

The real-time point data displayed in the **Readings Dashboard** reflects the distal mapping channel status.

Immediately after acquisition with a MEM catheter, all points in the point group are selected. Actions such as deleting, copying, or moving apply to all selected points. You can select a point in the **Main Map Viewer** or **Point List** to view or edit individual points.

CONFIDENTIAL                    BWI-INN00010168


> ⚠ **WARNING**
>
> **Changes (edit or restore) to the reference annotation always affect all points in the point group, even if only one point is selected. When the reference annotation is changed, the System recalculates the parameters of each point in the point group and updates the map accordingly.**
>
> **Similarly, selecting a different point in the Beat Buffer affects all points in the point group.**

You can re-select the point group by pressing <Alt> while you select a point. The point that was clicked is the Active Point. The Active Point has stronger highlighting in the **Point List** and a larger mark in the **Main Map Viewer**. In the **Selected Point Viewer**, the Stability Bars apply to the Active Point.

# Manually Acquiring EA Points

1   Click the point-by-point button on the acquisition panel.



A point or point group is added to the Active Map. Map coloring is applied when there are at least 4 points.

2   (Optional) View and edit the point or point group in the **Selected Point Viewer**.

When a multi-electrode catheter is used, all points in the point group are displayed. The System marks each point for accepting (check mark) or rejecting, according to the current manual acquisition filters. Points outside the projection distance are underlined in red. You can check or clear each channel to override the System recommendations.

CONFIDENTIAL
BWI-INN00010169



3    Continue acquiring points until the map is complete.

---

 **NOTE**

Points can also be acquired using the right pedal on the Pedal Set.

---

See also:

- Acquisition Panel

## Accepting or Rejecting Points

When a MEM point group is acquired, you can accept (▭) or reject (▭) points in the **Selected Point Viewer**. To clear all selected channels, right-click the selection box of one of the channels. To select them all, right-click again. To select only one channel, double-click the selection box.

The System accepts all selected points when a new point is acquired. Rejected points are permanently removed.

Acquired point data and Stability Bars reflect the status of the highlighted (blue) point in the **Selected Point Viewer**. The distal channel is selected by default when a new point group is acquired.

CONFIDENTIAL    BWI-INN00010170

104  MAPPING FUNCTIONALITY



**Figure 47: Accept or Reject Points in Point Group**

## Deleting Points

EA points can be deleted, via the Map or the **Point List**.

1    In the **Point List** or the map, select the point(s) to be deleted.

2    Do one of the following:

- Right-click in the **Point List** or map and select **Delete**.
- Click **Point** > **Delete Point**
- Press **<F7>**.

The point(s) is/are moved to the Recycle Bin.

> **NOTE**
> If no points were selected, the last acquired point is deleted.

## Restoring Deleted Points to the Map

Deleted points are saved in the Recycle Bin section of the **Point List**. If desired, deleted points can be restored.

1    Select the point(s) to be restored and right-click.

To select more than one point, press **<Ctrl>** and click the desired points.

A shortcut menu appears.

2    Click **Restore**.

The points are restored to the map.

CONFIDENTIAL                                                              BWI-INN00010171



# Point Filtering

The **Internal Points** filter sets a threshold for including acquired points based on their distance from the surface of the reference reconstruction. Points whose distance from the reconstruction is greater than this threshold are not included in the reconstruction and do not contribute to map coloring. They are marked in red.

These marked points can be selected together for any purpose.

The System selection can be overridden by selecting **Apply to Map**.

> ⚠ **WARNING**
>
> **Use your common clinical practice for real-time verification of catheter locations throughout the procedure (inspection of IC signals and annotations, fluoroscopy or other real-time imaging modality, etc.). Failure to do so might result in incorrect placement of the catheter.**

Filters are set in the **Point Filtering** dialog box (**Map** > **Filtering**). Your settings can be saved to a template.



**Figure 48: Point Filtering Dialog Box**

# Adjusting the Color Threshold

Color interpolation refers to the colors applied between points of the map. Between any two points, the color interpolation is carried out using a mathematical algorithm and does not necessarily represent the actual clinical data. Thus, the higher the density of points acquired in a given area, the more accurate the coloring of the map.

The coloring in a map is recalculated each time a point is acquired, deleted, or edited. When points are added to a map, the map color is updated to reflect the new data.

You can adjust the **Color Threshold** (**Map** > **Fill & Color Threshold**). The Fill Threshold is set by the system and cannot be adjusted.



**Figure 49: Fill & Color Threshold Dialog Box**

CONFIDENTIAL                                                                    BWI-INN00010172

# Propagation Maps

A propagation map based on LAT data lets you view a cine-like version of the electrical propagation in the heart, in a continuous loop. The propagation map maintains its LAT coloring, while a moving band in a brighter color represents the currently activated tissue.

Borders of the moving band are related to the color bar sliders. Movements of the borders of the moving band are synchronized with the flow of activation.



**Figure 50: Propagation Map**

## Viewing a Propagation Map

A Propagation map based on LAT data lets you view a cine-like version of the electrical propagation in the heart, in a continuous loop. A moving band in a brighter color represents the currently activated tissue. If more than one map is displayed in the **Main Map Viewer**, the flow of propagation applies to all displayed maps.

 **NOTE**

Propagation maps cannot be displayed in the **Additional Map Viewer**.

1   Click **Map** > **Propagation**.

The propagation map appears in the **Main Map Viewer** and the Propagation Toolbar appears. The color scale bar sliders indicate the borders of the propagation wave.

CONFIDENTIAL                                                                  BWI-INN00010173



2    Press the Play button to start the propagation playback.



The flow of propagation starts. The Play button changes to Pause.

The flow can be seen in the **Main Map Viewer**, the **Selected Point Viewer**, and the color scale bar.

3    To change the propagation window of interest, drag the purple bars in the **Selected Point Viewer**.

The default setting for the propagation window of interest (purple bars in the **Selected Point Viewer**) is the same as the window of interest.

CONFIDENTIAL

BWI-INN00010174

108   MAPPING FUNCTIONALITY



4    To change the width of the propagation wave, drag the sliders in the Color Scale bar.



Changes are immediately reflected in the map.

5    To view the full Propagation Toolbar, hover over the Play/Pause button.



**Table 34: Propagation Controls**

      Closes the Propagation Toolbar and returns to the map last displayed.

      Locks the Propagation Toolbar open.
To return to the compact format, click outside the toolbar.

      Jumps to the beginning of the activation propagation cycle.

     One step back in the propagation cycle (1 ms increments).

     Automatically plays the cycle within the window of interest.

---

CONFIDENTIAL          BWI-INN00010175

 Freezes the Propagation map at any point in time. This is useful for examining interesting portions of the propagation cycle more closely, or for printing the map.

Sets the playback speed.



 One step forward in the propagation cycle (1 ms increments).

 Jumps to the end of the propagation cycle.

 Shows current LAT relative to total runtime.

The new propagation window of interest is saved with the Propagation map.

# Early Meets Late Option

The **Early Meets Late** option is used to find areas indicating reentry circuits or conduction blocks. These areas are also referred to as "Head Meets Tail" areas.

The **Early Meets Late** option marks highly interpolated areas where there is a significant LAT difference over a short distance. The difference in LAT between 2 adjacent points is checked per a defined threshold. This threshold is set as a percentage from the Automatic Color Scale.

For the best performance, it is recommended to map the entire tachycardia cycle length.

You can activate 2 thresholds:

- **Upper Threshold**, colored in dark red
- **Lower Threshold**, colored in white

CONFIDENTIAL    BWI-INN00010176

110  MAPPING FUNCTIONALITY



**Figure 51: Map with Early Meets Late Coloring**

The **Upper Threshold** marks areas where the difference in LAT between 2 adjacent points is above the threshold and is calculated from an earlier point to the later point (unidirectional calculation only). If the difference is equal or above the threshold, an **Early Meets Late- Upper Threshold** area is indicated in dark red.

When the **Lower Threshold** is active, the system calculates the LAT differences between 2 points, once between the earlier point to the later point and in the opposite direction from the earlier point to the left color border plus the later point to the right color border. The minimal value is selected resulting in the value for display of the **Lower Threshold**. If the difference is equal or above the threshold, an **Early Meets Late- Lower Threshold** area is indicated in white.

Both the **Upper Threshold** and the **Lower Threshold** check boxes are cleared by default.

The dark red indication of the **Upper Threshold** has priority over the white indication of the **Lower Threshold**.

1    Click **Map > Early Meets Late**.

The **Early Meets Late** dialog box appears.



2    Select the desired check box or check boxes to detect these areas in the map.

---

COMPREHENSIVE USER GUIDE                                    UG-5400-057 (00A)

CONFIDENTIAL                                    BWI-INN00010177


3   Click the arrows in the **Upper Threshold** field to set a value between 70% and 100%. The default value is 90%.

4   Click the arrows in the **Lower Threshold** field to set a value between 0% and 50%. The default value is 30%.

> **NOTE**
>
> The **Lower Threshold** value can be set between 0 and 50%, due to the dual calculation, which looks at the entire tachycardia cycle length range.

5   Click **OK** to display these areas.

Calculation results are displayed immediately.

The **Early Meets Late** parameters are set for each map and are saved with the study.

# LAT Histogram

The **LAT Histogram** window provides a graphical representation of the LAT values of all points that contribute to the Active Map's LAT coloring. By default, the range is set according to the Window of Interest (WOI) of the active map.  The color scale bar in the **LAT Histogram** window corresponds to the LAT range of the Active Map.

The range is divided into smaller time intervals (bins). The height of each bin represents the number of points with a LAT value corresponding to the time interval of the bin. The bin is colored according to the LAT value of the associated points, corresponding to the **LAT Histogram** color scale. If the mapping annotation of any point was edited to be outside the WOI, the range extends to include the edited point.



**Figure 52: Sample LAT Histogram**

If there are no points that contribute to LAT coloring, the **LAT Histogram** window will be empty.

If you change the map type, the **LAT Histogram** values stay the same.

> **NOTE**
>
> The **LAT Histogram** window cannot be opened when the map coloring type is set to **Force** or **Impedance**.

CONFIDENTIAL                                                    BWI-INN00010178

## Working with the LAT Histogram Window

To open the **LAT Histogram** window, click **Map** > **LAT Histogram**

The LAT Histogram for the Active Map is displayed. The color scale bar corresponds to the LAT range of the Active Map, even if there are multiple maps in the view.

- Hover over a bin to display a tool tip with the range and number of points.
- Click a bin to select all the associated points.

You can adjust the number of bins using the buttons above the color scale bar.

 10 bins (default)
Orange color indicates that this option is selected.

 15 bins

 20 bins

The number of bins is saved with the study.

## Refreshing the LAT Histogram Window

The **LAT Histogram** window must be refreshed if the Active Map is changed.

Click  to refresh the window.

You must also refresh the display if you make changes to the Active Map that affect the LAT coloring or FAM reconstruction.

Changes that require a refresh include the following:

- Changing the FAM volume or resolution
- Applying or ignoring points in the FAM reconstruction
- Adding or removing points (acquire, delete, copy, move)
- Including or excluding points by filtering
- Editing points (WOI, mapping annotation)
- Applying, removing, or updating tags that change the type of points or contours (e.g., **Normal**, **Floating**)

# COMBINED EA AND FAM MAPS

Electroanatomical points can be acquired at any time while using FAM. Electroanatomical points on a FAM map do not generate an independent three-dimensional electroanatomical map.

These points can either be projected onto the FAM reconstruction (default) or combined with the reconstruction (FAM-EA).

 NOTE
When combining EA points with a FAM reconstruction, MEM points are treated the same as EA points acquired with a focal ablation catheter.

CONFIDENTIAL                                                 BWI-INN00010179

# Points and Projections

**Table 35: Points, Projections, and Tags**

| Display | Description |
|---|---|
|  | A colored circle marks the projected point location on a FAM map or an EA point in a point-by-point map. The circle is colored according to the map type and the measured value. |
|  | In a FAM map, a white cross marks the actual location of a point that is within the projection distance. |
|  | A red cross marks the actual point location of: <br>• A point that is outside of the projection distance, i.e., whose distance is greater than the internal point filter threshold <br>• A point beyond an anatomical structure <br>• A point whose projection location overlaps a projection location of another point <br>The measured value of the point is not projected onto the reconstruction. Therefore, it does not contribute to the map coloring. |
|  | A selected point's projection is highlighted with a black and white ring around it. |
|  | The active point's projection in a selected point group is displayed as a double black and white ring. |
|  | Projection of a point with no value is marked by a light gray circle. Examples include: <br>• Projection of a point with no LAT value in a LAT map <br>• Projection of a non-PM point in PASO™ module correlation maps |
|  | A selected tag location is displayed with a black and white ring around the tag. |

CONFIDENTIAL    BWI-INN00010180

114  MAPPING FUNCTIONALITY

| Display | Description |
|---|---|
|  | A selected VISITAG™ Location is displayed with a black and orange ring around it. |

When EA points are acquired, they are projected onto the nearest voxel on the reconstruction.

In some cases, projection of points might overlap because more than one point might be projected onto the same voxel. If that occurs, only the closest point will contribute its measured value to the map. The other points are marked as red crosses on the map viewers, and with red underlining in the **Selected Point Viewer**.

If one of the overlapping points is tagged, it takes priority over a closer non-tagged point. If there are many tagged points sent to the same voxel, only the closest tag is projected. However, Ablation tags are always projected and have display priority over other tags.

# Combining EA Points with the FAM Reconstruction

EA points can be combined with the FAM reconstruction, updating the reconstruction at the position the nearest to the point. FAM location data (volume) is not deleted.

**Table 36: FAM Reconstruction with Applied EA Points**

 


Before Applying EA Points            After Applying EA Points

Combining EA points with the FAM reconstruction is disabled by default.

- Set the option for a specific map in the **Map Setup** screen by selecting **Adjust FAM Point-by-Point** (Adjust FAM Point-by-Point). All EA points are applied to the FAM reconstruction.
- Activate the option globally during a study (**Map** > **Adjust FAM Point-by-Point**). The reconstruction is updated retroactively, and all new points are applied to the reconstruction.

You can save this setting to a template.

CONFIDENTIAL                                               BWI-INN00010181

Individual EA points can be applied to or removed from the FAM reconstruction by selecting the point or points in the **Main Map Viewer** or the **Point List** and then selecting the appropriate command from the right-click menu (**Apply to Map** or **Ignore in Map**).

In the **AppliedToMap** column of the **Point List**, EA points that are applied to the FAM reconstruction are marked "**Applied**."



**Figure 53: Point List with EA Points Applied to the FAM Reconstruction**

 NOTE

Floating points cannot be applied to the FAM reconstruction.

# Visualization of Points and Projections

You can visualize points and projections through the **Visualization Setup** dialog box. The available options depend on the map type (FAM or point-by-point).

Selecting **Apply to All Maps** applies the selected options to all maps of the same map type (FAM or point-by-point).

CONFIDENTIAL

BWI-INN00010182

116  MAPPING FUNCTIONALITY



**Figure 54: Visualization Setup Dialog Boxes for FAM (Right) and Point-by-Point Maps**

# MERGING MAPS

FAM reconstructions and EA maps can be merged into one FAM or FAMEA map.

1    In the Map List, show all maps that will be combined.

2    Make the target map the Active Map.

3    Right-click the map and select **Anatomical Merge > All Maps**.

All visible FAM reconstructions are added to the target map. The source maps are automatically removed from the viewer.



NOTE

You can combine maps separately by selecting the map name in the **Anatomical Merge** options.

CONFIDENTIAL                                                           BWI-INN00010183

<div align="right">**Chapter 7**</div>

# PERFORMING A CARTO® 3 STUDY

## In This Chapter:

| | |
|---|---|
| Modes of Operation | 117 |
| Switching on the CARTO® 3 System | 118 |
| Opening Screen | 118 |
| System Status | 119 |
| Setup Guides | 121 |
| Hardware Setup | 122 |
| Location Setup | 122 |
| Study Setup | 123 |
| Catheter Setup | 124 |
| Defining a Catheter with the Catheter Definition Tool | 125 |
| Map Setup | 127 |
| Initializing Catheter Visualization | 129 |
| Delivery of RF Energy | 129 |
| Viewing RF Session Data | 130 |
| Refreshing the Graphs Viewer display | 131 |
| Setting the Graph Preferences | 132 |
| Review Mode | 133 |
| Opening a Study in Review Mode | 133 |
| Review Study Data | 134 |
| Continuing a Study from Review Mode | 134 |
| Loading Maps from a Previous Study | 135 |
| Exiting the CARTO® 3 System | 136 |
| Workstation Optimization | 136 |

---



> **CAUTION**
>
> *When a progress bar is indicating that the system is processing a large number of points, a message might appear, requesting that you "**Please wait.**" Any additional action performed before the message disappears will cause the system to freeze.*

## MODES OF OPERATION

The CARTO® 3 System has two modes of operation:

**Acquisition Mode**   Sometimes referred to as Real-Time or Study mode. Acquisition and all other functions are performed in this mode.

---

CONFIDENTIAL                                                          BWI-INN00010184

**Review Mode**         This mode is used to review saved studies and enables their limited modification. Acquisition is disabled in this mode. Only a workstation and its peripherals are required in this mode. If there is an interruption in the progress of a study, this mode enables continuation of the study.

These modes are accessed from the Opening Screen.

# Switching on the CARTO® 3 System

Before starting a clinical procedure, prepare the system according to the guidelines in the System Hardware chapter.

1   Place the Location Pad in its holder under the patient table.

2   Switch on the PIU Power Supply.

3   Switch on the Workstation.

You can begin working in the CARTO® 3 System when the Opening Screen appears (see Figure 55: "CARTO® 3 System Opening Screen").



**Figure 55: CARTO® 3 System Opening Screen**

 NOTE

The System provides options for HIPAA compliance. If HIPAA compliance is enabled on the CARTO® 3 System, you must enter a username and password to start. Your username and password are supplied by your hospital's official system administrator.

# Opening Screen

The buttons on the Opening Screen are used for selecting a mode of operation, accessing tools, and exiting the System.

**Table 37: Opening Screen Buttons**

| Button | Description |
|---|---|
| New Study | Enters Acquisition mode, for performing a CARTO® 3 Study |

CONFIDENTIAL                                                  BWI-INN00010185

| Button | Description |
|--------|-------------|
| Image Integration ▾ | Opens the selected segmentation application, if the CARTOMERGE® Image Integration Module is installed. Use the arrow to select the default image processing package (**CARTOMERGE® Module**) or a CARTOSEG™ Segmentation Module.[13] |
| Review Study | Enters Review mode |
| System | Provides access to file management tools, administration options, and the Catheter Definition tool. Some options are available only to qualified Biosense Webster personnel |
| ⏻ | Enables the user to reload the Application, restart the Workstation, or exit the System. When the antivirus application is enabled, a virus scan can be performed before the system shuts down. |


**NOTE**
If the antivirus application detects a virus that it cannot remove, the opening screen displays a message recommending not to use the System until the Biosense Webster Service and Support Department resolves the issue. The **New Study**, **Image Integration**, and **Review Study** buttons are disabled when the message appears. See Unremovable Viruses.

# SYSTEM STATUS

During a study, the System Status panel at the upper right of the main screen displays the current state of the system. This includes current date and time, connectivity with other systems, and error or alert messages.

A progress bar indicates the status of the following processes: catheter connection, PIU to workstation connection, and catheter visualization initialization.



**Figure 56: System Status Panel with Catheter Connection Indication**

The System Status icon indicates whether there is a message requiring your attention. If there is, the message number is displayed near the icon.

---

[13] Where the module is available and installed

CONFIDENTIAL                                          BWI-INN00010186

120  PERFORMING A CARTO® 3 STUDY

**Table 38: System Status Icons**

| Icon | Status | Description |
|------|--------|-------------|
|  | Normal | The system is operating in standard working order. |
| | Info | These messages provide information about the current status, but they do not interrupt the course of the procedure. |
| | Alert | These messages report that something in the system requires attention. Alerts may require an action, but they do not interrupt the course of the procedure. |
| | Error | These messages report an error state that limits the functionality of the system. You can continue using the system, but acquisition will be disabled and other functions might not be fully operational until you correct the error. |

---

 NOTE

If a Patch Detached error message appears and a gray-striped patch appears in the **Location Setup** screen, verify that all the patches are firmly attached to the patient and properly connected. If the message does not disappear, perform the following until the patch is correctly displayed:

1.  When the "Patch Detached" message appears, click **Learn New**.

2.  Click **Reset Visualization**.

---

If a catheter that is connected to the PIU is defective, it will not appear in the map viewers of the CARTO® 3 System.

•   For sensor-based Biosense Webster catheters, the System can detect certain defects, such as sensor failure or sensor wire failure. If one of these defects is detected, an error message or alert appears. Follow the instructions in the message to resolve the problem.

•   For other defects, or for catheters without magnetic sensors, the system does not display any warning or error message addressing this issue. If this situation occurs, replace the catheter.

---

NOTE

In the case of an unexpected exit from a study, the System provides an option to continue the study directly, instead of continuing from Review mode.

---

See also:

•   Back Patches and Movement Identification

•   Error Messages and Alerts

•   Toolbars and Icons

CONFIDENTIAL                                                BWI-INN00010187

# SETUP GUIDES

The **Setup** guides are a series of windows used for setting up the study. They include screens for verifying hardware setup and patch location, as well as screens for setting patient details and selecting study parameters. The active screen is highlighted in orange.



**Figure 57: Setup Buttons During Setup Phase**

| Button | Setup Screen | Description |
|---|---|---|
| HW | **Hardware Setup** | Depicts a typical hardware connectivity format. |
| Loc. | **Location Setup** | Used for verifying correct positioning of patches on the patient (in relation to the Location Pad). |
| Study | **Study Setup** | Used for entering patient details, selecting a template, and configuring general parameters. |
| Cath. | **Catheter Setup** | Used for defining connected catheters and their parameters. During a Study, right-click to change catheter visualization. |
| Map | **Map Setup** | Used for selecting:<br>• ECG channels (and their criteria) for reference and mapping annotation<br>• Window of Interest<br>• Electroanatomical acquisition mode<br>• FAM acquisition mode<br>During a Study, right-click to change the mapping catheter or the mapping criterion. |

During a Study, the order of the buttons changes.



**Figure 58: Setup Buttons During Study**



**NOTE**

The CARTO® 3 System supports text entry in English only. You may only enter letters, numbers, spaces, underscores (_), and hyphens (-).

CONFIDENTIAL                                          BWI-INN00010188

# Hardware Setup

The **Hardware Setup** Screen presents a reminder of the proper hardware configuration, as instructed by a Biosense Webster representative.



**Figure 59: Hardware Setup Screen**

# Location Setup

The **Location Setup** screen is used for determining correct placement in the x-y plane (relative to the Location pad) and the z-axis (relative to the horizontal middle of the Location Pad).



**Figure 60: Location Setup Screen**

The green circles represent the back patches, which are connected to the green connectors on the Patch Unit. The yellow circles represent the chest patches, which are connected to the yellow connectors on the Patch Unit. Additional indications represent the patch status.

If magnetic sensors (either catheters or patches) are placed outside the mapping field, the CARTO® 3 System issues an "Out of Range" message. The **Location Setup** screen can be used to identify which patches need repositioning. Alternatively, the Location Pad can be repositioned to bring the sensors inside the mapping field.

CONFIDENTIAL                                                        BWI-INN00010189

 **CAUTION**

*Improperly positioned patches may increase the chances of a Virtual Magnetic Reference move which is unrelated to patient movement. This could also result in inaccurate catheter visualization.*

- *CARTO® 3 System Patches must encircle the heart, positioned according to the instructions in the Patch IFU.*
- *Patches must be placed on a stable part of the body to prevent their movement. For example, do not position patches over the scapula.*
- *Do NOT place CARTO® 3 Chest Patches over an implanted device such as an ICD.*
- *Verify that CARTO® 3 Chest Patches do not overlap other patches on the patient's body, including ECG and ablation patches.*
- *Verify that patch cables do not overlap the ablation patch or the ablation patch cable and that the ablation patch cable does not cross the CARTO® 3 Patches. Keep the ablation patch cable separate from the other cables.*

# Study Setup

The **Study Setup** Screen comprises the following elements: Patient Details, Template selection, Connected Machines settings.

**Patient Details**

Enter patient details manually or, if patient details are already in the system, select a patient from the Patient List to automatically enter the mandatory patient details.

**Template**

Templates are used to define layouts and initial parameters, such as the catheters which may be used for a particular type of study.

 **WARNING**

**To prevent inaccurate mapping, review the default parameters used by the selected template before starting the procedure.**

**Connected Machines**

When using additional modules that involve third-party equipment, such as the CARTOSOUND® Image Integration Module or the CARTOUNIVU™ Module, the **Study Setup** Screen is also used for third party equipment registration (**Connected Machines** pane).

 **NOTE**

You must complete the **Study Setup** Screen before continuing with the other setup procedures.

CONFIDENTIAL                                                      BWI-INN00010190

124  PERFORMING A CARTO® 3 STUDY



**Figure 61: Study Setup Screen**

# Catheter Setup



NOTE

The **Catheter Setup** Screen cannot be accessed until the **Study Setup** Screen has been completed.

The **Catheter Setup** Screen includes:

- PIU image
  The socket icons display the connectivity status of each socket.
  Right-click an empty socket for a list of defined catheters.
- Connected and defined devices (catheters, sheaths, and multi-connector cables)
  Devices that are recognized by the template but are not connected appear shadowed.  (See
  Figure 62: "Catheter Setup Screen".)
- Visualization details for the selected catheter
- Mapping parameters for the selected catheter
  This includes mapping channels and proximity settings.

When you connect a focal ablation catheter, the system might prompt you to select the specific type of catheter that is connected. If the wrong catheter is selected, visualization might be compromised.

CONFIDENTIAL                                                BWI-INN00010191



**Figure 62: Catheter Setup Screen**

## Defining a Catheter with the Catheter Definition Tool

If a required catheter does not appear in the list of defined catheters in the **Catheter Setup** screen, you can use the **Catheter Definition Tool** to enter the catheter's parameters and add it to the list of recognized catheters.

Manufacturer values such as French size, number of electrodes, electrode spacing, and electrode width are entered in the **Catheter Definition** dialog box. Then a preview of the catheter image is generated for visual comparison with the actual catheter.

Characteristics such as size, shape, and electrode spacing must be entered correctly. If the values entered for the catheter are incorrect, not only does the image in the dialog box appear different from the catheter, but visualization of the catheter in the system will be distorted.



**WARNING**

**All values must be entered exactly as provided by the catheter manufacturer. If incorrect values are entered, the danger of perforation of tissue exists due to a possible difference between the supposed values and the actual values.**

Before beginning a study, you can access the **Catheter Definition Tool** through the **System Tools** dialog box. During a study, you can access the tool from the **Catheter** menu.

CONFIDENTIAL                    BWI-INN00010192

126 📖 PERFORMING A CARTO® 3 STUDY



**Figure 63: Catheter Definition Dialog Box**

1    Open the **Catheter Definition Tool**:

- From the opening screen, click the **System** button, and then click Catheter Definition Tool.

- During a study, click **Catheter** > **Catheter Definition Tool**.

The **Catheter Definition Tool** dialog box appears.



2    Click Catheter Definition.

The **Catheter Definition** dialog box appears (see Figure 63: "Catheter Definition Dialog Box").

3    Enter the catheter name, catalog number, and manufacturer.

The **Catheter Preview** pane displays examples of where to find the information.



4    Do one of the following:

- If there is a tip electrode, select **Tip electrode length** and select the length from the list.

- If there is not a tip electrode, clear the **Tip electrode length** check box and select the **Distal to first electrode** length (up to 20 mm).

CONFIDENTIAL                                                          BWI-INN00010193

5   Select the **Spacing Method**.

For Biosense Webster catheters, the measure is **Center to Center**. Other manufacturers use **Edge to Edge**.

6   Define the **Spacing**.

- The **Spacing** drop-down menu provides common options.
- Choose **Custom** to define unique catheters.

7   Select the **Electrode Width** and **French Size**.

8   If the catheter is circular, select **Circular** and then select **Counter Clockwise** or **Clockwise**.

9   To verify catheter visualization, click  in the **Catheter Preview** pane.

A preview of the catheter appears. Click and drag the image to rotate it.

10  Do one of the following:

- To save the current catheter and define an additional catheter, click **Add**.
- To save the current catheter and exit, click **OK**.
- To exit without saving changes, click **Cancel**.

Once the catheter definition is visually validated and added to the system, the catheter appears in the defined catheters list.

# Map Setup

> **NOTE**
>
> The **Map Setup** Screen cannot be accessed until the **Study Setup** Screen has been completed.

The **Map Setup** Screen is used to define the following:

| | |
|---|---|
| **Map Type** | Select **Point by point** (electroanatomical) or **FAM** |
| | The default map type is **FAM**. The default location processing mode is **Stable**. |
| | Opens the Acquisition Filters tab of the **Preferences** dialog box. |
| **LAT Hybrid** | Creates a LAT Hybrid map.[14] |
| **Add Predefined Maps** | If **Add Predefined Maps** is selected, maps are added to the study for the left atrium, right and left superior pulmonary veins, and right and left inferior pulmonary veins.  (Available only for the first map in a study.) |
| **Map Name** | Used to change the default map name. |
| **Mapping Catheter** | Used to select the mapping catheter. The list depends on the available catheters and on the acquisition mode. |
| **Chamber of Interest** | Indicates whether the map is atrial or ventricular. |

---

[14] Where available

CONFIDENTIAL

BWI-INN00010194

128 PERFORMING A CARTO® 3 STUDY

| | |
|---|---|
| **Reference** | Select the Reference Annotation channel and the annotation criterion. Define the color of the Reference Annotation. |
| | The Reference Channel provides a reference for the electrical signals (electrogram). In general, it is obtained from a body surface or intracardiac signal. |
| **Mapping** | Select the mapping criterion. Define the color of the Mapping Annotation. |
| **Window of Interest** | Type the values, or adjust the Window of Interest in the Annotation Viewer |
| **Fast Mapping** | Determine whether FAM data will be collected during ablation, and whether EA points will automatically be combined with the reconstruction |



*CAUTION*

*Users must verify annotations before using in each map of a study.*



NOTES

- You can change the **Mapping Criterion** and the mapping catheter during a study by right-clicking the **Map** button.



- Options may vary according to the installed modules.
- When you create a new map or remap, the **Map Setup** screen opens in a separate window.



**Figure 64: Map Setup Screen**

---

COMPREHENSIVE USER GUIDE                                     UG-5400-057 (00A)

CONFIDENTIAL

# INITIALIZING CATHETER VISUALIZATION

Before starting initialization, verify the following:

- The ablation patch and RF generator are connected to the system.
- The RF generator is switched on.
- Device for real-time verification of catheter locations is ready for use.
  If a fluoroscopy device is used for real-time verification, it is positioned according to guidelines.

Ablation and MAP 1-2 stimulation routing should be avoided during the initialization process. If initialization is started while stimulation to MAP 1-2 is active, the initialization process is postponed until the routing is changed. Once the stimulation routing is changed, initialization starts automatically.

If initialization is started while there is an alert message regarding metal interference, the initialization process is postponed until the alert message disappears. When the message disappears, initialization starts automatically.

 **CAUTION**

*Fluoroscopy devices that are too close to the patient might affect location accuracy and, as a result, catheter visualization.*

After verifying the above conditions, click 

During initialization of catheter visualization:

- An alert message appears. The message will disappear when initialization ends.
- During initialization of catheter visualization, delivery of RF energy will be disabled for a short period. When RF energy is available, the impedance reading appears on the RF generator.

 **NOTE**

Do not switch the RF generator off during initialization.

# DELIVERY OF RF ENERGY

The system provides routing for the delivery of RF energy (ablation).

When RF energy is detected:

- The tip of the focal ablation catheter changes from green to red.
- Points acquired during the ablation session automatically receive the Ablation tag.
- The **Readings Dashboard** switches to the ablation configuration.
- The ablation catheter is automatically set as the mapping catheter.

 **NOTE**

If points are acquired manually within the first second of ablation, the point will be acquired with the previous mapping catheter.

CONFIDENTIAL                                               BWI-INN00010196

130 PERFORMING A CARTO® 3 STUDY



**Figure 65: RF Energy Indication**

> 
>
> **NOTE**
>
> If the connected ablation catheter is not compatible with the connected RF generator, an error message appears. No RF energy indication is displayed in the CARTO® 3 System.

When RF energy is no longer detected, the mapping catheter is automatically returned to the original setting and the **Readings Dashboard** returns to the mapping configuration.

RF energy delivery through the CARTO® 3 System is not enabled in any of the following situations:

- Up to 40 seconds after clicking **Initialize**
- When the PIU is OFF
- Up to 40 seconds after clicking **Continue Study**
- Up to 40 seconds after the approval of a BCS (body coordinate system) move
- During the ~40-second recovery after a loss of communication with the PIU
- Up to 40 seconds after clicking **Reset Visualization**
- Up to 40 seconds after the approval of "Patch Detached" or a disconnection

The CARTO® 3 System provides ablation graphs displaying information from the RF generator (when in use).

# Viewing RF Session Data

The **Graphs Viewer** (see Figure 66: "Graphs Viewer") provides a real-time display of power, temperature, and impedance over time. The display always includes data for the distal sensor. Proximal data is displayed only when using a compatible RF generator and a dual-sensor navigation and ablation catheter.[15]

> 
>
> **NOTE**
>
> When the CARTO SMARTTOUCH™ Module is active, force data is displayed in the same viewer. The CARTO SMARTTOUCH™ Dashboard might also be displayed.

---

[15] Consult your Biosense Webster representative regarding the availability of compatible devices in your country.

CONFIDENTIAL                                    BWI-INN00010197



**Figure 66: Graphs Viewer**

After an RF session, the following data is presented in the list below the graph.

| # | The sequential number of the RF session |
| **Time** | The length (in seconds) of the RF session. |
| **C° (avg)** | The average temperature detected during the RF session. |
| **W (avg)** | The average power detected during the RF session. |
| **Ω (avg)** | The average impedance detected during the RF session. |



NOTE

If an incompatible RF generator is used, the CARTO® 3 System will display only one temperature in all cases. If a dual sensor catheter is connected to the system, the temperature displayed is the highest of the temperatures read.

# Refreshing the Graphs Viewer display

After an ablation session is performed or reviewed, the **Graphs Viewer** must be refreshed in order to resume real-time display.

To refresh the **Graphs Viewer**, do one of the following:

- Double click the **Graphs Viewer** background.
- Click the **Play** icon on the Dashboard.
- Acquire a new point.

The display is cleared, and a new graph begins.

CONFIDENTIAL                                    BWI-INN00010198

# Setting the Graph Preferences

1    Do one of the following:

- Click **Tools** > **Preferences** > **Graphs**.
- Right-click the **Graphs Viewer** background.
  Press **Ctrl + Alt + P**.

The **Preferences** dialog box opens to the **Graphs** tab. There are sliders for each parameter that is displayed in the **Graphs Viewer**.[16]



2    Set each slider to the desired range.

The values on the **Graphs Viewer** are updated in real time.

Force settings are only available when the CARTO SMARTTOUCH™ Module is installed.[17]

3    In the **Time** list, select the amount of time to be displayed.

4    Click **Apply** to save the changes and leave the dialog box open, or press **OK** to save the changes and close the dialog box.



NOTE

To view the **RF Table** (multi-channel RF generator only), click **RF Table**.

---

[16] The available options may vary, depending on the installed software modules.

[17] Where available

CONFIDENTIAL                                    BWI-INN00010199

# REVIEW MODE

Review Mode enables you to review and edit data collected during a CARTO® 3 Study. You can review a single map in a study stored on the CARTO® 3 Workstation or a disk. Certain options that cannot be performed in Acquisition mode are accessible in Review Mode.

Review Mode is accessed from the Opening Screen.

When you select a point on the map or in the **Point List**, the following data is available for review:

- Point data
- Point stability
- Cycle length
- LAT
- Voltage values
- Reference and intracardiac electrograms
- Time at which a point was acquired

All changes made to the study in Review Mode are automatically saved.



**Figure 67: Main Screen in Review Mode**

## Opening a Study in Review Mode

1    On the Opening Screen, click **Review Study**.

The **Open Study** dialog box appears. By default, data is displayed by patient name (see Figure 68: "Open Study Dialog Box with Study Selected").

2    (Optional) Sort the data: select a method for displaying data (**Patient Name** or **Study Date**), and then click a column heading to sort data.

You can sort by **Last Name**, **First Name**, **ID #**, and **Date of Birth**. When displaying data by **Study Name**, you can also sort by **Study Name** and **Study Date**.

When searching by **Patient Name**, you can enter part of the name in the Quick Search field to limit the options.

CONFIDENTIAL                                          BWI-INN00010200

134  PERFORMING A CARTO® 3 STUDY

3    Select a study.

(Optional) You can also select the map that will be displayed initially.

4    Click **OK**.

The study opens in Review Mode. By default, the **Selected Point Viewer**, **Point List**, **Main Map Viewer**, and **Additional Map Viewer** are available (see <u>Figure 67: "Main Screen in Review Mode"</u>).



**Figure 68: Open Study Dialog Box with Study Selected**

## Review Study Data

In Review mode, you can view data from the study, including patient details and map details.

To open the **Review Study Data** window, click **Display** > **Study Data**.



**Figure 69: Review Study Data Window**

## Continuing a Study from Review Mode

After opening a study in Review Mode, you can continue mapping.

1    Open the study.

2    Select **Study** > **Continue Study**.

The System changes to Acquisition Mode.

---

CONFIDENTIAL                                                BWI-INN00010201

# LOADING MAPS FROM A PREVIOUS STUDY

You can load maps from a previous study while the System is in acquisition mode.

1   Select **Study** > **Load Maps From Previous Study**.

A selection dialog box appears.



2   Select the patient and study.

To limit the search options, enter part of the name in the Quick Search field in the lower left corner.

3   Click **Import**.

The maps are loaded into the **Additional Map Viewer**. The background is a different color, to distinguish these maps from the current study.



**Figure 70: Viewing Maps from Previous Study**

CONFIDENTIAL                                          BWI-INN00010202

136 PERFORMING A CARTO® 3 STUDY

# EXITING THE CARTO® 3 SYSTEM

1    From the Opening Screen, click the Power button.



The **Exit** dialog box appears (see <u>Figure 71: "Exit Dialog Box"</u>).

2    Select the desired option and click **OK**.

| Option | Result |
|---|---|
| **Reload CARTO®** **Application** | The application restarts, without restarting the workstation |
| **Reboot** | The workstation restarts. |
| **Shut Down** | The workstation shuts down. |
| **Scan & Shut Down** | When the antivirus application is enabled, an additional option appears: **Scan & Shut Down**. When selected, a scan for viruses is performed before the workstation shuts down. |



**Figure 71: Exit Dialog Box**

# WORKSTATION OPTIMIZATION

For consistent response time, the CARTO® 3 System will regularly perform defragmentation on the workstation hard disk.

If the defragmentation process is scheduled to occur, it starts the next time the workstation is shut down.

The optimization time depends on the number of studies. If the process will take more than a few minutes, the option to cancel appears. Click **Cancel** to stop the process.

CONFIDENTIAL

BWI-INN00010203



If you cancel the process, a message appears, recommending that you continue the process. You must click **Yes** to cancel the optimization and continue shutting down the workstation. Click **No** to continue with the process.



CONFIDENTIAL                                                         BWI-INN00010204

Chapter 8

# CARTO® 3 INTERFACE

## In This Chapter:

Overview of the Main Screen .......................................................................... 139
Customizing the Layout ............................................................................ 141
Using a Predefined Layout ....................................................................... 142
Changing the Background Color ............................................................... 142
Floating Window Placement ..................................................................... 142
Viewing Translation Screen Tips .............................................................. 143
Main Map Viewer ........................................................................................... 143
Additional Map Viewer ............................................................................. 145
Customizing the Map Viewers .................................................................. 146
Glass View ............................................................................................... 146
Glass Mode .............................................................................................. 147
Viewing the Point Tool Tip ....................................................................... 147
Changing Map Orientation and Projection ............................................... 148
Defining the LAO and RAO Orientation ............................................. 149
Defining a Custom Projection ............................................................ 149
Manually Zooming In or Out of a Map ..................................................... 149
Increasing or Decreasing the Zoom of the Map ................................ 149
Panning In on an Area of Interest ............................................................ 150
Displaying and Working with Multiple Maps ............................................. 150
Changing the Active Map .................................................................... 150
Hiding or Showing Maps ..................................................................... 151
Renaming a Map ...................................................................................... 151
Using the Clipping Plane .......................................................................... 151
Point List ....................................................................................................... 152
Point List Data ......................................................................................... 153
Adding or Editing a Comment .................................................................. 155
ECG Viewers ................................................................................................. 155
Monitor Pane ........................................................................................... 156
Annotation Viewer .................................................................................... 157
Viewing the Previous Beat Overlay .................................................... 157
Selected Point Viewer .............................................................................. 158
Stability Bars ...................................................................................... 159
Beat Buffer ......................................................................................... 159
Baseline Point Viewer .............................................................................. 160
Adding a Point to the Baseline Point Viewer ...................................... 160
Customizing the ECG Viewers ................................................................. 160
Measuring Time in ECG Viewers ............................................................. 161
Measuring Voltage in the ECG Viewers ................................................... 161
Working with Channels ............................................................................. 162
Adding or Removing Channels ........................................................... 162

CONFIDENTIAL                                                      BWI-INN00010205

Changing the Time Scale for all Channels in the Viewer .................................................. 163
Changing the Gain of One Signal .................................................................................... 163
ECG Presets ................................................................................................................... 164

# OVERVIEW OF THE MAIN SCREEN

The main screen appears after you complete the Setup phase or when you open a study for review. All mapping and related activities are performed from here.

In Acquisition mode, the **Mapping**, **Ablation**, and **Verification** views present different layouts optimized for each phase of the study. You can add or remove viewers and make other changes to the appearance of each layout. These changes can be saved to a custom template.

**Mapping View**     **Main Map Viewer, Additional Map Viewer, Monitor** Pane



**Ablation View**     **Selected Point Viewer, Main Map Viewer, Additional Map Viewer, Annotation Viewer, Graphs Viewer, Monitor** Pane



CONFIDENTIAL

BWI-INN00010206

140  CARTO® 3 INTERFACE

**Verification View**    **Selected Point Viewer**, **Point List**, **Main Map Viewer**, **Annotation Viewer**, **Monitor** Pane



The **Main Map Viewer** is always open, in both Acquisition Mode and Review Mode. The remaining viewers can be opened or closed as desired.


> **NOTE**
>
> To change the font size in the **Point List**, ECG viewers, Color Scale bar, or **Graphs Viewer**, press the **<Alt>** key while rotating the mouse wheel.

The table below describes the key elements of the main screen. The available options vary, depending on the installed software modules.

**Table 39: Key to Elements of the Main Screen**

| Element | Function |
|---|---|
| Menu Bar | Provides access to the main system functions |
| Main Toolbar | Provides quick access buttons for common tasks |
| Status Bar | Displays connectivity status and error handling icons |
| Setup | Provides access to the Setup Screens. |

CONFIDENTIAL                                                BWI-INN00010207

| Element | Function |
|---------|----------|
| Main Screen Views | Switches between the main screen views. To rename a view, click the text. When the text is highlighted, enter the new name. |

See also:

- Main Map Viewer
- Point List
- ECG Viewers
- Menus, Shortcuts, and Related Icons
- Setup Guides

## Customizing the Layout

You can customize the three main screen views.

**Resize a pane (width, height)**    Place the cursor over the border of the pane. When it changes to a double-pointed arrow, drag the border to the required position.

**Add a pane**    Click  (the Windows Management Tool located in the upper right corner of each pane), and then click **Add Window To The Right** or **Add Window Below**.

**Hide a pane**    Click , and then click **Hide Pane**.

**Open a viewer**    From the **Window** menu, select the viewer or tool to display. It opens as a floating window, which you drag to the desired position.

---

NOTE

In the **Main Map Viewer**, you can only add a splitter. You cannot close the **Main Map Viewer** or replace it with another tool.

---

Experienced Users

**CARTO® XP System Users:**

If you want the main **Main Map Viewer** on the right and the **Additional Map Viewer** on the left, use the **Verification** view instead of the **Mapping** view.

In the **Verification** view, the **Main Map Viewer** is on the right by default.

---

CONFIDENTIAL
BWI-INN00010208

142  CARTO® 3 INTERFACE

# Using a Predefined Layout

You can use the Layout button to select one of the predefined layouts.



1    Click the arrow on the Layout button.

The list of predefined layouts appears. The last selected layout is marked.

2    Select one of the layouts.



The screen is rearranged according to your selection.

# Changing the Background Color

1    Click **Display** > **Set Background Color**.

2    Select the color for the background. The options are **Black** (default) and **Dark Gray**.

The background color for the current study changes.



> **NOTE**
>
> You can also select **White Background in Map and Selected Point Viewers**. This changes the background in the map viewers and the **Selected Point Viewer** to white, while all other panes retain the previous background color. This option is useful for printing.

# Floating Window Placement

Most preferences and other settings are entered through a floating window or dialog box.

The first time the floating window is opened, it appears at the upper right of the screen. If you move the window to a new position, the System remembers the position. The next time the window is opened, it appears in the same position.

You can override this behavior by clicking the Pin icon in the upper right corner of the floating window.

CONFIDENTIAL                                                BWI-INN00010209

**Table 40: Floating Window Placement**

| Icon | Description |
|------|-------------|
| | Floating window is pinned to the last position. |
| | Floating window opens in the upper right of the screen. |



NOTE

Some floating window images in this document might not display the Pin icon.

# Viewing Translation Screen Tips

Translations of the text in menus, buttons, and other elements of the interface are available as screen tips for some languages.

When this option is enabled, the translation appears when the mouse pointer is placed over the English text.

To use the screen tips, click **Help** > **Set ScreenTips Language**, and then select the language.

See also:

- Viewing Error Message Translations

# MAIN MAP VIEWER

Maps are created and displayed in the **Main Map Viewer**.

**Table 41: Main Elements of the Main Map Viewer**

| Element | Function |
|---------|----------|
| Map List | Displays the name of the Active Map, and the number of points and contours. Click the arrow to open the list of maps and images in the current Study. |
| Patient Head and Arm Icons | The icons represent the current projection relative to the patient. Arm icons are labeled L (left) and R (right). |

CONFIDENTIAL                                          BWI-INN00010210

144  CARTO® 3 INTERFACE

| Element | Function |
|---|---|
| Catheter Visualization | The icon represents the current position of the mapping catheter. Additional connected catheters can also be visualized. |
| Color Scale Bar<br>-199 ms  LAT  200 ms | Displays the range of values for the current map. The map type is displayed above the Color Scale Bar. |
| Map | Three-dimensional reconstruction (map) based on acquired data (electroanatomical or FAM data) |
| Acquisition Panel | The acquisition panel is used for both FAM and EA acquisition. The appearance of the acquisition panel depends on the following conditions:<br>• Map type (FAM, Point-by-Point)<br>• Acquisition type (point-by-point, continuous, FAM, CARTOFINDER™ Module recording) |
| Readings Dashboard<br>LAT  CL  BI  IMP  FORCE<br>-191  256  0.77  171  1 | The customizable **Readings Dashboard** presents important data in one location. This dashboard has two configurations: one configuration displays mapping readings and the other displays readings during ablation. |
| Projection Control<br>AP PA LAO RAO LL RL INF SUP | Provides quick access to pre-defined projections. |
| Zoom Control<br>0.56 | Changes the scale of the display. |
| Transparency Control<br>0% | Sets the map transparency. |
| Glass Mode<br>60% | Activates Glass Mode. |

CONFIDENTIAL                                                BWI-INN00010211

# Additional Map Viewer

The **Additional Map Viewer** is a second map viewer that enables you to display a map from two different angles, or to view different maps within the same study.



**Figure 72: Additional Map Viewer**

The Synchronization drop-down menu enables you to control the map orientation and display options in the **Additional Map Viewer**.

| | |
|---|---|
| **None** | Independent from **Main Map Viewer** |
| **Sync** | Same orientation and display options as the **Main Map Viewer**. This includes background display options |
| **Comp** | Complementary to the **Main Map Viewer**, as shown in the following table. |

**Table 42: Complementary views displayed in the Additional Map Viewer**

| Main Map Viewer | Additional Map Viewer | Main Map Viewer | Additional Map Viewer |
|---|---|---|---|
| AP | RL | LAO | RAO |
| PA | LL | RAO | LAO |
| Superior (SUP) | AP | LL | PA |
| Inferior (INF) | AP | RL | AP |

CONFIDENTIAL                                              BWI-INN00010212

146  CARTO® 3 INTERFACE

## Customizing the Map Viewers

You can hide or show the following tools in the map viewers:

- **Grid**
- **Patient Icon**
- **View Data** (map volume and orientation details)
- **Color Bar**
- **Clipping Plane**

1  Right-click the background of the map viewer.

The map viewer shortcut menu opens. A checkmark appears in the shortcut menu when an item is visible.

2  Click the item you want to show or hide.

The map viewer is updated.

## Glass View

**Glass View** is a coloring option with a glass-like presentation of the map shell. Glass View is activated in the **Map Transparency** dialog box. Glass View applies only to the Active Map. Glass View does not affect the visualization settings (point marks, projections, tags, etc.).



**Figure 73: Glass View**

---

CONFIDENTIAL                                                           BWI-INN00010213