PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 26

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 27

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 28

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 29

# EXHIBIT 30



PART OF THE *Johnson&Johnson* FAMILY OF COMPANIES


2797

# LASSO® Deflectable Circular Mapping Catheter

| | | | |
|---|---|---|---|
| INSTRUCTIONS FOR USE<br>**LASSO® Deflectable Circular Mapping Catheter** | English | Page | 8 |
| MODE D'EMPLOI<br>**Cathéter flexible pour cartographie circulaire LASSO®** | Français | Page | 10 |
| GEBRAUCHSANWEISUNG<br>**LASSO® Ablenkbarer runder Mapping-Katheter** | Deutsch | Seite | 12 |
| ISTRUZIONI PER L'USO<br>**Catetere di mappatura circolare pieghevole LASSO®** | Italiano | Pagina | 14 |
| INSTRUCCIONES DE USO<br>**Catéter de extremo circular flexible para mapeo LASSO®** | Español | Página | 16 |
| INSTRUÇÕES DE UTILIZAÇÃO<br>**Cater de Mapeamento Circular Deflectível LASSO®** | Português | Página | 18 |
| GEBRUIKSAANWIJZING<br>**LASSO® buigbare katheter voor cirkelvormige mapping** | Nederlands | Pagina | 20 |
| BRUGSVEJLEDNING<br>**LASSO® Deflekterbar Cirkulær Mappingkateter** | Dansk | Side | 22 |
| KÄYTTÖOHJEET<br>**LASSO® taivutettavakärkinen pyöreä kartoituskatetri** | Suomi | Sivu | 24 |
| BRUKSANVISNING<br>**LASSO® deflekterbar cirkulär mappningskateter** | Svensk | Sida | 26 |
| BRUKSANVISNING<br>**LASSO® bøyelig sirkulært kartleggingskateter** | Norsk | Side | 28 |
| ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ<br>**Καμπτόμενος Κυκλικός Καθετήρας Χαρτογράφησης LASSO®** | Ελληνικά | Σελίδα | 30 |
| KULLANMA TALİMATI<br>**LASSO® Bükülebilir Sirküler Haritalama Kateteri** | Türkçe | Sayfa | 33 |
| ИНСТРУКЦИИ ПО ПРИМЕНЕНИЮ<br>**LASSO® - Управляемый циркулярный картирующий катетер с управляемым кончиком** | Русский | Страниц | 35 |
| INSTRUKCJA OBSŁUGI<br>**Okrężny cewnik mapujący z ruchomą końcówką LASSO®** | Polski | Strona | 38 |
| NÁVOD K POUŽITÍ<br>**LASSO® – řiditelný kruhový mapovací katétr** | Česky | Strana | 40 |
| HASZNÁLATI UTASÍTÁSOK<br>**LASSO® hajlítható körkörös térképező katéter** | Magyar | Oldal | 42 |
| NÁVOD NA POUŽITIE<br>**Kruhový vychyľovací mapovací katéter LASSO®** | Slovensky | Strana | 44 |
| NAVODILA ZA UPORABO<br>**LASSO® upogibljivi krožni kateter za snemanje elektrogramov srca** | Slovensko | Stran | 46 |
| УКАЗАНИЯ ЗА УПОТРЕБА<br>**Кръгообразен насочващ се катетър за картографиране LASSO®** | Български | Страница | 48 |

M-5276-207M

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016762

INSTRUCŢIUNI DE UTILIZARE
**Cateter circular deflectabil LASSO® pentru cartografiere** — Română — Pagina — 50

KASUTUSJUHEND
**LASSO® tsirkulaarne kaardistuskateeter** — Eesti — Lehekülg — 52

LIETOŠANAS NORĀDĪJUMI
**LASSO® lokanais cirkulārais kartēšanas katetrs** — Latviski — Lappuse — 54

NAUDOJIMO INSTRUKCIJOS
**LASSO® išsilenkiantis apvalus elektrografinio vizualizavimo kateteris** — Lietuvių k. — Puslapis — 56

使用说明
**LASSO® 可弯曲环形标测导管** — 简体中文 — 页码 — 58

사용 설명서
**LASSO® 휘어지는 원형 매핑 카테터** — 한국어 — 페이지 — 60

使用說明
**LASSO®可調式環狀繪圖導管** — 繁體中文 — 頁碼 — 62

INSTRUKSI PENGGUNAAN
**Kateter Pemetaan Melingkar yang Dapat Dilengkungkan LASSO** — Bahasa Indonesia — Halaman — 64

UPUTE ZA UPORABU
**Savitljivi cirkularni kateter za mapiranje LASSO®** — Hrvatski — Strana — 66

УПУТСТВО ЗА УПОТРЕБУ
**LASSO® савитљиви циркуларни катетер за мапирање** — Српски — Страница — 68

УПАТСТВО ЗА УПОТРЕБА
**LASSO® свиткувачки катетер за кружно мапирање** — Македонски јазик — Страница — 70

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.     Release Date: 11/1/2019
M-5276-207M

CONFIDENTIAL                                                                                        BWI-INN00016763

**Symbol Definitions / Définitions des symboles / Symboldefinitionen / Definizioni dei simboli / Definiciones de símbolos / Definições dos símbolos / Definitie van symbolen / Symboldefinitioner / Symbolien selitykset / Symbolförklaringar / Symboldefinisjoner / Ορισμοί συμβόλων / Sembol Tanımları / Определение символов / Definicje symboli / Definice symbolů / A szimbólumok magyarázata / Definicie symbolov / Definicije simbolov / Определения на символите / Definiţiile simbolurilor / Sümbolite tähendused / Simbolu definīcijas / Simbolių apibrėžtys / 标识定义 / 기호 - 정의 / 符號定義 / Definisi Simbol / Opis simbola / Дефиниције симбола / Дефиниции за символите**

Following definitions are for reference only. Please refer to the product label for applicable usage. / Les définitions suivantes sont fournies à titre de référence uniquement. Veuillez vous référer à l'étiquette du produit pour consulter l'utilisation applicable. / Die folgenden Definitionen dienen ausschließlich zu Referenzzwecken. Ziehen Sie bitte das Produktetikett für die geeignete Verwendung zu Rate. / Le seguenti definizioni sono solo a scopo di riferimento. Fare riferimento all'etichetta del prodotto per l'utilizzo pertinente. / Las definiciones siguientes son sólo para referencia. Consulte en la etiqueta del producto el uso pertinente. / As definições que se seguem são apenas para referência. Consulte o rótulo do produto para obter informações sobre a utilização aplicável. / De hierna genoemde definities zijn uitsluitend bedoeld als referentie. Raadpleeg het productetiket voor de gebruikstoepassingen. / Følgende definitioner er kun til reference. Der henvises til produktmærkningen for gældende anvendelse. / Seuraavat määritykset on annettu ainoastaan merkkien selitystarkoituksessa. Katso soveltuva käyttö tuotteen etiketistä. / Följande förklaringar är endast för referens. Se produktetiketet för lämplig användning. / Følgende definisjoner er kun for referanse. Se produktetiketten for passende bruk. / Οι παρακάτω ορισμοί προσφέρονται μόνο για αναφορά. Παρακαλούμε ανατρέξτε στην ετικέτα του προϊόντος για την σχετική χρήση. / Aşağıdaki tanımlar sadece başvuru amaçlıdır. İlgili kullanım şekli için lütfen ürün etiketine başvurunuz. / Следующие определения предоставлены исключительно в ознакомительных целях. Информацию о случаях применения смотрите в инструкции по применению. / Poniższe definicje przedstawiono wyłącznie dla celów informacyjnych. Informacje na temat użycia można znaleźć na etykiecie produktu. / Níže uvedená vysvětlení jsou pouze informativní. Příslušné symboly jsou pouze na štítku výrobku. / A következő magyarázatok kizárólag a tájékoztatást szolgálják. Az alkalmazandó felhasználás tekintetében kérjük, olvassa el a termék címkéjét. / Nasledujúce definície slúžia len ako referencia. Príslušné použitie si prečítajte na označení výrobku. / Naslednje definicije so samo informativne narave. Ustrezna uporaba je navedena na etiketi izdelka. / Следващите определения са само за справка. Моля, направете справка в етикета на изделието относно използването му. / Următoarele definiţii au numai rol de informare. Consultaţi eticheta produsului pentru utilizarea adecvată. / Järgmised definitsioonid on ainult viitamiseks. Vaadake sobiva kasutamise teavet toote sildilt. / Šīs definīcijas ir tikai atsaucei. Piemērojami lietošanai, lūdzu, skatiet produkta etiketi. / Pateiktos apibrėžtys yra tik nurodomojo pobūdžio. Tinkamo naudojimo aprašą žr. gaminio etiketėje. / 以下定义仅供参考。有关适用的用途，请参阅产品标签。 / 다음 정의는 참고용입니다. 적용 사용에 대해서는 제품 라벨을 참조하십시오. / 下列定義僅供參考。關於產品標籤以瞭解適當的用法，請參閱產品標籤。 / Definisi berikut hanya untuk referensi. Harap lihat label pada produk untuk penggunaan yang berlaku. / Navedene definicije služe samo kao referenca. Za točnu primjenu pročitajte naljepnicu na proizvodu. / Дефиницијама које следе служе само за референцу. Следните дефиниции служат само за референца. Прочитајте ја етикетата на производот за соодветна употреба.



Sterilized Using Ethylene Oxide / Stérilisé à l'oxyde d'éthylène / Sterilisiert mit Ethylenoxidgas / Sterilizzato con gas ossido di etilene / Esterilizado con gas óxido de etileno / Esterilizado com gás de óxido de etileno / Gesteriliseerd met ethyleenoxidegas / Steriliseret med ætylenoxidgas / Steriloitu etyleenioksidikaasulla / Steriliserad med etylenoxidgas / Sterilisert med etylenoksidgass / Αποστειρώνεται με αέριο οξείδιο του αιθυλενίου / Etilen oksit gazıyla sterilize edilmiştir / Стерилизовано этиленоксидом / Sterylizowane gazowym tlenkiem etylenu / Sterilizováno plynným etylenoxidem / Etilénoxid gázban sterilizálva / Sterilizované plynným etylénoxidom / Sterilizirano z etilenoksidom / Стерилизирано со етилен оксид / Sterilizeeritud etüleenoksiidgaasiga / Sterilizēts ar gāzveida etilēnoksīdu / Sterilizuoti etileno oksido dujomis / 已采用环氧乙烷气体灭菌 / 산화에틸렌 가스로 멸균 처리 / 已採用環氧乙烷氣體滅菌 / Disterilkan dengan menggunakan etilen oksida / Стерилизирано со етилен оксид



Do Not Re-Use / Ne pas réutiliser / Nicht wiederverwenden / Non riutilizzare / No reutilizar / Não reutilizar / Niet opnieuw gebruiken / Må ikke genanvendes / Ei saa käyttää uudelleen / Får inte återanvändas / Må ikke brukes på nytt / Μην επαναχρησιμοποιείτε / Tekrar Kullanmayınız / Повторное использование запрещено / Nie używać ponownie / Nepoužívat opakovaně / Ne használja újra / Nepoužívajte opakovane / Samo za enkratno uporabo / Не за повторна употреба / Ärge kasutage uuesti / Neizmantojiet atkārtoti / Nenaudokite pakartotinai / 请勿重复使用 / 재사용하지 마십시오 / 請勿重複使用 / Jangan Dipakai Ulang / Nije namijenjeno za ponovno korištenje / Не користити поново / За еднократна употреба



Caution / Attention / Achtung / Attenzione / Precaución / Atenção / Let op / Forsigtig / Huomautus / Försiktighet / Forsiktig / Προσοχή / Dikkat / Внимание / Przestroga / Upozornění / Figyelem / Upozornenie / Previdno / Внимание / Precauţie / Ettevaatust! / Uzmanību! / Atsargiai / 小心 / 주의 / 小心 / Perhatian / Pozor / Опрез / Опомена



Consult Instructions for Use / Consulter le mode d'emploi / Gebrauchsanweisung beachten / Consultare le istruzioni per l'uso / Consulte las instrucciones de uso / Consultar as instruções de utilização / Raadpleeg de gebruiksaanwijzing / Se brugsanvisningen / Lue käyttöohjeet / Se bruksanvisning / Se bruksanvisningen / Συμβουλευτείτε τις οδηγίες χρήσης / Kullanım Talimatları'na bakınız / Ознакомьтесь с инструкциями по применению / Zapoznać się z instrukcją stosowania / Prostudujte si návod k použití / Olvassa el a használati útmutatást / Dôsledne sa s návodom na použitie / Glejte navodila za uporabo / Направете справка в Инструкциите за употреба / Consultaţi instrucţiunile de utilizare / Lugege kasutusjuhendit / Skatiet lietošanas instrukciju / Žr. naudojimo instrukciją / 查阅使用说明 / 사용법 참조 / 參閱使用說明 / Lihat Instruksi Penggunaan / Pročitajte upute za uporabu / Консултирајте Упутство за употребу / Погледнете го Упатството за употреба

Do not use if package is damaged. / Ne pas utiliser si l'emballage est ouvert ou endommagé. / Nicht verwenden, falls die Verpackung beschädigt ist. / Non utilizzare se la confezione è danneggiata. / No usar si el envase está dañado. / Não utilizar se a embalagem estiver danificada. / Niet gebruiken als de verpakking is beschadigd. / Må ikke anvendes, hvis emballagen er beskadiget. / Ei saa käyttää, jos pakkaus on vaurioitunut / Använd inte om förpackningen är skadad. / Μην τον χρησιμοποιείτε εάν η συσκευασία είναι κατεστραμμένη. / Ambalaj hasarlıysa kullanmayınız. / Использование запрещено, если упаковка повреждена. / Produkt nepoužívejte, pokud je obal poškozený. / Ne használja fel, ha a csomagolás sérült. / Ak je balenie poškodené, výrobok nepoužívajte. / Ne uporabite, če je embalaža poškodovana. / Не използвайте, ако опаковката е повредена. / Nu se utilizează dacă ambalajul este deteriorat. / Ärge kasutage, kui pakend on kahjustatud. / Nelietot, ja iepakojums ir bojāts. / Nenaudokite, jei pakuotė yra pažeista. / 如果包装损坏，请勿使用。 / 포장이 손상되었으면 사용하지 마십시오. / 若包裝已破損，請勿使用。 / Jangan gunakan bila ada kerusakan pada kemasan. / Proizvod nemojte koristiti ako je pakiranje oštećeno. / Не користити ако је паковање оштећено. / Да не се користи ако амбалажата е оштетена.

WARNING: This is a controlled proprietary and confidential document. Verify revision prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si la revisión está actualizada.                                            Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                                                       BWI-INN00016764

 Do not use if package is opened. / Ne pas utiliser si l'emballage est ouvert ou endommagé. / Nicht verwenden, falls die Verpackung geöffnet ist. / Non utilizzare se la confezione è aperta. / No utilizar si el paquete está abierto. / Não utilizar se a embalagem estiver aberta. / Niet gebruiken als de verpakking is geopend. / Må ikke anvendes, hvis emballagen har været åbnet. / Ei saa käyttää, jos pakkaus on avattu. / Används inte om förpackningen har öppnats. / Må ikke brukes hvis pakningen er åpnet. / Μην τον χρησιμοποιήσετε εάν η συσκευασία είναι ανοιχτή. / Paket açılmışsa kullanmayınız. / Использование запрещено, если упаковка вскрыта. / Nie stosować, jeśli opakowanie jest otwarte. / Produkt nepoužívejte, pokud je obal otevřený. / Ne használja fel, ha a csomagolás nyitott. / Ak je balenie otvorené, výrobok nepoužívajte. / Ne uporabite, če je embalaža odprta. / Ne upotrebljavate, ako onakvara ili je otvorena. / A nu se utiliza dacă ambalajul este deschis. / Ärge kasutage, kui pakend on avatud. / Neizmantot, ja iepakojums ir atvērts. / Nenaudokite, jei pakuotė yra atidaryta. / 如果包装已打开，请勿使用。/ 포장이 개봉된 경우 사용하지 마십시오. / 若包裝已開封，請勿使用。/ Jangan gunakan jika kemasan terbuka. / Proizvod nemojte koristiti ako je pakiranje otvoreno. / Не користите ако је паковање отворено. / Да не се користи ако амбалажата е отворена.

 Keep Away From Sunlight / Conserver à l'abri des rayons du soleil / Vor Sonneneinstrahlung geschützt aufbewahren / Tenere lontano dalla luce del sole / Manténgase protegido de la luz solar / Manter afastado da luz solar / Beschermen tegen zonlicht / Må ikke udsættes for direkte sollys / Säilytettävä auringonvalolta suojattuna / Skyddas från solljus / Hold bort fra sollys / Κρατήστε τον μακριά από το φως του ηλίου / Güneş ışığından koruyunuz / Беречь от действия солнечного света / Chronić przed światłem słonecznym / Chraňte před slunečním světlem / Tartsa napfénytől távol / Chráňte pred priamym slnečným svetlom / Ne hranite na sončni svetlobi. / Да се чува од сунчева светлина / Feriţi de lumina soarelui / Vältige otsest päikesevalgust / Sargāt no saules gaismas / Saugokite nuo saulės šviesos / 遮光 / 직사광선을 피하십시오. / 遠離陽光照射 / Jauhkan Dari Sinar Matahari / Držite podalje od sunčeve svjetlosti / Не излагати сунчевој светлости / Да се чува подалеку од сончева светлина

 Keep Dry / Garder au sec / Trocken aufbewahren / Mantenere all'asciutto / Mantener seco / Manter seco / Droog houden / Opbevares tørt / Säilytettävä kuivassa / Förvaras torrt / Oppbevares tørt / Διατηρήστε τον στεγνό / Kuru tutunuz / Хранить в сухом месте / Chronić przed wilgocią / Uchovávejte v suchu / Tartsa szárazon / Uchovávajte v suchu / Hranite na suhem / Да се чува на суво место / A se păstra uscat / Hoida kuivana / Turēt sausu / Laikykite sausoje vietoje / 保持干燥 / 건조 유지 / 保持乾燥 / Jagalah Agar Tetap Kering / Proizvod održavajte suhim / Чувати на сувом месту / Да се чува на суво место

 Use-By Date / Utiliser avant le / Haltbarkeitsdatum / Data di scadenza / Fecha de caducidad / Prazo de validade / Uiterste gebruiksdatum / Sidste anvendelsesdato / Viimeinen käyttöpäivämäärä / "Använd före"- datum / Utløpsdato / Χρήση έως την ημερομηνία / Son Kullanma Tarihi / Срок годности / Termin ważności / Datum „použít do" / Felhasználható / Dátum použiteľnosti / Uporabno do / Срок на годност / Data de expirare a valabilității / "Kõlblik kuni" kuupäev / "Izlietot līdz" datums / Galiojimo pabaigos data / 使用期限 / 유효기간 / 使用期限 / Gunakan Sebelum Tanggal / Najbolje upotrijebiti do / Употребува до / Да се употребува до

 Batch Code / Code de lot / Chargencode / Codice di lotto / Código de lote / Lotcode / Partikode / Eräkoodi / Batchnummer / Seriekode / Κωδικός παρτίδας / Grup Kodu / Код партии / Kod partii / Kód šarže / Tételkód / Kód šarže / Koda serije / Контролен партиден код / Cod lot / Partiikood / Partijas kods / Partijos kodas / 批号 / 배치 코드 / 批次碼 / Kode Batch / Šifra serije / Код партије / Код на серијата

 Catalog Number / Numéro de référence / Katalognummer / Numero di catalogo / N.º de catálogo / Número de catálogo / Bestelnummer / Katalognummer / Tuotenumero / Katalognummer / Katalognummer / Αριθμός καταλόγου / Katalog Numarası / Номер по каталогу / Numer katalogowy / Katalogové číslo / Katalógusszám / Katalógové číslo / Kataloška številka / Каталожен номер / Număr de catalog / Katalogi number / Kataloga numurs / Katalogo numeris / 目录号 / 카탈로그 번호 / 目錄號 / Nomor Katalog / Kataloški broj / Каталошки број / Каталошки број

 Contents: 1 / Contenu : 1 / Indice: 1 / Contenido: 1 / Conteúdo: 1 / Inhoud: 1 / Indhold: 1 / Sisältö: 1 / Innehåll: 1 / Innhold: 1 / Περιεχόμενα: 1 / İçerik: 1 / Содержимое упаковки: 1 / Zawartość: 1 / Obsah: 1 / Tartalom: 1 / Obsah: 1 / Vsebina: 1 / Съдържание: 1 / Conţinut:1 / Sisaldab: 1 / Saturs: 1 / Sudėtis: 1 / 内含物品:1 / 함량: 1 / 内含物品: 1 / Isi: 1 / Sadržaj: 1 / Садржај / Содржина: 1

 Manufacturer / Fabricant / Hersteller / Produttore / Fabricante / Fabricante / Fabrikant / Fabrikant / Valmistaja / Tillverkare / Produsent / Κατασκευαστής / Üretici / Производитель / Producent / Výrobce / Gyártó / Výrobca / Izdelovalec / Производител / Producător / Tootja / Ražotājs / Gamintojas / 制造商 / 제조업체 / 製造商 / Produsen / Proizvođač / Произвођач / Производител

 Authorized Representative in the European Community / Mandataire européen / Bevollmächtigter in der Europäischen Gemeinschaft / Rappresentante autorizzato nella Comunità Europea / Representante autorizado en la Comunidad Europea / Representante autorizado na Comunidade Europeia / Geautoriseerd vertegenwoordiger in de Europese Gemeenschap / Godkendt repræsentant i EU / Valtuutettu edustaja Euroopan yhteisössä / Auktoriserad representant inom den Europeiska gemenskapen / Autorisert EU-representant / Εξουσιοδοτημένος αντιπρόσωπος στην Ευρωπαϊκή Ένωση / Avrupa Topluluğundaki Yetkili Temsilci / Официальный представитель в Европейском Сообществе / Autoryzowany przedstawiciel we Wspólnocie Europejskiej / Oprávněný zástupce v Evropských společenstvích / Hivatalos képviselet az Európai Közösségben / Oprávnený zástupca v Európskom spoločenstve / Pooblaščeni predstavnik za Evropsko skupnost / Упълномощен представител в Европейския съюз / Reprezentant autorizat in Comunitatea Europeană / Volitatud esindaja Euroopa Ühenduses / Pilnvarotais pārstāvis Eiropas Kopienā / Įgaliotasis atstovas Europos Bendrijoje / 欧盟授权代表 / European Community 공식 판매업 / 歐洲共同體授權代表 / Perwakilan Resmi Komunitas Eropa / Ovlašteni predstavnik u Europskoj zajednici / Овлашћени представник за Европску заједницу / Овластен претставник во Европската заедница

WARNING: This is a controlled proprietary and confidential document. Verify revision prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL  BWI-INN00016765



Date of Manufacture / Date de fabrication / Herstellungsdatum / Data di fabbricazione / Fecha de fabricación / Data de fabrico / Productiedatum / Fremstillingsdato / Valmistuspäivä / Tillverkningsdatum / Produksjonsdato / Ημερομηνία κατασκευής / Üretim Tarihi / Дата изготовления / Data produkcji / Datum výroby / Gyártás dátuma / Dátum výroby / Datum izdelave / Дата на производство / Data fabricaţiei / Tootmiskuupäev / Izgatavošanas datums / Pagaminimo data / 制造日期 / 제조일자 / 製造日期 / Tanggal Produksi / Datum proizvodnje / Дата на производство



Pin Connector / Connecteur à broche / Stiftverbinder / Connettore a pin / Conector de terminales / Conector de pinos / Pinconnector / Hanstik / Nastaliitin / Stiftkontakt / Hann-nålekontakt / Σύνδεσμος ακίδων / Pin Konektörü / Штыревой разъем / złącze pinowe / Kolíkový konektor / Tűs csatlakozó dugó / Pinový konektor / vtični konektor / пин конектор / Conector cu pini / Pistikühendus / Kontaktu savienotājs / Šakučių jungtis / 针连接器 / 핀 커넥터 / 針連接器 / Konektor Pin / Iglični priključak / Игличен приклучувач / Приклучок со иглички



Electrodes / Électrodes / Elektroden / Elettrodi / Electrodos / Eléctrodos / Elektroden / Elektroder / Elektrodit / Elektroder / Elektroder / Ηλεκτρόδια / Elektrotlar / Количество электродов / Elektrody / Elektródák / Elektródy / Elektrode / Електроди / Electrozi / Elektroodid / Elektrodi / Elektrodai / 电极 / 전극 / 電極 / Elektroda / Elektrode / Електроде / Електроди

SPACING    mm

Spacing / Écartement / Intervall / Spaziatura / Espaciado / Espaçamento / Afstand / Afstandsstykker / Расстояние между электродами / Väli / Avstånd / Mellomrom / Απόσταση / Aralık / Odstęp / Mezera / Távolság / Rozstupy / Razmik / Пространство / Distanţă / Vahekaugus / Attālums / Tarpiniai / 间隔 / 간격 / 間隔 / Pengaturan Jarak / Razmak / Размак / Растојание



Pairs / Paires / Paare / Elektrodenpaare / Paia / Pares / Pares / Paar / Par / Parit / Par / Par / Ζεύγη / Çift olarak / Пары / Pary / Páry / Elektródapárok / Páry / Pari / Двойки / Perechi / Paar / Pāri / Poros / 对 / 쌍 / 電極對 / Pasangan / Parovi / Парови / Парови



Curve Type. Refer to label for colored circle containing applicable curve. / Type de courbure. Consulter l'étiquette pour connaître la courbure applicable indiquée dans le cercle de couleur. / Gekrümmt. Der farbige Kreis auf dem Etikett zeigt die entsprechende Krümmung an. / Tipo di curva. Consultare l'etichetta del cerchio colorato contenente la curvatura applicabile. / Tipo de curva. Consulte la etiqueta para ver el círculo coloreado que contiene la curva aplicable. / Tipo de curva. Consulte o círculo colorido da etiqueta que contém a curva aplicável. / Curvetype. Raadpleeg het etiket voor de gekleurde cirkel met het betreffende curvetype. / Kurvetype. Se mærkaten for farvet cirkel indeholdende gældende kurve. / Käyrätyyppi. Katso soveltaivan käyrän sisältävän värillisen ympyrän etikettiä. / Kurvtyp. Se etikett för färgad cirkel med tillämpliga kurvor. / Kurvetype. Se etiketten for farget sirkel med passende kurve. / Τύπος καμπύλης. Ανατρέξτε στην ετικέτα για το χρωματιστό κύκλο που περιέχει την ισχύουσα καμπύλη. / Kıvrım Tipi. Uygulanabilir kıvrımı içeren renkli halka için etikete bakınız. / Тип кривой. Найдите на этикетке цветной кружок с подходящей кривой. / Тип zakrzywiony. Informacje o krzywiźnie znajdują się w kolorowym kółku na etykiecie. / Zakřivený typ. Příslušné zakřivení je uvedeno v barevném kroužku na štítku. / Görbület típusa. Nézze meg a címkén a színes kört, amely az alkalmazandó görbét tartalmazza. / Typ zakrivenia. Príslušné zakrivenie je uvedené vo farebnom krúžku na štítku. / Vrsta ukrivljenosti. Upoštevajte etiketo za obarvani krog, ki vsebujejo ustrezno ukrivljenost. / Tip izvijaka. Vižte etiketa za occветения кръг, съдържащ съответната извивка. / Tipul curbei. Consultaţi eticheta pentru cercul colorat ce conţine curba corespunzătoare. / Kõveruse tüüp. Vaadake etikettilt värvilise ringiga tähistatud kõveruse tüüpi. / Līknes tips. Skatiet uzlīmi ar krāsaino riņķi, kas satur pielietojamo līkni. / Kreivės tipas. Etiketėje žr. spalvotą žiedą, kuriame nurodyta kreivė. / 曲线类型. 请参阅包含适用曲线的彩色圆圈。请参考标签。/ 곡선형. 레이블에서 적용 가능한 곡선이 포함된 색상 원을 참조하십시오. / 弯曲類型. 請參閱圖標籤中的適色圈圈, 其中包含適用的彎曲類型。/ Jenis Kurva. Silakan rujuk ke label untuk kurva yang berlaku. / Tip zakrivljenosti. Pogledajte obojeni krug na naljepnici, koji označava odgovarajuću zakrivljenost. / Тип на крива. Прочитајте ја етикетата за информации за врска со обоениот круг што содржи соодветна крива. / Погледнете ги на ознаци обоени круг кои садржи применљиву криву.

NON NAV

Not a Navigational Catheter / Ceci n'est pas un cathéter de navigation / Kein Navigationskatheter / Catetere non di navigazione / No es un catéter de navegación / Não é um cateter de navegação / Geen navigatiekatheter / Ikke et navigerende kateter / Ei navigointikatetri / Ingen navigationskateter / Ikke et navigerende kateter / Δεν είναι καθετήρας περιήγησης / Navigasyon kateteri değildir / He является навигационным катетером / Nie jest to cewnik nawigacyjny / Nejedná se o navigační katétr / Nem térképező katéter / Nie je navigačným katétrom / Ni navigacijski kateter / He е навигационен катетър / Nu este un cateter de navigație / Mittenavigeeritav kateeter / Tai ne navigacinis kateteris / 不是导航导管 / 탐색 카테터 아님 / 不是導航型導管 / Bukan Kateter Navigasional / Nije navigacijski kateter / HE е навигациони катетер / Није навигациони катетер

C3

Compatible with CARTO™ 3 EP Navigation System / Compatible avec le système de navigation CARTO™ 3 EP / Kompatibel mit CARTO™ 3 EP Navigationssystem / Compatibile con il sistema di navigazione CARTO™ 3 EP / Compatible con el sistema de Navegación CARTO™ 3 EP / Compatível com o Sistema de Navegação CARTO™ 3 EP / Compatibel met CARTO™ 3 EP-navigatiesysteem / Kompatibel med CARTO™ 3 EP-navigationssystem / Yhteensopiva CARTO™ 3 EP -navigaatiojärjestelmän kanssa / Kompatibel med CARTO™ 3 EP navigationssystem / Kompatibel med CARTO™ 3 EP-navigeringssystem / Συμβατό με το σύστημα πλοήγησης CARTO™ 3 EP / CARTO™ 3 EP Navigasyon Sistemiyle Uyumludur / Совместим с навигационной системой CARTO™ 3 EP / Kompatybilny z systemem nawigacyjnym CARTO™ 3 EP / Kompatibilní s navigačním systémem CARTO™ 3 EP / Съвместим с навигационна система CARTO™ 3 EP / Compatibil cu sistemul de navigare CARTO™ 3 EP / Ühildub navigatsioonisüsteemiga CARTO™ 3 EP / Saderīgs ar CARTO™ 3 EP navigācijas sistēmu / Galima naudoti su „CARTO™ 3 EP" navigacijos sistema / 与 CARTO™ 3 EP导航系统兼容 / CARTO™ 3 EP 내비게이션 시스템과 호환 / 與 CARTO™ 3 EP 導航系統相容 / Kompatibel dengan Sistem Navigasi EP 3 CARTO™ /Kompatibilan s CARTO™ 3 EP navigacijskim sustavom / Компатибилан са CARTO™ 3 EP навигационим системом / Компатибилен со ЕФ систем за навигација CARTO™ 3 / Компатибилен со CARTO™ 3 EP навигационим системом

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.                    Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                                                BWI-INN00016766



Compatible with CARTO™ XP EP Navigation System / Compatible avec le système de navigation CARTO™ XP EP / Kompatibel mit CARTO™ XP EP Navigationssystem / Compatibile con il sistema di navigazione CARTO™ XP EP / Compatible con el sistema de navegación CARTO™ XP EP / Compatível com o Sistema de Navegação CARTO™ XP EP / Compatibel met CARTO™ XP EP -navigatiesysteem / Kompatibel med CARTO™ XP EP-navigationssystem / Yhteensopiva CARTO™ XP EP -navigaatiojärjestelmän kanssa / Kompatibel med CARTO™ XP EP navigationssystem / Compatible med CARTO™ XP EP-navigeringssystem / Συμβατό με το σύστημα πλοήγησης CARTO™ XP EP / Compatible CARTO™ XP EP Navigasyon Sistemiyle Uyumludur / Совместим с навигационной системой CARTO™ XP EP / Kompatybilny z systemem nawigacyjnym CARTO™ XP EP / Kompatibilní s navigačním systémem CARTO™ XP EP / Kompatibilis a CARTO™ XP EP navigációs rendszerrel / Kompatibilné s navigačným systémom CARTO™ XP EP / Združljivo z navigacijskim sistemom CARTO™ XP EP / Съвместим с навигационната система CARTO™ XP EP / Compatibil cu sistemul de navigare CARTO™ XP EP / Ühildub navigatsioonisüsteemiga CARTO™ XP EP / Saderīgs ar CARTO™ XP EP navigācijas sistēmu / Galima naudoti su „CARTO™ XP EP" navigacijos sistema / 与 CARTO™ XP EP导航系统兼容 / CARTO™ XP EP내비게이션 시스템과 호환 / 與 CARTO™ XP EP 導航系統相容 / Kompatibel dengan Sistem Navigasi CARTO™ XP EP / Kompatibilan s navigacijskim sustavom CARTO™ XP EP / Компатибилен со ЕФ систем за навигација CARTO™ XP / Компатибилан са CARTO™ XP EP навигационим системом

 only

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician. / Attention : Selon la loi fédérale américaine, cet appareil ne peut être vendu que par un médecin ou sur prescription médicale. / Achtung: Laut Gesetz ist der Verkauf dieses Produkts in den USA nur auf ärztliche Anordnung gestattet. / Attenzione: la legge federale (USA) limita la vendita di questo dispositivo ai medici o dietro prescrizione medica. / Precaución: Las leyes federales de los EE. UU. permiten la venta de este dispositivo sólo a un médico o con receta médica. / Atenção: A lei federal dos EUA limita a venda deste dispositivo a médicos ou mediante prescrição destes. / Waarschuwing: Krachtens de federale wetgeving (in de VS) mag dit hulpmiddel uitsluitend door of op voorschrift van een arts worden verkocht. / Bemærk! Amerikansk lov begrænser denne anordning til salg af eller på bestilling af en læge. / Huomautus: Yhdysvaltain liittovaltionlain mukaan tämän laitteen saa myydä ainoastaan lääkäri tai lääkärin määräyksestä. / Obs! Enligt amerikansk federal lagstiftning får denna produkt endast säljas av eller på order av läkare. / Obs: Ifølge amerikansk føderal lovgivning kan dette utstyret kun utstyres kun selges av, eller på bestilling fra, en lege. / Προσοχή: Η ομοσπονδιακή νομοθεσία (των Η.Π.Α.) περιορίζει την πώληση της συσκευής αυτής μόνο σε ιατρό ή κατόπιν εντολής ιατρού. / Dikkat: Federal Yasa (ABD) bu cihazın satışını, doktor tarafından veya doktor tavsiyesiyle gerçekleşecek şekilde sınırlar. / Предостережение: федеральный закон (США) допускает продажу данного устройства только врачами или по их заказу. / Przestroga: Prawo federalne (USA) zezwala na sprzedaż tego urządzenia wyłącznie lekarzom lub na zlecenie lekarza. / Upozornění: Federální zákony USA omezují prodej tohoto zařízení na prodej lékařem nebo na lékařský předpis. / Figyelem! Az Amerikai Egyesült Államok törvényei ezen eszköz beszerzését csak orvosoknak, valamint orvosi rendeletre engedélyezik. / Upozornenie: Federálne zákony (USA) obmedzujú predaj tohto zariadenia len lekárom alebo na objednávku lekára. / Pozor: Zvezno pravo (ZDA) predpisuje, da sme to napravo prodajati oz. naročiti le zdravnik. / Внимание: Федералните закони (на САЩ) ограничават продажбата на това приспособление от или по поръчка на лекар. / Atenţie: Legea federală (S.U.A) autorizează vânzarea acestui dispozitiv numai de către un medic sau la ordinul acestuia. / Ettevaatust! Föderaalsete (USA) seaduste kohaselt võib käesolevat seadet müüa vaid arst või tohib seda teha ainult arst tellimusel. / Uzmanību: Federālais (ASV) likums ierobežo šīs ierīces pārdošanu tikai medbatasi alat ini untuk dijual oleh atau berdasarkan. / Oprez: Savezni zakon (SAD) ograničava prodaju ovog uređaja na liječnika ili prema njegovom nalogu. / Опрез: Савезни закон (САД) ограничава продају овог уређаја на продају од стране или по налогу лекара. / Внимание: Федералното право на САД ја ограничува продажбата на овој уред; имено, уредот може да биде продаден само на лекар или по наравчка на лекар.



Temperature Limit / Limite de température / Temperaturgrenze / Limite di temperatura / Límite de temperatura / Limite de temperatura / Temperatuurlimiet / Temperaturgrænse / Lämpötilaraja / Temperaturgräns / Temperaturgrense / Όριο θερμοκρασίας / Sıcaklık Limiti / Предельно допустимая температура / Limit temperatury / Teplotní limit / Hőmérsékleti határérték / Teplotný rozsah / Temperaturna omejitev / Температурно ограничение / Limită de temperatură / Temperatuuri piirnorm / Temperatūras ierobežojums / Temperatūros ribos / 温度限值 / 온도 한도 / 溫度限制 / Batasan Suhu / Ograničenje temperature / Температурно ограничење / Ограничување на температурата



The electrical and electronic product contains no hazardous substance; they are green and environment-friendly products; can be recycled after being discarded and shall not be abandoned at discretion. (applicable to China only per SJ/T 11364-2014) / Ce produit électrique et électronique ne contient aucune substance dangereuse ; c'est un produit écologique et respectueux de l'environnement ; il peut être recyclé après élimination et ne doit pas être abandonné. (s'applique à la Chine uniquement conformément à la norme SJ/T 11364-2014) / Das elektrische und elektronische Produkt enthält keine Gefahrstoffe, es handelt sich um grüne und umweltfreundliche Produkte, die nach dem Aussondern recycelt werden können und nicht nach Belieben entsorgt werden sollten. (für China nur nach SJ/T 11364-2014 zutreffend) / Questo prodotto elettrico ed elettronico non contiene sostanze pericolose; sono prodotti ecologici e rispettosi dell'ambiente; possono essere riciclati dopo essere stati smaltiti e non devono essere abbandonati a discrezione. (valido per la Cina solo in base a SJ/T 11364-2014) / El producto eléctrico y electrónico no contiene sustancias peligrosas; son productos ecológicos, pueden reciclarse tras desecharse y no se abandonarán a discreción. (aplicable a China solo según SJ/T 11364-2014) / O produto elétrico e eletrônico não contém qualquer substância perigosa; são produtos ecológicos e amigos do ambiente; podem ser reciclados depois de serem eliminados e não devem ser abandonados de forma arbitrária. (aplicável apenas à China de acordo com a SJ/T 11364-2014) / Dit elektrische en elektronische product bevat geen gevaarlijke stoffen, is een groen en milieuvriendelijk product dat na gebruik worden gerecycled en niet naar believen mag worden achtergelaten. (alleen van toepassing in China volgens SJ/T 11364-2014) / Dette elektriske og elektroniske produkt indeholder ingen farlige substanser; de er grønne og miljøvenlige produkter, som kan genbruges efter kassering og ikke skal bortkastes. (gælder kun i Kina i overensstemmelse med SJ/T 11364-2014) / Sähkökäyttöinen ja elektroninen tuote ei sisällä vaarallisia aineita, tuotteet ovat ekologisia ja ympäristöystävällisiä ja ne voidaan kierrättää hävittämisen jälkeen. (koskee Kiinaa vain standardin SJ/T 11364-2014 mukaisesti) / Den elektriska och elektroniska produkten innehåller inga farliga ämnen; det är gröna och miljövänliga produkter, de kan återanvändas efter kassering och ska inte kastas lite som man vill. (tillämplig i Kina endast per SJ/T 11364-2014) / Det elektriske og elektroniske produktet inneholder ingen farlige substanser, de er grønne og miljøvennlige produkter, kan resirkuleres etter kassering og skal ikke bare etterlates. (gjelder kun Kina i henhold til SJ/T 11364-2014) / Τα ηλεκτρικά και ηλεκτρονικά προϊόντα δεν περιέχουν επικίνδυνες ουσίες, είναι οικολογικά και φιλικά προς το περιβάλλον προϊόντα, μπορούν να ανακυκλωθούν μετά την απόρριψή τους δεν θα πρέπει να γίνεται ανεξέλεγκτα. (ισχύει για την Κίνα μόνο σύμφωνα με την SJ/T 11364-2014) / Elektrikli ve elektronik üründe hiçbir tehlikeli madde bulunmaz; ürünler yeşil ve çevre dostudur; imha edildikten sonra tekrar dönüştürülebilir ve keyfi şekilde atılmamalıdır. (Çin için sadece SJ/T 11364-2014 uyarınca geçerlidir) / Электрические и электронные изделия не содержат опасных веществ; они являются экологически чистыми и экологически безвредными изделиями; после отбрасывания их можно перерабатывать и не следует утилизировать по усмотрению. (применимо для Китая только по стандарту SJ/T 11364-2014) / Produkty elektryczne i elektroniczne nie zawierają niebezpiecznych substancji; są one ekologiczne i przyjazne dla środowiska; można je poddać recyklingowi po zużyciu i należy je wyrzucać do stosownych pojemników. (dotyczy wyłącznie Chin, zgodnie z normą SJ/T 11364-2014) / Elektrický a elektronický produkt neobsahující žádné nebezpečné látky; je ekologický a šetrný k životnímu prostředí; může být recyklován a nesmí být vyhazován do komunálního odpadu. (podle SJ/T 11364-2014 platí pouze pro Čínu) / Az elektromos és elektronikai nem tartalmaznak veszélyes anyagokat; zöld, arazi környezetbarát termékek, amelyek selejtezés után újrahasznosíthatók, így esajt betétek szerinti lerakásuk tilos. (Csak Kínára vonatkozik az SJ/T 11364-2014. szerint) / Tento elektrický a elektronický výrobok neobsahuje žiadne nebezpečné látky, je ekologický a šetrný k životnému prostrediu, po skončení používania ho možno recyklovať a je zakázané sa ho ľubovoľne zbavovať (platí len pre Čínu podľa normy SJ/T 11364-2014) / Električni in elektronski izdelki ne vsebujejo nevarnih snovi; gre za ekološke in okolju prijazne izdelke, ki jih je po odstranitvi mogoče reciklirati in ki jih ni dovoljeno zavreči po lastni presoji (za Kitajsko velja samo v skladu s standardom SJ/T 11364-2014) / Електрическите и електронните продукти не съдържат опасни субстанции; те са "зелени" и природосъобразни продукти; могат да бъдат рециклирани след като са изхвърлени и не трябва да бъдат оставяни под надзор. (приложимо е за Китай само според SJ/T 11364-2014) / Produsul electric și electronic nu conține nicio substanță periculoasă; ele sunt produse verzi și ecologice; pot fi reciclate după ce sunt aruncate și nu trebuie abandonate după dorință. (aplicabil pentru China numai conform SJ/T 11364-2014) / Elektri- ja elektroonikaseade ei sisalda ohtlikke

M-5276-207M

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revisión mas actualizada.
Release Date: 11/1/2019

CONFIDENTIAL
BWI-INN00016767

aineid; need on rohelised ja keskkonnasõbralikud tooted; pärast kasutusest kõrvaldamist ringlussevõetavad ning neid ei visata ära oma äranägemisel. (Kehtib ainult Hiinas SJ/T 11364-2014 alusel) / Elektriskie un elektroniskie izstrādājumi nesatur bīstamas vielas; tie ir videi draudzīgi un nekaitīgi ražojumi; tos var pārstrādāt pēc izmešanas atkritumos un tos nedrīkst patvaļīgi atstāt nomestus bez uzraudzības. (piemērojams tikai Ķīnā saskaņā ar SJ/T 11364-2014) / Elektros ir elektronikos produkte nėra pavojingų medžiagų, tai aplinkai nekenkiantys produktai, išmetus juos galima perdirbti ir jų nereikia išmesti bet kur. (Tinka Kinijai tik pagal SJ/T 11364-2014) /本电气电子产品不含有害物质；这些产品是绿色环保产品；在丢弃后可回收利用。 不得随意丢弃。（根据 SJ/T 11364-2014，仅适用于中国）/ 이 전기 및 전자 제품은 유해 물질이 포함되지 않은 친환경 녹색 제품입니다. 폐기 후 재활용할 수 있으니 임의로 버리지 마십시오. (SJ/T 11364-2014에 따라 중국에만 해당) / 電氣和電子產品不包含任何有害物質；是綠色、環保產品，棄置後可回收，且不應隨意丟棄。（根據 SJ/T 11364-2014 只能在中國使用）/ Produk listrik dan elektronik ini tidak mengandung zat berbahaya; produk ini ramah lingkungan; dapat didaur ulang setelah dibuang, dan tidak boleh ditinggalkan. (hanya berlaku di Tiongkok menurut SJ/T 11364-2014) / Električni i elektronički proizvodi ne sadrže nikakve opasne tvari; ekološki su i prihvatljivi za okoliš; mogu se reciklirati nakon zbrinjavanja i ne smiju se bacati u tajnosti. (vrijedi samo u Kini za SJ/T 11364-2014) / Електричниот и електронскиот производ не содржат штетна супстанција, тие се еколошки производи, може да се рециклираат откако ќе се фрлат во отпад и нема да бидат оставени некаде според нечиј слободен избор. (важи само за Кина во согласност со SJ/T 11364-2014) / Електричан и електронски производ не садржи опасне супстанце; ово су зелени и еколошки прихватљиви производи; могу да се рециклирају након престанка употребе и не смеју се бацати у отпад. (односи се само на Кину по стандарду SJ/T 11364-2014)

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.                     Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                               BWI-INN00016768

## LASSO® Deflectable Circular Mapping Catheter

- **STERILE. Sterilized using ethylene oxide.**
- **For one single use only.**
- **Do not autoclave.**
- **Do not use if the package is open or damaged.**
- **CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.**

**CATHETER DESCRIPTION**
The Biosense Webster LASSO® Deflectable Circular Mapping Catheter has been designed to facilitate electrophysiological mapping of the atria of the heart. It is deployed in the right or left atrium through an 8 F guiding sheath, similar to Biosense Webster 's PREFACE® Guiding Sheaths. This deflectable catheter consists of a 3 F circular spine on its distal tip, with platinum electrodes that can be used for stimulation and recording. Models are available with different circular spine diameters. By pushing forward on the catheter thumbknob, the tip is deflected; when the thumbknob is pulled back, the catheter tip straightens.

**The catheter interfaces with standard recording equipment via interface cables with the appropriate connectors.**

**CONSULT THE LOCAL DISTRIBUTOR OR MANUFACTURER FOR THE APPROPRIATE INTERFACE CABLES.**

**INDICATIONS**
The catheter is indicated for multiple electrode electrophysiological mapping the cardiac structures of the heart, i.e. recording or stimulation only. The Biosense Webster LASSO® Circular Mapping Catheter is designed to obtain electrograms in the atrial region of the heart.

**CONTRAINDICATIONS**
- The Biosense Webster LASSO® Circular Mapping Catheter has not been shown to be safe and effective for radio frequency (RF) ablation.
- Use of the catheter may not be appropriate for use in patients with prosthetic valves. A relative contraindication for cardiac catheter procedures is active systemic infection.
- The transseptal approach is contraindicated in patients with left atrial thrombus or myxoma, or interatrial baffle or patch.
- The retrograde approach is contraindicated because of risk of entrapping the LASSO® in the left ventricle or valvular apparatus. The LASSO® is not recommended for use in the ventricles.

**WARNINGS**
- Cardiac catheterization procedures present the potential for significant x-ray exposure, which can result in acute radiation injury as well as increased risk for somatic and genetic effects, to both patients and laboratory staff due to the x-ray beam intensity and duration of the fluoroscopic imaging.
- Cardiac catheterization should only be performed after adequate attention has been given to the potential radiation exposure associated with the procedure, and steps taken to minimize this exposure.
- Careful consideration must be given for the use of this catheter in pregnant women.
- Do not immerse the proximal handle or cable connector in fluids; electrical performance could be affected.
- Do not expose the catheter to organic solvents such as alcohol.
- Do not autoclave the catheter.
- Do not introduce LASSO® Catheter tip folded into the guiding sheath.
- The LASSO® Deflectable Circular Mapping Catheter is recommended for use with the Biosense Webster PREFACE® Braided Guiding Sheath.

  Note: Do not use the LASSO® Deflectable Circular Mapping Catheter in conjunction with transseptal sheaths featuring side holes larger than 1.25 mm in diameter.

**PRECAUTIONS**
- Store in a cool, dry, dark place.
- Do not attempt to operate the Biosense Webster LASSO® Circular Mapping Catheter prior to completely reading and understanding these Instructions for Use.
- Cardiac catheterization procedures should be performed by appropriately trained personnel in a fully equipped electrophysiology laboratory.
- Careful manipulation must be performed in order to avoid cardiac damage, perforation, or tamponade. Catheter advancement and placement should be done under fluoroscopic guidance through a guiding sheath. Do not use excessive force to advance or withdraw the catheter through the guiding sheath when resistance is encountered. In addition, extra care should be taken while inserting, aspirating and manipulating the guiding sheath.
- The sterile packaging and catheter should be inspected prior to use.
- The Biosense Webster LASSO® Circular Mapping Catheter is intended for single patient use only.
- Do not resterilize and reuse.
- This device is packaged and sterilized for single use only. Do not reuse, reprocess or resterilize. Reuse, reprocessing, or resterilization may compromise the structural integrity of the device and/or lead to device failure that in turn may result in patient injury, illness or death. Also, reprocessing or resterilization of single use devices may create a risk of contamination and/or cause patient infection or cross-infection, including, but not limited to, the transmission of infectious disease(s) from one patient to another. Contamination of the device may lead to injury, illness, or death of the patient.

M-5276-207M

**WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.**
**AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.**        **Release Date: 11/1/2019**

CONFIDENTIAL                                                                        BWI-INN00016769

English

- Always pull the thumbknob of the catheter back before insertion or withdrawal to assure that the catheter tip assumes its original shape.

- To place LASSO® catheter, torque (or rotate) shaft in a clockwise motion only.

**"USE BY" DATE**
- This catheter is sterilized with ethylene oxide gas.

- Do not use if the package is open or damaged.

- Use the device prior to the "Use By" date on the package label.

**DISPOSAL**
Recycle components, or dispose of the product and its residual elements or waste items in accordance with local laws and regulations.

**SUGGESTED INSTRUCTIONS FOR USE**
- Remove the catheter from its package and place it in a sterile work area.

- Follow standard practice for vessel puncture, guidewire insertion and guiding sheath use and aspiration per its Instructions for Use.

- Connect the interface connectors to the appropriate recording equipment.

- Confirm that the thumbknob is pulled back completely before insertion. Advance the catheter through the guiding sheath to the area of the endocardium under investigation. Use both fluoroscopy and electrograms to aid in proper positioning. Adjust the radius of curvature as necessary by manipulating the thumbknob. Pushing the thumbknob forward causes the catheter tip to bend (curve); when the knob is pulled back, the tip straightens.

- To place LASSO® catheter, (or rotate) shaft in a clockwise motion only.

- Prior to removal of the catheter, confirm that the thumbknob has been pulled back completely. Remove the catheter through the guiding sheath and dispose of it in an appropriate manner. Remove the guiding sheath, vessel dilator and guidewire as a unit per its Instructions for Use. Do not resterilize and reuse.

- If there are any questions regarding the use or performance of this product, please consult with the local distributor or the manufacturer.

**ADVERSE REACTIONS**
A number of serious adverse reactions have been documented for cardiac catheterization procedures including pulmonary embolism, myocardial infarction, stroke, cardiac tamponade, and death.

The following complications associated with cardiac catheterization have also been reported in the literature: vascular bleeding, local hematomas, thrombosis, AV fistula, pseudoaneurysm, thromboembolism, vasovagal reactions, cardiac perforation, air embolism, arrhythmias, valvular damage, pneumothorax and hemothorax.

**DISCLAIMER OF WARRANTY AND LIMITATION OF LIABILITY**

THERE IS NO EXPRESS OR IMPLIED WARRANTY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ON THE PRODUCT(S) DESCRIBED HEREIN. UNDER NO CIRCUMSTANCES SHALL BIOSENSE WEBSTER, INC., OR ITS AFFILIATED COMPANIES, BE LIABLE FOR ANY SPECIAL, DIRECT, INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES OTHER THAN AS EXPRESSLY PROVIDED BY APPLICABLE LAW.

WITHOUT LIMITING THE FOREGOING, BIOSENSE WEBSTER, INC. OR ITS AFFILIATED COMPANIES, SHALL NOT BE LIABLE FOR ANY SPECIAL, DIRECT, INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES, ARISING OUT OF THE REUSE OF ANY PRODUCT(S) LABELED FOR SINGLE USE OR WHERE REUSE IS PROHIBITED BY APPLICABLE LAW.

Descriptions and specifications appearing in Biosense Webster , Inc. printed matter, including this publication, are informational only and meant solely to generally describe the product(s) at the time of manufacture and are not made or given as a warranty of the prescribed product(s) in any way.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL
                                                                                                          BWI-INN00016770

Français

## Cathéter flexible pour cartographie circulaire LASSO®

- **STÉRILE. Stérilisé à l'oxyde d'éthylène.**
- **Pour usage unique seulement.**
- **Ne pas stériliser à l'autoclave.**
- **Ne pas utiliser si l'emballage est ouvert ou endommagé.**
- **PRÉCAUTION : la réglementation fédérale américaine stipule que ce dispositif ne peut être vendu que par un médecin ou sur ordonnance.**

**DESCRIPTION DU CATHÉTER**

Le cathéter flexible pour les cartographies circulaires LASSO® de Biosense Webster a été conçu pour faciliter les cartographies électrophysiologiques des oreillettes du cœur. Il se déploie dans l'oreillette gauche ou droite à l'aide d'une gaine guide 8 F, semblable aux gaines PREFACE® de Biosense Webster . Ce cathéter flexible consiste à une épine circulaire 3 F chez l'extrémité distale avec des électrodes de platine qui peut s'utiliser pour stimuler ou enregistrer de l'information. Les modèles sont disponibles en plusieurs diamètres. Lorsqu'on pousse en avant le bouton, l'embout est fléchi (se courbe) ; lorsqu'on le pousse en arrière, l'embout redresse.

Le cathéter se connecte aux raccordements standard via des câbles d'interface avec les connecteurs appropriés.

**POUR CONNAÎTRE LES CÂBLES D'INTERFACE NÉCESSAIRES, S'ADRESSER AU FABRICANT OU AU DISTRIBUTEUR LOCAL.**

**INDICATIONS**

Le cathéter flexible est indiqué pour les cartographies électrophysiologiques à électrodes multiples des structures cardiaques ; c'est à dire, uniquement pour stimuler ou enregistrer de l'information. Le cathéter LASSO® a été conçu pour obtenir des électrogrammes de la région auriculaire du cœur.

**CONTRE-INDICATIONS**

- Le cathéter flexible pour cartographie circulaire LASSO® de Biosense Webster n'a pas prouvé son efficacité dans l'ablation par radiofréquence (RF).

- L'utilisation du cathéter chez le patients avec une valve prothétique peut être inapproprié. Il y a un contre-indication relative pour les patients souffrant d'une infection généralisée évolutive.

- La méthode trans-aortique ne doit pas être utilisé chez les patients ayant subi un thrombus atrial gauche ou myxome, ou une cloison ou plaque inter auriculaire.

- La méthode rétrograde est contre-indiquée à cause du risque d'emprisonnement du cathéter LASSO® dans le ventricule gauche ou le système valvulaire. Le cathéter LASSO® n'est pas recommandé pour être utilisé dans les ventricules.

**AVERTISSEMENTS**

- Les procédures de cathétérisme cardiaque présentent un danger potentiel causé pas l'exposition à une haute dose de rayons X pouvant provoquer radiolésions aiguës ainsi qu'un risque accru d'effets somatiques et génétiques, à la fois pour le patient et le personnel de laboratoire à cause de l'intensité des rayons X et de la durée de l'imagerie radioscopique.

- Le cathétérisme ne doit être effectué qu'après avoir soigneusement pesé le danger causé par l'exposition aux rayons X lié à la procédure et avoir pris des mesures pour minimiser cette exposition.

- L'utilisation de ce cathéter chez la femme enceinte doit être envisagée avec prudence.

- Ne pas plonger la poignée proximale ou le connecteur dans des liquides pour ne pas affecter la performance électrique.

- Ne pas exposer le cathéter à des solvants organiques comme l'alcool.

- Ne pas stériliser à l'autoclave.

- Ne pas introduire le cathéter LASSO® plié dans la gaine guide.

- Il est recommandé d'utiliser le cathéter flexible LASSO® pour cartographies circulaires avec la gaine guide tressée PREFACE® de Biosense Webster .
  Remarque: Ne pas utiliser le cathéter flexible LASSO® pour cartographies circulaires avec des gaines transseptale à orifices latéraux d'un diamètre supérieur à 1,25 mm.

**PRÉCAUTIONS**

- Conserver dans un endroit sec et frais, à l'abri de la lumière.

- Ne pas essayer d'utiliser le cathéter flexible pour cartographie circulaire LASSO® de Biosense Webster avant d'avoir lu et compris les directives applicables dans leur intégralité.

- Les procédures de cathétérisme cardiaque ne peuvent être effectués que par du personnel ayant reçu la formation nécessaire et dans un laboratoire entièrement équipé.

- Afin d'éviter le risque de lésions, perforations ou tamponnade cardiaques, manipuler soigneusement. L'avancement et le positionnement du cathéter doivent s'effectuer sous examen radioscopique à travers un introducteur-guide. Ne pas exercer une force excessive pour faire avancer ou redresser le cathéter à l'intérieur de l'introducteur-guide si l'on rencontre une résistance. Des soins particuliers doivent par ailleurs être apportés à l'insertion, l'aspiration et la manipulation de l'introducteur-guide.

- L'emballage stérile du cathéter doit être examiné avant d'utiliser le cathéter.

- Le cathéter flexible pour cartographie circulaire LASSO® de Biosense Webster ne doit être utilisé que sur un seul patient.

- Ne pas restériliser ni réutiliser les cathéters.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

Release Date: 11/1/2019

M-5276-207M

CONFIDENTIAL

BWI-INN00016771

Français

- Ce dispositif est conditionné et stérilisé pour être strictement à usage unique. Ne pas réutiliser, retraiter ou restériliser. La réutilisation, le retraitement ou la restérilisation peut compromettre l'intégrité structurelle du dispositif et/ou conduire à un dysfonctionnement du dispositif, lui-même susceptible d'occasionner des lésions, des affections ou le décès du patient. Le retraitement ou la restérilisation des dispositifs à usage unique peut aussi créer un risque de contamination et/ou provoquer des infections ou des infections croisées chez le patient, y compris, mais sans s'y limiter, la transmission de maladie(s) infectieuse(s) d'un patient à un autre. La contamination du dispositif peut conduire à des lésions, à des affections ou au décès du patient.

- Pousser toujours le bouton coulissant du cathéter en arrière avant de l'insérer ou de le redresser, pour s'assurer que l'embout reprend sa forme originale.

- Pour positionner le cathéter LASSO®, faire tourner la tige en sens horaire uniquement.

**STÉRILISATION ET DATE DE PÉREMPTION**
- Ce cathéter est stérilisé à l'oxyde d'éthylène.

- Ne pas utiliser si l'emballage est ouvert ou endommagé.

- Utiliser ce dispositif avant la date de péremption.

**MISE AU REBUT**
Recycler les composants ou jeter le produit et ses éléments résiduels ou de déchets conformément aux lois et règlements locaux.

**MODE D'EMPLOI SUGGÉRÉ**

- Retirer le cathéter de son emballage et le placer sur un champ stérile.

- Suivre les directives standard pour la ponction vasculaire, l'insertion du câble guide et l'usage et aspiration de la gaine guide d'après le mode d'emploi.

- Connecter les connecteurs d'interface à l'équipe d'enregistrement approprié.

- S'assurer que le bouton est complètement en arrière avant l'insertion. Insérer le cathéter et le faire progresser dans l'introducteur-guide jusqu'au niveau de l'endocarde qui doit être examiné. L'utilisation conjointe de la radioscopie et des électrogrammes facilite le positionnement. Régler le rayon de courbure si besoin en manipulant le bouton coulissant. Pousser le bouton coulissant vers l'avant courbe l'extrémité du cathéter ; le tirer vers l'arrière redresse l'extrémité du cathéter.

- Pour positionner le cathéter LASSO®, faire tourner la tige en sens horaire uniquement.

- Avant de retirer le cathéter, s'assurer que le bouton coulissant est complètement tiré en arrière. Retirer le cathéter de l'introducteur-guide et le mettre au rebut selon les procédures en vigueur. Retirer l'introducteur-guide, le dilatateur vasculaire et le câble guide comme un ensemble selon le mode d'emploi. Ne pas restériliser ni réutiliser les cathéters.

- Pour toute question concernant l'utilisation ou le fonctionnement de ce produit, s'adresser au distributeur local ou au fabricant.

**RÉACTIONS INDÉSIRABLES**
Un nombre de réactions indésirables graves ont été notées par la littérature en rapport avec les procédures de cathétérisme cardiaque, dont : l'embolie pulmonaire, l'infarctus du myocarde, l'ictus, la tamponnade cardiaque, voire la mort.

Les complications suivantes associées au cathétérisme cardiaque sont également documentées : hémorragie vasculaire, hématomes locaux, thrombose, fistule auriculo-ventriculaire, pseudo-anévrysme, thromboembolie, réactions vaso-vagales, perforation cardiaque, embolie gazeuse, arythmies, lésions valvulaires, pneumothorax, hémothorax.

**DÉNI DE GARANTIES ET LIMITATION DE RESPONSABILITÉ**

**LE OU LES PRODUITS DÉCRITS DANS LES PRÉSENTES NE SONT COUVERTS PAR AUCUNE GARANTIE EXPRESSE OU IMPLICITE, CECI INCLUANT, SANS S'Y LIMITER, TOUTE GARANTIE IMPLICITE DE QUALITÉ MARCHANDE OU D'ADAPTATION À UN USAGE PARTICULIER. EN AUCUN CAS BIOSENSE WEBSTER, INC. NE SERA TENUE RESPONSABLE DES DOMMAGES DIRECTS, INDIRECTS, CONSÉCUTIFS OU SPÉCIAUX, AUTRES QUE CEUX EXPRESSÉMENT PRÉVUS PAR LA LOI EN VIGUEUR.**

**SANS SE LIMITER À CE QUI PRÉCÈDE, BIOSENSE WEBSTER, INC. ET SES SOCIÉTÉS ASSOCIÉES, NE SERONT TENUES RESPONSABLES D'AUCUN DOMMAGE DIRECT, INDIRECT, CONSÉCUTIF OU SPÉCIAL PROVENANT DE LA RÉUTILISATION D'UN OU DES PRODUITS ÉTIQUETÉS POUR USAGE UNIQUE OU DONT LA RÉUTILISATION EST INTERDITE PAR LES LOIS APPLICABLES.**

Les descriptions et spécifications techniques figurant dans la documentation Biosense Webster , Inc., y compris cette publication, sont fournies à titre d'information et visent uniquement à décrire de façon générale le produit au moment de sa fabrication et ne constituent une garantie expresse en aucune manière.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016772

Deutsch

## LASSO® Ablenkbarer runder Mapping-Katheter

- **STERIL. Mit Ethylenoxid sterilisiert.**
- **Einwegerzeugnis.**
- **Nicht Autoklavieren.**
- **Nicht benutzen, falls die Verpackung offen oder beschädigt ist.**
- **ACHTUNG: Laut Bundesgesetz der USA darf dieses Gerät ausschließlich von der auf Anordnung eines Arztes verkauft werden.**

**BESCHREIBUNG DES KATHETERS**
Der ablenkbare runde Mapping-Katheter von Biosense Webster LASSO® wurde zur Vereinfachung des elektrophysiologischen Mappings der Herzvorhöfe entwickelt. Er wird in den rechten oder in linken Vorhof durch eine 8 F Führungshülle eingeführt, die der Führungshülle Biosense Webster `s PREFACE® ähnelt. Dieser ablenkbare Katheter besteht aus einem runden Stachel 3 F auf seiner distalen Spitze mit Platinelektroden, die für die Stimulierung und die Aufzeichnung verwendet werden können. Es sind Modelle mit unterschiedlichem Durchmesser des runden Stachels lieferbar. Beim Vorschieben des Daumenknopfs auf dem Katheter wird der Stachel abgelenkt; beim Zurückziehen des Daumenknopfs ist der Stachel des Katheters gerade.

*Der Katheter wird mit entsprechenden Steckverbindungen über Verbindungskabel an die Standardaufzeichnungsgeräte angeschlossen.*

**WENDEN SIE SICH FÜR DIE GEEIGNETEN VERBINDUNGSKABEL AN DEN VERTRIEB VOR ORT ODER AN DEN HERSTELLER.**

**INDIKATION**
Der Katheter eignet sich für das elektrophysiologische Mapping der Herzstruktur mit multiplem Katheter, das heißt für die Aufzeichnung oder nur für die Stimulierung. Der Katheter von LASSO® wurde für die Erstellung von Elektrogrammen der Herzvorhöfe entwickelt.

**GEGENINDIKATIONEN**
- Die Sicherheit und die Effizienz des runden Mapping-Katheters von Biosense Webster LASSO® für die Funkfrequenzablation (RF) ist nicht erwiesen.

- Bei Patienten mit künstlichen Herzklappen wird von der Benutzung des Katheters abgeraten. Aktive systemische Infektion ist eine Gegenindikation für Herzkatheterverfahren.

- Bei Patienten mit Thrombus oder Myxom des linken Vorhofes oder interatrialen Veränderungen ist das transseptale Verfahren contraindiziert.

- Das retrograde Verfahren ist aufgrund der Gefahr des Verfangens des LASSO® in der linken Ventrikel oder in den Herzklappen contraindiziert. Von der Benutzung des LASSO® in den Ventrikeln wird abgeraten.

**WARNUNGEN**
- Herzkatheterisierungsverfahren weisen das Potential für signifikante Röntgenstrahlenaussetzung auf, die aufgrund der Intensität der Röntgenstrahlen und der Dauer der fluoroskopischen Abbildung zu einer akuten Strahlungsverletzung sowie zu einem gestiegenen Risiko für somatische und genetische Auswirkungen für die Patienten sowie für das Laborpersonal führen kann.

- Herzkatheterisierung sollte nur nach einer sorgfältigen Bewertung der mit dem Verfahren verbundenen potentiellen Strahlenaussetzung vorgenommen werden und es müssen Maßnahmen zur Reduzierung dieser Strahlenaussetzung getroffen werden.

- Die Benutzung dieses Katheters bei schwangeren Frauen muss sorgfältig erwogen werden.

- Den Griff und die Steckverbindungen des Kabels nicht in Flüssigkeiten eintauchen. Dies könnte zu einer Beeinträchtigung der elektrischen Leistung führen.

- Den Katheter nicht mit organischen Lösungsmitteln wie Alkohol in Kontakt bringen.

- Den Katheter nicht autoklavieren.

- Die Spitze des LASSO® Katheters nicht gefaltet in die Führungshülle einführen.

- Beim Einsatz des diagnostischen steuerbaren Mapping Katheters LASSO® mit kreisförmiger Spitze wird die Verwendung der Einführungsschleuse PREFACE® Braided Guiding Sheath von Biosense Webster empfohlen.

  Hinweis: Der diagnostische steuerbare Mapping Katheter LASSO® mit kreisförmiger Spitze darf nicht in Verbindung mit transseptalen Schleusen verwendet werden, deren Seitenlöcher einen größeren Durchmesser als 1,25 mm aufweisen.

**VORSICHTSMASSNAHMEN**
- Kühl, trocken und lichtgeschützt aufbewahren.

- Nicht versuchen, den runden Mapping-Katheter von Biosense Webster LASSO® einzusetzen, bevor diese Benutzungsanleitung gelesen und verstanden worden ist.

- Das Einführen von Herzkathetern sollte von entsprechend ausgebildetem Personal in einem vollständig ausgerüsteten elektrophysiologischen Labor vorgenommen werden.

- Zur Vermeidung von Verletzungen, Perforationen und Tamponaden des Herzens muss vorsichtig vorgegangen werden. Das Vorbewegen und Setzen des Katheters sollte durch eine Führungshülle mit fluoroskopischer Führung erfolgen. Beim Vorbewegen oder Zurückziehen des Katheters durch die Führungshülle keine zu große Kraft ausüben, falls Widerstand spürbar ist. Außerdem muss beim Einführen, beim Ansaugen und bei der Handhabung der Führungshülle mit besonderer Vorsicht vorgegangen werden.

- Die sterile Verpackung und der Katheter sollten vor der Benutzung untersucht werden.

- Der Mapping-Katheter von Biosense Webster LASSO® ist für die einmalige Benutzung bei einem Patienten bestimmt.

- Nicht erneut sterilisieren und benutzen.

---

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.     Release Date: 11/1/2019

CONFIDENTIAL                    BWI-INN00016773

Deutsch

- Dieses Produkt ist nur für den einmaligen Gebrauch verpackt und sterilisiert. Bitte nicht wiederverwenden, aufbereiten oder erneut sterilisieren. Wiederverwendung, erneutes Verarbeiten oder erneute Sterilisation können die strukturelle Integrität des Instruments beeinträchtigen und/oder zu Fehlfunktionen des Instruments führen, die wiederum zur Verletzung, Erkrankung oder zum Tod des Patienten führen können. Wiederverwendung, erneutes Verarbeiten oder erneute Sterilisation von Produkten zum Einmalgebrauch können auch eine Kontaminationsrisiko hervorrufen und/oder eine Infektion oder Kreuzinfektion verursachen, und einschließlich, aber nicht beschränkt auf, zu einer Übertragung infektiöser Krankheiten von einem Patienten auf den anderen führen. Die Kontamination des Instruments kann zu Verletzung, Krankheit oder Tod des Patienten führen.

- Den Daumenknopf des Katheters vor dem Einführen oder Zurückziehen immer zurückziehen, um sicherzustellen, dass sich der Stachel des Katheters in seiner Ausgangsstellung befindet.

- Beim Setzen des LASSO® Katheters den Schaft nur in Uhrzeigerrichtung drehen.

**STERILISIERUNG UND VERFALLSDATUM**
- Dieser Katheter wurde mit Äthylenoxydgas sterilisiert.

- Nicht benutzen, falls die Verpackung offen oder beschädigt ist.

- Vor Ablauf des auf der Verpackung angegebenem "Verfallsdatum" benutzen.

**ENTSORGUNG**
Die Komponenten sind wiederzuverwerten oder das Produkt und seine Restelemente oder als Abfall geltende Teile sind nach der vor Ort gültigen Gesetzen und Richtlinien zu entsorgen.

**EMPFEHLUNGEN FÜR DIE BENUTZUNG**
- Den Katheter in einem sterilen Arbeitsbereich aus seiner Verpackung entnehmen.

- Das Standardverfahren zum Gefäßeinstich, Einführung von Führungsdraht sowie Benutzung und Aufsaugung der Führungshülle gemäß der Gebrauchsanweisung anwenden.

- Die Steckverbindung an ein geeignetes Aufzeichnungsgerät anschließen.

- Sicherstellen, dass der Daumenknopf vor dem Einführen vollständig zurückgezogen wird. Den Katheter durch die Führungshülle in den zu untersuchenden Endokardialbereich einführen. Als Hilfe beim richtigen Setzen Fluoroskopie und Elektrogramme benutzen. Den Radius der Biegung durch Einstellung des Daumenknopfes entsprechend anpassen. Beim Drücken des Daumenknopfes biegt sich der Stachel des Katheters (Kurve); beim Zurückziehen des Knopfes wird der Stachel gerade ausgerichtet.

- Beim Setzen des LASSO® Katheters den Schaft nur in Uhrzeigerrichtung drehen.

- Vor dem Herausziehen des Katheters sicherstellen, dass der Daumenknopf vollständig zurückgezogen wurde. Den Katheter durch die Führungshülle zurückziehen und ordnungsgemäß entsorgen. Führungshülle, Gefäßerweiterer und Führungsdraht gemäß Gebrauchsanweisung als Einheit entfernen. Nicht erneut sterilisieren und benutzen.

- Wenden Sie sich an den lokalen Vertrieb oder den Hersteller, falls Sie Fragen zur Benutzung oder zur Leistung dieses Produkts haben.

**NEBENWIRKUNGEN**
Für Herzkatheterverfahren wurde eine Reihe von ernsthaften Nebenwirkungen dokumentiert, einschließlich Lungenembolie, Myokardinfarkt, Apoplexie, Herztamponade und Tod.

In der Literatur werden außerdem die folgenden Komplikationen berichtet, die mit der Herzkatheterisierung in Zusammenhang stehen: Gefäßblutung, lokale Hämatome, Thrombose, AV-Fistel, Pseudoaneuritis, Thromboembolie, vasovagale Reaktionen, Herzperforation, Luftembolie, Herzrhythmusstörung, Verletzung der Herzklappen, Pneumothorax und Hämothorax.

**HAFTUNGSAUSSCHLUSS UND BESCHRÄNKTE HAFTUNG**

**ES BESTEHEN KEINERLEI AUSDRÜCKLICHE ODER STILLSCHWEIGENDE GARANTIEN FÜR DAS/DIE IN DIESER PUBLIKATION BESCHRIEBENE/N PRODUKT/E. DIES BEZIEHT SICH OHNE EINSCHRÄNKUNG AUF JEGLICHE STILLSCHWEIGENDE GARANTIEN DER MARKTFÄHIGKEIT ODER EIGNUNG FÜR EINEN BESTIMMTEN ZWECK. BIOSENSE WEBSTER, INC. UND SEINE TOCHTERGESELLSCHAFTEN SIND KEINESFALLS FÜR IRGENDWELCHE DIREKTEN, SONDER-, NEBEN- ODER FOLGESCHÄDEN VERANTWORTLICH, SOWEIT NICHT DURCH BESTIMMTE GESETZE AUSDRÜCKLICH VORGESEHEN.**

**OHNE EINSCHRÄNKUNG DES VORHERGEHENDEN SIND BIOSENSE WEBSTER, INC. UND SEINE TOCHTERGESELLSCHAFTEN NICHT FÜR IRGENDWELCHE DIREKTEN, SONDER-, NEBEN- ODER FOLGESCHÄDEN VERANTWORTLICH, DIE SICH AUS DER WIEDERVERWENDUNG VON ENTSPRECHEND GEKENNZEICHNETEN PRODUKTEN FÜR DEN EINMALGEBRAUCH UND FÜR PRODUKTE ERGEBEN, DEREN WIEDERVERWENDUNG GESETZLICH NICHT ZULÄSSIG IST.**

Die Beschreibungen und Spezifikationen in den Biosense Webster , Inc. Druckmaterialien, einschließlich dieser Publikation, dienen lediglich zu Informationszwecken und sind nur dazu gedacht, das Produkt zum Zeitpunkt seiner Herstellung allgemein zu beschreiben. Sie stellen keine Garantieerklärung für das beschriebene Produkt dar.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revisión mas actualizada.                    Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                                              BWI-INN00016774

Italiano

# Catetere di mappatura circolare pieghevole LASSO®

- **STERILE. Sterilizzato con ossido di etilene.**
- **Esclusivamente monouso.**
- **Non sterilizzare in autoclave.**
- **Non utilizzare se la confezione è aperta o danneggiata.**
- **IMPORTANTE: La legge federale (USA) limita la vendita di questo dispositivo ai medici o dietro prescrizione medica.**

## DESCRIZIONE DEL CATETERE

Il catetere di mappatura circolare pieghevole Biosense Webster LASSO® è stato studiato per facilitare la mappatura elettrofisiologica degli atri del cuore. Viene rilasciato nell'atrio destro attraverso una guaina da 8 F, simile alle guaine PREFACE® di Biosense Webster . Il catetere pieghevole consiste in un rilievo circolare da 3 F sulla punta distale con elettrodi in platino che è possibile utilizzare per la stimolazione e la registrazione. Sono disponibili modelli con diversi diametri del rilievo circolare. Spingendo la manopola del catetere in avanti, la punta viene piegata, mentre tirando la manopola la punta del catetere si raddrizza.

Il catetere si interfaccia ad apparecchiature di registrazione convenzionali grazie a cavi di interfaccia con i connettori appropriati.

CONSULTARE IL DISTRIBUTORE DI ZONA O LA DITTA PRODUTTRICE PER I CAVI DI INTERFACCIA APPROPRIATI.

## INDICAZIONI

Il catetere è indicato per la mappatura elettrofisiologica delle strutture cardiache con elettrodi multipli ad. es.: registrazione o sola stimolazione. Il catetere LASSO® è stato studiato per ottenere elettrogrammi nella regione atriale.

## CONTROINDICAZIONI

- Il catetere diagnostico per mappaggio circolare con punta direzionabile LASSO® Biosense Webster non si è dimostrato sicuro ed efficace per l'ablazione con radiofrequenza (RF).

- L'uso del catetere potrebbe non essere appropriato in pazienti con protesi valvolari. L'infezione sistemica attiva è una controindicazione relativa alle procedure di cateterizzazione cardiaca.

- L'approccio transettale è controindicato in pazienti con trombi o mixomi dell'atrio destro, difetti o patch interatriale.

- L'approccio retrogrado è controindicato a causa del rischio di intrappolamento del LASSO® nel ventricolo sinistro o nell'apparato valvolare. Il LASSO® non è consigliato per Il mappaggio del ventricoli.

## ATTENZIONE

- Le procedure di cateterizzazione cardiaca presentano un rischio potenziale da esposizione ai raggi x che può provocare lesioni acute da radiazioni nonché un aumento del rischio di effetti genetici e somatici sia per il paziente che per il personale del laboratorio a causa dell'intensità dei raggi x e della durata dell'acquisizione di immagini per fluoroscopia.

- Il cateterismo cardiaco deve essere eseguito solo dopo aver valutato attentamente la potenziale esposizione alle radiazioni associata alla procedura e dopo aver preso misure precauzionali adeguate per ridurre l'esposizione.

- È necessario quindi valutare attentamente l'impiego di questo catetere in donne in gravidanza.

- Non immergere l'impugnatura o il connettore del cavo in liquidi, in quanto la funzionalità elettrica potrebbe esserne compromessa.

- Non esporre il catetere a solventi organici quali alcol.

- Non sterilizzare il catetere in autoclave.

- Non introdurre la punta del LASSO® piegata nell'introduttore.

- Si raccomanda l'uso del catetere diagnostico per mappaggio circolare con punta direzionabile LASSO® assieme all' introduttore armato PREFACE® Biosense Webster .

  Nota: Non utilizzare il catetere diagnostico per mappaggio circolare LASSO® con punta direzionabile assieme ad introduttori transettali con fori laterali di diametro di superiore a 1,25 mm.

## PRECAUZIONI

- Conservare in luogo fresco e asciutto, al riparo dalla luce.

- Non tentare di utilizzare il catetere per mappaggio circolare LASSO® Biosense Webster prima di aver letto e compreso completamente queste istruzioni per l'uso.

- Le procedure di cateterismo cardiaco devono essere effettuate da personale debitamente istruito in un laboratorio di elettrofisiologia ben attrezzato.

- Manipolare il catetere con cautela in modo da evitare danni, perforazione o tamponamento cardiaco. L'avanzamento e Il posizionamento del catetere devono avvenire sotto controllo fluoroscopico attraverso un apposito introduttore. Non esercitare forza eccessiva per far avanzare o ritirare il catetere attraverso l'introduttore qualora si incontrasse resistenza. È necessario inoltre prestare particolare attenzione durante l'utilizzo dell'introduttore.

- Prima dell'uso ispezionare l'imballaggio sterile e il catetere.

- Il catetere diagnostico per mappaggio circolare LASSO® Biosense Webster è esclusivamente monouso.

- Non risterilizzare o riutilizzare.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016775

Italiano

- Il dispositivo viene fornito confezionato e sterilizzato ed è destinato ad essere utilizzato una sola volta. Non riutilizzare, ritrattare o risterilizzare. I processi di riutilizzo, ritrattamento o risterilizzazione possono compromettere l'integrità strutturale del dispositivo e/o causare guasti, che potrebbero provocare lesioni, malattie o morte del paziente. Inoltre, il trattamento o la risterilizzazione di dispositivi monouso possono costituire un rischio di contaminazione e/o causare infezione del paziente o infezioni crociate, inclusa, fra le altre, la trasmissione di patologie infettive fra i vari pazienti. La contaminazione del dispositivo può inoltre causare il rischio di lesioni, patologie o decesso dei pazienti.

- Prima dell'inserimento o del ritiro del catetere, ritrarre sempre il pistone nell'impugnatura del catetere in modo tale che la punta del catetere riprenda la sua forma originaria.

- Per disporre il catetere LASSO®, stringa (o ruoti) l'albero in un movimento in senso orario soltanto.

**STERILIZZAZIONE E DATA DI SCADENZA**
- Il catetere è stato sterilizzato con ossido di etilene.

- Non utilizzare se la confezione è aperta o danneggiata.

- Utilizzare il dispositivo prima della data di scadenza indicata sull'etichetta della confezione.

**SMALTIMENTO**
Riciclare i componenti o smaltire il prodotto e i suoi elementi residui o i rifiuti secondo le leggi e le norme locali.

**ISTRUZIONI PER L'USO CONSIGLIATE**
- Rimuovere il catetere dalla confezione e posizionarlo in un'area di lavoro sterile.

- Seguire la procedura convenzionale, come consigliato nelle relative istruzioni per l'uso, per la puntura del vaso, l'inserimento della guida e l'uso dell'introduttore.

- Collegare i connettori di interfaccia all'apparecchiatura di registrazione appropriata.

- Confermare che il pistone sia completamente ritirato nell'impugnatura prima dell'inserimento. Far avanzare il catetere attraverso l'introduttore fino alla zona dell'endocardio d'interesse. Utilizzare sia la fluoroscopia che gli elettrogrammi per agevolare il corretto posizionamento. Regolare il raggio di curvatura del catetere come necessario agendo sul pistone. Spingendo il pistone del catetere in avanti, la punta viene piegata (curvata), mentre ritirando il pistone nell'impugnatura la punta si raddrizza.

- Per posizionare il catetere LASSO®, ruotare lo stelo esclusivamente in senso orario.

- Prima di rimuovere il catetere accertarsi che il pistone sia stato ritirato completamente nell'impugnatura. Rimuovere il catetere attraverso l'introduttore e provvedere allo smaltimento nel modo più adeguato. Rimuovere l'introduttore, il dilatatore e la guida secondo le relative istruzioni per l'uso. Non risterilizzare o riutilizzare.

- In caso di domande relative all'uso o al funzionamento di questo prodotto, consultare il distributore di zona o la ditta produttrice.

**REAZIONI AVVERSE**
Sono state documentate diverse reazioni avverse gravi correlate alle procedure di cateterismo cardiaco inclusi embolia polmonare, infarto del miocardio, ictus, tamponamento cardiaco e morte. La letteratura riporta inoltre le seguenti complicanze associate al cateterismo cardiaco: sanguinamento vascolare, ematomi localizzati, trombosi, fistola AV, pseudoaneurisma, tromboembolia, reazioni vasovagali, perforazione cardiaca, embolia gassosa, aritmie, danno valvolare, pneumotorace ed emotorace.

**ESCLUSIONE DELLA GARANZIA E LIMITAZIONE DELLA RESPONSABILITÀ**

**NON VIENE CONCESSA ALCUNA GARANZIA, ESPRESSA O TACITA, INCLUSE A TITOLO ESEMPLIFICATIVO E NON ESAUSTIVO GARANZIE TACITE DI COMMERCIABILITÀ O IDONEITÀ PER SCOPI PARTICOLARI SUI PRODOTTI DESCRITTI IN QUESTO DOCUMENTO. IN NESSUNA CIRCOSTANZA BIOSENSE WEBSTER, INC. O LE SOCIETÀ AD ESSA AFFILIATE POTRANNO ESSERE RITENUTE RESPONSABILI PER EVENTUALI DANNI SPECIALI, DIRETTI, ACCIDENTALI, CONSEGUENTI O DI ALTRA NATURA, CON L'ECCEZIONE DEI CASI ESPRESSAMENTE PREVISTI DA UNA SPECIFICA LEGGE.**

**FATTO SALVO QUANTO APPENA DICHIARATO, BIOSENSE WEBSTER, INC. O LE AZIENDE AD ESSA AFFILIATE NON POTRANNO ESSERE RITENUTE RESPONSABILI DI EVENTUALI DANNI SPECIALI, DIRETTI, INDIRETTI, CONSEGUENZIALI O DI EVENTUALI ALTRI DANNI, DERIVANTI DAL RIUTILIZZO DI PRODOTTI INDICATI COME MONOUSO O DI PRODOTTI IL CUI RIUTILIZZO È VIETATO DALLA LEGGE VIGENTE.**

Le descrizioni e le specifiche tecniche presentate nella documentazione Biosense Webster , Inc., inclusa la presente pubblicazione, sono da considerarsi esclusivamente informative e finalizzate a descrivere in maniera generale il prodotto al momento della realizzazione e non vanno intese in alcun modo come garanzia del prodotto prescritto.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019

CONFIDENTIAL
BWI-INN00016776

Español

## Catéter de extremo circular flexible para mapeo LASSO®

- **ESTÉRIL. Esterilizado con óxido de etileno.**
- **Para un solo uso.**
- **No reesterilizar en autoclave de vapor de agua.**
- **No utilizar si el envase está abierto o dañado.**
- **PRECAUCIÓN: La ley federal (EE. UU.) restringe la venta de este dispositivo a médicos o por prescripción médica.**

**DESCRIPCIÓN DEL CATÉTER**

El catéter de extremo circular flexible para mapeo LASSO® de Biosense Webster ha sido concebido para facilitar el mapeo electrofisiológico de las aurículas del corazón. Se introduce en la aurícula derecha o izquierda por medio de un introductor guía 8 F, similar a los introductores guía PREFACE® de Biosense Webster . Este catéter flexible consta de una estructura distal circular 3 F en su extremo distal con electrodos de platino que pueden utilizarse para estimulación y registro. Se encuentran disponibles diferentes modelos con diversos diámetros de la estructura distal circular. Cuando el pulsador del mando tubular del catéter se empuja hacia adelante, el extremo distal del catéter se curva. Cuando el pulsador se empuja hacia atrás, el extremo distal se endereza.

El catéter se conecta a un equipo de registro estándar mediante cables de este extensión accesorios de los conectadores apropiados.

**PREGUNTE AL DISTRIBUIDOR LOCAL O AL FABRICANTE DEL PRODUCTO CUÁLES SON LOS CABLES DE CONEXIÓN APROPIADOS.**

**INDICACIONES**

El catéter está indicado para el mapeo electrofisiológico de estructuras cardíacas mediante la utilización de electrodos múltiples, es decir, para registro o estimulación únicamente. El catéter LASSO® está diseñado para obtener electrogramas de la región atrial del corazón.

**CONTRAINDICACIONES**

- No se ha demostrado la seguridad o efectividad del catéter de extremo circular para mapeo LASSO® de Biosense Webster para la ablación por radiofrecuencia (RF).

- La utilización del catéter puede no ser apropiada para pacientes con válvulas prostéticas. Una contraindicación relativa para procedimientos de cateterización cardíaca es la infección sistémica activa.

- El abordaje transeptal está contraindicado en pacientes con trombo auricular izquierdo o mixoma, o placa o pantalla interauricular.

- El método de aproximación retrógrada está contraindicado debido al riesgo de que el catéter LASSO® quede atrapado en el ventrículo izquierdo o en el aparato valvular. No se recomienda el uso del catéter LASSO® en los ventrículos.

**ADVERTENCIAS**

- Los procedimientos de cateterización cardíaca presentan el riesgo potencial de una exposición significativa a los rayos X, que puede dar lugar a lesiones agudas por radiación, así como incrementar el riesgo de defectos somáticos y genéticos, tanto para los pacientes como para el personal de laboratorio, debido a la intensidad del haz de rayos X y a la duración de la visualización fluoroscópica.

- La cateterización cardíaca debe realizarse únicamente después de haber prestado suficiente atención a los posibles riesgos por exposición a la radiación asociados con el procedimiento y de haber tomado las medidas necesarias para reducir al mínimo tal exposición.

- Por lo tanto, deberá considerarse cuidadosamente la utilización de este catéter en el caso de mujeres embarazadas.

- No sumerja el mango tubular proximal ni el conector del cable en ningún fluido, ya que el funcionamiento eléctrico de estos componentes podría verse negativamente afectado.

- No exponga el catéter a disolventes orgánicos como el alcohol.

- No reesterilice el catéter en autoclave de vapor de agua.

- No introduzca la punta LASSO® plegada en la vaina guía.

- Se recomienda el uso del catéter de punta dirigible para mapeo circular LASSO® junto a la vaina de cuerpo reforzado PREFACE® de Biosense Webster .

  Observación: no utilice el catéter con punta dirigible para mapeo LASSO® junto con vainas transeptales con orificios laterales de más de 1,25 mm de diámetro.

**PRECAUCIONES**

- Almacenar en un lugar oscuro, fresco y seco.

- No utilizar el catéter de extremo circular para mapeo LASSO® de Biosense Webster antes de leer y entender completamente las instrucciones de uso.

- Los procedimientos de cateterización cardíaca deberán ser realizados únicamente por personal debidamente capacitado y en un laboratorio de electrofisiología totalmente equipado.

- Deberá realizarse una manipulación cuidadosa a fin de evitar lesiones, perforación o taponamiento cardíacos. La introducción y ubicación del catéter deberían realizarse fluoroscópicamente a través del introductor guía. No utilizar una fuerza excesiva para introducir o retirar el catéter a través del introductor guía si se encuentra resistencia. Además, debe procederse con un mayor cuidado al insertar, aspirar y manipular el introductor guía.

- El envase y el catéter estéril deben inspeccionarse antes de su utilización.

- El catéter de extremo circular para mapeo LASSO® de Biosense Webster está concebido par ser utilizado en un solo paciente.

- No reesterilizar ni reutilizar.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    **Release Date:** 11/1/2019

M-5276-207M

CONFIDENTIAL    BWI-INN00016777

• Este dispositivo fue empaquetado y esterilizado para usarlo una sola vez. No lo reutilice, reprocese ni reesterilice. La reutilización, el reprocesamiento o la reesterilización pueden comprometer la integridad estructural del dispositivo y/o provocar un fallo del mismo que a su vez puede producir lesiones, afecciones o muerte del paciente. Además, el reprocesamiento o la reesterilización de dispositivos en solo uso puede crear riesgo de contaminación y/o producir la infección o infección cruzada del paciente, incluyendo, entre otras consecuencias, la transmisión de enfermedad(es) infecciosa(s) de un paciente a otro. La contaminación del dispositivo puede conducir a lesiones, afecciones o muerte del paciente.

• Tirar hacia atrás del pulsador del mando del catéter antes de insertar o retirar el mismo para asegurarse que el extremo del catéter vuelva a su forma original.

• Para colocar el catéter LASSO®, torsionar (o rotar) el cuerpo del mismo en sentido horario.

## FECHA DE CADUCIDAD
• Este catéter ha sido esterilizado con óxido de etileno gaseoso.

• No utilizar el producto si su envase está dañado o abierto.

• Utilizar este producto antes de la fecha de caducidad indicada en la etiqueta del envase.

## ELIMINACIÓN
Recicle los componentes o elimine el producto y sus elementos residuales o de desecho según exigen las leyes y regulaciones locales.

## INSTRUCCIONES DE USO RECOMENDADAS
• Retirar el catéter de su envase y colocarlo en un área de trabajo estéril.

• Seguir las prácticas estándar de punción vascular, inserción de la guía, y utilización y aspiración del introductor guía, según sus instrucciones de uso.

• Conectar los cables de conexión al equipo de registro apropiado.

• Verificar que el pulsador esté completamente retraído antes de la inserción. Hacer avanzar el catéter a través del introductor guía hacia el área del endocardio objeto de la investigación. Utilizar la fluoroscopia y los electrogramas para facilitar un posicionamiento correcto. Ajustar con la radio de curvatura manipulando el pulsador de mando tubular según sea necesario. Al empujar el pulsador hacia delante, la punta del catéter se curva; al retraer el pulsador, la punta del catéter se endereza.

• Para colocar el catéter LASSO®, torsionar (o rotar) el cuerpo del mismo en sentido horario.

• Antes de retirar el catéter, verificar que el pulsador esté completamente retraído. Retirar el catéter a través del introductor guía y desecharlo de manera apropiada. Retirar el introductoe guía, el dilatador vascular y la guía como una unidad según las instrucciones de uso. No reutilizar ni reesterilizar el producto.

• Si surge cualquier pregunta relativa a la utilización o funcionamiento de este producto, consultar con su distribuidor local o al fabricante.

## REACCIONES ADVERSAS
Se ha documentado una serie de reacciones adversas para procedimientos de cateterización cardíaca que incluye embolismo pulmonar, infarto de miocardio, apopiejía, taponamiento cardíaco, y fallecimiento.

Se han publicado también en la literatura especializada las complicaciones siguientes asociadas con la cateterización cardíaca: hemorragia vascular, hematomas locales, trombosis, fístula AV, seudoaneurisma, tromboembolismo, reacciones vasovagales, perforación cardíaca, embolia de aire, arritmias, daños valvulares, neumotórax y hemotórax.

### RESTRICCIÓN DE GARANTÍA Y DE RECURSO LEGAL

NO EXISTE NINGUNA GARANTÍA EXPRESA O IMPLÍCITA EN LOS PRODUCTOS DESCRITOS EN ESTA PUBLICACIÓN, INCLUYENDO, SIN LIMITACIÓN, NINGUNA GARANTÍA IMPLÍCITA DE COMERCIABILIDAD O ADECUACIÓN PARA UN PROPÓSITO DETERMINADO. EN NINGÚN CASO SE HARÁ RESPONSABLE A BIOSENSE WEBSTER, INC., NI A SUS COMPAÑÍAS AFILIADAS, DE DAÑOS ESPECIALES, DIRECTOS, INCIDENTALES, RESULTANTES U OTROS DAÑOS, EXCEPTO DE AQUÉLLOS DISPUESTOS EXPRESAMENTE POR LA LEY.

SIN LIMITARSE A LO ANTEDICHO, NI BIOSENSE WEBSTER, INC. NI NIGUNA DE SUS COMPAÑÍAS AFILIADAS SERÁN RESPONSABLES DE NINGÚN DAÑO ESPECIAL, DIRECTO, RESULTANTE, CONSECUENTE, NI OTRO TIPO DE DAÑOS QUE SURJA POR LA REUTILIZACIÓN DE CUALQUIER PRODUCTO O PRODUCTOS ETIQUETADOS PARA UN SOLO USO O CUYA REUTILIZACIÓN SE PROHÍBA POR LEY.

Las descripciones y especificaciones que aparecen en la documentación de Biosense Webster , Inc., inclusive esta publicación, tienen solamente un propósito informativo, su única finalidad es describir el producto de manera general en el momento de su fabricación y no constituyen ninguna garantía expresa.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.        Release Date: 11/1/2019

CONFIDENTIAL                                                                                          BWI-INN00016778

Português

# Cateter de Mapeamento Circular Deflectível LASSO®

- **ESTÉRIL. Esterilizado por óxido de etileno.**
- **Para uma única utilização.**
- **Não esterilize em autoclave.**
- **Não utilizar se a embalagem estiver aberta ou danificado.**
- **ATENÇÃO: A lei federal dos EUA limita este dispositivo a venda por ou com a autorização de um médico.**

## DESCRIÇÃO DO CATETER
O cateter de Mapeamento Circular Deflectível Biosense Webster LASSO® foi concebido para facilitar o mapeamento eletrofisiológico das aurículas do coração. Ele é libertado na aurícula direita ou esquerda através de uma bainha transeptal 8 F, semelhante às bainhas transeptais PREFACE® da Biosense Webster . Este cateter deflectível consiste numa bainha circular 3 F com eléctrodos de platina na ponta distal, que podem ser utilizados para estimulação e gravação. Existem modelos com diferentes diâmetros da bainha circular. Empurrando o botão do cateter para a frente, a ponta é deflectida; quando o botão é puxado para trás, a ponta do cateter endireita-se.

**O cateter faz de interface com o equipamento padrão de gravação através de cabos de interface com os conectores apropriados.**

**CONSULTE O DISTRIBUIDOR LOCAL OU OS FABRICANTES SOBRE OS CABOS DE INTERFACE APROPRIADOS.**

## INDICAÇÕES
O cateter é indicado para o mapeamento eletrofisiológico das estruturas cardíacas com múltiplos eléctrodos, isto é, apenas estimulação e registo. O cateter LASSO® foi concebido para obter electrogramas na região auricular do coração.

## CONTRA-INDICAÇÕES
- O Cateter de Mapeamento Circular Biosense Webster LASSO® não se mostrou seguro e efectivo para ablação por rádiofrequência (RF).

- A utilização do cateter pode não ser adequada a pacientes com válvulas protéticas. Uma contra-indicação relativa a procedimentos com cateter cardíaco é a infecção sistémica activa.

- A abordagem transceptal é contra-indicada em pacientes com trombo ou mixoma auricular esquerdo, ou enxerto interauricular.

- A abordagem retrógrada é contra-indicada devido ao risco de prender o LASSO® no ventrículo esquerdo ou no sistema valvular. O LASSO® não é recomendado para utilização nos ventrículos.

## ADVERTÊNCIAS
- Os procedimentos de cateterismo cardíaco apresentam o potencial para uma exposição significativa aos raios-X, o que pode provocar lesões graves por radiação, assim como um aumento do risco de efeitos somáticos e genéticos, tanto para os pacientes como para a equipa do laboratório, devido à intensidade do feixe de raios-X e à duração da imagem fluoroscópica.

- O cateterismo cardíaco só deve ser realizado após uma avaliação cuidadosa dos riscos decorrentes da exposição à radiação associados ao procedimento e depois de terem sido tomadas as medidas necessárias para minimizar esta exposição.

- Deve ser realizada uma reflexão cuidadosa quanto à utilização deste cateter em mulheres grávidas.

- Não mergulhe o punho ou o conector do punho em fluidos; caso contrário, as características elétricas podem ser afectadas.

- Não exponha o cateter a solventes orgânicos, tais como o álcool.

- Não coloque o cateter em autoclave.

- Não introduza a ponta do LASSO® dobrada na bainha transeptal.

- Recomenda-se a utilização do cateter de mapeamento circular deflectível LASSO® com a bainha orientadora entrelaçada PREFACE® da Biosense Webster .

  Nota: Não utilize o cateter de mapeamento circular deflectível LASSO® com bainhas transeptais que apresentem buracos laterais com diâmetro superior a 1,25 mm.

## PRECAUÇÕES
- Armazenar em local fresco, seco e escuro.

- Não tente utilizar o Cateter de Mapeamento Circular Biosense Webster LASSO® antes de ler e compreender integralmente estas Instruções de Utilização.

- Os procedimentos de cateterismo cardíaco devem ser realizados por pessoal devidamente formado num laboratório de eletrofisiologia totalmente equipado.

- A manipulação deve ser cuidadosa para evitar lesões cardíacas, perfuração, ou tamponamento. O avanço e a colocação do cateter devem ser realizados sob orientação fluoroscópica através de bainha transeptal. Não utilize força excessiva para avançar ou retirar o cateter através da bainha quando encontrar resistência. Além disso, os cuidados deverão ser redobrados durante a introdução, a aspiração ou a manipulação da bainha transeptal.

- A embalagem esterilizada e o cateter devem ser examinados antes da sua utilização.

- O Cateter de Mapeamento Circular Biosense Webster LASSO® Circular destina-se a ser utilizado num único paciente.

- Não reesterilize ou reutilize.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.        Release Date: 11/1/2019

M-5276-207M

CONFIDENTIAL

BWI-INN00016779

- Este dispositivo é embalado e esterilizado para uma única utilização. Não reutilize, reprocesse ou reesterilize. A reutilização, reprocessamento ou reesterilização podem comprometer a integridade estrutural do dispositivo e/ou provocar a falha do mesmo que, por seu lado, pode causar lesão, doença ou morte do paciente. Adicionalmente, o reprocessamento ou reesterilização de dispositivos de uma única utilização pode criar um risco de contaminação e/ou causar infecção ou infecção cruzada do paciente, incluindo, mas não se limitando a, transmissão de doenças infecciosas de um paciente para outro. A contaminação do dispositivo pode levar a lesão, doença ou morte do paciente.

- Puxe sempre o botão do cateter para trás antes da sua introdução ou da sua remoção, de modo a garantir que a ponta do cateter retoma a sua forma original.

- Para colocar o cateter LASSO®, rode (ou gire) o cabo apenas com um movimento no sentido dos ponteiros do relógio.

**DATA DE "VALIDADE"**
- Este cateter é esterilizado com gás de óxido de etileno.

- Não utilizar se a embalagem estiver aberta ou danificada.

- Utilize o dispositivo até à data de "Validade" indicada no rótulo da embalagem.

**ELIMINAÇÃO**
Recicle os componentes, ou descarte o produto e os seus elementos residuais ou itens de desperdício de acordo com as leis e regulamentações locais.

**INSTRUÇÕES DE UTILIZAÇÃO SUGERIDAS**
- Retire o cateter da sua embalagem e coloque-o numa área de trabalho esterilizada.

- Siga a prática habitual para a punção de vasos, introdução da guia e utilização e aspiração da bainha transeptal, de acordo com as Instruções de Utilização.

- Ligue os conectores de interface ao equipamento adequado para gravação.

- Certifique-se de que o botão está totalmente puxado para trás antes da introdução. Avance o cateter através da bainha transeptal até à zona do endocárdio a ser examinada. Recorra tanto à fluoroscopia como a electrogramas para ajudar ao posicionamento correcto. Ajuste o raio da curvatura, conforme necessário, manipulando o botão. O empurrar o botão para a frente faz com que a ponta do cateter se dobre (curve); quando o botão é puxado para trás, a ponta endireita-se.

- Para colocar o cateter LASSO®, rode (ou gire) o cabo apenas com um movimento no sentido dos ponteiros do relógio.

- Antes da remoção do cateter, verifique se o botão foi completamente puxado para trás. Retire o cateter através da bainha transeptal e descarte-o do modo apropriado. Retire a bainha transeptal, o dilatador de vasos e a guia, de acordo com as Instruções de Utilização. Não reesterilize ou reutilize.

- Se existirem dúvidas quanto à utilização ou ao funcionamento deste produto, queira por favor consultar o distribuidor local ou o fabricante.

**REAÇÕES ADVERSAS**
Nos procedimentos de cateterismo cardíaco foram documentadas algumas reações adversas graves, incluindo embolia pulmonar, enfarte do miocárdio, derrame cerebral, compressão cardíaca e morte.

As seguintes complicações associadas ao cateterismo cardíaco também foram registadas na documentação: hemorragia vascular, hematomas locais, trombose, fístula AV, pseudoaneurisma, tromboembolia, reações vasovagais, perfuração cardíaca, embolia gasosa, arritmias, lesão valvular, pneumotorax e hemotórax.

**DECLARAÇÃO DE RENÚNCIA DE GARANTIA E LIMITAÇÃO DA RESPONSABILIDADE**

**NÃO HÁ NENHUMA GARANTIA EXPRESSA OU IMPLÍCITA, INCLUSIVE, MAS SEM LIMITAÇÃO, NENHUMA GARANTIA IMPLÍCITA DE ADEQUAÇÃO PARA O COMÉRCIO OU ADEQUAÇÃO PARA UM PROPÓSITO ESPECÍFICO SOBRE OS PRODUTOS DESCRITOS NO PRESENTE DOCUMENTO. A BIOSENSE WEBSTER, INC., OU AS SUAS EMPRESAS AFILIADAS, NÃO SERÃO, EM CIRCUNSTÂNCIA ALGUMA, RESPONSÁVEIS POR QUAISQUER DANOS ESPECIAIS, DIRETOS, ACIDENTAIS, CONSEQUENCIAIS OU OUTROS, PARA ALÉM DOS EXPRESSAMENTE PREVISTOS NA LEGISLAÇÃO APLICÁVEL.**

**SEM LIMITAÇÃO DO PRESENTE DISPOSITIVO, A BIOSENSE WEBSTER, INC. OU SUAS EMPRESAS AFILIADAS, NÃO SERÁ RESPONSÁVEL POR NENHUM DANO ESPECÍFICO, DIRECTO, ACESSÓRIO OU EMERGENTE OU POR QUALQUER OUTRO DANO RESULTANTE DA REUTILIZAÇÃO DE QUAISQUER PRODUTOS QUE PORTEM ETIQUETAS PARA USO ÚNICO OU ONDE A REUTILIZAÇÃO SEJA PROIBIDA POR LEGISLAÇÃO APLICÁVEL.**

As descrições e as especificações que aparecem no material impresso da Biosense Webster , Inc., inclusive esta publicação, são apenas para fins informativos e têm a intenção exclusiva de descrever, de forma geral, o produto no momento do fabrico e não foram feitas ou dadas como garantia do produto prescrito de nenhuma forma.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016780

Nederlands

## LASSO® buigbare katheter voor cirkelvormige mapping

- **STERIEL. Gesteriliseerd met behulp van ethyleenoxide.**
- **Uitsluitend voor eenmalig gebruik.**
- **Niet behandeling in een stoomsterilisator.**
- **Niet gebruiken als de verpakking geopend of beschadigd is.**
- **LET OP: Krachtens de federale wetgeving van de VS mag dit instrument uitsluitend door of op voorschrift van een arts worden verkocht.**

### BESCHRIJVING VAN KATHETER

De Biosense Webster LASSO® buigbare katheter voor cirkelvormige mapping werd ontworpen om de atria van het hart elektrofysiologisch eenvoudiger in beeld te brengen. Hij wordt geplaatst in het rechter of linker atrium via een 8 F inbrengsysteem, die lijkt op de Biosense Webster 's PREFACE® inbrengsystemen. Deze buigbare katheter bestaat uit een 3 F cirkelvormig uiteinde aan de distale tip met platina elektroden die kunnen worden gebruikt voor stimulatie en registratie. De modellen zijn verkrijgbaar met cirkelvormige uiteindes van verschillende diameters. Door voorwaarts te drukken op de duimknop van de katheter wordt de tip gebogen; bij het terugtrekken van de duimknop wordt de kathetertip recht getrokken.

**De katheter werkt via interfacekabels met geschikte connectors verbonden met standaard registratieapparatuur.**

**RAADPLEEG DE PLAATSELIJKE DISTRIBUTEUR OF FABRIKANT VOOR DE GESCHIKTE INTERFACEKABELS.**

### INDICATIES

De katheter is geïndiceerd voor het elektrofysiologisch in beeld brengen met meerdere elektroden van de hartstructuren, d.w.z. uitsluitend voor registratie of stimulatie. De LASSO® katheter is bestemd om elektrogrammen in het atriale gedeelte van het hart te verkrijgen.

### CONTRA-INDICATIES

- Het is niet aangetoond dat de Biosense Webster LASSO® katheter voor cirkelvormige mapping veilig en effectief is voor elektrische ablatie met radiofrequentie (RF).

- Het gebruik van de katheter is niet geschikt voor gebruik bij patiënten met kunstkleppen. Een contra-indicatie voor procedures met hartkatheters is een actieve systemische infectie.

- De transseptale benadering wordt afgeraden bij patiënten met een thrombus of myxoom in het linker atrium of een kunstmatig interatriaal tussenschot of patch.

- De retrograde benadering wordt afgeraden vanwege het risico van vastraken van de LASSO® in de linker hartkamer of klepstructuur. De LASSO® is gecontra-indiceerd voor gebruik in de ventrikels.

### WAARSCHUWINGEN

- Hartkatheterisatieprocedures houden het risico van aanzienlijke blootstelling aan röntgenstralen in, wat kan resulteren in acute verwonding door straling, alsmede het aan de dosis gerelateerde risico van somatische en genetische gevolgen als zowel de patiënten als het personeel in het laboratorium als gevolg van de intensiteit van de röntgenstralen en de fluoroscopische beeldvorming.

- Hartkatheterisatie mag enkel worden uitgevoerd nadat voldoende aandacht is besteed aan een mogelijke blootstelling aan straling in de procedure en maatregelen om de blootstelling te beperken.

- Bij zwangere vrouwen moet het gebruik van deze katheter zorgvuldig worden overwogen.

- Dompel de proximale hendel of kabelconnector niet onder in vloeistoffen; hierdoor kan de elektrische werking worden beïnvloed.

- Stel de katheter niet bloot aan organische oplosmiddelen zoals alcohol.

- De katheter niet behandelen in een stoomsterilisator.

- De LASSO® kathetertip niet opgevouwen in het inbrengsysteem introduceren.

- Het verdient aanbeveling de LASSO® buigbare katheter voor cirkelvormige mapping te gebruiken in combinatie met het Biosense Webster PREFACE® gevlochten inbrengsysteem.

  N.B: De LASSO® buigbare katheter voor cirkelvormige mapping dient niet gebruikt te worden in combinatie met transseptale sheaths met zijopeningen met een diameter van meer dan 1,25 mm.

### VOORZORGSMAATREGELEN

- Bewaren op een koele, droge en donkere plaats.

- Gebruik de Biosense Webster LASSO® katheter voor cirkelvormige mapping niet voordat u deze gebruiksaanwijzing volledig hebt gelezen en begrepen.

- Hartkatheterisatieprocedures moeten worden uitgevoerd door degelijk opgeleid personeel in een volledig uitgerust laboratorium voor elektrofysiologie.

- De katheter moet voorzichtig worden gemanipuleerd om schade, perforatie of tamponade van het hart te voorkomen. Het opvoeren en plaatsen van de katheter moet gebeuren onder fluoroscopische begeleiding via een inbrengsysteem. Gebruik geen overmatige kracht om de katheter op te voeren of terug te trekken door het inbrengsysteem wanneer u weerstand ondervindt. Bovendien dient u uiterst voorzichtig te werk te gaan bij het inbrengen, aspireren en manipuleren van het inbrengsysteem.

- De steriele verpakking en katheter dienen te worden gecontroleerd voor het gebruik.

- De Biosense Webster LASSO® katheter voor cirkelvormige mapping is uitsluitend bestemd voor eenmalig gebruik bij de patiënt.

- Niet opnieuw steriliseren en opnieuw gebruiken.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revisión mas actualizada.

Release Date: 11/1/2019

M-5276-207M

CONFIDENTIAL

BWI-INN00016781

- Dit product is verpakt en gesteriliseerd voor eenmalig gebruik. Niet opnieuw gebruiken, verwerken of steriliseren. Opnieuw gebruiken, verwerken of steriliseren kan de structurele integriteit van het product nadelig beïnvloeden en/of leiden tot een defect van het product met letsel, ziekte of dood van de patiënt tot gevolg. Bovendien kan bij opnieuw verwerken of steriliseren van producten voor eenmalig gebruik de kans op verontreiniging ontstaan en/of (kruis-)besmetting van de patiënt optreden, zoals, onder andere, de overdracht van besmettelijke ziekte(n) van een patiënt naar andere patiënten. Verontreiniging van het product kan leiden tot letsel, ziekte of dood van de patiënt.

- Trek altijd de duimknop van de katheter terug vóór het inbrengen of terugtrekken om te verzekeren dat de kathetertip zijn oorspronkelijke vorm aanneemt.

- Om de LASSO® katheter te plaatsen, de schacht kloksgewijs draaien.

**STERILISATIE EN VERVALDATUM**
- Deze katheter is gesteriliseerd met ethyleenoxidegas.

- Niet gebruiken als de verpakking geopend of beschadigd is.

- Gebruik het hulpmiddel vóór de vervaldatum op het label van de verpakking.

**AFVOER**
Recycle de onderdelen of voer het product en de restanten of het afval ervan af overeenkomstig de lokale wet- en regelgeving.

**AANBEVOLEN INSTRUCTIES VOOR GEBRUIK**
- Neem katheter uit de verpakking en plaats deze in een steriele omgeving.

- Volg een standaard techniek voor punctie van het bloedvat, het inbrengen van de voerdraad en gebruik van inbrengsysteem en de aspiratie volgens de gebruiksaanwijzing.

- Sluit de interfaceconnectors aan op de juiste registratieapparatuur.

- Ga na of de duimknop volledig is teruggetrokken vóór het inbrengen. Schuif de katheter op door het inbrengsysteem naar het onderzoekgebied van het endocardium. Gebruik zowel fluoroscopie als elektrogrammen om behulpzaam te zijn bij het juiste plaatsen. Regel de straal en de kromming zoals vereist door de duimknop te manipuleren. Door voorwaarts te drukken op de duimknop wordt de kathetertip gebogen (kromming); bij het terugtrekken van de duimknop wordt de tip recht getrokken.

- Om de LASSO® katheter te plaatsen, de schacht kloksgewijs draaien.

- Controleer vóór het verwijderen van de katheter of de duimknop volledig is teruggetrokken. Verwijder de katheter door het inbrengsysteem en gooi hem op de aangewezen manier weg. Verwijder het inbrengsysteem, de bloedvatdilatator en voerdraad als één geheel volgens de gebruiksaanwijzing. Niet opnieuw steriliseren en opnieuw gebruiken.

- Mocht u vragen hebben betreffende het gebruik of de werking van dit product, raadpleeg dan de plaatselijke distributeur of de fabrikant.

**NADELIGE BIJWERKINGEN**
Er zijn een aantal ernstige nadelige bijwerkingen gedocumenteerd als gevolg van hartkatheterisatie procedures, waaronder longembolie, myocardinfarct, beroerte, harttamponade en overlijden.

De volgende complicaties verwant aan hartkatheterisatie zijn ook in de literatuur beschreven: vaatbloeding, lokale hematomen, trombose, AV-fistel, pseudo-aneurysma, trombo-embolie, vasovagale reacties, hartperforatie, luchtembolie, aritmie, klepbeschadiging, pneumothorax en hemothorax.

**AFSTANDSVERKLARING VAN GARANTIE EN BEPERKING VAN AANSPRAKELIJKHEID**

OP HET HIERIN BESCHREVEN PRODUCT BESTAAT GEEN EXPLICIETE OF IMPLICIETE GARANTIE, HIERONDER ZONDER BEPERKING BEGREPEN ENIGE IMPLICIETE GARANTIE VAN VERHANDELBAARHEID OF GESCHIKTHEID VOOR EEN BEPAALD DOEL. ONDER GEEN BEDING ZAL BIOSENSE WEBSTER, INC., OF DAARBIJ AANGESLOTEN BEDRIJVEN, AANSPRAKELIJK ZIJN VOOR ENIGERLEI SPECIALE, DIRECTE, INCIDENTELE, GEVOLG- OF ANDERE SCHADE, TENZIJ ZULKS UITDRUKKELIJK BIJ DE TOEPASSELIJKE WET IS VOORGESCHREVEN.

ONVERMINDERD HET VOORGAANDE ZAL BIOSENSE WEBSTER, INC. OF HAAR GEAFFILIEERDE BEDRIJVEN NIET AANSPRAKELIJK ZIJN VOOR ENIGE SPECIALE, DIRECTE, BIJKOMENDE OF GEVOLGSCHADE OF ANDERE SCHADE, VOORTVLOEIEND UIT HET HERGEBRUIK VAN ENIG(E) PRODUCT(EN) VOOR ENKELVOUDIG GEBRUIK OF WAAR HERGEBRUIK VERBODEN IS DOOR DE TOEPASSELIJKE WET.

Beschrijvingen en specificaties in drukwerk van Biosense Webster, Inc., met inbegrip van deze publicatie, zijn enkel bedoeld als een algemene beschrijving van het product ten tijde van de vervaardiging ervan en vormen geen garantie voor het beschreven product.

M-5276-207M

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.      Release Date: 11/1/2019

21

CONFIDENTIAL

BWI-INN00016782

Dansk

# LASSO® deflekterbart, cirkulært Mappingkateter

- **STERIL. Steriliseret med ætylenoxid.**
- **Kun til engangsbrug.**
- **Må ikke autoklaveres.**
- **Må ikke anvendes hvis emballagen er åbnet eller beskadiget.**
- **FORSIGTIG: Ifølge amerikansk lov må dette produkt kun sælges af eller på ordination af en læge.**

## KATETERBESKRIVELSE
Dette bøjelige mappingkateter LASSO® fra Biosense Webster er designet til elektrofysiologisk kortlægning af hjertet. Katetret indføres i højre eller venstre atrium ved hjælp af et PREFACE® lederør fra Biosense Webster eller et tilsvarende 8 F-lederør. Det bøjelige kateter er forsynet på den distale spids med et 3 F cirkulært format hvirvelstykke med platinelektroder, som kan bruges til stimulering og registrering. Der fås forskellige modeller med forskellig diameter af det cirkulært formet hvirvelstykke. Spidsen bøjes ved at trykke fremad på kateterets tommelfingerknap, og rettes ud ved at trække tommelfingerknappen tilbage.

Katetret kan tilsluttes standard registreringsudstyr ved hjælp af sammenkoblingskabler med de korrekte stik.

KONTAKT DEN LOKALE DISTRIBUTØR ELLER FABRIKANT VEDRØRENDE DE KORREKTE SAMMENKOBLINGSKABLER.

## INDIKATIONER
Katetret er indiceret til elektrofysiologisk kortlægning af hjertet, dvs. kun registrering og stimulering, endvidere er LASSO® katetret designet til registrering af intraatriale elektrogrammer.

## KONTRAINDIKATIONER
- LASSO® mappingkatetret fra Biosense Webster er ikke dokumenteret til at være sikkert og effektivt til RF-ablation.

- Katetret kan være mindre velegnet til patienter med kunstige hjerteklapper. En relativ kontraindikation ved anvendelse af intrakardiale katetre er aktiv systemisk infektion.

- Transseptal adgang er kontraindiceret på patienter med trombe i venstre atrium, myxom eller interatrial flimmer eller patch.

- Den retrograde teknik er kontraindiceret på grund af risikoen for fastklemning af LASSO® i venstre ventrikel eller i klapapparatet. LASSO® anbefales ikke til brug i ventriklerne.

## ADVARSLER
- Under en hjertekateterisationsprocedure er der mulighed for signifikant røntgeneksponering, der kan resultere i akut røntgenskade, såvel som øget risiko for somatiske og genetiske skade på både patienter og laboratoriepersonale på grund af røntgenstrålernes intensitet og varighed.

- Hjertekateterisationsprocedurer bør derfor kun udføres efter at der er taget tilstrækkelig hensyn til den potentielle strålingseksponering i forbindelse med indgrebet, samt når der er taget behørige skridt til at formindske denne eksponering.

- Anvendelse af dette kateter på gravide kvinder må derfor overvejes meget nøje.

- Det proksimale håndtag eller kabelforbindelsen må ikke nedsænkes i væske, da de elektriske egenskaber kan blive påvirket.

- Katetret må ikke udsættes for organiske opløsningsmidler, såsom alkohol.

- Katetret må ikke autoklaveres.

- LASSO®-spidsen må ikke indføres sammenfoldet i styreskeden.

- Det anbefales at anvende det bøjelige LASSO® cirkulære mappingkateter med en Biosense Webster PREFACE® Braided Guiding Sheath.

  Bemærk: Det bøjelige LASSO® cirkulære mappingkateter må ikke anvendes sammen med et transseptal lederør med sidehuller, der har en diameter større end 1,25 mm.

## FORHOLDSREGLER
- Opbevares køligt, tørt og mørkt.

- Denne brugsanvisning skal være læst igennem og forstået inden anvendelse af Biosense Webster LASSO® cirkulære mappingkateter.

- Hjertekateterisationsindgreb skal udføres af personale, der har modtaget passende uddannelse og i et laboratorium, der er fuldt udstyret til elektrofysiologiske procedurer.

- Katetermanipulation skal udføres forsigtigt for at undgå skade, perforation eller tamponade. Fremføring og placering af katetret skal udføres under fluoroskopi via et lederør. Brug ikke stor kraft til indføring eller tilbagetrækning af katetret, hvis der er modstand. Vær desuden forsigtig når lederøret indføres, suger eller manipuleres.

- Den sterile emballage og kateter skal efterses inden brug.

- Det cirkulære LASSO® mappingkateter fra Biosense Webster er beregnet til brug på en enkelt patient.

- Må ikke resteriliseres og genbruges.

- Denne enhed er kun pakket og steriliseret til engangsbrug. Må ikke genbruges eller resteriliseres. Genbrug, genbehandling eller resterilisering kan kompromittere enhedens strukturelle integritet og/eller medføre svigt, der kan resultere i skade på patienten, sygdom eller dødsfald. Yderligere, genbrug eller resterilisering af enheder til engangsbrug kan medføre risiko for forurening af enheden og/eller medføre patientinfektioner eller krydsinfektion, herunder, men ikke begrænset til overførsel af infektionssygdomme imellem patienter. Forurening af enheden kan resultere i patientskader, sygdom eller dødsfald.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.        Release Date: 11/1/2019

CONFIDENTIAL
BWI-INN00016783

Dansk

- Træk altid tommelfingerknappen tilbage for at rette kateterspidsen ud før indføring eller tilbagetrækning.

- LASSO® katetret anbringes ved at torque (eller rotere) skaftet kun i uret retning.

**SIDSTE ANVENDELSESDATO**
- Dette kateter er steriliseret med etylenoxidgas.

- Anvend ikke, hvis emballagen er åbnet eller beskadiget.

- Katetret bør anvendes inden udløbsdatoen, der er anført på etiketten.

**BORTSKAFFELSE**
Genbrug dele, eller bortskaf produktet samt restelementer eller affaldsdele i overensstemmelse med lokale love og regulativer.

**FORESLÅET BRUGSANVISNING**
- Tag katetret ud af emballagen og anbring det i et sterilt arbejdsområde.

- Følg anbefalede metoder til blodkaradgang, indføring af ledetråd og brug af lederør og sugning i følge brugsanvisningen.

- Tilslut sammenkoblingskablerne til det relevante registreringsudstyr.

- Bekræft at tommelfingerknappen er trukket helt tilbage før isætning. Før katetret gennem lederøret til det område af endokardiet, der skal undersøges. Anvend både fluoroskopi og elektrogrammer til korrekt placering. Juster kateterspidsens bue (krumning) med tommelfingerknappen. Når tommelfingerknappen skubbes fremad, bues kateterspidsen mere; når tommelfingerknappen skubbes tilbage, rettes spidsen ud.

- LASSO® katetret anbringes ved at torque (eller rotere) skaftet kun i uret retning.

- Bekræft at tommelfingerknappen er trukket helt tilbage før katetret fjernes. Fjern katetret gennem lederøret og kasser på passende måde. Fjern lederøret, blodkardilatatoren og ledetråden som en helhed i følge brugsanvisningen. Må ikke resteriliseres og genbruges.

- Rådfør med den lokale distributør eller fabrikanten, hvis der er nogle spørgsmål med hensyn til anvendelsen eller ydelsen af dette produkt.

**NEGATIVE FØLGEVIRKNINGER**
En række alvorlige negative følgevirkninger er blevet dokumenteret for hjertekateterisationsindgreb, herunder pulmonal embolier, myokardieinfakt, slagtilfælde, hjertetamponade og død.

Følgende komplikationer er ligeledes rapporteret i faglitteraturen: blødning, hæmatomer, trombose, AV-fistler, pseudoaneurisme, thromboembolier, vasovagale reaktioner, hjerteperforation, luftembolier, arytmier, klapskade, pneumothorax og hæmothorax.

**TAKUUN VASTUUVAPAUTUSLAUSEKE JA VASTUUNRAJOITUS**

DER ER INGEN UDTRYKT ELLER UNDERFORSTÅET GARANTI, HERUNDER UDEN BEGRÆNSNING EN HVILKEN SOM HELST UNDERFORSTÅET GARANTI AF SALGBARHED ELLER EGNETHED TIL ET BESTEMT FORMÅL, FOR DE(T) PRODUKT(ER), SOM ER BESKREVET HERI. BIOSENSE WEBSTER, INC. SKAL UNDER INGEN OMSTÆNDIGHEDER HOLDES ANSVARLIG FOR NOGEN SOM HELST SPECIEL, DIREKTE, HÆNDELIG ELLER ANDEN SKADE, MEDMINDRE DET UDTRYKKELIGT ER BESKREVET I EN SPECIFIK LOV.

UDEN BEGRÆNSNING AF FOREGÅENDE SKAL BIOSENSE WEBSTER, INC. ELLER DENS SØSTERSELSKABER IKKE VÆRE ANSVARLIG FOR NOGEN SPECIEL, DIREKTE, HÆNDELIG ELLER ANDEN SKADE SOM RESULTAT AF GENBRUG AF NOGEN PRODUKT(ER), SOM ER MARKERET TIL ENGANGSBRUG ELLER HVOR GENBRUG ER FORBUDT IFLG. GÆLDENDE LOV.

Beskrivelser og specifikationer i Biosense Webster , Inc. tryksager, inklusive denne publikation har udelukkende til formål generelt at beskrive produktet på tidspunktet for fremstillingen og er ikke på nogen måde en udtrykkelig garanti af det beskrevne produkt.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.        Release Date: 11/1/2019

CONFIDENTIAL                                                                                                      BWI-INN00016784

Suomi

# LASSO® taivutettavakärkinen pyöreä kartoituskatetri

- **STERIILI. Steriloitu etyleenioksidilla.**
- **Vain kertakäyttöä varten.**
- **Älä pane autoklaaviin.**
- **Älä käytä, jos pakkaus on avattu tai se on vioittunut.**
- **MUISTUTUS: Yhdysvaltain liittovaltionlain mukaan tämän laitteen saa myydä ainoastaan lääkäri tai lääkärin määräyksestä.**

**KATETRIN KUVAUS**
Biosense Webster LASSO® taivutettavakärkinen pyöreä kartoituskatetri on suunniteltu helpottamaan sydämen eteisten elektrofysiologista kartoitusta. Se asetetaan oikeaan tai vasempaan eteiseen 8 F ohjainputken läpi, joka on samanlainen kuin Biosense Webster in PREFACE® ohjainputket. Tämä taivutettavakärkinen katetri käsittää 3 F pyöreän rangan sen distaalisessa kärjessä ja siina on platinasta valmistetut elektrodit, joita voidaan käyttää stimulointiin ja tallennukseen. Saatavissa on malleja, joissa on läpimitoltaan erilaiset pyöreät rangat. Kärkeä taivutetaan katetrin sorminuppia eteenpäin työntämällä, ja kun sorminuppi vedetään takaisin, katetrin kärki suoristuu.

**Katetri sopii yhteen vakiotyyppisten tallennuslaitteiden kanssa välikaapeleita käyttäen, joissa on asianmukaiset liittimet.**

**OTA YHTEYS PAIKALLISEEN EDUSTAJAAN TAI VALMISTAJAAN OIKEITA LIITÄNTÄKAAPELEITA KOSKEVISSA ASIOISSA.**

**INDIKAATIOT**
Katetri on indikoitu vain sydämen kardiaalisten rakenteiden monielektrodisessa elektrofysiologisen kartoitukseen, ts. tallennukseen tai stimulointiin. LASSO® katetri on suunniteltu ottamaan elektrogrammeja sydämen eteisalueesta.

**KONTRAINDIKAATIOT**
- Biosense Webster LASSO® pyöreää kartoituskatetria ei ole osoitettu turvalliseksi ja tehokkaaksi radiotaajuisessa (RF) ablaatiossa.

- Katetrin käyttö ei ehkä ole asianmukaista potilailla, joilla on läppäproteeseja. Relatiivisena kontraindikaationa kardiaalisille katetritoimenpiteille on aktiivinen yleisinfektio.

- Transseptaalinen lähestyminen on kontraindikoitu potilailla, joilla on vasen atriaalinen trombi tai myksooma, tai interatriaalinen seinämä tai paikka.

- Retrogradinen lähestyminen on kontraindikoitu, koska on vaara, että LASSO® ja kiinni vasempaan sydänkammioon tai läppälaitteeseen. LASSO®-pyöreää kartoituskatetria ei suositella sydänkammioissa käytettäväksi.

**VAROITUKSIA**
- Kardiaaliset katetrointitoimenpiteet aiheuttavat mahdollisuuden huomattavalle röntgenaltistukselle, joka voi johtaa akuuttiin säteilyvaurioon sekä lisääntyneeseen somaattisten ja geneettisten vaikutusten vaaraan, sekä potilaille että laboratorion henkilöstölle, röntgensäteen voimakkuuden ja fluoroskopiakuvauksen kestoajan vuoksi.

- Kardiaalinen katetrointi tulee suorittaa vain sen jälkeen, kun on kiinnitetty riittävää huomiota toimenpiteeseen liittyvään mahdolliseen säteilyriskiin ja on noudatettu varotoimenpiteitä tämän riskin minimoimiseksi.

- Tämän katetrin käyttämistä raskaana olevilla naisilla on harkittava huolellisesti.

- Älä upota proksimaalista kahvaa tai kaapelin liitintä nesteisiin; se voi vaikuttaa sähköiseen toimintaan.

- Älä altista katetria orgaanisille liuottimille, kuten alkoholille.

- Älä pane katetria autoklaaviin.

- Älä työnnä LASSO® katetria taivutettuna ohjausputkeen.

- LASSO®- taivutettavakärkistä pyöreää kartoituskatetria suositellaan käytettäväksi Biosense Webster PREFACE® punotun ohjainputken kanssa.

  Huomaa: LASSO® taivutettavakärkistä pyöreää kartoituskatetria ei saa käyttää sellaisten transeptaalisten ohjainputkien kanssa, joiden sivuaukkojen läpimitat ovat yli 1,25 mm.

**VAROTOIMENPITEET**
- Säilytä valolta suojattuna viileässä ja kuivassa paikassa.

- Älä yritä käyttää Biosense Webster LASSO® pyöreää kartoituskatetria ennen kuin olet täysin lukenut ja ymmärtänyt nämä käyttöohjeet.

- Kardiaaliset katetrointitoimenpiteet tulee suorittaa asianmukaisesti koulutetun henkilöstön toimesta, täydellisesti varustetussa elektrofysiologisessa laboratoriossa.

- Manipulointi pitää suorittaa varoen, jotta vältetään kardiaalivaurio, perforaatio tai tamponaatio. Katetrin eteenpäin vieminen ja sijoittaminen tulee suorittaa fluoroskopian ohjaamana ohjainputken läpi. Älä käytä liian suurta voimaa katetrin eteenpäin työntämisessä tai ulos vetämisessä ohjainputken läpi, kun kohdataan vastusta. Lisäksi pitää olla erityisen varovainen ohjainputkea sisään pantaessa, aspiroitaessa ja manipuloitaessa.

- Steriili pakkaus ja katetri tulee tarkastaa ennen käyttöä.

- Biosense Webster LASSO® pyöreä kartoituskatetri on tarkoitettu käytettäväksi vain yhdellä potilaalla.

- Älä steriloi ja käytä uudelleen.

- Tämä tuote on pakattu ja steriloitu vain kertakäyttöä varten. Älä käytä, prosessoi tai steriloi uudestaan. Uudelleenkäyttö, -prosessointi tai -sterilointi saattaa vaurioittaa laitteen rakennetta ja/tai johtaa laitevikaan, mikä puolestaan voi johtaa potilasvammaan, -sairauteen tai –kuolemaan. Kertakäyttölaitteiden uudelleenprosessointi tai -sterilointi saattaa myös luoda kontaminaatioriskin ja/tai aiheuttaa potilasinfektion tai risti-infektion, mukaan lukien, mutta ei siihen rajoittuen tarttuvan taudin /tarttuvien tautien siirtymisen potilaasta toiseen. Laitteen kontaminaatio saattaa johtaa potilasvammaan, -sairauteen tai kuolemaan.

---

24

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.     Release Date: 11/1/2019

M-5276-207M

CONFIDENTIAL

BWI-INN00016785

Suomi

- Vedä katetrin sorminuppi aina takaisin ennen katetrin sisäänvientiä tai ulosvetoa, jotta varmistat katetrin kärjen palautumisen alkuperäiseen muotoonsa.

- Aseta LASSO® katetri paikoilleen kääntämällä (tai pyörittämällä) vain myötäpäivään.

**STERILOINTI JA "VIIMEINEN KÄYTTÖPÄIVÄ"**
- Tämä katetri steriloidaan etyleenioksidikaasulla.

- Älä käytä, jos pakkaus on avattu tai se on vioittunut.

- Käytä välinettä ennen pakkauksen etikettiin merkittyä viimeistä käyttöpäivämäärää.

**HÄVITTÄMINEN**
Osat on kierrätettävä tai tuote ja sen osat tai ylimääräiset osat on hävitettävä paikallisten lakien ja säädösten mukaisesti.

**EHDOTETUT KÄYTTÖOHJEET**
- Ota katetri ulos pakkauksestaan ja aseta se steriilille työalueelle.

- Noudata vakiokäytäntöä suonen puhkaisussa, ohjainlangan sisäänpanossa ja ohjainputken käytössä ja aspiroi sen käyttöohjeita noudattaen.

- Yhdistä väliliittimet asianmukaiseen tallennuslaitteeseen.

- Varmista että sorminuppi on vedetty kokonaan takaisin ennen sisäänpanoa. Siirrä katetria eteenpäin ohjainputken läpi endokardiumin tutkittavana olevalle alueelle. Käytä sekä fluoroskopiaa että elektrogrammeja apuna oikean asennon saamiseksi. Säädä kaarevuussäädettä tarpeen mukaan sorminuppia manipuloiden. Sorminupin työntäminen eteenpäin aiheuttaa katetrin kärjen taipumisen (kaaren); kärki suoristuu nuppia takaisin vetämällä.

- Aseta LASSO® katetri paikoilleen kääntämällä (tai pyörittämällä) vain myötäpäivään.

- Varmista ennen katetrin poistoa, että sorminuppi on kokonaan takaisin vedettynä. Poista katetri ohjainputken kautta ja hävitä se asianmukaisesti. Poista ohjainputki, suonen dilaattori ja ohjainlanka yhtenä yksikkönä sen käyttöohjeita noudattaen. Älä steriloi ja käytä uudelleen.

- Mikäli on tämän tuotteen käyttöä tai toimintakykyä koskevia kysymyksiä, ota yhteys paikalliseen edustajaan tai valmistajaan.

**HAITTAVAIKUTUKSET**
Kirjallisuudessa on myös raportoitu seuraavista kardiaaliseen katetrointiin liittyvistä komplikaatioista: vaskulaarinen verenvuoto, paikalliset hematoomat, tromboosi, AV fisteli, pseudoaneurysma, tromboemboliat, vasovagaaliset reaktiot, kardiaalinen perforaatio, ilmaemboliat, arytmiat, valvulaarinen vaurio, ilmarinta ja veririnta.

Katetriablaatiotoimenpiteiden yhteydessä on raportoitu esiintyneen lukuisia vakavia haittavaikutuksia, kuten keuhkoembolia, sydäninfarkti, aivohalvaus, sydämen tamponaatio ja kuolema.

**TAKUUN VASTUUVAPAUTUSLAUSEKE JA VASTUUNRAJOITUS**

**TÄSSÄ KUVATUILLE TUOTTEILLE EI OLE MITÄÄN ILMAISTUJA TAI HILJAISIA TAKUITA, MUKAAN LUKIEN RAJOITUKSITTA MIKÄ TAHANSA ILMAISTU TAKUU MYYNTIKELPOISUUDESTA TAI SOPIVUUDESTA JOHONKIN TIETTYYN TARKOITUKSEEN. BIOSENSE WEBSTER, INC. TAI SEN TYTÄRYHTIÖT EIVÄT MISSÄÄN TAPAUKSESSA OLE VASTUUSSA MISTÄÄN ERITYISISTÄ, SUORISTA TAI SATUNNAIS-, SEURANNAIS- TAI MUISTA VAHINGOISTA, PAITSI NIISTÄ, JOTKA OVAT NIMENOMAAN SOVELLETTAVAN LAIN ALAISIA.**

**RAJOITTAMATTA EDELLÄ OLEVAA, BIOSENSE WEBSTER, INC. TAI SEN SISARYHTIÖT EIVÄT OLE VASTUUSSA MISTÄÄN ERITYISISTÄ, SUORISTA, SATUNNAIS- TAI SEURANNAISVAHINGOISTA TAI MUISTA VAHINGOISTA, JOTKA AIHEUTUVAT MINKÄÄN SELLAISTEN TUOTTEIDEN UUDELLEENKÄYTÖSTÄ, JOTKA ON TEKSTEILLÄ MERKITTY KERTAKÄYTTÖISIKSI TAI MILLOIN UUDELLEEN KÄYTTÄMINEN ON SOVELLETTAVAN LAIN KIELTÄMÄÄ.**

Biosense Webster , Inc. -painotuotteissa esiintyvät kuvaukset ja tekniset tiedot, tämä julkaisu mukaan lukien, ovat ainoastaan tiedotusluonteisia ja tarkoitetut yksinomaan kuvaamaan yleisluontoisesti tuotetta sen valmistusajankohtana, eivätkä ole laaditut tai annettu mulläin tavoin määrätyn tuotteen takuuna.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                                    BWI-INN00016786

Svensk

# LASSO® deflekterbar cirkulär mappningskateter

- **STERIL. Steriliserad med etylenoxid.**
- **Endast för engångsbruk.**
- **Får ej autoklaveras.**
- **Använd inte produkten om den sterila förpackningen är öppen eller skadad.**
- **VAR FÖRSIKTIG! Enligt amerikansk federal lagstiftning får denna produkt endast säljas av läkare eller enligt läkares ordination.**

## BESKRIVNING AV KATETERN
Biosense Webster LASSO® deflekterbar cirkulär mappningskateter har konstruerats för att underlätta elektrofysiologisk kartläggning av hjärtats förmak. Den förs in i höger eller vänster förmak genom en 8 F-ledare som är av liknande typ som Biosense Webster s PREFACE®-ledare. Den deflekterbara katetern består av en cirkulär 3 F-stomme på den distala spetsen med platinaelektroder som kan användas för stimulering och registrering. Sortimentet innefattar modeller med olika diametrar på cirkelstommen. När du trycker kateterns tumknopp framåt, deflekteras spetsen. När tumknoppen dras tillbaka, rätas kateterspetsen ut.

**Katetern ansluts till standardavläsningsutrusning med hjälp av gränssnittskablar försedda med lämpliga kontaktdon.**

**KONTAKTA EN LOKAL DISTRIBUTÖR ELLER TILLVERKAREN ANGÅENDE LÄMPLIGA GRÄNSSNITTSKABLAR.**

## INDIKATIONER
Katetern indiceras för elektrofysiologisk kartläggning av hjärtats struktur med hjälp av flera elektroder, dvs. endast avläsning och stimulering. LASSO®-katetern är konstruerad för att ta elektrogram i hjärtats förmak.

## KONTRAINDIKATIONER
- Biosense Webster LASSO®-deflekterbar cirkulär mappningskateter har inte visats vara säker och effektiv vid radiofrekvensablation (RF).

- Användning av katetern på patienter med artificiella klaffar är möjligen inte lämpligt. Aktiv systemisk infektion är en relativ kontraindikation för hjärtkateteringrepp.

- Transseptala ingrepp kontraindiceras för patienter med blodpropp i vänster förmak eller myxom, eller med inatrial baffel eller patch.

- Retrograda ingrepp kontraindiceras på grund av risken för att LASSO®-enheten fastnar i vänster hjärtkammare eller i valvulärdelen. LASSO® rekommenderas inte för användning i hjärtkammare.

## VARNINGAR
- Hjärtkateteriseringsingrepp innebär möjligen betydande exponering för röntgenbestrålning, vilket kan resultera i akut strålskada som ökad risk för somatisk och genetisk påverkan, både för patienter och laboratoriepersonal på grund av röntgenbestrålningens intensivitet och procedurens längd.

- Hjärtkateterisering bör endast utföras efter det man noga övervägt strålningsrisken i samband med ingreppet och har vidtagit nödvändiga steg för att minska exponeringen.

- Man måste noga överväga användning av denna kateter med gravida kvinnor.

- Sänk inte ned den proximala handtaget eller kabeln i vätska eftersom detta kan påverka utrustningens elektriska funktioner.

- Exponera inte katetern för organiska lösningsmedel såsom exempelvis alkohol.

- Autoklavera inte katetern.

- För inte in LASSO®-spetsen i ledarhylsan medan den är hopvikt.

- LASSO® deflekterbara cirkulära mappingkateter rekommenderas för användning med Biosense Webster PREFACE® Braided guide skida.

    Obs! Använd inte LASSO® deflekterbara cirkulära mappningskateter tillsammans med transseptala skidor med sidohål större än 1,25 mm i diameter.

## FÖRSIKTIGHETSÅTGÄRDER
- Förvaras på en sval, torr och mörk plats.

- Försök aldrig använda Biosense Webster s LASSO® - deflekterbar cirkulär mappningskateter innan du har läst denna bruksanvisning och förstått den fullständigt.

- Hjärtkateteriseringsingrepp bör utföras av utbildad personal inom ett fullständigt utrustat elektrofysiologiskt laboratorium.

- Ingreppet bör utföras varsamt för att undvika hjärtskada, perforation eller tamponad. Katetern bör föras in och placeras genom en ledare med hjälp av röntgen. För inte in eller dra ut katetern med våld genom ledaren om motstånd uppstår. Dessutom bör vara särskilt försiktig när du för in, aspirerar eller hanterar ledaren.

- Den sterila förpackningen och katetern bör inspekteras före användning.

- Biosense Webster s LASSO®- deflekterbar cirkulär mappningskateter är avsedd för användning på endast en patient.

- Får ej omsteriliseras eller återanvändas.

- Den här enheten är enbart förpackad och steriliserad för engångsbruk. Återanvänd, omarbeta eller omsterilisera inte på nytt. Återanvändning, omarbetning eller omsterilisering kan äventyra produktens strukturella integritet och/eller leda till att det blir fel på enheten, vilket kan resultera i patientskada, sjukdom eller dödsfall. Omarbetning eller omsterilisering av en enhet för engångsbruk kan även skapa en risk för kontaminering och/eller infektion eller korsinfektion hos patienten inklusive, men inte begränsat till, överföring av infektionssjukdom(ar) från en patient till en annan. Kontaminering av enheten kan leda till skada, sjukdom eller dödsfall för patienten.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

CONFIDENTIAL

BWI-INN00016787

Svensk

- Dra alltid kateterns tumknopp tillbaka före införsel eller utdragning för att se till att kateterspetsen återgår till sin ursprungliga form.

- Du för in LASSO®-katetern genom att endast vrida (eller rotera) handtaget medurs.

**STERILISERING OCH "ANVÄND FÖRE"-DATUM**
- Denna kateter har steriliserats med etylenoxidgas.

- Använd inte produkten om den sterila förpackningen är öppen eller skadad.

- Använd anordningen före "Använd före"-datum på förpackningen.

**BORTSKAFFANDE**
Återvinn komponenter eller bortskaffa produkten med kvarstående element eller avfallsdelar i enlighet med lokala lagar och föreskrifter.

**REKOMMENDATIONER FÖR ANVÄNDNING**
- Avlägsna katetern från förpackningen och placera den på en steril arbetsplats.

- För vedertagna procedurer för kärlpunktur, införsel av ledartråd och användning av ledarhylsa, samt aspiration enligt bruksanvisningen.

- Anslut gränssnittskontakterna till lämplig registreringsutrustning.

- Bekräfta att tumknoppen har dragits tillbaka helt och hållet före införsel. För katetern genom ledarhylsan till den del av endokardiet som undersöks. Använd både röntgen och elektrogram som hjälpmedel vid placering. Justera kurvans radie vid behov med hjälp av tumknoppen. Om du skjuter tumknoppen framåt böjs kateterspetsen (kurva). Om du däremot drar knoppen bakåt, rätas spetsen ut.

- Du för in LASSO®-katetern genom att endast vrida (eller rotera) handtaget medurs.

- Innan du avlägsnar katetern ska du bekräfta att tumknoppen har dragits tillbaka helt och hållet. Dra ut katetern genom ledarhylsan och kassera den på lämpligt sätt. Avlägsna ledarhylsan, kärlutvidgaren och ledarvajern som en enhet enligt bruksanvisningen. Får ej omsteriliseras eller återanvändas.

- Om du har frågor angående denna produkts bruk eller specifikationer ska du rådfråga din lokala distributör eller tillverkaren.

**BIVERKNINGAR**
Ett antal allvarliga biverkningar har dokumenterats i samband med hjärtkateteriseringsingrepp, inklusive pulmonal emboli, hjärtinfarkt, stroke, hjärttamponad och död.

Följande komplikationer i samband med hjärtkateterisering har även rapporterats i medicinsk litteratur: vaskulär blödning, lokala hematoma, trombos, AV-fistel, pseudoaneurysm, tromboemboli, vasovagala reaktioner, hjärtperforation, luftemboli, arytmi, klaffskada, pneumotorax och hemotorax.

**FRISKRIVNING OCH ANSVARSBEGRÄNSNINGAR**

INGEN UTTRYCKT ELLER UNDERFÖRSTÅDD GARANTI UTFÄRDAS, INKLUSIVE, MEN INTE BEGRÄNSAT TILL, UNDERFÖRSTÅDD GARANTI ANGÅENDE SÄLJBARHET ELLER LÄMPLIGHET FÖR ETT VISST SYFTE FÖR PRODUKTEN/PRODUKTERNA SOM BESKRIVS I DETTA DOKUMENT. UNDER INGA OMSTÄNDIGHETER SKALL BIOSENSE WEBSTER, INC., ELLER DESS DOTTERBOLAG, HÅLLAS ANSVARIGA FÖR SPECIELLA, DIREKTA, TILLFÄLLIGA SKADOR ELLER FÖLJDSKADOR, ELLER ANDRA SKADOR ÄN DE SOM UTTRYCKLIGEN SPECIFICERAS I GÄLLANDE LAG.

UTAN ATT BEGRÄNSA DET OVANNÄMNDA, SKALL BIOSENSE WEBSTER, INC. OCH DESS DOTTERBOLAG, HÅLLAS ANSVARIGA FÖR SPECIELLA, DIREKTA, TILLFÄLLIGA SKADOR ELLER FÖLJDSKADOR, ELLER ANDRA SKADOR SOM UPPSTÅR PÅ GRUND AV ÅTERANVÄNDNING AV EN ELLER FLERA PRODUKTER VARS ETIKETT ANGER ENGÅNGSANVÄNDNING, OCH DÅR ÅTERANVÄNDNING FÖRBJUDS AV GÄLLANDE LAG.

Beskrivningar och specifikationer i tryckt material publicerat av Biosense Webster , Inc., inklusive denna publikation, utfärdas endast i informationssyfte, och är endast avsedda att generellt beskriva katetern vid tillverkningstidpunkten och är inte avsedda att utgöra garanti av den ordinerade katetern på något som helst sätt.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.        Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                    BWI-INN00016788

Norsk

# LASSO® bøyelig sirkulært kartleggingskateter

- **STERILT. Sterilisert med etylenoksid.**
- **Kun til engangsbruk.**
- **Ikke plasser i autoklav.**
- **Må ikke brukes hvis emballasjen er åpnet eller skadet.**
- **FORSIKTIG: Ifølge amerikansk lovgivning kan dette utstyret kun selges av eller etter rekvisisjon fra lege.**

## BESKRIVELSE AV KATETERET

LASSO® bøyelig sirkulært kartleggingskateter er konstruert for å lette elektrofysiologisk kartlegging av atria i hjertet. Det innføres I høyre eller venstre atrium gjennom en 8 F styrehylse, tilsvarende Biosense Webster ' PREFACE® styrehylser. Dette bøyelige kateteret består av en 3 F sirkulær snor på den distale spissen, med platinaelektroder som kan brukes til stimulering og registrering. Det kan leveres modeller med forskjellige diametre på den sirkulære snoren. Bed å skyve framover på kateterets tommelknopp bøyes spissen. Dras tommelknoppen tilbake, rettes kateterspissen.

**Dette kateteret deler grensesnitt med standard registreringsutstyr via kabler med de riktige konnektorene.**

**KONSULTER DEN LOKALE DISTRIBUTØREN ELLER PRODUSENTEN ANGÅENDE EGNETE GRENSESNITT-KABLER.**

## INDIKASJONER

Kateteret er indikert for elektrofysiologisk avbildning av kardielle strukturer i hjertet ved bruk av flere elektroder, dvs. kun for registrering og stimulering. Biosense Webster LASSO® bøyelig sirkulært kartleggingskateter er konstruert for innhenting av elektrogrammer i det atriale området i hjertet.

## KONTRAINDIKASJONER

- Biosense Webster LASSO® sirkulært høydensitets avbildningskateter har ikke vist seg å være sikkert og effektivt for radiofreksvens(RF)-ablasjon.

- Bruk av dette kateteret passer kanskje ikke for paisenter med kunstige hjerteklaffer. En relativ kontraindikasjon for kardielle kateterprosedyrer er aktiv systemisk infekjon.

- Trans-septal tilgang er kontraindikert i pasienter med venstre atrietrombe, myksom, intreatriell avskjermingsplate eller patch.

- Den retrograde fremgangsmåten er kontraindikert grunnet faren for at LASSO® kan sette seg fast i venstre ventrikkel eller hjerteklaffmekanismen. LASSO® anbefales ikke for bruk i ventrikkelen.

## ADVARSLER

- Kardielle kateteriseringsprosedyrer medfører en mulighet for betydelig røntgenstråleeksponering som kan føre til akutte stråleskader så vel som øket risiko for somatiske eller genetiske virkninger, for så vel som pasienter som laboratoriepersonale på grunn av røntgenstrålens intensitet og fluoroskopiens varighet.

- Kardiell kateterisering skal bare utføres etter at den potensielle strålingsfaren som er forbundet med prosedyren er tatt med i beregningen og det er utført tiltak for å redusere denne eksponeringen.

- Bruk av dette katetert på gravide kvinner må vurderes nøye.

- Ikke plasser det proksimale håndtaket eller kabelforbindelsen i vann, da dette kan utover den elektriske ytelsen.

- Ikke utsett dette kateteret for organiske løsemidler som alkohol.

- Kateteret må ikke autoklaveres.

- Før ikke LASSO® -spissen brettet inn i styrehylsen.

- LASSO® bøyelig sirkulært kartleggingskateter er anbefalt for bruk med Biosense Webster PREFACE® (flettet fremføringshylse).

  Merknad: Ikke bruk LASSO® bøyelig sirkulært kartleggingskateter sammen med transseptale hylser som har sidehull større enn 1,25 med mer i diameter.

## FORHOLDSREGLER

- Oppbevares på et kjølig, tørt og mørkt sted.

- Ikke bruk LASSO® bøyelig sirkulært kartleggingskateter før du har lest bruksinstruksjonene grundig og har en fullstendig forståelse av disse.

- Hjerteablasjonsprosedyrer bør kun utføres av kvalifisert helsepersonell i et fullt utstyrt elektrofysiologisk laboratorium.

- Nøyaktig anvendelse må finne sted for å unngå kardielle skader, perforeringer eller tamponering. Fremføring og plassering av kateteret skal gjøres under fluoroskopisk veiledning gjennom en fremføringshylse. Ikke bruk makt for å bevege kateteret frem eller tilbake gjennom fremføringshylsen når du møter motstand. I tillegg må det utvises ekstra forsiktighet ved innsetting, aspirering og manipulering av fremføringshylsen.

- Den sterile innpakningen og kateteret skal inspiseres før bruk.

- Biosense Webster LASSO® bøyelig sirkulært kartleggingskateter skal kun brukes på en enkelt pasient.

- Skal ikke resteriliseres eller brukes på nytt.

- Denne enheten er pakket og sterilisert kun for engangsbruk. Skal ikke gjenbrukes, gjenvinnes eller resteriliseres. Gjenbruk, gjenvinning eller resterilisering kan ødelegge den strukturelle integriteten til enheten og/eller føre til at enheten feiler, noe som igjen kan føre til pasientskade, sykdom eller død. Gjenvinning eller resterilisering av engangsutstyr kan medføre risiko for kontaminasjon og/eller forårsake infeksjoner eller infeksjoner som smitter hos pasienter, inkludert, men ikke begrenset til, overføring av smittsomme sykdommer fra en pasient til en annen. Kontaminasjon av enheten kan føre til skade, sykdom eller død hos pasienten.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    **Release Date:** 11/1/2019

CONFIDENTIAL

BWI-INN00016789

- Du skal alltid trekke tommelknappen på kateteret tilbake for innsettelse eller utdragning for å sikre at kateterspissen bevarer sin opprinnelige form.

- For å plassere LASSO® kateteret, vris (eller roteres) skaftet bare i medurs retning.

**BRUKSDATO**
- Dette kateteret er sterilisert med etylenoksidgass.

- Må ikke brukes hvis emballasjen er åpnet eller skadet.

- Utstyret må brukes før "Brukes før"-datoen på pakkens etikett.

**AVHENDING**
Resirkuler komponentene, eller kast produktet og restelementene eller avfallet i henhold til lokale lover og reguleringer.

**FORESLÅTT BRUKSANVISNING**
- Ta kateteret ut av innpakningen og plassér det i et sterilt arbeidsområde.

- Følg standard praksis for karpunksjon, innsetting av styrelene og bruk av fremføringshylse og aspirering i henhold til bruksinstruksjonene.

- Koble grensesnitt-konnektorene til det riktige registreringsutstyret.

- Bekreft at tommelknappen er dratt helt tilbake for innsetting. Før kateteret gjennom fremføringshylsen til det området av endokardiet som skal evalueres. Bruk både gjennomlysning og elektrogrammer til hjelp for å posisjonere kateteret. Reguler kurvens radius etter behov ved å manipulere tommelknappen. Hvis tommelspaken skyves forover bøyes kateterspissen, når den trekkes bakover rettes spissen ut.

- For å plassere LASSO® kateteret, vris (eller roteres) skaftet bare i medurs retning.

- Før kateteret fjernes skal du bekrefte at tommelknappen er dratt helt tilbake slik at spissen er rett. Kateteret skal fjernes fra hylsen og avhendes på en forsvarlig måte. Fjern styrehylsen, kardilatoren og styrekabelen som en enhet ifølge sine bruksanvisninger. Skal ikke resterilieseres eller brukes på nytt.

- Hvis du har noen spørsmål angående bruk eller yteevne for dette produktet, skal du henvende deg til lokale distributør eller produsent.

**BIVIRKNINGER**
Det er dokumentert en rekke alvorlige, negative reaksjoner på kardielle kateteriseringsprosedyrer, inkludert pulmonar embolisme, myokardisk infarkt, slag, hjertetamponering og død.

De følgende komplikasjonene assosiert med kardiell kateterisering har også blitt rapportert i litteraturen: vaskulære blødninger, lokale hematomer, trombose, AV-fistel, pseudoaneurisme, tromboembolisme, vasovagale reaksjoner, kardiell perforering, luftembolisme, arrhytmier, skade på hjerteklaffer, pneumotoraks og hemotoraks.

**ANSVARSFRASKRIVELSE OG GARANTIBEGRENSNING**

**DET FINNES INGEN SÆRSKILT ELLER INDIREKTE GARANTI, INNBEFATTET, UTEN BEGRENSNING, IMPLISITTE GARANTIER FOR SALGBARHET ELLER EGNETHET FOR ET BESTEMT FORMAL FOR PRODUKTET/ENE SOM ER BESKREVET HER. IKKE UNDER NOEN OMSTENDIGHET VIL BIOSENSE WEBSTER, INC., ELLER DETS TILKNYTTEDE SELSKAPER VÆRE ANSVARLIGE FOR NOEN SOM HELST SPESIELL, DIREKTE, TILFELDIG, PÅFØLGENDE ELLER ANNEN SKADE, ANNET ENN DET SOM MÅTTE VÆRE UTTRYKKELIG FASTSATT I GJELDENDE LOVGIVNING.**

**UTEN BEGRENSNING AV DET FOREGÅENDE, BIOSENSE WEBSTER, INC. ELLER DETS TILKNYTTEDE SELSKAPER SKAL IKKE HA ERSTATNINGSANSVAR FOR NOEN SOM HELST SPESIELL, DIREKTE, TILFELDIG, PÅFØLGENDE ELLER ANNEN SKADE SOM KAN FØRES TILBAKE TIL GJENBRUK AV NOE(N) PRODUKT(ER) SOM ER MERKET FOR ENGANGSBRUK ELLER HVOR GJENBRUK ER FORBUDT I HENHOLD TIL GJELDENDE LOV.**

Beskrivelser og spesifikasjoner som forekommer i trykksaker fra Biosense Webster, Inc., inkludert denne publikasjonen, er kun for informasjon og er bare ment å beskrive produktet på produksjonstidspunktet og er ikke på noen måte i garanti av det beskrevede produktet.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.        Release Date: 11/1/2019

CONFIDENTIAL                                                                                        BWI-INN00016790

Ελληνικά

## Καμπτόμενος Κυκλικός Καθετήρας Χαρτογράφησης LASSO®

- **ΑΠΟΣΤΕΙΡΩΜΕΝΟ. Αποστειρωμένο με χρήση οξειδίου του αιθυλενίου.**
- **Για μία χρήση και μόνο.**
- **Μην το αποστειρώνετε σε αυτόκαυστο κλίβανο αποστείρωσης.**
- **Να μην κάνετε χρήση εάν η συσκευασία έχει υποστεί ζημιά ή είναι ανοιγμένη.**
- **Προσοχή: Ο ομοσπονδιακός νόμος (των Η.Π.Α.) περιορίζει την πώληση της συσκευής αυτής από ιατρό ή με εντολή ιατρού.**

**ΠΕΡΙΓΡΑΦΗ ΤΟΥ ΚΑΘΕΤΗΡΑ**

Ο Καμπτόμενος Κυκλικός Καθετήρας Χαρτογράφησης LASSO® της Biosense Webster έχει σχεδιαστεί για να διευκολύνει την ηλεκτροφυσιολογική χαρτογράφηση των κόλπων της καρδιάς. Ενεργοποιείται στο δεξιό ή τον αριστερό κόλπο δια μέσου ενός οδηγού θηκαριού μεγέθους 8 F, παρόμοιο με τα οδηγά θηκάρια PREFACE® της Biosense Webster . Αυτός ο εύκαμπτος καθετήρας αποτελείται 3 F από ένα κυκλικό σπόνδυλο με ηλεκτρόδια από πλατίνα στο περιφερικό του άκρο που μπορεί να χρησιμοποιηθεί για διέγερση και για καταγραφή. Υπάρχουν μοντέλα με διαφορετικές διαμέτρους κυκλικού σπονδύλου. Όταν πιέζετε το κουμπί του καθετήρα προς τα εμπρός, το άκρο κάμπτεται. Όταν τραβάτε το κουμπί προς τα πίσω, το άκρο ισιώνει.

Ο καθετήρας επικοινωνεί με το συμβατικό εξοπλισμό καταγραφής μέσω καλωδίων διασύνδεσης με τους κατάλληλους συνδέσμους.

**ΣΧΕΤΙΚΑ ΜΕ ΤΑ ΚΑΤΑΛΛΗΛΑ ΚΑΛΩΔΙΑ ΔΙΑΣΥΝΔΕΣΗΣ ΣΥΜΒΟΥΛΕΥΘΕΙΤΕ ΤΟΝ ΤΟΠΙΚΟ ΑΝΤΙΠΡΟΣΩΠΟ / ΔΙΑΝΟΜΕΑ Ή ΤΟΝ ΚΑΤΑΣΚΕΥΑΣΤΗ.**

**ΕΝΔΕΙΞΕΙΣ**

Ο καθετήρας ενδείκνυται για ηλεκτροφυσιολογική απεικόνιση πολλαπλών ηλεκτροδίων των δομών της καρδιάς, δηλ. καταγραφή ή μόνο διέγερση. Ο καθετήρας LASSO® είναι σχεδιασμένος να λαμβάνει τη δυναμική ηλεκτρογραφημάτων στην περιοχή των κόλπων της καρδιάς.

**ΑΝΤΕΝΔΕΙΞΕΙΣ**

- Ο Καμπτόμενος Κυκλικός Καθετήρας Χαρτογράφησης LASSO® της Biosense Webster δεν έχει αποδειχθεί ότι είναι ασφαλής και αποτελεσματικός για κατάλυση ραδιοσυχνοτήτων (RF).

- Η χρήση του καθετήρα μπορεί να μην είναι κατάλληλη για χρήση σε ασθενείς με προσθετικές βαλβίδες. Μία σχετική αντένδειξη για τις επεμβάσεις με καθετήρα καρδιάς είναι η παρουσία ενεργής συστηματικής λοίμωξης.

- Η μεσοδιαφραγματική προσέγγιση αντενδείκνυται σε ασθενείς με θρόμβο του αριστερού κόλπου ή μύξωμα, ή με ενδοκολπικό διάφραγμα ή πλάκα.

- Η ανάδρομη προσέγγιση αντενδείκνυται λόγω του κινδύνου παγίδευσης του LASSO® στον αριστερό κόλπο ή στη διάταξη των βαλβίδων. Δε συνιστάται η χρήση του καθετήρα LASSO® στις κοιλίες.

**ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ**

- Οι διαδικασίες καρδιακού καθετηριασμού εμφανίζουν την πιθανότητα σημαντικής έκθεσης στις ακτίνες Χ, η οποία μπορεί να έχει σαν αποτέλεσμα την οξεία προσβολή από την ακτινοβολία καθώς και αυξημένο κίνδυνο για σωματικές και γενετικές επιδράσεις, τόσο στους ασθενείς όσο και στο προσωπικό του εργαστηρίου λόγω της έντασης της δέσμης των ακτίνων Χ και της διάρκειας της φθοροσκοπικής απεικόνισης.

- Ο καθετηριασμός της καρδιάς θα πρέπει να πραγματοποιείται μόνο αφού έχει δοθεί επαρκής προσχή στον πιθανό κίνδυνο έκθεσης στην ακτινοβολία που συνδέεται με την επέμβαση και έχουν ληφθεί τα απαραίτητα μέτρα για την ελαχιστοποίηση της έκθεσης αυτής.

- Θα πρέπει επομένως να εξετάζεται προσεκτικά η χρήση της συσκευής σε εγκύους.

- Μη βυθίζετε την κεντρική λαβή ή το σύνδεσμο του καλωδίου μέσα σε υγρά γιατί μπορεί να επηρεαστεί αντίξοα η ηλεκτρική λειτουργία τους.

- Μην εκθέτετε τον καθετήρα σε οργανικά διαλύματα όπως είναι η αλκοόλη.

- Μην αποστειρώνετε τον καθετήρα σε αυτόκαυστο κλίβανο αποστείρωσης.

- Μην εισάγετε το άκρο του LASSO® διπλωμένο στο οδηγό θηκάρι.

- Η χρήση του Καμπτόμενου Κυκλικού Καθετήρα Χαρτογράφησης LASSO®, συνιστάται, σε συνδυασμό με το Θηκάρι οδηγό με πλέγμα, PREFACE® της Biosense Webster .

  Σημείωση: Δεν ενδείκνυται η χρήση του Καμπτόμενου Κυκλικού Καθετήρα Χαρτογράφησης LASSO® σε συνδυασμό με διαφραγματικά θηκάρια που διαθέτουν πλάγιες οπές με διάμετρο μεγαλύτερη των 1.25 mm.

**ΠΡΟΦΥΛΑΞΕΙΣ**

- Φυλάξετε σε δροσερό, ξηρό και σκοτεινό μέρος.

- Να μην επιχειρείται τη χρήση του Κυκλικού Καθετήρα Χαρτογράφησης LASSO® της Biosense Webster με προσανατολιζόμενο άκρο πριν διαβάσετε διεξοδικά και κατανοήσετε πλήρως αυτές τις Οδηγίες Χρήσης.

- Οι επεμβάσεις καθετηριασμού της καρδιάς πρέπει να διενεργούνται από κατάλληλα εκπαιδευμένο προσωπικό σε πλήρως εξοπλισμένα εργαστήρια ηλεκτροφυσιολογίας.

- Θα πρέπει να πραγματοποιείται προσεκτικός χειρισμός ώστε να αποφευχθεί πρόκληση βλάβης, διάτρησης, ή επιπλωματισμού στην καρδιά. Η προώθηση και τοποθέτηση του καθετήρα πρέπει να γίνεται υπό φθοροσκοπική παρακολούθηση διαμέσου του οδηγού Θηκαριού. Να μην χρησιμοποιείτε υπερβολική πίεση για την προώθηση ή την αφαίρεση του καθετήρα δια μέσου του οδηγού θηκαριού όταν συναντάτε αντίσταση. Επιπλέον, θα πρέπει να δίνετε περισσότερη προσοχή όταν εισάγετε, κάνετε αναρρόφηση και χειρίζεστε το οδηγό θηκάρι.

- Θα πρέπει να ελέγχετε την αποστειρωμένη συσκευασία και τον καθετήρα πριν από τη χρήση.

- Ο Κυκλικός Καθετήρας Χαρτογράφησης LASSO® της Biosense Webster προορίζεται για χρήση σε ένα μόνον ασθενή.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016791

- Μην επαναποστειρώνετε και μην επαναχρησιμοποιείτε.

- Η συσκευή αυτή συσκευάζεται και αποστειρώνεται για μία χρήση μόνο. Μην επαναχρησιμοποιείτε, μην επανεπεξεργάζεστε και μην επαναποστειρώνετε. Η επαναχρησιμοποίηση, η επανεπεξεργασία και η επαναποστείρωση μπορούν να συμβιβάσουν τη δομική ακεραιότητα της συσκευής ή/ και να οδηγήσουν σε αστοχία του προϊόντος, η οποία με τη σειρά της μπορεί να έχει ως αποτέλεσμα τον τραυματισμό, την ασθένεια ή το θάνατο του ασθενούς. Επίσης, η επανεπεξεργασία ή η επαναποστείρωση των συσκευών μίας χρήσης μπορεί να δημιουργήσει το κίνδυνο μόλυνσης ή/ και να προκαλέσει τη μόλυνση ή τη διασταυρούμενη μόλυνση του ασθενούς, συμπεριλαμβανομένης συν τοις άλλοις της μετάδοσης μολυσματικών ασθενειών από τον ένα ασθενή στον άλλο. Η μόλυνση της συσκευής μπορεί να οδηγήσει στον τραυματισμό, την ασθένεια ή το θάνατο του ασθενούς.

- Πάντοτε να τραβάτε το περιστροφικό κουμπί του καθετήρα προς τα πίσω πριν την εισαγωγή ή την απόσυρση του καθετήρα για να διασφαλίζετε ότι το άκρο του καθετήρα θα πάρει το αρχικό του σχήμα.

- Για τα τοποθετήσετε τον καθετήρα LASSO®, στρέψτε (ή περιστρέψτε) τον άξονα δεξιόστροφα μόνο.

**ΗΜΕΡΟΜ. ΛΗΞΕΩΣ**
- Αυτός ο καθετήρας αποστειρώνεται με αέριο οξείδιο του αιθυλενίου.

- Να μην κάνετε χρήση εάν η συσκευασία έχει υποστεί ζημιά ή είναι ανοιγμένη.

- Χρησιμοποιήστε τον καθετήρα πριν ημερομηνία λήξης ("Ημερομ. Λήξεως.") που αναγράφεται στη συσκευασία.

**ΑΠΟΡΡΙΨΗ**
Ανακυκλώστε τα στοιχεία ή απορρίψτε το προϊόν και τα κατάλοιπα στοιχεία του ή τα απόβλητα σύμφωνα με τους τοπικούς νόμους και κανονισμούς.

**ΠΡΟΤΕΙΝΟΜΕΝΕΣ ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ**
- Αφαιρέστε τον καθετήρα από τη συσκευασία του και τοποθετήστε τον σε έναν αποστειρωμένο χώρο εργασίας.

- Ακολουθήστε τη γενική αποδεκτή πρακτική για παρακέντηση αγγείων και εισαγωγή οδηγού σύρματος, και χρήση οδηγού θηκαριού και αναρρόφηση σύμφωνα με τις Οδηγίες Χρήσης.

- Συνδέστε τους συνδέσμους διασύνδεσης στον κατάλληλο εξοπλισμό καταγραφής.

- Πριν την εισαγωγή βεβαιωθείτε ότι το περιστροφικό κουμπί είναι τραβηγμένο εντελώς προς τα πίσω. Προωθήστε τον καθετήρα δια μέσου του οδηγού θηκαριού στην περιοχή του ενδοκαρδίου που πρόκειται να διερευνηθεί. Χρησιμοποιήστε ακτινοσκόπηση και ηλεκτρογραφήματα για να σας βοηθήσουν στη σωστή τοποθέτηση. Ρυθμίστε την ακτίνα καμπυλότητας όπως απαιτείται, χρησιμοποιώντας το περιστροφικό κουμπί. Όταν σπρώχνετε το περιστροφικό κουμπί προς τα εμπρός, το άκρο του καθετήρα κάμπτεται (σχηματίζει καμπύλη). Όταν τραβάτε το κουμπί προς τα πίσω, το άκρο ισιώνει.

- Για τα τοποθετήσετε τον καθετήρα LASSO®, στρέψτε (ή περιστρέψτε) τον άξονα δεξιόστροφα μόνο.

- Πριν αφαιρέσετε τον καθετήρα, βεβαιωθείτε ότι έχετε τραβήξει το περιστροφικό κουμπί εντελώς προς τα πίσω. Αφαιρέστε τον καθετήρα δια μέσου του οδηγού θηκαριού και απορρίψτε τον με κατάλληλο τρόπο. Αφαιρέστε το οδηγό θηκάρι, το διαστολέα αγγείου και το οδηγό σύρμα σαν μια ενιαία μονάδα σύμφωνα με τις Οδηγίες Χρήσης. Μην επαναποστειρώνετε και μην επαναχρησιμοποιείτε.

- Αν έχετε οποιαδήποτε απορία σχετικά με τη χρήση ή τη λειτουργία αυτού του προϊόντος, παρακαλείσθε όπως επικοινωνήσετε με τον τοπικό διανομέα, ή με τον κατασκευαστή.

**ΑΝΕΠΙΘΥΜΗΤΕΣ ΑΝΤΙΔΡΑΣΕΙΣ**
Έχουν τεκμηριωθεί αρκετές σοβαρές ανεπιθύμητες αντιδράσεις της επέμβασης καθετηριασμού της καρδιάς όπως πνευμονική εμβολή, έμφραγμα του μυοκαρδίου, αποπληξία, επιπωματισμός της καρδιάς και θάνατος.

Η βιβλιογραφία αναφέρει επίσης τις ακόλουθες επιπλοκές που συσχετίζονται με τον καθετηριασμό της καρδιάς: αγγειακή αιμορραγία, τοπικά αιματώματα, θρόμβωση, αρτηριοφλεβώδης συρίγγιο, ψευδοανεύρυσμα, θρομβοεμβολισμός, αγγειοπνευμονογαστρικές αντιδράσεις, διάτρηση της καρδιάς, εμβολή αέρα, αρρυθμίες, ζημιά στις βαλβίδες, πνευμοθώρας και αιμοθώρας.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019

CONFIDENTIAL
BWI-INN00016792

Ελληνικά

**ΑΠΟΠΟΙΗΣΗ ΕΓΓΥΗΣΗΣ ΚΑΙ ΠΕΡΙΟΡΙΣΜΟΣ ΕΥΘΥΝΗΣ**

**ΔΕΝ ΥΠΑΡΧΕΙ ΑΜΕΣΗ Ή ΕΜΜΕΣΗ ΕΓΓΥΗΣΗ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΗΣ ΧΩΡΙΣ ΠΕΡΙΟΡΙΣΜΟΥΣ ΟΠΟΙΑΣ ΕΜΜΕΣΗΣ ΕΓΓΥΗΣΗΣ ΕΜΠΟΡΕΥΣΙΜΟΤΗΤΑΣ Ή ΚΑΤΑΛΛΗΛΟΤΗΤΑΣ ΣΤΟ ΠΡΟΪΟΝ Ή ΠΡΟΪΟΝΤΑ ΠΟΥ ΠΕΡΙΓΡΑΦΟΝΤΑΙ ΣΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ. ΣΕ ΚΑΜΙΑ ΠΕΡΙΠΤΩΣΗ Η BIOSENSE WEBSTER, INC. Ή ΟΙ ΘΥΓΑΤΡΙΚΕΣ ΤΗΣ ΕΤΑΙΡΙΕΣ ΔΕΝ ΦΕΡΟΥΝ ΕΥΘΥΝΗ ΓΙΑ ΟΠΟΙΕΣΔΗΠΟΤΕ ΕΙΔΙΚΕΣ, ΑΜΕΣΕΣ, ΑΠΟΘΕΤΙΚΕΣ, ΠΑΡΕΠΟΜΕΝΕΣ Ή ΑΛΛΕΣ ΖΗΜΙΕΣ ΕΚΤΟΣ ΑΠΟ ΕΚΕΙΝΕΣ ΠΟΥ ΟΡΙΖΟΝΤΑΙ ΚΑΤΗΓΟΡΗΜΑΤΙΚΑ ΑΠΟ ΤΗΝ ΙΣΧΥΟΥΣΑ ΝΟΜΟΘΕΣΙΑ.**

**ΧΩΡΙΣ ΝΑ ΠΕΡΙΟΡΙΖΟΝΤΑΙ ΤΑ ΠΡΟΑΝΑΦΕΡΟΜΕΝΑ ΣΕ ΚΑΜΙΑ ΠΕΡΙΠΤΩΣΗ Η BIOSENSE WEBSTER, INC. ΔΕ ΘΑ ΕΙΝΑΙ ΥΠΕΥΘΥΝΗ ΓΙΑ ΟΠΟΙΕΣΔΗΠΟΤΕ ΑΜΕΣΕΣ, ΠΑΡΕΠΙΜΠΤΟΥΣΕΣ Ή ΠΑΡΕΠΟΜΕΝΕΣ ΖΗΜΙΕΣ ΠΟΥ ΜΠΟΡΕΙ ΝΑ ΠΡΟΚΛΗΘΟΥΝ ΑΠΟ ΤΗΝ ΕΠΑΝΑΧΡΗΣΙΜΟΠΟΙΗΣΗ ΤΟΥ ΠΡΟΪΟΝΤΟΣ Ή ΠΡΟΪΟΝΤΩΝ ΠΟΥ ΠΡΟΟΡΙΖΟΝΤΑΙ ΓΙΑ ΜΙΑ ΧΡΗΣΗ Ή ΟΠΟΥ Η ΕΠΑΝΑΧΡΗΣΙΜΟΠΟΙΗΣΗ ΑΠΑΓΟΡΕΥΕΤΑΙ ΑΠΟ ΙΣΧΥΟΝΤΕΣ ΝΟΜΟΥΣ.**

Οι περιγραφές και προδιαγραφές που αναφέρονται στα έντυπα της εταιρίας Biosense Webster, Inc., συμπεριλαμβανομένου του παρόντος εντύπου, σκοπό έχουν μόνον την πληροφόρηση και την γενική περιγραφή του προϊόντος κατά την χρονική στιγμή της κατασκευής του και δεν προορίζονται σε καμία περίπτωση ως εγγύηση που αφορά το συνταγογραφούμενο προϊόν.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.     Release Date: 11/1/2019

M-5276-207M

CONFIDENTIAL                                                                                   BWI-INN00016793

## LASSO® Bükülebilir Sirküler Haritalama Kateteri

- **STERİL.** Etilen Oksit ile Sterilize Edilmiştir.
- **Tek kullanımlıktır.**
- **Otoklava sokmayınız.**
- **Paket açık veya hasarlıysa kullanmayınız.**
- **DİKKAT:** Federal (ABD) yasalar bu cihazın bir hekim tarafından veya hekimin siparişiyle satılmasını zorunlu tutar.

### KATETER TANIMI
Biosense Webster LASSO® Bükülebilir Sirküler Haritalama Kateteri kalbin atriyasının elektrofizyolojik haritasının çıkarılmasını kolaylaştırmak üzere tasarlanmış bir kateterdir. Biosense Webster PREFACE®Kılavuz Kılıf benzeri bir 8 F kılavuz kılıf içinden sağ veya sol atriuma yerleştirilir. Bu bükülebilir kateter distal ucunda uyarım ve kayıt için kullanılabilecek platin elektrotları bulunan bir 3 F sirküler iğneden oluşur. Farklı sirküler iğne çapına sahip modeller mevcuttur. Kateter başparmak düğmesinin ileriye doğru itilmesi ucu büker; başparmak düğmesinin geriye doğru çekilmesi ucu düzleştirir.

**Kateter uygun konektörlere sahip arayüz kablolarını kullanarak standart kayıt ekipmanıyla bir arayüz oluşturur.**

**UYGUN ARAYÜZ KABLOLARI İÇİN YEREL TEMSİLCİNİZLE VEYA ÜRETİCİYLE İRTİBAT KURUNUZ.**

### ENDİKASYONLAR
Kateter, kalpteki kardiyak yapıların çoklu elektrotlu elektrofizyolojik haritalaması yani sadece kayıt veya uyarım için endikedir. Biosense Webster LASSO® Sirküler Haritalama Kateteri kalbin atriyal bölgesinden elektrogram elde etmek üzere tasarlanmış bir kateterdir.

### KONTRENDİKASYONLAR
- Biosense Webster LASSO® Sirküler Haritalama Kateterinin radyofrekans (RF) ablasyonu için güvenli ve etkin olduğu gösterilmemiştir.

- Kateterin kullanımı prostetik kapakları olan hastalar için uygun olmayabilir. Kardiyak kateter prosedürleri için aktif sistemik enfeksiyon rölatif bir kontrendikasyondur.

- Transseptal yaklaşım, sol atriyal trombus veya miksoma veya bir interatriyal baffle veya yama bulunan hastalarda kontrendikedir.

- Retrograd yaklaşım, LASSO® nun sol ventrikül veya valvüler kısımlar içinde yakalanması riski nedeniyle kontrendikedir. LASSO® nun ventriküllerde kullanılması önerilmez.

### UYARILAR
- Kardiyak kateterizasyon işlemleri önemli ölçüde x ışınlarına maruz kalınması potansiyeline sahiptir ve bu nedenle x ışınlarının şiddeti ve floroskopik görüntüleme süresine bağlı olarak hem hastalar hem laboratuvar personelinde akut radyasyon hasarı ve somatik ve genetik etkiler açısından artan riske yol açabilir.

- Kardiyak kateterizasyonu sadece işlemle ilgili potansiyel radyasyona maruz kalma konusu yeterli derecede değerlendirildikten ve bu maruz kalmayı en aza indirmek için gerekli önlemler alındıktan sonra yapılmalıdır.

- Bu kateterin hamile kadınlarda kullanılması durumu dikkatle değerlendirilmelidir.

- Proksimal sap veya kablo konektörünü sıvılara batırmayınız; elektriksel performans etkilenebilir.

- Kateteri alkol gibi organik solventlere maruz bırakmayınız.

- Kateteri otoklava sokmayınız.

- LASSO® ucunu kılavuz kılıfa katlanmış olarak sokmayınız.

- LASSO® Bükülebilir Sirküler Haritalama Kateterinin Biosense Webster PREFACE® Örülü Kılavuz Kılıf ile kullanılması önerilir.

  Not: LASSO® Bükülebilir Sirküler Haritalama Kateterini yan deliklerinin çapı 1,25mm'den büyük olan transseptal kılıflarla kullanmayınız.

### ÖNLEMLER
- Serin, kuru ve karanlık bir yerde saklayın.

- Biosense Webster LASSO® Bükülebilir Sirküler Haritalama Kateterini bu kullanma talimatını tam olarak okuyup anlamadan kullanmaya kalkışmayınız.

- Kardiyak kateterizasyon işlemleri tam ekipmanlı bir elektrofizyoloji laboratuvarında uygun eğitim almış kişiler tarafından yapılmalıdır.

- Kardiyak hasar, perforasyon veya tamponadın önlenmesi için dikkatli manipülasyon gerekir. Kateterin ilerletilmesi ve yerleştirilmesi floroskopi kılavuzluğunda kılavuz kılıf içinden yapılmalıdır. Dirençle karşılaşıldığında kateteri kılavuz kılıf içinden ilerletmek veya geri çekmek için aşırı güç uygulamayınız. Ayrıca kılavuz kılıf insersiyonu, aspirasyonu ve manipülasyonu sırasında çok dikkatli olunmalıdır.

- Kullanımdan önce steril ambalaj ve kateter incelenmelidir.

- Biosense Webster LASSO® Bükülebilir Sirküler Haritalama Kateteri sadece tek hastada kullanılmak üzere tasarlanmıştır.

- Tekrar sterilize etmeyiniz ve tekrar kullanmayınız.

- Bu cihaz sadece tek kullanım için paketlenmiş ve sterilize edilmiştir. Tekrar kullanmayınız, tekrar işleme tabi tutmayınız veya tekrar sterilize etmeyiniz. Tekrar kullanımı, tekrar işleme tabi tutulması veya tekrar sterilize edilmesi, cihazın yapısal bütünlüğünü tehlikeye sokabilir ve/veya hastanın yaralanması, hastalanması veya ölümüne neden olabilecek cihaz arızasına sebep olabilir. Tek kullanımlık cihazların tekrar işleme tabi tutulması tekrar sterilize edilmesi kontaminasyon riski yaratabilir ve/veya hasta enfeksiyonuna veya bir hastadan diğerine enfeksiyonel hastalıkların bulaşması şeklinde çapraz enfeksiyona neden olabilir. Cihazın kontaminasyonu hastanın yaralanması, hastalanması veya ölümüne neden olabilir.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016794

Türkçe

- Kateterin insersiyonu veya geri çekilmesi öncesinde kateter ucunun orijinal şeklini aldığından emin olmak için daima başparmak düğmesini geriye çekiniz.

- LASSO®kateteri yerleştirmek için, gövdeyi sadece saat yönünde döndürünüz (veya çeviriniz).

**SON KULLANMA TARİHİ**
- Bu kateter etilen oksit gazıyla sterilize edilmiştir.

- Paket açık veya hasarlıysa kullanmayınız.

- Cihazı paket etiketindeki "Son Kullanma" tarihi öncesinde kullanınız.

**ATMA**
Bileşenleri geri dönüştürünüz veya ürünü ve rezidüel parçalarını veya atık maddelerini yerel kanunlar ve yönetmelikler doğrultusunda atınız.

**ÖNERİLEN KULLANMA TALİMATI**
- Kateteri ambalajdan çıkarınız ve steril çalışma alanına koyunuz.

- Damar ponksiyonu, kılavuz tel insersiyonu ve kılavuz kılıf kullanımı ve aspirasyon açısından Kullanma Talimatına göre standart uygulamalara uyunuz.

- Arayüz konektörlerini uygun kayıt ekipmanına bağlayınız.

- İnsersiyondan önce başparmak düğmesinin tam olarak geri çekildiğinden emin olunuz. Kateteri kılavuz kılıf içinden incelenen endokard bölgesine ilerletiniz. Uygun konumlandırmaya yardımcı olmaları için hem floroskopi hem elektrogram kullanınız. Eğrilik yarıçapını başparmak düğmesini kullanarak gerektiği şekilde ayarlayınız. Başparmak düğmesini ileri itmek kateter ucunun bükülmesine (kıvrılmasına) neden olur; düğme geri çekildiğinde uç düzelir.

- LASSO®kateteri yerleştirmek için, gövdeyi sadece saat yönünde döndürünüz (veya çeviriniz).

- Kateterin çıkarılmasından önce başparmak düğmesinin tamamen geri çekildiğinden emin olunuz. Kateteri kılavuz kılıftan çıkarınız ve uygun şekilde atınız. Kılavuz kılıf, damar dilatörü ve kılavuz telini Kullanma Talimatları uyarınca bir bütün olarak çıkarınız. Tekrar sterilize etmeyiniz ve tekrar kullanmayınız.

- Bu ürünün kullanımı veya performansıyla ilgili sorularınız varsa lütfen yerel temsilciniz veya üreticiye danışınız.

**ADVERS REAKSİYONLAR**
Kardiyak kateterizasyon işlemleriyle ilgili olarak pulmoner emboli, miyokard enfarktüsü, inme, kardiyak tamponat ve ölüm dahil olmak üzere çeşitli ciddi advers reaksiyonlar bildirilmiştir.

Yayınlarda kardiyak kateterizasyonla ilgili olarak aşağıdaki komplikasyonlar da bildirilmiştir: vasküler kanama, lokal hematomlar, tromboz, AV fistül, psödoanevrizma, tromboemboli, vazovagal reaksiyonlar, kardiyak perforasyon, hava embolisi, aritmiler, kapak hasarı, pnömotoraks ve hemotoraks.

**GARANTİ REDDİ VE YÜKÜMLÜLÜK KISITLAMASI**

**BURADA TANIMLANAN ÜRÜN(LER) İÇİN, SATILABİLİRLİK VE HERHANGİ BİR AMACA UYGUNLUK AÇISINDAN İMA EDİLEN GARANTİLER DAHİL, HERHANGİ BİR KISITLAMA OLMAKSIZIN HİÇBİR İFADE VEYA İMA EDİLMİŞ GARANTİ YOKTUR. HİÇBİR KOŞULDA BIOSENSE WEBSTER, INC. VEYA BAĞLI ŞİRKETLERİ, KANUNLAR TARAFINDAN AÇIKÇA BELİRTİLENLER DIŞINDA HİÇBİR ÖZEL, DOĞRUDAN, DOLAYLI, RİSKE BAĞLI VEYA DİĞER HASARDAN SORUMLU DEĞİLDİR.**

**YUKARIDAKİLERİ KISITLAMADAN, BIOSENSE WEBSTER, INC. VEYA YAN KURULUŞLARI TEK KULLANIM İÇİN ETİKETLENMİŞ ÜRÜNÜN/ÜRÜNLERİN TEKRAR KULLANIMINDAN DOLAYI VEYA İLGİLİ KANUNUN TEKRAR KULLANIMI YASAKLADIĞI DURUMLARDA HERHANGİ BİR ÖZEL, DOĞRUDAN, ARIZİ, ZIMNİ VEYA BAŞKA HASARDAN SORUMLU OLMAYACAKTIR.**

Bu belge dahil olmak üzere Biosense Webster, Inc. yazılı materyalinde bulunan tanımlar ve spesifikasyonlar sadece bilgi vermek ve ürünün üretim tarihindeki durumunu genel olarak tanımlamak amaçlıdır ve reçetelendirilen ürün açısından herhangi bir garanti sağlamak amacıyla hazırlanmazlar ve sunulmazlar.

M-5276-207M

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.                Release Date: 11/1/2019

CONFIDENTIAL                                    BWI-INN00016795

## LASSO® - Управляемый циркулярный картирующий катетер с управляемым кончиком

- **СТЕРИЛЬНО. Стерилизовано с применением окиси этилена.**
- **Только для одноразового использования.**
- **Автоклавирование запрещено.**
- **Использование запрещено, если упаковка вскрыта или повреждена.**
- **ВНИМАНИЕ! Федеральное законодательство США разрешает продажу этого устройства только медицинским работникам или по их заказу.**

### ОПИСАНИЕ КАТЕТЕРА

Циркулярный картирующий катетер с управляемым кончиком Biosense Webster LASSO® разработан для облегчения электрофизиологи-ческого картирования предсердий. Его размещают в правом или левом предсердии через направляющее устройство 8 F, аналогичное направляющим устройствам Biosense Webster PREFACE®. На петлеобразном (циркулярном) 3 F дистальном кончике катетера расположены платиновые электроды, которые можно использовать для стимуляции и регистрации электрофизиологических показателей. Имеются модели с различным диаметром петли. Когда ползунковый регулятор перемещается вперед, кончик катетера сгибается. Когда ползунковый регулятор оттягивается назад, кончик выпрямляется.

Катетер подсоединяется к стандартному регистрирующему оборудованию интерфейсными кабелями с соответствующими разъемами.

**КОНСУЛЬТАЦИЮ О СОВМЕСТИМЫХ ИНТЕРФЕЙСНЫХ КАБЕЛЯХ МОЖНО ПОЛУЧИТЬ У МЕСТНОГО ПРОИЗВОДИТЕЛЯ УСТРОЙСТВА.**

### ОБЛАСТИ ПРИМЕНЕНИЯ

Этот катетер предназначен для многоэлектродного электрофизиологического картирования кардиальных структур сердца, т.е. только для регистрации и стимуляции. Циркулярный картирующий катетер с управляемым концом Biosense Webster LASSO® предназначен для получения электрограмм области предсердия.

### ПРОТИВОПОКАЗАНИЯ

- Не подтверждена безопасность и эффективность применения управляемого циркулярного картирующего катетера Biosense Webster LASSO® для радиочастотной (РЧ) абляции.

- Использование этого катетера может быть противопоказано у пациентов с искусственными клапанами. Относительным противопоказанием к проведению катетеризации сердца является активный сепсис.

- Трансseptальный доступ противопоказан у пациентов с тромбозом левой коронарной артерии, миксомой или внутрипредсердным шунтом (каналом или перегородкой).

- Ретроградный доступ противопоказан в связи с риском застревания циркулярного картирующего катетера с управляемым кончиком LASSO® в левом желудочке или клапанном аппарате сердца. Использовать LASSO® для исследования желудочков не рекомендуется.

### ПРЕДУПРЕЖДЕНИЯ

- Во время процедур катетеризации сердца возможно значительное рентгеновское облучение, что может привести к острой лучевой болезни, а также повышенному риску соматических и генетических последствий у пациентов и лабораторного персонала, вследствие интенсивного рентгеновского излучения и длительной рентгеноскопической визуализации.

- Катетеризация сердца должна выполняться только после оценки возможного рентгеновского облучения, связанного с данной процедурой, и после того, как будут приняты меры для сведения к минимуму этого облучения.

- Необходимо проявлять особую осторожность при использовании катетера у беременных женщин.

- Не погружайте проксимальную рукоятку или разъем кабеля в жидкости, так как это может привести к нарушению подачи электропитания.

- Избегайте воздействия на катетер органических растворителей, например, спирта.

- Автоклавирование этого катетера запрещено.

- Не вводите кончик катетера LASSO® в направляющее устройство в согнутом виде.

- Управляемый циркулярный картирующий катетер LASSO® рекомендуется использовать с направляющим устройством, укрепленным внутренней оплеткой Biosense Webster PREFACE®.

  Примечание. Запрещается использовать управляемый циркулярный картирующий катетер LASSO® с устройствами для транссептального доступа с боковыми отверстиями диаметром более 1,25 мм.

### МЕРЫ ПРЕДОСТОРОЖНОСТИ

- Хранить в прохладном, сухом, темном месте.

- Не пытайтесь использовать управляемый циркулярный картирующий катетер Biosense Webster LASSO®, пока полностью не прочтете и не поймете настоящую Инструкцию по применению.

- Процедуры катетеризации сердца должны выполняться персоналом с соответствующей подготовкой в полностью оборудованной электрофизиологической лаборатории.

- Необходимо крайне осторожно манипулировать катетером во избежание повреждения, прободения или тампонады сердца. Введение и продвижение катетера должны выполняться через направляющее устройство с под контролем рентгеноскопии. Не прилагайте избыточные усилия для продвижения или удаления катетера через направляющее устройство, если ощущается сопротивление. Кроме того, следует соблюдать особую осторожность при введении, аспирации и продвижении устройства для транссептального доступа.

- Перед использованием катетера необходимо осмотреть стерильную упаковку и сам катетер.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.       Release Date: 11/1/2019

CONFIDENTIAL
BWI-INN00016796

Русский

- Управляемый циркулярный картирующий катетер Biosense Webster LASSO® предназначен только для одноразового использования.

- Повторная стерилизация и повторное использование запрещены.

- Данное устройство упаковано и стерилизовано только для одноразового использования. Запрещается повторное использование, повторные обработка или стерилизация. Повторное использование, обработка или стерилизация могут нарушить структурную целостность устройства и/или привести к поломке устройства и, в свою очередь, к причинению вреда здоровью, болезни или смерти пациента. Также повторная обработка или стерилизация устройств одноразового применения может создать риск заражения и/или привести к инфицированию пациента либо перекрестному инфицированию, включая, но не ограничиваясь, передачей инфекционного заболевания от одного пациента другому. Заражение устройства может стать причиной причинения вреда здоровью, болезни или смерти пациента.

- Необходимо всегда отводить назад ползунковый регулятор на катетере перед введением или удалением катетера, чтобы конец катетера принял первоначальную форму.

- Для размещения катетера LASSO®, вращайте катетер только по часовой стрелке.

**СРОК ГОДНОСТИ**
- Катетер стерилизован этиленоксидом.

- Использование запрещено, если упаковка вскрыта или повреждена.

- Запрещается использовать устройство после окончания срока годности, указанного на ярлыке упаковки.

**УТИЛИЗАЦИЯ**
Повторно используйте компоненты или утилизируйте изделие и его оставшиеся элементы либо отработанные детали в соответствии с местными законами и нормативами.

**ИНСТРУКЦИИ ПО ПРИМЕНЕНИЮ**
- Извлеките катетер из упаковки и поместите его на стерильную рабочую поверхность.

- Соблюдайте стандартные процедуры пункции сосуда, введения направляющего проводника, использования и аспирации устройства для транссептального доступа в соответствии с Инструкцией по применению.

- Подсоедините интерфейсные разъемы к соответствующему регистрирующему оборудованию.

- Перед введением катетера убедитесь, что ползунковый регулятор полностью отведен назад. Под наблюдением продвигайте катетер через устройство транссептального доступа к исследуемой области эндокарда. Для правильного позиционирования используйте рентгеноскопию и электрограммы. Отрегулируйте радиус изгиба, перемещая ползунковый регулятор. Смещение регулятора вперед изгибает конец катетера (образует изгиб); отведение регулятора назад выпрямляет конец катетера.

- Для размещения катетера LASSO®, вращайте катетер только по часовой стрелке.

- Перед удалением катетера убедитесь, что ползунковый регулятор полностью отведен назад. Удалите катетер через устройство транссептального доступа и утилизируйте его надлежащим образом. Удалите устройство транссептального доступа, расширитель сосуда и направляющий проводник как единый блок в соответствии с соответствующей Инструкцией по применению. Повторная стерилизация и повторное использование запрещены.

- Если у вас есть какие-либо вопросы относительно применения или рабочих характеристик данного изделия, обратитесь к производителю.

**ПОБОЧНЫЕ РЕАКЦИИ**
Зарегистрирован ряд серьезных побочных реакций при проведении процедур катетеризации сердца, в том числе эмболия, инфаркт миокарда, инсульт, тампонада сердца и летальный исход.

Также в литературе описаны следующие осложнения, связанные с катетеризацией сердца: сосудистое кровотечение, локальные гематомы, тромбоз, атриовентрикулярная фистула, псевдоаневризма, тромбоэмболия, вазовагальные реакции, прободение сердца, воздушная эмболия, аритмии, повреждение клапана сердца, пневмоторакс и гемоторакс.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.     **Release Date:** 11/1/2019     M-5276-207M

CONFIDENTIAL     BWI-INN00016797

**ОТКАЗ ОТ ГАРАНТИИ И ОГРАНИЧЕНИЕ ОТВЕТСТВЕННОСТИ**

**НА ОПИСАННЫЕ В НАСТОЯЩЕМ ДОКУМЕНТЕ ОДНО ИЛИ НЕСКОЛЬКО ИЗДЕЛИЙ НЕ ДАЕТСЯ НИКАКИХ ЯВНЫХ ИЛИ ПОДРАЗУМЕВАЕМЫХ ГАРАНТИЙ, В ТОМ ЧИСЛЕ, БЕЗ ОГРАНИЧЕНИЙ, ЛЮБОЙ ПОДРАЗУМЕВАЕМОЙ ГАРАНТИИ ГОДНОСТИ К ПРОДАЖЕ ИЛИ ПРИГОДНОСТИ К КОНКРЕТНОЙ ЦЕЛИ. НИ ПРИ КАКИХ ОБСТОЯТЕЛЬСТВАХ КОМПАНИЯ BIOSENSE WEBSTER, INC. И ЕЕ ФИЛИАЛЫ НЕ НЕСУТ ОТВЕТСТВЕННОСТЬ ЗА КАКИЕ-ЛИБО ФАКТИЧЕСКИЕ, ПРЯМЫЕ, КОСВЕННЫЕ, ПОБОЧНЫЕ ИЛИ ДРУГИЕ УБЫТКИ, КРОМЕ ЯВНО УКАЗАННЫХ В ПРИМЕНИМОМ ЗАКОНОДАТЕЛЬСТВЕ.**

**БЕЗ ОГРАНИЧЕНИЙ УКАЗАННОГО ВЫШЕ КОМПАНИЯ BIOSENSE WEBSTER, INC. И ЕЕ ФИЛИАЛЫ НЕ БУДУТ НЕСТИ ОТВЕТСТВЕННОСТИ ЗА КАКИЕ-ЛИБО РЕАЛЬНЫЕ, ПРЯМЫЕ, КОСВЕННЫЕ, ПОБОЧНЫЕ И ДРУГИЕ УБЫТКИ, ВЫЗВАННЫЕ ПОВТОРНЫМ ИСПОЛЬЗОВАНИЕМ ЛЮБЫХ ИЗДЕЛИЙ С МАРКИРОВКОЙ «ДЛЯ ОДНОРАЗОВОГО ИСПОЛЬЗОВАНИЯ», ИЛИ ЕСЛИ ПОВТОРНОЕ ИСПОЛЬЗОВАНИЕ ЗАПРЕЩЕНО ДЕЙСТВУЮЩИМ ЗАКОНОДАТЕЛЬСТВОМ.**

Описания и спецификации в печатных публикациях компании Biosense Webster, Inc. включая настоящую публикацию, являются исключительно информационными материалами, в них представлено только общее описание изделия на момент изготовления, и они ни в коей мере не являются гарантией и не выдаются в качестве гарантии на описанное изделие.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016798

Polski

## Okrężny cewnik mapujący z ruchomą końcówką LASSO®

- **STERYLNE. Sterylizowane za pomocą tlenku etylenu.**
- **Tylko do jednorazowego użytku.**
- **Nie sterylizować w autoklawie.**
- **Nie używać, jeśli opakowanie jest otwarte lub uszkodzone.**
- **UWAGA: Prawo federalne (USA) zezwala na sprzedaż tego urządzenia wyłącznie lekarzom lub na zlecenie lekarza.**

### OPIS CEWNIKA

Okrężny cewnik mapujący z ruchomą końcówką Biosense Webster LASSO® jest przeznaczony do wspomagania elektrofizjologicznego mapowania przedsionków serca. Wprowadza się go do prawego lub lewego przedsionka przez koszulkę prowadzącą o rozmiarze 8 F, podobną do koszulek prowadzących Biosense Webster PREFACE®. Na dystalnej, ruchomej końcówce tego cewnika znajduje się kolista wypustka o rozmiarze 3 F, zawierająca elektrody platynowe, których można używać do stymulacji i rejestracji. Dostępne są modele z kolistymi wypustkami o różnych średnicach. Pchnięcie przycisku cewnika do przodu powoduje zgięcie końcówki; odciągnięcie przycisku do tyłu powoduje wyprostowanie końcówki cewnika.

**Cewnik można podłączać do standardowych urządzeń rejestrujących za pośrednictwem przewodów wyposażonych w odpowiednie złącza.**

**INFORMACJI O WŁAŚCIWYCH PRZEWODACH POŁĄCZENIOWYCH NALEŻY ZASIĘGNĄĆ U LOKALNEGO DYSTRYBUTORA LUB PRODUCENTA.**

### WSKAZANIA

Cewnik jest przeznaczony do wieloelektrodowego mapowanie elektrofizjologicznego struktur serca, tj. tylko do rejestracji lub stymulacji. Okrężny cewnik mapujący z ruchomą końcówką Biosense Webster LASSO® został zaprojektowany z myślą o uzyskiwaniu elektrogramów z obszarów przedsionkowych serca.

### PRZECIWWSKAZANIA

- Nie potwierdzono bezpieczeństwa ani skuteczności stosowania okrężnego cewnika mapującego z ruchomą końcówką Biosense Webster LASSO® w zabiegach ablacji prądami o częstotliwości radiowej.

- Stosowanie cewnika może być niewskazane u pacjentów ze sztucznymi zastawkami. Względnym przeciwwskazaniem do wykonywania zabiegów cewnikowania serca jest czynne zakażenie ogólnoustrojowe.

- Przeciwwskazaniem do dostępu przezprzegrodowego jest skrzeplina lub śluzak lewego przedsionka bądź przegroda lub łata wewnątrzprzedsionkowa.

- Przeciwwskazane jest dojście tylne ze względu na ryzyko uwięźnięcia cewnika LASSO® w lewej komorze lub aparacie zastawkowym. Nie zaleca się stosowania cewnika LASSO® w komorach.

### OSTRZEŻENIA

- Z zabiegami cewnikowania serca wiąże się potencjalne niebezpieczeństwo silnego narażenia na działanie promieni rentgenowskich, które może spowodować poważne urazy popromienne, a także zwiększa ryzyko skutków somatycznych i genetycznych, tak u pacjentów, jak i personelu laboratoryjnego, ze względu na natężenie promieniowania i czas trwania obrazowania fluoroskopowego.

- Przed przystąpieniem do zabiegu cewnikowania serca należy dokładnie ocenić ryzyko narażenia na promieniowanie w związku z zabiegiem i podjąć działania zmierzające do zminimalizowania tego ryzyka.

- Szczególnie starannie należy rozważyć stosowanie cewnika u kobiet ciężarnych.

- Nie zanurzać proksymalnego uchwytu ani złącza przewodów w płynach; może to zakłócić działanie układu elektrycznego.

- Nie narażać cewnika na działanie rozpuszczalników organicznych, takich jak alkohole.

- Nie sterylizować cewnika w autoklawie.

- Nie wprowadzać cewnika LASSO® do koszulki prowadzącej, gdy końcówka jest zgięta.

- Zaleca się używanie okrężnego cewnika mapującego z ruchomą końcówką LASSO® razem z plecioną koszulką prowadzącą Biosense Webster PREFACE®.

Uwaga: Nie należy używać okrężnego cewnika mapującego z ruchomą końcówką LASSO® razem z koszulkami przezprzegrodowymi, których otwory boczne mają średnicę większą niż 1,25 mm.

### ŚRODKI OSTROŻNOŚCI

- Przechowywać w chłodnym, suchym i ciemnym miejscu.

- Cewnika do mapowania Biosense Webster LASSO® z ruchomą końcówką należy używać dopiero po zapoznaniu się z całą treścią niniejszej instrukcji obsługi i zrozumieniu jej.

- Zabiegi cewnikowania serca powinny przeprowadzać wyłącznie osoby odpowiednio przeszkolone, w kompletnie wyposażonym laboratorium elektrofizjologicznym.

- Podczas operowania cewnikiem należy zachować ostrożność, aby uniknąć uszkodzenia, perforacji lub tamponady serca. Wprowadzanie i umieszczanie cewnika powinno odbywać się pod kontrolą fluoroskopową, z zastosowaniem koszulki prowadzącej. W razie napotkania oporu podczas wprowadzania lub wycofywania cewnika przez koszulkę prowadzącą nie należy używać nadmiernej siły. Należy ponadto zachować szczególną ostrożność podczas wsuwania koszulki prowadzącej, operowania nią i wytwarzania w niej podciśnienia.

- Przed użyciem skontrolować stan sterylnego opakowania i cewnika.

- Okrężny cewnik mapujący Biosense Webster LASSO® jest przeznaczony do użycia tylko u jednego pacjenta.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.     Release Date: 11/1/2019

M-5276-207M

CONFIDENTIAL

BWI-INN00016799

Polski

- Nie sterylizować i nie używać ponownie.

- Urządzenie jest pakowane i wyjaławiane wyłącznie do jednorazowego użytku. Nie używać go ponownie, nie przygotowywać do ponownego użytku, ani nie poddawać powtórnemu wyjaławianiu. Powtórne użycie, przygotowanie do ponownego użytku lub powtórne wyjaławienie może naruszyć strukturę urządzenia i prowadzić do jego uszkodzenia, co z kolei może stać się przyczyną obrażeń, choroby lub zgonu pacjenta. Ponowne przygotowywanie lub wyjaławianie urządzeń do jednorazowego użytku może także stwarzać ryzyko skażenia oraz/lub spowodować zakażenie pacjenta albo krzyżowe, między innymi przeniesienia choroby zakaźnej z jednego pacjenta na drugiego. Skażenie urządzenia może prowadzić do obrażeń, choroby lub zgonu pacjenta.

- Przed wprowadzeniem cewnika należy zawsze wyciągać przycisk sterujący zginaniem, aby przywrócić pierwotny kształt końcówki.

- Podczas umieszczania cewnika LASSO® należy skręcać (lub obracać) jego trzon wyłącznie w kierunku zgodnym z ruchem wskazówek zegara (w prawo).

**TERMIN PRZYDATNOŚCI DO UŻYCIA**
- Ten cewnik jest sterylizowany tlenkiem etylenu.

- Nie używać, jeśli opakowanie jest otwarte lub uszkodzone.

- Cewnika należy użyć przed upływem terminu przydatności do użycia podanego na opakowaniu.

**UTYLIZACJA**
Elementy urządzenia należy poddawać recyklingowi lub wyrzucać produkt, jego pozostałości lub odpady zgodnie z lokalnymi przepisami.

**SUGEROWANY SPOSÓB UŻYCIA**
- Wyjąć cewnik z opakowania i umieścić w polu sterylnym.

- Nakłuć naczynie zgodnie ze standardowymi zasadami postępowania, wprowadzić prowadnik i koszulkę prowadzącą zgodnie z ich instrukcjami obsługi.

- Podłączyć złącza interfejsu do odpowiednich urządzeń rejestrujących.

- Przed wprowadzeniem cewnika upewnić się, że przycisk sterujący odchyleniem jest całkowicie wycofany. Wprowadzić cewnik przez koszulkę prowadzącą w badany obszar wsierdzia. Przy ustalaniu prawidłowego położenia cewnika korzystać jednocześnie z fluoroskopii i elektrogramów. Odpowiednio dopasować promień krzywizny, manipulując przyciskiem. Pchnięcie przycisku do przodu powoduje zgięcie (zakrzywienie) końcówki; odciągnięcie przycisku do tyłu powoduje wyprostowanie końcówki.

- Podczas umieszczania cewnika LASSO® należy skręcać (lub obracać) jego trzon wyłącznie w kierunku zgodnym z ruchem wskazówek zegara (w prawo).

- Przed wycofaniem cewnika upewnić się, że przycisk został całkowicie odciągnięty do tyłu. Wyjąć cewnik przez koszulkę prowadzącą i wyrzucić, zachowując odpowiednie procedury. Wyjąć koszulkę prowadzącą, rozszerzacz naczynia i prowadnik jako jedną całość, zgodnie z instrukcjami obsługi przyrządów. Nie sterylizować i nie używać ponownie.

- Ze wszelkimi pytaniami dotyczącymi użycia i działania tego produktu należy zwracać się do lokalnego dystrybutora lub do producenta.

**REAKCJE NIEPOŻĄDANE**
Udokumentowano szereg poważnych reakcji niepożądanych mających związek z zabiegami cewnikowania serca, takich jak zator tętnicy płucnej, zawał serca, dusznica bolesna, tamponada serca i zgon.

W literaturze znajdują się także doniesienia o następujących powikłaniach mających związek z cewnikowaniem serca; są to: krwawienie naczyniowe, krwiaki miejscowe, zakrzepica, przetoka tętniczo-żylna, tętniak rzekomy, zakrzep z zatorami, reakcje nerwu błędnego, perforacja serca, zator powietrzny, arytmie, uszkodzenie zastawek, odma opłucnowa i krwiak opłucnej.

**WYŁĄCZENIE I OGRANICZENIE ODPOWIEDZIALNOŚCI Z TYTUŁU GWARANCJI**

**NA OPISYWANY(-E) W NINIEJSZYM DOKUMENCIE PRODUKT(Y) NIE UDZIELA SIĘ GWARANCJI JAWNYCH ANI DOMNIEMANYCH, A W SZCZEGÓLNOŚCI, BEZ ŻADNYCH WYJĄTKÓW, DOMNIEMANEJ GWARANCJI WARTOŚCI HANDLOWEJ LUB PRZYDATNOŚCI DO OKREŚLONEGO CELU. W ŻADNYM WYPADKU BIOSENSE WEBSTER, INC. ANI FIRMY STOWARZYSZONE NIE PONOSZĄ ODPOWIEDZIALNOŚCI ZA JAKIEKOLWIEK SZCZEGÓLNE, BEZPOŚREDNIE, PRZYPADKOWE, WYNIKOWE LUB INNE SZKODY NIŻ WYRAŹNIE OKREŚLONE MAJĄCYMI ZASTOSOWANIE PRZEPISAMI PRAWNYMI.**

**NIEZALEŻNIE OD POWYŻSZEGO ZASTRZEŻENIA, FIRMA BIOSENSE WEBSTER, INC. ANI JEJ FIRMY ZALEŻNE NIE BĘDĄ PONOSIĆ ODPOWIEDZIALNOŚCI ZA ŻADNE SZKODY SZCZEGÓLNE, BEZPOŚREDNIE, PRZYPADKOWE, WYNIKOWE LUB INNE, WYNIKŁE W ZWIĄZKU Z PONOWNYM UŻYCIEM PRODUKTÓW OZNAKOWANYCH JAKO PRZEZNACZONE DO UŻYTKU JEDNORAZOWEGO LUB TAKICH, KTÓRYCH POWTÓRNE UŻYCIE JEST ZAKAZANE Z MOCY PRAWA.**

Opisy i dane techniczne występujące w dokumentacji firmy Biosense Webster, Inc., a w szczególności w niniejszej publikacji, mają wyłącznie charakter informacyjny, stanowią ogólny opis produktu aktualny na dzień jego wytworzenia i nie zostały opracowane ani wydane jako gwarancja opisywanego produktu.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.                    Release Date: 11/1/2019

CONFIDENTIAL                                                                                          BWI-INN00016800

Česky

## LASSO® – řiditelný kruhový mapovací katétr

- **STERILNÍ. Sterilizováno etylénoxidem.**
- **Pouze pro jedno použití.**
- **Nesterilizujte v autoklávu.**
- **Nepoužívejte, je-li obal otevřen nebo poškozen.**
- **DŮLEŽITÉ UPOZORNĚNÍ: Podle federálních zákonů USA smí toto zařízení objednat resp. zakoupit pouze lékař.**

### POPIS KATÉTRU

Deflekční kruhový mapovací katétr Biosense Webster LASSO® byl vyroben za účelem usnadnění elektrofyziologického mapování srdečních síní. Zavádí se do pravé nebo levé síně pomocí vodícího pouzdra 8 F podobného vodícím pouzdrům Biosense Webster PREFACE®. Tento řiditelný katétr obsahuje 3 F kruhovou spínu na svém distálním konci s platinovými elektrodami, které se dají použít pro stimulaci a záznam. K dispozici jsou modely s různými průměry kruhové spiny. Stlačením tlačítka katétru směrem dopředu se hrot ohne; vtažením tlačítka zpět se koncovka katétru opět narovná

**Katétr se dá připojit k standardnímu záznamovému zařízení pomocí spojovacích kabelů s vhodnými konektory.**

**KONZULTUJTE S MÍSTNÍM PRODEJCEM NEBO VÝROBCEM VÝBĚR VHODNÝCH SPOJOVACÍCH KABELŮ.**

### INDIKACE

Katétr je určen pro elektrofyziologické mapování srdečních struktur pomocí vícečetných elektrod, tj. pouze k snímání nebo k stimulaci. Kruhový mapovací katétr Biosense Webster LASSO® je určen k pořizování elektrogramů v síňové oblasti srdce.

### KONTRAINDIKACE

- Kruhový mapovací katétr Biosense Webster LASSO® se nepovažuje za bezpečný a efektivní pro účely radiofrekvenční (RF) ablace.

- Použití katétru nemusí být vhodné pro pacienty s protetickými chlopněmi. Aktivní systémová infekce je relativní kontraindikací pro procedury se srdečním katétrem.

- Transseptální přístup je kontraindikován u pacientů s trombem levé síně nebo myxomu a s mezisíňovou úpravou či záplatou.

- Retrográdní přístup přes aortu je kontraindikován z důvodu možného zachycení LASSO® v levé komoře nebo aparátu chlopní. LASSO® se nedoporučuje k použití v komorách.

### UPOZORNĚNÍ

- Používání srdečního katétru je spojeno s možností výrazného působení rentgenového záření, což může způsobit nemoc z akutního ozáření a rovněž zvýšené riziko somatických a genetických účinků pro pacienta i pro personál laboratoře následkem intenzity rentgenového záření a doby vystavení účinkům rentgenového prosvěcování.

- Srdeční katetrizace se má používat pouze po provedení důkladných opatření proti případnému rentgenovému ozáření a ve spojení s postupy a kroky, které snižují možnost ozáření.

- Z tohoto důvodu je nutná opatrnost při používání katétru u těhotných žen.

- Přibližovací rukojeť nebo kabelový konektor nesmí přijít do styku s kapalinami, neboť by mohlo dojít k poškození elektrického vybavení.

- Katétr je třeba chránit před organickými rozpouštědly, jako je např. alkohol.

- Nesterilizujte katétr v autoklávu.

- Nevkládejte LASSO® katétr s ohnutým koncem do vodícího pouzdra.

- Řiditelný cirkulární mapovací katétr LASSO® se doporučuje používat s tvrzeným vodícím pouzdrem Biosense Webster PREFACE®.

  Poznámka: Nepoužívejte řiditelný kruhový mapovací katétr LASSO® s transseptálním pouzdrem, jehož boční otvory mají průměr větší než 1,25 mm.

### BEZPEČNOSTNÍ OPATŘENÍ

- Uchovávejte na chladném, suchém a tmavém místě.

- Nepoužívejte cirkulární mapovací katétr Biosense Webster LASSO® dřív, než si přečtete a plně porozumíte tomuto návodu k použití.

- Procedury srdeční katetrizace může používat pouze řádně vyškolený personál v plně vybavené elektrofyziologické laboratoři.

- Je třeba s ním manipulovat opatrně, aby nedošlo k poškození srdce, perforaci nebo tamponádě. Zavedení a umístění katétru je třeba provést vodícím pouzdrem pod rentgenem. Pokud při zavádění nebo vyjímání katétr ve vodícím pouzdru narazí na odpor, nesnažte se použít sílu. Kromě toho je třeba dávat velký pozor při vkládání, otáčení a manipulaci s vodícím pouzdrem.

- Před použitím zkontrolujte sterilní obal a katétr.

- Kruhový mapovací katétr Biosense Webster LASSO® je určen pro použití pouze pro jednoho pacienta.

- Nesterilizujte a nepoužívejte opakovaně.

- Toto zařízení je baleno a sterilizováno pouze k jednorázovému použití. Nepoužívejte opakovaně, znovu nezpracovávejte ani nesterilizujte. Opakovaně nepoužívejte, znovu nezpracovávejte ani nesterilizujte může tak dojít k narušení strukturální neporušenosti zařízení a/nebo vést k selhání zařízení, což může následně způsobit poranění, nemoc či úmrtí pacienta. Opakované zpracování či sterilizace zařízení k jednorázovému použití mohou zapříčinit riziko kontaminace a/nebo způsobit infekci pacienta nebo křížovou infekci, zejména přenos infekční nemoci(í) z jednoho pacienta na druhého. Kontaminace na zařízení může vést ke zranění, nemoc nebo úmrtí pacienta.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revisión mas actualizada.
M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016801

- Vždy před vložením nebo vyjmutím katétru vtáhněte zpět křídlové tlačítko, aby se distální konec dostal do původní polohy.

- Při umísťování katétru LASSO® točte (nebo otáčejte) rotátorem pouze ve směru hodinových ručiček.

**DATUM "POUŽIJTE DO"**
- Tento katétr byl sterilizován plynným etylénoxidem.

- Nepoužívejte, je-li obal otevřen nebo poškozen.

- Přístroj je povoleno používat pouze do data "Použijte do", vyznačeného na štítku obalu.

**LIKVIDACE**
Recyklaci komponent nebo likvidaci výrobku spolu se zbylými součástmi a odpadem proveďte v souladu s místními zákony a předpisy.

**DOPORUČENÝ POSTUP POUŽITÍ**
- Vyjměte katétr z obalu a umístěte ho do sterilního pracovního prostředí.

- Dodržujte standardní postup cévní punkce, při vkládání vodicího drátu a při použití vodicího pouzdra se řiďte danými pokyny.

- Připojte spojovací konektory ke vhodnému záznamovému zařízení.

- Před zavedením zkontrolujte, zda je křídlové tlačítko zcela zatažené. Zaveďte katétr přes vodící pouzdro za stálého pozorování do prostoru endokarda. K dosažení správného umístění použijte rentgen i elektrogramy. Nastavte pomocí tlačítka rádius zakřivení podle potřeby. Vytlačení křídlového tlačítka směrem dopředu způsobí, že se katétr ohne (zakřiví); vtlačením tlačítka se distální konec narovná.

- Při umísťování katétru LASSO® točte (nebo otáčejte) rotátorem pouze ve směru hodinových ručiček.

- Před vyjmutím katétru je třeba ověřit, zda je křídlové tlačítko zcela zatažené zpět. Vyjměte katétr přes vodící pouzdro a vhodným způsobem ho odstraňte. Podle návodu odstraňte vodicí pouzdro, cévní dilátor a vodicí drát jako jednu jednotku. Nesterilizujte a nepoužívejte opakovaně.

- Máte-li nějaké dotazy týkající se použití nebo vlastností tohoto výrobku, spojte se, prosím, s regionálním prodejcem nebo výrobcem.

**NEŽÁDOUCÍ ÚČINKY**
Bylo zaznamenáno několik vážných nežádoucích účinků u procedur srdeční katetrizace včetně plicní embolie, infarktu myokardu, mrtvice, srdeční tamponády i smrti.

V literatuře se uvádějí následující komplikace související s použitím srdeční katetrizace: cévní krvácení, lokální hematomy, trombóza, AV fistule, pseudoaneuryzma, tromboembolie, vazovagální reakce, perforace srdce, vzduchová embolie, arytmie, poškození chlopně, pneumotorax a hemotorax.

**ODMÍTNUTÍ ZÁRUK A OMEZENÍ ODPOVĚDNOSTI**

**NA ZDE POPSANÝ VÝROBEK (POPSANÉ VÝROBKY) NEEXISTUJE VÝSLOVNÁ ANI NEVÝSLOVNÁ ZÁRUKA VČETNĚ NEOMEZENÉ ZÁRUKY NA MOŽNOST PRODEJE NEBO VHODNOSTI K URČITÉMU ÚČELU. SPOLEČNOST BIOSENSE WEBSTER, INC., NEBO JEJÍ PŘIDRUŽENÉ SPOLEČNOSTI ZA ŽÁDNÝCH OKOLNOSTÍ NERUČÍ ZA ŽÁDNÉ SPECIÁLNÍ, PŘÍMÉ, NÁHODNÉ, NÁSLEDNÉ NEBO JINÉ ŠKODY S VÝJIMKOU TĚCH, KTERÉ JSOU UVEDENY V PŘÍSLUŠNÉM ZÁKONĚ.**

**BEZ OMEZENÍ USTANOVENÍ UVEDENÉHO V PŘEDCHÁZEJÍCÍM ODSTAVCI SPOLEČNOST BIOSENSE WEBSTER, INC. NEBO JEJÍ PŘIDRUŽENÉ SPOLEČNOSTI ZA ŽÁDNÝCH OKOLNOSTÍ NERUČÍ ZA ŽÁDNÉ SPECIÁLNÍ, PŘÍMÉ, NÁHODNÉ, NÁSLEDNÉ NEBO JINÉ ŠKODY, KTERÉ VZNIKNOU OPAKOVANÝM POUŽITÍM VÝROBKU (VÝROBKŮ) URČENÝCH POUZE PRO JEDNO POUŽITÍ NEBO V PŘÍPADĚ, ŽE JE JEJICH OPAKOVANÉ POUŽITÍ ZAKÁZÁNO PŘÍSLUŠNÝM ZÁKONEM.**

Popisy a specifikace objevující se v tištěných dokumentech společnosti Biosense Webster, Inc. včetně této publikace jsou pouze informativní a uvádějí pouze všeobecný popis výrobku v době výroby a v žádném případě neposkytují záruku pro popsaný výrobek a nejsou ani takto míněny.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                        BWI-INN00016802

Magyar

# LASSO® hajlítható körkörös térképező katéter

- **STERIL. Etilénoxid gázban sterilizálva.**
- **Egyszer használatos.**
- **Ne kezelje autoklávban.**
- **Ne használja fel, ha a csomagolás nyitva van vagy sérült.**
- **ÓVINTÉZKEDÉSEK: Az Egyesült Államok szövetségi törvényeinek értelmében az eszköz csak orvos által vagy orvos rendelvényére értékesíthető.**

### A KATÉTER LEÍRÁSA

A Biosense Webster LASSO® hajlítható körkörös térképező katétert a szívpitvar elektrofiziológiai vizsgálatának megkönnyítésére fejlesztették ki. A jobb vagy bal pitvarba 8 F vezetőhüvelyen keresztül juttatható, amely hasonló a Biosense Webster gyártmányú PREFACE® vezetőhüvelyhez. Ennek a hajlítható katéternek a disztális végén 3 F méretű körkörös taréj húzódik, amelyen ingerlésre vagy adatrögzítésre alkalmas platina elektródák találhatóak. Az egyes típusok különböző átmérőjű körkörös taréjjal kaphatóak. A katéter nyomógombjának előretolására a végződés elhajlik, a nyomógomb visszahúzására a katéter végződése kiegyenesedik.

**A katéter a megfelelő csatlakozókkal ellátott kábeleken keresztül szabványos adatrögzítő berendezésekhez csatlakoztatható.**

**A MEGFELELŐ CSATLAKOZÓKÁBELEKRŐL ÉRDEKLŐDJÖN A HELYI KÉPVISELETNÉL VAGY A GYÁRTÓNÁL.**

### JAVALLATOK

A katéter a szívstruktúrák többelektródás elektrofiziológiai vizsgálatára használható, azaz kizárólag adatrögzítésre vagy ingerlésre. A Biosense Webster LASSO® állítható körkörös térképező katéter a szív pitvari régiójában használható elektrogram felvételére.

### ELLENJAVALLATOK

- A Biosense Webster LASSO® körkörös térképező katéter biztonságosságát és hatékonyságát rádiófrekvenciás (RF) ablációban nem állapították meg.

- A katéter használata mesterséges szívbillentyűvel élő pácienseknél nem minden esetben javallott. A szívkatéteres eljárások relative ellenjavallottak aktív szisztémás infekció esetén.

- A transseptalis megközelítés ellenjavallott, ha a páciensnél bal pitvari vérrög vagy myxoma, illetve interatriális baffle vagy patch van jelen.

- A retrográd megközelítés nem javallott, mivel a LASSO® a bal kamrában vagy a valvuláris apparátusban elakadhat. A LASSO® kamrai használata nem ajánlott.

### FIGYELMEZTETÉSEK

- A szívkatéterezési eljárás potenciálisan jelentős röntgensugárzásnak való kitettséggel jár, amely akut sugársérülést, valamint mind a pácienst, mind a laboratóriumi személyzetet érintő szomatikus és genetikai hatásokat okozhat a röntgensugár intenzitása és a fluoroszkópos vizsgálat időtartama miatt.

- A szívkatéterezést csak az eljárással járó potenciális sugárzási kitettség megfelelő értékelése, és a kitettség minimálisra csökkentése után végezze.

- Ezért alaposan fontolja meg a katéter alkalmazását terhes nők esetében.

- Ne merítse folyadékba a proximális nyelet és kábelcsatlakozót, mert ez ronthatja az elektromos érintkezést.

- Ne tegye ki a katétert szerves oldószereknek, például alkoholnak.

- Ne kezelje a katétert autoklávban.

- Ne vezesse be a LASSO® eszköz végződését összehajtott állapotban a vezetőhüvelybe.

- A LASSO® hajlatható körkörös térképező katéterhez a Biosense Webster PREFACE® fonott vezetőhüvely használata ajánlott.

  Megjegyzés: Ne használja a LASSO® hajlítható körkörös térképező katétert 1,25 mm-nél nagyobb átmérőjű oldalsó lyukakkal ellátott transz-szeptális hüvellyel.

### ÓVINTÉZKEDÉSEK

- Hűvös, száraz, sötét helyen tárolandó.

- A használati utasítások elolvasása és értelmezése előtt ne használja a Biosense Webster LASSO® körkörös térképező katétert.

- A szívkatéteres eljárásokat megfelelően képzett személyzet végezze tökéletesen felszerelt elektrofiziológiai laboratóriumban.

- A szív sérülésének, perforálódásának vagy tamponádjának elkerülése érdekében a katétert óvatosan mozgassa. A katéter bejuttatását és elhelyezését vezetőhüvelyen keresztül, fluoroszkópos megfigyeléssel végezze. Ha ellenállást tapasztal, ne tolja vagy húzza a katétert erővel a vezetőhüvelyben. Ezenkívül fordítson különös figyelmet a vezetőhüvely behelyezésére, aspirálására és mozgatására.

- Használat előtt vizsgálja meg a steril csomagolást és a katétert.

- A Biosense Webster LASSO® körkörös térképező katéter csak egy páciensen használható.

- Ne sterilizálja és ne használja újra.

- Ezt az eszközt egyszeri használatra csomagolták és sterilizálták. Nem szabad ismételten felhasználni, újrafeldolgozni vagy újrasterilizálni Az újrafelhasználás, újrafeldolgozás vagy újrasterilizálás ronthatja az eszköz szerkezeti épségét és/vagy az eszköz elégtelenségéhez vezethet, ami a beteg sérülését, betegségét vagy halálát okozhatja. Az egyszer használatos eszközök újrafelhasználása, újrafeldolgozása vagy újrasterilizálása az eszköz beszennyeződésének kockázatát is magában hordozza, ami a páciens fertőzését vagy keresztfertőzését okozhatja, beleértve többek között a fertőző betegség átvitelét egyik betegről a másikra. Az eszköz szennyeződése a páciens egészségkárosodásához, megbetegedéséhez vagy halálához vezethet.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.

**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016803

- Bejuttatás vagy kivétel előtt mindig húzza vissza a katéter nyomógombját, hogy a katéter végződése ismét felvegye eredeti alakját.

- A LASSO® katéter elhelyezésekor a nyelet csak az óramutató járásával megegyező irányban forgassa.

**LEJÁRAT DÁTUMA**
- A katéter etilén-oxid gázzal sterilizált.

- Ne használja fel, ha a csomagolás nyitva van vagy sérült.

- Az eszközt a lejárat csomagoláson feltüntetett dátuma előtt használja fel.

**HULLADÉKKEZELÉS**
Hasznosítsa újra a komponenseket, vagy a helyi törvények és szabályozások betartásával helyezze hulladékba a terméket, maradékait és a használatából származó egyéb anyagokat.

**JAVASOLT HASZNÁLAT**
- Vegye ki a katétert a csomagolásából, és helyezze steril felületre.

- Kövesse az érpunkcióra, a vezetődrót behelyezésére, a vezetőhüvely használatára és az aspirációra vonatkozó bevett, a vonatkozó használati utasításokban ismertetett eljárásokat.

- Illessze a csatlakozókat a megfelelő adatrögzítő eszközhöz.

- Bejuttatás előtt ellenőrizze, hogy a nyomógomb teljesen visszahúzott állapotban van-e. Tolja a katétert a vezetőhüvelyen keresztül az endocardium vizsgálandó területére. A pontos elhelyezéshez használjon fluoroszkópot és elektrogramot. A nyomógombbal igény szerint állítsa be a görbület mértékét. A nyomógombot előretolva a katéter végződése elhajlik, a gomb visszahúzására a végződés kiegyenesedik.

- A LASSO® katéter elhelyezésekor a nyelet csak az óramutató járásával megegyező irányban forgassa.

- A katéter eltávolítása előtt ellenőrizze, hogy a nyomógomb teljesen vissza van-e húzva. Távolítsa el a katétert a vezetőhüvelyen keresztül, és a hulladékkezelési szabályokat figyelembe véve dobja ki. Távolítsa el a vezetőhüvely, értágító és vezetődrót szerelékét a használati utasításban leírt módon. Ne sterilizálja és ne használja újra.

- Amennyiben a termék használatával vagy tulajdonságaival kapcsolatban kérdése van, kérjük, forduljon a helyi képviselethez vagy a gyártóhoz.

**SZÖVŐDMÉNYEK**
A szívkatéteres eljárásokkal kapcsolatban több súlyos szövődményt dokumentáltak, például tüdőembólia, myocardialis infarktus, szívroham, tamponád és elhalálozás.

A szívkatéteres eljárásokkal összefüggő alábbi komplikációk szintén megjelennek a szakirodalomban: vaszkuláris vérzés, helyi hematóma, trombózis, AV fisztula, pszeudo-aneurizma, thromboembólia, vasovagalis reakció, kardiális perforáció, légembólia, aritmia, billentyűkárosodás, légmell és vérmell.

**A JÓTÁLLÁS KIZÁRÁSA ÉS A FELELŐSSÉG KORLÁTOZÁSA**

AZ ITT LEÍRT TERMÉK(EK)RE SEMMILYEN KIFEJEZETT VAGY BELEÉRTETT GARANCIA NEM ÉRVÉNYES, KORLÁTOZÁS NÉLKÜL IDEÉRTVE BÁRMILYEN, A FORGALOMBA HOZHATÓSÁGRA VONATKOZÓ BELEÉRTETT GARANCIÁT VAGY AZ ADOTT CÉLRA VALÓ ALKALMASSÁGOT. A BIOSENSE WEBSTER, INC. VAGY TÁRSULT CÉGEI A VONATKOZÓ TÖRVÉNYBEN KIMONDOTT ESETEN TÚL SEMMILYEN MÓDON NEM TEHETŐEK FELELŐSSÉ SEMMILYEN KÜLÖNLEGES, KÖZVETLEN, JÁRULÉKOS, KÖVETKEZMÉNYES VAGY EGYÉB KÁRÉRT.

A FENTIEK KORLÁTOZÁSA NÉLKÜL A BIOSENSE WEBSTER, INC. ÉS TÁRSULT CÉGEI NEM TEHETŐEK FELELŐSSÉ AZ EGYSZER HASZNÁLATOSKÉNT MEGJELÖLT TERMÉK(EK) TÖBBSZÖRI FELHASZNÁLÁSÁBÓL, VAGY A VONATKOZÓ TÖRVÉNNYEL ELLENTÉTES TÖBBSZÖRI FELHASZNÁLÁSBÓL EREDŐ SEMMILYEN KÜLÖNLEGES, KÖZVETLEN, JÁRULÉKOS, KÖVETKEZMÉNYES VAGY EGYÉB KÁRÉRT.

A Biosense Webster, Inc. által kiadott nyomtatott anyagokban megjelenő ismertetések és leírások, jelen kiadványt is beleértve, kizárólag tájékoztató jellegűek, és a termék legyártáskori állapotának leírására szolgálnak, semmilyen értelemben nem tekinthetők a leírt termékre vonatkozó garanciavállalásnak.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016804

Slovensky

## Kruhový vychyľovací mapovací katéter LASSO®

- **STERILNÉ. Sterilizované pomocou etylénoxidom.**
- **Len na jedno použitie.**
- **Nesterilizovať v autokláve.**
- **Nepoužívať v prípade, keď je obal otvorený alebo poškodený.**
- **POZOR: Federálny zákon USA povoľuje predaj tohto zariadenia len lekárom alebo na základe objednávky lekára.**

**POPIS KATÉTRA**

Kruhový vychyľovací mapovací katéter Biosense Webster LASSO® je určený na elektrofyziologické mapovanie srdcových sietí. Zavedie sa do pravej alebo ľavej siene pomocou vodiaceho puzdra 8 F podobného vodiacim puzdrám Biosense Webster PREFACE®. Tento vychyľovací katéter sa skladá z kruhovej spiny 3 F na distálnom hrote s platinovými elektródami, ktoré sa môžu používať na stimuláciu a zaznamenávanie. K dispozícii sú modely s rozličnými priemermi kruhovej spiny. Stlačením tlačidla katétra smerom dopredu sa hrot vychýli. Stlačením tlačidla smerom späť sa hrot katétra vyrovná.

**Katéter sa dá pripojiť ku štandardnému zariadeniu zaznamenávania pomocou spojovacích káblov s vhodnými konektormi.**

**O MOŽNOSTIACH PRIPOJENIA POMOCOU VHODNÝCH SPOJOVACÍCH KÁBLOV SA PORAĎTE S MIESTNYM PREDAJCOM ALEBO VÝROBCOM ZARIADENIA**

**INDIKÁCIE**

Katéter sa používa na mapovanie srdcových štruktúr s viacnásobnými elektródami napr. len na zaznamenávanie alebo stimuláciu. Kruhový mapovací katéter Biosense Webster LASSO® je určený na získavanie elektrogramov v oblasti siene srdca.

**KONTRAINDIKÁCIE**

- Kruhový mapovací atéter Biosense Webster LASSO® sa nepreukázal byť bezpečný a účinný pre vysokofrekvenčnú (RF) abláciu.

- Použitie katétra nemusí byť vhodné u pacientov s protetickými chlopňami. Relatívna kontraindikácia u procedúr so srdcovým katétrom je aktívna systémová infekcia.

- Transseptálna metóda je kontraindikovaná u pacientov s trombusom ľavej siene alebo myxómu a prepážky vo vnútri siene alebo upchávky.

- Spätná metóda je kontraindikovaná z dôvodu rizika zachytenia katétra LASSO® v ľavej komore alebo aparáte chlopne. Katéter LASSO® sa neodporúča pre použitie v komorách.

**UPOZORNENIE**

- Používanie srdcového katétra predstavuje možnosť značného vystavenia röntgenovému žiareniu, čo môže mať za následok akútne ožiarenie ako aj zvýšené riziko somatických a genetických účinkov tak pre pacienta, ako aj personál laboratória v dôsledku intenzity röntgenového žiarenia a dĺžky trvania expozície röntgenovým žiarením.

- Srdcový katéter sa má použiť len po uskutočnení dôkladných opatrení voči prípadnému riziku röntgenového ožiarenia a v spojení s postupom a krokmi, ktoré znižujú možnosť tohto ožiarenia.

- Preto je nutné veľmi dôkladne zvážiť použitie tohto katétra u tehotných žien.

- Proximálna rukovať a káblový konektor nesmú prísť do styku s kvapalinami, aby sa nepoškodili elektrické funkcie.

- Katéter je nutné chrániť pred organickými rozpúšťadlami, ako je napr. alkohol.

- Katéter nesterilizujte v autokláve.

- Nevkladajte vychýlený hrot katétra LASSO® do vodiaceho puzdra.

- Kruhový vychyľovací mapovací katéter LASSO® sa odporúča pre použitie s pleteným vodiacim puzdrom Biosense Webster PREFACE®.

  Poznámka: Nepoužívajte kruhový vychyľovací mapovací katéter LASSO® s trasseptálnymi puzdrami, ktoré majú priemer bočných otvorov väčší ako 1,25 mm.

**BEZPEČNOSTNÉ OPATRENIA**

- Skladujte na chladnom, suchom a tmavom mieste.

- Nepoužívajte kruhový mapovací katéter Biosense Webster LASSO®, kým si neprečítate a úplne nepochopíte tento návod na použitie.

- Srdcový katéter môže používať len vhodne vyškolený personál v úplne vybavenom elektrofyziologickom laboratóriu.

- S katétrom je nutné manipulovať opatrne, aby nedošlo k poškodeniu srdca, perforácii alebo tamponáde. Zavedenie a umiestnenie katétra je nutné uskutočniť za pomoci fluoroskopie cez vodiace puzdro. Keď pri zavádzaní alebo vyťahovaní cez vodiace puzdro katéter narazí na odpor, nesnažte sa použiť silu. Okrem toho je nutné dávať veľký pozor pri vkladaní, otáčaní a manipulácii s vodiacim puzdrom.

- Pred použitím skontrolujte sterilitu obalu a katétra.

- Kruhový mapovací katéter Biosense Webster LASSO® je určený len pre jedného pacienta.

- Nesterilizujte a nepoužívajte opakovane.

- Toto zariadenie je balené a sterilizované na jednorazové použitie. Nepoužívajte ho opakovane a nepodrobujte ho regenerácii ani opakovanej sterilizácii. Opakované použitie, regenerácia alebo sterilizácia môže porušiť celistvosť konštrukcie zariadenia a môže viesť k zlyhaniu zariadenia, ktoré zase môže spôsobiť poranenie, ochorenie alebo smrť pacienta. Regenerácia alebo opakovaná sterilizácia jednorazových zariadení môže tiež vytvoriť riziko kontaminácie a spôsobiť infekciu alebo krížovú infekciu pacienta vrátane (ale nielen) prenosu infekčných chorôb z jedného pacienta na druhého. Kontaminácia zariadenia môže viesť k poraneniu, ochoreniu alebo úmrtiu pacienta.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016805

Slovensky

- Pred každým zavedením alebo vytiahnutím katétra vytiahnite tlačidlo späť, aby sa obnovil pôvodný tvar hrotu katétra.

- Pri umiestňovaní katétra LASSO® otáčajte hriadeľom len v smere pohybu hodinových ručičiek.

**DÁTUM EXSPIRÁCIE**
- Tento katéter bol sterilizovaný etylénoxidom.

- Nepoužívať v prípade, keď je obal otvorený alebo poškodený.

- Prístroj je povolené používať len do dátumu s označením „ Použiť do" uvedenom na štítku obalu.

**LIKVIDÁCIA**
Súčasti recyklujte alebo produkt a zvyškové prvky alebo odpad likvidujte v súlade s miestnymi zákonmi a predpismi.

**ODPORÚČANÝ POSTUP POUŽITIA**
- Vyberte katéter z obalu a umiestnite ho do sterilného pracovného prostredia.

- Dodržujte štandardný postup pre cievnu punkciu, vloženie vodiaceho drôtu a použitie vodiaceho puzdra podľa návodu na použitie.

- Pripojte spojovacie konektory na vhodné zaznamenávacie zariadenie.

- Pred zavedením skontrolujte, či je tlačidlo úplne vytiahnuté späť. Katéter zaveďte cez vodiace puzdro do priestoru endokardu a pri zavádzaní ho sústavne sledujte. Na správne umiestnenie katétra použite fluoroskopiu a elektrogramy. Podľa potreby nastavte polomer zakrivenia pomocou ovládacieho tlačidla. Stlačením tlačidla smerom dopredu sa hrot katétra vychýli (vytvorí sa zakrivenie). Keď sa tlačidlo vytiahne, hrot sa vyrovná.

- Pri umiestňovaní katétra LASSO® otáčajte hriadeľ len v smere pohybu hodinových ručičiek.

- Pred vybratím katétra skontrolujte, či bolo tlačidlo úplne vytiahnuté späť. Cez vodiace puzdro vyberte katéter a vhodným spôsobom ho odstráňte do odpadu. Podľa návodu na použitie vyberte vodiace puzdro, cievny dilátor a vodiaci drôt ako jednu jednotku. Nesterilizujte a nepoužívajte opakovane.

- V prípade otázok týkajúcich sa použitia alebo vlastností tohto výrobku sa spojte s miestnym predajcom alebo výrobcom.

**NEPRIAZNIVÉ REAKCIE**
Bolo zdokumentovaných niekoľko vážnych nepriaznivých reakcií pri používaní srdcového katétra vrátane pľúcnej embólie, infarktu myokardu, mŕtvice, srdcovej tamponády a smrti.

V literatúre sa tiež uvádzajú nasledovné komplikácie spojené s použitím srdcového katétra: cievne krvácanie, vznik hematómov, trombóza, artériovenózna AV fistula, pseudoaneuryzma, tromboembólia, vazovagálne reakcie, srdcová perforácia, vzduchová embólia, arytmia, poškodenie chlopne, pneumotorax a hemotorax.

**VYHLÁSENIE O ZÁRUKE A OBMEDZENEJ ZODPOVEDNOSTI**

**NA VÝROBOK POPÍSANÝ V TOMTO DOKUMENTE SA NEPOSKYTUJE ŽIADNA VYSLOVENÁ ALEBO IMPLICITNÁ ZÁRUKA, A TO BEZ OHĽADU NA AKÚKOĽVEK IMPLICITNÚ ZÁRUKU TÝKAJÚCU SA PREDAJNOSTI ALEBO VHODNOSTI NA TEN-KTORÝ ÚČEL. SPOLOČNOSŤ BIOSENSE WEBSTER, INC. ANI JEJ SESTERSKÉ SPOLOČNOSTI ZA ŽIADNYCH OKOLNOSTÍ NEZODPOVEDAJÚ ZA ŽIADNE MIMORIADNE, PRIAME, NEPRIAME ALEBO INÉ ŠKODY OKREM ŠKÔD, KTORÉ VÝSLOVNE URČUJE PRÍSLUŠNÝ ZÁKON.**

**BEZ OBMEDZENIA VYŠŠIE UVEDENÉHO SPOLOČNOSŤ BIOSENSE WEBSTER, INC. ANI JEJ SESTERSKÉ SPOLOČNOSTI NEZODPOVEDAJÚ ZA ŽIADNE MIMORIADNE, PRIAME, NEPRIAME ALEBO INÉ ŠKODY, KTORÉ VZNIKNÚ V DÔSLEDKU OPAKOVANÉHO POUŽITIA VÝROBKU ALEBO VÝROBKOV OZNAČENÝCH NA JEDNORAZOVÉ POUŽITIE ALEBO V PRÍPADOCH, KEĎ JE OPAKOVANÉ POUŽITIE ZAKÁZANÉ ZÁKONOM.**

Popis a vlastnosti uvedené vo vytlačených materiáloch spoločnosti Biosense Webster, Inc. vrátane tejto publikácie majú len informatívny charakter a sú určené len na všeobecný popis výrobku v čase výroby. V žiadnom prípade nepredstavujú ani neposkytujú záruku popisovaného výrobku.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                                          BWI-INN00016806

Slovensko

# LASSO® upogibljivi krožni kateter za snemanje elektrogramov srca

- **STERILNO. Sterilizirano z etilenoksidnim.**
- **Samo za enkratno uporabo.**
- **Ne sterilizirajte z avtoklavom.**
- **Ne uporabljajte, če je embalaža odprta ali poškodovana.**
- **POZOR: Zvezno pravo (ZDA) predpisuje, da sme to napravo prodajati oz. naročiti le zdravnik.**

**OPIS KATETRA**
Biosense Webster LASSO® upogibljivi krožni kateter za snemanje elektrogramov srca, je oblikovan tako, da olajša elektrofiziološko snemanje elektrogramov srčnih atrijev. Kateter se uvede v desni ali levi atrij skozi vodilno uvajalo 8 F, podobno vodilnim uvajalom Biosense Webster PREFACE®. Ta upogibljivi kateter sestoji iz krožnega stebla debeline 3 F in platinastih elektrod na distalnem koncu, ki se lahko uporabijo za snemanje in stimulacijo. Na voljo so modeli z različnimi premeri krožnih konic. S pritiskom gumba na katetru naprej, se konica upogne, ko pa gumb porinemo, nazaj se konica zravna.

**Kateter je z ustreznimi priključki povezan s standardno opremo za zapisovanje preko vmesnih kablov.**

**POSVETUJTE SE Z LOKALNIM DISTRIBUTERJEM OZ. PROIZVAJALCEM O USTREZNIH VMESNIH KABLIH.**

**INDIKACIJE**
Kateter je namenjen za več elektrodno elekrofiziološko snemanje elektrogramov srca; za snemanje in stimulacijo. Biosense Webster LASSO® krožni kateter za snemanje elektrogramov srca je oblikovan tako, da omogoča snemanje elektrogramov v predelu atrijev srca.

**KONTRAINDIKACIJE**
- Uporaba Biosense Webster upogibljivega krožnega katetra za snemanje elektrogramov srca LASSO® za radiofrekvenčno (RF) ablacijo ni dokazano varna in učinkovita.

- Pri bolnikih z umetnimi srčnimi zaklopkami odsvetujemo uporabo katetra. Aktivna sistemska infekcija predstavlja relativno kontraindikacijo za posege s srčnim katetrom.

- Dostop preko atrijskega septuma je kontraindiciran pri bolnikih s trombusom ali miksomom v levem atriju, ali pri tistih z interatrijskimi spremembami.

- Retrogradni pristop je kontraindiciran zaradi tveganja, da se LASSO® zaplete v levi ventrikel ali srčne zaklopke. Katetra LASSO® ni priporočljivo uporabljati v ventriklih.

**OPOZORILA**
- Tako za bolnike kot tudi za osebje obstaja pri kateterizaciji srca, zaradi intenzitete rentgenskih žarkov in trajanja fluroskopskega prikazovanja, velika možnost za občutno izpostavljenost rentgenskemu žarčenju, kar lahko povzroči akutne poškodbe zaradi žarčenja in poveča tveganje za somatske in genetske posledice.

- Kateterizacijo srca se sme izvajati le, če je bila potencialna izpostavljenost žarčenju, povezana s tem posegom, predhodno skrbno ocenjena oz. so bili izvedeni ukrepi za minimiziranje izpostavljenosti žarčenju.

- Uporabo tega katetra pri nosečih ženskah je treba zelo skrbno pretehtati.

- Ročice katetra ali kabelskih priključkov se ne sme namakati v tekočine; to lahko vpliva na električno delovanje katetra.

- Kateter ne sme priti v stik z organskimi topili kot je npr. alkohol.

- Katetra ne sterilizirajte v avtoklavu.

- Katetra LASSO® ne uvajajte v vodilo, če je konica upognjena.

- LASSO® krožni kateter z upogibljivo konico za snemanje elektrogramov srca se priporoča za uporabo z Biosense Webster PREFACE® vodilnim uvajalom, ojačanim z žičnim pletivom.

  Opomba: Ne uporabljajte LASSO® krožnega katetra z upogibljivo konico za snemanje elektrogramov srca v povezavi s transeptalnimi uvajali, ki imajo stranske luknje v premeru večje od 1,25 mm.

**PREVIDNOSTNI UKREPI**
- Hranite na hladnem, suhem in temnem mestu.

- Ne poskušajte uporabljati Biosense Webster LASSO® krožnega katetra za snemanje elektrogramov srca, predno ste natančno prebrali in razumeli navodila za uporabo.

- Postopek katetrizacije srca naj bi izvajalo primerno izšolano osebje, v popolnoma opremljenem elektrofiziološkem laboratoriju.

- S katetrom moramo skrbno ravnati, da s tem preprečimo poškodbo srca, perforacija ali tamponado. Uvajanje in namestitev katetra naj bi se izvajalo pod fluoroskopskim nadzorom skozi vodilno uvajalo. Ne uporabite prevelike sile za uvajanje oziroma izvlek katetra skozi vodilno uvajalo, ko naletite na odpor. Še dodatna skrb mora biti namenjena vstavljanju, aspiraciji in upravljanju z vodilnim uvajalom.

- Pred uporabo morate pregledati sterilnost embalaže in katetra.

- Biosense Webster LASSO® krožni kateter za snemanje elektrogramov srca je namenjen enkratni uporabi na posameznem bolniku.

- Ne smete ponovno sterilizirati oziroma uporabiti.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019

M-5276-207M

CONFIDENTIAL

BWI-INN00016807

- Pripomoček je sterilno zapakiran in namenjen enkratni uporabi ter ni namenjen ponovni uporabi ali sterilizaciji. Ponovna uporaba, predelava ali sterilizacija lahko vplivajo na strukturno celovitost pripomočka in/ali povzroči, da slednji odpove, kar lahko ima za posledico poškodovanje, bolezen ali smrt bolnika. Ponovna obdelava ali sterilizacija pripomočka za enkratno uporabo lahko povzročita tveganje onesnaženosti pripomočka in/ali povzroči okužbe ali navzkrižne okužbe bolnikov, vključno – a ne izključno – s prenašanjem nalezljivih bolezni z bolnika na bolnika. Onesnaženost pripomočka lahko povzroči poškodbe, bolezni ali smrt bolnika.

- Pred vstavitvijo oz. odstranitvijo katetra, vedno potisnite gumb na katetru nazaj, da s tem zagotovite, da je konica katetra zavzela svojo originalno obliko.

- Da namestite LASSO® kateter, zavrtite (ali obrnite) ročaj samo v smeri urinega kazalca.

**UPORABNO DO:**
- Kateter je steriliziran z etilen oksidom.

- Ne uporabljajte, če je embalaža odprta ali poškodovana.

- Napravo uporabite pred iztekom datuma »Uporabno do«, ki je naveden na ovojnini.

**ODSTRANJEVANJE**
Posamezne komponente reciklirajte ali proizvod in njegove ostanke ali odpadke, odstranite v skladu z lokalnimi uredbami in predpisi.

**PREDLAGANA NAVODILA ZA UPORABO**
- Odstranite kateter iz embalaže in ga položite na sterilno delovno površino.

- Sledite standardni praksi za punkcijo žil, vstavitev vodilnih žic, uporabo vodilnega uvajala in aspiracijo po navodilih za uporabo.

- Povežite vmesne priključke z ustrezno zapisovalno opremo.

- Pred vstavitvijo katetra preverite, če je gumb na katetru povlečen popolnoma nazaj. Uvedite kateter skozi vodilno uvajalo do predela endokarda, ki ga preiskujete. Za pomoč pri točni namestitvi uporabite fluoroskopijo in elektrokardiogram. S pritiskom palca na gumb po potrebi prilagajajte radij krivine. Potisk gumba naprej povzroči, da se konica katetra ukrivi; če pa gumb povlečemo nazaj se konica zravna.

- Da namestite LASSO® kateter, zavrtite (ali obrnite) ročaj samo v smeri urinega kazalca.

- Pred odstranitvijo katetra preverite, da ste gumb potegnili popolnoma nazaj. Odstranite kateter in ga odvrzite na temu primeren način. Odstranite vodilno uvajalo, dilatator žile in vodilno žico kot enoto, po navodilih za njihovo uporabo. Ne smete ponovno sterilizirati oziroma uporabiti.

- Če imate kakršnakoli vprašanja v zvezi z uporabo oziroma delovanjem tega izdelka, vas prosimo, da se obrnete na lokalnega distributerja oziroma proizvajalca.

**NEŽELENE REAKCIJE**
Zabeležili so številne neželene reakcije pri postopku katetrizacije srca, vključno s pulmonalno embolijo, miokardnim infarktom, kapjo, srčno tamponado in smrtjo.

V literaturi prav tako poročajo o naslednjih zapletih, ki so povezani s katetrizacijo srca: krvavenje ožilja/lokalni hematomi, tromboza, AV fistula, pseudoanevrizme, tromboembolija, vazovagalne reakcije, perforacija srca, zračna embolija, aritmije, poškodba zaklopk, pnevmotoraks in hemotoraks.

**IZJAVA O GARANCIJI IN OMEJENI ODGOVORNOSTI**

**NE OBSTAJA NOBENO JAMSTVO IZREČENO ALI IMPLICITNO, VKLJUČUJOČ BREZ OMEJITEV KAKRŠNOKOLI IMPLICITNO JAMSTVO O USTREZNOSTI ZA PRODAJO ALI NAMEN ZA OPISAN IZDELEK V TEM OMEJENEM JAMSTVU. BIOSENSE WEBSTER, INC., ALI Z NJIM POVEZANE DRUŽBE, V NOBENEM PRIMERU NE ODGOVARJAJO ZA KAKRŠNOKOLI POSEBNO, NEPOSREDNO, NAKLJUČNO, POSLEDIČNO ALI DRUGAČNO OBLIKO ŠKODE, RAZEN ČE TO NI IZRECNO DOLOČENO S POSEBNIM ZAKONOM.**

**BREZ OMEJITVE GLEDE NA POVEDANO BIOSENSE WEBSTER, INC. IN NJEGOVI LICENČNI PARTNERJI V NOBENEM PRIMERU NE ODGOVARJAJO ZA POSEBNO, DIREKTNO, NAKLJUČNO, POSLEDIČNO ALI DRUGO ŠKODO, KI IZVIRA IZ PONOVNE UPORABE KATEREGAKOLI OD IZDELKOV, KI SO NAMENJENI ENKRATNI UPORABI ALI KJER JE PONOVNA UPORABA PREPOVEDANA Z USTREZNIM ZAKONOM.**

Opisi in specifikacije navedene v tiskanih dokumentih podjetja Biosense Webster, Inc. vključujoč to publikacijo, so zgolj informativni in namenjeni zgolj splošnemu opisu izdelka v času, ko je dal ta proizveden, in niso v nobenem primeru napisani oz. dani kot jamstvo za predpisan izdelek.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016808

Български

# Кръгообразен насочващ се катетър за картографиране LASSO®

- **СТЕРИЛЕН. Стерилизиран чрез използване на етиленов оксид.**
- **Само за еднократна употреба.**
- **Да не се стерилизира в автоклав.**
- **Не използвайте, ако опаковката е отворена или повредена.**
- **ВНИМАНИЕ: Федералното законодателство на Съединените Щати налага ограничението настоящият уред да бъде продаван само от или по нареждане на лекар.**

## ОПИСАНИЕ НА КАТЕТЪРА

Кръгообразният насочващ се катетър за картографиране на Biosense Webster LASSO® е предназначен за улесняване на електрофизиологичното картографиране на предсърдия на сърцето. Той се разгъва в дясното или в лявото предсърдие чрез водеща обивка 8 F, подобна на водещите обивки PREFACE® на Biosense Webster . Този насочващ се катетър се състои от 3 F кръгова ос на дисталния връх с платинени електроди, които могат да се използват за стимулация и записване. Предлагат се модели с различни диаметри на кръговата ос. Чрез бутане напред на бутона на катетъра върхът се извива, а когато бутонът се дърпа назад, върхът на катетъра се изправя.

Катетърът има интерфейс към стандартна записваща апаратура чрез кабел за интерфейс

ЗА ПОДХОДЯЩИТЕ КАБЕЛИ ЗА ИНТЕРФЕЙС СЕ КОНСУЛТИРАЙТЕ С МЕСТНИЯ ПРЕДСТАВИТЕЛ ИЛИ С ПРОИЗВОДИТЕЛЯ.

## ПОКАЗАНИЯ

Катетърът е предназначен за многоелектродно електрофизиоло-гично картографиране на сърдечните структури, т.е само за записване или стимулация. Кръгообразният картографиращ катетър LASSO® на Biosense Webster е предназначен за получаване на електрограми в предсърдните части на сърцето.

## ПРОТИВОПОКАЗАНИЯ

- Кръгообразният картографиращ катетър LASSO® на Biosense Webster не е доказано безопасен и ефективен за радиочестотна (RF) аблация.

- Приложението на катетъра може да не е подходящо при пациенти с простетични сърдечни клапи. Относително противопоказание за процедури, включващи сърдечна катетеризация, е наличието на активна системна инфекция.

- Транссепталния достъп е противопоказан при пациенти с тромб или миксом в лявото предсърдие, с междупредсърден дефект или с оперативно коригиран такъв.

- Ретроградният достъп е противопоказан поради риска от захващане на катетъра LASSO® в лявата камера или в клапния апарат. Катетърът LASSO® не се препоръчва за приложение в камерите на сърцето.

## ПРЕДУПРЕЖДЕНИЯ

- Процедурите на сърдечна катетеризация създават потенциал за значително натоварване с рентгеново облъчване, което може да доведе до остро лъчево увреждане, както и до повишен риск от соматични и генетични ефекти както за пациентите, така и за лабораторния персонал вследствие на интензивността и продължителността на флуороскопското изобразяване с рентгенови лъчи.

- Сърдечна катетеризация трябва да се извършва само след адекватно преценяване на потенциалното радиационно натоварване, свързано с процедурата и след като се вземат мерки за намаляване до минимум на това натоварване.

- Необходимо е използването на този катетър при бременни жени да се преценява внимателно.

- Не потапяйте в течности проксималната дръжка или съединителя за кабели, тъй като е възможно това да повреди електрическите функции.

- Избягвайте контакт на катетъра с органични разтворители, като например алкохол.

- Не стерилизирайте катетъра в автоклав.

- Не въвеждайте върха на катетъра LASSO® прегънат във водещата обивка.

- Препоръчително е кръгообразният картографиращ катетър LASSO® да се използва с въвеждащия водач на Biosense Webster PREFACE®.

  Забележка: Не използвайте кръгообразния насочващ се катетър за картографиране LASSO® съвместно с трансептални обивки със странични отвори с диаметър по-голям от 1,25 mm.

## ПРЕДПАЗНИ МЕРКИ

- Да се съхранява на хладно, сухо и тъмно място.

- Не правете опит за работа с кръгообразния насочващ се катетър за картографиране LASSO® на Biosense Webster преди да сте прочели и разбрали напълно указанията за употреба.

- Процедурите на сърдечна катетеризация трябва да се извършват от подходящо обучен персонал в добре оборудвана електрофизиологична лаборатория.

- За да бъде избегнато сърдечно увреждане, перфорация или тампонада, трябва да се манипулира внимателно. Придвижването и разполагането на катетъра трябва да се осъществяват под флуороскопски контрол през водеща обивка. Не прилагайте прекомерна сила за придвижване или за изваждане на катетъра през водещата обивка, когато срещнете съпротивление. Освен това е нужно да се внимава особено при въвеждане, аспириране и манипулиране с водещата обивка.

- Преди употреба стерилните опаковка и катетър трябва да бъдат прегледани внимателно.

- Кръгообразният катетър за картографиране LASSO® на Biosense Webster е предназначен за употреба само при един пациент.

- Да не се стерилизира и употребява повторно.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.
M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016809

- Това приспособление е опаковано и стерилизирано само за еднократна употреба. Да не се употребява, обработва или стерилизира повторно. Повторното използване, обработка или стерилизация могат да влошат структурната цялост на приспособлението и/или да доведат до неуспешното му функциониране, което на свой ред може да причини увреждане на пациента, заболяване или смърт. Освен това, повторното обработване или стерилизиране на изделия за еднократна употреба може да създаде риск от заразяване и/или да причини инфекция на пациента или кръстосана инфекция, включително, но без да се ограничава до пренасяне на инфекциозно заболяване (заболявания) от един към друг пациент. Замърсяването на приспособлението може да доведе до увреждане, заболяване или смърт на пациента.

- Винаги издърпвайте бутона на катетъра назад преди въвеждането или изваждането му, за да сте сигурни, че върхът на катетъра възвръща формата си.

- За да разположите катетъра LASSO® извийте (или завъртете) оста с движение само в посока на часовниковата стрелка.

**ДАТА НА "СРОК НА ГОДНОСТ"**
- Този катетър е стерилизиран с газ етиленов оксид.

- Не използвайте, ако опаковката е отворена или повредена.

- Използвайте приспособлението преди датата на отбелязана върху етикета на опаковката "Срок на годност".

**ИЗХВЪРЛЯНЕ**
Рециклирайте компонентите или изхвърляйте продукта и остатъчните елементи или отпадъци от него в съответствие с местните закони и разпоредби.

**ПРЕПОРЪЧИТЕЛНИ УКАЗАНИЯ ЗА УПОТРЕБА**
- Извадете катетъра от опаковката и го поставете в стерилна работна зона.

- Следвайте стандартните практики за пункция на кръвоносен съд, въвеждане на водача и за работа с и аспирация на водещата обвивка съгласно с указанията им за употреба.

- Свържете съединителите за интерфейс към съответната записваща апаратура.

- Уверете се, че плъзгачът е изцяло издърпан назад преди въвеждане на катетъра. Придвижвайте катетъра през въвеждащия водач до участъка от ендокарда, който се изследва. За подпомагане на правилното разполагане на катетъра използвайте флуороскопия и електрограми. Движейки бутона, регулирайте според необходимостта радиуса на извивката. Придвижването на бутона напред води до огъване (извиване) на върха на катетъра; при дърпане на бутона назад върхът се изправя.

- За да разположите катетъра LASSO® извийте (или завъртете) оста с движение само в посока на часовниковата стрелка.

- Преди изваждане на катетъра се уверете, че бутонът е издърпан назад докрай. Извадете катетъра през водещата обвивка и го изхвърлете по правилен начин. Извадете водещата обвивка, съдовия дилататор и теления водач наведнъж като едно цяло според указанията за употреба. Да не се стерилизира и употребява повторно.

- Ако имате някакви въпроси по отношение на използването или на функционирането на този продукт, консултирайте се с местния представител или с производителя.

**НЕЖЕЛАНИ ЕФЕКТИ**
Документирани са голям брой сериозни нежелани ефекти вследствие на процедурите на сърдечна катетеризация, включително белодробна емболия, инфаркт на миокарда, инсулт, сърдечна тампонада, и смърт.

В литературата са описани и следните усложнения, свързани със сърдечна катетеризация: кървене от съдовете, местни хематоми, тромбоза, АВ фистула, псевдоаневризма, тромбоемболия, вазовагални реакции, сърдечна перфорация, въздушна емболия, аритмии, клапно увреждане, пневмоторакс и хеморотакс.

**ГАРАНЦИЯ И ОГРАНИЧЕНА ОТГОВОРНОСТ**

ЗА ТУК ОПИСАНИЯ(ТЕ) ПРОДУКТ(И) НЯМА ДИРЕКТНА ИЛИ ПОДРАЗБИРАЩА СЕ ГАРАНЦИЯ, ВКЛЮЧИТЕЛНО, БЕЗ ОГРАНИЧЕНИЯ, КАКВАТО И ДА БИЛО ПРЕДПОЛАГАЕМА ГАРАНЦИЯ ЗА ТЪРГОВСКА РЕАЛИЗАЦИЯ ИЛИ ПРИГОДНОСТ ЗА ОПРЕДЕЛЕНА ЦЕЛ. ПРИ НИКАКВИ ОБСТОЯТЕЛСТВА BIOSENSE WEBSTER, INC. ИЛИ СВЪРЗАНИТЕ С ТЯХ КОМПАНИИ, НЯМА ДА НОСЯТ ОТГОВОРНОСТ ЗА КАКВИТО И ДА СА ОСОБЕНИ, ПРЕКИ, СЛУЧАЙНИ, ПОСЛЕДВАЩИ ИЛИ ДРУГИ УВРЕДИ, ОСВЕН ИЗРИЧНО ПОСОЧЕНИТЕ ОТ ПРИЛОЖНОТО ЗАКОНОДАТЕЛСТВО.

БЕЗ ДА ОГРАНИЧАВА ГОРЕПОСОЧЕНОТО, BIOSENSE WEBSTER, INC. ИЛИ ТЕХНИТЕ СВЪРЗАНИ КОМПАНИИ, НЯМА ДА БЪДАТ ОТГОВОРНИ ЗА КАКВИТО И ДА БИЛО ОСОБЕНИ, ПРЕКИ, ИНЦИДЕНТНИ, КОСВЕНИ ИЛИ ДРУГИ ВРЕДИ, ВЪЗНИКНАЛИ ВСЛЕДСТВИЕ НА ПОВТОРНА УПОТРЕБА НА ПРОДУКТ(И), ОБОЗНАЧЕН(И) ЗА ЕДНОКРАТНА УПОТРЕБА, ИЛИ КЪДЕТО ПОВТОРНАТА УПОТРЕБА Е ЗАБРАНЕНА ОТ СЪОТВЕТНОТО ЗАКОНОДАТЕЛСТВО.

Описания и спецификации, срещащи се в печатни материали на Biosense Webster, Inc., включително в тази публикация, са само за информация и целят единствено да представят общо описание на продукта към момента на производство, и по никакъв начин не са предназначени или предоставени като гаранция за дадения продукт.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.                    Release Date: 11/1/2019

CONFIDENTIAL                                                                                                          BWI-INN00016810

Română

# Cateter circular deflectabil LASSO® pentru cartografiere

- **STERIL. Sterilizat cu oxid de etilenă.**
- **Exclusiv de unică folosință.**
- **A nu se steriliza în autoclavă.**
- **Nu utilizați dispozitivul dacă ambalajul este deschis sau deteriorat.**
- **ATENȚIE: Legislația federală (în S.U.A.) restricționează comercializarea acestui dispozitiv numai de către sau la recomandarea unui medic.**

## DESCRIEREA CATETERULUI

Cateterul de cartografiere circular deflectabil Biosense Webster LASSO® a fost proiectat pentru a ușura cartografierea electrofiziologică ale atriilor inimii. El este desfășurat în atriul drept sau în cel stâng prin intermediul unei teci de ghidaj de 8 F, similară tecilor de ghidaj Biosense Webster PREFACE® Acest cateter deflectabil constă dintr-un ac circular de 3 F la capătul său distal, cu electrozi de platină care pot fi utilizați pentru stimulare sau înregistrare. Sunt disponibile modele cu diferite diametre ale acelor circulare. Prin împingerea în față a butonului cateterului se produce deflectarea vârfului, iar prin tragerea sa înapoi se produce îndreptarea vârfului.

Cateterul interfațează cu echipamentul standard de înregistrare prin intermediul cablurilor de interfață cu conectori corespunzători.

CONSULTAȚI DISTRIBUITORUL LOCAL SAU PRODUCĂTORUL PENTRU CABLURILE DE INTERFAȚĂ ADECVATE.

## INDICAȚII

Cateterul este indicat pentru cartografierea electrofiziologică multielectrod a structurilor cardiace, de exemplu, exclusiv înregistrare sau stimulare. Cateterul de cartografiere circular deflectabil Biosense Webster LASSO® este destinat obținerii electrogramelor în regiunea atrială a cordului.

## CONTRAINDICAȚII

- Cateterul de cartografiere circular deflectabil Biosense Webster LASSO® nu s-a dovedit a fi sigur și eficient pentru ablațiunea cu radiofrecvență (RF).

- Este posibil ca utilizarea cateterului să nu fie adecvată pentru pacienții cu valve protetice. Infecția sistemică activă este o contraindicație relativă pentru procedurile cardiace care implică utilizarea cateterului.

- Metoda transseptală este contraindicată la pacienții cu tromb sau mixom atrial stâng, sau cu diafragmă sau patch interatrial.

- Abordul retrograd este contraindicat din cauza riscului de prindere a cateterelor LASSO® în ventriculul stâng sau aparatul valvular. Cateterul LASSO® nu este recomandat pentru utilizare în ventricule.

## AVERTIZĂRI

- Procedurile de cateterizare cardiacă prezintă potențial pentru expunerea la nivele semnificative de raze X, care poate conduce atât la vătămări corporale acute datorate radiațiilor, cât și la un risc sporit de producere a efectelor somatice și genetice, atât la pacienți cât și la personalul de laborator, datorită intensității fasciculului de raze X și duratei imagistici fluoroscopice.

- Cateterizarea cardiacă trebuie efectuată numai după ce a fost acordată o atenție adecvată potențialei expuneri la radiații asociată cu procedura și măsurilor luate pentru a minimiza această expunere.

- Este necesar să se acorde o atenție deosebită în cazul utilizării acestui cateter la femeile gravide.

- Nu scufundați mânerul proximal sau conectorul de cablu în fluide; poate fi afectată performanța electrică.

- Nu expuneți cateterul acțiunii solvenților organici cum ar fi alcoolul.

- Nu tratați cateterul în autoclavă.

- Nu introduceți vârful cateterului de cartografiere variabil circular LASSO® pliat în sistemul de ghidaj.

- Se recomandă utilizarea cateterului de cartografiere circular deflectabil LASSO® cu teaca de ghidaj împletită Biosense Webster PREFACE®.

  Notă: Nu utilizați cateterul de cartografiere circular deflectabil LASSO® în tandem cu teci transseptale care prezintă orificii laterale cu diametrul mai mare de 1,25 mm.

## PRECAUȚII

- A se păstra la loc răcoros, uscat și întunecos.

- Nu încercați să operați cateterul de cartografiere circular LASSO® înainte de a citi și de a înțelege pe deplin aceste instrucțiuni de utilizare.

- Procedurile de cateterizare cardiacă trebuie efectuate numai de către personal instruit adecvat și într-un laborator de electrofiziologie complet echipat.

- Se va manipula cu grijă pentru a evita leziunile cardiace, perforarea sau tamponada. Înaintarea și plasarea cateterului trebuie efectuate sub ghidaj fluoroscopic, printr-o teacă de ghidaj. Nu utilizați forță excesivă pentru avansarea sau retragerea cateterului prin teaca de ghidaj atunci când întâmpinați rezistență. În plus, este nevoie de precauțiuni suplimentare la introducerea, aspirarea și manipularea tecii de ghidaj.

- Ambalajul steril și cateterul trebuie inspectate înainte de utilizare.

- Cateterul de cartografiere circular Biosense Webster LASSO® este destinat utilizării numai pentru un singur pacient.

- A nu se resteriliza și reutiliza.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

M-5276-207M

Release Date: 11/1/2019

- Acest dispozitiv este ambalat şi sterilizat doar pentru utilizare unică. Nu-l reutilizaţi, reprocesaţi sau resterilizaţi. Reutilizarea, reprocesarea sau sterilizarea poate compromite integritatea structurală a dispozitivului şi/sau poate conduce la deterioarea sa care, la rândul ei, poate duce la rănirea, îmbolnăvirea sau decesul pacientului. De asemenea, reprocesarea sau resterilizarea dispozitivelor de unică folosinţă poate crea un risc de contaminare şi/sau poate provoca infectarea pacientului sau infectarea încrucişată, incluzând, dar fără a se limita la, transmiterea bolii (bolilor) infecţioase de la un pacient la altul. Contaminarea dispozitivului poate conduce la rănirea, îmbolnăvirea sau decesul pacientului.

- Trageţi întotdeauna butonul cateterului înapoi înainte de introducere sau de retragere pentru a vă asigura ca vârful cateterului revine la forma sa iniţială.

- Pentru plasarea cateterului LASSO®, torsionaţi (rotiţi) tija exclusiv în sens orar.

**DATA „VALABIL PÂNĂ LA"**
- Acest cateter este sterilizat cu oxid de etilenă în stare gazoasă.

- Nu utilizaţi dispozitivul dacă ambalajul este deschis sau deteriorat.

- Utilizaţi dispozitivul până la data „Valabil până la" de pe eticheta ambalajului.

**ELIMINAREA**
Reciclaţi componentele sau eliminaţi produsul şi reziduurile sau deşeurile sale conform legilor şi reglementărilor locale.

**INSTRUCŢIUNI DE UTILIZARE SUGERATE**
- Scoateţi cateterul din ambalaj şi plasaţi-l într-o zonă de lucru sterilă.

- Urmaţi practicile standard pentru puncţia vaselor, introducerea firului de ghidaj, utilizarea tecii de ghidaj şi aspiraţie, în conformitate cu instrucţiunile de utilizare respective.

- Conectaţi conectorii de interfaţă la echipamentul de înregistrare adecvat.

- Confirmaţi faptul că butonul este complet tras înapoi înainte de introducere. Avansaţi cateterul prin teaca de ghidaj către zona endocardului supusă investigaţiei. Pentru facilitarea poziţionării corespunzătoare utilizaţi atât fluoroscopia, cât şi EKG. Reglaţi raza curburii în funcţie de necesitate prin manipularea butonului. Împingerea butonului înainte provoacă curbarea vârfului cateterului; când butonul este tras înapoi, vârful se îndreaptă.

- Pentru plasarea cateterului LASSO®, torsionaţi (sau rotiţi) tija exclusiv în sens orar.

- Înainte de scoaterea cateterului, confirmaţi faptul că butonul a fost tras înapoi complet. Scoateţi cateterul prin tija de ghidaj şi eliminaţi-l într-un mod adecvat. Înlăturaţi teaca de ghidaj, dilatatorul vasului şi firul de ghidaj ca o unitate conform Instrucţiunilor de utilizare. A nu se resteriliza şi reutiliza.

- Dacă aveţi întrebări referitoare la utilizarea sau la performanţa acestui produs, vă rugăm luaţi legătura cu distribuitorul local sau cu producătorul.

**REACŢII ADVERSE**
Pentru procedurile de cateterizare cardiacă au fost documentate un număr de reacţii adverse grave, incluzând embolia pulmonară, infarctul miocardic, accidentul vascular cerebral, tamponada cardiacă şi decesul.

De asemenea, în literatura de specialitate au fost raportate următoarele complicaţii asociate cu cateterizarea cardiacă: hemoragia vasculară, hematoamele locale, tromboza, fistulele atrioventriculare, pseudoanevrismul, tromboembolia, reacţiile vasovagale, perforaţiile cardiace, aeroembolia, aritmia, leziunile valvulare, pneumotoraxul şi hemotoraxul.

**DECLARAŢIE DE GARANŢIE ŞI DE LIMITARE A RESPONSABILITĂŢII**

**PENTRU PRODUSELE DESCRISE ÎN ACEST DOCUMENT NU SE ACORDĂ NICIUN FEL DE GARANŢIE, IMPLICITĂ SAU EXPLICITĂ, INCLUZÂND, DAR FĂRĂ A SE LIMITA LA, ORICE GARANŢIE IMPLICITĂ PRIVIND VANDABILITATEA PRODUSULUI SAU ADECVAREA ACESTUIA LA UN ANUMIT SCOP. ÎN NICIO CIRCUMSTANŢĂ, BIOSENSE WEBSTER, INC. SAU COMPANIILE SALE AFILIATE NU VOR FI RESPONSABILE PENTRU NICIUN FEL DE DAUNE SPECIALE, DIRECTE, ACCIDENTALE, REZULTATE PE CALE DE CONSECINŢĂ SAU DE ALT TIP, ALTELE DECÂT CELE PREVĂZUTE ÎN MOD EXPRES DE LEGISLAŢIA APLICABILĂ.**

**FĂRĂ LIMITAREA CELOR DE MAI SUS, BIOSENSE WEBSTER, INC SAU COMPANIILE AFILIATE NU VOR FI RESPONSABILE PENTRU NICIUN FEL DE DAUNE SPECIALE, DIRECTE, ACCIDENTALE, REZULTATE PE CALE DE CONSECINŢĂ SAU DE ALT TIP, DAUNE PRODUSE PRIN REUTILIZAREA ORICĂRUI PRODUS ETICHETAT CA FIIND DE UNICĂ FOLOSINŢĂ SAU ÎN SITUAŢIILE ÎN CARE REUTILIZAREA ESTE INTERZISĂ DE LEGISLAŢIA APLICABILĂ.**

Descrierile şi specificaţiile care apar în documentaţia Biosense Webster, Inc. tipărită, inclusiv această publicaţie, au numai caracter informativ şi sunt destinate numai descrierii generale a produsului în momentul fabricaţiei, nefiind efectuate sau oferite sub nicio formă ca garanţie a produsului prescris.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.       Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016812

Eesti

## LASSO® tsirkulaarne kaardistuskateeter

- **STERIILNE. Steriliseeritud etüleenoksiidiga.**
- **Ainult ühekordseks kasutamiseks.**
- **Mitte autoklaavida.**
- **Mitte kasutada, kui pakend on avatud või vigastatud.**
- **HOIATUS: USA föderaalseaduste piirangute järgi tohib seda seadet osta või tellida ainult arst.**

**KATEETRI KIRJELDUS**
Biosense Webster i LASSO® tsirkulaarne kaardistuskateeter on konstrueeritud südame kodade elektrofüsioloogilise kaardistamise hõlbustamiseks. See viiakse südame paremasse või vasakusse kotta läbi 8 F juhtkolvi, sarnaselt Biosense Webster i PREFACE® juhtkolbidega. See kõrvalejuhitav kateeter koosneb distaalses otsas olevast 3 F tsirkulaarsest nõelast platiina elektroodidega, mida saab kasutada stimulatsiooniks ja salvestamiseks. Saadaval on erineva tsirkulaarse nõela diameetriga mudelid. Kui kolbi lükatakse põidlanupu abil edasi, kaardub (kõverdub) ka ots. Kui kolb tõmmatakse tagasi, ots sirgestub.

**Kateeter ühildub standardsete salvestusseadmete liideskaablite abil, millel on sobivad ühenduspistikud.**

**SOBIVATE LIIDESKAABLITE MURETSEMISEKS TULEB KONSULTEERIDA NENDE KOHALIKU VAHENDAJA VÕI TOOTJAGA.**

**NÄIDUSTUSED**
Kateeter on mõeldud südame struktuuride mitme elektroodiga elektrofüsioloogiliseks kaardistamiseks; st ainult stimuleerimiseks ja salvestamiseks. Biosense Webster i LASSO® tsirkulaarne kaardistuskateeter on ette nähtud südame kodade elektrofüsioloogilise kaardistamise hõlbustamiseks.

**VASTUNÄIDUSTUSED**
- Biosense Webster i LASSO® tsirkulaarne kaardistuskateeter ei ole ohutu ja efektiivne raadiosagedusliku (RF) ablatsiooni teostamise vahend.

- Kateetri kasutamine ei pruugi olla sobiv südame klapiproteesiga patsientide puhul. Südamekateetri abil labiviidavate protseduuride puhul on suhteliseks vastunäidustuseks aktiivne süsteemne infektsioon.

- Transseptaalne lähenemine on vastunäidustatud patsientide puhul, kellel on vasakpoolne atriaalne tromb, müksoom või interatriaalsed häired.

- Tagurpidi transaortne lähenemine on vastunäidustatud kuna on oht, et LASSO® võib takerduda vasaku vatsakesse või klapisüsteemi. LASSO® kateetrit ei ole soovitatav kasutada südamevatsakestes.

**HOIATUSED**
- Südame kateteriseerimise protseduuridega võib kaasneda märkimisväärne röntgenkiirguskoormuse oht, mis võib põhjustada ägedat kiirguskahjustust ning tõsta somaatiliste ja geneetiliste mõjude riske nii patsientidele kui ka laboritöötajatele sõltuvalt röntgenkiirguse intensiivsusest ja fluoroskoopia protseduuri kestusest.

- Südame kateteriseerimist võib läbi viia ainult siis, kui protseduuriga seotud potentsiaalset kiirguskoormust on adekvaatselt hinnatud ning selle ohu minimeerimiseks on võetud meetmeid.

- Seetõttu on vaja eelnevalt hoolikalt kaalutleda, kas kateetrit kasutada rasedate puhul.

- Eesmist käepidet ega kaabliotsikut ei tohi kasta vedelikesse; see võib halvendada seadme elektrilisi omadusi.

- Kateeter ei tohi kokku puutuda orgaaniliste lahustitega nagu alkohol.

- Kateetrit ei tohi autoklaavis kuumutada.

- Ärge sisestage kokkumurtud otsaga LASSO® kateetrit juhtkolbi.

- LASSO® tsirkulaarset kaardistuskateetrit on soovitav kasutada koos Biosense Webster i PREFACE® keermestatud juhtkolviga.

  Märkus: Ärge kasutage LASSO® tsirkulaarset kaardistuskateetrit koos transseptaalsete kolbidega, millel on küljeavade diameetrid suuremad kui 1,25 mm.

**ETTEVAATUSABINÕUD**
- Hoida jahedas, kuivas ja pimedas kohas.

- Ärge proovige kasutada Biosense Webster i LASSO® tsirkulaarset kaardistukateetrit enne käesolevate kasutusjuhendi põhjalikku lugemist ja täielikku mõistmist.

- Südame kateteriseerimise protseduure tohib läbi viia ükснes vastava väljaõppe saanud personal ja vaid täielikku sisseseadet omavas elektrofüsioloogilises laboris.

- Südame kahjustamise, perforatsiooni või tamponaadi vältimiseks kateetriga ettevaatlikult ringi käia. Kateetri edasinihutamine ja kohale paigaldamine peab toimuma läbi juhtkolvi fluoroskoopilise kontrolli tingimustes. Takistuste tunnetamisel kateetri paigaldamisel ja eemaldamisel läbi juhtkolvi ei tohi kasutada jõulisi liigutusi. Peale selle tuleb olla eriliselt ettevaatlik juhtkolvi sisestamisel, aspireerimisel ja manipuleerimisel.

- Enne kasutamist tuleb kontrollida pakendi ja kateetri steriilsust.

- Biosense Webster i LASSO® tsirkulaarne kaardistuskateeter on mõeldud kasutamiseks ainult samal patsiendil.

- Ei tohi resteriliseerida ega korduvalt kasutada.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016813

- See seade on pakitud ja steriliseeritud ainult ühekordseks kasutamiseks. Ärge võtke seadet teistkordsesse kasutusse, töödelge ümber ega resteriliseerige. Teistkordne kasutamine, ümbertöötlus ja resteriliseerimine võivad kahjustada seadet ja/või muuta selle kasutuskõlbmatuks, mille tagajärjeks võib olla patsiendi vigastamine, haigus või surm. Ühekordsete seadmete teistkordne kasutamine, ümbertöötlus ja resteriliseerimine võivad olla ka saasteohu allikaks ja/või kaasa tuua patsiendi infektsiooni või vastastikuse infektsiooni, k.a (kuid mitte ainult) nakkushaiguste leviku ühelt patsiendilt teisele. Seadme saastumine võib kahjustada patsienti, tekitada haigusi või põhjustada patsiendi surma.

- Enne kateetri sisestamist või välja tõmbamist tuleb alati kateetri poidlanupp tagasi tõmmata kindlustamaks, et kateetri ots on oma algkujul.

- LASSO® kateetri paigaldamisel pöörake (või roteerige) võlli üksnes päripäeva.

**"PARIM ENNE" KUUPÄEV**
- Steriliseeritud etüleenoksiidgaasiga.

- Mitte kasutada, kui pakend on avatud või vigastatud.

- Seadet võib kasutada üksnes enne pakendil toodud kasutustähtaja lõppemist.

**JÄÄTMEKÄITLUS**
Töödelge komponendid ümber või hävitage toode ja selle jääkkomponendid või jäätmed vastavalt kehtivatele seadustele ja eeskirjadele.

**SOOVITUSLIKUD KASUTUSJUHISED**
- Eemaldage kateeter pakendist ja asetage see steriilsesse tööpiirkonda.

- Veresoone punkteerimise, juhttraadi sisestamisel ja juhtkolvi kasutamisel ja aspireerimisel järgige standardseid protseduurireegleid nagu on kirjeldatud nende toodete kasutusjuhistes.

- Ühendage liideskonnektorid vastava salvestusseadmega.

- Veenduge, et poidlanupp on enne sisestamist lõpuni tagasi tõmmatud. Juhtige kateeter läbi juhtkolvi uuritavasse endokardi piirkonda. Õigeks positsioneerimiseks kasutage nii röntgenit kui elektrogramme. Kaare raadiust saab vajaliku suuruseni reguleerida poidlanupu abil. Poidlanupu ettepoole lükkamine kõverdab kateetri otsa muutes selle kaarjaks, nupu tagasi tõmbamisel muutub ots sirgemaks.

- LASSO® kateetri paigaldamisel pöörake (või roteerige) võlli üksnes päripäeva.

- Enne kateetri eemaldamist veenduge, et poidlanupp on lõpuni tagasi tõmmatud. Eemaldage kateeter läbi juhtkolvi ja hävitage see nõuetekohaselt. Eemaldage juhtkolb, veresoone laiendaja ja juhttraat vastavalt nende kasutusjuhistele. Ei tohi resteriliseerida ega korduvalt kasutada.

- Kui käesoleva toote kasutamise või toimimise kohta on küsimusi, konsulteerige kohaliku vahendaja või tootjaga.

**KÕRVALTOIMED**
Seoses südame kateteriseerimisega on täheldatud mitmeid tõsiseid kõrvaltoimeid sealhulgas kopsuarteri trombembooliat, müokardiinfarkti, insulti, südame tamponaadi ja surma.

Seoses südame kateteriseerimisega on erialakirjanduses andmeid ka alljärgnevate komplikatsioonide kohta: vaskulaarne verejooks, lokaalsed hematoomid, tromboos, arteriovenoosse fistuli teke, pseudoaneurüsmi teke, trombemboolia, vasovagaalsed reaktsioonid, südame perforatsioon, õhkembooolia, rütmihäired, klappide kahjustus, pneumotooraks ja hemotooraks.

**GARANTIIST LAHTIÜTLEMINE JA VASTUTUSE PIIRID**

**TOO(DE)TELE EI LAIENE ÜKSKI OTSENE EGA KAUDNE GARANTII KAASA ARVATUD, KUID MITTE AINULT, MÜÜDAVUSE JA MINGIKS KINDLAKS OTSTARBEKS SOBIVUSE GARANTIID. BIOSENSE WEBSTER, INC EGA SELLE SIDUSETTEVÕTTED EI VASTUTA ÜHELGI JUHUL KONKREETSETE, OTSESTE, JUHUSLIKE, PÕHJUSLIKE EGA MUUDE KAHJUDE EEST, VÄLJA ARVATUD KOHALDATAVATES ÕIGUSAKTIDES OTSESELT SÄTESTATUD JUHTUDEL.**

**BIOSENSE WEBSTER, INC. JA TEMA HARUFIRMAD EI OLE VASTUTAVAD MINGITE ERI, OTSESTE, KAUDSETE, TULENEVATE VÕI MUUDE KAHJUSTUSTE EEST, MIS ON TINGITUD ÜHEKORDSEKS KASUTAMISEKS MÕELDUD JA VASTAVALT TÄHISTATUD TOOTE KORDUVKASUTAMISEST VÕI KUI KORDUVKASUTAMINE ON KEHTIVA SEADUSANDLUSE ALUSEL KEELATUD.**

Firma Biosense Webster, Inc. trükistes avaldatavad kirjeldused ja spetsifikatsioonid, k.a. käesolev trükis, on informatiivse iseloomuga ja annavad üksnes toote üldkirjelduse, mis ei ole mingil juhul mõeldud andma tootele mingit garantiid.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019

CONFIDENTIAL
BWI-INN00016814

Latviski

## LASSO® lokanais cirkulārais kartēšanas katetrs

- **STERILS. Sterilizēts izmantojot ar etilēna oksīdu.**
- **Tikai vienreizējai izmantošanai.**
- **Nelevietojiet autoklāvā.**
- **Neizmantojiet, ja iepakojums ir atvērts vai bojāts.**
- **BRĪDINĀJUMS: ASV federālais likums rezervē šīs ierīces pārdošanas tiesības tikai ārstam vai pēc tā norādījuma.**

### KATETRA APRAKSTS

The Biosense Webster LASSO® lokanais cirkulārais kartēšanas katetrs ir izstrādāts, lai atvieglotu sirds priekškambaru elektrofizioloģisko kartēšanu. Tas tiek ievadīts labajā vai kreisajā priekškambarī par 8 F ievadīšanas zondi (introduceru), kas līdzīga Biosense Webster ´s PREFACE® ievadīšanas zondei (introduceram). Šis lokanais katetrs sastāv no 3 F cirkulārām adatām uz tā distālā uzgaļa, ar platīna elektrodiem, kuru var izmantot, lai veiktu stimulēšanu vai reģistrāciju. Ir pieejami dažādi modeļi ar dažādiem cirkulāro adatu diametriem. Virzot katetra kloķi uz priekšu, uzgalis saliecas. Kad kloķis tiek pavilkts atpakaļ, katetra uzgalis iztaisnojas.

Katetru savieno ar standarta reģistrācijas iekārtu ar interfeisa kabeļiem ar atbilstošiem konektoriem.

**KONSULTĒJIETIES AR VIETĒJO IZPLATĪTĀJU VAI RAŽOTĀJU, LAI IEGŪTU INFORMĀCIJU PAR ATBILSTOŠAJIEM INTERFEISA KABEĻIEM.**

### INDIKĀCIJAS

Katetrs ir paredzēts vairākelektrodu elektrofizioloģiskai sirds struktūru kartēšanai, piem., tikai stimulācijai vai reģistrēšanai. Biosense Webster LASSO® cirkulārais kartēšanas katetrs ir paredzēts, lai iegūtu elektrogrammas sirds priekškambara rajonā.

### KONTRINDIKĀCIJAS

- Biosense Webster LASSO® cirkulārais kartēšanas katetrs nav pārbaudīts uz drošību un efektivitāti radiofrekvenču RF ekstirpācijas vajadzībām.

- Katetra izmantošana var būt nepiemērota pacientiem ar protezētiem vārstuļiem. Relatīva kontrindikācija katetra ievadīšana procedūrām ir aktīva sistēmiska infekcija.

- Transseptāla ievadīšana ir kontrindicēta pacientiem ar kreisā priekškambara trombu vai miksomu, vai arī interatriāliem traucējumiem vai bojājumiem.

- Apgriezta iekļūšana ir kontrindicēta dēļ riska, ka LASSO® iekērsies kreisajā sirds kambarī vai vārstuļos. LASSO® nav ieteicams izmantot sirds kambaros.

### BRĪDINĀJUMI

- Sirds katetra ievadīšanas procedūras laikā, veicot fluoroskopisku attēlu veidošanu, rodas ievērojams rentgena apstarojuma risks gan pacientiem, gan laboratorijas darbiniekiem. Rentgena staru intensitātes un ilguma dēļ tas var radīt gan akūtas radiācijas traumas, gan palielinātu somatisku un ģenētisku ietekmju risku.

- Sirds katetra ievadīšanas drīkst veikt tikai pēc tam, kad ir pietiekami izvērtēts iespējamais apstarojuma risks, kas saistīts ar procedūru un ir veikti visi nepieciešamie pasākumi, lai minimizētu šo apstarojumu.

- Tādēļ rūpīgi jāizvērtē, vai katetra lietošana ir attaisnojama grūtniecības laikā.

- Neiegremdējiet proksimālo roktūri vai kabeļu konektoru šķidrumos. Tas var ietekmēt elektrisko veiktspēju.

- Nepakļaujiet adapteru organisku šķīdinātāju, piemēram, spirta, iedarbībai.

- Nesterilizējiet adapteru, izmantojot autoklāvu.

- Neievadiet saliektu LASSO® galu ievadīšanas zondē (introducerā).

- LASSO® lokano cirkulāro kartēšanas katetru ir ieteicams lietot savienojumā ar Biosense Webster PREFACE® pīto ievadīšanas zondi (introduceru).

Piezīme: Neizmantojiet LASSO® lokano cirkulāro kartēšanas katetru savienojumā ar transseptālajām zondēm, ja to sānu atveres ir lielākas par 1,25 mm diametrā.

### PIESARDZĪBAS PASĀKUMI

- Uzglabāt vēsā, sausā un tumšā vietā.

- Neuzsāciet darbu ar Biosense Webster LASSO® cirkulāro kartēšanas katetru pirms attiecīgo lietošanas instrukciju pilnīgas izlasīšanas un saprašanas.

- Sirds katetra ievadīšanas procedūras drīkst veikt tikai atbilstoši apmācīts personāls, pilnībā aprīkotā elektrofizioloģijas laboratorijā.

- Manipulācijas ar katetru ir jāveic loti uzmanīgi, lai izvairītos no sirds bojājumiem, perforācijas vai tamponādes. Katetra virzīšana uz priekšu ir jāveic saskaņā ar fluoroskopisku uzraudzību pa ievadīšanas zondi (introduceru). Nelietojiet pārmērīgu spēku, mēģinot virzīt vai atvilkt katetru pa ievadīšanas zondi, ja sastopat pretestību. Papildus tam, īpaši ir jāuzmanās, ievietojot, izvelkot un manipulējot ievadīšanas zondi.

- Pirms izmantošanas ir jāpārbauda sterilais iepakojums un katetrs.

- Biosense Webster LASSO® cirkulārais kartēšanas katetrs ir paredzēts tikai vienreizējai izmantošanai.

- Nesterilizējiet to un neizmantojiet atkārtoti.

- Šī ierīce ir iepakota un sterilizēta tikai vienai lietošanas reizei. Nelietojiet atkārtoti, neattīriet vai nesterilizējiet atkārtoti. Atkārtota lietošana, attīrīšana vai atkārtota sterilizēšana var izjaukt ierīces uzbūves viengabalainību un/vai izsaukt ierīces atteici, kas, savukārt, var izraisīt pacienta traumu, slimību vai nāvi. Vienreiz lietojamo ierīču attīrīšana vai atkārtota sterilizācija var arī radīt piesārņojuma risku un/vai izraisīt pacienta infekciju vai krustenisku infekciju, ieskaitot, bet neaprobežojoties ar infekcijas slimību pārnesi no viena slimnieka uz citu. Ierīces piesārņošana var izraisīt pacienta traumu, slimību vai nāvi.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.
M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL
BWI-INN00016815

Latviski

- Vienmēr pavelciet katetra kloķi atpakaļ pirms tā ievadīšanas vai izņemšanas, lai katetra uzgalis ieņemtu tā sākotnējo formu.

- Lai novietotu LASSO® katetru, grieziet (jeb rotējiet) kātu tikai ar kustībām pulksteņa rādītāja virzienā.

**"IZLIETOT LĪDZ" DATUMS**
- Šis katetrs ir sterilizēts ar etilēnoksīda gāzi.

- Neizmantojiet, ja iepakojums ir atvērts vai bojāts.

- Izmantojiet iekārtu līdz "Use By" ("Izmantot līdz) datumam uz iepakošanas marķējuma.

**UTILIZĀCIJA**
Nododiet otrreizējai pārstrādei sastāvdaļas vai utilizējiet izstrādājumu un tā palikušos elementus vai atkritumus saskaņā ar vietējiem likumiem un noteikumiem.

**IETEICAMĀS IZMANTOŠANAS INSTRUKCIJAS**
- Izņemiet katetru no tā iepakojuma un nolieciet to sterilā darba vietā.

- Sekojiet ievadīšanas zondes (introducera) lietošanas instrukcijai un izmantošanas standartiem, lai pareizi ievadītu to asinsvadā, ievietotu vadstiepli un veiktu pārējās manipulācijas.

- Pievienojiet interfeisa konektoru pie atbilstošas ierakstošas aparatūras.

- Pirms ievadīšanas pārliecinieties, ka kloķis ir pilnībā atvilkts atpakaļ. Ievadiet katetru pa ievadīšanas zondi (introduceru) līdz vietai, kurā notiek endokarda izmeklēšana. Izmantojiet gan fluoroskopiju, gan elektrogrammas, lai palīdzētu noteikt pareizo atrašanās vietu. Pieregulējiet izliekuma rādiusu, manipulējot ar kloķi. Kloķa paspiešana uz priekšu liek katetra galam saviļķties (saliekties); kad kloķis tiek pavilkts atpakaļ, gals iztaisnojas.

- Lai novietotu LASSO® katetru, (vai to pagrieztu) dariet to tikai ar kustībām pulksteņa rādītāja virzienā.

- Pirms katetra izņemšanas pārliecinieties, ka kloķis ir pilnībā atvilkts atpakaļ. Izņemiet katetru caur ievadīšanas zondi (introduceru) un izmetiet to atbilstošā veidā. Izņemiet ievadīšanas zondi, asinsvadu paplašinātāju, vadstiepli kā vienotu vienību saskaņā ar to lietošanas instrukciju. Nesterilizējiet to un neizmantojiet atkārtoti.

- Jau Jums ir kādi jautājumi, kas saistīti ar šīs preces darbību, lūdzu, konsultējieties ar savu vietējo izplatītāju vai ražotāju.

**BLAKUSIEDARBĪBAS**
Sirds katetrizācijas procedūru laikā ir dokumentētas daudzas nopietnas blakusiedarbības reakcijas, ieskaitot plaušu emboliju, miokarda infarktu, trieku, sirds tamponādi un nāvi.

Saistībā ar sirds katetrizāciju literatūrā ir zinots arī par sekojošām komplikācijām: vaskulāra asiņošana, vietējas hematomas, tromboze, AV fistula, pseidoaneirisma, tromboembolisms, klejotājnerva reakcijas, sirds perforācija, gaisa embolija, aritmija, vārstuļu bojājumi, pneimotorakss un hemotorakss.

**GARANTIJAS PAZIŅOJUMS UN ATBILDĪBAS IEROBEŽOJUMI**

**ŠEIT APRAKSTĪTAJAM PRODUKTAM (-IEM) NAV NEKĀDAS IZTEIKTAS VAI NETIEŠI NORĀDĪTAS GARANTIJAS, IESKAITOT, BET AR TO NEAPROBEŽOJOTIES, JEBKĀDAS NETIEŠI NORĀDĪTAS GARANTIJAS PAR PRODUKTA PIEPRASĪTĪBU VAI DERĪGUMU NOTEIKTAM MĒRĶIM. NEKĀDOS APSTĀKĻOS BIOSENSE WEBSTER, INC. VAI AR TO SAISTĪTĀS FIRMAS NEBŪS ATBILDĪGAS PAR JEBKĀDIEM SPECIĀLIEM, TIEŠIEM, NEJAUŠIEM, IZRIETOŠIEM VAI CITĀDIEM BOJĀJUMIEM CITĀDI KĀ VIEN TĀ, KĀ TAS IR SKAIDRI NOTEIKTS KONKRĒTAJĀ LIKUMĀ.**

**NEIEROBEŽOJOT IEPRIEKŠMINĒTO, BIOSENSE WEBSTER, INC. VAI AR TO SAISTĪTĀS FIRMAS NEBŪS ATBILDĪGAS PAR JEBKĀDIEM SPECIĀLIEM, TIEŠIEM, NEJAUŠIEM, IZRIETOŠIEM VAI CITĀDIEM BOJĀJUMIEM, KAS RADUŠIES JEBKURA (-U) PRODUKTA (-U), KAS MARĶĒTI KĀ VIENREIZĒJAS LIETOŠANAS VAI, KURU ATKĀRTOTA LIETOŠANA IR AIZLIEGTA AR ATTIECĪGU LIKUMU, ATKĀRTOTAS IZMANTOŠANAS.**

Apraksti un specifikācijas, kas atrodamas Biosense Webster, Inc. drukātajā materiālā, ieskaitot šo publikāciju, ir tikai informatīvi un domāti tikai, lai vispārīgi aprakstītu produktu tā ražošanas laikā un nav izdoti kā jebkāda veida konkrētā produkta garantija.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.                    Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                                              BWI-INN00016816

Lietuvių k.

# LASSO® išsilenkiantis apvalus elektrografinio vizualizavimo kateteris

- **STERILUS. Sterilizuota etileno oksidu.**
- **Vienkartinio naudojimo.**
- **Neautoklavuoti.**
- **Nenaudokite, jei paketas atidarytas ar pažeistas.**
- **ATSARGUMO PRIEMONĖS: Pagal JAV federalinius įstatymus šis įtaisas gali būti parduodamas tik gydytojui paskyrus.**

## KATETERIO APRAŠYMAS

Biosense Webster LASSO® išsilenkiantis apvalus elektrografinio vizualizavimo kateteris skirtas elektrofiziologiniam širdies prieširdyje vizualizavimui palengvinti. Jis yra išdėstomas dešiniajame ar kairiajame prieširdžiui per 8 F pagrindinį apvalkalą, panašų į Biosense Webster PREFACE® pagrindinius apvalkalus. Šį išsilenkiantį kateterį sudaro 3 F apvali distalinio antgalio nugarėlė su platinos elektrodais, kuriuos galima naudoti stimuliavimui ir užrašymui. Yra modeliai su skirtingais apvaliais nugaros skersmenimis. Kateterio mygtuką pastūmus į priekį jo antgalis išsilenkia; mygtuką patraukus atgal, kateterio antgalis išsitiesia.

Naudojant kabelius su atitinkamomis jungtimis kateteris sąveikauja su standartine užrašymo įranga.

**ATITINKAMŲ SĄSAJOS KABELIŲ TEIRAUKITĖS VIETINIO PLATINTOJO AR GAMINTOJO.**

## INDIKACIJOS

Kateteris skirtas kelių elektrodų elektrofiziologiniam širdies struktūrų vizualizavimui, t.y., tik užrašymui arba stimuliavimui. Biosense Webster LASSO® išsilenkiantis apvalus elektrografinio vizualizavimo kateteris skirtas širdies prieširdžių srities elektrogramoms gauti.

## KONTRAINDIKACIJOS

- Neįrodyta, kad Biosense Webster LASSO® apvalus elektrografinio vizualizavimo kateteris yra saugus ir efektyvus radiodažnuminei (RF) abliacijai.

- Kateterio naudoti nepatartina pacientams su posteziniais vožtuvais. Širdies kateterio procedūros sąlyginai draudžiamos esant aktyviai sisteminei infekcijai.

- Transeptinis priėjimas draudžiamas pacientams su kairiojo prieširdžio trombais, miksoma, interatrialiniu skydu ar lopu.

- Retrogradinis priėjimas draudžiamas dėl pavojaus LASSO® įtraukti į kairįjį skilvelį ar vožtuvo aparatą. LASSO® nerekomenduojama naudoti skilveliuose.

## ĮSPĖJIMAI

- Kateterizacijos procedūrų metu organai gali būti labai apšviesti rentgeno spinduliais, o tai gali sukelti stiprų spinduliavimo sužeidimą ir padidinti pavojų somatiniams ir genetiniams efektams, ne tik pacientams, bet ir laboratorijos darbuotojams, dėl rentgeno spindulių intensyvumo ir fluoroskopinio vaizdo gavimo trukmės.

- Kateterizaciją reikėtų atlikti tik atidžiai išstudijavus su procedūra susijusį potencialų radiacijos išlaikymą ir minimaliai sumažinus radiaciją.

- Šio kateterio naudojimo aplinkybės nėščioms moterims turi būti atidžiai apsvarstytos.

- Proksimalinės rankenelės ar kabelio jungties neįmerkite į skystį; tai gali paveikti elektros veikimą.

- Su kateteriu negalima naudoti jokių organinių tirpiklių, pvz., alkoholio.

- Karterio neautoklavuokite.

- LASSO® nenaudokite suvynioto į pagrindinį apvalkalą.

- LASSO® išsilenkiantį apvalų elektrografinio vizualizavimo kateterį rekomenduojama naudoti su pagrindiniu Biosense Webster PREFACE® supintu apvalkalu.

  Pastaba: LASSO® išsilenkiančio apvalaus elektrografinio vizualizavimo kateterio nenaudokite su transeptiniais apvalkalais, kuriuose yra didesnės nei 1,25 mm skersmens šoninės skylės.

## ATSARGUMO PRIEMONĖS

- Laikykite vėsioje, sausoje ir tamsioje vietoje.

- Biosense Webster LASSO® apvalus elektrografinio vizualizavimo kateterio nemėginkite naudoti išsamiai neperskaitę ir nesupratę šių naudojimo nurodymų.

- Kateterizacijos procedūrą turi atlikti atitinkamai kvalifikuotas personalas pilnai aprūpintoje elektrofiziologijos laboratorijoje.

- Norint išvengti širdies sužalojimo, perforacijos ar tamponados, su kateteriu reikia atidžiai elgtis. Kateterį perkelti ir padėti reikia naudojant fluoroskopą pro pagrindinį apvalkalą. Atsiradus pasipriešinimui, norėdami pastumti ar įtraukti kateterį pro pagrindinį apvalkalą, nenaudokite per didelės jėgos. Be to, įdedant, išsiurbiant ir valdant pagrindinį apvalkalą, reikia būti itin atidiems.

- Prieš naudojant reikia patikrinti sterilią pakuotę ir kateterį.

- Biosense Webster LASSO® apvalus elektrografinio vizualizavimo kateteris skirtas vienkartiniam naudojimui.

- Nesterilizuokite ir nenaudokite dar kartą.

- Šis prietaisas yra įpakuotas ir sterilizuotas tik vienkartiniam naudojimui. Pakartotinai nesterilizuoti, neapdoroti arba nenaudoti. Dėl pakartotinio naudojimo, apdorojimo ar sterilizavimo gali būti pažiestas prietaiso struktūros vientisumas ir (arba) prietaisas gali sugesti. Tai, savo ruožtu, gali baigtis paciento sužalojimu, susirgimu ar mirtimi. Taip pat pakartotinis vienkartinio naudojimo prietaiso apdorojimas arba sterilizavimas gali sukelti užteršimo ir (arba) paciento infekcijos arba kryžminės infekcijos pavojų, be kitų įskaitant ir infekcinio (-ių) susirgimo (-ų) perdavimo nuo vieno paciento kitam galimybę. Dėl prietaiso užteršimo pacientas gali būti sužalotas, susirgti arba mirti.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.
M-5276-207M

Release Date: 11/1/2019

BWI-INN00016817

Lietuvių k.

- Visada prieš įstatydami ar išimdami kateterį, patraukite jo mygtuką atgal, kad įsitikintumėte, kad kateterio antgalis nepakeitė formos.

- Jei norite padėti LASSO® kateterį, ašį pasukite tik pagal laikrodžio rodyklę.

**„NAUDOTI IKI" DATA**
- Kateteris sterilizuojamas naudojant etileno oksido dujas.

- Nenaudokite, jei paketas atidarytas ar pažeistas.

- Įrenginį naudokite nepasibaigus ant pakuotės etiketės nurodytam galiojimo laikui („Naudoti iki" data).

**ŠALINIMAS**
Perdirbkite komponentus arba šalinkite gaminį ir jo likučius arba atliekas, laikydamiesi vietinių įstatymų ir potvarkių.

**REKOMENDUOJAMOS NAUDOJIMO INSTRUKCIJOS**
- Kateterį išimkite iš pakuotės ir padėkite sterilioje darbo vietoje.

- Kraujagyslių punkcijai, kreipiamųjų laidų įdėjimui ir pagrindinių apvalkalų išsiurbimui, vadovaukitės standartinėmis naudojimo instrukcijomis.

- Viršutinius jungiklius prijunkite prie atitinkamos įrašymo aparatūros.

- Prieš įstatant kateterį, reikia įsitikinti, kad mygtukas yra pilnai patrauktas atgal. Kateterį patraukite pro pagrindinį apvalkalą į tikrinamo vidinio širdies dangalo sritį. Kad tinkamai jį padėtumėte, naudokite fluoroskopiją ir elektrogramą. Išlinkimo spindulį tinkamai sureguliuokite naudodami mygtuką. Mygtuką pastūmus į priekį kateterio antgalis sulinksta (išsilenkia); mygtuką pastūmus atgal antgalis išsitiesina.

- Jei norite padėti LASSO® kateterį, ašį pasukite tik pagal laikrodžio rodyklę.

- Prieš nuimdami kateterį patikrinkite, ar mygtukas yra pilnai patrauktas atgal. Išimkite kateterį per pagrindinį apvalkalą ir atitinkamai jį išmeskite. Nuimkite pagrindinį apvalkalą, kraujagyslių plėtiklį ir kreipiamuosius laidus kaip vieną vienetą, pagal naudojimo instrukcijas. Nesterilizuokite ir nenaudokite dar kartą.

- Jei turite klausimų dėl to, kaip naudoti ar eksploatuoti šį produktą, pasitarkite su vietiniu platintoju ar gamintoju.

**NEIGIAMOS REAKCIJOS**
Kateterizacijos procedūrų metu užregistruota daug rimtų neigiamų reakcijų, įskaitant plaučių emboliją, miokardito infarktą, insultą, širdies tamponadą ir mirtį. Literatūroje taip pat apibūdinamos tokios komplikacijos, susijusios su širdies kateterizacija: kraujagyslių kraujavimu, vietinėmis kraujo išliejomis, trombozėmis, AV fistule, pseudoaneurizmu, tromboembolija ir gyslų nervų klajoklių reakcijomis, širdies perforacija, oro embolija, aritmija, vožtuvo pažeidimais, pneumo ir hemo krūtinės ląstos pažeidimais.

**ATSISAKYMAS SUTEIKTI GARANTIJĄ IR ATSAKOMYBĖS RIBOJIMAS**

**ČIA APIBŪDINTAM (-IEMS) PRODUKTUI (-AMS) TIKSLIOS IR NUMANOMOS GARANTIJOS NĖRA, BE APRIBOJIMŲ ĮSKAITANT BET KOKIĄ NUMANOMĄ PARDAVIMO GARANTIJĄ AR JOS PRITAIKYMĄ KONKREČIU ATVEJU. „BIOSENSE WEBSTER, INC." AR JOS DUKTERINĖS BENDROVĖS JOKIOMIS APLINKYBĖMIS NEATSAKO UŽ JOKIĄ KONKREČIĄ, TIESIOGINĘ, ATSITIKTINĘ, PASEKMINĘ AR KITOKIĄ ŽALĄ, IŠSKYRUS AIŠKIAI NURODYTĄ TAIKOMUOSE ĮSTATYMUOSE.**

**„BIOSENSE WEBSTER, INC." AR JOS DUKTERINĖS KOMPANIJOS NERIBOJANT AUKŠČIAU PAMINĖTŲ ATVEJŲ NĖRA ATSAKINGA UŽ JOKIUS TYČINIUS, TIESIOGINIUS, ATSITIKTINIUS, PASEKMINIUS AR KITOKIUS PAŽEIDIMUS, KYLANČIUS DĖL PAKARTOTINIO PRODUKTO (-Ų) NAUDOJIMO, KURIE BUVO PAŽYMĖTI KAIP VIENKARTINIO NAUDOJIMO ARBA KURĮ PAKARTOTINAI NAUDOTI DRAUDŽIA ATITINKAMI ĮSTATYMAI.**

„Biosense Webster, Inc." spausdintoje medžiagoje pateikiami aprašymai ir specifikacijos tai tik informacija ir joje tik bendrais bruožais aprašomas produktas gaminimo metu ir tai yra vienintelė produkto garantija.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL                                                                                          BWI-INN00016818

简体中文

## LASSO®可弯曲环形标测导管

- 无菌。采用环氧乙烷灭菌。
- 仅限一次性使用。
- 切勿用高温高压灭菌器消毒。
- 如果包装已打开或破损，切勿使用。
- 注意：美国联邦法律限定本产品只能由医生销售或凭医嘱销售。

**导管说明**

Biosense Webster LASSO® 可弯曲环形标测导管用于简化心腔房区电生理标测。它通过沟槽 8 F 导鞘插入右心房或左心房，类似Biosense Webster PREFACE® 导鞘。
此可调弯导管的末端头部上 有一个 3 F的环形头端，并装有铂金电极，可用于进行刺激和记录备有不同环形转完直径的型号供你选择。向前推导管上的调调旋钮，让导管探头弯曲；向后拉调调旋钮，让探头伸直。

**导管用带合连接器的连接电缆连接标准记录设备。**

如要了解合适连接器的信息，请咨询当地经销商或制造商。

**适应症**

此导管用于心脏结构多电极电生理标测，即仅用于刺激和记录目的。Biosense Webster LASSO® 环形标测导管用于获得心房区的心电图。

**禁忌症**

- 尚未证明Biosense Webster LASSO® 环形标测导管在射频消融术中是否安全和有效。
- 该导管可能不适用于植入了人工瓣膜的患者。活动性全身感染患者禁用心腔导管术。
- 左心房血栓患者、粘液瘤患者、心房间隔膜患者或斑点患者禁用经中隔穿刺术术。
- 禁用逆行术，否则LASSO® 导管进入左心室或瓣膜装置可能会造成压迫性损害。建议不要将LASSO® 导管用于心室。

**警告**

- 心脏导管辐射大量 X 射线，由于 X 射线光束能量高，荧光成像时间长，患者和手术室工作人员可能会受到严重辐射损伤，对身体和基因造成严重影响。
- 只有在充分了解术中潜在的辐射并采取措施最大限度地降低辐射之后，才能实施心脏导管术。
- 对孕妇使用此导管时必须慎重考虑。
- 切勿将近端手柄或电缆连接器浸入液体，否则可能影响电气性能。
- 切勿让导管接触酒精等有机溶剂。
- 切勿对导管进行高温高压消毒处理。
- 切勿让将LASSO® 探头折叠起来插入导管。
- 建议您将LASSO® 可弯曲环形标测导管与 Biosense Webster PREFACE® 编织导鞘一起使用。
  注意：切勿将LASSO® 可弯曲环形标测导管与侧孔直径大于 1.25 mm 的经中隔导鞘一起使用。

**注意事项**

- 存放在阴凉、干燥、避光处。
- 在全部阅读并理解本使用说明之前，切勿使用Biosense Webster LASSO® 可弯曲环形标测导管。
- 心脏导管术应在设备齐全的电生理实验室里由经过适当培训的人员执行。
- 在操作导管时务必小心，避免心脏损伤、穿孔或填塞。应通过导鞘在荧光透视指引下插入并放置导管。通过导鞘插入或拔出导管时，请勿用力过大，遇到阻力时拔出导管。
  此外，在插入、抽气和操作导鞘时，应格外小心。
- 使用之前应检查无菌包装和导管。
- Biosense Webster LASSO® 可弯曲环形标测导管仅供一个患者使用。
- 请勿消毒后重复使用。
- 本装置已包装和灭菌，仅限一次性使用。切勿重复使用、重新处理或重新灭菌。重复使用、重新处理或重新灭菌可能会损害装置的结构完整性和/或导致装置故障，从而造成患者
  受伤、患病或死亡。此外，对一次性装置进行重新处理或重新灭菌可能会造成污染风险和/或引起患者感染或交叉感染，包括，但不限于，在患者之间传播传染性疾病。装置的
  污染可能会造成患者受伤、患病或死亡。
- 在插入或拔出导管之前，始终向后拉调调旋钮让导管伸直，确保探头恢复到原始形状。
- 放置LASSO®导管时，只能沿顺时针方向旋转管身。

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016819

**有效期**
- 此导管用环氧乙烷气体杀菌。
- 如果包装已打开或破损，切勿使用。
- 应在包装标签上注明的有效期之前使用此装置。

**处置**
请将部件循环再生，或根据当地法律法规处置产品及其残留元件或废物。

**使用方法**
- 从包装中取出导管，并将其放置在无菌工作区。
- 遵循脉管穿刺、导线插入、导鞘使用和抽气使用说明规定的标准操作。
- 将连接器连接到适当的记录设备。
- 在插入导管之前，确保将指调旋钮向后拉到头。通过导鞘将导管插入待检查的心内膜部位。使用荧光透视和心电图协助正确定位。必要时调节指调旋钮，从而调节弯曲半径。向前推指调旋钮，让导管探头弯曲；向后拉指调旋钮，让探头伸直。
- LASSO® 导管时，只能沿顺时针方向旋转管身。
- 在拔出导管之前，确保将指调旋钮向后拉到头。从导鞘里取出导管，并以适当方式处理。根据使用说明，将导鞘、血管扩张器和导线作为一个整体取出来。切勿消毒后重复使用。
- 如果对本产品的使用或性能有任何疑问，请咨询当地经销商或制造商。

**副作用**
据文献记载，心脏导管术有许多严重副作用，包括肺栓塞、心肌梗塞、中风、心脏压塞和死亡。

有文献报道过下列与心脏导管术有关的并发症：血管出血、局部血肿、血栓形成、AV瘘管、假动脉瘤、血栓栓塞、血管迷走神经反应、心脏穿孔、气栓、心律失常、瓣膜损伤、气胸和胸腔积血。

**担保免责声明及责任限制**

制造商不对本文所述的产品提供任何明示或暗示保证，包括但不限于适销性或特定用途适应性担保。无论在什么情况下，BIOSENSE WEBSTER, INC 或其附属公司均不承担除具体法律明确确规定之外的任何特殊、直接、附带、从属或其它损害的责任。

对于因重复使用标有一次性使用标签或适用法律禁止重复使用的任何产品而导致的任何特殊损害、直接损害、附带损害、后续损害或其它损害，BIOSENSE WEBSTER, INC. 或其附属公司均不承担任何责任。

包括本出版物在内的 Biosense Webster, Inc. 印刷品中出现的说明和规格仅供参考，仅说明生产时的产品，在任何情况下均不被视为对所述产品的保证。

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.  Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016820

한국어

# LASSO® 휘어지는 원형 매핑 카테터

- **무균. 에틸렌옥사이드로 멸균 처리.**
- **일회용.**
- **고압 살균처리하지 마십시오.**
- **포장이 열리거나 손상되었으면 사용하지 마십시오.**
- **주의: 연방법(미국)에 따라 본 기기는 의사 또는 의사의 주문에 의해 판매됩니다.**

**카테터 설명**
Biosense Webster LASSO® 휘어지는 원형 매핑 카테터는 심방의 전기생리학적 매핑이 잘 되도록 설계되었습니다. 본 카테터는 Biosense Webster PREFACE® Guiding Sheath와 유사한 8 F 안내 도관을 통하여 좌우 심방에 배치됩니다. 휘어지는 본 카테터는 말단부에 3 F 원형 스파인이 있으며, 스파인에는 자극 및 녹화를 위해 사용할 수 있는 백금 전극들이 있습니다. 원형 스파인의 직경에 다른 여러 모델이 있습니다. 카테터 손잡이를 앞으로 밀면 팁이 휘어지고, 손잡이를 뒤로 당기면 카테터 팁이 일직선이 됩니다.

본 카테터는 적절한 커넥터를 갖춘 인터페이스 케이블을 통해 표준 녹화 장비와 연동됩니다.

적절한 인터페이스 케이블에 대해서는 현지 대리점이나 제조업체에 문의하십시오.

**적용**
본 카테터는 흉부 내의 심장 구조에 대한 다수 전극 전기생리학적 매핑을 위한 기구로서, 녹화나 자극용으로만 사용됩니다. Biosense Webster LASSO® 휘어지는 원형 매핑 카테터는 심방 부분의 심전도를 확보하도록 설계되었습니다.

**금기**
- Biosense Webster LASSO® 원형 매핑 카테터는 무선 주파수(RF) 절제술으로는 안전하고 효과적인 것으로 나타나지 않았습니다.
- 본 카테터 사용은 인공판막을 가진 환자용으로 적합하지 않을 수 있습니다. 심도관법의 상대적 금기는 활성 전신성감염입니다.
- 경중격 방법은 좌심방 혈전이나 점액종 또는 심방간 격벽이나 패치를 가진 환자의 경우 금기입니다.
- 역행성 접근법은 LASSO®를 좌심실이나 판막 장치에 걸리게 하는 리스크 때문에 금기입니다. LASSO®는 심실용으로 권장하지 않습니다.

**경고**
- 심도관법은 상당한 X선 노출 가능성을 제기하며, 이에 따라 투시 영상의 X선 강도와 지속시간으로 인해 환자와 촬영실 요원에게 신체 및 유전 효과로 인한 리스크 증가뿐만 아니라 급성 방사선 상해가 발생할 수 있습니다.
- 심도관법은 본 절차와 관련된 가능한 방사선 노출에 대해 적절한 주의를 기울이고 이 노출을 최소화하기 위한 조치를 취한 후에만 실시해야 합니다.
- 임산부에게 본 카테터를 사용하는 경우 세심한 배려를 해야 합니다.
- 근위 핸들이나 케이블 커넥터를 액체에 담그지 마십시오. 전기 성능이 지하될 수 있습니다.
- 본 카테터를 알코올과 같은 유기 용제에 노출하지 마십시오.
- 본 카테터는 고압 살균처리하지 마십시오.
- LASSO® 팁을 잡어서 안내 도관에 집어넣지 마십시오.
- LASSO® 휘어지는 원형 매핑 카테터는 Biosense Webster PREFACE® Braided Guiding Sheath용으로 권장합니다.

참고사항: LASSO® 휘어지는 원형 매핑 카테터를, 직경이 1.25mm 이상인 구멍이 측면에 있는 경중격 도관과 함께 사용하지 마십시오.

**주의사항**
- 서늘하고 건조하며 어두운 곳에 보관하십시오.
- 본 사용 설명서를 완전히 읽고 이해하기 전에는 Biosense Webster LASSO® 휘어지는 원형 매핑 카테터 사용을 시도하지 마십시오.
- 심도관법은 장비를 완전히 갖춘 전기생리 검사실에서 적절히 교육을 받은 요원에 의해서나 실시되어야 합니다.
- 심장 손상, 천공 또는 압전을 방지하기 위해 조심스럽게 조작해야 합니다. 카테터 진행 및 배치는 안내 도관을 통한 형광투시 유도 하에 실시되어야 합니다. 저항이 있을 때 지나친 힘을 사용하여 카테터를 안내 도관을 통해 전진시키거나 후퇴시키지 마십시오. 아울러, 안내 도관을 삽입, 전위 및 조작할 때에 각별한 주의를 기울여야 합니다.
- 사용 전에 무균 포장 및 카테터를 검사해야 합니다.
- Biosense Webster LASSO® 휘어지는 원형 매핑 카테터는 단일 환자용입니다.
- 재소독하거나 재사용하지 마십시오.
- 이 기구는 일회용으로 사용하도록 살균 포장되었습니다. 재사용하거나 재처리 또는 재살균하지 마십시오. 재사용, 재처리 또는 재살균할 경우 기구의 구조적 안정성이 손상되거나 기구 고장이 발생하여 환자 상해, 질환 또는 사망으로 이어질 수 있습니다. 또한, 일회용 기구를 재처리 또는 재살균할 경우 오염의 위험이 있고 환자 감염 또는 교차감염(환자간 감염병 전파를 포함하되 이에 국한되지 않음)을 유발할 수도 있습니다. 기구 오염은 환자 상해, 질환 또는 사망의 원인이 될 수 있습니다.

    WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019    M-5276-207M

CONFIDENTIAL    BWI-INN00016821

- 카테터 팁이 원래의 모양을 가지고 있는지 확인하기 위해 삽입하거나 후퇴시키기 전에 항상 카테터의 손잡이를 당기십시오.

- LASSO® 카테터를 배치하기 위해, 샤프트를 시계 방향으로만 회전하십시오.

**"사용 유효기간" 날짜**
- 본 카테터는 산화에틸렌 가스로 살균 처리됩니다.

- 포장이 열리거나 손상되었으면 사용하지 마십시오.

- 포장 레이블에 있는 "Use By" 날짜 이전에 본 장치를 사용하십시오.

**폐기**
해당 지역의 법 및 규정에 따라 부분품을 재활용하거나 제품 및 제품의 잔여 구성품 또는 폐기물을 처리하십시오.

**권장하는 사용법**
- 카테터를 포장에서 꺼내어 소독한 작업 영역에 놓으십시오.

- 혈관 천자, 가이드와이어 삽입 및 사용법에 따른 안내 도관 사용 및 전위를 위한 일반 관행을 따르십시오.

- 인터페이스 커넥터를 해당 녹화 장비에 연결하십시오.

- 삽입 전에 손잡이가 완전히 뒤로 당겨졌는지 확인하십시오. 카테터를 안내 도관을 통해 조사 중인 심장 내막 쪽으로 보내십시오.

- 적적한 배치를 위해 투시기와 심전도를 모두 사용하십시오. 손잡이를 조작하여 곡률 변경을 필요에 따라 조절하십시오. 손잡이를 앞으로 밀면 카테터 팁이 휘어지고, 손잡이를 뒤로 당기면 카테터 팁이 일직선이 됩니다.

- LASSO® 카테터를 배치하기 위해, 샤프트를 시계 방향으로만 회전하십시오.

- 카테터를 제거하기 전에, 손잡이가 완전히 뒤로 당겨져 있는지 확인하십시오. 카테터를 안내 도관에서 빼내어 적절한 방법으로 처분하십시오. 사용법에 따라 안내 도관, 혈관 확장기 및 가이드와이어를 한

- 단위로 제거하십시오. 재소독하거나 재사용하지 마십시오.

- 본 제품의 사용이나 성능에 관한 질문이 있으면, 현지 대리점이나 제조업체에 문의하십시오.

**부작용**
폐 색전증, 심근 경색증, 졸증, 심장 압전 및 사망을 비롯하여 여러 가지 심각한 부작용이 심도관법에 대해 문서화되었습니다.

심도관법과 관련된 다음 병발증도 문헌에 보고되었습니다: 혈관 출혈, 국부 혈종, 혈전증, AV 누공, 가성동맥류, 혈전 색전증, 혈관미주신경 반응, 심장 천공, 공기 색전증, 부정맥, 판막 손상, 기흉 및 혈흉.

**보증 및 책임 제한**

본 자료에 서술된 제품에 대해서는 상품성 또는 특정 용도 적합성에 대한 묵시적 하자보증을 비롯하여 일체의 명시적 또는 묵시적 하자보증이 없습니다. 어떤 경우에도
**BIOSENSE WEBSTER, INC.**나 계열 회사는 적용 가능한 법에 의해 명시적으로 규정되지 않은 특별적, 적접적, 부수적, 결과적 또는 기타 피해에 대해 책임을 지지 않습니다.

전기 가부에 대한 제한 없이, **BIOSENSE WEBSTER, INC.**나 계열 회사는 일회용으로 표시되거나 또는 해당 법에 의해 재사용이 금지된 경우에 제품을 재사용한데서 비롯된 특별적, 적접적, 부수적, 결과적 또는 기타 피해에 대해 책임이 없습니다.

본 간행물을 비롯하여 Biosense Webster, Inc. 유인물에 나타나는 설명과 사양은 단지 안내용이며 제조 당시 제품을 일반적으로 서술하기 위한 것뿐이며 어떤 식으로든 명시된 제품에 대한 하자보증으로 제공되는 것이 아닙니다.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016822

正體中文

---

# LASSO® 可調式環狀繪圖導管

- 無菌。已使用環氧乙烷滅菌。
- 僅限單次使用。
- 請勿高壓滅菌。
- 如果包裝開啟或破損，請勿使用。
- 小心：美國聯邦法律規定本器材只能由醫生或憑醫囑銷售。

### 導管說明
Biosense Webster LASSO® 可調式環狀繪圖導管設計用於協助對心房進行電生理繪圖。它透過一個與 Biosense Webster PREFACE® 8 F 導引鞘植入在右心房或左心房。這個可調式導管在其尖端有一圈 3 F 環狀物，並帶有可用來刺激和記錄的鉑金電極。可提供具有不同環狀直徑的規格。若向前推導管控制鈕可彎曲導管尖端；當控制鈕被拉回時，導管尖端變直。

**該導管透過帶有適當連接器的介面電纜與標準記錄設備相連接。**

**請諮詢當地的經銷商或製造商，獲取適當的介面電纜。**

### 適應症
本導管用於心臟結構的多電極電生理繪圖，即僅限記錄或刺激。Biosense Webster LASSO® 圓形繪圖導管設計用於獲得心臟心房部位的心電圖。

### 禁忌症
- 沒有證據表明 Biosense Webster LASSO® 環狀繪圖導管用於射頻 (RF) 燒灼術是安全和有效的。
- 該導管可能不適用於進行人工瓣膜置換術的患者。心導管管的相對禁忌症為活性全身感染。
- 對左房血栓、黏液瘤或心房間阻塞或有缺陷的患者不宜採用經膈膜治療法進行治療。
- 不宜採用逆行法，因為可能有將 LASSO® 繪圖導管插入左心室或瓣膜裝置內的風險。不建議將 LASSO® 繪圖導管用於心室。

### 警告
- 由於 X 射線的密度和螢光屏成像待持時間較長，心臟導管插入術可能導致大量 X 射線曝光，從而使患者和實驗室人員遭受急性輻射損傷並增加腫體和基因效應的風險。
- 只有對手術所涉及的潛在輻射曝露量導致足夠的注意並採取措施最大限度地降低輻射曝露量之後，才能實施心臟導管插入術。
- 對孕婦使用該導管時必須慎重考慮。
- 請勿將近端操縱把手或纜線接頭浸入液體；否則會影響其電力效能。
- 請勿讓導管接觸酒精等有機溶劑。
- 請勿對導管進行高壓蒸氣滅菌。
- 請勿將 LASSO® 尖端折彎，置入導引鞘。
- 建議將LASSO®可調式環狀繪圖導管與 Biosense Webster PREFACE® 編織導引鞘結合使用。

    註：請勿將 LASSO® 可調式環狀繪圖導管與側孔直徑大於 1.25 mm 的間隔鞘結合使用。

### 預防措施
- 存放於陰涼乾燥的暗處。
- 在完全閱讀和理解使用說明之前，請勿嘗試操作 Biosense Webster LASSO® 環狀繪圖導管。
- 心臟導管插入術只能由接受過相應訓練的人員在裝備齊全的電生理實驗室內實施。
- 必須謹慎操作導管，以避免心臟損傷、穿孔或填塞。導管的前進和放置要根據螢光屏的影像，透過一個導引鞘進行。如果遇到阻力，請勿用過大的力強行將導管推進或抽出導引鞘。此外，當插入、抽出和操縱導引鞘時應格外小心。
- 使用之前應檢查消毒包裝和導管。
- Biosense Webster LASSO® 環狀繪圖導管僅限一名患者使用。
- 請勿重新消毒和重復使用。
- 本裝置僅經包裝和滅菌，僅限單次使用。請勿重複地使用、處理或滅菌。重複地使用、處理或滅菌可能會破壞裝置的結構完整性、並且/或者導致裝置出現故障，進而可能導致患者受傷、患病或死亡。此外，對單次使用的裝置進行重複地處理或滅菌可能會帶來污染的危險，並且/或者可能造成患者感染或交叉感染，包括但不限於傳染性疾病在患者之間的擴播。裝置污染可能會導致患者受傷、患病或死亡。
- 在插入或抽出導引管之前，始終要將控制鈕撥到最後，以確保導管尖端保持其原始的形狀。

---

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019
M-5276-207M

CONFIDENTIAL                    BWI-INN00016823

正體中文

- 要置入 LASSO® 導管，請僅順時針扭動（旋轉）軸。

**「使用」期限**
- 本導管已採用環氧乙烷氣體滅菌。

- 如果包裝開啟或破損，請勿使用。

- 請在包裝卷標上注明的「有效期限」之前使用本裝置。

**處置**
請依照當地法律和法規處理可回收物件，或處理此產品及其殘留或廢棄品項。

**使用建議**
- 將導管從其包裝內取出，然後將其放入一個已消毒的工作區域。

- 根據其使用說明，遵守標準的血管穿刺、導線插入和導引鞘使用以及抽出做法。

- 將介面連接器連接到適當的記錄設備。

- 插入前，請確認控制鈕被完全拉回。將導管推過導引鞘，抵達待檢查的心內膜部位。使用 X 光透視檢查和心電圖來幫助正確定位。必要時透過操縱控制鈕調整彎曲半徑。向前推控制鈕可使導管尖端彎曲（折彎）；當控制鈕拉回原位時，尖端會變直。

- 要置入 LASSO® 導管，請僅順時針扭動（旋轉）軸。

- 在取出導管之前，請確認控制鈕已完全拉回。將導管從導引鞘中取出，採用適當的方式處置。根據使用說明，將導引鞘、血管擴張器和導線作為一個整體取出。請勿重新消毒和重複使用。

- 如果對本產品的使用或效能有任何問題，請諮詢當地經銷商或製造商。

**不良反應**
心臟導管插入術已發現許多嚴重的不良反應，包括肺栓塞、心肌梗死、中風、心包填塞和死亡。

文獻中也報告了下列與心臟導管插入術有關的並發症：血管出血、局部血腫、血栓症、動靜脈瘻、侵性動脈瘤、血栓栓塞、血管迷走反射、心臟穿孔、空氣栓塞、心率失常、瓣膜破損、氣胸和血胸。

**品質擔保和責任限制免責聲明**

**品質擔保和責任限制免責聲明對於本文說明的產品，本公司不提供任何明確或隱含擔保，包括但不限於任何隱含的、針對特定用途之適售性或適合性擔保。除特定法律有明確規定外，否則在任何情況下，BIOSENSE WEBSTER, INC. 及其附屬公司對於任何特殊損害、直接損害、意外損害或其他損害均不擔負任何責任。**

**在不限制前述條款的情況下，BIOSENSE WEBSTER INC. 或其附屬公司均不對 因重複使用任何標有「單次使用」的產品或者適用法律禁止重複使用的產品而產生的特殊、直接、意外、間接或其他損壞承擔責任。**

出現在 Biosense Webster, Inc. 印刷物（包括本出版物）上的說明和規格僅用於提供資訊，旨在根據說明所製造的產品，不得以任何方式成為或被提供為處方產品的擔保。

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.　　　Release Date: 11/1/2019

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BWI-INN00016824

Bahasa Indonesia

## Kateter Pemetaan Melingkar yang Dapat Dilengkungkan LASSO®

- **STERIL. Disterilkan Dengan Etilen Oksida.**
- **Hanya untuk sekali pakai.**
- **Jangan gunakan autoklaf.**
- **Jangan digunakan jika kemasannya terbuka atau rusak.**
- **HATI-HATI: Undang-Undang Federal (AS) membatasi penjualan perangkat ini oleh atau atas pesanan dokter.**

**DESKRIPSI MENGENAI KATETER**
Kateter Pemetaan Melingkar yang Dapat Dilengkungkan LASSO® Biosense Webster ini dirancang untuk memudahkan pemetaan elektrofisiologi pada atrium jantung. Kateter ini dimasukkan dalam atrium sisi kanan atau kiri melalui sebuah poros/selubung pemandu 8 F, yang mirip dengan Guiding Sheath (Selubung Pemandu) PREFACE® produksi Biosense Webster . Kateter yang dapat dilengkungkan ini terdiri dari spine melingkar 3 F pada ujung distalnya, dengan elektroda platina yang bisa digunakan untuk stimulasi dan pencatatan. Tersedia berbagai model dengan diameter spine melingkar yang berlainan. Mendorong tombol jempol ke depan akan membengkokkan ujung kateter; sedangkan menarik tombol jempolnya ke belakang akan meluruskan ujungnya.

**Kateter ini menghubungkan dengan peralatan pencatatan standar melalui kabel antarmuka dengan konektor yang sesuai.**

**TANYAKAN PADA DISTRIBUTOR SETEMPAT ATAU PRODUSEN MENGENAI KABEL ANTARMUKA YANG SESUAI.**

**INDIKASI**
Kateter ini sebaiknya digunakan untuk pemetaan beberapa elektrofisiologi elektroda pada susunan jantung, yakni pencatatan dan stimulasi saja. Kateter Pemetaan Melingkar yang Dapat Dilengkungkan LASSO® Biosense Webster ini dirancang untuk mendapatkan elektrogram pada bagian atrium jantung.

**KONTRAINDIKASI**
- Kateter Pemetaan Melingkar yang Dapat Dilengkungkan LASSO® Biosense Webster belum terbukti aman dan efektif untuk ablasi frekuensi radio (FR).

- Kateter ini mungkin tidak sesuai bagi pasien yang memiliki katup prostetik. Kontraindikasi yang relatif untuk prosedur kateter jantung adalah infeksi sistemik aktif.

- Pendekatan transseptal tidak disarankan bagi pasien yang mengalami bekuan darah pada atrium kiri atau tumor jantung (miksoma), atau dinding atau tambalan pada antar atrium jantung.

- Pendekatan retrograd tidak disarankan karena bisa berisiko menjerat LASSO® dalam alat katup jantung atau bilik jantung sebelah kiri. LASSO® tidak boleh digunakan dalam bilik jantung.

**PERINGATAN**
- Prosedur kateterisasi jantung menimbulkan kemungkinan paparan sinar-X yang besar, yang bisa mengakibatkan luka parah akibat radiasi selain peningkatan risiko efek somatis dan genetik atas pasien maupun staf laboratorium akibat intensitas sorotan sinar-X dan durasi pencitraan fluoroskopi.

- Kateterisasi jantung harus dilakukan hanya setelah mempertimbangkan kemungkinan paparan radiasi yang berkaitan dengan prosedur ini, dan setelah mengambil langkah-langkah untuk memperkecil paparannya.

- Karena itu pertimbangkan dengan hati-hati bila hendak menggunakan alat ini untuk wanita hamil.

- Jangan merendam pegangan proksimal atau konektor kabel dalam cairan karena bisa mempengaruhi kinerja listriknya.

- Jangan mengekspos kateter pada pelarut organik seperti alkohol.

- Jangan Gunakan Autoklaf pada kateter ini.

- Jangan memasukkan ujung Kateter LASSO® dalam posisi terlipat ke dalam selubung pemandu.

- Sebaiknya Kateter Pemetaan Melingkar yang Dapat Dilengkungkan LASSO® ini digunakan bersama Selubung Pemandu Terjalin PREFACE® produksi Biosense Webster .

   Catatan: Jangan gunakan Kateter Pemetaan Melingkar yang Dapat Dilengkungkan LASSO® bersama poros transseptal yang memiliki lubang diameter lebih dari 1,25 mm.

**TINDAKAN PENCEGAHAN**
- Simpan di tempat yang sejuk, kering, dan gelap.

- Jangan mencoba mengoperasikan Kateter Pemetaan Melingkar yang Dapat Dilengkungkan LASSO® Biosense Webster bila belum membaca dan memahami seluruh Instruksi Penggunaan ini.

- Prosedur kateterisasi jantung harus dilakukan oleh personil yang telah terlatih sebagaimana mestinya di laboratorium elektrofisiologi yang lengkap.

- Manipulasi kateter yang cermat harus dilakukan untuk mencegah kerusakan, lubang atau tamponade pada jantung. Mendorong kateter ke depan dan menempatkan kateter harus dilakukan dengan tuntunan fluoroskopi melalui selubung pemandu. Jangan menggunakan kekuatan yang berlebihan untuk mendorong atau menarik kateter melalui selubung pemandu bila mengalami hambatan. Selain itu, lebih berhati-hatilah saat memasukkan, mengeluarkan dari tubuh dan memanipulasi selubung pemandu.

- Kemasan yang steril dan kateter harus diperiksa sebelum digunakan.

- Kateter Pemetaan Melingkar LASSO® Biosense Webster hanya digunakan untuk satu pasien.

- Jangan disterilkan ulang atau dipakai ulang.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

Release Date: 11/1/2019

M-5276-207M

CONFIDENTIAL

BWI-INN00016825

- Alat ini dikemas dan disterilkan untuk sekali pakai. Jangan menggunakan ulang, memproses ulang, atau mensterilkan ulang. Penggunaan ulang, pemrosesan ulang, atau sterilisasi ulang bisa membahayakan integritas struktur alat ini dan/atau menyebabkan kegagalan alat ini yang pada gilirannya mengakibatkan cedera, penyakit, atau kematian pada pasien. Selain itu, pemrosesan ulang atau sterilisasi ulang pada alat sekali pakai bisa menimbulkan risiko kontaminasi dan/atau mengakibatkan infeksi atau infeksi silang pada pasien, termasuk namun tidak terbatas pada penyebaran penyakit menular dari pasien satu ke pasien lain. Kontaminasi pada alat ini bisa mengakibatkan cedera, penyakit, atau kematian pada pasien.

- Selalu tarik tombol jempol kateter ke belakang sebelum memasukkan atau mengeluarkannya untuk memastikan bahwa ujung kateternya telah kembali ke bentuk semula.

- Untuk memasang kateter LASSO®, putarlah gagangnya searah jarum jam saja.

**TANGGAL "GUNAKAN SEBELUM"**
- Kateter ini telah disterilkan dengan gas etilen oksida.

- Jangan digunakan jika kemasannya terbuka atau rusak.

- Gunakan alat ini sebelum tanggal yang tertera pada label kemasan.

**PEMBUANGAN**
Daur ulang komponennya atau buanglah produk beserta unsur sisanya atau sampahnya sesuai dengan undang-undang dan peraturan setempat.

**INSTRUKSI PENGGUNAAN YANG DISARANKAN**
- Keluarkan kateter dari kemasannya dan taruhlah di area kerja yang steril.

- Ikutilah praktek standar untuk menusuk pembuluh, penyisipan kawat pemandu, penggunaan selubung pemandu dan pengeluaran cairan dari tubuh menurut Petunjuk Penggunaan.

- Hubungkan konektor antarmukanya ke alat pencatat yang sesuai.

- Pastikan bahwa tombol jempolnya telah ditarik ke belakang sebelum memasukkan kateter. Doronglah kateter lebih mendalam melalui poros pemandu ke area endokardium yang diperiksa. Gunakan fluoroskopi dan elektrogram untuk membantu menentukan posisi yang tepat. Sesuaikan jari-jari kelengkungannya bila perlu, dengan memanipulasi tombol jempol. Mendorong tombol jempol ke depan akan membengkokkan (melengkung) ujung kateter; sedangkan menarik tombolnya ke belakang akan meluruskan ujungnya.

- Untuk memasang kateter LASSO®, (atau memutar) selubungnya searah jarum jam saja.

- Sebelum mengeluarkan kateter, pastikan bahwa tombol jempolnya sudah ditarik ke belakang sepenuhnya. Keluarkan kateternya melalui selubung pemandu dan buanglah dengan sebagaimana mestinya. Keluarkan selubung pemandu, pelebar pembuluh darah, dan kawat pemandu sebagai satu unit sesuai dengan Instruksi Penggunaan. Jangan disterilkan ulang atau dipakai ulang.

- Jika Anda memiliki pertanyaan mengenai penggunaan atau kinerja produk ini, harap hubungi distributor setempat atau produsen.

**REAKSI YANG MERUGIKAN**
Sejumlah efek samping yang serius telah didokumentasikan mengenai prosedur kateterisasi jantung, antara lain emboli paru, serangan jantung, stroke, tamponade jantung, dan kematian.

Juga telah dilaporkan dalam literatur mengenai komplikasi berikut ini akibat kateterisasi jantung: pendarahan pada pembuluh, hematoma lokal, trombosis, fistula AV, pseudoaneurysm, tromboemboli, reaksi vasovagal, perforasi jantung, emboli udara, aritmia, kerusakan katup, pneumotoraks dan hemothoraks.

**DISCLAIMER GARANSI DAN BATAS KEWAJIBAN**

**TIDAK ADA GARANSI SECARA TERSURAT MAUPUN TERSIRAT, TERMASUK NAMUN TIDAK TERBATAS PADA SEGALA GARANSI ATAS KONDISI YANG DAPAT DIPERDAGANGKAN DAN KESERASIAN UNTUK TUJUAN TERTENTU BERKAITAN DENGAN PENGGUNAAN PRODUK-PRODUK YANG DIURAIKAN DI SINI. BIOSENSE WEBSTER, INC., MAUPUN SEMUA PERUSAHAAN AFILIASINYA SAMA SEKALI TIDAK AKAN BERTANGGUNG JAWAB ATAS SEGALA KERUGIAN YANG BERSIFAT KHUSUS, LANGSUNG, TIDAK SENGAJA, MERUPAKAN AKIBAT, MAUPUN KERUGIAN LAIN YANG TIDAK DINYATAKAN SECARA TERSURAT OLEH HUKUM YANG BERLAKU.**

**TANPA MEMBATASI YANG TERDAHULU, BIOSENSE WEBSTER, INC. ATAU SEMUA PERUSAHAAN AFILIASINYA TIDAK AKAN BERTANGGUNG JAWAB ATAS SEGALA KERUGIAN YANG BERSIFAT KHUSUS, LANGSUNG, TIDAK SENGAJA, MERUPAKAN AKIBAT, MAUPUN KERUGIAN LAIN, YANG TERJADI AKIBAT PEMAKAIAN ULANG PRODUK APAPUN YANG BERTANDA SEKALI PAKAI ATAU DI MANA PEMAKAIAN ULANG DILARANG OLEH HUKUM YANG BERLAKU.**

Deskripsi dan spesifikasi yang terdapat pada barang cetakan Biosense Webster, Inc., termasuk publikasi ini, hanya bersifat informasi dan hanya bertujuan untuk menguraikan produk tersebut secara umum pada saat diproduksi dan sama sekali tidak dibuat atau diberikan sebagai garansi dari produk yang diuraikan.

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          **Release Date:** 11/1/2019

CONFIDENTIAL                                                                                                                    BWI-INN00016826

Hrvatski

## Savitljivi cirkularni kateter za mapiranje LASSO®

- **STERILNO. Sterilizirano etilen oksidom.**
- **Samo za jednokratnu uporabu.**
- **Nemojte sterilizirati u autoklavu.**
- **Nemojte koristiti ako je pakiranje otvoreno ili oštećeno.**
- **OPREZ: Savezni zakon (SAD) ograničava prodaju ovog uređaja na liječnika ili prema njegovom nalogu.**

**OPIS KATETERA**

Savitljivi cirkularni kateter Biosense Webster LASSO® dizajniran je za elektrofiziološko mapiranje pretklijetke (atrija). Umeće se u desnu ili lijevu pretklijetku kroz uvodnicu 8 F, sličnu uvodnicama Biosense Webster 's PREFACE®. Ovaj savitljivi kateter sačinjava kružni hrbat od 3 F na distalnom vrhu, s platinastim elektrodama koje se mogu koristiti za stimuliranje i snimanje. Modeli su dostupni u različitim promjerima kružne bodlje. Pomicanjem ručice za regulaciju katetera prema naprijed vrh katetera se savija (zakrivljuje) ,kada se ručica povuče unazad, vrh katetera se izravnava.

**Kateter koristi sučelja standardne opreme za snimanje pomoću odgovarajućih kablova za sučelje i priključaka.**

**ZA ODGOVARAJUĆE KABELE SUČELJA KONZULTIRAJTE LOKALNOG DISTRIBUTERA ILI PROIZVOĐAČA.**

**INDIKACIJE**

Kateter je namijenjen elektrfiziološkom mapiranju kardioloških struktura s više elektroda, odnosno snimanju ili samo stimulaciji srca. Pomoću katetera Biosense Webster LASSO® dobivaju se elektrogrami područja srčane pretklijetke (atrija).

**KONTRAINDIKACIJE**

- Cirkularni kateter za mapiranje Biosense Webster LASSO® dokazao se kao sigurno i učinkovito pomagalo za radiofrekvencijsku (RF) ablaciju.

- Kateter može biti neprikladan za korištenje na bolesnicima s umjetnim zaliscima. Relativna kontraindikacija kod zahvata srčanim kateterom je aktivna sustavna infekcija.

- Transeptalni pristup kontraindiciran je kod bolesnika s trombom lijevog atrija ili miksomom lijevog atrija ili kirurški zatvorenim interatrijalnim defektom (pregrada ili zakrpa).

- Retrogradni pristup je kontraindiciran ,jer postoji rizik od zaplitanja katetera LASSO® u lijevu klijetku ili valvulu aparat. Korištenje katetera LASSO® nije preporučljivo u ventrikulama.

**UPOZORENJA**

- Postupci kateterizacije srca predstavljaju mogućnost znatnog izlaganja rtg-zračenju, što može dovesti do akutne radiacijske ozljede kao i do povećanog rizika pojave somatskih i genetskih učinaka kod bolesnika i laboratorijskog osoblja zbog intenziteta snopa rtg-zraka i trajanja fluoroskopskog snimanja.

- Kateterizaciju srca treba obavljati samo nakon pozornog razmatranja potencijalne izloženosti zračenju koja je povezana s postupkom i nakon poduzetih mjera za minimaliziranje ove izloženosti.

- Uporabu ovog katetera kod trudnica treba pažljivo razmotriti.

- Proksimalnu dršku ili priključak kabela nemojte uranjati u tekućine; ovo može utjecati na električnu učinkovitost uređaja.

- Kateter nemojte izlagati organskim otapalima kao što je alkohol.

- Kateter nemojte sterilizirati u autoklavu.

- Vrh katetera LASSO® nemojte u uvodnicu umetati presavinut.

- Uporaba savitljivog cirkularnog katetera za mapiranje LASSO® preporučuje se u kombinaciji s pletenom uvodnicom Biosense Webster PREFACE®.

- Napomena: savitljivi cirkularni kateter za mapiranje LASSO® nemojte koristiti u kombinaciji s transseptalnom uvodnicom s bočnim rupicama čiji je promjer veći od 1,25 mm.

**MJERE OPREZA**

- Čuvati na hladnom, suhom i tamnom mjestu.

- Cirkularni kateter za mapiranje Biosense Webster LASSO® nemojte pokušavati koristiti prije nego temeljito proučite i upoznate se s uputama za uporabu.

- Postupke srčane kateterizacije smiju obavljati samo odgovarajuće osposobljeni liječnici u potpuno opremljenom elektrofiziološkom laboratoriju.

- Nužno je oprezno rukovanje kateterom kako bi se izbjeglo oštećenje srca, perforacija ili tamponada. Pomicanje katetera prema naprijed i postavljanje treba obavljati pod fluoroskopskim navođenjem kroz uvodnicu. Kada naiđete na otpor nemojte koristiti prekomjernu silu za pomicanje katetera naprijed ili njegovo izvlačenje kroz uvodnicu. Osim toga, potrebna je posebna obazrivost tijekom umetanja, aspiriranja i rukovanja uvodnicom.

- Prije uporabe pregledajte sterilno pakiranje i kateter.

- Cirkularni kateter za mapiranje LASSO® namijenjen je za korištenje na samo jednom pacijentu.

- Nemojte ponovno sterilizirati ni ponovno koristiti.

- Ovaj uređaj je pakiran i steriliziran samo za jednokratnu uporabu. Nemojte ga ponovno koristiti, prerađivati ni ponovno sterilizirati. Ponovna uporaba, prerada ili ponovna sterilizacija mogu ugroziti strukturnu cjelovitost uređaja i/ili dovesti do kvara uređaja koji pak može rezultirati ozljedom, bolešću ili smrću bolesnika. Također, prerada ili ponovna sterilizacija uređaja za jednokratnu uporabu može izazvati rizik od kontaminacije i/ili prouzročiti infekciju bolesnika ili kružnu infekciju, uključujući, ali ne ograničavajući se na prijenos zarazne(ih) bolesti s jednog bolesnika na drugog. Kontaminacija uređaja može dovesti do ozljede, bolesti ili smrti bolesnika.

M-5276-207M

**WARNING:** This is a controlled proprietary and confidential document. Verify revision is current prior to use.
**AVISO:** Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    **Release Date:** 11/1/2019

CONFIDENTIAL    BWI-INN00016827

- Prije uvođenja ili izvlačenja katetera pomičnu ručicu uvijek povucite unazad, kako biste osigurali da vrh katetera zauzme svoj izvorni položaj.

- Za postavljanje katetera LASSO®, zakrenite (ili okrećite) os samo u smjeru kazaljke na sata.

**DATUM „UPOTRIJEBITI DO"**
- Ovaj kateter je steriliziran etilen oksidom.

- Nemojte koristiti ako je pakiranje otvoreno ili oštećeno.

- Upotrijebite uređaj prije datuma „Upotrijebiti do" naznačenog na naljepnici pakiranja.

**ODLAGANJE U OTPAD**
Reciklirajte dijelove ili odložite u otpad proizvod i njegove ostatne elemente ili otpadne dijelove u skladu s lokalnim zakonima i propisima.

**PREPORUČENE UPUTE ZA UPORABU**
- Izvadite kateter iz ambalaže i postavite ga u sterilno radno područje.

- Slijedite standardnu praksu za probod krvne žile, umetanje žice vodilice i uvodnice te aspiraciju prema uputama za uporabu.

- Priključite priključke sučelja na odgovarajuću opremu za snimanje.

- Provjerite je li prije uvođenja pomična ručica potpuno povučena unazad. Kateter umetnite kroz uvodnicu do područja endokarda koje se ispituje. Za ispravno pozicioniranje pomognite si fluoroskopijom i elektrogramima. Prema potrebi prilagodite polumjer zakrivljenosti podešavanjem pomične ručice. Pomicanjem pomične ručice prema naprijed savija (zakrivljuje) se vrh katetera. Kada se ručica povuče unazad, vrh katetera se izravnava.

- Za postavljanje katetera LASSO®, zakrenite (ili okrećite) os samo u smjeru kazaljke na sata.

- Prije vađenja katetera provjerite je li ručica za regulaciju potpuno povučena unazad. Izvadite kateter kroz uvodnicu i zbrinite ga na odgovarajući način. Zajedno uklonite uvodnicu, dilatator krvne žile i žicu vodilicu prema uputama za uporabu. Nemojte ponovno sterilizirati ni ponovno koristiti.

- Za bilo kakva pitanja koja se odnose na uporabu ili učinkovitost ovog proizvoda, obratite se lokalnom distributeru ili proizvođaču.

**NUSPOJAVE**
Dokumentiran je niz ozbiljnih nuspojava kod postupaka kateterizacije srca, uključujući plućnu emboliju, infarkt miokarda, moždani udar, tamponadu srca i smrt.

Sljedeće komplikacije u vezi s kateterizacijom srca također su zabilježene u literaturi: vaskularno krvarenje, lokalni hematomi, tromboza, AV fistula, pseudoaneurizma, tromboembolija, vazovagalne reakcije, perforacija srca, zračna embolija, aritmije, oštećenje srčanih zalisaka, pneumotoraks i hemotoraks.

**ODRICANJE OD JAMSTVA I OGRANIČENJE ODGOVORNOSTI**

**NE POSTOJI JAMSTVO, EKSPLICITNO ILI IMPLICITNO, UKLJUČUJUĆI BEZ OGRANIČENJA BILO KOJE IMPLICITNO JAMSTVO UTRŽIVOSTI ILI PRIKLADNOSTI ZA ODREĐENU SVRHU U SVEZI S PROIZVODOM/PROIZVODIMA KOJI SU OVDJE OPISANI. BIOSENSE WEBSTER, INC. ILI NJEZINE PRIDRUŽENE TVRTKE NI POD KOJIM UVJETIMA NE MOGU BITI ODGOVORNE NI ZA KAKVU POSEBNU, IZRAVNU, SLUČAJNU, POSLJEDIČNU ILI NEKU DRUGU ŠTETU OSIM AKO TO NIJE IZRIČITO PROPISANO POSEBNIM ZAKONOM.**

**BEZ OGRANIČENJA GORE NAVEDENOGA, TVRTKA BIOSENSE WEBSTER, INC. ILI NJEZINE PODRUŽNICE NEĆE BITI ODGOVORNE NI ZA KAKVU POSEBNU, IZRAVNU, SLUČAJNU, POSLJEDIČNU ILI NEKU DRUGU ŠTETU NASTALU USLIJED PONOVNE UPORABE BILO KOJEG/KOJIH PROIZVODA OZNAČENOG/OZNAČENIH ZA JEDNOKRATNU UPORABU ILI GDJE JE PONOVNA UPORABA ZABRANJENA PRIMJENJIVIM ZAKONOM.**

Opisi i specifikacije koje se pojavljuju u tiskanim materijalima tvrtke Biosense Webster, Inc. uključujući i ovu publikaciju, informativnog su karaktera i isključivo su namijenjeni općem opisu proizvoda u trenutku njegove proizvodnje te ne pružaju niti na bilo koji način služe kao jamstvo za odnosni proizvod.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.    Release Date: 11/1/2019

CONFIDENTIAL    BWI-INN00016828

Српски

# LASSO® савитљиви циркуларни катетер за мапирање

- **СТЕРИЛНО. Стерилисано етилен-оксидом.**
- **Само за једну употребу.**
- **Не стерилишите у аутоклаву.**
- **Не користити ако је паковање отворено или оштећено.**
- **ОПРЕЗ: Савезни закон (САД) ограничава продају овог уређаја на продају од стране или по налогу лекара.**

## ОПИС КАТЕТЕРА

Biosense Webster LASSO® савитљиви циркуларни катетер за мапирање намењен је да олакша електрофизиолошко мапирање преткоморе срца. Поставља се у десној или левој преткомори кроз уводник од 8 F, слично Biosense Webster -овим PREFACE® уводницима. Овај савитљиви катетер се састоји од кружне осовине од 3 F на свом дисталном врху, са електродама од платине које се могу употребити за стимулацију и снимање. Доступни су модели са разним пречницима кружне осовине. Ако се дугме за палац гурне унапред, врх се савија; када се дугме повуче уназад, врх катетера се исправља.

**Катетер је повезан са стандардном опремом за снимање преко интерфејс каблова са одговарајућим прикључцима.**

**ПОСАВЕТУЈТЕ СЕ СА ЛОКАЛНИМ ДИСТРИБУТЕРОМ ИЛИ ПРОИЗВОЂАЧЕМ О ОДГОВАРАЈУЋИМ КАБЛОВИМА ЗА ПОВЕЗИВАЊЕ.**

## ИНДИКАЦИЈЕ

Катетер је намењен за електрофизиолошко мапирање структуре срца са више електрода, тј само за снимање или стимулацију. Biosense Webster LASSO® савитљиви циркуларни катетер за мапирање намењен је за добијање електрограма у региону преткоморе срца.

## КОНТРАИНДИКАЦИЈЕ

- Није доказано да је Biosense Webster LASSO® циркуларни катетер за мапирање безбедан и делотворан за аблацију радио фреквенције (РФ).

- Употреба катетера можда неће бити погодна за употребу код пацијената са вештачким залисцима. Релативна контраиндикација за поступке катетеризације срца је активна септикемија.

- Транссептални приступ је контраиндикован код пацијената са тромбом или миксомом леве преткоморе, или са интератријалном преградом или закрпом.

- Ретроградни приступ је контраиндикован због ризика да се LASSO® зароби у левој срчаној комори или валвуларном апарату. LASSO® се не препоручује за употребу у срчаним коморама.

## УПОЗОРЕЊА

- Поступци катетеризације срца иоле могућност озбиљног озбиљног излагања рендгенском зрачењу, што може да доведе до акутне повреде зрачењем, као и до повећаног ризика од соматских и генетских ефеката и код пацијента и код лабораторијског особља услед интензитета рендгенског снопа и трајања флуороскопског снимања.

- Катетеризација срца би требало да се изводи тек након што се посвети посебна пажња потенцијалном излагању зрачењу у вези са поступком и након што се предузму мере да се излагање сведе на минимум.

- Са посебном пажњом мора да се размотри употреба овог катетера код трудница.

- Не потапајте ручку на проксималном крају или прикључак на каблу у течности јер то може утицати на електричне перформансе.

- Не излажите катетер органским растварачима као што је алкохол.

- Не стерилишите катетер у аутоклаву.

- Не уносите савијен врх LASSO® катетера у уводник.

- LASSO® савитљиви циркуларни катетер за мапирање се препоручује за употребу са плетеним уводником Biosense Webster PREFACE®.

  Напомена: Не користите LASSO® савитљиви циркуларни катетер за мапирање заједно са транссепталним уводницима који садрже бочне отворе са пречником већим од 1,25 мм.

## МЕРЕ ОПРЕЗА

- Чувајте на тамно, суво и хладно место.

- Не покушавајте да рукујете Biosense Webster LASSO® циркуларним катетером за мапирање пре него што до краја прочитате и разумете ова Упутства за употребу.

- Поступке катетеризације срца би требало да изводи адекватно обучено особље у комплетно опремљеној електрофизиолошкој лабораторији.

- Катетером се мора манипулисати пажљиво да би се избегло оштећење срца, перфорација или тампонада. Увођење и поставка катетера би требало да се ради уз флуороскопско вођење кроз уводник. Не примењујте прекомерну силу када уводите или извлачите катетер кроз уводник када наиђете на отпор. Поред тога, потребно је бити посебно обазрив када уносите, аспирирате и рукујете уводником.

- Пре употребе треба проверити стерилно паковање и катетер.

- Biosense Webster LASSO® циркуларни катетер за мапирање намењен је искључиво за употребу на једном пацијенту.

- Не стерилишите и не користите поново.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.

M-5276-207M

Release Date: 11/1/2019

- Овај уређај се пакује и стерилише само за једнократну употребу. Немојте га поново користити, обрађивати или стерилисати. Поновна употреба, обрада или стерилизација могу да наруше структуру целовитост уређаја и/или доведу до квара уређаја, што опет може имати за последицу повређивање, болест или смрт пацијента. Такође, поновна обрада или стерилизација уређаја за једнократну употребу може да створи ризик од контаминације и/или да изазове инфекцију или унакрсну инфекцију код пацијента, укључујући, али не и ограничено на, пренос инфективне болести са једног пацијента на другог. Контаминација уређаја може да доведе до повређивања, болести или смрти пацијента.

- Увек повуците дугме за палац катетера уназад пре његовог уноса или извлачења како бисте осигурали да врх катетера добије свој оригинални облик.

- Да поставите LASSO® катетер, обрните (или ротирајте) осовину само на десну страну.

**ДАТУМ „УПОТРЕБЉИВО ДО"**
- Овај катетер је стерилисан гасом етилен-оксид.

- Не користити ако је паковање отворено или оштећено.

- Уређај употребите пре датума наведеног под „Употребљиво до" на налепници на паковању.

**ОДЛАГАЊЕ**
Рециклирајте компоненте или одложите производ и његове преостале елементе или отпадне делове у складу са локалним законима и прописима.

**ПРЕПОРУЧЕНО УПУТСТВО ЗА УПОТРЕБУ**
- Извадите катетер из паковања и ставите га на стерилну радну површину.

- Пратите стандардну праксу за пунктуру крвног суда, унос жице вођице и употребу уводника као и аспирацију према Упутству за употребу.

- Повежите интерфејс конекторе са одговарајућом опремом за снимање.

- Потврдите да је дугме за палац у потпуности повучено уназад пре уноса. Уведите катетер кроз уводник до дела ендокарда који се испитује. Употребите и флуороскопију и електрограме да бисте олакшали позиционирање. Подесите радијус криве према потреби тако што ћете управљати дугметом за палац. Ако се дугме за палац гурне унапред, врх катетера се савија (криви); када се дугме повуче уназад, врх се исправља.

- Да поставите LASSO® катетер, обрните (или ротирајте) осовину само на десну страну (у смеру казаљке на сату).

- Пре уклањања катетера, потврдите да је дугме за палац у потпуности повучено уназад. Извадите катетер кроз уводник и одложите га на исправан начин. Извадите уводник, дилататор крвног суда и жицу вођицу као целину према Упутству за употребу. Не стерилишите и не користите поново.

- Ако имате било каквих питања у вези са употребом или перформансама овог производа, консултујте се са локалним дистрибутером или произвођачем.

**НЕЖЕЉЕНЕ РЕАКЦИЈЕ**
Документован је низ озбиљних нежељених реакција на поступке катетеризације срца, укључујући плућну емболију, инфаркт миокарда, мождани удар, тампонаду срца и смрт.

У литератури су такође забележене следеће компликације које су повезане са катетеризацијом срца: васкуларно крварење, локални хематоми, тромбоза, фистула АВ-а, поседоанеуризам, тромбоемболија, вазовагалне реакције, перфорација срца, ваздушна емболија, аритмије, валвуларно оштећење, пнеумоторакс и хеморторакс.

**ОДРИЦАЊЕ ГАРАНЦИЈЕ И ОГРАНИЧЕЊЕ ОДГОВОРНОСТИ**

**НЕМА ИЗРИЧИТЕ ИЛИ ИМПЛИЦИРАНЕ ГАРАНЦИЈЕ, УКЉУЧУЈУЋИ БЕЗ ОГРАНИЧЕЊА СВАКУ ИМПЛИЦИРАНУ ГАРАНЦИЈУ ПОДЕСНОСТИ ЗА ТРГОВИНУ ИЛИ ПОГОДНОСТИ ЗА ОДРЕЂЕНУ НАМЕНУ, ЗА ПРОИЗВОД(Е) ОПИСАНЕ У ОВОМ ТЕКСТУ. НИ ПОД КОЈИМ ОКОЛНОСТИМА КОМПАНИЈА BIOSENSE WEBSTER, INC. ИЛИ ЊЕНЕ ПОВЕЗАНЕ КОМПАНИЈЕ НЕЋЕ БИТИ ОДГОВОРНА ЗА БИЛО КОЈЕ СПЕЦИЈАЛНЕ, ДИРЕКТНЕ, СЛУЧАЈНЕ, ПОСЛЕДИШТЕ ИЛИ ДРУГЕ ШТЕТЕ, ОСИМ ОНИХ КОЈЕ СУ ИЗРИЧИТО ОДРЕЂЕНЕ ВАЖЕЋИМ ЗАКОНОМ.**

**БЕЗ ОГРАНИЧАВАЊА НАВЕДЕНОГ, BIOSENSE WEBSTER, INC. ИЛИ ЊЕНЕ ПАРТНЕРСКЕ КОМПАНИЈЕ НЕЋЕ БИТИ ОДГОВОРНЕ ЗА БИЛО КАКВУ ПОСЕБНУ, ДИРЕКТНУ, СЛУЧАЈНУ ИЛИ ПОСЛЕДИЧНУ ИЛИ БИЛО КАКВУ ДРУГУ ШТЕТУ НАСТАЛУ УСЛЕД ПОНОВНЕ УПОТРЕБЕ БИЛО КОГ/КОЈИХ ПРОИЗВОДА СА ОЗНАКОМ ЗА ЈЕДНОКРАТНУ УПОТРЕБУ ИЛИ УКОЛИКО ПОНОВНУ УПОТРЕБУ ЗАБРАЊУЈЕ ВАЖЕЋИ ЗАКОН.**

Описи и спецификације који се налазе у штампаном материјалу компаније Biosense Webster, Inc., укључујући и ову публикацију, намењени су искључиво за информативне сврхе и само за општи опис производа у тренутку производње и не пружају се као гаранција за прописани производ ни на који начин.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.                    Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016830

Македонски јазик

## LASSO® свиткувачки катетер за кружно мапирање

- **СТЕРИЛНО. Стерилизирано со користење на етилен оксид.**
- **Само за еднократна употреба.**
- **Да не се стерилизира во автоклав.**
- **Да не се користи ако амбалажата е отворена или оштетена.**
- **ВНИМАНИЕ: Федералното право на САД ја ограничува продажбата на овој уред; само на лекар или по нарачка на лекар.**

### ОПИС НА КАТЕТЕРОТ

LASSO® свиткувачки катетер за кружно мапирање на Biosense Webster е дизајниран да да го олесни електрофизиолошкото мапирање на преткоморите на срцето. Се распоредува во десната или лева преткомора преку 8 F насочувачка навлака, сличено на насочувачите навлаки PREFACE® на Biosense Webster . Овој свиткувачки катетер се состои од кружна игла од 3 F на дисталниот врв со електроди од платина што може да се користат за стимулација и снимање. Достапни се модели со различни дијаметри на кружна игла. Кога копчето на катетерот ќе се притисне напапред, врвот се свиткува; кога копчето ќе се повлече наназад, врвот на катетерот се исправува.

**Катетерот се поврзува со стандардната опрема за снимање преку кабли за поврзување со соодветните поврзувачи.**

КОНТАКТИРАЈТЕ ГО ЛОКАЛНИОТ ДИСТРИБУТЕР ИЛИ ПРОИЗВОДИТЕЛОТ ЗА СООДВЕТНИТЕ КАБЛИ ЗА ПОВРЗУВАЊЕ.

### ИНДИКАЦИИ

Катетерот е наменет за повеќе-електродно електрофизиолошко мапирање на срцеви структури, т.е., само за стимулација и снимање. LASSO® свиткувачки катетер за кружно мапирање на Biosense Webster е дизајниран за добивање електрограми во преткоморниот дел на срцето.

### КОНТРАИНДИКАЦИИ

- LASSO® катетерот за кружно мапирање на Biosense Webster се нема покажано како сигурен и ефикасен за аблација со радиофреквенција (РФ).

- Употребата на катетерот на може да не соодветствува за користење кај пациенти со протетски валвули. Релативна контраиндикација за постапките со срцеви катетери е активната системска инфекција.

- Трансепталниот пристап има контраиндикации кај пациенти со тромб или миксом во левата преткомора или интератријална преграда или лепенка.

- Ретроградниот пристап е контраиндициран поради ризик од заробување на LASSO® во левата комора и валвуларниот апарат. LASSO® не се препорачува за употреба во коморите.

### ПРЕДУПРЕДУВАЊА

- Постапките за срцева катетеризација претставуваат можност за значително изложување на зрачење со рентгенски зраци, што може да доведе до повреда од акутно зрачење, како и зголемен ризик од соматски и генетски влијанија, како врз пациентите, така и врз лабораторискиот персонал, а како резултат на интензитетот на снопот од рентгенски зраци и времетраењето на флуороскопското снимање.

- Срцевата катетеризација треба да се изведува откако ќе се обрне внимание на можната изложеност на зрачење поврзано со постапката и ќе се преземат чекори за намалување на изложеноста.

- Мора внимателно да се размисли пред употребата на овој катетер кај бремени жени.

- Не го натопувајте проксималниот рачен дел или поврзувачот на кабли во течности; тоа може да доведе до електричен спој.

- Не го изложувајте катетерот на органски растворувачи, како алкохол.

- Не го ставајте катетерот во автоклав.

- Немојте да го внесувате врвот на катетерот LASSO® свиткан во насочувачката навлака

- LASSO® свиткувачки катетер за кружно мапирање се препорачува за употреба со PREFACE® обложена насочувачка навлака на Biosense Webster .

Забелешка: Немојте да го употребувате LASSO® свиткувачки катетер за кружно мапирање заедно со трансепталните навлаки со странични отвори поголеми од 1,25 мм во дијаметар.

### МЕРКИ НА ПРЕТПАЗЛИВОСТ

- Чувајте на ладном, сувом, мрачном месту.

- Немојте да се обидувате да ракувате со LASSO® катетерот за кружно мапирање на Biosense Webster пред целосно да го прочитате и разберете ова Упатство за употреба.

- Постапките за срцева катетеризација треба да се изведуваат од соодветно обучени лица во целосно опремена електрофизиолошка лабораторија.

- Потребно е внимателно да се управува за да се избегне срцево оштетување, перфорација или тампонажа. Движењето и поставувањето на катетерот треба да да се изведуваат со флуороскопско водење преку насочувачка навлака. Не употребувајте прекумерна сила за движење или повлекување на катетерот преку насочувачка навлака доколку наидете на отпор. Дополнително, бидете со обезбеди посебна грижа при внесување, извлекување или ракување со насочувачката навлака.

- Стерилното пакување и катетерот треба да бидат проверени пред употребата.

- LASSO® катетерот за кружно мапирање на Biosense Webster е наменет за еднократно користење за еден пациент.

- Немојте повторно да стерилизирате или употребувате.

**WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.**
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revisión mas actualizada.

M-5276-207M

Release Date: 11/1/2019

CONFIDENTIAL

BWI-INN00016831

- Овој уред е спакуван и стерилизиран за еднократна употреба. Не употребувајте, преработувајте или стерилизирајте повторно. Повторната употреба, обработка или стерилизирање може да го изложат на ризик структурниот идентитет на уредот и/или да доведат до негово расипување, што, за возврат, може да предизвика повреда, болест или смрт кај пациентот. Исто така, преработката или повторната стерилизација на уредите за еднократна употреба може да создадат ризик од заразеност и/или да предизвикаат инфекција кај пациентот или вкрстена инфекција, вклучувајќи, но не ограничувајќи се на пренесување заразни болести од еден пациент на друг. Заразеноста на уредот може да доведе до повреда, болест или смрт кај пациентот.

- Пред вметнување или извлекување на катетерот, секогаш повлекувајте го копчето наназад за да бидете сигурни дека вртот на катетерот се вратил во својот изворен облик.

- За поставување на LASSO® катетерот, завртете (или ротирајте) ја оската во правец на движење на часовникот.

**РОК НА УПОТРЕБА**
- Овој катетер е стерилизиран со гас етилен оксид.

- Да не се користи ако амбалажата е отворена или оштетена.

- Употребете го уредот пред рокот за употреба на етикетата на пакувањето.

**ФРЛАЊЕ**
Рециклирајте ги составните делови или фрлете ги производот и останатите елементи или отпадоци според локалните закони и регулативи.

**ПРЕПОРАЧАНО УПАТСТВО ЗА УПОТРЕБА**
- Извадете го катетерот од пакувањето и ставете го на стерилна работна површина.

- Следете ја стандардната практика за пункција на крвните садови, вметнување на жицата-водилка и употреба на насочувачката навлака и аспирација според Упатството за употреба.

- Поврзете ги приклучоците за поврзување со соодветната опрема за снимање.

- Проверете дали копчето е до крај повлечено назад пред вметнувањето. Движете го катетерот низ насочувачката навлака кон областа на ендокардиумот што се испитува. Употребувајте флуороскопија и електрограми за помош при правилно поставување. Приспособете го радиусот на закриеноста според потребата, ракувајќи со копчето. Кога копчето ќе се притисне нанапред, вртот на катетерот се накривува (свиткува); кога копчето се повлекува наназад, вртот е исправив.

- За поставување на LASSO® катетерот, (или ротирајте) ја оската во правец на движење на часовникот.

- Пред отстранување на катетерот, проверете дали копчето е повлечено назад до крај. Извадете го катетерот преку насочувачката навлака и фрлете го на соодветен начин. Извадете ја насочувачката навлака, дилататорот за крвни садови и жицата-водилка според Упатството за употреба. Немојте повторно да ги стерилизирате и да ги употребувате.

- Ако имате прашања во однос на употребата или карактеристиките на овој производ, контактирајте со локалниот дистрибутер или производителот.

**НЕСАКАНИ РЕАКЦИИ**
Забележани се неколку сериозни несакани реакции во постапките на срцева катетеризација, вклучувајќи белодробна емболија, миокарден инфаркт, мозочен удар, срцева тампонажа и смрт.

Следните компликации поврзани со срцева катетеризација се забележани во литературата: васкуларно крварење, локални хематоми, тромбоза, AV фистула, псевдоаневризам, тромбоемболија, вазовагални реакции, срцева перфорација, воздушна емболија, аритмија, валвуларно оштетување, пневмоторакс и хемоторакс.

**ОДРЕКУВАЊЕ ОД ОДГОВОРНОСТ ВО ОДНОС НА ГАРАНЦИЈАТА И ОГРАНИЧУВАЊЕ НА ОДГОВОРНОСТА**

НЕ ПОСТОИ ЈАСНА ИЛИ ПРЕТПОСТАВЕНА ГАРАНЦИЈА, ВКЛУЧУВАЈЌИ ЈА, БЕЗ ОГРАНИЧУВАЊЕ, СЕКОЈА ПРЕТПОСТАВЕНА ГАРАНЦИЈА ЗА ПАЗАРНА КОНКУРЕНТНОСТ ИЛИ СООДВЕТНОСТ ЗА КОНКРЕТНА НАМЕНА НА ПРОИЗВОДОТ(Е) ОПИШАН(И) ОВДЕ. ПОД НИКАКВИ ОКОЛНОСТИ BIOSENSE WEBSTER, INC. ИЛИ НЕЗИНИТЕ ФИЛИЈАЛИ, НЕМА ДА СНОСАТ ОДГОВОРНОСТ ЗА КАКВИ БИЛО ПОСЕБНИ, ДИРЕКТНИ, СЛУЧАЈНИ, ПОСЛЕДИЧНИ ИЛИ ДРУГИ ШТЕТИ ОСВЕН АКО НЕ Е ИЗРЕЧНО ПРЕДВИДЕНО СО СООДВЕТНИОТ ЗАКОН.

БЕЗ ОГРАНИЧУВАЊЕ НА ГОРЕНАВЕДЕНОТО, BIOSENSE WEBSTER, INC. ИЛИ НЕЗИНИТЕ ФИЛИЈАЛИ, НЕМА ДА СНОСИ ОДГОВОРНОСТ ЗА КАКВИ БИЛО ПОСЕБНИ, ДИРЕКТНИ, СЛУЧАЈНИ, ПОСЛЕДИЧНИ ИЛИ ДРУГИ ШТЕТИ, КОИ ПРОИЗЛЕГУВААТ ОД ПОВТОРНАТА УПОТРЕБА НА КОЈ(И) БИЛО ПРОИЗВОД(И) КОЈ(И) Е (СЕ) ОЗНАЧЕН(И) ЗА ЕДНОКРАТНА УПОТРЕБА ИЛИ КАДЕ ШТО ПОВТОРНАТА УПОТРЕБА Е ЗАБРАНЕТА СО ВАЖЕЧКИ ЗАКОН.

Описите и спецификациите кои се појавуваат во печатениот материјал на Biosense Webster, Inc., вклучувајќи ја и оваа публикација, се само информативни и наменети само општо да се опише производ(ите) во времето на неговото производство и не се направени или дадени како гаранција за пропишаниот производ(и) на кој било начин.

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.                    Release Date: 11/1/2019

CONFIDENTIAL                                                                                                                                      BWI-INN00016832





**Biosense Webster, Inc.**
33 Technology Drive
Irvine, California 92618 USA
Tel: +1-909-839-8500
Tel: +1-800-729-9010
Fax: +1-909-468-2905
www.biosensewebster.com



**Biosense Webster**
A Division of Johnson & Johnson Medical NV/SA
Leonardo da Vincilaan 15
1831 Diegem, Belgium
Tel: +32-2-7463-401
Fax: +32-2-7463-403

BIOSENSE WEBSTER, the Biosense Webster logo, LASSO, and PREFACE are trademarks of Biosense Webster, Inc.

The third-party trademarks used herein are trademarks of their respective owners.

Patent information is available at www.biosensewebster.com/virtualpatentmarking

Rev: 2019-09

M-5276-207M                          © Biosense Webster, Inc. 2005 - 2019                          Printed in USA

WARNING: This is a controlled proprietary and confidential document. Verify revision is current prior to use.
AVISO: Este es un documento controlado, confidencial, y con derechos reservados. Revisar si es la revision mas actualizada.          Release Date: 11/1/2019

CONFIDENTIAL                                                                                              BWI-INN00016833

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 31

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 32

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 33

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 34

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 35

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 36

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 37

# EXHIBIT 38

**This Document has been produced in Native Format**

CONFIDENTIAL

BWI-INN00078212

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 39

# EXHIBIT 40

**This Document has been produced in Native Format**

CONFIDENTIAL

BWI-INN00085089

# EXHIBIT 41

# This Document has been produced in Native Format

BWI-INN00089302

# EXHIBIT 42

# PRODUCT CATALOG **2018-2019**





Biosense Webster.

PART OF THE *Johnson&Johnson* FAMILY OF COMPANIES

CONFIDENTIAL

BWI-INN00089317

# PRODUCT CATALOG

2018 - 2019



CONFIDENTIAL

**General Information** Terms of Sale                                                                6-7

**CARTO® System Solutions**    **System and Software Modules**                                     9
                               CARTO® 3 System, Accessories, Reverse Cables and Patches            12
                               CARTO SMARTTOUCH™ Software Module                                    12
                               CARTOUNIVU™ Module                                                   12
                               CARTOSOUND® Module                                                   12
                               CONFIDENSE™ Module                                                   12
                               CARTOREPLAY™ Module                                                  12
                               PASO™ Module                                                         12
                               CARTO® CFAE Module                                                   12
                               CARTOMERGE® Module                                                   12
                               CARTO® 3 System Hardware                                             13

                               **Diagnostic Catheters**                                            15
                               PENTARAY® eco Catheters                                              16
                               ESOPHASTAR® Catheters                                                16
                               LASSO® eco Catheters                                                 17
                               LASSO® 2515 eco Variable Catheters                                   17
                               DECANAV® Catheters                                                   18
                               Uni-Directional and Bi-Directional Catheter Curve Types             20-21

                               **Therapeutic Catheters**                                           22
                               THERMOCOOL SMARTTOUCH® SF Uni- and Bi-Directional Catheters          23
                               THERMOCOOL SMARTTOUCH® CathetersJ16                                  24
                               THERMOCOOL SMARTTOUCH® Bi-Directional Catheters                      24
                               THERMOCOOL® SF Uni-Directional Catheters                             25
                               THERMOCOOL® SF Bi-Directional Catheters                              26
                               THERMOCOOL® Bi-Directional Catheters                                 27
                               THERMOCOOL® Uni-Directional Catheters                                28
                               THERMOCOOL® RMT Catheter                                             29
                               NAVISTAR® RMT 4 mm and 8mm Catheters                                 29
                               NAVISTAR® 4 mm Uni-Directional and Soft Tip 4 mm Uni-Directional Catheters  30
                               NAVISTAR® DS Uni-Directional Catheters                               30
                               NAVISTAR® DS Bi-Directional Catheters                                31
                               NAVISTAR® Bi-Directional Catheters                                   32

                               **Ultrasound Catheters**                                            33
                               SOUNDSTAR® Catheter                                                  34

                               **Generators**                                                      35
                               SMARTABLATE® System Components and Accessories                       36

                               **Accessories**                                                     37
                               CARTO® 3 System Accessories                                          38-39

                               **Cables**                                                          41
                               CARTO® 3 System Cables                                               42
                               Cables for Diagnostic, Ablation and Ablation DS Catheters           43
                               Cables for Navigation DS Catheters, REFSTAR® Patch and CARTO® System PIU  44
                               CONNECTION of CHOICE® Cables Chart                                   46-47
                               Cable Catheter Compatibility Chart                                   48-49

**Non-Navigational Solutions** 51

Fixed Catheter Curve Types 52-53
Uni-Directional Catheter Curve Types 54-55
Bi-Directional Catheter Curve Types 56

**Therapeutic Catheters** 57
THERMOCOOL® Ablation Catheters 58
THERMOCOOL® Bi-Directional Ablation Catheters 59
THERMOCOOL® SF Uni-Directional Ablation Catheters 60
THERMOCOOL® SF Bi-Directional Ablation Catheters 61
CELSIUS® Bi-Directional Ablation Catheters (Thermocouple) 62
CELSIUS® THERMOCOOL® RMT Catheter 62
CELSIUS® Thermocouple Ablation Catheters (Braided Tip) 63
CELSIUS® DS Catheters 63
CELSIUS® DS Bi-Directional Catheters 64
CELSIUS® Thermistor Ablation Catheters (Non-Braided Tip) 65
CELSIUS® Thermocouple Ablation Catheters (Non-Braided Tip) 66
CELSIUS FLTR™ Catheters 67
CELSIUS FLTR™ Bi-Directional Catheters 67
CELSIUS ® RMT 4 mm Catheters 68

**Diagnostic Catheters** 69
LASSO® Catheters 71
LASSO® 2515 Variable Catheters 72
WEBSTER® Quadraploar Deflectable Catheters 73
WEBSTER® Quadraploar Fixed Catheters 74-75
WEBSTER® Hexapolar Deflectable Catheters 76
WEBSTER® Hexapolar Fixed Catheters 77
WEBSTER® Octapolar Deflectable Catheters 78
WEBSTER® Decapolar Deflectable Catheters 79
WEBSTER® Decapolar Fixed Catheters 80
WEBSTER® CS Bi-Directional Catheters 81
WEBSTER® CS Uni-Directional Catheters 82
WEBSTER® Orthogonal and Duo-Decapolar Catheters 83
WEBSTER® HIS Catheters 84
HALO® and ISMUS® Catheter Twenty Electrode Catheters 85
CRISTACATH® Catheter 86

**Ultrasound Catheters** 87
ACUNAV™ Ultrasound Catheters 88

**Access** 89
PREFACE® Guiding Sheaths 90-91
HEARTSPAN™ Transseptal Needles 92
MOBICATH® Sheath 93

**Cables** 95
Non-Navigation Cables 96

BWI-INN00089320

# Terms of Sale

## Ordering

By telephone:
- 800-255-2500 (JJHCS)

By fax:
- 732-562-2212

Customer Service Department
Johnson and Johnson Health Care System
(JJHCS) hours:
- 8:30 AM to 8:00 PM EST/EDT
- M-F excluding U.S. national holidays

## Shipping

Normal delivery:
- Five (5) days
- F.O.B. shipping point
- Freight prepaid and added to invoice

Order cutoff for same-day shipments
- 5:00 PM EST/EDT for standard delivery
- 6:00 PM EST/EDT for priority shipments only

## Terms

All payment terms are net 30 days. Failure to pay within these terms may result in placement of the account on C.O.D. status and/or 1.5% per month delinquency charge [liquidation damages under California Civil Code §1671(b)] may be applied. The imposition of such delinquency charge does not imply or constitute any agreement to forbear collection of delinquent account.

## Order Acceptance

An order of products from Biosense Webster, Inc. (the Company) shall be effective only upon acceptance by the Company. Notice of such acceptance by the Company to the purchaser is not required. All orders and other transactions between the Company and purchaser of its products are governed by California State law, subject to any preempting federal law.

6

BWI-INN00089321

# Product Return Policy

## Authorization

A Return Goods Authorization number is required prior to returning any Biosense Webster, Inc. products. Direct requests for return authorization number to:

Customer Service Department (JJHCS)
800-255-2500

Please be prepared to provide the following information:

– Account number
– Catalog number
– Quantity
– Lot or serial number
– Reason for return

Once a return authorization form with number is acquired, products should be returned to Biosense Webster, Inc. within 30 days, in proper protective packaging, with freight/postage prepaid.

## Return Product Conditions

To receive credit requires:

- Product to be in original shipped condition, as determined by Biosense Webster, Inc.
- Product to have been received and inspected.
- Product returned within 90 days from the date of invoice (full credit).
- Product returned between 91–120 days from the date of invoice (75% credit).
- Product returned between 121–180 days from the date of invoice (50% credit).
- Products returned after 180 days will not receive any credit.

No credit will be received if the product:

- Is not in the original sealed package or other Biosense Webster, Inc. standard packaging.
- Has markings or stickers on the outside label of the Biosense Webster, Inc. product packaging.
- Packaging is defaced in any manner.
- Packaging is opened.
- Has been used or damaged.
- Was purchased on a "special order" or "made-to-order" basis.
- Is returned without a Return Goods Authorization.
- Was held by the customer for more than 180 days.

# Disclaimer of Warranty and Limitation of Remedy

**Biosense Webster, Inc. represents and warrants that the Biosense Webster, Inc. product(s) herein described met the Biosense Webster, Inc. specifications set forth on the date of shipment. Except as set forth in the previous sentence, there is no warranty, express or implied, including without limitation any implied warranty of merchantability or fitness for a particular purpose, on the Biosense Webster, Inc. product(s) described in this publication. Under no circumstances shall Biosense Webster, Inc. be liable for any indirect, incidental, or consequential damages. Biosense Webster, Inc.'s sole liability for any product(s) that fail to comply with the above mentioned warranty shall be replacement of such product(s) or, at Biosense Webster, Inc.'s option, refund of amounts paid heretofore. No person has the authority to bind Biosense Webster, Inc. to any representation, warranty or liability other than those specifically set forth herein.**

**Caution:** Federal (USA) law restricts these devices to sale by or on the order of a physician.
**Biosense Webster, Inc.'s responsibility does not go beyond the terms herein.**

7

8

CONFIDENTIAL



■ CARTO® System Solutions



9

BWI-INN00089324

10

CONFIDENTIAL

BWI-INN00089325



System and Software Modules

11

BWI-INN00089326

CARTO® System Solutions | CARTO® 3 System and Software Modules

# CARTO® 3 System

## System and Accessories

| Catalog No. | Description |
|---|---|
| FG540000 | CARTO® 3 System |
| EM540200 | CARTO® 3 System Cart |
| M4700112 | 24″ Computer Monitor |
| KT5400144 | CARTOREPLAY™ Module PIU Cart Dual Monitor Arm |
| MA5402201 | CARTOREPLAY™ Module CAS Cart Dual Monitor Arm |
| FG540520 | Patch Unit Box |
| EM540003 | Pin Box—Blue |
| EM540004 | Pin Box—Yellow |

## Reverse Cables

| Catalog No. | Auto-ID | Length (ft) | Color | Conector Type | Conductions |
|---|---|---|---|---|---|
| D128709 | ✓ | 10 | N/A | 12-pin | 10 |
| D128622 | ✓ | 10 | N/A | 34-pin | 20 |

## Patches

| Catalog No. | Description |
|---|---|
| CREFP6 | CARTO® 3 System External Reference Patches - Set of 6<br>PIU Port: Patches |

# CARTO® 3 System Software Modules

| Catalog No. | Description |
|---|---|
| C3ST3D | CARTO SMARTTOUCH™ Software Module |
| KT5400124 | CARTOUNIVU™ Module |
| C3SOUND | CARTOSOUND® Module |
| C3CONFD | CONFIDENSE™ Module |
| C3REPLAY | CARTOREPLAY™ Module |
| C3PASO | PASO™ Module |
| C3CFAE | CARTO® CFAE Module |
| C3MERGE | CARTOMERGE® Module |
| C3RIPPLE | Ripple Mapping |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

12

BWI-INN00089327

CARTO® System Solutions | CARTO® 3 System Hardware



Pin Box—Blue

Pin Box—Yellow

Set of CARTO® 3 System
External Reference Patches

Patch Unit

Reverse 10 Pole Cable

Reverse 20 Pole Cable

Cart Configuration

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

13

CONFIDENTIAL

BWI-INN00089328

14

CONFIDENTIAL

BWI-INN00089329



Diagnostic Catheters

15

BWI-INN00089330

CARTO® System Solutions | Diagnostic Catheters | PENTARAY® and ESOPHASTAR® Catheters

# PENTARAY® High-Density Mapping Catheters



2-6-2 mm

End View

| Catalog No. | Made to Order | Tip Electrode | Size | Curve | Spacing | Insertion Length |
|---|---|---|---|---|---|---|
| D128207 | | None | 7F | F | 4-4-4 mm | 115 cm |
| D128208 | | None | 7F | F | 2-6-2 mm | 115 cm |
| D128210 | | None | 7F | D | 4-4-4 mm | 115 cm |
| D128211 | | None | 7F | D | 2-6-2 mm | 115 cm |

Associated Cable: Both of the below cables are required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| D134401 | Catheter to CARTO® 3 System PIU | |
| EM5050060 | 20 Pole eco cable (reusable-non sterile cable) | ✓ |

# ESOPHASTAR® Catheter

| Catalog No. | Made to Order | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|
| F8ENNNNHSB | | None | 8F | None/Blue | N/A | 125 cm |

Associated Cable: Required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| CR3425CT (Red) | Catheter to CARTO® 3 System | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

16

CARTO® System Solutions | Diagnostic Catheters | LASSO® eco and LASSO® 2515 eco Variable Catheters

# LASSO® eco Catheters



| Catalog No. | Auto-ID | Number of Electrodes | Tip Electrode | Shaft Size | Loop Size | Curve | Loop Diameter | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|---|---|
| D134901 | ✓ | 10 | None | 7F | 4.5F | D | 15 mm | 4.5 mm | 115 cm |
| D134902 | ✓ | 20 | None | 7F | 4.5F | D | 15 mm | 4.5 mm | 115 cm |
| D134903 | ✓ | 10 | None | 7F | 4.5F | D | 20 mm | 6 mm | 115 cm |
| D134904 | | 20 | None | 7F | 4.5F | D | 20 mm | 6 mm | 115 cm |
| D134905 | ✓ | 10 | None | 7F | 4.5F | D | 25 mm | 8 mm pairs | 115 cm |
| D134906 | ✓ | 20 | None | 7F | 4.5F | D | 25 mm | 8 mm pairs | 115 cm |
| D134909 | ✓ | 10 | None | 7F | 4.5F | D | 20 mm | | 90 cm |

Associated Cable: Both are required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| D134401 | Catheter to CARTO® 3 System PIU | ✓ |
| EM5050060 | 20 Pole eco cable (reusable-non sterile cable) | ✓ |

# LASSO® 2515 eco Variable Catheters



| Catalog No. | Auto-ID | Made to Order | Number of Electrodes | Shaft Size | Loop Size | Curve | Loop Diameter | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|---|---|
| D134301 | ✓ | | 22 | 7F | 4F | D | 25-15 mm | 2-6-2 mm | 115 cm |
| D134302 | ✓ | | 12 | 7F | 4F | D | 25-15 mm | 8 mm | 115 cm |

Associated Cable: Both are required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| D134401 | Catheter to CARTO® 3 System PIU | ✓ |
| EM5050060 | 20 Pole eco cable (reusable-non sterile cable) | ✓ |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL
BWI-INN00089332

# DECANAV® Catheters



| Catalog No. | Tip Electrode | Number of Electrodes | Shaft Size | Curve | Spacing | Insertion Length |
|---|---|---|---|---|---|---|
| **R7D282CT** | 2 mm | 10 | 7F | D | 2-8-2 mm | 115 cm |
| **R7F282CT** | 2 mm | 10 | 7F | F | 2-8-2 mm | 115 cm |

Associated Cable: Both are required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| CB3434CT | Catheter to CARTO® 3 System PIU | ✓ |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

18

CONFIDENTIAL

BWI-INN00089333



19

CONFIDENTIAL

BWI-INN00089334

# Curve Types – Uni-Directional

Standard Insertion Lengths
5F.............................80 cm
6F.............................92 cm
7F.............................115 cm
8F.............................90 cm

## A Curve
(Yellow / 1.5" / 3.8 cm)



32 mm

## B Curve
(Red / 2.0" / 5.1 cm)



43 mm

## C Curve
(Green / 2.5" S / 6.4 cm)



40 mm

## D Curve
(Blue / 2.5" / 6.4 cm)



51 mm

## E Curve
(White / 2.5" P / 6.4 cm)



51 mm

## F Curve
(Orange / 3.0" P / 7.6 cm)



51 mm

## J Curve
(Black / 4.0" P / 10.2 cm)



102 mm

## K Curve
(Black / 3.0" S / 7.6 cm)



76 mm

## 270° Curve
(Purple)



20    Special order Catheters may be assigned a curve name that most closely resembles a standard curve.

CARTO® System Solutions | Bi-Directional Catheter Curve Types

# Curve Types – Bi-Directional



**D-D Curve**
(Blue / Blue)

**F-F Curve**
(Orange / Orange)

**J-J Curve**
(Black / Black)



**D-F Curve**
(Blue / Orange)



**F-J Curve**
(Orange / Black)

Special order Catheters may be assigned a curve name that most closely resembles a standard curve.

21



■ Therapeutic Catheters

22

BWI-INN00089337

# THERMOCOOL SMARTTOUCH® SF Uni- and Bi-Directional Catheters

1-6-2 mm

| Catalog No. | Size | Curve | Tip Electrode | Number of Electrodes | Spacing | Insertion Length |
|-------------|------|-------|---------------|----------------------|---------|------------------|
| D134801 | 8F | DD | 3.5 mm | 6 | 1-6-2 mm | 115 cm |
| D134802 | 8F | FF | 3.5 mm | 6 | 1-6-2 mm | 115 cm |
| D134803 | 8F | JJ | 3.5 mm | 6 | 1-6-2 mm | 115 cm |
| D134804 | 8F | FJ | 3.5 mm | 6 | 1-6-2 mm | 115 cm |
| D134805 | 8F | DF | 3.5 mm | 6 | 1-6-2 mm | 115 cm |
| D134701 | 8F | D | 3.5 mm | 6 | 1-6-2 mm | 115 cm |
| D134702 | 8F | F | 3.5 mm | 6 | 1-6-2 mm | 115 cm |
| D134703 | 8F | J | 3.5 mm | 6 | 1-6-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|--------------|----------|
| CR3434CT | Catheter to CARTO® 3 System PIU |

Associated Tubing

| Catalog No.: | Description |
|--------------|-------------|
| CFT001 | COOLFLOW® Pump Tubing (1 per pack) |
| SAT001 | SMARTABLATE® Pump Tubing |

23

BWI-INN00089338

# THERMOCOOL SMARTTOUCH® Catheters

1-6-2 mm

| Catalog No. | Size | Curve | Tip Electrode | Number of Electrodes | Spacing | Insertion Length |
|---|---|---|---|---|---|---|
| **D133601** | 8F | D | 3.5 mm | 4 | 1-6-2 mm | 115 cm |
| **D133602** | 8F | F | 3.5 mm | 4 | 1-6-2 mm | 115 cm |
| **D133603** | 8F | J | 3.5 mm | 4 | 1-6-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3434CT | Catheter to CARTO® 3 System PIU |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

Associated Tubing:

| Catalog No.: | Connects |
|---|---|
| CFT001 | COOLFLOW® Pump Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

# THERMOCOOL SMARTTOUCH® Bi-Directional Catheters

1-6-2 mm

| Catalog No. | Size | Curve | Tip Electrode | Number of Electrodes | Spacing | Insertion Length |
|---|---|---|---|---|---|---|
| **D132701** | 8F | D-D | 3.5 mm | 4 | 1-6-2 mm | 115 cm |
| **D132702** | 8F | F-F | 3.5 mm | 4 | 1-6-2 mm | 115 cm |
| **D132703** | 8F | J-J | 3.5 mm | 4 | 1-6-2 mm | 115 cm |
| **D132704** | 8F | F-J | 3.5 mm | 4 | 1-6-2 mm | 115 cm |
| **D132705** | 8F | D-F | 3.5 mm | 4 | 1-6-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3434CT | Catheter to CARTO® 3 System PIU |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

Associated Tubing

| Catalog No.: | Description |
|---|---|
| CFT001 | COOLFLOW® Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089339

# THERMOCOOL® SF Uni-Directional Ablation Catheters

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **D131501** | | 4 | 3.5 mm | 7.5F/8F | B/Red | 2-5-2 mm | 115 cm |
| **D131502** | | 4 | 3.5 mm | 7.5F/8F | D/Blue | 2-5-2 mm | 115 cm |
| **D131503** | | 4 | 3.5 mm | 7.5F/8F | F/Orange | 2-5-2 mm | 115 cm |
| **D131504** | | 4 | 3.5 mm | 7.5F/8F | J/Black | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |
| CR3434CT | Catheter to CARTO® 3 System PIU |

Associated Tubing:

| Catalog No.: | Connects |
|---|---|
| CFT001 | COOLFLOW® Pump Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089340

# THERMOCOOL® SF Bi-Directional Ablation Catheters

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **BNI35BBCT** | ✓ | 4 | 3.5 mm | 7.5F/8F | B-B/ Red-Red | 2-5-2 mm | 115 cm |
| **BNI35BDCT** | ✓ | 4 | 3.5 mm | 7.5F/8F | B-D/ Red-Blue | 2-5-2 mm | 115 cm |
| **BNI35BFCT** | ✓ | 4 | 3.5 mm | 7.5F/8F | B-F/ Red-Orange | 2-5-2 mm | 115 cm |
| **BNI35DDCT** | | 4 | 3.5 mm | 7.5F/8F | D-D/ Blue-Blue | 2-5-2 mm | 115 cm |
| **BNI35DFCT** | | 4 | 3.5 mm | 7.5F/8F | D-F/ Blue-Orange | 2-5-2 mm | 115 cm |
| **BNI35DJCT** | ✓ | 4 | 3.5 mm | 7.5F/8F | D-J/Blue-Black | 2-5-2 mm | 115 cm |
| **BNI35FFCT** | | 4 | 3.5 mm | 7.5F/8F | F-F/ Orange-Orange | 2-5-2 mm | 115 cm |
| **BNI35FJCT** | | 4 | 3.5 mm | 7.5F/8F | F-J/ Orange-Black | 2-5-2 mm | 115 cm |
| **BNI35JJCT** | | 4 | 3.5 mm | 7.5F/8F | J-J/Black-Black | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3434CT | Catheter to CARTO® 3 System PIU |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

Associated Tubing

| Catalog No.: | Description |
|---|---|
| CFT001 | COOLFLOW® Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

26

CONFIDENTIAL

BWI-INN00089341

# THERMOCOOL® Bi-Directional Catheters

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Shaft Size/ Tip Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **BNI75TCDDH** | 4 | 3.5 mm | 7.5F | D-D/Blue-Blue | 2-5-2 mm | 115 cm |
| **BNI75TCDFH** | 4 | 3.5 mm | 7.5F | D-F/Blue-Orange | 2-5-2 mm | 115 cm |
| **BNI75TCFFH** | 4 | 3.5 mm | 7.5F | F-F/Orange-Orange | 2-5-2 mm | 115 cm |
| **BNI75TCFJH** | 4 | 3.5 mm | 7.5F | F-J/Orange-Black | 2-5-2 mm | 115 cm |
| **BNI75TCJJH** | 4 | 3.5 mm | 7.5F | J-J/Black-Black | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3434CT | Catheter to CARTO® 3 System PIU |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

Associated Tubing

| Catalog No.: | Description |
|---|---|
| CFT001 | COOLFLOW® Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

27

CONFIDENTIAL

BWI-INN00089342

# THERMOCOOL® Uni-Directional Catheters

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Shaft Size/ Tip Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **NI75TCBH** | | 4 | 3.5 mm | 7.5F/8F | B/Red | 2-5-2 mm | 115 cm |
| **NI75TCCH** | | 4 | 3.5 mm | 7.5F/8F | C/Green | 2-5-2 mm | 115 cm |
| **NI75TCDH** | | 4 | 3.5 mm | 7.5F/8F | D/Blue | 2-5-2 mm | 115 cm |
| **NI75TCFH** | | 4 | 3.5 mm | 7.5F/8F | F/Orange | 2-5-2 mm | 115 cm |
| **NI75TCJH** | | 4 | 3.5 mm | 7.5F/8F | J/Black | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |
| CR3434CT | Catheter to CARTO® 3 System PIU |

Associated Tubing:

| Catalog No.: | Connects |
|---|---|
| CFT001 | COOLFLOW® Pump Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

28

BWI-INN00089343

# THERMOCOOL® RMT Catheter

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **NR7TCSIY** | | 4 | 3.5 mm | 8F | N/A | 2-5-2 mm | 130 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3425CT | CARTO® 3 System to Catheter |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

Associated Tubing

| Catalog No.: | Description |
|---|---|
| CFT001 | COOLFLOW® Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

# NAVISTAR® RMT 4 mm Steerable Catheter

1-7-4 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **NR7TCS4YU** | | 4 | 4 mm | 7F | N/A | 1-7-4 mm | 125 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3425CT | CARTO® 3 System to Catheter |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

# NAVISTAR® RMT 8 mm Steerable Catheter

1-7-4 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **NR7TCS8YU** | | 4 | 8 mm | 7F | N/A | 1-7-4 mm | 125 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3425CT | CARTO® 3 System to Catheter |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

29

BWI-INN00089344

CARTO® System Solutions | Therapeutic Catheters | NAVISTAR® 4 mm Catheters

# NAVISTAR® 4 mm Uni-Directional Catheters

1-7-4 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **NS7TCBL174HS** | ✓ | 4 | 4 mm | 7F | B/Red | 1-7-4 mm | 115 cm |
| **NS7TCCL174HS** | | 4 | 4 mm | 8/7F | C/Green | 1-7-4 mm | 115 cm |
| **NS7TCDL174HS** | | 4 | 4 mm | 7F | D/Blue | 1-7-4 mm | 115 cm |
| **NS7TCEL174HS** | | 4 | 4 mm | 7F | E/White | 1-7-4 mm | 115 cm |
| **NS7TCFL174HS** | | 4 | 4 mm | 7F | F/Orange | 1-7-4 mm | 115 cm |
| **NS7TCJL174HS** | | 4 | 4 mm | 7F | J/Black | 1-7-4 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3425CT | CARTO® 3 System to Catheter |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

# NAVISTAR® Soft Tip 4 mm Uni-Directional Catheters

1-7-4 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **118334S** | ✓ | 4 | 4 mm | 7F | B/Red | 1-7-4 mm | 115 cm |
| **118330S** | ✓ | 4 | 4 mm | 7F | D/Blue | 1-7-4 mm | 115 cm |
| **118336S** | ✓ | 4 | 4 mm | 7F | E/White | 1-7-4 mm | 115 cm |
| **118331S** | ✓ | 4 | 4 mm | 7F | F/Orange | 1-7-4 mm | 115 cm |
| **118332S** | ✓ | 4 | 4 mm | 7F | J/Black | 1-7-4 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3425CT | CARTO® 3 System to Catheter |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089345

CARTO® System Solutions | Therapeutic Catheters | NAVISTAR® DS Catheters

## NAVISTAR® DS Uni-Directional Catheters

1-7-4 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **NS7TCB8L174HS** | | 4 | 8 mm | 7F | B/Red | 1-7-4 mm | 115 cm |
| **NS7TCC8L174HS** | ✓ | 4 | 8 mm | 8/7F | C/Green | 1-7-4 mm | 115 cm |
| **NS7TCD8L174HS** | | 4 | 8 mm | 7F | D/Blue | 1-7-4 mm | 115 cm |
| **NS7TCF8L174HS** | | 4 | 8 mm | 7F | F/Orange | 1-7-4 mm | 115 cm |
| **NS7TCJ8L174HS** | | 4 | 8 mm | 7F | J/Black | 1-7-4 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3434CT | Catheter to CARTO® 3 System PIU |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

## NAVISTAR® DS Bi-Directional Catheters

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **BN7TCDD8L** | | 4 | 8 mm | 7F | D-D/Blue-Blue | 1-7-4 mm | 115 cm |
| **BN7TCDF8L** | | 4 | 8 mm | 7F | D-F/Blue-Orange | 1-7-4 mm | 115 cm |
| **BN7TCFF8L** | | 4 | 8 mm | 7F | F-F/Orange-Orange | 1-7-4 mm | 115 cm |
| **BN7TCFJ8L** | | 4 | 8 mm | 7F | F-J/Orange-Black | 1-7-4 mm | 115 cm |
| **BN7TCJJ8L** | | 4 | 8 mm | 7F | J-J/Black-Black | 1-7-4 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3425CT (Red) | CARTO® 3 System to Catheter |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

31

CONFIDENTIAL

# NAVISTAR® Bi-Directional Catheters

1-7-4 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **BN7TCDD4L** | | 4 | 4 mm | 7F | D-D/Blue-Blue | 1-7-4 mm | 115 cm |
| **BN7TCDF4L** | | 4 | 4 mm | 7F | D-F/Blue-Orange | 1-7-4 mm | 115 cm |
| **BN7TCFF4L** | | 4 | 4 mm | 7F | F-F/Orange-Orange | 1-7-4 mm | 115 cm |
| **BN7TCFJ4L** | | 4 | 4 mm | 7F | F-J/Orange-Black | 1-7-4 mm | 115 cm |
| **BN7TCJJ4L** | | 4 | 4 mm | 7F | J-J/Black-Black | 1-7-4 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| CR3425CT (Red) | CARTO® 3 System to Catheter |
| D129704 | SMARTABLATE® System to CARTO® 3 System PIU (3 m) |
| D129707 | SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

32

CONFIDENTIAL

BWI-INN00089347



■ Ultrasound Catheters

CONFIDENTIAL

BWI-INN00089348

# SOUNDSTAR® 3-D Ultrasound Catheters



| Catalog No. | Size | Insertion Length | Compatibility |
|---|---|---|---|
| **10439236** | 8F | 90 cm | GE Vivid™*i*; Vivid™*q*, Vivid™*iq* |
| **10439072** | 10F | 90 cm | GE Vivid™*i*; Vivid™*q*, Vivid™*iq* |
| **10439011** | 8F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ |
| **10438577** | 10F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ |
| **R10439036** | 8F | 90 cm | GE Vivid™*i*; Vivid™*q*, Vivid™*iq* |
| **R10439072** | 10F | 90 cm | GE Vivid™*i*; Vivid™*q*, Vivid™*iq* |
| **R10439011** | 8F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ |
| **R10438577** | 10F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ |

Associated Cable:

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| EM5050011 | SOUNDSTAR® 3-D eco Cable compatible with CARTO® 3 System | ✓ |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

34

CONFIDENTIAL

BWI-INN00089349



Generators

35

CONFIDENTIAL

BWI-INN00089350

# SMARTABLATE® System

## System

| Catalog No. | Description |
| --- | --- |
| M490006A | SMARTABLATE® System Kit comes with: Generator, Irrigation Pump, Remote Control, power cables (x3), all necessary connection cables (x4), Foot Pedal, Grounding Cable and ECG Connection Cable. |

## Components

| Catalog No. | Description |
| --- | --- |
| M490007 | SMARTABLATE® Generator |
| M490008 | SMARTABLATE® Irrigation Pump |
| M490009 | SMARTABLATE® Remote Control |
| M490005 | Foot Pedal |

## Accessories

| Catalog Number | Description | Included in SMARTABLATE® Kit | Sterile |
| --- | --- | --- | --- |
| M490010 | Connection Cable from SMARTABLATE® RF Generator to SMARTABLATE® Remote Control (10 m) | | |
| M490028 | SMARTABLATE® Gen-Pump Cable (5m) | X | |
| M490029 | Connection Cable from SMARTABLATE® RF Generator to SMARTABLATE® Remote Control (15 m) | X | |
| M490012 | Connection Cable from SMARTABLATE® RF Generator to SMARTABLATE® Remote Control (25 m) | | |
| M490013 | Connection Cable from SMARTABLATE® RF Generator to SMARTABLATE® Remote Control (30 m) | | |
| M490026 | Foot Pedal Extension Cable (7 m) | | |
| M490027 | Connection Cable from SMARTABLATE® RF Generator to SMARTABLATE® Irrigation Pump (1 m) | | |
| M490016 | Connection Cable from SMARTABLATE® RF Generator to SMARTABLATE® Irrigation Pump (3 m) | | |
| M490030 | Connection Cable from SMARTABLATE® RF Generator to SMARTABLATE® Irrigation Pump (10 m) | | |
| M490021 | Serial Data Communication Cable for CARTO® Systems or Electrophysiology Recording Systems (3 m) | | |
| M490025 | Serial Data Communication Cable for CARTO® Systems or Electrophysiology Recording Systems (5 m) | X | |
| M490023 | Serial Data Communication Cable for CARTO® Systems or Electrophysiology Recording Systems (15 m) | X | |
| D130302 | Ablation Cable from SMARTABLATE® System to CELSIUS® Catheter (TC/THR) | | X |
| D130303 | Ablation Cable from SMARTABLATE® System to CELSIUS® Catheter (DS) | | X |
| D129704 | Ablation Cable from SMARTABLATE® System to CARTO® 3 System PIU (3 m) | | X |
| D129707 | Ablation Cable from SMARTABLATE® System to CARTO® 3 System PIU (1.3 m) | | X |
| SAT001 | SMARTABLATE® Irrigation Tubing Set | | X |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089351



## ■ Accessories

CONFIDENTIAL

# CARTO® 3 System Accessories

| Catalog No. | Description |
|---|---|
| **39D06X** | CARTO® 3 System - Serial Cable (Stockert 70 to WS Cable) |
| **39D06X15** | CARTO® 3 System - Serial Cable (WS to Global Port) |
| **CA-5400-06** | CARTO® 3 System - Ablation Adaptor Cable |
| **CA-5400-081** | CARTO® 3 System - RMT Map Adaptor Cable |
| **CA-5400-11** | CARTO® 3 System - PIU Power Cable |
| **CA-5400-12** | CARTO® 3 System - IC Out Cable (Tip Pin) |
| **CA-5400-191** | CARTO® 3 System - GE® Recording System Direct Connect - Body Surface Cable |
| **CA-5401-51** | CARTO® 3 System - Location Pad Extension Cable |
| **CW-3902-30F** | CARTO® 3 System - ULS Cable (BNC to DVI) |
| **CW-3903-30F** | CARTO® 3 System - DVI Video Cable, Type 15(F) |
| **CW-4162-08N** | CARTO® 3 System - Fiber Optic Cable, 30M (EP/IO Box to Workstation) |
| **CW-4163-01N** | CARTO® 3 System - ULS Cable (LAN, 30M) |
| **CW-4178-30F** | CARTO® 3 System - Fiber Optic Duplex Cable, 30M |
| **CW-5407-20N** | CARTO® 3 System - Body Surface Leads - Connector Block |
| **CW-5408-15N** | CARTO® 3 System - Body Surface Leads - Limb Leads + V1 |
| **CW-5409-15N** | CARTO® 3 System - Body Surface Leads - Precordial Leads (V2-V6) |
| **EM-5400-03F** | CARTO® 3 System - Blue Pin Box |
| **EM-5400-04** | CARTO® 3 System - Yellow Pin Box |
| **EM-5400-15** | CARTO® 3 System - Pedal (point acquisition) |
| **EM-5400-20** | CARTO® 3 System - ECG Out Connection Unit |
| **EM-5400-201** | CARTO® 3 System - Dual ECG Out Adaptor for PIU |
| **EM-5405-20** | CARTO® 3 System - Patch Unit |
| **KT-0001-420** | CARTO® 3 System - Green Patch Sensors |
| **KT-0001-421** | CARTO® 3 System - Yellow Patch Sensors |
| **KT-0001-425** | CARTO® 3 System - Location Pad Repair Kit |
| **KT-0001-438** | CARTO® 3 System - Location Pad Adaptor - Tall Bed |
| **KT-0001-439** | CARTO® 3 System - Location Pad Adaptor - Wide Bed |
| **KT-0001-440** | CARTO® 3 System - Location Pad Adaptor - Narrow Head Bed |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089353

# CARTO® 3 System Accessories (continued)

| Catalog No. | Description |
| --- | --- |
| KT-5400-103 | CARTO® 3 System - DVI Fiber Optic Cable, 30M |
| M-4700-152 | CARTO® 3 System - ULS Cable (BNC to BNC) |
| M-4700-153 | CARTO® 3 System - ULS Cable (Video, 30M) |
| M-4700-60 | CARTO® 3 System - Pacing/Stim Cable |
| M-4800-101 | CARTO® 3 System - GE® Recording System Direct Connect - Intracardiac Cable |
| M-4800-71 | CARTO® 3 System - USB Printer Cable |
| M-5463-13 | CARTO® 3 System - Serial Cable (Stockert 70 to WS Cable) |
| M-5463-135 | CARTO® 3 System - Serial Cable (WS to Global Port) |
| MA-5400-501 | CARTO® 3 System - Location Pad Holder |
| MA-5405-12 | CARTO® 3 System - Patch Unit Table Clamp |
| S7013 | CARTO® 3 System - Serial Cable (Stockert 70 to WS Cable) |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089354

40

CONFIDENTIAL

BWI-INN00089355



Cables

41

BWI-INN00089356

# CARTO® 3 System Cables

## Diagnostic CARTO® 3 System Cables

| Catalog No. | Auto-ID | Length (ft) | Color | Connector Type | Electrogram Conductions |
|---|---|---|---|---|---|
| CB3412CT (Blue) | ✓ | 10 | Blue | 34-pin to 12-pin | 10 |
| CB3410CT (Blue) | | 10 | Blue | 34-pin to 10-pin | 10 |
| CB3434CT (Blue) | ✓ | 10 | Blue | 34-pin to 34-pin | 20 |
| D128624 | | 10 | Blue | 34-pin to 34-pin | 20 |
| D128627 | ✓ | 5 | Blue | 34-pin to 34-pin | 20 |
| CY1212CT (Yellow) | ✓ | 10 | Yellow | 12-pin to 12-pin | 10 |
| CY1210CT (Yellow) | | 10 | Yellow | 12-pin to 10-pin | 10 |

## Ultrasound CARTO® 3 System Cables

| Catalog No. | Auto-ID | Length (ft) | Color | Connector Type | Electrogram Conductions |
|---|---|---|---|---|---|
| CG2025CT (Green) | | 10 | Green | 20-pin to 25-pin | N/A |
| CB3434CT (Blue) | ✓ | 10 | Blue | 34-pin to 34-pin | 20 |

## Ablation CARTO® 3 System Cables

| Catalog No. | Auto-ID | Length (ft) | Color | Connector Type | Conductions |
|---|---|---|---|---|---|
| CR3425CT (Red) | | 10 | Red | 34-pin to 34-pin | N/A |
| D128623 | | 5 | Red | 34-pin to 34-pin | N/A |
| CR3410CT (Red) | | 10 | Red | 34-pin to 10-pin | N/A |

## Reverse Cables

| Catalog No. | Auto-ID | Length (ft) | Color | Connector Type | Electrogram Conductions |
|---|---|---|---|---|---|
| D128709 | ✓ | 10 | N/A | 12-pin | 10 |
| D128622 | ✓ | 10 | N/A | 34-pin | 20 |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089357

CARTO® System Solutions | Cables | for Diagnostic, Ablation and Ablation DS Catheters

## QWIKCABLE® Autoclavable Cable for Diagnostic Catheters

| Catalog No. | Made to Order | Length | Color | Catheter Connector Type | Electrogram Conductors | Recorder Connector Type | Autoclavable |
|---|---|---|---|---|---|---|---|
| C6MRMST4SA (Black) | | 6 Feet | Black | 10-Pin | 4 | Shielded Tip Pins | Yes |
| C6YMRMST4SA (Yellow) | | 6 Feet | Yellow | 10-Pin | 4 | Shielded Tip Pins | Yes |
| C6TMRMST4SA (Teal) | | 6 Feet | Teal | 10-Pin | 4 | Shielded Tip Pins | Yes |
| C6MRMST6SA (Black) | | 6 Feet | Black | 10-Pin | 6 | Shielded Tip Pins | Yes |
| C6MRMST8SA (Black) | | 6 Feet | Black | 10-Pin | 8 | Shielded Tip Pins | Yes |
| C6MRMST10SA (Black) | | 6 Feet | Black | 10-Pin | 10 | Shielded Tip Pins | Yes |
| C6OMRMST10SA (Orange) | | 6 Feet | Orange | 10-Pin | 10 | Shielded Tip Pins | Yes |
| C6TMRMST10SA (Teal) | | 6 Feet | Teal | 10-Pin | 10 | Shielded Tip Pins | Yes |

## Cables for Ablation Catheters

| Catalog No. | Made to Order | Length | Catheter Connector Type | Electrogram Conductors | Generator Connector Type | Typical Usage |
|---|---|---|---|---|---|---|
| C10MR10MSTKS | | 10 Feet | 10-Pin | 4 | 10-Pin | Stockert 70 Generator |
| D1303032 | | | | 4 | 10-Pin | SMARTABLATE® System to Catheter |

## Cables for Ablation DS Catheters

| Catalog No. | Made to Order | Length | Catheter Connector Type | Electrogram Conductors | Generator Connector Type | Typical Usage |
|---|---|---|---|---|---|---|
| C10MRMSTKDTCS (Green & Red) | | 10 Feet | 10-Pin | 4 | 10-Pin | Stockert 70 Generator |
| D1303032 | | | | 4 | 10-Pin | SMARTABLATE® System to Catheter |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL    BWI-INN00089358

# Cables for Navigation Catheters

| Catalog No. | Made to Order | Length | Catheter Connector Type | Electrogram Conductors | PIU Connector Type | Typical Usage |
|---|---|---|---|---|---|---|
| C5MHNAVMHS (Red) | | 5 Feet | 25-Pin (Red) | 4 | 25-Pin (Red) | w/CARTO® XP System PIU |

# Cables for Navigation DS Catheters

| Catalog No. | Made to Order | Length | Catheter Connector Type | Electrogram Conductors | PIU Connector Type | Typical Usage |
|---|---|---|---|---|---|---|
| C5MHDTCMHS (Green) | | 5 Feet | 25-Pin (Green) | 4 | 25-Pin (Green) | w/CARTO® XP System PIU |

# Cables for REFSTAR® Plus with QWIKPATCH® External Reference Patch

| Catalog No. | Made to Order | Length | Catheter Connector Type | Electrogram Conductors | PIU Connector Type | Typical Usage |
|---|---|---|---|---|---|---|
| C1MHREFFY | | 5 Feet | 33-pin | 4 | 25-pin | w/CARTO® XP System PIU |

# Cables for REFSTAR® RMT with QWIKPATCH® External Reference Patch

| Catalog No. | Made to Order | Length | Catheter Connector Type | Electrogram Conductors | PIU Connector Type | Typical Usage |
|---|---|---|---|---|---|---|
| C5MHREFMHS (Blue) | | 5 Feet | 25-Pin (Blue) | 4 | 25-Pin (Blue) | w/CARTO® XP System PIU |

# Cables Connecting CARTO® System Patient Interface Unit to Generator

| Catalog No. | Made to Order | Length | PIU Connector Type | Electrogram Conductors | Generator Connector Type | Typical Usage |
|---|---|---|---|---|---|---|
| C10MRMSTKDTCS (Green & Red) | | 10 Feet | 10-pin | 4 | 10-pin | Stockert 70 Generator |
| C10MR10MSTKS | | 10 Feet | 10-pin | 4 | 10-pin | Stockert 70 Generator |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

44



45

CONFIDENTIAL

# CARTO® 3 System Solutions | CONNECTION of CHOICE®



**CR3425CT**
NAVISTAR®
Catheters

**D128623:**
5 foot version
of CR3425CT

**CB3412CT**
**WEBSTER® Decapolar Catheters**
**with Auto ID**

**CR3434CT**
CARTO® 3 System
NAVISTAR®
Curve
Visualization
Catheters

STIMULATOR

RF GENERATOR  MAP  REF/DECA  QUAD A  QUAD B

20 POLE A  20 POLE B  DECA

PATCHES

ULTRASOUND  ECG

**D134401 plus**
**M50500060**
**LASSO® NAV eco Catheters**
**and PENTARAY®**
**NAV eco Catheters**

**CB3434CT**
**20 Pole Diagnostic**
**Catheters with Auto ID**

**D128627:**
**5 foot version of CB3434CT**

**D1286...**
20 Pole
Diagnost...
Catheters
(non-Auto

46

BWI-INN00089361

CARTO® System Solutions | Cables | CONNECTION & CHOICE® Chart

# Chart



**CB3410CT**

**WEBSTER®** Diagnostic
Catheters with
up to 10 poles
(non-Auto ID)

**CY1212CT**

**WEBSTER®** Diagnostic
Catheters with Auto ID
with up to 10 poles

**LASSO®** Decapolar
Catheters with Auto ID

**CY1210CT**

**WEBSTER®**
Diagnostic
Catheters with
up to 10 poles
(non Auto ID)

**EM5050060** or
**EM5050040**
(5 foot version)

Ultrasound
Catheters



### D128709
A reverse cable to connect
**WEBSTER®** Catheters with Auto ID
up to 10 poles directly to a
recording system



### D128622
Connect 20 Pole Diagnostic
Catheters with Auto ID directly
to a recording system

47

CONFIDENTIAL

CARTO® System Solutions | Cables | Cable Catheter Compatibility

| Type | Catheters | Pin Connector | Catalog No. |
|---|---|---|---|
| Ablation | NAVISTAR® 4mm Catheter<br>NAVISTAR® 8mm Catheter<br>THERMOCOOL® NAV Catheter | 25 Pin | CR3425CT *or* D128623 *(5 foot version)* |
| | THERMOCOOL® SF NAV Catheter with Curve Visualization<br>THERMOCOOL® SMARTTOUCH Catheter<br>THERMOCOOL® SMARTTOUCH SF Catheter | 34 Pin | CR3434CT |
| Diagnostic | 20 Pole Diagnostic Catheters with Auto ID<br>DECANAV® Catheter | 34 Pin | CB3434CT *or* D128627 *(5 foot version)* |
| | LASSO® NAV eco Catheter<br>PENTARAY® NAV eco Catheter | 34 Pin | D134401<br>EM5050060<br>20 Pole eco Cable |
| | WEBSTER® CS Catheter | 10 Pin | CB3410CT |
| | WEBSTER® CS Bi-Directional Catheter<br>WEBSTER® CS Uni-Directional Catheter with Auto ID<br>WEBSTER® Decapolar Catheter with Auto ID | 12 Pin | CB3412CT |
| | 20 Pole Diagnostic Catheters | 34 Pin | D128624 |
| Diagnostic | WEBSTER® Quadrapolar and Octapolar Catheters<br>WEBSTER® Diagnostic Catheters up to 10 Poles<br>LASSO® Decapolar Catheter with Auto ID | 10 Pin | CY1210CT |
| | WEBSTER® Quadrapolar and Octapolar Catheters<br>LASSO® Decapolar Catheter | 12 Pin | CY1212CT |
| Ultrasound | SOUNDSTAR® eco Catheters | 20 Pin | EM5050060 *or* EM5050040 *(5 foot version)* |

48

BWI-INN00089363

CARTO® System Solutions | Cables | Cable Catheter Compatibility

| Cable | Connects To | CARTO® 3 System |
|---|---|---|
|  | ❶ | **MAP**  ❶ |
|  | ❶ | **20 POLE A**  ② |
|  | ② ③ | **20 POLE B**  ③ |
|  | ② ③ ④ | **REF/DECA**  ④ |
|  | ③ | **QUAD A**  ⑤ |
|  | ③ | **QUADB**  ⑥ |
|  | ④ | **DECA**  ⑦ |
|  | ⑤ ⑥ ⑦ | **ULTRASOUND**  ⑧ |
|  | ⑤ ⑥ ⑦ | |
|  | ⑧ | |

49

BWI-INN00089364

50

CONFIDENTIAL

BWI-INN00089365



■ Non-Navigational Solutions



51

                                                      BWI-INN00089366

# Fixed Curve Types



**A Curve**
(Josephson Type / Yellow)

**D Curve**
(Damato Type / Blue)

**E Curve**
(White)



**F Curve**
(Cournand Type / Black)

**G Curve**
(Coronary Sinus / Orange)

CONFIDENTIAL

BWI-INN00089367

## Fixed Curve Types



H Curve
(4F Only)

K Curve
(Kreigh Moulton Type)

L Curve
(Levine Type)



P Curve
(Coronary Sinus – From Above)

53

BWI-INN00089368

**Non-Navigational Solutions | Uni-Directional Catheter Curve Types**

# Curve Types – Uni-Directional

Standard Insertion Lengths
5F............................80 cm
6F............................92 cm
7F............................115 cm
8F............................90 cm

## A Curve
(Yellow / 1.5″ / 3.8 cm)



32 mm

## B Curve
(Red / 2.0″ / 5.1 cm)



43 mm

## C Curve
(Green / 2.5″ S / 6.4 cm)



40 mm

## D Curve
(Blue / 2.5″ / 6.4 cm)



47 mm

## E Curve
(White / 2.5″ P / 6.4 cm)



46 mm

## F Curve
(Orange / 3.0″ P / 7.6 cm)



50 mm

54    Special order Catheters may be assigned a curve name that most closely resembles a standard curve.

**Non-Navigational Solutions | Uni-Directional Catheter Curve Types**

# Curve Types – Uni-Directional

### J Curve
(Black / 4.0″ P / 10.2 cm)



102 mm

### K Curve
(Black / 3.0″ S / 7.6 cm)



76 mm

### 270° Curve
(Purple)



Special order Catheters may be assigned a curve name that most closely resembles a standard curve.

55

CONFIDENTIAL

BWI-INN00089370

# Curve Types – Bi-Directional



**D-D Curve**
(Blue / Blue)

**F-F Curve**
(Orange / Orange)

**J-J Curve**
(Black / Black)



**D-F Curve**
(Blue / Orange)

**F-J Curve**
(Orange / Black)

Special order Catheters may be assigned a curve name that most closely resembles a standard curve.

CONFIDENTIAL     BWI-INN00089371



■ Therapeutic Catheters

57

CONFIDENTIAL

BWI-INN00089372

# THERMOCOOL® Ablation Catheters

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **DI7TCBLRT** | | 4 | 3.5 mm | 7F | B/Red | 2-5-2 mm | 115 cm |
| **DI7TCDLRT** | | 4 | 3.5 mm | 7F | D/Blue | 2-5-2 mm | 115 cm |
| **DI7TCFLRT** | | 4 | 3.5 mm | 7F | F/Orange | 2-5-2 mm | 115 cm |
| **DI7TCJLRT** | | 4 | 3.5 mm | 7F | J/Black | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MR10MSTKS | Catheter to Stockert 70 Generator |
| D130302 | Catheter to SMARTABLATE® System |

Associated Tubing

| Catalog No.: | Description |
|---|---|
| CFT001 | COOLFLOW® Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089373

## THERMOCOOL® Bi-Directional Ablation Catheters

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Shaft Size/ Tip Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **BDI75TCDDRT** | | 4 | 3.5 mm | 7.5F/8F | D-D/Blue-Blue | 2-5-2 mm | 115 cm |
| **BDI75TCDFRT** | | 4 | 3.5 mm | 7.5F/8F | D-F/Blue-Orange | 2-5-2 mm | 115 cm |
| **BDI75TCFFRT** | | 4 | 3.5 mm | 7.5F/8F | F-F/Orange-Orange | 2-5-2 mm | 115 cm |
| **BDI75TCFJRT** | | 4 | 3.5 mm | 7.5F/8F | F-J/Orange-Black | 2-5-2 mm | 115 cm |
| **BDI75TCJJRT** | | 4 | 3.5 mm | 7.5F/8F | J-J/Black-Black | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MR10MSTKS | Catheter to Stockert 70 Generator |
| D130302 | Catheter to SMARTABLATE® System |

Associated Tubing

| Catalog No.: | Description |
|---|---|
| CFT001 | COOLFLOW® Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089374

# THERMOCOOL® SF Uni-Directional Ablation Catheters

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **D131601** | | 4 | 3.5 mm | 7.5F | B/Red | 2-5-2 mm | 115 cm |
| **D131602** | | 4 | 3.5 mm | 7.5F | D/Blue | 2-5-2 mm | 115 cm |
| **D131603** | | 4 | 3.5 mm | 7.5F | F/Orange | 2-5-2 mm | 115 cm |
| **D131604** | | 4 | 3.5 mm | 7.5F | J/Black | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MR10MSTKS | Catheter to Stockert 70 Generator |
| D130302 | Catheter to SMARTABLATE® System |

Associated Tubing

| Catalog No.: | Description |
|---|---|
| SAT001 | SMARTABLATE® Pump Tubing |
| CFT001 | COOLFLOW® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089375

# THERMOCOOL® SF Bi-Directional Ablation Catheters

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **BDI35BBRT** | ✓ | 4 | 3.5 mm | 7.5F/8F | B-B/ Red-Red | 2-5-2 mm | 115 cm |
| **BDI35BDRT** | ✓ | 4 | 3.5 mm | 7.5F/8F | B-D/ Red-Blue | 2-5-2 mm | 115 cm |
| **BDI35BFRT** | ✓ | 4 | 3.5 mm | 7.5F/8F | B-F/ Red-Orange | 2-5-2 mm | 115 cm |
| **BDI35DDRT** | | 4 | 3.5 mm | 7.5F/8F | D-D/Blue-Blue | 2-5-2 mm | 115 cm |
| **BDI35DFRT** | | 4 | 3.5 mm | 7.5F/8F | D-F/ Blue-Orange | 2-5-2 mm | 115 cm |
| **BDI35DJRT** | ✓ | 4 | 3.5 mm | 7.5F/8F | D-J/Blue-Black | 2-5-2 mm | 115 cm |
| **BDI35FFRT** | | 4 | 3.5 mm | 7.5F/8F | F-F/Orange-Orange | 2-5-2 mm | 115 cm |
| **BDI35FJRT** | | 4 | 3.5 mm | 7.5F/8F | F-J/ Orange-Black | 2-5-2 mm | 115 cm |
| **BDI35JJRT** | | 4 | 3.5 mm | 7.5F/8F | J-J/ Black-Black | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MR10MSTKS | Catheter to Stockert 70 Generator |
| D130302 | Catheter to SMARTABLATE® System |

Associated Tubing

| Catalog No.: | Description |
|---|---|
| CFT001 | COOLFLOW® Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

61

CONFIDENTIAL

BWI-INN00089376

# CELSIUS® Bi-Directional Ablation Catheters (Thermocouple)

1-7-4 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| BD7TCDD4L | | 4 | 4 mm | 7F | D-D/Blue-Blue | 1-7-4 mm | 115 cm |
| BD7TCDF4L | | 4 | 4 mm | 7F | D-F/Blue-Orange | 1-7-4 mm | 115 cm |
| BD7TCFF4L | | 4 | 4 mm | 7F | F-F/Orange-Orange | 1-7-4 mm | 115 cm |
| BD7TCFJ4L | | 4 | 4 mm | 7F | F-J/Orange-Black | 1-7-4 mm | 115 cm |
| BD7TCJJ4L | | 4 | 4 mm | 7F | J-J/Black-Black | 1-7-4 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MR10MSTKS | Catheter to Stockert 70 Generator |
| D130302 | Catheter to SMARTABLATE® System |

# CELSIUS® THERMOCOOL® RMT Catheter

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| CR7TCSIRT | | 4 | 3.5 mm | 8F | N/A | 2-5-2 mm | 130 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| D130302 | Catheter to SMARTABLATE® System |
| C10MR10MSTKS | Catheter to Stockert 70 Generator |

Associated Tubing

| Catalog No.: | Description |
|---|---|
| CFT001 | COOLFLOW® Tubing |
| SAT001 | SMARTABLATE® Pump Tubing |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

62

# CELSIUS® Thermocouple Ablation Catheters (Braided Tip)

2-5-2 mm

2-5-2 mm Grooved

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| D7BTCBL252RT | ✓ | 4 | 4 mm | 7F | B/Red | 2-5-2 mm | 115 cm |
| D7BTCCL252RT | ✓ | 4 | 4 mm | 7F | C/Green | 2-5-2 mm | 115 cm |
| D7BTCDL252RT | | 4 | 4 mm | 7F | D/Blue | 2-5-2 mm | 115 cm |
| D7BTCEL252RT | ✓ | 4 | 4 mm | 7F | E/White | 2-5-2 mm | 115 cm |
| D7BTCFL252RT | | 4 | 4 mm | 7F | F/Orange | 2-5-2 mm | 115 cm |
| D8BTCDL252RT | | 4 | 4 mm | 8F | D/Blue | 2-5-2 mm | 90 cm |
| D8BTCEL252RT | | 4 | 4 mm | 8F | E/White | 2-5-2 mm | 90 cm |
| D8BTCFL252RT | | 4 | 4 mm | 8F | F/Orange | 2-5-2 mm | 90 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MR10MSTKS | Catheter to Stockert 70 Generator |
| D130302 | Catheter to SMARTABLATE® System |

Non-Navigational Solutions | Therapeutic Catheters | CELSIUS® DS Catheters

# CELSIUS® DS Catheters

1-6-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| D7TCB8L162RT | | 4 | 8 mm | 7F | B/Red | 1-6-2 mm | 115 cm |
| D7TCD8L162RT | | 4 | 8 mm | 7F | D/Blue | 1-6-2 mm | 115 cm |
| D7TCF8L162RT | | 4 | 8 mm | 7F | F/Orange | 1-6-2 mm | 115 cm |
| D7TCJ8L162RT | | 4 | 8 mm | 7F | J/Black | 1-6-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MRMSTKDTCS | Catheter to Stockert 70 Generator |
| D130303 | Catheter to SMARTABLATE® System |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089378

# CELSIUS® DS Bi-Directional Catheters

1-7-4 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **BD7TCDD8L** | 4 | 8 mm | 7F | D-D/Blue-Blue | 1-7-4 mm | 115 cm |
| **BD7TCDF8L** | 4 | 8 mm | 7F | D-F/Blue-Orange | 1-7-4 mm | 115 cm |
| **BD7TCFF8L** | 4 | 8 mm | 7F | F-F/Orange-Orange | 1-7-4 mm | 115 cm |
| **BD7TCFJ8L** | 4 | 8 mm | 7F | F-J/Orange-Black | 1-7-4 mm | 115 cm |
| **BD7TCJJ8L** | 4 | 8 mm | 7F | J-J/Black-Black | 1-7-4 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MRMSTKDTCS | Catheter to Stockert 70 Generator |
| D130303 | Catheter to SMARTABLATE® System |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089379

# CELSIUS® Thermistor Ablation Catheters (Non-Braided Tip)

2-5-2 mm

2-5-2 mm Grooved

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| D6TAL252RT | | 4 | 4 mm | 6F | A/Yellow | 2-5-2 mm | 92 cm |
| D6TAG252RT | ✓ | 4 | 4 mm Grooved | 6F | A/Yellow | 2-5-2 mm | 92 cm |
| D6TBL252RT | ✓ | 4 | 4 mm | 6F | B/Red | 2-5-2 mm | 92 cm |
| D6TDL252RT | | 4 | 4 mm | 6F | D/Blue | 2-5-2 mm | 92 cm |
| D6TDG252RT | ✓ | 4 | 4 mm Grooved | 6F | D/Blue | 2-5-2 mm | 92 cm |
| D7TAL252RT | | 4 | 4 mm | 7F | A/Yellow | 2-5-2 mm | 115 cm |
| D7TBL252RT | | 4 | 4 mm | 7F | B/Red | 2-5-2 mm | 115 cm |
| D7TCL252RT | | 4 | 4 mm | 7F | C/Green | 2-5-2 mm | 115 cm |
| D7TDG252RT | | 4 | 4 mm Grooved | 7F | D/Blue | 2-5-2 mm | 115 cm |
| D7TDL252RT | | 4 | 4 mm | 7F | D/Blue | 2-5-2 mm | 115 cm |
| D7TEL252RT | | 4 | 4 mm | 7F | E/White | 2-5-2 mm | 115 cm |
| D7TFG252RT | ✓ | 4 | 4 mm Grooved | 7F | F/Orange | 2-5-2 mm | 115 cm |
| D7TFL252RT | | 4 | 4 mm | 7F | F/Orange | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MR10MSTKS | Catheter to Stockert 70 Generator |
| D130302 | Catheter to SMARTABLATE® System |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

65

BWI-INN00089380

# CELSIUS® Thermocouple Ablation Catheters (Non-Braided Tip)

2-5-2 mm

2-5-2 mm Grooved

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| D6TCAL252RT | | 4 | 4 mm | 6F | A/Yellow | 2-5-2 mm | 92 cm |
| D6TCBG252RT | ✓ | 4 | 4 mm Grooved | 6F | B/Red | 2-5-2 mm | 92 cm |
| D6TCBL252RT | | 4 | 4 mm | 6F | B/Red | 2-5-2 mm | 92 cm |
| D6TCDL252RT | | 4 | 4 mm | 6F | D/Blue | 2-5-2 mm | 92 cm |
| D6TCEL252RT | ✓ | 4 | 4 mm | 6F | E/White | 2-5-2 mm | 92 cm |
| D7TCAL252RT | | 4 | 4 mm | 7F | A/Yellow | 2-5-2 mm | 115 cm |
| D7TCBL252RT | | 4 | 4 mm | 7F | B/Red | 2-5-2 mm | 115 cm |
| D7TCCL252RT | | 4 | 4 mm | 7F | C/Green | 2-5-2 mm | 115 cm |
| D7TCDL252RT | | 4 | 4 mm | 7F | D/Blue | 2-5-2 mm | 115 cm |
| D7TCEL252RT | | 4 | 4 mm | 7F | E/White | 2-5-2 mm | 115 cm |
| D7TCFG252RT | ✓ | 4 | 4 mm Grooved | 7F | F/Orange | 2-5-2 mm | 115 cm |
| D7TCFL252RT | | 4 | 4 mm | 7F | F/Orange | 2-5-2 mm | 115 cm |
| D7TC270L252RT | ✓ | 4 | 4 mm | 7F | 270° | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MR10MSTKS | Catheter to Stockert 70 Generator |
| D130302 | Catheter to SMARTABLATE® System |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089381

**Non-Navigational Solutions | Therapeutic Catheters | CELSIUS FLTR™ Catheters**

## CELSIUS FLTR™ Catheters

0.5-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **D135501** | | 4 | 8 mm | 7.5F | F | 0.5-5-2 mm | 115 cm |
| **D135502** | | 4 | 8 mm | 7.5F | XR | 0.5-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| D130303 | Catheter to SMARTABLATE® System |

## CELSIUS FLTR™ Bi-Directional Catheter

0.5-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **D135901** | | 4 | 8 mm | 7.5F | D-XR | 0.5-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| D130303 | Catheter to SMARTABLATE® System |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089382

# CELSIUS® RMT 4 mm Steerable Catheter

2-5-2 mm

| Catalog No. | Made to Order | Number of Electrodes | Tip Electrode | Size | Curve | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **CR7TCS4RTU** | | 4 | 4 mm | 7F | N/A | 2-5-2 mm | 125 cm |

Associated Cable:

| Catalog No.: | Connects |
|---|---|
| C10MR10MSTKS | Catheter to Stockert 70 Generator |
| D130302 | Catheter to SMARTABLATE® System |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

68

CONFIDENTIAL

BWI-INN00089383



■ Diagnostic Catheters

CONFIDENTIAL

BWI-INN00089384

70

CONFIDENTIAL

BWI-INN00089385

**Non-Navigational Solutions | Diagnostic Catheters | LASSO® Catheters**

## LASSO® Catheters



| Catalog No. | Auto-ID | Made to Order | Number of Electrodes | Shaft Size | Loop Size | Curve | Loop Diameter | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|---|---|
| **D7L1012RT** | | | 10 | 7F | 3F | D | 12 mm | 4 mm | 115 cm |
| **D7L1015CT** | ✓ | | 10 | 7F | 3F | D | 15 mm | 4.5 mm | 115 cm |
| **D7L1015RT** | | | 10 | 7F | 3F | D | 15 mm | 4.5 mm | 115 cm |
| **D7L1020CT** | ✓ | | 10 | 7F | 3F | D | 20 mm | 6 mm | 115 cm |
| **D7L1020RT** | | | 10 | 7F | 3F | D | 20 mm | 6 mm | 115 cm |
| **D7L1025RT** | | ✓ | 10 | 7F | 3F | D | 25 mm | 8 mm | 115 cm |
| **D7L1230RT** | | | 10 | 7F | 3F | D | 30 mm | 30 mm | 115 cm |
| **122073S** | | | 10 | 7F | 3F | J | 20 mm | 6 mm | 115 cm |
| **D7L2015CT** | ✓ | ✓ | 20 | 7F | 3F | D | 15 mm | 4.5 mm | 115 cm |
| **D7L2015RT** | | | 20 | 7F | 3F | D | 15 mm | 4.5 mm | 115 cm |
| **D7L2020CT** | ✓ | | 20 | 7F | 3F | D | 20 mm | 6 mm | 115 cm |
| **D7L2020RT** | | | 20 | 7F | 3F | D | 20 mm | 6 mm | 115 cm |
| **D7L2025RT** | | ✓ | 20 | 7F | 3F | D | 25 mm | 8 mm | 115 cm |
| **D7L2040RT** | | ✓ | 20 | 7F | 4F | D | 40 mm | 40 mm | 115 cm |
| **122072S** | | ✓ | 20 | 7F | 4F | D | 35 mm | 11 mm | 115 cm |

Associated Cable: One of the below options is requred.

| Catalog No.: | Connects | Quantity Required | Cable Color |
|---|---|---|---|
| C6MRMST10SA | Catheter to Recording System | 2 | Black |
| CB3434CT | Catheter to CARTO® 3 System PIU | | Blue |
| CY1210CT | Catheter to CARTO® 3 System | | Yellow |
| CY1212CT | Catheter to CARTO® 3 System | | Yellow |
| D128624 | Catheter to CARTO® 3 System | | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089386

**Non-Navigational Solutions | Diagnostic Catheters | LASSO® 2515 Variable Catheters**

## LASSO® 2515 Variable Catheters



| Catalog No. | Made to Order | Number of Electrodes | Shaft Size | Loop Size | Curve | Loop Diameter | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|---|
| **D7L102515RT** | | 10 | 7F | 4F | D | 25-15 mm | 8 mm | 115 cm |
| **D7L202515RT** | | 20 | 7F | 4F | D | 25-15 mm | 2-6-2 mm | 115 cm |

Associated Cable: One of the below options is required.

| Catalog No.: | Connects | Quantity Required | Cable Color |
|---|---|---|---|
| C6MRMST10SA | Catheter to Recording System | 2 | Black |
| D128624 | Catheter to CARTO® 3 System | | |
| CY1210CT | Catheter to CARTO® 3 System | | Yellow |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

72

**Non-Navigational Solutions | Diagnostic Catheters | WEBSTER® Quadrapolar Deflectable Catheters**

# WEBSTER® Quadrapolar Deflectable Catheters

2-5-2 mm

5 mm

10 mm

| Catalog No. | Auto-ID | Made to Order | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| D6DR252CT | ✓ | | 1 mm | 6F | D/Blue | 2-5-2 mm | 92 cm |
| D6DR252RT | | | 1 mm | 6F | D/Blue | 2-5-2 mm | 92 cm |
| D6DR005CT | ✓ | | 1 mm | 6F | D/Blue | 5 mm | 92 cm |
| D6DR005RT | | | 1 mm | 6F | D/Blue | 5 mm | 92 cm |
| D6DR010RT | | | 1 mm | 6F | D/Blue | 10 mm | 92 cm |
| D7DR252CT | ✓ | | 1 mm | 7F | D/Blue | 2-5-2 mm | 115 cm |
| D7DR252RT | | | 1 mm | 7F | D/Blue | 2-5-2 mm | 115 cm |
| D7DR005RT | | | 1 mm | 7F | D/Blue | 5 mm | 115 cm |
| D7DR010RT | | | 1 mm | 7F | D/Blue | 10 mm | 115 cm |
| D6FR252RT | | | 1 mm | 6F | F/Black | 2-5-2 mm | 92 cm |
| D6S270L252RT | | ✓ | 4 mm | 6F | 270º/Purple | 2-5-2 mm | 92 cm |
| D7FR252RT | | | 1 mm | 7F | F/Black | 2-5-2 mm | 115 cm |
| D5SAL252RT | | | 3 mm | 5F | A/Yellow | 2-5-2 mm | 80 cm |
| D4S04DR005RT | | ✓ | | 4F | D | 5 mm | 110 cm |
| D4S04FR005RT | | ✓ | | 4F | F | 5 mm | 110 cm |
| 1097582S | | ✓ | | 7F | J | 2-5-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| C6MRMST4SA (Black) | Catheter to CARTO® XP or Recording System | |
| C6YMRMST4SA (Yellow) | Catheter to CARTO® XP or Recording System | |
| C6TMRMST4SA (Teal) | Catheter to CARTO® XP or Recording System | |
| CY1212CT (Yellow) | Catheter to CARTO® 3 System | ✓ |
| CY1210CT (Yellow) | Catheter to CARTO® 3 System | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089388

# WEBSTER® Quadrapolar Fixed Catheters

2 mm

2-5-2 mm

5 mm

10 mm

| Catalog No. | Auto-ID* | Made to Order | Indication | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|---|
| F4QA005RT | | | RA, RV, His | 1 mm | 4F | A/Yellow | 5 mm | 100 cm |
| F4QF005RT | | | RA, RV, His | 1 mm | 4F | F/Black | 5 mm | 100 cm |
| F4QH005RT | | | RA, RV, His | 1 mm | 4F | H | 5 mm | 100 cm |
| F5CQA005RT | | | RA, RV | 1 mm | 5F | A/Yellow | 5 mm | 115 cm |
| F5CQA252RT | | | RA, RV, His | 1 mm | 5F | A/Yellow | 2-5-2 mm | 115 cm |
| F5CQD005RT | | | RA, RV | 1 mm | 5F | D/Blue | 5 mm | 115 cm |
| F5CQF005RT | | ✓ | RA, RV | 1 mm | 5F | F/Black | 5 mm | 115 cm |
| F5CQF252RT | | ✓ | RA, RV, His | 1 mm | 5F | F/Black | 2-5-2 mm | 115 cm |
| F5QA002RT | | | RA, RV | 1 mm | 5F | A/Yellow | 2 mm | 110 cm |
| F5QA005CT | ✓ | | RA, RV | 1 mm | 5F | A/Yellow | 5 mm | 110 cm |
| F5QA005RT | | | RA, RV | 1 mm | 5F | A/Yellow | 5 mm | 110 cm |
| F5QA010RT | | ✓ | | 1 mm | 5F | A | 10 mm | 110 cm |
| F5QA252RT | | | RA, RV, His | 1 mm | 5F | A/Yellow | 2-5-2 mm | 110 cm |
| F5QD002RT | | | RV | 1 mm | 5F | D/Blue | 2 mm | 110 cm |
| F5QD005RT | | | RA, RV | 1 mm | 5F | D/Blue | 5 mm | 110 cm |
| F5QD010RT | | ✓ | RV, His | 1 mm | 5F | D/Blue | 10 mm | 110 cm |
| F5QD252RT | | | | 1 mm | 5F | D | 2-5-2 mm | 110 cm |
| F5QF002RT | | ✓ | RA, RV | 1 mm | 5F | F/Black | 2 mm | 110 cm |
| F5QF005CT | | | RA, RV | 1 mm | 5F | F/Black | 5 mm | 110 cm |
| F5QF005RT | ✓ | | RA, RV | 1 mm | 5F | F/Black | 5 mm | 110 cm |
| F5QF010RT | | | RA, RV, His | 1 mm | 5F | F/Black | 10 mm | 110 cm |
| F5QF252RT | | | RA, RV, His | 1 mm | 5F | F/Black | 2-5-2 mm | 110 cm |
| F5QL005RT | | ✓ | RV, His | 1 mm | 5F | L | 5 mm | 110 cm |
| F5QL010ST | | | | 1 mm | 5F | L | 10 mm | 125 cm |
| F5SQA252RT | | ✓ | RA, RV, His | 1 mm | 5F | A/Yellow | 2-5-2 mm | 80 cm |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

74

BWI-INN00089389

## WEBSTER® Quadrapolar Catheters (continued)

| Catalog No. | Auto-ID* | Made to Order | Indication | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|---|
| F65QA005RT | | | RA, RV | 1 mm | 6/5F‡ | A/Yellow | 5 mm | 115 cm |
| F6CQA005RT | | | RA, RV | 1 mm | 6F | A/Yellow | 5 mm | 115 cm |
| F6CQA252RT | ✓ | | RA, RV, His | 1 mm | 6F | A/Yellow | 2-5-2 mm | 115 cm |
| F6CQF005RT | | | RA, RV | 1 mm | 6F | F/Black | 5 mm | 115 cm |
| F6CQF010RT | ✓ | | RA, RV, His | 1 mm | 6F | F/Black | 10 mm | 115 cm |
| F6QA002RT | | | RA, RV | 1 mm | 6F | A/Yellow | 2 mm | 115 cm |
| F6QA005CT | ✓ | | RA, RV | 1 mm | 6F | A/Yellow | 5 mm | 115 cm |
| F6QA005RT | | | RA, RV | 1 mm | 6F | A/Yellow | 5 mm | 115 cm |
| F6QA010RT | | | RA, RV, His | 1 mm | 6F | A/Yellow | 10 mm | 115 cm |
| F6QA252RT | | | RA, RV, His | 1 mm | 6F | A/Yellow | 2-5-2 mm | 115 cm |
| F6QD002RT | | | RV | 1 mm | 6F | D/Blue | 2 mm | 115 cm |
| F6QD005RT | | | RA, RV | 1 mm | 6F | D/Blue | 5 mm | 115 cm |
| F6QD010RT | | | RV, His | 1 mm | 6F | D/Blue | 10 mm | 115 cm |
| F6QD252RT | | | RA, RV, His | 1 mm | 6F | D/Blue | 2-5-2 mm | 115 cm |
| F6QF002RT | | | RA, RV, His | 1 mm | 6F | F/Black | 2 mm | 115 cm |
| F6QF005CT | ✓ | | RA, RV | 1 mm | 6F | F/Black | 5 mm | 115 cm |
| F6QF005RT | | | RA, RV | 1 mm | 6F | F/Black | 5 mm | 115 cm |
| F6QF010RT | | | RA, RV, His | 1 mm | 6F | F/Black | 10 mm | 115 cm |
| F6QF252RT | | | RA, RV, His | 1 mm | 6F | F/Black | 2-5-2 mm | 115 cm |
| F6QK002RT | | ✓ | RA, RV, His | 1 mm | 6F | K | 2 mm | 115 cm |
| F6QL005RT | | | RV, His | 1 mm | 6F | L | 5 mm | 115 cm |
| F6QL010RT | | | RA, RV, His | 1 mm | 6F | L | 10 mm | 115 cm |
| F6QL010ST | | | | 1 mm | 6F | L | 10 mm | 115 cm |
| F6QRA005RT | | | | 1 mm | 6F | A | 5 mm | 115 cm |
| F6QRF005RT | | | | 1 mm | 6F | F | 5 mm | 115 cm |
| F6QRF252RT | | | | 1 mm | 6F | F | 2-5-2 mm | 115 cm |

Associated Cable: One of the below options is requred.

| Catalog No.: | Connects | Cable Color |
|---|---|---|
| CY1210CT | Catheter to CARTO® 3 System | Yellow |
| CY1212CT | Catheter to CARTO® 3 System | Yellow |
| C6MRMST4SA | Catheter to Recording System | Black |
| C6YMRMST4SA | Catheter to Recording System | Yellow |
| C6TMRMST4SA | Catheter to Recording System | Teal |

75

BWI-INN00089390

# WEBSTER® Hexapolar Deflectable Catheters

2 mm (spacing irregularly due to anchor placement)

| Catalog No. | Made to Order | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|
| **D5S06AL252RT** | ✓ | 3 mm | 5F | A/Yellow | 2-5-2 mm | 80 cm |
| **D606DR002RT** | | 1 mm | 6F | D/Blue | 2 mm | 92 cm |
| **D706DR002RT** | ✓ | 1 mm | 7F | D/Blue | 2 mm | 115 cm |
| **D706DL002RT** | ✓ | 4 mm | 7F | D/Blue | 2 mm | 115 cm |

Associated Cable: One of the below options is required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| C6MRMST6SA (Black) | Catheter to Recording System | |
| CY1210CT (Yellow) | Catheter to CARTO® 3 System | |
| CB3410CT (Blue) | Catheter to CARTO® 3 System | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL                                                          BWI-INN00089391

**Non-Navigational Solutions | Diagnostic Catheters | WEBSTER® Hexapolar Fixed Catheters**

# WEBSTER® Hexapolar Fixed Catheters



| Catalog No. | Made to Order | Indication | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **F4SHH252RT** | ✓ | His | 1 mm | 4F | H | 2-5-2 mm | 65 cm |
| **F5SHA252RT** | | His | 1 mm | 5F | A/Yellow | 2-5-2 mm | 80 cm |
| **F6HA002RT** | ✓ | His | 1 mm | 6F | A/Yellow | 2 mm | 115 cm |
| **F6HF002RT** | | His | 1 mm | 6F | F/Black | 2 mm | 115 cm |
| **F6HF005RT** | | RA, His | 1 mm | 6F | F/Black | 5 mm | 115 cm |
| **F6HF010RT** | | His | 1 mm | 6F | F/Black | 10 mm | 115 cm |
| **1085182S** | ✓ | | 1 mm | 5F | F | | |
| **1086259RT** | ✓ | RA | 1 mm | 6F | A | 2.5-2.5-2.5 2.5-247.5 mm | 115 cm |
| **1086577S** | | | | 6f | F | 3-3-3-3-7 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects | Cable Color |
|---|---|---|
| C6MRMST6SA (Black) | Catheter to Recording System | Black |
| CY1210CT (Yellow) | Catheter to CARTO® 3 System | Yellow |
| CB3410CT (Blue) | Catheter to CARTO® 3 System | Blue |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089392

# WEBSTER® Octapolar Deflectable Catheters

2-5-2 mm

2-10-2-2-2-5-2 mm

2 mm (spacing irregularity due to anchor placement)

5 mm

Pairs at 10 mm (2-8-2 mm)

| Catalog No. | Auto-ID* | Made to Order | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| D508D005RT | | ✓ | 1 mm | 5F | D/Blue | 5 mm | 80 cm |
| D508DP10RT | | | 1 mm | 5F | D/Blue | 2-8-2 mm | 92 cm |
| D608DR002CT | ✓ | | 1 mm | 6F | D/Blue | 2 mm | 92 cm |
| D608DR002RT | | | 1 mm | 6F | D/Blue | 2 mm | 92 cm |
| D608DR252RT | | | 1 mm | 6F | D/Blue | 2-5-2 mm | 92 cm |
| D6S08DRPRYRT | | ✓ | 1 mm | 6F | D/Blue | 2-10-2-2-2-5-2 mm | 92 cm |
| D708DR002RT | | | 1 mm | 7F | D/Blue | 2 mm | 115 cm |
| D708DR005RT | | ✓ | 1 mm | 7F | D/Blue | 5 mm | 115 cm |
| D708DL002RT | | ✓ | 4 mm | 7F | D/Blue | 2 mm | 115 cm |

Associated Cable: One of the below options is required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| CY1210CT (Yellow) | Catheter to CARTO® 3 System | |
| CB3410CT (Blue) | Catheter to CARTO® 3 System | |
| CY1212CT (Yellow) | Catheter to CARTO® 3 System | ✓ |
| C6MRMST8SA (Black) | Catheter to Recording System | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

78

# WEBSTER® Decapolar Deflectable Catheters

2 mm (spacing irregularity due to anchor placement)

5 mm

2-5-2 mm

Pairs at 10 mm (2-8-2 mm)

| Catalog No. | Auto-ID | Made to Order | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| D510DRP10RT | | | 1 mm | 5F | D/Blue | 2-8-2 mm | 110 cm |
| D610DRP10CT | ✓ | | 1 mm | 6F | D/Blue | 2-8-2 mm | 92 cm |
| D610DR002RT | | | 1 mm | 6F | D/Blue | 2 mm | 92 cm |
| D610DR252RT | | | 1 mm | 6F | D/Blue | 2-5-2 mm | 92 cm |
| D610DR005RT | | | 1 mm | 6F | D/Blue | 5 mm | 92 cm |
| D610DRP10RT | | | 1 mm | 6F | D/Blue | 2-8-2 mm | 92 cm |
| D610FR252RT | | | 1 mm | 6F | F/Orange | 2-5-2 mm | 92 cm |
| D610FR005RT | | | 1 mm | 6F | F/Orange | 5 mm | 92 cm |
| D6A10DRP10RT | | ✓ | 1 mm | 7F | D/Blue | 2-8-2 mm | 65 cm |
| D710DRP10CT | ✓ | | 1 mm | 7F | D/Blue | 2-8-2 mm | 115 cm |
| D710DRP10RT | | | 1 mm | 7F | D/Blue | 2-8-2 mm | 115 cm |

Associated Cable:

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| C6MRMST10SA (Black) | Catheter to CARTO® XP or Recording System | |
| C6OMRMST10SA (Orange) | Catheter to CARTO® XP or Recording System | |
| C6TMRMST10SA (Teal) | Catheter to CARTO® XP or Recording System | |
| CY1210CT (Yellow) | Catheter to CARTO® 3 System | |
| CB3412CT (Blue) | Catheter to CARTO® 3 System | ✓ |
| CB3410CT (Blue) | Catheter to CARTO® 3 System | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089394

**Non-Navigational Solutions | Diagnostic Catheters | WEBSTER® Decapolar Fixed Catheters**

# WEBSTER® Decapolar Fixed Catheters

2 mm

2-5-2 mm

2-8-2 mm

10 mm tail & 2-8-2 mm

| Catalog No. | Auto-ID* | Made to Order | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **F5ADPP10RT** | | | 1 mm | 5F | P | 2-8-2 mm (with 10 mm Tail) | 60 cm |
| **F5ADP282RT** | | | 1 mm | 5F | P | 2-8-2 mm | 60 cm |
| **F5ADP282CT** | ✓ | | 1 mm | 5F | P | 2-8-2 mm | 60 cm |
| **F6ADP282RT** | | | 1 mm | 6F | P | 2-8-2 mm | 60 cm |
| **1085122RT** | | | 1 mm | 5F | P | 2-8-2 mm | 110 cm |
| **F6DF252RT** | | | 1 mm | 6F | F/Black | 2-5-2 mm | 115 cm |
| **F6DG252RT** | | | 1 mm | 6F | G/Orange | 2-5-2 mm | 115 cm |
| **D1086784** | | | 1 mm | 6F | P | 2-10-2 mm | 120 cm |

Associated Cable:

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| C6MRMST10SA (Black) | Catheter to Recording System | |
| C6OMRMST10SA (Orange) | Catheter to Recording System | |
| C6TMRMST10SA (Teal) | Catheter to Recording System | |
| CY3410CT | Catheter to CARTO® 3 System | |
| CB3412CT (Blue) | Catheter to CARTO® 3 System | ✓ |
| CB3410CT (Blue) | Catheter to CARTO® 3 System | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089395

# WEBSTER® CS Bi-Directional Catheters

2-8-2 mm

| Catalog No. | Auto-ID | Made to Order | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **BD710DF282CT** | ✓ | | 2 mm | 7F | DF | 2-8-2 mm | 115 cm |
| **BD710DF282RTS** | | | 2 mm | 7F | DF | 2-8-2 mm | 115 cm |
| **BD710FJ282CT** | ✓ | | 2 mm | 7F | FJ | 2-8-2 mm | 115 cm |
| **BD710FJ282RTS** | | | 2 mm | 7F | FJ | 2-8-2 mm | 115 cm |

Associated Cable: One of the below options is required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| C6MRMST10SA (Black) | Catheter to Recording System | |
| C6OMRMST10SA (Orange) | Catheter to Recording System | |
| C6TMRMST10SA (Teal) | Catheter to Recording System | |
| CB3410CT (Blue) | Catheter to CARTO® 3 System | |
| CB3412CT (Blue) | Catheter to CARTO® 3 System | ✓ |
| CY1212CT (Yellow) | Catheter to CARTO® 3 System | ✓ |
| CY1210CT (Yellow) | Catheter to CARTO® 3 System | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

81

CONFIDENTIAL

**Non-Navigational Solutions | Diagnostic Catheters | WEBSTER® CS Uni-Directional Catheters**

# WEBSTER® CS Uni-Directional Catheters

2-8-2 mm

| Catalog No. | Auto-ID | Made to Order | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **D135303** | ✓ | | 2 mm | 6F | CS-D | 2-8-2 mm | 115 cm |
| **D135304** | ✓ | | 2 mm | 6F | CS-F | 2-8-2 mm | 115 cm |

Associated Cable: One of the below options is required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| CB3412CT | Catheter to CARTO® 3 System PIU | ✓ |
| CY1212CT | Catheter to CARTO® 3 System PIU | ✓ |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL                                                                 BWI-INN00089397

**Non-Navigational Solutions | Diagnostic Catheters | WEBSTER® Orthogonal and Duo-Decapolar Catheters**

# WEBSTER® Deflectable Curve Catheters – Orthogonal



8 sets of 2 at 5 mm (w/7 mm tail)

| Catalog No. | Made to Order | Tip Electrode | Size | Curve/Color | Spacing | Insertion Length |
|---|---|---|---|---|---|---|
| **OD73X4D010FS** | ✓ | None | 7F | D/Blue | 3 Sets of 4 | 115 cm at 10 mm |

Associated Cable:

| Catalog No.: | Connects | Qty. Req. |
|---|---|---|
| C3FFMST10X | Catheter to Recording System | 2 |

# WEBSTER® Duo–Decapolar Twenty Electrode Catheter

| Catalog No. | Tip Electrode | Loop Diameter | Size | Compression Coil | Electrode Spacing | Length |
|---|---|---|---|---|---|---|
| **D728260RT** | 2 mm | 60 mm | 7F | X | 2...60...2-8-2 mm | 110 cm |

Associated Cable: One of the below options is required.

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| C6MRMST10SA (Black) Qty. 2 Required | Catheter to Recording System | |
| C6OMRMST10SA (Orange) Qty. 2 Required | Catheter to Recording System | |
| C6TMRMST10SA (Teal) Qty. 2 Required | Catheter to Recording System | |
| D128624 | Catheter to CARTO® 3 System | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

83

CONFIDENTIAL

BWI-INN00089398

**Non-Navigational Solutions | Diagnostic Catheters | WEBSTER® HIS Catheters**

# WEBSTER® HIS Catheters



5 mm

2.5-10-2.5-2.5 mm

| Catalog No. | Auto-ID* | Made to Order | Number of Electrodes | Size | Curve | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| **D1085414** | ✓ | | 8 | 5F | HIS | 2 mm | 115 cm |
| **D1085413** | ✓ | | 4 | 5F | HIS-F | 5 mm | 115 cm |
| **D708RHISRT** | | | 8 | 7F | HIS | 2.5-10-2.5-2.5 mm | 90 cm |

Associated Cable:

| Catalog No.: | Connects | Auto ID |
|---|---|---|
| CY1212CT | Catheter to CARTO® 3 System PIU | ✓ |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089399

# HALO® and ISMUS® Catheter Twenty Electrode Catheters

HALO® XP 2-8-2 mm (w/20 mm tail)

Ismus® Cath 2-12-2 mm

HALO® XP 2-13-2 mm

| Catalog No. | Auto-ID | Made to Order | Number of Electrodes | Size | Catheter Curve | Spacing | Insertion Length |
|---|---|---|---|---|---|---|---|
| D6R20P12RT | | | 20 | 6F | ISMUS® Catheter 30 mm Loop | 2-10-2 mm | 110 cm |
| D6T20282RT | | | 20 | 6F | HALO® Catheter 30 mm Loop | 2-8-2 mm | 110 cm |
| D7R20P14CT | ✔ | | 20 | 7F | ISMUS® Catheter | 2-12-2 mm | 110 cm |
| D7R20P14RT | | | 20 | 7F | 13 cm/ISMUS® Catheter | 2-12-2 mm | 110 cm |
| D7T20282CT | ✔ | | 20 | 7F | Tricuspid/HALO® XP Catheter | 2-8-2 mm | 110 cm |
| D7T20282RT | | | 20 | 7F | Tricuspid/HALO® XP Catheter 60 mm Loop | (20) - 2-8-2 mm | 110 cm |
| D7T20P15RT | | | 20 | 7F | Tricuspid/HALO® XP Catheter 60 mm Loop | 2-13-2 mm | 110 cm |
| 116008RT | | ✔ | 20 | 7F | Tricuspid | 2, 18, 2-8-2 mm | 110 cm |
| 117117RT | | ✔ | 20 | 7F | ISMUS® Catheter | 2-5-2 mm | 110 cm |

Associated Cable:

| Catalog No.: | Connects | Required Quantity | Auto ID | Cable Color |
|---|---|---|---|---|
| C6MRMST10SA | Catheter to Recording System | 2 | | Black |
| C6OMRMST10SA | Catheter to Recording System | 2 | | Orange |
| C6TMRMST10SA | Catheter to Recording System | 2 | | Teal |
| D128624 | Catheter to CARTO® 3 System | | | |
| CB3434CT | Catheter to CARTO® 3 System | | ✔ | Blue |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

85

# CRISTACATH® Catheter

CRISTA® Cath 1-3-1 mm

| Catalog No. | Auto-ID | Made to Order | Tip Electrode | Size | Catheter Curve | Spacing | Insertion Length |
|-------------|---------|---------------|---------------|------|----------------|---------|------------------|
| **D7A20131RT** | | | 3mm | 7F | D | 1-3-1 mm | 115 cm |

Associated Cable: One of the below options is required.

| Catalog No.: | Connects | Auto ID |
|--------------|----------|---------|
| C6MRMST10SA (Black) Qty. 2 Required | Catheter to Recording System | |
| C6OMRMST10SA (Orange) Qty. 2 Required | Catheter to Recording System | |
| C6TMRMST10SA (Teal) Qty. 2 Required | Catheter to Recording System | |
| D128624 | Catheter to CARTO® 3 System | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

86

CONFIDENTIAL

BWI-INN00089401



■ Ultrasound Catheters

87

BWI-INN00089402

**Non-Navigational Solutions | Ultrasound Catheters | ACUNAV™ Ultrasound Catheters**

## ACUNAV™ Ultrasound Catheters



| Catalog No. | Size | Insertion Length | Compatibility |
|---|---|---|---|
| **10135936** | 8F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ ACUSON P500™ |
| **08255790** | 10F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ ACUSON P500™ |
| **10135910** | 8F | 90 cm | GE Vivid™*i*, Vivid™*q*, Vivid™*iq* |
| **10043342** | 10F | 90 cm | GE Vivid™*i*, Vivid™*q*, Vivid™*iq* |
| **R10135936** | 8F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ ACUSON P500™ |
| **R08255790** | 10F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ ACUSON P500™ |
| **R10135910** | 8F | 90 cm | GE Vivid™*i*, Vivid™*q*, Vivid™*iq* |
| **R10043342** | 10F | 90 cm | GE Vivid™*i*, Vivid™*q*, Vivid™*iq* |

For SOUNDSTAR® Catheter information, see page 33

| Catalog No. | Size | Insertion Length | Compatibility |
|---|---|---|---|
| **10135936** | 8F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ ACUSON P500™ |
| **08255790** | 10F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ ACUSON P500™ |
| **10043342** | 10F | 90 cm | GE Vivid™*i*, Vivid™*q*, Vivid™*iq* |
| **10135910** | 8F | 90 cm | GE Vivid™*i*, Vivid™*q*, Vivid™*iq* |
| **R10135936** | 8F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ ACUSON P500™ |
| **R08255790** | 10F | 90 cm | Siemens Sequoia™, Cypress™, ACUSON X300™, ACUSON X700™, ACUSON SC2000™ ACUSON P500™ |
| **R10135910** | 8F | 90 cm | GE Vivid™*i*, Vivid™*q*, Vivid™*iq* |
| **R10043342** | 10F | 90 cm | GE Vivid™*i*, Vivid™*q*, Vivid™*iq* |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089403



■ Access

CONFIDENTIAL

BWI-INN00089404

## PREFACE® Braided Guiding Sheaths



| Catalog No. | Made to Order | Size | Diameter | Internal Length | Curve |
|---|---|---|---|---|---|
| **301803MS** | | 8F | 0.110 inch | 62 cm | Multipurpose Short |



| Catalog No. | Made to Order | Size | Internal Diameter | Length | Curve |
|---|---|---|---|---|---|
| **301803M** | | 8F | 0.110 inch | 62 cm | Multipurpose |
| **301805M** | | 8F | 0.110 inch | 77 cm | Multipurpose |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089405

# PREFACE® Braided Guiding Sheaths



End View

| Catalog No. | Made to Order | Size | Internal Diameter | Length | Curve |
|---|---|---|---|---|---|
| **301803A** | | 8F | 0.110 inch | 62 cm | Anterior |



End View

| Catalog No. | Made to Order | Size | Internal Diameter | Length | Curve |
|---|---|---|---|---|---|
| **301803P** | | 8F | 0.110 inch | 62 cm | Posterior |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

91

CONFIDENTIAL

BWI-INN00089406

**Non-Navigational Solutions | Access | HEARTSPAN™ Transseptal Needles**

## HEARTSPAN™ Transseptal Needles



| Catalog No. | Description | Curve Angle | Needle ID |
|---|---|---|---|
| FND01900 | 19 gauge x 56 cm | 50° | 0.015 inch minimum |
| FND01901 | 18 gauge x 71 cm | 50° | 0.015 inch minimum |
| FND01902 | 18 gauge x 71 cm | 86° | 0.015 inch minimum |
| FND01903 | 18 gauge x 89 cm | 50° | 0.015 inch minimum |
| FND01905 | 18 gauge x 98 cm | 50° | 0.015 inch minimum |
| FND01906 | 18 gauge x 98 cm | 86° | 0.015 inch minimum |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089407

# MOBICATH® Sheath



| Catalog No. | Description | Size | Usable Length | Inner Diameter | Curve Size |
|---|---|---|---|---|---|
| **D140011** | Sheath Alone Large Curve | 11.5F | 72 mm | 8.5F | 30 mm |
| **D140010** | Sheath Alone Small Curve | 11.5F | 72 mm | 8.5F | 17 mm |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089408

94

CONFIDENTIAL

BWI-INN00089409



■ Cables

CONFIDENTIAL

BWI-INN00089410

# Non-Navigational Cables

| Catalog No. | Description | Length | Package 1 | Package 2 | Connector at Catheter | Connector at Catheter | Autoclavable |
|---|---|---|---|---|---|---|---|
| **C3MRMST4SA** | For 2 and 4 pole catheters, the interface cable 39F40R is 0.9 m long. It is also available in 1.8 m as 39F55R. | 0.9 m | | | 10-Pin | 4 Protected Tip Pins | yes |
| **C3MRMST8SA** | For 2, 4, 6 and 8 pole catheters | 0.9 m | | | 10-Pin | 8 Protected Tip Pins | yes |
| **C6MRMST4SA** | For 2 and 4 pole catheters | 1.8 m | | | 10-Pin | 4 Protected Tip Pins | yes |
| **C6MRMST10SA** | For 2, 4, 6, 8 and 10 pole catheters | 1.8 m | | | 10-Pin | 10 Protected Tip Pins | yes |
| **C3MRMST10SA** | For 2, 4, 6, 8 and 10 pole catheters, the interface cable 39F41R is 0.9 m long. It is also available in 1.8 m as 39F54R. | 0.9 m | | | 10-Pin | 10 Protected Tip Pins | yes |
| **S7008** | Connection cable for "3M" indifferent patch electrode | | X | X | | | |

Customers may expect orders to ship the same day if placed by 5:00 PM EST/EDT. Product availability will be confirmed at time of order placement.

CONFIDENTIAL

BWI-INN00089411



The third-party trademarks used herein are trademarks of their respective owners.

Important information: Prior to use, refer to the instructions for use supplied with this device for indications, contraindications, side effects, warnings and precautions.

Caution: US law restricts this device to sale by or on the order of a physician.

**Biosense Webster, Inc.**
33 Technology Drive
Irvine, CA 92618, USA
Tel: 909-839-8500
Tel: 800-729-9010
Fax: 909-468-2905
www.biosensewebster.com

©Biosense Webster, Inc. 2011–2017. All rights reserved.
033543-170327



BWI-INN00089412

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 43

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT 44

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 45