# EXHIBIT 46





PART OF THE *Johnson&Johnson* FAMILY OF COMPANIES

# Electrophysiology Catheter: Deflectable Tip; Deflectable Tip Orthogonal; Deflectable Braided Tip; Deflectable Tip HALO® XP Tricuspid Mapping, HALO®; & Deflectable Tip CRISTACATH™ and ISMUS® Cᴀᴛʜ Mapping Catheters

INSTRUCTIONS FOR USE — English — Page 6
Electrophysiology Catheter: Deflectable Tip; Deflectable Tip Orthogonal; Deflectable Braided Tip; Deflectable Tip HALO® XP Tricuspid Mapping, HALO® & Deflectable Tip CRISTACATH™ and ISMUS® Cath Mapping Catheters

MODE D'EMPLOI — Français — Page 8
Cathéter d'électrophysiologie – Embout orientable ; orthogonal à embout orientable ; embout tressé orientable ; Cathéter de cartographie tricuspide HALO® XP, à embout orientable HALO® ; et Cathéters de cartographie CRISTACATH™ et ISMUS® Cᴀᴛʜ à embout orientable

GEBRAUCHSANWEISUNG — Deutsch — Seite 10
Elektrophysiologie-Katheter: Steuerbarer Diagnostikkatheter; Steuerbarer orthogonaler Katheter; Steuerbare, geflochtene Spitze; Steuerbare HALO® XP Tricuspid Mapping, HALO®; und Steuerbare CRISTACATH™ und ISMUS® Cᴀᴛʜ Mapping Katheter

ISTRUZIONI PER L'USO — Italiano — Pagina 12
Catetere per elettrofisiologia – punta direzionabile; punta direzionabile ortogonale; punta armata direzionabile; punta direzionabile per il mappaggio della tricuspide HALO® XP e HALO®. Cateteri per mappaggio CRISTACATH™ e ISMUS® Cᴀᴛʜ a punta direzionabile

INSTRUCCIONES DE USO — Español — Página 14
Catéter de electrofisiología de curva dirigible ortogonal; de curva dirigible; de curva dirigible; Curva dirigible HALO® XP y HALO® para mapeo del annulus tricúspide; y de curva dirigible CRISTACATH™ e ISMUS® Cᴀᴛʜ para mapeo cardíaco

INSTRUÇÕES DE UTILIZAÇÃO — Português — Página 16
Cateter Electrofisiológico: Ponta Ajustável; Ponta de Curvatura Ajustável Ortogonal; Ponta de Curvatura Ajustável de Ponta Trançada; HALO® XP para Mapeamento da Tricúspida e HALO®, com Ponta de Curvatura Ajustável; e CRISTACATH™ e ISMUS® Cᴀᴛʜ, Cateteres de Curva Ajustável para Mapeamento Cardíaco

GEBRUIKSAANWIJZING — Nederlands — Pagina 18
Elektrofysiologiekatheter – Buigbare tip; Buigbare tip orthogonaal; Buigbare tip gevlochten; HALO® XP voor uitbeelding van de tricuspidalisklep, HALO® met buigbare tip; en ISMUS® Cᴀᴛʜ mapping-katheters met buigbare tip

BRUGSVEJLEDNING — Dansk — Side 20
Elektrofysiologikateter – Afbøjelig spids; Afbøjelig spids ortogonal; Afbøjelig flettet spids; HALO® XP Tricuspidal Mapping – Afbøjelig spids, HALO®; og CRISTACATH™ og ISMUS® Cath Mappingkatetre med Afbøjelig spids

KÄYTTÖOHJEET — Suomi — Sivu 22
Taivutettavakärkinen elektrofysiologinen katetri; taivutettavakärkinen; taivutettavakärkinen; HALO® XP kolmiliuskaläpän kartoitukseen tarkoitettu, HALO®; ja taivutettavakärkiset CRISTACATH™- ja ISMUS® Cᴀᴛʜ – kartoituskatetrit

BRUKSANVISNING — Svensk — Sida 24
Elektrofysiologisk kateter med deflekterbar spets, med ortogonal böjbar spets, med flätad böjbar spets. HALO® XP trikuspidal kartläggningskateter med böjbar spets, HALO®-kateter med böjbar spets, och CRISTACATH™ och ISMUS® Cᴀᴛʜ kartläggningskatetrar med böjbarspets

BRUKSANVISNING — Norsk — Side 26
Elektrofysiologisk kateter: Bøyelig spiss; bøyeligSpiss ortogonalt; bøyelig, tvinnet spiss; bøyelig spiss Tip HALO® XP tretakket kartlegging, HALO®; & bøyelig spiss CRISTACATH™ og ISMUS® Cᴀᴛʜ kartleggingskatetre

ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ — Ελληνικά — Σελίδα 28
Καθετήρας Ηλεκτροφυσιολογίας – Καμπτόμενο Άκρο, Ορθογώνιος Καθετήρας με Καμπτόμενο Άκρο, Καθετήρας με Καμπτόμενο Πλεκτό Άκρο, Καθετήρας Χαρτογράφησης Τριγλώχινος HALO® XP με Καμπτόμενο Άκρο και Καθετήρας HALO®, και Καθετήρας Χαρτογράφησης CRISTACATH™ και ISMUS® Cᴀᴛʜ με Καμπτόμενο Άκρο

KULLANMA TALİMATI — Türkçe — Sayfa 30
Elektrofizyoloji Kateteri: Bükülebilir Uçlu; Bükülebilir Uçlu Ortogonal; Bükülebilir Örülü Uçlu; Bükülebilir Uçlu HALO® XP Triküspid Haritalama, HALO®; & Bükülebilir Uçlu CRISTACATH™ ve ISMUS® Cᴀᴛʜ Haritalama Kateterleri

ИНСТРУКЦИИ ПО ПРИМЕНЕНИЮ — Русский — Страниц 32
Электрофизиологический катетер: Ортогональный с управляемым кончиком; с управляемым кончиком, укрепленным внутренней оплеткой; HALO® XP с управляемым кончиком для картирования трикуспидального клапана, HALO®; CRISTACATH™ и ISMUS® Cᴀᴛʜ картирующие катетеры с управляемым кончиком.

INSTRUKCJA OBSŁUGI — Polski — Strona 34
Cewnik elektrofizjologiczny: z ruchomą końcówką; ortogonalny z odchylaną końcówką; HALO® XP Tricuspid Mapping, HALO® o ruchomej końcówce; i cewniki mapujące CRISTACATH™ i ISMUS® Cᴀᴛʜ z ruchomą końcówką

NÁVOD K POUŽITÍ — Česky — Strana 36
Elektrofyziologický katétr: ohebný hrot; ohebný hrot s vychýlením do pravého úhlu; ohebný opletený hrot; ohebný hrot HALO® XP k mapování trikuspidální chlopně, HALO®; a mapovací katétry s ohebným hrotem CRISTACATH™ a ISMUS® Cᴀᴛʜ

HASZNÁLATI UTASÍTÁSOK — Magyar — Oldal 38
Elektrofiziológiai katéter: hajlítható végződés; hajlítható ortogonális végződés; hajlítható fonott végződés; hajlítható HALO® XP katéter, tricuspidális gyűrű térképezéséhez, HALO®; és hajlítható végződésű CRISTACATH™ és ISMUS® Cᴀᴛʜ térképező katéterek

NÁVOD NA POUŽITIE — Slovensky — Strana 40
Elektrofyziologický katéter: vychyľovací hrot; ortogonálny s vychyľovacím hrotom; vychyľovací opletený hrot; vychyľovací hrot HALO® XP na mapovanie trojcípej chlopne, HALO®; vychyľovací hrot CRISTACATH™ a mapovacie katétre ISMUS® Cᴀᴛʜ

NAVODILA ZA UPORABO — Slovensko — Stran 42
Elektrofiziološki kateter: upogljiva konica; ortogonalen z upogljivo konico; upogljiva, pletena konica; HALO® XP z upogljivo konico za kartografijo trikuspidalnega obročka, HALO®; in z upogljivo konico CRISTACATH™ in ISMUS® Cᴀᴛʜ kateteri za elektrofiziološko snemanje elektrogramov srca

УКАЗАНИЯ ЗА УПОТРЕБА — Български — Страница 44
Електрофизиологичен катетър: Катетри за картографиране с насочващ се връх; ортогонален с насочващ се връх; с насочващ се връх; с насочващ се връх HALO® XP трикуспидален картографиращ, HALO®; с насочващ се връх CRISTACATH™ и ISMUS® Cᴀᴛʜ

INSTRUCŢIUNI DE UTILIZARE — Română — Pagina 46
Cateter de electrofiziologie: Vârf deflectabil; Catetere cu vârf deflectabil ortogonal; Vârf deflectabil împletit; Vârf deflectabil HALO® XP Cartografiere tricuspidă, HALO®; & Vârf deflectabil CRISTACATH™ și de cartografiere ISMUS® Cᴀᴛʜ

KASUTUSJUHEND — Eesti — Lehekülg 48
Elektrofüsioloogiline kateeter: kaarduva otsaga; kaarduva otsaga ortogonaalne; kaarduva põimikotsaga; HALO® XP painduva otsaga trikuspidaalne kaardistuskateeter, HALO®; CRISTACATH™ ja ISMUS® painduva otsaga kaardistuskateetrid

M-5276-86L

LIETOŠANAS NORĀDĪJUMI                                                                                                          Latviski                    Lappuse                50
Elektrofizioloģijas katetrs: izliecams uzgalis; ortogonāls izliecams uzgalis; izliecams pīts uzgalis; HALO® XP Tricuspid kartējošais ar orientējamo smaili, HALO®; un lokana uzgaļa CRISTACATH™ un ISMUS® Сатн kartēšanas katetri

NAUDOJIMO INSTRUKCIJOS                                                                                                         Lietuvių k.                 Puslapis               52
Elektrofiziologinių tyrimų kateteris: lankstus viršūne; statmenai palenkta lanksti viršūne; lanksti supinta viršūne; lanksti viršūne „HALO® XP" triburiam vožtuvui atvaizduoti, „HALO®"; lanksti viršūne „CRISTACATH™" ir „ISMUS® Сатн" atvaizdavimo kateteriai

使用说明                                                                                                                         简体中文                      页码                    54
电生理导管：可弯曲探头；可弯曲正交探头；可弯曲编织探头；可弯曲 HALO® XP 三尖瓣标测，HALO®；可弯曲探头 CRISTACATH™ ISMUS® Сатн 标测导管

사용 설명서                                                                                                                      한국어                       페이지                    55
전기 생리 카테터: 휘어지는 팁 휘어지는 팁 직각; 휘어지는 브레이디드 팁; 휘어지는 팁 HALO® XP Tricuspid 매핑, HALO®; & 휘어지는 팁 CRISTACATH™ 및 ISMUS® Сатн 매핑 카테터

使用說明                                                                                                                         繁體中文                      頁碼                    57
電生理導管：可調彎導管；可調彎直角導管；可調彎編織型尖端導管；可調彎 HALO® XP 三尖瓣繪圖導管，HALO®；以及可調彎 CRISTACATH™ ISMUS® Сатн 繪圖導管

INSTRUKSI PENGGUNAAN                                                                                                           Bahasa Indonesia            Halaman                59
Kateter Elektrofisiologi: Kateter yang Ujungnya Dapat Dilengkungkan; Kateter Ortogonal yang Ujungnya Dapat Dilengkungkan; Kateter yang Ujungnya Terjalin dan Dapat Dilengkungkan; Kateter Pemetaan Trikuspid HALO® XP yang Ujungnya dapat Dilengkungkan, HALO®; & Kateter CRISTACATH™ yang Ujungnya Dapat Dilengkungkan dan Kateter Pemetaan ISMUS® Сатн

UPUTE ZA UPORABU                                                                                                              Hrvatski                    Strana                 61
Elektrofiziološki kateter: sa savitljivim vrhom; s ortogonalno savitljivim vrhom; sa savitljivim pletnim vrhom; kateteri HALO® XP sa savitljivim vrhom za snimanje trikuspidalnog zliska, HALO®; te kateteri CRISTACATH™ sa savitljivim vrhom i ISMUS® Сатн za mapiranje

УПУТСТВО ЗА УПОТРЕБУ                                                                                                           Српски                      Страница               63
Електрофизиолошки катетер: са савитљивим врхом; са ортогонално савитљивим врхом; са савитљивим плетеним врхом; катетер HALO® XP са савитљивим врхом за мапирање трикуспидалног залиска, HALO® са савитљивим врхом и ISMUS® Сатн за мапирање

УПАТСТВО ЗА УПОТРЕБА                                                                                                           Македонски јазик            Страница               65
Електрофизиолошки катетер: со свитлив врв; со ортогонално свитлив врв; со плетен свитлив врв; HALO® XP со свитлив врв за мапирање на трикуспидалниот залисток, HALO®; како и катетери CRISTACATH™ со свитлив врв и ISMUS® Сатн за мапирање

M-5276-86L

CONFIDENTIAL                                                                                                                                                            BWI-INN00100541

**Symbol Definitions / Définitions des symboles / Symboldefinitionen / Definizioni dei simboli / Definiciones de símbolos / Definições dos símbolos / Definitie van symbolen / Symboldefinitioner / Symbolien selitykset / Symbolförklaringar / Symboldefinisjoner / Ορισμοί συμβόλων / Sembol Tanımları / Определение символов / Definicje symboli / Definice symbolů / A szimbólumok magyarázata / Definicie symbolov / Definicije simbolov / Определения на символите / Definiţiile simbolurilor / Sümbolite tähendused / Simbolu definīcijas / Simbolių apibrėžtys / 标识定义 / 기호 - 정의 / 符號定義 / Definisi Simbol / Opis simbola / Дефиниции символа / Дефиниции за символите**

Following definitions are for reference only. Please refer to the product label for applicable usage. / Les définitions suivantes sont fournies à titre de référence uniquement. Veuillez vous référer à l'étiquette du produit pour consulter l'utilisation applicable. / Die folgenden Definitionen dienen ausschließlich zu Referenzzwecken. Ziehen Sie bitte das Produktetikett für die geeignete Verwendung zu Rate. / Le seguenti definizioni sono solo a scopo di riferimento. Fare riferimento all'etichetta del prodotto per l'utilizzo pertinente. / Las definiciones siguientes son solo para referencia. Consulte en la etiqueta del producto el uso pertinente. / As definições que se seguem são apenas para referência. Consulte o rótulo do produto para obter informações sobre a utilização aplicável. / De hierna genoemde definities zijn uitsluitend bedoeld als referentie. Raadpleeg het productetiket voor de gebruikstoepassingen. / Følgende definitioner er kun til reference. Der henvises til produktmærkningen for gældende anvendelser. / Seuraavat määritykset on annettu ainoastaan merkkien selitystarkoituksessa. Katso sovelluva käyttö tuotteen etiketistä. / Följande förklaringar är endast för referens. Se produktetiketten för lämplig användning. / Følgende definisjoner er kun for referanse. Se produktetiketten for passende bruk. / Οι παρακάτω ορισμοί προορίζονται μόνο για αναφορά. Παρακαλούμε ανατρέξτε στην ετικέτα του προϊόντος για την ισχύουσα χρήση. / Aşağıdaki tanımlar sadece başvuru amaçlıdır. İlgili kullanım şekli için ürün etikete başvurunuz. / Следующие определения представлены исключительно в ознакомительных целях. Информацию о случаях применения смотрите в инструкции по применению. / Poniższe definicje przedstawiono wyłącznie dla celów informacyjnych. Informacje na temat użycia można znaleźć na etykiecie produktu. / Níže uvedená vysvětlení jsou pouze informativní. Příslušné symboly jsou použity na štítku výrobku. / A következő magyarázatok kizárólag a tájékoztatást szolgálják. Az alkalmazandó felhasználás tekintetében kérjük, olvassa el a termék címkéjét. / Nasledujúce definície slúžia len ako referencie. Príslušné použitie si prečítajte na označení výrobku. / Naslednje definicije so samo informativne narave. Ustrezna uporaba je navedena na etiketi izdelka. / Следните дефиниции са само за справка. Моля, направете справка в етикета на продукта за приложимата употреба. / Următoarele definiții au numai rol de informare. Consultați eticheta produsului pentru utilizarea aplicabilă. / Järgmised definitsioonid on ainult viitamiseks. Vaadake sobiva kasutamise teavet toote sildilt. / Šīs definīcijas ir tikai atsaucei. Piemērojamai lietošanai, lūdzu, skatiet produkta etiķeti. / Pateiktos apibrėžtys yra tik nurodomojo pobūdžio. Tinkamo naudojimo aprašą žr. gaminio etiketėje. / 以下定义仅供参考。有关适用的用途，请参阅产品标签。/ 다음 정의는 참고용으로만 사용됩니다. 해당 용도에 대해서는 제품 라벨을 참조하십시오. / 下列定義僅供參考。有關適用的用途，請參閱產品標籤。/ Definisi berikut hanya untuk referensi. Harap lihat label pada produk untuk penggunaan yang berlaku. / Navedene definicije služe samo kao referenca. Za točnu primjenu pročitajte naljepnicu na proizvodu. / Definиције које следе служе само као референца. Прочитајте ознаку на производу за примену производа. / Следните дефиниции служат само като референца. Прочитайте етикета на продукта за информация за съответна употреба.



**STERILE EO**  Sterilized Using Ethylene Oxide / Stérilisé à l'oxyde d'éthylène / Sterilisiert mit Ethylenoxidgas / Sterilizzato con gas ossido di etilene / Esterilizado con gas óxido de etileno / Esterilizado com gás de óxido de etileno / Gesteriliseerd met ethyleenoxidegas / Steriliseret med ætylenoxidas / Steriloitu etyleenioksidikaasulla / Steriliserad med etylenoxidgas / Sterilisert med etylenoksidgass / Αποστειρωμένο με αέριο οξείδιο του αιθυλενίου / Etilen oksit gazıyla sterilize edilmiştir / Стерилизовано этиленоксидом / Sterylizowano gazowym tlenkiem etylenu / Sterilizováno plynným etylénoxidem / Etilénoxid gázban sterilizálva / Sterilizované etylénoxidovým plynom / Sterilizirano z etilenoksidom / Стерилизиран с газ етиленов оксид / Sterilizat cu oxid de etilenă / Steriliseeritud etüleenoksiidgaasiga / Sterilizēts ar gāzveida etilēnoksīdu / Sterilizuota etileno oksido dujomis / 已采用环氧乙烷气体灭菌 / 산화에틸렌 가스로 멸균 처리 / 已採用環氧乙烷氣體滅菌 / Disterilkan dengan menggunakan etilen oksida / Sterilizirano etilen oksidom / Стерилизовано этилен-оксидом / Стерилизирано със етилен оксид



Do Not Re-Use / Ne pas réutiliser / Nicht wiederverwenden / Non riutilizzare / No reutilizar / Não reutilizar / Niet opnieuw gebruiken / Må ikke genanvendes / Ei saa käyttää uudelleen / Får inte återanvändas / Må ikke brukes på nytt / Μην επαναχρησιμοποιείτε / Tekrar Kullanmayınız / Повторное использование запрещено / Nie używać powtórnie / Nepoužívat opakovaně / Ne használja újra / Nepoužívajte opakovane / Samo za enkratno uporabo / За еднократна употреба / A nu se reutiliza / Mitte kasutada uuesti / Neizmantot atkārtoti / Nenaudokite pakartotinai / 请勿重复使用 / 재사용하지 마십시오 / 請勿重複使用 / Jangan Dipakai Ulang / Nije namijenjeno za ponovno korištenje / Не использовать повторно / Да не се използва повторно



Caution / Attention / Achtung / Attenzione / Precaución / Atenção / Let op / Forsigtig / Huomautus / Försiktighet / Forsiktig / Προσοχή / Dikkat / Внимание / Przestroga / Upozornění / Figyelem / Upozornenie / Previdno / Внимание / Precauţie / Ettevaatust! / Uzmanību! / Atsargiai / 小心 / 주의 / 小心 / Perhatian / Pozor / Опрез / Опомена



Consult Instructions for Use / Consulter le mode d'emploi / Gebrauchsanweisung beachten / Consultare le istruzioni per l'uso / Consulte las instrucciones de uso / Consultar as instruções de utilização / Raadpleeg de gebruiksaanwijzing / Se brugsanvisningen / Lue käyttöohjeet / Se bruksanvisning / Se bruksanvisningen / Συμβουλευτείτε τις οδηγίες χρήσης / Kullanım Talimatları'na bakınız / Ознакомьтесь с инструкциями по применению / Zapoznać się z instrukcją stosowania / Prostudujte si návod k použití / Olvassa el a használati útmutatást / Obоznámte sa s návodom na použitie / Glejte navodila za uporabo / Направете справка в Инструкциите за употреба / Consultaţi instrucţiunile de utilizare / Lugege kasutusjuhendit / Skatiet lietošanas instrukciju / Žr. naudojimo instrukciją / 查阅使用说明书 / 사용법 참고 / 參閱使用說明 / Lihat Instruksi Penggunaan / Proučite upute za uporabu / Консультируйтесь Улпутство за употреба / Погледнете за Упатството за употреба



Do not use if package is damaged. / Ne pas utiliser si l'emballage est ouvert ou endommagé. / Nicht verwenden, falls die Verpackung beschädigt ist. / Non utilizzare se la confezione è danneggiata. / No usar si el envase está dañado. / Não utilizar se a embalagem estiver danificada. / Niet gebruiken, hvis emballagen er beskadiget. / Ei saa käyttää, jos pakkaus on vaurioitunut / Använd inte om förpackningen är skadad. / Μην την χρησιμοποιείτε εάν η συσκευασία είναι κατεστραμμένη. / Paket açılmışsa kullanmayınız. / Использование запрещено, если упаковка повреждена. / Nie stosować, jeśli opakowanie jest uszkodzone. / Produkt nepoužívejte, pokud je obal poškozený. / Ne használja fel, ha a csomagolás sérült. / Ak je balenie poškodené, výrobok nepoužívajte. / Ne uporabite, če je embalaža poškodovana. / Не използвайте, ако опаковката е повредена. / Nu se utiliza dacă ambalajul este deteriorat. / Ärge kasutage, kui pakend on kahjustatud. / Nelietot, ja iepakojums ir bojāts. / Nenaudokite, jei pakuotė yra pažeista. / 如果包装损坏，请勿使用。/ 포장이 손상된 경우 사용하지 마십시오. / 若包裝已損壞，請勿使用。/ Jangan gunakan bila ada kerusakan pada kemasan. / Proizvod nemojte koristiti ako je pakiranje oštećeno. / Не користити ако је паковање оштећено. / Да не се користи ако амбалажата е оштетена.



Do not use if package is opened. / Ne pas utiliser si l'emballage est ouvert ou endommagé. / Nicht verwenden, falls die Verpackung geöffnet ist. / Non utilizzare se la confezione è aperta. / No utilizar si el paquete está abierto. / Não utilizar se a embalagem estiver aberta. / Niet gebruiken als de verpakking is geopend. / Må ikke anvendes, hvis emballagen er åbnet. / Ei saa käyttää, jos pakkaus on avattu. / Används inte om förpackningen har öppnats. / Μην την χρησιμοποιείτε εάν η συσκευασία είναι ανοικτή. / Paket açılmışsa kullanmayınız. / Использование запрещено, если упаковка повреждена. / Nie stosować, jeśli opakowanie jest otwarte. / Produkt nepoužívejte, pokud je obal otevřený. / Ne használja fel, ha a csomagolás nyitott. / Ak je balenie otvorené, výrobok nepoužívajte. / Ne uporabite, če je embalaža odprta. / A nu se utiliza dacă ambalajul este deschis. / Ärge kasutage, kui pakend on avatud. / Neizmantot, ja iepakojums ir atvērts. / Nenaudokite, jei pakuotė yra atidaryta. / 如果包装已打开，请勿使用。/ 포장이 개봉된 경우 사용하지 마십시오. / 若包裝已開啟，請勿使用。/ Jangan gunakan jika kemasan terbuka. / Proizvod nemojte koristiti ako je pakiranje otvoreno. / Не користити ако је паковање отворено. / Да не се користи ако амбалажата е отворена.



Keep Away From Sunlight / Conserver à l'abri des rayons du soleil / Vor Sonneneinstrahlung geschützt aufbewahren / Tenere lontano dalla luce del sole / Mantenga protegido de la luz solar / Manter afastado da luz solar / Beschermen tegen zonlicht / Må ikke udsættes for direkte sollys / Säilytettävä auringonvalolta suojattuna / Skyddas från solljus / Hold borte fra sollys / Φυλάσσετε μακριά από το φως του ηλίου / Güneş ışığından koruyunuz / Беречь от действия солнечного света / Chronić przed światłem słonecznym / Chraňte před slunečním světlem / Tartsa napfénytől távol / Chráňte pred priamym slnečným svetlom / Ne hranite na sončni svetlosti / Ферії де lumina soarelui / Väпите otsest päikesevalgust / Sargāt no saules gaismas / Saugokite nuo saulės šviesos / 避免 / 직사광선을 피하십시오. / 遠離陽光照射 / Jauhkan Dari Sinar Matahari / Držite podalje od sunčeve svjetlosti / Не излагати сунчево светлости / Да се чува подалеку од сончева светлина



Keep Dry / Garder au sec / Trocken aufbewahren / Mantenere all'asciutto / Mantener seco / Manter seco / Droog houden / Opbevares tørt / Säilytettävä kuivassa / Förvaras torrt / Oppbevares tørt / Διατηρείτε τον στεγνό / Kuru tutunuz / Храните в сухом месте / Chronić przed wilgocią / Uchovávejte v suchu / Uchovávajte v suchu / Hranite na suhem / Да се държи сухо / A se păstra uscat / Hoida kuivas / Turēt sausu / Laikykite sausoje vietoje / 保持干燥 / 건조 유지 / 保持乾燥 / Jagalah Agar Tetap Kering / Proizvod odžavajte u suhom / Чувати на сувом месту / Да се чува на суво место



Use-By Date / Utiliser avant le / Haltbarkeitsdatum / Data di scadenza / Fecha de caducidad / Prazo de validade / Uiterste gebruiksdatum / Sidste anvendelsesdato / Viimeinen käyttöpäivämäärä / "Använd före"- datum / Utløpsdato / Χρήση έως την ημερομηνία / Son Kullanma Tarihi / Срок годности / Termin ważności / Datum "použít do" / Felhasználható / Dátum použiteľnosti / Uporabno do / Срок на годност / Data de expirare a valabilității / "Kõlblik kuni" kuupäev / "Izlietot līdz" datums / Galiojimo pabaigos data / 使用期限 / 유효기간 / 使用期限 / Gunakan Sebelum Tanggal / Najbolje upotrijebiti do / Употребливо до / Да се употреби до

**LOT**  Batch Code / Code de lot / Chargencode / Codice di lotto / Código de lote / Código do lote / Lotcode / Partikode / Eräkoodi / Batchnummer / Seriekode / Κωδικός παρτίδας / Grup Kodu / Код партии / Kod partii / Kód šarže / Tételkód / Kód šarže / Koda serije / Контролен партиден код / Cod lot / Partijas kods / Partijos kodas / 批号 / 배치 코드 / 批次碼 / Kode Batch / Šifra serije / Код серије / Код на серија

CONFIDENTIAL                                                                                                                    BWI-INN00100542

 **REF**

Catalog Number / Numéro de référence / Katalognummer / Numero di catalogo / N.º de catálogo / Número de catálogo / Bestelnummer / Katalognummer / Tuotenumero / Katalognummer / Katalognummer / Αριθμός καταλόγου / Katalog Numarası / Номер по каталогу / Numer katalogowy / Katalogové číslo / Katalóška številka / Каталожен номер / Număr de catalog / Katalógi number / Kataloga numurs / Katalogo numeris / 目录号 / 가탈로그 번호 / 目錄號 / Nomor Katalog / Kataloški broj / Каталошки број

 **1**

Contents: 1 / Contenu : 1 / Inhalt: 1 / Indice: 1 / Contenido: 1 / Conteúdo: 1 / Inhoud: 1 / Indhold: 1 / Sisältö: 1 / Innehåll: 1 / Innhold: 1 / Περιεχόμενα: 1 / İçerik: 1 / Содержимое упаковки: 1 / Zawartość: 1 / Obsah: 1 / Tartalom: 1 / Obsah: 1 / Vsebina: 1 / Съдържание: 1 / Conţinut: 1 / Sisaldab: 1 / Saturs: 1 / Sudetis: 1 / 内含物品: 1 / 함량: 1 / 內含物品: 1 / Isi: 1 / Sadržaj: 1 / Садржај: 1 / Содржина: 1



Manufacturer / Fabricant / Hersteller / Produttore / Fabricante / Fabricante / Fabrikant / Fabrikant / Valmistaja / Tillverkare / Produsent / Κατασκευαστής / Üretici / Производитель / Producent / Výrobce / Gyártó / Výrobca / Izdelovalec / Производител / Producător / Tootja / Ražotājs / Gamintojas / 制造商 / 제조업체 / 製造商 / Produsen / Proizvođač / Произвођач / Производител

**EC REP**

Authorized Representative in the European Community / Mandataire européen / Bevollmächtigter in der Europäischen Gemeinschaft / Rappresentante autorizzato nella Comunità Europea / Representante autorizado en la Comunidad Europea / Representante autorizado na Comunidade Europeia / Geautoriseerd vertegenwoordiger in de Europese Gemeenschap / Godkendt repræsentant i EU / Valtuutettu edustaja Euroopan yhteisössä / Auktoriserad representant inom den Europeiska gemenskapen / Autorisert EU-representant / Εξουσιοδοτημένος αντιπρόσωπος στην Ευρωπαϊκή Ένωση / Avrupa Topluluğundaki Yetkili Temsilci / Официальный представитель в Европейском Сообществе / Upoważniony przedstawiciel we Wspólnocie Europejskiej / Oprávněný zástupce v Evropských společenstvích / Hivatalos képviselet az Európai Közösségben / Oprávnený zástupca v Európskom spoločenstve / Pooblaščeni predstavnik za Evropsko skupnost / Упълномощен представител в Европейския съюз / Reprezentant autorizat în Comunitatea Europeană / Volitatud esindaja Euroopa Ühenduses / Pilnvarotais pārstāvis Eiropas Kopienā / Įgaliotasis atstovas Europos Bendrijoje / 欧盟授权代表 / European Community 정식 대리점 / 歐洲共同體授權代表 / Perwakilan Resmi Komunitas Eropa / Ovlašteni predstavnik u Europskoj zajednici / Овлашћени представник за Европску заједницу / Овластен претставник во Европската заедница



Date of Manufacture / Date de fabrication / Herstellungsdatum / Data di fabbricazione / Fecha de fabricación / Data de fabrico / Productiedatum / Fremstillingsdato / Valmistuspäivä / Tillverkningsdatum / Produksjonsdato / Ημερομηνία κατασκευής / Üretim Tarihi / Дата изготовления / Data produkcji / Datum výroby / Gyártás dátuma / Dátum výroby / Datum izdelave / Дата на производство / Data fabricaţiei / Tootmiskuupäev / Izgatavošanas datums / Pagaminimo data / 制造日期 / 제조일자 / 製造日期 / Tanggal Produksi / Datum proizvodnje / Датум производње / Датум на производство



Pin Connector / Connecteur à broche / Stiftverbinder / Connettore a pin / Conector de terminales / Conector de pinos / Pinconnector / Hanstik / Nastaliitin / Stiftkontakt / Hann-nålekontakt / Σύνδεσμος ακίδων / Pin Konektörü / Штекерный разъем / złącze pinowe / Kolíkový konektor / Tűs csatlakozó dugó / Pinový konektor / vtični konektor / пин конектор / Conector cu pini / Pistikühendus / Kontaktu savienotājs / Šakučių jungtis / 针式连接器 / 핀 커넥터 / 针连接器 / Konektor Pin / Iglični priključnik / Иглични прикључак / Приклучок со игличка

**ELECTRODES**  **EA**

Electrodes / Électrodes / Elektroden / Elettrodi / Electrodos / Eléctrodos / Elektroden / Elektroder / Elektrodit / Elektroder / Elektroder / Ηλεκτρόδια / Elektrotlar / Количество электродов / Elektrody / Elektrody / Elektródák / Elektródy / Elektrode / Електроди / Electrozi / Elektroodid / Elektrodi / Elektrodai / 电极 / 전극 / 電極 / Elektroda / Elektrode / Електроде / Електроди

**SPACING** **mm**

Spacing / Écartement / Intervall / Spaziatura / Espaciado / Espaçamento / Afstand / Afstandsstykker / Väli / Avstånd / Mellomrom / Απόσταση / Aralık / Odstęp / Mezera / Távolság / Rozstupy / Razmik / Пространство / Distanţă / Vahekaugus / Attālums / Tarpiniai / 间隔 / 간격 / 間隔 / Pengaturan Jarak / Razmak / Размак / Растојание



Pairs / Par paires / Elektrodenpaare / Paia / Pares / Pares / Paar / Par / Parit / Par / Par / Ζεύγη / Çift olarak / Пары / Pary / Páry / Elektródapárok / Páry / Pari / Двойки / Perechi / Paar / Pāri / Poros / 对 / 쌍 / 電極對 / Pasangan / Parovi / Парови / Парови



Curve Type. Refer to label for colored circle containing applicable curve. / Type de courbure. Consulter l'étiquette pour connaître la courbure applicable indiquée dans le cercle de couleur. / Gekrümmt. Der farbige Kreis auf dem Etikett zeigt die entsprechende Krümmung an. / Tipo di curva. Consultare l'etichetta per il cerchio colorato contenente la curva applicabile. / Tipo de curva. Consulte la etiqueta para ver el círculo coloreado que contiene la curva aplicable. / Tipo de curva. Consulte o círculo colorido da etiqueta que contém a curva aplicável. / Curvetype. Raadpleeg het etiket voor de gekleurde cirkel met het betreffende curvetype. / Kurvetype. Se mærkaten for farvet cirkel indeholdende gældende kurve. / Käyrätyyppi. Katso sovellettavan käyrän sisältävän värillisen ympyrän etiketistä. / Kurvtyp. Se etikett för färgad cirkel med tillämplig kurvor. / Kurvetype. Se etiketten for farget sirkel med passende kurve. / Τύπος καμπύλης. Ανατρέξτε στην ετικέτα για τον χρωματιστό κύκλο που περιέχει την ισχύουσα καμπύλη. / Kıvrım Tipi. Uygulanabilir kıvrımı içeren renkli halka için etikete bakınız. / Тип кривой. Найдите на этикетке цветной кружок с подходящей кривой. / Typ zakrzywienia. Informacje o krzywiźnie znajdują się w kolorowym kółku na etykiecie. / Zakřivení typ. Příslušné zakřivení je uvedeno v barevném kroužku na štítku. / Görbület típusa. Nézze meg a címkén a színes kört, amely az alkalmazandó görbét tartalmazza. / Typ zakrivenia. Príslušné zakrivenie je uvedené vo farebnom krúžku na štítku. / Vrsta ukrivljenosti. Upoštevajte etiketo za obarvani krog, ki vsebujejo ustrezno ukrivljenost. / Тип извивка. Вижте оцветения кръг, съдържащ съответната извивка. / Tipul curbei. Consultaţi eticheta pentru cercul colorat ce conţine curba corespunzătoare. / Kõveruse tüüp. Vaadake etiketti värvilise ringiga tähistatud kõveruse tüüpi. / Līknes tips. Skatiet uzlīmi ar krāsaino riņķi, kas satur pielietojamo līkni. / Kreivės tipas. Etiketėje žr. spalvotą žiedą, kuriame nurodyta kreivė. / 曲线类型。 请参阅标签上包含适当曲线的彩色圆圈。 / 곡선형. 해당곡선이 표시된 색상있는 원을 표시를 참조하십시오. / 彎曲類型。 請參閱標籤上含有適用彎曲角度的彩色圓圈。 / Jenis Kurva. Silakan rujuk ke label untuk kurva yang berlaku. / Tip zakrivljenosti. Pogledajte obojeni krug na naljepnici, koji označava odgovarajuću zakrivljenost. / Тип на крива. Прочитајте ја етикета за информации во врска со обоениот круг што содржи соодветна крива. / Тип на крива. Погледнете ја ознаки обоен круг који садржи применливу криву.

 **NON NAV**

Not a Navigational Catheter / Ceci n'est pas un cathéter de navigation / Kein Navigationskatheter / Catetere non di navigazione / No es un catéter de navegación / Não é um cateter de navegação / Geen navigatiekatheter / Ikke et navigerende kateter / Ei navigointikatetri / Ingen navigationskateter / Dev είναι καθετήρας περιήγησης / Navigasyon kateteri değildir / Не является навигационным катетером / Nie jest to cewnik nawigacyjny / Nejedná se o navigační katetr / Nem térképező katéter / Nie je navigačným katétrom / Ni navigacijski kateter / Не е навигационен катетър / Nu este un cateter de navigatie / Mittenavigeeritav kateeter / Nav navigācijas katetrs / Tai ne navigacinis kateteris / 不是导航导管 / 맵핑 카테터 아님 / 不是導航型導管 / Bukan Kateter Navigasional / Nije navigacijski kateter / НЕ е навигациони катетер / Није навигациони катетер

**C3**

Compatible with CARTO™ 3 EP Navigation System / Compatible avec le système de navigation CARTO™ 3 EP / Kompatibel mit CARTO™ 3 EP Navigationssystem / Compatibile con il sistema di navigazione CARTO™ 3 EP / Compatible con el sistema de navegación CARTO™ 3 EP / Compatível com o Sistema de Navegação CARTO™ 3 EP / Compatibel met CARTO™ 3 EP-navigatiesysteem / Kompatibel med CARTO™ 3 EP-navigationssystem / Yhteensopiva CARTO™ 3 EP -navigaatiojärjestelmän kanssa / Kompatibel med CARTO™ 3 EP navigationssystem / Kompatibel med CARTO™ 3 EP-navigeringssystem / Συμβατό με το σύστημα πλοήγησης CARTO™ 3 EP Navigasyon Sistemiyle Uyumludur / Совместим с навигационной системой CARTO™ 3 EP / Kompatybilny z systemem nawigacyjnym CARTO™ 3 EP / Kompatibilní s navigačním systémem CARTO™ 3 EP / Kompatibilis a CARTO™ 3 EP navigációs rendszerrel / Kompatibilné s navigačným systémom CARTO™ 3 EP / Združljivo z navigacijskim sistemom CARTO™ 3 EP / Съвместим с навигационна система CARTO™ 3 EP / Compatibil cu sistemul de navigare CARTO™ 3 EP / Saderīgs ar CARTO™ 3 EP navigācijas sistēmu / Galima naudoti su „CARTO™ 3 EP" navigacijos sistema / 与 CARTO™ 3 EP导航系统兼容 / Kompatibel dengan Sistem Navigasi CARTO™ 3 EP / 可与 CARTO™ 3 EP 导航系统兼容 / CARTO™ 3 EP 내비게이션 시스템과 호환 / 與 CARTO™ 3 EP 導航系統相容 / Kompatibel dengan Sistem Navigasi CARTO™ 3 EP / Kompatibilan sa CARTO™ 3 EP navigacijskim sustavom / Компатибилан с системом за навигацију CARTO™ 3 EP / Компатибилен со ЕФ систем за навигација CARTO™ 3 / Компатибилан са CARTO™ 3 EP навигационим системом

**XP**

Compatible with CARTO™ XP EP Navigation System / Compatible avec le système de navigation CARTO™ XP EP / Kompatibel mit CARTO™ XP EP Navigationssystem / Compatibile con il sistema di navigazione CARTO™ XP EP / Compatible con el sistema de navegación CARTO™ XP EP / Compatível com o Sistema de Navegação CARTO™ XP EP / Compatibel met CARTO™ XP EP-navigatiesysteem / Kompatibel med CARTO™ XP EP-navigationssystem / Yhteensopiva CARTO™ XP EP -navigaatiojärjestelmän kanssa / Kompatibel med CARTO™ XP EP navigationssystem / Kompatibel med CARTO™ XP EP-navigeringssystem / Συμβατό με το σύστημα πλοήγησης CARTO™ XP EP Navigasyon Sistemiyle Uyumludur / Совместим с навигационной системой CARTO™ XP EP / Kompatybilny z systemem nawigacyjnym CARTO™ XP EP / Kompatibilní s navigačním systémem CARTO™ XP EP / Kompatibilis a CARTO™ XP EP navigációs rendszerrel / Kompatibilné s navigačným systémom CARTO™ XP EP / Združljivo z navigacijskim sistemom CARTO™ XP EP / Съвместим с навигационна система CARTO™ XP EP / Compatibil cu sistemul de navigare CARTO™ XP EP / Ühildub navigatsioonisüsteemiga CARTO™ XP EP / Saderīgs ar CARTO™ XP EP navigācijas sistēmu / Galima naudoti su „CARTO™ XP EP" navigacijos sistema / 与 CARTO™ XP导航系统兼容 / CARTO™ XP EP내비게이션 시스템과 호환 / 與 CARTO™ XP EP 導航系統相容 / Kompatibel dengan Sistem Navigasi CARTO™ XP EP / Kompatibilan sa CARTO™ XP EP navigacijskim sustavom / Компатибилан с системом за навигацију CARTO™ XP EP / Компатибилен со ЕФ систем за навигација CARTO™ XP / Компатибилан са CARTO™ XP EP навигационим системом

M-5276-86L

CONFIDENTIAL

BWI-INN00100543



Tip Electrode length is 4 mm / L'électrode de l'extrémité du cathéter mesure 4 mm / Länge der Elektrodenspitze ist 4 mm / La lunghezza dell'elettrodo in punta è di 4 mm / La longitud del electrodo de la punta es 4 mm / O comprimento da ponta do eléctrodo é de 4 mm / Lengte van de tipelektrode is 4 mm / Spidselektrodens længde er 4 mm / Kärkielektrodin pituus on 4 mm / Spetselektrodens längd är 4 mm / Elektrodespisslengden er 4 mm / Το μήκος του ηλεκτροδίου άκρου είναι 4 mm / Uç elektrodu uzunluğu 4 mm'dir / Длина точечного электрода составляет 4 мм / Długość elektrody na końcówce wynosi 4 mm / Délka hrotu elektrody je 4 mm / A csúcs-elektróda hossza 4 mm / Dĺžka elektródy na konci / vŕhja elektrodu sa 4 mm / Дължината на електрода на върха е 4 мм / Duljina vrha elektrode je 4 mm / Vîršûnės elektrodo ilgis – 4 mm / Uzgaļa elektroda garums ir 4 mm / 尖端電極長度為 4 毫米 / 선단 팁 길이가 4 mm 입니다 / 尖端電極長度為 4 毫米 / Panjang Elektroda Ujung 4 mm / Duljina vrha elektrode je 4 mm / Дужина електрода на врху је 4 мм / Должината на електродата на врвот е 4 mm



Caution: Federal (USA) law restricts this device to sale by or on the order of a physician. / Attention : Selon la loi fédérale américaine, cet appareil ne peut être vendu que par un médecin ou sur prescription médicale. / Achtung: Laut Gesetz ist der Verkauf dieses Produkts in den USA nur auf ärztliche Anordnung gestattet. / Attenzione: la legge federale (USA) limita la vendita di questo dispositivo ai medici o dietro prescrizione medica. / Precaución: Las leyes federales de los EE. UU. permiten la venta de este dispositivo sólo a un médico o con receta médica. / Atenção: A lei federal dos EUA limita a venda deste dispositivo a médicos ou mediante prescrição destes. / Waarschuwing: Krachtens de federale wetgeving (in de VS) mag dit hulpmiddel uitsluitend door of op voorschrift van een arts worden verkocht. / Bemærk! Amerikansk lov begrænser denne anordning til salg af eller på bestilling af en læge. / Huomautus: Yhdysvaltain liittovaltiolain mukaan tämän laitteen saa myydä ainoastaan lääkäri tai lääkärin määräyksestä. / Obs! Enligt amerikansk federal lagstiftning får denna produkt endast säljas av eller på order av läkare. / Obs: Ifølge amerikansk føderal lovgivning kan dette utstyret kun selges av, eller på bestilling fra, en lege. / Προσοχή: Η ομοσπονδιακή νομοθεσία (των Η.Π.Α.) περιορίζει την πώληση της συσκευής αυτής μόνο σε ιατρό ή κατόπιν εντολής ιατρού. / Dikkat: Federal Yasa (ABD) bu cihazın satışını, doktor tarafından veya doktor tavsiyesiyle gerçekleşecek şekilde sınırlar. / Предостережение: федеральный закон (США) допускает продажу данного устройства только врачам или по их заказу. / Przestroga: Prawo federalne (USA) zezwala na sprzedaż tego urządzenia wyłącznie lekarzom lub na zlecenie lekarza. / Upozornění: Federální zákony USA omezují prodej tohoto zařízení na pouze lékařům nebo na lékařský předpis. / Figyelem! Az Amerikai Egyesült Államok törvényei ezen eszköz beszerzését csak orvosoknak, valamint orvosi rendeletre engedélyezik. / Upozornenie: Federálne zákony (USA) obmedzujú predaj tohto zariadenia len lekárom alebo na objednávku lekára. / Pozor: Zvezno pravo (ZDA) predpisuje, da sme to napravo prodajati oz. naročiti le zdravnik. / Внимание: Федералните закони (на САЩ) ограничават продажбата на това приспособление от или по поръчка на лекар. / Atenţie: Legea federală (S.U.A) autorizează vânzarea acestui dispozitiv numai de către un medic sau la ordinul acestuia. / Ettevaatust! Föderaalsete (USA) seaduste kohaselt võib käesolevat seadet müüa vaid arst või tohib seda teha ainult arsti tellimusel. / Uzmanibu: Federālais (ASV) likums ierobežo šīs ierīces pārdošanu tikai ārstam vai pēc ārsta pasūtījuma. / Dėmesio! Federaliniai (JAV) įstatymais leidžia pardavinėti šį įrenginį gydytojui tik pagal gydytojo užsakymu. / 注意：美国联邦法律限定本产品只能由医生销售或凭医嘱订购。 / Perhatian: Hukum Federal (USA) membatasi alat ini untuk dijual oleh atau atas pesanan dokter. / Oprez: Savezni zakon (SAD) ograničava prodaju ovog uređaja na liječnika ili prema njegovom nalogu. / Опрез: Савезни закон (САД) ограничава продају овог уређаја на продају од стране или по налогу лекара. / Внимание: Федералното право на САД го ограничува продавањето на овој уред; имено, уредот може да биде продаден само на лекар или по нарачка на лекар.



Temperature Limit / Limite de température / Temperaturgrenze / Limite di temperatura / Limite de temperatura / Limite de temperatura / Temperatuurlimiet / Temperaturgrænse / Lämpötilaraja / Temperaturgräns / Temperaturgrense / Όριο θερμοκρασίας / Sıcaklık Limiti / Предельно допустимая температура / Teplotní limit / Hőmérsékleti határérték / Teplotný rozsah / Temperatura omejitev / Температурно ограничение / Limită de temperatură / Temperatuuri piirnorm / Temperatūras ierobežojums / Temperatūros riba / 温度限值 / 온도 한도 / 溫度限制 / Batasan Suhu / Ograničenje temperature / Температурно ограничение / Ограничување на температурата



The electrical and electronic product contains no hazardous substance; they are green and environment-friendly products; can be recycled after being discarded and shall not be abandoned at discretion. (applicable to China only per SJ/T 11364-2014) / Ce produit électrique et électronique ne contient aucune substance dangereuse ; il peut être recyclé après élimination et ne doit pas être abandonné. (s'applique à la Chine uniquement conformément à la norme SJ/T 11364-2014) / Das elektrische und elektronische Produkt enthält keine Gefahrstoffe, es handelt sich um grüne und umweltfreundliche Produkte, die nach dem Aussondern recycelt werden können und nicht nach Belieben entsorgt werden sollten. (für China nur nach SJ/T 11364-2014 zutreffend) / Questo prodotto elettrico ed elettronico non contiene sostanze pericolose; sono prodotti ecologici e rispettosi dell'ambiente; possono essere riciclati dopo essere stati smaltiti e non devono essere abbandonati a discrezione. (valido per la Cina solo in base a SJ/T 11364-2014) / El producto eléctrico y electrónico no contiene sustancias peligrosas; son productos ecológicos, pueden reciclarse tras desecharse y no se abandonarán a discreción. (aplicable a China solo en virtud de SJ/T 11364-2014) / O produto elétrico e eletrónico não contém qualquer substância perigosa; são produtos ecológicos e amigos do ambiente; podem ser reciclados depois de serem eliminados e não devem ser abandonados de forma arbitrária. (aplicável apenas à China de acordo com a SJ/T 11364-2014) / Dit elektrische en elektronische product bevat geen gevaarlijke stoffen, is een groen en milieuvriendelijk product dat na gebruik kan worden gerecycled en niet naar believen mag worden achtergelaten. (alleen van toepassing in China volgens SJ/T 11364-2014) / Dette elektriske og elektroniske produkt indeholder ingen farlige substanser; det som grønbruges efter kassation og skal ikke blot bortkastes. (gælder kun i Kina i overensstemmelse med SJ/T 11364-2014) / Sähkökäyttöinen ja elektroninen tuote ei sisällä vaarallisia aineita, tuotteet ovat ekologisia ja ympäristöystävällisiä ja ne voidaan kierrättää hävittämisen jälkeen. (koskee Kinaa vain standardin SJ/T 11364-2014 mukaisesti) / Den elektriska och elektroniska produkten innehåller inga farliga ämnen; det är gröna och miljövänliga produkter; de kan återanvändas efter kassering och ska inte kastas lite som man vill. (tillämplig i Kina endast per SJ/T 11364-2014) / Det elektriske og elektroniske produktet inneholder ingen farlige substanser, de er grønne og miljøvennlige produkter, kan resirkuleres etter kassering og skal ikke bare etterlates. (gjelder kun Kina i henhold til SJ/T 11364-2014) / Τα ηλεκτρικά και ηλεκτρονικά προϊόντα δεν περιέχουν επικίνδυνη ουσία· είναι οικολογικά και φιλικά προς το περιβάλλον προϊόντα, μπορούν να ανακυκλωθούν μετά την απόρριψη και η απόρριψή τους δεν θα πρέπει να γίνεται ανεξέλεγκτα. (Ισχύει για την Κίνα μόνο σύμφωνα με την SJ/T 11364-2014) / Elektrikli ve elektronik üründe hiçbir tehlikeli madde bulunmaz; ürünler yeşil ve çevre dostudur; imha edildikten sonra geri dönüştürülebilir ve keyfi şekilde atılmamalıdır. (Çin için sadece SJ/T 11364-2014 uyarınca geçerlidir) / Электрические и электронные изделия не содержат опасных веществ; они являются экологически чистыми и экологически безвредными изделиями, после списания их можно переработать и не следует утилизировать по усмотрению. (применимо для Китая только по стандарту SJ/T 11364-2014) / Produkty elektryczne i elektroniczne nie zawierają niebezpiecznych substancji; są one ekologiczne i przyjazne dla środowiska; można je poddać recyklingowi po wyrzuceniu; nie należy ich wyrzucać do stosownych pojemników. (dotyczy wyłącznie Chin, zgodnie z normą SJ/T 11364-2014) / Elektrický a elektronický produkt neobsahující žádné nebezpečné látky; je ekologický a šetrný k životnímu prostředí; může být recyklován a nesmí být vyhazován do komunálního odpadu. (podle SJ/T 11364-2014 platí pouze pro Čínu) / Az elektromos és elektronikai termékek nem tartalmaznak veszélyes anyagokat; zöld, azaz környezetbarát termékek, amelyek selejtezés után újrahasznosíthatóak, így saját belátás szerinti lerakásuk tilos. (kizárólag Kínára vonatkozik az SJ/T 11364-2014. szerint) / Tento elektrický a elektronický výrobok neobsahuje žiadne nebezpečné látky; je ekologický a šetrný k životnému prostrediu, po skončení používania ho možno recyklovať a je zakázané sa ho ľubovoľne zbavovať (platí len pre Čínu podľa normy SJ/T 11364-2014) / Električni in elektronski izdelek ne vsebujejo nevarnih snovi; gre za ekološke in okolju prijazne izdelke, ki jih je po zavrženju mogoče reciklirati in ki jih ni dovoljeno opustiti po lastni presoji (za Kitajsko velja samo v skladu s standardom SJ/T 11364-2014) / Електрическите и електронни продукти не съдържат опасна субстанция; те са "зелени" и природосъобразни продукти; могат да бъдат рециклирани след като са изхвърлени и не трябва да бъдат оставяни под надзор. (приложимо е за Китай само според SJ/T 11364-2014) / Produsul electric și electronic nu conține nicio substanță periculoasă; ele sunt produse ecologice și nepoluante; pot fi reciclate după ce sunt aruncate și nu trebuie abandonate după dorință. (aplicabil pentru China numai conform SJ/T 11364-2014) / Elektri- ja elektroonikaseade ei sisalda ohtlike aineid; need on roheilised ja keskkonnasõbralikud tooted; pärast kasutusest kõrvaldamist ringlussevõetavad ning neil ei visata ära oma äranägemisel. (Kehtib ainult Hiinas SJ/T 11364-2014 alusel) / Elektriskie un elektroniskie izstrādājumi nesatur bīstamas vielas; tie ir videi draudzīgi un nekaitīgi ražojumi; tos var pārstrādāt pēc izmešanas atkritumos un tos nedrīkst patvaļīgi atstāt nomestus bez uzraudzības. (piemērojams tikai Ķīnā saskaņā ar SJ/T 11364-2014) / Elektros ir elektronikos produkte nėra pavojingų medžiagų; tai aplinkai nekenksmingi produktai, išmetus juos galima perdirbti ir jų negalima išmesti bet kur. (Tinka Kinijai tik pagal SJ/T 11364-2014) /本电气电子产品不含有害物质，本产品为绿色环保产品，可进行回收利用，不得随意丢弃。（根据 SJ/T 11364-2014 仅适用于中国） / 仅适用于中国） / 이 전기 및 전자 제품은 유해 물질이 포함되어 있지 않으며 친환경 제품입니다. 폐기 후 재활용할 수 있으며 임의로 버리면 안 됩니다. (SJ/T 11364-2014에 따라 중국에서만 적용) / 電氣電子產品不含有害物質，是綠色、環保產品，廢棄後可回收，不應隨意丟棄。（根據 SJ/T 11364-2014 只適用中國使用） / Produk listrik dan elektronik ini tidak mengandung zat berbahaya; produk ini ramah lingkungan; dapat didaur ulang setelah dibuang, dan tidak boleh ditinggalkan. (hanya berlaku di Tiongkok menurut SJ/T 11364-2014) / Električni i elektronički proizvodi ne sadrže nikakve opasne tvari; ekološki su i prihvatljivi za okoliš; mogu se reciklirati nakon zbrinjavanja i ne smiju se bacati u tajnosti. (vrijedi samo u Kini za SJ/T 11364-2014) / Електричниот и електронскиот производ не содржат штетна супстанција, тие се еколошки производи, може да се рециклираат откако ќе се фрлат во отпад и нема да бидат оставени некаде според нечиј слободен избор. (важи само за Кина во согласност со SJ/T 11364-2014) / Електричен и електронски производ не садржи опасне супстанце; ово су зелени и еколошки прихватљиви производи; могу да се рециклирају након престанка употребе и не смеју се бацати у отпад. (односи се само на Кину по стандарду SJ/T 11364-2014)

CONFIDENTIAL                                                                                 BWI-INN00100544

## Electrophysiology Catheter: Deflectable Tip; Deflectable Tip Orthogonal; Deflectable Braided Tip; Deflectable Tip HALO® XP Tricuspid Mapping, HALO® & Deflectable Tip CRISTACATH™ and ISMUS® Cᴀᴛʜ Mapping Catheters

- **Sterile. Sterilized using ethylene oxide.**
- **For single use only.**
- **Do not use if the package is open or damaged.**
- **Federal law (U.S.A.) restricts this device to sale by or on the order of a physician.**

**CATHETER DESCRIPTION**

The Biosense Webster® Deflectable Tip Electrode Catheter has been designed to facilitate electrophysiological mapping of the heart. The catheter has a high-torque shaft with a deflectable tip section containing an array of platinum electrodes that can be used for stimulation and recording. Several tip configurations are available. (Standard curve types are identified by a color band on the shaft near the proximal end - see catalog.)

The Deflectable Tip Orthogonal Catheter has been designed to facilitate electrophysiological mapping of the heart. The catheter has a high-torque shaft with a deflectable tip section containing platinum plaque electrodes that can be used for stimulation and recording.

The Deflectable Braided Tip Catheter is a multi-electrode catheter with a deflectable tip designed to facilitate electrophysiological mapping of the heart. The catheter has a high-torque shaft with a deflectable tip section containing platinum electrodes. The catheter is designed to facilitate stable local electrograms due to the internal braid. All of the electrodes may be used for recording and stimulation purposes.

The Deflectable Tip CRISTACATH™ and ISMUS® Cᴀᴛʜ catheters have been designed for electrophysiological mapping of cardiac structures. The catheters have a high-torque shaft with a tip section containing ten pairs of platinum electrodes that can easily be seen under fluoroscopy. The Deflectable Tip CRISTACATH™ and ISMUS® Cᴀᴛʜ catheters facilitate simultaneous local electrograms due to the greater number of electrodes and their deflection capabilities.

The Deflectable Tip HALO® XP and HALO® catheters have been designed for electrophysiological mapping of the heart, in particular, the tricuspid annulus. The catheters have a hightorque shaft with a halo-shaped tip section containing ten pairs of platinum electrodes that can easily be seen under fluoroscopy. The tip section also contains a radiopaque mark in the center of the electrode array. The halo-shaped tip section has a preformed curve which can be positioned around the atrial aspect of the tricuspid annulus. The tip section is packaged with a plastic tip protector.

A piston in the handpiece is attached to an internal puller wire which changes the radius of curvature. When the piston is pushed forward, the radius of curvature of the preformed loop is reduced; when the thumbknob is pulled back, the radius of the curvature is increased until the tip section returns to the preformed shape. The high torque shaft allows the plane of the curve to be maneuvered in order to facilitate accurate positioning.

The Deflectable Tip HALO® XP and HALO® catheters facilitate simultaneous local electrograms spanning the tricuspid annulus, from the midseptal to anterior to lateral to posterolateral. Recordings of the entire annulus can be obtained without repositioning the catheter tip.

Tip deflection is controlled at the proximal end by a tubular handpiece in which a piston slides. When the piston is pushed forward with the thumbknob, the tip is deflected (curved). When the piston is pulled back, the tip straightens. The high-torque shaft allows the plane of the curved tip to be rotated to facilitate accurate positioning of the catheter tip at the desired site.

**The catheter interfaces with standard recording equipment via interface cables with the appropriate connectors.**

**CONSULT THE LOCAL DISTRIBUTOR OR MANUFACTURER FOR THE APPROPRIATE INTERFACE CABLES.**

**INDICATIONS**

The catheter is indicated for electrophysiological mapping of cardiac structures; i.e., stimulation and recording only. In addition, the Deflectable Tip Orthogonal Catheter is designed for use in the coronary sinus.In addition the Deflectable Braided Tip Catheter is designed for use in the right side of the heart. In addition, the CRISTACATH™ and ISMUS® Cᴀᴛʜ catheters are designed to facilitate electrograms in the atrial region of the heart. In addition, the HALO® XP and HALO® catheters' preformed halo shape of the tip section is designed specifically for the tricuspid annulus.

**CONTRAINDICATIONS**

The Biosense Webster® Deflectable Tip Electrode Catheter has not been shown to be safe and effective for electrical ablation or for use in the coronary vasculature other than the coronary sinus ostium. In addition, the Braided Tip Catheter is contraindicated for use in the left side of the heart. In addition, the transseptal approach is contraindicated.

Use of the catheter may not be appropriate for patients with prosthetic valves. A relative contraindication for cardiac catheter procedures is active systemic infection.

**WARNINGS**

Cardiac catheterization procedures present the potential for significant x-ray exposure, which can result in acute radiation injury as well as increased risk for somatic and genetic effects, to both patients and laboratory staff due to the x-ray beam intensity and duration of the fluoroscopic imaging. Cardiac catheterization should only be performed after adequate attention has been given to potential radiation exposure associated with the procedure, and steps taken to minimize this exposure. Careful consideration must therefore be given for the use of this catheter in pregnant women.

- Do not immerse the proximal handle or cable connector in fluids; electrical performance could be affected.
- Do not expose the catheter to organic solvents such as alcohol.
- Do not autoclave the catheter.

**PRECAUTIONS**

- Do not attempt to operate the Biosense Webster deflectable tip electrophysiology catheter prior to completely reading and understanding these directions for use.
- Store in a cool, dry, dark place.
- The sterile packaging and catheter should be inspected prior to use.
- Do not resterilize and reuse.
- This device is packaged and sterilized for single use only. Do not reuse, reprocess or resterilize. Reuse, reprocessing, or resterilization may compromise the structural integrity of the device and/or lead to device failure that in turn may result in patient injury, illness or death. Also, reprocessing or resterilization of single use devices may create a risk of contamination and/or cause patient infection or cross-infection, including, but not limited to, the transmission of infectious disease(s) from one patient to another. Contamination of the device may lead to injury, illness, or death of the patient.
- Cardiac catheterization procedures should be performed by appropriately trained personnel in a fully equipped electrophysiology laboratory.
- Careful catheter manipulation must be performed in order to avoid cardiac damage, perforation, or tamponade. Catheter advancement and placement should be done under fluoroscopic guidance. Do not use excessive force to advance or withdraw the catheter when resistance is encountered.
- Always pull the thumbknob of the catheter back before insertion or withdrawal to assure that the catheter tip assumes its original shape.

**"USE BY" DATE**

Use the device prior to the "Use By" date on the package label.

**DISPOSAL**

Recycle components, or dispose of the product and its residual elements or waste items in accordance with local laws and regulations.

**SUGGESTED INSTRUCTIONS FOR USE**

- Remove the catheter from its package and place it in a sterile work area. Create a vascular access in a large central vessel using aseptic techniques and insert the catheter.
- Connect the interface connectors to the appropriate recording equipment.
- Confirm that the thumbknob is pulled back completely before insertion. Advance the catheter to the area of the endocardium under investigation. Use both fluoroscopy and electrograms to aid in proper positioning. Adjust the radius of curvature as necessary by manipulating the thumbknob. Pushing the thumbknob forward causes the catheter tip to bend (curve); when the knob is pulled back, the tip straightens.
- Prior to removal of the catheter, confirm that the thumbknob has been pulled back completely. Remove the catheter and dispose of it in an appropriate manner. Do not resterilize and reuse.
- If there are any questions regarding the use or performance of this product, please consult with the local distributor or the manufacturer.

**ADVERSE REACTIONS**

A number of serious adverse reactions have been documented for cardiac catheterization procedures including pulmonary embolism, myocardial infarction, stroke, cardiac tamponade, and death. The following complications associated with cardiac catheterization have also been reported in the literature: vascular bleeding, local hematomas, thrombosis, AV fistula, pseudoaneurysm, thromboembolism, vasovagal reactions, cardiac perforation, air embolism, arrhythmias, valvular damage, pneumothorax and hemothorax.

     M-5276-86L

CONFIDENTIAL      BWI-INN00100545

**DISCLAIMER OF WARRANTY AND LIMITATION OF LIABILITY**

THERE IS NO EXPRESS OR IMPLIED WARRANTY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ON THE PRODUCT(S) DESCRIBED HEREIN. UNDER NO CIRCUMSTANCES SHALL BIOSENSE WEBSTER, INC., OR ITS AFFILIATED COMPANIES, BE LIABLE FOR ANY SPECIAL, DIRECT, INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES OTHER THAN AS EXPRESSLY PROVIDED BY APPLICABLE LAW.

WITHOUT LIMITING THE FOREGOING, BIOSENSE WEBSTER, INC. OR ITS AFFILIATED COMPANIES, SHALL NOT BE LIABLE FOR ANY SPECIAL, DIRECT, INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES, ARISING OUT OF THE REUSE OF ANY PRODUCT(S) LABELED FOR SINGLE USE OR WHERE REUSE IS PROHIBITED BY APPLICABLE LAW.

Descriptions and specifications appearing in Biosense Webster Inc. printed matter, including this publication, are informational only and meant solely to generally describe the product(s) at the time of manufacture and are not made or given as a warranty of the prescribed product(s) in any way.

CONFIDENTIAL                                                                                                                      BWI-INN00100546

**Cathéter d'électrophysiologie – Embout orientable ; orthogonal à embout orientable ; à embout tressé orientable ; Cathéter de cartographie tricuspide HALO® XP, à embout orientable HALO® ; et Cathéters de cartographie CRISTACATH™ et ISMUS® CATH à embout orientable**

- **STÉRILE. Stérilisé à l'oxyde d'éthylène.**
- **À usage unique.**
- **Ne pas utiliser si l'emballage est ouvert ou endommagé.**
- **La législation fédérale américaine n'autorise la vente de ce dispositif que par un médecin ou sur ordonnance de ce dernier.**

**DESCRIPTION DU CATHÉTER**

Le cathéter-électrode Biosense Webster® à embout orientable est destiné à faciliter la cartographie électrophysiologique du cœur. Le cathéter comprend une tige à couple élevé, munie d'un embout orientable contenant un groupe d'électrodes en platine pouvant servir à la stimulation et à l'enregistrement. Plusieurs configurations d'embout sont disponibles. (Les différents types de courbure standard sont identifiés par une bande de couleur sur la tige, près de l'extrémité proximale ; voir le catalogue).

Le cathéter orthogonal à embout orientable est destiné à faciliter la cartographie électrophysiologique du cœur. Le cathéter comprend une tige à couple élevé, munie d'un embout orientable contenant un groupe d'électrodes en platine qui peuvent servir à la stimulation et à l'enregistrement.

Le cathéter à embout tressé orientable est un cathéter à électrodes multiples muni d'un embout orientable destiné à faciliter la cartographie électrophysiologique du cœur. Le cathéter présente une tige à couple élevé, munie d'un embout orientable contenant des électrodes en platine. Le cathéter est destiné à faciliter des électrocardiogrammes locaux stables grâce à la tresse interne. Toutes les électrodes peuvent servir à la stimulation et à l'enregistrement.

Les cathéters CRISTACATH™ et ISMUS® à embout orientable sont destinés à établir la cartographie électrophysiologique des structures cardiaques. Ces cathéters présentent une tige à couple élevé, munie d'un embout contenant dix paires d'électrodes en platine facilement repérables sous radioscopie. Les cathéters CRISTACATH™ et ISMUS® à embout orientable facilitent les électrogrammes locaux simultanés grâce à un nombre supérieur d'électrodes et à ses capacités de déflexion.

Les cathéters à embout orientable HALO® XP et HALO® sont destinés à établir la cartographie électrophysiologique du cœur, en particulier celle de l'anneau tricuspide. Ces cathéters présentent une tige à couple élevé, munie d'un embout en forme d'auréole contenant dix paires d'électrodes en platine qui peuvent être facilement repérées sous radioscopie. L'embout contient également un marqueur radio-opaque situé au centre des électrodes. L'embout en forme d'auréole présente une courbe préformée qui peut être positionnée autour du versant auriculaire de l'anneau tricuspide. L'embout est emballé dans une gaine protectrice en plastique.

À l'intérieur d'une gaine de manipulation se trouve un piston rattaché à un fil de traction interne servant à modifier le rayon de courbure. Lorsque le piston est poussé vers l'avant, le rayon de courbure de la courbe préformée diminue; lorsque le curseur est tiré vers l'arrière, le rayon de courbure augmente jusqu'à ce que l'embout reprenne sa forme initiale. La tige à couple élevé permet de changer le plan de la courbure afin de faciliter un positionnement exact.

Les cathéters à embout orientable HALO® XP et HALO® facilitent les électrogrammes locaux simultanés allant d'un point à un autre de l'anneau tricuspide (mi-septal à antérieur à latéral à postéro-latéral). On peut ainsi obtenir des enregistrements de l'anneau entier sans avoir à remettre l'extrémité du cathéter en place.

La déflexion de l'embout est contrôlée à l'extrémité proximale par une gaine de manipulation tubulaire dans laquelle glisse un piston. Lorsque le piston est poussé vers l'avant à l'aide du curseur, l'embout du cathéter est défléchi (courbé). Lorsque le piston est tiré vers l'arrière, l'embout du cathéter se redresse. La tige à couple élevé permet de faire tourner manuellement le plan de l'embout courbé pour faciliter le positionnement exact de l'embout du cathéter au site voulu.

**Le cathéter est relié à un équipement d'enregistrement standard par l'intermédiaire de câbles d'interface munis de connecteurs appropriés.**

CONSULTER LE DISTRIBUTEUR LOCAL OU LE FABRICANT POUR OBTENIR DES RENSEIGNEMENTS SUR LES CABLES D'INTERFACE CONVENABLES

**INDICATIONS**

Le cathéter est indiqué pour la cartographie électrophysiologique des structures cardiaques, c'est-à-dire stimulation et enregistrement uniquement. Le cathéter orthogonal à embout orientable est destiné à être utilisé dans le sinus coronaire. Le cathéter à embout tressé orientable est destiné à être utilisé dans le cœur droit. Les cathéters CRISTACATH™ et ISMUS® sont destinés à faciliter les électrogrammes dans la région auriculaire du cœur. Les cathéters à embout orientable HALO® XP et HALO® sont spécifiquement destiné à l'anneau tricuspide.

**CONTRE-INDICATIONS**

Il n'a pas été démontré que le cathéter d'électrophysiologie Biosense Webster® à embout orientable est efficace et sans danger pour les procédures d'ablation électrique ou pour l'utilisation dans le réseau coronarien ailleurs que dans l'orifice du sinus coronaire. En outre, il est contre-indiqué d'utiliser le cathéter à embout tressé dans le cœur gauche. Enfin, la méthode transseptale est contre-indiquée.

L'usage de ce cathéter n'est pas recommandé chez les patients portant une valve prothétique. Une infection générale évolutive peut également constituer une contre-indication relative à une procédure de cathétérisme cardiaque.

**AVERTISSEMENTS**

Les procédures de cathétérisme cardiaque présentent un risque d'exposition élevée aux rayons X, ce qui peut entraîner des radiolésions graves, ainsi qu'un risque accru d'effets somatiques et génétiques, aussi bien pour le patient que pour le personnel médical, en raison de l'intensité du faisceau de rayons X et de la durée de la radiographie. Les procédures de cathétérisme cardiaque ne doivent être effectuées que si le danger d'exposition potentielle aux rayons X associé à ces procédures a été pris en considération et que les mesures nécessaires ont été prises pour minimiser cette exposition. Par conséquent, il ne faut utiliser ce cathéter chez les femmes enceintes qu'après mûre réflexion.

- Ne pas plonger la poignée proximale ou le connecteur du câble dans un liquide, sous risque de provoquer un dysfonctionnement électrique.
- Ne pas exposer le cathéter à des solvants organiques, comme de l'alcool par exemple.
- Ne pas passer le cathéter à l'autoclave.

**PRÉCAUTIONS**

- Ne pas essayer d'utiliser le cathéter d'électrophysiologie Biosense Webster à embout orientable avant d'avoir lu et de s'être familiarisé intégralement avec ce mode d'emploi.
- Conserver dans un endroit sec et frais, à l'abri de la lumière.
- Inspecter la stérilité de l'emballage et le cathéter avant usage.
- Ne pas restériliser ni réutiliser.
- Ce dispositif est conditionné et stérilisé pour être strictement à usage unique. Ne pas réutiliser, retraiter ou restériliser. La réutilisation, le retraitement ou la restérilisation peut compromettre l'intégrité structurelle du dispositif et/ou conduire à un dysfonctionnement du dispositif, lui-même susceptible d'occasionner des lésions, des affections ou le décès du patient. Le retraitement ou la restérilisation des dispositifs à usage unique peut aussi créer un risque de contamination et/ou provoquer des infections ou des infections croisées chez le patient, y compris, mais sans s'y limiter, la transmission de maladie(s) infectieuse(s) d'un patient à un autre. La contamination du dispositif peut conduire à des lésions, à des affections ou au décès du patient.
- Les procédures de cathétérisme cardiaque doivent être effectuées dans une salle d'électrophysiologie comportant tout l'équipement nécessaire et par un personnel ayant reçu la formation appropriée.
- Il est essentiel de manipuler les cathéters avec précaution pour éviter les risques de lésion, perforation ou tamponnade cardiaque. L'avancement et la mise en place du cathéter doivent se faire sous contrôle radioscopique. Ne pas appliquer une force excessive pour faire avancer ou retirer le cathéter.
- Toujours tirer le curseur du cathéter vers l'arrière avant d'insérer ou de retirer le cathéter afin de redonner sa forme originale à l'embout du cathéter.

**DATE DE PÉREMPTION**

Utiliser l'instrument avant la date de péremption indiquée sur l'étiquette de l'emballage.

**MISE AU REBUT**

Recycler les composants ou jeter le produit et ses éléments résiduels ou déchets conformément aux lois et règlements locaux.

**MODE D'EMPLOI RECOMMANDÉ**

- Retirer le cathéter de son emballage et le placer sur le champ stérile. Créer un accès vasculaire dans un large vaisseau central en prenant soin de conserver un milieu aseptique et insérer le cathéter.
- Brancher les connecteurs d'interface à l'équipement d'enregistrement approprié.
- Vérifier que le curseur est tiré à fond vers l'arrière avant d'insérer le cathéter. Faire avancer le cathéter jusqu'au site souhaité de l'endocarde sous contrôle radioscopique et électrocardiogrammes afin de faciliter la mise en place correcte. Régler le rayon de courbure si nécessaire à l'aide du curseur. Lorsque le curseur est poussé vers l'avant, l'embout du cathéter est défléchi (courbé). Lorsque le curseur est tiré vers l'arrière, l'embout du cathéter se redresse.
- Avant de retirer le cathéter, vérifier que le curseur est tiré à fond vers l'arrière. Retirer le cathéter et l'éliminer de façon appropriée. Ne pas restériliser ni réutiliser.
- En cas de questions sur l'utilisation ou le fonctionnement de ce produit, consulter le distributeur local ou le fabricant.

M-5276-86L

CONFIDENTIAL
BWI-INN00100547

**RÉACTIONS INDÉSIRABLES**

De graves effets secondaires associés aux procédures de cathétérisme cardiaque ont été documentés dans la littérature médicale, dont : embolie pulmonaire, infarctus du myocarde, accident vasculaire cérébral, tamponnade cardiaque et décès. Les complications suivantes ont également été associées aux procédures de cathétérisme cardiaque : hémorragies vasculaires, hématomes locaux, thrombose, fistule artério-veineuse, pseudoanévrisme, thromboembolie, réactions vaso-vagales, perforation cardiaque, embolie gazeuse, arrythmies, lésions valvulaires, pneumothorax et hémothorax.

**DÉNI DE GARANTIES ET LIMITATION DE RESPONSABILITÉ**

LE OU LES PRODUITS DÉCRITS DANS LES PRÉSENTES NE SONT COUVERTS PAR AUCUNE GARANTIE EXPRESSE OU IMPLICITE, CECI INCLUANT, SANS S'Y LIMITER, TOUTE GARANTIE IMPLICITE DE QUALITÉ MARCHANDE OU D'ADAPTATION À UN USAGE PARTICULIER. EN AUCUN CAS BIOSENSE WEBSTER, INC. NE SERA TENUE RESPONSABLE DES DOMMAGES DIRECTS, INDIRECTS, CONSÉCUTIFS OU SPÉCIAUX, AUTRES QUE CEUX EXPRESSÉMENT PRÉVUS PAR LA LOI EN VIGUEUR.

SANS SE LIMITER À CE QUI PRÉCÈDE, BIOSENSE WEBSTER, INC. ET SES SOCIÉTÉS ASSOCIÉES, NE SERONT TENUES RESPONSABLES D'AUCUN DOMMAGE DIRECT, INDIRECT, CONSÉCUTIF OU SPÉCIAL PROVENANT DE LA RÉUTILISATION D'UN OU DES PRODUITS ÉTIQUETÉS POUR USAGE UNIQUE OU DONT LA RÉUTILISATION EST INTERDITE PAR LES LOIS APPLICABLES.

Les descriptions et spécifications techniques figurant dans la documentation Biosense Webster, Inc., y compris cette publication, sont fournies à titre d'information et visent uniquement à décrire de façon générale le produit au moment de sa fabrication et ne constituent une garantie expresse en aucune manière.

CONFIDENTIAL                                                                                                                    BWI-INN00100548

## Elektrophysiologie-Katheter: Steuerbarer Diagnostikkatheter; Steuerbarer orthogonaler Katheter; Steuerbare, geflochtene Spitze; Steuerbare HALO® XP Tricuspid Mapping, HALO®; und Steuerbare CRISTACATH™ und ISMUS® CATH Mapping Katheter

- **STERIL. Mit Ethylenoxid sterilisiert.**
- **Nur zum Einmalgebrauch.**
- **Keine Produkte einsetzen, deren sterile Verpackung offen oder beschädigt ist.**
- **Laut U.S.-Bundesgesetz darf diese Vorrichtung nur von einem Arzt oder auf ärztliche Anordnung verkauft werden.**

**KATHETER-BESCHREIBUNG**

Der Biosense Webster® Steuerbare Elektrodenkatheter wurde entwickelt zum elektrophysiologischen Mapping des Herzens. Der Katheter verfügt über einen äußerst drehstabilen Schaft mit einer steuerbaren Spitzensektion, in welcher Platinelektroden zu Stimulations- und Aufzeichnungszwecken angeordnet sind. Verschiedene Spitzenkonfigurationen sind erhältlich (Standard-Konfigurationen sind mit einem farbigen Band auf dem Schaft am proximalen Ende gekennzeichnet - siehe Katalog).

Der steuerbare orthogonale Katheter wurde entwickelt, um das elektrophysiologische Mapping des Herzens zu vereinfachen. Der Katheter verfügt über einen äußerst drehstabilen Schaft mit einer formbaren Spitzensektion, in welcher Platinelektroden zu Stimulations- und Aufzeichnungszwecken angeordnet sind.

Der Katheter mit steuerbarer, geflochtener Spitze ist ein mehrpoliger Katheter mit steuerbarer Spitze zum elektrophysiologischen Mapping des Herzens. Der Katheter verfügt über einen äußerst drehstabilen Schaft mit einer steuerbaren Spitzensektion, in der Platinelektroden angeordnet sind. Aufgrund seiner Gewebeverstärkung kann die Qualität lokaler Elektrogramme mit diesem Katheter verbessert werden. Sämtliche Elektroden können zu Aufzeichnungs- und Stimulationszwecken verwendet werden.

Die steuerbaren CRISTACATH™ und ISMUS® CATH Katheter wurden zum elektrophysiologischen Mapping kardialer Strukturen entwickelt; Die Katheter verfügen über einen äußerst drehstabilen Schaft mit einer Spitzensektion, in der 10 Paare von gut röntgensichtbaren Platinelektroden angeordnet sind. Mit dem steuerbaren CRISTACATH™ Katheter und dem ISMUS® CATH Katheter wird das Erstellen unilateraler lokaler Elektrogramme aufgrund der größeren Anzahl von Elektroden und seiner Steuerbarkeit vereinfacht.

Die steuerbaren HALO® XP und HALO® -Katheter wurden entwickelt zum elektrophysiologischen Mapping des Herzens, insbesondere des Trikuspidalringes. Die Katheter verfügen über einen äußerst drehstabilen Schaft mit einer haloförmigen Spitzensektion mit 10 Paaren von gut röntgensichtbaren Platinelektroden. Im Zentrum der Elektrodenanordnung befindet sich darüber hinaus ein röntgensichtbarer Marker. Die haloförmige Spitzensektion ist vorgeformt und kann um die Vorhoffläche des Trikuspidalringes gelegt werden. Die Spitzensektion wird mit einer Kunststoff-Schutzhülse geliefert.

Die Spitzendeflexion wird am proximalen Ende durch einen röhrenförmigen Handgriff mit Kolben gesteuert. Wird der Kolben mit Hilfe des Daumenschieber vorgeschoben, so krümmt sich die Spitze. Wird der Kolben zurückgezogen, begradigt sich die Spitze. Aufgrund des äußerst drehstabilen Schaftes kann die Ebene der distalen Kurve zum leichteren Positionieren der Katheterspitze am proximalen Ende des Katheters durch Rotation des Schaftes gedreht werden.

Mit den steuerbaren HALO® XP und HALO® -Kathetern können simultan lokale Elektrogramme um den Trikuspidalring, von der Mitte des Septums nach vorn, seitlich und nach hinten und außen leicht erstellt werden. Aufzeichnungen vom gesamten Ring können ohne Repositionierung der Katheterspitze durchgeführt werden.

Ein Kolben im Handgriff ist verbunden mit einem inneren Zugdraht, mit dem der Radius der Krümmung verändert werden kann. Wird der Kolben nach vorn gedrückt, vermindert sich der Radius der vorgeformten Schleife; wird der Daumengriff zurückgezogen, vergrößert sich der Radius, bis die Spitzensektion ihre vorgeformte Form wieder angenommen hat. Aufgrund des äußerst drehstabilen Schaftes ist die Fläche, in der die Kurve liegt, veränderbar und erleichtert so die exakte Positionierung.

**Der Katheter wird über Katheteranschluß-Kabel mit den entsprechenden Konnektoren an Standard-Aufzeichnungsgeräte angeschlossen.**

**FRAGEN SIE IHREN VERKAUFSREPRÄSENTANTEN NACH DEN PASSENDEN KATHETERANSCHLUß-KABELN.**

**INDIKATIONEN**

Der Elektrodenkatheter wurde entwickelt zum elektrophysiologischen Mapping kardialer Strukturen, d.h. nur zu Stimulations- und Aufzeichnungszwecken. Darüber hinaus kann der steuerbare orthogonale Katheter im Koronarsinus eingesetzt werden. Katheter mit steuerbarer, geflochtener Spitze ist für den Einsatz im rechten Herzen entwickelt worden. Darüber hinaus können der CRISTACATH™ und der ISMUS® CATH Katheter zum leichteren Erstellen von Elektrogrammen in der Vorhofregion des Herzens eingesetzt werden. Darüber hinaus ist die haloförmige Spitzensektion der HALO® XP und HALO®-Katheter speziell für denTrikuspidalring geeignet.

**KONTRAINDIKATIONEN**

Die Sicherheit und Effektivität des Biosense Webster® steuerbaren Elektrophysiologie-Katheters ist bei der Ablation mittels Hochfrequenzstrom oder beim Einsatz in Koronargefäßen außer im Ostium des Koronarsinus noch nicht nachgewiesen. Darüber hinaus ist der Katheter mit geflochtener Spitze kontraindiziert für den Einsatz im linken Herzen. Darüber hinaus ist ein transseptaler Zugang kontraindiziert.

Der Einsatz dieses Katheters in Patienten mit künstlichen Klappen ist fraglich. Als relative Kontraindikation für Herzkatheter-Prozeduren gilt eine aktive systemische Infektion.

**WARNUNGEN**

Bei Herzkatheterisierungen werden die Beteiligten einer bedeutenden Strahlendosis mit akuter Verletzungsgefahr ausgesetzt, und durch die Intensität der Röntgenstrahlen und die Dauer der röntgenologischen Darstellung besteht ein erhöhtes Risiko somatischer und genetischer Auswirkungen sowohl auf die Patienten als auch auf das Klinikpersonal. Die Herzkatheterisierung sollte erst dann durchgeführt werden, wenn die mit dieser Untersuchung verbundene Strahlenbelastung sorgfältig geprüft und auf ein Mindestmaß beschränkt wurde. Die Herzkatheterisierung dieses Katheters in Schwangeren sollte besonders sorgfältig erwogen werden.

- Den proximalen Handgriff oder das Anschlußkabel nicht in Flüssigkeit tauchen; die elektrische Funktionsfähigkeit könnte beeinträchtigt werden.
- Den Katheter nicht organischen Lösungsmitteln, wie z.B. Alkohol, aussetzen.
- Den Katheter nicht autoklavieren.

**VORSICHTSMAßREGELN**

- Wir raten dringend davon ab, den Biosense Webster steuerbaren Elektrophysiologie-Katheter einzusetzen, ohne vorher die Gebrauchsanleitung sorgfältig und vollständig zu lesen.
- Kühl, trocken und lichtgeschützt aufbewahren.
- Vor Gebrauch sollten sterile Verpackung und Katheter auf Schaden überprüft werden.
- Nicht resterilisieren und wiederverwenden.
- Dieses Produkt ist nur für den einmaligen Gebrauch verpackt und sterilisiert. Bitte nicht wiederverwenden, aufbereiten oder erneut sterilisieren. Wiederverwendung, erneutes Verarbeiten oder erneute Sterilisation können die strukturelle Integrität des Instruments beeinträchtigen und/oder zu Fehlfunktionen des Instruments führen, die wiederum zur Verletzung, Erkrankung oder zum Tod des Patienten führen können. Wiederverwendung, erneutes Verarbeiten oder erneute Sterilisation von Produkten zum Einmalgebrauch können auch eine Kontaminationsrisiko hervorrufen und/oder eine Infektion oder Kreuzinfektion verursachen, und einschließlich, aber nicht begrenzt, aber zu einer Übertragung infektiöser Krankheiten von einem Patienten auf den anderen führen. Die Kontamination des Instruments kann zu Verletzung, Krankheit oder Tod des Patienten führen.
- Herzkatheterisierungen sollten nur von entsprechend geschulten Ärzten durchgeführt werden, denen ein vollständig eingerichtetes elektrophysiologisches Labor zur Verfügung steht.
- Um Schädigungen des Herzens, Perforation oder Tamponade zu vermeiden, muß der Katheter vorsichtig bewegt werden. Das Vorschieben und Positionieren sollte nur unter Röntgenkontrolle erfolgen. Wenn Widerstand spürbar ist, sollte der Katheter nicht mit Gewalt vorgeschoben oder zurückgezogen werden.
- Vor dem Einführen oder Zurückziehen immer erst den Daumenschieber zurückziehen, um sicherzustellen, daß die Katheterspitze ihre vorgeformte Konfiguration annimmt.

**VERFALLSDATUM ("USE BY")**

Das Produkt vor Ablauf des auf der Verpackung aufgedruckten Verfallsmonatss verbrauchen.

**ENTSORGUNG**

Die Komponenten sind wiederzuverwerten oder das Produkt und seine Restelemente oder als Abfall geltende Teile sind nach den vor Ort gültigen Gesetzen und Richtlinien zu entsorgen.

**GEBRAUCHSANLEITUNG**

- Den Katheter auspacken und auf sterile Unterlage bereitlegen Einen Zugang zu einem großen, zentralen Blutgefäß schaffen und den Katheter mittels aseptischer Technik einführen.
- Die Elektrodenstecker oder den Konnektor des Katheters an das entsprechende Aufzeichnungsgerät anschließen.
- Kontrollieren Sie vor dem Einführen des Katheters, daß der Daumenschieber am Handgriff vollständig zurückgezogen ist. Den Katheter in den zu untersuchenden Abschnitt des Endokards vorschieben. Nehmen Sie zur exakten Positionierung das Röntgengerat und Elektrogramme zu Hilfe. Regulieren Sie, falls notwendig, die Auslenkung der Spitze mit Hilfe des Daumenschiebers. Durch Vorschieben des Daumenschiebers wird die Katheterspitze deflektiert; durch Zurückziehen des Daumenschiebers wird die Spitze wieder begradigt.
- Vor dem Entfernen des Katheters sicherstellen, daß der Daumenschieber vollständig zurückgezogen ist. Den Katheter entfernen und entsorgen. Nicht resterilisieren und wiederverwenden.
- Bei Fragen, die sich im Zusammenhang mit dem Gebrauch oder der Funktion dieses Produktes ergeben, wenden Sie sich bitte an Ihren Verkaufsrepräsentanten.

CONFIDENTIAL    BWI-INN00100549

Deutsch

**NEBENWIRKUNGEN**

Eine Reihe von schweren Nebenwirkungen bei Herzkatheter-Prozeduren wurde dokumentiert, so z.B. Pulmonalembolie, Herzinfarkt, Schlaganfall, Herztamponade und Tod. In der Literatur wird darüber hinaus über folgende Komplikationen bei Herzkatheterisierungen berichtet: Gefäßblutung, örtliche Hämatome, Thrombose, AV Fistel, Pseudoaneurysma, Thrombenembolie, vasovagale Reaktionen, Herzperforation, Luftembolie, Arrhythmien, Klappenschädigung, Pneumothorax und Hämothorax.

**HAFTUNGSAUSSCHLUSS UND BESCHRÄNKTE HAFTUNG**

ES BESTEHEN KEINERLEI AUSDRÜCKLICHE ODER STILLSCHWEIGENDE GARANTIEN FÜR DAS/DIE IN DIESER PUBLIKATION BESCHRIEBENE/N PRODUKT/E. DIES BEZIEHT SICH OHNE EINSCHRÄNKUNG AUF JEGLICHE STILLSCHWEIGENDE GARANTIEN DER MARKTFÄHIGKEIT ODER EIGNUNG FÜR EINEN BESTIMMTEN ZWECK. BIOSENSE WEBSTER, INC. UND SEINE TOCHTERGESELLSCHAFTEN SIND KEINESFALLS FÜR IRGENDWELCHE DIREKTEN, SONDER-, NEBEN- ODER FOLGESCHÄDEN VERANTWORTLICH, SOWEIT NICHT DURCH BESTIMMTE GESETZE AUSDRÜCKLICH VORGESEHEN.

OHNE EINSCHRÄNKUNG DES VORHERGEHENDEN SIND BIOSENSE WEBSTER, INC. UND SEINE TOCHTERGESELLSCHAFTEN NICHT FÜR IRGENDWELCHE DIREKTEN, SONDER-, NEBEN- ODER FOLGESCHÄDEN VERANTWORTLICH, DIE SICH AUS DER WIEDERVERWENDUNG VON ENTSPRECHEND GEKENNZEICHNETEN PRODUKTEN FÜR DEN EINMALGEBRAUCH UND FÜR PRODUKTE ERGEBEN, DEREN WIEDERVERWENDUNG GESETZLICH NICHT ZULÄSSIG IST.

Die Beschreibungen und Spezifikationen in den Biosense Webster, Inc. Druckmaterialien, einschließlich dieser Publikation, dienen lediglich zu Informationszwecken und sind nur dazu gedacht, das Produkt zum Zeitpunkt seiner Herstellung allgemein zu beschreiben. Sie stellen keine Garantieerklärung für das beschriebene Produkt dar.

CONFIDENTIAL

BWI-INN00100550

**Catetere per elettrofisiologia – punta direzionabile; punta direzionabile ortogonale; punta armata direzionabile; punta direzionabile per il mappaggio della tricuspide HALO® XP e HALO®. Cateteri per mappaggio CRISTACATH™ e ISMUS® Cᴀᴛʜ a punta direzionabile**

- **STERILE. Sterilizzato con ossido di etilene.**
- **Da usare una volta sola.**
- **Non usare se la confezione è aperta o danneggiata.**
- **La legge federale USA limita la vendita di questo dispositivo a o a richiesta di un medico.**

### DESCRIZIONE DEL CATETERE

Il catetere per elettrofisiologia a punta direzionabile Biosense Webster® è stato progettato per facilitare il mappaggio elettrofisiologico del cuore. Il catetere è dotato di un corpo ad alta torsione e di una punta direzionale contenente elettrodi di platino che possono essere usati per le procedure di stimolazione e registrazione. Sono disponibili numerose configurazioni della punta. (I tipi di curva standard sono identificati da una banda colorata sul corpo del catetere vicino all'estremità prossimale -consultare il catalogo).

Il catetere a punta direzionabile ortogonale è stato progettato per facilitare il mappaggio elettrofisiologico del cuore. Il catetere è dotato di un corpo ad alta torsione e di una punta direzionale contenente elettrodi di platino che possono essere usati per le procedure di stimolazione e registrazione.

Il catetere a punta armata direzionabile è un catetere multi-elettrodo progettato per facilitare il mappaggio elettrofisiologico del cuore. Il catetere è dotato di un corpo ad alta torsione e di una punta direzionale contenente elettrodi di platino. Il catetere è stato progettato per facilitare l'ottenimento di elettrogrammi locali stabili grazie all'armatura interna. Tutti gli elettrodi possono essere usati per le procedure di stimolazione e registrazione.

I cateteri CRISTACATH™ e ISMUS® Cᴀᴛʜ a punta direzionabile sono stati progettati per il mappaggio elettrofisiologico delle strutture cardiache. I cateteri sono dotati di un corpo ad alta torsione e di una punta direzionale contenente dieci paia di elettrodi di platino facilmente visibili sotto fluoroscopia. I cateteri CRISTACATH™ e ISMUS® Cᴀᴛʜ a punta direzionabile agevolano gli elettrogrammi locali simultanei grazie a un maggior numero di elettrodi e alla possibilità di dirigere la punta.

I cateteri a punta direzionabile HALO® XP e HALO® sono stati progettati per il mappaggio elettrofisiologico del cuore, in particolare dell'anello tricuspidale. Il catetere sono dotati di un corpo ad alta torsione e di una punta ad anello contenente dieci paia di elettrodi di platino facilmente visibili sotto fluoroscopia. La punta contiene inoltre, al centro del gruppo degli elettrodi, un indicatore radiopaco. La punta ad anello, dotata di curva preformata, può essere posizionata tutto intorno alla parte atriale dell'anello tricuspidale. La punta è confezionata con una protezione di plastica.

La flessione della punta è regolata all'estremità prossimale mediante un manicotto tubolare in cui scorre un pistone. Quando il pistone è spinto in avanti premendo il pollice contro l'apposita rotella, la punta si flette (si curva). Quando il pistone è tirato indietro, la punta si raddrizza. Il corpo ad alta torsione permette la rotazione manuale del piano della curva distale, aiutando il medico a posizionare la punta del catetere nel sito desiderato.

I cateteri a punta direzionabile HALO® XP e HALO® facilitano l'ottenimento simultaneo degli elettrogrammi locali in quanto abbracciano tutto l'anello tricuspidale, dalla zona mediosettale all'anteriore alla laterale alla posterolaterale. È possibile ottenere le rilevazioni dell'anello nella sua globalità senza riposizionare la punta del catetere.

Il pistone all'interno del manicotto è collegato a una spirale interna che modifica il raggio della curvatura. Quando il pistone è spinto in avanti, il raggio della curvatura dell'ansa preformata viene ridotto; quando è tirato indietro, il raggio aumenta fino a far riassumere alla punta la sua forma originaria. Il corpo ad alta torsione permette di regolare il piano della curva facilitando il posizionamento accurato della punta del catetere.

**Il catetere si collega ad apparecchiature di registrazione standard per mezzo di cavi interfaccia dotati di connettori appropriati.**

**CONSULTARE IL DISTRIBUTORE LOCALE O IL FABBRICANTE PER I CAVI INTERFACCIA APPROPRIATI.**

### INDICAZIONI

Il catetere è indicato per il mappaggio elettrofisiologico delle strutture cardiache, cioè solo per le procedure di stimolazione e registrazione. Inoltre, il catetere a punta direzionabile ortogonale è progettato per l'impiego nel seno coronarico. Inoltre, il catetere a punta armata direzionabile è progettato per l'impiego nel lato destro del cuore. Inoltre, i cateteri CRISTACATH™ e ISMUS® Cᴀᴛʜ sono progettati per facilitare l'ottenimento di elettrogrammi nella regione atriale del cuore. Inoltre, la forma ad anello della punta dei cateteri HALO® XP e HALO® è progettata specificamente per l'impiego nell'anello tricuspidale.

### CONTROINDICAZIONI

Non è stato dimostrato che il catetere per elettrofisiologia a punta direzionabile Biosense Webster® sia sicuro ed efficace per l'ablazione elettrica o per l'uso in aree coronariche diverse dall'ostio del seno coronarico. Inoltre, il catetere a punta armata direzionabile è controindicato l'impiego nel lato sinistro del cuore. Inoltre, è controindicato l'approccio transettale.

L'uso del catetere potrebbe non essere appropriato per i pazienti con protesi valvolari. Una delle controindicazioni relative per le procedure di cateterismo cardiaco è la presenza di un'infezione sistemica attiva.

### AVVERTENZE

Le procedure di cateterismo cardiaco presentano un potenziale di esposizione significativa ai raggi X con possibili danni acuti da radiazione e aumento del rischio di effetti somatici e genetici sia nel paziente che nel personale di laboratorio, a causa dell'intensità del fascio di raggi X e della durata della procedura fluoroscopica. Il cateterismo cardiaco deve essere eseguito solo dopo aver prestato particolare attenzione alla potenziale esposizione alle radiazioni associata alla procedura stessa e dopo aver preso le precauzioni necessarie per minimizzare questa esposizione. È necessario quindi prestare un'attenta considerazione all'impiego di questo catetere nelle donne incinte.

- Non immergere l'impugnatura o il connettore del cavo nei liquidi in quanto la funzionalità elettrica potrebbe venirne alterata.
- Non esporre il catetere a solventi organici quali l'alcol.
- Non sterilizzare il catetere in autoclave.

### PRECAUZIONI

- Non tentare di far funzionare il catetere per elettrofisiologia a punta direzionabile Biosense Webster prima di aver letto e capito completamente queste istruzioni per l'uso.
- Conservare in luogo fresco e asciutto, al riparo dalla luce.
- Prima dell'uso, ispezionare l'imballaggio sterile e il catetere.
- Non risterilizzare e non riutilizzare.
- Il dispositivo viene fornito confezionato e sterilizzato ed è destinato ad essere utilizzato una sola volta. Non riutilizzare, ritrattare o risterilizzare. I processi di riutilizzo, ritrattamento o risterilizzazione possono compromettere l'integrità strutturale del dispositivo e/o causare guasti, che potrebbero provocare lesioni, malattie o morte del paziente. Inoltre, il trattamento o la risterilizzazione di dispositivi monouso possono costituire un rischio di contaminazione e/o causare infezione del paziente o infezioni crociate, inclusa, fra le altre, la trasmissione di patologie infettive fra i vari pazienti. La contaminazione del dispositivo può inoltre causare il rischio di lesioni, patologie o decesso dei pazienti.
- Le procedure di cateterismo cardiaco devono essere eseguite da personale appositamente istruito in un laboratorio di elettrofisiologia completamente attrezzato.
- Il catetere deve essere manipolato con cautela in modo da evitare danni al cuore, perforazione del cuore o tamponamento cardiaco. L'avanzamento e il posizionamento del catetere devono avvenire sotto guida fluoroscopica. Non esercitare forza eccessiva nell'avanzare o ritirare il catetere quando si incontra resistenza.
- Prima di inserire o ritirare il catetere, tirare sempre indietro la rotella per il pollice onde assicurarsi che la punta del catetere assuma la sua forma originaria.

### DATA DI SCADENZA

Usare il dispositivo prima della data di scadenza riportata in etichetta.

### SMALTIMENTO

Riciclare i componenti o smaltire il prodotto e i suoi elementi residui o i rifiuti secondo le leggi e le norme locali.

### ISTRUZIONI D'USO SUGGERITE

- Togliere il catetere dalla confezione e porlo in area sterile. Creare l'accesso vascolare in un grosso vaso centrale seguendo una tecnica asettica e inserire il catetere.
- Collegare i connettori di interfaccia all'apparato apparecchiatura di registrazione.
- Confermare che la rotella per il pollice sia tirata completamente indietro prima dell'inserimento del catetere. Far avanzare il catetere fino all'area dell'endocardio in esame. Per favorire il corretto posizionamento, servirsi sia della fluoroscopia che degli elettrogrammi. Regolare come desiderato il raggio della curvatura agendo sulla rotella per il pollice. La spinta in avanti della rotella fa flettere (curvare) la punta del catetere; il ritiro la fa raddrizzare.
- Prima di sfilare il catetere, accertarsi che la rotella per il pollice sia stata tirata completamente indietro. Togliere il catetere ed eliminarlo nel modo più appropriato. Non risterilizzare e non riutilizzare.
- In caso di quesiti relativi all'uso o al funzionamento di questo prodotto, consultare il distributore locale o il fabbricante.

### REAZIONI AVVERSE

Sono state documentate numerose reazioni avverse gravi correlate alle procedure di cateterismo cardiaco, tra cui embolia polmonare, infarto miocardico, ictus, tamponamento cardiaco e morte. Sono state inoltre riportate in letteratura le seguenti complicazioni associate al cateterismo cardiaco: sanguinamento, ematoma locale, trombosi, fistola artero-venosa, pseudoaneurisma, tromboembolia, reazioni vasovagali, perforazione del cuore, embolia gassosa, aritmia, danno vascolare, pneumotorace, emotorace.

M-5276-86L

CONFIDENTIAL    BWI-INN00100551

**ESCLUSIONE DELLA GARANZIA E LIMITAZIONE DELLA RESPONSABILITÀ**

NON VIENE CONCESSA ALCUNA GARANZIA, ESPRESSA O TACITA, INCLUSE A TITOLO ESEMPLIFICATIVO E NON ESAUSTIVO GARANZIE TACITE DI COMMERCIABILITÀ O IDONEITÀ PER SCOPI PARTICOLARI SUI PRODOTTI DESCRITTI IN QUESTO DOCUMENTO. IN NESSUNA CIRCOSTANZA BIOSENSE WEBSTER, INC. O LE SOCIETÀ AD ESSA AFFILIATE POTRANNO ESSERE RITENUTE RESPONSABILI PER EVENTUALI DANNI SPECIALI, DIRETTI, ACCIDENTALI, CONSEGUENTI O DI ALTRA NATURA, CON L'ECCEZIONE DEI CASI ESPRESSAMENTE PREVISTI DA UNA SPECIFICA LEGGE.

FATTO SALVO QUANTO APPENA DICHIARATO, BIOSENSE WEBSTER, INC. O LE AZIENDE AD ESSA AFFILIATE NON POTRANNO ESSERE RITENUTE RESPONSABILI DI EVENTUALI DANNI SPECIALI, DIRETTI, INDIRETTI, CONSEGUENZIALI O DI EVENTUALI ALTRI DANNI, DERIVANTI DAL RIUTILIZZO DI PRODOTTI INDICATI COME MONOUSO O DI PRODOTTI IL CUI RIUTILIZZO È VIETATO DALLA LEGGE VIGENTE.

Le descrizioni e le specifiche tecniche presentate nella documentazione Biosense Webster, Inc., inclusa la presente pubblicazione, sono da considerarsi esclusivamente informative e finalizzate a descrivere in maniera generale il prodotto al momento della realizzazione e non vanno intese in alcun modo come garanzia del prodotto prescritto.

CONFIDENTIAL　　　　　　　　　　BWI-INN00100552

**Catéter de electrofisiología de punta dirigible; de punta dirigible ortogonal; de punta dirigible trenzada; punta dirigible HALO® XP y HALO® para mapeo del annulus tricúspide; y de punta dirigible CRISTACATH™ e ISMUS® CATH para mapeo cardíaco**

- **ESTÉRIL. Esterilizado con óxido de etileno.**
- **Para un solo uso.**
- **No utilizar si el envase no está íntegro.**
- **Las leyes federales de los EE.UU. restringen la venta de este dispositivo a los médicos o por orden de un médico.**

**DESCRIPCIÓN DEL CATÉTER**

El catéter de curva dirigible de Biosense Webster® es un catéter de diagnóstico diseñado para facilitar el mapeo electrofisiológico del corazón. El catéter posee un cuerpo de alta torsionabilidad con una sección distal de curva dirigible que contiene electrodos de platino utilizados para la estimulación y el registro. Existen varias configuraciones del extremo distal. (Los tipos de curva normalizada se identifican mediante una banda de color sobre el cuerpo del catéter cerca del extremo proximal- consultar el catálogo).

El catéter ortogonal de electrofisiología de curva dirigible ha sido diseñado para facilitar el mapeo electrofisiológico del corazón. El catéter posee un cuerpo de alta torsionabilidad y está dotado de un conjunto de electrodos de platino en su sección distal que pueden utilizarse para la estimulación y el registro.

El catéter de curva dirigible de extremo distal reforzado es un catéter multielectródico dotado de extremo distal dirigible diseñado para facilitar el mapeo electrofisiológico del corazón. El catéter es un cuerpo de alta torsionabilidad y está dotado de un conjunto de electrodos de platino en su sección distal. El catéter está diseñado para para facilitar la obtención de electrogramas locales estables merced al trenzado interno de su extremo distal. Todos los electrodos pueden utilizarse para la estimulación y el registro.

Los catéteres de electrofisiología de curva dirigible CRISTACATH™ e ISMUS® CATH han sido diseñados para el mapeo electrofisiológico de estructuras cardíacas. El cuerpo de los catéteres posee gran torsionabilidad y la sección distal de los mismos tiene un bucle que contiene diez pares de electrodos de platino que pueden verse fácilmente bajo observación fluoroscópica. Los catéteres de curva dirigible CRISTACATH™ e ISMUS® CATH facilitan la obtención de electrogramas locales simultáneos debido al mayor número de electrodos y a sus prestaciones de control de la curvatura.

Los catéteres de curva dirigible HALO®XP y HALO® han sido diseñados para el mapeo electrofisiológico del corazón, en particular, del annulus tricúspide. Los catéteres poseen un cuerpo con alto torque y la sección de su punta en forma de bucle circular (halo) contiene diez pares de electrodos de platino que pueden verse fácilmente bajo fluoroscopía. La sección distal contiene también una marca radiopaca en el punto medio de la longitud que contiene los electrodos. La curva preformada en forma de bucle (halo) de la sección distal está diseñada para facilitar su posicionamiento alrededor del plano auricular del annulus tricúspide. Al envasar el catéter, la sección distal se protege con un protector de plástico.

El émbolo del mando tubular está conectado a un cable de tracción que modifica el radio de curvatura del catéter. Cuando el émbolo se empuja hacia adelante, el radio de curvatura del bucle preformado disminuye; cuando se tira del émbolo hacia atrás, el radio de curvatura de la sección distal regresa al valor nominal del radio del bucle preformado. El cuerpo de gran torsionabilidad permite que el plano del bucle pueda ajustarse para facilitar su preciso posicionamiento.

Los catéteres de curva dirigible HALO®XP y HALO® permiten la obtención de electrogramas locales simultáneos que abarcan las regiones midseptal, anterior, lateral y poslateral del annulus tricúspide. Pueden obtenerse registros del annulus completo sin necesidad de reposicionar la sección distal del catéter.

La curvatura de la sección distal del catéter se controla desde el extremo proximal mediante un mando tubular dotado de un pistón deslizante. Cuando el pulsador se empuja hacia adelante, la sección distal del catéter se curva, y cuando se tira del pulsador hacia atrás la sección distal del catéter se endereza. El cuerpo de gran torsionabilidad del catéter permite además efectuar una rotación del plano de la curva distal para facilitar un posicionamiento preciso del extremo del catéter en el lugar deseado.

El catéter se conecta a equipo de registro normalizada a través de cables de conexión dotados de conectores apropiados.

CONSÚLTESE AL DISTRIBUIDOR LOCAL O AL FABRICANTE PARA CONOCER LOS CABLES DE CONEXIÓN APROPIADOS.

**INDICACIONES**

El catéter está indicado para efectuar el mapeo electrofisiológico de estructuras cardíacas, es decir: solamente estimulación y registro. Además, el catéter ortogonal de curva dirigible está indicado para ser utilizado en el seno coronario. Además, el catéter de curva dirigible de extremo distal reforzado está diseñado para ser utilizado en la parte derecha del corazón. Los catéteres CRISTACATH™ e ISMUS® CATH están diseñados para facilitar la obtención de electrogramas en la región auricular del corazón. La forma del bucle circular (halo) de la sección distal de los catéteres HALO®XP y HALO® está diseñada específicamente para el annulus tricúspide.

**CONTRAINDICACIONES**

No se ha demostrado que el catéter de electrofisiología de curva dirigible de Biosense Webster® sea seguro y efectivo para fines de ablación eléctrica o para ser utilizado en otra vasculatura coronaria que no sea el ostium del seno coronario. Además, el catéter de extremo reforzado está contraindicado para ser utilizado en la parte izquierda del corazón. Además, el abordaje transseptal está contraindicado.

La utilización del catéter puede no ser apropiada para tratar a pacientes con válvulas protésicas. Una contraindicación relativa de los procedimientos de cateterización cardíaca es la infección sistémica activa.

**ADVERTENCIAS**

Los procedimientos de cateterización cardíaca que generan electrogramas y utilizan la fluoroscopía para facilitar el posicionamiento del catéter están sujetos al riesgo potencial que conlleva la exposición a la radiación X, la cual puede originar enfermedad aguda por exposición a radiación, así como aumentar el riesgo de efectos somáticos y genéticos tanto en los pacientes como en el personal de laboratorio, debido a la intensidad de la radiación X y a la duración del tiempo de escopia. La cateterización cardíaca debería efectuarse solamente después de haber tenido en cuenta los posibles riesgos asociados a la exposición a la radiación inherentes al procedimiento, y después de que sean tomadas las precauciones debidas para reducir al mínimo tal exposición. Deberá por tanto procederse con la debida precaución cuando haya que decidirse la utilización del catéter con mujeres gestantes.

- No sumergir la parte proximal del mando tubular, ni los cables conectores en ningún fluido, pues podría verse afectado su correcto funcionamiento.
- No exponer el catéter a disolventes orgánicos tales como etanol.
- No reesterilizar en autoclave.

**PRECAUCIONES**

- Abstenerse de intentar operar el catéter de electrofisiología de curva dirigible de Biosense Webster antes de leer completamente y entender estas instrucciones de uso.
- Almacenar en un lugar oscuro, fresco y seco.
- No utilizar si el envase no está intacto.
- No reesterilizar ni reutilizar.
- Este dispositivo fue empaquetado y esterilizado para usarlo una sola vez. No lo reutilice, reprocese ni reesterilice. La reutilización, el reprocesamiento o la reesterilización pueden comprometer la integridad estructural del dispositivo y/o provocar un fallo del mismo que a su vez puede producir lesiones, afecciones o muerte del paciente. Además, el reprocesamiento o la reesterilización de dispositivos para un solo uso puede crear riesgo de contaminación y/o producir la infección o infección cruzada del paciente, incluyendo, entre otras consecuencias, la transmisión de enfermedad(es) infecciosa(s) de un paciente a otro. La contaminación del dispositivo puede conducir a lesiones, afecciones o muerte del paciente.
- Los procedimientos de cateterización cardíaca deben ser efectuados por personal facultativo que haya recibido el entrenamiento apropiado en un laboratorio de electrofisiología totalmente equipado.
- Cuando se efectúan procedimientos de cateterización cardíaca deberá procederse el debido cuidado para evitar cualquier traumatismo, perforación o taponamiento cardíaco. Se recomienda que la acción de avanzar y posicionar el catéter se efectúe bajo control fluoroscópico. No utilizar una fuerza excesiva para hacer avanzar o retroceder al catéter cuando se encuentra resistencia a cualquiera de las dos acciones.
- Tirar siempre hacia atrás del émbolo del mando tubular antes de la inserción o retirada del catéter para asegurarse que el extremo del catéter adquiere la forma original.

**FECHA DE CADUCIDAD**

Utilizar el producto antes de la fecha de caducidad indicada en la etiqueta del envase.

**ELIMINACIÓN**

Recicle los componentes o elimine el producto y sus elementos residuales o de desecho según exigen las leyes y regulaciones locales.

**PROCEDIMIENTO DE UTILIZACIÓN RECOMENDADO**

- Extraer el catéter de su envase y colocarlo en un área de trabajo estéril. Crear un acceso vascular en un vaso central grande utilizando una técnica aséptica e insertar el catéter.
- Conectar los conectores del alargo de conexión al equipo de registro apropiado.
- Confirmar que se ha tirado hacia atrás del émbolo del mando tubular antes de la inserción del catéter. Utilizando observación fluoroscópica hacer avanzar el catéter hasta que su extremo esté situado en el área del endocardio objeto de la investigación. Al ajustar el radio de curvatura según sea necesario manipulando el émbolo del mando de control proximal. Cuando el émbolo se empuja hacia adelante, el extremo del catéter se curva; cuando se tira del émbolo hacia atrás, el extremo se endereza.
- Antes de la retirada del catéter, confirmar que se ha tirado del émbolo del mando tubular hasta alcanzar el final posterior de su recorrido. Retirar el catéter y desecharlo de forma apropiada. No reesterilizar ni reutilizar el catéter.
- Para cualquier consulta sobre la utilización o funcionamiento de este producto, dirigirse al distribuidor local o al fabricante.

14                                                                                                           M-5276-86L

CONFIDENTIAL                                                                            BWI-INN00100553

**REACCIONES ADVERSAS**

Se han documentado un número de reacciones adversas graves para los procedimientos de cateterización cardíaca que incluyen el embolismo pulmonar, infarto de miocardio, apoplejía, taponamiento cardíacoy fallecimiento. Las complicaciones siguientes asociadas con la cateterización cardíaca han sido también publicadas en la literatura especializada: hemorragia vascular, hematomas locales, trombosis, fístula AV, seudoaneurisma, tromboembolismo, reacciones vasovagales, perforación cardíaca, embolismos de aire, arritmias, daños valvulares, neumotórax y hemotórax.

**RESTRICCIÓN DE GARANTÍA Y DE RECURSO LEGAL**

NO EXISTE NINGUNA GARANTÍA EXPRESA O IMPLÍCITA EN LOS PRODUCTOS DESCRITOS EN ESTA PUBLICACIÓN, INCLUYENDO, SIN LIMITACIÓN, NINGUNA GARANTÍA IMPLÍCITA DE COMERCIABILIDAD O ADECUACIÓN PARA UN PROPÓSITO DETERMINADO. EN NINGÚN CASO SE HARÁ RESPONSABLE A BIOSENSE WEBSTER, INC., NI A SUS COMPAÑÍAS AFILIADAS, DE DAÑOS ESPECIALES, DIRECTOS, INCIDENTALES, RESULTANTES U OTROS DAÑOS, EXCEPTO DE AQUÉLLOS DISPUESTOS EXPRESAMENTE POR LA LEY.

SIN LIMITARSE A LO ANTEDICHO, NI BIOSENSE WEBSTER, INC. NI NIGUNA DE SUS COMPAÑÍAS AFILIADAS SERÁN RESPONSABLES DE NINGÚN DAÑO ESPECIAL, DIRECTO, RESULTANTE, CONSECUENTE, NI OTRO TIPO DE DAÑOS QUE SURJA POR LA REUTILIZACIÓN DE CUALQUIER PRODUCTO O PRODUCTOS ETIQUETADOS PARA UN SOLO USO O CUYA REUTILIZACIÓN SE PROHÍBA POR LEY.

Las descripciones y especificaciones que aparecen en la documentación de Biosense Webster, Inc., inclusive esta publicación, tienen solamente un propósito informativo, su única finalidad es describir el producto de manera general en el momento de su fabricación y no constituyen ninguna garantía expresa.

CONFIDENTIAL

BWI-INN00100554

**Cateter Electrofisiológico – Ponta Ajustável; Ponta de Curvatura Ajustável Ortogonal; Ponta de Curvatura Ajustável de Ponta Trançada; HALO® XP para Mapeamento da Tricúspida e HALO®, com Ponta de Curvatura Ajustável; e CRISTACATH™ e ISMUS® CATH, Cateteres de Curva Ajustável para Mapeamento Cardíaco**

- **ESTÉRIL. Esterilizado por óxido de etileno.**
- **Para ser usado uma única vez (descartável).**
- **Não usar se a embalagem estiver aberta ou danificada.**
- **A lei federal dos E.U.A. restringe a venda destes dispositivos apenas a médicos ou sob receita médica.**

**DESCRIÇÃO DO CATETER**
O cateter Biosense Webster® com eléctrodo e ponta ajustável foi desenhado para facilitar o mapeamento electrofisiológico das estruturas cardíacas. O cateter tem um eixo de alto trocante, com uma matriz de eléctrodos de platina que pode ser usada para estimulação e registo. Há várias configurações de ponta disponíveis. (Os tipos-padrão de curva são identificados por uma tira colorida no eixo, junto à extremidade proximal - consulte o catálogo).

O Cateter com Ponta de Curvatura Ajustável Ortogonal foi concebido para facilitar o mapeamento electrofisiológico do coração. O cateter tem um eixo de trocante alto com uma secção de ponta com curvatura ajustável, que contém eléctrodos em placa de platina, que podem ser usados para estimulação e registo.

O Cateter de Curvatura Ajustável de Ponta Trançada é um cateter com várias eléctrodos e com uma ponta de curvatura ajustável concebido para facilitar o mapeamento electrofisiológico do coração. O cateter tem um eixo de trocante elevado com uma secção de ponta com curvatura ajustável que contém eléctrodos de platina. O cateter foi concebido para facilitar electrogramas locais estáveis, devido ao seu entrançamento interno. Todos os eléctrodos podem ser usados para propósitos de registo e de estimulação.

Os cateteres CRISTACATH™ e ISMUS® CATH para Mapeamento, com Ponta de Curvatura Ajustável, foram concebidos para mapeamento electrofisiológico das estruturas cardíacas endocavitárias. Os cateteres têm um eixo de trocante elevado com uma secção de ponta que contém dez pares de eléctrodos de platina, fáceis de observar sob fluoroscopia. Os cateteres CRISTACATH™ e ISMUS® CATH com Ponta de Curvatura Ajustável facilitam a realização de electrogramas locais simultâneos, graças ao número maior de eléctrodos e à sua capacidade de ajuste da curvatura.

Os cateteres HALO® XP e HALO® com ponta de curvatura ajustável foram concebidos para mapeamento electrofisiológico do coração, especialmente do anel da válvula tricúspide. Os cateteres têm um eixo de trocante alto, com uma secção em forma de auréola, na ponta do eixo de alta rotação, que contém dez pares de eléctrodos de platina que podem ser vistos facilmente sob fluoroscopia. A secção da ponta contém uma marca radiopaca localizada no centro da matriz de eléctrodos. A secção da ponta que tem formato de auréola têm uma curva pré-moldada que pode ser posicionada ao redor da parte auricular do anel da tricúspide. A secção da ponta é embalada com um protector plástico para a ponta.

A curvatura da ponta é controlada pela extremidade proximal por uma peça manual tubular, na qual desliza um pistão. Quando o pistão é puxado para a frente com o auxílio do botão giratório, a ponta curva-se. Quando o pistão é puxado para trás, a ponta endireita-se. O eixo de alta rotação permite que o plano da extremidade curva gire, facilitando o posicionamento preciso da ponta no local desejado.

Os cateteres HALO® XP e HALO® com ponta de curvatura ajustável facilitam a realização de electrogramas locais simultâneos para analisar o anel da tricúspide, da região septal média à anterior, à lateral e à póstero-lateral. Registos de todo o anel podem ser obtidos sem ser necessário reposicionar a ponta do cateter.

Um pistão na parte manual é ligado a um fio interno de tracção, que muda o raio de curvatura. Quando o pistão é empurrado para a frente, o raio de curvatura da ansa préformada é reduzido; quando o botão é puxado para trás, o raio de curvatura aumenta até que a secção da ponta retorne ao formato pré-moldado. O eixo de alta rotação permite que o plano da curva seja manobrado, para facilitar uma posição precisa.

**O cateter é compatível com equipamento padrão de registo, através de cabos de interface com conectores apropriados.**

**CONSULTE O FABRICANTE OU DISTRIBUIDOR LOCAL PARA SABER QUAIS OS CABOS DE INTERFACE ADEQUADOS.**

**INDICAÇÕES**
O cateter é indicado para mapeamento electrofisiológico das estruturas cardíacas; i.e., estimulação e registo apenas. Para além dessas indicações, o Cateter com Ponta de Curvatura Ajustável Ortogonal é concebido para ser usado no seio coronário. Para além dessas indicações, os cateteres CRISTACATH™ e ISMUS® CATH foram concebidos para facilitar a realização de electrogramas na região auricular do coração. Para além disso, o formato de auréola da secção da ponta dos cateteres HALO® XP e HALO® é concebido especificamente para o anel da válvula tricúspide.

**CONTRA-INDICAÇÕES**
Não se constatou que o cateter electrofisiológico Biosense Webster® com ponta ajustável possa ser usado com segurança e eficácia para ablação eléctrica ou em outro local que não a cavidade do seio coronário. Para além dessas indicações, o Cateter de Ponta Trançada de Curvatura Ajustável foi concebido para o uso no lado direito do coração (acesso venoso). Para além dessas indicações, o Cateter de Ponta Trançada é contra-indicado para uso no lado esquerdo do coração (acesso arterial). Para além disso, a abordagem transseptal é contra-indicada.

O uso do cateter pode não ser apropriado para doentes com válvulas protésicas. Uma contra-indicação relativa para procedimentos cardíacos que envolvam o cateter é a ocorrência de infecção sistémica activa.

**ADVERTÊNCIAS**
Os procedimentos de cateterização cardíaca apresentam um potencial para exposição significativa a raios-X, o que pode causar lesão aguda por radiação, bem como um aumento do risco de efeitos somáticos e genéticos, tanto aos doentes, como aos funcionários do laboratório, devido à intensidade do raio X e à duração da imagem fluoroscópica. A cateterização cardíaca só deve ser executada após se ter em consideração a possibilidade de exposição à radiação que se encontra associada ao procedimento, e tenham sido tomadas medidas para minimizar esta exposição. Por este motivo, deve considerar-se com cuidado o uso deste cateter em doentes grávidas.

- Não imergir a alça proximal ou o conector do cabo em fluidos, pois tal procedimento poderá afectar o desempenho eléctrico.
- Não expor o cateter a solventes orgânicos, tais como o álcool.
- Não esterilizar com autoclave.

**PRECAUÇÕES**
- Não tentar operar o cateter electrofisiológico Biosense Webster com ponta ajustável antes de ler e entender completamente estas informações de utilização.
- Armazenar em local fresco, seco e escuro.
- Guarde num local fresco e seco.
- Não reesterilizar nem reutilizar.
- Este dispositivo é embalado e esterilizado para uma única utilização. Não reutilize, reprocesse ou reesterilize. A reutilização, reprocessamento ou reesterilização podem comprometer a integridade estrutural do dispositivo e/ou provocar a falha do mesmo que, por seu lado, pode causar lesão, doença ou morte do paciente. Adicionalmente, o reprocessamento ou reesterilização de dispositivos de uma única utilização pode criar um risco de contaminação e/ou causar infecção ou infecção cruzada do paciente, incluindo, mas não se limitando a, transmissão de doenças infecciosas de um paciente para outro. A contaminação do dispositivo pode levar a lesão, doença ou morte do paciente.
- Os procedimentos de cateterização cardíaca devem ser efectuados por pessoal treinado adequadamente num laboratório electrofisiológico completamente equipado.
- Deve manipular-se o cateter com extremo cuidado, para evitar causar lesões, perfuração ou tamponamento cardíaco. O avanço e a colocação do cateter devem ser feitos utilizando-se orientação fluoroscópica. Não usar força excessiva para fazer avançar ou recuar o cateter, se encontrar resistência.
- Puxar sempre o botão do cateter para trás antes da inserção ou da retirada do mesmo, para assegurar que a ponta do mesmo esteja no formato original.

**DATA DE VALIDADE**
Usar o dispositivo antes da data de validade que aparece no rótulo da embalagem.

**ELIMINAÇÃO**
Recicle os componentes, ou descarte o produto e os seus elementos residuais ou itens de desperdício de acordo com as leis e regulamentações locais.

**INSTRUÇÕES SUGERIDAS DE USO**
- Remover o cateter da embalagem e colocá-lo numa área de trabalho estéril. Criar o acesso vascular num vaso sanguíneo central grande, recorrendo a técnicas de assepsia e, em seguida, inserir o cateter.
- Ligar os conectores da interface ao equipamento de registo correspondente.
- Verificar se o botão está completamente puxado para fora antes da introdução. Avançar o cateter para a área do endocárdio que pretende ser investigada. Usar fluoroscopia e electrogramas para ajudar na colocação adequada. Ajustar o raio de curvatura conforme necessário, manipulando o botão de controlo. Empurrar o botão para a frente fazendo com que a ponta se dobre (curve); quando o botão estiver puxado para trás, a ponta endireita-se.
- Antes de remover o cateter, deverá confirmar se o botão de controlo se encontra completamente puxado para trás. Remover o cateter e descartá-lo de forma adequada. Não reesterilizar nem reutilizar.
- Se houver quaisquer perguntas quanto ao uso ou desempenho deste produto, entre em contacto com o fabricante ou com o distribuidor local.

CONFIDENTIAL

BWI-INN00100555

**REACÇÕES ADVERSAS**

Um número de reacções adversas graves tem sido documentado para procedimentos de cateterização cardíaca, incluindo embolia pulmonar, enfarte do miocárdio, derrames pleurais e pericárdico, tamponamento cardíaco e morte. As seguintes complicações, associadas com cateterização cardíaca, também têm sido registadas na literatura. hemorragia, hematomas localizados, tromboses, fístulas AV, pseudo-aneurisma, tromboembolismo, reacções vaso-vagais, perfuração cardíaca, embolia gasosa, arritmias, lesão das válvulas, pneumotórax e hemotórax.

**DECLARAÇÃO DE RENÚNCIA DE GARANTIA E LIMITAÇÃO DA RESPONSABILIDADE**

NÃO HÁ NENHUMA GARANTIA EXPRESSA OU IMPLÍCITA, INCLUSIVE, MAS SEM LIMITAÇÃO, NENHUMA GARANTIA IMPLÍCITA DE ADEQUAÇÃO PARA O COMÉRCIO OU ADEQUAÇÃO PARA UM PROPÓSITO ESPECÍFICO SOBRE OS PRODUTOS DESCRITOS NO PRESENTE DOCUMENTO. A BIOSENSE WEBSTER, INC., OU AS SUAS EMPRESAS AFILIADAS, NÃO SERÃO, EM CIRCUNSTÂNCIA ALGUMA, RESPONSÁVEIS POR QUAISQUER DANOS ESPECIAIS, DIRETOS, ACIDENTAIS, CONSEQUENCIAIS OU OUTROS, PARA ALÉM DOS EXPRESSAMENTE PREVISTOS NA LEGISLAÇÃO APLICÁVEL.

SEM LIMITAÇÃO DO PRESENTE DISPOSITIVO, A BIOSENSE WEBSTER, INC. OU SUAS EMPRESAS AFILIADAS, NÃO SERÁ RESPONSÁVEL POR NENHUM DANO ESPECÍFICO, DIRETO, ACESSÓRIO OU EMERGENTE OU POR QUALQUER OUTRO DANO RESULTANTE DA REUTILIZAÇÃO DE QUAISQUER PRODUTOS QUE PORTEM ETIQUETAS PARA USO ÚNICO OU ONDE A REUTILIZAÇÃO SEJA PROIBIDA POR LEGISLAÇÃO APLICÁVEL.

As descrições e as especificações que aparecem no material impresso da Biosense Webster, Inc., inclusive esta publicação, são apenas para fins informativos e têm a intenção exclusiva de descrever, de forma geral, o produto no momento do fabrico e não foram feitas ou dadas como garantia do produto prescrito de nenhuma forma.

CONFIDENTIAL                                                                                          BWI-INN00100556

**Elektrofysiologiekatheter – Buigbare tip; Buigbare tip orthogonaal; Buigbare tip geweven; HALO® XP voor uitbeelding van de tricuspidalisklep, HALO® met buigbare tip; en CRISTACATH™ en ISMUS® Cath mapping-katheters met buigbare tip**

- **STERIEL. Gesteriliseerd met behulp van ethyleenoxide.**
- **Voor eenmalig gebruik.**
- **Niet gebruiken als de verpakking geopend of beschadigd is.**
- **Volgens de federale wet van de V.S. is verkoop van dit instrument uitsluitend toegestaan aan of op voorschrift van een arts.**

**BESCHRIJVING VAN DE KATHETER**

De Biosense Webster® elektrodekatheter met buigbare tip is ontworpen om het elektrofysiologisch in beeld brengen van het hart te vergemakkelijken. De katheter heeft een schacht met een hoog koppel en een buigbaar tipgedeelte dat een reeks platina elektroden bevat die gebruikt kunnen worden voor stimulatie en registratie. Er zijn verschillende tipconfiguraties verkrijgbaar. (Katheters met een standaardcurve zijn herkenbaar aan een gekleurde band op de schacht, nabij het proximale uiteinde - zie de catalogus).

De orthogonale katheter met buigbare tip is ontworpen om het elektrofysiologisch in beeld brengen van het hart te vergemakkelijken. De katheter heeft een schacht met een hoog koppel en een buigbaar tipgedeelte dat platina plaatelektroden bevat die kunnen worden gebruikt voor stimulatie en registratie.

De katheter met buigbare, gevlochten tip is en katheter met meerdere elektroden en maakt het elektrofysiologisch in beeld brengen van het hart elektrofysiologisch in beeld te brengen. De katheter heeft een schacht met een hoog koppel en een buigbaar tipgedeelte dat platina elektroden bevat. Door de inwendige vlecht van de katheter wordt het maken van stabiele lokale elektrogrammen vergemakkelijkt. Alle elektroden kunnen worden gebruikt voor registratie en stimulatie.

De CRISTACATH™ en ISMUS® Cath katheters met buigbare tip zijn ontworpen voor het elektrofysiologisch in beeld brengen van cardiale structuren. De katheters hebben een schacht met een hoog koppel, met een tipgedeelte dat tien paar platina elektroden bevat die fluoroscopisch goed zichtbaar zijn. De CRISTACATH™ en ISMUS® Cath katheters met buigbare tip vergemakkelijken het maken van gelijktijdige lokale electrogrammen door hun grotere aantal elektroden en hun buigzaamheid.

De HALO® XP en HALO® katheters met buigbare tip zijn ontworpen voor het elektrofysiologisch in beeld brengen van het hart, in het bijzonder de annulus van de tricuspidalisklep. De katheters hebben een schacht met een hoog koppel, met een halovormig tipgedeelte dat tien paar platina elektroden bevat die fluoroscopisch goed zichtbaar zijn. Het tipgedeelte bevat ook een radiopake markering in het midden van de reeks elektroden. Het halovormige tipgedeelte heeft een voorgevormde curve die rond het atriale aspect van de annulus van de tricuspidalisklep kan worden geplaatst. Het tipgedeelte is voorzien van een plastic tipbeschermer.

Het buigen van de tip wordt aan het proximale uiteinde bestuurd door een buisvormig handvat waarin een zuiger wordt verschoven. Wanneer de zuiger met de duimknop vooruit wordt verschoven, buigt de tip om (vormt een curve). Wanneer de zuiger wordt teruggetrokken, wordt de tip weer recht. Door de schacht met hoog koppel kan het vlak van de gebogen tip worden gedraaid om nauwkeurige plaatsing van de kathertip vergemakkelijken.

De HALO® XP en HALO® katheters met buigbare tip vergemakkelijken het maken van gelijktijdige lokale elektrogrammen over de gehele annulus van de tricuspidalisklep, van het midden van het septum tot anterieur naar lateraal en posterolateraal. De gehele annulus kan geregistreerd worden zonder de kathetertip te verplaatsen.

Een zuiger in het handvat is bevestigd aan een inwendige trekdraad waarmee de straal van de curve wordt veranderd. Wanneer de zuiger naar voren wordt gedrukt, wordt de straal van de voorgevormde tus kleiner, wanneer de duimknop wordt teruggetrokken, wordt de straal van de curve groter tot het tipgedeelte weer tot de oorspronkelijke vorm is teruggekeerd. Door de schacht met hoog koppel kan het vlak van de gebogen tip worden gedraaid om nauwkeurige plaatsing te vergemakkelijken.

**De katheter is aan standaard registratie-apparatuur gekoppeld via interfacekabels en de bijbehorende connectors.**

**RAADPLEEG DE PLAATSELIJKE DISTRIBUTEUR OF FABRIKANT VOOR DE JUISTE INTERFACEKABELS.**

**INDICATIES**

De katheter is geïndiceerd voor het elektrofysiologisch in beeld brengen van cardiale structuren, d.w.z. alleen stimulatie en registratie. Bovendien is de orthogonale katheter met buigbare tip bedoeld voor gebruik in de sinus coronarius. Bovendien kan de katheter met buigbare, gevlochten tip worden gebruikt in het rechterhart. Bovendien zijn de CRISTACATH™ en ISMUS® Cath katheters ontworpen om het maken van electrogrammen in het atrium te vergemakkelijken. Bovendien zijn de HALO® XP en HALO®-katheters door het voorgevormde halovormige tipgedeelte specifiek ontworpen voor de annulus van de tricuspidalisklep.

**CONTRA-INDICATIES**

Het is niet gebleken dat de Biosense Webster® katheter met buigbare tip veilig en doeltreffend is voor elektrische ablatie of voor gebruik in de kranslagaderen, behalve het ostium van de sinus coronarius. Bovendien is de katheter met buigbare, gevlochten tip gecontra-indiceerd voor gebruik in het linkerhart. Bovendien is de transseptale benadering gecontra-indiceerd.

Het gebruik van de katheter is mogelijk niet aangewezen bij patiënten met klepprothesen. Een relatieve contra-indicatie voor cardiale katheterprocedures is actieve systemische infectie.

**WAARSCHUWINGEN**

Bij cardiale katheterisatieprocedures bestaat het risico dat men aan aanzienlijke hoeveelheid röntgenstralen wordt blootgesteld. Door de intensiteit van de röntgenstralen en de duur van de fluoroscopische beeldvorming kan acuut letsel worden veroorzaakt en bestaat gevaar voor somatische en genetische schade, zowel voor de patiënten als voor het laboratoriumpersoneel. Cardiale katheterisatie mag alleen worden uitgevoerd nadat voldoende aandacht is besteed aan de aan de straling waaraan men potentieel bij deze procedure wordt blootgesteld, en stappen zijn genomen om deze tot het minimum te beperken. Bij zwangere vrouwen dient het gebruik van deze katheter dus met zorg te worden overwogen.

- De proximale hendel en de kabelconnector mogen niet in vloeistof worden ondergedompeld daar dit de elektrische prestaties kan beïnvloeden.

- De katheter mag niet worden blootgesteld aan organische oplosmiddelen zoals alcohol.

- De katheter mag niet en autoclaaf worden gesteriliseerd.

**VOORZORGSMAATREGELEN**

- Tracht niet met de Biosense Webster elektrofysiologiekatheter met buigbare tip te werken voordat u deze gebruiksaanwijzing volledig hebt gelezen en begrepen.

- Bewaren op een koele, droge en donkere plaats.

- De steriele verpakking en katheter moeten vóór gebruik worden geïnspecteerd.

- Niet opnieuw steriliseren en gebruiken.

- Dit product is verpakt en gesteriliseerd voor eenmalig gebruik. Niet opnieuw gebruiken, verwerken of steriliseren. Opnieuw gebruiken, verwerken of steriliseren kan de structurele integriteit van het product nadeling beïnvloeden en/of leiden tot een defect van het product met letsel, ziekte of dood van de patiënt tot gevolg. Bovendien kan bij opnieuw verwerken of steriliseren van producten voor eenmalig gebruik de kans op verontreiniging ontstaan en/of (kruis-)besmetting van de patiënt optreden, zoals, onder andere, de overdracht van besmettelijke ziekte(n) van een patiënt naar andere patiënten. Verontreiniging van het product kan leiden tot letsel, ziekte of dood van de patiënt.

- Cardiale katheterisatieprocedures moeten worden uitgevoerd door daarvoor opgeleid personeel in een volledig uitgerust elektrofysiologielaboratorium.

- De katheter moet voorzichtig worden gemanipuleerd om beschadiging van het hart, hartperforatie of harttamponade te voorkomen. De katheter moet onder fluoroscopisch zicht worden opgevoerd en geplaatst. De katheter mag bij weerstand niet geforceerd worden opgevoerd of teruggetrokken.

- Trek de duimknop gustig voordat de katheter wordt ingebracht of teruggetrokken en zeker van de zijn dat de kathertertip de oorspronkelijke vorm heeft.

**UITERSTE GEBRUIKSDATUM**

Gebruik het instrument vóór de uiterste gebruiksdatum die op het etiket van de verpakking staat.

**AFVOER**

Recycle de onderdelen of voer het product en de restanten of het afval ervan af overeenkomstig de lokale wet- en regelgeving.

**AANBEVOLEN GEBRUIKSAANWIJZING**

- Haal de katheter uit de verpakking en plaats hem in een steriel werkgebied. Maak volgens aseptische methodes een toegang in een groot centraal bloedvat en breng de katheter in.

- Sluit de interfaceconnectors aan op een geschikt registratie apparaat.

- Controleer of de duimknop volledig is teruggetrokken voordat de katheter wordt ingebracht. Voer de katheter op tot het te onderzoeken gebied van het endocard. Gebruik zowel fluor oscopie als elektrogrammen als hulp bij de plaatsing. Stel zo nodig de straal van de curve bij door de duimknop te manipuleren. Wanneer de duimknop naar voren wordt gedrukt buigt de kathertertip om (curve), wanneer hij wordt teruggetrokken, wordt de tip weer recht.

- Controleer of de duimknop geheel is teruggetrokken voordat de katheter wordt verwijderd. Verwijder de katheter en voer hem op geschikte wijze af. Niet opnieuw steriliseren en gebruiken.

- Indien u vragen hebt betreffende het gebruik of de prestaties van dit product, kunt u de plaatselijke distributeur of de fabrikant raadplegen.

**BIJWERKINGEN**

Er is een aantal ernstige bijwerkingen van cardiale katheterisatieprocedures gedocumenteerd, waaronder longembolie, myocardinfarct, attaque, harttamponade en overlijden. De volgende complicaties die verbonden zijn aan cardiale katheterisatie zijn ook in de literatuur gemeld: vasculaire bloeding, lokale hematomen, trombose, AV-fistel, vals aneurysma, trombo-embolie, vasovagale reacties, hartperforatie, luchtembolie, aritmie, beschadiging van de hartklep, pneumothorax en hemothorax.

M-5276-86L

CONFIDENTIAL

BWI-INN00100557

Nederlands

**AFSTANDSVERKLARING VAN GARANTIE EN BEPERKING VAN AANSPRAKELIJKHEID**

OP HET HIERIN BESCHREVEN PRODUCT BESTAAT GEEN EXPLICIETE OF IMPLICIETE GARANTIE, HIERONDER ZONDER BEPERKING BEGREPEN ENIGE IMPLICIETE GARANTIE VAN VERHANDELBAARHEID OF GESCHIKTHEID VOOR EEN BEPAALD DOEL. ONDER GEEN BEDING ZAL BIOSENSE WEBSTER, INC., OF DAARBIJ AANGESLOTEN BEDRIJVEN, AANSPRAKELIJK ZIJN VOOR ENIGERLEI SPECIALE, DIRECTE, INCIDENTELE, GEVOLG- OF ANDERE SCHADE, TENZIJ ZULKS UITDRUKKELIJK BIJ DE TOEPASSELIJKE WET IS VOORGESCHREVEN.

ONVERMINDERD HET VOORGAANDE ZAL BIOSENSE WEBSTER, INC. OF HAAR GEAFFILIEERDE BEDRIJVEN NIET AANSPRAKELIJK ZIJN VOOR ENIGE SPECIALE, DIRECTE, BIJKOMENDE OF GEVOLGSCHADE OF ANDERE SCHADE, VOORTVLOEIEND UIT HET HERGEBRUIK VAN ENIG(E) PRODUCT(EN) VOOR ENKELVOUDIG GEBRUIK OF WAAR HERGEBRUIK VERBODEN IS DOOR DE TOEPASSELIJKE WET.

Beschrijvingen en specificaties in drukwerk van Biosense Webster, Inc., met inbegrip van deze publicatie, zijn enkel bedoeld als een algemene beschrijving van het product ten tijde van de vervaardiging ervan en vormen geen garantie voor het beschreven product.

CONFIDENTIAL

BWI-INN00100558

**Elektrofysiologikatetre – Afbøjelig spids; Afbøjelig spids ortogonal; Afbøjelig flettet spids; HALO® XP Tricuspidal Mapping – Afbøjelig spids, HALO®; og CRISTACATH™ og ISMUS® Cᴀᴛʜ Mappingkatetre med Afbøjelig spids**

- **STERIL. Steriliseret med ætylenoxid.**
- **Kun til engangsbrug.**
- **Må ikke anvendes, hvis emballagen er åben eller beskadiget.**
- **I henhold til amerikansk lov er denne anordning begrænset til salg af en læge eller på dennes ordinering.**

**KATETERBESKRIVELSE**

Biosense Webster® elektrodekateter med afbøjelig spids er designet til at lette kortlægning af hjertet. Katetret er udstyret med et skaft med højt vridningsmoment og en afbøjelig spids indeholdende en række platinelektroder, der kan anvendes til stimulering og registrering. Der fås flere spidskonfigurationer. (Standard buetyper er identificeret ved et farvebånd på skaftet nær den proksimale ende - se kataloget).

Ortogonalkatetret med afbøjelig spids er designet til at lette elektrofysiologisk kortlægning af hjertet. Katetret er udstyret med et skaft med højt vridningsmoment og en afbøjelig spidsdel indeholdende plaqueelektroder af platin, der kan anvendes til stimulering og registrering.

Katetret med afbøjelig, flettet spids er et multi-elektrodekateter med en afbøjelig spids designet til at lette elektrofysiologisk kortlægning af hjertet. Katetret er udstyret med et skaft med højt vridningsmoment og en spids indeholdende platinelektroder. Katetret er designet til at gøre det lettere at opnå stabile lokale elektrogrammer på grund af den interne fletning. Alle elektroderne kan anvendes til registrerings- og stimuleringsformål.

CRISTACATH™ og ISMUS® Cᴀᴛʜ katetrene med afbøjelig spids er designet til elektrofysiologisk kortlægning af hjertestrukturer. Katetrene er udstyret med et skaft med højt vridningsmoment med en spids, der indeholder 10 par platinelektroder, som let observeres under fluoroskopi. CRISTACATH™ og ISMUS® Cᴀᴛʜ katetrene med afbøjelig spids gør det lettere at udføre simultane lokale elektrogrammer på grund af det større antal elektroder og dets afbøjningsegenskaber.

HALO® XP katetre og HALO® katetre med afbøjelig spids er designet til elektrofysiologisk kortlægning af hjertet og spær af tricuspidal annulus. Katetrene er udstyrede med et skaft med højt vridningsmoment med halo-formet spidsdel indeholdende ti par platinelektroder, der let observeres under fluoroskopi. Spidsen indeholder ligeledes en røntgenfast markør i midten af elektroderækken. Den halo-formede spidsdel har en præformeret bue, der kan placeres rundt om atrium aspektet af tricuspidal annulus. Spidsen emballeres med en spidsbeskytter af plastic.

Et stempel i håndstykket er fæstnet til en intern trækstråd, der ændrer krumningsradius. Når stemplet skubbes fremad, reduceres krumningsradius på den præformerede slynge; når tommelknappen trækkes tilbage, øges krumningsradius indtil spidsdelen vender tilbage til den præformerede form. Skaftet med højt vridningsmoment gør det muligt at manøvrere buens plane del med henblik på at lette nøjagtig placering.

HALO® XP og HALO® katetre med afbøjelig spids letter simultane lokale elektrogrammer af hele tricuspidal annulus, fra midtseptalt til anteriort til lateralt til posterolateralt. Registreringer af hele annulus kan opnås uden at genplacere kateterspidsen.

Spidsafbøjning kontrolleres ved den proksimale ende med et rørformet håndstykke, hvori et stempel glider. Når stemplet skubbes fremad med tommelfingerknappen, afbøjes spidsen. Når stemplet trækkes tilbage, rettes spidsen ud. Skaftet med højt vridningsmoment gør det muligt at dreje planet på den buede spids med henblik på at lette nøjagtig placering af kateterspidsen på det ønskede sted.

**Katetret sammenkobles med standard registreringsudstyr gennem interfacekabler til de relevante sammenkoblingsstik.**

**KONSULTER DEN LOKALE DISTRIBUTØR ELLER PRODUCENT FOR DE RELEVANTE INTERFACEKABLER.**

**INDIKATIONER**

Katetret er indiceret til elektrofysiologisk kortlægning af hjertestrukturer; dvs. udelukkende stimulering og registrering. Derudover er ortogonalkatetret med afbøjelig spids designet til anvendelse i sinus coronarius. Derudover er katetret med afbøjelig spids designet til anvendelse i koronarvaskulaturen. Derudover er CRISTACATH™ og ISMUS® Cᴀᴛʜ katetrene designet til at lette udførelsen af elektrogrammer i hjertets atriumregion. Derudover er HALO® XP og HALO® katetrenes præformede haloform på spidsen designet specielt til tricuspidal annulus.

**KONTRAINDIKATIONER**

Det er ikke påvist, at Biosense Webster® elektrofysiologikatetre med afbøjelig spids er sikkert og effektivt til elektrisk fjernelse (ablation) eller til anvendelse i koronarvaskulaturen, bortset fra i ostium af sinus coronarius. Derudover er katetret med afbøjelig, flettet spids kontraindiceret i hjertets venstre side. Derudover er transseptal adgang kontraindiceret.

Anvendelse af katetret er muligvis ikke passende til patienter med proteseklapper. En relativ kontraindikation til indgreb med hjertekatetre er aktiv systemisk infektion.

**ADVARSLER**

Under hjertekateterisationsindgreb er der mulighed for signifikant røntgeneksponering, der kan resultere i akut røntgenskade såvel som øget risiko for somatiske og genetiske effekter på både patienter og laboratoriepersonalet på grund af røntgenstrålens intensitet og fluoroskopiens varighed. Hjertekateterisation bør kun udføres efter at der er taget tilstrækkeligt hensyn til den potentielle strålingseksponering i forbindelse med indgrebet, samt når der er taget beharige skridt til at mindske eksponeringen. Det skal derfor overvejes meget nøje at anvende dette kateter på gravide kvinder.

- Det proksimale håndtag eller kabelforbindelsen må ikke neddyppes i væske; da den elektriske ydeevne kan påvirkes.
- Katetret må ikke udsættes for organiske opløsningsmidler, såsom alkohol.
- Katetret må ikke autoklaveres.

**FORHOLDSREGLER**

- Forsøg ikke at betjene Biosense Webster elektrofysiologikatetret med afbøjelig spids, før denne brugsvejledning er læst igennem og forstået.
- Opbevares køligt, tørt og mørkt.
- Den sterile emballage og det sterile kateter skal efterses inden brug.
- Må ikke resteriliseres og genbruges.
- Denne enhed er kun pakket og steriliseret til engangsbrug. Må ikke genbruges eller resteriliseres. Genbrug, genbehandling eller resterilisering kan kompromittere enhedens strukturelle integritet og/eller medføre svigt, der kan resultere i skade på patienten, sygdom eller dødsfald. Yderligere, genbrug eller resterilisering af enheder til engangsbrug kan medføre risiko for forurening af enheden og/eller medføre patientinfektion eller krydsinfektion, herunder, men ikke begrænset til overførsel af infektionssygdomme imellem patienter. Forurening af enheden kan resultere i patientskader, sygdom eller dødsfald.
- Hjertekateterisationsindgreb skal udføres af personale, der har modtaget passende uddannelse, i et laboratorium der er fuldt udstyret til elektrofysiologi.
- Katetret skal manipuleres forsigtigt for at undgå skade, perforation eller tamponade af hjertet. Fremføring og placering af katetret skal foretages under fluoroskopi. Der må ikke anvendes for stor styrke til at fremføre eller trække katetret tilbage, hvis der stødes på modstand.
- Træk altid tommelfingerknappen på katetret tilbage før indføring eller tilbagetrækning for at sikre, at kateterspidsen antager dens oprindelige form.

**SIDSTE ANVENDELSESDATO**

Anvend anordningen før sidste anvendelsesdato på pakningsetiketten.

**BORTSKAFFELSE**

Genbrug dele, eller bortkast produktet samt restelementer eller affaldsdele i overensstemmelse med lokale love og regulativer.

**FORESLÅET BRUGSANVISNING**

- Tag katetret ud af emballagen og anbring det i et sterilt arbejdsområde. Skab vaskulær adgang i et stort, centralt blodkar med anvendelse af aseptisk teknik og indfør katetret.
- Tilslut sammenkoblingsstikket til det relevante registreringsudstyr.
- Kontrollér at tommelfingerknappen er trukket helt tilbage inden indføring. Før katetret frem til det område af endocardiet, der skal undersøges. Anvend både fluoroskopi og elektrogram til hjælp til korrekt placering. Justér buningsradius efter behov ved at manipulere tommelfingerknappen. Når tommelfingerknappen skubbes fremad, får det kateterspidsen til at bøje (bue); når knappen trækkes tilbage, rettes spidsen ud.
- Inden katetret fjernes, skal det kontrolleres, at tommelfingerknappen er trukket helt tilbage. Fjern katetret og bortskaf det på passende vis. Må ikke resteriliseres og genbruges.
- Hvis der er spørgsmål vedrørende anvendelsen af dette produkt eller dets ydeevne, bedes man venligst konsultere den lokale distributør eller producent.

**NEGATIVE FØLGEVIRKNINGER**

En række alvorlige negative følgevirkninger er blevet dokumenteret for hjertekateterisationsindgreb herunder pulmonale embolier, myokardieinfarkt, slagtilfælde, hjertetamponade og død. Følgende komplikationer i forbindelse med hjertekateterisation er ligeledes rapporteret i faglitteraturen: vaskulær blødning, lokalhæmatomer, trombose, AV-fistler, pseudoaneurisme, thromboembolier, vasovagale reaktioner, hjerteperforation, luftembolier, arytmier, klapskade, pneumothorax og hæmothorax.

M-5276-86L

CONFIDENTIAL                                                                                                                            BWI-INN00100559

**TAKUUN VASTUUVAPAUTUSLAUSEKE JA VASTUUNRAJOITUS**

DER ER INGEN UDTRYKT ELLER UNDERFORSTÅET GARANTI, HERUNDER UDEN BEGRÆNSNING EN HVILKEN SOM HELST UNDERFORSTÅET GARANTI AF SALGBARHED ELLER EGNETHED TIL ET BESTEMT FORMÅL, FOR DE(T) PRODUKT(ER), SOM ER BESKREVET HERI. BIOSENSE WEBSTER, INC. SKAL UNDER INGEN OMSTÆNDIGHEDER HOLDES ANSVARLIG FOR NOGEN SOM HELST SPECIEL, DIREKTE, HÆNDELIG ELLER ANDEN SKADE, MEDMINDRE DET UDTRYKKELIGT ER BESKREVET I EN SPECIFIK LOV.

UDEN BEGRÆNSNING AF FOREGÅENDE SKAL BIOSENSE WEBSTER, INC. ELLER DENS SØSTERSELSKABER IKKE VÆRE ANSVARLIG FOR NOGEN SPECIEL, DIREKTE, HÆNDELIG ELLER ANDEN SKADE SOM RESULTAT AF GENBRUG AF NOGEN PRODUKT(ER), SOM ER MARKERET TIL ENGANGSBRUG ELLER HVOR GENBRUG ER FORBUDT IFLG. GÆLDENDE LOV.

Beskrivelser og specifikationer i Biosense Webster, Inc. tryksager, inklusive denne publikation har udelukkende til formål generelt at beskrive produktet på tidspunktet for fremstillingen og er ikke på nogen måde en udtrykkelig garanti af det beskrevne produkt.

M-5276-86L

21

# Taivutettavakärkinen elektrofysiologinen katetri; taivutettavakärkinen; taivutettavakärkinen; HALO® XP kolmiliuskaläpän kartoitukseen tarkoitettu, HALO®; ja taivutettavakärkiset CRISTACATH™- ja ISMUS® Cᴀᴛʜ – kartoituskatetrit

- STERIILI. Steriloitu etyleenioksidilla.
- Kertakäyttöinen.
- Ei saa käyttää jos pakkaus on auki tai vaurioitunut.
- Yhdysvaltain laki rajoittaa tämän tuotteen myynnin vain lääkärin toimesta tai määräyksestä tapahtuvaksi

**KATETRIN KUVAUS**

Biosense Webster® taivutettavakärkinen elektrodikatetri on tarkoitettu sydämen elektrofysiologista kartoittamista varten. Katetrin varsi on erittäin kiertojäykkä; siina on taivutettava kärki, jossa on ryhmä platinaelektrodeja, joita voidaan käyttää sekä stimulointiin että rekisteröintiin. Saatavana on useita eri muotoisia kärkiä. (Standardikaarisissa malleissa on varren proksimaalipään lähellä värillinen nauha - ks. tuoteluetteloa).

Taivutettavakärkinen suorakulmainen elektrofysiologinen katetri on tarkoitettu sydämen elektrofysiologista kartoitusta varten. Katetrissa on erittäin kiertojäykkä runko ja taivutettava kärkiosa, jossa on platinaisia levyelektrodeja stimulaatiota ja rekisteröintiä varten.

Taivutettavalla punotulla kärjellä varustettu katetri on taivutettavalla kärjellä varustettu monielektrodikatetri, joka on tarkoitettu sydämen elektrofysiologista kartoitusta varten. Katetrissa on erittäin kiertojäykkä runko ja taivutettava kärkiosa, jossa on platinaisia levyelektrodeja. Katetrin sisäinen punos mahdollistaa paikallisten sähköisten signaalien stabiilin rekisteröinnin. Kaikkia elektrodeja voidaan käyttää sekä rekisteröintiin että stimulointiin.

Taivutettavakärkiset CRISTACATH™- ja ISMUS® Cᴀᴛʜ -katetrit on tarkoitettu sydämen elektrofysiologista kartoitusta varten. Katetrissa on erittäin kiertojäykkä runko ja taivutettava kärkiosa, jossa on 10 paria platinaisia levyelektrodeja, jotka näkyvät hyvin läpivalaisussa. Taivutettavakärkiset CRISTACATH™- ja ISMUS® Cᴀᴛʜ -katetrit mahdollistavat useiden paikallisten sähköisten signaalien samanaikaisen rekisteröinnin elektrodien suuren lukumäärän ja kärjen taivutettavuuden ansiosta.

Taivutettavakärkinen HALO® XP ja HALO® -katetrit on tarkoitettu sydämen elektrofysiologista kartoitusta varten, erityisesti kolmiliuskaläpän aukon seudussa. Katetreissa on erittäin kiertojäykkä runko ja kehämäinen kärkiosa, jossa on 10 platinaelektrodiparia, jotka näkyvät hyvin läpivalaisussa. Kärkiosassa on myös röntgenpositiivinen merkki elektrodien muodostaman ryhmän keskellä. Kehän muotoinen kärkiosa on muotoiltu kaarevaksi ja voidaan siten asettaa kolmiliuskaläppäaukossa eteisen puolelle. Kärkiosaa suojaa pakkauksessa muovinen kärkisuojus.

Kärjen tavirusta hallitaan proksimaalipäässä olevasta putkimaisesta kahvasta, jossa on liukumantä. Kun mäntää työnnetään sormirenkaalla eteenpäin, kärki taipuu (tulee kaarevammaksi). Kun mäntää vedetään taaksepäin, kärki oikenee. Erittäin kiertojäykkä runko mahdollistaa kaarevan kärjen tason kiertämisen, mikä helpottaa katetrin kärjen tarkan sijoittamisen haluttuun kohtaan. Taivutettavakärkiset HALO® XP ja HALO® -katetrit mahdollistavat sähkösignaalien samanaikaisen rekisteröinnin kolmiliuskaläpän aukon seudusta, septumin keskiosasta sekä siltä anteriorisesti, lateraalisesti ja posterolateraalisesti. Rekisteröinti voidaan suorittaa koko annuluksen seudusta ilman katetrin kärjen sijainnin muuttamista.

Kahvassa on mäntä, joka on kiinnitetty sisäiseen vetolankaan, joka muuttaa kaarevan osan kaarevuutta. Kun mäntää työnnetään eteenpäin, esimuotoillun kaaren käyrys vähentyy; kun nuppia vedetään taaksepäin kaarevuus lisääntyy kunnes kärjen kaarevuus on alkuperäisen, esimuotoillun suuruinen. Erittäin kiertojäykkä runko mahdollistaa kaarevan osan ohjaamisen sen tarkkaa sijoittamista varten.

**Katetri liitetään sopivia liittimiä käyttäen välikaapeleilla standardimallisiin rekisteröintilaitteisiin.**

**JÄLLEENMYYJÄ TAI VALMISTAJA ANTAA TARVITTAESSA YHTEENSOPIVIA VÄLIKAAPELEITA KOSKEVIA TIETOJA.**

**INDIKAATIOT**

Katetria käytetään sydämen rakenteiden elektrofysiologiseen kartoitukseen; ts. vain stimulointiin ja rekisteröintiin. Lisäksi taivutettavakärkinen suorakulmainen elektrofysiologinen katetri on tarkoitettu käytettäväksi sepelpoukamassa. Lisäksi taivutettavalla punotulla kärjellä varustettua katetria voidaan käyttää myös sydämen oikeassa puoliskossa. Lisäksi taivutettavakärkiset CRISTACATH™- ja ISMUS® Cᴀᴛʜ -katetrit mahdollistavat sähköisten signaalien rekisteröinnin sydäneteisten alueella. Lisäksi taivutettavakärkisten HALO® XP ja HALO® -katetrien esimuotoillut kehänmuotoiset kärjet on nimenomaan tarkoitettu kolmiliuskaläpän aukkoa varten.

**KONTRAINDIKAATIOT**

Biosense Webster® taivutettavakärkinen elektrofysiologinen katetri ei ole osoitettu olevan turvallinen ja tehokas sähköablaatiossa tai muissa koronaarisuonissa kuin sepelpoukamassa. Lisäksi taivutettavalla punotulla kärjellä varustetun katetrin käyttö on vasta-aiheista sydämen vasemmassa puoliskossa. Sen lisäksi transseptaalinen menetelmä on vasta-aiheinen.

Katetri ei mahdollisesti sovi käytettäväksi potilailla, joilla on läppäproteesi. Käynnissä oleva systeeminen infektio on suhteellinen sydänkatetroinnin vasta-aihe.

**VAROITUKSET**

Sydämen katetrointitoimenpiteisiin liittyy huomattavaa altistumisvaara röntgensäteille. Tämä voi aiheuttaa akuutin sädevaurion, sillä voi olla sekä somaattisia että geneettisiä vaikutuksia sekä potilaalle että toimenpidettä suorittavalle henkilökunnalle röntgensäteilyn intensiteetin ja läpivalaisun keston vuoksi. Sydämen katetrointitoimenpiteitä ei tulisi aloittaa ennen kuin on riittävästi kiinnitetty huomiota toimenpiteen aiheuttamaan röntgensäteilyyn ja siltä suojautumiseen. Sen vuoksi on tarkkaan harkittava ennen kuin tätä katetria ryhdytään käyttämään raskaana oleville naisille.

- Proksimaalista kahvaa tai yhdyskaapelin liittimiä ei saa upottaa nesteisiin, sillä se saattaa haitata niiden sähköisiä toimintoja.
- Tuotetta ei saa altistaa orgaanisille liuottimille, esim. alkoholille.
- Katetria ei saa autoklavoida.

**VAROTOIMET**

- Biosense Webster taivutettavakärkistä elektrofysiologista katetria ei saa ryhtyä käyttämään ennen perusteellista perehtymistä näihin käyttöohjeisiin.
- Säilytä viileässä suojattuna viileässä ja kuivassa paikassa.
- Steriili pakkaus ja katetri on tarkastettava ennen käyttöä.
- Tuotetta ei saa steriloida tai käyttää uudelleen.
- Tämä tuote on pakattu ja steriloitu vain kertakäyttöä varten. Älä käytä, prosessoi tai steriloi uudestaan. Uudelleenkäyttö, -prosessointi tai -sterilointi saattaa vaurioittaa laitteen rakennetta ja/tai johtaa laitevikaan, mikä puolestaan voi johtaa potilasvammaan, -sairauteen tai –kuolemaan. Kertakäyttölaitteiden uudelleenprosessointi tai -sterilointi saattaa myös luoda kontaminaatioriskin ja/tai aiheuttaa potilasinfektion tai risti-infektion, mukaan lukien, mutta ei siihen rajoittuen tarttuvan taudin /tarttuvien tautien siirtymisen potilaasta toiseen. Laitteen kontaminaatio saattaa johtaa potilasvammaan, -sairauteen tai kuolemaan.
- Sydänkatetrisaatioita saa suorittaa vain siihen koulutettu henkilökunta asianmukaisesti varustetuissa elektrofysiologisissa laboratorioitiloissa.
- Katetria on manipuloitava varovasti sydämen kohdistuvien vaurioiden, perforaation ja sydäntamponaation välttämiseksi. Katetria tulisi kuljettaa eteenpäin ja asettaa kohteeseen vain läpivalaisussa. Jos tuntuu vastusta kuljetettaessa katetria eteenpäin tai sitä taaksepäin vedettäessä, liiallista voimaa ei saa käyttää.
- Ennen katetrin sisään ja pois vetämistä on pois vetämättä on aina vedettävä sormirengasta taaksepäin sen varmistamiseksi, että katetrin kärki on palautunut alkuperäiseen muotoonsa.

**VIIMEINEN KÄYTTÖPÄIVÄMÄÄRÄ**

Tuote on käytettävä pakkaukseen mainittuun viimeiseen käyttöpäivämäärään mennessä.

**HÄVITTÄMINEN**

Osat on kierrätettävä tai tuote ja sen osat tai ylimääräiset osat on hävitettävä paikallisten lakien ja säädösten mukaisesti.

**SUOSITUS KÄYTTÖOHJEEKSI**

- Ota katetri pakkauksesta ja aseta se steriilille alueelle. Valmistele aseptisesti katetrin sisäänvientikohta suureen sentraaliseen suoneen ja vie katetri sisään.
- Yhdistä välikaapelin liittimet sopivaan rekisteröintilaitteeseen.
- Varmista, että sormirengas on täysin vedettynä taaksepäin ennen katetrin sisäänvientiä. Kuljeta katetria tutkittavaan endokardiumin kohtaan. Käytä kohteeseen viennissä apuna sekä läpivalaisua että sähköistä rekisteröintiä. Säädä tarvittaessa kärjen kaarevuussädettä sormirenkaan avulla. Sormirenkaan työntäminen eteenpäin aikaansaa katetrin kärjen taipumisen (lisää kaarevuutta); kun sormirengasta vedetään taaksepäin, kärki oikenee.
- Ennen katetrin vetämistä pois on varmistettava, että sormirengas on vedetty täysin taakse. Vedä katetri pois ja hävitä se asianmukaisesti. Katetria ei saa steriloida tai käyttää uudelleen.
- Tämän tuotteen tuotetiinsa koskevat kysymykset voi osoittaa jälleenmyyjälle tai valmistajalle.

**HAITTAVAIKUTUKSET**

Mm. seuraavia vakavia haittavaikutuksia on raportoitu esiintyneen sydänkatetroinnin yhteydessä: keuhkoembolia, sydäninfarkti, aivohalvaus, sydäntamponaatio ja kuolema. Lääketieteellisessa kirjallisuudessa on lisäksi raportoitu esiintyneen sydänkatetroinnin yhteydessä seuraavia haittavaikutuksia: suonista tapahtuva verenvuoto, paikalliset hematoomat, tromboosit, arteriovenoosit fistelit, pseudoaneurysmat, tromboemboliat, vasovagaaliset reaktiot, sydämen perforoituminen, ilmaembolia, arytmiat, sydänläppien vauriot, ilmarinta ja veririnta.

CONFIDENTIAL   BWI-INN00100561

Suomi

**TAKUUN VASTUUVAPAUTUSLAUSEKE JA VASTUUNRAJOITUS**

TÄSSÄ KUVATUILLE TUOTTEILLE EI OLE MITÄÄN ILMAISTUJA TAI HILJAISIA TAKUITA, MUKAAN LUKIEN RAJOITUKSITTA MIKÄ TAHANSA ILMAISTU TAKUU MYYNTIKELPOISUUDESTA TAI SOPIVUUDESTA JOHONKIN TIETTYYN TARKOITUKSEEN. BIOSENSE WEBSTER, INC. TAI SEN TYTÄRYHTIÖT EIVÄT MISSÄÄN TAPAUKSESSA OLE VASTUUSSA MISTÄÄN ERITYISISTÄ, SUORISTA TAI SATUNNAIS-, SEURANNAIS- TAI MUISTA VAHINGOISTA, PAITSI NIISTÄ, JOTKA OVAT NIMENOMAAN SOVELLETTAVAN LAIN ALAISIA.

RAJOITTAMATTA EDELLÄ OLEVAA, BIOSENSE WEBSTER, INC. TAI SEN SISARYHTIÖT EIVÄT OLE VASTUUSSA MISTÄÄN ERITYISISTÄ, SUORISTA, SATUNNAIS- TAI SEURANNAISVAHINGOISTA TAI MUISTA VAHINGOISTA, JOTKA AIHEUTUVAT MINKÄÄN SELLAISTEN TUOTTEIDEN UUDELLEENKÄYTÖSTÄ, JOTKA ON TEKSTEILLÄ MERKITTY KERTAKÄYTTÖISIKSI TAI MILLOIN UUDELLEEN KÄYTTÄMINEN ON SOVELLETTAVAN LAIN KIELTÄMÄÄ.

Biosense Webster, Inc. -painotuotteissa esiintyvät kuvaukset ja tekniset tiedot, tämä julkaisu mukaan lukien, ovat ainoastaan tiedotusluonteisia ja tarkoitetut yksinomaan kuvaamaan yleisluontoisesti tuotetta sen valmistusajankohtana, eivätkä ole laadittu tai annettu mullään tavoin määrätyn tuotteen takuuna.

---

M-5276-86L

23

CONFIDENTIAL

BWI-INN00100562

**Elektrofysiologisk kateter: böjbar spets; böjbar; böjbar, rätvinklig spets; böjbar, omflätad spets; böjbar spets HALO® XP trikuspidmappning, HALO®; böjbar spets CRISTACATH™ och ISMUS® CATH mappningskatetrar**

- **STERIL. Steriliserad med etylenoxid.**
- **Endast för engångsbruk.**
- **Får ej användas om förpackningen är öppen eller skadad.**
- **Enligt amerikansk federal lag (U.S.A.) får denna enhet endast säljas av eller på ordination av läkare.**

**KATETERBESKRIVNING**

Biosense Webster® kateter med deflekterbar spetselektrod har utformats för att underlätta vid elektrofysiologisk kartläggning av hjärtat. Katetern är försedd med ett ytterst vridbart skaft med en uppsättning platinaelektroder vid den distala spetsen som kan användas både för stimulering och registrering. Ett flertal spetskonfigurationer finns tillgängliga. (Standardböjningstyper identifieras av ett färgband på skaftet nära den proximala anden - se katalogen.)

Den ortogonala katetern med böjbar spets har utformats för att underlätta elektrofysiologisk kartläggning av hjärtat. Katetern är försedd med ett ytterst vridbart skaft och med en böjbar spetssektion som innehåller platinabelagda elektroder vilka kan användas för stimulering och registrering.

Katetern med böjbar flätad spets är en fjerelektrodkateter med böjbar spets utformad för att underlätta elektrofysiologisk kartläggning av hjärtat. Katetern är försedd med ett ytterst vridbart skaft och med en böjbar spetssektion som innehåller platinaelektroder. Katetern har konstruerats med omflätning invändigt för att lättare uppnå stabila lokala elektrogram. Samtliga elektroder kan användas både för registrering och i stimuleringsyfte.

CRISTACATH™ och ISMUS® CATH katetrar med böjbar spets har utformats för elektrofysiologisk kartläggning av hjärtstrukturer. Katetrarna är försedda med ett ytterst vridbart skaft och med en spetssektion som innehåller tio par platinaelektroder, vilka lätt kan ses under röntgengenomlysning. Med CRISTACATH™ och ISMUS® CATH katetrar med böjbar spets underlättas utförandet av simultana lokala elektrogram tack vare det större antalet elektroder och katetrarnas avböjningsförmåga.

De med böjbar spets försedda katetrarna HALO® XP och HALO® har utformats för elektrofysiologisk kartläggning av hjärtat, i synnerhet trikuspidalklaffens annulus. Katetrarna är försedda med ett ytterst vridbart skaft och med en haloformad spetssektion som inrymmer tio par platinaelektroder som lätt kan ses under röntgengenomlysning. Spetssektionen innehåller en röntgentät markering i mitten av elektroduppsättningen. Den haloformade spetssektionen har en förformad böjning som kan positioneras runt den atriala aspekten av trikuspidalklaffen. Spetssektionen är förpackad med ett spetsskydd av plast.

Spetsavböjningen styrs vid den proximala änden med hjälp av ett rörformigt handtag i vilket en kolv rör sig. När kolven skjuts fram med tumknappen, böjer sig (kröks) spetsen. Då kolven dras tillbaka, rätar spetsen ut sig. Handtaget med hög vridbarhet möjliggör vridning av den krökta spetsens plan, vilket underlättar exakt positionering av kateterspetsen på det önskade stället.

Katetrarna HALO® XP och HALO®, som både är försedda med böjbar spets, gör att det blir lättare att utföra simultana, lokala elektrogram som omspänner trikuspidalringen, från mittseptum till anterior, till lateralt, till posterolateralt. Registeruppttagningen kan göras av hela annulus utan att kateterspetsen behöver ompositioneras.

En kolv i handtaget är fäst vid en invändig dragtråd med vilken krökningsradien ändras. När kolven skjuts framåt, minskas den förformade böjens krökningsradie. Då tumknappen dras tillbaka, ökas krökningsradien tils spetssektionen återgått i sin ursprungliga form. Tack vare skaftets höga vridbarhet kan böjplanet manövreras och på så vis blir det lättare att utföra en exakt positionering.

**Katetern kan anpassas till registreringsutrustning av standardmodell via gränssnittskablar med lämpliga kontakter.**

**KONSULTERA LOKAL DISTRIBUTÖR ELLER TILLVERKAREN FÖR RÄTT GRÄNSSNITTSKABEL.**

**INDIKATIONER**

Katetern indiceras för elektrofysiologisk kartläggning av hjärtstrukturer, dvs. enbart för stimulering och registrering. Därutöver har den ortogonala katetern med böjbar spets utformats för användning i sinus coronarius. Dessutom är den böjbara katetern med flätad spets utformad för användning i hjärtats högra sida. CRISTACATH™ och ISMUS® CATH-katetrarna är dessutom utformade för att underlätta elektrogram i hjärtats atriala del. Dessutom är HALO® XP och HALO®-katetrarnas haloförformade spetssektion utformad speciellt för trikuspidalklaffens annulus.

**KONTRAINDIKATIONER**

Biosense Webster® elektrofysiologisk kateter med deflekterbar spets har inte visat sig vara säker eller ändamålsenlig för elektrisk ablation eller för användning i koronarvaskulatur, annat an i ostiet till sinus coronarius. Dessutom ar den böjbara katetern med flätad spets kontra-indicerad mot användning i hjärtats vänstra sida. Dessutom kontraindiceras transseptal införing.

Användning av katetern kan vara olämplig hos patienter med klaffproteser. Aktiv systemisk infektion utgör en relativ kontraindikation mot hjärtkateterisering.

**VARNINGAR**

Hjärtkateterisering medför risk för betydande röntgenstråldoser, vilket kan resultera i akut strålskada såväl som ökad risk för somatiska och genetiska effekter hos både patienter och laboratoriepersonal röntgenstrålningens intensitet och varaktighet vid användning. Hjärtkateterisering bör utföras av ett noggrann övervägande av strålningsrisken i samband med förfarandet, samt efter att åtgärder vidtagits för att minimera denna risk. Användning av denna kateter hos gravida kvinnor måste därför vara väl underbyggd.

- Det proximala handtaget eller kabelkontakten får ej nedsänkas i vätska; eftersom elektriska funktionen kan påverkas.
- Katetern får ej utsättas för organiska lösningsmedel såsom alkohol.
- Katetern får ej autoklaveras.

**FÖRSIKTIGHETSÅTGÄRDER**

- Använd inte Biosense Webster elektrofysiologisk kateter med deflekterbar spets förrän du noggrant och fullständigt läst igenom denna bruksanvisning.
- Förvaras på en sval, torr och mörk plats.
- Sterilisera inte på nytt och återanvänd
- Inspektera sterilförpackningen och katetern före användning.
- Den här enheten är enbart förpackad och steriliserad for engångsbruk. Återanvänd, omarbeta eller omsterilisera inte på nytt. Återanvändning, omarbetning eller omsterilisering kan äventyra produktens strukturella integritet och/eller leda till att det blir fel på enheten, vilket kan resultera i patientskada, sjukdom eller dödsfall. Omarbetning eller omsterilisering av en enhet för engångsbruk kan även skapa en risk för kontaminering och/eller infektion eller korsinfektion hos patienten inklusive, men inte begränsat till, överföring av infektionssjukdom(ar) från en patient till en annan. Kontaminering kan leda till skada, sjukdom eller dödsfall för patienten.
- Hjärtkateterisering bör utföras av kompetent utbildad personal på ett fullt utrustat elektrofysiologiskt laboratorium.
- Katetermanipulation måste ske varsamt så att hjärtskada, perforation eller tamponad undviks. Framförande och placering av katetern bör utföras under röntgengenomlysning. Använd ej för stor kraft vid framskjutning av katetern eller tillbakadragande om motstånd uppkommer.
- Drag alltid tillbaka katterns tumknapp före insättning eller tillbakadragning så att kateterspetsen säkert återfår sin ursprungliga form.

**"ANVÄND FÖRE"-DATUM**

Använd enheten före det "Använd före"-datum som står angivet på förpackningsetiketten.

**BORTSKAFFANDE**

Återvinn komponenter eller bortskaffa produkten med kvarstående element eller avfallsdelar i enlighet med lokala lagar och föreskrifter.

**REKOMMENDERADE ANVISNINGAR VID ANVÄNDNING.**

- Tag ut katetern ur dess förpackning under iakttagande av det sterila arbetsområdet. Skapa ett vaskulärt tillträde i ett stort centralt kärl med användning av aseptisk teknik och för in katetern.
- Koppla gränssnittskabelns kontakter till lämplig registreringsutrustning
- Konstatera att tumknappen är helt tillbakadragen före insättning. För fram katetern till det område där endokardiet som ska undersökas. Använd både röntgengenomlysning och elektrogram som hjälpmedel för korrekt positionering. Justera krökningsradien allt efter behov genom att manipulera tumknappen. Genom att trycka på tumknappen åstadkommes att kateterspetsen bojs (kröks). När knappen dras tillbaka, rätar spetsen ut sig.
- Konstatera innan katetern avlägsnas att tumknappen dragits tillbaka helt och hållet. Tag ut katetern och kassera den på lämpligt sätt. Den får ej omsteriliseras eller återanvandas.
- Om du har frågor beträffande denna produkts användning eller funktion ombeds du ta kontakt med lokal distributör eller tillverkare.

**BIVERKNINGAR**

Ett antal allvarliga biverkningar har dokumenterats i samband med hjärtkateterisering inklusive pulmonell embolisering myokardinfarkt, hjärttamponad och dödsfall. Följande komplikationer har också rapporterats i litteraturen i samband med hjärtkateterisering: kärlblödning, lokala hematom, trombos, arteriovenös fistel, pseudoaneurysm, tromboembolism, vasovagala reaktioner, hjärtperforation, luftembolisering, arrytmi, klaffskada, pneumotorax och hemotorax.

M-5276-86L

CONFIDENTIAL
BWI-INN00100563

**FRISKRIVNING OCH ANSVARSBEGRÄNSNINGAR**

INGEN UTTRYCKT ELLER UNDERFÖRSTÅDD GARANTI UTFÄRDAS, INKLUSIVE, MEN INTE BEGRÄNSAT TILL, UNDERFÖRSTÅDD GARANTI ANGÅENDE SÄLJBARHET ELLER LÄMPLIGHET FÖR ETT VISST SYFTE FÖR PRODUKTEN/PRODUKTERNA SOM BESKRIVS I DETTA DOKUMENT. UNDER INGA OMSTÄNDIGHETER SKALL BIOSENSE WEBSTER, INC., ELLER DESS DOTTERBOLAG, HÅLLAS ANSVARIGA FÖR SPECIELLA, DIREKTA, TILLFÄLLIGA SKADOR ELLER FÖLJDSKADOR, ELLER ANDRA SKADOR ÄN DE SOM UTTRYCKLIGEN SPECIFICERAS I GÄLLANDE LAG.

UTAN ATT BEGRÄNSA DET OVANNÄMNDA, SKALL BIOSENSE WEBSTER, INC. OCH DESS DOTTERBOLAG, HÅLLAS ANSVARIGA FÖR SPECIELLA, DIREKTA, TILLFÄLLIGA SKADOR ELLER FÖLJDSKADOR, ELLER ANDRA SKADOR SOM UPPSTÅR PÅ GRUND AV ÅTERANVÄNDNING AV EN ELLER FLERA PRODUKTER VARS ETIKETT ANGER ENGÅNGSANVÄNDNING, OCH DÄR ÅTERANVÄNDNING FÖRBJUDS AV GÄLLANDE LAG.

Beskrivningar och specifikationer i tryckt material publicerat av Biosense Webster, Inc., inklusive denna publikation, utfärdas endast i informationssyfte, och är endast avsedda att generellt beskriva katetern vid tillverkningstidpunkten och är inte avsedda att utgöra garanti av den ordinerade katetern på något som helst sätt.

CONFIDENTIAL

BWI-INN00100564

**Elektrofysiologisk kateter: Bøyelig spiss; bøyeligSpiss ortogonalt; bøyelig, tvinnet spiss; bøyelig spiss Tip HALO® XP tretakket kartlegging, HALO®; & bøyelig spiss CRISTACATH™ og ISMUS® Cᴀᴛʜ kartleggingskatetere**

- **Sterilt. Sterilisert med etylenoksid.**
- **Kun til engangsbruk.**
- **Må ikke brukes hvis emballasjen er åpnet eller skadet.**
- **Føderale lover i USA begrenser salg av denne enheten til, eller etter ordre av, en lege.**

**BESKRIVELSE AV KATETERET**
Biosense Webster® bøyelig spiss elektrode -kateteret er konstruert for å lette elektrofysiologisk kartlegging av hjertet. Kateteret har et skaft med høy rotasjonshastighet med en gruppe platinaelektroder på den distale spissen som kan brukes til stimulering og registrering. Flere spisskonfigurasjoner kan leveres. (Standard kurvetyper identifiseres med et fargebånd på skaftet nær proksimalsenden – se katalogen).

Bøyelig spiss ortogonal-kateteret er konstruert for å lette elektrofysiologisk kartlegging av hjertet. Kateteret har et skaft med høy rotasjonshastighet med en gruppe platinaelektroder på den distale spissen som kan brukes til stimulering og registrering.

Bøyelig tvinnet spiss-kateteret er et multi-elektrode-kateter med en bøyelig spiss konstruert for å lette elektrofysiologisk kartlegging av hjertet. Kateteret har et skaft som kan bli dreid med høy vridningskraft og som har et bøyelig avsnitt på spissen med en rad med platinaelektroder. Kateteret er konstruert for å lette stabile lokale elektrogrammer på grunn av den indre tvinningen. Alle elektrodene kan brukes til opptak eller stimulering.

Bøyelig spiss CRISTACATH™ og ISMUS® Cᴀᴛʜ-kateterene er konstruert for elektrofysiologisk kartlegging av kardiale strukturer. Kateterene har et skaft med høyt omdreiningsmoment med et spissområde som inneholder to par platinaelektroder som lett kan ses under fluoroskopi. Bøyelig spiss CRISTACATH™ og ISMUS® Cᴀᴛʜ-kateterene lettere simultane lokale elektrogrammer på grunn av det høyere antall elektroder og deres bøyelighetsegenskaper.

Bøyelig spiss HALO® XP og HALO®-kateterene er konstruert for elektrofysiologisk kartlegging av hjertet, spesielt i tricuspid annulus. Kateterene har et skaft med høyt omdreiningsmoment med et haloformet spissområde som inneholder to par platinaelektroder som lett kan ses under fluoroskopi. Spissområdet inneholder også et strålingssikkert merke midt i elektrodesettet. Det haloformete spissområdet har en forhåndsformet kurve som kan posisjoneres rundt den atriale siden av tricuspid annulus. Spissområdet leveres med en spissbeskytter av plast.

Et stempel i håndsettet er festet til en indre drakabel som endrer radiusen til kurven. Når stempelet skyves fremover, reduseres kurven til den forhåndsformete kurven; når tommelknappen dras tilbake, økes radiusen til kurven til spissområdet returnerer til sin forhåndsformete kurve. Skaftet med høy rotasjonshastighet gjør det mulig for kurvens plan å manøvreres for å lette nøyaktig posisjonering.

Bøyelig spiss HALO® XP og HALO®-kateterene letter simultane lokale elektrogrammer som spenner om tricuspid annulus, fra midseptal til anterior til lateral til posterolateral. Registreringer av helle annulus kan innhentes uten reposisjonering av kateterspissen.

Den styrbare spissen kontrolleres ved den proksimale enden med et stempel plassert i et tubulært håndstykke. Når stempelet skyves fremover, bøyes spissen (krumning). Når stempelet skyves bakover, rettes spissen ut. Høyt omdreiningsmoment på skaftet gjør at overflaten av den bøyde spissen kan roteres for å forenkle plasseringen av kateterspissen.

**Dette kateteret deler grensesnitt med standard registreringsutstyr via kabler med de riktige konnektorene.**

**KONSULTER DEN LOKALE DISTRIBUTØREN ELLER PRODUSENTEN ANGÅENDE EGNETE GRENSESNITT-KABLER.**

**INDIKASJONER**
Kateteret indikeres for elektrofysiologisk kartlegging av kardiale strukturer, dvs. bare for stimulering og registrering I tillegg er bøyelig spiss ortogonal-kateteret konstruert for bruk i koronar sinus. I tillegg er bøyelig tvinnet spiss-kateteret konstruert for bruk i hjertets høyre side. I tillegg er CRISTACATH™ og ISMUS® Cᴀᴛʜ-kateterene konstruert for å lette elektrogrammer i den atriale regionen i hjertet. I tillegg er HALO® XP og HALO®-kateterenes forhåndsformete halo på spissområdet konstruert spesielt for tricuspid annulus.

**KONTRAINDIKASJONER**
Biosense Webster® bøyelig spiss elektrodekateter må ikke vises vist seg å være trygt og effektivt for elektrisk ablasjon eller for bruk i annen koronar vaskulatur enn koronar sinus ostium. I tillegg kontraindikeres tvinnet spiss-kateteret for bruk på venstre side av hjertet. I tillegg kontraindikeres transseptal tilnærmingsmåte.

Kateteret egner seg ikke for pasienter med kunstige hjerteklaffer. En relativ kontraindikasjon for kardielle kateterprosedyrer er aktiv systemisk infeksjon.

**ADVARSLER**
Kardielle kateteriseringsprosedyrer medfører en mulighet for betydelig røntgenstråleeksponering som kan føre til akutte stråleskader så vel som øket risiko for somatiske eller genetiske virkninger, for så vel som pasienter som laboratoriepersonale på grunn av røntgenstrålens intensitet og fluoroskopiens varighet. Kardiell kateterisering skal bare utføres etter at den potensielle strålingsfaren som er forbundet med prosedyren er tatt med i beregningen og det er utført tiltak for å redusere denne eksponeringen. Bruk av dette kateteret på gravide kvinner må vurderes nøye.

- Ikke plasser det proksimale håndtaket eller kabelforbindelsen i vann, da dette kan gå utover den elektriske ytelsen.
- Ikke utsett dette kateteret for organiske løsemidler som alkohol.
- Kateteret må ikke autoklaveres.

**FORHOLDSREGLER**
- Ikke bruk Biosense Webster fast kurve EP-kateter før du har lest bruksinstruksjonene av grundig og har en fullstendig forståelse av disse.
- Oppbevares på et kjølig, tørt og mørkt sted.
- Den sterile innpakningen og kateteret skal inspiseres før bruk.
- Skal ikke resteriliseres eller brukes på nytt.
- Denne enheten er pakket og sterilisert kun for engangsbruk. Skal ikke gjenbrukes, gjenvinnes eller resteriliseres. Gjenbruk, gjenvinning eller resterilisering kan ødelegge den strukturelle integriteten til enheten og/eller føre til at enheten feiler, noe som igjen kan føre til pasientskade, sykdom eller død. Gjenvinning eller resterilisering av engangsutstyr kan medføre risiko for kontaminasjon og/eller forårsake infeksjoner eller infeksjoner som smitter hos pasienter, inkludert, men ikke begrenset til, overføring av smittsomme sykdommer fra en pasient til en annen. Kontaminasjon av enheten kan føre til skade, sykdom eller død hos pasienten.
- Hjerteablasjonsprosedyrer bør kun utføres av kvalifisert helsepersonell i et fullt utstyrt elektrofysiologisk laboratorium.
- Kateteret må håndteres med varsomhet for å unngå kar- og hjerteskade, perforering eller hjertetamponade. Kateteret skal føres fremover under gjennomlysningsveiledning. Bruk ikke overdreven kraft for å bevege kateteret frem eller tilbake hvis kateteret møter motstand.
- Trekk alltid tommelknappen på kateteret tilbake før innlegging eller uttrekning for å sikre at katetertuppen bevarer sin opprinnelige form.

**BRUKSDATO**
Bruk enheten før den bruksdatoen som er merket på pakningsetiketten.

**AVHENDING**
Resirkuler komponentene, eller kast produktet og restelementene eller avfallet i henhold til lokale lover og reguleringer.

**SUGGESTED INSTRUCTIONS FOR USE**
- Ta kateteret ut av emballasjen og plasser det på et sterilt sted. Forbered et vaskulært innføringssted i et stort, sentralt kar, sterilise området og sett inn kateteret.
- Koble grensesnittkonnektorene til det tilhørende registreringsutstyret.
- Sjekk at tommelknappen er ført helt tilbake før innsetting. Kateteret føres frem til endokardområdet som skal undersøkes. Bruk både gjennomlysning og elektrogrammer for å posisjonere kateteret. Reguler kurvens radius etter behov ved å bevege tommelknappen. Når tommelknappen skyves forover, bøyes katetertuppen. Når den trekkes bakover, rettes tuppen ut.
- Før kateteret fjernes må det bekreftes at tommelknappen er ført helt tilbake. Fjern kateteret og avhend det på forskriftsmessig måte. Må ikke resteriliseres eller brukes på nytt.
- Spørsmål vedrørende dette produktet og bruken av det rettes til lokal distributør eller produsent.

**UØNSKEDE REAKSJONER**
Det er dokumentert en rekke alvorlige, negative reaksjoner på kardielle kateteriseringsprosedyrer, inkludert pulmonar embolisme, myokardisk infarkt, slag, hjertetamponering og død. De følgende komplikasjonene assosiert med kardiell kateterisering har også blitt rapportert i litteraturen: vaskulære blødninger, lokale hematomer, trombose, AV-fistel, pseudoaneurisme, tromboembolisme, vasovagale reaksjoner, kardiell perforering, luftembolisme, arrhytmier, skade på hjerteklaffer, pneumotoraks og hemotoraks.

M-5276-86L

CONFIDENTIAL

BWI-INN00100565

Norsk

**ANSVARSFRASKRIVELSE OG GARANTIBEGRENSNING**

DET FINNES INGEN SÆRSKILT ELLER INDIREKTE GARANTI, INNBEFATTET, UTEN BEGRENSNING, IMPLISITTE GARANTIER FOR SALGBARHET ELLER EGNETHET FOR ET BESTEMT FORMÅL FOR PRODUKTET/ENE SOM ER BESKREVET HER. IKKE UNDER NOEN OMSTENDIGHET VIL BIOSENSE WEBSTER, INC., ELLER DETS TILKNYTTEDE SELSKAPER VÆRE ANSVARLIGE FOR NOEN SOM HELST SPESIELL, DIREKTE, TILFELDIG, PÅFØLGENDE ELLER ANNEN SKADE, ANNET ENN DET SOM MÅTTE VÆRE UTTRYKKELIG FASTSATT I GJELDENDE LOVGIVNING.

UTEN BEGRENSNING AV DET FOREGÅENDE. BIOSENSE WEBSTER, INC. ELLER DETS TILKNYTTEDE SELSKAPER SKAL IKKE HA ERSTATNINGSANSVAR FOR NOEN SOM HELST SPESIELL, DIREKTE, TILFELDIG, PÅFØLGENDE ELLER ANNEN SKADE SOM KAN FØRES TILBAKE TIL GJENBRUK AV NOE(N) PRODUKT(ER) SOM ER MERKET FOR ENGANGSBRUK ELLER HVOR GJENBRUK ER FORBUDT I HENHOLD TIL GJELDENDE LOV.

Beskrivelser og spesifikasjoner som forekommer i trykksaker fra Biosense Webster, Inc., inkludert denne publikasjonen, er kun til informasjon og er bare ment å beskrive produktet på produksjonstidspunktet og er ikke på noen måte en garanti av det beskrevede produktet.

CONFIDENTIAL                                                                   BWI-INN00100566

**Καθετήρας Ηλεκτροφυσιολογίας – Καμπτόμενο Άκρο, Ορθογώνιος Καθετήρας με Καμπτόμενο Άκρο, Καθετήρας με Καμπτόμενο Πλεκτό Άκρο, Καθετήρας Χαρτογράφησης Τριγλώχινος HALO® XP με Καμπτόμενο Άκρο και Καθετήρας HALO®, και Καθετήρας Χαρτογράφησης CRISTACATH™ και ISMUS® Cατη με Καμπτόμενο Άκρο**

- **ΑΠΟΣΤΕΙΡΩΜΕΝΟ.** Αποστειρωμένο με χρήση οξειδίου του αιθυλενίου.
- **Για μια χρήση και μόνο.**
- **Μηχρησιμοποιείτε εάν η συσκευασία έχει υποστεί ζημιά ή είναι ανοιγμένη.**
- **Το ομοσπονδιακό Δίκαιο των Η.Π.Α. επιτρέπει την πώληση της συσκευής αυτής μόνον από ιατρό ή κατόπιν εντολής ιατρού.**

**ΠΕΡΙΓΡΑΦΗ ΤΟΥ ΚΑΘΕΤΗΡΑ**

Ο καθετήρας ηλεκτροδίου Biosense Webster® με καμπτόμενο άκρο έχει σχεδιαστεί για να διευκολύνει την ηλεκτροφυσιολογική χαρτογράφηση της καρδιάς. Ο καθετήρας έχει άξονα υψηλής στρεπτικής ροπής με καμπτόμενο άκρο που περιέχει μια συστοιχία ηλεκτροδίων από πλατίνα τα οποία μπορούν να χρησιμοποιηθούν για διέργαση και καταγραφή. Διατίθενται πολλές διαμορφώσεις άκρου. (Οι συμβατικοί τύποι καμπύλης προσδιορίζονται από μια έγχρωμη λωρίδα πάνω στον άξονα κοντά στο κεντρικό άκρο - βλ. κατάλογο).

Ο Ορθογώνιος Καθετήρας με Καμπτόμενο Άκρο έχει σχεδιαστεί για να διευκολύνει την ηλεκτροφυσιολογική χαρτογράφηση της καρδιάς. Ο καθετήρας έχει άξονα υψηλής στρεπτικής ροπής με καμπτόμενο άκρο που περιέχει ηλεκτρόδια από πλατίνα τα οποία μπορούν να χρησιμοποιηθούν για διέργαση και καταγραφή.

Ο Καθετήρας με Καμπτόμενο Πλεκτό Άκρο είναι ένας καθετήρας πολλαπλών ηλεκτροδίων με καμπτόμενο άκρο σχεδιασμένος να διευκολύνει την ηλεκτροφυσιολογική χαρτογράφηση της καρδιάς. Ο καθετήρας έχει άξονα υψηλής στρεπτικής ροπής με καμπτόμενο άκρο που περιέχει ηλεκτρόδια από πλατίνα. Ο καθετήρας είναι σχεδιασμένος να διευκολύνει τη διενέργεια σταθερών τοπικών ηλεκτρογραφημάτων χάρη στο εσωτερικό πλέγμα. Όλα τα ηλεκτρόδια μπορούν να χρησιμοποιηθούν για καταγραφή και διέγερση.

Οι καθετήρες CRISTACATH™ και ISMUS® Cατη με Καμπτόμενο Άκρο έχουν σχεδιαστεί για ηλεκτροφυσιολογική χαρτογράφηση των δομών της καρδιάς. Οι καθετήρες έχουν άξονα υψηλής στρεπτικής ροπής με άκρο που περιέχει δέκα ζεύγη ηλεκτροδίων από πλατίνα τα οποία είναι ορατά δια της ακτινοσκόπησης. Οι καθετήρες CRISTACATH™ και ISMUS® Cατη με Καμπτόμενο Άκρο διευκολύνουν τη διενέργεια ταυτόχρονων τοπικών ηλεκτρογραφημάτων χάρη στο μεγαλύτερο αριθμό ηλεκτροδίων και των καναλιών του ικανοτήτων.

Οι καθετήρες HALO® XP και HALO® με καμπτόμενο άκρο έχουν σχεδιαστεί για ηλεκτροφυσιολογική χαρτογράφηση της καρδιάς, συγκεκριμένα, του δακτυλίου της τριγλώχινος. Οι καθετήρες έχουν έναν άξονα υψηλής ροπής με τμήμα άκρου σε σχήμα άλως, το οποίο περιέχει δέκα ζεύγη ηλεκτροδίων από πλατίνα, του μπορούν να απεικονίζονται εύκολα υπό ακτινοσκόπηση. Το τμήμα του άκρου περιέχει επίσης έναν ακτινοσκιερό δείκτη στο κέντρο της διάταξης ηλεκτροδίου. Το τμήμα άκρου σχήματος άλως έχει μια προσχηματισμένη καμπύλη, η οποία μπορεί να τοποθετηθεί γύρω από τον κολπικό όψη του δακτυλίου της τριγλώχινος. Το τμήμα άκρου συσκευάζεται με ένα πλαστικό προστατευτικό άκρου.

Ένα έμβολο στη λαβή είναι προσαρμημένο σε ένα εσωτερικό σύρμα έλξης το οποίο αλλάζει την ακτίνα καμπυλότητας. Όταν στρώχνετε το έμβολο προς τα εμπρός, η ακτίνα καμπυλότητας του βρόχου ελαττώνεται και όταν τραβάτε το περιστροφικό κουμπί προς τα πίσω, η ακτίνα καμπυλότητας αυξάνεται έως ότου να επανακτήσει το τροδιαμορφωμένο σχήμα. Ο άξονας υψηλής στρεπτικής ροπής επιτρέπει την περιστροφή του επιπέδου της καμπύλης ώστε να διευκολύνει την ακριβή τοποθέτηση.

Οι καθετήρες HALO® XP με Καμπτόμενο Άκρο και HALO® διευκολύνουν τη διενέργεια ταυτόχρονων τοπικών ηλεκτρογραφημάτων καθ' όλο το μήκος του δακτυλίου της τριγλώχινος, από το μεσοδιαφραγματικό στο πρόσθιο και από το πλάγιο στο πλαγιοπίσθιο. Μπορείτε να πάρετε καταγραφές ολόκληρου του δακτυλίου χωρίς να επανατοθετήσετε το άκρο του καθετήρα.

Η κάμψη του άκρου ελέγχεται στο κεντρικό άκρο από μια συλληνοειδή λαβή στην οποία ολισθαίνει ένα έμβολο. Όταν στρώχνετε το πιέζετε προς τα εμπρός με το περιστροφικό κουμπί, το άκρο του καθετήρα κάμπτεται (σχηματίζει καμπύλη). Όταν τραβάτε το έμβολο προς τα πίσω, το άκρο απευθύνεται. Ο άξονας υψηλής στρεπτικής ροπής επιτρέπει την περιστροφή του επιπέδου του καμπύλου άκρου ώστε να διευκολύνει να γίνεται στη διεύθυνση ηλεκτροδίου για εύκολη και ακριβή τοποθέτηση του άκρου του καθετήρα στην περιοχή στην επιθυμητή θέση.

**Ο καθετήρας επικοινωνεί με το συμβατικό εξοπλισμό καταγραφής μέσω καλωδίων διασύνδεσης με τους κατάλληλους συνδέσμους.**

**ΣΧΕΤΙΚΑ ΜΕ ΤΑ ΚΑΤΑΛΛΗΛΑ ΚΑΛΩΔΙΑ ΔΙΑΣΥΝΔΕΣΗΣ ΣΥΜΒΟΥΛΕΥΘΕΙΤΕ ΤΟΝ ΤΟΠΙΚΟ ΔΙΑΝΟΜΕΑ Ή ΤΟΝ ΚΑΤΑΣΚΕΥΑΣΤΗ.**

**ΕΝΔΕΙΞΕΙΣ**

Ο καθετήρας ενδείκνυται για την ηλεκτροφυσιολογική χαρτογράφηση των τοπικό, δηλαδή διέργαση και καταγραφή μόνο. Επιπλέον, ο Ορθογώνιος Καθετήρας με Καμπτόμενο Άκρο είναι σχεδιασμένος για χρήση στο στεφανιαίο κόλπο. Επιπλέον, ο Καθετήρας με Καμπτόμενο Πλεκτό Άκρο είναι σχεδιασμένος για χρήση στη δεξιά πλευρά της καρδιάς. Επιπλέον, οι καθετήρες CRISTACATH™ και ISMUS® Cατη είναι σχεδιασμένοι να διευκολύνουν τη διενέργεια ηλεκτρογραμμάτων στην περιοχή των κόλπων της καρδιάς. Επιπλέον, το προδιαμορφωμένο σχήμα άλω του άκρου των καθετήρων HALO® XP και HALO® είναι σχεδιασμένο ειδικά για το δακτύλιο της τριγλώχινος.

**ΑΝΤΕΝΔΕΙΞΕΙΣ**

Ο καθετήρας ηλεκτροδίου Biosense Webster® με καμπτόμενο άκρο δεν έχει αποδειχθεί ότι είναι ασφαλής και αποτελεσματικός για ηλεκτρική κατάλυση ή για χρήση στα στεφανιαία αγγεία εκτός από το στόμιο του στεφανιαίου κόλπου. Επιπλέον, ο Καθετήρας με Καμπτόμενο Πλεκτό Άκρο αντενδείκνυται για χρήση στην αριστερή πλευρά της καρδιάς. Επιπλέον, η δια-διαφραγματική προσπέλαση αντενδείκνυται.

Η χρήση του καθετήρα μπορεί να μην είναι κατάλληλη για ασθενείς με προσθετικές βαλβίδες. Μία σχετική αντένδειξη για τις επεμβάσεις με καθετήρα καρδιάς είναι η παρουσία ενεργής συστηματικής λοίμωξης.

**ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ**

Οι διαδικασίες με καθετήρα εμφανίζουν τη πιθανότητα σημαντικής έκθεσης στις ακτίνες Χ, η οποία μπορεί να έχει σαν αποτέλεσμα την οξεία προσβολή από την ακτινοβολία καθώς και αυξημένο κίνδυνο για σωματικές και γενετικές επιδράσεις, τόσο στους ασθενείς όσο και στο προσωπικό του εργαστηρίου λόγω της έντασης της δέσμης των ακτινών Χ και της διάρκειας της φθοροσκοπικής απεικόνισης. Ο καθετηριασμός της καρδιάς θα πρέπει να πραγματοποιείται μόνο αφού έχει δοθεί επαρκής προσοχή στον πιθανό κίνδυνο έκθεσης στην ακτινοβολία που συνδέεται με την επέμβαση και έχουν ληφθεί τα απαραίτητα μέτρα για την ελαχιστοποίηση της έκθεσης αυτής. Θα πρέπει επομένως να εξετάζεται προσεκτικά η χρήση της συσκευής σε εγκύους.

- Μη βυθίζετε την κεντρική λαβή ή το σύνδεσμο του καλωδίου μέσα σε υγρά γιατί μπορεί να επηρεαστεί αντίξοα η ηλεκτρική λειτουργία τους.
- Μην εκθέτετε τον καθετήρα σε οργανικούς διαλύτες όπως είναι η αλκοόλη.
- Μην ακτινοβολείτε τον καθετήρα σε αυτόκαυστο.

**ΠΡΟΦΥΛΑΞΕΙΣ**

- Μην επιχειρήσετε να χρησιμοποιήσετε τον καθετήρα ηλεκτροφυσιολογίας Biosense Webster με καμπτόμενο άκρο πριν διαβάσετε διεξοδικά και κατανοήσετε πλήρως αυτές τις οδηγίες χρήσης.
- Φυλάξετε σε δροσερό, ξηρό και σκοτεινό χώρο.
- Πριν τη χρήση επιθεωρήστε την αποστειρωμένη συσκευασία και τον καθετήρα.
- Μην επαναστειρώνετε και μην επαναχρησιμοποιείτε τον καθετήρα.
- Η συσκευή αυτή συσκευάζεται και αποστειρώνεται για μια χρήση μόνο. Μην επαναχρησιμοποιείτε, μην επανεπεξεργάζεστε και μην επαναστειρώνετε. Η επαναχρησιμοποίηση, η επανεπεξεργασία και η επαναστείρωση μπορούν να διακινδυνεύσουν τη δομική ακεραιότητα της συσκευής ή/ και να οδηγήσουν σε αστοχία του προϊόντος, η οποία με τη σειρά της μπορεί να έχει ως αποτέλεσμα τον τραυματισμό, την ασθένεια ή το θάνατο του ασθενούς. Επίσης, η επανεπεξεργασία ή η επαναστείρωση των συσκευών μίας χρήσης μπορεί να δημιουργήσει το κίνδυνο μόλυνσης ή/ και να προκαλέσει τη μόλυνση ή τη διασταυρούμενη μόλυνση του ασθενούς, συμπεριλαμβανομένης συν τοις άλλοις της μετάδοσης μολυσματικών ασθενειών από τον ένα ασθενή στον άλλο. Η μόλυνση της συσκευής μπορεί να οδηγήσει στον τραυματισμό, την ασθένεια ή το θάνατο του ασθενούς.
- Οι επεμβάσεις καθετηριασμού της καρδιάς πρέπει να διενεργούνται από κατάλληλα εκπαιδευμένο προσωπικό σε πλήρως εξοπλισμένα εργαστήρια ηλεκτροφυσιολογίας.
- Θα πρέπει να πραγματοποιείται προσεκτικός χειρισμός του καθετήρα ώστε να αποφευχθεί πρόκληση βλάβης, διάτρησης, ή επιπωμασμού στην καρδιά. Η προώθηση και η τοποθέτηση του καθετήρα πρέπει να γίνονται υπό ακτινοσκοπική καθοδήγηση. Μη χρησιμοποιείτε υπερβολική πίεση για την προώθηση ή την απόσυρση του Καθετήρα όταν συναντάτε αντίσταση.
- Πάντοτε να τραβάτε το περιστροφικό κουμπί του καθετήρα προς τα πίσω πριν την εισαγωγή ή την απόσυρση του καθετήρα για να διασφαλίζετε ότι το άκρο του καθετήρα θα πάρει το αρχικό του σχήμα.

**ΗΜΕΡΟΜΗΝΙΑ "ΝΑ ΧΡΗΣΙΜΟΠΟΙΗΘΕΙ ΜΕΧΡΙ"**

Χρησιμοποιείτε τον καθετήρα πριν την ημερομηνία λήξης ("Να χρησιμοποιηθεί μέχρι") που αναγράφεται στη συσκευασία.

**ΑΠΟΡΡΙΨΗ**

Ανακυκλώστε τα στοιχεία ή απορρίψτε το προϊόν και τα κατάλοιπα στοιχεία του ή τα απόβλητα σύμφωνα με τους τοπικούς νόμους και κανονισμούς.

**ΣΥΝΙΣΤΩΜΕΝΕΣ ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ**

- Αφαιρέστε τον καθετήρα από τη συσκευασία του και τοποθετήστε τον σε μια αποστειρωμένη περιοχή εργασίας. Δημιουργήστε αγγειακή προσπέλαση σε ένα μεγάλο κεντρικό αγγείο με τη χρήση άσηπτης τεχνικής και εισάγετε τον καθετήρα.
- Συνδέετε τους συνδέσμους διασύνδεσης στον κατάλληλο εξοπλισμό καταγραφής.
- Πριν την εισαγωγή βεβαιωθείτε ότι το περιστροφικό κουμπί είναι τραβηγμένο εντελώς προς τα πίσω. Προωθήστε τον καθετήρα στην περιοχή του ενδοκαρδίου που πρόκειται να διερευνηθεί. Χρησιμοποιείτε ακτινοσκόπηση και ηλεκτρογραφήματα για να σας βοηθήσουν στη σωστή τοποθέτηση. Ρυθμίστε την ακτίνα καμπυλότητας όπως απαιτείται, χρησιμοποιώντας το περιστροφικό κουμπί. Όταν στρώχνετε το περιστροφικό κουμπί προς τα εμπρός, το άκρο του καθετήρα κάμπτεται (σχηματίζει καμπύλη). Όταν τραβάτε το περιστροφικό κουμπί προς τα πίσω, το άκρο ισιώνει.
- Πριν αφαιρέσετε τον καθετήρα, βεβαιωθείτε ότι έχετε τραβήξει το περιστροφικό κουμπί εντελώς προς τα πίσω. Αφαιρέστε τον καθετήρα και πετάξτε τον στο ειδικό δοχείο. Μην επαναστειρώνετε και μην επαναχρησιμοποιείτε τον καθετήρα.
- Αν έχετε οποιαδήποτε απορία σχετικά με τη χρήση ή τη λειτουργία αυτού του προϊόντος, παρακαλείσθε να επικοινωνήσετε με τον τοπικό διανομέα ή τον κατασκευαστή.

CONFIDENTIAL    BWI-INN00100567

**ΑΝΕΠΙΘΥΜΗΤΕΣ ΑΝΤΙΔΡΑΣΕΙΣ**

Έχουν τεκμηριωθεί αρκετές σοβαρές ανεπιθύμητες αντιδράσεις της επέμβασης καθετηριασμού της καρδιάς όπως πνευμονική εμβολή, έμφραγμα του μυοκαρδίου, αποπληξία, επιπωματισμός της καρδιάς και θάνατος. Η βιβλιογραφία αναφέρει επίσης τις ακόλουθες επιπλοκές που συσχετίζονται με τον καθετηριασμό της καρδιάς: αγγειακή αιμορραγία, τοπικά αιματώματα, θρόμβωση, αρτηριοφλεβώδες συρίγγιο, ψευδοανεύρυσμα, θρομβοεμβολισμός, αγγειοπνευμονογαστρικές αντιδράσεις, διάτρηση της καρδιάς, εμβολή αέρα, αρρυθμίες, ζημιά στις βαλβίδες, πνευμοθώρας και αιμοθώρας.

**ΑΠΟΠΟΙΗΣΗ ΕΓΓΥΗΣΗΣ ΚΑΙ ΠΕΡΙΟΡΙΣΜΟΣ ΕΥΘΥΝΗΣ**

ΔΕΝ ΥΠΑΡΧΕΙ ΑΜΕΣΗ Ή ΕΜΜΕΣΗ ΕΓΓΥΗΣΗ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΗΣ ΧΩΡΙΣ ΠΕΡΙΟΡΙΣΜΟΥΣ ΟΠΟΙΑΣ ΕΜΜΕΣΗΣ ΕΓΓΥΗΣΗΣ ΕΜΠΟΡΕΥΣΙΜΟΤΗΤΑΣ Ή ΚΑΤΑΛΛΗΛΟΤΗΤΑΣ ΣΤΟ ΠΡΟΪΟΝ Ή ΠΡΟΪΟΝΤΑ ΠΟΥ ΠΕΡΙΓΡΑΦΟΝΤΑΙ ΣΤΟ ΠΑΡΟΝ ΕΝΤΥΠΟ. ΣΕ ΚΑΜΙΑ ΠΕΡΙΠΤΩΣΗ Η BIOSENSE WEBSTER, INC. Ή ΟΙ ΘΥΓΑΤΡΙΚΕΣ ΤΗΣ ΕΤΑΙΡΙΕΣ ΔΕΝ ΦΕΡΟΥΝ ΕΥΘΥΝΗ ΓΙΑ ΟΠΟΙΕΣΔΗΠΟΤΕ ΕΙΔΙΚΕΣ, ΑΜΕΣΕΣ, ΑΠΟΘΕΤΙΚΕΣ, ΠΑΡΕΠΟΜΕΝΕΣ Ή ΑΛΛΕΣ ΖΗΜΙΕΣ ΕΚΤΟΣ ΑΠΟ ΕΚΕΙΝΕΣ ΠΟΥ ΟΡΙΖΟΝΤΑΙ ΚΑΤΗΓΟΡΗΜΑΤΙΚΑ ΑΠΟ ΤΗΝ ΙΣΧΥΟΥΣΑ ΝΟΜΟΘΕΣΙΑ.

ΧΩΡΙΣ ΝΑ ΠΕΡΙΟΡΙΖΟΝΤΑΙ ΤΑ ΠΡΟΑΝΑΦΕΡΟΜΕΝΑ ΣΕ ΚΑΜΙΑ ΠΕΡΙΠΤΩΣΗ Η BIOSENSE WEBSTER, INC. ΔΕ ΘΑ ΕΙΝΑΙ ΥΠΕΥΘΥΝΗ ΓΙΑ ΟΠΟΙΕΣΔΗΠΟΤΕ ΑΜΕΣΕΣ, ΠΑΡΕΠΙΜΠΤΟΥΣΕΣ Ή ΠΑΡΕΠΟΜΕΝΕΣ ΖΗΜΙΕΣ ΠΟΥ ΜΠΟΡΕΙ ΝΑ ΠΡΟΚΛΗΘΟΥΝ ΑΠΟ ΤΗΝ ΕΠΑΝΑΧΡΗΣΙΜΟΠΟΙΗΣΗ ΤΟΥ ΠΡΟΪΟΝΤΟΣ Ή ΠΡΟΪΟΝΤΩΝ ΠΟΥ ΠΡΟΟΡΙΖΟΝΤΑΙ ΓΙΑ ΜΙΑ ΧΡΗΣΗ Ή ΟΠΟΥ Η ΕΠΑΝΑΧΡΗΣΙΜΟΠΟΙΗΣΗ ΑΠΑΓΟΡΕΥΕΤΑΙ ΑΠΟ ΙΣΧΥΟΝΤΕΣ ΝΟΜΟΥΣ.

Οι περιγραφές και προδιαγραφές που αναφέρονται στα έντυπα της εταιρίας Biosense Webster, Inc., συμπεριλαμβανομένου του παρόντος εντύπου, σκοπό έχουν μόνον την πληροφόρηση και την γενική περιγραφή του προϊόντος κατά την χρονική στιγμή της κατασκευής του και δεν προορίζονται σε καμία περίπτωση ως εγγύηση που αφορά το συνταγογραφούμενο προϊόν.

CONFIDENTIAL                                                          BWI-INN00100568

## Elektrofizyoloji Kateteri: Bükülebilir Uçlu; Bükülebilir Uçlu Ortogonal; Bükülebilir Örülü Uçlu; Bükülebilir Uçlu HALO® XP Triküspid Haritalama, HALO®; & Bükülebilir Uçlu CRISTACATH™ ve ISMUS® Cath Haritalama Kateterleri

- **Sterildir. Etilen Oksit ile Sterilize Edilmiştir.**
- **Tek kullanımlıktır.**
- **Paket açık veya hasarlıysa kullanmayınız.**
- **A.B.D. federal kanunlarına göre bu cihaz sadece bir hekim tarafından veya emriyle satılabilir.**

**KATETER TANIMI**

Biosense Webster® Bükülebilir Uçlu Elektrot Kateteri kalbin elektrofizyolojik haritasının çıkarılmasını kolaylaştırmak üzere tasarlanmış bir kateterdir. Kateter bükülebilir uç kısmında uyarım veya kayıt için kayıt için kullanılabilecek bir dizi platin elektrot bulunan yüksek torklu bir gövdeye sahiptir. Pek çok uç konfigürasyonu mevcuttur. (Standart kıvrımlı tipler şaftın proksimal ucu yakınlarında bulunan bir renk bandıyla ayırt edilir - kataloğa bakınız.)

Bükülebilir Uçlu Ortogonal Kateter kalbin elektrofizyolojik haritasının çıkarılmasını kolaylaştırmak üzere tasarlanmış bir kateterdir. Kateter, bükülebilir uç kısmında uyarım veya kayıt için kullanılabilecek bir dizi platin plak elektrodu bulunan yüksek torklu bir gövdeye sahiptir.

Bükülebilir Örülü Uçlu Kateter kalbin elektrofizyolojik haritalamasını kolaylaştırmak üzere tasarlanmış, bükülebilir uçlu, çok elektrotlu bir kateterdir. Kateter, bükülebilir uç kısmında platin elektrotlar bulunan yüksek torklu bir gövdeye sahiptir. Kateter, dahili örgüsü sayesinde stabil lokal elektrogram elde edilmesi amacıyla tasarlanmıştır. Elektrotların tümü kayıt veya uyarım amaçlı kullanılabilir.

Bükülebilir Uçlu CRISTACATH™ ve ISMUS® Cath kateterleri kardiyak yapıların elektrofizyolojik haritalamasını kolaylaştırmak üzere tasarlanmış kateterlerdir. Kateterler uç kısmında floroskopi altında rahatça görülebilen on çift platin elektrot bulunan yüksek torklu bir gövdeye sahiptir. Bükülebilir Uçlu CRISTACATH™ ve ISMUS® Cath kateterleri daha fazla elektrotları bulunması ve bu elektrotların bükülme kapasiteleri sayesinde simultane lokal elektrogram elde edilmesini sağlarlar.

Bükülebilir Uçlu HALO® XP ve HALO® kateterleri kalbin, özellikle triküspid annulusun, elektrofizyolojik haritalamasını kolaylaştırmak üzere tasarlanmış kateterlerdir. Kateterler hale şeklindeki uç kısmında floroskopi altında rahatça görülebilen on çift platin elektrot bulunan yüksek torklu bir gövdeye sahiptirler. Uç kısmındaki elektrot dizisinin ortasında bir radyopak markör de bulunmaktadır. Hale şeklindeki uç bölümünün triküspid annulusun atriyal bölümü etrafına yerleştirilebilen şekillendirilmiş bir kıvrımı bulunmaktadır. Uç bölümü plastik bir uç koruyucusuyla paketlenmiştir.

El üntesindeki bir piston eğrilik yarıçapını değiştiren dahili bir çekme teline bağlıdır. Piston ileri ittirildiğinde, şekillendirilmiş ilmeğin eğrilik yarıçapı azalır; başparmak düğmesi geri çekildiğinde, eğrilik yarıçapı uç bölümü önceden şekillendirilmiş haline dönene dek artmaya devam eder. Yüksek torklu gövde, kıvrımın düzleminin doğru konumlandırmayı sağlamak amacıyla hareket ettirilmesini sağlar.

Bükülebilir Uçlu HALO® XP ve HALO® kateterleri triküspid annulusda midseptaldan anteriyora, laterala, posterolaterala yayılan simultane lokal elektrogramlar elde edilmesini sağlarlar. Kateter ucunun yerini değiştirmeden tüm annulusun kaydı elde edilebilir.

Uç bükülmesi proksimal uçta içinde bir pistonun kaydığı tübüler bir el üntesi ile kontrol edilir. Başparmak düğmesi ile piston ileri ittildiğinde uç bükülür (eğrilir). Piston geri çekildiğinde uç düzleşir. Yüksek torklu gövde, kıvrık ucun düzleminin kateter ucunun istenen bölgede doğru konumlandırılmasını kolaylaştırmak için döndürülmesini sağlar.

**Kateter uygun konektörlere sahip arayüz kablolarını kullanarak standart kayıt ekipmanıyla bir arayüz oluşturur.**

**UYGUN ARAYÜZ KABLOLARI İÇİN YEREL TEMSİLCİNİZLE VEYA ÜRETİCİYLE İRTİBAT KURUNUZ.**

**ENDİKASYONLAR**

Bükülebilir uçlu kateterin kardiyak yapıların elektrofizyolojik haritasının çıkarılması için yanlı sadece uyarım ve kayıt için endikedir. Buna ek olarak, Bükülebilir Uçlu Ortogonal Kateter, koroner sinüs içerisinde kullanılmak üzere tasarlanmıştır. Buna ek olarak, Bükülebilir Örülü Uçlu Kateter, kalbin sağ yanında kullanılmak üzere tasarlanmıştır. Buna ek olarak, CRISTACATH™ ve ISMUS® Cath kateterleri, kalbin atriyal bölgesinde elektrogram elde etmek için tasarlanmıştır. Buna ek olarak, HALO® XP ve HALO® kateterlerinin uç bölümünün önceden şekillendirilmiş hale şekli özel olarak triküspid annulusa uyması amacıyla tasarlanmıştır.

**KONTRENDİKASYONLAR**

Biosense Webster® Bükülebilir Uçlu Elektrot Kateterinin elektriksel ablasyon veya koroner sinüs ostiyum dışındaki koroner damarlarda kullanımı için güvenli ve etkin olduğu kanıtlanmamıştır. Ayrıca, Örülü Uçlu Kateter kalbin sol yanında kullanımı için kontrendikedir. Ayrıca transeptal yaklaşım kontrendikedir.

Kateterin kullanımı prostetik kapakları olan hastalar için uygun olmayabilir. Kardiyak kateter prosedürleri için aktif sistemin enfeksiyon rölatif bir kontrendikasyondur.

**UYARILAR**

Kardiyak kateterizasyon işlemleri önemli ölçüde x ışınlarına maruz kalınması potansiyeline sahiptir ve bu nedenle x ışınlarının şiddeti ve floroskopik görüntüleme süresine bağlı olarak hem hastalar hem laboratuvar personelinde akut radyasyon hasarı ve somatik ve genetik etkiler açısından artan riske yol açabilir. Kardiyak kateterizasyonu sadece işlemle ilgili potansiyel radyasyona maruz kalma konusu yeterli derecede değerlendirildikten ve bu maruz kalmayı en aza indirmek için gerekli önlemler alındıktan sonra yapılmalıdır. Bu kateterin hamile kadınlarda kullanılması durumu bu nedenle dikkatle değerlendirilmelidir.

- Proksimal sap veya kablo konektörünü sıvılara batırmayınız; elektriksel performans etkilenebilir.
- Kateteri alkol gibi organik solventlere maruz bırakmayınız.
- Kateteri otoklava sokmayınız.

**ÖNLEMLER**

- Biosense Webster bükülebilir uçlu elektrofizyoloji kateterini bu kullanma talimatını tam olarak okuyup anlamadan kullanmaya kalkışmayınız.
- Serin, kuru ve karanlık bir yerde saklayın.
- Kullanımdan önce steril ambalaj ve kateter incelenmelidir.
- Tekrar sterilize etmeyiniz ve tekrar kullanmayınız.
- Bu cihaz sadece tek kullanım için paketlenmiş ve sterilize edilmiştir. Tekrar kullanmayınız, tekrar işleme tabi tutmayınız veya tekrar sterilize etmeyiniz. Tekrar kullanım, tekrar işleme tabi tutulması veya tekrar sterilize edilmesi, cihazın yapısal bütünlüğünü tehlikeye sokabilir ve/veya hastanın yaralanması, hastalanması veya ölümüne neden olabilecek cihaz arızasına sebep olabilir. Tek kullanımlık cihazların tekrar işleme tabi tutulması veya tekrar sterilize edilmesi kontaminasyon riski yaratabilir ve/veya hasta enfeksiyonuna veya bir hastadan diğerine enfeksiyonel hastalıkların bulaşması şeklinde çapraz enfeksiyona neden olabilir. Cihazın kontaminasyonu hastanın yaralanması, hastalanması veya ölümüne neden olabilir.
- Kardiyak kateterizasyon işlemleri tam ekipmanlı bir elektrofizyoloji laboratuvarında uygun eğitim almış kişiler tarafından yapılmalıdır.
- Kardiyak hasar, perforasyon veya tamponatın önlenmesi için kateterin dikkatli manipüle edilmesi gerekir. Kateterin ilerletilmesi ve yerleştirilmesi floroskopi kılavuzluğunda yapılmalıdır. Dirençle karşılaşıldığında kateteri ilerletmek veya geri çekmek için aşırı güç kullanmayınız.
- Kateterin insersiyonu veya geri çekilmesi öncesinde kateter ucunun orijinal şeklini aldığından emin olmak için daima başparmak düğmesini geriye çekiniz.

**"SON KULLANMA" TARİHİ**

Cihazı paket etiketindeki "Son Kullanma" tarihi öncesinde kullanınız.

**ATMA**

Bileşenleri geri dönüştürünüz veya ürünü ve rezidüel parçalarını veya atık maddelerini yerel kanunlar ve yönetmelikler doğrultusunda atınız.

**ÖNERİLEN KULLANMA TALİMATI**

- Kateteri ambalajdan çıkarınız ve steril çalışma alanına koyunuz. Aseptik teknikler kullanarak büyük bir merkezi damarda vasküler erişim yeri açınız ve kateteri yerleştiriniz.
- Arayüz konektörünü uygun kayıt ekipmanına bağlayınız.
- İnsersiyondan önce başparmak düğmesinin tam olarak geri çekildiğinden emin olunuz. Kateteri incelenmekte olan endokard bölgesine ilerletiniz. Uygun konumlandırmaya yardımcı olmaları için hem floroskopi hem elektrogram kullanınız. Eğrilik yarıçapını başparmak düğmesini kullanarak gerektiği şekilde ayarlayınız. Başparmak düğmesini ileri itmek kateter ucunun bükülmesine (eğrilmesine) neden olur; düğme geri çekildiğinde uç düzelir.
- Kateterin çıkartılmasından önce başparmak düğmesinin tamamen geri çekildiğinden emin olunuz. Kateteri çıkartınız ve uygun şekilde atınız. Tekrar sterilize etmeyiniz ve tekrar kullanmayınız.
- Bu ürünün kullanımı veya performansıyla ilgili sorularınız varsa lütfen yerel temsilciniz veya üreticiye danışınız.

**ADVERS REAKSİYONLAR**

Kardiyak kateterizasyon işlemleriyle ilgili olarak pulmoner emboli, miyokard enfarktüsü, inme, kardiyak tamponat ve ölüm dahil olmak üzere çeşitli ciddi advers reaksiyonlar bildirilmiştir. Yayınlarda kardiyak kateterizasyonla ilgili olarak aşağıdaki komplikasyonlar da bildirilmiştir: vasküler kanama, lokal hematomlar, tromboz, AV fistül, psödoanevrizma, tromboemboli, vazovagal reaksiyonlar, kardiyak perforasyon, hava embolisi, aritmiler, kapak hasarı, pnömotoraks ve hemotoraks.

CONFIDENTIAL     BWI-INN00100569

Türkçe

**GARANTİ REDDİ VE YÜKÜMLÜLÜK KISITLAMASI**

BURADA TANIMLANAN ÜRÜN(LER) İÇİN, SATILABİLİRLİK VE HERHANGİ BİR AMACA UYGUNLUK AÇISINDAN İMA EDİLEN GARANTİLER DAHİL, HERHANGİ BİR KISITLAMA OLMAKSIZIN HİÇBİR İFADE VEYA İMA EDİLMİŞ GARANTİ YOKTUR. HİÇBİR KOŞULDA BIOSENSE WEBSTER, INC. VEYA BAĞLI ŞİRKETLERİ, KANUNLAR TARAFINDAN AÇIKÇA BELİRTİLENLER DIŞINDA HİÇBİR ÖZEL, DOĞRUDAN, DOLAYLI, RİSKE BAĞLI VEYA DİĞER HASARDAN SORUMLU DEĞİLDİR.

YUKARIDAKİLERİ KISITLAMADAN, BIOSENSE WEBSTER, INC. VEYA YAN KURULUŞLARI TEK KULLANIM İÇİN ETİKETLENMİŞ ÜRÜNÜN/ÜRÜNLERİN TEKRAR KULLANIMINDAN DOLAYI VEYA İLGİLİ KANUNUN TEKRAR KULLANIMI YASAKLADIĞI DURUMLARDA HERHANGİ BİR ÖZEL, DOĞRUDAN, ARİZİ, ZİMNİ VEYA BAŞKA HASARDAN SORUMLU OLMAYACAKTIR.

Bu belge dahil olmak üzere Biosense Webster, Inc. yazılı materyalinde bulunan tanımlar ve spesifikasyonlar sadece bilgi vermek ve ürünün üretim tarihindeki durumunu genel olarak tanımlamak amaçlıdır ve reçetelendirilen ürün açısından herhangi bir garanti sağlamak amacıyla hazırlanmazlar ve sunulmazlar.

CONFIDENTIAL                                                                                                                                                                                                                           BWI-INN00100570

**Электрофизиологический катетер: ортогональный с управляемым кончиком; с управляемым кончиком, укрепленным внутренней оплеткой; HALO® XP с управляемым кончиком для картирования трикуспидального клапана, HALO®; и картирующие катетеры CRISTACATH™ и ISMUS® Cath с управляемым кончиком.**

- **СТЕРИЛЬНО. Стерилизовано с применением окиси этилена.**
- **Только для одноразового использования.**
- **Использование запрещено, если упаковка вскрыта или повреждена.**
- **Федеральное законодательство (США) разрешает продажу этого устройства только врачам или лицам, действующим по поручению врача.**

**ОПИСАНИЕ КАТЕТЕРА**

Катетер Biosense Webster® с управляемым кончиком с электродом предназначен для применения при электрофизиологическом картировании камер сердца. Катетер обладает высокой осевой устойчивостью с управляемым дистальным кончиком с комплектом платиновых электродов, которые могут быть использованы для стимуляции и регистрации электрических потенциалов сердца. Существует несколько типов кончиков. (Стандартные типы изгибов идентифицируются по цветной полоске на рукоятке рядом с проксимальным концом — см. каталог).

Ортогональный катетер с управляемым кончиком предназначен для применения при электрофизиологическом картировании сердца. Катетер обладает высокой осевой устойчивостью с управляемым дистальным кончиком, оснащенным комплектом платиновых электродов, которые могут быть использованы для стимуляции и регистрации электрических потенциалов сердца.

Катетер с управляемым кончиком, укрепленным внутренней оплеткой – это многоэлектродный катетер с изгибающимся кончиком, предназначенный для облегчения электрофизиологического картирования сердца. Катетер с управляемым кончиком, в который встроены платиновые электроды, обладает высокой осевой устойчивостью. Катетер разработан для облегчения получения стабильных локальных электрограмм за счет внутренней оплетки. Все электроды могут быть использованы для регистрации электрических потенциалов и стимуляции.

Катетеры с управляемым кончиком CRISTACATH™ и ISMUS® Cath были разработаны для электрофизиологического картирования структур сердца. Катетеры с управляемым кончиком и встроенными десятью парами платиновых электродов, которые хорошо видны при рентгеноскопии, обладают высокой осевой устойчивостью. Катетеры с управляемым кончиком CRISTACATH™ и ISMUS® Cath облегчают одновременное получение местных электрограмм за счет большего количества электродов и способности катетеров к управляемому сгибанию.

Катетеры с управляемым кончиком HALO® XP и HALO® были разработаны для электрофизиологического картирования сердца, в частности, кольца трехстворчатого клапана. Катетеры с высокой осевой устойчивостью обладают управляемым кончиком в форме венца - halo, в который встроены десять пар платиновых электродов, которые хорошо видны при рентгеноскопии. Кончик катетера также содержит рентгеноконтрастный маркер в матрице электродов. Кончик катетера в форме венца - halo имеет предварительно сформированный изгиб, который можно расположить по предсердной поверхности трикуспидального кольца. Кончик катетера имеет нейлоновый протектор.

Поршень ручки соединен с внутренним движущим механизмом, который изменяет радиус кривизны. Когда поршень выдвинут вперед, радиус кривизны предварительно сформированной петли уменьшается; когда ползунковый регулятор оттянут назад, радиус кривизны увеличивается, пока кончик катетера не примет предварительно заданную форму. Стержень с высокой осевой устойчивостью позволяет управлять плоскостью кривизны для облегчения точного расположения.

Катетеры с управляемым кончиком HALO® XP и HALO® обеспечивают одновременное получение локальных электрограмм в области трикуспидального кольца, от среднеперегородочной до передней, боковой и заднебоковой. Данные со всего кольца можно получить без изменения положения кончика катетера.

Для управления концевой кривизной катетера на его проксимальном конце имеется цилиндрическая рукоятка, в просвете которой перемещается поршень. Когда поршень с помощью ползункового регулятора перемещается вперед, кончик катетера сгибается. Когда поршень назад, кончик катетера выпрямляется. Стержень катетера с высоким крутящим моментом позволяет поворачивать плоскость изгутого кончика катетера для более точного позиционирования в необходимой точке.

**Катетер соединяется со стандартным регистрирующим оборудованием с помощью интерфейсных кабелей с соответствующими разъемами.**

**КОНСУЛЬТАЦИЮ О СОВМЕСТИМЫХ ИНТЕРФЕЙСНЫХ КАБЕЛЯХ МОЖНО ПОЛУЧИТЬ У ПРОИЗВОДИТЕЛЯ УСТРОЙСТВА.**

**ОБЛАСТИ ПРИМЕНЕНИЯ**

Катетер предназначен для электрофизиологического картирования сердца, то есть только для стимуляции и регистрации. Кроме того, для использования в коронарном синусе был разработан ортогональный катетер с управляемым кончиком; для использования в правых отделах сердца был разработан катетер с управляемым кончиком, укрепленным внутренней оплеткой. Для облегчения получения электрограмм в предсердной области сердца был разработаны катетеры CRISTACATH™ и ISMUS® Cath. Специально для исследования трикуспидального кольца был разработаны катетеры HALO® XP и HALO® с предварительно заданной формой (halo) кончика катетера.

**ПРОТИВОПОКАЗАНИЯ**

Не была доказана безопасность и эффективность катетера с управляемым концом Biosense Webster® с электродами для электрической абляции или для использования в коронарной сосудистой сети помимо отверстия коронарного синуса. Кроме того, противопоказано применение катетера с управляемым кончиком в оплетке в левых отделах сердца. Помимо этого, противопоказано использование транссептального доступа.

Использование этого катетера может быть противопоказано для пациентов с искусственными клапанами. Относительным противопоказанием к проведению катетеризации сердца является активный сепсис.

**ПРЕДУПРЕЖДЕНИЯ**

Во время процедур катетеризации сердца возможно значительное рентгеновское облучение, что может привести к острой лучевой болезни, а также повышенному риску соматических и генетических последствий у пациентов и лабораторного персонала, вследствие интенсивного рентгеновского излучения и длительной рентгеноскопической визуализации. Катетеризация сердца должна выполняться только после оценки возможного рентгеновского облучения, связанного с данной процедурой, и после того, как будут приняты меры для сведения к минимуму этого облучения. Необходимо проявлять особую осторожность при использовании катетера у беременных женщин.

- Не погружайте проксимальную рукоятку или разъем кабеля в жидкости, так как это может привести к нарушению подачи электропитания.
- Избегайте воздействия на катетер органических растворителей, например, спирта.
- Автоклавирование этого катетера запрещено.

**МЕРЫ ПРЕДОСТОРОЖНОСТИ**

- Запрещается применять электрофизиологический катетер с управляемым кончиком Biosense Webster, предварительно не изучив полностью настоящую Инструкцию по применению.
- Хранить в прохладном, сухом, темном месте.
- Перед использованием катетера необходимо осмотреть стерильную упаковку и катетер.
- Повторная стерилизация и повторное использование запрещены.
- Данное устройство упаковано и стерилизовано только для одноразового использования. Запрещается повторное использование, повторные обработка или стерилизация. Повторное использование, обработка или стерилизация могут нарушить структурную целостность устройства и/или привести к поломке устройства и, в свою очередь, к причинению вреда здоровью, болезни или смерти пациента. Также повторная обработка и стерилизация устройств одноразового применения может создать риск заражения и/или привести к инфицированию пациента либо перекрестному инфицированию, включая, но не ограничиваясь, передачей инфекционного заболевания от одного пациента другому. Заражение устройства может стать причиной причинения вреда здоровью, болезни или смерти пациента.
- Процедуры катетеризации сердца должны выполняться персоналом с соответствующей подготовкой в полностью оборудованной электрофизиологической лаборатории.
- Необходимо крайне осторожно манипулировать катетером во избежание повреждения, прободения или тампонады сердца. Продвижение и установка катетера должны выполняться под соответствующим рентгеноскопическим контролем. Не прилагайте избыточные усилия для продвижения или удаления катетера, если ощущаете сопротивление.
- Необходимо всегда отводить назад ползунковый регулятор на катетере перед введением или удалением катетера, чтобы конец катетера принял первоначальную форму.

**СРОК ГОДНОСТИ**

Запрещается использовать устройство после окончания срока годности, указанного на ярлыке упаковки.

**УТИЛИЗАЦИЯ**

Повторно используйте компоненты или утилизируйте изделие и его оставшиеся элементы либо отработанные детали в соответствии с местными законами и нормативами.

CONFIDENTIAL     BWI-INN00100571

**ИНСТРУКЦИИ ПО ПРИМЕНЕНИЮ**

- Извлеките катетер из упаковки и поместите его на стерильную рабочую поверхность. Соблюдая правила асептики, создайте сосудистый доступ к крупном центральном сосуде и введите катетер.

- Подсоедините интерфейсные разъемы к соответствующему регистрирующему оборудованию.

- Перед введением катетера убедитесь, что ползунковый регулятор полностью отведен назад. Под наблюдением продвигайте катетер к исследуемой области эндокарда. Для правильного позиционирования используйте рентгеноскопию и электрограммы. Отрегулируйте радиус изгиба, перемещая ползунковый регулятор. Смещение регулятора вперед изгибает конец катетера (образует изгиб); отведение регулятора назад выпрямляет конец катетера.

- Перед удалением катетера убедитесь, что ползунковый регулятор полностью отведен назад. Удалите катетер и утилизируйте его соответствующим образом. Повторная стерилизация и повторное использование запрещены.

- Если у вас есть какие-либо вопросы относительно применения или рабочих характеристик данного изделия, обратитесь к местному дистрибьютору или производителю.

**ПОБОЧНЫЕ РЕАКЦИИ**

Зарегистрирован ряд серьезных побочных реакций при проведении процедур катетеризации сердца, в том числе эмболия, инфаркт миокарда, инсульт, тампонада сердца и летальный исход. Также в литературе описаны следующие осложнения, связанные с катетеризацией сердца: сосудистое кровотечение, локальные гематомы, тромбоз, атриовентрикулярная фистула, псевдоаневризма, тромбоэмболия, вазовагальные реакции, прободение сердца, воздушная эмболия, аритмии, повреждение клапана сердца, пневмоторакс и гематоракс.

**ОТКАЗ ОТ ГАРАНТИИ И ОГРАНИЧЕНИЕ ОТВЕТСТВЕННОСТИ**

НА ОПИСАННЫЕ В НАСТОЯЩЕМ ДОКУМЕНТЕ ОДНО ИЛИ НЕСКОЛЬКО ИЗДЕЛИЙ НЕ ДАЕТСЯ НИКАКИХ ЯВНЫХ ИЛИ ПОДРАЗУМЕВАЕМЫХ ГАРАНТИЙ, В ТОМ ЧИСЛЕ, БЕЗ ОГРАНИЧЕНИЙ, ЛЮБОЙ ПОДРАЗУМЕВАЕМОЙ ГАРАНТИИ ГОДНОСТИ К ПРОДАЖЕ ИЛИ ПРИГОДНОСТИ К КОНКРЕТНОЙ ЦЕЛИ. НИ ПРИ КАКИХ ОБСТОЯТЕЛЬСТВАХ КОМПАНИЯ BIOSENSE WEBSTER, INC. И ЕЕ ФИЛИАЛЫ НЕ НЕСУТ ОТВЕТСТВЕННОСТЬ ЗА КАКИЕ-ЛИБО ФАКТИЧЕСКИЕ, ПРЯМЫЕ, КОСВЕННЫЕ, ПОБОЧНЫЕ ИЛИ ДРУГИЕ УБЫТКИ, КРОМЕ ЯВНО УКАЗАННЫХ В ПРИМЕНИМОМ ЗАКОНОДАТЕЛЬСТВЕ.

БЕЗ ОГРАНИЧЕНИЙ УКАЗАННОГО ВЫШЕ КОМПАНИЯ BIOSENSE WEBSTER, INC. И ЕЕ ФИЛИАЛЫ НЕ БУДУТ НЕСТИ ОТВЕТСТВЕННОСТИ ЗА КАКИЕ-ЛИБО РЕАЛЬНЫЕ, ПРЯМЫЕ, КОСВЕННЫЕ, ПОБОЧНЫЕ И ДРУГИЕ УБЫТКИ, ВЫЗВАННЫЕ ПОВТОРНЫМ ИСПОЛЬЗОВАНИЕМ ЛЮБЫХ ИЗДЕЛИЙ С МАРКИРОВКОЙ «ДЛЯ ОДНОРАЗОВОГО ИСПОЛЬЗОВАНИЯ», ИЛИ ЕСЛИ ПОВТОРНОЕ ИСПОЛЬЗОВАНИЕ ЗАПРЕЩЕНО ДЕЙСТВУЮЩИМ ЗАКОНОДАТЕЛЬСТВОМ.

Описания и спецификации в печатных публикациях компании Biosense Webster, Inc. включая настоящую публикацию, являются исключительно информационными материалами, в них представлено только общее описание изделия на момент изготовления, и они ни в коей мере не являются гарантией и не выдаются в качестве гарантии на описанное изделие.

CONFIDENTIAL                                                                                  BWI-INN00100572

**Cewnik elektrofizjologiczny: z ruchomą końcówką; ortogonalny z odchylaną końcówką; HALO® XP Tricuspid Mapping, HALO® o ruchomej końcówce; i cewniki mapujące CRISTACATH™ i ISMUS® Cath z ruchomą końcówką**

- **Sterylne. Sterylizowane tlenkiem etylenu.**
- **Tylko do jednorazowego użytku.**
- **Nie używać, jeśli opakowanie jest otwarte lub uszkodzone.**
- **Przepisy federalne (w Stanach Zjednoczonych) dopuszczają sprzedaż tego urządzenia wyłącznie z przepisu lekarza.**

**OPIS CEWNIKA**

Cewnik Biosense Webster® z ruchomą końcówką elektrodową jest przeznaczony do wspomagania mapowania potencjałów serca. Cewnik składa się z trzonu skrętnego z ruchomą końcówką zawierającą macierz platynowych elektrod, których można używać do stymulacji i rejestracji. Dostępnych jest kilka konfiguracji końcówek. (Standardowe typy krzywizn oznaczone są kolorowym paskiem umieszczonym na trzonie w pobliżu końca proksymalnego - patrz katalog).

Cewnik ortogonalny z odchylaną końcówką służy do wspomagania mapowania potencjałów serca. Cewnik składa się z trzonu skrętnego z odchylaną końcówką zawierającą platynowe elektrody płytkowe, których można używać do stymulacji i rejestracji.

Cewnik z odchylaną końcówką plecioną jest cewnikiem wieloelektrodowym wyposażonym w odchylaną końcówkę i służącym do wspomagania mapowania potencjałów serca. Cewnik jest wyposażony w trzon skrętny z odchylaną końcówką zawierającą platynowe elektrody. Konstrukcja cewnika ułatwia uzyskiwanie stabilnych miejscowych elektrogramów dzięki wewnętrznej plecionce. Wszystkie elektrody mogą być używane do rejestracji i stymulacji.

Cewniki z ruchomą końcówką CRISTACATH™ i ISMUS® służą do elektrofizjologicznego mapowania struktur serca. Cewniki wyposażone są w trzon skrętny z końcówką zawierającą dziesięć par elektrod platynowych, wyraźnie widocznych pod kontrolą fluoroskopową. Cewniki CRISTACATH™ i ISMUS® Cath z ruchomą końcówką ułatwiają jednoczesne uzyskiwanie elektrogramów lokalnych dzięki większej liczbie elektrod i możliwości zginania.

Cewniki HALO® XP oraz HALO® o ruchomej końcówce służą do elektrofizjologicznego mapowania serca, a w szczególności zastawki trójdzielnej. Cewniki mają rdzeń o dużym momencie obrotowym, a odcinek końcowy ma formę aureoli z 10 parami platynowych elektrod, które są dobrze widoczne w czasie obserwacji fluoroskopowej. Część wierzchołkowa zawiera też w środkowej części zestawu elektrod rejestracyjnego promieniowania znacznik. Część końcowa w formie aureoli ma z góry uformowaną krzywiznę, co pozwala na takie umieszczenie końcówki, które daje widok zastawki trójdzielnej od strony od strony przedsionka. Końcówka jest pakowana z plastykowym ochraniaczem wierzchołka.

Odchyleniem końcówki steruje się na końcu proksymalnym za pośrednictwem rurkowatego uchwytu, w którym przesuwa się tłok. Popchnięcie tłoka w przód w wyniku naciśnięcia odpowiedniego przycisku kciukiem powoduje zgięcie (zakrzywienie) końcówki. Wycofanie tłoka powoduje wyprostowanie końcówki. Trzon skrętny umożliwia obracanie płaszczyzny zakrzywionej końcówki w celu precyzyjnego umieszczenia końcówki w sercu.

Cewniki o ruchomej końcówce HALO® XP i HALO® ułatwiają uzyskanie równoczesnych miejscowych elektrogramów obejmujących zastawkę trójdzielną, od śródprzegrodowego i przedniego, po tylny i tylnoboczny. Bez zmiany położenia końcówki cewnika można uzyskać obraz całej zastawki.

Tłok w rękojeści jest połączony z wewnętrznym ściągaczem, który zmienia promień krzywizny. Kiedy tłok jest popychany do przodu, promień wstępnie uformowanej krzywizny zmniejsza się; kiedy gałkę wysuwa się, promień krzywizny zwiększa się do momentu, w którym zięcie końcowa powraca do pierwotnie uformowanego kształtu. Rdzeń o dużym momencie obrotowym umożliwia obrót płaszczyzny krzywizny, co ułatwia precyzyjne dotarcie do pożądanej pozycji.

**Cewnik można podłączać do standardowych urządzeń rejestracyjnych za pośrednictwem urządzeń wyposażonych w odpowiednie złącza.**

**INFORMACJI O WŁAŚCIWYCH PRZEWODACH POŁĄCZENIOWYCH NALEŻY ZASIĘGNĄĆ U LOKALNEGO DYSTRYBUTORA LUB PRODUCENTA.**

**WSKAZANIA**

Cewnik jest przeznaczony do mapowania potencjałów struktur serca, tj. wyłącznie do stymulacji i rejestracji. Ponadto cewnik ortogonalny z odchylaną końcówką jest przystosowany do użytku w zatoce wieńcowej. Ponadto cewnik z odchylaną końcówką plecioną jest przystosowany do użytku po prawej stronie serca. Ponadto cewniki CRISTACATH™ i ISMUS® Cath są przeznaczone do ułatwiania uzyskiwania elektrogramów w obszarze przedsionkowym serca. Dodatkowo, fabrycznie uformowana w kształcie aureoli końcówka cewników HALO® i HALO® jest zaprojektowana specjalnie do mapowania zastawki trójdzielnej.

**PRZECIWWSKAZANIA**

Nie potwierdzono bezpieczeństwa ani skuteczności stosowania cewnika Biosense Webster® z ruchomą końcówką elektrodową w zabiegach ablacji elektrycznej lub w naczyniach wieńcowych innych niż ujście zatoki wieńcowej. Ponadto, przeciwwskazane jest użycie cewnika z końcówką plecioną po lewej stronie serca. Ponadto, przeciwwskazane jest podejście zstępujące przegrodowe.

Stosowanie cewnika może być niewskazane u pacjentów ze sztucznymi zastawkami. Względnym przeciwwskazaniem do wykonywania zabiegów cewnikowania serca jest czynne zakażenie ogólnoustrojowe.

**OSTRZEŻENIA**

Z zabiegami cewnikowania serca wiąże się potencjalne niebezpieczeństwo silnego narażenia na działanie promieni rentgenowskich, które może spowodować poważne urazy popromienne, a także zwiększa ryzyko skutków somatycznych i genetycznych, tak u pacjentów, jak i personelu laboratoryjnego, ze względu na natężenie promieniowania i czas trwania obrazowania fluoroskopowego. Przed przystąpieniem do zabiegów cewnikowania serca należy dokładnie ocenić ryzyko narażenia na promieniowanie w związku z zabiegiem i podjąć działania zmierzające do zminimalizowania tego narażenia. Z tego względu szczególnie starannie należy rozważyć stosowanie tego cewnika u kobiet ciężarnych.

- Nie zanurzać elektrycznego uchwytu ani złącza przewodów w płynach; może to zakłócić działanie układu elektrycznego.
- Nie narażać cewnika na działanie rozpuszczalników organicznych, takich jak alkohole.
- Nie sterylizować cewnika w autoklawie.

**ŚRODKI OSTROŻNOŚCI**

- Cewnika elektrofizjologicznego Biosense Webster z ruchomą końcówką należy używać dopiero po zapoznaniu się z całą treścią niniejszej instrukcji obsługi i jej zrozumieniu.
- Przechowywać w chłodnym, suchym i ciemnym miejscu.
- Przed użyciem skontrolować stan sterylnego opakowania i cewnika.
- Nie sterylizować i nie używać ponownie.
- Urządzenie jest pakowane i wyjaławiane wyłącznie do jednorazowego użytku. Nie używać go ponownie, nie przygotowywać do ponownego użytku, ani nie poddawać powtórnemu wyjaławianiu. Ponowne użycie, przygotowanie do ponownego użytku lub powtórne wyjaławianie może naruszyć strukturę urządzenia i prowadzić do jego uszkodzenia, co z kolei może stać się przyczyną obrażeń, chorób lub zgonu pacjenta. Ponowne przygotowywanie lub wyjaławianie urządzeń do jednorazowego użytku może także stwarzać ryzyko skażenia orazlub spowodować zakażenie pacjenta albo zakażenie krzyżowe, między innymi przeniesienia choroby zakaźnej z jednego pacjenta na drugiego. Skażenie urządzenia może prowadzić do obrażeń, choroby lub zgonu pacjenta.
- Zabiegi cewnikowania serca powinny przeprowadzać wyłącznie osoby odpowiednio przeszkolone, w kompletnie wyposażonym laboratorium elektrofizjologicznym.
- Podczas operowania cewnikiem należy zachować ostrożność, aby uniknąć uszkodzenia, perforacji lub tamponady serca. Wprowadzanie i umieszczanie cewnika powinno odbywać się pod kontrolą fluoroskopową. W razie napotkania oporu podczas wprowadzania lub wycofywania cewnika nie należy używać nadmiernej siły.
- Przed wprowadzeniem cewnika należy zawsze wyciągać przycisk sterujący odchyleniem, aby przywrócić pierwotny kształt końcówki.

**TERMIN PRZYDATNOŚCI DO UŻYCIA**

Cewnika należy użyć przed terminem przydatności do użycia podanym na opakowaniu.

**UTYLIZACJA**

Elementy urządzenia należy poddawać recyklingowi lub wyrzucać produkt, jego pozostałości lub odpady zgodnie z lokalnymi przepisami.

**SUGEROWANY SPOSÓB UŻYCIA**

- Wyjąć cewnik z opakowania i umieścić w polu sterylnym. Stosując technikę aseptyczną, przygotować dojście do dużego naczynia centralnego, a następnie wprowadzić cewnik.
- Podłączyć złącza interfejsu do odpowiednich urządzeń rejestrujących.
- Przed wprowadzeniem cewnika upewnić się, że przycisk sterujący zgięciem jest całkowicie wycofany. Wprowadzić go w badany obszar wsierdzia. Przy ustalaniu prawidłowego położenia cewnika wyginać jednocześnie z fluoroskopii i elektrogramów. Odpowiednio dopasować promień krzywizny, manipulując przyciskiem. Pchnięcie przycisku do przodu powoduje zgięcie (zakrzywienie) końcówki; odciągnięcie przycisku do tyłu powoduje wyprostowanie końcówki.
- Przed wycofaniem cewnika należy upewnić się, że przycisk został całkowicie odciągnięty do tyłu. Wyjąć cewnik i wyrzucić, zachowując odpowiednie procedury. Nie sterylizować i nie używać ponownie.
- Ze wszelkimi pytaniami dotyczącymi użycia i działania tego produktu należy zwracać się do lokalnego dystrybutora lub do producenta.

CONFIDENTIAL | BWI-INN00100573

**REAKCJE NIEPOŻĄDANE**

Udokumentowano szereg poważnych reakcji niepożądanych mających związek z zabiegami cewnikowania serca, takich jak zator tętnicy płucnej, zawał serca, dusznica bolesna, tamponada serca i zgon. W literaturze znajdują się także doniesienia o następujących powikłaniach mających związek z cewnikowaniem serca, są to: krwawienie naczyniowe, krwiaki miejscowe, zakrzepica, przetoka tętniczo-żylna, tętniak rzekomy, zakrzep z zatorami, reakcje nerwu błędnego, perforacja serca, zator powietrzny, arytmie, uszkodzenie zastawek, odma opłucnowa i krwiak opłucnej.

**WYŁĄCZENIE I OGRANICZENIE ODPOWIEDZIALNOŚCI Z TYTUŁU GWARANCJI**

NA OPISYWANY(-E) W NINIEJSZYM DOKUMENCIE PRODUKT(Y) NIE UDZIELA SIĘ GWARANCJI JAWNYCH ANI DOMNIEMANYCH, A W SZCZEGÓLNOŚCI, BEZ ŻADNYCH WYJĄTKÓW, DOMNIEMANEJ GWARANCJI WARTOŚCI HANDLOWEJ LUB PRZYDATNOŚCI DO OKREŚLONEGO CELU. W ŻADNYM WYPADKU BIOSENSE WEBSTER, INC. ANI FIRMY STOWARZYSZONE NIE PONOSZĄ ODPOWIEDZIALNOŚCI ZA JAKIEKOLWIEK SZCZEGÓLNE, BEZPOŚREDNIE, PRZYPADKOWE, WYNIKOWE LUB INNE SZKODY NIŻ WYRAŹNIE OKREŚLONE MAJĄCYMI ZASTOSOWANIE PRZEPISAMI PRAWNYMI.

NIEZALEŻNIE OD POWYŻSZEGO ZASTRZEŻENIA, FIRMA BIOSENSE WEBSTER, INC. ANI JEJ FIRMY ZALEŻNE NIE BĘDĄ PONOSIĆ ODPOWIEDZIALNOŚCI ZA ŻADNE SZKODY SZCZEGÓLNE, BEZPOŚREDNIE, PRZYPADKOWE, WYNIKOWE LUB INNE, WYNIKŁE W ZWIĄZKU Z PONOWNYM UŻYCIEM PRODUKTÓW OZNAKOWANYCH JAKO PRZEZNACZONE DO UŻYTKU JEDNORAZOWEGO LUB TAKICH, KTÓRYCH POWTÓRNE UŻYCIE JEST ZAKAZANE Z MOCY PRAWA.

Opisy i dane techniczne występujące w dokumentacji firmy Biosense Webster, Inc., a w szczególności w niniejszej publikacji, mają wyłącznie charakter informacyjny, stanowią ogólny opis produktu aktualny na dzień jego wytworzenia i nie zostały opracowane ani wydane jako gwarancja opisywanego produktu.

CONFIDENTIAL                                                                       BWI-INN00100574

## Elektrofyziologický katétr s řiditelným koncem, ortogonální nastavitelná koncovka, řiditelný katétr HALO® XP pro mapování trikuspidální chlopně HALO®, a mapovací katétry CRISTACATH™ a ISMUS® Cath s řiditelným koncem

- **Sterilní. Sterilizováno etylénoxidem.**
- **Pouze pro jedno použití.**
- **Nepoužívejte, je-li obal otevřen nebo poškozen.**
- **Federální zákon (USA) dovoluje prodej pouze lékařům nebo na jejich objednávku.**

**POPIS KATÉTRU**

Katétr Biosense Webster® s řiditelným koncovkem byl vyroben za účelem elektrofyziologického mapování srdce. Katétr má rotátor s vysokým kroutícím momentem a distální koncovou část s platinovými elektrodami, které se dají použít ke stimulaci a nahrávání. K dispozici je několik konfigurací řiditelných koncových částí. (Pomocí barevného proužku na rotátoru v blízkosti ukončení se rozlišují standardní typy zakřivení - viz katalog.)

Katétr s ortogonální nastavitelnou koncovkou je určen k usnadnění elektrofyziologického mapování srdce. Katétr má rotátor s vysokým kroutícím momentem a nastavitelnou koncovou část s platinovými destičkovými elektrodami, které lze použít ke stimulaci a k záznamu.

Katétr s nastavitelnou opletenou koncovkou je katétr s více elektrodami a s nastavitelnou koncovkou, který je určen k elektrofyziologickému mapování srdce. Katétr má rotátor s vysokým točivým momentem a nastavitelnou koncovou částí obsahující platinové elektrody. Díky vnitřnímu opletení je vhodný k usnadnění stabilních lokálních elektrogramů. Všechny elektrody jsou použitelné pro účely záznamu a stimulace.

Katétry CRISTACATH™ a ISMUS® Cath s řiditelným koncem jsou určeny pro elektrofyziologické mapování srdečních struktur. Katétry mají rotátor s vysokým kroutícím momentem a na konci katétru deset párů platinových elektrod, které jsou dobře viditelné pod rentgenem. Katétry CRISTACATH™ a ISMUS® Cath s řiditelným koncem umožňují vytvoření simultánních lokálních elektrogramů, protože mají větší počet elektrod a lepší možnosti zakřivení.

Katetry s ohýbatelnými hroty HALO® XP a HALO® jsou určeny k elektrofyziologickému mapování srdce, zejména pak anulu trikuspidální chlopně. Katetry mají tubus s velkým točivým momentem, vybavený hrotovým dílem s prstencovým uspořádáním, obsahujícím deset párů platinových elektrod, které lze dobře fluoroskopicky sledovat. Hrotový díl obsahuje také rentgenokontrastní značku ve středu sestavy elektrod. Prstencové uspořádání hrot je předvarováno do křivky, kterou lze podél konce atriální strany anulu trikuspidální chlopně. Hrotový díl je dodáván s plastovým chráničem hrotu.

Píst v rukojeti je připevněn k vnitřnímu táhlu, jímž se mění poloměr zakřivení. Při posunutí pístu dopředu se poloměr zakřivení předtvarované smyčky zmenší a při zatažení rukojeti táhla dozadu se poloměr zakřivení zvětšuje až do dosažení původní předtvarované podoby. Tubus s velkým točivým momentem umožňuje měnit rovinu zakřivení, aby se usnadnilo polohování.

Katetry HALO® XP a HALO® s ohýbatelnými hroty usnadňují simultánní záznam lokálního elektrogramu na anulu trikuspidální chlopně z polohy midseptální, přes anteriorní, laterální do posterolaterální. Záznam celého anulu lze získat bez přemísťování hrotu katetru.

Ohnutí konce je řízeno na bližším konci trubkové rukověti, ve které se ohybuje píst. Když se píst vysune pomocí křídlového tlačítka, koncová část se odklopí (ohne). Když se píst zasune zpět, koncová část se narovná. Rotátor s vysokým kroutícím momentem umožňuje, aby se plošinka elektrody řiditelného konce otáčela, což usnadňuje umístění koncovky katétru na požadované místo.

**Katétr se dá připojit k standardnímu záznamovému zařízení pomocí spojovacích kabelů s vhodnými konektory.**

**KONZULTUJTE S MÍSTNÍM PRODEJCEM NEBO VÝROBCEM VÝBĚR VHODNÝCH SPOJOVACÍCH KABELŮ.**

**INDIKACE**

Katétr je určený k elektrofyziologickému mapování srdečních struktur; tj. pouze pro stimulaci a záznam. Kromě toho je ortogonální katétr s nastavitelnou koncovkou určen k použití ve věncovém splavu srdce. Katétr s nastavitelnou opletenou koncovkou je navíc určen k použití srdce. Kromě toho jsou katétry CRISTACATH™ a ISMUS® Cath určeny k usnadnění pořízení elektrogramů v síňové oblasti srdce. Kromě toho jsou předtvarované hroty katetrů HALO® XP a HALO® s prstencovým uspořádáním elektrod určeny speciálně pro mapování anulu trikuspidální chlopně.

**KONTRAINDIKACE**

Katétr Biosense Webster® s řiditelným koncem není bezpečný a účinný pro elektrickou ablaci nebo pro použití v koronárních cévách kromě ústí koronárního sinu. Katétr s nastavitelnou opletenou koncovkou navíc není určen k použití v levé části srdce. Kromě toho je kontraindikován transseptální přístup.

Použití katétru nemusí být vhodné pro pacienty s protetickými chlopněmi. Aktivní systémová infekce je relativní kontraindikace u procedur se srdečním katétrem.

**UPOZORNĚNÍ**

Používání srdečního katétru je spojeno s možností výrazného působení rentgenového záření, což může způsobit akutní ozáření a rovněž zvýšené riziko somatických a genetických účinků pro pacienta i pro personál laboratoře následkem intenzity rentgenového záření a doby vystavení účinkům rentgenového prosvěcování. Srdeční katétr se má používat pouze po provedení důkladných opatření proti případnému rentgenovému ozáření a ve spojení s postupy a kroky, které snižují možnost ozáření. Z tohoto důvodu je nutná opatrnost při používání katétru u těhotných žen.

- Přibližovací rujověť a kabelový konektor nesmí přijít do styku s kapalinami, neboť by mohlo dojít k elektrickému poškození.
- Katétr je třeba chránit před organickými rozpouštědly, jako je např. alkohol.
- Nesterilizujte katétr v autoklávu.

**BEZPEČNOSTNÍ OPATŘENÍ**

- Nepoužívejte elektrofyziologický katétr Biosense Webster® s řiditelným koncem dřív, než si přečtete a plně porozumíte tomuto návodu k použití.
- Uchovávejte na chladném, suchém a tmavém místě.
- Před použitím zkontrolujte obal a katétr.
- Nesterilizujte a nepoužívejte opakovaně.
- Toto zařízení je baleno a sterilizováno pouze k jednorázovému použití. Nepoužívejte opakovaně, znovu nezpracovávejte ani nesterilizujte. Opakované nepoužívejte, znovu nezpracovávejte ani nesterilizujte může tak dojít k narušení strukturální neporušenosti zařízení a/nebo vést k selhání zařízení, což může následně způsobit poranění, nemoc či úmrtí pacienta. Opakované zpracování či sterilizace zařízení k jednorázovému použití mohou způsobovat riziko kontaminace a/nebo pacienta nebo křížovou infekci, zejména přenos infekční nemoci(í) z jednoho pacienta na druhého. Kontaminace na zařízení může vést ke zranění, nemoc nebo úmrtí pacienta.
- Procedury srdeční katétrizace může používat pouze řádně vyškolený personál v plně vybavené elektrofyziologické laboratoři.
- S katétrem je třeba manipulovat opatrně, aby nedošlo k poškození srdce, perforaci nebo tamponádě. Zavedení a umístění katétru je třeba provést za pomoci rentgenu. Pokud při zavádění nebo vyjímání katétr naraží na odpor, nesnažte se použít sílu.
- Vždy před vložením nebo vyjmutím katétru vytáhněte zpět křídlové tlačítko aby se koncovka dostala do původní polohy.

**DATUM "POUŽÍJTE DO"**

Katétr je povoleno používat pouze do data "Použijte do" vyznačeném na štítku obalu.

**LIKVIDACE**

Recyklaci komponent nebo likvidaci výrobku spolu se zbylými součástmi a odpadem proveďte v souladu s místními zákony a předpisy.

**DOPORUČENÝ POSTUP POUŽITÍ**

- Vyjměte katétr z obalu a umístěte ho do sterilního pracovního prostředí. Za použití sterilních technik vytvořte vaskulární přístup do velké centrální cévy a vložte katétr.
- Připojte spojovací konektory k vhodnému záznamovému zařízení.
- Před zavedením zkontrolujte, zda je křídlové tlačítko zcela zatažené. Zaveďte katétr za stálého pozorování do prostoru endokardu. K dosažení správného umístění použijte rentgen i elektrogramy. Nastavte pomocí táhlítka rádius zakřivení podle potřeby. Zatlačení křídlového tlačítka směrem dopředu způsobí, že se katétr ohne (zakřiví); Zatahováním tlačítka se koncovka narovná.
- Před vyjmutím katétru je třeba ověřit, zda je křídlové tlačítko zcela vytažené zpět. Vyjměte katétr a vhodným způsobem ho odstraňte. Nesterilizujte a nepoužívejte opakovaně.
- Máte-li nějaké dotazy týkající se použití nebo vlastností tohoto výrobku, spojte se prosím s regionálním prodejcem nebo výrobcem.

**NEŽÁDOUCÍ ÚČINKY**

Bylo zaznamenáno několik vážných nepříznivých účinků při použití srdečního katétru včetně plicní embolie, infarktu myokardu, mrtvice, srdeční tamponády a smrti. V literatuře se uvádějí následující komplikace související s použitím srdečního katétru: cévní krvácení, lokální hematomy, trombóza, AV fistule, pseudoaneuryzmy, tamponáda, vazovagální reakce, perforace srdce, vzduchová embolie, arytmie, poškození chlopně, pneumotorax a hemotorax.

M-5276-86L

CONFIDENTIAL

BWI-INN00100575

Česky

**ODMÍTNUTÍ ZÁRUK A OMEZENÍ ODPOVĚDNOSTI**

NA ZDE POPSANÝ VÝROBEK (POPSANÉ VÝROBKY) NEEXISTUJE VÝSLOVNÁ ANI NEVÝSLOVNÁ ZÁRUKA VČETNĚ NEOMEZENÉ ZÁRUKY NA MOŽNOST PRODEJE NEBO VHODNOSTI K URČITÉMU ÚČELU. SPOLEČNOST BIOSENSE WEBSTER, INC., NEBO JEJÍ PŘIDRUŽENÉ SPOLEČNOSTI ZA ŽÁDNÝCH OKOLNOSTÍ NERUČÍ ZA ŽÁDNÉ SPECIÁLNÍ, PŘÍMÉ, NÁHODNÉ, NÁSLEDNÉ NEBO JINÉ ŠKODY S VÝJIMKOU TĚCH, KTERÉ JSOU UVEDENY V PŘÍSLUŠNÉM ZÁKONĚ.

BEZ OMEZENÍ USTANOVENÍ UVEDENÉHO V PŘEDCHÁZEJÍCÍM ODSTAVCI SPOLEČNOST BIOSENSE WEBSTER, INC. NEBO JEJÍ PŘIDRUŽENÉ SPOLEČNOSTI ZA ŽÁDNÝCH OKOLNOSTÍ NERUČÍ ZA ŽÁDNÉ SPECIÁLNÍ, PŘÍMÉ, NÁHODNÉ, NÁSLEDNÉ NEBO JINÉ ŠKODY, KTERÉ VZNIKNOU OPAKOVANÝM POUŽITÍM VÝROBKU (VÝROBKŮ) URČENÝCH POUZE PRO JEDNO POUŽITÍ NEBO V PŘÍPADĚ, ŽE JE JEJICH OPAKOVANÉ POUŽITÍ ZAKÁZÁNO PŘÍSLUŠNÝM ZÁKONEM.

Popisy a specifikace objevující se v tištěných dokumentech společnosti Biosense Webster, Inc. včetně této publikace jsou pouze informativní a uvádějí pouze všeobecný popis výrobku v době výroby a v žádném případě neposkytují záruku pro popsaný výrobek a nejsou ani takto míněny.

CONFIDENTIAL                                                                                 BWI-INN00100576

**Elektrofiziológiai katéter: hajlítható végződés; hajlítható ortogonális végződés; hajlítható fonott végződés; hajlítható HALO® XP katéter, tricuspidális gyűrű térképezéséhez, HALO®; és hajlítható végződésű CRISTACATH™ és ISMUS® Cath térképező katéterek**

- **Steril. Etilénoxid gázban sterilizálva.**
- **Egyszer használatos.**
- **Ne használja fel, ha a csomagolás nyitva van vagy sérült.**
- **Az Egyesült Államokban szövetségi törvény alapján ez az eszköz csak orvos által, vagy orvosi rendelvényre értékesíthető.**

**A KATÉTER LEÍRÁSA**

A Biosense Webster™ hajlítható végződésű elektródkatétert a szív elektrofiziológiai vizsgálatának megkönnyítésére fejlesztették ki. A katéter nagy szögben elforgatható nyelén hajlítható végződés található, amely egy sor, ingerlésre vagy adatrögzítésre alkalmas platina elektródát tartalmaz. Többféle kialakítású végződés áll rendelkezésére. (A szabványos görbületeket a nyél proximális végéhez közel elhelyezett színes csík jelöli - lásd a katalógust.)

A hajlítható ortogonális végződésű katétert a szív elektrofiziológiai vizsgálatának megkönnyítésére fejlesztették ki. A katéter nagy szögben elforgatható nyelén hajlítható végződés található, amely ingerlésre vagy adatrögzítésre alkalmas platina plakkelektródákat tartalmaz.

A hajlítható fonott végződésű katétert egy multielektródás katéter, melyet a szív elektrofiziológiai vizsgálatának megkönnyítésére fejlesztették ki. A katéter nagy szögben elforgatható nyelén hajlítható végződés található, amely platina elektródákat tartalmaz. A katéter a belső huzalfonatnak köszönhetően alkalmas stabil helyi elektrogramok felvételére. Mindegyik elektróda használható adatrögzítésre vagy ingerlésre.

A hajlítható végződésű CRISTACATH™ és ISMUS® Cath katétereket a szívstruktúrák elektrofiziológiai vizsgálatára fejlesztették ki. A katéterek nagy szögben elforgatható nyelének végződésén tíz pár platina elektróda található, amelyek a fluoroszkóp alatt jól láthatóak. A hajlítható végződésű CRISTACATH™ és ISMUS® Cath katéterek a több elektródának és a hajlítási lehetőségeknek köszönhetően megkönnyítik a helyi szimultán elektrogramok felvételét.

A hajlítható HALO® XP és HALO® katéterek a szív, különösen a tricuspid annulus, elektrofiziológiai feltérképezésére készültek. A katéterek nagy szögben elforgatható nyéllel rendelkeznek, amelynek gyűrű alakú végződése tíz pár platina elektródát tartalmaz, és amelyek fluoroszkóp alatt jól láthatóak. A végződés az elektródák közepén egy röntgensugarat át nem eresztő markert tartalmaz. A gyűrű előformált görbületű, ami a tricuspid annulus atriális vetületére helyezhető. A katéter végződését végződését műanyag csúcsvédővel csomagolják be.

A fogantyúban lévő dugattyú egy belső húzóvezetékhez csatlakozik, ami változtatja a görbület sugarat. A dugattyút előre nyomva az előformált hurok görbületi sugara csökken. Amikor a húvelykujj-gombot visszahúzza, a görbületi sugár addig nő, amíg a csúcsrész el nem éri az előformált alakot. A nagy szögben elforgatható nyél lehetővé teszi a behajlított végződés síkjának elforgatását, így a katéter hegye pontosan a kívánt területre helyezhető.

A hajlítható HALO® XP és HALO®katéterek elősegítik egyidejű helyi elektrogramok készítését a tricuspid annulusról, kezdve a gyűrű midseptalistól az anterior részég, majd a lateralistól a posterolateralisig. A katétercsúcs áthelyezése nélkül biztosítható a felvételkészítés a teljes annulusról.

A végződés hajlítása a proximális végen található csőszerű markolattal végezhető, amelyben egy dugattyú mozog. A dugattyút a nyomógombbal előretolva a végződés elhajlik. A dugattyú visszahúzására a végződés kiegyenesedik. A nagy szögben elforgatható nyél lehetővé teszi a behajlított végződés síkjának elforgatását, így a katéter hegye pontosan a kívánt területre helyezhető.

A katéter a megfelelő csatlakozókábeleken keresztül szabványos adatrögzítő berendezéshez csatlakoztatható.

**A MEGFELELŐ CSATLAKOZÓKÁBELEKRŐL ÉRDEKLŐDJÖN A HELYI KÉPVISELETNÉL VAGY A GYÁRTÓNÁL.**

**JAVALLATOK**

A katéter a szív struktúráinak elektrofiziológiai vizsgálatára, azaz ingerlésre és adatrögzítésre való. Ezen kívül a hajlított ortogonális végződésű katétert a coronaria sinusban való alkalmazásra fejlesztették ki. Ezen kívül a hajlítható fonott végződésű katétert a szív jobb oldalán való alkalmazásra fejlesztették ki. Ezen kívül a CRISTACATH™ és ISMUS® Cath katéterek lehetővé teszik az elektrogramok felvételét a szív pitvari régiójában. Ezen kívül a HALO® XP és HALO® katéterek disztális részeinek előformált gyűrű alakja kifejezetten a tricuspidális annulushoz készült.

**ELLENJAVALLATOK**

A Biosense Webster™ hajlítható végződésű elektródkatéter elektromos ablációra, vagy a sinus ostiumon kívüli egyéb koszorúérben való használatának biztonságosságára és hatékonyságára vonatkozóan nincsenek vizsgálati eredmények. Ezen kívül a fonott végződésű katéter használata ellenjavallott a szív bal oldalán. Ezen kívül nem javasolt a katétert transzseptális eljárásban a septumon keresztül átvezetni.

A katéter használata mesterséges szívbillentyűvel élő pácienseknél nem minden esetben javallott. A szívkatéteres eljárások relatíve ellenjavallottak aktív szisztémás infekció esetén.

**FIGYELMEZTETÉSEK**

A szívkatéterezési eljárás potenciálisan jelentős röntgensugárzásnak való kitettséggel jár, amely akut sugársérülést, valamint mind a pácienst, mind a laboratóriumi személyzetet érintő szomatikus és genetikai hatásokat okozhat a röntgensugár intenzitása és a fluoroszkópos vizsgálat időtartama miatt. A szívkatéterezést csak az eljárással járó potenciális sugárzási kitettség megfelelő értékelése, és a kitettség minimálisra csökkentése után végezze. Ezért alaposan fontolja meg a katéter alkalmazását terhes nők esetében.

- Ne merítse folyadékba a proximális nyelet és kábelcsatlakozót, mert ez ronthatja az elektromos érintkezést.

- Ne tegye ki a katétert szerves oldószereknek, például alkoholnak.

- Ne kezelje a katétert autoklávban.

**ÓVINTÉZKEDÉSEK**

- A használati útmutató elolvasása és értelmezése előtt ne használja a Biosense Webster™ hajlítható végződésű elektrofiziológiás elektródkatétert.

- Hűvös, száraz, sötét helyen tárolandó.

- Használat előtt vizsgálja meg a steril csomagolást és katétert.

- Ne sterilizálja és ne használja újra.

- Ezt az eszközt egyszeri használatra csomagolták és sterilizálták. Nem szabad ismételten felhasználni, újrafeldolgozni vagy újrasterilizálni! Az újrafelhasználás, újrafeldolgozás vagy újrasterilizálás ronthatja az eszköz szerkezeti épségét és/vagy az eszköz elégtelenségéhez vezethet, ami a beteg sérülését, betegségét vagy halálát okozhatja. Az egyszer használatos eszközök újrafelhasználása, újrafeldolgozása vagy újrasterilizálása az eszköz beszennyeződésének kockázatát is magában hordozza, ami a páciens fertőzését vagy keresztfertőzését okozhatja, beleértve többek között a fertőző betegség átvitelét egyik betegről a másikra. Az eszköz szennyeződése a páciens egészségkárosodásához, megbetegedéséhez vagy halálához vezethet.

- A szívkatéteres eljárásokat megfelelően képzett személyzet végezze tökéletesen felszerelt elektrofiziológiai laboratóriumban.

- A szív sérüléseket, perforálódásának vagy tamponádjának elkerülése érdekében a katétert óvatosan mozgassa. A katéter bejuttatását és elhelyezését fluoroszkópos megfigyeléssel végezze. Ha ellenállást tapasztal, ne tolja vagy húzza a katétert erővel.

- Bejuttatás vagy kivétel előtt mindig húzza vissza a katéter nyomógombját, hogy a katéter végződése ismét felvegye eredeti alakját.

**LEJÁRAT DÁTUMA**

Az eszközt a lejárat dátumú csomagoláson feltüntetett dátuma előtt használja fel.

**HULLADÉKKEZELÉS**

Hasznosítsa újra a komponenseket, vagy a helyi törvények és szabályozások betartásával helyezze hulladékba a terméket, maradékait és a használatából származó egyéb anyagokat.

**JAVASOLT HASZNÁLAT**

- Vegye ki a katétert a csomagolásából, és helyezze steril felületre. Aszeptikus technikával nyisson meg egy nagy centrális eret, és vezesse be a katétert.

- Illessze a csatlakozókat a megfelelő adatrögzítő eszközhöz.

- Bejuttatás előtt ellenőrizze, hogy a nyomógomb teljesen visszahúzott állapotban van-e. Tolja a katétert az endocardium vizsgálandó területére. A pontos elhelyezéshez használjon fluoroszkópot és elektrogramot. A nyomógombbal igény szerint állítsa be a görbület mértékét. A nyomógombot előretolva a katéter végződése elhajlik, a gomb visszahúzására a végződés kiegyenesedik.

- A katéter eltávolítása előtt ellenőrizze, hogy a nyomógomb teljesen vissza van-e húzva. Távolítsa el a katétert, és végezze el a mentesítést a megfelelő módon. Ne sterilizálja és ne használja újra.

- Amennyiben a termék használatával vagy tulajdonságaival kapcsolatban kérdése van, kérjük, forduljon a helyi képviselethez vagy a gyártóhoz.

**SZÖVŐDMÉNYEK**

A szívkatéteres eljárásokkal kapcsolatban több súlyos szövődményt dokumentáltak, például tüdőembólia, myocardialis infarktus, szívroham, tamponád és elhalálozás. A szívkatéteres eljárásoknál szóba jöhető gyakoribb szintén megjelennek a szakirodalomban: vaszkuláris vérzés, helyi hematóma, trombózis, AV fisztula, pszeudo-aneurizma, thromboembólia, vasovagalis reakció, kardiális perforáció, légembólia, aritmia, billentyűkárosodás, légmell és vérmell.

M-5276-86L

CONFIDENTIAL    BWI-INN00100577

**A JÓTÁLLÁS KIZÁRÁSA ÉS A FELELŐSSÉG KORLÁTOZÁSA**

AZ ITT LEÍRT TERMÉK(EK)RE SEMMILYEN KIFEJEZETT VAGY BELEÉRTETT GARANCIA NEM ÉRVÉNYES, KORLÁTOZÁS NÉLKÜL IDEÉRTVE BÁRMILYEN, A FORGALOMBA HOZHATÓSÁGRA VONATKOZÓ BELEÉRTETT GARANCIÁT VAGY AZ ADOTT CÉLRA VALÓ ALKALMASSÁGOT. A BIOSENSE WEBSTER, INC. VAGY TÁRSULT CÉGEI A VONATKOZÓ TÖRVÉNYBEN KIMONDOTT ESETEN TÚL SEMMILYEN MÓDON NEM TEHETŐEK FELELŐSSÉ SEMMILYEN KÜLÖNLEGES, KÖZVETLEN, JÁRULÉKOS, KÖVETKEZMÉNYES VAGY EGYÉB KÁRÉRT.

A FENTIEK KORLÁTOZÁSA NÉLKÜL A BIOSENSE WEBSTER, INC. ÉS TÁRSULT CÉGEI NEM TEHETŐEK FELELŐSSÉ AZ EGYSZER HASZNÁLATOSKÉNT MEGJELÖLT TERMÉK(EK) TÖBBSZÖRI FELHASZNÁLÁSÁBÓL, VAGY A VONATKOZÓ TÖRVÉNNYEL ELLENTÉTES TÖBBSZÖRI FELHASZNÁLÁSBÓL EREDŐ SEMMILYEN KÜLÖNLEGES, KÖZVETLEN, JÁRULÉKOS, KÖVETKEZMÉNYES VAGY EGYÉB KÁRÉRT.

A Biosense Webster, Inc. által kiadott nyomtatott anyagokban megjelenő ismertetések és leírások, jelen kiadványt is beleértve, kizárólag tájékoztató jellegűek, és a termék legyártáskori állapotának leírására szolgálnak, semmilyen értelemben nem tekinthetők a leírt termékre vonatkozó garanciavállalásnak.

CONFIDENTIAL                                                                    BWI-INN00100578

## Elektrofyziologický katéter: vychyľovací hrot; ortogonálny s vychyľovacím hrotom; vychyľovací opletený hrot; vychyľovací hrot HALO® XP na mapovanie trojcípej chlopne, HALO®; vychyľovací hrot CRISTACATH™ a mapovacie katétre ISMUS® CATH

- **Sterilné. Sterilizované etylénoxidom.**
- **Len na jedno použitie.**
- **Nepoužívať v prípade, ak je obal otvorený alebo poškodený.**
- **Federálny zákon (USA) obmedzuje predaj len lekárom alebo na objednávku lekára.**

### POPIS KATÉTRA

Katéter Biosense Webster® s vychyľovacím hrotom je určený na elektrofyziologické mapovanie srdca. Katéter je vybavený hriadeľom s vysokým krútiacim momentom s vychyľovacou hrotovou časťou obsahujúcou platinové elektródy, ktoré sa môžu použiť na stimuláciu a zaznamenávanie. K dispozícii je niekoľko konfigurácií vychyľovacích hrotov. (Štandardné typy zakrivení sú označené farebným prúžkom na hriadeli v blízkosti proximálneho konca - pozrite si katalóg.)

Ortogonálny katéter s vychyľovacím hrotom je určený na elektrofyziologické mapovanie srdca. Katéter je vybavený hriadeľom s vysokým krútiacim momentom s vychyľovacou hrotovou časťou obsahujúcou plošné platinové elektródy, ktoré slúžia na stimuláciu a zaznamenávanie.

Katéter s vychyľovacím opletným hrotom je katéter s viacerými elektródami a vychyľovacím hrotom určený na elektrofyziologické mapovanie srdca. Katéter je vybavený hriadeľom s vysokým krútiacim momentom s vychyľovacou hrotovou časťou obsahujúcou platinové elektródy. V dôsledku použitia vnútorného vinutia je katéter vhodný na získavanie stabilných lokálnych elektrogramov. Všetky elektródy možno použivať na zaznamenávanie a stimuláciu.

Katétre CRISTACATH™ a ISMUS®CATH s vychyľovacími hrotmi sú určené na elektrofyziologické mapovanie štruktúr srdca. Katéter sú vybavené hriadeľom s vysokým krútiacim momentom a hrotová časť obsahuje desať párov platinových elektród, ktoré sa dajú jednoducho sledovať fluoroskopicky. Katétre s vychyľovacím hrotom CRISTACATH™ a ISMUS® CATH uľahčujú vytvorenie simultánnych lokálnych elektrogramov, pretože sú vybavené väčším počtom elektród a majú lepšiu možnosť vychyľovania.

Katétre s vychyľovacími hrotmi HALO® XP a HALO® sú určené na elektrofyziologické mapovanie srdca, hlavne trikuspidálneho prstenca. Katéter je vybavený hriadeľom s vysokým krútiacim momentom a hrotovou časťou s prstencovým usporiadaním s desiatimi platinovými elektródami, ktoré umožňujú jednoduché fluoroskopické sledovanie. Hrotová časť obsahuje v strede poľa elektród aj značky kontrastivné o röntgenovom žiarení. Prstencový hrot je vyformovaný do krivky, ktorá sa dá umiestniť okolo atriálnej strany prstenca trikuspidálnej chlopne. Hrotový diel je zabalený s plastovým hránicom hrotu.

Piest v rukoväti je prepojený s vnútorným zaťahovacím lankom, ktorým sa mení polomer zakrivenia. Keď sa piest potlačí dopredu, polomer vyformovaného zakrivenia sa zmenší. Keď sa piest potiahne spať, polomer zakrivenia sa zväčší až do pôvodne vyformovaného tvaru. Hriadeľ s vysokým krútiacim momentom umožňuje meniť rovinu zakrivenia tak, aby sa zjednodušilo umiestnenie.

Katétre HALO® XP a HALO® s vychyľovacími hrotmi umožňujú získať súčasný záznam lokálneho elektrogramu na prstenci trikuspidálnej chlopne z polohy midseptálnej, cez anteriórnu a laterálnu do posterolaterálnej. Záznam pre celý prstenec sa dá získať bez premiestňovania katétra.

Vychyľovanie hrotu sa ovláda na proximálnom konci pomocou tubusu, v ktorom sa pohybuje piest. Keď sa piest posunie pomocou tlačidla dopredu, hrot sa vychýli (vytvorí sa zakrivenie). Keď sa piest potiahne naspať, hrot sa vyrovná. Hriadeľ s vysokým krútivým momentom umožňuje otáčanie roviny zakriveného hrotu, čím sa uľahčuje umiestnenie hrotu katétra na požadované miesto.

**Katéter možno pripojiť k štandardnému zaznamenávaciemu zariadeniu pomocou spojovacích káblov s vhodnými konektormi.**

**O VHODNÝCH SPOJOVACÍCH KÁBLOCH SA PORAĎTE S MIESTNYM PREDAJCOM ALEBO S VÝROBCOM ZARIADENIA.**

### INDIKÁCIE

Katéter je určený na elektrofyziologické mapovanie srdcových štruktúr, t.j. len na stimuláciu a zaznamenávanie. Okrem toho je ortogonálny katéter s vychyľovacím koncom určený na používanie vo vencovom splave srdca. Katéter s vychyľovaným opletným hrotom je určený na používanie v pravej časti srdca. Katétre CRISTACATH™ a ISMUS® CATH sú určené na vyhrávanie elektrogramov v oblasti siene srdca. Katétre HALO® XP a HALO® s vyformovaným prstencovým hrotom sú špeciálne určené pre trikuspidálny prstenec.

### KONTRAINDIKÁCIE

Elektrofyziologický katéter Biosense Webster® s vychyľovacím hrotom nie je bezpečný a účinný pri elektrickej ablácii ani pri použití v koronárnej vaskulatúre s výnimkou ostia koronárneho sínu. Katéter s opletným hrotom nie je vhodný ani na používanie v ľavej časti srdca. Okrem toho je kontraindikovaný transseptálny prístup.

Katéter nie je vhodné používať v prípade pacientov s protetickými chlopňami. Aktívna systémová infekcia je relatívnou kontraindikáciou pri srdcových katetrizačných procedúrach.

### UPOZORNENIA

Srdcová katetrizácia je spojená s expozíciou pacienta a laboratórneho personálu účinkom röntgenového žiarenia, ktoré môže mať za následok akútne radiačné poranenie, ako aj zvýšenie rizika somatických a genetických mutácií v závislosti od intenzity röntgenového žiarenia a doby trvania fluoroskopického zobrazovania (skiaskopie). Katetrizácia srdca by sa mala vykonávať len po dôkladnom zvážení plánovaného expozičného času spojeného s procedúrou a po realizácii krokov, ktoré rizíko znížia na minimum. Použitie tohto zariadenia je potrebné dôkladne zvážiť v prípade tehotných žien.

- Rukovať katétra ani spojovacie káble neponárajte do tekutín, môže dôjsť k ovplyvneniu elektrických funkcií.
- Nevystavujte tento katéter pôsobeniu organických rozpúšťadiel, ako je alkohol.
- Katéter nesterilizujte v autokláve.

### BEZPEČNOSTNÉ OPATRENIA

- Nepoužívajte elektrofyziologický katéter Biosense Webster skôr, ako si prečítate a úplne pochopíte tento návod na použitie.
- Skladujte na chladnom, suchom a tmavom mieste.
- Pred použitím skontrolujte sterilitu obalu a katétra.
- Katéter neresterilizujte a nepoužívajte opakovane.
- Toto zariadenie je balené a sterilizované na jednorazové použitie. Nepoužívajte ho opakovane a nepodrobujte ho regenerácii ani opakovanej sterilizácii. Opakované použitie, regenerácia alebo sterilizácia môže porušiť celistvosť konštrukcie zariadenia a môže viesť k zlyhaniu zariadenia, ktoré zase môže spôsobiť poranenie, ochorenie alebo smrť pacienta. Regenerácia alebo opakovaná sterilizácia jednorazových zariadení môže tiež vytvoriť riziko kontaminácie a spôsobiť infekciu alebo krížovú infekciu pacienta vrátane (ale nielen) prenosu infekčných chorôb z jedného pacienta na druhého. Kontaminácia zariadenia môže viesť k poraneniu, ochoreniu alebo úmrtiu pacienta.
- Katetrizačné vyšetrenia srdca môže vykonávať len príslušne vyškolený personál v úplne vybavenom elektrofyziologickom laboratóriu.
- S katétrom sa musí manipulovať opatrne, aby nedošlo k perforácii srdca, perforácii alebo tamponáde. Zavedenie a umiestnenie katétra sa musí kontrolovať fluoroskopicky. Keď pri zavádzaní alebo vyťahovaní katétra narazí na odpor, nepokračujte a len treba prekonanie nadmernú silu.
- Pred každým zavedením alebo vytiahnutím katétra vytiahnite tlačidlo naspať, aby sa zabezpečilo obnovenie pôvodného tvaru hrotu.

### DÁTUM EXPIRÁCIE

Prístroj nepoužívajte po dátume s označením „Použiť do", ktorý je uvedený na štítku obalu.

### LIKVIDÁCIA

Súčasti recyklujte alebo produkt a zvyškové prvky alebo odpad likvidujte v súlade s miestnymi zákonmi a predpismi.

### ODPORÚČANÝ NÁVOD NA POUŽITIE

- Vyberte katéter z obalu a umiestnite ho na sterilnú pracovnú plochu. Sterilným postupom vytvorte vaskulárny prístup do veľkej centrálnej cievy a vložte katéter.
- Konektory katétra pripojte pomocou príslušných spojovacích káblov k záznamovému zariadeniu.
- Pred zavedením skontrolujte, či je tlačidlo zatiahnuté úplne dozadu. Katéter za neustáleho sledovania zaveďte do priestoru endokardu. Na dosiahnutie správneho umiestnenia katétra použite fluoroskopiu a elektrogramy. Požadovaný uhol zakrivenia nastavte pomocou tlačidla. Potlačením tlačidla dopredu sa hrot vychýli (vytvorí sa zakrivenie). Potiahnutím tlačidla späť sa hrot vyrovná.
- Pred vytiahnutím katétra skontrolujte, či je tlačidlo zasunuté dozadu. Vyberte katéter a obvyklým spôsobom ho zlikvidujte. Katéter neresterilizujte a nepoužívajte opakovane.
- V prípade otázok týkajúcich sa použitia alebo vlastností tohto výrobku sa obráťte na miestneho predajcu alebo výrobcu.

### NEŽIADUCE REAKCIE

Vyskytlo sa niekoľko vážnych nežiaducich účinkov spojených s katetrizáciou srdca vrátane pľúcnej embólie, infarktu myokardu, cievnej mozgovej príhody, kardiálnej tamponády a smrti. V literatúre sa uvádzajú nasledujúce komplikácie súvisiace s použitím srdcového katétra: cievne krvácanie, lokálne hematómy, trombóza, AV fistula, pseudoaneuryzma, tromboembólia, vazovagálne reakcie, perforácia srdca, vzduchová embólia, arytmie, chlopňové poškodenie, pneumotorax a hemotorax.

M-5276-86L

CONFIDENTIAL

BWI-INN00100579

**VYHLÁSENIE O ZÁRUKE A OBMEDZENEJ ZODPOVEDNOSTI**

NA VÝROBOK POPÍSANÝ V TOMTO DOKUMENTE SA NEPOSKYTUJE ŽIADNA VYSLOVENÁ ALEBO IMPLICITNÁ ZÁRUKA, A TO BEZ OHĽADU NA AKÚKOĽVEK IMPLICITNÚ ZÁRUKU TÝKAJÚCU SA PREDAJNOSTI ALEBO VHODNOSTI NA TEN-KTORÝ ÚČEL. SPOLOČNOSŤ BIOSENSE WEBSTER, INC. ANI JEJ SESTERSKÉ SPOLOČNOSTI ZA ŽIADNYCH OKOLNOSTÍ NEZODPOVEDAJÚ ZA ŽIADNE MIMORIADNE, PRIAME, NEPRIAME ALEBO INÉ ŠKODY OKREM ŠKÔD, KTORÉ VÝSLOVNE URČUJE PRÍSLUŠNÝ ZÁKON.

BEZ OBMEDZENIA VYŠŠIE UVEDENÉHO SPOLOČNOSŤ BIOSENSE WEBSTER, INC. ANI JEJ SESTERSKÉ SPOLOČNOSTI NEZODPOVEDAJÚ ZA ŽIADNE MIMORIADNE, PRIAME, NEPRIAME ALEBO INÉ ŠKODY, KTORÉ VZNIKNÚ V DÔSLEDKU OPAKOVANÉHO POUŽITIA VÝROBKU ALEBO VÝROBKOV OZNAČENÝCH NA JEDNORAZOVÉ POUŽITIE ALEBO V PRÍPADOCH, KEĎ JE OPAKOVANÉ POUŽITIE ZAKÁZANÉ ZÁKONOM.

Popis a vlastnosti uvedené vo vytlačených materiáloch spoločnosti Biosense Webster, Inc. vrátane tejto publikácie majú len informatívny charakter a sú určené len na všeobecný popis výrobku v čase výroby. V žiadnom prípade nepredstavujú ani neposkytujú záruku popisovaného výrobku.

CONFIDENTIAL                                                                                          BWI-INN00100580

**Elektrofiziološki kateter: upogljiva konica; ortogonalen z upogljivo konico; upogljiva, pletena konica; HALO® XP z upogibljivo konico za kartografijo trikuspidalnega obroča, HALO®; in z upogibljivo konico CRISTACATH™ in ISMUS® Cath katetri za elektrofiziološko snemanje elektrogramov srca**

- **Sterilno. Sterilizirano z etilenoksidnim.**
- **Za enkratno uporabo.**
- **Ne uporabljajte, če je zavoj odprt ali poškodovan.**
- **Zvezni zakon (ZDA) omejuje prodajo te naprave. Prodaja je mogoča samo s strani oz. na zahtevo zdravnika.**

**OPIS KATETRA**

Biosense Webster® elektrodni kateter z upogljivo konico je oblikovan tako, da olajša elektrofiziološko kartografijo srca. Kateter ima močno vrtljiv nastavek z upogljivim delom konice, na kateri je nameščen nabor platinskih elektrod, ki se lahko uporabijo za elektrofiziološko snemanje ali za stimulacijo in zapisovanje. Na razpolago je več oblik konice. (Vrste standardnih krivin so označene z barvno oznako na cevki blizu proksimalnega konca - glejte katalog.)

Ortogonalni kateter z upogljivo konico je zasnovan tako, da olajša elektrofiziološko kartografijo srca. Kateter ima močno vrtljiv nastavek z upogljivim delom konice na kateri je nameščen nabor platinskih elektrod, ki se lahko uporabijo za stimulacijo in zapisovanje.

Kateter z upogljivo, prepleteno konico je večelektrodni kateter z upogljivo konico, zasnovan tako, da olajša elektrofiziološko kartografijo srca. Kateter ima močno vrtljiv nastavek z upogljivim delom konice, na kateri je nameščen nabor platinskih elektrod. Kateter je zasnovan tako, da olajša stabilne lokalne elektrokardiograme zaradi notranjih prepletov. Vse elektrode se lahko uporabi za zapisovanje in stimulacijo.

Katetri CRISTACATH™ in ISMUS® Cath z upogibljivo konico so oblikovani za elektrofiziološko snemanje elektrogramov srca. Katetri so sestavljeni iz stebla, ki omogoča dobro kontrolo vrtenja, in na konici vsebujejo deset parov platinskih elektrod, ki so zlahka vidne s fluoroskopijo. Katetri CRISTACATH™ in ISMUS® Cath z upogibljivo konico olajšajo sočasno snemanje lokalnih elektrogramov zaradi večjega števila elektrod in sposobnosti upogibanja.

Katetri z upogibljivo konico HALO® XP in HALO® so narejeni za elektrofiziološko kartografijo srca, še posebej za kartografijo trikuspidalnega obroča. Katetri so sestavljeni iz stebla, ki omogoča dobro kontrolo vrtenja, in je na konici ukrivljeno v krožni obliki, na kateri se nahaja deset parov platinastih elektrod, ki so fluoroskopsko dobro vidne. Na konici katetra se v sredini med razporejenimi elektrodami nahaja tudi za rentgenske žarke nepropustna oznaka. Predel s konico, ukrivljeno v krožni obliki, ima že predoblikovano ukrivljenost, ki jo lahko namestimo okrog trikuspidalnega obroča v atriju. Predel konice katetra je shranjen v zaščitnem ovoju iz plastične mase.

Klip v ročaju katetra je pritrjen na notranjo potezno žico, s katero se spreminja radij ukrivljenosti. Če klip potisnemo naprej, se radij predoblikovane ukrivljenosti zmanjša; če klip povlečemo nazaj, se radij predoblikovane ukrivljenosti veča, dokler se konica ne vrne v predoblikovano ukrivljenost. Izvedba stebla katetra omogoča dobro kontrolo vrtenja in s tem spreminjanje ravnine ukrivljenosti, kar omogoča natančno namestitev.

Katetri z upogibljivo konico HALO® XP in HALO® omogočajo sočasno lokalno snemanje elektrograma okrog trikuspidalnega obroča, od sredine v anterioni, lateralni in posterolateralni smeri. Naredimo lahko posnetek celotnega obroča, ne da bi bila potrebna ponovna namestitev konice katetra.

Upogibanje konice kontroliramo na proksimalnem koncu s stranskim držajem v kateri drsi bat. Ko z gumbom potisnemo bat naprej, se konica upogne (ukrivi). Ko bat povlečemo nazaj, se konica zravna. Visoko vrtljiva cevka omogoča ročno vrtenje ploskve distalne krivine in s tem pripomore k namestitvi konice katetra na željeno mesto.

**Kateter je s pomočjo primernih spojk deluje s standardno opremo za zapisovanje preko vmesnih kablov.**

**POSVETUJTE SE Z LOKALNIM DISTRIBUTERJEM OZ. PROIZVAJALCEM O USTREZNIH VMESNIH KABLIH.**

**INDIKACIJE**

Kateter je indiciran za elektrofiziološko kartografijo strukture srca, npr. samo za stimulacijo in zapisovanje. Poleg tega, je ortogonalni kateter z upogljivo konico zasnovan za uporabo v koronarnem sinusu. Kateter z upogljivo prepleteno konico je zasnovan za uporabo na desni strani srca. Katetri CRISTACATH™ in ISMUS® Cath so oblikovan tako, da olajšajo zapisovanje elektrogramov na območju atrija srca. Poleg tega je predoblikovana krožno ukrivljena konica katetrov HALO® XP in HALO® je oblikovana posebej za trikuspidalni obroč.

**KONTRAINDIKACIJE**

Varnost in učinkovitost Biosense Webster® katetera z upogljivo konico ni bila prikazana za elektično ablacijo in za uporabo v koronarnem ožilju, razen v ostiju koronarnega sinusa. Dodatno pa se kateter z upogljivo prepleteno konico kontraindicira pri uporabi v levem delu srca.

Poleg tega je kontraindiciran dostop preko atrijskega septuma. Uporaba katetra ni primerna pri bolnikih s prostetičnimi zaklopkami. Relativno kontraindikacijo za postopke katetrizacije srca predstavlja aktivna sistemska infekcija.

**OPOZORILA**

Postopek katetrizacije srca predstavlja potencial za značilno izpostavljenost X-žarkom, kar lahko privede do akutne poškodbe zaradi sevanja, kakor tudi do zvečanega tveganja za somatske in genetske učinke pri bolnikih in laboratorijskem osebju, zaradi intenzivnosti rentgenskih žarkov in trajanja fluoroskopskega slikanja. Katetrizacija srca naj se izvede potem, ko smo dovolj pozornosti namenili potencialni izpostavljenosti sevanju povezanim s postopkom in smo uvedli potrebne ukrepe za zmanjšanje izpostavljenosti na minimum. Zaradi tega mora biti uporaba tega katetra pri nosečih ženskah skrbno premišljena.

- Ne potopite proksimalne ročice ali kabelskega konektorja v tekočino, saj lahko to vpliva na električno delovanje.
- Ne izpostavljajte katetra organskim topilom, kot je na primer alkohol.
- Katetra ne sterilizirajte v avtoklavu.

**PREVIDNOSTNI UKREPI**

- Ne poskušajte upravljati z Biosense Webster elektrofiziološkim katetrom z upogljivo konico, predno ste natančno prebrali in razumeli navodila za uporabo.
- Hranite na hladnem, suhem in temnem mestu.
- Pred uporabo morate pregledati sterilnost ovojnine in katetra.
- Ne ponovno sterilizirati oziroma uporabiti.
- Pripomoček je sterilno zapakiran in namenjen enkratni uporabi ter ni namenjen ponovni uporabi ali sterilizaciji. Ponovna uporaba, predelava ali sterilizacija lahko vplivajo na strukturno celovitost pripomočka in/ali površci, da slednji odpove, kar lahko ima za posledico poškodovanje, bolezen ali smrt bolnika. Ponovna obdelava ali sterilizacija pripomočka za enkratno uporabo lahko povzročita tveganje onesnaženosti pripomočka in/ali povzroči okužbe ali navzkrižne okužbe bolnikov, vključno – a ne izključno – s prenašanjem nalezljivih bolezni z bolnika na bolnika. Onesnaženost pripomočka lahko povzroči poškodbe, bolezni ali smrt bolnika.
- Postopek katetrizacije srca naj bi izvajalo primerno izšolano osebje, v poznanem opremljenem elektrofiziološkem laboratoriju.
- S katetrom moramo skrbno rokovati, da s tem preprečimo poškodbo srca, perforacijo ali tamponado. Uvajanje in namestitev katetra naj bi se izvajalo pod fluoroskopskim nadzorom. Ne uporabite prevelike sile za uvajanje oziroma odstranitev katetra, ko naletite na odpor.
- Pred vstavitvijo oz. odstranitvijo katetra vedno potisnite gumb na katetru nazaj, da s tem zagotovite, da konica katetra zavzame svojo originalno obliko.

**»UPORABITE DO« DATUM**

Napravo uporabite pred iztekom datuma, ki je naveden na ovojnini »Uporabno do«.

**ODSTRANJEVANJE**

Posamezne komponente reciklirajte ali proizvod in njegove ostanke ali odpadke, odstranite v skladu z lokalnimi uredbami in predpisi.

**PREDLAGANA NAVODILA ZA UPORABO**

- Odstranite kateter iz ovojnine in ga položite na sterilno delovno površino. Z aseptično tehniko na veliki centralni žili ustvarite žilni dostop in vstavite kateter.
- Povežite vmesne spojke z ustrezno zapisovalno opremo.
- Pred vstavitvijo katetra, preverite, če je gumb na katetru povlečen popolnoma nazaj. Uvedite kateter do predela endokardia, ki ga preiskujete. Za pomoč pri točni namestitvi uporabite fluoroskopijo in elektrogram. S pritiskom palca na gumb po potrebi prilagajajte radij krivine. Potisk gumba naprej povzroči, da se konica katetra ukrivi; če pa gumb povlečemo nazaj se konica zravna.
- Pred odstranitvijo katetra preverite, da sta gumb potegnili popolnoma nazaj. Odstranite kateter in ga odvrzite na temu primeren način. Ne smete ga ponovno sterilizirati oziroma uporabiti.
- Če imate kakršnakoli vprašanja v zvezi z uporabo oziroma delovanjem tega izdelka, vas prosimo, da se obrnete na lokalnega distributerja oziroma proizvajalca.

**NEŽELENE REAKCIJE**

Zabeležiti so številne neželene reakcije pri postopku katetrizacije srca vključno s pulmonalno embolijo, miokardnim infarktom, kapjo, srčno tamponado in smrtjo. V literaturi prav tako poročano o naslednjih zapletih, ki so povezani z katetrizacijo srca: krvavenje ožilja/lokalni hematomi, tromboza, AV fistula, pseudoanevrizem, tromoembolija, vazovagalne reakcije, perforacija srca, zračna embolija, aritmije, poškodba zaklopek, pneumotoraks in hemotoraks.

M-5276-86L

CONFIDENTIAL    BWI-INN00100581

**IZJAVA O GARANCIJI IN OMEJENI ODGOVORNOSTI**

NE OBSTAJA NOBENO JAMSTVO IZREČENO ALI IMPLICITNO, VKLJUČUJOČ BREZ OMEJITEV KAKRŠNOKOLI IMPLICITNO JAMSTVO O USTREZNOSTI ZA PRODAJO ALI NAMEN ZA OPISAN IZDELEK V TEM OMEJENEM JAMSTVU. BIOSENSE WEBSTER, INC., ALI Z NJIM POVEZANE DRUŽBE, V NOBENEM PRIMERU NE ODGOVARJAJO ZA KAKRŠNOKOLI POSEBNO, NEPOSREDNO, NAKLJUČNO, POSLEDIČNO ALI DRUGAČNO OBLIKO ŠKODE, RAZEN ČE TO NI IZRECNO DOLOČENO S POSEBNIM ZAKONOM.

BREZ OMEJITVE GLEDE NA POVEDANO BIOSENSE WEBSTER, INC. IN NJEGOVI LICENČNI PARTNERJI V NOBENEM PRIMERU NE ODGOVARJAJO ZA POSEBNO, DIREKTNO, NAKLJUČNO, POSLEDIČNO ALI DRUGO ŠKODO, KI IZVIRA IZ PONOVNE UPORABE KATEREGAKOLI OD IZDELKOV, KI SO NAMENJENI ENKRATNI UPORABI ALI KJER JE PONOVNA UPORABA PREPOVEDANA Z USTREZNIM ZAKONOM.

Opisi in specifikacije navedene v tiskanih dokumentih podjetja Biosense Webster, Inc. vključujoč to publikacijo, so zgolj informativni in namenjeni zgolj splošnemu opisu izdelka, v času, ko je bil ta proizveden, in niso v nobenem primeru napisani oz. dani kot jamstvo za predpisan izdelek.

CONFIDENTIAL

BWI-INN00100582

## Електрофизиологичен катетър: Катетри за картографиране с насочващ се връх; ортогонален с насочващ се връх; с насочващ се връх с вградена нишка; с насочващ се връх HALO® XP трикуспидален картографиращ, HALO®; с насочващ се връх CRISTACATH™ и ISMUS® Сатн

- **Стерилно. Стерилизиран чрез използване на етиленов оксид.**
- **Само за еднократна употреба.**
- **Не използвайте, ако опаковката е отворена или повредена.**
- **Федералните закони (на САЩ) ограничават продажбата на това приспособление от или по поръчка на лекар.**

### ОПИСАНИЕ НА КАТЕТЪРА

Катетърът с насочващ се връх с електроди на Biosense Webster® е предназначен за улесняване на електрофизиологичното картографиране на сърцето. Катетърът има ос с висока способност за усукване, с насочваща се зона с връх, съдържаща предимно от платинени електроди, които могат да се използват за стимулация и за записване. Предлагат се няколко конфигурации на върха. (Стандартни типове извивки се идентифицират чрез цветна ивица на оста в близост до проксималния край – виж каталога).

Ортогоналният катетър с насочващ се връх е предназначен за електрофизиологичното картографиране на сърцето. Катетърът има ос с висока способност за усукване, с насочваща се зона с връх, съдържаща платинени електроди-пластини, които могат да се използват за стимулация и за записване.

Катетърът с насочващ се връх с вградена нишка представлява многоелементния катетър с насочващ се връх, предназначен за улесняване на електрофизиологичното картографиране на сърцето. Катетърът има ос с висока способност за усукване, с насочваща се зона с връх, съдържаща платинени електроди. Катетърът е предназначен за улесняване на получаването на стабилни локални електрограми благодарение на вградената вътрешна нишка. Всички електроди могат да се използват за записване и стимулация.

Катетрите с насочващ се връх CRISTACATH™ и ISMUS® Сатн са предназначени за електрофизиологично картографиране на сърдечни структури. Катетрите имат ос с висока способност за усукване, със зона с връх, съдържаща десет чифта платинени електроди, които лесно могат да се визуализират при флуороскопия. Катетрите с насочващ се връх CRISTACATH™ и ISMUS® Сатн улесняват извършването на локални електрограми поради по-големия брой електроди, които имат, и благодарение на способността им да се огъват.

Катетрите с насочващ се връх HALO® XP и HALO® са предназначени за електрофизиологично картографиране на сърцето и по-специално, на анулуса на трикуспидалната клапа. Катетрите имат ос с висока способност за усукване, със зона с връх с форма на ореол (halo), съдържаща десет чифта платинени електроди, които лесно могат да се визуализират при флуороскопия. Върховата зона има и рентгеноконтрастен маркер, разположен в центъра на поредицата електроди. Оформената като ореол върхова зона (halo) има предварително зададена извивка, която може да се разположи около атриалната част на анулуса на трикуспидалната клапа. Върховата зона е снабдена с пластмасов предпазител за върха.

В ръчния инструмент има бутало, закрепено към вътрешен дръпащ телен механизъм, който променя радиуса на извивката. Когато буталото се движи напред, радиусът на извивката на предварително оформената приемка се намалява; а когато плъзгачът се дръпа назад, радиусът на извивката се увеличава до връщането на върховата зона до предварително зададената форма. Оста с висока способност за усукване позволява маневриране с равнината на извивката с цел улесняване на точното разполагане.

Катетрите с насочващ се връх HALO® XP и HALO® улесняват едновременните локални електрограми, обхващащи анулуса на трикуспидалната клапа, от средно до предно до латерално до постеролатерално. Без разместване е ново разполагане на върха на катетъра могат да бъдат получени записи от целия анулус.

Насочването на върха се контролира от проксималния край чрез цилиндричен ръчен инструмент, в който се плъзга буталото. При придвижване на буталото напред върха бутона, върхът се насочва (извива). При издърпване на буталото назад, върхът се изправя. Оста с висока способност за усукване дава възможност равнината на извития връх да се завърта, за да улеснява прецизното разполагане на върха в желаното местоположение.

**Катетърът има интерфейс към стандартна записваща апаратура чрез кабели за интерфейс**

### ЗА ПОДХОДЯЩИТЕ КАБЕЛИ ЗА ИНТЕРФЕЙС СЕ КОНСУЛТИРАЙТЕ С МЕСТНИЯ ДИСТРИБУТОР ИЛИ С ПРОИЗВОДИТЕЛЯ.

### ПОКАЗАНИЯ

Катетърът е предназначен за електрофизиологично картографиране на сърдечни структури, т.е само за стимулация и запис. Освен това ортогоналният катетър с насочващ се връх е предназначен за приложение в коронарния синус. Насочващият се катетър с връх с вградена нишка е предвиден да се използва в десните сърдечни кухини. Катетрите CRISTACATH™ и ISMUS® Сатн са предназначени за употреба в предсърдието чрез предназначени части на сърцето. Освен това катетрите HALO® XP и HALO® с предварително зададена форма на ореол на върховата зона (halo) са проектирани специално за анулуса на трикуспидалната клапа.

### ПРОТИВОПОКАЗАНИЯ

Електрофизиологичният катетър с насочващ се връх с електроди на Biosense Webster® не е доказано безопасен и ефективен за електрическа аблация или за приложение в други коронарни съдове с изключение на остиума на коронарния синус. Катетърът с връх с вградена нишка е противопоказан за приложение в левите сърдечни кухини. Освен това е противопоказан и трансseptалният достъп.

Приложението на катетъра може да не е подходящо при пациенти с простетични сърдечни клапи. Относително противопоказание за процедури, включващи сърдечна катетеризация, е наличието на активна системна инфекция.

### ПРЕДУПРЕЖДЕНИЯ

Процедурите на сърдечна катетеризация създават потенциал за значителното натоварване с рентгеново облъчване, което може да доведе до остро лъчево увреждане, както и до повишен риск от соматични и генетични ефекти както за пациентите, така и за лабораторния персонал вследствие на интензивността и продължителността на флуороскопското изобразяване с рентгенови лъчи. Сърдечна катетеризация трябва да се извършва само след адекватно преценяване на потенциалното радиационно натоварване, свързано с процедурата и след като се вземат мерки за намаляване до минимум на това натоварване. Необходимо е използването на този катетър при бременни жени да се преценява внимателно.

- Не потапяйте в течности проксималната дръжка или съединителя за кабели, тъй като е възможно това да повреди електрическите функции.
- Избягвайте контакт на катетъра с органични разтворители, като например алкохол.
- Не стерилизирайте катетъра в автоклав.

### ПРЕДПАЗНИ МЕРКИ

- Не предприемайте опити за използване на електрофизиологичния катетър с насочващ се връх на Biosense Webster преди да сте прочели и разбрали напълно указанията за употреба.
- Да се съхранява на хладно, сухо и тъмно място.
- Преди употреба стерилните опаковка и катетър трябва да бъдат прегледани внимателно.
- Да не се стерилизира и употребява повторно.
- Това приспособление е опаковано и стерилизирано само за еднократна употреба. Да не се употребява, обработва или стерилизира повторно. Повторното използване, обработка или стерилизация могат да влошат структурната цялост на приспособлението и/или да доведат до неуспешното му функциониране, което на своя ред може да причини увреждане на пациента, заболяване или смърт. Освен това, повторното обработване или стерилизиране на изделия за еднократна употреба може да създаде риск от заразяване и/или да причини инфекция на пациента или кръстосана инфекция, включително, но без да се ограничава до пренасяне на инфекционно заболяване (заболявания) от един към друг пациент. Замърсяването на приспособлението може да доведе до увреждане, заболяване или смърт на пациента.
- Процедурите на сърдечна катетеризация трябва да се извършват от подходящо обучен персонал в добре оборудвана електрофизиологична лаборатория.
- За да бъде избегнато сърдечно увреждане, перфорация или тампонада, с катетъра трябва да се манипулира внимателно. Придвижването и разполагането на катетъра трябва да се осъществява под флуороскопски контрол. Не прилагайте прекомерна сила за придвижване или за изваждане на катетъра, когато срещнете съпротивление.
- Винаги издърпайте бутона на катетъра назад преди въвеждането или изваждането му, за да сте сигурни, че върхът на катетъра възвръща оригиналната си форма.

### ДАТА НА "СРОК НА ГОДНОСТ"
Използвайте приспособлението преди датата на отбелязаната върху етикета на опаковката "Срок на годност".

### ИЗХВЪРЛЯНЕ
Рециклирайте компонентите или изхвърляйте продукта и остатъчните елементи или отпадъци от него в съответствие с местните закони и разпоредби.

### ПРЕПОРЪЧИТЕЛНИ УКАЗАНИЯ ЗА УПОТРЕБА

- Извадете катетъра от опаковката и го поставете в стерилна работна зона. Създайте съдов достъп през голям централен кръвоносен съд чрез асептични техники, и въведете катетъра.
- Свържете съединителите за интерфейс към съответната записваща апаратура.
- Уверете се, че плъзгачът и извода издърпани назад преди въвеждане на катетъра. Придвижете катетъра към изследвана част на ендокарда. За подпомагане на правилното разполагане на катетъра използвайте флуороскопия и електрограми. Движейки плъзгача, регулирайте според необходимостта радиуса на извивката. Придвижването на бутона напред води до огъване (извиване) на върха на катетъра; при дърпане на бутона назад върхът се изправя.
- Преди изваждане на катетъра се уверете, че бутонът е издърпан назад докрай. Извадете катетъра и го изхвърлете по правилния начин. Да не се стерилизира и употребява повторно.
- Ако имате някакви въпроси по отношение на използването или на функционирането на този продукт, консултирайте се с местния дистрибутор или с производителя.

M-5276-86L

CONFIDENTIAL                                                                                       BWI-INN00100583

Български

**НЕЖЕЛАНИ ЕФЕКТИ**

Документирани са голям брой сериозни нежелани ефекти вследствие на процедурите на сърдечна катетеризация, включително белодробна емболия, инфаркт на миокарда, инсулт, сърдечна тампонада, и смърт. В литературата са описани и следните усложнения, свързани със сърдечна катетеризация: кървене от съдовете, местни хематоми, тромбоза, АВ фистула, псевдоаневризма, тромбоемболия, вазовагални реакции, сърдечна перфорация, въздушна емболия, аритмии, клапно увреждане, пневмоторакс и хемоторакс.

**ГАРАНЦИЯ И ОГРАНИЧЕНА ОТГОВОРНОСТ**

ЗА ТУК ОПИСАНИЯ(ТЕ) ПРОДУКТ(И) НЯМА ДИРЕКТНА ИЛИ ПОДРАЗБИРАЩА СЕ ГАРАНЦИЯ, ВКЛЮЧИТЕЛНО, БЕЗ ОГРАНИЧЕНИЯ, КАКВАТО И ДА БИЛО ПРЕДПОЛАГАЕМА ГАРАНЦИЯ ЗА ТЪРГОВСКА РЕАЛИЗАЦИЯ ИЛИ ПРИГОДНОСТ ЗА ОПРЕДЕЛЕНА ЦЕЛ. ПРИ НИКАКВИ ОБСТОЯТЕЛСТВА BIOSENSE WEBSTER, INC. ИЛИ СВЪРЗАНИТЕ С ТЯХ КОМПАНИИ, НЯМА ДА НОСЯТ ОТГОВОРНОСТ ЗА КАКВИТО И ДА СА ОСОБЕНИ, ПРЕКИ, СЛУЧАЙНИ, ПОСЛЕДВАЩИ ИЛИ ДРУГИ УВРЕДИ, ОСВЕН ИЗРИЧНО ПОСОЧЕНИТЕ ОТ ПРИЛОЖНОТО ЗАКОНОДАТЕЛСТВО.

БЕЗ ДА ОГРАНИЧАВА ГОРЕПОСОЧЕНОТО, BIOSENSE WEBSTER, INC. ИЛИ ТЕХНИТЕ СВЪРЗАНИ КОМПАНИИ, НЯМА ДА БЪДАТ ОТГОВОРНИ ЗА КАКВИТО И ДА БИЛО ОСОБЕНИ, ПРЕКИ, ИНЦИДЕНТНИ, КОСВЕНИ ИЛИ ДРУГИ ВРЕДИ, ВЪЗНИКНАЛИ ВСЛЕДСТВИЕ НА ПОВТОРНА УПОТРЕБА НА ПРОДУКТ(И), ОБОЗНАЧЕН(И) ЗА ЕДНОКРАТНА УПОТРЕБА, ИЛИ КЪДЕТО ПОВТОРНАТА УПОТРЕБА Е ЗАБРАНЕНА ОТ СЪОТВЕТНОТО ЗАКОНОДАТЕЛСТВО.

Описания и спецификации, срещащи се в печатни материали на Biosense Webster, Inc., включително в тази публикация, са само за информация и целят единствено да представят общо описание на продукта към момента на производство, и по никакъв начин не са предназначени или предоставени като гаранция на дадения продукт.

CONFIDENTIAL                                                                                         BWI-INN00100584

## Cateter de electrofiziologie: Vârf deflectabil; Catetere cu vârf deflectabil ortogonal; Vârf deflectabil împletit; Vârf deflectabil HALO® XP cartografiere tricuspidă, HALO®; & vârf deflectabil CRISTACATH™ şi de cartografiere ISMUS® Cath

- **Steril. Sterilizat cu oxid de etilenă.**
- **Exclusiv de unică folosinţă.**
- **Nu utilizaţi dispozitivul dacă ambalajul este deschis sau deteriorat.**
- **Legile federale (SUA) permit vânzarea acestui dispozitiv numai de către sau pe bază de reţetă eliberată de medic.**

### DESCRIEREA CATETERULUI

Cateterul cu electrod de vârf deflectabil Biosense Webster® a fost proiectat pentru a uşura cartografierea electrofiziologică a inimii. Cateterul are o tijă cu grad înalt de torsiune, cu o secţiune a vârfului deflectabilă care conţine o matrice de electrozi de platină care se pot utiliza pentru stimulare şi înregistrare. Sunt disponibile mai multe configuraţii ale vârfului. (Tipurile de curbe standard sunt identificate printr-o bandă colorată marcată pe tijă în apropierea capătului proximal - a se vedea catalogul.)

Cateterul ortogonal cu vârf deflectabil a fost proiectat pentru a uşura cartografierea electrofiziologică a inimii. Cateterul are o tijă cu grad înalt de torsiune, cu o secţiune a vârfului deflectabilă care conţine electrozi de platină tip placă ce se pot utiliza pentru stimulare şi înregistrare.

Cateterul cu vârf deflectabil împletit este un cateter multielectrod cu un vârf deflectabil, destinat să faciliteze cartografierea electrofiziologică a inimii. Cateterul are o tijă de înaltă torsiune cu o secţiune a vârfului deflectabilă care conţine electrozi de platină. Datorită împletiturii interne, cateterul este destinat facilitării obţinerii electrogramelor locale stabile. Toţi electrozii pot fi utilizaţi în scopuri de înregistrare şi stimulare.

Cateterele cu vârf deflectabil CRISTACATH™ şi ISMUS® Cath au fost proiectate pentru cartografierea electrofiziologică a structurilor inimii. Cateterul are o tijă cu grad înalt de torsiune, cu o secţiune a vârfului cu o secţiune ce conţine zece perechi de electrozi de platină care se pot vizualiza uşor sub fluoroscopie. Cateterele cu vârf deflectabil CRISTACATH™ şi ISMUS® Cath facilitează realizarea simultană de electrograme locale, datorită numărului mai mare de electrozi şi capacităţii lor de deflecţie.

Cateterele cu vârf deflectabil HALO® XP şi HALO® Cath au fost proiectate pentru cartografierea electrofiziologică a inimii, în mod particular a inelului tricuspid. Cateterul are o tijă cu grad înalt de torsiune, cu o secţiune a vârfului în formă de halo ce conţine zece perechi de electrozi de platină care se pot vizualiza uşor sub fluoroscopie. Secţiunea vârfului conţine de asemenea în centrul matricii de electrozi un marker radioopac. Secţiunea de formă halo a vârfului are o curbură preformată ce poate fi poziţionată în jurul regiunii atriale a inelului tricuspid. Secţiunea vârfului este învelită cu un element de protecţie din nylon.

La un fir intern de tragere care modifică raza de curbură este ataşat un piston amplasat în piesa manuală. Atunci când pistonul este împins înainte, se reduce raza de curbură a buclei preformate, iar când butonul este tras înapoi, se măreşte raza de curbură până când secţiunea vârfului revine la forma preformată. Tija de înaltă torsiune permite manevrarea planului curbei pentru a facilita poziţionarea precisă.

Cateterele cu vârf deflectabil HALO® XP şi HALO® facilitează realizarea simultană de electrograme locale cuprinzând inelul tricuspid, de la zona medio-septală până la zona anterioară, laterală şi postero-laterală. Pot fi obţinute înregistrări ale întregului inel fără repoziţionarea vârfului cateterului.

Deflecţia vârfului este controlată la capătul proximal de către o piesă manuală tubulară în care glisează un piston. Când pistonul este împins înainte cu butonul dedicat, vârful este deflectat (curbat). Când pistonul este tras înapoi, vârful se îndreaptă. Tija de înaltă torsiune permite rotirea planului vârfului curbat pentru a facilita poziţionarea precisă a vârfului cateterului în locul dorit.

**Cateterul interfaţează cu echipamentul standard de înregistrare prin intermediul cablurilor de interfaţă cu conectori corespunzători.**

**CONSULTAŢI DISTRIBUITORUL LOCAL SAU PRODUCĂTORUL PENTRU CABLURILE DE INTERFAŢĂ ADECVATE.**

### INDICAŢII

Cateterul este indicat pentru cartografierea electrofiziologică a structurilor cardiace; cu alte cuvinte, numai pentru stimulare şi înregistrare. În plus, cateterul ortogonal cu vârf deflectabil este destinat utilizării în sinusul coronarian. În plus, cateterul cu vârf deflectabil împletit este destinat utilizării în partea dreaptă a inimii. În plus, cateterele CRISTACATH™ şi ISMUS® Cath sunt destinate să faciliteze obţinerea electrogramelor în interiorul ostiumului şi a cordului. În plus, forma prestabilită halo a secţiunii vârfului cateterelor HALO® XP şi HALO® este realizată în mod special pentru inelul tricuspid.

### CONTRAINDICAŢII

Cateterul cu electrod de vârf deflectabil Biosense Webster® nu s-a dovedit a fi sigur şi eficient pentru ablaţiunea electrică sau pentru utilizare în vasculatura coronariană, cu excepţia ostiumului sinusal coronarian. În plus, cateterul cu vârf împletit este contraindicat pentru utilizarea în partea stângă a inimii. În plus, metoda transseptală este contraindicată.

Este posibil ca utilizarea cateterului să nu fie adecvată pentru pacienţii cu valve protetice. Infecţia sistemică activă este o contraindicaţie relativă pentru procedurile cardiace care implică utilizarea cateterului.

### AVERTIZĂRI

Procedurile de cateterizare cardiacă prezintă potenţial pentru expunerea la niveluri semnificative de raze X, care poate conduce atât la vătămări corporale acute datorate radiaţiilor, cât şi la un risc sporit de producere a efectelor somatice şi genetice, atât la pacienţi cât şi la personalul de laborator, datorită intensităţii fasciculului de raze X şi duratei imagisticii fluoroscopice. Cateterizarea cardiacă trebuie efectuată numai după ce a fost acordată o atenţie adecvată potenţialei expuneri la radiaţii asociată cu procedura şi măsurilor luate pentru a minimiza această expunere. Ca urmare, este necesar să se acorde o atenţie deosebită în cazul utilizării acestui cateter la femeile gravide.

- Nu scufundaţi mânerul proximal sau conectorul de cablu în fluide; poate fi afectată performanţa electrică.
- Nu expuneţi cateterul acţiunii solvenţilor organici cum ar fi alcoolul.
- Nu trataţi cateterul în autoclavă.

### PRECAUŢII

- Nu încercaţi să operaţi cateterul cu vârf deflectabil Biosense Webster înainte de a citi şi de a înţelege pe deplin aceste instrucţiuni de utilizare.
- A se păstra la loc răcoros, uscat şi întunecos.
- Ambalajul steril şi cateterul trebuie inspectate înainte de utilizare.
- A nu se resteriliza şi reutiliza.
- Acest dispozitiv este ambalat şi sterilizat doar pentru utilizare unică. Nu-l reutilizaţi, reprocesaţi sau resterilizaţi. Reutilizarea, reprocesarea sau sterilizarea poate compromite integritatea structurală a dispozitivului şi/sau poate conduce la deteriorarea sa care, la rândul ei, poate duce la rănirea, îmbolnăvirea sau decesul pacientului. De asemenea, reprocesarea sau resterilizarea dispozitivelor de unică folosinţă poate crea un risc de contaminare şi/sau poate provoca infectarea pacientului sau infectarea încrucişată, incluzând, dar fără a se limita la, transmiterea bolii (bolilor) infecţioase de la un pacient la altul. Contaminarea dispozitivului poate conduce la rănirea, îmbolnăvirea sau decesul pacientului.
- Procedurile de cateterizare cardiacă trebuie efectuate numai de către personal instruit adecvat şi într-un laborator de electrofiziologie complet echipat.
- Manipulaţi cateterul cu grijă pentru a evita leziunile cardiace, perforarea sau tamponada. Înaintarea şi plasarea cateterului trebuie efectuată sub ghidaj fluoroscopic. Nu utilizaţi forţă excesivă pentru avansarea sau retragerea cateterului atunci când întâmpinaţi rezistenţă.
- Trageţi întotdeauna butonul cateterului înapoi înainte de introducere sau de retragere pentru a vă asigura ca vârful cateterului revine la forma sa iniţială.

### DATA „VALABIL PÂNĂ LA"

Utilizaţi dispozitivul până la data „Valabil până la" de pe eticheta ambalajului.

### ELIMINAREA

Reciclaţi componentele sau eliminaţi produsul şi reziduurile sau deşeurile sale conform legilor şi reglementărilor locale.

### INSTRUCŢIUNI DE UTILIZARE SUGERATE

- Scoateţi cateterul din ambalaj şi plasaţi-l într-o zonă de lucru sterilă. Creaţi un acces vascular într-un vas sanguin central de mari dimensiuni utilizând tehnici aseptice şi introduceţi cateterul.
- Conectaţi conectorul de interfaţă la echipamentul înregistrare adecvat.
- Confirmaţi faptul că butonul este complet tras înapoi înainte de introducere. Avansaţi cateterul către zona endocardului supusă investigaţiei. Pentru facilitarea poziţionării corespunzătoare utilizaţi atât fluoroscopia, cât şi EKG. Reglaţi raza curburii în funcţie de perechea prin manipularea butonului. Împingerea butonului înainte provoacă curbarea vârfului cateterului; când butonul este tras înapoi, vârful se îndreaptă.
- Înainte de scoaterea cateterului, confirmaţi faptul că butonul e fost tras înapoi complet. Scoateţi cateterul şi eliminaţi-l într-o manieră adecvată. A nu se resteriliza şi reutiliza.
- Dacă aveţi întrebări referitoare la utilizarea sau la performanţa acestui produs, vă rugăm luaţi legătura cu distribuitorul local sau cu producătorul.

### REACŢII ADVERSE

Pentru procedurile de cateterizare cardiacă au fost documentate un număr de reacţii adverse grave, incluzând embolia pulmonară, infarctul miocardic, accidentul vascular cerebral, tamponada cardiacă şi decesul. De asemenea, în literatura de specialitate au fost raportate următoarele complicaţii asociate cu cateterizarea cardiacă: hemoragia vasculară, hematoamele locale, tromboza, fistulele atrioventriculare, pseudoanevrismul, tromboembolia, reacţiile vasovagale, perforaţiile cardiace, aeroembolia, aritmia, leziunile valvulare, pneumotoraxul şi hemotoraxul.

M-5276-86L

CONFIDENTIAL                                                                                          BWI-INN00100585

**DECLARAȚIE DE GARANȚIE ȘI DE LIMITARE A RESPONSABILITĂȚII**

PENTRU PRODUSELE DESCRISE ÎN ACEST DOCUMENT NU SE ACORDĂ NICIUN FEL DE GARANȚIE, IMPLICITĂ SAU EXPLICITĂ, INCLUZÂND, DAR FĂRĂ A SE LIMITA LA, ORICE GARANȚIE IMPLICITĂ PRIVIND VANDABILITATEA PRODUSULUI SAU ADECVAREA ACESTUIA LA UN ANUMIT SCOP. ÎN NICIO CIRCUMSTANȚĂ, BIOSENSE WEBSTER, INC. SAU COMPANIILE SALE AFILIATE NU VOR FI RESPONSABILE PENTRU NICIUN FEL DE DAUNE SPECIALE, DIRECTE, ACCIDENTALE, REZULTATE PE CALE DE CONSECINȚĂ SAU DE ALT TIP, ALTELE DECÂT CELE PREVĂZUTE ÎN MOD EXPRES DE LEGISLAȚIA APLICABILĂ.

FĂRĂ LIMITAREA CELOR DE MAI SUS, BIOSENSE WEBSTER, INC SAU COMPANIILE AFILIATE NU VOR FI RESPONSABILE PENTRU NICIUN FEL DE DAUNE SPECIALE, DIRECTE, ACCIDENTALE, REZULTATE PE CALE DE CONSECINȚĂ SAU DE ALT TIP, DAUNE PRODUSE PRIN REUTILIZAREA ORICĂRUI PRODUS ETICHETAT CA FIIND DE UNICĂ FOLOSINȚĂ SAU ÎN SITUAȚIILE ÎN CARE REUTILIZAREA ESTE INTERZISĂ DE LEGISLAȚIA APLICABILĂ.

Descrierile și specificațiile care apar în documentația Biosense Webster, Inc. tipărită, inclusiv această publicație, au numai caracter informativ și sunt destinate numai descrierii generale a produsului în momentul fabricației, nefiind efectuate sau oferite sub nicio formă ca garanție a produsului prescris.

CONFIDENTIAL

BWI-INN00100586

## Elektrofüsioloogiline kateeter: kaarduva otsaga; kaarduva otsaga ortogonaalne; kaarduva põimikotsaga; HALO®XP painduva otsaga trikuspidaalne kaardistuskateeter, HALO®; CRISTACATH™ ja ISMUS® Сатн painduva otsaga kaardistuskateetrid

- **Steriilne. Steriliseeritud etüleenoksiidiga.**
- **Ainult ühekordseks kasutamiseks.**
- **Mitte kasutada, kui pakend on avatud või vigastatud.**
- **(USA) Föderaalseadusandlus piirab vahendi müüki ning kehtestab selle eeltingimuseks arstipoolse tellimuse.**

**KATEETRI KIRJELDUS**

Biosense Webster® painduva otsaga elektroodkateeter on konstrueeritud südame struktuuride elektrofüsioloogilise kaardistamise hõlbustamiseks. Kateetri koosseisus on kõrge pöördemomendiga varras, mille kõrvalejuhitava otsa küljes on plaatinast elektroodide jada, mida saab kasutada stimulatsiooni ja salvestamisel. Kasutada võib mitut tüüpi otsa konfiguratsioone. (Kaarte standardtüüpe määratakse varda proksimaalse otsa lähedal paikneva varviriba abil - vt kataloog.)

Painduva otsaga ortogonaalne kateeter on mõeldud südame struktuuride elektrofüsioloogilise kaardistamise hõlbustamiseks. Kateetri koosseisus on kõrge pöördemomendiga varras, mille kõrvalejuhitava otsaseiktsiooni küljes on plaatinast naaselektroodid, mida saab kasutada stimulatsiooni ja salvestamisel.

Painduva põimikotsaga kateeter on paljude elektroodidega kateeter, mille kaardi otsa on mõeldud südame elektrofüsioloogilise kaardistamise hõlbustamiseks. Kateetri koosseisus on kõrge pöördemomendiga varras, mille kõrvalejuhitava otsa küljes on plaatinast elektroodid. Kateeter on konstrueeritud stabiilsete lokaalsete elektrogrammide tegemise hõlbustamiseks sisemise põimiku abil. Kõiki elektroode saab kasutada stimulatsiooniks ja salvestamiseks.

CRISTACATH™ ja ISMUS® Сатн painduva otsaga kateetrid on konstrueeritud südame struktuuride elektrofüsioloogiliseks kaardistamiseks. Kateetritel on kõrge pöördemomendiga varras ning tipuosa, milles asuvad klümme paari plaatina elektroode, mida on fluoroskoobiga kerge naha. CRISTACATH™ ja ISMUS® Сатн painduva otsaga kateetrid võimaldavad stimuleerida lokaalsete elektrogrammide teostamist tänu suuremale elektroodide arvule ja kaardumisvõimele.

HALO®XP painduva otsaga ja HALO® kateetrid on ette nähtud südame, eriti trikuspidaalklapi võru elektrofüsioloogiliseks uuringuks. Kateetritel on suure pöördemomendiga võll, mille oreoolikujulises otsaosas on kümme paari plaatinaelektroode, mis on fluoroskoopia abil hästi nähtavad. Tipuosas on elektroodide jada keskel ka röntgenikiirgusele läbipaistmatu märk. Oreoolikujulisel otsaosal on vormitud kõverus, mille saab paigaldada trikuspidaalklapi võru kojapoolsele osa ümber. Otsaosa on pakitud plastmassist otsakaitsega.

Käepidemes sisalduv kolb on kinnitatud sisemise tõmbetraadi külge, mis muudab kõveruse raadiust. Kui kolbi lükatakse ettepoole, siis vormitud silmuse kõveruse raadius väheneb; kui nuppu tagasi tõmmata, siis kõveruse raadius suureneb, kuni taastub otsaosa algne kuju. Suure pöördemomendiga võll lükkab kõvera tasapinnaga manööverdada, et oleks lihtsam täpselt paigaldada.

HALO®XP painduva otsaga ja HALO® kateetrid hõlbustavad üheaegsete lokaalsete elektrogrammide saamist, mis hõlmavad trikuspidaalklapi võru seina keskosast esiosani ja külgedest külgedetaguse osani. Kogu klapi salvestused võib saada kateetri otsa ümber paigutamata.

Kõrvalekalutamiset saab reguleerida proksimaalsest otsast torukujulise käepidemega, milles liigub kolb. Kui kolbi lükatakse põidlanupust ettepoole, siis ots paindub (kaardub). Kui kolbi tõmmatakse tagasi, siis ots sirgestub. Kõrge pöördemomendiga võll saab kaardunud otsa tasandit pöörata ning see hõlbustab kateetri otsa täpset positsioneerimist soovitud kohale.

**Kateeter ühildub standardsete salvestusseadmetega liidese kaablite abil, millel on sobivad ühenduspistikud.**

**SOBIVATE LIIDESE KAABLITE MURETSEMISEKS KONSULTEERIGE KOHALIKU VAHENDAJA VÕI TOOTJAGA.**

**NÄIDUSTUSED**

Kateeter on mõeldud südame struktuuride elektrofüsioloogiliseks kaardistamiseks; st ainult stimuleerimiseks ja salvestamiseks. Lisaks on painduva otsaga ortogonaalne kateeter mõeldud kasutamiseks koronaar siinuses. Lisaks on painduva põimikotsaga kateeter mõeldud kasutamiseks südame parempoolses osas. Lisaks neile on CRISTACATH™ ja ISMUS® Сатн kateetrid kujundatud võimaldamaks elektrogrammide teostamist südame kodade piirkonnas. Peale selle on HALO® XP ja HALO® kateetrid vormitud oreoolikujuline ots mõeldud konkreetselt trikuspidaalklapi võrule.

**VASTUNÄIDUSTUSED**

Biosense Webster® painduva otsaga kateeter ei ole ohutu ja efektiivne elektrilise ablatsiooni teostamise vahend ega kasutamisel koronaarides mujal kui ainult siinuse suistikus. Lisaks on painduva põimikotsaga kateetril kasutamine vastunäidustatud südame vasakpoolses osas. Peale selle on vastunäidustatud transseptaalne lähenemine.

Kateetri kasutamine võib südame klapiproteesiga patsientide puhul olla sobimatu. Südamekateetri abil läbiviidavate protseduuride puhul on suhteliseks vastunäidustuseks aktiivne süsteemne infektsioon.

**HOIATUSED**

Südame kateeteriseerimise protseduuridega võib kaasneda märkimisväärne röntgenkiirguskoormuse oht, mis võib põhjustada ägedat kiirguskahjustust ning tõsta somaatiliste ja geneetiliste mõjude riske mi laboritöötajatele kui ka laboritöötajatele sõltuvalt röntgenkiirguse intensiivsusest ja fluoroskoopia protseduuri kestkusest. Südame kateteriseerimist võib läbi viia ainult siis, kui protseduuriga seotud potentsiaalset kiirguskoormust on adekvaatselt hinnatud ning selle ohu minimeerimiseks on võetud meetmeid. Seetõttu on vaja eelnevalt hoolikalt kaalutleda, kas kateetrit kasutada rasedate puhul.

- Proksimaalset hoidikut ega kaabliotsikut ei tohi kasta vedelikesse; see võib halvendada elektrilisi omadusi.
- Kateeter ei tohi kokku puutuda orgaaniliste lahustega nagu alkohol.
- Kateetrit ei tohi autoklaavis kuumutada.

**ETTEVAATUSABINÕUD**

- Biosense Websteri painduva otsaga elektrofüsioloogilist kateetrit ei tohi kasutada enne esolevate kasutusjuhiste põhjaliku lugemist ja täielikku mõistmist.
- Hoida jahedas, kuivas ja pimedas kohas.
- Enne kasutamist tuleb kontrollida pakendi ja kateetri steriilsust.
- Ei tohi uuesti steriliseerida ega korduvalt kasutada.
- See seade on pakitud ja steriliseeritud ainult ühekordseks kasutamiseks. Ärge võtke seadet teistkordsesse kasutusse, töödelge ümber ega resteriliseerige. Teistkordne kasutamine, ümbertöötlus ja resteriliseerimine võivad kahjustada seadet ja/või muuta selle kasutuskõlbmatuks, mille tagajärjeks võib olla patsiendi vigastamine, haigus või surm. Ühekordsete seadmete teistkordse kasutamine, ümbertöötlus ja resteriliseerimine võivad olla ka saasteohu allikaks ja/või kaasa tuua patsiendi infektsiooni või vastastikuse infektsiooni, k.a (kuid mitte ainult) nakkushaiguste leviku üheit patsiendilt teisele. Seadme saastumine võib kahjustada patsienti, tekitada haigusi või põhjustada patsiendi surma.
- Südame kateeteriseerimise protseduure tohib läbi viia üksnes vastava valdkpõhjaliku põhjaliku arsti ja vajaliku sisseseadet omavas elektrofüsioloogias labori.
- Südame kahjustamise, perforatsiooni või tamponaadi vältimiseks tuleb kateetriga ettevaatlikult ringi käia. Kateetri edasinihutamine ja kohale paigaldamine peab toimuma röntgenkontrolli tingimustes. Takistuste tunnetamisel kateetri paigaldamisel ja eemaldamisel ei tohi kasutada jõulisi liigutusi.
- Enne kateetri sisestamist või välja tõmbamist tuleb põidlanuppu tagasi tõmmata, et kateetri ots oleks vastavuses oma esialgse kujuga.

**"PARIM ENNE" KUUPÄEV**

Kateetrit võib kasutada üksnes enne pakendil toodud kasutustähtaja lõppemist.

**JÄÄTMEKÄITLUS**

Töödelge komponendid ümber või hävitage toode ja selle jääkkomponendid või jäätmed vastavalt kehtivatele seadustele ja eeskirjadele.

**SOOVITISLIKUD KASUTUSJUHISED**

- Eemaldage kateeter pakendist ja asetage see steriilsesse tööpiirkonda. Looge aseptika nõudeid arvestades juurdepääs tsentraalsesse veresoonde ja sisestage kateeter.
- Ühendage liidese otsikud vastava salvestusseadmega.
- Veenduge, et põidlanupp on enne sisestamist täielikult tagasi tõmmatud. Juhtige kateeter uuritavasse endokardi piirkonda. Õigeks positsioneerimiseks kasutage nii röntgenit kui elektrogramme. Reguleerige otsa kaare raadius põidlanupu abil. Põidlanupu ettepoole lükkamine kõverdab kateetri otsa (muudab selle kaarjaks), nupu tagasi tõmbamisel muutub ots sirgemaks.
- Enne kateetri eemaldamist veenduge, et põidlanupp oleks täiesti tagasi tõmmatud. Eemaldage kateeter ja hävitage see nõuetekohaselt. Ei tohi uuesti steriliseerida ega korduvalt kasutada.
- Kui käesoleva toote kasutamise või toimimise kohta on küsimusi, konsulteerige kohaliku vahendaja või tootjaga.

**KÕRVALTOIMED**

Seoses südame kateteriseerimisega on tähendatud mitmeid tõsiseid kõrvaltoimed sealhulgas kopsuarteri trombemboliat, müokardiinfarkti, insulti, südame tamponaadi ja surma. Seoses südame kateteriseerimisega on erialakirjanduses andmeid ka alljärgnevate komplikatsioonide kohta: vaskulaarne verejooks, lokaalsed hematoomid, tromboos, arteriovenoosse fistuli teke, pseudoaneurüsmi teke, trombemboolia, vasovagaalsed reaktsioonid, südame perforatsioon, õhkemboolia, rütmihäired, klappide kahjustus, pneumotooraks ja hemotooraks.

M-5276-86L

CONFIDENTIAL                                                              BWI-INN00100587

**GARANTIIST LAHTIÜTLEMINE JA VASTUTUSE PIIRID**

TOO(DE)TELE EI LAIENE ÜKSKI OTSENE EGA KAUDNE GARANTII KAASA ARVATUD, KUID MITTE AINULT, MÜÜDAVUSE JA MINGIKS KINDLAKS OTSTARBEKS SOBIVUSE GARANTIID. BIOSENSE WEBSTER, INC EGA SELLE SIDUSETTEVÕTTED EI VASTUTA ÜHELGI JUHUL KONKREETSETE, OTSESTE, JUHUSLIKE, PÕHJUSLIKE EGA MUUDE KAHJUDE EEST, VÄLJA ARVATUD KOHALDATAVATES ÕIGUSAKTIDES OTSESELT SÄTESTATUD JUHTUDEL.

BIOSENSE WEBSTER, INC. JA TEMA HARUFIRMAD EI OLE VASTUTAVAD MINGITE ERI, OTSESTE, KAUDSETE, TULENEVATE VÕI MUUDE KAHJUSTUSTE EEST, MIS ON TINGITUD ÜHEKORDSEKS KASUTAMISEKS MÕELDUD JA VASTAVALT TÄHISTATUD TOOTE KORDUVKASUTAMISEST VÕI KUI KORDUVKASUTAMINE ON KEHTIVA SEADUSANDLUSE ALUSEL KEELATUD.

Firma Biosense Webster, Inc. trükistes avaldatavad kirjeldused ja spetsifikatsioonid, k.a. käesolev trükis, on informatiivse iseloomuga ja annavad üksnes toote üldkirjelduse, mis ei ole mingil juhul mõeldud andma tootele mingit garantiid.

---

CONFIDENTIAL    BWI-INN00100588

**Elektrofizioloģijas katetrs: izliecams uzgalis; ortogonāls izliecams uzgalis; izliecams pīts uzgalis; HALO® XP Tricuspid kartējošais ar orientējamo smaili, HALO®; un Iokana uzgaļa CRISTACATH™ un ISMUS® CATH kartēšanas katetri**

- Sterils. Sterilizēts ar etilēna oksīdu.
- Tikai vienreizēji lietošanai.
- Nelietojiet, ja iepakojums ir atvērts vai bojāts.
- Federālā likumdošana (ASV) nosaka ierobežojumus iegādāties šo ierīci pēc ārsta receptes vai pašiem ārstiem.

**KATETRA APRAKSTS**

Biosense Webster® elektrodu katetrs ar izliecamu uzgali ir izveidots, lai atvieglotu sirds elektrofizioloģisko kartēšanu. Katetram ir savīts kāts ar saliecamu uzgaļa sekciju, kurā ir platīna elektrodi, ko izmanto stimulācijai un reģistrēšanai. Ir pieejamas vairākas uzgaļa modifikācijas. (Standarta līknes veids ir apzīmēts ar krāsainu līniju netālu no proksimālā gala - skatīt katalogā).

Katetrs ar taisnleņķa izliecamo uzgali ir izveidots, lai atvieglotu sirds elektrofizioloģisko kartēšanu. Katetram ir viegli rotējošs kāts ar izliecama uzgaļa sekciju, kura distālajā galā atrodas stimulācijas un reģistrēšanas mērķiem izmantojami platīnveida platīna elektrodi.

Katetrs ar izliecamu pītu uzgali ir vairākelektrodu katetrs ar izliecamu uzgali, kas izveidots, lai atvieglotu sirds elektrofizioloģisko kartēšanu. Katetram ir viegli rotējošs kāts ar izliecama uzgaļa sekciju ar platīna elektrodiem. Katetrs ir izveidots, lai ar tā palīdzību iegūtu stabilas lokālas elektrogrammas, ko veicina iekšējais pinums. Visi elektrodi var tikt izmantoti reģistrēšanai un stimulēšanai.

Iokana uzgaļa CRISTACATH™ un ISMUS® CATH katetri ir izstrādāti sirds struktūru elektrofizioloģiskai kartēšanai. Katetriem ir cieši savīts kāts ar uzgali, kurš satur desmit platīna elektrodu pārus, kurus var redzēt ar fluoroskopu. CRISTACATH™ un ISMUS® CATH katetri ar izliecamu uzgali atvieglo vienlaicīgu lokālu elektrogrammu iegūšanu, pateicoties lielākam elektrodu skaitam un to spējai izkliedēt.

HALO® XP ar orientējamo smaili un HALO® katetri ir izveidoti sirds elektrofizioloģiskai kartēšanai, sevišķi trikuspidālā vārstuļa kartēšanai. Katetriem ir viegli pagriežams stiebrs ar gredzenveida smailes sekciju, kas ietver 10 platīna elektrodu pārus, kurus ir viegli saskatīt fluoroskopā. Smailes sekcija ietver arī rentgenstariem necaurspīdīgu marķējumu elektrodu izkārtojuma centrā. Gredzenveida smailes sekcija izveidota ar speciālu liekumu, kas var tikt novietots ap trikuspidālā vārstuļa atriālo pusi. Smailes sekcija ir iesaiņota ar plastmasas smailes aizsargu.

Uzgaļa izliekumu vada ar proksimālajā galā izvietoto cilindrisko rokturi, kurā kustas virzulis. Kad virzuli ar kloķi virza uz priekšu, uzgalis izliecas. Kad virzuli atvelk atpakaļ, uzgalis iztaisnojas. Savītais kāts ļauj izliektā uzgaļa plaknei rotēt, lai nodrošinātu precīzu katetra gala novietošanu vajadzīgajā vietā.

HALO® XP ar orientējamo smaili un HALO® katetri atvieglo vienlaicīgu lokālu elektrogrammu reģistrāciju, kas apvēr trikuspidālo vārstuli, no midseptālās līdz anteriorai daļai, laterālai un postlaterālai daļai. Visa vārstuļa elektrogrammas var iegūt, nemainot katetra smailes stāvokli.

Virzulis rokturī ir savienots ar iekšēju savilcējstiepli, kas maina liekuma radiusu. Kad virzulis tiek bīdīts uz priekšu, gatavās cilpas liekums tiek samazināts, kad spiedpoga tiek pavilkta atpakaļ, liekuma radiuss palielinās, līdz smailes sekcija atgriežas agrākajā cilpas formā. Viegli pagriežamais stiebrs atļauj pārvietot liekuma plakni, lai atvieglotu precīzu novietošanu.

Katetrs jāsavieno ar standarta reģistrācijas aprīkojumu, izmantojot savienotājvadus ar atbilstošiem savienojumiem.

**KONSULTĒJIETIES AR VIETĒJO IZPLATĪTĀJU VAI RAŽOTĀJU PAR TO, KĀDI SAVIENOTĀJVADI IR PIEMĒROTI.**

**INDIKĀCIJAS**

Katetrs ir paredzēts sirds struktūru elektrofizioloģiskai kartēšanai, piemēram, tikai stimulācijai un reģistrēšanai. Papildinājums - katetrs ar ortogonālo izliecamo uzgali ir izveidots lietošanai koronārajā sinusā. Papildinājums - katetrs ar izliecamu pītu uzgali ir izveidots lietošanai sirds labajā pusē. Papildus tam CRISTACATH™ un ISMUS® CATH katetri ir izstrādāti, lai atvieglotu elektrogrammas sirds priekškambara rajonā. Papildus minētajam, HALO® XP un HALO® katetru speciāli izveidotā smailes sekcija gredzenveida forma ir izveidota specifiski trikuspidālā vārstuļa kartēšanas vajadzībām.

**KONTRINDIKĀCIJAS**

Nav zināms, vai Biosense Webster® elektrodu katetrs ar izliecamu uzgali ir drošs un efektīvs elektriskajai ekstirpācijai vai izmantošanai koronārajos asinsvados citās vietās, nevis ievadot koronārā sinusā. Papildinājums - katetrs ar izliecamu pītu uzgali ir kontrindicēts lietošanai sirds kreisajā pusē. Papildus kontrindicēta ir transseptāla ievadīšana.

Katetra izmantošana var būt nepiemērota pacientiem ar protezētiem vārstuļiem. Relatīva kontrindikācija katetra ievadīšanas procedūrai ir aktīva sistēmiska infekcija.

**BRĪDINĀJUMI**

Sirds katetra lietošanas procedūras rada iespēju nozīmīgai rentgenstarojuma ekspozīcijai, kas var radīt akūtu radioloģisku saslimšanu, kā arī palielinātu risku rasties somatiskām vai ģenētiskām novirzēm. Tās attiecas gan uz pacientiem, gan uz laboratorijas darbiniekiem, jo fluoroskopiskā attēla sagatavošanas laikā rentgenstaru kūļa intensitāte un ilgums ir būtiski. Sirds katetra lietošanas procedūru var veikt tikai tad, kad attiecīgi izvērtēta potenciālā ekspozīcija starojumam procedūras laikā, un veikti pasākumi ekspozīcijas samazināšanai. Tādēļ arī rūpīgi jāizvērtē, vai katetra lietošana ir attaisnojama grūtniecības laikā.

- Neiegremdējiet proksimālo kloķi vai vadu savienojumus šķidrumā; var tikt ietekmēta elektrības padeve.
- Izvairieties no organisko šķīdinātāju lietošanas (piemēram, spirta).
- Neizmantojiet autoklāvu katetra sterilizācijai.

**PIESARDZĪBAS PASĀKUMI**

- Neuzsāciet darbu ar Biosense Webster elektrofizioloģijas katetru ar izliecamo uzgali pirms šo lietošanas instrukciju rūpīgas izlasīšanas un izpratnes.
- Uzglabāt vēsā, sausā un tumšā vietā.
- Uzglabāt vēsā, sausā un tumšā vietā.
- Nesterilizējiet un neizmantojiet atkārtoti.
- Šī ierīce ir iepakota un sterilizēta tikai vienai lietošanas reizei. Nelietojiet atkārtoti, neattīriet vai nesterilizējiet atkārtoti. Atkārtota lietošana, attīrīšana vai atkārtota sterilizēšana var izjaukt ierīces uzbūves viengabalainību un/vai izsaukt ierīces atteici, kas, savukārt, var izraisīt pacienta traumu, slimību vai nāvi. Vienreiz lietojamo ierīču attīrīšana vai atkārtota sterilizācija var arī radīt piesārņojuma risku un/vai izraisīt pacienta infekciju vai krustenisku infekciju, ieskaitot, bet neaprobežojoties ar infekcijas slimību pārnesi no viena slimnieka uz citu. Ierīces piesārņošana var izraisīt pacienta traumu, slimību vai nāvi.
- Sirds katetra ievadīšanu var veikt tikai attiecīgi apmācīti darbinieki elektrofizioloģijas laboratorijā ar pilnu aprīkojumu.
- Manipulācijas ar katetru jāveic piesardzīgi, lai novērstu bojājumus, perforāciju vai tamponādi. Katetra virzīšana un novietošana jāveic fluoroskopiskā uzraudzībā. Nelietojiet pārmērīgu spēku, mēģinot virzīt vai atvilkt katetru, ja sastopat pretestību.
- Pirms ievadīšanas vai izņemšanas vienmēr atvelciet kloķi atpakaļ, lai katetra uzgalis ieņemtu savu sākotnējo stāvokli.

**LIETOŠANAS TERMIŅŠ**

Izmantojiet ierīci, pirms beidzies lietošanas termiņš, kas norādīts uz iepakojuma.

**UTILIZĀCIJA**

Nododiet otrreizējai pārstrādei sastāvdaļas vai utilizējiet izstrādājumu un tā palikušos elementus vai atkritumus saskaņā ar vietējiem likumiem un noteikumiem.

**IETEICAMĀ LIETOŠANAS INSTRUKCIJA**

- Izņemiet katetru no iepakojuma un novietojiet to sterilā darba vietā. Izveidojiet ieeju lielajā centrālajā asinsvadā, izmantojot aseptiskas metodes, un ievadiet katetru.
- Pievienojiet savienotājvadus atbilstošam reģistrēšanas aprīkojumam.
- Pirms ievadīšanas pārliecinieties, ka kloķis ir atvirzīts atpakaļ līdz galējai pozīcijai. Ievirziet katetru līdz vietai endokardā, ko paredzēts pārbaudīt. Lai veiksmīgi novietotu katetru, izmantojiet gan fluoroskopiju, gan elektrogrammas. Nepieciešamo izliekumu precizējiet, manipulējot ar kloķi. Kloķa virzīšana uz priekšu izraisīs katetra uzgaļa saliekšanos, kad kloķis atvirzīts atpakaļ, uzgalis iztaisnojas.
- Pirms katetra izņemšanas pārliecinieties, ka kloķis atvirzīts galējā pozīcijā - izņemiet katetru un izmetiet to piemērotā veidā. Nesterilizējiet un atkārtoti neizmantojiet.
- Ja rodas jebkādi jautājumi par šīs preces lietošanu vai īpašībām, lūdzu, konsultējieties ar vietējiem izplatītājiem vai ražotājiem.

**BLAKUSIEDARBĪBAS**

Ir uzskaitītas daudzas nopietnas blakusiedarbības uz sirds katetra ievadīšanu, tai skaitā plaušu embolija, miokarda infarkts, insults, sirds tamponāde un nāve. Tālāk uzskaitītās komplikācijas, kas saistītas ar sirds katetra ievadīšanu, ir reģistrētas literatūrā: vaskulārā asiņošana, lokālas hematomas, tromboze, arteriovenozā fistula, pseidoaneirisma, vazovaglāas reakcijas, kardiāla perforācija, gaisa embolija, aritmijas, vārstuļu bojājumi, pneimotorakss un hemotorakss.

CONFIDENTIAL    BWI-INN00100589

Latviski

**GARANTIJAS PAZIŅOJUMS UN ATBILDĪBAS IEROBEŽOJUMI**

ŠEIT APRAKSTĪTAJAM PRODUKTAM (-IEM) NAV NEKĀDAS IZTEIKTAS VAI NETIEŠI NORĀDĪTAS GARANTIJAS, IESKAITOT, BET AR TO NEAPROBEŽOJOTIES, JEBKĀDAS NETIEŠI NORĀDĪTAS GARANTIJAS PAR PRODUKTA PIEPRASĪTĪBU VAI DERĪGUMU NOTEIKTAM MĒRĶIM. NEKĀDOS APSTĀKĻOS BIOSENSE WEBSTER, INC. VAI AR TO SAISTĪTĀS FIRMAS NEBŪS ATBILDĪGAS PAR JEBKĀDIEM SPECIĀLIEM, TIEŠIEM, NEJAUŠIEM, IZRIETOŠIEM VAI CITĀDIEM BOJĀJUMIEM CITĀDI KĀ VIEN TĀ, KĀ TAS IR SKAIDRI NOTEIKTS KONKRĒTAJĀ LIKUMĀ.

NEIEROBEŽOJOT IEPRIEKŠMINĒTO, BIOSENSE WEBSTER, INC. VAI AR TO SAISTĪTĀS FIRMAS NEBŪS ATBILDĪGAS PAR JEBKĀDIEM SPECIĀLIEM, TIEŠIEM, NEJAUŠIEM, IZRIETOŠIEM VAI CITĀDIEM BOJĀJUMIEM, KAS RADUŠIES JEBKURA (-U) PRODUKTA (-U), KAS MARĶĒTI KĀ VIENREIZĒJAS LIETOŠANAS VAI, KURU ATKĀRTOTA LIETOŠANA IR AIZLIEGTA AR ATTIECĪGU LIKUMU, ATKĀRTOTAS IZMANTOŠANAS.

Apraksti un specifikācijas, kas atrodamas Biosense Webster, Inc. drukātajā materiālā, ieskaitot šo publikāciju, ir tikai informatīvi un domāti tikai, lai vispārīgi aprakstītu produktu tā ražošanas laikā un nav izdoti kā jebkāda veida konkrētā produkta garantija.

---

CONFIDENTIAL                                                                         BWI-INN00100590

**Elektrofiziologinis kateteris: išsilenkiantis antgalis; statmenasis, lanksčia viršūne; lankstusis, vielos tinklelio viršūne; Deflectable Tip HALO® XP Tricuspid Mapping, HALO®; ir išsilenkiantis antgalis CRISTACATH™ ir ISMUS® CATH elektrografinio vizualizavimo kateteriai**

- **Sterilus. Sterilizuota etileno oksidu.**
- **Vienkartiniu naudojimu.**
- **Nenaudokite, jei paketas atidarytas ar pažeistas.**
- **Federalinis įstatymas (JAV) riboja šio įrenginio pardavimą tik gydytojams arba gydytojo nurodymu.**

**KATETERIO APRAŠYMAS**

Biosense Webster® elektrodinis kateteris su išsilenkiančiu antgaliu buvo sukurtas elektrofiziologiniam širdies vizualizavimui palengvinti. Kateteris turi greitai besisukančią ašį su daugybe platinos elektrodų distaliniame antgalyje, kurį galima naudoti stimuliavimui ar užrašymui. Yra keletas antgaliių konfigūracijų. (Standartiniai linkių tipai nustatomi pagal spaną ant ašies, šalia proksimalinio galiuko - žr. katalogą.)

Statmenasis kateteris lankščia viršūne skirtas elektrofiziologiniam širdies kartogravimui. Kateteris turi didelio sukimo momento kotą su lankščiu viršūnes segmentu, ant kurio išdestyti platininių plokšteliių elektrodai. Šie kateteriai gali būti naudojami stimuliavimui ir įrašymui.

Lankstusis kateteris lankščia viršūne yra daugiaelektrodinis kateteris lankščia viršūne, skirtas elektrofiziologiniam širdies kartogravimui. Kateteris turi didelio sukimo momento kotą su lankščia viršūnes dalimi, ant kurios išdestyti platininių plokšteliių elektrodai. Šis kateteris skirtas atlikti stacionarias lokalias kardiogramas per vidinį vielos tinklelį. Visi elektrodai gali būti naudojami įrašymui ir stimuliacijai.

Išsilenkiantis antgalis CRISTACATH™ ir ISMUS® CATH kateteriai skirti elektrofiziologiniam širdies struktūrų vizualizavimui bei su antgaliu sekcija, kurioje yra dešimt porų platinos elektrodų, kuriuos galima lengvai pamatyti per fluoroskopą. Išsilenkiantis antgalis CRISTACATH™ ir ISMUS® CATH kateteriai palengvina vienalaikes vietines elektrogramas del didesnio elektrodų skaičiaus ir jų išsilenkimo.

The Deflectable Tip HALO® XP ir HALO® kateteriai skirti elektrofiziologiniam širdies kartografavimui, o konkrečiau triburio vožtuvo žiedo sričiai. Kateteriai turi tamprią šerdį su vainiko (halo) formos galiuko dalimi, ant kurios yra dešimt platininių elektrodų, lengvai matomų fluoroskopijos metu. Galinė kateterio dalis, elektrodų galai (vainiko) centre turi rentgenokontrastinę žymą. Ant vainiko (halo) formos galiuko yra suformuota išlanka, kuri gali būti lokalizuota šalia triburio vožtuvo priešširdines dalies. Galiukas supakuotas į plastikinę apsaugą.

Antgaliio išsilenkimą galima kontroliuoti iš proksimalinio galo, naudojant "pistoletą", į kurį įstumiamas stūmoklis. Stūmoklį pastūmus į priekį kartu su mygtuku, antgalis pakrypsta (nulinksta). Stūmoklį patraukus atgal, antgalis išsitiesina. Greitai besisukanti ašis leidžia pasukti distalinio linkio plokštumą ir taip kateterio antgalį tiksliai nukreipti į norimą vietą.

HALO® XP ir HALO® kateteriai įgalina vieną metu registruoti lokalias elektrogramas apimant triburio vožtuvo žiedą nuo pertvaros vidurinės dalies link priekines, link šoninies, link užpakalinės šonines. Visos triburio vožtuvo srities duomenys gali būti gaunami (užregistruoti) nekeičiant kateterio galiuko padeties.

Rankines kateterio dalies stūmokliukas yra sujungtas su stumdoma šerdimi, kuri keičia (kateterio galo) išlinkimo spindulį. Stumiant stūmokliuką į priekį išlinkimo kilpos spindulys mažėja; traukiant rankenelę į save išlinkimo radiusas dideja tol, kol kateterio galas įgauna pradinę formą. Didelio tamprumo kateterio šerdis leidžia keisti kreivės sąlyčio (su abliuojamu paviršiumi) plokštuma tam, kad galiuką būtų įmanoma nustatyti tiksliai į norimą padetį.

**Naudojant kabelius su atitinkamomis jungtimis kateteris sąveikauja su standartine užrašymo įranga.**

**ATITINKAMŲ SĄSAJOS KABELIŲ TEIRAUKITĖS VIETINIO PLATINTOJO AR GAMINTOJO.**

**INDIKACIJOS**

Kateteris skirtas elektrofiziologiniam širdies vizualizavimui, t.y., tik stimuliavimui ir užrašymui. Kateteriai su lankščiomis viršūnėmis papildomai gali būti naudojami vainikinių arterijų ančiuose. Kateteriai su lankščiomis vielos tinklelio viršūnėmis papildomai gali būti naudojami dešinėje širdies puseje. Be to, CRISTACATH™ ir ISMUS® CATH kateteriai skirti širdies priešširdžio elektrogramoms palengvinti. HALO® XP ir HALO® kateterių vainiko formos konstrukcija specialiai skirta triburio vožtuvo zonai.

**KONTRAINDIKACIJOS**

Neįrodyta, kad Biosense Webster® elektrodo kateteris su išsilenkiančiu antgaliu būtų saugus ir efektyvus abliacijai elektra ar naudojimui prie vainikinių arterijų, išskyrus vainkinines fistules ostitą. Kateteriai su lankščiomis vielos tinklelio viršūnėmis negali būti naudojami kaireje širdies puseje. Be to, kontraindikuotinas transseptalinis metodas.

Kateterio naudoti nepatartina pacientams su pozityviais vožtuvais. Širdies kateterio procedūros sąlyginai draudžiamos esant aktyviai sisteminei infekcijai.

**ĮSPĖJIMAI**

Kateterizacijos procedūrų metu organai gali būti labai apšviesti rentgeno spinduliais, o tai gali sukelti stiprų spinduliavimo sužeidimą ir padidinti pavojų somatiniams ir genetiniams efektams, ne tik pacientams, bet ir laboratorijos darbuotojams, del rentgeno spindulių intensyvumo ir fluoroskopinio vaizdo gavimo trukmes. Kateterizaciją reikètų atlikti tik atidžiai ištudijavus su procedūra susijusį potencialų radiacijos išlaikymą ir minimaliai sumažinus radiaciją. Šį kateterį naudojant su nėščiomis moterimis reikia atidžiai apsvarstyti aplinkybes.

- Proksimalines rankeneles ar kabelio jungties neįmerkite į skystį; tai gali paveikti elektros veikimą.

- Su kateteriu negalima naudoti jokių organinių tirpiklių, pvz., alkoholio.

- Karterio neautoklavuokite.

**ATSARGUMO PRIEMONĖS**

- Biosense Webster kateterio su išsilenkiančiu antgaliu nemėginkite naudoti išsamiai neperskaitę ir nesupratę šių naudojimo nurodymų.

- Laikykite vėsioje, sausoje ir tamsioje vietoje.

- Prieš naudojant reikia patikrinti sterilią pakuotę ir kateterį.

- Nesterilizuokite ir nenaudokite pakartotinai.

- Šis prietaisas yra įpakuotas ir sterilizuotas tik vienkartiniam naudojimui. Pakartotinai nesterilizuoti, neapdoroti arba nenaudoti. Del pakartotinio naudojimo, apdorojimo ar sterilizavimo gali būti pažeistas struktūros vientisumas ir (arba) prietaisas gali sugesti. Tai, savo ruožtu, gali baigtis paciento sužalojimu, susirgimu ar mirtimi. Taip pat pakartotinis vienkartinio naudojimo prietaiso apdorojimas arba sterilizavimas gali sukelti užteršimo ir (arba) paciento infekcijos arba kryžmines infekcijos pavojų, be kitų įskaitant ir infekcinio (-ių) susirgimo (-ų) perdavimo nuo vieno paciento kitam galimybę. Del prietaiso užteršimo pacientas gali būti sužalotas, susirgti arba mirti.

- Kateterizacijos procedūrų turi atlikti atitinkamai kvalifikuotas personalas pilnai aprūpintoje elektrofiziologijos laboratorijoje.

- Norint išvengti širdies sužalojimo, perforacijos ar tamponados, su kateteriu reikia atidžiai elgtis. Kateterį perkelti ir padeti reikia naudojant fluoroskopą. Atsiradus pasipriešinimui, norėdami pastumti ar ištraukti kateterį, nenaudokite per dideles jėgos.

- Visada prieš įstatydami ar išimdami kateterį, patraukite jo mygtuką atgal, kad įsitikintumėte, jog kad kateterio antgalis nepakeitė formos.

**"NAUDOTI IKI" DATA**

Įrenginį naudokite nepasibaigus ant pakuotes etiketes nurodytam galiojimo laikui ("Naudoti iki" data).

**ŠALINIMAS**

Perdirbkite komponentus arba šalinkite gaminį ir jo likučius arba atliekas, laikydamiesi vietinių įstatymų ir potvarkių.

**REKOMENDUOJAMOS NAUDOJIMO INSTRUKCIJOS**

- Kateterį išimkite iš pakuotes ir padekite sterilioje darbo vietoje. Naudodami aseptinius būdus dideliame centriniame inde sukurkite priejungą prie kraujagyslių ir įdekite kateterį.

- Viršutinius jungikliuus prijunkite prie atitinkamos įrašymo aparatūros.

- Prieš įstatant kateterį, reikia įsitikinti, kad mygtukas yra pilnai patrauktas atgal. Kateterį patraukite į tikrinamo vidinio širdies dangalo sritį. Kad tinkamai jį padetumete, naudokite iš fluoroskopiją, ir elektrogramas. Išlinkimo spindulį tinkamai sureguliuokite naudodami mygtuką. Mygtuką pastūmus į priekį kateterio galiuko sekcija (išsilenkia) išsilenkia; mygtuką patraukus atgal antgalis išsitiesina.

- Prieš nuimdami kateterį patikrinkite, ar mygtukas yra pilnai patrauktas atgal. Išimkite kateterį ir atitinkamai jį išmeskite. Nesterilizuokite ir nenaudokite dar kartą.

- Jei turite klausimų del tv, kaip naudoti ar eksploatuoti šį produktą, pasitarkite su vietiniu platintoju ar gamintoju.

**NEIGIAMOS REAKCIJOS**

Kateterizacijos procedūrų metu užregistruota daug rimtų neigiamų reakcijų, įskaitant plaučių embolija, miokardito infarktą, insultą, širdies tamponadą ir mirtį. Literatūroje taip pat apibūdinamos tokios komplikacijos, susijusios su širdies kateterizacija: kraujagyslių kraujavimu, vietinemis kraujo išlaimis, trombozėmis, AV fistule, pseudoaneurizmus, tromboembolija ir gyslų nervų klajoklių reakcijomis, širdies perforacija, oro embolija,aritmija, vožtuvo pažeidimais, pneumo ir hemo krūtines ląstos pažeidimais.

M-5276-86L

CONFIDENTIAL

BWI-INN00100591

Lietuvių k.

**ATSISAKYMAS SUTEIKTI GARANTIJĄ IR ATSAKOMYBĖS RIBOJIMAS**

ČIA APIBŪDINTAM (-IEMS) PRODUKTUI (-AMS) TIKSLIOS IR NUMANOMOS GARANTIJOS NĖRA, BE APRIBOJIMŲ ĮSKAITANT BET KOKIĄ NUMANOMĄ PARDAVIMO GARANTIJĄ AR JOS PRITAIKYMĄ KONKREČIU ATVEJU. „BIOSENSE WEBSTER, INC." AR JOS DUKTERINĖS BENDROVĖS JOKIOMIS APLINKYBĖMIS NEATSAKO UŽ JOKIĄ KONKREČIĄ, TIESIOGINĘ, ATSITIKTINĘ, PASEKMINĘ AR KITOKIĄ ŽALĄ, IŠSKYRUS AIŠKIAI NURODYTĄ TAIKOMUOSE ĮSTATYMUOSE.

„BIOSENSE WEBSTER, INC." AR JOS DUKTERINĖS KOMPANIJOS NERIBOJANT AUKŠČIAU PAMINĖTŲ ATVEJŲ NĖRA ATSAKINGA UŽ JOKIUS TYČINIUS, TIESIOGINIUS, ATSITIKTINIUS, PASEKMINIUS AR KITOKIUS PAŽEIDIMUS, KYLANČIUS DĖL PAKARTOTINIO PRODUKTO (-Ų) NAUDOJIMO, KURIE BUVO PAŽYMĖTI KAIP VIENKARTINIO NAUDOJIMO ARBA KURĮ PAKARTOTINAI NAUDOTI DRAUDŽIA ATITINKAMI ĮSTATYMAI.

„Biosense Webster, Inc." spausdintoje medžiagoje pateikiami aprašymai ir specifikacijos tai tik informacija ir joje tik bendrais bruožais aprašomas produktas gaminimo metu ir tai jokiu būdu nėra nurodyto produkto garantija.

---

M-5276-86L

53

CONFIDENTIAL

BWI-INN00100592

**电生理导管：可弯曲探头；可弯曲正交探头；可弯曲编织探头；可弯曲 HALO® XP 三尖瓣标测，HALO®；可弯曲探头 CRISTACATH™ 和 ISMUS® CATH 标测导管**

- 无菌。采用环氧乙烷灭菌。
- 仅限一次性使用。
- 如果包装已打开或破损，切勿使用。
- 美国联邦法律规定该产品只能由医生销售，或者在医生指导下销售。

**导管说明**

Biosense Webster® 可弯曲探头电极导管用于简化心脏电生理标测。导管由大扭矩管身和嵌入了铂电极的可弯曲探头部分组成，电极可用于记录和刺激目的。有几种探头形状可供选择。（标准弯曲类型在管身近端标有色带 — 参看产品日录。）

可弯曲探头正交导管用于简化心脏电生理标测。导管由大扭矩管身和嵌入了铂电极的可弯曲探头部分组成，电极可用于记录和刺激目的。

可弯曲编织探头导管是多电极导管，可弯曲探头用于简化心脏电生理标测。导管由大扭矩管身和嵌入了铂电极的可弯曲探头部分组成，内部编织部分有助于获得稳定的局部心电图。所有电极均可用于记录和刺激目的。

可弯曲探头CRISTACATH™ 和 ISMUS® CATH 导管用于心脏终端的电生理解剖标测。这些导管由大扭矩管身和嵌入了十对铂电极的探头部分组成。在荧光透视下很容易观察到电极。弯曲探头CRISTACATH™ 和 ISMUS® CATH 导管有更多电极和弯曲特性，可识别出获得多个局部心电图。

可弯曲探头 HALO® XP和HALO® 导管用于心脏电生理标测，尤其是三尖瓣环电生理标测。导管由大扭矩管身和嵌入了十对铂电极的环状探头部分组成。在 X 光透视下很容易观察到电极。弯曲探头 HALO® XP和HALO® 导管有更多电极和弯曲特性，可识别出获得多个局部心电图。探头部分采用塑料样式保护套封装。探头部分采用塑料样式保护套封装。环形探头部分含有一个不透 X 射线的标记，形形探头部分含有一个预成型的弯曲，可将其放置三尖瓣环的心房侧。探头部分采用塑料样式保护套封装。

手柄的活塞与内部牵拉线相连，用于改变弯曲半径。向前推活塞时，弯曲形环弯曲半径减小；向后拉扣调旋钮时，弯曲半径增大，直至探头恢复到原来的形状。大扭矩管身便于你换向弯曲平面，便于准确定位。

可弯曲HALO® XP和HALO® 导管便于你同时获得三尖瓣环中隔、前部、侧部和后部的局部心电图。无需重新调整导管位置即可获得整个三尖瓣环的记录。

通过近端管身的按钮和的滑块控制探头弯曲。向前推扣调旋钮时，探头偏转（弯曲）。向后拉活塞时，探头伸直。大扭矩管身便于你旋转弯曲探头平面，有助于将导管探头精确定位在希望的部位。

**导管用配有合适连接器的连接电缆连接标准记录设备。**

如要了解适当连接电缆的信息，请咨询当地经销商或制造商。

**适应症**

此导管用于心脏结构电生理标测，即仅用于刺激和记录。此外，可弯曲正交探头导管还可用于冠状窦标测，可弯曲编织探头导管还可用于心脏右侧标测，CRISTACATH™ 和 ISMUS® CATH 导管可用于心脏终端心室电生理标测，HALO® XP和HALO® 导管则成形环形探头部分用于三尖瓣环标测。

**禁忌症**

除了冠状动脉窦开口，尚未证明 Biosense Webster® 导管用于在消融术或冠状射频系统中的安全性和有效性。此外，编织探头导管禁用于心脏左侧标测。禁用经中隔穿刺术。

该导管可适用于植入了人工瓣膜的患者。活动性全身感染患者禁用心脏导管术。

**警告**

导管消融术可能会辐射大量 X 射线，由于 X 射线戒术积量高，荧光成像时间长，患者和手术室工作人员可能会受到严重辐射损伤，对身体和基因造成严重影响。只有在充分了解手术潜在的辐射并采取措施最大限度地降低辐射之后，才能实施心脏导管术。因此，对孕妇使用导管时必须慎重考虑。

- 切勿将近端手柄或电缆连接器浸入液体，否则可能影响电气性能。
- 切勿让导管接触酒精等有机溶剂。
- 切勿对导管进行高温高压消毒处理。

**注意事项**

- 在全部阅读并理解本使用说明之前，切勿使用 Biosense Webster 可弯曲导管。
- 存放在阴凉、干燥、遮光处。
- 使用之前应检查无菌包装和导管。
- 切勿消毒和重复使用。
- 本装置只包装和灭菌，仅限一次使用。切勿重复使用、重新处理或重新灭菌。重复使用、重新处理或重新灭菌可能会损害装置的结构完整性和/或导致装置故障，从而造成患者受伤、患病或死亡。此外，对一次性装置进行重新处理或重新灭菌可能会造成污染染风险和/或引起患者感染或交叉感染，包括，但不限于，在患者之间传播传染性疾病。装置的污染可能会造成患者受伤、患病或死亡。
- 心脏导管术必须由设备齐全的手术室里由经过培训的人员进行。
- 在操作导管时务必小心，避免心脏损伤、穿孔或填塞。插入或移动时应指引下插入并放置导管。插入时切勿用力过大，遇到阻力时拔出导管。
- 在插入或拔出导管之前，始终住后拉扣调旋钮，确保导管探头恢复到原形状。

**有效期**

在包装标签上注明的有效期之前使用此产品。

**处置**

请将部件循环再生，或根据当地法规处置产品及其残留元件或废物。

**使用方法**

- 从包装中取出导管，并将其放置在无菌工作室。采用无菌方法在大中枢血管里形成血管短路，并插入导管。
- 将导管连接到合适的记录设备。
- 在插入导管之前，确保导管插入待检查的心内膜部位。将导管插入待检查的心内膜部位。使用 X 光透视和心电图协助正确定位。需要时调整扣调旋钮，从而调节弯曲半径。向前推扣调旋钮让导管探头弯曲，向后拉扣调旋钮让探头伸直。
- 在拔出导管之前，确保完全向后拉扣调旋钮。取出导管，并采用适当方式加以处理。切勿消毒后重复使用。
- 如果对本产品的使用有任何疑问或有任何疑问，请咨询当地经销商或制造商。

**副作用**

据文献记载，心脏导管术有许多严重副作用，包括栓塞、心肌梗塞、中风、心脏压塞和死亡。有文献报道过下列与心脏导管术有关的并发症：血管出血、局部血肿、血拴形成、AV 瘘管、假动脉瘤、血栓栓塞和血管迷走神经反应、心脏穿孔、气栓、心律失常、瓣膜损伤、气胸和胸腔积血。

**担保免责声明及责任限制**

制造商只对按照该产品的产品说明供任何明示或暗示保证，包括但不限于适销性或特定用途逼适性担保。无论在什么情况下，BIOSENSE WEBSTER, INC 或其附属公司均不承担除具体法律明确规定之外的任何特殊、直接、附带、从属或其它损害的责任。

对于因重复使用的一次性使用标签或超过重复使用的任何产品而导致的任何特殊损害、直接损害、附带损害、后续损害或其它损害，BIOSENSE WEBSTER, INC. 或其附属公司均不承担任何责任。

包括本出版物内的 Biosense Webster, Inc. 印刷品中出现的说明和规格仅供参考，仅说明生产时的产品，在任何情况下均不被视为对所述产品的保证。

CONFIDENTIAL BWI-INN00100593

## 전기생리 카테터: 휘어지는 팁 휘어지는 팁 직각; 휘어지는 브레이디드 팁; 휘어지는 팁 HALO® XP Tricuspid 매핑, HALO®; 휘어지는 팁 CRISTACATH™ 및 ISMUS® CATH 매핑 카테터

- 무균, 에틸렌옥사이드로 멸균 처리.
- 일회용.
- 포장이 열리거나 손상되었으면 사용하지 마십시오.
- 연방법(미국)에 따라 본 장치는 의사에 의해서만 또는 의사의 주문에 따라서만 판매됩니다.

### 카테터 설명

Biosense Webster® 휘어지는 팁 직각 카테터는 심장의 전기생리학적 매핑이 잘 되도록 설계되었습니다. 본 카테터는 자극 및 기록을 위해 사용할 수 있는 백금 전극 배열을 포함하는 휘어지는 팁 부분을 갖춘 하이 토크 섀프트가 있습니다. 몇 가지 팁 구성이 제공됩니다. (표준 곡선형은 근위 말단부 인간의 섀프트에 있는 컬러 밴드에 의해 식별됩니다 – 카탈로그 참조).

휘어지는 팁 직각 카테터는 심장의 전기생리학적 매핑이 잘 되도록 설계되었습니다. 본 카테터는 자극 및 기록을 위해 사용할 수 있는 백금판 전극을 포함하는 휘어지는 팁 부분을 갖춘 하이 토크 섀프트가 있습니다.

휘어지는 브레이디드 팁 카테터는 심장의 전기생리학적 매핑이 잘 되도록 설계된 휘어지는 팁을 갖춘 다전극 카테터입니다. 본 카테터는 백금 전극을 포함하는 팁 부분이 휘어지는 하이 토크 섀프트를 갖추고 있습니다. 본 카테터는 내부 브레이디드 때문에 안정적인 국부 심전도가 이루어지도록 설계되었습니다. 모든 전극들은 기록 및 자극을 위해 사용할 수 있습니다.

팁이 휘어지는 CRISTACATH™ 및 ISMUS® CATH 카테터는 심장 구조의 전기생리학적 매핑이 잘 되도록 설계되었습니다. 본 카테터는 투시를 통해 잘 보이는 10쌍의 백금 전극을 포함하는 팁 부분을 갖춘 하이 토크 섀프트가 있습니다. 팁이 휘어지는 CRISTACATH™ 및 ISMUS® CATH 카테터는 전극 수가 더 많고 휘어지는 능력이 더 우수하기 때문에 동시 국부 심전도가 잘 되게 합니다.

팁이 휘어지는 Tip HALO® XP 및 HALO® 카테터는 심장, 특히 삼첨판윤의 전기생리학적 매핑이 잘 되도록 설계되었습니다. 본 카테터는 투시를 통해 잘 보이는 10쌍의 백금 전극을 포함하는 추관 모양의 팁 부분을 갖춘 하이 토크 섀프트가 있습니다. 팁 부분은 전극 배열 중앙에 방사선비투과성표시를 갖추고 있습니다. 추관 모양의 팁 부분에는 곡선형 부분이 있어 삼첨판윤의 심방 애스펙트 주변에 배치할 수 있습니다. 팁 부분은 플라스틱 팁 프로텍터로 포장되어 있습니다.

핸드피스에 있는 피스톤은 곡률 반경을 변경시키는 내부 풀러 와이어에 부착되어 있습니다. 피스톤을 앞으로 밀면, 머리 형성된 루프의 곡률 반경이 줄고, 손잡이를 뒤로 당기면, 팁 부분이 머리 형성된 모양으로 돌아올 때까지 곡률 반경이 늘어납니다. 하이 토크 섀프트는 정확한 배치가 이루어지도록 하기 위해 커브 평면이 조작되게 합니다.

팁이 휘어지는 HALO® XP 및 HALO® 카테터는 충격으로부터 전원, 측면, 후측면에 이르기까지 삼첨판윤에 대한 동시 국부 심전도가 잘 되게 합니다. 카테터 팁을 재배치하지 않고서도 전체 첨판에 대한 기록을 얻을 수 있습니다.

팁 �TIP 내부에서 피스톤이 활주하는 관형 핸드피스에 의해 근위 말단부에서 제어됩니다. 손잡이로 피스톤을 앞으로 밀면, 팁이 펴집니다(곡선). 피스톤을 뒤로 당기면, 팁이 일직선으로 됩니다. 하이 토크 섀프트는 굴신 팁의 평면이 회전하여 카테터 팁이 원하는 부위에 정확히 배치되게 합니다.

**본 카테터는 적절한 커넥터를 갖춘 인터페이스 케이블을 통해 표준 기록 장비와 연동됩니다.**

적절한 인터페이스 케이블에 대해서는 현지 대리점이나 제조업체에 문의하십시오.

### 적용

본 카테터는 심장 구조에 대한 전기생리학적 매핑을 위한 기구로서, 기록이나 자극용으로만 사용됩니다. 아울러, 휘어지는 팁 직각 카테터는 관상정맥동용으로 설계되었습니다. 아울러, 휘어지는 브레이디드 팁 카테터는 심장의 우측용으로 설계되었습니다. 아울러, CRISTACATH™ 및 ISMUS® CATH 카테터는 심장의 심방 부분의 심전도가 잘 되도록 설계되었습니다. 아울러, HALO® XP 및 HALO® 카테터의 머리 성형된 추관 모양의 팁 부분은 특별히 삼첨판윤을 위해 설계되었습니다.

### 금기

Biosense Webster® 휘어지는 팁 전극 카테터는 전기 절제물으로 또는 관상정맥동 소공 이외의 관상 맥관계용으로 안전하고 효과적인 것으로 나타나지 않았습니다. 아울러, 브레이디드 팁 카테터는 심장의 왼쪽용으로 사용하지 말아야 합니다. 아울러, 경죽격 접근법도 금기입니다.

본 카테터 사용은 인공판막을 가진 환자용으로 적합하지 않을 수 있습니다. 심도관법의 상대적 금기는 활성 전신성감염입니다.

### 경고

심도관법은 상당한 X선 노출 가능성을 제기하며, 이에 따라 투시 영상의 X선 강도와 지속시간으로 인해 환자와 촬영실 요원에게 신체 및 유전 효과로 인한 리스크 증가뿐만 아니라 급성 방사선 상해가 발생할 수 있습니다. 심도관법은 본 절차와 관련된 가능한 방사선 노출에 대해 적절한 주의를 기울이고 이 노출을 최소화하기 위한 조치를 취한 후에만 실시해야 합니다. 임산부에게 본 카테터를 사용하는 경우 세심한 배려를 해야 합니다.

- 근위 핸들이나 케이블 커넥터를 액체에 담그지 마십시오. 전기 성능이 저하될 수 있습니다.
- 본 카테터를 알코올과 같은 유기 용제에 노출하지 마십시오.
- 본 카테터를 고압 살균처리하지 마십시오.

### 주의사항

- 본 사용 설명서를 완전히 읽고 이해하기 전에는 Biosense Webster 휘어지는 팁 전기생리 카테터 작동을 시도하지 마십시오.
- 서늘하고 건조하며 어두운 곳에 보관하십시오.
- 사용 전에 무균 포장 및 카테터를 검사해야 합니다.
- 재소독하거나 재사용하지 마십시오.
- 이 기구는 일회용으로 사용하도록 살균 포장되었습니다. 재사용하거나 재처리 또는 재살균하지 마십시오. 재사용, 재처리 또는 재살균할 경우 기구의 구조적 완전성이 손상되거나 기구 고장이 발생하여 환자 상해, 질환 또는 사망으로 이어질 수 있습니다. 또한, 일회용 기구를 재처리 또는 재살균할 경우 오염의 위험이 있고 환자 감염 또는 교차감염(환자간 감염병 전파를 포함하여) 이에 국한되지 않음)을 유발할 수도 있습니다. 기구 오염은 환자 상해, 질환 또는 사망의 원인이 될 수 있습니다.
- 심도관법은 장비를 완전히 갖춘 전기생리 검사실에서 적절히 교육을 받은 요원에 의해서만 실시되어야 합니다.
- 심장 손상, 천공 또는 압전을 방지하기 위해 카테터를 조심스럽게 조작해야 합니다. 카테터 진행과 배치는 형광투시 유도 하에 실시되어야 합니다. 저항이 있을 때 지나친 힘을 사용하여 카테터를 전진시키거나 후퇴시키지 마십시오.
- 카테터 팁이 원래의 모양을 가지고 있는지 확인하기 위해 삽입하거나 후퇴시키기 전에 항상 카테터의 손잡이를 당기십시오.

### "사용 유효기간" 날짜

포장 레이블에 있는 "Use By" 날짜 이전에 본 장치를 사용하십시오.

### 폐기

해당 지역의 법 및 규정에 따라 부분품을 재활용하거나 제품 및 제품의 잔여 구성품 또는 폐기물을 처리하십시오.

### 권장하는 사용법

- 카테터를 포장에서 꺼내며 소독한 작업 영역에 놓으십시오. 무균항부성 기술을 사용하여 커다란 중앙 혈관에 혈관 액세스를 만들고 카테터를 삽입하십시오.
- 인터페이스 커넥터를 해당 기록 장비에 연결하십시오.
- 삽입 전에 손잡이가 완전히 뒤로 당겨졌는지 확인하십시오. 카테터를 검사 중인 심장 내막 쪽으로 보내십시오. 적절한 배치를 위해 투시와 심전도를 모두 사용하십시오. 손잡이를 조작하여 곡률 반경을 필요에 따라 조절하십시오. 손잡이를 앞으로 밀면 커브가 팽창하고 뒤로 당기면 카테터 팁이 일직선이 됩니다.
- 카테터를 제거하기 전에, 손잡이가 완전히 뒤로 당겨져 있는지 확인하십시오. 카테터를 빼내며 적절한 방법으로 처분하십시오. 재소독하거나 재사용하지 마십시오.
- 본 제품의 사용이나 성능에 관한 질문이 있으면, 현지 대리점이나 제조업체에 문의하십시오.

### 부작용

폐 색전증, 심근 경색증, 졸중, 심장 압전 및 사망을 비롯하여 여러 가지 심각한 부작용이 심도관법에 대해 문서화되었습니다. 심도관법과 관련된 다음 병발증도 문헌에 보고되었습니다: 혈관 출혈, 국부 혈종, 혈전증, AV 누공, 가성동맥류, 혈전 색전증, 혈관미주신경 반응, 심장 천공, 공기 색전증, 부정맥, 판막 손상, 기흉 및 혈흉.

---

CONFIDENTIAL

BWI-INN00100594

**보증 및 책임 제한**

본 자료에 서술된 제품에 대해서는 상품성 또는 특정 용도 적합성에 대한 묵시적 하자보증을 비롯하여 일체의 명시적 또는 묵시적 하자보증이 없습니다. 어떤 경우에도 BIOSENSE WEBSTER, INC.나 계열 회사는 적용 가능한 법에 의해 명시적으로 규정되지 않은 특별적, 직접적, 부수적, 결과적 또는 기타 피해에 대해 책임을 지지 않습니다.

전기 사항에 대한 제한 없이, BIOSENSE WEBSTER, INC.나 계열 회사는 일회용으로 표시되거나 또는 해당 법에 의해 재사용이 금지된 경우에 제품을 재사용한데서 비롯된 특별적, 직접적, 부수적, 결과적 또는 기타 피해에 대해 책임이 없습니다.

본 간행물을 비롯하여 Biosense Webster, Inc. 유인물에 나타나는 설명과 사양은 단지 안내용이며 제조 당시 제품을 일반적으로 서술하기 위한 것뿐이며 어떤 식으로든 명시된 제품에 대한 하자보증으로 제공되는 것이 아닙니다.

CONFIDENTIAL    BWI-INN00100595

**電生理導管：可調彎；可調彎直角導管；可調彎編織導管；可調彎 HALO® XP 三尖瓣繪圖導管，HALO®；可調彎 CRISTACATH™ 和 ISMUS® Cᴀᴛʜ 繪圖導管**

- 無菌。已使用環氧乙烷滅菌。
- 單次使用。
- 如果包裝開啟或破損，請勿使用。
- 美國聯邦法律規定，此器材只能由醫生或憑醫囑銷售。

**導管說明**

Biosense Webster® 可調彎電極導管設計用於協助對心臟進行電生理繪圖。該導管有一個高扭力軸，該軸帶有一個內含一組鉑金電極的可調彎尖端，鉑金電極可用來刺激和記錄。本產品提供多種尖端規格供選擇。（標準彎曲類型可用軸上近端附近的色帶標識 – 請參見產品目錄。）

可調彎直角導管設計用於協助對心臟進行電生理繪圖。該導管有一個高扭力軸，該軸帶有一個內含鉑金電極的可調彎尖端，鉑金電極可用來刺激和記錄。

可調彎編織導管是一種帶可調彎尖端的多能導管，設計用於協助對心臟進行電生理繪圖。導管具有高扭力軸，軸上帶有一個含鉑金電極的可調彎的尖端。導管的內部編織層設計有助於獲得穩定的局部心之電壓。所有這些電極均可用於進行記錄和刺激。

可調彎 CRISTACATH™ 和 ISMUS® Cᴀᴛʜ 導管設計用於對心臟結構進行電生理繪圖。該導管具有高扭力軸，導管尖端含有 10 對鉑金電極，在X光透視檢查時很容易看到這些電極。可調彎 CRISTACATH™ 和 ISMUS® Cᴀᴛʜ 導管的的大量電極及其可調彎功能使其適合於同時測量多個局部心之電壓。

可調彎 HALO® XP 和 HALO® 導管設計用於對心臟，特別是三尖瓣，進行電生理繪圖。該導管具有高扭力軸，軸上的尖端含有 10 對鉑金電極，易見於X光透視檢查下。在尖端部分的電極中央處，還具有放射線易見的標記。環狀電極亦有預先成形的曲線，可於心房的三尖瓣環處定位。

導管的握扣為有一活塞連結內部的一條金屬線束與改變尖端方向。往前推動活塞時，預先成形狀紙線圈彎曲的半徑縮小；拉回控制鈕時，彎曲的半徑則持續增加，直到尖端部分還原為預先成形的形狀。高扭性至於允許尖端的彎曲平面反轉，以輔助導管尖端準確定位。

尖端可調彎式電極導管 HALO® 及 HALO 導管，可用來測量細絲於三尖瓣環的電位，由中隔至前方、側方、及後側方；因此不需重新定位導管終端，就可完成整個三尖瓣環的電位記錄。

尖端彎曲是由管狀牛動部件（活塞在其中滑動）的近端控制的。當使用拇指按鈕推動活塞時，尖端彎曲。當活塞按拉回時，尖端變直。高扭力軸使得彎曲的尖端平面能夠旋轉，以便於將導管尖端準確地置於所需位置。

**該導管透過帶有適當連接頭的介面電纜與標準記錄設備相連接。**

**請諮詢當地的經銷商或製造商，獲取適當的介面電纜。**

**適應症**

該導管專用於心臟結構電生理繪圖；也就是說，僅限於刺激和記錄。除此之外，可調彎直角導管設計用於冠狀竇，而可調彎編織導管設計用於心臟的右側。CRISTACATH™ 和 ISMUS®Cᴀᴛʜ 導管設計用於對心臟的心房區域測量心電圖。HALO® XP 和 HALO® 導管的預成型 halo 形尖端專門用於三尖瓣環面。

**禁忌症**

Biosense Webster® 尖端可調彎式電極導管尚未證實能安全有效地應用於電燒切除術、或用於冠狀竇口以外的冠狀血管組織。除此之外，鰓狀尖端導管禁止使用於左側心臟；經中隔膜的植入法也禁止使用。

導管可能不適用於裝有人工瓣膜的病患。心導管手術中一項切割禁忌症為活動性全身性感染。

**警告**

心導管手術具有潛在的顯著X光射線曝射，由於要暴露在一定強度的X光射線之下並持續一定的X光透視時間，可導致患者和導管室工作人員遭受急性輻射損傷並增加對其身體和基因受到影響的風險。進行心導管手術時，應該先充分了解與手術相關的可能放射線曝射，並採取降低其曝射程度的措施。因此，本導管對於孕婦的使用必須詳加考量。

- 請勿將近端的握把或連接線接觸浸入液體中；電氣功能可能會受到影響。
- 請勿讓導管接觸有機溶劑，如酒精。
- 請勿對導管進行高壓蒸氣滅菌。

**預防措施**

- 在完全閱讀並理解使用說明之前，請勿嘗試操作Biosense Webster 可調彎電生理導管。
- 存放於陰涼乾燥的暗處。
- 使用之前應檢查消毒包裝和導管。
- 請勿重新消毒和重複使用。
- 本裝置經過包裝和滅菌，僅限單次使用。請勿重複地使用、處理或滅菌。重複地使用、處理或滅菌可能會破壞裝置的結構完整性，並且/或者導致裝置出現故障，進而可能導致患者受傷、患病或死亡。此外，對單次使用的裝置進行重複地處理或滅菌還可能會帶來污染的危險，並且/或者可能造成患者感染或交叉感染，包括但不限於傳染性疾病在患者之間的傳播。裝置污染可能會導致患者受傷、患病或死亡。
- 心臟導管插入術只能由接受過相應訓練的人員在設備齊全的電生理實驗室內實施。
- 必須謹慎操作導管，以避免心臟損傷、穿孔或壓塞。導管推進和放置應在 X 光照射的引導下進行。當遇到阻力時，請勿過度用力推進或抽出導管。
- 在插入或抽出導引管之前，始終要將拇指旋鈕撥到最後，以確保導管尖端保持其原始的形狀。

**「使用」期限**

請在包裝標籤上的「使用期限」前使用本產品。

**處置**

請依照當地法律和法規處理可回收物件，或處理此產品及其殘留或廢棄品項。

**使用建議**

- 將導管從其包裝內取出，然後將其放入一個已消毒的工作區域。使用無菌技術在中央靜脈上開一個血管入口，然後插入導管。
- 將介面連接器連接到適當的記錄設備。
- 插入時，請確認拇指旋鈕被完全拉回。將導管推進到待檢查的心內需部位。使用 X 光透視檢查和心電圖來幫助正確定位。必要時透過撥移拇指旋鈕調整彎曲半徑。向前推拇指按鈕可使導管尖端彎曲（折彎）；當按鈕回至時，尖端會變直。
- 在取出導管之前，請確認將拇指按鈕已完全拉回。以適當的方式取出導管並處置之。請勿重新消毒和重複使用。
- 如果對本產品的使用或效能有任何問題，請諮詢當地經銷商或製造商。

**不良反應**

心臟導管插入術已發現許多嚴重的不良反應，包括肺栓塞、心肌梗死、中風、心律阻塞和死亡。文獻中也報告了下列與心臟導管插入術有關的並發症：血管出血、局部血腫、血栓症、動靜脈瘻、假性動脈瘤、血栓栓塞、血管迷走反射、心臟穿孔、空氣栓塞、心率失常、瓣膜破損、氣胸和血胸。

CONFIDENTIAL    BWI-INN00100596

**品質擔保和責任限制免責聲明**

品質擔保和責任限制免責聲明對於本文說明的產品，本公司不提供任何明確或隱含擔保，包括但不限於任何隱含的、針對特定用途之適售性或適合性擔保。除特定法律有明確規定外，否則在任何情況下，BIOSENSE WEBSTER, INC. 及其附屬公司對於任何特殊損害、直接損害、意外損害、間接損害或其他損害均不擔負任何責任。

在不限制前述條款的情況下，BIOSENSE WEBSTER INC. 或其附屬公司均不對 因重複使用任何標有「單次使用」的產品或者適用法律禁止重複使用的產品而產生的特殊、直接、意外、間接或其他損害承擔責任。

出現在 Biosense Webster, Inc. 印刷物（包括本出版物）上的說明和規格僅用於提供資訊，旨在概括說明所製造的產品，不得以任何方式成為或被提供為處方產品的擔保

M-5276-86L

CONFIDENTIAL

BWI-INN00100597

**Kateter Elektrofisiologi: Kateter yang Ujungnya Dapat Dilengkungkan; Kateter Ortogonal yang Ujungnya Dapat Dilengkungkan; Kateter yang Ujungnya Terjalin dan Dapat Dilengkungkan; Kateter Pemetaan Trikuspid HALO® XP yang Ujungnya dapat Dilengkungkan, HALO®; & Kateter CRISTACATH™ yang Ujungnya Dapat Dilengkungkan dan Kateter Pemetaan ISMUS® CATH**

- Steril. Disterilkan Dengan Etilen Oksida.
- Hanya untuk sekali pakai.
- Jangan digunakan jika kemasannya terbuka atau rusak.
- Undang-undang Federal (A.S.) membatasi perangkat ini untuk dijual oleh dokter atau atas perintah dokter saja.

**DESKRIPSI MENGENAI KATETER**

Kateter Elektroda Ujung yang Dapat Dilengkungkan produksi Biosense Webster® ini dirancang untuk memudahkan pemetaan elektrofisiologi pada jantung. Kateter ini memiliki torsi poros yang tinggi yang ujungnya dapat dilengkungkan dan memiliki larik elektroda platina yang bisa digunakan untuk stimulasi dan pencatatan. Tersedia beberapa konfigurasi ujungnya. (Jenis-jenis kurva standar diidentifikasi melalui pita warna pada poros dekat ujung proksimal lihat katalog.)

Kateter Ortogonal dengan Ujung yang Dapat Dilengkungkan ini dirancang untuk memudahkan pemetaan elektrofisiologi pada jantung. Kateter ini memiliki torsi poros yang tinggi yang ujungnya dapat dilengkungkan dan memiliki elektroda logam pipih platina yang dapat digunakan untuk stimulasi dan pencatatan.

Kateter yang Ujungnya Terjalin dan Dapat Dilengkungkan adalah kateter multi elektroda yang dirancang untuk memudahkan pemetaan elektrofisiologi pada jantung. Kateter ini memiliki torsi poros yang tinggi yang ujungnya dapat dilengkungkan dan memiliki elektroda platina. Kateter ini dirancang untuk memudahkan elektrogram lokal yang stabil karena jalinan internal. Semua elektrodanya bisa digunakan untuk mencatat dan stimulasi.

Kateter yang Ujungnya dapat Dilengkungkan CRISTACATH™ dan CATH ISMUS® ini dirancang untuk pemetaan elektrofisiologis pada struktur jantung. Kateter ini memiliki torsi poros yang tinggi di mana bagian ujungnya memiliki sepuluh pasang elektroda platina yang bisa mudah terlihat di bawah fluoroskopi. Kateter CRISTACATH™ dan kateter CATH ISMUS® yang Ujungnya dapat Dilengkungkan ini memudahkan elektrogram lokal secara bersamaan karena jumlah elektroda yang lebih banyak dan kemampuan defleksinya.

Kateter yang Ujungnya Dapat Dilengkungkan HALO® XP dan kateter HALO® dirancang untuk pemetaan elektrofisiologis pada jantung, khususnya anulus trikuspid. Kedua kateter ini memiliki torsi poros yang tinggi di mana bagian ujungnya berbentuk halo dan memiliki sepuluh pasang elektroda platina yang bisa mudah terlihat di bawah fluoroskopi. Bagian ujungnya juga bertanda buram radio di tengah larik elektrodanya. Bagian ujung berbentuk halo ini memiliki kurva yang terbentuk sebelumnya yang bisa ditempatkan di sekitar aspek atrium anulus trikuspid. Bagian ujungnya dikemas dengan pelindung ujung berbahan plastik.

Sebuah piston dalam alat tangan difungsikan pada penarik kawat internal yang menekuk jari-jari kelengkungan ujungnya. Bila pistonnya didorong ke depan, jari-jari kelengkungan simpal yang terbentuk sebelumnya menjadi berkurang; bila tombol jempolnya ditarik ke belakang, jari-jari kelengkungan simpalnya meningkat sampai bagian ujungnya kembali ke bentuk tak terbentuk sebelumnya. Torsi poros yang tinggi membuat bidang kurvanya bisa dimanuver untuk memudahkan penentuan posisi yang akurat.

Kateter yang Ujungnya Dapat Dilengkungkan HALO® XP dan kateter HALO® memudahkan elektrogram lokal yang mencakup anulus trikuspid, mulai dari midseptal hingga anterior hinggam lateral dan hingga posterolateral. Pencatatan seluruh anulus trikuspid dapat diperoleh tanpa kembali memposisikan ujung kateter.

Defleksi ujungnya dikontrol pada akhir proksimal oleh alat tangan berbentuk tabung di mana piston meluncur di dalamnya. Bila pistonnya didorong ke depan dengan tombol jempol, ujungnya menjadi melengkung (membelok). Bila pistonnya ditarik ke belakang, ujungnya menjadi lurus. Tangkai bertorsi tinggi membuat bidang ujung lengkungnya dapat diputar untuk memudahkan pemosisian ujung kateter yang akurat di lokasi yang diinginkan.

Kateter ini menghubungkan dengan peralatan pencatatan standar melalui kabel antarmuka dengan konektor yang sesuai.

TANYAKAN PADA DISTRIBUTOR SETEMPAT ATAU PRODUSEN MENGENAI KABEL INTERFACE YANG SESUAI.

**INDIKASI**

Kateter ini disarankan untuk pemetaan elektrofisiologi pada struktur jantung, yakni hanya stimulasi dan pencatatan saja. Selain itu, Kateter yang Ujungnya Terjalin dan Dapat Dilengkungkan ini dirancang untuk digunakan pada sinus koroner. Selain itu, kateter Kateter yang Ujungnya Dapat Dilengkungkan dirancang untuk digunakan dalam sisi kanan jantung. Selain itu, kateter CRISTACATH™ dan CATH ISMUS® dirancang untuk memudahkan elektrogram dalam bagian atrium jantung. Selain itu, bentuk halo yang terbentuk sebelumnya pada bagian ujung kateter HALO® XP dan kateter HALO® dirancang khusus untuk anulus trikuspid.

**KONTRAINDIKASI**

Kateter Elektroda yang Ujungnya Dapat Dilengkungkan Biosense Webster® belum terbukti aman dan efektif untuk ablasi listrik atau untuk digunakan dalam pembuluh darah koroner selain lubang pada pembuluh darah sinus koroner. Selain itu, Kateter yang Ujungnya Terjalin ini sebaiknya tidak digunakan di sisi kiri jantung. Selain itu, pendekatan transseptal tidak disarankan. Penggunaan kateter mungkin tidak sesuai bagi pasien yang telah menjalani katup prostetik. Kontraindikasi yang relatif untuk prosedur kateter yang menjangkau jantung adalah infeksi sistemik aktif.

**PERINGATAN**

Prosedur ketetansasi jantung menimbulkan kemungkinan paparan sinar-X yang besar, yang bisa mengakibatkan luka parah akibat radiasi selain peningkatan risiko efek somatis dan genetik atas pasien maupun staf laboratorium akibat intensitas sorotan sinar-X dan durasi pencitraan fluoroskopi. Kateterisasi jantung harus dilakukan hanya setelah mempertimbangkan kemungkinan paparan radiasi yang berkaitan dengan prosedur ini, dan setelah mengambil langkah-langkah untuk memperkecil paparannya. Karena itu pertimbangkan dengan hati-hati bila hendak menggunakan kateter ini untuk wanita hamil.

- Jangan merendam pegangan proksimal atau konektor kabel dalam cairan karena bisa mempengaruhi kinerja listriknya.
- Jangan mengekspos kateter pada pelarut organik seperti alkohol.
- Jangan Gunakan Autoklaf pada kateter.

**TINDAKAN PENCEGAHAN**

- Jangan mencoba mengoperasikan kateter elektrofisiologi dengan ujung yang dapat dilengkungkan Biosense Webster bila belum membaca dan memahami seluruh instruksi penggunaan ini.
- Simpan di tempat yang sejuk, kering, dan gelap.
- Kemasan yang steril dan kateter harus diperiksa sebelum digunakan.
- Jangan disterilkan ulang atau dipakai ulang.
- Alat ini dikemas dan disterilkan hanya untuk sekali pakai. Jangan menggunakan ulang, memproses ulang, atau mensterilkan ulang. Penggunaan ulang, pemrosesan ulang, atau sterilisasi ulang bisa membahayakan integritas struktur alat ini dan/atau menyebabkan kegagalan alat ini yang pada gilirannya mengakibatkan cedera, penyakit, atau kematian pada pasien. Selain itu, pemrosesan ulang atau sterilisasi ulang pada alat sekali pakai bisa menimbulkan risiko kontaminasi dan/atau mengakibatkan infeksi silang pada pasien, termasuk namun tidak terbatas pada penyebaran penyakit menular dari pasien satu ke pasien lain. Kontaminasi pada alat ini bisa mengakibatkan cedera, penyakit, atau kematian pada pasien.
- Prosedur katetansasi harus dilakukan oleh personil yang telah terlatih sebagaimana mestinya di laboratorium elektrofisiologi yang lengkap.
- Manipulasi kateter harus dilakukan dengan hati-hati untuk menghindari kerusakan, perforasi, atau tamponade jantung. Memasang dan mendorong kateter ke depan harus dilakukan dengan tuntunan fluoroskopi. Jangan menggunakan kekuatan yang berlebihan untuk mendorong maju atau mengeluarkan kateter bila mengalami hambatan.
- Selalu tarik tombol jempol kateter ke belakang sebelum memasukkan atau mengeluarkannya untuk memastikan bahwa ujung kateternya telah kembali ke bentuk semula.

**TANGGAL "GUNAKAN SEBELUM"**

Gunakan alat ini sebelum tanggal yang tertera pada label kemasan.

**PEMBUANGAN**

Daur ulang komponennya atau buanglah produk beserta unsur sisanya atau sampahnya sesuai dengan undang-undang dan peraturan setempat.

**INSTRUKSI PENGGUNAAN YANG DISARANKAN**

- Keluarkan kateter dari kemasannya dan taruhlah di area kerja yang steril. Buatlah akses dalam pembuluh darah tengah yang besar dengan menggunakan teknik aseptik dan masukkan kateternya.
- Hubungkan konektor antarmukanya ke alat pencatat yang sesuai.
- Pastikan bahwa tombol jempolnya telah ditarik ke belakang sebelum memasukkan kateter. Dоronglah kateter ke area endokardium yang diperiksa. Gunakan fluoroskopi dan elektrogram untuk membantu menentukan posisi yang tepat. Sesuaikan jari-jari kelengkungannya bila perlu, dengan memanipulasi tombol jempol. Mendorong tombol jempol ke depan akan membengkokkan (melengkung) ujung kateter; sedangkan menarik tombolnya ke belakang akan meluruskan ujungnya.
- Sebelum mengeluarkan kateter, pastikan bahwa tombol jempolnya sudah ditarik ke belakang sepenuhnya. Ambil kateternya dan buanglah dengan sebagaimana mestinya. Jangan disterilkan ulang atau dipakai ulang.
- Jika Anda memiliki pertanyaan mengenai penggunaan atau kinerja produk ini, harap hubungi distributor setempat atau produsen.

CONFIDENTIAL                                                                                          BWI-INN00100598

**REAKSI YANG MERUGIKAN**

Sejumlah efek samping yang serius telah didokumentasikan mengenai prosedur kateterisasi jantung, antara lain emboli paru, serangan jantung, stroke, tamponade jantung, dan kematian. Juga telah dilaporkan dalam literatur mengenai komplikasi berikut ini akibat kateterisasi jantung: pendarahan pada pembuluh, hematoma lokal, trombosis, fistula AV, pseudoaneurysm, tromboemboli, reaksi vasovagal, perforasi jantung, emboli udara, aritmia, kerusakan katup, pneumotoraks dan hemothoraks.

**DISCLAIMER GARANSI DAN BATAS KEWAJIBAN**

TIDAK ADA GARANSI SECARA TERSURAT MAUPUN TERSIRAT, TERMASUK NAMUN TIDAK TERBATAS PADA SEGALA GARANSI ATAS KONDISI YANG DAPAT DIPERDAGANGKAN DAN KESERASIAN UNTUK TUJUAN TERTENTU BERKAITAN DENGAN PENGGUNAAN PRODUK-PRODUK YANG DIURAIKAN DI SINI. BIOSENSE WEBSTER, INC., MAUPUN SEMUA PERUSAHAAN AFILIASINYA SAMA SEKALI TIDAK AKAN BERTANGGUNG JAWAB ATAS SEGALA KERUGIAN YANG BERSIFAT KHUSUS, LANGSUNG, TIDAK SENGAJA, MERUPAKAN AKIBAT, MAUPUN KERUGIAN LAIN YANG TIDAK DINYATAKAN SECARA TERSURAT OLEH HUKUM YANG BERLAKU.

TANPA MEMBATASI YANG TERDAHULU, BIOSENSE WEBSTER, INC. ATAU SEMUA PERUSAHAAN AFILIASINYA TIDAK AKAN BERTANGGUNG JAWAB ATAS SEGALA KERUGIAN YANG BERSIFAT KHUSUS, LANGSUNG, TIDAK SENGAJA, MERUPAKAN AKIBAT, MAUPUN KERUGIAN LAIN, YANG TERJADI AKIBAT PEMAKAIAN ULANG PRODUK APAPUN YANG BERTANDA SEKALI PAKAI ATAU DI MANA PEMAKAIAN ULANG DILARANG OLEH HUKUM YANG BERLAKU.

Deskripsi dan spesifikasi yang terdapat pada barang cetakan Biosense Webster, Inc., termasuk publikasi ini, hanya bersifat informasi dan hanya bertujuan untuk menguraikan produk tersebut secara umum pada saat diproduksi dan sama sekali tidak dibuat atau diberikan sebagai garansi dari produk yang diuraikan.

CONFIDENTIAL    BWI-INN00100599

**Elektrofiziološki kateter: sa savitljivim vrhom; s ortogonalno savitljivim vrhom; sa savitljivim pletnim vrhom; kateteri HALO® XP sa savitljivim vrhom za snimanje trikuspidalnog zliska, HALO®; te kateteri CRISTACATH™ sa savitljivim vrhom i ISMUS® CATH za mapiranje**

- Sterilno. Sterilizirano etilen oksidom.
- Samo za jednokratnu uporabu.
- Nemojte koristiti ako je pakiranje otvoreno ili oštećeno.
- Savezni zakon (SAD-a) ograničava prodaju ovog uređaja od strane ili na nalog liječnika.

**OPIS KATETERA**

Kateter Biosense Webster's elektrodom sa savitljivim vrhom dizajniran je za elektrofiziološko mapiranje srca. Kateter ima os velikog zakretnog momenta sa savitljivim dijelom na vrhu na kojem se nalazi skup platinastih elektroda. Postoji nekoliko konfiguracija vrha katetera. (Standardni tipovi prepoznaju se po traci u boji koja se nalazi na osi u blizini proksimalnog završetka vidi katalog.)

Kateter s ortogonalno savitljivim vrhom dizajniran je za elektrofiziološko mapiranje srca. Kateter ima os velikog zakretnog momenta sa savitljivim dijelom na vrhu na kojem se nalaze platinaste elektrode.

Kateter sa savitljivim pletenim vrhom je kateter s više elektroda sa savitljivim vrhovima dizajniran za elektrofiziološko snimanje srca. Kateter ima osovinu visokog zateznog momenta sa savitljivim dijelom na vrhu i platinastim elektrodama. Kateter je dizajniran za dobivanje stabilnih elektrograma zahvaljujući unutarnjem pletenom dijelu. Sve se elektrode mogu koristiti za snimanje i stimulaciju.

Kateteri CRISTACATH™ i ISMUS® CATH sa savitljivim vrhom dizajnirani su za elektrofiziološko mapiranje kardioloških struktura. Kateteri imaju osovinu visokog zakretnog momenta i vrhom na kojem se nalazi deset parova platinastih elektroda koje se jasno vide tijekom fluoroskopije (rtg-snimanja). Kateteri CRISTACATH™ i ISMUS® CATH sa savitljivim vrhom omogućuju istovremeno lokalno dobivanje elektrograma, zahvaljujući većem broju elektroda i sposobnosti savijanja.

Kateteri HALO® XP i HALO® sa savitljivim vrhom dizajnirani su za elektrofiziološko mapiranje srca, i to posebno za trikuspidalni zalistak. Kateteri imaju osovinu s velikim zakretnim momentom i vrhom oblikovanim poput aureole na kojem se nalazi deset parova platinastih elektroda koje se jasno vide tijekom snimanja. Dio na vrhu ima i neprozirnu oznaku u sredini snopa elektroda. Na vrhu u obliku aureole unaprijed je oblikovana krivulja koja se može namjestiti oko atrijalnog dijela trikuspidalnog zaliska. Pakiranje sadrži i plastični štitnik za vrh katetera.

Klip u ručicu učvršćuje se na unutarnju žicu za povlačenje kojom se mijenja radijus zakrivljenja. Kada se klip gurne prema naprijed, radijus zakrivljenja nastale petlje se smanjuje; kada se regulator povuče natrag zakrivljenja se povećava sve dok se vrh ne vrati u ranije određeni oblik. Os s velikim zakretnim momentom omogućuje manevriranje krivuljom kako bi se postiglo precizno namještanje.

Kateteri HALO® XP i HALO® sa savitljivim vrhom omogućuju istovremeno dobivanje elektrograma cijelog trikuspidalnog zaliska, od mid-septalnog do prednjeg te od bočnog do stražnjeg bočnog. Snimke cijelog zaliska mogu se dobiti bez potrebe premještanja vrha katetera.

Savijanje se kontrolira na proksimalnom kraju, cjevastom ručicom u koju se umeće klip. Kada se klip pomičnom ručicom pomakne prema naprijed vrh se savija (zakrivljuje). Kada se klip povuče unatrag, vrh katetera se izravnava. Osovina visokog zateznog momenta dopušta rotiranje ravnine zakrivljenog vrha za precizno pozicioniranje vrha katetera na željeno mjesto.

**Kateter koristi sučelja standardne opreme za snimanje pomoću odgovarajućih kablova za sučelje i priključaka.**

**ZA ODGOVARAJUĆE KABELE SUČELJA KONZULTIRAJTE LOKALNOG DISTRIBUTERA ILI PROIZVOĐAČA.**

**INDIKACIJE**

Kateter je namijenjen elektrofiziološkom mapiranju kardioloških struktura, odnosno snimanju ili samo stimulaciji srca. Kateter s ortogonalno savitljivim vrhom namijenjen je uporabi u koronarnom sinusu. Kateter sa savitljivim pletenim vrhom namijenjen je uporabi na desnoj strani srca. Katetri CRISTACATH™ i ISMUS® CATH namijenjeni su izradi elektrograma atrijalne regije srca. Vrh katetera HALO® XP i HALO® u obliku aureole dizajniran je posebno za trikuspidalni anulus.

**KONTRAINDIKACIJE**

Kateter Biosense Webster® sa savitljivim vrhom nije dokazano siguran i učinkovit za elektrčnu ablaciju ili za korištenje na koronarnoj vaskulaturi, osim na sinus ostium. Osim toga, kateter s pletenim vrhom ne smije se koristiti na lijevoj strani srca. Također je kontraindiciran i transseptalni pristup.

Kateter može biti neprikladan za korištenje na bolesnicima s umjetnim zaliscima. Relativna kontraindikacija kod zahvata srčanim kateterom je aktivna sustavna infekcija.

**UPOZORENJA**

Postupci kateterizacije srca predstavljaju mogućnost znatnog izlaganja rtg-zračenju, što može dovesti do akutne radijacijske ozljede kao i do povećanog rizika pojave somatskih i genetskih učinaka kod bolesnika i laboratorijskog osoblja zbog intenziteta snopa rtg-zraka i trajanja fluoroskopskog snimanja. Kateterizaciju srca treba obavljati samo nakon pozornog razmatranja potencijalne izloženosti zračenju koja je povezana s postupkom i nakon poduzetih mjera za minimaliziranje ove izloženosti. Uporabu ovog katetera kod trudnica treba oprezno razmotriti.

- Proksimalnu dršku ili priključak kabela nemojte uranjati u tekućine; ono može utjecati na električnu učinkovitost uređaja.
- Kateter nemojte izlagati organskim otapalima kao što je alkohol.
- Kateter nemojte autoklavirati.

**MJERE OPREZA**

- Elektrofiziološki kateter Biosense Webster sa savitljivim vrhom nemojte pokušavati koristiti prije nego temeljito proučite i upoznate se s ovim uputama za uporabu.
- Čuvati na hladnom, suhom i tamnom mjestu.
- Čuvati na hladnom, suhom i tamnom mjestu.
- Nemojte ponovno sterilizirati ni ponovno koristiti.
- Ovaj uređaj je pakiran i steriliziran samo za jednokratnu uporabu. Nemojte ga ponovno koristiti, prerađivati ni ponovno sterilizirati. Ponovna uporaba, prerada ili ponovna sterilizacija mogu ugroziti strukturnu cjelovitost uređaja i/ili dovesti do kvara uređaja koji bi mogao rezultirati ozljedom, bolešću ili smrću bolesnika. Također, prerada ili ponovna sterilizacija uređaja za jednokratnu uporabu može izazvati rizik od kontaminacije i/ili prouzročiti infekciju bolesnika ili križnu infekciju, uključujući, ali ne ograničavajući se na prijenos zarazne(ih) bolesti s jednog bolesnika na drugog. Kontaminacija uređaja može dovesti do ozljede, bolesti ili smrti bolesnika.
- Postupke srčane kateterizacije smiju obavljati samo odgovarajuće osposobljeni liječnici u potpuno opremljenom elektrofiziološkom laboratoriju.
- Nužno je oprezno rukovanje kateterom kako bi se izbjeglo oštećenje srca, perforacija ili perikardijalna tamponada. Uvođenje i postavljanje katetera treba obavljati uz fluoroskopsko praćenje. Kod nailaska na otpornost nemojte primjenjivati prekveliku silu ili prejako vući.
- Prije uvođenja ili izvlačenja katetera pomičnu ručicu uvijek povucite unazad, kako biste osigurali da vrh katetera zauzme svoj izvorni položaj.

**DATUM „UPOTRIJEBITI DO"**

Upotrijebite uređaj prije isteka roka trajanja naznačenog na naljepnici pakiranja.

**ODLAGANJE U OTPAD**

Reciklirajte dijelove ili odložite u otpad proizvod i njegove ostatne elemente ili otpadne dijelove u skladu s lokalnim zakonima i propisima.

**PREPORUČENE UPUTE ZA UPORABU**

- Izvadite kateter iz ambalaže i postavite ga u sterilno radno područje. Primjenom aseptičnih tehnika izradite vaskularni pristup u velikoj središnjoj žili i umetnite kateter.
- Priključite priključke sučelja na odgovarajuću opremu za snimanje.
- Uvjerite se da je uvođenje ozbilna ružica pregnuto povučena unazad,. Pod promatranjem potisnite kateter do područja endokarda. Za ispravno pozicioniranje pomognite si fluoroskopijom i elektrogramima. Prema potrebi prilagodite polumjer zakrivljenosti podešavanjem pomične ručice. Pomicanjem pomične ručice prema naprijed savija (zakrivljuje) se vrh katetera. Kada se ručica povuče unazad, vrh katetera se izravnava.
- Prije vađenja katetera provjerite je li ručica za regulaciju potpuno povučena unazad. Izvadite kateter kroz uvodnicu i zbrinite ga na odgovarajući način. Nemojte ponovno sterilizirati ni ponovno koristiti.
- Za bilo kakva pitanja koja se odnose na uporabu ili učinkovitost ovog proizvoda, obratite se lokalnom distributeru ili proizvođaču.

**NUSPOJAVE**

Dokumentiran je niz ozbiljnih nuspojava kod postupaka kateterizacije srca, uključujući plućnu emboliju, infarkt miokarda, moždani udar, tamponadu srca i smrt. Sljedeće komplikacije u vezi s kateterizacijom srca također su zabilježene u literaturi: vaskularno krvarenje, lokalni hematomi, tromboza, AV fistula, pseudoaneurizma, tromboembolija, vazovagalne reakcije, perforacija srca, zračna embolija, aritmije, oštećenje srčanih zalisaka, pneumotoraks i hemotoraks.

M-5276-86L

CONFIDENTIAL

BWI-INN00100600

**ODRICANJE OD JAMSTVA I OGRANIČENJE ODGOVORNOSTI**

NE POSTOJI JAMSTVO, EKSPLICITNO ILI IMPLICITNO, UKLJUČUJUĆI BEZ OGRANIČENJA BILO KOJE IMPLICITNO JAMSTVO UTRŽIVOSTI ILI PRIKLADNOSTI ZA ODREĐENU SVRHU U SVEZI S PROIZVODOM/PROIZVODIMA KOJI SU OVDJE OPISANI. BIOSENSE WEBSTER, INC. ILI NJEZINE PRIDRUŽENE TVRTKE NI POD KOJIM UVJETIMA NE MOGU BITI ODGOVORNE NI ZA KAKVU POSEBNU, IZRAVNU, SLUČAJNU, POSLJEDIČNU ILI NEKU DRUGU ŠTETU OSIM AKO TO NIJE IZRIČITO PROPISANO POSEBNIM ZAKONOM.

BEZ OGRANIČENJA GORE NAVEDENOGA, TVRTKA BIOSENSE WEBSTER, INC. ILI NJEZINE PODRUŽNICE NEĆE BITI ODGOVORNE NI ZA KAKVU POSEBNU, IZRAVNU, SLUČAJNU, POSLJEDIČNU ILI NEKU DRUGU ŠTETU NASTALU USLIJED PONOVNE UPORABE BILO KOJEG/KOJIH PROIZVODA OZNAČENOG/OZNAČENIH ZA JEDNOKRATNU UPORABU ILI GDJE JE PONOVNA UPORABA ZABRANJENA PRIMJENJIVIM ZAKONOM.

Opisi i specifikacije koje se pojavljuju u tiskanim materijalima tvrtke Biosense Webster, Inc. uključujući i ovu publikaciju, informativnog su karaktera i isključivo su namijenjeni općem opisu proizvoda u trenutku njegove proizvodnje te ne pružaju niti na bilo koji način služe kao jamstvo za odnosni proizvod.

CONFIDENTIAL

BWI-INN00100601

**Електрофизиолошки катетер: са савитљивим врхом; са ортогонално савитљивим врхом; са савитљивим плетеним врхом; катетер HALO® XP са савитљивим врхом за мапирање трикуспидалног залиска, HALO® као и катетери CRISTACATH™ са савитљивим врхом и ISMUS® Сатн за мапирање**

- Стерилно. Стерилисано етилен-оксидом.
- Само за једнократну употребу.
- Не користити ако је паковање отворено или оштећено.
- Савезни закон (САД) ограничава продају овог уређаја на продају од стране или по налогу лекара.

**ОПИС КАТЕТЕРА**

Biosense Webster® катетер електрода са савитљивим врхом је намењен да олакша електрофизиолошко мапирање срца. Катетер има осовину са високим степеном торзије са делом са савитљивим врхом који садржи низ електрода од платине које се могу употребити за стимулацију и снимање. Доступно је неколико конфигурација врха. (Стандардно закривљени врхови се идентификују путем прстена у боји који се налази на осовини близу проксималног краја погледајте каталог.)

Катетер са ортогонално савитљивим врхом намењен је да олакша електрофизиолошко мапирање срца. Катетер има осовину са високим степеном торзије са делом од савитљивог врха који садржи плочицу са електродама од платине које се могу употребити за стимулацију и снимање.

Катетер са савитљивим плетеним врхом је катетер са више електрода са савитљивим врхом намењен да олакша електрофизиолошко мапирање срца. Катетер има осовину са високим степеном торзије са делом са савитљивим врхом који садржи електроде од платине. Предвиђено је да катетер тиме што је уплетен олакшава прављење стабилних локалних електрограма. Све електроде могу да се користе за прављење снимања и стимулацију.

Катетери са савитљивим врхом CRISTACATH™ и ISMUS® Сатн намењени су за електрофизиолошко мапирање структура срца. Катетери имају осовину са високим степеном торзије са делом од савитљивог врха који садржи десет пари електрода од платине које се лако могу видети под флуороскопом. Катетери са савитљивим врхом CRISTACATH™ и ISMUS® Сатн олакшавају прављење симултаних локалних електрограма због већег броја електрода и њихових способности савијања.

Катетери са савитљивим врхом HALO® XP и HALO® намењени су да олакша електрофизиолошко мапирање срца, а посебно, трикуспидалног анулуса. Катетери имају осовину са високим степеном торзије са делом врха у облику ореола који садржи десет пари електрода од платине које се лако могу видети под флуороскопом. Део са врхом такође садржи ознаку која не пропушта рендгенске зраке у центру низа електрода. Део врха у облику ореола има изражен облик како бисте могли да се могли мапирати у одређеном облику оних или се морали поставити око атријалног ацетата трикуспидалног анулуса. Део са врхом се пакује са пластичном заштитом за врх.

Клип у држачу је повезан са унутрашњим жицом тегљача која мења радијус савијања. Када се клип гурне напред, смањује се радијус савијања претходно формиране петље, када се уједе за палац повуче уназад, радијус савијања се повећава све док се део са врхом не врати у унапред обликован облик. Осовина са високим степеном торзије омогућава да се руке површином криве како би се олакшало тачно позиционирање.

Катетери са савитљивим врхом HALO® XP и HALO® олакшавају прављење симултаних локалних електрограма проширујући трикуспидални анулус, од средње преграде па до антериорне, латералне и постеролатералне. Снимци целог анулуса могу се добити без поновног намештања врха катетера.

Савијање се контролише на проксималном крају преко савезне ручке у коју улази клип. Када се клип притисне унапред помоћу дугмета за палац, врх се савија (криви). Када се клип повуче уназад, врх се исправља. Осовина са високим степеном торзије омогућава да се површина савијања врха ротира како би се олакшало тачно позиционирање врха катетера на жељеној локацији.

**Катетер је повезан са стандардном опремом за снимање преко каблова за повезивање са одговарајућим прикључцима.**

**ПОСАВЕТУЈТЕ СЕ СА ЛОКАЛНИМ ДИСТРИБУТЕРОМ ИЛИ ПРОИЗВОЂАЧЕМ О ОДГОВАРАЈУЋИМ КАБЛОВИМА ЗА ПОВЕЗИВАЊЕ.**

**ИНДИКАЦИЈЕ**

Катетер је намењен за електрофизиолошко мапирање структуре срца; тј. само за стимулацију и снимање. Поред тога, катетер са ортогонално савитљивим врхом намењен је за употребу у коронарном синусу. Поред тога, катетер са савитљивим уплетеним врхом је намењен за употребу на десној страни срца. Затим, катетери CRISTACATH™ и ISMUS® Сатн намењени су да олакшају прављење електрограма у атријалном подручју срца. Затим, унапред обликован врх у облику ореола катетера HALO® XP и HALO® дела са врхом посебно је намењен за трикуспидални анулус.

**КОНТРАИНДИКАЦИЈЕ**

Није доказано да је Biosense Webster® катетер са електродом са савитљивим врхом безбедан и делотворан за електричну аблацију или за за употребу у срчаној васкулатури осим у остијуму коронарног синуса. Поред тога, катетер са плетеним врхом је контраиндикован за употребу на левој страни срца. Такође, трансцепталии приступ је контраиндикован.

Употреба катетера можда неће бити погодна за пацијенте са вештачким залисцима. Релативна контраиндикација за поступке катетеризације срца је активна системска инфекција.

**УПОЗОРЕЊА**

Поступци катетеризације срца носе могућност озбиљног излагања рендгенском зрачењу, што може да доведе до акутне повреде зрачењем, као и до повећаног ризика од соматских и генетских ефеката и код пацијента и код лабораторијског особља услед интензитета рендгенског снопа и трајања флуороскопског снимања. Катетеризација срца би требало да се изведи тек након што се посвети посебна пажња потенцијалном излагању зрачењу у вези са поступком и након што се предузму мере да се излагање сведе на минимум. Због тога се са посебном пажњом мора разmotriти употреба овог катетера код труднице.

- Не потапајте ручку на проксималном крају или прикључак на каблу у течности јер то може утицати на електричне перформансе.
- Не излажите катетер органским растварачима као што је алкохол.
- Не стерилишите катетер у аутоклаву.

**МЕРЕ ОПРЕЗА**

- Не покушавајте да рукујете Biosense Webster електрофизиолошким катетером са савитљивим врхом пре него што до краја прочитате и разумете ова упутства за употребу.
- Чувајте на тамно, суво и ладно место.
- Пре употребе треба проверити стерилно паковање и катетер.
- Не стерилишите и не користите поново.
- Овај уређај се пакује и стерилише само за једнократну употребу. Немојте га поново користити, обрађивати или стерилисати. Поновна употреба, обрада или стерилизација могу да наруше структурну целовитост уређаја и/или доведу до квара уређаја, што опет може имати за последицу повређивање, болест или смрт пацијента. Такође, поновна обрада или стерилизација уређаја за једнократну употребу може да створи ризик од контаминације и/или да изазове инфекцију или унакрсну инфекцију код пацијента, укључујући, али не и ограничено на, пренос инфективне болести са једног пацијента на другог. Контаминација катетера може да доведе до повређивања, болести или смрти пацијента.
- Поступке катетеризације срца би требало да изводи адекватно обучено особље у комплетно опремљеној електрофизиолошкој лабораторији.
- Катетером се мора манипулисати пажљиво да би се избегли оштећивање срца, перфорација или тампонада. Увођење и поставка катетера би требало да се ради уз флуороскопско вођење. Не примењујте прекомерну силу када уводите или извлачите катетер када наиђете на отпор.
- Увек повуците дугме за палац катетера уназад пре његовог уноса или извлачења како бисте осигурали да врх катетера добије свој оригинални облик.

**ДАТУМ „УПОТРЕБЉИВО ДО"**

Уређај употребите пре датума наведеног под „Употребљиво до" на налепници на паковању.

**ОДЛАГАЊЕ**

Рециклирајте компоненте или одложите производ и његове преостале елементе или отпадне делове у складу са локалним законима и прописима.

**ПРЕПОРУЧЕНО УПУТСТВО ЗА УПОТРЕБУ**

- Извадите катетер из паковања и ставите га на стерилну радну површину. Обезбедите васкуларни приступ у велики централни крвни суд применом асептичних техника и уведите катетер.
- Повежите конекторе за повезивање са одговарајућом опремом за снимање.
- Потврдите да је дугме за палац у потпуности повучено уназад пре уноса. Уведите катетер до дела ендокарда који се испитује. Употребите и флуороскопију и електрограме да бисте олакшали позиционирање. Подесите радијус криве према потреби тако што ћете управљати дугметом за палац. Ако се дугме за палац гурне унапред, врх катетера се савија (криви); када се дугме повуче уназад, врх се исправља.
- Пре уклањања катетера, потврдите да је дугме за палац у потпуности повучено уназад. Извадите катетер и одложите га на исправан начин. Не стерилишите и не користите поново.
- Ако имате било каквих питања у вези са употребом или перформансама овог производа, консултујте се са локалним дистрибутером или произвођачем.

---

M-5276-86L

CONFIDENTIAL                                                                                    BWI-INN00100602

**НЕЖЕЉЕНЕ РЕАКЦИЈЕ**

Документован је низ обичајних нежељених реакција на поступке катетеризације срца, укључујући плућну емболију, инфаркт миокарда, мождани удар, тампонаду срца и смрт. У литератури су такође забележене следеће компликације које су повезане са катетеризацијом срца: васкуларно крварење, локални хематоми, тромбоза, фистула АВ-а, псеудоанеуризам, тромбоемболија, вазовагалне реакције, перфорација срца, ваздушна емболија, аритмије, валвуларно оштећење, пнеумоторакс и хемоторакс.

**ОДРИЦАЊЕ ГАРАНЦИЈЕ И ОГРАНИЧЕЊЕ ОДГОВОРНОСТИ**

НЕМА ИЗРИЧИТЕ ИЛИ ИМПЛИЦИРАНЕ ГАРАНЦИЈЕ, УКЉУЧУЈУЋИ БЕЗ ОГРАНИЧЕЊА СВАКУ ИМПЛИЦИРАНУ ГАРАНЦИЈУ ПОДЕСНОСТИ ЗА ТРГОВИНУ ИЛИ ПОГОДНОСТИ ЗА ОДРЕЂЕНУ НАМЕНУ, ЗА ПРОИЗВОД(Е) ОПИСАНЕ У ОВОМ ТЕКСТУ. НИ ПОД КОЈИМ ОКОЛНОСТИМА КОМПАНИЈА BIOSENSE WEBSTER, INC. ИЛИ ЊЕНЕ ПОВЕЗАНЕ КОМПАНИЈЕ НЕЋЕ БИТИ ОДГОВОРНА ЗА БИЛО КОЈЕ СПЕЦИЈАЛНЕ, ДИРЕКТНЕ, СЛУЧАЈНЕ, ПОСЛЕДИШТЕ ИЛИ ДРУГЕ ШТЕТЕ, ОСИМ ОНИХ КОЈЕ СУ ИЗРИЧИТО ОДРЕЂЕНЕ ВАЖЕЋИМ ЗАКОНОМ.

БЕЗ ОГРАНИЧАВАЊА НАВЕДЕНОГ, BIOSENSE WEBSTER, INC. ИЛИ ЊЕНЕ ПАРТНЕРСКЕ КОМПАНИЈЕ НЕЋЕ БИТИ ОДГОВОРНЕ ЗА БИЛО КАКВУ ПОСЕБНУ, ДИРЕКТНУ, СЛУЧАЈНУ ИЛИ ПОСЛЕДИЧНУ ИЛИ БИЛО КАКВУ ДРУГУ ШТЕТУ НАСТАЛУ УСЛЕД ПОНОВНЕ УПОТРЕБЕ БИЛО КОГ/КОЈИХ ПРОИЗВОДА СА ОЗНАКОМ ЗА ЈЕДНОКРАТНУ УПОТРЕБУ ИЛИ УКОЛИКО ПОНОВНУ УПОТРЕБУ ЗАБРАЊУЈЕ ВАЖЕЋИ ЗАКОН.

Описи и спецификације који се налазе у штампаном материјалу компаније Biosense Webster, Inc., укључујући и ову публикацију, намењени су искључиво за информативне сврхе и само за општи опис производа у тренутку производње и не пружају се као гаранција за прописани производ ни на који начин.

CONFIDENTIAL                                                                                   BWI-INN00100603

**Електрофизиолошки катетер: со свитлив врв; со ортогонално свитлив врв; со плетен свитлив врв; HALO® XP со свитлив врв за мапирање на трикуспидалниот залисток, HALO®; како и катетери CRISTACATH™ со свитлив врв и ISMUS® Сатн за мапирање**

- **Стерилно. Стерилизирано со гас етилен оксид.**
- **Само за една употреба.**
- **Не употребувајте доколку пакувањето е отворено или оштетено.**
- **Федералните закони на САД забрануваат овој производ да биде се продава или порачува на општи лекари.**

## ОПИС НА КАТЕТЕРОТ

Biosense Webster® електродниот катетер со свитлив врв е дизајниран за да го олесни електрофизиолошкото мапирање на срцето. Катетерот има отвор со висока сила на вртење што има дел со свитлив врв кој содржи сноп од електроди од платина кои може да се употребат за стимулација и записи. Достапни се неколку конфигурации на врвот. (Стандардните конфигурации на врвот се идентификувани со обоена лента на отворот во близина на проксималниот крај —погледнете го каталогот).

Ортогоналниот катетер со свитлив врв (Deflectable Tip Orthogonal) е дизајниран за да го олесни електрофизиолошкото мапирање на срцето. Катетерот има отвор со висока сила на вртење кој има дел со свитлив врв што содржи електроди од платина кои може да се употребат за стимулација и записи.

Катетерот со порабен свитлив врв (Deflectable Braided Tip) е повеќе – електроден катетер дизајниран за да го олесни електрофизиолошкото мапирање на срцето. Катетерот има отвор со висока сила на вртење кој има електроди од платина. Катетерот е дизајниран за да го олесни стабилниот локален електрограм заради внатрешното обложување. Сите електроди може да се употребат за снимање записи или стимулација.

Катетерите со свитлив врв CRISTACATH™ и ISMUS® Сатн се дизајнирани за електрофизиолошко мапирање на срцевите структури. Катетерите имаат отвор со висока сила на вртење кој има десет пара електроди од платина кои може лесно да бидат видени под флуороскоп. Катетерите со свитлив врв CRISTACATH™ и ISMUS® Сатн ги олеснуваат истовремените локални електрограми, заради големиот број на електроди и нивната способност за дефлексија.

Катетерите со свитлив врв HALO® XP и HALO® се дизајнирани за електрофизиолошко мапирање на срцето, особено на трикуспидалниот анулус. Катетерот има отвор со висока сила на вртење и крушовидна форма со висока сила на вртење, кој има десет пара електроди од платина кои може лесно да бидат видени под флуороскоп. Делот на врвот исто така содржи и ознака која не емитува зрачење во центарот на снопот од електроди. Врвот со крушовидна форма има претходно изведена завршница која може да биде позиционирана околу атријалната полошба на трикуспидалниот анулус. Делот со врвот е спакуван со посебен пластичен заштитник.

Во рачниот дел, додадени е клип на внатрешната повлекувачка жица која може да се менува радиусот на закривувањето. Кога позицијата е ставена нагоре, радиусот на закривувањето на извиеаната џамка се намалува, додека кога е ставен надолу, радиусот се зголемува додека делот со врвот не се врати во претходно подесената форма. Отворот со висока сила за вртење дозволува рамнината на закривувањето да биде управувана за да се олесни точното позиционирање.

Катетерите со свитлив врв HALO® XP и HALO® го олеснуваат истовременото префрлување на локалните електрограми на трикуспидниот анулус, од средно септално до антериорно до латерално или постеролатерално. Записите на целиот анулус може да бидат добиени без повторно позиционирање на врвот на катетерот.

Свитливиот врв се контролира со проксималниот крај на тубуларниот рачен дел на кој се наоѓа клипот. Кога клипот ќе се притисне со копчето, врвот се закривува. Кога клипот ќе се испушти, врвот се исправа. Отворот со висока сила на вртење дозволува рамнината на закривувањето да биде управувана за да се олесни позиционирањето на врвот на саканото место.

**Катетерот се поврзува со стандардна опрема за снимање преку кабли за поврзување со соодветни поврзувачи.**

КОНСУЛТИРАЈТЕ СЕ СО ЛОКАЛНИОТ ДИСТРИБУТЕР ИЛИ СО ПРОИЗВОДИТЕЛОТ ЗА СООДВЕТНИ КАБЛИ ЗА ПОВРЗУВАЊЕ.

## ИНДИКАЦИИ

Овие катетери со свитлив врв се наменети за електрофизиолошко мапирање на срцевите структури, односно за стимулација и снимање на записи. Дополнително на тоа, ортогоналниот катетер е дизајниран за употреба во коронарниот синус. Катетерот со порабен свитлив врв е дизајниран за употреба кај десната страна на срцето, додека CRISTACATH™ и ISMUS® Сатн се дизајнирани за олеснување на електрограми кај атријалниот регион на срцето. Дополнително на тоа, HALO® XP и HALO® катетерите се дизајнирани специјално за трикуспидалниот анулус.

## КОНТРАИНДИКАЦИИ

Biosense Webster® електродните катетерите со свитлив врв не се покажале како безбедни и ефикасни за електрична аблација или за употреба во коронарната васкулатура, освен за коронарниот синус остиум. Катетерот со обложен врв има контраиндикации за употреба на левата страна на срцето или секако има контраиндикации кај трансцепталниот пристап.

Употребата на катетер може да не биде соодветна кај пациенти кои имаат протетски залистоци. Исто така, контраиндикација за процедури со срцеви катетери претставува и активна системска инфекција.

## ПРЕДУПРЕДУВАЊА

Процедурите за срцева катетеризација претставуваат потенцијал за значително зрачење со рендгенски зраци што може да резултира со повреда од акутно зрачење како и зголемен ризик за соматски и генетски ефекти и на пациентите и на персоналот заради интензитетот на снопот со рендгенски зраци и временските на флуороскопското снимање. Срцевата катетеризација треба да се изведува откако особено внимание ќе биде посветено на потенцијалното излагување на зрачење поврзано со процедурата и откако ќе се преземат чекори за намалување на ова излагување. Внимателно треба да се размисли пред употреба на овие катетери кај бремени жени.

- Не го натопувајте проксималниот рачен дел или поврзувачот за кабли во течност; може да дојде до електричен спој
- Не го изложувајте катетерот на органски растворувачи, како алкохол.
- Не го ставајте катетерот во автоклав.

## МЕРКИ НА ПРЕТПАЗЛИВОСТ

- Не обидувајте се да го ракувате електрофизиолошкиот катетер со свитлив врв пред целосно да го прочитате и разберете ова упатство за употреба.
- Чувајте на ладном, сувом, мрачном месте.
- Стерилното пакување и катетерот треба да бидат проверени пред употреба.
- Немојте повторно да стерилизирате или употребувате.
- Овој апарат е спакуван и стерилизиран и само за една употреба. Не употребувајте, репроцесирајте или стерилизирајте повторно. Ако го сторите тоа, може да дојде до изложување на ризик на структурниот интегритет на уредот и до негово расипување што за возврат може да резултира со повреда на пациентот, заболување или смрт. Исто така може да се создаде ризик од заразување, бидувајќи, но не ограничувајќи се само на пренос на заразни болести од еден пациент на друг. Зараженоста на апаратот може да доведе до повреда, заболување или смрт на пациентот.
- Процедурите за срцева катетеризација треба да ги изведуваат само лица кои се обучени во целосно опремена електрофизиолошка лабораторија.
- Потребно е внимателно да се управува со катетерот за да се избегне срцево оштетување, перфорација или тампонада. Движењето и поставувањето на катетерот треба да биде изведено со флуороскопско водење. Не употребувајте прекумерна сила за движење или повлекување на катетерот доколку наиѓате на отпор.
- Секогаш ставајте го копчето на катетерот наназад пред вметнување или повлекување за да се осигурате дека врвот на катетерот ја заземал неговата оригинална форма.

## РОК НА УПОТРЕБА

Употребете го катетерот пред истекот на рокот за негова употреба.

## ФРЛАЊЕ

Рециклирајте ги составните делови или фрлете ги според локалните закони и регулативи.

## РЕЦИКЛИРАЈТЕ ГИ СОСТАВНИТЕ ДЕЛОВИ ИЛИ ФРЛЕТЕ ГИ СПОРЕД ЛОКАЛНИТЕ ЗАКОНИ И РЕГУЛАТИВИ.

- Извадете го катетерот од пакувањето и ставете на стерилно поле за работа. Направете васкуларен пристап на голем крвен сад со употреба на асептична техника и вметнете го катетерот.
- Поврзете ги поврзувачите на соодветната опрема за снимање.
- Уверете се дека копчето е вратено наназад пред вметнувањето на катетерот. Движете го катетерот до областа на ендокардиумот, што се испитува. Употребувајте флуороскоп и електрограм за да се олесни правилното позиционирање. Прилагодете го радиусот на закривувањето како што е потребно со управување на копчето. Кога копчето е притиснато напред врвот на катетерот се свиткува, а кога е притиснато наназад, врвот се исправува.
- Пред вадењето на катетерот, уверете се дека копчето е целосно повлечено. Извадете го катетерот и фрлете го на соодветен начин. Немојте повторно да го стерилизирате и да го употребувате.
- Доколку имате прашања, контактирајте со дистрибутерот или со производителот.

CONFIDENTIAL

BWI-INN00100604

Македонски јазик

**НЕСАКАНИ РЕАКЦИИ**

Забележани се неколку несакани реакции за процедурите на срцева катетеризација, вклучувајќи белодробна емболија, миокарден инфаркт, мозочен удар, срцева тампонажа и смрт. Следните компликации се поврзани со срцева катетеризација се забележани во литературата: васкуларно крварење, локален хематом, тромбоза, AV фистула, псевдоаневризам, тромбоемболија, вазовагални реакции, срцева перфорација, воздушна емболија, валвуларно оштетување, пневмоторакс и хемоторакс.

**ОДРЕКУВАЊЕ ОД ОДГОВОРНОСТ ВО ОДНОС НА ГАРАНЦИЈАТА И ОГРАНИЧУВАЊЕ НА ОДГОВОРНОСТА**

НЕ ПОСТОИ ЈАСНА ИЛИ ПРЕТПОСТАВЕНА ГАРАНЦИЈА, ВКЛУЧУВАЈЌИ ЈА, БЕЗ ОГРАНИЧУВАЊЕ, СЕКОЈА ПРЕТПОСТАВЕНА ГАРАНЦИЈА ЗА ПАЗАРНА КОНКУРЕНТНОСТ ИЛИ СООДВЕТНОСТ ЗА КОНКРЕТНА НАМЕНА НА ПРОИЗВОДОТ(Е) ОПИШАН(И) ОВДЕ. ПОД НИКАКВИ ОКОЛНОСТИ BIOSENSE WEBSTER, INC. ИЛИ НЕЈЗИНИТЕ ФИЛИЈАЛИ, НЕМА ДА СНОСАТ ОДГОВОРНОСТ ЗА КАКВИ БИЛО  ПОСЕБНИ, ДИРЕКТНИ, СЛУЧАЈНИ, ПОСЛЕДИЧНИ ИЛИ ДРУГИ ШТЕТИ ОСВЕН АКО НЕ Е ИЗРЕЧНО ПРЕДВИДЕНО СО СООДВЕТНИОТ ЗАКОН.

БЕЗ ОГРАНИЧУВАЊЕ НА ГОРЕНАВЕДЕНОТО, BIOSENSE WEBSTER, INC. ИЛИ НЕЈЗИНИТЕ ФИЛИЈАЛИ, НЕМА ДА СНОСИ ОДГОВОРНОСТ ЗА КАКВИ БИЛО ПОСЕБНИ, ДИРЕКТНИ, СЛУЧАЈНИ, ПОСЛЕДИЧНИ ИЛИ ДРУГИ ШТЕТИ, КОИ ПРОИЗЛЕГУВААТ ОД ПОВТОРНАТА УПОТРЕБА НА КОЈ(И) БИЛО ПРОИЗВОД(И) КОЈ(И) Е (СЕ) ОЗНАЧЕН(И) ЗА ЕДНОКРАТНА УПОТРЕБА ИЛИ КАДЕ ШТО ПОВТОРНАТА УПОТРЕБА Е ЗАБРАНЕТА СО ВАЖЕЧКИ ЗАКОН.

Описите и спецификациите кои се појавуваат во печатените материјали на Biosense Webster, Inc., вклучувајќи ја и оваа публикација, се само информативни и наменети само општо да се опише производот(ите) во времето на производство и не се направени или дадени како гаранција за пропишаниот производ(и) на кој било начин.

M-5276-86L

CONFIDENTIAL                                                                            BWI-INN00100605

**NOTES**

CONFIDENTIAL                                                                    BWI-INN00100606



**Biosense Webster, Inc.**
33 Technology Drive
Irvine, California 92618, USA
Tel:  +1-909-839-8500
Tel:  +1-800-729-9010
Fax: +1-909-468-2905
www.biosensewebster.com



**Biosense Webster**
A Division of Johnson & Johnson Medical NV/SA
Leonardo da Vincilaan 15
1831 Diegem, Belgium
Tel  +32-2-7463-401
Fax: +32-2-7463-403

**Electrophysiology Catheter: Deflectable Tip; Deflectable Tip Orthogonal; Deflectable Braided Tip; Deflectable Tip HALO® XP Tricuspid Mapping, HALO® & Deflectable Tip CRISTACATH™ and ISMUS® CATH Mapping Catheters** protected under one or more of the following U.S. Patents: 5,827,278; 7,371,232 and other patents pending in the U.S. and other countries.

BIOSENSE WEBSTER, the Biosense Webster logo, CRISTACATH, ISMUS, and HALO are trademarks of Biosense Webster, Inc.

The third-party trademarks used herein are trademarks of their respective owners.

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 47

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 48

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 49

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 50

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 51

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 52

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 53

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 54

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 55