REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

KARLA KRAFT, State Bar No. 205530
kkraft@stradlinglaw.com
VICTORIA MCLAUGHLIN, State Bar No. 321861
vmclaughlin@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravath.com
LILLIAN S. GROSSBARD (*pro hac vice*)
lgrossbard@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Attorneys for Defendant
BIOSENSE WEBSTER, INC.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No.: 8:19-cv-1984 JVS (KESx)<br><br>**RESPONSE TO PLAINTIFF INNOVATIVE HEALTH LLC'S STATEMENT OF GENUINE DISPUTES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT BIOSENSE WEBSTER, INC. (DKT. 130-2)** |

## I.    INTRODUCTION

Pursuant to Rule 56-1 of the Local Rules of the United States District Court for the Central District of California, Defendant Biosense Webster, Inc. ("Biosense") respectfully submits this Response to Plaintiff Innovative Health LLC's ("Innovative") Statement of Genuine Disputes (Docket No. 130-2) in support of its Motion for Summary Judgment (Docket No. 114) (the "Motion").

## II.    RESPONSE TO STATEMENT OF GENUINE DISPUTES

### A.    The Parties

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 1.    Biosense is a California corporation that manufactures and sells the CARTO 3 cardiac mapping system and electrophysiology ("EP") products, including catheters, that can be used with that system to diagnose and treat abnormal heart rhythms ("arrhythmias"). Grossbard Decl., Ex. 1, Bodner Decl. ¶ 1. | Undisputed. |
| 2.    Biosense is the original equipment manufacturer ("OEM") of the Lasso NAV ("Lasso") catheter, the Pentaray catheter, and the SoundStar catheter and also sells those catheters. | Undisputed. |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 1, Bodner Decl. ¶ 6. | |
| 3. Biosense has an exclusive license to sell the ACUSON AcuNav ultrasound catheter ("AcuNav") manufactured by Siemens Medical solutions ("Siemens"). Grossbard Decl., Ex. 1, Bodner Decl. ¶ 10. | Undisputed. |
| 4. SterilMed, Inc. ("SterilMed") is a reprocessing company in the J&J family of companies that J&J acquired in 2011. Grossbard Decl., Ex. 1, Bodner Decl. ¶ 11. | Undisputed. |
| 5. SterilMed has Food & Drug Administration ("FDA") clearance to market reprocessed AcuNav, Lasso, Pentaray and SoundStar catheters. Grossbard Decl., Ex. 1, Bodner Decl. ¶¶11, 12. | Undisputed. |
| 6. The Certified Performance program guarantees that | Undisputed. |

3

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| the SterilMed-reprocessed AcuNav, SoundStar and Lasso catheters that Biosense sells meet the same or similar specifications as Biosense's OEM versions of those catheters. Biosense sells reprocessed AcuNav, SoundStar and Lasso catheters reprocessed by SterilMed under its "Certified Performance" program. Grossbard Decl., Ex. 1, Bodner Decl. ¶ 13. Grossbard Decl., Ex. 11, BWI-INN00029230 at p. 3 (listing "Reprocessed Biosense Webster, Inc. Ultrasound Catheters, LASSO® Catheters, CS Catheters and other diagnostic catheters" as included products.). | |
| 7.    The Certified Performance program guarantees that the SterilMed-reprocessed AcuNav, SoundStar and Lasso catheters that Biosense sells meet the same or | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| similar specifications as Biosense's OEM versions of those catheters.<br><br>Grossbard Decl., Ex. 11, BWI-INN00029230 at p. 4 (listing the OEM and Certified Performance specifications for ULS catheters, Lasso Nav catheters and Biosense standard diagnostic catheters). Grossbard Decl., Ex. 9, BWI-INN00012615 (Memo detailing the production specifications and providing supporting documentation for products guaranteed under the Certified Performance program). | |
| 8.    Plaintiff Innovative Health LLC ("Innovative") is an Arizona company that reprocesses and sells EP catheters that can be used with cardiac mapping systems.<br><br>Grossbard Decl., Ex. 136, Innovative Health, *Innovative Health – How We Got Here*, http://innovative-health.com/innovative-health/. | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 9.    Innovative Health is a "specialty reprocessor" that reprocesses electrophysiology and cardiology devices.<br><br>Grossbard Decl., Ex. 136, Innovative Health, Innovative Health – How We Got Here, http://innovative-health.com/innovative-health/ ("Our focus is on Electrophysiology devices . . . . [A]s a specialty reprocessor, Innovative Health is focused entirely in cardiology."). Grossbard Decl., Ex. 142, Innovative Health, Medical Device Reprocessing, http://innovative-health.com/ (Innovative is an "FDA regulated reprocessing company focused on Electrophysiology devices."). | Undisputed. |
| 10.    Innovative Health was founded in 2015.<br><br>Grossbard Decl., Ex. 98, Ferreira Dep. 32:25-33:3 ("You're - - Innovative Health is a relatively new | Undisputed. |

6

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| company, right? You've only been in existence since 2015 and we're in 2021 at present, correct? A. Correct."). Grossbard Decl., Ex. 136, Innovative Health, Innovative Health – How We Got Here, http://innovative-health.com/innovative-health/ ("Innovative Health was founded in 2015."). | |
| 11. Innovative Health began selling reprocessed catheters in 2016. Grossbard Decl., Ex. 95, Distel Dep. 152:18-22 ("Q. Well, in fact, you're aware - - aren't you? - - that Innovative commenced its operations in 2016, in terms of active selling of reprocessed catheters, correct? A. Yes."). Grossbard Decl., Ex. 45, IH00022313 (listing Innovative's first 510(k) clearance as March 2016). | Disputed. Innovative Health began selling reprocessed catheters in 2017. Ferreira Dep. at 13:19-13:21. |

11. Biosense Reply: This is not a material dispute of fact. If anything, 2017 makes stronger Biosense's argument that Innovative commenced

7

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| selling catheters only *after* Biosense had implemented its case coverage policy. The Court can accept Innovative's date as undisputed for this Motion. | |
|     12.    Innovative markets itself as a low cost provider that offers catheter cost savings.<br><br>    Grossbard Decl., Ex. 143, Innovative Health, Innovative Health – Mission, http://innovative-health.com/mission/ ("Innovative Health's mission is to enable hospitals, manufacturers, and physicians to provide better care for cardiology patients through significant device cost savings, which lead to reduced procedure costs and the ability to access new technology and improve patient care.").<br><br>    Grossbard Decl., Ex. 95, Distel Dep. 234:7-14 (█████████<br>████████████████<br>████████████████<br>████████████<br>████████████████, | Undisputed. |

8

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████ | |
| ██████████ | |
| ██████████ | |
| █████████ | |
| ████████ | |
| ██████████ | |
| ██████████ | |
| █████████ | |
| █████████ | |
| ██████████ | |
| 13.    Innovative manufactures reprocessed versions of Biosense's Lasso, Pentaray, SoundStar and AcuNav catheters, among other EP catheters.    Grossbard Decl., Ex. 45, IH00022313 (listing Innovative's 510(k) clearances). | Undisputed. |

**B.    Relevant Electrophysiology Devices and Procedures**

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 14.    Biosense introduced its current cardiac mapping system, the | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| CARTO 3, to the U.S. market in 2009.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 5. | |
| 15.     Some diagnostic catheters used in cardiac mapping procedures have magnetic sensors in their tips that enable the cardiac mapping system to identify their location in three-dimensional ("3D") space.  These catheters are used to generate a 3D anatomical map of the patient's heart ("3D anatomical map" or "3D map").  This subset of diagnostic catheters is referred to as "sensor-enabled" or "mapping" catheters.<br><br>Grossbard Decl., Ex. 2, Thomas Decl. ¶ 7. | Disputed.  The sensor-enabled catheters are not the only mapping catheters.  For example, the HALO, CRISTACATH, and ISMUS are "mapping catheters" that are "designed for electrophysiological mapping of the heart."  Ex. 46 at 100540 and 100545. |

15. <u>Biosense Reply</u>: Innovative's response does not create any dispute regarding the accuracy of the fact, but provides additional information that is irrelevant.  As BWI stated, "some" diagnostic catheters have sensors.  BWI did not assert that all do.  The non-sensor enabled mapping catheters to which IH points here are not used to generate cardiac

10

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| maps on CARTO 3. The Cristacath, Halo, Ismus and non-nav Lasso catheters can be used to map on other manufacturers' cardiac mapping systems that are impedance-based systems, while CARTO 3 uses magnetic technology using catheters with magnetic location sensors (the catheters at issue in this litigation) to map. *See* Grossbard Decl., Ex. 47, IH00050167 at 226-227 (Innovative "Diagnostic Electrophysiology Catheters Basic Training" presentation explaining that Abbott's Ensite system relies upon "[i]mpedence based technology" that "collects electrical data" from "[e]lectrodes from standard EP catheters" to "track or navigate their movement and construct three-dimensional (3-D) models of the chamber", whereas BWI's CARTO 3 instead relies upon "magnetic location technology" that uses sensor-enabled catheters that "create[] a map as fast you can move the catheter"); Grossbard Decl., Ex. 46, IH00029100 at 107 (Innovative "Mapping Catheter 101" presentation explaining at 107 that for "Magnetic Field based Mapping", "[a] magnetic sensor is in the catheter tip" and "[t]he evaluation of the magnetic field strength and orientation enables to localize catheter in space accurately"). | |
| 16.  Physicians use the 3D anatomical map of the heart to locate a patient's arrhythmia and decide where to ablate to treat the arrhythmia.<br><br>Grossbard Decl., Ex. 2, Thomas Decl. ¶ 7. | Disputed.  The cited evidence says physicians use the "anatomical and electrical map" of the heart to locate a patient's arrhythmia and decide where to ablate to treat the arrhythmia.  Grossbard Decl., Ex. 2., Thomas Decl, ¶ 4. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 89, Chudzik Dep. 17:6-21 ("Q. Okay. And what is a high-density mapping catheter? A. It's a catheter that acquires signals using electrodes, various electrodes, and builds out a map of the anatomical structure of the heart. Q. And how would a physician use that in an electrophysiology study or procedure? A. Again, high level, I'm not trained clinically, but they would insert them into the patient and use them to create a visualization of the potential areas of harm or where therapy needs to be delivered. Q. And what kind of procedures? These are for -- to diagnose and treat arrhythmias in the heart; is that right? A. Yes."). Grossbard Decl., Ex. 47, IH00050167 (Innovative "Diagnostic Electrophysiology Catheter Basic Training" | |

12

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| presentation stating at 188: "MAPPING IS A technique where a catheter is moved in a chamber to identify an area of abnormal tissue. More importantly, mapping can identify the specific site of the abnormal rhythm."). Grossbard Decl., Ex. 116, Yaron Dep. 55:22-56:16 ("Q. So it is true that Biosense Webster clinical account specialists do support cases on the Carto 3 mapping system with catheters manufactured by third parties; is that right? MR. REYNOLDS: Objection. A. There could be some. You are getting here to kind of fine details, but these catheters that are displayed on the system are not critical for the creation of the map. And, therefore, the accuracy – what matters is the sensor-enabled catheters that are responsible for the creation of the accurate map, that | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| defines the target of where to ablate and where to deliver energy and, therefore, impact the efficacy and the safety of the procedure. Just showing a catheter with the electrodes on the map, a catheter is locked in the location in the coronary sinus, would not impact the accuracy of the treatment and is not directly linked with the | |

16.    <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The fact did not purport to quote directly from the cited source and the quote Innovative identifies from that source does not change the accuracy of the fact because the addition of the words "and electrical" are not relevant to any of the arguments in Biosense's Motion.

| | |
|---|---|
| 17.    Ultrasound catheters are used in EP procedures to visualize anatomical structures and blood flow in the heart in real time. They may be used in particular to help visualize the anatomy of the heart when a physician needs to make a "transseptal puncture" | Undisputed. |

14

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| through the atrial septum in order to move a catheter into the left atrium of the heart. Grossbard Decl., Ex. 2, Thomas Decl. ¶ 8. | |
| 18. All of the Biosense catheters at issue in this litigation—the Lasso, Pentaray and SoundStar catheters—are sensor-enabled catheters that perform a mapping function on CARTO 3. Grossbard Decl., Ex. 1, Bodner Decl. ¶¶ 7-9. Grossbard Decl., Ex. 2, Thomas Decl. ¶7. Grossbard Decl., Ex. 89, Chudzik Dep. 145:8-16 ███████ ██████████████ ██████████████ ██████████████ ██████████████ ██████████████ ██████████████ | Disputed. Innovative does not dispute the SOUNDSTAR, PENTARAY, and LASSO Nav catheters are sensor-enabled catheters. Grossbard Decl., Ex. 89, Chudzik Dep. 145:8-16 ████ ███████████████ ███████████████ ███████████████ ███████████████ ████████████. They are within the relevant markets at issue in this litigation. The cited evidence only states the LASSO Nav, and not LASSO, has a magnetic sensor to allow for fast anatomical mapping |

15

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ ██████████████ ██████ 151:12-152:6 ("Q. What is the function of the location sensor in the Lasso, PentaRay, and SoundStar catheters? A. So, high level, against the position and orientation in space along, you know, the X, Y, and Z coordinates. So it provides aid in understanding where that tip of that catheter is spatially oriented. Q. So where it's located in the heart; is that correct? A. Correct. Q. Is the location sensor that enables Carto 3 to create -- is it the location sensor that enables Carto 3 to create an accurate 3D map of the heart? MR. BERHOLD: Objection. THE WITNESS: Yes."). | ("FAM"). While LASSO does not have a magnetic sensor, the LASSO is a "mapping catheter" for "multiple electrode electrophysiological mapping the cardiac structures of the heart." Ex. 30 at 16769. |

18. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative is not relevant to this fact. Mapping catheters that are not sensor-enabled are not used to generate cardiac maps on CARTO 3. *See supra* ¶ 15. Biosense uses the shorthand "Lasso" to refer to "Lasso Nav"

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| catheters because only the latter are sensor-enabled and at issue in this litigation. | |
| 19.    Biosense's Lasso catheter is a circular mapping catheter that provides high-resolution mapping.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 7.  Grossbard Decl., Ex. 141, Biosense Webster, LASSO Circular Mapping Catheter, J&J Medical Devices, https://www.jnjmedicaldevices.com/en-US/product/lasso-circular-mapping-catheter. | Disputed.  The cited evidence only says the LASSO Nav catheter is a sensor-enabled, circular mapping 6 catheter that provides high-resolution mapping.  Grossbard Decl., Ex. 1, Bodner Decl. ¶¶ 6-7. |

19.  <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact.  Biosense uses the shorthand "Lasso" to refer to "Lasso Nav" catheters because only the latter are sensor-enabled and at issue in this litigation.  *See supra* ¶ 15.

| | |
|---|---|
| 20.    Biosense's Pentaray catheter is a high-density mapping catheter that provides advanced, multi-electrode mapping capabilities. | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 1, Bodner Decl. ¶ 8. Grossbard Decl., Ex. 128, Biosense Webster, Biosense Webster Announces Launch of the CARTO 3 MEM Base Version, Business Wire, Aug. 13, 2012, https://www.businesswire.com/news/home/20120813005195/en/Biosense-Webster-Announces-Launch-of-the-CARTO%C2%AE-3-MEM-Base-Version. | |
| 21. Biosense's SoundStar catheter is an ultrasound catheter with the addition of a magnetic sensor for mapping functionality. The SoundStar connects to the CARTO 3 in addition to an ultrasound system, which allows a physician to incorporate an ultrasound image into the 3D anatomical map generated on CARTO 3. | Undisputed. |

18

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 1, Bodner Decl. ¶ 9.  Grossbard Decl., Ex. 2, Thomas Decl. ¶ 8.  Grossbard Decl., Ex. 148, Biosense Webster, SOUNDSTAR® Ultrasound Catheter, J&J Medical Devices, https://www.jnjmedicaldevices.com /en-US/product/soundstar-ultrasound-catheter. | |
| 22.    As Innovative acknowledges, the accuracy of the 3D map of the heart created on the CARTO 3 during an EP procedure can affect the success and safety of the procedure.

Grossbard Decl., Ex. 62, IH00349220 (Dep. Ex. 49) at 226 ("If this calibration data is incorrect, it could result in incorrect mapping which may affect patient safety; Just as the calibration data is important, so is the performance of the location sensor. If the location sensor performance is affected or | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| deteriorated by reprocessing, the stored unique and original calibration data in the EEPROM chip when read by the mapping system could over or under corre ct the mapping performance, which may result in incorrect mapping and may affect patient safety; As a reprocessor, IH understands the importance of these calibration data and how it could affect the patient safety."). Grossbard Decl., Ex. 89, Chudzik Dep. 151:20-152:3 (when questioned about IH00349220 (Dep. Ex. 49), Chudzik testified: "Q. So where it's located in the heart; is that correct? A. Correct. Q. Is the location sensor that enables Carto 3 to create -- is it the location sensor that enables Carto 3 to create an accurate 3D map of the heart? MR. BERHOLD: Objection. THE WITNESS: Yes."); 165:16-166:3 | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ("Q. Do you agree that if the location accuracy is off it could affect patient safety? A. Yeah, you know, just to clarify, I think what I said before is also consistent here that there are other methods within the case that would be checked in this situation. Like any other medical device, if there's a portion of that product that's not working, it would affect patient safety, yes. Q. And why would it affect patient safety? A. Because the device is not performing to its intended specification. You know, again, any -- any product would fall into that category, especially with medical."). | |
| Grossbard Decl., Ex. 93, DemczukDep. 34:3-16 ████████ ████████████████████ ████████████████████ ████████████████ ████████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████ ███████████ ███████████ ███████████ ████████████ ███████████ ████████████ ██████████ ████████████ ██████████ ███████████ ████████<br><br>Grossbard Decl., Ex. 116, Yaron Dep. 55:22-56:16 ("Q. So it is true that Biosense Webster clinical account specialists do support cases on the Carto 3 mapping system with catheters manufactured by third parties; is that right? MR. REYNOLDS: Objection. A. There could be some. You are getting here to kind of fine details, but these catheters that are displayed on the system are not | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| critical for the creation of the map. And, therefore, the accuracy – what matters is the sensor-enabled catheters that are responsible for the creation of the accurate map, that defines the target of where to ablate and where to deliver energy and, therefore, impact the efficacy and the safety of the procedure. Just showing a catheter with the electrodes on the map, a catheter is locked in the location in the coronary sinus, would not impact the accuracy of the treatment and is not directly linked with the efficacy and the safety of the procedure."). | |
| 23.    In order to ensure uniform location references across catheters, Biosense calibrates every one of its sensor-enabled catheters by measuring the position and orientation of each catheter sensor within a magnetic field and applying corrective factors to | Disputed.  Innovative does not dispute Biosense calibrates its new sensor-enabled in order to ensure uniform location references across catheters.  Biosense does not need to recalibrate the reprocessed sensor-enabled catheters. |

23

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| account for variations in the device. Grossbard Decl., Ex. 46, IH00029100 at 109 (Innovative "Mapping Catheter 101" explains: "In order to get the same location reference on every catheter, the location sensor performance must be equivalent, which is not possible. The performance for each of these location sensors is characterized and a unique calibration file and/or correction factors necessary to create uniform performance is stored in the EEPROM chip embedded into each of the device."). Grossbard Decl., Ex. 89, Chudzik Dep. 173:15-174:10 ███ ████████ | ████████ ██████████ ████████████ ████████████ ██████████ ████████████ █████████ ███ ████ ████████ ██████████ ████████████ █████████████ █████████ ████████ The FDA has also cleared Innovative to sell catheters with magnetic sensors with the original calibration data that meets the baseline readings for new unused OEM catheters.  Joseph Dep. 17:6-18:25. |

24

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ | ██████████████████ |
| ████████████████████ | ██████████████████ |
| ██████████████ | ████████████████████ |
| ███████████████████ | ██████████████████ |
| ███████████████████ | ██████████████ |
| ████████████████████ | |
| ████████████████████ | |
| ███████████████████ | |
| ██████████████████ | |
| ███████████████████ | |
| ███████████████████ | |
| ████████████████████ | |
| ████████████████ | |
| ██████████████ | |
| ███████████████████ | |
| █████████████████ | |
| ████████████████████ | |
| ████████████████ | |
| ███████████████ | |
| ████████████████ | |
| ████████████████ | |
| █████ | |
| Grossbard Decl., Ex. 9, BWI-INN00012615 at 618 ████████ | |

25

RESPONSE TO STATEMENT OF GENUINE DISPUTES

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████ ████████████ ████████████ ████████ ████████████ ████████████ ███████████ ██████ Grossbard Decl., Ex. 62, IH00349220 (Dep. Ex. 49) at 226 ("As mentioned before, BW characterizes the location sensor for each location enabled device and store the necessary calibration and/or corrective factors necessary in the EEPROM chip embedded in the catheter. This information is unique to each catheter. This information is read by the Mapping system when device is plugged in to ensure accurate position and map the arterial chambers."). Grossbard Decl., Ex. 108, Shalgi Dep. 25:10-13 ("Q. Okay. | |

26

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| And does SterilMed recalibrate the Biosense Navigational catheters as part of its reprocessing? A. Yes, it's a must"). | |

23. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact, but instead makes an argument about the necessity of recalibration by citing evidence that Sterilmed tested the accuracy of calibration rather than recalibrating some reprocessed catheters at some point in the past. The additional information, even if accurate, is not relevant to any of Biosense's arguments in the Motion. Reply at 24-25. Whether Sterilmed ensures location accuracy through testing the accuracy of the original calibration or recalibrating, it is undisputed that only Biosense has access to the proprietary calibration systems to do so. *See infra ¶ 40.* Innovative neither tests nor recalibrates. *See infra ¶ 41.*

| | |
|---|---|
| 24. As Innovative recognizes, proper catheter calibration is important to ensure patient safety.<br><br>Grossbard Decl., Ex. 62, IH00349220 (Dep. Ex. 49) at 226 (stating: "If this calibration data is incorrect, it could result in incorrect mapping which may affect patient | Undisputed. |

27

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| safety; As a reprocessor, IH understands the importance of these calibration data and how it could affect the patient safety."). | |

Grossbard Decl., Ex. 46, IH00029100 (Innovative "Mapping Catheter 101" presentation stating at 110 that "[i]f [location sensors] could move it would affect their location accuracy").

Grossbard Decl., Ex. 93, Demczuk Dep. 34:3-16 ███████

███████████████████

█████████████████████

████████████████████

████████████████████

██████████████

████████████████████

██████████████████

██████████████████

██████████████████████

██████████████████

███████████████████

████████████████

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██ | |
| ██ | |
| ██ | |
| ██ | |
| ██ | |
| ██ | |
| ██ | |
| Grossbard Decl., Ex. 46, IH00029100 (Innovative "Mapping Catheter 101" presentation stating at 110 that "[i]f [location sensors] could move it would affect their location accuracy"). Grossbard Decl., Ex. 93, Demczuk Dep. 34:3-16 ██ | |
| ██ | |
| ██ | |
| ██ | |
| ██ | |
| ██ | |
| ██ | |
| ██ | |
| ██ | |
| ██ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ | |
| ███████████ | |
| ██████████████ | |
| ███████████████ | |
| ██████████████ | |
| █████████████ | |
| ██████ | |

## C.    FDA Regulation of Reprocessing

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 25.    The FDA began regulating the reprocessing of single-use medical devices in 2000. Grossbard Decl., Ex. 133, U.S. Food & Drug Admin., *Guidance for Industry, FDA Staff, Third-Party and Hospital Reprocessors* (July 16, 2003) at 3, https://www.fda.gov/media/71124/download (2001). | Undisputed. |
| 26.    Reprocessors apply for clearance to market reprocessed | Disputed as incomplete. The cited evidence states all |

30

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| single-use medical devices pursuant to Section 510(k) of the Food, Drug and Cosmetic Act ("510(k) clearance"). Grossbard Decl., Ex. 146, U.S. Food & Drug Admin., The 510(k) Program: Evaluating Substantial Equivalence in Premarket Notifications [510(k)], https://www.fda.gov/media/82395/download (July 28, 2014) at 3 ("Under section 510(k) of the FD&C Act, a manufacturer must submit a 510(k) to FDA at least 90 days before introducing, or delivering for introduction, a device into interstate commerce for commercial distribution so the Agency can determine whether or not the device meets the criteria for market clearance"). | manufacturers (original manufacturers or reprocessors) must apply for clearance to market Class II medical devices pursuant to Section 510(k). |
| 26. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the statement of completeness does not change the fact's accuracy. Innovative admits that reprocessors are manufacturers pursuant to FDA regulations. *See infra* ¶ 29 | |
| 27. The FDA standard for 510(k) clearance is "substantial | Undisputed. |

31

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| equivalence". Grossbard Decl., Ex. 146, U.S. Food & Drug Admin., *The 510(k) Program: Evaluating Substantial Equivalence in Premarket Notifications [510(k)]*, https://www.fda.gov/media/82395/download (July 28, 2014) at 3 ("The Agency bases its decision [whether to grant a Premarket Approval application] on whether the device is substantially equivalent (SE) to a legally marketed (predicate) device (Section 513(i) of the FD&C Act (21 U.S.C. § 360c(i)))"). | |
| 28. The "substantial equivalence" standard does not require that the reprocessor meet the OEM's product specifications or testing requirements; according to the FDA, "[a] new device does not need to be identical to the predicate device for it to be found substantially equivalent". Grossbard Decl., Ex. 146, U.S. Food & Drug Admin., The 510(k) | Disputed. The FDA requires "cleaning and sterilization data, and functional performance data demonstrating that each [single-use device] remain substantially equivalent to its predicate device" after reprocessing. 70 Fed. Reg. 56911, at 56911 (September 29, 2005). |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Program: Evaluating Substantial Equivalence in Premarket Notifications [510(k)], https://www.fda.gov/media/82395/download (July 28, 2014) at 6. *See infra* ¶¶ 31, 36, 37, 43. | |
| 28. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not change the accuracy of the fact, nor is it clear from its response what, if anything, Innovative disputes. | |
| 29.    Pursuant to FDA regulations, Innovative, not Biosense, is the legal manufacturer of its reprocessed Biosense catheters. Grossbard Decl., Ex. 133, U.S. Food & Drug Admin., Guidance for Industry, FDA Staff, Third-Party and Hospital Reprocessors (July 16, 2003) at 1, https://www.fda.gov/media/71124/download (2001). (stating that the FDA has provided "guidance to third-party and hospitals reprocessors about their responsibilities as manufacturers | Disputed. The cited evidence only states that Innovative is the manufacturer for purposes of FDA regulations – i.e., Innovative must comply with the FDA's medical device requirements applicable to manufacturers. |

33

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| engaged in reprocessing devices labeled for single use under the Federal Food, Drug, and Cosmetic Act (the Act), as amended by the Safe Medical Devices Act of 1990, the Medical Device Amendments of 1992, and the Food and Drug Modernization Act of 1997. Third-party and hospital reprocessors of single-use devices (SUDs) are subject to all the regulatory requirements currently applicable to original equipment manufacturers, including premarket submission requirements."). Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 1 (Sept. 12, 2021) ("Innovative admits that it is considered by the FDA to be the manufacturer of the ACUNAV, SOUNDSTAR, LASSO and PENTARAY catheters that are originally manufactured by Siemens | |

34

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| or Biosense and reprocessed by Innovative."). | |

Grossbard Decl., Ex. 17, BWI-INN00089256 at p. 14 ███

████████████████

██████████████████

███████████████

██████████████

██████████████████████

██████████████

Grossbard Decl., Ex. 57, IH00278789 at 791 ("We do not operate under license from the OEM, because the FDA considers the reprocessors of these devices to be the 'manufacturer'.").

Grossbard Decl., Ex. 95, Distel Dep. 146:22-147:12 ("Q. Okay. Now, let's talk for a moment about when Innovative reprocesses a catheter. You're aware – aren't you? -- that when Innovative reprocesses a catheter, it becomes the manufacturer of that catheter, correct? MR.

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| BERHOLD: Objection. You can answer. A. Yeah. Under the FDA definition, that is in the language. Because on the barcode on the box, we have to put our G10. So the G10 is the global trade identifier number, which is a taxonomy of numbers that gives you manufacturer, product, name of product, so on -- serial number. So if you scan our G10, it's Innovative Health. If you look at the box, it's still an OM device that we have reprocessed."). | |

29. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. Innovative responds that "Innovative is the manufacturer for purposes of FDA regulations", yet the fact's preface states "pursuant to FDA regulations . . .". The cited evidence speaks for itself and Innovative's additional interpretation of what the evidence means at the end of its statement is unsupported.

| 30. Innovative does not make its specifications or testing standards for its reprocessed AcuNav, SoundStar, Lasso or Pentaray catheters publicly available. Grossbard | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 19 (Sept. 12, 2021) ("Innovative admits that its 510(k) submissions, other than the information that is available on the FDA's 510(k) Premarket Notification Search Database or through Freedom of Information Act requests, for its reprocessed LASSO, PENTARAY, SOUNDSTAR and AcuNav catheters are not publicly available."). Grossbard Decl., Ex. 89, Chudzik Dep. 146:1-5 ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮ | |
| 31.    Innovative admits that it does not know Biosense's specifications or testing standards for | Disputed.  Innovative admits that it has not received Biosense's specifications or |

37

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| its new or reprocessed AcuNav, SoundStar, Lasso or Pentaray catheters. Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 15 (Sept. 12, 2021) ("Innovative admits that it has not reviewed the 510(k) submissions, other than the information that is available on the FDA's 510(k) Premarket Notification Search Database, for the original equipment manufactured LASSO, PENTARAY SOUNDSTAR and ACUNAV catheters that Biosense sells, including the product specifications, quality standards and testing requirements for those catheters in the 510(k) submissions."). <br><br> Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 16 (Sept. 12, 2021) ("Innovative | testing standards from Biosense or the FDA. Innovative maintains the OEM specifications for its reprocessed catheters. The reprocessed catheter is "identical" in design to the new catheter. Ex. 115, Ex. 106, Ex. 107, Ex. 108. Innovative keeps the chip and the calibration data from the new catheter. Joseph Dep. at 274:5-274:10. Innovative makes no changes to the performance specifications or intended uses of the new Biosense catheters. Ex. 115, Ex. 106, Ex. 107, Ex. 108. Innovative only sells catheters with magnetic sensors that meet the baseline readings for new unused OEM catheters. Joseph Dep. 17:6-18:25. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| admits that Biosense has not provided Innovative with the product specifications, quality standards and testing requirements for the original equipment manufactured LASSO, PENTARAY, SOUNDSTAR and ACUNAV catheters that Biosense sells.").<br><br>Grossbard Decl., Ex. 89, Chudzik Dep. 142:25-143:8 ███<br>███<br>███<br>███<br>███<br>███<br>███<br>███<br>███<br>███<br>███<br>███<br>███ | |

31. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| not change the accuracy of the fact, but is argument that does not impact any of Biosense's arguments in its Motion. *See supra* ¶ 23. | |
| 32.    Biosense guarantees its new SoundStar, Lasso and Pentaray catheters and its SterilMed reprocessed SoundStar and Lasso catheters to location accuracy of 1 millimeter.[1]<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 14.<br><br>Grossbard Decl., Ex. 11, BWI-INN00029230 at 4 ▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓ | Disputed as incomplete. The cited evidence does not identify any recourse, or limitations on the recourse, for any breach of the promise. |
| 32. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The statement of completeness Innovative offers does not change the accuracy of the fact and is not relevant to any of Biosense's arguments in its Motion. | |

---

[1] SterilMed recently received clearance from the FDA to market a reprocessed Pentaray catheter, and Biosense expects to begin selling reprocessed Pentaray catheters this month.

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 33.    Innovative admits that it does not guarantee a location accuracy of 1 millimeter, or any specific location accuracy, for its reprocessed SoundStar, Lasso or Pentaray catheters.<br><br>Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 20 (Sept. 12, 2021) ("Admit that Innovative does not guarantee that its LASSO, PENTARAY and SOUNDSTAR catheters have a location accuracy of <1mm. Response: Innovative admits that it does not limit its guarantee of a full credit or refund on its LASSO, PENTARAY and SOUNDSTAR catheters to any minimum standard of location accuracy.").<br><br>Grossbard Decl., Ex. 100, Joseph I Dep. 43:7-11 ███████ ███████████ | Disputed.  The cited evidence states that Innovative has an unlimited guarantee and does not require its customers to prove that the catheter failed any specific location accuracy to receive a full credit or refund under its policies:  "Innovative admits that it does not limit its guarantee of a full credit or refund on its LASSO, PENTARAY and SOUNDSTAR catheters to any minimum standard of location accuracy."  Grossbard Decl., Ex. 118 at No. 20. |

41

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ | |
| █████████████ | |
| █████████████ | |
| ██████████████ | |
| ███████████████ | |
| █████████████ | |
| ████████████████ | |
| ███████████████ | |
| ████████████ | |
| ██████ | |

33. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not change the accuracy of the fact and is not relevant to any of Biosense's arguments in its Motion.

| 34.    Biosense guarantees the image quality of its SterilMed reprocessed AcuNav and SoundStar catheters to be at least 94 percent of the original fidelity.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 16.  Grossbard Decl., Ex. 11, BWI-INN00029230 at p. 4 ("Certified Performance ULS Catheters" – | Disputed as incomplete. The cited evidence does not identify any recourse, or limitations on the recourse, for any breach of the promise. |

42

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| "Image Quality": "94% of original fidelity."). | |
| 34. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The statement of completeness Innovative offers does not change the accuracy of the fact and is not relevant to any of Biosense's arguments in its Motion. | |
| 35.     Innovative admits that it does not guarantee the image quality of its reprocessed AcuNav or SoundStar catheters to be at least 94 percent of the original quality. Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 21 (Sept. 12, 2021) ("Admit that Innovative does not guarantee that its reprocessed AcuNav and SOUNDSTAR catheters have an image quality of at least 94% of the original fidelity of those catheters. Response: Innovative admits that it does not limit its guarantee of a full credit or refund on its reprocessed | Disputed.  The cited evidence states that Innovative has an unlimited guarantee and does not require its customers to prove that the catheter failed any specific image quality to receive a full credit or refund under its policies:  "Innovative admits that it does not limit its guarantee of a full credit or refund on its LASSO, PENTARAY and SOUNDSTAR catheters to any minimum standard of location accuracy."  Grossbard Decl., Ex. 118 at No. 21. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| AcuNav and SOUNDSTAR catheters to any minimum standard of image quality."). | |
| 35. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not change the accuracy of the fact and is not relevant to any of Biosense's arguments in its Motion. ||
| 36.    SterilMed reprocessed SoundStar and AcuNav catheters may not have ████████████ Grossbard Decl., Ex. 9, BWI-INN00012615 at 616 ██████ ████████████ ████████████ █████████ ███ ██████ █████ | Disputed as incomplete. SterilMed reprocessed SoundStar and AcuNav catheters may not ████████████████████ ████████████████s. There are 64 elements on the SoundStar and AcuNav catheters. Grossbard Decl., Ex. 100, Joseph I Dep., 51:21-52:8. |
| 36. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Biosense does not dispute that there are 64 total elements in SoundStar and AcuNav catheters; this additional information only clarifies the undisputed fact. ||
| 37.    Innovative reprocessed SoundStar and AcuNav catheters may not have ██████████ Grossbard Decl., Ex. 70, IH00511688 | Disputed as incomplete. ████████████████ ████████████████████ ████████████████████ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| (Dep. Ex. 103) at 705 ████ ████ ████ ████ ████ ████ ████ ████ Grossbard Decl., Ex. 100, Joseph I Dep., 51:21 52:8 (████ ████ ████ ████ ████ ████ ████ ████ ████ ████ ████ ████ ████ | ████ There are 64 elements on the SoundStar and AcuNav catheters. Grossbard Decl., Ex. 100, Joseph I Dep., 51:21-52:8. |

45

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████ | |
| ████████████ | |
| ███████████████ | |
| ████████ | |

37. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Biosense does not dispute that there are 64 total elements in SoundStar and AcuNav catheters; this additional information ████████████████

| ██ ████████ | Disputed as incomplete. |
| ██████████████ | █████████████ |
| ███████████ | ████████████████ |
| ████████████ | ████████████████ |
| ████████████ | █████████████ |
| ████████████ | ████████████████ |
| ██████████ | ████████████ The |
| ████████████ | reprocessor only inspects, tests, |
| ██████ Grossbard Decl., | and sells the device for a single |
| Ex. 32, BWI-INN00704860 at 860 | use. |
| █████████████ | |
| █████████ | |
| ████████████ | |
| ███████████ | |
| ████████████ | |
| ████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████<br>████████████<br>███████████████<br>██████ | |

38. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Innovative responds that ██████████ ████████████████████████████████████ ████████████████████, but that is incorrect. The cited evidence states clearly that Biosense tested ████████████ ██ ████████████████████████████████████ Grossbard Decl., Ex. 32, BWI-INN00704860 at 861 (emphasis added). Innovative also provides no citation for the statement that "[t]he reprocessor only inspects, tests, and sells the device for a single use", which is in any event irrelevant.

| 39. ████████████<br>████████████<br>████████████<br>████████████<br>████████████<br>Grossbard Decl., Ex. 25, BWI-<br>INN00390262 at 290 ██████████<br>████████████<br>██████████<br>██████████ | ████████████<br>████████████ ████<br>████████████████<br>████████████<br>████████████<br>████████████<br>██████████ The<br>reprocessor only inspects, tests,<br>and sells the device for a single<br>use. |

47

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████ ███████████ | |

39. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. It irrelevant whether the evidence cited specifies that the Stryker reprocessed catheters tested had not been used when there is no basis to question they had. Innovative also provides no citation for the statement that "[t]he reprocessor only inspects, tests, and sells the device for a single use", which is in any event irrelevant.

| | |
|---|---|
| 40.     Biosense's calibration systems are proprietary systems that are only available to Biosense. Grossbard Decl., Ex. 1, Bodner Decl. ¶ 15.  Grossbard Decl., Ex. 62, IH00349220 (Dep. Ex. 49) at 226 ("Myth 1: Only 3 calibration instruments exist and BW owns them all[.] . . . True, but not important."). | Undisputed. |
| 41.     Based on Biosense's internal testing, a used catheter's original calibration is often no longer accurate. Grossbard Decl., Ex. 108, Shalgi Dep. 25:10-13 ("Q. Okay. And does SterilMed recalibrate the Biosense Navigational catheters as | Disputed as incomplete. Innovative only sells reprocessed catheters with the original calibration after testing the accuracy of the original calibration.  Joseph Dep. 17:6-18:25. |

48

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| part of its reprocessing? A. Yes, it's a must"); 25:25-26:7 ("Q. And what about Lasso, how long has --is -- is Sterilmed recalibrating the Lasso Nav eco catheters as part of its reprocessing? A. Yes. I said it's a must. Q. I'm sorry, what was that? A. I said it's a must to calibrate because, you know, when the catheter comes back, most time it's not calibrated anymore to its original data."). Grossbard Decl., Ex. 93, Demczuk Dep. 31:13-32:1 ███████████ ██████████ ██████████████ ████████████ ██████████████ ████████████ ██████████████ ██████████████ ████████████ ████████████ | |

41. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information provided by Innovative does not change the accuracy of the fact, and its statement that "Innovative only sells reprocessed catheters with the original calibration

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| after testing the accuracy of the original calibration" is contradicted by the undisputed evidence. Innovative admits that Biosense's calibration systems are proprietary systems that are only available to Biosense. *See supra* ¶ 40. Innovative also admits that catheter calibration ensures uniform location references across catheters. *See supra* ¶ 23. In its response, Innovative cites the testimony of Blessan Joseph, who describes a "location sensor test" Innovative performs, however Mr. Joseph also further testifies that this test does not measure the accuracy of the "catheter's location in 3D space", so it cannot test calibration. Berhold Decl., Ex. 9, Joseph Dep. 18:16-25. Moreover, the additional information provided by Innovative, even if it were accurate, is not relevant to any of Biosense's arguments in its Motion. *See* Reply at 24-25. | |
| 42.    Biosense provides SterilMed with access to its proprietary calibration system so that SterilMed can recalibrate its reprocessed SoundStar and Lasso catheters to ensure location accuracy of 1 millimeter.<br><br>     Grossbard Decl., Ex. 1, Bodner Decl. ¶ 15.<br><br>     Grossbard Decl., Ex. 108, Shalgi Dep. 26:13-18 ("Q. So it's your testimony that Sterilmed never used | Disputed as incomplete.<br><br>██████████████<br>████████████████<br>█████████████████<br>██████████████<br>███████████████████<br>████████████<br>██████████████████<br>███████ |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| the same calibration data on the OEM catheter when it reprocessed the Lasso Nav eco catheters? A. Correct. They are not using the original [calibration] data. They recalibrate it from scratch."). Grossbard Decl., Ex. 11, BWI-INN00029230 at p. 3 (Certified Performance Program Reprocessed Electrophysiology Products presentation stating "Ultrasound and LASSO® Catheters are tested with the same proprietary equipment as their OEM equivalents[.] This testing equipment is not available to other reprocessors."). | |

42. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not change the accuracy of the fact. ████████████ ████████████████████████ ████████████████████████ ██████████████████████████ ████████████████████████ ████████. *See* Berhold Decl., Ex. 4, Demczuk Dep. 31:13-18

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████████████████ ██████████████████████████ ██████████████████████ It is undisputed that Innovative neither recalibrates, nor tests the accuracy of the calibration of its reprocessed SoundStar, Lasso or Pentaray catheters because it does not have access to Biosense's proprietary calibration system. *See supra* ¶¶ 40-41, *infra* ¶ 43. Moreover, the additional information, even if accurate, is not relevant to any of Biosense's arguments in its Motion. *See* Reply at 24-25. | |
| 43.    Innovative does not recalibrate its reprocessed SoundStar, Lasso or Pentaray catheters.<br><br>Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 22 (Sept. 12, 2021) ("Admit that Innovative does not recalibrate its reprocessed SOUNDSTAR, LASSO or PENTARAY catheters. Response: Admitted."). | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

**D. Competing Manufacturers**

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 44.    Biosense's principal competitors are Abbott Laboratories ("Abbott") and Boston Scientific Corporation ("Boston Scientific"). Grossbard Decl., Ex. 1, Bodner Decl. ¶ 18. | Disputed.  "Biosense's principal competitors *for the sale of cardiac mapping systems* are Abbott Laboratories ("Abbott") and Boston Scientific Corporation 22 ("Boston Scientific")." Grossbard Decl., Ex. 1, Bodner Decl. ¶ 18 (emphasis added). |
| 44. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the cited evidence supports the fact as written and the additional phrase is irrelevant. | |
| 45.    In 2009, Abbott's predecessor company, St. Jude, launched its EnSite Velocity cardiac mapping system ("Ensite Velocity").<br><br>Grossbard Decl., Ex. 134, FDA Approval of EnSite Velocity Cardiac Mapping System, Today's Medical Developments, (Sept. 14, 2009), https://www.todaysmedicaldevelop ments.com/article/fda-approval-of- | Undisputed. |

53

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ensite-velocity-cardiac-mapping-system/. | |
| 46.    In 2017 Abbott introduced the next generation of this system, the Ensite Precision system ("Ensite Precision"), which uses both impedance measurements and magnetic catheter tracking.<br><br>Grossbard Decl., Ex. 125, Abbott, Abbott Announces U.S. Launch and First Commercial Use of the New EnSite™ Precision Cardiac Mapping System, Abbott, (Jan. 12, 2017), https://abbott.mediaroom.com/2017-01-12-Abbott-Announces-U-S-Launch-and-First- Commercial-Use-of-the-New-EnSite-Precision-Cardiac-Mapping-System. | Undisputed. |
| 47.    Abbott manufactures the following catheters, among others, that are used to create 3D anatomical maps of the heart during EP procedures:  the Advisor HD | Disputed.  The cited evidence shows that the Advisor HD Grid Mapping Catheter Sensor Enabled ("Advisor HD Grid" or the "HD Grid") and the Advisor FL and |

54

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grid Mapping Catheter Sensor Enabled ("Advisor HD Grid" or the "HD Grid") and the Advisor FL and Advisor VL.<br><br>Grossbard Decl., Ex. 124, Abbott, 2019 U.S. Electrophysiology Product Catalog, https://www.cardiovascular.abbott/content/dam/bss/divisionalsites/cv/pdf/guides/2019_us_electrophysiology_prod.pdf, at D.3 (listing "AdvisorTM HD Grid Mapping Catheter Sensor EnabledTM" as an HD mapping catheter and stating that it is a "[h]igh density mapping catheter for left atrial and ventricle mapping."); at C.62, C.67 (listing the AdvisorTM FL and AdvisorTM VL as circular mapping catheters). | Advisor VL are used to create 3D anatomical and electrical maps of the heart.  Grossbard Decl., Ex. 124, at C.62, C.67, D.3, F.3, F.4.  See also SUF ¶ 46. |

47. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the cited evidence supports the fact as written and the additional information provided by Innovative is not relevant to any of Biosense's arguments in its Motion. Moreover, the source Innovative cites does not contain the additional language

55

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Innovative uses; thus Innovative's additional information is unsupported. | |
| 48.     Abbott also manufactures the ViewFlex ICE ultrasound catheter, which is compatible for use with Abbott or Philips ultrasound systems.<br>Grossbard Decl., Ex. 124, Abbott, 2019 U.S. Electrophysiology Product Catalog, https://www.cardiovascular.abbott/content/dam/bss/divisionalsites/cv/pdf/guides/2019_us_electrophysiology_prod.pdf, at E4 (listing the ViewFlex Xtra as an ICE catheter and stating that it is compatible with Abbott's ViewMate ultrasound console and Philips' CX50 System). | Undisputed. |
| 49.     In 2013, Boston Scientific released the Rhythmia cardiac mapping system ("Rhythmia"), which also uses a combination of magnetic and impedance-based technology to create cardiac maps. | Undisputed. |

56

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 129, Boston Scientific Corporation, Boston Scientific Receives FDA 510(k) Clearance for the Rhythmia™ Mapping System, Cision PR Newswire, (Jul. 24, 2013), https://www.prnewswire.com/news-releases/boston-scientific-receives-fda-510k-clearance-for-therhythmia- mapping-system-216827951.html. | |
| Grossbard Decl., Ex. 145, Boston Scientific, RHYTHMIA MAPPING SYSTEM, https://www.bostonscientific.com/content/dam/bostonscientific/ep/portfolio-group/EP%20Systems/Mapping%20Systems/RHYTHMIA/LowRes%20Product%20Images/Rhythmia%20Brochure%20(EP-173906-AC).pdf. | |
| 50.    Boston Scientific manufactures the following | Disputed.  The INTELLAMAP ORION, |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| catheters that are used to create 3D anatomical maps of the heart during EP procedures:  INTELLAMAP ORION, Constellation, and Orbiter PV.<br><br>        Grossbard Decl., Ex. 138, Boston Scientific, INTELLAMAP ORIONTM, Boston Scientific, at p. 2, https://www.bostonscientific.com/en-US/products/catheters--mapping/orion.html (stating that the INTELLAMAP ORIONTM is a high-resolution mapping catheter).<br>        Grossbard Decl., Ex. 132, Boston Scientific, ConstellationTM Mapping Catheter, at p. 2, https://www.bostonscientific.com/content/dam/bostonscientific/ep/portfolio-group/catheters-diagnostic/Advanced%20Mapping%20Catheters/CONSTELLATION/Collateral%20Assets/Constellation%20Brochure%20EP-284328- | Constellation, and Orbiter PV are used to create 3D anatomical *and* electrical maps of the heart. Grossbard Decl., Ex. 145 at 2. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| AA.pdf (stating that the ConstellationTM is a full contact mapping catheter). Grossbard Decl., Ex. 144, Boston Scientific, ORBITER PVTM, at p. 1, https://www.bostonscientific.com/en-US/products/catheters--mapping/orbiter-pv.html (stating that the ORBITER PV is a variable loop mapping catheter). | |

50. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the cited evidence supports the fact as written and the additional information provided by Innovative is not relevant to any of Biosense's arguments in its Motion. Moreover, the source Innovative cites does not contain the additional language Innovative uses; thus Innovative's additional information is unsupported.

| 51.    Boston Scientific also manufactures the Ultra ICE Plus ultrasound catheter for use with its iLAB ultrasound ICE system.<br><br>Grossbard Decl., Ex. 147, Boston Scientific, Ultra IceTM Plus, https://www.bostonscientific.com/e | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| n-IN/products/imaging-systems/ilab.html pp. 2, 4 (defining the ULTRA ICE PLUS as an ultrasound imaging catheter for intracardiac imaging and stating that it is compatible with Boston Scientific's iLAB ultrasound system). | |
| 52.    Biosense also competes with new entrants in the cardiac mapping industry, including the following companies that have introduced cardiac mapping systems since 2017:  Acutus Medical, Inc. ("Acutus") (2017 - AcQMap), Medtronic pls ("Medtronic") (2017 - CardioInsight), Philips North America LLC ("Philips") (2018 - KODEX-EDP), APN Health LLC ("APN") (2018 - Navik 3D) and CardioNXT, Inc. ("CardioNXT") (FDA clearance 2021 - iMap). Grossbard Decl., Ex. 1, Bodner Decl. ¶ 21. | Undisputed. |

60

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 119, Def. Biosense Webster Inc.'s Suppl. Resps. to Innovative Health LLC's First, Second and Third Interrogs., Suppl. Res. to Interrog. No. 2 ("Biosense responds that its CARTO 3 cardiac mapping system currently competes with all other cardiac mapping systems, including but not limited to cardiac mapping systems manufactured by the following companies: Abbott Laboratories, Acutus Medical, Inc., APN Health LLC, Boston Scientific Corporation, CardioNXT, Inc., Medtronic plc, Philips North America LLC"). Grossbard Decl., Ex. 126, Acutus Medical, Acutus Medical Technology, https://www.acutusmedical.com/int/ technology/ at 1 ("Using ultrasound, doctors can acquire more than 115,000 points every minute, This | |

61

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| CT-quality scan can be performed in minutes and allows for static views of the anatomy."). Grossbard Decl., Ex. 130, Medtronic, Cardiac Mapping – Cardiac Rhythm, https://www.medtronic.com/us-en/healthcare-professionals/therapies-procedures/cardiac-rhythm/cardioinsight-cardiac-mapping.html at 1 ("CardioInsight – Medtronic") ("The CardioInsight™ Noninvasive 3D Mapping System is a non-invasive mapping system that collects chest ECG signals and combines these signals with CT scan data to produce and display simultaneous, bi-atrial and biventricular, 3-D cardiac maps. The mapping enables physicians to characterize abnormal rhythms of the heart."). | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| | Grossbard Decl., Ex. 140, Philips Healthcare, KODEX-EPD, https://www.usa.philips.com/health care/product/HC733015/kodex-epd-cardiac-imaging-and-mapping-system at 1 ("The KODEX-EPD system is a new approach to cardiac imaging that shows real-time HD imaging delivering true anatomy and creates voltage and activation maps."). Grossbard Decl., Ex. 127, Business Wire, APN Health Announces Commercial Release of its Innovative Cardiac Mapping System, https://www.businesswire.com/new s/home/20180419006177/en/APN-Health-Announces-Commercial-Release-of-its-Innovative-Cardiac-Mapping-System ("Navik 3D is the first open platform cardiac mapping technology that does not require any custom equipment and can identify | |

63

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 3D catheter locations in the heart and create three dimensional maps of the cardiac chamber of interest."). Grossbard Decl., Ex. 131, PR Newswire, CardioNXT wins FDA nod for heart treatment delivery platform, https://www.prnewswire.com/news-releases/cardionxt-wins-fda-nod-for-heart-treatment-delivery-platform-301358278.html at 2 ("The iMap System achieves cardiac dynamic referencing via a patented combination of dual tracking modalities, electromagnetic and impedance, which utilizes for the first time a dual sensor enabled internal reference catheter, CardioNXT's MultiLink Catheter™."). | |
| 53.    Acutus manufactures the AcQMap 3D Imaging and Mapping Catheter used to create 3D | Disputed.  The cited evidence says that the AcQMap 3D Imaging and Mapping Catheter is used to |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| anatomical maps of the heart during EP procedures.<br><br>Grossbard Decl., Ex. 5, Acutus 000039 at 041 (describing the AcQMap 3D Imaging and Mapping Catheter as "[an] innovative mapping catheter [that] collects the data required to create a comprehensive map of the cardiac anatomy and electrical propagation pathways and patterns in under three minutes."). | create 3D anatomical *and* electrical maps of the heart during EP procedures. Grossbard Decl., Ex. 5, Acutus 000039 at 041 ("collects the data required to create a comprehensive map of the cardiac anatomy and electrical propagation pathways"). |

53. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the cited evidence supports the fact as written and the additional information provided by Innovative is not relevant to any of Biosense's arguments in its Motion.

| 54.    Philips manufactures an ICE ultrasound catheter, the VeriSight Pro, which is compatible with its EPIQ CVx ultrasound system.<br><br>Grossbard Decl., Ex. 139, Philips, Introducing VeriSight Pro: Exceptional insight, now in sight, | Undisputed. |

65

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| https://www.usa.philips.com/health care/resources/landing/ice-catheter-verisight at 2 (The VeriSight Pro "was developed to challenge the standard of care in electrophysiology and structural heart disease" and is "the first ICE catheter to miniaturize the same 3D imaging technology that powers TEE [transesophageal echocardiography], [helping] physicians see more"; "Philips VeriSight Pro offers 2D and 3D imaging on a single ultrasound platform – the industry-leading Philips EPIQ CVx."). | |
| 55.    Biosense also competes for the sale of mapping and ultrasound catheters with manufacturers who reprocess those catheters.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 54. | Undisputed. |

66

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 98, Ferreira Dep. 32:1-5 ("Q. Who do you think of as Innovative Health's competitors in the marketing and sale of sensor-enabled catheters? A Biosense Webster. Abbott. Stryker, they reprocess. SterilMed."), 55:1-3 ("Q. Who do you compete with for the sale of reprocessed catheters? A SterilMed and Stryker."). | |
| 56.    Stryker manufactures reprocessed EP catheters, including mapping and ultrasound catheters originally manufactured by Biosense and Abbott.<br><br>Grossbard Decl., Ex. 72, IH00532179 at 190 (listing Stryker's reprocessed EP catheter offerings and noting Stryker has clearance for the AcuNav, SoundStar, ViewFlex and Lasso). | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

1)     **Competition Occurs at the System Level**

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 57.     Evidence from Innovative, Biosense, other manufacturers and hospital customers reflects that competition exists among cardiac mapping systems and that competition for Lasso, Pentaray and SoundStar catheters occurs across these substitutable systems.<br><br>*See infra* ¶¶ 58-88. | Disputed.  There are genuine disputes of material fact regarding the catheter market definitions.<br><br>The relevant market definition is a "highly technical economic question" and is not defined by "conclusory statements." *Morgan, Strand, Wheeler & Biggs v. Radiology, Ltd.*, 924 F.2d 1484, 1490 (9th Cir. 1991).  Thus, the cited evidence is inadequate as a matter of law.<br><br>There is evidence that the catheters in question have unique features and uses. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | ███████████ ████████████ ████████████████ █████████. Moreover, Innovative has offered economic evidence of significant barriers to switching between systems and SSNIP analysis and demand elasticities regarding product substitution for purposes of defining the relevant catheter markets.  Forister Report ¶¶ 109-121, 122-139, 172-176. Forister Rebuttal ¶¶ 8-27. There is also customer witness testimony, internal documents, and expert evidence that the physicians lock in the hospitals to their choices in systems and catheters and that the physicians do not switch systems or catheters in response to changes in price.  Tuttle Dep. 10:1-10:25, 20:18-21:18, Idio Dep. 14:5-14:17, Roberts Dep. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | 84:2-84:9, Senard Dep. 36:9-36:22, Coldiron Dep. 76:10-77:5, Tranguch Dep. 40:6-40:23, Ex. 62 at p. 11, Ex. 26 at p. 3, Ex. 81 at 401859, Forister Report ¶¶ 109-121, Forister Rebuttal ¶¶ 8-27. |

57. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the evidence Biosense cites for this fact, Innovative offers an argument related to market definition. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 7-17. Additionally, the testimony cited from hospital representatives does not support the proposition that physicians lock in the hospitals to their choices in systems and catheters. *See infra* ¶ 122

| 58.    Innovative admits that Biosense's SoundStar, Lasso and Pentaray catheters compete with catheters manufactured by Abbott, Boston Scientific and Acutus and that CARTO 3 competes with the Ensite Precision and Rhythmia systems.<br><br>*See infra* ¶¶ 59-68 | Disputed.  There are genuine issues of material fact regarding the catheter market definitions.<br><br>    The relevant market definition is a "highly technical economic question" and is not defined by "conclusory statements." Morgan, Strand, Wheeler & Biggs v. Radiology, Ltd., 924 F.2d 1484, 1490 (9th Cir. 1991).  Thus, the |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | cited evidence is inadequate as a matter of law.

There is evidence that the catheters in question have unique features and uses.

███████████████

███████████████

███████████████

███████████████

███████████████

███████████████

███████████████

███████████████

███████████████

███████████████

Moreover, Innovative has offered economic evidence of significant barriers to switching between systems and SSNIP analysis and demand elasticities regarding product substitution for purposes of defining the relevant catheter markets. Forister Report ¶¶ |

71

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | 109-121, 122-139, 172-176. Forister Rebuttal ¶¶ 8-27. |
| | There is also customer witness testimony and internal documents, and expert evidence that the physicians lock in the hospitals to their choices in systems and catheters and that the physicians do not switch systems or catheters in response to changes in price. Tuttle Dep. 10:1-10:25, 20:18-21:18, Idio Dep. 14:5-14:17, Roberts Dep. 84:2-84:9, Senard Dep. 36:9-36:22, Coldiron Dep. 76:10-77:5, Tranguch Dep. 40:6-40:23, Ex. 62 at p. 11, Ex. 26 at p. 3, Ex. 81 at 401859, Forister Report ¶¶ 109-121, Forister Rebuttal ¶¶ 8-27. |

58. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the evidence Biosense cites for this fact, Innovative offers an argument related to market definition. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 7-17. Additionally, the testimony cited from hospital representatives does not

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| support the proposition that physicians lock in the hospitals to their choices in systems and catheters. *See infra* ¶ 122. | |
| 59.    Innovative Health's Vice President of Marketing and Public Affairs, Lars Thording, testified that ██████████ ████████████████████ ████████████████ ██████████  Grossbard Decl., Ex. 112, Thording Dep. 44:21-45:12 ███ ████████████████████ ██████████████ ████████████████ ██████████████ ██████████████ ████████████ ████████████████ ████████████████ ██████████████ ████████████████ ████████████████ ████████████ ████████████████ | Disputed. ██████ ████████████████████ ████████████████ ██████████████████ ████████████████████ ████████████████████ ██████████████ ████████████ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 59. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Innovative's characterization of the testimony lacks support and is contradicted by the plain language of the testimony, which speaks for itself. Notably, Mr. Thording identifies Boston Scientific and Acutus as relevant competitors in the testimony, but Innovative does not reprocess Boston Scientific mapping catheters or Acutus catheters. *See* Grossbard Decl., Ex. 45, IH00022313 at 313 (listing Innovative's 510(k) clearances). | |
| 60.    Thording wrote that Abbott's Advisor HD competes directly with Biosense Webster's Pentaray catheter.     Grossbard Decl., Ex. 50, IH00130186 at 187 (In an article written by Lars Thording for *Healthcare Business Today*, he writes "Abbott introduced the new Advisor HD, a direct competitor to Biosense Webster's Pentaray catheter."). | Undisputed. |
| 61.    Thording testified that the CARTO 3, EnSite Precision, Rhythmia, and AcQMap cardiac | Undisputed. |

74

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| mapping systems compete with each other.<br><br>Grossbard Decl., Ex. 112, Thording Dep. 63:11-64:2 ("Q. You would agree with me that there are certain different kinds of mapping machines that EP labs have? A. Yes. Q. THE CARTO 3 is one, correct? A. Yes. Q. And Boston Scientific has a mapping machine, correct? A. Yes. Q. And so does St. Jude Abbott? A. Yes. Q. And so does Acutus? A. Yes. Q. And those machines are in competition with one another? A. Yes."). | |
| 62.    Innovative Health's Vice President of Business Development, Dave Distel, testified that the SoundStar catheter competes with the AcuNav catheter and Abbott's ViewFlex catheter.<br><br>Grossbard Decl., Ex. 95, Distel Dep. 110:17-110:22 ("Q. And there's a group of DUC/ICE | Undisputed. |

75

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| catheters listed: the AcuNav, SoundStar, and ViewFlex. Do you see those? A. I do. Q. And do those compete with one another? A. They do."). | |
| 63.    Distel testified that the Lasso NAV competes with the Pentaray, Biosense's DecaNav, and Abbott's Advisor FL.<br><br>Grossbard Decl., Ex. 95, Distel Dep. 110:17-111:3 ("Q. And below that, it says Mapping. And there's a LASSO, Advisor FL, DecaNav, and PentaRay. Do you see that? A. I do. Q. Are those competing mapping catheters? A. They are."). | Undisputed. |
| 64.    ▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮.<br>Grossbard Decl., Ex. 54,<br>IH00150526 at 527 ▮▮▮▮<br>▮▮▮▮▮▮ | Disputed. ▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮ ▮<br>▮▮▮ ▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████████ ███████████████ ██████████████████ ███████████████ ███████████████ █████████████ ██████ | |

64. <u>Biosense Reply</u>: This is not a material dispute of fact, as whether ██████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████

| 65.    Innovative Health's CEO, Rick Ferreira, testified that the SoundStar, AcuNav, Abbott's ViewFlex, and Boston Scientific's Ultra ICE catheters compete with each other. | Disputed.  The cited evidence shows Innovative Health's CEO, Rick Ferreira, testified that the SoundStar compete "to some extent" with the AcuNav, Abbott's ViewFlex, and Boston Scientific's Ultra ICE catheters.  Grossbard |
| Grossbard Decl., Ex. 98, Ferreira Dep. 28:11-29:11 ("Q. All right. Now you're aware, aren't you, that the SOUNDSTAR, AcuNav and Pentaray and Lasso catheters, are not the only EP | Decl., Ex. 98, Ferreira Dep. 28:11-29:11. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| catheters that are in existence, aren't you? A. Yes. Q All right. You're aware, for instance, that in terms of other types of ultrasound catheters, Abbott makes something called the ViewFlex? A. Yes. Q. And that Boston Scientific makes something called the Ultra? A. Yes. Q. And you're also aware that the SOUNDSTAR, to some extent also can compete with the AcuNav, correct? A. Yes. Q And you're also aware that in terms of the SOUNDSTAR catheter, Abbott's ViewFlex also competes with that catheter? A. Yes. Q. As does Boston Scientific's Ultra? A. Yes. Q. And also to some extent does the AcuNav? A. To some extent. It's not the same catheter but to some extent."). | |

65. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. The quote Innovative identifies from the source does not change the accuracy of the fact that Mr. Ferreira

78

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| testified that the SoundStar, AcuNav, Abbott's ViewFlex, and Boston Scientific's Ultra ICE catheters compete with each other. | |
| 66.    Ferreira testified that the Pentaray competes with Abbott's Advisor HD and Boston Scientific's IntellaMap Orion.<br><br>Grossbard Decl., Ex. 98, Ferreira Dep. 29:22-30:4 ("Q. And for the Pentaray, you're aware that Abbott makes the Advisor HD Grid that competes with it? A. Yes. Q. And that Boston Scientific makes a catheter called the Orion [] that competes with it? A. Yes."). | Undisputed. |
| 67.    Ferreira also testified that the Lasso NAV competes with the Advisor FL, Medtronic's Achieve, and Boston Scientific's Orbiter.<br><br>Grossbard Decl., Ex. 98, Ferreira Dep. 29:12-29:21 ("Q. Right. And for the Lasso catheter, you're aware that Abbott makes an Advisor catheter that competes with | Undisputed. |

79

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| it, aren't you? A. Yes. Q. And that Medtronic makes a catheter called the Achieve that also competes with it? A. Yes. Q. And that Boston Scientific makes a catheter called the Orbiter that competes with it? A. Yes."). | |
| 68.    Innovative Health's former Vice President of Sales, Matt Dambeck, testified that ███████████████████ ████████████ Grossbard Decl., Ex. 92, Dambeck Dep. 45:24-46:9 ██████████████ ████████████ ██████████████ ██████████ █████████ █████████████ ██████████ ██████████ █████████ █████████ | Undisputed. |

80

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████ ████████████ ████████████ ████████████ ███████ Grossbard Decl., Ex. 64, IH00376191 (Dep. Ex. 61) at 192 (Dambeck writes to J. Cirillo (GNYHA) on September 12, 2018, stating "St. Jude ViewFlex ICE catheter . . . competes against the Biosense Webster's Acunav, Soundstar 3D and Soundstar eco'"). | |
| 69.    Evidence from manufacturers in the EP industry reflects that they consider Biosense's SoundStar, Lasso and Pentaray catheters to compete with catheters manufactured by Abbott, Boston Scientific and Acutus. *See infra* ¶¶ 70-72, 74-80. | Disputed.  Supra ¶ 57. |
| 69. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the evidence Biosense cites for this fact, Innovative offers an argument related to | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| market definition. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 7-17. | |
| 70.    Biosense competes for catheter sales, including sales of Lasso, Pentaray and Soundstar catheters, across cardiac mapping systems.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶¶ 17-19. | Disputed.  Supra ¶ 57. |
| 70. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the evidence Biosense cites for this fact, Innovative offers an argument related to market definition. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 7-17. | |
| 71.    Biosense's Lasso and Pentaray catheters compete with mapping catheters from Abbott, Boston Scientific and Medtronic, among others.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 20. | Disputed.  Supra ¶ 57. |
| 71. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the evidence Biosense cites for this fact, Innovative offers an argument related to | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| market definition. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 7-17. | |
| 72.    Biosense's SoundStar ultrasound catheter competes with ultrasound catheters from Abbott, Boston Scientific and Philips, among others.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 21. | Disputed.  Supra ¶ 57. |
| 72. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the evidence Biosense cites for this fact, Innovative offers an argument related to market definition. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 7-17. | |
| 73.    Biosense's Lasso, Pentaray and SoundStar catheters also compete with reprocessed versions of mapping and ultrasound catheters.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 22. | Undisputed. |
| 74.    Biosense's internal sales materials compare Boston Scientific's Rhythmia system to | Undisputed. |

83

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Biosense's CARTO 3 system and Boston Scientific's Orion catheter to Biosense's Pentaray catheter.<br><br>Grossbard Decl., Ex. 16, BWI-INN00083222 (Biosense "Rebuttal Playbook" for "Boston Scientific: RHYTHMIA HDx; INTELLAMAP ORION; INTELLATIP MIFI"). | |
| 75.   Biosense's internal sales materials also compare Abbott's Advisor HD Grid catheter to Biosense's Pentaray and catheter and Abbott's ViewFlex catheter to Biosense's AcuNav and SoundStar catheters.<br><br>Grossbard Decl., Ex. 10, BWI-INN00019746 (Biosense "Rebuttal Playbook" for "Abbott Advisor HD Grid").<br><br>Grossbard Decl., Ex. 28, BWI-INN00479585 (Biosense "Rebuttal Playbook" for "Abbott | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Zonare ViewMate Z Ultrasound System and ViewFlex Catheter"). | |
| 76.    Acutus's corporate representative testified that Boston Scientific's Orion catheter, Medtronic's Achieve catheter, Abbott's Advisor catheters, the Lasso NAV, and the Pentaray, compete with Acutus's AcQMap cardiac mapping catheter. Grossbard Decl., Ex. 109, Shome Dep. 46:3-50:1 ("Q. -- what cardiac mapping catheters does Acutus consider to compete with its AcQMap cardiac mapping catheter? . . . A. That would be an exhaustive list. In my experience, the RHYTHMIA Orion catheter, which would be a basket catheter. The slew of catheters that Biosense and Abbott manufacture that are advertised as mapping catheters would fit that definition."). | Undisputed.  But see supra ¶ 57. |

85

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 77.    Boston Scientific's external marketing materials compare its Orion catheter to the Pentaray and Lasso NAV.<br><br>Grossbard Decl., Ex. 137, Boston Scientific, INTELLAMAP ORION Mapping Catheter, https://www.bostonscientific.com/en-EU/medical-specialties/electrophysiology/arrhythmias/cardiac-mapping-system/cardiac-arrhythmia-mapping-system/mapping-catheter.html (comparing the size of electrodes and electrodes surface of the Orion catheter to the Pentaray catheter and Lasso NAV catheter). | Undisputed. |
| 78.    Abbott's external marketing materials compare its Achieve VL catheter to the Lasso NAV catheter.<br><br>Grossbard Decl., Ex. 4, ABB0000006 at 009 ("Achieve | Undisputed. |

86

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| smaller closed diameters compared to Lasso Catheter."). | |
| 79. ██████████ ████████████ ██████████████ ██████████████ ████ | Undisputed. *But see* supra ¶ 57. |
| Grossbard Decl., Ex. 71, IH00517598 at 598 (████████████ ██████████████ ████████████ ██████████████ ██████████ ████████████ ████████████ ██████████████ ██████████ ████████████ ██████████ ██████████████ ████████████ ██████████ ██████████████ ████████████ ████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 80. Philips's internal market analyses assess competition and share of sales for diagnostic and ultrasound catheters across manufacturers; Philips includes Biosense, Abbott, Boston Scientific, Medtronic as among the competitors for diagnostic catheters and Biosense, Abbott, Boston Scientific and Siemens as competitors for ultrasound catheters.

Grossbard Decl., Ex. 78, Philips 00051 at 056 (comparing market share by revenue for "Dx Catheters" and "ICE Catheters," and listing Biosense, Abbott, Medtronic, Boston Scientific, and "Other" as the competitors for diagnostic catheters and Biosense, Abbott, Boston Scientific, and Siemens as the competitors for ICE catheters). | Disputed. The cited evidence does not refer to market in the United States. The cited evidence simply breaks down market shares into basic product categories and does not have analysis or explanation of which specific catheters compete against each other. |
| 80. <u>Biosense Reply</u>: Innovative does not create any dispute | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| regarding the accuracy of the fact because the statement of completeness Innovative offers does not change the accuracy of the fact. Moreover, Innovative does not dispute that the cited evidence includes the United States (*see* Grossbard Decl., Ex. 78, Phillips 00056 at footnote) and the parties do not dispute which catheters in the relevant categories these manufacturers offer. *See*, *e.g.*, *supra* ¶¶ 47-48, 50-51. | |
| 81.    Hospital customers testified that Biosense's SoundStar, Lasso and Pentaray catheters compete with catheters manufactured by Abbott, Boston Scientific and Acutus and that CARTO 3 competes with the Ensite Precision, Rhythmia, AcQMap 3D and KODEX-EDP systems.<br>    *See infra* ¶¶ 82-88. | Disputed as incomplete. Hospital customers testified that the physicians lock in the hospitals to their choices in systems and catheters and that the physicians do not switch systems or catheters in response to changes in price.  Tuttle Dep. 10:1-10:25, 20:18-21:18, Idio Dep. 14:5-14:17, Roberts Dep. 84:2-84:9, Senard Dep. 36:9-36:22, Coldiron Dep. 76:10-77:5, Tranguch Dep. 40:6-40:23; *see also* Tuttle Dep. 7:17-7:22, 16:24-18:12, Reyes Dep. at 133:6-134:22, Idio Dep. 25:3-25:9, Roberts Dep. 11:11-12:14, 20:1-21:15, Coldiron Dep. 30:10-31:4, Kauffman Dep. 19:1-19:6, 21:3-21:9, Tranguch |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | Dep. 39:16-40:10, Czajka Dep 65:4-65:11, 157:2-157:9, 158:8-158:18. |
| 81. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the evidence Biosense cites for this fact, Innovative offers an argument related to market definition. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 7-17. Additionally, the testimony cited from hospital representatives does not support the proposition that physicians lock in the hospitals to their choices in systems and catheters. *See infra* ¶ 122. | |
| 82.    Allen Wish, the Director of Strategic Sourcing and System Supply Chain Management of Medstar Health testified that Abbott, Acutus, Boston Scientific, and Biosense compete for cardiac mapping system sales and cardiac mapping catheter sales. Grossbard Decl., Ex. 115, Wish Dep. 119:10-120:8 ("Q. Do Abbott, Boston Scientific, and Biosense compete for cardiac mapping system sales? A. Yes. . . . | Disputed.  The cited evidence lacks any basis for admissibility. |

90

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Do you agree that Acutus and Philips also compete with these same companies? A. I would agree Acutus does. I'm not sure about Philips. Just because I don't know where they are in the -- Q. And does Acutus compete for cardiac mapping system sales? A. Acutus competes for cardiac mapping system sales, yes."); 141:7-20 ██ ██████████████████ ██████████████ █████████████████ ████████████ ████████████ ████████████ ██████████ █████████████ █████████████ ██████████ █████████████ █████████████ ██████████ | |
| 82. Biosense Reply: Innovative does not create any dispute | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| regarding the accuracy of the fact cited. Innovative does not state its objection to the testimony's admissibility. MedStar Health's Director of Strategic Sourcing and System Supply Chain Management is qualified to testify regarding the nature of interbrand competition for MedStar's business. | |
| 83.    Aaron DeTate, lab manager of Torrance Memorial Hospital, testified that mapping catheters, including the Lasso NAV, DecaNav, Pentaray, IntellaMap Orion, and Advisor HD compete with each other.<br><br>Grossbard Decl., Ex. 94, DeTate Dep. 131:23-135:10 (identifying Pentaray, HD Grid, Orion, SoundStar, Lasso Nav, SoundStar and Decanav as mapping catheters and testifying: "Q. And do all of those compete with one another? A. In regards? MR. BERHOLD: Objection. Q. BY MS. GROSSBARD: To -- mapping catheters that you could use to perform EP procedures. A. Right. | Disputed.  The cited evidence shows that DeTate was asked if the mapping catheters competed with one another in regards to "mapping catheters that you could use to perform EP procedures" and testified that he "guess[ed] you could bucket them as competitors" on that basis.  Grossbard Decl., Ex. 94, DeTate Dep. 134:20-134:24, 135:9-135:10.  The cited evidence also shows that he explained the catheters are "all proprietary to their systems."  Id. at 135:3-135:4.  In addition, they have different shapes and designs.  Id. at 135:6-135:7. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Q. Do they all have the same functionality? A. Yeah, so the interesting thing about all of those catheters that you mentioned is they're all proprietary to their systems. So the fact that if you're talking about competing, then, you know, a PENTARAY would be compared to like an HD Grid; right? But the shape is different. The design is different. You can't use one with the other system. They're all proprietary to the systems that they're on. So I guess you could bucket them as competitors, yes"). | |
| 83. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact cited because the quotes Innovative identifies from the source do not change the accuracy of the fact. | |
| 84.    DeTate also testified that manufacturers of cardiac mapping systems, including Biosense, Boston Scientific, Abbott, Acutus and Philips, compete against one another. | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 94, DeTate Dep. 121:2-12 ("Q. [] And are all those cardiac mapping systems [CARTO 3, Ensite Precision, Rhythmia] compete with one another, is that fair? A. Oh, yeah, they're competitors. Q. Are there other EP mapping systems as well that we haven't discussed? For example, are you familiar with Acutus? Does it have a cardiac mapping system? A. It does. So does EPD, which is a Philips company, and there's a couple other that are starting up that are outside and inside the United States, so . . Q. Okay. So it's a growing field, so to speak? A. Seems like it, yeah."). | |
| 85.    Portia Tranguch, Director of Cardiac Services for Allegheny General Hospital testified that cardiac mapping systems manufactured by Biosense, | Undisputed. |

94

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Boston Scientific and Abbott compete with one another.<br><br>Grossbard Decl., Ex. 113, Tranguch Dep. 69:10-12 ("Q. All of these cardiac mapping systems [CARTO 3, Ensite Precision, Rhythmia] compete with one another, correct? A. Yes."). | |
| 86.    Christine Bienvenue-Kauffman, Cardiology Coordinator of Mayo's Jacksonville, Florida location, testified that manufacturers of cardiac mapping systems compete against one another for hospitals' business.<br><br>Grossbard Decl., Ex. 87, Bienvenue-Kauffman Dep. 40:7 14: ("Q. I'm going to show you a couple of documents but let me not do that this second. Just to try to get through a little bit more and then maybe we can take a break in a few minutes just to give you a breather. We talked about earlier that there | Undisputed. |

95

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| are a number of manufacturers of cardiac mapping systems, right? A. Yes."); 43:25-44:3 (Q. Would you agree that the OEMs compete pretty hard against each other for hospitals to buy their—and use their systems? A. Yes."). | |
| 87.    Michael Idio, Stanford's Technical Manager of the EP Lab, testified that cardiac mapping systems manufactured by Abbott, Biosense, Boston Scientific and Philips compete against one another.<br><br>        Grossbard Decl., Ex. 99, Idio Dep. 70:15-71:4 (Q. "And the cardiac mapping systems that we've discussed, the CARTO 3, the -- the EnSite Precision, the KODEX Philips machine, the RHYTHMIA machine, you would agree that these all compete with another, correct? . . . Q. Would you agree that the cardiac mapping systems | Undisputed. |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| we discussed compete with each other? . . . A. They compete with each other. I think so, yeah."). | |
| 88.    Donald Coldiron, Principal Category Manager at the Mayo Clinic, testified that manufacturers of cardiac mapping systems compete against one another for the Mayo Clinic's business.<br><br>Grossbard Decl., Ex. 90, Coldiron Dep. 88:20-23 ("Q. [D]o you agree that the various cardiac mapping system manufacturers are competing for Mayo's business? A. Yes."). | Undisputed. |

### 2)    Switching Costs Are Low or Nonexistent

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 89.    Evidence from Innovative, Biosense, other manufacturers and hospital | Disputed.  There is no evidence that CARTO 3 customers have significant excess capacity to |

97

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| customers reflects that ▇▇▇▇ ▇▇▇▇ have more than one type of cardiac mapping system and those that do not can acquire a system with little or no capital outlay.<br><br>*See infra* ¶¶ 90-104. | switch to alternative mapping systems at their facilities if they have alternative mapping systems. ▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇<br><br>There is evidence that hospitals and physicians face significant costs in switching systems, including the cost to the hospital of acquiring or adding the system and the cost to the physician of learning to operate the system and catheters. Forister Report ¶¶ 113-119, Forister Rebuttal ¶¶ 13-27.<br><br>"[P]urchasing these mapping systems is a huge investment on a hospital. So when you have a system and the physicians are happy with the system, we're not going to change a system just to be able to |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | use a reprocessed item." Tranguch Dep. 34:23-35:3. |
| | The CARTO 3 has a purchase price of more than ███████ and a trade-in price of ███████. Ex. 43 at p. 2. The CARTO 3 can also be rented for roughly ███████ per year. Ex. 43 at p. 3. For a customer without a CARTO 3, the hospital can pay for the system through the purchase of catheters ████████████████ ████████████████ ████████████ to cover the cost of the system. Id. at 2. "[T]he simple economic reality is that financing or later overpayment on catheters does not eliminate the costs." Forister Rebuttal ¶ 14.b. ███████████ ████████████████ ███████████ ████████████ ████████████. |

99

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | Physicians prefer to stay with the CARTO if "they've been trained on it" and "they've had good outcomes."  Coldiron Dep. 76:10-77:5; see also Tuttle Dep. 20:18-21:18.  There is also evidence in the economic literature that physicians have a status quo bias in making medical decisions.  Forister Rebuttal ¶¶ 18.c. & n.31 and n.32. |

89. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 8-10, 15-17. Moreover, excess capacity, rental prices and physician training costs do not negate the fact that a majority of customers have a competitive mapping system. *See also infra* ¶¶ 90-104. The only purported evidence Innovative cites is its expert's assertion that "hospitals and physicians face significant costs in switching systems, including the cost to the hospital of acquiring or adding the system and the cost to the physician of learning to operate the system and catheters" and the statement of a single hospital witness that her hospital would not change a system that "the physicians are happy with . . . just to be able to use a reprocessed item". But a citation to Innovative's expert does not provide factual support for the proposition, and the claim that there are high

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| switching costs is flatly contradicted by the evidence. *Id.* Moreover, Innovative's quotation from the hospital witness implicitly concedes that the hospital could switch systems (the hospital has all three major cardiac mapping systems, *see* ¶ 95), but has chosen not to do so just to purchase Innovative catheters. Indeed, when asked if the hospital could switch to a competing system if "unsatisfied with Biosense's prices or system for whatever reason", the same witness testified that "it certainly could". ¶ 111. | |
| 90.    An analysis of Biosense's, Abbott's and Boston Scientific's internal cardiac mapping system data performed by Compass Lexecon ("Compass"), a third party neutral jointly retained by Innovative and Biosense ("Overlap Analysis"), found that approximately ▮ of hospitals with a CARTO 3 system also have an Abbott Ensite Precision system and/or a Boston Scientific Rhythmia system.<br><br>Grossbard Decl., Ex. 121, Overlap Analysis of overlapping cardiac mapping system customers | Disputed.  Compass did not have data showing the installed base of Abbott cardiac mapping systems. Forister Rebuttal ¶ 15 n.19.  Abbott reported its sales volume since 2013 instead of its installed base of systems.  Id.  This that "would overstate Abbott's installed base to the extent that some systems purchased since 2013 would have been subsequently traded in or otherwise discarded."  Id. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| among Biosense, Abbott, and Boston Scientific performed by Compass ("Overlap Analysis") at p. 1-2. | |

90. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the fact cited because the additional information does not dispute the accuracy of the stated fact. The statement by Innovative's expert that Abbott's sales data "would overstate . . . to the extent that" is not evidence of any actual inaccuracy in the data of the third party neutral's findings, and Innovative does not cite any evidence of system trade-ins without replacement with another Abbott system or of any discarded Abbott systems or that any such occurrences would have a material impact on the stated fact. Additionally, Innovative ignores evidence that the sales data does not overstate the number of Abbott systems currently in use. For example, Biosense's internal estimate of the percentage of competitive accounts supports the third party neutral's findings. *See infra* ¶ 93. Also, based on Innovative's allegation that "[t]he lifecycle of the cardiac mapping system is 5 to 10 years" (Corrected Second Am. Compl (the "CSAC") ¶ 24), the vast majority of systems Abbott sold from 2013 onward could still be used in 2020.

| 91.    The Overlap Analysis also found that approximately ▓▓ of hospitals with cardiac mapping systems have only a CARTO 3, | Disputed.  Compass did not have data showing the installed base of Abbott cardiac mapping systems.  Forister Rebuttal 15 n.19.  Abbott |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| while almost ▮▮▮▮ of hospitals either have a competing system in addition to the CARTO 3 or only have an Abbott and/or Boston Scientific system.<br><br>Grossbard Decl., Ex. 121, Overlap Analysis at p. 1-2. | reported its sales volume since 2013 instead of its installed base of systems.  Id.  This that "would overstate Abbott's installed base to the extent that some systems purchased since 2013 would have been subsequently traded in or otherwise discarded."  Id. |
| 91. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the fact cited. *See supra* ¶ 90. | |
| 92.    The Abbott Ensite Precision, Boston Scientific Rhythmia and Biosense CARTO 3, as well as a number of other competing systems, can all be used to perform the same EP procedures.<br><br>Grossbard Decl., Ex. 2, Thomas Decl. ¶ 16.<br><br>Grossbard Decl., Ex. 113, Tranguch Dep. 69:10-21 ("Q. Okay. All of these cardiac mapping systems compete with one another, correct? A. Yes. Q. They all can be used for EP studies and procedures, | Undisputed. |

103

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| | correct? A. Yes. Q. Are there any EP studies and procedures that one of these systems cannot be used for? A. Not that I'm aware of. Q. And a physician performing an EP study could use any of these systems, right? A. Yes."). <br><br> Grossbard Decl., Ex. 94, DeTate Dep. 121:17-122:22 ("Q. Well, I -- you may have a different view of what's a new technology versus I do. So I mean, the three systems that are available do the same thing, but are these new systems at least billing themselves as offering something additional, better, different? A. Well, I think that the three systems that are available all believe that they do what they do better than the other systems. I mean, that's the point of their marketing and their sales material; right? That's why Biosense thinks that it's better than | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| 4 | Precision and why Abbott thinks | |
| 5 | it's better than all the others. I | |
| 6 | mean, I think they all think that. So | |
| 7 | now is it the way that they map | |
| 8 | different or similar? They are | |
| 9 | different and similar. There's | |
| 10 | similarities and differences across | |
| 11 | all of the mapping systems. Acutus | |
| 12 | is a non-contact mapping system, | |
| 13 | but that's not new technology. | |
| 14 | Abbott has that as well. EPD might | |
| 15 | be the one that's truly different than | |
| 16 | the other ones in the fact that it's -- | |
| 17 | the basic fundamental way that it | |
| 18 | collects the data is a little bit | |
| 19 | different and it's more of a visual | |
| 20 | representation. But, you know, all | |
| 21 | the systems build three-dimensional | |
| 22 | anatomy and activation. So I don't | |
| 23 | know that there's anything that's | |
| 24 | being introduced that's truly, you | |
| 25 | know, new technology. Q. Okay. | |
| 26 | And you said EPD. That's a Philips | |
| 27 | cardiac mapping system? A. | |

105

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Correct. Q. Is it also called KODEX? That's the name I've heard. A. Yeah."). | |
| 93. Biosense's internal competitive intelligence reflects that approximately ▇ of Biosense customers with a CARTO 3 system also have at least one competing cardiac mapping system onsite.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 23.<br><br>Grossbard Decl., Ex. 30, BWI-INN00511094 (competitive hardware data spreadsheet). | Undisputed. |
| 94. The Medtech 360 industry report for Electrophysiology Mapping and Ablation Devices in the US for 2021, published June 2020, states that the majority of EP labs in the United States have multiple cardiac mapping systems available for use.<br><br>Grossbard Decl., Ex. 85, STRYKER00000998 at 1059 ("the | Disputed. The cited evidence is not admissible. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| majority of US EP labs have both Biosense Webster's CARTO and Abbott Laboratories' Ensite mapping systems installed."). | |
| 94. <u>Biosense Reply</u>: Innovative does not identify any dispute regarding the accuracy of the fact cited, nor does Innovative state the basis for its objection to admissibility. To the extent the evidence is inadmissible, the fact that most hospitals have access to multiple systems is supported by other undisputed evidence whose admissibility Innovative does not challenge. *See* ¶¶ 89-93, 95-104. | |
| 95.     Representatives from every hospital deposed, including witnesses from Torrance Memorial Hospital, Mayo Clinic in Jacksonville, Florida, Providence Health & Services, Allegheny Health System, Stanford Health System, and MedStar Health, testified that their hospitals or hospital systems have cardiac mapping systems from more than one manufacturer.<br><br>Grossbard Decl., Ex. 94, DeTate Dep. 145:17-146:11 ("THE | Disputed as incomplete.  The customer witnesses testified that the physician, and not the hospital, chooses which system to use in each procedure.  The physician selects the system and catheters to use for each procedure at the hospital.  Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. at 84:2-84:9, Senard Dep. 36:9-36:22.  See also Grossbard Decl., Ex. 107, Senard Dep. 49:11-12. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| WITNESS: Currently in our lab, we have three mapping systems: We have a CARTO 3 unit, we have a St. Jude Precision unit, and we have a Boston Scientific RHYTHMIA unit. And utilization of those units, I would say that Boston Scientific has a 40 percent market share, St. Jude has a 30 percent market share -- probably more -- closer to a 40 percent market share, actually, and CARTO is about a 20 percent market share in our lab. We have three systems in our lab as a way to bring in new technology for our physicians. We want to give the physicians and the patients access to all levels of technology. We also use it as a way to control costs. It allows us to be flexible in how we use our spending, what catheters we pull, what patients we use the systems on, how we can move market share and contract | |

108

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| negotiations. It allows us a lot of flexibility, actually, when it comes to controlling costs. And we've been pretty effective at doing that.").<br><br>        Grossbard Decl., Ex. 87, Bienvenue-Kauffman Dep. 10:15-19 ("Q. And -- and which system do you have in each of the rooms? A. We have one Biosense CARTO mapping system and we have two of the Abbott NavX Precision systems.").<br><br>        Grossbard Decl., Ex. 106, Saxby Dep. 53:21-25 ("Q. You also testified earlier that Providence has been able to shift some system coverage, some mapping system coverage, away from the CARTO 3; isn't that right? A. Correct.").<br><br>        Grossbard Decl., Ex. 113, Tranguch Dep. 68:10-17 ("Q. I believe you testified that Allegheny General Hospital has three cardiac | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| | mapping systems; is that correct? A. They've had, yes. Q. They've had or they have? A. We currently have CARTO, Rhythmia, and I believe we have EnSite which we very rarely use, so."). | |
| | Grossbard Decl., Ex. 107, Senard Dep. 49:3-12 ("Q. And again, Mr. Distel is representing to you that other hospitals have shifted from the CARTO 3 system to competitive systems such as the EnSite Precision and had success, correct? A. Correct. Q. Has Allegheny done this? A. We do have an EnSite system within AGH, Allegheny General Hospital, but it does not get utilized very often. But again, that's the clinician choice, that's not a supply chain choice."). | |
| | Grossbard Decl., Ex. 99, Idio Dep. 61:1-21 ("Q. So -- and you testified that you have CARTO 3s and Abbott EnSite Precision | |

110

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| 4 | mapping systems at Stanford, | |
| 5 | correct? A. Yes, those two, correct. | |
| 6 | Q. So do you recall testifying to Mr. | |
| 7 | Berhold that the site at 300 Pasteur | |
| 8 | Drive has six total mapping | |
| 9 | systems, three of which are | |
| 10 | CARTOs? A. Three are -- at | |
| 11 | Pasteur, yes, three CARTOs here. | |
| 12 | Q. Am I correct in assuming that | |
| 13 | the other three are Precision | |
| 14 | mapping systems? A. Correct. Q. | |
| 15 | Same question for 500 Pasteur | |
| 16 | Drive, you testified that there's six | |
| 17 | total, three being CARTO. Are the | |
| 18 | other three Precision? A. Correct. | |
| 19 | Q. And the same question for | |
| 20 | Emeryville, you testified there's | |
| 21 | two total, one of which is CARTO? | |
| 22 | Is the other one a Precision? A. | |
| 23 | Correct."). | |
| 24 | Grossbard Decl., Ex. 115, | |
| 25 | Wish Dep. 108:2-9 ("Q. So turning | |
| 26 | back, broadly speaking, to cardiac | |
| 27 | mapping systems, are you familiar | |
| 28 | | |

111

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| with the different cardiac mapping systems that MedStar uses? Undisputed.<br><br>A. Yes. Q. And what are those systems? A. Biosense Webster and Abbott EnSite."). | |
| 95. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact cited because the statement of completeness Innovative offers does not change the accuracy of the fact that hospitals or hospital systems have cardiac mapping systems from more than one manufacturer. | |
| 96. Innovative witnesses testified that numerous hospitals having cardiac mapping systems from more than one manufacturer.<br><br>Grossbard Decl., Ex. 97, Farris Dep. 127:6-14 ██████ ████████████████ ████████████ ████████████ ████████████ ██████████ ██████████████ ████████████ | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| | ██████████████████ ██████████████████ Grossbard Decl., Ex. 111, Stoneman Dep. 136:25-137:5 ("Q. And you're aware that there are a number of facilities that actually have multiple machines, correct? A. Correct. Q. And multiple mapping machines, correct? A. That's my understanding."). | |
| | 97.    On an annual basis, customers spend more on catheters than on cardiac mapping systems. Grossbard Decl., Ex. 1, Bodner Decl. ¶ 27. Compare Grossbard Decl., Ex. 57, IH00278789 at 790 ("Q4: How much will reprocessing save the average hospital? A: Some US hospitals report saving more than $1 million annually due to reprocessing. Smaller hospitals report saving more than $250,000 annually."); Grossbard Decl., Ex. | Undisputed. |

113

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 48, IH00106035 at 035 ████████████████ ███████████ ██████ ████████████ ███████████ ██████████ with Grossbard Decl., Ex. 3, ABB0000001 ████████ █████████ █████████████ Grossbard Decl., Ex. 8, BOSCI000868 ████████ ████████ ██████ ████████ ; Bodner Decl. ¶ 25 ███████ ███████ ████████ ████████ ████████ Grossbard Decl., Ex. 20, BWI-INN00125358 at 379 ████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ | |
| ███████████ | |
| ███████████ | |
| █████████████ | |
| Grossbard Decl., Ex. 101, | |
| Martin Dep. 33:5-18: ████████ | |
| █████████████ | |
| ███████████████ | |
| ██████████ | |
| █████████████ | |
| ███████████████ | |
| ███████████████ | |
| ██████ | |
| ████████████████ | |
| ███████████████ | |
| ███████████ | |
| █████████████ | |
| ███████████ | |
| ████████████████ | |
| ████████████ | |
| ████████████ | |
| ██████████ | |
| █████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████████ ████████ | |
| 98.    Cardiac mapping system manufacturers offer no-cost or low-cost options to acquire cardiac mapping systems. *See infra* Fact Nos. 99-104. | Disputed.  The CARTO 3 has a purchase price of more than ████████ and a trade-in price of ██████. Ex. 43 at p. 2.  The CARTO 3 can also be rented for roughly ██████ per year.  Ex. 43 at p. 3.  For a customer without a CARTO 3, the hospital can pay for the system through the purchase of catheters over 2 to 3 years at prices set by a "Hybrid Integrated Calculator Tool" to cover the cost of the system.  Id. at 2.  "[T]he simple economic reality is that financing or later overpayment on catheters does not eliminate the costs."  Forister Rebuttal ¶ 14.b. |
| 98. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact, but provides additional information that does not contradict the fact that manufacturers offer no-cost or low-cost options to acquire cardiac mapping systems. *See also infra* ¶¶ 99-104. | |

116

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 99.    Innovative admits that hospitals can acquire cardiac mapping systems at a very low cost through catheter purchases. Innovative's marketing materials recommend hospitals "[a]cquire at least two different mapping systems" and state that "the acquisition cost can be very low when disposable quotas are assigned".<br><br>Grossbard Decl., Ex. 61, IH00348802 at 826. | Disputed.  "[T]he simple economic reality is that financing or later overpayment on catheters does not eliminate the costs."  Forister Rebuttal ¶ 14.b. |

99. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not change the accuracy of the fact that Innovative itself advertises that manufacturers offer system financing options with "very low" acquisition costs.

| 100.    Hospitals can acquire a Biosense CARTO 3 cardiac mapping system with little or no capital outlay through a commitment to purchase a minimum number of catheters for | Disputed.  Rental or lease can still cost roughly ███ per year. Ex. 43 at p. 3.  Catheter purchase programs do not eliminate the underlying costs to acquire the system.  Forister Rebuttal ¶ 14.b. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| use with the system; a system lease; a system rental; or a free 90 day system evaluation. | |

Grossbard Decl., Ex. 1, Bodner Decl. ¶ 24.

Grossbard Decl., Ex. 18, BWI-INN00089524 at slide 2-3

██████████████

███████████████

████████████████

██████████████

███████████████

████████████

███████████████

████████████████

███████████████

█████████████

████████████████

██████████████

██████████████

██████

100. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not change the accuracy of the fact that Biosense offers

118

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| numerous means of acquiring the CARTO 3 system that require little or no capital outlay. | |
| 101.   Biosense understands that its competitors offer similar programs to assist facilities in acquiring a cardiac mapping system.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 27. | Disputed.  Rental or lease can still cost roughly ▮▮▮ per year.  Ex. 43 at p. 3.  Catheter purchase programs do not eliminate the underlying costs to acquire the system.  Forister Rebuttal ¶ 14.b. |
| 101. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative, which concerns CARTO 3 system acquisition programs, is irrelevant to the fact, which concerns other manufacturers' system acquisition programs. | |
| 102.   Hospitals can acquire an Acutus AcQMap cardiac mapping system with no upfront capital outlay by leasing the system, renting the system, or by evaluating the system at no cost with the option of purchasing the system through catheter sales after the evaluation period. | Disputed.  Rental or lease can still cost roughly ▮▮▮ per year.  Ex. 43 at p. 3.  Catheter purchase programs do not eliminate the underlying costs to acquire the system.  Forister Rebuttal ¶ 14.b. |

119

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 109, Shome Dep. 55:17-56:10 (testifying, when questioned about Acutus 000181 (Dep. Ex. 388), that Acutus places its AcQMap cardiac mapping system for free evaluations that the customer can then convert into a purchase of the system via catheters sales, and that Acutus also offers both rental and lease agreements for its system.). Grossbard Decl., Ex. 6, Acutus 000181 (Dep. Ex. 388) at 186 ▮▮▮▮▮▮▮▮▮▮▮▮ | |

120

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████████████ ██████████ | |

102. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative, which concerns CARTO 3 system acquisition programs, is irrelevant to the fact, which concerns Acutus's system acquisition programs.

| 103. ████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ██████████ Grossbard Decl., Ex. 110, Stanton Dep. 20:23-21:19 ████ ████████████████ ████████████████ ██████████████ █████████████████ █████████████████ ███████████████ | Disputed.  Rental or lease can still cost roughly ████████ per year. Ex. 43 at p. 3.  Catheter purchase programs do not eliminate the underlying costs to acquire the system.  Forister Rebuttal ¶ 14.b. |

121

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ | |
| █████████████ | |
| ███████████████ | |
| ████████████████ | |
| ███████████████ | |
| █████████████ | |
| ███████████████ | |
| █████████████ | |
| ███████████████ | |
| ████████████ | |
| █████████████████ | |
| █████████████████ | |
| ███████████████ | |
| █████████████ | |
| █████████████ | |
| ████████████████ | |
| ██████████ | |
| █████████████ | |
| ██████████ | |
| ███████████ | |

103. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative, which concerns CARTO 3 system acquisition programs, is irrelevant to the fact, which concerns Boston Scientific's system

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| acquisition programs. | |
| 104.    Hospital witnesses confirmed in their testimony that cardiac mapping system manufacturers offer programs that allow hospitals to acquire cardiac mapping systems with little or no capital outlay. | Disputed.  Rental or lease can still cost roughly ▇▇▇▇ per year. Ex. 43 at p. 3.  Catheter purchase programs do not eliminate the underlying costs to acquire the system.  Forister Rebuttal ¶ 14.b. |
| Grossbard Decl., Ex. 90, Coldiron Dep. 81:25-82:20 ("Q. So, yeah, let's – let's spend a moment on that. It sounds like there's more than one way to acquire a cardiac mapping system. One is an outright purchase you described, right? A Uh-huh. Q. And -- and you -- thank you. And you also just described some sort of leveraged transaction where you take it on subject to -- for you to purchases of catheters. Am I describing that right? A. Yes. Yeah, so there will be X amount of catheters over X amount of time essentially would pay -- help pay | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| for the capital equipment. Q. And after that, does it then become owned after that – A. Yes. Q. -- contractual period? A. Yes. And there's also rentals which we don't do a whole lot for EP systems, but other capital equipment we do."). <br><br> Grossbard Decl., Ex. 113, Tranguch Dep. 85:2-9 (testifying that vendors offer incentives and discounts to get hospitals to buy their mapping systems and that Allegheny has taken advantage of such discounts). | |

104. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not dispute that hospital witnesses testified that cardiac mapping system manufacturers offer programs that allow hospitals to acquire cardiac mapping systems with little or no capital outlay.

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

### 3)     Hospitals Do Switch Systems

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 105.  Hospitals can and do switch between cardiac mapping systems.<br><br>*See infra* ¶¶ 106-112. | Disputed.  The physicians lock in the hospitals to the physician's choice of system and catheters.  In electrophysiology, the physicians select the system and catheters to use for each procedure at the hospital. Tuttle Dep. 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. 84:2-84:9, Senard Dep. 36:9-36:22. This creates a principal-agent problem "where one party is making a decision but another party is paying for it." Forister Report ¶ 110. The principal-agent problem is well known as an inefficiency in the healthcare system. Forister Report ¶ 111.  The physicians, who pay nothing, have no reason to moderate their demands.  Id.<br><br>In addition, there is evidence that the physicians choose the system and catheters on factors other than price.  Id.  There is strong |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | physician preference on electrophysiology products, including the cardiac mapping systems and catheters. Tuttle Dep. 10:1-10:25, Coldiron Dep. 22:2-23:19. Physicians prefer to stay with the CARTO if "they've been trained on it" and "they've had good outcomes." Coldiron Dep. 76:10-77:5; see also Tuttle Dep. 20:18-21:18.<br><br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>████████ Allegheny Health System did not switch from Biosense to get around the case coverage policy because the physicians choose the |

126

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | system and catheters. Senard Dep. 36:9-36:22; Tranguch Dep. 40:6-40:23. ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ |

105. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact, but offers only argument. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 15-17.

| | |
|---|---|
| 106. ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮ Grossbard Decl., Exs. 80-84, SH000000001; SH000000002; SH000000003; SH000000004; SH000000005 (Sutter sales data). | Disputed. ▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 106. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not dispute that Sutter Health's catheter purchases shifted. | |
| 107. ███████ Grossbard Decl., Exs. 80-84, SH000000001; SH000000002; SH000000003; SH000000004; SH000000005 (Sutter sales data). | Disputed. ███ ████ |
| 107. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not dispute that Sutter Health's catheter purchases shifted. | |
| 108. ██████ | Disputed. ████ ██ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
|  | |

Grossbard Decl., Ex. 15, BWI-INN00066439 at 440-441 ▮

108. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not dispute that ██████████████████████████ ████████████████████

| 109. Cheryl Saxby, the Associate VP for Specialty Sourcing at Providence St. Joseph Hospital, testified that Providence "has been able to shift some system coverage, some mapping system coverage, away from the CARTO 3 | Disputed as incomplete. Mary Roberts at Providence St. Joseph testified that the *physician* selects the system and catheters to use for each procedure at the hospital and that the *hospital* was unable to maximize its savings on reprocessed |

129

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| system" and that it "could shift more system coverage away from the CARTO 3 if it chose to do so". Grossbard Decl., Ex. 106, Saxby Dep. 53:21-54:5 ("Q. You also testified earlier that Providence has been able to shift some system coverage, some mapping system coverage, away from the CARTO 3; isn't that right? A. Correct. And Providence could shift more system coverage away from the CARTO 3 if it chose to do so; is that right? . . . THE WITNESS: Probably. Yes, probably."). | catheters because of the case coverage policy. Roberts Dep. 11:11-12:14, 13:5-14:13, 84:2-84:9. |

109. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The statement of completeness Innovative offers does not change the accuracy of the fact. The additional information cited by Innovative, testimony of another witness, does not dispute that hospital representative Cheryl Saxby testified that Providence St. Joseph Hospital has switched some case volume away from CARTO 3 and could switch more.

| 110. Mary Roberts, the Director of the Clinical Resource | Disputed as incomplete. Mary Roberts at Providence St. |

130

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Integration Department at Providence, testified that it is within Providence's control to shift procedures and EP studies to other mapping systems in response to Biosense's policies.<br><br>    Grossbard Decl., Ex. 105, Roberts Dep. 63:7-63:20 ("Q. And you recognize there are alternative systems [to the CARTO 3] that Providence could elect to use more often? A. Yes. . . . Q. (By Mr. Jarrett) Providence could choose to use alternative mapping support systems other than Biosense if it wanted to; isn't that true? A. Yes."). | Joseph testified that the *physician* selects the system and catheters to use for each procedure at the hospital and that the *hospital* was unable to maximize its savings on reprocessed catheters because of the case coverage policy. Roberts Dep. 11:11-12:14, 13:5-14:13, 84:2-84:9. |

110. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not dispute the fact that Mary Roberts testified that the hospital could choose to use another system.

| | |
|---|---|
| 111.  Portia Tranguch, Director of Cardiac Services at Allegheny General Hospital, testified that if Allegheny was | Disputed    as    incomplete. Portia Tranguch testified that the *physician* selects the system and catheters to use for each procedure at |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| dissatisfied with Biosense's prices or system, it could switch cases to one of its other cardiac mapping systems. Grossbard Decl., Ex. 113, Tranguch Dep. 69:22-70:2 ("Q. So if Allegheny was unsatisfied with Biosense's prices or system for whatever reason it could theoretically switch to another system available to it for its EP studies, right? MR. BERHOLD: Objection. A. It – it certainly could."). | the hospital and that the *hospital* was unable to maximize its savings on reprocessed catheters because of the case coverage policy. Tranguch Dep. 39:16-40:23. |

111. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not dispute the fact that Portia Tranguch testified that the hospital could switch to another system.

| 112. Tranguch also testified that Allegheny General Hospital would not switch to another cardiac mapping system to save on reprocessed devices.<br><br>Grossbard Decl., Ex. 113, Tranguch Dep. 34:17-35:8 ("Q. | Disputed as incomplete. Todd Senard and Portia Tranguch testified that the physician, not the hospital, selects the system to use for each procedure at Allegheny General Hospital. Senard Dep. 36:9-36:22, Tranguch Dep. 40:20-40:23. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| 4–26 | Okay. So Mr. Distel also suggests that Allegheny shift to competitive systems such as the EnSite Precision. And you already testified earlier about the preferences of your physicians. Have you tried to shift procedures to competitive systems like the EnSite Precision? A. No, not specifically. We -- purchasing these mapping systems is a huge investment on a hospital. So when you have a system and the physicians are happy with the system, we're not going to change a system just to be able to use a reprocessed item. We're going to do what's best for the patient and what our physicians are comfortable with. In this case, it was CARTO. So looking at purchasing a brand new system to be able to use a reprocessed catheter is not financially responsible."). | |
| 27 | 112. <u>Biosense Reply</u>: Innovative does not create any dispute | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| regarding the accuracy of the fact. The additional information cited by Innovative does not dispute the fact that Portia Tranguch testified that the hospital would not switch to another system just to be able to use a reprocessed item. | |

### 4) System Information Costs Are Not High

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 113.  Evidence from Innovative, group purchasing organizations ("GPOs") and hospital customers reflects that hospitals are sophisticated customers that consider the lifecycle cost of a cardiac mapping system at the time of purchase. *See infra* ¶¶ 114-121. | Disputed.  Forister Report ¶¶ 114-117, Forister Rebuttal ¶¶ 22-27. The physicians, not the hospitals, select the cardiac mapping systems. Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Senard Dep. 36:9-36:22. In addition, there are significant information costs in determining whether to switch systems.  Forister Report ¶¶ 114-117, Forister Rebuttal ¶¶ 22-27. "To accurately gauge costs, a customer would need to acquire information about the system, software modules, support services |

134

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | (including reliability and repair), and compatible goods (including catheters and generators for the ablation systems). This information includes current prices, quality, reliability and repair costs, and capabilities as well as predicting upgrades and enhancements that may become available over the 5- to 8- year average life of the system. This is further complicated by the fact that OEMs are consistently unveiling new catheters and capabilities such as software modules, and reprocessors are obtaining clearances to offer additional reprocessed catheters." Forister Report ¶ 116. "[P]rojecting the future is a likely very difficult, if not impossible task." Forister Rebuttal ¶ 23. Id. |

113. Underline Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact, but offers only argument. This

135

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 8-10, 15-17. Additionally, the deposition testimony Innovative relies upon does not state that physicians select the cardiac mapping systems for the hospitals to purchase, as Innovative suggests. *See infra* ¶ 122. | |
| 114.  Innovative's Matt Dambeck testified that hospitals are sophisticated customers and that hospitals' Value Analysis Teams and Value Analysis Committees research prices for system and device purchases.  Grossbard Decl., Ex. 92, Dambeck Dep. 193:25-195:10 ("Q. And what does a VAT or VAC do? A. They analyze opportunities and different contracts or opportunities for hospitals and health systems. Q. And to your understanding, do they do that both for devices like the ones you sell or for systems like cardiac mapping systems or ultrasound systems that the hospital might purchase? A. Yes. Q. And | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| | based on your experience, VATs or VACs research the systems or devices they purchase before purchasing them? A. Yes. Q. And who typically is on a VAT or VAC at a hospital? A. My understanding is it depends on the make-up, whether it's supply chain, analysis type folks, or clinical type folks. Q. Are there sometimes individuals from both, supply chain and clinical? A. That's my understanding, yes. Q. Okay. So it's a combo, a combination of those two? A. In some cases, yes. Q. Would you say in most cases? A. It's pretty even. Q. Okay. A. Every hospital is different. Q. What types of things does a VAT or VAC consider when making purchasing decisions? A. Clinical quality of the product, pricing, are the two major ones. Q. Okay. And do you consider the hospitals who purchase from | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Innovative to be sophisticated customers? A. Yes."). | |
| 115. Many hospitals purchase cardiac mapping systems through GPOs, which negotiate agreements to lower the cost of medical supplies on behalf of member organizations. Troy Tuttle, a former employee of both Vizient, a GPO, and Aptitude, a wholly-owned subsidiary of Vizient, testified that he considered the members of Vizient's GPO sophisticated purchasers that assess lifecycle costs and make informed decisions about purchasing.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 35.<br><br>Grossbard Decl., Ex. 114, Tuttle Dep 36:21-24 ("Q. Did you consider the Vizient members with whom you worked to be fairly sophisticated purchasers? A. I do."); 36:25-37:10 ("Q. And based | Disputed. Tuttle testified that the physicians, rather than the hospitals, select the system.<br><br>"To accurately gauge costs, a customer would need to acquire information about the system, software modules, support services (including reliability and repair), and compatible goods (including catheters and generators for the ablation systems). This information includes current prices, quality, reliability and repair costs, and capabilities as well as predicting upgrades and enhancements that may become available over the 5- to 8- year average life of the system. This is further complicated by the fact that OEMs are consistently unveiling new catheters and capabilities such as software modules, and |

138

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| on your experience, do you believe that the Vizient or Aptitude members make informed decisions about purchasing? A. I do. Including in the EP space? A. I do. Q. Do you know whether Vizient members consider life cycle costs when making those purchasing decisions about cardiac mapping systems or ultrasound systems that they want to purchase? A. Absolutely."). | reprocessors are obtaining clearances to offer additional reprocessed catheters." Forister Report ¶ 116.<br><br>In addition, it is not enough to be "merely attempting to consider these [life cycle] costs and revenues based on the current mix of products, prices, procedures, and reimbursement rates." Forister Rebuttal ¶ 23. "[P]rojecting the future is a likely very difficult, if not impossible task." Id. (referring to Forister Report ¶¶ 113-119). |

115. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative does not dispute the fact that Mr. Tuttle testified that he considered the members of Vizient's GPO (hospitals) to be sophisticated purchasers that assess lifecycle costs and make informed purchasing decisions. Innovative offers no evidence that hospitals cannot or do not consider or reasonably project lifecycle costs, and unsupported opinion of its expert cannot raise a genuine dispute where it is contradicted by the evidentiary record, *see infra* ¶¶ 114-121; Reply at 10.

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 116. Donald Coldiron of the Mayo Clinic testified that Mayo considers lifecycle costs, including the cost of disposables and system maintenance, when Mayo purchases a cardiac mapping system.<br><br>Grossbard Decl., Ex. 90, Coldiron Dep. 80:14-81:4 ("Q. And is there also a cost analysis for life of system that is taking place whether -- whatever umbrella that might fall in? A. Absolutely, yep. Q. Would you call that more on the clinical? A. I would say in combination with the clinical. I mean, they know -- they provide what the utilization and caseload could potentially be. And we look -- you know, we look at maintenance, of course, what's that going to look like. Q. Are you -- do you know if they also take into account; and if so, how the cost of the disposables, the catheters that will be used in | Disputed as incomplete. Coldiron testified that there is strong physician preference on electrophysiology products, including the cardiac mapping systems and catheters. Coldiron Dep. 22:2-23:19.<br><br>"To accurately gauge costs, a customer would need to acquire information about the system, software modules, support services<br><br>(including reliability and repair), and compatible goods (including catheters and generators for the ablation systems). This information includes current prices, quality, reliability and repair costs, and capabilities as well as predicting upgrades and enhancements that may become available over the 5- to 8- year average life of the<br><br>system. This is further complicated by the fact that OEMs are consistently unveiling new |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| connection with the system? A. They do."). | catheters and capabilities such as software modules, and<br><br>reprocessors are obtaining clearances to offer additional reprocessed catheters." Forister Report ¶ 116.<br><br>In addition, it is not enough to be "merely attempting to consider these [life cycle] costs and revenues based on the current mix of products, prices, procedures, and reimbursement rates." Forister Rebuttal ¶ 23. "[P]rojecting the future is a likely very difficult, if not impossible task." Id. (referring to Forister Report ¶¶ 113-119). |

116. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the additional information cited by Innovative does not dispute the fact that Donald Coldiron testified that Mayo considers lifecycle costs, including the cost of disposables and system maintenance, when Mayo purchases a cardiac mapping system. *See supra* ¶ 115.

| 117. Portia Tranguch of Allegheny General Hospital | Disputed as incomplete. Todd Senard testified that the physicians |

141

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| testified that when making purchasing decisions, Allegheny projects the cost of a cardiac mapping system over its expected lifecycle and considers projected cases and projected disposable usage.

Grossbard Decl., Ex. 113, Tranguch Dep. 14:25-15:9 ("Q. Okay. In your work, do you try to project the cost of using a CARTO 3 over the five- to eight-year life cycle of the system? A. We project the cost of the system, but then there are additional items that you have to purchase which that's easier to project because that's by case. So we know what our projected cases are, we know what our projected disposable usage is, and then we can apply that."). | select the systems at Allegheny General Hospital. Senard Dep. 36:9-36:22.

"To accurately gauge costs, a customer would need to acquire information about the system, software modules, support services (including reliability and repair), and compatible goods (including catheters and generators for the ablation systems). This information includes current prices, quality, reliability and repair costs, and capabilities as well as predicting upgrades and enhancements that may become available over the 5- to 8- year average life of the system. This is further complicated by the fact that OEMs are consistently unveiling new catheters and capabilities such as software modules, and reprocessors are obtaining clearances to offer additional |

142

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | reprocessed catheters." Forister Report ¶ 116. |
| | In addition, it is not enough to be "merely attempting to consider these [life cycle] costs and revenues based on the current mix of products, prices, procedures, and reimbursement rates." Forister Rebuttal ¶ 23. "[P]rojecting the future is a likely very difficult, if not impossible task." Id. (referring to Forister Report ¶¶ 113-119). |

117. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact because the additional information cited by Innovative does not dispute the fact that Portia Tranguch testified that when making purchasing decisions, Allegheny projects the cost of a cardiac mapping system over its expected lifecycle and considers projected cases and projected disposable usage. *See supra* ¶ 115.

| | |
|---|---|
| 118.   Aaron DeTate testified that Torrance Memorial Hospital researches EP systems and disposables to "know what they're getting into before they purchase", which includes comparing the price | Disputed as incomplete. "To accurately gauge costs, a customer would need to acquire information about the system, software modules, support services<br><br>        (including   reliability   and |

143

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| of disposables across manufacturers.<br><br>Grossbard Decl., Ex. 94, DeTate Dep. 30:8-31:4 ("Q. And do you think Torrance is a sophisticated purchaser of EP systems and disposables? A. Can you clarify in regards to sophisticated? Q. Sure. Do they do research and investigation and kind of know what they're getting into before they purchase? A. Absolutely. So in regards to the technology and then competitors that are out there, I would say yes, they do do a good job of that, and pricing it against other – other systems, just benchmarking it. Other than that, that's kind of the standard for purchasing, is taking the system, comparing its price to the pricing of other systems, clinically speaking, looking at it, does it provide relevance to the | repair), and compatible goods (including catheters and generators for the ablation systems). This information includes current prices, quality, reliability and repair costs, and capabilities as well as predicting upgrades and enhancements that may become available over the 5- to 8- year average life of the system. This is further complicated by the fact that OEMs are consistently unveiling new catheters and capabilities such as software modules, and reprocessors are obtaining clearances to offer additional reprocessed catheters." Forister Report ¶ 116.<br><br>In addition, it is not enough to be "merely attempting to consider these [life cycle] costs and revenues based on the current mix of products, prices, procedures, and reimbursement rates." Forister |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| procedure? Is it something that makes sense? Does it bring value to the case? Is it safe? Those are the kinds of things that are evaluated on the front end. And then if there's consumables involved, what we do is we look at pricing across the consumables at a line item value. And then generally what we're looking for is we're looking for savings or at least a neutral – cost neutral kind of thing."). | Rebuttal ¶ 23. "[P]rojecting the future is a likely very difficult, if not impossible task." Id. (referring to Forister Report ¶¶ 113-119). |

118. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the additional information cited by Innovative does not dispute the fact that Aaron DeTate testified that Torrance Memorial Hospital researches EP systems and disposables to "know what they're getting into before they purchase", which includes comparing the price of disposables across manufacturers. *See supra* ¶ 115.

| | |
|---|---|
| 119.   Cheryl Saxby of Providence St. Joseph Hospital testified that when considering whether to purchase a cardiac mapping system she "always look[s] at the disposable costs that | "To accurately gauge costs, a customer would need to acquire information about the system, software modules, support services (including reliability and repair), and compatible goods |

145

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| go along with it, because those are the costs you pay every single day." Grossbard Decl., Ex. 106, Saxby Dep. 107:8-20 ("Q. So when you're considering or when Providence is considering which mapping system to purchase, is it fair to say that you consider the cost of the disposables that are compatible with the system as part of that decision? . . . THE WITNESS: I think along with any capital pieces of equipment, you always look at the disposable costs that go along with it because those are the costs that you pay every single day."). | (including catheters and generators for the ablation systems). This information includes current prices, quality, reliability and repair costs, and capabilities as well as predicting upgrades and enhancements that may become available over the 5- to 8- year average life of the system. This is further complicated by the fact that OEMs are consistently unveiling new catheters and capabilities such as software modules, and reprocessors are obtaining clearances to offer additional reprocessed catheters." Forister Report ¶ 116. In addition, it is not enough to be "merely attempting to consider these [life cycle] costs and revenues based on the current mix of products, prices, procedures, and reimbursement rates." Forister Rebuttal ¶ 23. "[P]rojecting the |

146

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | future is a likely very difficult, if not impossible task." Id. (referring to Forister Report ¶¶ 113-119). |
| 119. <u>Biosense Reply</u>: Innovative does not state whether it disputes this fact. Assuming it does, Innovative does not create any dispute regarding the accuracy of the fact because the additional information cited by Innovative does not dispute the fact that Cheryl Saxby of Providence St. Joseph Hospital testified that when considering whether to purchase a cardiac mapping system she "always look[s] at the disposable costs that go along with it, because those are the costs you pay every single day." *See supra* ¶ 115. | |
| 120.  CentraCare-St. Cloud Hospital hired an independent consultant, MD Buyline, to evaluate whether it should purchase the CARTO 3 cardiac mapping system it had been renting.<br><br>    Grossbard Decl., Ex. 37, CCH-037 at 084-096 (analysis from MD Buyline assessing the quoted price from Biosense to CentraCare-St. Cloud Hospital for the purchase of the CARTO 3 system it had been renting). | Undisputed. |

147

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 121.  The CentraCare-St. Cloud consultant evaluation identified the cost of consumables as a cost that should be considered in the purchasing decision.<br><br>Grossbard Decl., Ex. 37, CCH-037 at 085 ("Keep in mind, this technology utilizes proprietary consumable catheters and other items, which contribute considerable cost to your on-going cost of ownership."). | Undisputed. |

**5)    Biosense's Customers Were Not Locked Into a Post-Purchase Policy Change**

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 122.  Many Biosense customers purchased their first CARTO 3 system, or additional CARTO 3 systems, after April 1, 2016, the date by which Innovative | Disputed as incomplete.  The physicians, not the hospitals, select the cardiac mapping systems for the hospitals to purchase. Ex. 25 at 10054, Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. |

148

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| states Biosense's clinical support policy was known and enforced. *See infra* ¶¶ 123-129. | at 84:2-84:9, Senard Dep. 36:9-36:22. |

122. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact cited because the statement of completeness Innovative offers does not change the accuracy of the fact. Moreover, even if Innovative's response were relevant to the fact, the evidence Innovative cites does not support its proposition, which is inaccurate. All of the deposition testimony Innovative relies upon states that physicians select the system or devices to be used in a procedure, *not* that they "select the cardiac mapping systems for the hospitals to purchase", as Innovative states. *See* Berhold Decl., Ex. 18, Tuttle Dep. 10:1-10:25 ("Q. And what does that mean, 'physician preference'? A. It means the physician has the decision-making power to select a device that is going to bring out the best clinical outcome for the specific patient case that they're dealing with. They have that ability to choose that device. Q. And is that true of electrophysiology products? A. It is."); Berhold Decl., Ex. 8, Idio Dep. 14:5-14:17 (testifying physicians "use whatever they want"); Berhold Decl., Ex. 15, Roberts Dep. 84:2-84:9 (when asked, "if a lab has more than one brand of cardiac mapping system, who decides which cardiac mapping system to use on a specific procedure?", Roberts testified, "the physician"); Berhold Decl., Ex. 16, Senard Dep. 36:9-36:22 (testifying only that physicians decide "what suppliers they wish to use"). The remaining document Innovative cites—a CARTO 3 user guide—does

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| not shed light on hospital purchasing decisions, but simply states the unremarkable fact that Federal Law requires the medical equipment only be sold if there is a doctor's order for the equipment. *See* Berhold Decl., Ex. 25, BWI-INN00010053. | |
| 123.   From November 2014 to March 2021, hospitals purchased ▇ CARTO 3 systems, with ▇▇▇▇ CARTO 3 systems acquired each year.<br>      Grossbard Decl., Ex. 33, BWI-INN00704867. | Disputed as incomplete.  The physicians, not the hospitals, select the cardiac mapping systems for the hospitals to purchase.  Ex. 25 at 10054, Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. at 84:2-84:9, Senard Dep. 36:9-36:22. |
| 123. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact cited. The statement of completeness Innovative offers does not change the accuracy of the fact. *See supra* ¶ 122. | |
| 124.   Hospitals purchased ▇ CARTO 3 systems from April 2016 to March 2021.<br>      Grossbard Decl., Ex. 33, BWI-INN00704867. | Disputed as incomplete.  The physicians, not the hospitals, select the cardiac mapping systems for the hospitals to purchase.  Ex. 25 at 10054, Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. at 84:2-84:9, Senard Dep. 36:9-36:22. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 124. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact cited. The statement of completeness Innovative offers does not change the accuracy of the fact. *See supra* ¶ 122. | |
| 125.    Hospitals allegedly harmed by Biosense's clinical support policy purchased a number of CARTO 3 systems after April 2016.<br><br>*See infra* ¶¶ 126-129. | Disputed as incomplete.  The physicians, not the hospitals, select the cardiac mapping systems for the hospitals to purchase.  Ex. 25 at 10054, Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. at 84:2-84:9, Senard Dep. 36:9-36:22. |
| 125. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact cited. The statement of completeness Innovative offers does not change the accuracy of the fact. *See supra* ¶ 122. | |
| 126.    ██████████<br>██████████████<br>██████████████<br>████████████<br>██████████<br>    Grossbard Decl., Ex. 33, BWI-INN00704867. | Disputed as incomplete.  The physicians, not the hospitals, select the cardiac mapping systems for the hospitals to purchase.  Ex. 25 at 10054, Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. at 84:2-84:9, Senard Dep. 36:9-36:22. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 126. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact cited. The statement of completeness Innovative offers does not change the accuracy of the fact. *See supra* ¶ 122. | |
| 127. ██████████ ██████████████ ██ Grossbard Decl., Ex. 33, BWI-INN00704867. | Disputed as incomplete. The physicians, not the hospitals, select the cardiac mapping systems for the hospitals to purchase. Ex. 25 at 10054, Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. at 84:2-84:9, Senard Dep. 36:9-36:22. |
| 127. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact cited. The statement of completeness Innovative offers does not change the accuracy of the fact. *See supra* ¶ 122. | |
| 128. ██████████ ██████████████ ████████ Grossbard Decl., Ex. 33, BWI-INN00704867. | Disputed as incomplete. The physicians, not the hospitals, select the cardiac mapping systems for the hospitals to purchase. Ex. 25 at 10054, Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. at 84:2-84:9, Senard Dep. 36:9-36:22. |

152

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 128. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact cited. The statement of completeness Innovative offers does not change the accuracy of the fact. *See supra* ¶ 122. | |
| 129.  ████████████ ████████████████████ ████████████████████ ████████████████████ ████████ Grossbard Decl., Ex. 33, BWI-INN00704867. | Disputed as incomplete. The physicians, not the hospitals, select the cardiac mapping systems for the hospitals to purchase. Ex. 25 at 10054, Tuttle Dep. at 10:1-10:25, Idio Dep. 14:5-14:17, Roberts Dep. at 84:2-84:9, Senard Dep. 36:9-36:22. |
| 129. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact cited. The statement of completeness Innovative offers does not change the accuracy of the fact. *See supra* ¶ 122. | |

### E.    Biosense Clinical Support

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 130.   Clinical support is the operation of the cardiac mapping | Undisputed. |

153

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| system during a cardiac mapping procedure.<br><br>Grossbard Decl., Ex. 104, Ramos Dep. 66:3-8 (explaining that clinical support involves "run[ning] that mapping station, that workstation, to assist the physician in collecting the data when he or she manipulates the catheter inside the heart chamber and create that map"). | |
| 131.  It is industry standard for OEMs to provide free support in the medical device industry, including in the EP industry.<br><br>Grossbard Decl., Ex. 88, Bodner Dep. 80:14-25 (Michael Bodner, Biosense's Vice President of U.S. Sales, explained when asked why Biosense provides clinical support for free: "[I]t's the standard. No one charges for coverage in electrophysiology or in any other medical device capacity that I'm | Disputed as incomplete.<br><br>█████████████████<br>███████████████████<br>████████████████████<br>████████████████████<br>██████████████████<br>█████████ |

154

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| 4 | aware of across orthopedics, | |
| 5 | surgical, interventional cardiology, | |
| 6 | ocular. I'm not aware of any med | |
| 7 | device situation where service or | |
| 8 | case coverage is charged in this | |
| 9 | country."). | |
| 10 | Grossbard Decl., Ex. 116, | |
| 11 | Yaron Dep. 67:20-23 ("Q. And why | |
| 12 | does Biosense Webster provide free | |
| 13 | clinical support in the United | |
| 14 | States? A. It's a standard in the | |
| 15 | market. It's not only us | |
| 16 | providing."). Grossbard Decl., Ex. | |
| 17 | 113, Tranguch Dep. 102:16-103:6 | |
| 18 | (The Director of Cardiac Services at | |
| 19 | Allegheny General Hospital | |
| 20 | testified: "Q. Is all cardiac mapping | |
| 21 | system manufacturer case coverage | |
| 22 | free? A. As far as I know. Q. In | |
| 23 | your experience has any cardiac | |
| 24 | mapping system manufacturer ever | |
| 25 | charged for case coverage? A. Not | |
| 26 | that I'm aware of. Q. You | |
| 27 | understand that case coverage is a | |

155

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| service that the manufacturer provide[s] as part of its product offering, correct? A. Yes. Q. In your experience, do hospitals consider clinical support to be a valuable part of the products being offered that they consider in purchasing decisions? A. Absolutely."). | |

Grossbard Decl., Ex. 90, Coldiron Dep. 127:14-24 ("Q. Your understanding is that Biosense provides that support voluntarily, right? A. Correct.  Q. And that they provide it for free, right? A. Yeah, I have not seen a breakout that shows the charge for training – or for running the machine. Q. So your understanding sitting here today is that there is no charge by Biosense for its clinical support? A. Yes."); 129:18-130:8 ("Q. And in terms of when Abbott or Boston Scientific are providing the support, are they

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| also providing that support for free like Biosense does? A. Yes. There's no line item charge for support. Q. In your experience, has any cardiac mapping system manufacturer ever charged for case coverage or clinical support? A. Not to my knowledge. Q. Is it your understanding that case coverage for cardiac mapping systems is a service that's provided as part of the overall product offering for the system itself? A. That's – MR. BERHOLD: Objection. A. That's my understanding."). | |
| 131. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact cited. The statement of completeness Innovative offers does not change the accuracy of the fact that it is industry standard for OEMs to provide clinical support and is not relevant to any of the arguments in Biosense's Motion. | |
| 132.  Historically, most hospitals provided their own clinical support ("self-support") for | Undisputed. |

157

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| | CARTO 3 and its predecessor, the CARTO XP. Grossbard Decl., Ex. 1, Bodner Decl. ¶ 30. Grossbard Decl., Ex. 94, DeTate Dep. 83:23-84:7 ("Q. And you already knew how to map cases on CARTO 3 at the time? A. I did. So when the CARTO 3 system was launched at Torrance, the model that was being employed by Biosense at that time was to train staff. We were told, at the time the CARTO 3 system was installed at Torrance, that their clinical support was limited and that they did not have enough people to support the number of systems that were going in, and that their model was to come in and train the hospital staff to do that."). | |
| | 133.   Biosense does not charge customers for clinical support; Biosense's clinical support | There is a genuine issue of material fact whether there is a distinct product market for CARTO |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| is and has always been provided for free.<br><br>    Grossbard Decl., Ex. 1, Bodner Decl. ¶ 28.<br><br>    Grossbard Decl., Ex. 116, Yaron Dep. 67:20-23 ("Q. And why does Biosense Webster provide free clinical support in the United States? A. It's a standard in the market. It's not only us providing."). Grossbard Decl., Ex. 88, Bodner Dep. 80:14-25 (explaining when asked why Biosense provides clinical support for free: "[I]t's the standard. No one charges for coverage in electrophysiology or in any other medical device capacity that I'm aware of across orthopedics, surgical, interventional cardiology, ocular. I'm not aware of any med device situation where service or case coverage is charged in this country."). | 3 Clinical Support.  See. e.g., Forister Report ¶¶ 94-108.<br><br>▋▋▋▋▋▋▋▋<br>▋▋▋▋▋▋▋▋▋<br>▋▋▋▋▋▋▋<br>▋▋▋▋▋▋▋<br>These specialists "run" the CARTO 3 in a "closely-knit team" with the physician.  Ex. 41 at 3:45-4:00.  Biosense has expansive nonsolicitation and noncompete agreements with its CASs and aggressively enforces them to prevent former Biosense employees from operating the CARTO 3 for hospitals or training hospital staff to operate their own CARTO 3 systems in competition with Biosense.  Ex. 77, Ex. 116 at p. 18-19, 24, 25, Ex. 117 at p. 31, 32, Ex. 118 at p. 40, 42.<br><br>    Historically, most hospitals provided their own mapping technicians to run the system.  SUF |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | ¶ 132.  Some hospitals still do so. SUF ¶ 148. ██████████ ██████████ ██████████ ██████ Economists have recognized that many markets can have a monetary price of zero without having an economic price of zero.  Forister Rep. ¶ 100. ██████████ ██████████ ██████████ ██████████ ██████████ ██████████ ██████████ ██████████ ██████ Biosense makes ██████ revenue on cases without a Biosense CAS.  Ex. 94 at p. 4. ██████████ ██████████ ██████████ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | ██████████████████████. Ex. 70 at p. 20. |
| | A hypothetical monopolist could profitably raise prices in a significant and sustained manner because clinical support is necessary to operate the system. Forister Rep. ¶¶ 106.  Moreover, physicians, rather than hospitals, decide which system to use.  Cite. And switching costs for the hospital are significant.  Forister Rep. ¶¶ 113-119, Forister Rebuttal ¶¶ 13-21. It is also hard to evaluate costs across systems.  Forister Report ¶¶ 115-117.  Here, we also know that a monopolist can profitably raise prices in significant and sustained manner because Biosense actually did it by implementing the case coverage policy which adds an additional expense for customers using the "free" clinical support. Forister Rebuttal ¶ 75.a.  Since |

161

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | Biosense added the case coverage policy imposing conditions, i.e., costs, associated with the "free clinical support," CARTO 3 procedure share has ▮▮▮▮ Forister Report ¶ 176.      Biosense does not dispute that there is significant training and expense dedicated to sustaining enough professionals to support the market for CARTO 3 Clinical Support.  SUF ¶¶ 137-144. Biosense requires all new CASs, even ones with experience on other mapping systems, to ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮ Orsini Dep. 13:25-18:12 and Ex. 102 at 710525.  The typical training period is ▮▮▮ ▮▮▮. Ex. 94 at p. 4.      Moreover, CARTO 3 Clinical Support is recognized in the industry as a specialty. ▮▮ |

162

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | ██████████████████████ ██████████████████████ ████████████████████ ██████████████████ ██████████ Said one hospital executive: "While I'd like to just tell them to (^&% off, we are dependent on them." Ex. 110. |

133. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the fact that Biosense provides clinical support for free or the evidence Biosense cites for this fact, Innovative offers an argument related to the purported clinical support market it has alleged. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 17-20.

| | |
|---|---|
| 134. The Parties agree that Biosense covers the cost of clinical support with revenue from its products, including catheters.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 33.<br><br>Grossbard Decl., Ex. 104, Ramos Dep. 35:6-11 ("Q. Now, Biosense will provide clinical | There is genuine dispute of material fact whether there is a separate tying market for CARTO 3 Clinical Support. See supra ¶ 133, Forister Rebuttal ¶¶ 37-39.<br><br>Historically, most hospitals provided their own mapping technicians to run the system. SUF |

163

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| support on CARTO 3 procedures for free? A. Yes, we provide that as a value add. In other words, we say that the cost of providing that value add is incorporated into the cost of our catheters."). | ¶ 132. Some hospitals still do so. SUF ¶ 148. |
| Grossbard Decl., Ex. 49, IH00108784 at 784 ███████ ███████████████████████ ███████████████████████ ██████████ | Biosense offered the full array of catheters for use on the CARTO 3, including the ones at issue here, for years without any ties to clinical support. And Biosense continues to provide less expensive mapping catheters like the CRISTACATH, HALO, and ISMUS without any ties to clinical support. SUF ¶ 168. |
| | Biosense provided its Position Statement for the first time to a customer, the hospital system ███████████████, on ██████████. Ex. 82, Ramos Dep. 150:25-151:3. ███████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ █████████████ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | None of the other system manufacturers place conditions on providing free clinical support for their systems. Coldiron Dep 28:1-28:17. ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. There is testimony from the two largest hospital group purchasing organizations representing thousands of hospitals that their members would use |

165

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | Innovative to reprocess their Biosense sensor-enabled catheters but for the case coverage policy. Tuttle Dep. 7:17-7:22, 16:24-18:12, Reyes Dep. at 133:6-134:22. There is also testimony in this case from many hospitals that they would use Innovative to reprocess their Biosense sensor-enabled catheters but for the case coverage policy. Idio Dep. 25:3-25:9, Roberts Dep. 11:11-12:14, 20:1-21:15, Coldiron Dep. 30:10-31:4, Kauffman Dep. 19:1-19:6, 21:3-21:9, Tranguch Dep. 39:16-40:10; see also Czajka Dep 65:4-65:11, 157:2-157:9, 158:8-158:18. |

134. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the fact or the evidence Biosense cites for this fact, Innovative offers an argument related to the purported clinical support market it has alleged. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 17-20.

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 135.  Biosense employees called Clinical Account Specialists ("CAS") operate the CARTO 3 software to build the 3D anatomical map of the patient's heart using the data sent from the sensor-enabled catheters used by the physician during an EP procedure.<br><br>Grossbard Decl., Ex. 17, BWI-INN00089256 at p. 8 (████ ████████████ ████████████ ████████ ████)<br><br>Grossbard Decl., Ex. 104, Ramos Dep. 65:5-68:5 (explaining the role of CAS in EP procedures). Grossbard Decl., Ex. 101, Martin Dep. 15:8-11("Q. And what do the clinical account specialists do, generally speaking? A. The clinical account specialists assist in the | Disputed as incomplete.  The CAS operates the CARTO 3 software to build the 3D anatomical and electrical map of the patient's heart using the data sent from all of the catheters used by the physician during an EP procedure.  Cardiac mapping systems are used to create an anatomical and electrical map of a patient's heart for the physician to diagnose abnormal heart rhythms.  Dkt. 115 at 11 (Thomas Dec. ¶ 4).<br><br>The CARTO 3 receives inputs, and can visualize, every catheter connected to the system.  Ex. 25 at 10072.   The system measures current from "every electrode in each catheter connected to the system" and "calculates the position of each electrode, based on the relative measured current."  Id. at 10131. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| mapping of an electrophysiology procedure."). | |
| 135. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact cited because the statement of completeness Innovative offers does not change the accuracy of the fact. Moreover, the additional information cited by Innovative is not relevant to this fact; regardless of whether the CARTO 3 system collects data from "all of the catheters", CAS only build maps on CARTO 3 using sensor-enabled catheters. *See supra* ¶ 15. | |
| 136.   In 2009, approximately 50 percent of CARTO 3 procedures did not rely upon Biosense's support.<br><br>Grossbard Decl., Ex. 13, BWI-INN00044148 at p. 10 (2009: "~120 CAS" with ">50% of NAV cases covered"). | Undisputed. |
| 137.   By 2020, the percentage of CARTO 3 cases that Biosense CAS supported increased to approximately 95 percent.<br><br>Grossbard Decl., Ex. 13, BWI-INN00044148 at p. 10 (2020: | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| "~900 CAS" with ">95% of NAV cases covered"). | |
| 138.   From 2009 to 2020, Biosense increased its CAS headcount from approximately 120 CAS to approximately 900.<br><br>Grossbard Decl., Ex. 19, BWI-INN00101105 at p. 26 ██████████████ ████████████████ ███████ ██████████████ ██████████ ████████████ █████████████ ████████ | Undisputed. |
| 139.   Biosense trains its CAS through an internal training program.<br><br>Grossbard Decl., Ex. 102, Orsini Dep. 9:8-11 ("Q. Okay. And is [the CAS] training done through U.S. internal? A. correct. All field sales and clinicals are trained by my | Undisputed. |

169

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| commercial education team as new hires."). | |
| 140.   Innovative admits that Biosense incurs significant costs each year to train and employ clinical account specialists to provide clinical support.<br><br>Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 7 (Sept. 12, 2021) ("Admit that Biosense incurs significant costs to train and employ clinical account specialists to provide clinical support to Healthcare Entities using Biosense or SterilMed reprocessed AcuNav, SOUNDSTAR, LASSO or PENTARAY catheters on CARTO 3.  Response: Admitted."). | Undisputed. |
| 141.   Biosense expends well over ███████ annually training and paying its CAS clinical support team. | Undisputed. |

170

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 1, Bodner Decl. ¶ 33. | |
| 142.  Biosense's payroll expenses to employ CAS have increased from ▮▮▮▮▮ in 2015 to ▮▮▮▮▮ in 2020, with annual payroll expenses as follows: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮ Grossbard Decl., Ex. 36, BWI-INN00706179 (Dep. Ex. 301) (Biosense CAS payroll expense data reflects the following annual total spend on CAS salaries: ▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮ | Disputed as incomplete. ▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮ |

| |
|---|
| 142. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact cited because the statement of |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| completeness Innovative offers does not raise an issue of fact as to Biosense's payroll expenses stated in the fact and is not relevant to any argument in Biosense's Motion. | |
| 143.   Biosense also spends ██████████ CAS, with training expenses in 2016 and 2018-2020 as follows: ████ ████████████ ████████ Grossbard Decl., Ex. 35, BWI-INN00706172 (Biosense Commercial Education content development expense data from 2016 – 2020 reflects a total annual spend of the following amounts in the following years: ████ ████████████ ███████ Grossbard Decl., Ex. 88, Bodner Dep. 82:23-83:2 ████ ███████████ █████████ ████████████ ████████████ | Undisputed. |

172

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████████ ████████ 83:21-24 ("Q. Mr. Bodner, the payroll data shows 130 million for the clinical account specialists program for 2019; is that right? A. Yes."). Grossbard Decl., Ex. 34, BWI-INN00706171 (Dep. Ex. 302) ████████████████ ██████ ████████████████ ██████████ ████████████████ ████ Grossbard Decl., Ex. 88, Bodner Dep. 83:25-85:8 ██████ ██ ████████████████ ██████ ██████████ ██████████ ████████████ ████████████ ████████████ | |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ | |
| ███████████████ | |
| ███████████████ | |
| ████████████ | |
| ███████████████ | |
| ███████████████ | |
| ████████████████ | |
| ████████████████ | |
| ██████████████ | |
| ███████████ | |
| ██████████████ | |
| █████████████ | |
| ██████████████ | |
| █████████████████ | |
| ██████████ | |
| ████████████████ | |
| ████████████████ | |
| ████████████ | |
| ████████████████ | |
| ████████████████ | |
| ██████████ | |
| ████████████████ | |
| ██████████ | |
| ██████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████ | |
| ███████████ | |
| ██████████ | |
| ████████████ | |
| ████ | |
| Grossbard Decl., Ex. 88, | |
| Bodner Dep. 83:3-16 ██████ | |
| █████████ | |
| ███████████ | |
| █████████ | |
| ███████████ | |
| ████████████ | |
| █████████ | |
| ███████████ | |
| ██████████ | |
| ███████████ | |
| ███████ | |
| █████ | |
| ████████ | |
| ███████ | |
| ████████████ | |
| ████████████ | |
| ████████ | |
| ████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ ███████████████ ████████ | |
| 144. ████████████ | Undisputed. |
| ██████████ ██████████████ ████████ ███████████ ██████████████ ████████████████ ████████████████ ██████████████ ███████████ ██████ | |
| 145.  Biosense has no contractual or other obligation to provide clinical support.     Grossbard Decl., Ex. 104, Ramos Dep. 35:6-18 ("Q. Now, Biosense will provide clinical support on CARTO 3 procedures for free? A. Yes, we provide that as a value add. In other words, we say that the cost of providing that value | Undisputed. |

176

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| add is incorporated into the cost of our catheters. So there isn't a separate line item charge that we invoice hospitals on for that type of support. I will also call out, Mr. Berhold, that we don't contractually obligate ourselves to provide that support, Biosense Webster provides that as a value add as requested by the hospital.").<br><br>Grossbard Decl., Ex. 88, Bodner Dep. 18:19-23 ("Biosense is not required by its contracts for the sale or lease of the CARTO 3 system to provide free clinical support on the CARTO 3, is it? A. Correct."). | |
| 146.    Biosense considers clinical support to be a cornerstone of Biosense's service and value-add proposition.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 29. | Disputed.  Supra ¶ 134.  The OEMs all provide clinical support for their cardiac mapping systems. Bodner Dep. 81:4-81:16,   Coldiron Dep 28:1-28:17.  ██████<br><br>████████████████<br><br>████████████ |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 29, BWI-INN00485091 at p. 11 ▇▇▇▇▇▇▇ ▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇ ▇▇▇ Grossbard Decl., Ex. 13, BWI-INN00044148 at p. 10 ("Clinical support is a cornerstone of our service and value add proposition."). Grossbard Decl., Ex. 20, BWI-INN00125358 at 359, 383 ▇▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇ | ▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████████████ ████████  *See also* Grossbard Decl., Ex. 104, Ramos Dep. 35:6-18 ("Q. Now, Biosense will provide clinical support on CARTO 3 procedures for free? A. Yes, we provide that as a value add. In other words, we say that the cost of providing that value add is incorporated into the cost of our catheters. So there isn't a separate line item charge that we invoice hospitals on for that type of support. I will also call out, Mr. Berhold, that we don't contractually obligate ourselves to provide that support, Biosense Webster provides that as a value add as requested by the hospital."). | |

146. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact cited because the additional information cited by Innovative is not relevant to this fact. Even if the additional information were relevant to this fact, the cited evidence does not support Innovative's contention that ████████████████████████

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████████ | |
| ████████████████ | |
| ████████████████ | |
| ████████████████ ██ | |
| ████████████████ | |
| ████████████████ | |
| ████████████████ | |
| ████████████████ | |
| ████████████████ | |
| ████████████████ | *See* Reply at 24. |
| 147.  Innovative recognizes that "[m]apping support from Biosense Webster is a great value for the EP lab" and has been "well received by many electrophysiologists and staff". Grossbard Decl., Ex. 61, IH00348802 at 826 (March 27, 2020 Innovative Health presentation states: "Mapping support from Biosense Webster is a great value for the EP lab"). *See also* Grossbard Decl., Ex. 59, IH00296914 at 914 (Innovative "Carto 3 Discussion | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Points When Evaluating Case Coverage Models" states: "This level of [clinical] support has been well received by many electrophysiologists and staff as they can offload another responsibility to a dedicated individual provided by Biosense Webster."). | |
| 148.   Biosense or Innovative have identified the following hospitals as hospitals that currently self-support some or all EP procedures on CARTO 3: Mayo Clinic in Rochester, Minnesota; Providence Alaska Medical Center in Anchorage, Alaska; Sutter Health San Jose Center, San Jose, California; Torrance Memorial Hospital, Torrance, California; University of Vermont Medical Center, Burlington, Vermont; Intermountain Medical Center, Murray, Utah; McKay-Dee | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Medical, Ogden, Utah;  St. George Regional Hospital, St. George, Utah. <br><br> Grossbard Decl., Ex. 117, Innovative's Resps. to Def. Biosense's First Set of Interrogs., Interrog. Resp. No. 5 (Innovative hereby identifies each Healthcare Entity that it is aware of that provides or at any time while Innovative has been in the business of selling reprocessed Catheters has provided its own clinical support for procedures using the CARTO 3 system or any other Cardiac Mapping System or received clinical support for such procedures from anyone other than the manufacturer of the Cardiac Mapping System: Mayo Clinic in Rochester, Minnesota, Rochester, Minnesota; Providence Alaska Medical Center, Anchorage, AK; Sutter Health San Jose Center, San | |

182

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Jose, CA; Torrance Memorial Hospital, Torrance, CA"). Grossbard Decl., Ex. 119, Def. Biosense Webster, Inc.'s Suppl. Resps. to Innovative Health LLC's First, Second and Third Interrogs. Interrog. Resp. No.18 ("Biosense responds that it is aware of the following customers who currently provide their own clinical <br><br> *See also* Grossbard Decl., Ex. 87, Bienvenue-Kauffman Dep. 20:15-19 ("Q. And is it -- is it true that Mayo Clinic in Rochester has at least one or two employees that map cases on the cardiac mapping procedures in Rochester? A. Yes, that is correct."). <br><br> Grossbard Decl., Ex. 90, Coldiron Dep. 20:21-21:2 ("Q. And does Mayo Clinic have any mapping technicians on its own staff to provide the clinical support on cardiac mapping procedures at | |

183

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| any of its locations? A. Yes. Q. At which locations? A. Rochester."). | |

Grossbard Decl., Ex. 94, DeTate Dep. 41:14-20 ("Q. And at Torrance, you map EP procedures without OEM support; is that right? A. Correct. Q. And are -- others in your lab also map EP procedures without OEM support? A. Yes, we have other individuals in the lab that do that."). Grossbard Decl., Ex. 23, BWI-INN00384111 at p. 2

██████████████████████

██████████████████████████

████████

Grossbard Decl., Ex. 23, BWI-INN00384111 at p. 6

████████████████████

████████

Grossbard Decl., Ex. 105, Roberts Dep. 69:7-10 ("Q. And I believe you previously testified that it's true that Providence Alaska

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| self-supports; is that right? A. Yes."). | |

Grossbard Decl., Ex. 42,

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Grossbard Decl., Ex. 40, IH00007326 at 329 ("At Providence Alaska, for example, the facility utilizes its own staff to perform the mapping support").

Grossbard Decl., Ex. 49, IH00108784 at 785 [redacted]

[redacted]

[redacted]

| 149.  Hospitals interested in self-supporting CARTO 3 | [redacted] |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| procedures can be trained for free by Biosense or by already-trained lab staff.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 33.<br><br>Grossbard Decl., Ex. 119, Biosense Suppl. Resp. to Interrog. No. 21 ("Biosense responds further that each of the customers identified in response to Interrogatory No. 18 [Mayo Clinic, Torrance Memorial Hospital, University of Vermont Medical Center, Intermountain Medical Center, McKay-Dee Medical, St. George Regional Hospital] have requested to receive training from Biosense to teach their employees to provide clinical support on CARTO 3, and Biosense has provided that training. Other customers, such as Boulder Medical Center, the Cleveland Clinic and the University of Rochester Medical Center, who at some time during the | ██████████████████ ██████████████████ ████████████████ ██████████████████ ████████████████ ███████████ Forister Rebuttal ¶ 76.a.  In addition, Biosense has expansive nonsolicitation and noncompete agreements with its CASs and aggressively enforces them to prevent former Biosense employees from providing training to any hospital to start their own CARTO 3 systems clinical support program.  Ex. 77, Ex. 116 at p. 18-19, 24, 25, Ex. 117 at p. 31, 32, Ex. 118 at p. 40, 42. |

186

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| period 2015 to present have provided clinical support on the CARTO 3 with their own employees but no longer provide that support, have also requested to receive training from Biosense to teach their employees to provide clinical support on CARTO 3, and Biosense has provided that training."). Grossbard Decl., Ex. 88, Bodner Dep. 23:20-26:3 ( ██ ██████████ ████████████ ████████████ ███████████████ ████████████ ██████████ ██████████████ █████████ ███████████ █████████████ █████████ ██████████████ █████████████ | |

187

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████████████ | |
| ████████████████████ | |
| ██████████████████ | |
| ████████████████████ | |
| ██████████████ | |
| ██████████████████ | |
| █████████████ | |
| ████████████████ | |
| ██████████████; 25:20-26:3 | |
| ████████████████████ | |
| ██████████████████ | |
| █████████████████ | |
| ████████████████████ | |
| █████████████████ | |
| █████████████████ | |
| ████████████████████ | |
| ██████████████████ | |
| ████████████████████ | |
| █████████ 24:24- | |
| 25:12 (██████████████ | |
| ████████████████ | |
| ████████████████ | |
| ██████████████ | |
| ████████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████ ████████████ ████████████ ████████████ ███████  Grossbard Decl., Ex. 102, Orsini Dep. 25:1-22 (Biosense's Head of Global Education and corporate witness designated to testify about CAS training stated: "Q. Okay. So if a hospital is converting to the CARTO 3 cardiac mapping system, does Biosense offer training for experienced mappers at the hospital on how to use the CARTO 3 mapping system? A. We would offer training to all of the hospital personnel if the hospital was purchasing or acquiring a CARTO 3 system. Q. And would that include teaching hospital staff how to map in the first place? A. Correct, yes."). | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 90, Coldiron Dep. 123:4-14 ("Q. And - -and those Biosense [CAS] are the ones who trained - - at least in part trained the Mayo employees on how to map on CARTO 3? A. From what I understand Q. And you just don't know how long sort of soup to nuts that that training process takes or took? A. Correct. Correct. Q. Biosense does not charge Mayo for that training it provides to your staff, right? A. Not to my knowledge."). Grossbard Decl., Ex. 22, BWI-INN00358688 at 688 ████ ██████████████████ ██████████████████ █████████████████ ██████████████ ████████████████ ██████████████ ████████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ ███████████ Grossbard Decl., Ex. 21, BWI-INN00345985 at 995 ████ ██████████████████ ███████ Grossbard Decl., Ex. 106, Saxby Dep. 82:11-17 (Testifying regarding Providence_000129 (Dep. Ex. 279): "Q. In this memo, is it correct that you're directing Providence hospitals to begin training with Biosense CAS? A. Yeah, we're asking and letting them know that they can start training with the Biosense staff for the mapping of these procedures per Biosense's offer to do so."). Grossbard Decl., Ex. 79, Providence_000129 (Dep. Ex. 279) at 129 (an internal Providence memo stating "Biosense Webster CAS are available to start the | |

191

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| training [on CARTO 3] with your staff."). <br><br> Grossbard Decl., Ex. 94, DeTate Dep. 92:7-94:4 (Aaron DeTate, the EP lab manager at Torrance Memorial Hospital testified: "Going back to your work at Torrance, how are the Torrance technicians trained to map? Do you train them? A. It's generally me. Sometimes a combination of Biosense trainers as well. So generally speaking, I trained -- do most of the training with them, and then sometimes either because of coverage or whatever, if I have to bring in a Biosense trainer to go over stuff with them or if we're going to use a non-reprocessed mapping catheter, then I make sure that whichever clinical support person is there is training my staff member, so . . . Q. And Biosense does that without an additional | |

192

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| 1 2 3 | | |
| 4 | charge? A. They don't ask for any | |
| 5 | additional charge, no. Q. And they | |
| 6 | don't -- your mappers don't need to | |
| 7 | participate in a formal training | |
| 8 | program that -- for clinical account | |
| 9 | specialists at Biosense in order to | |
| 10 | learn to map on CARTO 3; right? | |
| 11 | A. Not -- they do not go through the | |
| 12 | formal Biosense Webster clinical | |
| 13 | support training program. We have | |
| 14 | a formalized kind of training | |
| 15 | program in the hospital that we use, | |
| 16 | with a competency, but they do not | |
| 17 | go through the Biosense formal | |
| 18 | training program. Q. Okay. And | |
| 19 | who runs that program at Torrance; | |
| 20 | is that you? A. That would be -- | |
| 21 | yeah, me, correct. Q. Okay. And | |
| 22 | what kinds of training do you do? | |
| 23 | A. With the staff on the mapping | |
| 24 | system? Q. Correct. A. So we start | |
| 25 | with simulated cases through the | |
| 26 | CARTO system. There's a | |
| 27 | simulator in there, and we go over | |
| 28 | | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| basic mapping concepts like window of interest and how to generate geometry. So that all starts in a non-procedure-related setting because nobody learns well under pressure. So we do that. I ask them to log in and go through the J&J modules online that are available to allied health professionals. They do that as well. And then we -- once they've done that, then we start doing clinical cases. And we start with easy cases first. So cases that generally just involve collection of anatomy, like atrial fib, and then we move to typical flutter cases next because those typical flutter cases generally involve anatomy and some rudimentary activation mapping. And then after that, they progress to the more complex cases, like atypical atrial flutters and ventricular tachycardia."); 276:21-277:7 ███████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ | |
| ███████████████ | |
| ██████████████ | |
| ███████████████ | |
| ██████████ | |
| ███████████████ | |
| ██████████ | |
| ████████████ | |
| ██████████████ | |
| ██████████ | |
| ██████████████ | |
| ██████████████ | |
| ███████████████ | |
| █████████████ | |
| ████ | |
| Grossbard Decl., Ex. 86, TORRANCE_00000220 (Dep. Ex. 101) ██████████████ | |
| ██████████████ | |
| ███████████████ | |

149. <u>Biosense Reply</u>: Innovative does not state whether it disputes this fact. Assuming Innovative does dispute the fact, the additional information Innovative offers does not raise a dispute as to the accuracy of the fact. Regardless of whether a hospital has started its own ████████

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████████████, Innovative does not dispute that hospitals can be trained by Biosense or lab staff. ████████████ ████████████████████████ ███████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ █████████████████████████ ████████████████████ *See* Berhold Decl., Ex. 77, BWI-INN00376859 at 867. | |

F.    **Innovative Offers Both Direct Clinical Support and Clinical Support Training**

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 150. As early as January 2017, Innovative recognized that providing mapping assistance would aid it in selling its reprocessed SoundStar, Lasso NAV and Pentaray catheters. Grossbard Decl., Ex. 111, Stoneman Dep. 174:3-13 (In | Undisputed. |

196

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| reference to a document from November 2016 (Dep. Ex. 21, IH00243920), Stoneman testified: "Q. Okay. And was it your understanding that Innovative Health believed that -- strike that. Was it your belief that if an EP facility could provide its own in-house case support, it could reduce its reliance on OM representatives? A. Yes. Q. And that reduced reliance on OM representatives would mean that the facility -- the EP facility would have an increased ability to choose from whom it wanted to buy catheters? A. Ultimately, yes.").

Grossbard Decl., Ex. 149, IH00243920 (Dep. Ex. 21) at 924-925 (2016 Innovative presentation discussing a proposed "Innovative MapFlow Course Solution", stating "IH can offer a solution for CRM departments that provides . . . | |

197

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Reduced reliance [on] OM representatives to support cases in the clinical setting", "[t]argeted training for EP lab staff" and "elevates and differentiates IH in the marketplace".).<br><br>Grossbard Decl., Ex. 98, Ferreira Dep. 174:21-24 (████████████████ ████████████ ████████████ ████████████ █████████████ ██████████ ██████████<br><br>Grossbard Decl., Ex. 58, IH00286279 (Dep. Ex. 23) at 280 ██████████ █████████████ █████████████ █████████████ █████████ | |
| 151.  Innovative has resisted providing  clinical  support  to  its customers  because  doing  so  would | Disputed.  Innovative does not provide   clinical   support   to   its customers  because  it does  not make |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| increase its costs. Grossbard Decl., Ex. 95, Distel Dep. 178:4-9 (█████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ | economic sense. Grossbard Decl., Ex. 119, Innovative's Suppl. Resps. to Biosense's First, Second and Third Set of Interrogs, Interrog. Resp. No. 14, at p. 3, Sept. 28, 2021. Forister Report ¶¶ 148-149, 154-156, Forister Rebuttal ¶ 34; see also Forister Report ¶ 101.<br><br>Nor is it feasible.<br><br>Biosense has 900 CASs. SUF ¶ 138. Innovative has one employee with the qualifications to provide CARTO 3 clinical support. SUF ¶ 154. He can only support one case at a time. He can only provide the one-on-one clinical training to one new mapping technician at a time. |

151. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The additional information cited by Innovative supports the fact; Innovative's claim that it does not offer clinical support because "[i]t is not . . . economically feasible" corroborates the other evidence cited by Biosense in support of the fact that Innovative has not done so because it would increase its costs. Grossbard Decl., Ex. 120 at Interrogatory No. 14.

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 152. 

Grossbard Decl., Ex. 95, Distel Dep. 234:7-24. | Undisputed. |
| 153. Innovative has competed actively on the basis that it offers direct clinical support for CARTO 3 cases using Innovative's reprocessed sensor-enabled catheters. | Disputed as incomplete. Innovative has one employee with the qualifications to provide CARTO 3 clinical support. SUF ¶ 154. He can only support one case at a time. He can only provide the |

200

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 3 (Sept. 12, 2021) ("Innovative admits that it has informed Healthcare Entities that it can provide clinical support to Healthcare Entities using Innovative reprocessed ACUNAV, SOUNDSTAR, LASSO or PENTARAY catheters on CARTO 3."). Grossbard Decl., Ex. 38, IH00004319 at 331 (stating: "Innovative Health provides certified mapping support directly to the EP lab" and "Innovative Health also provides mapping training for EP lab techs"). Grossbard Decl., Ex. 55, IH00174396 at 397 ███████ ████████████████ ████████████████ ██████████ | one-on-one clinical training to one new mapping technician at a time. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 63, IH00364879 (Dep. Ex. 71) at 879 ▆▆▆▆▆▆▆▆▆▆▆▆ | |
| 153. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact because the statement of completeness Innovative offers does not change the accuracy of the fact. The number of technicians Innovative currently employs does not dispute the fact that Innovative has competed on the basis that it offers clinical support. | |
| 154. Innovative's Senior Director of Clinical Integration, Aaron DeTate, is a qualified | Undisputed. |

202

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| mapping technician Innovative employed to develop its clinical support program.<br><br>Grossbard Decl., Ex. 73, IH00587241 (Dep. Ex. 81) at 241-242 (July 31, 2018 Innovative-DeTate Consulting Agreement stating beneath "Services": "Debrief with Innovative Health marketing on technician training and OEM independence"; "Work with Innovative Health marketing to describe the case for hospital-based mapping support (case study)"; "Work with Innovative Health to develop educational programs"; "Support Innovative Health's Human Factor study on workflows in an OEM independent mapping support solution"; and "Training pilot accounts for implementing educational programs").<br><br>Grossbard Decl., Ex. 94, DeTate Dep. 19:6-14 ("Q. And can | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| you describe your current role as senior director of clinical integration at Innovative Health? A. Yeah, absolutely. So my role is to support the sales staff and administration, providing clinical guidance on the use of the devices, going out to facilities, working with administration on new product launches, new account launches, as well as just routinely interfacing with physicians"); 38:1-13 | |

204

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ █████████████████ █████████████████ ████████████████ ██████; 39:8-40:3 ("Q. Okay. And 'training pilot accounts for implementing educational programs.' What does that refer to? A. I think it refers to the concept of training hospitals regard -- whether it be just an EP background, bringing hospitals up to speed so they could become stronger in EP. I think ultimately with the -- they thought ultimately with the goal of potentially training mapping people within the hospital. Q. And that would be for hospital employees to be able to map using a cardiac mapping system? A. Yes. That's | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| kind of what it sounds like here. That's what I would -- I would guess, so . . . Q. Is that what you understood them to be referring to in your consulting agreement? A. Yeah. Sure, I mean, that was definitely something that was discussed. It was also discussed that in general, hospitals lacked true foundation EP training, that before, you know, ever getting to that point, that you would have to provide more education in order to bolster the knowledge within the lab."). Grossbard Decl., Ex. 95, Distel Dep. 183:7-12 ███████ ███████████ ████████████████ █████████ █████████████ █████████████ ███████████ ████ | |
| 155.  Innovative  also  has | Disputed.  The cited evidence |

206

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| access to a second qualified cardiac mapping technician.<br><br>Grossbard Decl., Ex. 67, IH00413530 at 530 (Innovative's Rick Ferreira emailed the resumes of Stephen Morse and Aaron DeTate to representatives from Hackensack Meridian Hospital).<br><br>Grossbard Decl., Ex. 94, DeTate Dep. 267:8-14(▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮ 166:2-12▮▮<br>▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮ | does not indicate whether Stephen Morse will provide access to Innovative for CARTO 3 clinical support. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████████ | |
| ████████████████████████ | |
| ███████████████████████ | |
| ███████████████████ | |
| ████████████████████████ | |
| ████████████████████████ | |
| █████████████████████ | |
| ██████████████████████ | |
| ███████████████████ | |
| ██████████████████ | |
| █████████████████ | |
| █████████████████████ | |
| ██████████████ | |

155. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The cited evidence speaks for itself; whether Innovative ultimately reached an agreement with Stephen Morse to provide mapping support for Innovative does not raise a dispute.

| | |
|---|---|
| 156. In 2021, Innovative provided MedStar Health with a technician to support Innovative's reprocessed sensor-enabled catheters during a three-month trial. <br><br> Grossbard Decl., Ex. 120, Pl. Innovative Health LLC's Suppl. | Disputed. The cited evidence states that Innovative provided clinical support by Aaron DeTate to Medstar for less than two months through a pilot project to explore the possibility of using Innovative reprocessed SOUNDSTAR and |

208

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Resps. to Def. Biosense Webster Inc.'s First, Second, and Third Interrogs., Interrog. Resp. No. 13 (Sept. 28, 2021) ("Innovative provided clinical support by Aaron DeTate to Medstar through a pilot project to explore the possibility of using Innovative reprocessed SOUNDSTAR and PENTARAY catheters on CARTO 3 at Medstar and training staff at Medstar to operate the CARTO 3 to do so."). Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 2 (Sept. 12, 2021) ("Innovative admits that it has provided clinical support to a Healthcare Entity using reprocessed Innovative SOUNDSTAR and PENTARAY reprocessed catheters."). Grossbard Decl., Ex. 94, DeTate Dep. 217:2-6 ■■■■ | PENTARAY catheters on CARTO 3 at Medstar and training staff at Medstar to operate the CARTO 3 to do so." Grossbard Decl., Ex. 120, Pl. Innovative Health LLC's Suppl. Resps. to Def. Biosense Webster Inc.'s First, Second, and Third Interrogs., Interrog. Resp. No. 13 (Sept. 28, 2021), 160. Grossbard Decl., Ex. 94, DeTate Dep. 249:10-25. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████████ | |
| ██████████ | |
| ████████████████ | |
| ████████████████ | |
| █████████████ | |
| ███████████ | |
| Grossbard Decl., Ex. 94, | |
| DeTate Dep. 249:10-25 ████ | |
| █████████████████ | |
| ██████████████ | |
| ████████████████ | |
| █████████████ | |
| ██████████████ | |
| ██████████████ | |
| ████████████ | |
| █████████████ | |
| ████████████ | |
| █████████████████ | |
| ████████████ | |
| █████████████ | |
| █████████████ | |
| ██████████████ | |
| █████████████ | |
| ████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████ | |
| ██████████████ | |
| ████████████████ | |
| ████████████ | |
| ███████████████ | |
| ████ | |
| Grossbard Decl., Ex. 115, | |
| Wish Dep. 57:15-58:5 ███████ | |
| ████████████████ | |
| █████████████████ | |
| ████████████ | |
| █████████████████ | |
| ██████████████████ | |
| ████████████████ | |
| █████████████████ | |
| ██████████████ | |
| █████████████ | |
| █████████████████ | |
| ██████████████ | |
| ████████████ | |
| Grossbard Decl., Ex. 74, | |
| IH00695264 (Dep. Ex. 99) at 267 | |
| █████████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ ████████ | |

156. Biosense Reply: This is not a material dispute of fact, as whether the trial lasted three months or "less than two months" does not change the accuracy of the undisputed fact that Innovative provided MedStar Health with a technician to support Innovative's reprocessed sensor-enabled catheters.

| | |
|---|---|
| 157. MedStar Health proposed that Innovative provide clinical support for Biosense's OEM sensor-enabled catheters, but Innovative took the position that its technician was at MedStar to provide support for Innovative's own catheters. | Disputed as incomplete. The cited evidence shows that Innovative and MedStar were working on a project to show "proof of concept" to the MedStar physicians and staff for using reprocessed catheters and identifying hospital staff to train to support cases with the reprocessed catheters. Grossbard Decl., Ex. 44, IH00016105 at 109. Grossbard Decl., Ex. 120, Pl. Innovative Health LLC's Suppl. Resps. to Def. Biosense Webster Inc.'s First, Second, and Third Interrogs., Interrog. Resp. No. 13 (Sept. 28, 2021), 160. |
| Grossbard Decl., Ex. 44, IH00016105 at 107-108 (when Allen Wish from MedStar queried whether Innovative's technician should "map his first cases on 1/11 and 1/12 with new Pentarray Catheters?", Innovative's Amy Ferreira replied, "I think that defeats the purpose of what we are | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| trying to achieve. Aaron will be there for mapping support so that Hospital Center can use reprocessed catheters. I would strongly suggest that we plan to use Innovative Health's reprocessed Pentaray catheters while [he] is there to Map" and Innovative's Rick Ferreira added, "[t]hat was the purpose of having [him] there – to map with our catheter."). | |
| 157. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the statement of completeness Innovative offers regarding the project being a "proof of concept" does not change the accuracy of the fact. | |
| 158. Innovative markets self-support as a viable option for hospitals that want to purchase Innovative's sensor-enabled catheters.<br><br>Grossbard Decl., Ex. 40, IH00007326 at 329 (stating: "Some manufacturers deny technical support during mapping in EP | Undisputed. |

213

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| procedures if reprocessed sensor-enabled catheters are used. However, there are pathways to ensuring that these substantial savings are realized anyway. At Providence Alaska, for example, the facility uses its own staff to perform the mapping support."). Grossbard Decl., Ex. 61, IH00348802 at 829, 831 (Innovative brochure titled "Realizing the Potential of Reprocessing[:] Roadmap to Empowering the Electrophysiology (EP) Lab" describes as "myths" the notions that "[y]ou cannot do EP cases without clinical support from the device manufacturing firm" or that "[t]he mapping systems all require extensive training."  It states that "[t]here is no need to depend on manufacturer techs for mapping. A growing number of EP labs train their own techs to do the mapping" | |

214

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| and "[h]ospital employed techs can learn to map on any system in about 3 months."). | |

Grossbard Decl., Ex. 92, Dambeck Dep. 175:22-176:24: ██

██████████████████

██████████████████

███████████████████

████████████████

██████████████████

██████████████████

████████████████

███████████████████

███████████████████

████████████████

███████████████████

██████████████████

█████████████████████

██████████████████

███████████████████

█████████████████

█████████████████

████████████████████

████████████████████

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████████ ████████████████ ██████████████ ████████████████ ██████████ ████████████████ ██████████████ ███████████████ ████████████████ ████████████████ ██████ <br><br>Grossbard Decl., Ex. 39, IH00005077 at 077 ("Innovative Health's EP mapping approach is as follows:  1) EP labs need to create an environment in which they are able to reprocess high-end devices that make up as much as 75% of their reprocessing savings; 2) This means they need to be able to control mapping support of cases: training  their own EP techs and collaborating with OEMs on mapping support[.] . . . Innovative | |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Health offers pre-assessment of mapping competencies and mapping needs for EP labs, so they can start their journey towards a fully controlled EP environment."). | |

Grossbard Decl., Ex. 94, DeTate Dep. 268:12-18 (█████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Grossbard Decl., Ex. 68, IH00428684 (Dep. Ex. 70) at 709 (stating: "Training one or two hospital technicians in mapping technology is a limited investment that can have you own the mapping expertise in less than 6 months"), at

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| | 700 ("A hospital can train their technician on a mapping system in about 3 months, after 6 months, they can be experts on several mapping systems."), at 702 ("Hospital employed techs can learn to map on any system in about 3 months. And once trained on one system, it is easy to learn the others."). | |
| | Grossbard Decl., Ex. 92, Dambeck Dep. 129:14-23 ("Q. Okay. And putting aside the last attachment, which is -- is -- appears to be from Hackensack, are the other attachments to [Exhibit 70] sales and marketing aids? A. Yes. Q. And did you use these sales and marketing aids in the ordinary course of your business as VP of sales for Innovative Health? A. I've used marketing documents, yes. These specific, only when asked."). | |
| | 159.    Innovative    tells | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| hospital customers that "[r]eprocessing cost savings can finance the cost of independent mapping techs and add savings for the EP lab". Grossbard Decl., Ex. 51, IH00130283 (Dep. Ex. 192) at 295. | |
| 160. Innovative marketing materials state that "employing a hospital technician can save a lab more than $500k per year" because annually it would cost approximately $100,000 to employ a mapping technician and hospitals can save approximately $630,000 by switching to Innovative reprocessed sensor-enabled devices. Grossbard Decl., Ex. 61, IH00348802 at 829. | Undisputed. |
| 161. Innovative actively competes on the basis that it is able to train hospitals on how to provide their own clinical support for CARTO 3 procedures ("clinical | Disputed as incomplete. Innovative has one employee with the qualifications to provide CARTO 3 clinical support. SUF ¶ 154. He can only provide the one- |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| support training") so that the hospitals can self-support.<br><br>    Grossbard Decl., Ex. 7, AD-000530 at 541 (Innovative Health: July 8, 2020 Stanford Health Electrophysiology Device Reprocessing Presentation stating "Innovative Health provides experienced EP Lab Management consultant" to "train technologist(s) in mapping and develop operational efficiencies").<br><br>    Grossbard Decl., Ex. 53, IH00136889 (outlining Innovative's mapper training program). Grossbard Decl., Ex. 39, IH00005077 at 077 ("This means [EP labs] need to be able to control mapping support of cases: training their own EP techs and collaborating with OEMs on mapping support[.] . . . Innovative Health offers pre-assessment of mapping competencies and | on-one clinical training to one new mapping technician at a time. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| mapping needs for EP labs, so they can start their journey towards a fully controlled EP environment."). Grossbard Decl., Ex. 69, IH00439995 (Dep. Ex. 72) at 995 (When asked by a representative from West Tennessee Hospital "[i]f you were to train hospital staff, how long of a process is that?", Matt Dambeck replied, "The process takes anywhere between 3-6 months, dependent on their learning curve. If they have been in the lab for a decent amount of time, usually will be around 3 months."). | |

161. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the statement of completeness Innovative offers does not change the accuracy of the fact. The number of technicians Innovative currently employs does not dispute the fact that Innovative competes on the basis that it is able to train hospitals on how to provide their own clinical support for CARTO 3 procedures.

| | |
|---|---|
| 162.  Medline Industries ("Medline"), Innovative's principal distributor, also offers its own | Disputed as incomplete.  The cited evidence shows that Medline has or had one employee with the |

221

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| mapping training program for customers that want to self-support.<br><br>Grossbard Decl., Ex. 91, Czajka Dep. 137:12-138:3 (Medline's 30(b)(6) representative testified: "Q. All right. And in this document, which is dated April 20th, 2021, Ms. Massen is referring to, in the third paragraph: We also offer EP education from EP Fundamentals, Ultrasound, all the way to Advanced EP that includes mapping. If you're ever interested, let me know. The education is Free to our customers and some courses have [continuing education units]. Do you see that? A. I do. Q. Okay. Was it your understanding that as of April 20th, 2021, Medline, in fact, offered such training? A. Yes. Q. And is that training still available today? A. Yes."). <br><br>Grossbard Decl., Ex. 77, Medline_00082448 (Dep. Ex. 327) | qualifications to provide CARTO 3 clinical support. She can only provide the one-on-one clinical training to one new mapping technician at a time. |

222

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| | at 448 ("We also offer EP education from EP Fundamentals, Ultrasound, all the way to Advanced EP that includes mapping. If you are ever interested, let me know. The education is FREE to our customers and some courses have CEU's!"). Grossbard Decl., Ex. 75, Medline_00002244 at 247 slide 1 ("Medline ReNewal seeks to offer an alternative to manufacturer aided EP mapping studies by training their own hospital staff to provide this support independently."). Grossbard Decl., Ex. 76, Medline_00021410 at p. 10-14 (listing "Educational programs Medline offers to our customers" and describing topics covered in "EP fundamentals", "Ultrasound/ICE", "EP Technical Education Program" and "Reprocessing Education"). | |
| | 162. <u>Biosense Reply</u>: Innovative does not create any dispute | |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| regarding the accuracy of the fact because the statement of completeness Innovative offers does not change the accuracy of the fact. The number of technicians Medline currently employs does not dispute the fact that Medline offers its own mapping training program for customers that want to self-support. | |
| 163.   Innovative's CFO, Tim Einwechter, testified that ████████ ████████████████████ █████████████████ Grossbard Decl., Ex. 96, Einwechter Dep. 126:14-21 ████ ████████████████ ██████████████ ████████████████ ██████████████ ███████████████ ████████████ ██████████████ █████████████ ████████████████ | Undisputed. |
| 164.   Innovative offered to provide direct clinical support or clinical support training for CARTO 3 cases using Innovative reprocessed | Undisputed. |

224

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| sensor-enabled catheters to at least the following hospitals: Hackensack Meridian; Stanford Health; Providence St. Joseph Hospital; Mission Hospital; PeaceHealth; Kaiser Permanente; ██████ ████ ██████████ ██████ ███████████████ █████ ██████████████████; Partners Healthcare; Allegheny General Hospital; Kettering Health; West Tennessee Healthcare; and MedStar Health.<br><br>Grossbard Decl., Ex. 95, Distel Dep. 237:11-238:9 ████████ ██████████████████████ ███████████████ █ ███████████████████ ███████████ ██████████████████ ███████████████████ ██████████████████████ ████████████████████ ██████████████████ █████████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████ | |
| █████████████ | |
| █████████████ | |
| ███████████████ | |
| ███████████████ | |
| ████████████████ | |
| ███████████████ | |
| ███████████████ | |
| █████████████ | |
| ██████████████ | |
| ████████████ | |
| ████████████████ | |
| ██████████████ | |
| █████████████ | |
| ████████████ | |
| ███████████████ | |
| ███████████████ | |
| ██████████████ | |
| ██████████ | |
| ███████████████ | |
| ██████████████ | |
| ████████████████ | |
| ████████████████ | |
| ██████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ ████ . | |
| Grossbard Decl., Ex. 92, Dambeck Dep. 175:22-176:24 | |
| ████████████ | |
| ██████████████ | |
| ███████████ | |
| █████████████ | |
| ██████████████ | |
| █████████ | |
| ████████████ | |
| ██████████ | |
| ██████████ | |
| █████████ | |
| ████████████ | |
| ██████████ | |
| █████████████ | |
| █████████████ | |
| ██████████████ | |
| ████████████ | |
| ███████████ | |
| ████████████ | |
| ██████████ | |
| ████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ | |
| █████████████ | |
| ███████████████ | |
| █████████████ | |
| ███████████ | |
| █████████████ | |
| █████████████ | |
| ███████████████ | |
| Grossbard Decl., Ex. 56, IH00275759 (Dep. Ex. 76) at 760 | |
| █████████ | |
| █████████████ | |
| █████████████ | |
| █████████████ | |
| █████████████ | |
| ██████████ | |
| █████████████ | |
| ████████████ | |
| ██████████ | |
| Grossbard Decl., Ex. 98, Ferreira Dep. 194:9-20 | |
| ██████████████ | |
| ███████████ | |
| █████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████████ <br> ████████████ <br> ████████████ <br> ██████████████ <br> ████████████████ <br> ████████████ <br> ██████████████ <br> █████████████ <br> ████████████ <br><br> Grossbard Decl., Ex. 66, IH00401815 (Dep. Ex. 382) at 816 (Rick Ferreira writing to Maureen Bracher from Hackensack Meridian "[w]orking on finding a mapper to cover cases [at Hackensack Meridian] so we tell BSW they are not needed"). <br><br> Grossbard Decl., Ex. 7, AD-000530 at 541 (Innovative Health: July 8, 2020 Stanford Health Electrophysiology Device Reprocessing Presentation stating "Innovative Health provides experienced EP Lab Management | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| consultant" to "train technologist(s) in mapping and develop operational efficiencies".).<br><br>Grossbard Decl., Ex. 105, Roberts Dep. 13:11-14:20 (Roberts, a Director over the Clinical Resource Integration Department with Providence St. Joseph Health (PSJ), a system encompassing 53 hospitals and 19 EP labs, stated "Q. And how did you go about investigating the possibility of training your own staff? A. I reached out to Innovative Health to see if they had any programs available to be able to train our techs at the hospitals. Q. And what did they tell you? A. They said they did. Q. And have you explored that opportunity with Innovative Health? A. We have, yes. Q. And what is the status? A. Still working with the ministries to see if this is an opportunity that they would like to | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 | take. Q. And the ministries are the individual hospitals in your system? A. Yes, they are. Q. And have you talked to any of the clinicians in the individual labs about the possibility of – A. Yes. Q. -- training your own . . . And have you gotten feedback? A. They are open to it, yes. MR. SILER: Mary, just make sure to let Jeff finish his questions. THE WITNESS: Will do. Q. (By Mr. Berhold) Have -- has there been any resistance from any of the doctors or nurses? A. No. Q. And have you investigated whether your labs have the head count or employees to dedicate to the training and then the support for the CARTO 3? A. No. Q. So are you still in the -- discussing the concepts generally with your ministries? A. Yes."). Grossbard Decl., Ex. 61, IH00348802 at 815-816 (brochure sent to Mary Roberts at Providence | |

28

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| St. Joe's states: "To be able to take advantage of reprocessing savings on sensor enabled mapping catheters and ultrasound catheters, Innovative Health provides certified mapping support directly to the EP lab" and in Innovative's training program "Training is monitored and assessments performed throughout the training - by expert mappers with knowledge of all mapping systems").<br><br>Grossbard Decl., Ex. 97, Farris Dep. 223:13-224:9 ██████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
| --- | --- |
| ██████████████ <br> ███████████████ <br> ████████████████ <br> █████████████ <br> ██████████████████ <br> ██████████████ <br> ███████████████ <br> ████████████ <br> ██████████████ <br> ██████████████████ <br> ████████ <br><br> Grossbard Decl., Ex. 65, IH00379751 (Dep. Ex. 200) at 766 (January 2020 Innovative Health Mission Hospital Presentation stating on slide 12: "Can we provide a mapper for Dr. Desai for maybe a day a week and allow big savings from PentaRay and other sensor-enabled[?]"). <br><br> Grossbard Decl., Ex. 98, Ferreira Dep. 218:2-22 ██████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████ | |
| ███████████ | |
| ████████████ | |
| █████████ | |
| █████████ | |
| ████████████ | |
| ████████████ | |
| ████████████ | |
| ██████████ | |
| ████████████ | |
| ████████████ | |
| ██████████ | |
| ███████ | |
| ███████████ | |
| ██████████ | |
| ██████ | |
| ██████████ | |
| █████████████ | |
| █████████████ | |
| ██████████ | |
| ██████████ | |
| █████████ | |
| ███████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████████ ██████████████████ Grossbard Decl., Ex. 150, IH00357233 at 234 (Dep. Ex. 93) ("Cardiac Mapping Education for EP Lab Staff": "Innovative Health and Chart Healthcare Academy" presentation, dated June 8, 2020). Grossbard Decl., Ex. 97, Farris Dep. 199:14-21 ████ ██████████████ ████████████████ ████████████ ██████████████████ ██████████████████ ██████████████████ ████████████████ ██████████████████ ████████████████ ██████████ Grossbard Decl., Ex. 97, Farris Dep. 133:14-133:20 (Testifying regarding IH00130283 (Dep. Ex. 192): ████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████████ ████████████ ████████████ ████████████ ██████████████ ████ Grossbard Decl., Ex. 51, IH00130283 (Dep. Ex. 192) at 296 (Kaiser Permanente Reprocessing with Innovative Health September 30, 2019 presentation stating "Innovative Health's national mapping technologist programs will train mapping techs in mapping techniques and interfaces across systems under the direction of Aaron DeTate"). Grossbard Decl., Ex. 92, Dambeck Dep. 154:15-155:20 ████████████ ████████████ ████████████ ████████████ ████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████████████ | |
| ███████████████ | |
| █████████████████ | |
| ██████████████ | |
| █████████████ | |
| ███████████████ | |
| █████████████████ | |
| █████████████████ | |
| ███████████████ | |
| █████████████ | |
| ███████████████ | |
| █████████████████ | |
| ███████████████ | |
| █████████████████ | |
| ███████████████ | |
| ██████████████████ | |
| ██████████████ | |
| █████████████████ | |
| ██████████████ | |
| ██████████████ | |
| ███████████████ | |
| ███████████████ | |
| ███████████████ | |
| ██████████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| Grossbard Decl., Ex. 98, Ferreira Dep. 205:24-206:5. ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |
| ███ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████<br>███████████████<br>███████████<br>███████████████<br>███████████<br>██████████████<br>███████████<br><br>Grossbard Decl., Ex. 43,<br>IH00013624 at 624 (████████<br>███████████████<br>███████████████<br>████████████<br>████████████<br>██████████████<br>██████████████<br>███████████<br>███████████████<br>███████████<br>████████<br><br>Grossbard Decl., Ex. 92,<br>Dambeck Dep. 183:21-184:16: ███<br>██████████████<br>██████████████<br>████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ████████████ | |
| ████████████████ | |
| ███████████████ | |
| █████████████ | |
| ████████████ | |
| ██████████████ | |
| ████████████ | |
| ██████████████ | |
| ███████████████ | |
| ███████████████ | |
| ██████████████ | |
| ███████████████ | |
| ████████████ | |
| ████████████ | |
| ███████████████ | |
| ████████████ | |
| ███████████████ | |
| █████████████ | |
| ███████████████ | |
| ██████████████ | |
| ███████████████ | |
| ██████████████ | |
| ███████████████ | |
| ████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ Grossbard Decl., Ex. 60, IH00341037 (Dep. Ex. 77) at 041 ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮ Grossbard Decl., Ex. 94, DeTate Dep. 156:23-159:19 ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮ Grossbard Decl., Ex. 41, IH00008270 (Dep. Ex. 89) at 281 | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| (August 13, 2019 Partners Healthcare Reprocessing with Innovative Health presentation states on slide 12, "Innovative Health is developing a national mapping technologist program, through which we supply mapping resources to our hospital partners for onsite mapping" and "Innovative Health's national mapping technologist programs will train mapping techs in mapping techniques and interfaces across systems under the direction of Aaron DeTate"). Grossbard Decl., Ex. 113, Tranguch Dep. 76:2-15 ("Q. Innovative offers training to teach EP lab staff to learn -- to provide mapping support on the CARTO 3, correct? A. I believe that they do. Q. Innovative, in fact, offers a mapping technician to map cases using Innovative reprocessed | |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| catheters while they train lab staff to map, right? A. I believe they've offered that. Q. And Biosense never did anything to prevent Allegheny from taking advantage of Innovative's mapping support or mapping support training, correct? A. Correct."). Grossbard Decl., Ex. 52, IH00130917 at 928-929 (email to Kettering Health attaching Innovative mapping program materials). Grossbard Decl., Ex. 92, Dambeck Dep. 157:16-18 (Testifying about IH00439995 (Dep. Ex. 72): "███████ ████████████ ██████ ████████████ ████████████ Grossbard Decl., Ex. 69, IH00439995 (Dep. Ex. 72) at 997 (stating, in an email correspondence | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| to West Tennessee Healthcare: "Innovative Health has a mapping support program that helps hospitals gain independence from the OM mapper, so they can maximize their reprocessing savings. We achieve this by a) providing independent mappers to support cases; and b) training hospital staff in mapping through our EP mapping tech certification program."). | |
| 165. Only one customer, MedStar Health, utilized Innovative's mapping support for a few months, but ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ <br><br> Grossbard Decl., Ex. 98, Ferreira Dep. 177:23-178:4▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ | Undisputed. |

244

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ ███████████████ ███████████████ ████ | |
| 166. According to Innovative, it has now decided against offering clinical support for its mapping products.<br><br>Grossbard Decl., Ex. 95, Distel Dep. 176:11-178:13 ███<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████<br>███████████████ | Disputed. The cited evidence shows that Innovative has decided against offering *clinical support for the CARTO 3*. Grossbard Decl., Ex. 119, Innovative's Suppl. Resps. to Biosense's First, Second and Third Set of Interrogs, Interrog. Resp. No. 14, at p. 3, Sept. 28, 2021. The mapping technician operates the CARTO 3. SUF ¶ 135. |

245

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ██████████████ | |
| ██████████████ | |
| █████████████ | |
| ████████████ | |
| ██████████████ | |
| ███████████████ | |
| ███████████████ | |
| █████████████ | |
| ██████████████ | |
| ██████████ | |
| ███████████████ | |
| ██████████████ | |
| ██████████████ | |
| ███████████████ | |
| ███████████████ | |
| ███████████████ | |
| ██████████ | |
| ██████████ | |
| ██████████████ | |
| ██████████ | |
| █████████████ | |
| █████████████ | |
| ██████████████ | |
| ███████████ | |
| █████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| █████████████ | |
| █████████ | |
| █████████ | |
| ██████████████ | |
| ██████████████ | |
| ███████████ | |
| ███████████ | |
| █████████████ | |
| ██████████ | |
| █████████████ | |
| █████████████ | |
| ██████████ | |
| █████████████ | |
| █████████████ | |
| █████████████ | |
| █████████ | |
| ████████████ | |
| ████████████ | |
| ████████████ | |
| ████████████ | |
| ████████████ | |
| ████████████ | |
| ████████████ | |
| ███████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████████ | |
| ███████████████ | |
| ████████████ | |
| ███████████ | |
| ████████████████ | |
| ████████████████ | |
| █████████████ | |
| ███████████████ | |
| ██████████████ | |
| ███████████ | |
| ██████████ | |
| ██████████████ | |
| █████████████ | |
| █████████████ | |
| ██████████████ | |
| ████████████ | |
| ████████████ | |
| ██████ 234:3 14 ██████ | |
| ██████████ | |
| █████████████ | |
| ████████████ | |
| ███████████ | |
| █████████████ | |
| ████████████ | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ███████████████ | |
| ████████ | |
| ██████████ | |
| ████████████████ | |
| ██████████ | |
| █████████ | |
| █████████████ | |
| █████████████ | |
| ████████ | |
| Grossbard Decl., Ex. 119, Innovative's Suppl. Resps. to Biosense's First, Second and Third Set of Interrogs, Interrog. Resp. No. 14, at p. 3, Sept. 28, 2021 ("Innovative has decided not to pursue providing a clinical support program to Innovative customers to operate the CARTO 3 for the customer on an ongoing basis or pursue providing a clinical support training program to Innovative customers to train their staffs to operate the CARTO 3. It is not practically or economically feasible | |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| for Innovative to provide its own nationwide clinical support program to operate the CARTO 3 or its own nationwide clinical support training program to train its customers to operate the CARTO 3 in competition with the free clinical support offered by the system manufacturer Biosense."). | |

166. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact; the fact refers to Innovative deciding against offering clinical support for CARTO 3.

### G.    Clinical Support Policy

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 167.   Biosense's clinical support policy prohibits Biosense CAS from (a) creating a 3D map with a non-Biosense sensor-enabled catheter or (b) interpreting an ultrasound image in a procedure that utilizes a non-Biosense | Undisputed. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| ultrasound catheter. <br><br> Grossbard Decl., Ex. 17, <br> BWI-INN00089256 at p. 7 ███ <br> ███████████████ <br> ███████████████ <br> ███████████████ <br> ███████ <br> ███████████████ <br> ████████████ <br> ████████████ <br> ███████████ <br> █████████████ <br> █████████████ <br> ██████████████ <br> ██████████ <br> ████████████████ <br> █████████████ | |
| 168.   The clinical support policy applies to the Lasso, Pentaray SoundStar catheters, which are all sensor-enabled catheters. <br><br> Grossbard Decl., Ex. 104, Ramos Dep. 170:14-171:12 ("Q. | Undisputed. |

251

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| | BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|---|
| | And so -- well, under the current case coverage policy, Biosense Webster clinical account specialist will not support the case if a physician uses a Biosense Webster sensor-enabled catheter reprocessed by a third party to generate a map, collect and/or analyze data related to the heart? MR. REYNOLDS: Objection. A. Correct. BY MR. BERHOLD: Q. And that would apply to the SOUNDSTAR Eco; is that right? MR. REYNOLDS: Objection. A. That is correct, the SOUNDSTAR Eco is a sensor-enabled catheter that would be covered by this statement. BY MR. BERHOLD: Q. And the Pentaray is another sensor-enabled catheter that is covered by the current position statement? A. Yes, that is correct. Q. And the Lasso Nav catheter is another sensor-enabled catheter | |

252

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| covered by the current position statement? A. Yes, that is correct."). | |
| 169.   Biosense's clinical support policy does not prevent hospitals from providing self-support or prevent third parties from providing clinical support for a CARTO 3 procedure.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶¶ 31-32.<br><br>Grossbard Decl., Ex. 118, Pl. Innovative Health LLC's Resps. to Def. Biosense Webster, Inc.'s First Reqs. for Admis., Req. for Admis. No. 27 (Sept. 12, 2021) ("Admit that the Case Coverage Policy does not prevent Innovative from providing clinical support. Response: Admitted."). | Undisputed. |
| 170.   Prior to drafting a written policy in 2014, Biosense had communicated the policy to its sales team orally. | Disputed.   The only cited evidence is the self-serving and uncorroborated testimony of a single witness. |

253

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 104, Ramos Dep. 47:12-24 ("Q. And this was a -- to your knowledge, this was a new position statement by Biosense? MR. REYNOLDS: Objection. A. So we had always had a directive coming down orally that was developed in the early part of 2014. What we realized through the feedback from Ascension is that directive was not uniformly being implemented across the field. And so, this highlighted the need for us to conduct some formal training with our own group as well as to provide a written version of our position which we did not have up to this point."). | |

170. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact. Innovative provides no basis for challenging the accuracy of the testimony of a percipient fact witness who also testified as Biosense's corporate representative and cites no evidence disputing the accuracy of the fact.

| 171.  Biosense implemented | Disputed. ████████ ██████ ██ |
|---|---|

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| a formal, written position statement regarding clinical support in late 2014.<br><br>Grossbard Decl., Ex. 27, BWI-INN00418181 at 183 (Email from Conrad Ramos to Ascension representatives on November 4, 2014, attaching copy of the Biosense Webster "Position Statement on Clinical Account Specialist Case Support of Reprocessed SUD Catheters").<br><br>Grossbard Decl., Ex. 104, Ramos Dep. 47:12-24 ("Q. And this was a -- to your knowledge, this was a new position statement by Biosense? MR. REYNOLDS: Objection. So we had always had a directive coming down orally that was developed in the early part of 2014. What we realized through the feedback from Ascension is that directive was not uniformly being implemented across the field. And | ████████████████████<br>████████████████<br>████████████████████<br>████ ██████ ████ █ ████<br>████████████████████<br>██████ █ ██████ █<br>████████████████████<br>████████████████████<br>████████████████████<br>████████████████. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| so, this highlighted the need for us to conduct some formal training with our own group as well as to provide a written version of our position which we did not have up to this point."). | |

171. Biosense Reply: Innovative does not create any dispute regarding the accuracy of the fact because the additional information Innovative cites does not contradict the stated fact and is irrelevant . To the extent it does raise a dispute, it is immaterial because the additional information Innovative cites is not relevant to any of the arguments in Biosense's Motion, which assumes for purposes of the Motion completion of the implementation as of April 1, 2016. *See* Mot. at n.8.

| | |
|---|---|
| 172.   After creating Biosense's written policy statement, Biosense also took efforts to ensure compliance with the policy throughout the 2014-2016 period to address any inconsistent implementation of the policy.<br><br>    Grossbard Decl., Ex. 26, BWI-INN00402760 (training materials on the clinical support policy from February | Disputed. ██████<br>████████████<br>████ ██████ ██ ██<br>████████████<br>████ ████████<br>████████████<br>████████████<br>████████████ |

256

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 2015).Grossbard Decl., Ex. 24, BWI-INN00385752 at 752 (January 19, 2016 ███████████ ████████████ ███████████ ███████████ ████████████ ███████████ ██████████ ████████████ ████████████ ████████ | |

172. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact because the additional information Innovative cites does not contradict the stated fact. To the extent it does raise a dispute, it is immaterial because the additional information Innovative cites is not relevant to any of the arguments in Biosense's Motion, which assumes for purposes of the Motion completion of the implementation as of April 1, 2016. *See* Mot. at n.8.

| 173.   In response to reports of inconsistent enforcement of the clinical support policy in 2016, Biosense retrained field staff on the policy to ensure compliance, | Undisputed. |
|---|---|

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| requiring full implementation by April 1, 2016.<br><br>Grossbard Decl., Ex. 24, BWI-INN00385752 at 752 ███<br><br>████████<br>████████<br>████████<br>████████<br>████████<br>████████<br>████████<br>████████<br>████████<br>████ | |
| 174.  In 2018, Biosense reissued its written policy letter to update the letterhead and add detail regarding the sensor-based catheters impacted by the policy, but these revisions did not change the substance of the policy.<br><br>Grossbard Decl., Ex. 14, BWI-INN00061181 at 181, 185 ("I'm attaching the attached | Disputed.  The cited evidence shows that the Position Statement does not add detail regarding the sensor-based catheters impacted by the policy: "Accordingly, our Clinical Account Specialists can only provide product technical support in cases that use diagnostic mapping and ultrasound catheters distributed by Biosense Webster. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| customer letter which was refreshed, but the policy remains the exact same" with attached 2018 "Position Statement on Clinical Account Specialist Case Support of Reprocessed Single Use Devices (SUD)"). | Grossbard Decl., Ex. 14, BWI-INN00061181 at 181, 185. |
| Grossbard Decl., Ex. 104, Ramos Dep. 169:3-170:2 ("Q. So the view on my screen is less than ideal. Do you have a general recollection, though, of the scope of the current position statement on case coverage policy? A . . . . It is the same scope. It is the same policy as existed in 2014. What was changed here is I see that they have used a new letterhead. They have also updated the address of the headquarters to reflect the current headquarters at the time of this draft here which is 2018. Biosense Webster had moved its headquarters from Diamond Bar, California, | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| where it was in 2014 to Irvine, California, where it was at the time of this refresh in 2018. The other thing that I know about the change in this document versus the original document is Biosense Webster did take the opportunity to clarify and provide more detail on which catheters were specifically covered by this as opposed to using a more general statement as was used in the first version of this statement."); 170:14-171:12 ("Q. And so -- well, under the current case coverage policy, Biosense Webster clinical account specialist will not support the case if a physician uses a Biosense Webster sensor-enabled catheter reprocessed by a third party to generate a map, collect and/or analyze data related to the heart? MR. REYNOLDS: Objection. A. Correct. BY MR. BERHOLD: Q. And that would apply to the | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| SOUNDSTAR Eco; is that right? MR. REYNOLDS: Objection. A. That is correct, the SOUNDSTAR Eco is a sensor-enabled catheter that would be covered by this statement. BY MR. BERHOLD: Q. And the Pentaray is another sensor-enabled catheter that is covered by the current position statement? A. Yes, that is correct. Q. And the Lasso Nav catheter is another sensor-enabled catheter covered by the current position statement? A. Yes, that is correct."). Grossbard Decl., Ex. 31, BWI-INN00607311 at 311 ███ ████████████████████ ████ | |

174. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. The information Innovative cites reflects additional detail regarding the affected catheters that was added to the letter in 2018. *Compare* Grossbard Decl., Ex. 27, BWIINN00418181 at 183 (2014 letter referring to "electrophysiology catheters") with Grossbard Decl., Ex. 14, BWIINN00061181 at 185 (2018 letter referring

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|

to "diagnostic mapping and ultrasound catheters").

| | |
|---|---|
| 175. Biosense provides clinical support for SterilMed reprocessed sensor-enabled catheters because they are certified to Biosense's OEM standards and are recalibrated.<br><br>Grossbard Decl., Ex. 11, BWI-INN00029230 at 2 ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮<br><br>Grossbard Decl., Ex. 103, Palfi Dep. 47:21-48:2 ("Q. And would -- and so would support by Biosense Webster's clinical account specialists extend to products reprocessed by SterilMed? A. Yes, they would. They would extend to SterilMed as they were considered to be Johnson & Johnson products for those sensor-enabled catheters."). | There is a genuine dispute of material fact whether the case coverage policy has been implemented without pretext for a legitimate procompetitive justification of patient safety or product quality and is the "only way" to achieve the procompetitive justification and is not anticompetitive on balance.<br><br>Here, Innovative can show substantial anticompetitive effects through direct evidence of ▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮ in the catheter markets. Forister Report ¶¶ 158, 163, 168, Ex. 6, Ex. 13, Forister Rebuttal Ex. 10. Forister Supplemental Report ¶¶ 5-6, 7-8, and Ex. 3, Forister Rebuttal Ex. 4.<br><br>Biosense has used the case coverage policy to increase prices and exclude competition in the three |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| Grossbard Decl., Ex. 104, Ramos Dep. 50:10-51:2 ("Q. And a Biosense clinical account specialist could not have experience on using the Biosense sensor-enabled catheters reprocessed by Stryker? A. That is correct. Our standpoint is, we don't understand the performance specifications of the reprocessed catheter. Since it's subjected to a manufacturing process when its reprocessed, we don't know what the accuracy range would be of that catheter. Where a sensor-enabled catheter from Biosense Webster and SterilMed, which uses the same testing protocols, testing standards and testing equipment is validated to be accurate within plus or minus 1 millimeter. There is no way that a clinical account specialist would know what the accuracy range was of a Stryker catheter at that time."). | catheter markets at issue. As a general rule, Innovative has captured significant market share in catheters, which has resulted in lower overall prices for customers over time. Forister Report Ex. 7 and 8. ███ ████████████████████ ██ ████ ████ ████ ██ █ ████████████████ ████████████████ ████████████████ █████ Id. By contrast, the case coverage policy has excluded competition in the catheters at issue. ████ ████████████████ ████ ████ █ ████ ████ ████ Biosense has pushed out existing competition from Stryker and incoming competition from Innovative in the SOUNDSTAR and LASSO Nav. Forister Rebuttal Ex. 3a and 3b. As a result, customers have |

263

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | not seen the benefits of the lower prices offered by Innovative. ██ ██ ██ ██ ██████████ ██████████ ██ Forister Report Ex. 9 and 13, Forister Rebuttal Ex. 10. ██████████ ██████████ ██     For purposes of Section 1, Innovative can also show anticompetitive effects through indirect evidence of market power and "some evidence that the challenged restraint harms competition." Innovative has offered economic evidence of market power in the tying market and market foreclosure in the tied markets. Forister Report ¶¶ 145-176, 64-71, and Ex. 12, 14, and 15, Forister Rebuttal Ex. 3a and 3b. |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | Biosense has a unique nationwide network of nearly 1,000 CASs trained to operate their own system and sell all the products that can be used with it. Forister Report ¶¶ 147-156. They are covering 95% of all cases on the CARTO 3 and have used that dependence to coerce customers to purchase Biosense's catheters. Forister Report ¶¶ 145-146. Biosense now has approximately ▆ market share in Soundstar and Pentaray and ▆ market share in Lasso Nav. Forister Report Ex. 12, 14, and 15. There are significant barriers to entering those catheter markets. Since the CARTO 3 is a closed system that only works with sensor-enabled catheters designed by Biosense, rival OEMs cannot enter the markets with new catheters. Forister Report ¶ 160. Reprocessing requires time, expertise, and expense |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | in developing the technology and obtaining the requisite clearance from the FDA. Forister Report ¶ 161 & n.273. ███████████ ███████████████████ ███████████████████ ███████████████████ ██████████ Ex. 29.  Biosense has imposed additional barriers through its blocking technology and case coverage policy.  Forister Report ¶ 161.  No new reprocessor has even entered electrophysiology catheters in the last five years.  There is no safety defense in antitrust law.  *Nat'l Soc. of Prof'l Engineers v. United States*, 435 U.S. 679, 695 (1978).  The Supreme Court has "also uniformly rejected similar 'goodwill' defenses for tying arrangements, finding that the use of contractual quality specifications are generally sufficient to protect quality without the use of a tying |

266

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | arrangement." *Jefferson Par. Hosp. Dist. No. 2 v. Hyde*, 466 U.S. 2, 25 n. 42. |
| | The FDA has cleared Innovative's reprocessed catheters for use with the CARTO 3. And Biosense has no contract to provide clinical support to customers – and sets out no quality specifications for the catheters in its Position Statement. Nor does Biosense have any quality specifications for the catheters in its contracts for the sale of the CARTO 3. Instead, Biosense simply touts its own clinical support and catheters and ties it catheters to its clinical support. |
| | In fact, Biosense knows that the product specifications of reprocessed devices must meet the product specifications of the originally manufactured device to receive clearance for sale by the FDA. The FDA requires "cleaning |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | and sterilization data, and functional performance data demonstrating that each [single-use device] remain substantially equivalent to its predicate device" after reprocessing. 70 Fed. Reg. 56911, at 56911 (September 29, 2005). ███████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ██████████████ <br><br> There is also abundant evidence of pretext. The case coverage policy had not been necessary to create or preserve consumer demand. Biosense started and built its clinical support program before the implementation of the case coverage policy. Biosense was covering 50% of cases on the CARTO by 2009 and 87% of cases on the CARTO by 2014. Ex. 76 at p. 11. ████████████████ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | ███████████████ ███████████████ ████████ ██████████. In fact, ████████████████████ ██ ███ ██ ██ ██ ████ █████ ███ ██ ██ ███████████████ ███████████ The Position Statement is also inconsistent with actual practices at Biosense. The Position Statement says Biosense "can only provide clinical support for cases that use catheters they have been trained to support." Ex. 82 at 418206. In practice, the case coverage policy only covers the premium-priced SOUNDSTAR, PENTARAY, and LASSO Nav. Biosense does provide clinical support on cases using other Biosense catheters, including the CRISTACATH, HALO, and ISMUS mapping catheters, that have been reprocessed by third parties and |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | are used to map the case. SUF ¶ 168. Nor is there any evidence that the CAS faces increased risk of liability where the physician uses a sensor-enabled catheter reprocessed by a third party – or that Biosense has sought to manage that risk by seeking a liability waiver or indemnification clause from the hospitals or reprocessors. Forister Rebuttal ¶ 63. █████████ ████████████████████ ██ ████ ████ ████ ██████ ████ ████ ████ ██ ███ ████ ██████ ██ ████ ██ ███ ██ ██████ ████ ██ ███ ██ ██ ████ ██████████████████████████ ██ ████ ████ ██ ████ ██████████████████████████ ████ ██ ████ ██ ████ █████ ███ ████ ████ ████ ██ █████████████████████████ █████████████████████████ ████ ████ ████ ██████ ████ ███ ████ ██ ██ ███ ██ ████ █████████████████████████ |

270

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | ▮▮▮▮▮▮▮▮▮▮ Moreover, Biosense allows the hospital to operate the CARTO itself on cases where the physician is using SOUNDSTAR, PENTARAY, or LASSO Nav catheters reprocessed by third parties on the CARTO 3. And Biosense does not impose any requirements on qualifications for their staff to operate the CARTO 3. In other words, Biosense defers to the professional judgment of the physician regarding product quality and patient safety in all instances except when the physician needs clinical support from Biosense and wants to use a SOUNDSTAR, PENTARAY, or LASSO Nav reprocessed by a third party. The reprocessed catheter is "identical" in design to the new catheter. Ex. 115, Ex. 106, Ex. 107, Ex. 108. Innovative keeps the chip |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | and the calibration data from the new catheter. Joseph Dep. at 274:5-274:10. There are no changes to the performance specifications or intended uses. Ex. 115, Ex. 106, Ex. 107, Ex. 108. Innovative only sells catheters with magnetic sensors that meet the baseline readings for new unused OEM catheters. Joseph Dep. 17:6-18:25. The FDA has cleared them for the same uses on the CARTO 3. Biosense is the only OEM to claim that its CASs would need additional training to support cases that use them. And there is no evidence that there is a need for different training. Forister Report ¶ 57. ███ ███ ████ ████ ████████████████████ ████ ██ ████ █████ ████ █ ████████████████████ ████████████████████ ████████████████████ ██████ ███████ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | ████ ████ █ ███ |
| | ████ ███ ██ ███ ███ |
| | ██ ████ ██ ██ |
| | █████ ██ █ ███ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ███ ████ ██ ██ |
| | █████ ███ |
| | ████ ███ |
| | ██ ██ ███ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████████ |
| | ████████ |

273

RESPONSE TO STATEMENT OF GENUINE DISPUTES

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | Finally, customers can make their own informed decisions by observing product quality for themselves. *Image Tech. Servs., Inc. v. Eastman Kodak Co.*, 125 F.3d 1195, 1213–14 (9th Cir. 1997) (*Kodak II*). Here, the physician can see the quality of the catheters for themselves on the map. If there is an issue of map shift, the physician can resolve the issue by making a new map. Ex. 25 at 10078 ("When in doubt, close the current map and begin a new one"). And there is evidence that many customers – who can observe the product quality for themselves – prefer to reprocess their Biosense sensor-enabled catheters with third parties. In fact, Biosense has no evidence that customer experience regarding the quality of third-party reprocessed catheters was reducing consumer demand. Forister Report |

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | ¶¶ 61, 62, Forister Rebuttal ¶ 52. ▮▮▮▮▮ ▮▮ ▮▮ ▮▮ ▮▮ ▮▮▮ Nor does Biosense cite to any efforts to monitor the FDA Manufacturer and User Facility Device Experience ("MAUDE") database for device performance or safety issues arising from third-party reprocessed compared with new sensor-enabled catheters. Nor is there any evidence that the FDA has any issues with the quality or safety of third-party reprocessed catheters. In any event, customers are already free to use the new catheters from Biosense or the reprocessed catheters from Sterilmed. Hospitals could simply stop using Innovative to reprocess their SOUNDSTAR, PENTARAY, or LASSO Nav catheters if they were unhappy with their quality. There is abundant evidence |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | that the case coverage policy has not had a concrete net procompetitive effect. Hospitals are forced to use the provider with the highest prices and lowest quality. They cannot switch systems and catheters because their physicians lock them into their preferences for systems and catheters. They express their opposition to the case coverage policy. They have reprocessing contracts with third parties and want to maximize their savings. The other OEMs provides the free clinical support of their systems without conditions. Biosense is the leading manufacturer and could go back to doing so as well.<br><br>Innovative has offered evidence that Innovative provides quality service and is preferred by some CARTO users. "█████████ ███ ██ ██ ██ █████████████████ |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | ███████████████ ███ ████ █████ ██████ █████ ██ █████ ██████ █████ █ █ ██████ ████ ████████ ████ ████ ██ ████ ████████████████ ████████████████ ████████████████ ████████████████ ███████ And hospitals would prefer to use Innovative to reprocess their Biosense sensor-enabled catheters but for the case coverage policy. Tuttle Dep. 7:17-7:22, 16:24-18:12, Reyes Dep. at 133:6-134:22, Idio Dep. 25:3-25:9, Roberts Dep. 11:11-12:14, 20:1-21:15, Coldiron Dep. 30:10-31:4, Kauffman Dep. 19:1-19:6, 21:3-21:9, Tranguch Dep. 39:16-40:10, Czajka Dep 65:4-65:11, 157:2-157:9, 158:8-158:18. |
| 175. <u>Biosense Reply</u>: Innovative does not create any dispute | |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|

regarding the accuracy of the fact. The only portion of Innovative's response that relates to the fact that Biosense provides clinical support for SterilMed reprocessed sensor-enabled catheters is Innovative's statement that ████████████████████████████████████████

████████████████████████████████████

████████████████████ Whether Sterilmed ensures location accuracy through testing the accuracy of the original calibration or recalibrating, it is undisputed that only Biosense has access to the proprietary calibration systems to do so. *See supra* ¶ 23; Reply at 24-25. Instead of disputing the fact or the evidence Biosense cites for this fact, Innovative offers only argument irrelevant to this fact. This argument does not create a triable issue of fact for a jury for the reasons explained below and in Biosense's Motion and Reply:

- The additional information regarding purported anticompetitive effects, even if accurate, is not relevant to any of Biosense's arguments in the Motion. Biosense did not move for summary judgment on the issue of anticompetitive effects, and as such, Biosense assumes for purposes of the Motion, that Innovative can prove anticompetitive effects. Even if Innovative raised a triable issue of fact as to anticompetitive effects, the undisputed facts demonstrate that BWI has two legitimate procompetitive justifications for the clinical support policy. *See* Mot. at 21-30; Reply at 21-25.

- Innovative's response argues there is a dispute of fact as to the legitimacy of Biosense's policy, but Innovative cites no evidence in its

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|

response indicating Biosense implemented its clinical support policy for the purpose of blocking competition, nor does it cite any evidence contemporaneous with the policy's adoption regarding the reasons for its implementation. *See* Reply at 23-25.

- Innovative's evidence of purported "inconsistencies" in Biosense's clinical support policy does not suggest that Biosense's justifications for the policy are pretextual. ███████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████ None of these issues raise a dispute. Mapping catheters that are not sensor-enabled are not used to generate cardiac maps on CARTO 3. The Cristacath, Halo, Ismus and non-nav Lasso catheters that Innovative discusses can be used to map on other manufacturers' cardiac mapping systems that are impedance-based systems, while CARTO 3 uses magnetic technology using catheters with magnetic location sensors (the catheters at issue in this litigation) to map. *See supra* ¶ 15; Reply at 24. With respect to the remaining purported inconsistencies, Innovative fails to raise a dispute because ███████████

████████████████████████████████████████

████████████████████, and as explained further in Biosense's Reply, these Biosense practices are irrelevant to Biosense's policy and its justifications, and in many instances, Innovative's representations about them are wrong and unsupported by the evidence. *See* Reply at 25.██

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|

1
2
3
4
5
6
7  ██████████████████ *See* Berhold Decl., Ex. 39,
8  BWI-INN00081796 at slide 6.
9  • Innovative's other purported evidence of "pretext" does not
10  raise a dispute as to the legitimacy of Biosense's policy justifications.
11
12
13
14
15
16  ████ *See* Mot. 28-30. For the same reason, the purported lack of evidence
17  of increased risk associated with supporting third-party reprocessed
18  sensor-enabled catheters is likewise irrelevant. Innovative also states that
19  Biosense "knows that the product specifications of reprocessed devices
20  must meet the product specifications of the originally manufactured device
21  to receive clearance for sale by the FDA", but this is simply wrong.
22  Innovative admits that it does not even know Biosense's specifications and
23  standards. *See supra* ¶ 31. Moreover, as noted in the Motion, and as
24  Innovative's citation to the substantial equivalence standard in its response
25  makes clear, the FDA's "substantial equivalence" standard for 510(k)
26  clearance does *not* require that a reprocessor meet the OEM's
27  specifications or requirements. *See* Mot. at 28.
28

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| 176.   If Biosense lost the revenue generated by those catheters and dedicated its CAS resources to supporting competitors' mapping catheters, Biosense could not feasibly maintain and grow the kind of robust clinical support program it currently offers.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 34. | There is a genuine dispute of material fact whether the case coverage policy has been implemented without pretext for a legitimate procompetitive justification of prevention of free riding and is the "only way" to achieve the procompetitive justification and is not anticompetitive on balance.  Here, Innovative can show substantial anticompetitive effects through direct evidence of ███████ ████████████████████ in the catheter markets.  Forister Report ¶¶ 158, 163, 168, Ex. 6, Ex. 13, Forister Rebuttal Ex. 10. Forister Supplemental Report ¶¶ 5-6, 7-8, and Ex. 3, Forister Rebuttal Ex. 4.<br><br>Biosense has used the case coverage policy to increase prices and exclude competition in the three catheter markets at issue.  As a general rule, Innovative has captured |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | significant market share in catheters, which has resulted in lower overall prices for customers over time. Forister Report Ex. 7 and 8. ███ ████████████████████████ ██ ███ ███ █████ ██ █ ████████████████████████ ████████████████████████ ████████████████████████ ███████ By contrast, the case coverage policy has excluded competition in the catheters at issue. ██████ ████████████████████████ ███ ██████ ██ █ ███████ ██████ ████ Biosense has pushed out existing competition from Stryker and incoming competition from Innovative in the SOUNDSTAR and LASSO Nav. Forister Rebuttal Ex. 3a and 3b. As a result, customers have not seen the benefits of the lower prices offered by Innovative. ███ |

282

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | █████  ████████  ███<br>████████████████████<br>████████████████████<br>████████████████████<br>████████████████████<br>█████  ██████  ███  ███<br>████████████████████<br>████████████████████<br>██████<br><br>For purposes of Section 1, Innovative can also show anticompetitive effects through indirect evidence of market power and "some evidence that the challenged restraint harms competition." Innovative has offered economic evidence of market power in the tying market and market foreclosure in the tied markets. Forister Report ¶¶ 145-176, 64-71, and Ex. 12, 14, and 15, Forister Rebuttal Ex. 3a and 3b. Biosense has a unique nationwide network of nearly 1,000 CASs |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | trained to operate their own system and sell all the products that can be used with it. Forister Report ¶¶ 147-156. They are covering 95% of all cases on the CARTO 3 and have used that dependence to coerce customers to purchase Biosense's catheters. Forister Report ¶¶ 145-146. Biosense now has approximately ▮ market share in Soundstar and Pentaray and ▮ market share in Lasso Nav. Forister Report Ex. 12, 14, and 15. |
| |     There are significant barriers to entering those catheter markets. Since the CARTO 3 is a closed system that only works with sensor-enabled catheters designed by Biosense, rival OEMs cannot enter the markets with new catheters. Forister Report ¶ 160. Reprocessing requires time, expertise, and expense in developing the technology and obtaining the requisite clearance |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | from the FDA. Forister Report ¶ 161 & n.273. ▬▬▬▬ ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ ▬▬▬▬. Biosense has imposed additional barriers through its blocking technology and case coverage policy. Forister Report ¶ 161. No new reprocessor has even entered electrophysiology catheters in the last five years. As a matter of law, the prevention of free riding cannot justify the case coverage policy here. The prevention of free riding is only applicable if the defendant is arguing that the plaintiff would be relying on the defendant's investment in the tied product. *Eastman Kodak Co. v. Image Tech. Servs., Inc.*, 504 U.S. 451, 485 & n.33 (1992). Instead, Biosense argues that Innovative should enter and compete in the |

285

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | tying market for clinical support. Motion at 23-27. "This understanding of free-riding has no support in our case law. To the contrary, as the Court of Appeals noted, one of the evils proscribed by the antitrust laws is the creation of entry barriers to potential competitors by requiring them to enter two markets simultaneously." *Kodak,* 504 U.S. at 485 (1992). |
| | "As a matter of law," it is also a less restrictive alternative for Biosense to structure its prices for clinical support to reflect its investment costs in that area. *Image Tech. Serv., Inc. v. Eastman Kodak Co.,* 903 F.2d 612, 619 (9th Cir. 1990), *aff'd sub nom. Kodak,* 504 U.S. 451 (*Kodak I*). Biosense chooses to charge a price of zero to the hospital – and chose to do so for years without a case coverage policy. Moreover, Abbott and |

286

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | Boston Scientific charge a price of zero to the hospitals – and still offer them the choice of reprocessing their catheters with third parties. |

Here, there is also abundant evidence of pretext. The case coverage policy had not been necessary to create or preserve consumer demand. Biosense started and built its clinical support program before the implementation of the case coverage policy. Biosense was covering 50% of cases on the CARTO by 2009 and 87% of cases on the CARTO by 2014. Ex. 76 at p. 11. ████████████████

████████████████

████████████████

█████████  █████████

████████████████

███ ████ ████ ████ ████

███ ████ ███  ████ ███

████████████████

██████████

287

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | The Position Statement makes no reference to the need for the case coverage policy to maintain or increase its investment in the clinical support program. Ex. 82 at 418206. Nor did Biosense refer to such a justification in the deposition testimony of its corporate representative. Ramos Dep. 135:7-135:25, 158:7-158:20. And Biosense points to no financial analysis in the record evidence that shows that Biosense internally evaluated the need for the case coverage policy to maintain or increase its investments in its clinical support program. ████ ██████████████████ ██████████████████ ████ ████ ████ ██ █████████████████ ████████████ The Position Statement is also inconsistent with actual practices at |

288

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
|  | Biosense. The Position Statement says Biosense "can only provide clinical support for cases that use catheters they have been trained to support." Ex. 82 at 418206. In practice, the case coverage policy only covers the premium-priced SOUNDSTAR, PENTARAY, and LASSO Nav. Biosense does provide clinical support on cases using other Biosense catheters, including the CRISTACATH, HALO, and ISMUS mapping catheters, that have been reprocessed by third parties and are used to map the case. SUF ¶ 168.<br><br>Nor is there any evidence that the CAS faces increased risk of liability where the physician uses a sensor-enabled catheter reprocessed by a third party – or that Biosense has sought to manage that risk by seeking a liability waiver or indemnification clause from the hospitals or reprocessors. Forister |

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | Rebuttal ¶ 63. ███████ ████████████████████ ██ ██ ██ ██ ██ ██ ██ ██ ██ ██ ██ ██ ███████████████████ ██ ██ ██ ██ ██ ██ ██ ██████████████████ ██ ██ ██ ██ ██ ██████████████████ ██ ██ ██ ███ ██████████████████ █████████████████████ ██ ████ ████ ██████████████████ █████████████████████ ██████████ ██████████ ██ ██ ██ ████ ██ ██████████████████ █████████████████████ ██████████████ Moreover, Biosense allows the hospital to operate the CARTO itself on cases where the physician is using SOUNDSTAR, PENTARAY, or LASSO Nav catheters reprocessed by third parties on the CARTO 3. And Biosense does not impose any requirements on qualifications for their staff to |

290

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | operate the CARTO 3. In other words, Biosense defers to the professional judgment of the physician regarding product quality and patient safety in all instances except when the physician needs clinical support from Biosense and wants to use a SOUNDSTAR, PENTARAY, or LASSO Nav reprocessed by a third party. The reprocessed catheter is "identical" in design to the new catheter. Ex. 115, Ex. 106, Ex. 107, Ex. 108. Innovative keeps the chip and the calibration data from the new catheter. Joseph Dep. at 274:5-274:10. There are no changes to the performance specifications or intended uses. Ex. 115, Ex. 106, Ex. 107, Ex. 108. Innovative only sells catheters with magnetic sensors that meet the baseline readings for new unused OEM catheters. Joseph Dep. 17:6-18:25. The FDA has cleared |

291

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | them for the same uses on the CARTO 3. Supra at I.B. Biosense is the only OEM to claim that its CASs would need additional training to support cases that use them. And there is no evidence that there is a need for different training. Forister Report ¶ 57. |

292

RESPONSE TO STATEMENT OF GENUINE DISPUTES

Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
|  | ████████ ████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████ |
|  | Finally, customers can make their own informed decisions by observing product quality for themselves. *Kodak II*, 125 F.3d at 1213–14.  Here, the physician can see the quality of the catheters for themselves on the map.  If there is an issue of map shift, the physician can resolve the issue by making a new map.  Ex. 25 at 10078 ("When in |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | doubt, close the current map and begin a new one"). And there is evidence that many customers – who can observe the product quality for themselves – prefer to reprocess their Biosense sensor-enabled catheters with third parties. In fact, Biosense has no evidence that customer experience regarding the quality of third-party reprocessed catheters was reducing consumer demand. Forister Report ¶¶ 61, 62, Forister Rebuttal ¶ 52. ▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮▮ ▮▮ ▮▮▮ ▮▮▮▮ Nor does Biosense cite to any efforts to monitor the FDA Manufacturer and User Facility Device Experience ("MAUDE") database for device performance or safety issues arising from third-party reprocessed compared with new sensor-enabled catheters. Nor is there any evidence |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | that the FDA has any issues with the quality or safety of third-party reprocessed catheters. In any event, customers are already free to use the new catheters from Biosense or the reprocessed catheters from Sterilmed. Hospitals could simply stop using Innovative to reprocess their SOUNDSTAR, PENTARAY, or LASSO Nav catheters if they were unhappy with their quality. |
| | There is abundant evidence that the case coverage policy has not had a concrete net procompetitive effect. Hospitals are forced to use the provider with the highest prices and lowest quality. They cannot switch systems and catheters because their physicians lock them into their preferences for systems and catheters. They express their opposition to the case coverage policy. They have reprocessing contracts with third parties and want |

295

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | to maximize their savings. The other OEMs provides the free clinical support of their systems without conditions. Biosense is the leading manufacturer and could go back to doing so as well.
Biosense created "free" clinical support in the first place because of the non-monetary benefits that accrue to Biosense. Abbott and Boston Scientific are able to offer free clinical support program without a case coverage policy. Biosense could easily afford to continue its clinical support program in the absence of the case coverage policy. Forister Rebuttal ¶ 65. Biosense has a profit margin of ███ on revenues of ███ per case. Forister Rebuttal ¶ 65, Bodner Dep. 40:3-40:5. Neither Biosense nor its paid expert ever made any calculations to analyze whether Biosense could and would continue |

296

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
|  | its clinical support program without the case coverage policy. Forister Rebuttal ¶ 65.<br><br>Innovative has offered evidence that Innovative provides quality service and is preferred by some CARTO users. "This is sufficient to raise a genuine issue of fact." *Kodak*, 504 U.S. at 483–84.<br><br>██████████████████<br>██ ██ ██ ██ ██ ██<br>██████████████████<br>██████████████████<br>██ ██ ████ ██████<br>█████ ████ █ ███<br>████ ██ ████ ████<br>████ ████ ██ ██ ██<br>██████████████████<br>██████████████████<br>██████████████████<br>█████████████<br>██████ And hospitals would prefer to use Innovative to reprocess their Biosense sensor-enabled |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | catheters but for the case coverage policy. Tuttle Dep. 7:17-7:22, 16:24-18:12, Reyes Dep. at 133:6-134:22, Idio Dep. 25:3-25:9, Roberts Dep. 11:11-12:14, 20:1-21:15, Coldiron Dep. 30:10-31:4, Kauffman Dep. 19:1-19:6, 21:3-21:9, Tranguch Dep. 39:16-40:10, Czajka Dep 65:4-65:11, 157:2-157:9, 158:8-158:18. |

176. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the fact or the evidence Biosense cites for this fact, Innovative offers only argument. This argument does not create a triable issue of fact for a jury for the reasons explained in Biosense's Reply. *See* Reply at 20-25; *supra* ¶¶ 146, 175.

| 177. Requiring Biosense to expend its resources to provide clinical support for its competitors' products would both disincentivize Biosense from offering high-quality services and limit its ability to do so.<br><br>Grossbard Decl., Ex. 1, Bodner Decl. ¶ 34 | There is a genuine dispute of material fact whether the case coverage policy has been implemented without pretext for a legitimate procompetitive justification of prevention of free riding and is the "only way" to achieve the procompetitive justification and is not |

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)

| BIOSENSE'S PROPOSED FACT AND PROPOSED EVIDENCE | INNOVATIVE'S RESPONSE |
|---|---|
| | anticompetitive on balance.  Supra ¶ 176. |

177. <u>Biosense Reply</u>: Innovative does not create any dispute regarding the accuracy of the fact. Instead of disputing the fact or the evidence Biosense cites for this fact, Innovative offers only argument.

## III.  CONCLUSIONS OF LAW

Innovative does not dispute any of Biosense's conclusions of law, thereby conceding that the law cited by Biosense is correct.

Dated: January 31, 2022       STRADLING YOCCA CARLSON
                              & RAUTH

                         By:  /s/ Karla J. Kraft

                              Karla K. Kraft
                              Victoria McLaughlin
                              *kkraft@stradlinglaw.com*
                              *vmclaughlin@stradlinglaw.com*

                              -and-

                              CRAVATH, SWAINE & MOORE LLP
                              Katherine B. Forrest (*Pro Hac Vice*)
                              Lillian S. Grossbard (*Pro Hac Vice*)
                              *kforrest@cravath.com*
                              *lgrossbard@cravath.com*

                              Attorneys *for Defendant*
                              *Biosense Webster, Inc.*

RESPONSE TO STATEMENT OF GENUINE DISPUTES
Case No.: 8:19-cv-1984 JVS (KESx)