KARLA KRAFT, State Bar No. 205530
 kkraft@stradlinglaw.com
VICTORIA MCLAUGHLIN, State Bar No. 321861
 vmclaughlin@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Katherine B. Forrest (*Pro Hac Vice*)
 kforrest@cravath.com
Lillian S. Grossbard (*Pro Hac Vice*)
 lgrossbard@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br>Hon. James V. Selna<br><br>**JOINT STIPULATION TO EXTEND PRE-TRIAL FILING DEADLINE**<br><br>Complaint Filed: October 18, 2019<br>Corrected Second Amended Complaint Filed: October 16, 2020 |

WHEREAS, Plaintiff Innovative Health LLC ("Innovative") and Defendant Biosense Webster, Inc. ("Biosense" and together with Innovative, the "Parties"), make this joint request to extend the deadline for each party to file their respective Memoranda of Contentions of Fact and Law, Witness Lists and a Joint Exhibit List until three (3) days following the Court's final order on Biosense's Motion for Summary Judgment.

WHEREAS, on June 1, 2021, the Court issued the Order re: Revised Stipulation to Continue Case Management Dates (Dkt. 90) (the "Case Management Order"), ordering new case management dates and setting trial for April 5, 2022.

WHEREAS, pursuant to the Case Management Order, the last date for filing and serving motions (except motions *in limine*) was December 13, 2021.

WHEREAS, on December 13, 2021, Biosense filed its Motion for Summary Judgment, noticing the motion to be heard on February 14, 2022 (Dkt. 114 and 118-1).

WHEREAS, on January 17, 2022, Innovative filed its Opposition to Biosense's Motion for Summary Judgment (Dkt. 131).

WHEREAS, on January 31, 2022, Biosense filed its Reply Memorandum of Points and Authorities in Support of its Motion for Summary Judgment (Dkt. 154).

WHEREAS, on February 11, 2022, the Court continued the hearing on Biosense's Motion for Summary Judgment to February 28, 2022.

WHEREAS, on February 22, 2022, the Courtroom Deputy confirmed with the Parties via email that the hearing on Biosense's Motion for Summary Judgment would be held in person on February 28, 2022.

WHEREAS, on February 24, 2022, the Court issued a Tentative Order granting Biosense's Motion for Summary Judgment and confirming that the hearing on February 28, 2022 would remain set.

WHEREAS, pursuant to Local Rule 16-4, the Parties' respective Memoranda of Contentions of Fact and Law are due on February 28, 2022.

WHEREAS, pursuant to Local Rule 16-5, the Parties' respective Witness Lists are due on February 28, 2022.

WHEREAS, pursuant to Local Rule 16-6.1, the Parties' Joint Exhibit List is due on February 28, 2022.

WHEREAS, the Court's decision on Biosense's Motion for Summary Judgment may affect the scope of the case and therefore affect the Parties' respective Memoranda of Contentions of Fact and Law, Witness Lists, and Joint Exhibit List.

WHEREAS, to avoid expending resources on pre-trial filings pending the Court's final decision on Biosense's Motion for Summary Judgment, the Parties submit that an extension of the date to file Memoranda of Contentions of Fact and Law, Witness Lists, and a Joint Exhibit List is warranted. *See, e.g.*, *Shah v. Meier Enterprises, Inc.*, No. 3:17-CV-00226-JE, 2018 WL 1963970, at *1 (D. Or. Apr. 26, 2018) (noting that the Court granted a joint motion for extension of pre-trial deadline following plaintiff's motion for summary judgment); *Sobel v. Cmty. Access, Inc.*, No. 03 CIV. 5642-LAK-MHD, 2007 WL 3196141, at *1 (S.D.N.Y. Oct. 29, 2007) ("Since defendants are going to move for summary judgment, there is no reason to require the parties to prepare a joint pre-trial order until that motion has been briefed and decided"); *Elliott v. Beard*, No. CIV A 05-727, 2007 WL 966592, at *3 (W.D. Pa. Mar. 29, 2007) (granting defendant's motion for an extension of time to file pre-trial statement until ten days following the disposition of summary judgment).

Accordingly, the Parties stipulate and respectfully request that the Court grant an extension for each party to file their respective Memoranda of Contentions of Fact and Law, Witness Lists and a Joint Exhibit List until three (3) days following the Court's final order regarding Biosense's Motion for Summary Judgment.

IT IS SO STIPULATED.

Dated: February 25, 2022  STRADLING YOCCA CARLSON & RAUTH

By: /s/ *Karla J. Kraft*
Karla J. Kraft
Victoria McLaughlin
*kkraft@stradlinglaw.com*
*vmclaughlin@stradlinglaw.com*

CRAVATH, SWAINE & MOORE LLP
Katherine B. Forrest (*Pro Hac Vice*)
Lillian S. Grossbard (*Pro Hac Vice*)
*kforrest@cravath.com*
*lgrossbard@cravath.com*

*Attorneys for Defendant Biosense Webster, Inc.*

JEFFREY L. BERHOLD PLC

By: /s/ *Jeffrey L. Berhold*
Jeffrey L. Berhold
*jeff@berhold.com*

THEODORA ORINGHER PC

By: /s/ *Panteha Abdollahi*
Panteha Abdollahi
*pabdollahi@tocounsel.com*
*Attorneys for Plaintiff Innovative Health LLC*

3
JOINT STIPULATION TO EXTEND PRE-TRIAL FILING DEADLINE
CASE NO. 8:19-cv-01984

NG-U9ZQVMF2/4880-6366-0561v1/106067-0001

**E-Filing Attestation**

I, Karla J. Kraft, am the ECF User whose ID and password are being used to file this document. I hereby attest that Jeffrey L. Berhold, and Panteha Abdollahi have concurred in this filing's content and has authorized the filing.

DATED: February 25, 2022

STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: */s/ Karla J. Kraft*
Karla Kraft
Victoria McLaughlin

And

CRAVATH, SWAINE & MOORE LLP

Katherine B. Forrest (*Pro Hac Vice*)
Lillian S. Grossbard (*Pro Hac Vice*)
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019-7475

Attorneys for Defendant
BIOSENSE WEBSTER, INC.