1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No.: 8:19-cv-1984 JVS (KESx)<br><br>**JUDGMENT IN FAVOR OF BIOSENSE WEBSTER, INC.** |

|   |   |
|---|---|
| 1 | Plaintiff Innovative Health LLC ("Innovative") filed the above-captioned lawsuit against defendant Biosense Webster, Inc. ("Biosense") on October 18, 2019. Following the Court's Order Regarding Motion to Dismiss (Doc. No. 45), the following causes of action remained at issue: (1) Monopolization, Sherman Act, 15 U.S.C. § 2 – High-Density Mapping Catheters; (2) Attempted Monopolization, Sherman Act, 15 U.S.C. § 2 – High-Density Mapping Catheters; (3) Tying, Sherman Act, 15 U.S.C. § 1 – High-Density Mapping Catheters; (4) Tying, Cartwright Act, Cal. Bus. & Prof. Code § 16720 – High-Density Mapping Catheters; (5) Monopolization, Sherman Act, 15 U.S.C. § 2 – Ultrasound Catheters; (6) Attempted Monopolization, Sherman Act, 15 U.S.C. § 2 – Ultrasound Catheters; (7) Tying, Sherman Act, 15 U.S.C. § 1 – Ultrasound Catheters; (8) Tying, Cartwright Act, Cal. Bus. & Prof. Code § 16720 – Ultrasound Catheters. |

Biosense's Motion for Summary Judgment came on for hearing before this Court on February 28, 2022. After considering the moving and opposing papers and all supporting evidence, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. There are no genuine issues of material fact as to any of the remaining claims set forth in Innovative's operative Complaint, and therefore Biosense is entitled to summary judgment as a matter of law on each and all of Innovative's causes of action. Biosense's Motion for Summary Judgment was GRANTED for the reasons set forth in this Court's Order Regarding Defendant Biosense Webster's Moton for Summary Judgment (Doc. No. 114), entered on March 22, 2022.

2. Judgment is hereby ENTERED in favor of Biosense and against Innovative for the entirety of the above captioned matter and each and all of Innovative's causes of action asserted therein.

3. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3, Biosense is entitled to recover its costs incurred in this action.

4.

Dated: April 29, 2022

*[signature]*
The Honorable James V. Selna
United States District Judge