UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INNOVATIVE HEALTH, LLC, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BIOSENSE WEBSTER, INC., <br><br> Defendant - Appellee, <br><br> ------------------------------ <br><br> ABBOTT LABORATORIES, <br><br> Intervenor. | No. 22-55413 <br><br> D.C. No. 8:19-cv-01984-JVS-KES <br> U.S. District Court for Central California, Santa Ana <br><br> **MANDATE** |

The judgment of this Court, entered January 05, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT