Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
Kelley C. Schiffman, Esq.
State Bar No. 325023
Rachel T. Anderson, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
kschiffman@kellogghansen.com
randerson@kellogghansen.com
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**DECLARATION OF JEFFREY L. BERHOLD IN SUPPORT OF PLAINTIFF INNOVATIVE HEALTH LLC'S MOTION TO REQUIRE DEFENDANT BIOSENSE WEBSTER, INC. TO PRODUCE ALL COURT-ORDERED SUPPLEMENTAL DATA BY NOVEMBER 8, 2024**<br><br>Date: November 4, 2024<br>Time: 1:30 p.m.<br>Crtrm: 10C<br><br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

1

DECLARATION OF JEFFREY L. BERHOLD

**DECLARATION OF JEFFREY L. BERHOLD**

I, JEFFREY L. BERHOLD, declare as follows:

1. I am an attorney admitted to the bar of the State of Georgia and have been admitted pro hac vice to practice before this Court. I am the founder of Jeffrey L. Berhold P.C., lead counsel for plaintiff Innovative Health LLC in the above-entitled matter. I have personally been involved in all aspects of this litigation, including document exchanges, depositions, and the exchange of expert reports. I make this declaration in connection with Plaintiff Innovative Health LLC's Motion To Require Defendant Biosense Webster, Inc. To Produce All Court-Ordered Supplemental Data by November 8, 2024.

2. The facts stated herein are true and correct and based upon my own personal knowledge or knowledge based on my review of the files pertinent to this matter, including pleadings, transcripts, correspondence, and discovery disclosures. If called as a witness to testify, I could and would competently testify to these facts.

3. On August 13, 2024, this Court granted Innovative's motion seeking an order requiring Biosense to supplement its production of nationwide transaction data for all customers through June 30, 2024. *See* Dkt. 246 at 8-9.

4. On September 6, Biosense made its first supplemental production following this Court's August 13 order.

5. On September 11, I asked counsel for Biosense about "anomalies in the catheter sales data" that it had produced, including that the data included just "one unit sale for the OCTARAY for the entire time period from Q2 2021 to Q2 2024."

6. On September 19, counsel for Biosense provided "a corrected version of the catheter sales spreadsheet," stating that the prior version had "inadvertently included the OCTARAY unit sale, which is not a part of this case." Counsel also stated that the new production fixed errors in the September 6 production of sales data for Biosense's PENTARAY catheter dating through June 30, 2024.

7. I replied the same day to Biosense's counsel:

   We disagree about the OCTARAY. During discovery in 2021, Biosense produced its sales data for all diagnostic and mapping catheters. Innovative recently moved for supplementation of all catheter sales data (among other things). Innovative highlighted that Biosense "did not produce new catheter sales for two of the three catheter markets (high-density mapping catheters like PENTARAY, **OCTARAY**, or **OPTRELL** or circular mapping catheters like LASSO Nav) or one of the two yardstick catheters for calculating damages (Webster CS)." Dkt. 236 at 27 (emphasis added). The Court granted the motion in full and ordered Biosense to supplement that data without limitation.

   Moreover, Dr. Forister defined a relevant market for high-density mapping catheters for use with the CARTO 3. According to marketing materials from Biosense, the OCTARAY, which was introduced after discovery in the case, may fall within that relevant market. "The catheter has eight splines with improved electrode spacing options to provide shorter and more efficient mapping times than PENTARAYTM NAV ECO Mapping Catheter, which may shorten overall ablation procedure times."

8. On September 21, Biosense's counsel replied by email that the OCTARAY:

   is not relevant to this case, and the Court did not order that Biosense produce data related to that device. The

Court ordered that Biosense produce "supplemental data to *update the transaction information it previously disclosed* in discovery." (Dkt. No. 246 at 8) (emphasis added). That Innovative referenced the OCTARAY device once in its July 2024 briefing does not change the facts that: (1) Biosense did not previously produce any OCTARAY sales data in this case and (2) the OCTARAY device has never been at issue in this case.

9. On September 24, I informed Biosense's counsel of Innovative's intent to move to enforce this Court's August 13 order and sought counsel's availability to meet and confer between September 26 and September 30. Biosense's counsel advised that they could not be available before October 3, so the parties agreed to meet and confer via Zoom on that day to try to resolve their differences before the planned filing on October 7. Biosense confirmed that it would not object to an October 7 filing if the parties could not resolve their disputes during the October 3 meet-and-confer.

10. At the start of that meet-and-confer, Biosense's counsel agreed that, during the original discovery period in this case, both parties produced transaction data for all their catheters through 2021. Counsel also agreed that OCTARAY is a high-density mapping catheter. But Biosense maintained its position that it would not produce data for OCTARAY or any other catheter that it began selling after the original discovery period in this case.

11. Attached hereto as **Exhibit 1** is a true and correct copy of IH00697117, a document that Innovative produced in this matter, and the email (IH00697103, dated July 24, 2022) to which that document was attached. As the email explains, Biosense created that document and sent it to some of its customers. The document states that Biosense's OCTARAY catheter is subject to Biosense's case coverage

policy, one of the principal anticompetitive strategies disputed in this matter.  This document predated the U.S. launch of Biosense's OPTRELL high-density mapping catheter by at least a year.

12. Attached hereto as **Exhibit 2** is a true and correct copy of a document that Innovative produced in this matter at IH00697083, which contains Biosense's updated 2024 case coverage policy.  Under that policy, Biosense will provide case coverage for "[s]ensor-based mapping catheters," like OPTRELL, OCTARAY, and PENTARAY, only if those catheters were "sold by either Biosense or Sterilmed," its affiliated reprocessor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of October, 2024, at Atlanta, Georgia.

/s/ Jeffrey L. Berhold
JEFFREY L. BERHOLD

# EXHIBIT 1

Message

| | |
|---|---|
| **From**: | Bennett, Haydon [HBennett@medline.com] |
| **Sent**: | 7/24/2022 4:11:18 PM |
| **To**: | Dave Distel [ddistel@innovative-health.com] |
| **Subject**: | [EXTERNAL]Re: BWI latest case coverage policy. |
| **Attachments**: | image193511.png; image362810.png; image461160.png; image059616.png; image834095.png; image527050.png; 097317-220518 BWI Coverage Policy Update_2022_revision_final.pdf; Reprocessed products BWI CASs can not provide coverage.xlsx |

Thank you, Dave. Will update you after I speak with the lab tomorrow.

**Haydon Bennett**
Reprocessing Program Manager
Medline ReNewal - Field Sales
www.medline.com


215-531-2329
hbennett@medline.com


On Jul 23, 2022, at 8:08 AM, Dave Distel <ddistel@innovative-health.com> wrote:

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Hi Haydon,**
Attached is the new case coverage policy BWI has been distributing and we have seen several accounts that have received the attached spreadsheets. Will forward you our response separately. Key term added is "software pairing".
Dave

Dave Distel
**VP, Business Development**
480.525.5970 (Office)
507.358.5289 (Mobile)
www.innovative-health.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

IH00697103

**This Document has been produced in Native Format**

IH00697117

| Reprocessed products for which BWI CAS's can not provide case coverage | | |
|---|---|---|
| **Catheter Common Name** | **OEM Catalog #** | **Description** |
| AcuNav™ | 8255790 | IntraCardiac Echo catheter, 10 Fr, Compatible with Siemens Ultrasound systems |
| | 10135936 | IntraCardiac Echo catheter, 8 Fr, Compatible with Siemens Ultrasound systems |
| | 10043342 | IntraCardiac Echo catheter, 10 Fr, Compatible with GE Ultrasound systems |
| | 10135910 | IntraCardiac Echo catheter, 8 Fr, Compatible with GE Ultrasound systems |
| DecaNAV™ | R7D282CT | Advanced Diagnostic Mapping catheter, 10 poles, 2-8-2 mm Spacing, D curve |
| | R7F282CT | Advanced Diagnostic Mapping catheter, 10 poles, 2-8-2 mm Spacing, F curve |
| Lasso™ NAV eco | D134901 | Advanced Diagnostic, Circular Mapping catheter, 15 mm Fixed loop, 10 pole |
| | D134902 | Advanced Diagnostic, Circular Mapping catheter, 15 mm Fixed loop, 20 pole |
| | D134903 | Advanced Diagnostic, Circular Mapping catheter, 20 mm Fixed loop, 10 pole |
| | D134904 | Advanced Diagnostic, Circular Mapping catheter, 20 mm Fixed loop, 20 pole |
| | D134905 | Advanced Diagnostic, Circular Mapping catheter, 25 mm Fixed loop, 10 pole |
| | D134906 | Advanced Diagnostic, Circular Mapping catheter, 25 mm Fixed loop, 20 pole |
| | D134301 | Advanced Diagnostic, 15 -25 mm Variable Loop Circular Mapping catheter, 20 pole |
| | D134302 | Advanced Diagnostic, 15 -25 mm Variable Loop Circular Mapping catheter, 10 pole |
| OCTARAY™ Mapping catheter with TRUEref™ technology | D160901 | Advanced Diagnostic mapping catheter, 8 splines, 1.5mm long splines, D curve, 2-2-2-2-2 mm spacing |
| | D160902 | Advanced Diagnostic mapping catheter, 8 splines, 2.0mm long splines, D curve, 2-5-2-5-2 mm spacing |
| | D160903 | Advanced Diagnostic mapping catheter, 8 splines, 2.0mm long splines, D curve, 3-3-3-3-3 mm spacing |
| | D160904 | Advanced Diagnostic mapping catheter, 8 splines, 1.5mm long splines, F curve, 2-2-2-2-2 mm spacing |
| | D160905 | Advanced Diagnostic mapping catheter, 8 splines, 2.0mm long splines, F curve, 2-5-2-5-2 mm spacing |
| | D160906 | Advanced Diagnostic mapping catheter, 8 splines, 2.0mm long splines, F curve, 3-3-3-3-3 mm spacing |
| PentaRay® NAV eco Catheter | D128207 | Advanced Diagnostic mapping catheter, 5 splines, F curve, 4-4-4 mm spacing |
| | D128208 | Advanced Diagnostic mapping catheter, 5 splines, F curve, 2-6-2 mm spacing |
| | D128210 | Advanced Diagnostic mapping catheter, 5 splines, D curve, 4-4-4 mm spacing |
| | D128211 | Advanced Diagnostic mapping catheter, 5 splines, D curve, 2-6-2 mm spacing |
| SoundStar® eco | 10439011 | 3D IntraCardiac Echo catheter, Carto compatible, 8 Fr, Siemens Ultrasound system Compatible |
| | 10438577 | 3D IntraCardiac Echo catheter, Carto compatible, 10 Fr, Siemens Ultrasound system Compatible |
| | 10439236 | 3D IntraCardiac Echo catheter, Carto compatible, 8 Fr, GE Ultrasound system Compatible |
| | 10439072 | 3D IntraCardiac Echo catheter, Carto compatible, 10 Fr, GE Ultrasound system Compatible |
| Carto Vizigo™ Bi-directional guiding sheath | D138501 | Steerable guiding sheath, visible on mapping systems, 8.5 Fr ID, Small curve |
| | D138502 | Steerable guiding sheath, visible on mapping systems, 8.5 Fr ID, Medium curve |
| | D138503 | Steerable guiding sheath, visible on mapping systems, 8.5 Fr ID, Large curve |

IH00697117.001

# EXHIBIT 2

Biosense Webster, Inc.
31 Technology Drive,
Suite 200
Irvine, CA 92618 USA
www.biosensewebster.com

Date: XX/XX/XXXX

RE: Case Support of Reprocessed Single Use Devices

Dear Valued Customer,

As part of Johnson & Johnson MedTech, Biosense Webster, Inc. and Sterilmed, Inc. are committed to providing high quality products, services, and support to our customers and their patients.

Biosense Clinical Account Specialists assist with reconstructing cardiac anatomy and providing insight on the images generated by the CARTO® 3 Mapping System. Electrophysiologists commonly request a Biosense Clinical Account Specialist to assist with clinical and technical support for procedures that utilize the system.

As Sterilmed is our affiliate, we have shared our proprietary calibration and product testing methods and are confident in the quality of the reprocessed electrophysiology devices that Sterilmed sells. As such, our Clinical Account Specialists can provide clinical and technical support for the on-label use of electrophysiology devices sold by Biosense and devices sold by Biosense that are later reprocessed by Sterilmed.

Biosense has no knowledge of the manufacturing operations or specifications of unaffiliated third parties that may reprocess electrophysiology devices. Once single-use devices sold by Biosense or Sterilmed are subjected to reprocessing by an unaffiliated reprocessor, those devices become products of that unaffiliated manufacturer. We cannot attest to the safety, effectiveness, or accuracy of those third-party devices.

Based on the above, our Clinical Account Specialists are only authorized to provide support in a procedure that utilizes any of the following catheter technologies if that catheter was sold by either Biosense or Sterilmed:
- Sensor-based mapping catheters
- Sensor-based ultrasound catheters when integrated for use with the CARTO® 3 Mapping System
- Ultrasound catheters if image interpretation is requested of the Clinical Account Specialist
- Any other devices when integrated for use with the CARTO® 3 Mapping System via proprietary software

For any questions related to the information contained in this letter, please contact your local Biosense Webster representative.

We truly appreciate your business and look forward to the continued opportunity to serve you.


Sincerely,


Biosense Webster, Inc.

© Biosense Webster, Inc. 2024    US_BWI_ULTR_149983.1

IH00697083