# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br><br>**ORDER RE [PROPOSED] AMENDED STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. James V. Selna<br><br>Corrected Second Amended Complaint Filed: October 16, 2020 |

The Court has read and considered the parties' AMENDED STIPULATED PROTECTIVE ORDER and, finding good cause, ORDERS that:

The AMENDED STIPULATED PROTECTIVE ORDER is hereby approved. IT IS SO ORDERED.

DATED: October 15, 2024

*Karen E. Scott*
Honorable Karen E. Scott
United States Magisgtrate Judge

-1-