# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BIOSENSE WEBSTER, INC,<br><br>　　　　Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INNOVATIVE HEALTH LLC'S MOTION FOR ORDER REQUIRING THE EXCHANGE OF UNREDACTED TRIAL EXHIBITS**<br><br>Date:　　March 3, 2025<br>Time:　　1:30 p.m.<br>Crtrm:　　10C<br><br>Action Filed:  October 18, 2019<br>Trial Date:  April 29, 2025 |

1. This Court has read and considered the briefing, arguments, and evidence on Plaintiff Innovative Health LLC's Motion for an Order Requiring the Exchange of Unredacted Trial Exhibits.

Finding good cause, this Court GRANTS Innovative's motion and ORDERS the parties to exchange before trial unredacted versions of each document that was identified on either party's preliminary exhibit list and that was redacted during discovery for reasons other than privilege. This exchange of unredacted exhibits should occur promptly after the parties exchange preliminary exhibit lists.

**IT IS SO ORDERED.**

DATED: March ____, 2025

_____
The Honorable James V. Selna
United States District Judge