Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Derek T. Ho, Esq.
Admitted *Pro Hac Vice*
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

Karla Kraft, Esq.
(State Bar No. 205530)
kkraft@stradlinglaw.com
Sean Thomas Lobb
(State Bar No. 324213)
stlobb@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

William F. Cavanaugh, Jr.
(State Bar No. 133461))
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KESx)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**STIPULATION FOR EXPEDITED BRIEFING AND HEARING REGARDING WITNESS DISCLOSURE**<br><br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

*STIPULATION FOR EXPEDITED BRIEFING AND HEARING REGARDING WITNESS DISCLOSURES*

Plaintiff Innovative Health LLC ("Plaintiff") and defendant Biosense Webster, Inc. ("Defendant"), by and through their undersigned counsel of record, hereby submit this joint stipulation and proposed order for an expedited briefing schedule and hearing to address a dispute that has arisen between the parties concerning the parties' pre-trial exchange of witness lists.

1. This matter is set to begin trial on April 29, 2025. The pretrial conference is scheduled for April 14, 2025.

2. On February 20, 2025, pursuant to a previously agreed-to schedule, the parties exchanged their respective updated witness lists, in which each party identified the witnesses it anticipates calling at trial.

3. On February 20, 2025, Plaintiff's counsel sent Defendant's counsel an email objecting to Defendant's inclusion of two previously undisclosed witnesses on Defendant's witness list.

4. On February 21, 2025, the parties participated in a telephonic meet and confer to discuss Plaintiff's objections. The parties were unable to resolve their dispute during that conferral, or during subsequent discussions.

5. Given the impending trial date, the parties jointly request the Court's assistance in resolving this dispute so that both parties can focus their trial preparation on witnesses who they will present at trial. Both parties submit that prompt resolution of this dispute will allow for more efficient trial preparation.

6. Considering the foregoing, and given the limited scope of the parties' dispute, the parties hereby stipulate and jointly request the Court permit expedited briefing and hearing on the matter pursuant to the below schedule:

| Plaintiff's Opening Brief | February 26, 2025 | 5 page maximum |
| Defendant's Opposition Brief | February 28, 2025 | 5 page maximum |

| Plaintiff's Reply Brief | March 1, 2025 | 2 page maximum |
|---|---|---|
| Hearing | March 10, 2025 at 1:30 p.m. | |

IT IS SO STIPULATED.

DATED:  February 26, 2025     THEODORA ORINGHER PC


By:  ___/s/ Panteha Abdollahi___
　　　Panteha Abdollahi
　　　Attorneys for Plaintiff INNOVATIVE HEALTH LLC

DATED:  February 26, 2025     JEFFREY L. BERHOLD, P.C.


By:  ___/s/ Jeff Berhold___
　　　Jeffrey L. Berhold
　　　Attorneys for Plaintiff INNOVATIVE HEALTH LLC

DATED:  February 26, 2025     BERGER MONTAGUE PC


By:  ___/s/ Joshua Davis___
　　　Joshua P. Davis
　　　Attorneys for Plaintiff INNOVATIVE HEALTH LLC

| | |
|---|---|
| DATED: February 26, 2025 | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| | By: */s/ Derek T. Ho* <br> Derek T. Ho <br> Attorneys for Plaintiff INNOVATIVE HEALTH LLC |
| DATED: February 26, 2025 | STRADLING YOCCA CARLSON & RAUTH LLP |
| | By: */s/ Karla Kraft* <br> Karla Kraft <br> Attorneys for Defendant BIOSENSE WEBSTER, INC. |
| DATED: February 26, 2025 | PATTERSON BELKNAP WEBB & TYLER LLLP |
| | By: */s/ William F. Cavanaugh, Jr.* <br> William F. Cavanaugh, Jr. <br> Attorneys for Defendant BIOSENSE WEBSTER, INC. |

*STIPULATION FOR EXPEDITED BRIEFING AND HEARING REGARDING WITNESS DISCLOSURES*

# ELECTRONIC FILING ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(1), I, Panteha Abdollahi, am the ECF User whose login and password are being used to file this document. I hereby attest that Alejandro Cruz, counsel for Defendant, has concurred in this filing's contents and has authorized the filing. I further attest that I have obtained their authorization to affix their electronic signature to this document.

By: */s/ Panteha Abdollahi*