| | |
|---|---|
| Panteha Abdollahi, Esq.<br>(State Bar No. 230002)<br>pabdollahi@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br><br>Jeffrey L. Berhold, Esq.<br>(Georgia State Bar No. 054682)<br>(Admitted Pro Hac Vice)<br>jeff@berhold.com<br>JEFFREY L. BERHOLD, P.C.<br>1230 Peachtree Street, Suite 1050<br>Atlanta, Georgia 30309<br>Telephone: (404) 872-3800<br><br>Joshua P. Davis (State Bar No. 193254)<br>jdavis@bm.net<br>BERGER MONTAGUE PC<br>505 Montgomery St., Suite 625<br>San Francisco, California 94111<br>Telephone: (415) 906-0684<br><br>Derek T. Ho, Esq.*<br>*Admitted *Pro Hac Vice*<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK. P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 367-7900<br>Facsimile: (202) 326-7999<br><br>Attorneys for Plaintiff<br>INNOVATIVE HEALTH LLC | Karla Kraft, Esq.<br>(State Bar No. 205530)<br>kkraft@stradlinglaw.com<br>Sean Thomas Lobb<br>(State Bar No. 324213)<br>stlobb@stradlinglaw.com<br>STRADLING YOCCA CARLSON &<br>RAUTH LLP<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Telephone: (949) 725-4000<br>Facsimile: (949) 725-4100<br><br>William F. Cavanaugh, Jr.<br>(State Bar No. 133461)<br>wfcavanaugh@pbwt.com<br>PATTERSON BELKNAP WEBB &<br>TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br><br>Attorneys for Defendant<br>BIOSENSE WEBSTER, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>BIOSENSE WEBSTER, INC,<br><br>    Defendant. | Case No. 8:19-cv-1984 JVS (KESx)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**[PROPOSED] ORDER ON STIPULATION FOR EXPEDITED BRIEFING SCHEDULE AND HEARING REGARDING WITNESS DISCLOSURES**<br><br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

1317923.3/81746.05002

*[PROPOSED] ORDER RE EXPEDITED BRIEFING AND HEARING REGARDING WITNESS DISCLOSURE*

The Court has read and considered the parties' STIPULATION FOR EXPEDITED BRIEFING AND HEARING REGARDING WITNESS DISCLOSURE, and, finding good cause, ORDERS as follows:

1. The following briefing schedule shall apply to allow the Court to address the parties' dispute regarding witness disclosures:

| | | |
|---|---|---|
| Plaintiff's Opening Brief | February 26, 2025 | 5 page maximum |
| Defendant's Opposition Brief | February 28, 2025 | 5 page maximum |
| Plaintiff's Reply Brief | March 1, 2025 | 2 page maximum |

2. The Court sets a hearing to address the issues raised in the above briefing for March 10, 2025 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED:

---
Honorable James V. Selna
United States District Judge