Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
Kelley C. Schiffman, Esq.
State Bar No. 325023
Rachel T. Anderson, Esq.*
Annamaria M. Morales-Kimball, Esq.*
Sean P. Quirk, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
kschiffman@kellogghansen.com
randerson@kellogghansen.com
amoraleskimball@kellogghansen.com
squirk@kellogghansen.com
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br>Assigned for all purposes to:<br>Honorable James V. Selna<br>**NOTICE OF LODGING OF [PROPOSED] ORDER RE PLAINTIFF INNOVATIVE HEALTH LLC'S MOTION TO STRIKE DEFENDANT'S LATE-DISCLOSED TRIAL WITNESSES**<br>Date:  March 10, 2025<br>Time:  1:30 p.m.<br>Crtrm:  10C<br>Action Filed:  October 18, 2019<br>Trial Date:  April 29, 2025 |

1318279.1/81746.05002

1

PL.'S NOTICE OF LODGING OF [PROPOSED] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Innovative Health LLC hereby lodges with the Court the attached [Proposed] Order Granting Plaintiff Innovative Health LLC's Motion to Strike Defendant's Late-Disclosed Trial Witnesses.  The [Proposed] Order is being submitted in connection with Plaintiff Innovative Health LLC's Motion to Strike Defendant's Late-Disclosed Witnesses, filed as Dkt. 305.

DATED: February 26, 2025     THEODORA ORINGHER PC

By:     /s/ Panteha Abdollahi
        Panteha Abdollahi


JEFFREY L. BERHOLD, P.C.

By:     /s/ Jeffrey L. Berhold
        Jeffrey L. Berhold


BERGER MONTAGUE PC

By:     /s/ Joshua P. Davis
        Joshua P. Davis


KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By:     /s/ Matthew D. Reade
        Derek T. Ho
        Andrew E. Goldsmith
        Matthew D. Reade
        Kelley C. Schiffman
        Rachel T. Anderson
        Annamaria M. Morales-Kimball
        Sean P. Quirk

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BIOSENSE WEBSTER, INC,<br><br>　　　　Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INNOVATIVE HEALTH LLC'S MOTION TO STRIKE DEFENDANT'S LATE-DISCLOSED TRIAL WITNESSES**<br><br>Date:　　March 10, 2025<br>Time:　　1:30 p.m.<br>Crtrm:　　10C<br><br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

1

*[PROPOSED] ORDER*

|   |   |
|---|---|
| 1 | This Court has read and considered the briefing, arguments, and evidence on |
| 2 | Plaintiff Innovative Health LLC's Motion to Strike Defendant's Proposed Trial |
| 3 | Witnesses. |
| 4 | Finding good cause, this Court GRANTS Innovative's motion and strikes |
| 5 | Biosense's late-disclosed witnesses, Dr. Jose Osorio and Ms. Wendy Tam, and |
| 6 | precludes Biosense from relying on any testimony or evidence from them at trial. |

**IT IS SO ORDERED.**

DATED: March ____, 2025

_____
The Honorable James V. Selna
United States District Judge