1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

10   INNOVATIVE HEALTH LLC,

11              Plaintiff,

12        vs.

13   BIOSENSE WEBSTER, INC,

14              Defendant.

15

16

17

| | |
|---|---|
| Case No. 8:19-cv-1984 JVS (KESx) | |

Assigned for all purposes to:
Honorable James V. Selna

**ORDER ON STIPULATION FOR EXPEDITED BRIEFING SCHEDULE AND HEARING REGARDING WITNESS DISCLOSURES [304]**

Action Filed:  October 18, 2019
Trial Date:  April 29, 2025

The Court has read and considered the parties' STIPULATION FOR EXPEDITED BRIEFING AND HEARING REGARDING WITNESS DISCLOSURE, and, finding good cause, ORDERS as follows:

18
19
20
21
22
23

1.    The following briefing schedule shall apply to allow the Court to address the parties' dispute regarding witness disclosures:

24
25
26
27
28

| | | |
|---|---|---|
| Plaintiff's Opening Brief | February 26, 2025 | 5 page maximum |
| Defendant's Opposition Brief | March 3, 2025 | 5 page maximum |
| Plaintiff's Reply Brief | March 5, 2025 | 2 page maximum |

1317923_3.docx

2.    The Court sets a hearing to address the issues raised in the above briefing for March 10, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED:   February 28, 2025

_____
Honorable James V. Selna
United States District Judge

_ORDER RE EXPEDITED BRIEFING AND HEARING REGARDING WITNESS DISCLOSURE_