KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
ALEJANDRO H. CRUZ
(*admitted pro hac vice*)
PATTERSON BELKNAP WEBB
AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

MUHAMMAD U. FARIDI
(*admitted pro hac vice*)
muhammad.faridi@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant*. | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION OF ALEJANDRO H. CRUZ IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE TRIAL WITNESSES**<br><br>Date: March 10, 2025<br>Time: 1:30 PM<br>Courtroom: 10C<br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

I, Alejandro H. Cruz, declare as follows:

1.     I am an attorney admitted to the bar of the State of New York.  My *pro hac vice* application to practice before this Court was granted on February 12, 2025. I am a partner at Patterson Belknap Webb & Tyler LLP and represent the defendant, Biosense Webster, Inc. ("BWI"), in this matter.

2.     I make this declaration in support of BWI's opposition to plaintiff Innovative Health LLC's ("IH") motion to strike two of BWI's proposed trial witnesses.

3.     The facts I state here are true and correct to the best of my knowledge and understanding.  I make each of the statements below based on my own personal knowledge and a review of the files associated with this matter.  If called as a witness, I could and would testify competently to the facts stated herein.

4.     In early 2022, prior to the Court's March 2022 summary judgment decision, the parties exchanged witness lists.  A true and correct copy of IH's January 26, 2022 witness list is attached hereto as **Exhibit 1**.

5.     A true and correct copy of BWI's February 15, 2022 witness list is attached hereto as **Exhibit 2**.

6.     Following the Ninth Circuit's January 5, 2024 decision, the Court entered a new Case Management Order and the parties began negotiating a new pre-trial schedule.  On January 9, 2025, BWI sent a letter to IH agreeing to certain deadlines set forth in IH's Pretrial Schedule Proposal, received on January 8, 2025. A true and correct copy of the letter is attached hereto as **Exhibit 3**.

7.     On February 17, 2025, counsel for IH sent an email to counsel for BWI confirming that, pursuant to the agreed on Pretrial Schedule, the parties were due to exchange updated witness lists and deposition designations on February 18, 2025.  By email dated February 18, 2025, counsel for IH agreed to adjourn the

deadline to exchange updated witness lists to February 20, 2025.  A true and correct copy of this email exchange is attached hereto as **Exhibit 4**.

8.      On February 20, 2025, BWI sent IH a copy of its updated witness list. A true and correct copy of the witness list is attached hereto as **Exhibit 5**.

9.      IH sent BWI a copy of its updated witness list, a true and correct copy of which is attached hereto as **Exhibit 6**.

10.     In emails exchanged between February 24 and February 27, 2025, the parties agreed to produce a limited set of documents for each new witness and to produce each new witness for a deposition.  A true and correct copy of that email exchange is attached hereto as **Exhibit 7**.

11.     A true and correct copy of Meredith Snider's LinkedIn page—captured as of February 23, 2025—is attached hereto as **Exhibit 8**.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 3 day of March 2025, in New York, New York.


By:     */s/ Alejandro H. Cruz*
        Alejandro H. Cruz