# EXHIBIT 1

Innovative Health Initial Witness List

January 26, 2022

Live Witnesses

Aaron Detate

Dave Distel

Rick Ferreira

Eric Forister

Blessan Joseph

Mary Roberts

Tim Einwechter*

* May Call


Deposition Designations

Don Coldiron

Frank Czajka

Nick Demczuk

Michael Idio

Christine Kauffman

Kara Reyes

Todd Senard

Portia Tranguch

Troy Tuttle

Fairy Zare