# EXHIBIT 2

## *Innovative v. Biosense*
## Biosense Updated Witness List (02.15.2022)[1]

**1. LIVE WITNESSES**

    A. <u>Expect to Call</u>

        i. Michael Bodner

        ii. Conrad Ramos

        iii. Avi Shalgi

        iv. Fairy Zare

        v. Lawrence Wu

        vi. Aaron DeTate

        vii. Dave Distel

        viii. Rick Ferreira

        ix. Mary Roberts, Providence Health

    B. <u>May Call</u>

        i. Joseph Koenig

        ii. Stephenie Orsini

        iii. Vincent Thomas

        iv. Uri Yaron

---

[1] Biosense reserves the right to amend this updated witness list. Biosense does not intend to prepare deposition designations for any of the witnesses that Innovative identifies as witnesses it expects to call live at trial, but reserves the right to add such witnesses to its list of witnesses by deposition and provide designations from such depositions, if Innovative does not in fact call the witness live at trial. Biosense also reserves the right to call any witness identified on Innovative's witness list.

**2.     WITNESSES BY DEPOSITION**

      i.     Rafal Chudzik

      ii.    Matthew Dambeck

      iii.   Timothy Einwechter

      iv.   Jay Farris

      v.    Elizabeth Stoneman

      vi.   Lars Thording[2]

      vii.  TBD Corporate Representative, Abbott

      viii. Shibaji Shome, Acutus

      ix.   Robert Stanton, Boston Scientific

      x.    Christine Bienvenue-Kauffman, Mayo Clinic

      xi.   Donald Coldiron, Mayo Clinic

      xii.  Michael Idio, Stanford Health

      xiii. Cheryl Saxby, Providence Health

      xiv.  Todd Senard, Allegheny Health

      xv.   Portia Tranguch, Allegheny Health

      xvi.  Allen Wish, MedStar

      xvii. Frank Czajka, Medline

      xviii. Kara Reyes, S2S

      xix.  Troy Tuttle, Vizient

---

[2] Biosense has removed Lars Thording from its live witness list and added Mr. Thording to its list of witnesses by deposition because Innovative has represented that Mr. Thording will not agree to appear as a live witness if Biosense seeks to call him, and that Innovative will not request that Mr. Thording, as an Innovative employee, appear as a live witness if Biosense seeks to call him. Biosense continues to reserve its right to call Mr. Thording as a live witness.