# EXHIBIT 3



www.pbwt.com

January 9, 2025

Andrew Kirschenbaum
Associate
(212) 336-2831
akirschenbaum@pbwt.com

*By Electronic Mail*

Kelley Schiffman
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
Sumner Square
1615 M Street NW, Suite 400
Washington, DC 20036
kschiffman@kellogghansen.com

    Re: <u>**Innovative Health LLC v. Biosense Webster, Inc.,
No. 8:19-cv-01984-JVS-KES (C.D. Cal.)**</u>

Dear Kelley:

    We write on behalf of Biosense Webster, Inc. ("BWI") in response to your January 8, 2025 letter on behalf of Innovative Health LLC ("IH") regarding various pretrial matters and deadlines in this case. As a general matter, except as noted below, BWI agrees to the deadlines set forth in IH's revised Pretrial Schedule Proposal sent with the January 8, 2025 letter. Below we respond seriatim to the issues raised in IH's letter and raise some additional issues.

**<u>Issues Raised in IH's Letter</u>**

    ***Deposition Designations.*** BWI agrees with IH's proposal that (a) the parties exchange designations using, for each deposition witness, the Excel template that you sent to us on January 9, 2024, (b) in preparing counter and completeness designations, the parties specifically identify the initial designations to which the counter- or completeness- designated testimony corresponds, (c) the parties identify any objections by line and page numbers and not designate any attorney objections or attorney colloquy, and (d) IH use yellow for its initial and counter designations and that BWI use blue for the same.

    ***Video Depositions.*** BWI also agrees with IH's proposal that if a party presents a witness by deposition at trial, (a) the party offering the testimony will play the video of the designated portion of the testimony, including counter-designations and completeness designations, (b) objections and colloquy shall be omitted from all designations that are played in Court, and (c) the parties will ask the Court to instruct the jury that the video contains passages selected by both sides.

Kelley Schiffman
January 9, 2025
Page 2

   ***Exhibit Lists.*** BWI agrees to IH's proposal that (a) on March 4, 2025, the parties exchange draft exhibits lists in Excel format that identify exhibits by date, Bates range, and description, and whether and what kind of redactions (if any) have been applied to each exhibit, (b) on March 10, 2025, the parties serve updated exhibit lists for inclusion in the pretrial order, (c) on April 1, 2025, the parties serve any objections, together with the grounds therefor, that may be made to the exhibits identified by the other party, (d) on April 10, 2025, the parties meet and confer to narrow or resolve any remaining disputes over exhibits, (e) the foregoing schedule does not apply to demonstrative exhibits, and (f) exhibits intended to be used solely for impeachment need not be identified. IH also proposed that throughout the foregoing process, the parties exchange unredacted versions of proposed trial exhibits, as detailed in IH's proposal of December 31, 2024. We will respond to that proposal and IH's letter dated December 31, 2024 in a separate letter. And we will respond to IH's proposal on demonstratives—that the parties exchange opening statement demonstratives three days in advance of the trial and witness demonstratives two days in advance of use at trial—in the Joint Stipulation Regarding Trial Matters that we will send to you next week.

   ***Jury Questionnaire.*** IH proposes that the parties agree to a brief written jury questionnaire to be distributed to jurors in advance of the case. BWI will not object to a request by IH to the Court for the questionnaire. BWI agrees with IH's request that the parties work together to propose a set of questions that the Court can ask jurors during the voir dire. As to these questions, we propose that the parties follow the schedule set forth in the Pretrial Schedule Proposal that you sent on January 8, 2025: (a) on March 12, 2025, IH sends draft questions to BWI; (b) on March 19, 2025, BWI sends redlined questions to IH; (c) on March 21, 2025, the parties meet and confer to resolve any issues; and (d) on March 28, 2025, the parties submit the questions to the Court.

   ***Joint Pretrial Stipulation.*** BWI agrees with IH's proposal that the parties agree to a joint stipulation regarding trial matters by April 11, 2025 addressing the process for trial disclosures (*e.g.*, demonstratives, witnesses, exhibits, and deposition designations to be played), including timelines for objections, meet and confers, and submissions to the court of any disputes. We will send you a proposed stipulation next week, and we are hoping that we can reach an agreement on it in the forthcoming weeks.

**Additional Issues for the Parties to Consider**

   ***Joint Statement of the Case.*** Under the operative schedule, the parties are required to file a joint statement of the case on April 14, 2025. The schedule that you propose does not specify any dates on which the parties should exchange drafts of such a statement. We propose the following: IH proposes a draft joint statement on April 7, 2025; BWI responds to

Kelley Schiffman
January 9, 2025
Page 3


IH's draft on April 9, 2025; and the parties meet and confer to resolve any issues on April 10, 2025.

   ***Final Pretrial Conference Order.***  Under the operative schedule, the deadline to lodge the Final Pretrial Conference Order is April 7, 2025.  The schedule that you propose does not specify any dates on which the parties should exchange drafts of that proposed order.  Please propose dates for the exchange of drafts and for the parties to meet and confer to resolve any issues prior to April 7, 2025.

   ***Local Rule 16-2 Meeting of Counsel.***  The schedule that you propose does not include a date for the meet and confer contemplated by Local Rule 16-2.  We propose scheduling this meet and confer for March 21, 2025.

   ***Stipulations Regarding Foundation, Waiver of Best Evidence Rules, and Exhibits that May Be Received Into Evidence at the Start of Trial.***  The schedule that you propose has a filing deadline of April 18, 2025 for this stipulation.  We request that IH propose a draft in the forthcoming weeks so that we can begin discussions.

   We look forward to working through these issues with you.


        Very truly yours,

        Andrew Kirschenbaum


Cc: All Counsel of Record