# EXHIBIT 4

| | |
|---|---|
| **From:** | Cruz, Alejandro (x7613) |
| **To:** | Schiffman, Kelley C.; Kirschenbaum, Andrew (x2831); Lobb, Sean; Northrup, Lisa; "Kraft, Karla"; Cavanaugh, William F. (x2793); ~muhammad.faridi@linklaters.com |
| **Cc:** | Jeffrey Berhold; Joshua P. Davis; Kyla Gibboney; Julie A. Pollock; Matthew Summers; Panteha Abdollahi; Ho, Derek T.; Anderson, Rachel T.; Goldsmith, Andrew E.; Reade, Matthew D.; Morales-Kimball, Annamaria M.; Quirk, Sean P.; McLellan, Eric M.; Sella, Chandler J. |
| **Subject:** | RE: IH v. BWI--Internal deadlines and witness list |
| **Date:** | Tuesday, February 18, 2025 3:19:57 PM |

Hi Kelly:

Thanks. Yes, we can confirm that the extension is only with respect to the parties' exchange of witness lists. We are in agreement that we will exchange witness lists on Thursday, 2/20, at noon EST.

And we agree that the parties will proceed with exchanging deposition designations today. Thank you.

Best,

Alejandro

**Alejandro H. Cruz**
Partner
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY 10036
T: 212.336.7613
acruz@pbwt.com | www.pbwt.com

---

**From:** Schiffman, Kelley C. <kschiffman@kellogghansen.com>
**Sent:** Tuesday, February 18, 2025 2:33 PM
**To:** Cruz, Alejandro (x7613) <acruz@pbwt.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; McLellan, Eric M. <emclellan@kellogghansen.com>; Sella, Chandler J. <csella@kellogghansen.com>
**Subject:** RE: IH v. BWI--Internal deadlines and witness list

**External: Think before you click.**

Hi Alejandro,

Thank you. We look forward to finalizing the schedule this week. As for your request, can I clarify that you are seeking an extension only for the witness list exchange, and that you still intend to send your deposition designations today? If that is correct, then we are amendable to extending the exchange of witness lists until Thursday 2/20, with the deposition designations still exchanged today.

Best,
**Kelley C. Schiffman**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7943 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Sent:** Tuesday, February 18, 2025 12:34 PM
**To:** Schiffman, Kelley C. <kschiffman@kellogghansen.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; McLellan, Eric M. <emclellan@kellogghansen.com>; Sella, Chandler J. <csella@kellogghansen.com>
**Subject:** [EXTERNAL] IH v. BWI--Internal deadlines and witness list

Hi Kelly:

Thanks.  As per your email below, we will come back to you on the schedule promptly.  On a similar note, we are currently scheduled to exchange witness lists today.  ***Would Plaintiff be amenable to adjourning the exchange of witness lists for 48 hours, until this Thursday***

*(2/20) at noon?*

Please let us know as soon as you can.  Thank you.

Best regards,

Alejandro

**Alejandro H. Cruz**
Partner
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY 10036
T: 212.336.7613
acruz@pbwt.com | www.pbwt.com

---

**From:** Schiffman, Kelley C. <kschiffman@kellogghansen.com>
**Sent:** Monday, February 17, 2025 2:42 PM
**To:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Faridi, Muhammad (Departed User) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; McLellan, Eric M. <emclellan@kellogghansen.com>; Sella, Chandler J. <csella@kellogghansen.com>
**Subject:** RE: internal deadlines

**External: Think before you click.**

Good afternoon,

I am following up on this. While many of our internal deadlines—including tomorrow's deadline for exchange of witness lists and depo designations—are already agreed to, as expressed in your January 9th letter, we would like to have the entire schedule finalized soon. Could you please confirm by the end of the week that the new additions/amendments to the attached schedule (reflected in red) are acceptable?

**Kelley C. Schiffman**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**

Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7943 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Schiffman, Kelley C.
**Sent:** Saturday, February 8, 2025 11:47 AM
**To:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; McLellan, Eric M. <emclellan@kellogghansen.com>; Sella, Chandler J. <csella@kellogghansen.com>
**Subject:** RE: internal deadlines

Good morning,

Please find attached a further revised schedule responsive to your January 9th letter and your jury questionnaire proposal in your email dated February 3rd. Revisions are noted in red. Our hope is that this may act as our final schedule. Please confirm whether you agree.

We believe we have now reached consensus on the depo designation, video deposition, exhibit list, and joint pretrial stipulation procedures insofar as they are agreed to in your January 9th letter. We are in receipt of your proposed stipulation regarding trial matters. We will respond with a draft stipulation per the deadlines in the attached schedule. We also agree with your suggestion in your January 9th letter that Innovative share a draft of the Stipulation Regarding Foundation, Waiver of Best Evidence Rules, Etc. sufficiently in advance of the April 18, 2025 deadline. We will do so.

Best,
**Kelley C. Schiffman**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7943 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is

privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>
**Sent:** Friday, January 17, 2025 4:04 PM
**To:** Schiffman, Kelley C. <kschiffman@kellogghansen.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>
**Subject:** [EXTERNAL] RE: internal deadlines

Good afternoon,

Following up on our January 9, 2025 letter, attached is a proposed stipulation regarding trial logistics.

Best,
Andy

---

**From:** Kirschenbaum, Andrew (x2831)
**Sent:** Thursday, January 9, 2025 8:45 PM
**To:** 'Schiffman, Kelley C.' <kschiffman@kellogghansen.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>
**Subject:** RE: internal deadlines

Good evening Kelley,

Biosense Webster's response to your letter of January 8 is attached.

Best,
Andy

---

**From:** Schiffman, Kelley C. <kschiffman@kellogghansen.com>
**Sent:** Wednesday, January 8, 2025 3:37 PM
**To:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>
**Subject:** RE: internal deadlines

**External: Think before you click.**

Good afternoon,

In advance of our meeting, here is a proposed revised schedule, with revisions noted in red. I am also attaching a letter containing some additional scheduling proposals.

Best,
**Kelley C. Schiffman**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7943 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>
**Sent:** Tuesday, January 7, 2025 5:42 PM
**To:** Schiffman, Kelley C. <kschiffman@kellogghansen.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa

<LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>
**Subject:** [EXTERNAL] RE: internal deadlines

Great, thank you.

---

**From:** Schiffman, Kelley C. <kschiffman@kellogghansen.com>
**Sent:** Tuesday, January 7, 2025 5:28 PM
**To:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>
**Subject:** RE: internal deadlines

**External: Think before you click.**

Hi Andrew – Yes, we can be available tomorrow at 4-5pm ET. I will circulate a zoom link shortly. I will also send a slightly amended proposed schedule responsive to the points we discussed last week by the end of today.

**Kelley C. Schiffman**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7943 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of

this communication. Thank you.

---

**From:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>
**Sent:** Tuesday, January 7, 2025 4:55 PM
**To:** Schiffman, Kelley C. <kschiffman@kellogghansen.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>
**Subject:** [EXTERNAL] RE: internal deadlines

Good afternoon Kelley,

Happy new year. Could you please let us know your availability to discuss the proposed internal deadlines? We can be available tomorrow before 11:00 ET or between 4 and 5 ET, if either window works on your end.

Best,
**Andy Kirschenbaum**
He | Him | His
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T  212.336.2831

**akirschenbaum@pbwt.com**

---

**From:** Schiffman, Kelley C. <kschiffman@kellogghansen.com>
**Sent:** Thursday, December 26, 2024 8:45 AM
**To:** Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>;

Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>
**Subject:** RE: internal deadlines

**External: Think before you click.**

Good morning,

I hope everyone had a restful holiday. I am circling back about the attached. We would appreciate reaching an agreement on internal deadlines by the end of the year.

Best,
**Kelley C. Schiffman**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7943 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Schiffman, Kelley C.
**Sent:** Tuesday, December 17, 2024 8:52 AM
**To:** Cruz, Alejandro (x7613) <acruz@pbwt.com>; Lobb, Sean <stlobb@stradlinglaw.com>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Kraft, Karla' <KKraft@stradlinglaw.com>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>
**Cc:** Jeffrey Berhold <jeff@berhold.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Matthew Summers <msummers@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>; Ho, Derek T. <dho@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>
**Subject:** internal deadlines

Good morning,

Please find attached Plaintiff's proposed internal deadlines for exchanging deposition designations, exhibit lists, witness lists, draft jury questionnaires, etc.

We have verified that each deadline complies with the local rules and Judge Selna's standing orders. The proposed schedule also closely follows the structure of the one previously agreed to in this case. Dates in bold are already fixed by the court's Scheduling Order.

We hope we can work together to finalize these internal deadlines by the end of the year.

Best,
**Kelley C. Schiffman**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7943 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you

should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.