# EXHIBIT 5

**UPDATED FEBRUARY 20, 2025**

# *Innovative Health v. Biosense Webster, Inc.*
## Biosense Updated Witness List (02.20.2025)[1]

**1.  LIVE WITNESSES**

    A.  <u>Expect to Call</u>

        i.  Avi Shalgi

        ii.  Jose Osorio

        iii.  Fairy Zare

        iv.  Conrad Ramos

        v.  Stephenie Orsini

        vi.  Lawrence Wu

        vii.  Wendy Tam

    B.  <u>May Call</u>

        i.  Michael Bodner

        ii.  Blessan Joseph

        iii.  Joseph Koenig

        iv.  Meredith Snider

        v.  Timothy Einwechter

---

[1] Biosense reserves the right to amend this updated witness list. Biosense reserves the right to add any of the witnesses that Innovative identifies as witnesses it expects to call live at trial to its list of witnesses by deposition and provide designations from such depositions, if Innovative does not in fact call the witness live at trial. Biosense also reserves the right to call any witness identified on Innovative's witness list.

**UPDATED FEBRUARY 20, 2025**

2. **WITNESSES BY DEPOSITION**

   i. Christine Bienvenue-Kauffman
   ii. Rafal Chudzik
   iii. Donald Coldiron
   iv. Amy Cormier
   v. Shibaji Shome
   vi. Frank Czajka
   vii. Nick Demczuk
   viii. Aaron DeTate
   ix. Dave Distel
   x. Matthew Dambeck
   xi. Timothy Einwechter
   xii. Rick Ferreira
   xiii. Michael Idio
   xiv. Blessan Joseph
   xv. David Muecke
   xvi. Mary Roberts
   xvii. Cheryl Saxby
   xviii. Todd Senard
   xix. Jay Farris
   xx. Robert Stanton
   xxi. Elizabeth Stoneman
   xxii. Lars Thording
   xxiii. Portia Tranguch
   xxiv. Troy Tuttle
   xxv. Allen Wish
   xxvi. Uri Yaron