# EXHIBIT 6

*Innovative Health LLC v. Biosense Webster, Inc.*, No. 8:19-cv-1984-JVS (KES) (C.D. Cal.)
**Innovative Initial Witness List (Feb. 20, 2025)**

| Witness | Live or Depo | Status |
| --- | --- | --- |
| DeTate, Aaron (case-in-chief and rebuttal witness) | Live | Will Call |
| Distel, Dave (case-in-chief and rebuttal witness) | Live | Will Call |
| Ferreira, Rick | Live | Will Call |
| Forister, Eric (case-in-chief and rebuttal witness) | Live | Will Call |
| Snider, Meredith | Live | Will Call |
| Bracher, Maureen | Live | May Call |
| Chudzik, Rafal | Live | May Call |
| Dambeck, Matthew | Live | May Call |
| Doshi, Dr. Rahul | Live | May Call |
| Fanger, Jonathan | Live | May Call |
| Joseph, Blessan | Live | May Call |
| Bodner, Michael | Live or Depo | May Call |
| Demczuk, Nick | Live or Depo | May Call |
| Idio, Michael | Live or Depo | May Call |
| Koenig, Joseph | Live or Depo | May Call |
| Martin, Noah | Live or Depo | May Call |
| Palfi, Sandor | Live or Depo | May Call |
| Ramos, Conrad | Live or Depo | May Call |
| Roberts, Mary | Live or Depo | May Call |
| Shalgi, Avi | Live or Depo | May Call |
| Tuttle, Troy | Live or Depo | May Call |
| Yaron, Uri | Live or Depo | May Call |
| Zare, Fairy | Live or Depo | May Call |
| Coldiron, Don | Depo | May Call |
| Czajka, Frank | Depo | May Call |
| Senard, Todd | Depo | May Call |
| Thomas, Vincent | Depo | May Call |
| Tranguch, Portia | Depo | May Call |

Plaintiff reserves the right to call any of the identified witnesses in its case-in-chief, rebuttal case, or both.

Plaintiff further reserves the right to supplement this witness list with additional, foundation-only witnesses—including but not limited to employees of Defendant, Sterilmed, and/or Johnson & Johnson—to sponsor documents, pending the outcome of the parties' stipulation as to trial matters (due April 11, 2025), which will address *inter alia* whether documents (authenticated pursuant to ECF Nos. 88, 84) may be introduced into evidence without a sponsor.

Plaintiff further reserves the right to amend this witness list in any respect based on review of Defendant's initial witness list.