# EXHIBIT 7

| | |
|---|---|
| **From:** | Reade, Matthew D. |
| **To:** | Cruz, Alejandro (x7613) |
| **Cc:** | Cavanaugh, William F. (x2793); Sean Lobb; ~muhammad.faridi@linklaters.com; Kirschenbaum, Andrew (x2831); Harper, Christine (x2286); Matthew Summers; Jeffrey Berhold; Ho, Derek T.; Goldsmith, Andrew E.; Schiffman, Kelley C.; Anderson, Rachel T.; Morales-Kimball, Annamaria M.; Quirk, Sean P.; Joshua P. Davis; Kyla Gibboney; Julie A. Pollock; Panteha Abdollahi; Karla Kraft; Lisa Northrup |
| **Subject:** | Re: Innovative Health v. Biosense Webster - Updated Witness List |
| **Date:** | Thursday, February 27, 2025 10:31:58 AM |

**External: Think before you click.**

Alejandro:

Thanks again for your professional courtesy and prompt communication regarding the joint stipulation.

We do not agree that Biosense's disclosure of Dr. Osorio and Ms. Tam for the first time within weeks of trial was timely, harmless, or consistent with the parties' agreed-upon schedule.

Regarding documents, Innovative already produced documents relevant to Ms. Snider, who joined Innovative after the close of the original fact discovery period in this case, on January 20. If Biosense desired additional documents (or, for that matter, depositions), it should have informed Innovative promptly after Innovative disclosed Ms. Snider and Dr. Rahul Doshi last year.

Nonetheless, in the interest of ensuring that no time is wasted before the Court addresses Biosense's untimely disclosures, Innovative will agree to the reciprocal exchange of documents from the categories identified by my email yesterday morning.

That is, Innovative will produce documents, to the extent they exist, from the following categories:

1. Documents reflecting and describing all compensation paid to Dr. Doshi, or to any entity affiliated with him, by Innovative Health (or an affiliate).
2. Documents showing the terms of any consulting arrangement between Dr. Doshi (or any entity affiliated with him) and Innovative Health (or an affiliate).
3. Documents reflecting the terms of Ms. Snider's employment.
4. Documents showing Ms. Snider's compensation over time, separately identifying wages or base salary and any bonuses, commissions, and other forms of payment.

5. All responsive documents (including emails) located in the files of Ms. Snider using the same search terms used by Innovative in original discovery.

Innovative will apply an end date of November 15, 2024, to its search of Ms. Snider's files (items 3-5 above). Biosense is free to apply the same date limitation for Ms. Tam.

This agreement is provided in the spirit of cooperation and does not mitigate the prejudice from Biosense's tardy disclosures and tardy requests.

Best,
Matthew

**Matthew D. Reade**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
ph: (202) 326-7913 | fx: (202) 326-7999

---

**From:** Reade, Matthew D. <mreade@kellogghansen.com>
**Date:** Wednesday, February 26, 2025 at 7:48 PM
**To:** Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>, Sean Lobb <stlobb@stradlinglaw.com>, ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>, Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>, Harper, Christine (x2286) <charper@pbwt.com>, Matthew Summers <msummers@bm.net>, Jeffrey Berhold <jeff@berhold.com>, Ho, Derek T. <dho@kellogghansen.com>, Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>, Schiffman, Kelley C. <kschiffman@kellogghansen.com>, Anderson, Rachel T. <randerson@kellogghansen.com>, Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>, Quirk, Sean P. <squirk@kellogghansen.com>, Joshua P. Davis <jdavis@bm.net>, Kyla Gibboney <kgibboney@bm.net>, Julie A. Pollock <jpollock@bm.net>, Panteha Abdollahi <pabdollahi@tocounsel.com>, Karla Kraft <KKraft@stradlinglaw.com>, Lisa Northrup <LNorthrup@stradlinglaw.com>
**Subject:** Re: Innovative Health v. Biosense Webster - Updated Witness List

Alejandro:

Thank you for the edits to the stipulation and proposed order. We accept all your changes, so we understand we have your consent to file. We will file the finalized papers shortly.

I will address the other matters in your email later tonight.

Best,
Matthew

**Matthew D. Reade**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
ph: (202) 326-7913 | fx: (202) 326-7999

---

**From:** Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Date:** Wednesday, February 26, 2025 at 5:47 PM
**To:** Reade, Matthew D. <mreade@kellogghansen.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>, Sean Lobb <stlobb@stradlinglaw.com>, ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>, Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>, Harper, Christine (x2286) <charper@pbwt.com>, Matthew Summers <msummers@bm.net>, Jeffrey Berhold <jeff@berhold.com>, Ho, Derek T. <dho@kellogghansen.com>, Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>, Schiffman, Kelley C. <kschiffman@kellogghansen.com>, Anderson, Rachel T. <randerson@kellogghansen.com>, Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>, Quirk, Sean P. <squirk@kellogghansen.com>, Joshua P. Davis <jdavis@bm.net>, Kyla Gibboney <kgibboney@bm.net>, Julie A. Pollock <jpollock@bm.net>, Panteha Abdollahi <pabdollahi@tocounsel.com>, Karla Kraft <KKraft@stradlinglaw.com>, Lisa Northrup <LNorthrup@stradlinglaw.com>
**Subject:** [EXTERNAL] RE: Innovative Health v. Biosense Webster - Updated Witness List

Matthew:

For the reasons discussed during the parties' calls on this issue, we disagree with your characterizations of the record below, as well as the assertion that there is or will be any prejudice to Innovative from BWI's timely disclosure of Dr. Osorio and Ms. Tam, consistent with the parties agreed-upon schedule and months before trial. Accordingly, attached are new versions of your proposed stipulation and order reflecting our edits in track changes. If these are acceptable, we believe they are ready to file.

On the issue of document exchange, BWI is amenable to producing the categories of documents you proposed for Dr. Osorio and Ms. Tam on the condition that Innovative produce the same categories of materials related to Dr. Doshi and Ms. Snider (including with respect to Ms. Snider's entire tenure at Innovative), and subject to good-faith conferrals between the parties to accommodate any issues of volume or timing that may arise. ***Please confirm that Innovative agrees to a reciprocal exchange of documents for the relevant witnesses.***

Once we ascertain the documents that are available for Ms. Tam, we will let you know if March 5 is a feasible date for production, and we request that you do the same for Dr. Doshi and Ms. Snider.

Regards,

Alejandro

**Alejandro H. Cruz**
Partner
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY 10036
T: 212.336.7613
acruz@pbwt.com | www.pbwt.com

---

**From:** Reade, Matthew D. <mreade@kellogghansen.com>
**Sent:** Wednesday, February 26, 2025 9:57 AM
**To:** ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Harper, Christine (x2286) <charper@pbwt.com>; Matthew Summers <msummers@bm.net>; Jeffrey Berhold <jeff@berhold.com>; Ho, Derek T. <dho@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Schiffman, Kelley C. <kschiffman@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Sean Lobb <stlobb@stradlinglaw.com>; Karla Kraft <KKraft@stradlinglaw.com>; Lisa Northrup <LNorthrup@stradlinglaw.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Subject:** Re: Innovative Health v. Biosense Webster - Updated Witness List

**External: Think before you click.**

Counsel:

Yesterday, you asked us whether Innovative would agree not to call Ms. Snider if Biosense withdrew Ms. Tam as a witness at trial.

Having considered your proposal, Innovative does not agree. Both of Biosense's new witnesses were known to Biosense, were available, and had discoverable information during the original discovery period. But Biosense waited to disclose them until the last

possible moment.

Biosense has suggested that it disclosed Dr. Osorio in response to Innovative's disclosure of Dr. Doshi last year. But Innovative identified Dr. Doshi in response to Biosense's disclosure (after the close of fact discovery) of Dr. Thomas, Biosense's former medical safety officer, and Innovative designated Dr. Doshi to testify on virtually the same topics.

Innovative took Dr. Thomas's deposition in Orange County, his place of employment with Johnson & Johnson, in September 2024. Dr. Thomas holds the same position with Johnson & Johnson today as he did when he was deposed. Biosense made Dr. Thomas available for deposition then, and he remains available to Biosense to call live at trial. Biosense identifies no change in Dr. Thomas's circumstances that would justify substituting an entirely new witness in his place weeks before trial. The last-minute substitution of Dr. Osorio, a longtime paid consultant of Biosense, for Dr. Thomas has no justification and prejudices Innovative's ability to prepare for trial.

Unless Biosense withdraws both Ms. Tam and Dr. Osorio promptly, Innovative intends to move to strike them.

Please let us know your position today on the proposed stipulated briefing schedule. Please also inform us today whether Biosense will produce the requested documents relevant to Ms. Tam and Dr. Osorio by March 5.

We are available to meet and confer today if useful.

Best,
Matthew

**Matthew D. Reade**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
ph: (202) 326-7913 | fx: (202) 326-7999

---

**From:** Reade, Matthew D. <mreade@kellogghansen.com>
**Date:** Tuesday, February 25, 2025 at 10:23 AM
**To:** Faridi, Muhammad <muhammad.faridi@linklaters.com>, Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>, Harper, Christine (x2286) <charper@pbwt.com>, Matthew Summers <msummers@bm.net>, Jeffrey Berhold <jeff@berhold.com>, Ho, Derek T. <dho@kellogghansen.com>, Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>, Schiffman, Kelley C.

<kschiffman@kellogghansen.com>, Anderson, Rachel T. <randerson@kellogghansen.com>, Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>, Quirk, Sean P. <squirk@kellogghansen.com>, Joshua P. Davis <jdavis@bm.net>, Kyla Gibboney <kgibboney@bm.net>, Julie A. Pollock <jpollock@bm.net>, Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>, Sean Lobb <stlobb@stradlinglaw.com>, Karla Kraft <KKraft@stradlinglaw.com>, Lisa Northrup <LNorthrup@stradlinglaw.com>, Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Subject:** Re: Innovative Health v. Biosense Webster - Updated Witness List

Yes, thank you. I've sent an invite for 3 PM.

**Matthew D. Reade**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
ph: (202) 326-7913 | fx: (202) 326-7999

---

**From:** Faridi, Muhammad <muhammad.faridi@linklaters.com>
**Date:** Tuesday, February 25, 2025 at 10:22 AM
**To:** Reade, Matthew D. <mreade@kellogghansen.com>, Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>, Harper, Christine (x2286) <charper@pbwt.com>, Matthew Summers <msummers@bm.net>, Jeffrey Berhold <jeff@berhold.com>, Ho, Derek T. <dho@kellogghansen.com>, Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>, Schiffman, Kelley C. <kschiffman@kellogghansen.com>, Anderson, Rachel T. <randerson@kellogghansen.com>, Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>, Quirk, Sean P. <squirk@kellogghansen.com>, Joshua P. Davis <jdavis@bm.net>, Kyla Gibboney <kgibboney@bm.net>, Julie A. Pollock <jpollock@bm.net>, Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>, Sean Lobb <stlobb@stradlinglaw.com>, Karla Kraft <KKraft@stradlinglaw.com>, Lisa Northrup <LNorthrup@stradlinglaw.com>, Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Subject:** [EXTERNAL] RE: Innovative Health v. Biosense Webster - Updated Witness List

Can you do 3:00?

**Muhammad Faridi | Partner | T +1 212 903 9325 | Linklaters LLP | New York**

---

**From:** Reade, Matthew D. <mreade@kellogghansen.com>
**Sent:** Tuesday, February 25, 2025 10:20 AM
**To:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Harper, Christine (x2286) <charper@pbwt.com>; Matthew Summers <msummers@bm.net>; Jeffrey Berhold

<jeff@berhold.com>; Ho, Derek T. <dho@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Schiffman, Kelley C. <kschiffman@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Sean Lobb <stlobb@stradlinglaw.com>; Karla Kraft <KKraft@stradlinglaw.com>; Lisa Northrup <LNorthrup@stradlinglaw.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Faridi, Muhammad <muhammad.faridi@linklaters.com>
**Subject:** Re: Innovative Health v. Biosense Webster - Updated Witness List

**Caution: External email.**

Counsel: We're available at 2:30 ET. Does that work for you? We can send an invite.

Best,

**Matthew D. Reade**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
ph: (202) 326-7913 | fx: (202) 326-7999

---

**From:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>
**Date:** Tuesday, February 25, 2025 at 10:03 AM
**To:** Reade, Matthew D. <mreade@kellogghansen.com>, Harper, Christine (x2286) <charper@pbwt.com>, Matthew Summers <msummers@bm.net>, Jeffrey Berhold <jeff@berhold.com>, Ho, Derek T. <dho@kellogghansen.com>, Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>, Schiffman, Kelley C. <kschiffman@kellogghansen.com>, Anderson, Rachel T. <randerson@kellogghansen.com>, Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>, Quirk, Sean P. <squirk@kellogghansen.com>, Joshua P. Davis <jdavis@bm.net>, Kyla Gibboney <kgibboney@bm.net>, Julie A. Pollock <jpollock@bm.net>, Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>, Sean Lobb <stlobb@stradlinglaw.com>, Karla Kraft <KKraft@stradlinglaw.com>, Lisa Northrup <LNorthrup@stradlinglaw.com>, Cruz, Alejandro (x7613) <acruz@pbwt.com>, ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>
**Subject:** [EXTERNAL] RE: Innovative Health v. Biosense Webster - Updated Witness List

Counsel,

We would like to have a call today to discuss your email. Please let us know your availability.

Best,
Andy

---

**From:** Reade, Matthew D. <mreade@kellogghansen.com>
**Sent:** Monday, February 24, 2025 12:21 PM
**To:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Harper, Christine (x2286) <charper@pbwt.com>; Matthew Summers <msummers@bm.net>; Jeffrey Berhold <jeff@berhold.com>; Ho, Derek T. <dho@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Schiffman, Kelley C. <kschiffman@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Sean Lobb <stlobb@stradlinglaw.com>; Karla Kraft <KKraft@stradlinglaw.com>; Lisa Northrup <LNorthrup@stradlinglaw.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>
**Subject:** Re: Innovative Health v. Biosense Webster - Updated Witness List

**External: Think before you click.**

Counsel,

Innovative Health maintains its objections to Biosense's untimely disclosure of Wendy Tam and Jose Osorio in its amended initial disclosures and witness list dated February 20, 2025.

Although your letter bearing the same date offers depositions of each late-disclosed witness, Biosense has not offered to produce relevant records regarding either witness.

Please confirm as promptly as possible, and no later than **5 PM Eastern Time on Tuesday, February 25**, whether Biosense will produce the following materials:

1. Documents reflecting and describing all compensation paid to Dr. Osorio, or to any entity affiliated with Dr. Osorio, by Biosense Webster, Johnson & Johnson, or any other Johnson & Johnson affiliate.
2. Documents showing the terms of any consulting arrangement between Dr. Osorio (or any entity affiliated with Dr. Osorio) and Biosense Webster (or another Johnson & Johnson entity).
3. Documents reflecting the terms of Ms. Tam's employment.
4. Documents showing Ms. Tam's compensation over time, separately identifying wages or base salary and any bonuses, commissions, and other forms of payment.
5. All responsive documents (including emails) located in the files of Ms. Tam using the same search terms used by Biosense in original discovery.

Please also confirm that Biosense will produce those materials by **Wednesday, March 5**, so that Innovative can begin preparing to depose your new witnesses in the event the Court does not order their exclusion.

Your letter also requested deposition dates for Meredith Snider and Rahul Doshi. Biosense should have made that request months ago. Nonetheless, Innovative will offer dates for each witness. Though he is very busy, Dr. Doshi has made himself available on March 14 for a half-day deposition in Orange County. Please confirm that date works. We will follow up soon with availability for Ms. Snider.

Finally, we expect to provide a draft stipulation to govern briefing the dispute over Biosense's untimely witness disclosures later today.

Best,
Matthew

**Matthew D. Reade**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
ph: (202) 326-7913 | fx: (202) 326-7999

**From:** Reade, Matthew D. <mreade@kellogghansen.com>
**Date:** Friday, February 21, 2025 at 2:41 PM
**To:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>, Harper, Christine (x2286) <charper@pbwt.com>, Matthew Summers <msummers@bm.net>, Jeffrey Berhold <jeff@berhold.com>, Ho, Derek T. <dho@kellogghansen.com>, Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>, Schiffman, Kelley C. <kschiffman@kellogghansen.com>, Anderson, Rachel T. <randerson@kellogghansen.com>, Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>, Quirk, Sean P. <squirk@kellogghansen.com>, Joshua P. Davis <jdavis@bm.net>, Kyla Gibboney <kgibboney@bm.net>, Julie A. Pollock <jpollock@bm.net>, Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>, Sean Lobb <stlobb@stradlinglaw.com>, Karla Kraft <KKraft@stradlinglaw.com>, Lisa Northrup <LNorthrup@stradlinglaw.com>, Cruz, Alejandro (x7613) <acruz@pbwt.com>, ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>
**Subject:** Re: Innovative Health v. Biosense Webster - Updated Witness List

Thank you, Andy. I will circulate a calendar invite shortly.

**Matthew D. Reade**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
ph: (202) 326-7913 | fx: (202) 326-7999

**From:** Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>
**Date:** Friday, February 21, 2025 at 2:39 PM
**To:** Reade, Matthew D. <mreade@kellogghansen.com>, Harper, Christine (x2286) <charper@pbwt.com>, Matthew Summers <msummers@bm.net>, Jeffrey Berhold <jeff@berhold.com>, Ho, Derek T. <dho@kellogghansen.com>, Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>, Schiffman, Kelley C. <kschiffman@kellogghansen.com>, Anderson, Rachel T. <randerson@kellogghansen.com>, Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>, Quirk, Sean P. <squirk@kellogghansen.com>, Joshua P. Davis <jdavis@bm.net>, Kyla Gibboney <kgibboney@bm.net>, Julie A. Pollock <jpollock@bm.net>, Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>, Sean Lobb <stlobb@stradlinglaw.com>, Karla Kraft <KKraft@stradlinglaw.com>, Lisa Northrup <LNorthrup@stradlinglaw.com>, Cruz, Alejandro (x7613) <acruz@pbwt.com>, ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>
**Subject:** [EXTERNAL] RE: Innovative Health v. Biosense Webster - Updated Witness List

Matthew:

We are free to discuss at 4:00 pm today.

Best,
Andy

---

**From:** Reade, Matthew D. <mreade@kellogghansen.com>
**Sent:** Thursday, February 20, 2025 10:03 PM
**To:** Harper, Christine (x2286) <charper@pbwt.com>; Matthew Summers <msummers@bm.net>; Jeffrey Berhold <jeff@berhold.com>; Ho, Derek T. <dho@kellogghansen.com>; Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>; Schiffman, Kelley C. <kschiffman@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Sean Lobb <stlobb@stradlinglaw.com>; Karla Kraft <KKraft@stradlinglaw.com>; Lisa Northrup <LNorthrup@stradlinglaw.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>
**Subject:** Re: Innovative Health v. Biosense Webster - Updated Witness List

**External: Think before you click.**

Counsel:

Innovative objects to Biosense's belated disclosure of its longtime employee Wendy Tam and longtime paid consultant Jose Osorio in its amended initial disclosures and its witness list today, February 19, 2025, more than five years after the filing of this case and two days after the original agreed deadline for exchanging witness lists in this matter. If Biosense wished to rely on those individuals, it had plenty of opportunity to disclose them and should have disclosed them earlier—if not during discovery, then certainly well before the parties exchanged witness lists, as Innovative did in disclosing Dr. Doshi and Ms. Snider (a new customer and new employee, respectively) five months before trial.

Biosense's disclosures of Ms. Tam and Dr. Osorio for the first time during the parties' witness list exchange are untimely, improper, and prejudicial. Unless Biosense commits not to call either witness, Innovative will seek relief from the Court. Please share your availability after **3:30 PM Eastern Time tomorrow** to meet and confer.

In the interest of time, given the parties' ongoing trial preparations, Innovative proposes that the parties address any dispute via a short joint motion to be filed **Tuesday, 25 February**, and request that the Court resolve this issue during the hearing already set for **Monday, 3 March**.

A proposal for preparing that joint motion follows (all times Eastern). If Biosense will not withdraw Ms. Tam and Dr. Osorio, please confirm whether Biosense is amenable to this procedure by **6 PM tomorrow**.

- **Tuesday, 25 February:**
    - **12 PM ET:** Parties exchange 3-page argument inserts for inclusion in one joint motion.
    - **3 PM ET:** Innovative sends to Biosense draft joint filing.
    - **4 PM ET:** Biosense provides redlines or consent to file; Innovative promptly reverts with any further edits or confirmation.
    - **5 PM ET:** Innovative files.

Thank you,
Matthew

**Matthew D. Reade**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
ph: (202) 326-7913 | fx: (202) 326-7999

---

**From:** Harper, Christine (x2286) <charper@pbwt.com>
**Date:** Thursday, February 20, 2025 at 11:52 AM
**To:** Matthew Summers <msummers@bm.net>, Jeffrey Berhold <jeff@berhold.com>, Ho,

Derek T. <dho@kellogghansen.com>, Goldsmith, Andrew E. <agoldsmith@kellogghansen.com>, Schiffman, Kelley C. <kschiffman@kellogghansen.com>, Reade, Matthew D. <mreade@kellogghansen.com>, Anderson, Rachel T. <randerson@kellogghansen.com>, Morales-Kimball, Annamaria M. <amorales-kimball@kellogghansen.com>, Quirk, Sean P. <squirk@kellogghansen.com>, Joshua P. Davis <jdavis@bm.net>, Kyla Gibboney <kgibboney@bm.net>, Julie A. Pollock <jpollock@bm.net>, Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>, Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>, Sean Lobb <stlobb@stradlinglaw.com>, Karla Kraft <KKraft@stradlinglaw.com>, Lisa Northrup <LNorthrup@stradlinglaw.com>, Cruz, Alejandro (x7613) <acruz@pbwt.com>, ~muhammad.faridi@linklaters.com <muhammad.faridi@linklaters.com>
**Subject:** [EXTERNAL] Innovative Health v. Biosense Webster - Updated Witness List

Dear Kelley:

Please see the attached correspondence and attachments on behalf of Biosense Webster, Inc. Thank you.

Regards,

Christine

**Christine Harper**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2286
charper@pbwt.com

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Any business communication sent by or on behalf of Linklaters LLP or one of its affiliated firms or other entities (together "Linklaters") is confidential and may be privileged or otherwise protected. If you receive it in error please inform us and then delete it immediately from your system. You should not copy it or disclose its contents to anyone. Please be aware that messages sent to and from Linklaters may be monitored for reasons of security, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies. Emails are not a secure method of communication, can be intercepted and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to understand and accept the above.

Linklaters LLP is a limited liability partnership registered in England and Wales with registered number OC326345. It is a law firm authorised and regulated by the Solicitors Regulation Authority ([www.sra.org.uk](www.sra.org.uk)), with SRA ID: 460682. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. Please refer to [www.linklaters.com/regulation](www.linklaters.com/regulation) for important information on our regulatory position. A list of Linklaters LLP members together with a list of those non-members who are designated as partners and their professional qualifications, may be inspected at our registered office, One Silk Street, London EC2Y 8HQ and such persons are either solicitors or registered foreign lawyers.

We take your privacy seriously. For information about how we process your personal data, please see our Global Privacy Notice at [www.linklaters.com/en/legal-notices/privacy-notice](www.linklaters.com/en/legal-notices/privacy-notice).

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---