# EXHIBIT 8

## Contact

www.linkedin.com/in/meredith-snider-60093011 (LinkedIn)

## Top Skills

Capital Equipment

Clinical Research

Cross-functional Team Leadership

# Meredith Snider

Sr Director, Sales Operations at Innovative Health LLC

Fort Worth, Texas, United States

## Experience

**Innovative Health LLC**

2 years 11 months

Sr Director, Sales Operations

July 2023 - Present (1 year 8 months)

Director, Corporate Accounts

April 2022 - July 2023 (1 year 4 months)

**Cardinal Health**

OR Specialist

March 2020 - April 2022 (2 years 2 months)

**American Surgical Professionals**

General Manager

July 2017 - March 2020 (2 years 9 months)

**Intralign**

General Manager, IOS

September 2016 - July 2017 (11 months)

Efficient, high-quality surgical assistance gives the hospital and the surgeon the ability to do more with fewer resources – helping the transition to value-based care. Intralign's OR Optimization Program optimizes the surgical episode from a resource and quality perspective, leveraging advanced trained Surgical First Assistants (SFAs) to improve quality while reducing surgery time and lowering costs.

**Intralign**

Director, National Sales and Corporate Accounts

2014 - 2016 (2 years)

**Stryker Sustainability Solutions**

9 years

Director, Strategic Accounts

2013 - 2014 (1 year)

Regional Manager
2010 - 2013 (3 years)

Account Executive
2008 - 2010 (2 years)

Account Manager
2005 - 2008 (3 years)

---

## Education

SMU Cox School of Business

BBA, Finance · (2000 - 2004)