Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
Kelley C. Schiffman, Esq.
State Bar No. 325023
Rachel T. Anderson, Esq.*
Annamaria M. Morales-Kimball, Esq.*
Sean P. Quirk, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
kschiffman@kellogghansen.com
randerson@kellogghansen.com
amoraleskimball@kellogghansen.com
squirk@kellogghansen.com
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br>Assigned for all purposes to:<br>Honorable James V. Selna<br>**DECLARATION OF SEAN P. QUIRK IN SUPPORT OF PLAINTIFF INNOVATIVE HEALTH LLC'S REPLY IN SUPPORT OF MOTION TO STRIKE DEFENDANT'S LATE-DISCLOSED TRIAL WITNESSES**<br>Date:   March 10, 2025<br>Time:   1:30 p.m.<br>Crtrm:  10C<br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

1

*DECLARATION OF SEAN P. QUIRK*

I, Sean P. Quirk, declare as follows:

1. I am an attorney admitted to the bars of the State of New York and the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I practice law at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and represent the plaintiff, Innovative Health LLC, in this matter.

2. I make this declaration in support of Plaintiff Innovative Health LLC's Reply in support of Motion To Strike Defendant's Late-Disclosed Trial Witnesses.

3. The facts I state here are true and correct. They are based on my own personal knowledge or knowledge I gleaned from reviewing files pertinent to this matter. If called as a witness to testify, I could and would competently testify to these facts.

4. A true and correct copy of a March 5, 2025 email from counsel for Innovative to counsel for Biosense is attached to this declaration as **Exhibit 9**.

5. A true and correct copy of a March 4, 2025 letter from counsel for Innovative to counsel for Biosense is attached to this declaration as **Exhibit 10**.

6. A true and correct copy of a February 26, 2025 email from counsel for Biosense to counsel for Innovative is attached to this declaration as **Exhibit 11**.

7. A true and correct copy of a March 5, 2025 letter from counsel for Innovative to counsel for Biosense is attached to this declaration as **Exhibit 12**.

8. A true and correct copy of an excerpt of the final transcript of the September 9, 2024 deposition of Dr. Vincent Thomas is attached to this declaration as **Exhibit 13**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of March 2025, in Washington, DC.

/s/ *Sean P. Quirk*
Sean P. Quirk