# EXHIBIT 13

Vincent Thomas , M.D.                    September 9, 2024
Innovative Health, LLC v. Biosense Webster, Inc.

Page 1

1                  UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3                       SOUTHERN DIVISION

4

5     INNOVATIVE HEALTH LLC,        ) Case No.

                                    ) 8:19-cv-01984-JVS-KES

6          Plaintiff,               )

                                    )

7          vs.                      )

                                    )

8     BIOSENSE WEBSTER, INC.,       )

                                    )

9             Defendant.            )

      _____)

10

11

12          RECORDED DEPOSITION OF VINCENT THOMAS, M.D., a

13          witness herein, noticed by Jeffrey L. Berhold,

14          P.C., taken at 535 Anton Boulevard, Costa Mesa,

15          California at 8:55 a.m., on Monday, September 9,

16          2024, before Delia M. Satterlee, CSR 9114.

17

18

19

20

21

22

23          Job Number 6870736

24

25

Vincent Thomas , M.D.                    September 9, 2024
Innovative Health, LLC v. Biosense Webster, Inc.

Page 7

1          Q.   What does Shockwave do?

2          A.   Shockwave Medical is a company that was

3     recently acquired by Johnson & Johnson.  They create

4     products that support peripheral and coronary vascular

5     calcificated disease.  Sorry.  Calcification disease.

6          Q.   And you are currently not involved with

7     Biosense Webster; is that right?

8          A.   That is correct.

9          Q.   Where physically is your office?

10         A.   My current location is based in Irvine, though

11    I do work from home.

12         Q.   You work primarily from home?

13         A.   With the recent change to the new position, I

14    would say yes.

15         Q.   And is your office in Irvine within the

16    Biosense Webster facilities?

17         A.   So our offices are located in Irvine.  Biosense

18    Webster is located at that facility.

19         Q.   Are you in the same building as Biosense

20    Webster?

21         A.   If I could clarify:  When you say "same

22    building," are you referring to "Do Biosense Webster

23    employees also work there?"

24         Q.   Well, let me ask it a little differently.

25              For you at -- Is the office a Johnson & Johnson

Vincent Thomas , M.D.                           September 9, 2024
Innovative Health, LLC v. Biosense Webster, Inc.

Page 8

1    facility?

2          A.  Yes.

3          Q.  Okay.  And do some Biosense Webster employees

4    work at this Johnson & Johnson facility?

5          A.  Yes.

6          Q.  And are there particular sorts of Biosense

7    Webster employees that are based in this facility?

8          A.  I wouldn't say there's any specifics.

9          Q.  Okay.  Is Biosense Webster's corporate

10   headquarters located somewhere else?  In a different

11   building?

12         A.  No.  I do not believe that to be --

13         Q.  Okay.

14         A.  -- the case.

15         Q.  Now, is your office in Irvine the same as --

16         How long have you had the office in Irvine?

17         A.  So to clarify, we don't have a particular

18   office.  It's sort of an open office architecture.  But

19   I started as Irvine being my -- the location since I was

20   hired at Johnson & Johnson in 2018.

21         Q.  To work at Biosense Webster?

22         A.  Correct.

23         Q.  Have you ever given testimony by deposition?

24         A.  Yes.

25         Q.  How many times?

Vincent Thomas , M.D.                      September 9, 2024
Innovative Health, LLC v. Biosense Webster, Inc.

Page 9

1      A.   Once.

2      Q.   Roughly when?  Do you recall?

3      A.   I believe it was December of last year.

4      Q.   December of 2023?

5      A.   Yes.

6      Q.   Do you recall generally the nature of the

7  testimony?

8      A.   Yes.

9      Q.   What was it?

10      A.   Can I clarify when you say "What was it?"  Like

11  what were you referring to?

12      Q.   Yeah.  So what was the nature of your testimony

13  in that prior deposition?

14      A.   I was asked to support a deposition for a -- a

15  case related to Biosense Webster as an employee of

16  Biosense Webster.

17      Forgive me.  Can I clarify?

18      An employee of Johnson & Johnson supporting

19  Biosense Webster.  I'm not employed by Biosense Webster;

20  I'm employed by Johnson & Johnson.

21      Q.   And this was a case out of Wisconsin?

22      A.   Yes.

23      Q.   And were you asked to testify about facts

24  relating to the case?

25      A.   I was asked to testify about facts that I knew