KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
ALEJANDRO H. CRUZ
(*admitted pro hac vice*)
PATTERSON BELKNAP WEBB AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

MUHAMMAD U. FARIDI
(*admitted pro hac vice*)
muhammad.faridi@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant*. | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION OF ANDREW KIRSCHENBAUM IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT RELATED TO ALLEGED CATHETER COLLECTION PRACTICES**<br><br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

4897-1363-6907v1/106067-0001

I, Andrew Kirschenbaum, declare as follows:

1. I am an attorney admitted to the bar of the State of New York. My *pro hac vice* application to practice before this Court was granted on February 12, 2025. I am a lawyer at Patterson Belknap Webb & Tyler LLP and represent the defendant, Biosense Webster, Inc. ("BWI"), in this matter.

2. I make this declaration in support of BWI's Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices.

3. The facts I state here are true and correct to the best of my knowledge and understanding. I make each of the statements below based on my own personal knowledge and a review of the files associated with this matter. If called as a witness, I could and would testify competently to the facts stated herein.

4. A true and correct copy of the December 2, 2024 Second Supplemental Expert Report of Eric F. Forister, Ph.D is attached hereto as **Exhibit 1**.

5. A true and correct copy of the February 19, 2025 Second Rebuttal Report of Eric F. Forister, Ph.D is attached hereto as **Exhibit 2**.

6. A true and correct copy of the September 24, 2021 Expert Report of Eric F. Forister, Ph.D is attached hereto as **Exhibit 3**.

7. A true and correct copy of excerpted pages from the transcript of the September 15, 2021 deposition of Amy Cormier is attached hereto as **Exhibit 4**.

8. A true and correct copy of excerpted pages from the transcript of the July 27, 2021 deposition of Blessan Joseph is attached hereto as **Exhibit 5**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March 2025, in New York, New York.

By: */s/ Andrew Kirschenbaum*
Andrew Kirschenbaum

- 1 -

4897-1363-6907v1/106067-0001