# Exhibit 4

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

_____

INNOVATIVE HEALTH LLC,

    Plaintiff,               CASE NO.

vs.                       8:19-cv-01984-JVS-KES

BIOSENSE WEBSTER, INC.,

    Defendant.

_____

VIDEOTAPE DEPOSITION OF

AMY CORMIER

APPEARING REMOTE FROM

ATLANTA, GEORGIA

SEPTEMBER 15, 2021

9:34 A.M

Reported By:

Judith L. Leitz Moran

RPR, RSA, CCR-B-2312

APPEARING REMOTELY FROM ATLANTA, GEORGIA

Page 2

1        REMOTE APPEARANCES OF COUNSEL
2
3  On behalf of the Plaintiff and the Witness:
4      JEFFREY L. BERHOLD, ESQUIRE
5      JEFFREY L. BERHOLD, P.C.
6      1230 Peachtree Street
7      Suite 1050
8      Atlanta, Georgia  30309
9
10 On behalf of the Defendant:
11     ALEJANDRO CARVAJAL, ESQUIRE
12     WENDY SERRA, ESQUIRE
13     CRAVATH SWAINE & MOORE LLP
14     Worldwide Plaza
15     825 Eighth Avenue
16     New York, New York  10019
17
18 ALSO PRESENT:
19     * DAVID RAMIREZ, VIRTUAL VIDEO TECHNICIAN
20     * JIM FARMER, VIRTUAL CONCIERAGE
21
22
23
24
25

Page 49

1  A    I don't know the answer to that.
2  Q    Okay.  So I take it that means you don't
3  recall how many times Stryker was cleared to
4  reprocess these devices sort of back from when
5  you -- you worked there?
6  A    Correct.
7  Q    Okay.  Innovative has not requested
8  clearance to reprocess SOUNDSTAR, Lasso and
9  Pentaray catheters more than once as it did for
10 AcuNav; is that correct?
11 A    Are you asking have we received --
12      MR. BERHOLD:  Objection.
13 A    -- have we received a clearance?
14 BY MR. CARVAJAL:
15 Q    I -- I'll -- I'll break it up into two
16 questions.
17      Have -- has Innovative asked for
18 clearance, to your knowledge, for SOUNDSTAR, Lasso
19 or Pentaray to be reprocessed more than once?
20 A    For SOUNDSTAR eco, yes.
21 Q    Okay.
22 A    Lasso and Pentaray, I am not -- I'm not
23 sure about those.  I would have to say I don't
24 know.
25 Q    Okay.  What factors go into the decision

Page 50

1  to request clearance to reprocess more than once?
2      A    I -- I --
3           MR. BERHOLD:  Objection.
4      A    I don't know the answer to that.  That's
5  -- research is done by the R&D team on -- on what
6  would be reprocessed.
7  BY MR. CARVAJAL:
8      Q    Okay.  Sort of as you mentioned for the
9  AcuNav device is in the context of -- of the email
10 from Ms. Babcock that we just reviewed, would it
11 make things in your world, being the supply chain
12 world, easier if Pentaray, Lasso and SOUNDSTAR
13 catheters were able to be reprocessed by Innovative
14 more than once?
15          MR. BERHOLD:  Objection.
16     A    I wouldn't say it would make my life
17 easier.  For me currently for Lasso, eco and
18 Pentaray, it wouldn't make a difference.
19 BY MR. CARVAJAL:
20     Q    And could you elaborate on that or could
21 you describe why not?
22     A    I don't -- I currently have a lot of raw
23 devices in SOUNDSTAR eco and Pentaray that could be
24 reprocessed, but I don't have a reason to -- to
25 reprocess.  There's not a lot of customer demand.

```
                                                    Page 51
 1           So adding additional turns wouldn't
 2   provide me with -- I already had the raw devices to
 3   put into production.  It wouldn't eliminate any
 4   kind of demand problem.
 5       Q   I see.
 6       A   Demand problem from the standpoint of I
 7   have customer back orders or I have excessive need
 8   and I can't fill it.
 9       Q   Okay.  And which two devices was that?
10       A   So Pentaray and SOUNDSTAR eco.
11       Q   Okay.  What about for -- for the Lasso?
12   If the Lasso were cleared to be reprocessed by
13   Innovative more than once, how would that affect
14   you from the supply chain side?
15       A   So of -- of the four here, the Lasso, the
16   SOUNDSTAR eco, the Pentaray and the AcuNav, Lasso's
17   the one that there isn't a lot of demand.  And
18   comparatively, I just don't get that -- as many in
19   the back door.
20           And I don't know -- off the top of my
21   head, it's -- it's not one that I would think of as
22   either a -- having too much inventory or not having
23   enough.
24       Q   Okay.  For -- for Pentaray and SOUNDSTAR,
25   you mentioned that, you know, the reason that it
```

Page 52

1  might not make a difference is because you had some
2  or you had -- I forgot the term you used exactly,
3  but did you mean to say that you have sort of
4  inventory of those two devices on hand?
5       A    I -- I have a lot of inventory of those
6  two devices on hand.
7       Q    Okay.  And could you elaborate on -- on
8  "a lot"?  Is a lot sort of an absolute terms in
9  terms of a raw number or a lot relative to the --
10 to the orders that are coming in or can you just
11 elaborate on that a little?
12      A    So all of the above.  Relatively --
13 relative to the other devices, the raw device
14 inventory I have.  So I -- if it comes in on
15 log-in, I'll have to use what I would consider raw
16 device inventory.
17           Comparatively, I have significantly more
18 SOUNDSTAR ecos and Pentarays in raw device
19 inventory on hand than any other product line.
20           And these aren't exact numbers, but I
21 just noticed because they -- I have to look at what
22 I have in raw device inventory week to week and
23 what to put in.  But last I looked it was around
24 33,000 units of those items.
25           And then if I have 42,000 units and these