# Exhibit 5

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

```
INNOVATIVE HEALTH, LLC,      ) Case No.
                             ) 8:19-cv-1984 JVS
         Plaintiff,          ) (KESx)
                             )
    vs.                      )
                             )
BIOSENSE WEBSTER, INC.,      )
                             )
         Defendant.          )
_____)
```

VIDEO-RECORDED VIRTUAL REMOTE 30(b)(6) and 30(b)(1)

DEPOSITION OF BLESSAN JOSEPH

Atlanta, Georgia
July 27, 2021
9:33 a.m. EST

REPORTED BY:
Janice Gonzales, RPR, CRR
AZ Certified Court
Reporter No. 50844

Page 2

```
 1        VIDEO-RECORDED VIRTUAL REMOTE 30(b)(6) and 30(b)(1)
 2                  DEPOSITION OF BLESSAN JOSEPH
 3        commenced at 9:33 a.m. EST on July 27, 2021, via
 4        Veritext Virtual before Janice Gonzales, RPR, CRR,
 5        Arizona Certified Court Reporter No. 50844.
 6
 7                              * * *
 8
 9        APPEARANCES (via Veritext Virtual):
10            For the Plaintiff:
11                JEFFREY L. BERHOLD, P.C.
                  By: Jeffrey L. Berhold, Esq.
12                1230 Peachtree Street, Suite 1050
                  Atlanta, Georgia 30309
13                (T) 404.872.3800
                  jeff@berhold.com
14
            For the Defendant:
15
                  CRAVATH, SWAINE & MOORE, LLP
16                By: Lillian Grossbard, Esq.
                  Wendy Serra, Esq.
17                825 Eighth Avenue
                  New York, New York 10019-7475
18                (T) 212.474.1000
                  lgrossbard@cravath.com
19                wserra@cravath.com
20            Also Present:
21                Jason Lemley, Videographer
22
23
24
25
```

Page 84

| | | |
|---|---|---|
| 1 | Q.   Okay.  And so the total -- the grand | 08:59 |
| 2 | total of devices rejected here is 12,281; is that | 08:59 |
| 3 | right? | 08:59 |
| 4 | A.   That is right. | 08:59 |
| 5 | Q.   Okay.  So if we go to the first tab, | 08:59 |
| 6 | "Total Collect, Buyback, Raw Invent" -- can you turn | 08:59 |
| 7 | there. | 08:59 |
| 8 | A.   Okay. | 08:59 |
| 9 | Q.   And the total destroyed number there is | 08:59 |
| 10 | 26,445, correct? | 08:59 |
| 11 | A.   Correct. | 08:59 |
| 12 | Q.   And do you understand that difference to | 08:59 |
| 13 | be because a number of additional catheters were | 08:59 |
| 14 | rejected and destroyed along the way from after | 08:59 |
| 15 | initial inspection through to when they were -- | 08:59 |
| 16 | through all the reprocessing stages, correct? | 08:59 |
| 17 | A.   Correct. | 08:59 |
| 18 | MR. BERHOLD:  Objection. | 08:59 |
| 19 | BY MS. GROSSBARD: | 09:00 |
| 20 | Q.   So if you could just quickly turn back to | 09:00 |
| 21 | "By Customer, By Product," the third tab. | 09:00 |
| 22 | A.   Yep. | 09:00 |
| 23 | Q.   What is excess inventory? | 09:00 |
| 24 | A.   We categorize excess inventory as devices | 09:00 |
| 25 | that are coming in that we cannot currently process | 09:00 |

Page 85

| | | |
|---|---|---|
| 1 | in the sense that customers are not purchasing it for | 09:00 |
| 2 | reasons under the sensor-enabled category.  So we | 09:00 |
| 3 | might receive it from some hospitals, but we cannot | 09:00 |
| 4 | process it. | 09:00 |
| 5 | Q.  So do you actually reject and destroy | 09:00 |
| 6 | those catheters or do you save them somewhere? | 09:00 |
| 7 | MR. BERHOLD:  Objection. | 09:00 |
| 8 | THE WITNESS:  These get rejected. | 09:00 |
| 9 | BY MS. GROSSBARD: | 09:01 |
| 10 | Q.  Okay.  And what is not to standard? | 09:01 |
| 11 | A.  Not to standard.  Could be the reference. | 09:01 |
| 12 | So every device, every inspection category for each | 09:01 |
| 13 | of these devices have a defined set that the | 09:01 |
| 14 | operators are comparing to.  So it could be a fixed | 09:01 |
| 15 | number of electrodes, a fixed curve.  So any devices | 09:01 |
| 16 | that don't fall into that category where really | 09:01 |
| 17 | couldn't categorize and put that into reject | 09:01 |
| 18 | category, or if there is -- excuse me.  So any of | 09:01 |
| 19 | these acceptance criteria, if it's not defined there, | 09:01 |
| 20 | then it gets rejected into this category. | 09:01 |
| 21 | Q.  Okay.  And how about obsolete? | 09:02 |
| 22 | A.  Obsolete would be if it had reached the | 09:02 |
| 23 | max cycle or if that's a code that we do not | 09:02 |
| 24 | currently reprocess. | 09:02 |
| 25 | MS. GROSSBARD:  Okay.  Would you like to | 09:02 |

|  |  | Page 101 |
|---|---|---|
| 1 | THE VIDEOGRAPHER: Back on the record. | 10:21 |
| 2 | The time is 1:21. | 10:21 |
| 3 | BY MS. GROSSBARD: | 10:21 |
| 4 | Q. So good afternoon, Mr. Joseph. Before we | 10:21 |
| 5 | move on to Topic 6, I wanted to just revisit -- if | 10:21 |
| 6 | you could pull up in front of you what we previously | 10:21 |
| 7 | marked as Exhibit 109. | 10:21 |
| 8 | A. Okay. Yes. | 10:21 |
| 9 | Q. And that's the reject rates for the Lasso | 10:21 |
| 10 | catheters, right? | 10:21 |
| 11 | A. That's the reject rate for the Lasso Nav | 10:21 |
| 12 | eco catheters. | 10:22 |
| 13 | Q. Okay. So, in other words, I just wanted | 10:22 |
| 14 | to clarify for the record, the reject rates that are | 10:22 |
| 15 | included in Exhibit 109 aren't for all of Lasso Nav, | 10:22 |
| 16 | all of the family members of Lasso, but just the | 10:22 |
| 17 | Lasso Nav eco catheter? | 10:22 |
| 18 | A. Correct, correct. Lasso Nav eco | 10:22 |
| 19 | catheter. | 10:22 |
| 20 | Q. Okay. | 10:22 |
| 21 | A. And as we're looking at that one, just a | 10:22 |
| 22 | quick clarification. When we were talking earlier | 10:22 |
| 23 | about reject rate, I do want to clarify that. The | 10:22 |
| 24 | devices that are rejected out -- not rejected out. I | 10:22 |
| 25 | would say the excess inventory, keyword that we use, | 10:22 |

Page 102

| | | |
|---|---|---|
| 1 | that's not a reject criteria as you saw in the | 10:22 |
| 2 | previous document.  That's not a reject criteria that | 10:22 |
| 3 | we have.  It's just we couldn't push them through. | 10:22 |
| 4 | So that was just a way to track it and keep track of | 10:23 |
| 5 | that number. | 10:23 |
| 6 |     Q.   Okay.  And did you -- are those catheters | 10:23 |
| 7 | gone?  So in other words, destroyed, or are they | 10:23 |
| 8 | sitting somewhere? | 10:23 |
| 9 |     A.   Those were destroyed and that kind of | 10:23 |
| 10 | leads into my earlier answer as well where, you know, | 10:23 |
| 11 | we couldn't produce it, so we had excess inventory | 10:23 |
| 12 | and the demand is low so there was -- that's another | 10:23 |
| 13 | reason why cycle increase projects haven't -- you | 10:23 |
| 14 | know, the demand wasn't there so the reason for not | 10:23 |
| 15 | pushing that through. | 10:23 |
| 16 |     Q.   Okay.  So if you think that you're not | 10:23 |
| 17 | going to use the catheter, you don't save it | 10:23 |
| 18 | necessarily.  You destroy it; is that right? | 10:23 |
| 19 |     A.   Correct. | 10:23 |
| 20 |     Q.   Okay.  All right.  You can take that | 10:23 |
| 21 | down.  So Topic 6 is "The alleged block in | 10:23 |
| 22 | technologies that Innovative claims have delayed or | 10:23 |
| 23 | prevented it from reprocessing Lasso, PentaRay, | 10:23 |
| 24 | SoundStar, or AcuNav catheters have raised the cost | 10:24 |
| 25 | of entry for the sale of those catheters or raised | 10:24 |