| | |
|---|---|
| Panteha Abdollahi, Esq.<br>State Bar No. 230002<br>pabdollahi@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br><br>Jeffrey L. Berhold, Esq.<br>Admitted *Pro Hac Vice*<br>jeff@berhold.com<br>JEFFREY L. BERHOLD, P.C.<br>1230 Peachtree Street, Suite 1050<br>Atlanta, Georgia 30309<br>Telephone: (404) 872-3800<br>Facsimile: (678) 868-2021<br><br>Joshua P. Davis, Esq.<br>State Bar No. 193254<br>jdavis@bm.net<br>BERGER MONTAGUE PC<br>505 Montgomery St., Suite 625<br>San Francisco, California 94111<br>Telephone: (415) 906-0684 | Derek T. Ho, Esq.\*<br>Andrew E. Goldsmith, Esq.\*<br>Matthew D. Reade, Esq.\*<br>Kelley C. Schiffman, Esq.<br>State Bar No. 325023<br>Rachel T. Anderson, Esq.\*<br>Annamaria M. Morales-Kimball, Esq.\*<br>Sean P. Quirk, Esq.\*<br>\*Admitted *Pro Hac Vice*<br>dho@kellogghansen.com<br>agoldsmith@kellogghansen.com<br>mreade@kellogghansen.com<br>kschiffman@kellogghansen.com<br>randerson@kellogghansen.com<br>amoraleskimball@kellogghansen.com<br>squirk@kellogghansen.com<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK. P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 367-7900<br>Facsimile: (202) 326-7999<br><br>Attorneys for Plaintiff<br>INNOVATIVE HEALTH LLC |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>    Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br>Assigned for all purposes to:<br>Honorable James V. Selna<br>**DECLARATION OF ANDREW E. GOLDSMITH IN SUPPORT OF PLAINTIFF INNOVATIVE HEALTH LLC'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE, TESTIMONY, AND ARGUMENT THAT JUSTIFY BIOSENSE'S TIE WITHOUT ACKNOWLEDGING IT CAUSES SUPRACOMPETITIVE PRICES**<br>Date:    April 14, 2025<br>Time:   11:00 a.m.<br>Crtrm:  10C<br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

1

*DECLARATION OF ANDREW E. GOLDSMITH*

I, Andrew E. Goldsmith, declare as follows:

1. I am an attorney admitted to the bars of the State of New York and the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I practice law at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and represent the plaintiff, Innovative Health LLC, in this matter.

2. I make this declaration in support of Plaintiff Innovative Health LLC's Motion *in Limine* No. 1 To Exclude Evidence, Testimony, and Arguments that Justify Biosense's Tie Without Acknowledging It Causes Supracompetitive Prices.

3. The facts I state here are true and correct. They are based on my own personal knowledge or knowledge I gleaned from reviewing files pertinent to this matter. If called as a witness to testify, I could and would competently testify to these facts.

4. **Exhibit 1** is a true and correct copy of excerpts of the Expert Report of Lawrence Wu, Ph.D., dated January 25, 2025, and the errata thereto, dated February 14, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of March, 2025, at Washington, DC.

> /s/ *Andrew E. Goldsmith*
> Andrew E. Goldsmith

# EXHIBIT 1

## REDACTED IN FULL DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY