Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone:  (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
Kelley C. Schiffman, Esq.
State Bar No. 325023
Rachel T. Anderson, Esq.*
Annamaria M. Morales-Kimball, Esq.*
Sean P. Quirk, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
kschiffman@kellogghansen.com
randerson@kellogghansen.com
amoraleskimball@kellogghansen.com
squirk@kellogghansen.com
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br>**DECLARATION OF ANDREW E. GOLDSMITH IN SUPPORT OF PLAINTIFF INNOVATIVE HEALTH LLC'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE BIOSENSE FROM RELYING ON LATE-DISCLOSED AND UNVERIFIABLE DATA**<br>Date:    April 14, 2025<br>Time:    11:00 a.m.<br>Crtrm:   10C<br>Action Filed:  October 18, 2019<br>Trial Date:  April 29, 2025 |

1

I, Andrew E. Goldsmith, declare as follows:

1.    I am an attorney admitted to the bars of the State of New York and the District of Columbia.  I am admitted *pro hac vice* to practice before this Court.  I practice law at Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and represent the plaintiff, Innovative Health LLC, in this matter.

2.    I make this declaration in support of Plaintiff Innovative Health LLC's Motion *in Limine* No. 3 to Preclude Biosense from Relying on Late-Disclosed and Unverifiable Data.

3.    The facts I state here are true and correct.  They are based on my own personal knowledge or knowledge I gleaned from reviewing files pertinent to this matter.  If called as a witness to testify, I could and would competently testify to these facts.

4.    **Exhibit 1** is a true and correct copy of an email from S. Lobb to J. Berhold with the subject line "RE: Innovative v. Biosense – Update Datasets" dated September 19, 2024, and earlier emails in the same chain.

5.    **Exhibit 2** is a true and correct copy of an email from I. Weingram to M. Summers with the subject line "[EXTERNAL] RE: Innovative Health v. Biosense Webster - Supplemental Wu Report" dated January 30, 2025, and earlier emails in the same chain.

6.    **Exhibit 3** is a true and correct copy of Deposition Exhibit 427.

7.    **Exhibit 4** is a true and correct copy of Deposition Exhibit 428.

8.    **Exhibit 5** is a true and correct copy of an excerpt of the final transcript of the March 5, 2025 deposition of Dr. Lawrence Wu.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of March, 2025, at Washington, D.C.

*/s/ Andrew E. Goldsmith*
Andrew E. Goldsmith

# EXHIBIT 1

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**From:** Lobb, Sean <stlobb@stradlinglaw.com>
**Sent:** Thursday, September 19, 2024 5:24 PM
**To:** Jeffrey Berhold <jeff@berhold.com>
**Cc:** 'Joshua P. Davis' <jdavis@bm.net>; 'Kyla Gibboney' <kgibboney@bm.net>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Julie A. Pollock' <jpollock@bm.net>; 'Matthew Summers' <msummers@bm.net>; 'Panteha Abdollahi' <pabdollahi@tocounsel.com>; Kraft, Karla <KKraft@stradlinglaw.com>; 'Forrest, Katherine B' <kforrest@paulweiss.com>; 'Matared, Rana' <rmatared@paulweiss.com>; 'Derek Ho' <dho@kellogghansen.com>; 'Hafenbrack, Joshua' <jhafenbrack@kellogghansen.com>; 'Schiffman, Kelley C.' <kschiffman@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>
**Subject:** RE: Innovative v. Biosense - Updated Datasets

Dear Jeff,

Please see the below link and password for a corrected version of the catheter sales spreadsheet that inadvertently included the OCTARAY unit sale, which is not a part of this case.

**File Cloud Share Site**:
Link: https://filecloud.stradlinglaw.com/url/ptkieteq2xaqwvsk
Password: ████████

This corrected spreadsheet also addresses the issue you reference below regarding PENTARAY sales. If there are any particular issues that you see regarding LASSO NAV or SOUNDSTAR catheter sales, please let us know what the specific issues are.

Regarding BWI-INN00722100, the market share data on patch sales is already included in that spreadsheet under the term "navigational accessories."

Sincerely,
Sean



**Sean Thomas Lobb**
Associate
stlobb@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4079
stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately.  Thank you.

**From:** Jeffrey Berhold <jeff@berhold.com>
**Sent:** Thursday, September 19, 2024 6:39 AM
**To:** Lobb, Sean <stlobb@stradlinglaw.com>
**Cc:** 'Joshua P. Davis' <jdavis@bm.net>; 'Kyla Gibboney' <kgibboney@bm.net>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Julie A. Pollock' <jpollock@bm.net>; 'Matthew Summers' <msummers@bm.net>; 'Panteha Abdollahi' <pabdollahi@tocounsel.com>; Kraft, Karla <KKraft@stradlinglaw.com>; 'Forrest, Katherine B' <kforrest@paulweiss.com>; 'Matared, Rana' <rmatared@paulweiss.com>; 'Derek Ho' <dho@kellogghansen.com>; 'Hafenbrack, Joshua' <jhafenbrack@kellogghansen.com>; 'Schiffman, Kelley C.' <kschiffman@kellogghansen.com>; Anderson, Rachel T. <randerson@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>
**Subject:** RE: Innovative v. Biosense - Updated Datasets

Sean:

Do you have any information from your client regarding the questions about the Biosense datasets below?

On a separate note, we have received the Stryker data and will be forwarding it today.

Thanks

Jeff

**From:** Jeffrey Berhold
**Sent:** Wednesday, September 11, 2024 5:45 PM
**To:** 'Lobb, Sean' <stlobb@stradlinglaw.com>
**Cc:** 'Joshua P. Davis' <jdavis@bm.net>; 'Kyla Gibboney' <kgibboney@bm.net>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Julie A. Pollock' <jpollock@bm.net>; 'Matthew Summers' <msummers@bm.net>; 'Panteha Abdollahi' <pabdollahi@tocounsel.com>; Kraft, Karla <KKraft@stradlinglaw.com>; 'Forrest, Katherine B' <kforrest@paulweiss.com>; Matared, Rana <rmatared@paulweiss.com>; Derek Ho <dho@kellogghansen.com>; Hafenbrack, Joshua <jhafenbrack@kellogghansen.com>; Schiffman, Kelley C. <kschiffman@kellogghansen.com>

**Subject:** RE: Innovative v. Biosense - Updated Datasets

Sean:

We have done a preliminary review of the datasets and observed anomalies in the catheter sales data at BWI-INN00722113, -114, and -115. For example, there appears to be ████ sale for the OCTARAY for the entire time period from Q2 2021 to Q2 2024. The PENTARAY has sales of more than $███ in Q2-Q4 2021 – and less than $██ in sales in 2022, 2023, and Q1-Q2 2024.

This is not intended to be an exhaustive list. We see issues in many catheters like the LASSO NAV and SOUNDSTAR as well. Can you check with your client on the accuracy and completeness of the catheter sales datasets?

Also, BWI-INN00722100 contains updated data from EP Consortium Project. There is no data on patch sets though. Can you check with the client on whether Biosense received data from the EP Consortium Project on patch set sales and patch set market share?

Thanks.

Jeff

---

**From:** Lobb, Sean <stlobb@stradlinglaw.com>
**Sent:** Friday, September 6, 2024 5:36 PM
**To:** Jeffrey Berhold <jeff@berhold.com>
**Cc:** 'Joshua P. Davis' <jdavis@bm.net>; 'Kyla Gibboney' <kgibboney@bm.net>; Northrup, Lisa <LNorthrup@stradlinglaw.com>; 'Julie A. Pollock' <jpollock@bm.net>; 'Matthew Summers' <msummers@bm.net>; 'Panteha Abdollahi' <pabdollahi@tocounsel.com>; Kraft, Karla <KKraft@stradlinglaw.com>; 'Forrest, Katherine B' <kforrest@paulweiss.com>; Matared, Rana <rmatared@paulweiss.com>
**Subject:** RE: Innovative v. Biosense - Updated Datasets

Dear Jeff,

Please see the below link and password for Defendant's supplemental production of documents. Please note that this supplemental production includes a corrected version of the complaint data spreadsheet.

**File Cloud Share Site:**
  Link: https://filecloud.stradlinglaw.com/url/ptkieteq2xaqwvsk
  Password: ████████

Sincerely,
Sean



**Sean Thomas Lobb**
Associate
stlobb@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4079
stradlinglaw.com | LinkedIn



# EXHIBIT 2

| | |
|---|---|
| **From:** | Weingram, Isaac (x2626) |
| **To:** | Matthew Summers; Jeffrey Berhold; Ho, Derek T.; Goldsmith, Andrew E.; Schiffman, Kelley C.; Reade, Matthew D.; Anderson, Rachel T.; Morales-Kimball, Annamaria M.; Quirk, Sean P.; Joshua P. Davis; Kyla Gibboney; Julie A. Pollock; Panteha Abdollahi |
| **Cc:** | Cavanaugh, William F. (x2793); Kirschenbaum, Andrew (x2831); Faridi, Muhammad (x2874); Sean Lobb; Karla Kraft; Lisa Northrup; Cruz, Alejandro (x7613) |
| **Subject:** | [EXTERNAL] RE: Innovative Health v. Biosense Webster - Supplemental Wu Report |
| **Date:** | Thursday, January 30, 2025 5:30:21 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

Counsel:

Despite the hyperbolic tenor of your correspondence, Biosense produced a limited set of data amounting to 3 spreadsheets: (a) 2 spreadsheets (BWI-INN00722126 and BWI-INN00722128) updating information previously produced and collectively containing fewer than 4 megabytes of data; and (b) 1 spreadsheet (BWI-INN00722127) correcting a data error created by a faulty query in previously produced sales data amounting to slightly more than 11 megabytes. All told less than 15 megabytes of data were produced—the vast majority of which corrects previously produced data.

In terms of the updated information, as with Dr. Forister who interviewed and produced notes of meetings with Innovative Health employees along with his December 2, 2024 supplemental report to update certain information in his prior reports based on the intervening 3 years, the data produced by Biosense update information relied upon by Dr. Wu in his prior reports. The updates are minimal and only include DRG Clarivate data from 2020 to 2024 and updated information on the costs that Biosense spends on CASs from 2021 to 2024. Prior iterations of this information were previously produced in 2021.

With respect to the corrected sales data produced at BWI-INN00722127, as indicated in paragraph 83 of Dr. Wu's January 2025 supplemental report, the error was detected based on an analysis of the sales data produced at BWI-INN00722124 when reviewing calculations in Dr. Forister's December 2024 supplemental report. An examination of those data indicated that there were thousands of entries that included a highly improbable standard cost for some observations of $0.0001—for all intents and purposes a cost of $0—despite non-zero values in other entries for the same products from the same purchaser on the same date with the same quantity. Biosense identified an error in the query previously used to pull the data and provided corrected data on Friday, January 17, 2025. After verifying that there did not appear to be any errors in the newly pulled data, we produced it the following week. Had Dr. Forister or Innovative Health brought this issue to our attention, we would have gladly inquired about the error and provided corrected data sooner.

Although this corrected data does not require weeks to analyze—particularly given that Dr. Wu had little more than a week with it—we are amenable to the proposed extension to February 19, 2025 for Dr. Forister's supplemental reply report. Please prepare a stipulation for our review.

Regards,

Isaac

**Isaac J. Weingram**
He | Him | His
Associate
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2626
iweingram@pbwt.com | www.pbwt.com

---

**From:** Matthew Summers <msummers@bm.net>
**Sent:** Wednesday, January 29, 2025 11:02 AM
**To:** Jeffrey Berhold <jeff@berhold.com>; Weingram, Isaac (x2626) <iweingram@pbwt.com>; Derek T. Ho <dho@kellogghansen.com>; Andrew E. Goldsmith <agoldsmith@kellogghansen.com>; Kelley C. Schiffman <kschiffman@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Rachel T. Anderson <randerson@kellogghansen.com>; Annamaria M. Morales-Kimball <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Julie A. Pollock <jpollock@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>; Sean Lobb <stlobb@stradlinglaw.com>; Karla Kraft <KKraft@stradlinglaw.com>; Lisa Northrup <LNorthrup@stradlinglaw.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Subject:** RE: Innovative Health v. Biosense Webster - Supplemental Wu Report

**External: Think before you click.**

Counsel:

Innovative Health has begun to review the new sales data spreadsheets that Biosense produced on Saturday January 25, 2025. It has become clear that there are substantial differences with the sales data Biosense previously produced. Accounting for those changes as part of Dr. Forister's reply report will take time and effort. Given the compressed timeframe for the reply report, we request Biosense's support for a joint stipulation extending the deadline for Dr. Forister's reply report and accompanying materials by three business days. This would move the current deadline for the reply report from Friday February 14, 2025 to Tuesday February 19, 2025 while leaving other deadlines in the case unchanged. We view this as necessary given the magnitude of the changes in Biosense's data provided along with Dr. Wu's report.

Further, we have the following questions regarding the new sales data spreadsheets, which we need answers to as soon as possible, by close of business on January 30, 2025 at the latest.

1. When and how did Biosense (and Biosense's counsel/experts) come into possession of the data provided on Saturday January 25, 2025?
2. Why did Biosense not produce this data earlier?
3. For data that Biosense is producing to correct errors in previously produced data:
   a. What (in general and in detail) is different about the data provided compared to the data originally provided?
   b. Why and in what ways was the data that was originally provided incorrect?
   c. How and when did Biosense (and Biosense's counsel/experts) become aware that the previously produced data was wrong?
   d. How and when did Biosense (and Biosense's counsel/experts) know what to produce in place of the previously produced data?
   e. Please provide assurances that the newly provided data (and other data provided in this litigation) is correct.
   f. Please provide assurances that the remainder of the data produced by Biosense in this litigation is not subject to similar or other errors (such as those related to prior erroneous supplemental data produced by Biosense—e.g., BWI-INN00722124)?

Innovative Health reserves all rights regarding any errors in Biosense's produced data and Biosense's new productions of data on Saturday January 25, 2025.

Best,
Matt

**Matthew Summers** / *Associate (He/Him)*



☑ 415.906.1626  ☑

☑ 505 MONTGOMERY STREET SUITE 625
SAN FRANCISCO, CA 94111

**From:** Jeffrey Berhold <jeff@berhold.com>
**Sent:** Saturday, January 25, 2025 6:05 AM
**To:** 'Weingram, Isaac (x2626)' <iweingram@pbwt.com>; Derek T. Ho <dho@kellogghansen.com>; Andrew E. Goldsmith <agoldsmith@kellogghansen.com>; Kelley C. Schiffman <kschiffman@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Rachel T. Anderson <randerson@kellogghansen.com>; Annamaria M. Morales-Kimball <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Matthew Summers <msummers@bm.net>;

Julie A. Pollock <jpollock@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>; Sean Lobb <stlobb@stradlinglaw.com>; Karla Kraft <KKraft@stradlinglaw.com>; Lisa Northrup <LNorthrup@stradlinglaw.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Subject:** RE: Innovative Health v. Biosense Webster - Supplemental Wu Report

Received. Thanks, Isaac.

---

**From:** Weingram, Isaac (x2626) <iweingram@pbwt.com>
**Sent:** Saturday, January 25, 2025 8:38 AM
**To:** Jeffrey Berhold <jeff@berhold.com>; Derek T. Ho <dho@kellogghansen.com>; Andrew E. Goldsmith <agoldsmith@kellogghansen.com>; Kelley C. Schiffman <kschiffman@kellogghansen.com>; Reade, Matthew D. <mreade@kellogghansen.com>; Rachel T. Anderson <randerson@kellogghansen.com>; Annamaria M. Morales-Kimball <amorales-kimball@kellogghansen.com>; Quirk, Sean P. <squirk@kellogghansen.com>; Joshua P. Davis <jdavis@bm.net>; Kyla Gibboney <kgibboney@bm.net>; Matthew Summers <msummers@bm.net>; Julie A. Pollock <jpollock@bm.net>; Panteha Abdollahi <pabdollahi@tocounsel.com>
**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>; Sean Lobb <stlobb@stradlinglaw.com>; Karla Kraft <KKraft@stradlinglaw.com>; Lisa Northrup <LNorthrup@stradlinglaw.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Subject:** RE: Innovative Health v. Biosense Webster - Supplemental Wu Report

Counsel:

Please see attached Dr. Wu's supplemental report, which is marked Highly Confidential pursuant to the protective order in this matter.  We will send the Dr. Wu's backup materials shortly.

Regards,


**Isaac J. Weingram**
He | Him | His
Associate
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2626
iweingram@pbwt.com | www.pbwt.com


---

**From:** Weingram, Isaac (x2626)
**Sent:** Friday, January 24, 2025 10:49 PM
**To:** 'Jeffrey Berhold' <jeff@berhold.com>; 'Derek T. Ho' <dho@kellogghansen.com>; 'Andrew E.

Goldsmith' <agoldsmith@kellogghansen.com>; 'Kelley C. Schiffman' <kschiffman@kellogghansen.com>; 'Reade, Matthew D.' <mreade@kellogghansen.com>; 'Rachel T. Anderson' <randerson@kellogghansen.com>; 'Annamaria M. Morales-Kimball' <amorales-kimball@kellogghansen.com>; 'Quirk, Sean P.' <squirk@kellogghansen.com>; 'Joshua P. Davis' <jdavis@bm.net>; 'Kyla Gibboney' <kgibboney@bm.net>; 'Matthew Summers' <msummers@bm.net>; 'Julie A. Pollock' <jpollock@bm.net>; 'Panteha Abdollahi' <pabdollahi@tocounsel.com>

**Cc:** Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Kirschenbaum, Andrew (x2831) <akirschenbaum@pbwt.com>; Faridi, Muhammad (x2874) <mfaridi@pbwt.com>; 'Sean Lobb' <stlobb@stradlinglaw.com>; 'Karla Kraft' <KKraft@stradlinglaw.com>; 'Lisa Northrup' <LNorthrup@stradlinglaw.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>

**Subject:** Innovative Health v. Biosense Webster - Supplemental Wu Report

Counsel:

In finalizing Dr. Wu's supplemental report, an error in the sales data for a month was identified. This requires a recomputation and updating of a number of figures in his report. As a result, we are unable to serve a finalized report tonight. We should be able to serve a finalized report tomorrow.

Regards,

**Isaac J. Weingram**
He | Him | His
Associate
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2626
iweingram@pbwt.com | www.pbwt.com

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

***-**External sender. Please use caution when clicking on any attachments or links**-**

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

# EXHIBIT 3

## REDACTED IN FULL DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY

# EXHIBIT 4

## REDACTED IN FULL DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY

# EXHIBIT 5

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Page 1

1

2    UNITED STATES DISTRICT COURT

     CENTRAL DISTRICT OF CALIFORNIA

3    SOUTHERN DIVISION

4    Case No.  8:19-cv-01984-JVS-KES

5    - - - - - - - - - - - - - - - - - X

6    INNOVATIVE HEALTH LLC,

7                    Plaintiff,

8    vs.

9    BIOSENSE WEBSTER, INC.,

10                    Defendant.

11   - - - - - - - - - - - - - - - - - X

12

13                    VIDEO RECORDED DEPOSITION OF

14   LAWRENCE WU PH.D, a witness herein, noticed by

15   Kellogg Hansen Todd Figel & Frederick PLLC, taken

16   at 1133 Avenue of the Americas, New York, New York

17   at 9:10 a.m., on Wednesday, March 5, 2025, before

18   Danielle Grant.

19

20

21

     REPORTED BY:  DANIELLE GRANT

22   JOB NO.: 7183841

23

24

25

Page 95

```
 1
 2    that fair?
 3         A     Yes.
 4         Q     And a couple of entries are
 5    $████?
 6         A     Yes.
 7         Q     Do you have an understanding of
 8    why the standard cost for the Lasso NAV 10
 9    Pole Fixed went from $████ to about $████
10    between the original data that was produced
11    and the updated data that was produced?
12         A     I cannot tell you sitting here
13    today.
14         Q     You didn't identify any error in
15    the standard cost of column of the original
16    data apart from the ████ Soundstar
17    transactions that you refer to in your
18    report, did you?
19         A     I don't recall.
20         Q     You don't offer any opinion
21    disclosed in your report that the standard
22    cost for the Lasso NAV 10 Pole Fixed should
23    have been something other than what was
24    originally reported in the original data
25    set, do you?
```

Page 97

1

2      fair?

3                MR. WEINGRAM:  Objection.

4         A    Well, I recognized that the first

5      file that was produced had errors in it and

6      observed that based on the standard cost

7      being ███ for a number of transactions.  I

8      did not purport to tell Biosense that I

9      knew what the cause of the errors were nor

10     did I attempt to tell Biosense how to fix

11     that error.  I did ask Biosense to provide

12     a corrected version of the data, and they

13     did that.  And I don't recall hearing what

14     the reason for the errors were in the first

15     place, but I accept the data that are shown

16     in Deposition Exhibit 426 as the corrected

17     and accurate data.  And, as I say in my

18     report, this is the data that I'm relying

19     on for my calculations.

20        Q    And when you say that you accept

21     the data in 426 as the corrected and

22     accurate data, what is the basis for your

23     acceptance that it is correct?

24        A    Well, I asked for corrected data,

25     and they sent this data in response to that

Page 98

 1

 2   request.  And, again, in looking through

 3   the data as my staff and I have done, we

 4   did not observe any other discrepancies

 5   that would lead us to question this data.

 6   And I say that because, in contrast, we did

 7   observe discrepancies in the initial data

 8   that Biosense produced, which is why we

 9   noted the entries with the standard cost of

10   ████████.

11           That's part of understanding the

12   data.  And, whatever the corrections needed

13   to be made, I asked Biosense to make those

14   corrections and those corrections -- whatever

15   the corrections were, they -- they made them,

16   and this is the data set that I received.

17       Q    So you don't know what the reason

18   for the error in the original data was; is

19   that right?

20           MR. WEINGRAM:  Objection.

21       A    I can't tell you that sitting

22   here today.

23       Q    And you don't know what Biosense

24   did to fix those supposed errors in the

25   original data?

Page 99

```
 1
 2        A     I do not know.
 3        Q     Did you talk to anyone at
 4   Biosense about the data at BWI-INN00722127?
 5        A     I personally did not, no.
 6        Q     Did anybody on your team?
 7        A     Possibly, but I would not know
 8   whether there were any conversations or
 9   not.
10        Q     I'm going to hand you two other
11   exhibits that I marked as 427 and 428.
12                  (Whereupon, Example 1:  Data from
13                  BWI-INNOO722119 was marked as
14                  Deposition Exhibit No. 427 for
15                  identification, as of this date.)
16                  (Whereupon, Example 1:  Data from
17                  BWI-INNOO722127 was marked as
18                  Deposition Exhibit No. 428 for
19                  identification, as of this date.)
20        Q     This is a similar set of exhibits
21   comparing the subset of data regarding the
22   Lasso 10 Pole Fixed as opposed to the Lasso
23   NAV 10 Pole Fixed.  And, in this instance,
24   it's a different customer, ███████  ████████
25   ████████  in, I think, ██████  ██████ ,
```

Page 101

```
 1
 2    in the corrected data that were sent to us.
 3        Q    Now, these are the same catheter,
 4    in 427 and 428, for the same customer.  And
 5    focusing on 428 for the moment, the
 6    standard cost, in some cases as I say, is
 7    $██████ and, in other cases, it's $██████.
 8            Do you see that?
 9        A    I do.
10        Q    Do you have any explanation of
11    why the standard cost is different?
12        A    I'd have to go back and refresh
13    my memory on what elements are in the
14    calculation of the standard cost, and it's
15    possible it is in my report.  But if you
16    want me to look, I can -- I can see what I
17    can do to answer your question.
18        Q    But sitting -- without referring
19    to your report, you don't recall how the
20    standard cost value was calculated?
21            MR. WEINGRAM:  Objection.
22        A    I would have to look further into
23    this.  But the first thing to note is that
24    these are transactions at different points
25    in time, so that may affect why they look
```