# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

_____

INNOVATIVE HEALTH LLC,

    Plaintiff,          CASE NO.

vs.                   8:19-cv-01984-JVS-KES

BIOSENSE WEBSTER, INC.,

    Defendant.

_____

VIDEOTAPE DEPOSITION OF

TIMOTHY D. EINWECHTER

APPEARING REMOTE FROM

ATLANTA, GEORGIA

SEPTEMBER 16, 2021

9:31 A.M

Reported By:

Judith L. Leitz Moran

RPR, RSA, CCR-B-2312

APPEARING REMOTELY FROM ATLANTA, GEORGIA

```
                                                      Page 2
 1            REMOTE APPEARANCES OF COUNSEL
 2
 3   On behalf of the Plaintiff:
 4        JEFFREY L. BERHOLD, ESQUIRE
 5        JEFFREY L. BERHOLD, P.C.
 6        1230 Peachtree Street
 7        Suite 1050
 8        Atlanta, Georgia  30309
 9
10   On behalf of the Defendant:
11        KATHERINE B. FORREST, ESQUIRE
12        KATHLEEN YOUNG, ESQUIRE
13        CRAVATH SWAINE & MOORE LLP
14        Worldwide Plaza
15        825 Eighth Avenue
16        New York, New York  10019
17
18   ALSO PRESENT:
19        * KRISHAN PATEL, VIRTUAL VIDEO TECHNICIAN
20        * JIM FARMER, VIRTUAL CONCIERGE
21
22
23
24
25
```

```
                                                    Page 125
 1   Mr. Distel had -- and you're also aware of a person
 2   named Mr. Distel, correct?
 3        A    Yes.
 4        Q    Or Distel (pronunciation)?  How do you
 5   pronounce his last name?
 6        A    Distel (pronunciation), yeah.
 7        Q    Right.  And you're aware that
 8   Ms. Stoneman and Mr. Distel had actually put
 9   together various proposals for mapping training
10   programs that Innovative Health could provide,
11   correct?
12        A    You know, I don't recall reviewing them,
13   so I -- I'm not sure.  They could have and could
14   have been reviewed internally, but I don't recall
15   seeing them.  Sorry.
16        Q    Let's put it differently.
17             You're aware that there were discussions
18   amongst various Innovative Health personnel that
19   one thing Innovative Health could do is provide its
20   own mapping training program, correct?
21        A    Yes.
22        Q    And you're also aware that --
23             MR. BERHOLD:  Objection.
24   BY MS. FORREST:
25        Q    -- there were discussions within
```

```
                                                    Page 126
 1   Innovative Health about how much that would cost,
 2   correct?
 3        A    I would have to make an assumption, yes.
 4        Q    Are you -- do you have any understanding
 5   as to any reasons why Innovative Health did not, in
 6   fact, provide its own mapping training program?
 7        A    No.
 8        Q    Do you know whether or not if
 9   Innovative -- do you know one way or the other
10   whether Innovative Health had wanted to make the
11   financial investment in a mapping training program
12   it could have done so?
13        A    Repeat the question.
14        Q    Do you have any understanding as to
15   whether Innovative Health could have launched a
16   successful mapping training program with
17   appropriate financial investment?
18        A    Yeah, I -- the whole question would be
19   successful.  You know, we -- we -- we had the
20   resources.  But could it be successful, that, I
21   don't know.
22        Q    All right.  Do you recall having any
23   conversations with Mr. Ferreira about the mapping
24   training program and whether or not it could be
25   successful?
```

```
                                          Page 127
 1       A    I don't recall.
 2       Q    Do you know whether -- you said -- strike
 3   that.
 4            You know that -- Innovative Health you
 5   said had the resources to do a mapping training
 6   program, correct?
 7       A    Correct.
 8       Q    And those resources were both the human
 9   resources and also the financial resources,
10   correct?
11       A    Financial.
12       Q    Do you understand -- are you familiar
13   with a person by the name of Angela Massen?
14       A    If -- if she's from CHART, you know, I
15   might have talked to her once, but -- the name
16   sounds familiar, but I could not pick -- pick her
17   out of a crowd, so, I...
18       Q    Okay.  So you understand that from your
19   perspective Innovative Health had the financial
20   resources for a mapping training program, correct?
21       A    Correct.
22       Q    But you don't know one way or the other
23   whether it had any human resources for such a
24   program; is that right?
25       A    I don't believe we had no -- human
```