# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

_____

INNOVATIVE HEALTH LLC,

    Plaintiff,               CASE NO.

vs.                           8:19-cv-01984-JVS-KES

BIOSENSE WEBSTER, INC.,

    Defendant.

_____

VIDEOTAPE 30(B)(6) DEPOSITION OF

INNOVATIVE HEALTH, LLC

AND IN HIS INDIVIDUAL CAPACITY

WITNESS:  RICK FERRIERA

APPEARING REMOTE FROM

DALLAS, TEXAS

SEPTEMBER 22, 2021

8:40 A.M CST

Reported By:

Judith L. Leitz Moran

RPR, RSA, CCR-B-2312

APPEARING REMOTELY FROM ATLANTA, GEORGIA

Page 2

1           REMOTE APPEARANCES OF COUNSEL
2
3    On behalf of the Plaintiff:
4          JEFFREY L. BERHOLD, ESQUIRE
5          JEFFREY L. BERHOLD, P.C.
6          1230 Peachtree Street
7          Suite 1050
8          Atlanta, Georgia   30309
9
10   On behalf of the Defendant:
11         KATHERINE B. FORREST, ESQUIRE
12         RACHEL PELTZER, ESQUIRE
13         CRAVATH SWAINE & MOORE LLP
14         Worldwide Plaza
15         825 Eighth Avenue
16         New York, New York   10019
17
18   ALSO PRESENT:
19         * JESS WIGGINS, VIRTUAL VIDEO TECHNICIAN
20         * JIM FARMER, VIRTUAL CONCIERGE
21
22
23
24
25

Page 168

1  Cardinal Health in his mouth.
2       A    That's good.
3       Q    So -- so you said it was not economically
4  feasible.
5            Has Innovative Health done any work that
6  you're aware of to determine what it would cost for
7  Innovative Health to put together a staff in-house
8  that provided mapping services to clients?
9       A    I have not.
10      Q    Has Innovative Health looked at the cost
11 of what it would require to have a training program
12 provided to customers of Innovative Health for
13 mapping?
14      A    Done an analysis for the cost, I have
15 not.
16      Q    Yeah.  So when you say it wasn't
17 economically feasible, what do you mean it was not
18 economically feasible for Innovative to put
19 together a training program?
20      A    Well, if you just look at the back of the
21 napkin, right?  In a normal case, AFib case, I'm
22 going to be doing -- maybe reprocessing less than
23 10 percent of the catheters being used, right?  The
24 manufacturer is going to be selling them new for
25 the rest of the procedure.

Page 169

1    For me to have a mapping tech in there to
2    cover my device and all of theirs where they're
3    getting the bulk of the revenue just wouldn't make
4    any sense to do.
5           And we just couldn't scale it, both
6    number of people that would be required, because
7    I'm only selling one small piece of the case,
8    right?  The OEM is selling the bulk of the product
9    of the case.
10     Q    So let's talk about that for a moment so
11   that the record is clear on what all of that means.
12          There's an individual upon whom there's
13   going to be a mapping -- strike that.
14          There's a patient who's going to have a
15   mapping -- strike that.
16          There's a patient who's going to have a
17   -- an EP procedure performed upon him or her,
18   correct?
19     A    Correct.
20     Q    Okay.  And that EP procedure might
21   involve up to seven or more catheters of different
22   types, correct?
23     A    Correct.
24     Q    And of those different types of
25   catheters, the ones that we've been talking about

Page 170

1  today, for instance, sensor-enabled catheters or
2  ultrasound catheters are only two of the different
3  types of catheters that could be used, correct?
4      A    Correct.
5      Q    And many of the catheters that are used
6  during an EP procedure are not reprocessable?  They
7  have not been authorized for reprocessing by the
8  FDA, correct?
9      A    Correct.
10     Q    So when you say that there were -- the
11 OEM might have 90 percent of the catheters used
12 during a procedure and the reprocessor might only
13 have 10 percent, you're referring to a denominator
14 that includes all of the catheters that are used
15 during a procedure, including a number of which are
16 not FDA authorized for reprocessing, correct?
17     A    Correct.  Correct.
18     Q    Okay.  So when you say you do a -- one
19 could do a back of the napkin analysis of what it
20 would cost to provide mapping training or a mapper,
21 based upon that analysis that you're only providing
22 one of -- supporting one product of many that's
23 used during a procedure, my question is, what was
24 that back of the napkin number?
25     A    Well, you wouldn't -- I wouldn't need to