| | |
|---|---|
| Panteha Abdollahi, Esq.<br>State Bar No. 230002<br>pabdollahi@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br><br>Jeffrey L. Berhold, Esq.<br>Admitted *Pro Hac Vice*<br>jeff@berhold.com<br>JEFFREY L. BERHOLD, P.C.<br>1230 Peachtree Street, Suite 1050<br>Atlanta, Georgia 30309<br>Telephone: (404) 872-3800<br>Facsimile: (678) 868-2021<br><br>Joshua P. Davis, Esq.<br>State Bar No. 193254<br>jdavis@bm.net<br>BERGER MONTAGUE PC<br>505 Montgomery St., Suite 625<br>San Francisco, California 94111<br>Telephone: (415) 906-0684 | Derek T. Ho, Esq.*<br>Andrew E. Goldsmith, Esq.*<br>Matthew D. Reade, Esq.*<br>Kelley C. Schiffman, Esq.<br>State Bar No. 325023<br>Rachel T. Anderson, Esq.*<br>Annamaria M. Morales-Kimball, Esq.*<br>Sean P. Quirk, Esq.*<br>*Admitted *Pro Hac Vice*<br>dho@kellogghansen.com<br>agoldsmith@kellogghansen.com<br>mreade@kellogghansen.com<br>kschiffman@kellogghansen.com<br>randerson@kellogghansen.com<br>amoraleskimball@kellogghansen.com<br>squirk@kellogghansen.com<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK. P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 367-7900<br>Facsimile: (202) 326-7999<br><br>Attorneys for Plaintiff<br>INNOVATIVE HEALTH LLC |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>　　　　Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**NOTICE OF LODGING OF CORRECTED [PROPOSED] ORDER RE PLAINTIFF INNOVATIVE HEALTH LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO L.R. 79-5.2.2 RE: DOCUMENTS SUBMITTED IN SUPPORT OF OPPOSITION TO MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT OR OPINION RELATED TO THE MAUDE DATA**<br><br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Innovative Health LLC hereby lodges with the Court the attached Corrected Proposed Order Granting Plaintiff Innovative Health LLC's Application for Leave to File Under Seal Pursuant to L.R. 79-5.2.2 re: Documents Submitted in Support of Opposition to Motion *In Limine* To Preclude Evidence or Argument or Opinion Related to the MAUDE Data. This corrected proposed order corrects the contents of the table in the prior proposed order, which was filed as Dkt. 352-1.

DATED: March 25, 2025                    THEODORA ORINGHER PC

By: _____*/s/ Panteha Abdollahi*_____
       Panteha Abdollahi

JEFFREY L. BERHOLD, P.C.

By: _____*/s/ Jeffrey L. Berhold*_____
       Jeffrey L. Berhold

BERGER MONTAGUE PC

By:    */s/ Joshua P. Davis*
     Joshua P. Davis
     Matthew Summers

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By:    */s / Matthew D. Reade*
     Derek T. Ho
     Andrew E. Goldsmith
     Matthew D. Reade
     Kelley C. Schiffman
     Rachel T. Anderson
     Annamaria M. Morales-Kimball
     Sean P. Quirk

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INNOVATIVE HEALTH LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO L.R. 79-5.2.2 RE: DOCUMENTS SUBMITTED IN SUPPORT OF OPPOSITION TO MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT OR OPINION RELATED TO THE MAUDE DATA**<br><br>Date:   April 14, 2025<br>Time:   11:00 a.m.<br>Crtrm:  10C<br><br>Action Filed: October 18, 2019<br>Trial Date: April 29, 2025 |

1

*[PROPOSED] ORDER*

The Court, having considered the materials and arguments submitted by the parties regarding Plaintiff Innovative Health LLC's ("Innovative") Application for Leave to File Under Seal Pursuant to Local Rule 79-5.2.2 Re: Documents Submitted in Support of Opposition to Motion *in Limine* To Preclude Evidence or Argument or Opinion Related to the MAUDE Data ("Application") and the Declaration of Matthew D. Reade submitted in support of the Application, hereby ORDERS as follows:

The Application is GRANTED. The following documents, submitted in connection with the Application, SHALL BE FILED UNDER SEAL as follows:

| Exhibit | Portion to Be Sealed |
|---|---|
| Exhibit 1 | Document to be FILED UNDER SEAL IN PART |

In accordance with Local Rule 79-5.2.2, Innovative is directed to file the sealed documents pursuant to the protocol outlined in Local Rule 79-5.2.2(c). The Clerk will not convert the proposed sealed documents submitted with the Application into a new filing.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
The Honorable James V. Selna
United States District Judge