Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Derek T. Ho, Esq.
Admitted *Pro Hac Vice*
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

Karla Kraft, Esq.
(State Bar No. 205530)
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

William F. Cavanaugh, Jr.
(State Bar No. 133461))
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Muhammad U. Faridi
Admitted *Pro Hac Vice*
muhammad.faridi@linklaters.com
LINKLATERS LLP
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KESx)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**JOINT STIPULATION REGARDING JUROR QUESTIONNAIRE**<br><br>Action Filed:  October 18, 2019<br>Trial Date:  April 29, 2025 |

1    Plaintiff Innovative Health LLC ("Plaintiff") and Defendant Biosense
2  Webster, Inc. ("Defendant") (together, the "Parties"), by and through their
3  undersigned counsel of record, hereby submit this joint stipulation requesting that
4  the Court approve before the April 14, 2025 pretrial conference a juror questionnaire
5  to be mailed to prospective jurors in advance of voir dire in this matter.  This
6  stipulation is based on the following:

7    1.    This matter is set to begin trial on April 29, 2025.  The pretrial
8  conference is scheduled for April 14, 2025.

9    2.    On March 21, 2025, the Parties met and conferred regarding the content
10  of a juror questionnaire and the logistics for the same.

11    a. **The Parties are in agreement that:**

12        i.  A questionnaire in advance of voir dire will allow the
13            Parties to proceed with jury selection most efficiently,
14            which will benefit the parties, prospective jurors, and the
15            Court;

16        ii.  Mailing the questionnaire to prospective jurors for
17            completion in advance of April 29, 2025 will further those
18            efficiencies; and

19        iii.  Question nos. 1-35 of Exhibit A should be included in the
20            questionnaire.

21    b. **The Parties disagree** as to whether three questions identified in
22        Exhibit A (nos. 36-38) should be included in the questionnaire.

23    3.    The Parties further agree that a juror questionnaire is appropriate in this
24  instance due to the complexity of the claims, the facts, and the damages at issue.
25  This is a complex antitrust case involving intricate scientific issues and economic
26  implications (with damages of $200 million alleged).  Accordingly, the Parties agree
27  that justice is best served by identifying those jurors who will be well suited to
28  evaluate the complex scientific and medical evidence and engage with the damages

1  models proposed by the Parties' experts.

2      4.      The Parties respectfully request that the Court rule on the proposed

3  questionnaire before the pretrial conference scheduled for April 14, 2025.  If the

4  Court directs the Clerk of Court to use the questionnaire, the Clerk of Court will

5  require sufficient time to distribute the questionnaire and receive responses from

6  prospective jurors.  If the Court declines to use a questionnaire in this case, that

7  decision will impact the special questions for voir dire proposed by each party,

8  which are due the same day as the pretrial conference (April 14, 2025).

9      5.      In light for the foregoing, the Parties hereby jointly request that the

10  Court:

11          a.  Permit the use of a juror questionnaire in this case;

12          b.  Rule on the disputed questions (nos. 36-38) proposed by Plaintiff

13              to which Defendant objects; and

14          c.  Direct the Clerk of Court to mail the questionnaire to prospective

15              jurors to be completed and returned on or before April 22, 2025.

16      6.      If the Court would like to hear further from the Parties about the use of

17  the questionnaire, the particulars for administering the same, and/or the Parties'

18  positions on any of the disputed questions, the Parties hereby jointly request that the

19  Court set a hearing to address the juror questionnaire for April 7, 2025 at 11:00 am,

20  or at a date as soon thereafter as is convenient for the Court.   The Parties further

21  request the Court permit attendance at the hearing via Zoom given that counsel who

22  will be addressing these issues with the Court are based in Washington, D.C. and

23  New York.

24

25      IT IS SO STIPULATED.

26

27

28

1  DATED:  March 28, 2025        THEODORA ORINGHER PC

2

3

4                                By:    _/s/ Panteha Abdollahi_
                                        Panteha Abdollahi
5                                       Attorneys for Plaintiff INNOVATIVE
6                                       HEALTH LLC

7  DATED:  March 28, 2025        JEFFREY L. BERHOLD, P.C.

8

9

10                               By:    _/s/ Jeffrey L. Berhold_
                                        Jeffrey L. Berhold
11                                      Attorneys for Plaintiff INNOVATIVE
12                                      HEALTH LLC

13

14 DATED:  March 28, 2025        BERGER MONTAGUE PC

15

16

17                               By:    _/s/ Joshua P. Davis_
                                        Joshua P. Davis
18                                      Attorneys for Plaintiff INNOVATIVE
19                                      HEALTH LLC

20

21 DATED:  March 28, 2025        KELLOGG, HANSEN, TODD, FIGEL & FREDERICK,
22                               P.L.L.C.

23

24                               By:    _/s/ Derek T. Ho_
25                                      Derek T. Ho
26                                      Attorneys for Plaintiff INNOVATIVE
                                        HEALTH LLC
27

28

4

1    DATED:  March 28, 2025          STRADLING YOCCA CARLSON & RAUTH LLP

2

3

4                                    By:    _/s/ Karla Kraft_____

5                                           Karla Kraft
                                            Attorneys for Defendant BIOSENSE
6                                           WEBSTER, INC.

7    DATED:  March 28, 2025          PATTERSON BELKNAP WEBB & TYLER LLP

8

9

10                                   By:    _/s/ William F. Cavanaugh, Jr.____

11                                          William F. Cavanaugh, Jr.
                                            Attorneys for Defendant BIOSENSE
12                                          WEBSTER, INC.

13   DATED:  March 28, 2025          LINKLATERS LLP

14

15

16                                   By:    _/s/ Muhammad U. Faridi_____

17                                          Muhammad U. Faridi
                                            Attorneys for Defendant BIOSENSE
18                                          WEBSTER, INC.

19

20

21

22

23

24

25

26

27

28

## ELECTRONIC FILING ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(1), I, Panteha Abdollahi, am the ECF User whose login and password are being used to file this document. I hereby attest that Andrew Kirschenbaum, counsel for Defendant, has concurred in this filing's contents and has authorized the filing. I further attest that I have obtained their authorization to affix their electronic signature to this document.

By:    */s/ Panteha Abdollahi*

6