# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| INNOVATIVE HEALTH LLC, | Case No. 8:19-cv-1984 JVS (KES) |
|---|---|
| Plaintiff, | Assigned for all purposes to: Honorable James V. Selna |
| vs. | |
| BIOSENSE WEBSTER, INC., | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING JUROR QUESTIONNAIRE [379]** |
| Defendant. | |

Date:   April 7, 2025
Time:   11:00 a.m.
Crtrm:  10C

Action Filed:  October 18, 2019
Trial Date:  April 29, 2025

1  This Court has read and considered the Parties' stipulation regarding the Juror
2  Questionnaire.
3  Finding good cause, this Court ORDERS (1) a juror questionnaire shall be
4  mailed by the Clerk of the Court to prospective jurors with a return date of no later
5  than April 22, 2025; (2) the questionnaire [*shall / shall not*] include proposed
6  question nos. 36-38.

**IT IS SO ORDERED.**

DATED:  March 31, 2025

**DENIED**
BY ORDER OF THE COURT
The Honorable James V. Selna
United States District Judge