1  Panteha Abdollahi, Esq.
   State Bar No. 230002
2  pabdollahi@tocounsel.com
3  THEODORA ORINGHER PC
   535 Anton Boulevard, Ninth Floor
4  Costa Mesa, California 92626-7109
5  Telephone: (714) 549-6200
   Facsimile: (714) 549-6201
6
7  Jeffrey L. Berhold, Esq.
   Admitted *Pro Hac Vice*
8  jeff@berhold.com
   JEFFREY L. BERHOLD, P.C.
9  1230 Peachtree Street, Suite 1050
10 Atlanta, Georgia 30309
   Telephone: (404) 872-3800
11 Facsimile: (678) 868-2021
12 Joshua P. Davis, Esq.
   State Bar No. 193254
13 jdavis@bm.net
14 BERGER MONTAGUE PC
   505 Montgomery St., Suite 625
15 San Francisco, California 94111
   Telephone:  (415) 906-0684
16

   Derek T. Ho, Esq.*
   Andrew E. Goldsmith, Esq.*
   Matthew D. Reade, Esq.*
   Kelley C. Schiffman, Esq.
   State Bar No. 325023
   Rachel T. Anderson, Esq.*
   Annamaria M. Morales-Kimball, Esq.*
   Sean P. Quirk, Esq.*
   *Admitted *Pro Hac Vice*
   dho@kellogghansen.com
   agoldsmith@kellogghansen.com
   mreade@kellogghansen.com
   kschiffman@kellogghansen.com
   randerson@kellogghansen.com
   amoraleskimball@kellogghansen.com
   squirk@kellogghansen.com
   KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK. P.L.L.C.
   1615 M Street, N.W., Suite 400
   Washington, DC 20036
   Telephone: (202) 367-7900
   Facsimile: (202) 326-7999

   Attorneys for Plaintiff
   INNOVATIVE HEALTH LLC

17

**UNITED STATES DISTRICT COURT**

18 **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| 19  INNOVATIVE HEALTH LLC, | Case No. 8:19-cv-1984 JVS (KES) |
| 20          Plaintiff, | Assigned for all purposes to: Honorable James V. Selna |
| 21      vs. | |
| 22 | **UPDATED MOTION INDEX FOR PLAINTIFF INNOVATIVE HEALTH LLC'S MOTIONS *IN LIMINE* AND *DAUBERT* MOTION** |
| 23  BIOSENSE WEBSTER, INC., | |
| 24          Defendant. | |
| 25 | Date:    April 14, 2025 |
| 26 | Time:    11:00 a.m. |
|  | Crtrm:   10C |
| 27 | Action Filed:  October 18, 2019 |
|  | Trial Date:  April 29, 2025 |
| 28 | |

*UPDATED MOTION INDEX FOR PL.'S MOTIONS IN LIMINE AND DAUBERT MOTION*

Pursuant to Section I, paragraph 3 of the Court's Order for Jury Trial issued on August 29, 2024 (Dkt. 256), Plaintiff Innovative Health LLC respectfully provides the following motion index identifying the documents filed by Innovative in connection with Innovative's Motion *in Limine* No. 1, Motion *in Limine* No. 2, Motion *in Limine* No. 3, Motion *in Limine* No. 4, and *Daubert* Motion To Exclude Dr. Wu's Free-Riding Justification, noticed for hearing on April 14, 2025:

| Dkt. No. | Description |
|---|---|
| **Innovative's Motion *in Limine* No. 1** | |
| 345 | Motion *in Limine* No. 1 To Exclude Evidence, Testimony, and Arguments that Justify Biosense's Tie Without Acknowledging It Causes Supracompetitive Prices |
| 324-1 | Declaration of Andrew E. Goldsmith in Support of Motion *in Limine* No. 1 To Exclude Evidence, Testimony, and Arguments that Justify Biosense's Tie Without Acknowledging It Causes Supracompetitive Prices |
| 345-1 | Exhibit 1 to Declaration of Andrew E. Goldsmith:  Excerpts of the Expert Report of Lawrence Wu, Ph.D., dated January 25, 2025, and the errata thereto, dated February 14, 2025 |
| 367 | Defendants Opposition to Motion *in Limine* No. 1 To Exclude Evidence, Testimony, and Arguments that Justify Biosense's Tie Without Acknowledging It Causes Supracompetitive Prices |
| 416 | Reply in Support of Motion *in Limine* No. 1 To Exclude Evidence, Testimony, and Arguments that Justify Biosense's Tie Without Acknowledging It Causes Supracompetitive Prices |
| **Innovative's Motion *in Limine* No. 2** | |
| 346 | Motion *in Limine* No. 2 To Exclude Defendant's Advice-of-Counsel Evidence |

*UPDATED MOTION INDEX FOR PL.'S MOTIONS IN LIMINE AND DAUBERT MOTION*

| Dkt. No. | Description |
|---|---|
| 327-1 | Declaration of Andrew E. Goldsmith in Support of Motion *in Limine* No. 2 To Exclude Defendant's Advice-of-Counsel Evidence |
| 327-1 | Exhibit 1 to Declaration of Andrew E. Goldsmith:  Letter from counsel for Biosense to counsel for Innovative, dated January 10, 2025 |
| 327-1 | Exhibit 2 to Declaration of Andrew E. Goldsmith:  Letter from counsel for Innovative to counsel for Biosense, dated December 12, 2024 |
| 327-1 | Exhibit 3 to Declaration of Andrew E. Goldsmith:  Letter from counsel for Biosense to counsel for Innovative, dated December 23, 2024 |
| 327-1 | Exhibit 4 to Declaration of Andrew E. Goldsmith:  Letter from counsel for Innovative to counsel for Biosense, dated December 31, 2024 |
| 346-1 | Exhibit 5 to Declaration of Andrew E. Goldsmith:  Excerpts of the final transcript of the August 10, 2021 deposition of Conrad Ramos and errata thereto |
| 346-2 | Exhibit 6 to Declaration of Andrew E. Goldsmith:  Document bearing Bates numbers BWI-INN00496729 to BWI-INN00496731, which was produced by Biosense in this litigation |
| 346-3 | Exhibit 7 to Declaration of Andrew E. Goldsmith:  Document bearing Bates numbers BWI-INN00709004 to BWI-INN00709006, which was produced by Biosense in this litigation |

3

| Dkt. No. | Description |
|---|---|
| 346-4 | Exhibit 8 to Declaration of Andrew E. Goldsmith:  Document bearing Bates numbers BWI-INN00412690 to BWI-INN00412691, which was produced by Biosense in this litigation |
| 327-1 | Exhibit 9 to Declaration of Andrew E. Goldsmith:  Document bearing Bates numbers BWI-INN00401987 to BWI-INN00401991, which was produced by Biosense in this litigation |
| 346-5 | Exhibit 10 to Declaration of Andrew E. Goldsmith:  Document bearing Bates numbers BWI-INN00416215 to BWI-INN00416219, which was produced by Biosense in this litigation |
| 346-6 | Exhibit 11 to Declaration of Andrew E. Goldsmith:  Document bearing Bates numbers BWI INN00418144 to BWI-INN00418145, which was produced by Biosense in this litigation |
| 383 | Defendant's Opposition to Motion *in Limine* No. 2 To Exclude Defendant's Advice-of-Counsel Evidence |
| 369-1 | Declaration of Alejandro H. Cruz in Support of Defendant's Opposition to Innovative Health LLC's Motion *in Limine* No. 2 to Exclude Defendant's Advice-of-Counsel Evidence |
| 369-2 | Exhibit 1 to Declaration of Alejandro H. Cruz:  Email between Dave Distel and Liz Stoneman, bearing the Bates No. IH00177636 |
| 383-1 | Exhibit 2 to Declaration of Alejandro H. Cruz:  Excerpts from the final transcript of Conrad Ramos's August 10, 2021 deposition |
| 369-4 | Exhibit 3 to Declaration of Alejandro H. Cruz:  December 31, 2024 Letter from Matthew D. Reade, counsel to IH, to Alejandro H. Cruz, counsel for BWI |

4

| Dkt. No. | Description |
|---|---|
| 369-5 | Exhibit 4 to Declaration of Alejandro H. Cruz:  Innovative Health LLC's First Requests for Documents |
| 369-6 | Exhibit 5 to Declaration of Alejandro H. Cruz:  Biosense's Responses to Innovative Health LLC's First Requests for Documents |
| 369-7 | Exhibit 6 to Declaration of Alejandro H. Cruz:  Innovative Health LLC's Fifth Requests for Documents |
| 369-8 | Exhibit 7 to Declaration of Alejandro H. Cruz:  January 10, 2025 Letter from Alejandro H. Cruz, counsel for BWI to Matthew D. Reade, counsel to IH |
| 417 | Reply in Support of Motion *in Limine* No. 2 To Exclude Defendant's Advice-of-Counsel Evidence |
| 402-1 | Declaration of Andrew E. Goldsmith in Support of Motion *in Limine* No. 2 To Exclude Defendant's Advice-of-Counsel Evidence |
| 402-1 | Exhibit 1 to Declaration of Andrew E. Goldsmith:  Document bearing Bates numbers IH00287096 to IH00287097, which was produced by Innovative in this litigation |
| 417-1 | Exhibit 2 to Declaration of Andrew E. Goldsmith:  Document bearing Bates numbers BWI-INN00400941 to BWI-INN00400942, which was produced by Innovative in this litigation |
| 402-1 | Exhibit 3 to Declaration of Andrew E. Goldsmith:  Excerpt from the transcript of the March 5, 2025, deposition of Dr. Lawrence Wu |

*UPDATED MOTION INDEX FOR PL.'S MOTIONS IN LIMINE AND DAUBERT MOTION*

| Dkt. No. | Description |
|---|---|
| **Innovative's Motion *in Limine* No. 3** | |
| 347 | Motion *in Limine* No. 3 To Preclude Biosense From Relying on Late-Disclosed and Unverifiable Data |
| 330-1 | Declaration of Andrew E. Goldsmith in Support of Motion *in Limine* No. 3 To Preclude Biosense From Relying on Late-Disclosed and Unverifiable Data |
| 347-1 | Exhibit 1 to Declaration of Andrew E. Goldsmith:  Email from S. Lobb to J. Berhold with the subject line "RE: Innovative v. Biosense – Update Datasets" dated September 19, 2024 |
| 330-1 | Exhibit 2 to Declaration of Andrew E. Goldsmith:  Email from I. Weingram to M. Summers with the subject line "[EXTERNAL] RE: Innovative Health v. Biosense Webster - Supplemental Wu Report" dated January 30, 2025 |
| 347-2 | Exhibit 3 to Declaration of Andrew E. Goldsmith:  Deposition Exhibit 427 |
| 347-3 | Exhibit 4 to Declaration of Andrew E. Goldsmith:  Deposition Exhibit 428 |
| 347-4 | Exhibit 5 to Declaration of Andrew E. Goldsmith:  Excerpt of the final transcript of the March 5, 2025 deposition of Dr. Lawrence Wu |
| 382 | Defendant's Opposition to Motion *in Limine* No. 3 To Preclude Biosense From Relying on Late-Disclosed and Unverifiable Data |
| 370-1 | Declaration of Romeo Dela Cruz, Jr. |
| 382-1 | Declaration of Isaac J. Weingram in Support of Defendant's Opposition to Motion *in Limine* No. 3 |

*UPDATED MOTION INDEX FOR PL.'S MOTIONS IN LIMINE AND DAUBERT MOTION*

| Dkt. No. | Description |
|---|---|
| 382-2 | Exhibit 1 to Declaration of Isaac J. Weingram:  Extract from BWI- INN00722119 |
| 394 | Reply in Support of Motion *in Limine* No. 3 To Preclude Biosense From Relying on Late-Disclosed and Unverifiable Data |
| **Innovative's Motion *in Limine* No. 4** | |
| 331 | Motion *in Limine* No. 4 To Exclude Evidence Of Personal Wealth And Attempted Sales of Innovative Health |
| 331-1 | Declaration of Andrew E. Goldsmith in Support of Motion *in Limine* No. 4 To Exclude Evidence Of Personal Wealth And Attempted Sales of Innovative Health |
| 331-1 | Exhibit 1 to Declaration of Andrew E. Goldsmith:  Excerpt of the final transcript of the September 22, 2021 deposition of Rick Ferreira |
| 331-1 | Exhibit 2 to Declaration of Andrew E. Goldsmith:  Excerpt of the final transcript of the September 16, 2021 deposition of Timothy D. Einwechter |
| 331-1 | Exhibit 3 to Declaration of Andrew E. Goldsmith:  Email from A. Kirschenbaum to S. Quirk with the subject line "[EXTERNAL] RE: Innovative Health v. Biosense Webster – Stipulation re Personal Wealth" dated March 14, 2025 |
| 371 | Defendant's Opposition to Motion *in Limine* No. 4 To Exclude Evidence Of Personal Wealth And Attempted Sales of Innovative Health |

*UPDATED MOTION INDEX FOR PL.'S MOTIONS IN LIMINE AND DAUBERT MOTION*

| Dkt. No. | Description |
|---|---|
| 371-1 | Declaration of Alejandro H. Cruz in Support of Defendant's Opposition to Innovative Health LLC's Motion *in Limine* No. 4 To Exclude Evidence Of Personal Wealth And Attempted Sales of Innovative Health |
| 385 | Exhibit 1 to Declaration of Alejandro H. Cruz:  Excerpts from the transcript of Lawrence Wu's March 5, 2025 deposition |
| 371-3 | Exhibit 2 to Declaration of Alejandro H. Cruz:  Excerpt from the final transcript of Timothy D. Einwechter's September 16, 2021 deposition |
| 371-4 | Exhibit 3 to Declaration of Alejandro H. Cruz:  Excerpt from the final transcript of Rick Ferreira's September 22, 2021 deposition |
| 395 | Reply in Support of Motion *in Limine* No. 4 To Exclude Evidence Of Personal Wealth And Attempted Sales of Innovative Health |
| **Innovative's *Daubert* Motion** | |
| 348 | Notice of *Daubert* Motion and *Daubert* Motion To Exclude Dr. Wu's Free-Riding Justification |
| 334-1 | Declaration of Andrew E. Goldsmith in Support of *Daubert* Motion To Exclude Dr. Wu's Free-Riding Justification |
| 348-1 | Exhibit 1 to Declaration of Andrew E. Goldsmith:  Excerpts of the Expert Report of Lawrence Wu, Ph.D., dated October 22, 2021 |
| 348-2 | Exhibit 2 to Declaration of Andrew E. Goldsmith:  Excerpts of the Expert Report of Lawrence Wu, Ph.D., dated January 25, 2025, and the errata thereto, dated February 14, 2025 |

*UPDATED MOTION INDEX FOR PL.'S MOTIONS IN LIMINE AND DAUBERT MOTION*

| Dkt. No. | Description |
|----------|-------------|
| 348-3 | Exhibit 3 to Declaration of Andrew E. Goldsmith:  Excerpt of the final transcript of the March 5, 2025 deposition of Dr. Lawrence Wu |
| 384 | Defendant's Opposition to Innovative Health LLC's *Daubert* Motion To Exclude Dr. Wu's Free-Riding Justification |
| 366-1 | Declaration of William F. Cavanaugh, Jr. in Support of Defendant's Opposition to Innovative Health LLC's *Daubert* Motion To Exclude Dr. Wu's Free-Riding Justification |
| 366-2 | Exhibit 1 to Declaration of William F. Cavanaugh, Jr.:  Excerpted pages from the transcript of the February 27, 2025 deposition of Eric F. Forister, Ph.D. |
| 418 | Reply in Support of Innovative Health LLC's *Daubert* Motion To Exclude Dr. Wu's Free-Riding Justification |

DATED:  April 3, 2025                    THEODORA ORINGHER PC


                                         By:     */s/ Panteha Abdollahi*
                                                 Panteha Abdollahi

                                         JEFFREY L. BERHOLD, P.C.


                                         By:     */s/ Jeffrey L. Berhold*
                                                 Jeffrey L. Berhold

*UPDATED MOTION INDEX FOR PL.'S MOTIONS IN LIMINE AND DAUBERT MOTION*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BERGER MONTAGUE PC


By: _____/s/ Joshua P. Davis_____
        Joshua P. Davis
        Matthew Summers

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.


By: _____/s/ Andrew E. Goldsmith_____
        Derek T. Ho
        Andrew E. Goldsmith
        Matthew D. Reade
        Kelley C. Schiffman
        Rachel T. Anderson
        Annamaria M. Morales-Kimball
        Sean P. Quirk


Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

*UPDATED MOTION INDEX FOR PL.'S MOTIONS IN LIMINE AND DAUBERT MOTION*