KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

MUHAMMAD U. FARIDI
(Admitted *Pro Hac Vice*)
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br><br>Hon. James V. Selna<br><br>**MOTION INDEX FOR BIOSENSE WEBSTER, INC.'S MOTIONS *IN LIMINE* AND *DAUBERT* MOTION, OPPOSITIONS, AND REPLIES**<br><br>Date: April 14, 2025<br>Time: 11:00 a.m.<br>Judge: Hon. James V. Selna<br>Courtroom: 10C<br><br>**PRE-TRIAL CONFERENCE**:<br>April 14, 2025, 11 am [Dkt 256]<br><br>**JURY TRIAL**:<br>April 29, 2025, 8:30 am [Dkt 256]<br><br>Complaint Filed: October 18, 2019 |

- 1 -

Under Section I, paragraph 3 of the Court's Order for Jury Trial issued on August 29, 2024 (Dkt. 256), Defendant Biosense Webster, Inc. ("Defendant") submits the following motion index identifying the documents filed by Defendant and Plaintiff Innovative Health LLC ("Plaintiff") in connection with Defendant's Motion *in Limine* No. 1, Motion *in Limine* No. 2, Motion *in Limine* No. 3, and *Daubert* Motion, all of which are noticed for hearing on April 14, 2025.

| DOCKET NO. | NAME OF DOCUMENT |
|---|---|
| 341 | **Biosense Webster, Inc.'s *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister** |
| 318-1 | **Declaration of William F. Cavanaugh, Jr. ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister** |
| 341-1 | Exhibit 1 to Cavanaugh Declaration ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister – 9/24/2021 Forister Report |
| 341-2 | Exhibit 2 to Cavanaugh Declaration ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister - 10/22/2021 Wu Report |
| 341-3 | Exhibit 3 to Cavanaugh Declaration ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister – 2/19/2025 Second Rebuttal Report of Forister |
| 318-5 | Exhibit 4 to Cavanaugh Declaration ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister – 6/14/2024 Hearing Transcript |
| 318-6 | Exhibit 5 to Cavanaugh Declaration ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister – 2/27/2025 Forister Deposition Transcript |
| 341-4 | Exhibit 6 to Cavanaugh Declaration ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister - 12/2/2024 Second Supp. Report of Forister |

| DOCKET NO. | NAME OF DOCUMENT |
|---|---|
| 341-5 | Exhibit 7 to Cavanaugh Declaration ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister – 1/25/2025 Wu Report |
| 341-6 | Exhibit 8 to Cavanaugh Declaration ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister- 11/19/2021 Forister Rebuttal |
| 318-10 | Exhibit 9 Cavanaugh Declaration ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister – Horizontal Merger Guidelines |
| 378 | **Innovative Health LLC's Opposition Defendant's *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister** |
| 364-1 | **Declaration of Matthew D. Reade ISO Innovative Health LLC's Opposition to *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister** |
| 378-1 | Exhibit A to Reade Declaration ISO Innovative Health LLC's Opposition to *Daubert* Motion - |
| 412 | **Biosense Webster, Inc.'s Reply ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister** |
| 396-1 | **Declaration of William F. Cavanaugh, Jr. ISO Defendant's Reply in Support of *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister** |
| 396-2 | Exhibit 10 Cavanaugh Declaration ISO Reply ISO *Daubert* Motion to Exclude Certain Opinions of Dr. Eric F. Forister – 2-27-2025 Deposition Transcript of Eric F. Forister |
| 342 | **Biosense Webster, Inc.'s Motion *in Limine* (1) to Preclude Evidence or Argument or Opinion Related to the MAUDE Data** |
| 319-1 | **Declaration of Isaac J. Weingram ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data** |

| DOCKET NO. | NAME OF DOCUMENT |
|---|---|
| 319-2 | Exhibit 1 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data – FDA Website re: MAUDE Database |
| 342-1 | Exhibit 2 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data – Doshi Rough Transcript |
| 319-4 | Exhibit 3 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data – IH00480891 |
| 319-5 | Exhibit 4 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data – 7-15-2021 Chudzik Deposition Transcript |
| 319-6 | Exhibit 5 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data – MAUDE Adverse Event Report |
| 342-2 | Exhibit 6 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data - 12/2/2024 Second Supp. Report of Forister |
| 342-3 | Exhibit 7 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data - 2/19/2025 Second Rebuttal Report of Forister |
| 342-4 | Exhibit 8 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data - 9/24/2021 Forister Report |
| 342-5 | Exhibit 9 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data - 10/22/2021 Wu Report |

| DOCKET NO. | NAME OF DOCUMENT |
|---|---|
| 319-11 | Exhibit 10 to Weingram Declaration ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data – 6/14/2024 Hearing Transcript |
| 377 | **Innovative Health LLC's Opposition to Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data** |
| 413 | **Biosense Webster, Inc.'s Reply ISO Motion *in Limine* (1) to Preclude Evidence or Argument or Opinion Related to the MAUDE Data** |
| 397-1 | **Declaration of Isaac J. Weingram ISO Reply ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data** |
| 397-2 | Exhibit 11 to Weingram Declaration ISO Reply ISO Motion *in Limine* to Preclude Evidence or Argument or Opinion Related to the MAUDE Data – 2-27-2025 Deposition Transcript of Eric F. Forister |
| 343 | **Biosense Webster, Inc.'s Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices** |
| 320-1 | **Declaration of Andrew Kirschenbaum ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices** |
| 343-1 | Exhibit 1 to Kirschenbaum Declaration ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices - 12/2/2024 Second Supp. Report of Forister |
| 343-2 | Exhibit 2 to Kirschenbaum Declaration ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices - 2/19/2025 Second Rebuttal Report of Forister |
| 343-3 | Exhibit 3 to Kirschenbaum Declaration ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices - 9/24/2021 Forister Report |

MOTION INDEX FOR MOTIONS *IN LIMINE*, *DAUBERT* MOTION, OPPOSITIONS, AND REPLIES

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

| DOCKET NO. | NAME OF DOCUMENT |
|---|---|
| 320-5 | Exhibit 4 to Kirschenbaum Declaration ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices - 9/15/2021 Cormier Deposition Transcript |
| 320-6 | Exhibit 5 to Kirschenbaum Declaration ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices – 7/27/2021 Joseph Deposition Transcript |
| 386 | **Innovative Health LLC's Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices** |
| 357-1 | **Declaration of Jeffrey L. Berhold ISO Innovative Health LLC's Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices** |
| 386-1 | Exhibit A to Berhold Declaration ISO Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices |
| 386-2 | Exhibit B to Berhold Declaration ISO Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices |
| 386-3 | Exhibit C to Berhold Declaration ISO Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices |
| 386-4 | Exhibit D to Berhold Declaration ISO of Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices |
| 386-5 | Exhibit E to Berhold Declaration ISO Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices |
| 386-6 | Exhibit F to Berhold Declaration ISO Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices |

| DOCKET NO. | NAME OF DOCUMENT |
|---|---|
| 386-7 | Exhibit G to Berhold Declaration ISO Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices |
| 386-8 | Exhibit H to Berhold Declaration ISO Opposition to Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices |
| 414 | **Biosense Webster, Inc.'s Reply ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices** |
| 398-1 | **Declaration of Andrew Kirschenbaum ISO Reply ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices** |
| 398-2 | Exhibit 6 to Kirschenbaum Declaration ISO Reply ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices – 2/16/2023 Email from Dave Distel at Innovative Health to Megan McCabe at Crouse Health |
| 398-3 | Exhibit 7 to Kirschenbaum Declaration ISO Reply ISO Motion *in Limine* to Preclude Evidence or Argument Related to Alleged Catheter Collection Practices – 6/9/2022 Email from Lars Thording to Purchasing Work Group |
| 344 | **Biosense Webster, Inc.'s Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories** |
| 322-1 | **Declaration Of Alejandro H. Cruz ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories** |
| 322-2 | Exhibit 1 to Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories – 6/14/2024 Hearing Transcript |
| 344-1 | Exhibit 2 to Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories - 9/24/2021 Forister Report |

| DOCKET NO. | NAME OF DOCUMENT |
|---|---|
| 344-2 | Exhibit 3 to Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories - 11/19/2021 Forister Rebuttal |
| 344-3 | Exhibit 4 to Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories - 12/2/2024 Second Supp. Report of Forister |
| 322-6 | Exhibit 5 to Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories - 1/29/2021 Innovative Health's Fifth RFPs to Biosense Webster, Inc. |
| 322-7 | Exhibit 6 to Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories – 3/26/2021 Meet and Confer Follow-up |
| 322-8 | Exhibit 7 to Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories – 04/23/2024 and 05/01/2024 J. Berhold Emails |
| 322-9 | Exhibit 8 to Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories – 2/27/2025 Forister Deposition Transcript |
| 344-4 | Exhibit 9 to Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories – 1/25/2025 Wu Report |
| 374 | **Notice of Errata Regarding Cruz Declaration ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories; Exhibit 10 to Cruz Decl.** |
| 387 | **Innovative Health LLC's Opposition to Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories** |

| DOCKET NO. | NAME OF DOCUMENT |
|---|---|
| 360-1 | **Declaration of Jeffrey L. Berhold ISO Innovative Health LLC's Opposition to Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories** |
| 360-1 | Exhibit A to Berhold Declaration ISO Innovative Health LLC's Opposition to Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories – 4-28-2021 Email from Lillian Grossbard of Cravath, Swaine & Moore LLP to Jeffrey Berhold |
| 360-1 | Exhibit B to Berhold Declaration ISO Innovative Health LLC's Opposition to Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories – 2-27-2025 Deposition Transcript of Eric F. Forister |
| 415 | **Biosense Webster, Inc.'s Reply ISO Motion *in Limine* to Preclude Evidence and Argument Related to Newly Introduced Theories** |

DATED: April 3, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Karla Kraft*
   Karla Kraft

PATTERSON BELKNAP WEBB AND TYLER LLP

By: */s/ William F. Cavanaugh, Jr.*
   William F. Cavanaugh, Jr.

LINKLATERS LLP

By: */s/ Muhammad U. Faridi*
   Muhammad U. Faridi

Attorneys for Defendant
BIOSENSE WEBSTER, INC.