KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB
AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

MUHAMMAD U. FARIDI
(*admitted pro hac vice*)
muhammad.faridi@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant*. | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION OF ALEJANDRO H. CRUZ IN SUPPORT OF DEFENDANT'S TRIAL BRIEF**<br><br>Action Filed: October 18, 2019<br>Trial Date: May 1, 2025 |

- 1 -

I, Alejandro H. Cruz, declare as follows:

1. I am an attorney admitted to the bar of the State of New York. My *pro hac vice* application to practice before this Court was granted on February 12, 2025. I am a partner at Patterson Belknap Webb & Tyler LLP and represent the defendant, Biosense Webster, Inc. ("BWI"), in this matter.

2. I make this declaration in support of BWI's trial brief.

3. The facts I state here are true and correct to the best of my knowledge and understanding. I make each of the statements below based on my own personal knowledge and a review of the files associated with this matter. If called as a witness, I could and would testify competently to the facts stated herein.

4. A true and correct copy of the January 27, 2025 transcript of proceeding in *Surgical Instrument Serv. Co. v. Intuitive Surgical, Inc.,* Case No. 21-cv-3496 (N.D. Cal.) is attached hereto as **Exhibit 1**.

5. A true and correct copy of Innovative Health LLC's ("IH") Chief Executive Officer, Rick Ferreira's deposition transcript is attached hereto as **Exhibit 2**.

6. A true and correct copy of the April 14, 2025 transcript of proceeding for the pretrial conference is attached hereto as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of April 2025, in Newport Beach, California.

By:  */s/ Alejandro H. Cruz*
     Alejandro H. Cruz