# Exhibit 2

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

_____

INNOVATIVE HEALTH LLC,

    Plaintiff,             CASE NO.

vs.                     8:19-cv-01984-JVS-KES

BIOSENSE WEBSTER, INC.,

    Defendant.

_____

VIDEOTAPE 30(B)(6) DEPOSITION OF

INNOVATIVE HEALTH, LLC

AND IN HIS INDIVIDUAL CAPACITY

WITNESS: RICK FERRIERA

APPEARING REMOTE FROM

DALLAS, TEXAS

SEPTEMBER 22, 2021

8:40 A.M CST

Reported By:

Judith L. Leitz Moran

RPR, RSA, CCR-B-2312

APPEARING REMOTELY FROM ATLANTA, GEORGIA

```
                                                          Page 2
 1            REMOTE APPEARANCES OF COUNSEL
 2
 3   On behalf of the Plaintiff:
 4        JEFFREY L. BERHOLD, ESQUIRE
 5        JEFFREY L. BERHOLD, P.C.
 6        1230 Peachtree Street
 7        Suite 1050
 8        Atlanta, Georgia  30309
 9
10   On behalf of the Defendant:
11        KATHERINE B. FORREST, ESQUIRE
12        RACHEL PELTZER, ESQUIRE
13        CRAVATH SWAINE & MOORE LLP
14        Worldwide Plaza
15        825 Eighth Avenue
16        New York, New York  10019
17
18   ALSO PRESENT:
19        * JESS WIGGINS, VIRTUAL VIDEO TECHNICIAN
20        * JIM FARMER, VIRTUAL CONCIERGE
21
22
23
24
25
```

Page 113

1  A   Intuitively you would think that's the
2  right answer, but I don't know the exact number.
3  Q   Okay.  And how about SOUNDSTAR, do you
4  know that --
5  A   Same answer.
6  Q   Same answer?
7  A   Same answer.
8  Q   Meaning you would expect that Innovative
9  has continued to increase its sales by virtue of
10 increased customer accounts of Lasso, Pentaray and
11 SOUNDSTAR catheters --
12 A   Yes.
13 Q   -- correct?
14 A   Yes.
15 Q   Now, do you compete with Biosense Webster
16 at all in selling reprocessed catheters?  I'm not
17 talking about Sterilmed, just Biosense Webster.  Do
18 you compete with Biosense Webster in selling
19 reprocessed catheters?
20 A   Biosense Webster does not sell catheters,
21 reprocessed catheters directly.
22 Q   Now, in this lawsuit, what do you want to
23 get from Biosense Webster?
24 A   Well, I think we -- we're going to have a
25 damages estimate for you guys.  But I also want

1  them to -- to do what the others are doing and
2  support the cases.  I mean, you're aware we had a
3  settlement conference with -- with the team there
4  yesterday.
5       Q    Yeah.  And I don't want to go into sort
6  of the back and forth that might be part of the
7  settlement discussions.
8            What I would like as a business matter
9  what you are seeking by virtue -- and I don't want
10 you to tell me anything that you may have discussed
11 with your lawyers, just you as the CEO --
12      A    Two things.
13      Q    -- of Innovative.
14      A    Two things.  I want damages, money
15 damages, and I want them to change their market
16 behavior.
17      Q    Okay.  And are you aware of any other
18 company outside of the EP space that provides
19 support for reprocessed products, reprocessed by a
20 third party?
21      A    I'm only really knowledgeable right now
22 of the EP space.
23      Q    Are you able to name a single company
24 anywhere that -- apart from the EP space that
25 provides support for reprocessed products, those