**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br><br>[~~PROPOSED~~] ORDER (1) DENYING PLAINTIFF'S *EX PARTE* APPLICATION SEEKING *IN CAMERA* REVIEW OF UNREDACTED TRIAL EXHIBITS AND (2) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR AN ORDER TO REDACT SHOCKING LANGUAGE IN CERTAIN TRIAL EXHIBITS<br><br>Date: April 24, 2025<br>Time: 9:30 a.m.<br>Action Filed: October 18, 2019<br>Trial Date: May 1, 2025<br><br>Hon. Karen E. Scott |

[~~PROPOSED~~] ORDER

1  The Court, having considered the materials and arguments submitted by the
2  parties in connection with Plaintiff Innovative Health LLC's ("IH") (1) *ex parte*
3  application seeking *in camera* review of unredacted trial exhibits, Dkt. No. 431,
4  and (2) letter request for an order requiring the parties to redact shocking language
5  in certain trial exhibits, Dkt. No. 453, and for the reasons stated on the record
6  during a telephonic hearing held on April 24, 2025 at 9:30 a.m., at which Matthew
7  Reade appeared on behalf of IH and Alejandro Cruz and Karla Kraft appeared on
8  behalf of Defendant Biosense Webster Inc. ("BWI"), hereby **ORDERS** as follows:

IH's *ex parte* application for *in camera* review of unredacted trial exhibits is **DENIED**.

IH's request for an order requiring the parties to redact shocking language is **GRANTED** only with respect to the four words identified by the Court in Exhibit 2 to the April 20, 2025, Declaration of Matthew D. Reade, Dkt. No. 453-1, as detailed and set forth on the record of the hearing in this matter on April 24, 2025. IH's request for an order requiring the parties to redact shocking language is otherwise **DENIED** with respect to all other trial exhibits identified in IH's letter request and the accompanying declaration.

**IT IS SO ORDERED.**

Dated:  April 28, 2025

_____
The Honorable Karen E. Scott
United States Magistrate Judge