Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
Kelley C. Schiffman, Esq.
State Bar No. 325023
Rachel T. Anderson, Esq.*
Annamaria M. Morales-Kimball, Esq.*
Sean P. Quirk, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
kschiffman@kellogghansen.com
randerson@kellogghansen.com
amoraleskimball@kellogghansen.com
squirk@kellogghansen.com
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**PLAINTIFF INNOVATIVE HEALTH LLC'S REQUEST FOR LOADING DOCK ACCESS TO DELIVER TRIAL MATERIALS AND BOXES TO COURTROOM**<br><br>Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

Counsel for Plaintiff Innovative Health LLC respectfully requests access to Court's loading dock on May 5, 2025 at 8:30 AM. Plaintiff requests access to the Court's loading dock to place boxes/materials in Honorable Judge James V. Selna Courtroom 10C.

On May 5, 2025, the persons adding the materials will be: Paralegals Chandler J. Sella and Mercedes O. McMahon, IT Support Specialist Kyler S. Wheeler, Legal Administrative Assistants Nathalia M. Reyes and Eric M. McLellan, all of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and Andrew Mortenson of Digital Evidence Group, in an Infiniti QX80 with License Plate GA TCJ3487 and an Infiniti QX80 with License Plate UT T10 4PW.

DATED: May 2, 2025

THEODORA ORINGHER PC

By: ___/s/ Panteha Abdollahi___
Panteha Abdollahi

JEFFREY L. BERHOLD, P.C.

By: ___/s/ Jeffrey L. Berhold___
Jeffrey L. Berhold

BERGER MONTAGUE PC

By: ___/s/ Joshua P. Davis___
Joshua P. Davis
Matthew Summers

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By: ___/s/ Andrew E. Goldsmith___
Derek T. Ho
Andrew E. Goldsmith
Matthew D. Reade
Kelley C. Schiffman
Rachel T. Anderson
Annamaria M. Morales-Kimball
Sean P. Quirk

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC