# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>  Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**ORDER RE: PLAINTIFF INNOVATIVE HEALTH LLC'S REQUEST FOR LOADING DOCK ACCESS TO DELIVER TRIAL MATERIALS AND BOXES TO COURTROOM [488]** |

Counsel for Plaintiff Innovative Health LLC has advised the Court that on May 5, 2025, at 8:30 AM, Plaintiff requests access to the Court's loading dock to place boxes/materials in Honorable Judge James V. Selna Courtroom 10C.

On May 5, 2025, the persons adding the materials will be: Paralegals Chandler J. Sella and Mercedes O. McMahon, IT Support Specialist Kyler S. Wheeler, Legal Administrative Assistants Nathalia M. Reyes and Eric M. McLellan, all of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and Andrew Mortenson of Digital Evidence Group, in an Infiniti QX80 with License Plate GA TCJ3487 and an Infiniti QX80 with License Plate UT T10 4PW.

Having considered Plaintiff's application, it is hereby ORDERED that the individuals referenced above may deliver the above-referenced materials to Courtroom 10C on May 5, 2025, at 8:30 AM.

**IT IS SO ORDERED.**

DATED: May 02, 2025

_____
The Honorable James V. Selna
United States District Judge