1  Panteha Abdollahi, Esq.
2  State Bar No. 230002
   pabdollahi@tocounsel.com
3  THEODORA ORINGHER PC
4  535 Anton Boulevard, Ninth Floor
   Costa Mesa, California 92626-7109
5  Telephone: (714) 549-6200
   Facsimile: (714) 549-6201
6
7  Jeffrey L. Berhold, Esq.
   Admitted *Pro Hac Vice*
8  jeff@berhold.com
   JEFFREY L. BERHOLD, P.C.
9  1230 Peachtree Street, Suite 1050
10 Atlanta, Georgia 30309
   Telephone: (404) 872-3800
11 Facsimile: (678) 868-2021
12
   Joshua P. Davis, Esq.
13 State Bar No. 193254
   jdavis@bm.net
14 BERGER MONTAGUE PC
15 505 Montgomery St., Suite 625
   San Francisco, California 94111
16 Telephone:  (415) 906-0684

   Derek T. Ho, Esq.*
   Andrew E. Goldsmith, Esq.*
   Matthew D. Reade, Esq.*
   Kelley C. Schiffman, Esq.
   State Bar No. 325023
   Rachel T. Anderson, Esq.*
   Annamaria M. Morales-Kimball, Esq.*
   Sean P. Quirk, Esq.*
   *Admitted *Pro Hac Vice*
   dho@kellogghansen.com
   agoldsmith@kellogghansen.com
   mreade@kellogghansen.com
   kschiffman@kellogghansen.com
   randerson@kellogghansen.com
   amoraleskimball@kellogghansen.com
   squirk@kellogghansen.com
   KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK. P.L.L.C.
   1615 M Street, N.W., Suite 400
   Washington, DC 20036
   Telephone: (202) 367-7900
   Facsimile: (202) 326-7999

   Attorneys for Plaintiff
   INNOVATIVE HEALTH LLC

17

18                    **UNITED STATES DISTRICT COURT**
19      **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

20  INNOVATIVE HEALTH LLC,                Case No. 8:19-cv-1984 JVS (KES)
                                          Assigned for all purposes to:
21            Plaintiff,                  Honorable James V. Selna
22
23       vs.                             **NOTICE OF OBJECTIONS AND
                                          DISPUTES RE DEPOSITION
                                          TESTIMONY AND EXHIBITS**
24  BIOSENSE WEBSTER, INC.,
                                          Action Filed:  October 18, 2019
25            Defendant.                  Trial Date:  May 6, 2025
26
27
28

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Innovative Health LLC ("Innovative") hereby notices the lodging with the Court of outstanding, good-faith disputes related to deposition testimony, and exhibits entered therein, for the Court's attention.  As of this submission, on May 4, 2025, the materials related to the below disputes have been lodged directly with the Courtroom Deputy and copies of the same will be physically delivered to the Court on May 5, 2025.

The parties have jointly requested, via email dated May 2, 2025 to the Courtroom Deputy, time with the Court on May 5, 2025 so as to resolve these issues prior to the first day of trial.

The disputes raised herein relate to deposition testimony that Innovative has reserved the right to enter on Tuesday, May 6, 2025, or the first day of testimony at trial (six witnesses in total).[1]  Additional disputes may be raised with respect to other witnesses appearing by testimony at a later date.

Innovative submits the following for the Court's attention:

| Witness | Nature of Disputes | Materials Submitted |
|---|---|---|
| Demczuk, Nick | Testimonial & Exhibits | 1. Index of designated testimony and objections<br>2. Designation List Report with objections<br>3. Index of exhibit objections<br>4. Objected-to exhibit |
| Idio, Michael | Testimonial & Exhibits | 1. Index of designated testimony and objections<br>2. Designation List Report with objections<br>3. Index of exhibit objections<br>4. Objected-to exhibit |

---

[1] There are no disputes with respect to the designated testimony of Vincent Thomas and Joseph Koenig.

2

*NOTICE OF LODGING OF OBJECTIONS AND DISPUTES RE DEPOSITION TESTIMONY AND EXHIBITS FOR
USE AT TRIAL ON MAY 6, 2025 (8:19-CV-1984 JVS)*

| Martin, Noah | Testimonial | 1. Index of designated testimony and objections |
| | | 2. Designation List Report with objections |
| Tranguch, Portia | Testimonial & Exhibits | 1. Index of designated testimony and objections |
| | | 2. Designation List Report with objections |
| | | 3. Index of exhibit objections |
| | | 4. Objected-to exhibits |

For ease of the Court, Innovative notes the following:

1. Testimony offered by Plaintiff Innovative Health LLC has been highlighted in or associated with the color orange.

2. Testimony offered by Defendant Biosense Webster, Inc. has been highlighted in or associated with the color purple.

3. The parties' respective objections to proffered testimony have been noted in the margins of the transcripts in the parties' respective colors. An objection key follows:

| Objection | Code |
| --- | --- |
| Argumentative | A |
| Attorney commentary/exchange | AC |
| Assumes facts not in evidence | AF |
| Best evidence rule | BE |
| Compound/Overbroad | CD |
| Calls for Narrative | CN |
| Designation incomplete; incomprehensible | DI |
| Hearsay | H |
| Improper use of inadmissible document | ID |
| Incomplete hypothetical | IH |
| Calls for a legal conclusion | LC |
| Lacks foundation | LF |
| Subject to the court's ruling on or a pending motion in limine | MIL |
| Misstates prior testimony (mischaracterization) | MT |

*NOTICE OF LODGING OF OBJECTIONS AND DISPUTES RE DEPOSITION TESTIMONY AND EXHIBITS FOR USE AT TRIAL ON MAY 6, 2025 (8:19-CV-1984 JVS)*

| Non-responsive answer | NR |
|---|---|
| Outside of the scope of affirmative designation (for counter and completeness designations) | S |
| Outside of the scope of the Rule 30(b)(6) deposition topics | 30(b)(6) |
| Untimely | U |
| Vague and ambiguous | V |
| Relevance | FRE 401 |
| Unduly prejudicial, confusing, misleading, delay, waste of time, or cumulative | FRE 403 |
| Privileged | FRE 501 |
| Lack of personal knowledge; calls for speculation | FRE 602 |
| Leading | FRE 611 |
| Improper opinion by lay witness | FRE 701 |

DATED:  May 4, 2025                THEODORA ORINGHER PC


By:    _/s/ Panteha Abdollahi_
        Panteha Abdollahi

JEFFREY L. BERHOLD, P.C.


By:    _/s/ Jeffrey L. Berhold_
        Jeffrey L. Berhold

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BERGER MONTAGUE PC


By: _____/s/ Joshua P. Davis_____
     Joshua P. Davis
     Matthew Summers

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.


By: _____/s/ Andrew E. Goldsmith_____
     Derek T. Ho
     Andrew E. Goldsmith
     Matthew D. Reade
     Kelley C. Schiffman
     Rachel T. Anderson
     Annamaria M. Morales-Kimball
     Sean P. Quirk

     Attorneys for Plaintiff
     INNOVATIVE HEALTH LLC

*NOTICE OF LODGING OF OBJECTIONS AND DISPUTES RE DEPOSITION TESTIMONY AND EXHIBITS FOR USE AT TRIAL ON MAY 6, 2025 (8:19-CV-1984 JVS)*