FILED
CLERK, U.S. DISTRICT COURT
5/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Health LLC, ) | **8:19-cv-01984-JVS(KESx)** |
| Plantiff, ) | |
| vs. ) | COURT'S RULINGS ON |
| Biosense Webster Inc., ) | PORTIA TRANGUCH |
| ) | DEPOSITION DESIGNATIONS |
| Defendants. ) | |

ORANGE = INNOVATIVE
PURPLE = DEFENSE

Boswell 5.7.25
S = sustained  y/o = overruled

**Witness: Portia Tranguch**
**Date of Deposition: August 23, 2021**

| Initial Designations | | | | | Counterdesignations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Objections |
| 7 | 22 | 8 | 3 | | | | | | | | | | | | | |
| 9 | 4 | 10 | 2 | | | | | | | | | | | | | |
| 12 | 19 | 12 | 21 | | | 12 | 22 | 13 | 6 | | | | | | | |
| 15 | 10 | 15 | 17 | | | | | | | | | | | | | |
| 16 | 2 | 16 | 16 | | | | | | | | | | | | | |
| 16 | 21 | 18 | 5 | | | | | | | | | | | | | |
| 19 | 15 | 19 | 24 | | | 19 | 25 | 20 | 3 | | | 20 | 4 | 20 | 6 | |
| 20 | 16 | 21 | 8 | | | 101 | 11 | 102 | 7 | | | 102 | 6 | 102 | 15 | |
| 21 | 16 | 21 | 23 | | | | | | | | | | | | | |
| 22 | 12 | 22 | 22 | | | | | | | | | | | | | |
| 23 | 24 | 23 | 25 | | | | | | | | | | | | | |
| 24 | 8 | 26 | 23 | | S; H | 99 | 2 | 99 | 20 | | O/R  FRE 602 | | | | | |
| 28 | 22 | 29 | 2 | | | 29 | 11 | 29 | 15 | | O/R  FRE 602 | | | | | |
| | | | | starting at "at some | | 33 | 5 | 33 | 23 | | | | | | | |
| 29 | 16 | 30 | 3 | point after" | | | | | | | | | | | | |
| 34 | 21 | 35 | 12 | | | 79 | 2 | 79 | 6 | | | 68 | 21 | 69 | 3 | |
| 36 | 2 | 37 | 5 | | O/R  ID | 72 | 18 | 73 | 5 | | FRE 602  S | | | | | |
| 37 | 24 | 38 | 7 | | O/R  ID; H | 58 | 22 | 59 | 10 | | FRE 602  S | | | | | |
| | | | | | | 59 | 13 | 60 | 4 | | O/R  DI | 93 | 5 | 93 | 9 |
| | | | | | ID; H | 92 | 24 | 93 | 3 | | | | | | | |
| 38 | 22 | 40 | 8 | | | 58 | 22 | 59 | 10 | | S  FRE 602 | | | | | |
| | | | | | | 59 | 13 | 60 | 4 | | S  FRE 602 | 93 | 5 | 93 | 9 |
| | | | | | | 92 | 24 | 93 | 3 | | O/R  DI | | | | | |
| 40 | 10 | 40 | 10 | | O/R  ID; H | 72 | 18 | 73 | 5 | | S  FRE 602 | | | | | |
| 42 | 5 | 42 | 8 | | O/R  ID; H | 58 | 22 | 59 | 10 | | | | | | | |
| 42 | 10 | 42 | 14 | | O/ ID; H | | | | | | | | | | | |
| 49 | 20 | 49 | 25 | | | | | | | | | | | | | |

O/R guess S:22-34 (O.R)
O/R guess S:22-28:22

**Witness:** Portia Tranguch
**Date of Deposition:** August 23, 2021

| Initial Designations | | | | | Counterdesignations | | | | | | Completeness Designations | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin Page | Begin Line | End Page | End Line | Notes (partial line designa-tions) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designa-tions) | Objections | Begin Page | Begin Line | End Page | End Line | Objections |
| 54 | 23 | 55 | 9 | | ID; H | | | | | | | | | | |
| 55 | 16 | 56 | 9 | | | | | | | | | | | | |
| 79 | 11 | 79 | 15 | | | | | | | | | | | | |
| 105 | 25 | 106 | 3 | | | | | | | | | | | | |

ORANGE = INNOVATIVE
PURPLE = DEFENSE

page 2 of 2