Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Andrew E. Goldsmith, Esq.
Admitted *Pro Hac Vice*
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

Karla Kraft, Esq.
(State Bar No. 205530)
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

William F. Cavanaugh, Jr.
(State Bar No. 133461))
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Muhammad U. Faridi
Admitted *Pro Hac Vice*
muhammad.faridi@linklaters.com
LINKLATERS LLP
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KESx)<br>Assigned for all purposes to:<br>Honorable James V. Selna<br>**JOINT LIST OF PRE-ADMITTED EXHIBITS**<br><br>Crtrm: 10C<br>Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

1

*JOINT LIST OF PRE-ADMITTED EXHIBITS*

Pursuant to the Court's guidance on May 7, 2025, Plaintiff Innovative Health LLC and Defendant Biosense Webster, Inc., by and through their undersigned counsel of record, respectfully submit the following list of exhibits to be admitted by agreement of the parties:

| Ex. No. | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| JX-11 | Document titled "K153153 - Innovative Lasso.pdf" | 7/16/2019 | IH00011427 | IH00011433 |
| JX-31 | Email from R. Ferreira to A. Ferreira re: IH Mapping support - Jan 11-12th, 2021 PREP | 12/3/2020 | IH00016105 | IH00016111 |
| JX-44 | Letter from B. Zuckerman, M.D. to A. Stoklas-Oakes re: K170474 | 7/16/2019 | IH00011448 | IH00011453 |
| JX-103 | Process Verification and Validation | 2/10/2017 | IH00511688 | IH00512071 |
| JX-156 | Email from Conrad Ramos to Sandor Palfi et al. re Final approved Position Statement on Non-BWI Reprocessed Catheter Support Letter-Ascension update (with attachments) | 10/31/2014 | BWI-INN00418203 | BWI-INN00418206 |

| Ex. No. | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| JX-165 | Email from Conrad Ramos to Justin Londre RE: Support of non JnJ products (with attachments) | 2/8/2016 | BWI-INN00109004 | BWI-INN00109240 |
| JX-204 | Presentation titled "Reprocessing Project Review 6-4-13_Final.pptx" | 6/4/2013 | BWI-INN00640056 | BWI-INN00640056 |
| JX-224 | Email from David Allen to Rose Lentz et al. re Biosense Webster meeting | 1/14/2016 | AHN00000125 | AHN00000125 |
| JX-301 | Spreadsheet titled "Biosense CAS Payroll Report.xlsb" | 6/29/2021 | BWI-INN00706179 | BWI-INN00706179 |
| JX-383 | Email from Rick Ferreira to Sally Tham Re: STANFORD: BSW not covering cases on certain devices | 8/24/2019 | IH00401960 | IH00401960 |
| JX-438 | Email from Ann Ollivier to LOC Re: "BWI Case Coverage Policy" (with attachment) | 3/16/2023 | BWI-INN00729909 | BWI-INN00729910 |
| JX-500 | Spreadsheet | Undated | ABB0000001 | ABB0000001 |

| Ex. No. | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| JX-501 | Email from Aaron DeTate to Amy Crush Ferreira et al. re Medstar Summary (with attachments) | 3/3/2021 | AD-000650 | AD-000653 |
| JX-502 | Spreadsheet | Undated | BOSCI000795 | BOSCI000795 |
| JX-503 | Spreadsheet | Undated | BOSCI000867 | BOSCI000867 |
| JX-504 | Spreadsheet | Undated | BOSCI000868 | BOSCI000868 |
| JX-505 | Spreadsheet | 8/23/2021 | BOSCI000872 | BOSCI000872 |
| JX-506 | Spreadsheet titled "2015-2020 BWI Case Extract_v2.xlsx" | 11/11/2020 | BWI-INN00000025 | BWI-INN00000025 |
| JX-507 | Document titled "UG-5400-057_00A_v7p2_COMPREHENSIVE USER GUIDE.pdf" | 9/23/2019 | BWI-INN00010053 | BWI-INN00010374 |
| JX-510 | Email from Fairy Zare to Joseph Koenig et al. RE: Innovative Health LLC Health Becomes First Company Cleared to Reprocess All Major Single-Use Mapping Catheters | 9/30/2020 | BWI-INN00066863 | BWI-INN00066866 |

| Ex. No. | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| JX-511 | Presentation titled "01A-BWI_BusinessReview_4_1_2015 Rev 1 (1).pptx" | 4/26/2016 | BWI-INN00068040 | BWI-INN00068040 |
| JX-515 | Email from Conrad Ramos to Andy Mann re Cases 138281 and 147624-Supplier Performance (with attachments) | 12/29/2014 | BWI-INN00418098 | BWI-INN00418101 |
| JX-516 | Email from Conrad Ramos to Sam Braga et al. RE: BWI Policy Statement Regarding Clinical Support of Non-BWI products (with attachments) | 11/4/2014 | BWI-INN00418181 | BWI-INN00418183 |
| JX-517 | Email from Claire Kuypers to Fairy Zare et al. re FW: Need an image please - thank you! (with attachments) | 4/17/2018 | BWI-INN00485090 | BWI-INN00485091 |
| JX-518 | Spreadsheet titled "BWI Transactional Data 2013 thru 2021 Q1.xlsx" | 5/1/2021 | BWI-INN00510476 | BWI-INN00510476 |

| Ex. No. | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| JX-519 | Spreadsheet titled "2020 YE HWMarketShareData(002).xlsx" | 3/15/2021 | BWI-INN00511094 | BWI-INN00511094 |
| JX-520 | Email from Michael Bodner to Andrew Landers et al. re Filed Ask + Efficiency Oct 9.pptx (with attachments) | 10/9/2017 | BWI-INN00516881 | BWI-INN00516882 |
| JX-521 | Spreadsheet titled "2013-2014 BWI Case Extract_v2 (3).xlsx" | 4/16/2021 | BWI-INN00704857 | BWI-INN00704857 |
| JX-522 | Spreadsheet titled "Carto 3 System Sales Since 2013 thru 2021 Q1.xlsx" | 5/7/2021 | BWI-INN00704867 | BWI-INN00704867 |
| JX-523 | Spreadsheet titled "2013-Q1'21 RPO BWI Sales Transactions.xlsx" | 6/2/2021 | BWI-INN00706180 | BWI-INN00706180 |
| JX-524 | Spreadsheet | Undated | BWI-INN00710526 | BWI-INN00710526 |
| JX-525 | Spreadsheet titled "2021.06.02 1540.1 - 2013-Q1'21 RPO BWI Sales Transactions.xlsx" | 9/16/2021 | BWI-INN00722076 | BWI-INN00722076 |

| Ex. No. | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| JX-526 | Spreadsheet titled "ep_diagnostic_New.csv" | 11/19/2020 | BWI-INN00722085 | BWI-INN00722085 |
| JX-527 | Email from Melinda King to Timothy Einwechter RE: IH BOD PPP (with attachments) | 1/11/2021 | IH00039194 | IH00039239 |
| JX-528 | Email from Dave Distel to David Carangie et al. RE: GFH Agreement (with attachments) | 10/28/2020 | IH00254054 | IH00254072 |
| JX-529 | Email from Rick Ferreira to Lars Thording copying Amy Crush Ferreira re Fw: 'Free' Case Support | 12/12/2018 | IH00417573 | IH00417573 |
| JX-530 | Spreadsheet titled "Sales Orders_2021-04_WAITING FOR MEDLINE March 2021.xlsx" | 4/12/2021 | IH00656776 | IH00656776 |
| JX-531 | Email from Mark Dozier to Dave Distel et al. re UPDATE: EP Reprocessing at HonorHealth | 5/20/2020 | IH00657146 | IH00657147 |

| Ex. No. | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| JX-532 | Document titled "BLACKDOG 2014 & 2015.pdf" | 8/26/2021 | IH00696636 | IH00696645 |
| JX-533 | Spreadsheet titled "Complaint Log.xlsx" | 10/1/2021 | IH00696790 | IH00696790 |
| JX-534 | Spreadsheet titled "Complaint Log BSW with complaint rates final updated 10142021.xlsx" | 10/14/2021 | IH00696855 | IH00696855 |
| JX-535 | Email from Aaron DeTate to Jay Farris copying Dave Distel re [EXTERNAL]FW: Updated RPO ULS Coverage Policyler (with attachments) | 1/15/2024 | IH00697079 | IH00697081 |
| JX-536 | Spreadsheet titled "Sales_JDE_Medline_RDM.xlsx" | 6/5/2024 | IH00697180 | IH00697180 |
| JX-537 | Spreadsheet titled "REV0144725 - Complaints 2018-2024 Q2.xlsx" | 7/29/2024 | IH00697210 | IH00697210 |

| Ex. No. | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| JX-538 | LASSO NAV Catheter 510(K) Clearance Sterilmed, https://www.accessdata.fda.gov/cdrh_docs/pdf16/K161700.pdf | 11/21/2016 | n/a | n/a |
| JX-539 | PENTARAY Catheter 510(K) Clearance Sterilmed, https://www.accessdata.fda.gov/cdrh_docs/pdf20/K201806.pdf | 6/23/2021 | n/a | n/a |
| JX-540 | Soundstar 3D Ultrasound Catheter 510(K) Clearance Biosense Webster, https://www.accessdata.fda.gov/cdrh_docs/pdf9/K091352.pdf | 12/4/2009 | n/a | n/a |
| JX-541 | Soundstar 3D Ultrasound Catheter 510(K) Clearance Sterilmed, https://www.accessdata.fda.gov/cdrh_docs/pdf16/K161700.pdf | 11/21/2016 | n/a | n/a |

| Ex. No. | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| JX-542 | U.S. Food & Drug Administration, 510(k) No. K110076 | 8/18/2011 | n/a | n/a |
| JX-543 | U.S. Food & Drug Administration, 510(k) No. K112050 | 11/18/2011 | n/a | n/a |
| JX-544 | U.S. Food & Drug Administration, 510(k) No. K201775 | 3/5/2021 | n/a | n/a |
| JX-545 | Email from Dave Distel to Timothy Einwechter; Elizabeth et al. copying Rick Ferreira re FW: Biosense Webster (with attachments) | 3/30/2016 | IH00287096 | IH00287097 |

DATED: May 8, 2025

THEODORA ORINGHER PC

By:  /s/ Panteha Abdollahi
Panteha Abdollahi
Attorneys for Plaintiff INNOVATIVE HEALTH LLC

| | | |
|---|---|---|
| 1 | DATED: May 8, 2025 | JEFFREY L. BERHOLD, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By:     */s/ Jeffrey L. Berhold* |
| 5 | |     Jeffrey L. Berhold<br>    Attorneys for Plaintiff INNOVATIVE |
| 6 | |     HEALTH LLC |
| 7 | | |
| 8 | DATED: May 8, 2025 | BERGER MONTAGUE PC |
| 9 | | |
| 10 | | By:     */s/ Joshua P. Davis* |
| 11 | |     Joshua P. Davis |
| 12 | |     Attorneys for Plaintiff INNOVATIVE<br>    HEALTH LLC |
| 13 | | |
| 14 | | |
| 15 | DATED: May 8, 2025 | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| 16 | | |
| 17 | | |
| 18 | | By:     */s/ Andrew E. Goldsmith* |
| 19 | |     Andrew E. Goldsmith<br>    Attorneys for Plaintiff INNOVATIVE |
| 20 | |     HEALTH LLC |
| 21 | | |
| 22 | DATED: May 8, 2025 | STRADLING YOCCA CARLSON & RAUTH LLP |
| 23 | | |
| 24 | | By:     */s/ Karla Kraft* |
| 25 | |     Karla Kraft |
| 26 | |     Attorneys for Defendant BIOSENSE<br>    WEBSTER, INC. |
| 27 | | |
| 28 | | |

11
*JOINT LIST OF PRE-ADMITTED EXHIBITS*

| | |
|---|---|
| DATED: May 8, 2025 | PATTERSON BELKNAP WEBB & TYLER LLLP |
| | By: */s/ William F. Cavanaugh, Jr.* <br> William F. Cavanaugh, Jr. <br> Attorneys for Defendant BIOSENSE WEBSTER, INC. |
| DATED: May 8, 2025 | LINKLATERS LLP |
| | By: */s/ Muhammad U. Faridi* <br> Muhammad U. Faridi <br> Attorneys for Defendant BIOSENSE WEBSTER, INC. |

**ELECTRONIC FILING ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(1), I, Matthew D. Reade, am the ECF User whose login and password are being used to file this document. I hereby attest that counsel for Defendant has concurred in this filing's contents and has authorized the filing. I further attest that I have obtained Defendant's counsel's authorization to affix their electronic signature to this document.

DATED: May 8, 2025          KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.


By:   */s/ Matthew D. Reade*
         Matthew D. Reade