# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 8:19-cv-01984-JVS(KESx) |
| Title: | Innovative Health LLC v. Biosense Webster, Inc. |
| Date | May 08, 2025 |

Present: The Honorable **JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas / Melissa H. Kunig | Sharon Seffens / Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Jeffrey Berhold, Panteha Abdollahi, Joshua Davis, Matthew Summers, Andrew Goldsmith, Annamaria Morales-Kimball, Derek Ho, Kelley Schiffman, Matthew Reade, Rachel Anderson, Sean Quirk

**Attorneys Present for Defendants:**
Karla Kraft, Alejandro Cruz, Isaac Weingram, Muhammad Faridi, William Cavanaugh, Jr., Nadav Ben Zur

___ Day Court Trial    3rd Day Jury Trial
___ One day trial:    ___ Begun (1st day);    X Held & continued;    ___ Completed by jury verdict/submitted to court.
___ The Jury is impaneled and sworn.
___ Opening statements made by _____
X Witnesses called, sworn, and testified.    X Exhibits Identified    X Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court pre-instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for _____    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    Briefs to be filed by _____
___ Motion to dismiss by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    May 09, 2025, at 9:00 a.m.    for further trial/further jury deliberation.
___ Other:

5 : 58

Initials of Deputy Clerk    eva/mku

cc: