# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 8:19-cv-01984-JVS(KESx) |
| Title: | Innovative Health LLC v. Biosense Webster, Inc. |
| Date | May 09, 2025 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Jeffrey Berhold, Panteha Abdollahi, Joshua Davis, Matthew Summers, Andrew Goldsmith, Annamaria Morales-Kimball, Derek Ho, Kelley Schiffman, Matthew Reade, Rachel Anderson, Sean Quirk

**Attorneys Present for Defendants:**
Karla Kraft, Alejandro Cruz, Isaac Weingram, Muhammad Faridi, William Cavanaugh, Jr., Nadav Ben Zur

____ Day Court Trial    4th Day Jury Trial

____ One day trial:    ____ Begun (1st day);    X Held & continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
X Witnesses called, sworn, and testified.    X Exhibits Identified    X Exhibits admitted.
____ Plaintiff(s) rest.    ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court pre-instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court for _____    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    Briefs to be filed by _____
____ Motion to dismiss by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for mistrial by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    May 13, 2025, at 9:00 a.m.    for further trial/further jury deliberation.
____ Other:

4 : 49

Initials of Deputy Clerk    eva

cc: