**FILED**
CLERK, U.S. DISTRICT COURT

5/14/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Health LLC, | 8:19-cv-01984-JVS(KESx) |
| Plantiff, | |
| vs. | COURT'S EXHIBIT A |
| Biosense Webster Inc., | |
| Defendants. | |

1

Judge Selna,

We request the below:

1. May 15th - Thursday
   - 8:30 am - 4:00 pm

2. May 16th - Friday
   - One juror has morning meetings until 12:30 and will not be able to attend from 9-12:30 pm

   - The remaining jurors are requesting:
     8:30 am (or earlier) to 3:30 pm