# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 8:19-cv-01984-JVS(KESx) |
| Title: | Innovative Health LLC v. Biosense Webster, Inc. |
| Date | May 16, 2025 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Jeffrey Berhold, Panteha Abdollahi, Joshua Davis, Matthew Summers, Andrew Goldsmith, Annamaria Morales-Kimball, Derek Ho, Kelley Schiffman, Matthew Reade, Rachel Anderson, Sean Quirk

**Attorneys Present for Defendants:**
Karla Kraft, Alejandro Cruz, Andrew Kirshenbaum, Isaac Weingram, Muhammad Faridi, William Cavanaugh, Jr., Nadav Ben Zur, William Cavanaugh, Christine Harper

\_\_\_\_ Day Court Trial      8th Day Jury Trial

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   \_\_\_\_ Held & continued;   X Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
\_\_\_\_ Witnesses called, sworn, and testified.   \_\_\_\_ Exhibits Identified   \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
X Closing arguments made by   X plaintiff(s)   X defendant(s).   X Court pre-instructs jury.
X Bailiff(s) sworn.   X Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
X Jury Verdict in favor of   X plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
X Jury polled.   \_\_\_\_ Polling waived.
X Filed Witness & Exhibit Lists   X Filed jury notes.   X Filed jury instructions.
\_\_\_\_ Judgment by Court for _____   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_\_ Case continued to _____ for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| X | Other: | Defendant Biosense Webster ("Biosense") filed a motion for judgment as a matter of law under Fed. R. Civ. P. 50(a). (Dkt. No. 517.)   Plaintiff Innovative Health LLC ("Innovative") also filed a motion for judgment as a matter of law under 50(a).  (Dkt. No. 518.)   The Court DENIED both motions during oral argument on May 16, 2025.  The 50(a) motions will be taken under submission for 50(b) purposes. |

04 : 51

Initials of Deputy Clerk   eva

cc: