**FILED**
CLERK, U.S. DISTRICT COURT
5/16/25
CENTRAL DISTRICT OF CALIFORNIA
BY: eva  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Health LLC,<br><br>Plaintiff.<br><br>v.<br><br>Biosense Webster, Inc.<br><br>Defendant. | CASE NUMBER<br><br>8:19-cv-01984-JVS (KESx)<br><br>RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the *(check one)*:

☐ plaintiff's   ☐ defendant's   X joint

exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

_____

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

Dated: 5-16-2025

*Signature of Counsel for:* ☒ Plaintiff ☐ Defendant ☐_____

Matthew D. Reade         (202) 326-7913
*Print Name*              *Telephone Number*

Dated: 5/16/2025

*Signature of Counsel for:* ☐ Plaintiff ☒ Defendant ☐_____

Alejandro H. Cruz        (917) 301-4651
*Print Name*              *Telephone Number*

I hereby certify that the above-mentioned exhibits wre returned to counsel as indicated above this date.

CLERK, U. S. DISTRICT COURT

Dated: 5/16/2025   By Elsa Vargas _____, Deputy

G-38 (6/98)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL