FILED
CLERK, U.S. DISTRICT COURT
5/16/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. 8:19-cv-01984-JVS(KESx)            Date: 5/16/25

Case Name: Innovative Health LLC v. Biosense   Time: 1534
           Webster, Inc.

JURY NOTE NUMBER   1

✓            THE JURY HAS REACHED A UNANIMOUS VERDICT

_____        THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

SIGNED: ██████████████████████
        FOREPERSON OF THE JURY