| | |
|---|---|
| Panteha Abdollahi, Esq.<br>State Bar No. 230002<br>pabdollahi@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br><br>Jeffrey L. Berhold, Esq.<br>Admitted *Pro Hac Vice*<br>jeff@berhold.com<br>JEFFREY L. BERHOLD, P.C.<br>1230 Peachtree Street, Suite 1050<br>Atlanta, Georgia 30309<br>Telephone: (404) 872-3800<br>Facsimile: (678) 868-2021<br><br>Joshua P. Davis, Esq.<br>State Bar No. 193254<br>jdavis@bm.net<br>BERGER MONTAGUE PC<br>505 Montgomery St., Suite 625<br>San Francisco, California 94111<br>Telephone: (415) 906-0684 | Derek T. Ho, Esq.*<br>Andrew E. Goldsmith, Esq.*<br>Matthew D. Reade, Esq.*<br>Kelley C. Schiffman, Esq.<br>State Bar No. 325023<br>Rachel T. Anderson, Esq.*<br>Annamaria M. Morales-Kimball, Esq.*<br>Sean P. Quirk, Esq.*<br>*Admitted *Pro Hac Vice*<br>dho@kellogghansen.com<br>agoldsmith@kellogghansen.com<br>mreade@kellogghansen.com<br>kschiffman@kellogghansen.com<br>randerson@kellogghansen.com<br>amoraleskimball@kellogghansen.com<br>squirk@kellogghansen.com<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK. P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 367-7900<br>Facsimile: (202) 326-7999<br><br>Attorneys for Plaintiff<br>INNOVATIVE HEALTH LLC |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**NOTICE OF LODGING OF PLAINTIFF'S [PROPOSED] JUDGMENT**<br><br>Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff, Innovative Health LLC ("Innovative") hereby lodges with the Court the attached Proposed Judgment per the Court's instruction on May 16, 2025. Innovative has met and conferred with Defendant Biosense Webster, Inc. ("Biosense") regarding the form of the Proposed Judgment. Innovative added the final sentence of the Proposed Judgment to address Biosense's concern that the judgment is not a final decision for purposes of 28 U.S.C. § 1291 until this Court resolves Innovative's forthcoming request for injunctive relief. Biosense nonetheless opposes the Proposed Judgment, taking the position that the final sentence does not suffice to make clear that this is not a final decision for purposes of 28 U.S.C. § 1291.

DATED: May 23, 2025　　　　　　THEODORA ORINGHER PC


By:    */s/ Panteha Abdollahi*
        Panteha Abdollahi

JEFFREY L. BERHOLD, P.C.


By:    */s/ Jeffrey L. Berhold*
        Jeffrey L. Berhold

BERGER MONTAGUE PC

By:    */s/ Joshua P. Davis*
Joshua P. Davis
Matthew Summers

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By:    */s/ Andrew E. Goldsmith*
Derek T. Ho
Andrew E. Goldsmith
Matthew D. Reade
Kelley C. Schiffman
Rachel T. Anderson
Annamaria M. Morales-Kimball
Sean P. Quirk

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC