# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC, | Case No. 8:19-cv-1984 JVS (KES) |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | JUDGE: HON. JAMES V. SELNA<br>COURTROOM: 10C |
| BIOSENSE WEBSTER, INC., | |
| Defendant. | |

This action was tried to a jury from May 6 through May 16, 2025, in Courtroom 10 of the above-entitled Court, before the Honorable James V. Selna.

The jury returned a verdict in favor of Plaintiff Innovative Health LLC and against Defendant Biosense Webster, Inc. on Plaintiff's claims for unlawful tying under Section 1 of the Sherman Act, unlawful monopolization under Section 2 of the Sherman Act, attempted monopolization under Section 2 of the Sherman Act, and unlawful tying under Section 16720 of California's Cartwright Act. *See* Dkts. 520, 526, 527. The jury awarded Plaintiff damages in the amount of $147,406,481.00, which shall be automatically trebled to $442,219,443.00 pursuant to 15 U.S.C. § 15(a) and Cal. Bus. & Prof. Code § 16750(a). The verdict, issued on May 16, 2025, is hereby incorporated by reference. *See* Dkts. 526, 527.

Based on the jury's verdict, the Court now ENTERS JUDGMENT ON THE VERDICT AS FOLLOWS:

1. Judgment is hereby entered in favor of Plaintiff and against Defendant on all of Plaintiff's claims tried before the jury in accordance with the verdict.

2. Plaintiff shall recover the antitrust damages awarded by the jury, which are automatically trebled to $442,219,443.00 pursuant to 15 U.S.C. § 15(a) and Cal. Bus. & Prof. Code § 16750(a).

3. Pursuant to 28 U.S.C. § 1961, Plaintiff is awarded post-judgment interest from the date of entry of this Judgment at the applicable federal post-judgment interest rate, compounded annually, on the foregoing trebled amount until the Judgment is paid in full.

4. Plaintiff shall recover its costs and reasonable attorneys' fees from Defendant to the extent ordered by the Court. The Court will determine the amount of these costs and fees in a further order, with such determination being only to determine the amount of costs and fees to be paid to Plaintiff by Defendant.

The Court hereby retains continuing jurisdiction to determine the following in future orders: (a) what injunctive or other equitable relief, if any, shall be awarded

in favor of Plaintiff under 15 U.S.C. § 26 and Cal. Bus. & Prof. Code § 16750 *et seq.*; and (b) the costs of suit, including reasonable attorneys' fees, under 15 U.S.C. § 15(a), 26 and Cal. Bus. & Prof. Code § 16750(a). This Judgment is not a final decision for purposes of 28 U.S.C. § 1291 because the Court must still rule on Plaintiff's forthcoming request for injunctive relief.

**IT IS SO ORDERED.**

DATED: _____, 2025

The Honorable James V. Selna
United States District Judge