1  Panteha Abdollahi, Esq.
   State Bar No. 230002
2  pabdollahi@tocounsel.com
   THEODORA ORINGHER PC
3  535 Anton Boulevard, Ninth Floor
   Costa Mesa, California 92626-7109
4  Telephone: (714) 549-6200
   Facsimile: (714) 549-6201
5

6  Jeffrey L. Berhold, Esq.
   Admitted *Pro Hac Vice*
7  jeff@berhold.com
   JEFFREY L. BERHOLD, P.C.
8  1230 Peachtree Street, Suite 1050
   Atlanta, Georgia 30309
9  Telephone: (404) 872-3800
   Facsimile: (678) 868-2021
10

11 Joshua P. Davis, Esq.
   State Bar No. 193254
12 jdavis@bm.net
   BERGER MONTAGUE PC
13 505 Montgomery St., Suite 625
   San Francisco, California 94111
14 Telephone:  (415) 906-0684

15 Derek T. Ho, Esq.
   Admitted *Pro Hac Vice*
16 KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK. P.L.L.C.
17 1615 M Street, N.W., Suite 400
   Washington, DC 20036
18 Telephone: (202) 367-7900
   Facsimile: (202) 326-7999

19
20 Attorneys for Plaintiff
   INNOVATIVE HEALTH LLC

Karla Kraft, Esq.
(State Bar No. 205530)
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

William F. Cavanaugh, Jr.
(State Bar No. 133461))
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Muhammad U. Faridi
Admitted *Pro Hac Vice*
muhammad.faridi@linklaters.com
LINKLATERS LLP
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

21 **UNITED STATES DISTRICT COURT**

22 **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| 23  INNOVATIVE HEALTH LLC, | Case No. 8:19-cv-1984 JVS (KESx) |
| 24       Plaintiff, | Assigned for all purposes to: Honorable James V. Selna |
| 25       vs. | **JOINT STIPULATION REGARDING POST-JUDGMENT BRIEFING SCHEDULES** |
| 26  BIOSENSE WEBSTER, INC., | |
| 27       Defendant. | Action Filed:  October 18, 2019 |
| 28 | Trial Date:  May 6, 2025 |

1

Plaintiff Innovative Health LLC ("Plaintiff") and Defendant Biosense Webster, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate, agree, and move the Court to issue the attached proposed order approving the below briefing schedules (and associated hearing dates) for the following forthcoming motions to permit more time for the parties to address the issues to be raised therein: Plaintiff's motion for permanent injunction pursuant to 15 U.S.C. § 26 and Cal. Bus. & Prof. Code § 16750(a); Plaintiff's motion for attorneys' fees and cost of suit pursuant to 15 U.S.C. §§ 15, 26 and Cal. Bus. & Prof. Code § 16750(a); and Defendant's motion for judgment as matter of law pursuant to Federal Rule of Civil Procedure 50(b).

Accordingly, pursuant to Federal Rules of Civil Procedure 6, 50(b), and 54 and 15 U.S.C. §§ 15, 26, the Parties stipulate and respectfully request an order from the Court setting the dates as follows:

**A.  Permanent Injunction Motion**

| Date | Event |
|---|---|
| Thursday, June 12, 2025 | Plaintiff files motion |
| Thursday, June 26, 2025 | Defendant files opposition |
| Monday, July 7, 2025 | Plaintiff files reply |
| Monday, July 21, 2025 | Hearing |

**B.  Attorney's Fees/Costs and Rule 50(b) Motions**

| Date | Event |
|---|---|
| Thursday, July 3, 2025 | Plaintiff files attorney's fees and costs motion<br>Defendant files Rule 50(b) motion |
| Thursday, July 17, 2025 | Defendant files attorney's fees and costs opposition<br>Plaintiff files Rule 50(b) opposition |
| Monday, July 28, 2025 | Plaintiff files attorney's fees and costs reply<br>Defendant files Rule 50(b) reply |

| Date | Event |
|------|-------|
| Monday, August 11, 2025 | Hearing on Rule 50(b) and attorney's fees and costs motions |

IT IS SO STIPULATED.

DATED:  June 10, 2025                    THEODORA ORINGHER PC


By:       /s/ Panteha Abdollahi
          Panteha Abdollahi
          Attorneys for Plaintiff INNOVATIVE
          HEALTH LLC

DATED:  June 10, 2025                    JEFFREY L. BERHOLD, P.C.


By:       /s/ Jeffrey L. Berhold
          Jeffrey L. Berhold
          Attorneys for Plaintiff INNOVATIVE
          HEALTH LLC


DATED:  June 10, 2025                    BERGER MONTAGUE PC


By:       /s/ Joshua P. Davis
          Joshua P. Davis
          Attorneys for Plaintiff INNOVATIVE
          HEALTH LLC

DATED:  June 10, 2025                KELLOGG, HANSEN, TODD, FIGEL & FREDERICK,
                                     P.L.L.C.


                                     By:    /s/ Andrew E. Goldsmith
                                            Andrew E. Goldsmith
                                            Attorneys for Plaintiff INNOVATIVE
                                            HEALTH LLC

DATED:  June 10, 2025                STRADLING YOCCA CARLSON & RAUTH LLP


                                     By:    /s/ Karla Kraft
                                            Karla Kraft
                                            Attorneys for Defendant BIOSENSE
                                            WEBSTER, INC.

DATED:  June 10, 2025                PATTERSON BELKNAP WEBB & TYLER LLLP


                                     By:    /s/ William F. Cavanaugh, Jr.
                                            William F. Cavanaugh, Jr.
                                            Attorneys for Defendant BIOSENSE
                                            WEBSTER, INC.

DATED:  June 10, 2025                LINKLATERS LLP


                                     By:    /s/ Muhammad U. Faridi
                                            Muhammad U. Faridi
                                            Attorneys for Defendant BIOSENSE
                                            WEBSTER, INC.

## ELECTRONIC FILING ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(1), I, Andrew E. Goldsmith, am the ECF User whose login and password are being used to file this document. I hereby attest that William F. Cavanaugh, Jr., counsel for Defendant, has concurred in this filing's contents and has authorized the filing. I further attest that I have obtained their authorization to affix their electronic signature to this document.

DATED: June 10, 2025

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By: _/s/ Andrew E. Goldsmith_
     Andrew E. Goldsmith

*JOINT STIPULATION REGARDING POST-JUDGMENT BRIEFING SCHEDULES*