# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>　　　　Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**[PROPOSED] ORDER REGARDING POST-JUDGMENT BRIEFING SCHEDULES**<br><br>Action Filed:  October 18, 2019<br>Trial Date:  May 6, 2025 |

The Court has considered the parties' Joint Stipulation Regarding Post-Judgment Briefing Schedules, and HEREBY ORDERS THAT:

The Court sets the following deadlines:

### A. Permanent Injunction Motion

| Date | Event |
| --- | --- |
| Thursday, June 12, 2025 | Plaintiff files motion |
| Thursday, June 26, 2025 | Defendant files opposition |
| Monday, July 7, 2025 | Plaintiff files reply |
| Monday, July 21, 2025 | Hearing |

### B. Attorney's Fees/Costs and Rule 50(b) Motions

| Date | Event |
| --- | --- |
| Thursday, July 3, 2025 | Plaintiff files attorney's fees and costs motion<br><br>Defendant files Rule 50(b) motion |
| Thursday, July 17, 2025 | Defendant files attorney's fees and costs opposition<br><br>Plaintiff files Rule 50(b) opposition |
| Monday, July 28, 2025 | Plaintiff files attorney's fees and costs reply<br><br>Defendant files Rule 50(b) reply |
| Monday, August 11, 2025 | Hearing on Rule 50(b) and attorney's fees and costs motions |

**IT IS SO ORDERED.**

DATED: _____, 2025

The Honorable James V. Selna
United States District Judge