UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| INNOVATIVE HEALTH LLC, | Case No. 8:19-cv-1984 JVS (KES) |
|---|---|
| Plaintiff, | |
| vs. | Assigned for all purposes to: Honorable James V. Selna |
| BIOSENSE WEBSTER, INC., | **ORDER REGARDING POST-JUDGMENT BRIEFING SCHEDULES [533]** |
| Defendant. | |
| | Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

The Court has considered the parties' Joint Stipulation Regarding Post-Judgment Briefing Schedules, and HEREBY ORDERS THAT:

The Court sets the following deadlines:

### A. Permanent Injunction Motion

| Date | Event |
|---|---|
| Thursday, June 12, 2025 | Plaintiff files motion |
| Thursday, June 26, 2025 | Defendant files opposition |
| Monday, July 7, 2025 | Plaintiff files reply |
| Monday, July 21, 2025 | Hearing |

### B. Attorney's Fees/Costs and Rule 50(b) Motions

| Date | Event |
|---|---|
| Thursday, July 3, 2025 | Plaintiff files attorney's fees and costs motion<br>Defendant files Rule 50(b) motion |
| Thursday, July 17, 2025 | Defendant files attorney's fees and costs opposition<br>Plaintiff files Rule 50(b) opposition |
| Monday, July 28, 2025 | Plaintiff files attorney's fees and costs reply<br>Defendant files Rule 50(b) reply |
| Monday, August 11, 2025 | Hearing on Rule 50(b) and attorney's fees and costs motions |

IT IS SO ORDERED.

DATED: June 11, 2025

The Honorable James V. Selna
United States District Judge