| | |
|---|---|
| KARLA KRAFT<br>State Bar No. 205530<br>kkraft@stradlinglaw.com<br>STRADLING YOCCA CARLSON &<br>RAUTH LLP<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Telephone: (949) 725-4000 | WILLIAM F. CAVANAUGH, JR.<br>State Bar No. 133461<br>wfcavanaugh@pbwt.com<br>PATTERSON BELKNAP WEBB<br>AND TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br><br>MUHAMMAD U. FARIDI<br>(Admitted *Pro Hac Vice*)<br>muhammad.faridi@linklaters.com<br>LINKLATERS LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 903-9000<br><br>Attorneys for Defendant<br>BIOSENSE WEBSTER, INC. |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant*. | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION OF WILLIAM F. CAVANAUGH, JR. IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION**<br><br>Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

DECLARATION OF WILLILAM F. CAVANAUGH, JR.

I, William F. Cavanaugh, Jr. declare as follows:

1. I am an attorney admitted to the bar of the State of California and am a partner at Patterson Belknap Webb & Tyler LLP, which represents the defendant, Biosense Webster, Inc. ("Biosense") in this matter.

2. I make this declaration in support of Biosense's opposition to Innovative Health LLC's ("IH") motion for a permanent injunction.

3. The facts I state here are true and correct to the best of my knowledge and understanding. I make each of the statements below based on my own personal knowledge and a review of the files associated with this matter.

4. A true and correct copy of excerpts from Volume I of the May 13, 2025 trial transcript in this matter is attached hereto as **Exhibit 1**.

5. A true and correct copy of excerpts from the Second Supplement Expert Report of Eric F. Forister, Ph.D., submitted in this matter on December 2, 2024 is attached hereto as **Exhibit 2**.

6. A true and correct copy of excerpts from the demonstratives used during the testimony of Eric F. Forister, Ph.D., in this matter on May 13, 2025 is attached hereto as **Exhibit 3**.

7. A true and correct copy of excerpts from Volume II of the May 13, 2025 trial transcript in this matter is attached hereto as **Exhibit 4.**

8. A true and correct copy of excerpts from Volume II of the May 7, 2025 trial transcript in this matter is attached hereto as **Exhibit 5.**

9. A true and correct copy of excerpts from Volume II of the May 9, 2025 trial transcript in this matter is attached hereto as **Exhibit 6.**

10. A true and correct copy of excerpts from Volume I of the May 7, 2025 trial transcript in this matter is attached hereto as **Exhibit 7.**

11. A true and correct copy of excerpts from Volume I of the May 8, 2025 trial transcript in this matter is attached hereto as **Exhibit 8.**

12. A true and correct copy of excerpts from Volume II of the May 15, 2025 trial transcript in this matter is attached hereto as **Exhibit 9.**

13. A true and correct copy of excerpts from Volume II of the May 8, 2025 trial transcript in this matter is attached hereto as **Exhibit 10.**

14. A true and correct copy of excerpts from Volume II of the May 14, 2025 trial transcript in this matter is attached hereto as **Exhibit 11.**

15. A true and correct copy of the demonstratives used during the testimony of Blessan Joseph in this matter on May 8, 2025 is attached hereto as **Exhibit 12**.

16. A true and correct copy of excerpts from the transcript of the September 15, 2021 deposition of Amy Cormier in this matter is attached hereto as **Exhibit 13**.

17. A true and correct copy of excerpts from the transcript of the July 15, 2021 deposition of Rafal Chudzik in this matter is attached hereto as **Exhibit 14**.

18. A true and correct copy of excerpts from the transcript of the July 29, 2021 deposition of David Distel in this matter is attached hereto as **Exhibit 15**.

19. A true and correct copy of trial exhibit JX-3858 is attached hereto as **Exhibit 16**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June 2025, in New York, New York.

By: */s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr.