# EXHIBIT 1

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
INNOVATIVE HEALTH, LLC,     ) CERTIFIED TRANSCRIPT
              Plaintiff,    )
    vs.                     )
                            )  SACV-19-01984-JVS
BIOSENSE WEBSTER, INC.,     )
              Defendant.    ) TRIAL DAY 5, VOL. I
----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 13, 2025

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

I-N-D-E-X

| PLAINTIFF'S WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| MEREDITH SNIDER (Continued) | | 17 | 23 | |
| ERIC FORISTER | 25 | | | |

| PLAINTIFF'S EXHIBITS: | MARKED | RECEIVED |
|---|---|---|
| Exhibit 464 | | 20 |
| Exhibit 219 | | 37 |
| Exhibit 3099 | | 39 |
| Exhibit 298 | | 41 |
| Exhibit 3114 | | 44 |
| Exhibit 3270 | | 45 |
| Exhibit 3329 | | 48 |
| Exhibit 3981 | | 50 |
| Exhibit 3415 | | 52 |
| Exhibit 2 | | 53 |
| Exhibit 3626 | | 55 |
| Exhibit 173 | | 58 |
| Exhibit 3193 | | 61 |
| Exhibit 3437 | | 62 |
| Exhibit 3325 | | 64 |
| Exhibit 4419 | | 78 |
| Exhibit 4421 | | 79 |
| Exhibit 4406 | | 88 |
| Exhibit 4405 | | 89 |
| Exhibit 3236 | | 97 |
| Exhibit 4392 | | 99 |
| Exhibit 3963 | | 103 |
| Exhibit 4457 | | 119 |

| DEFENSE WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| (None) | | | | |

| DEFENSE EXHIBITS: | MARKED | RECEIVED |
|---|---|---|
| (None) | | |

| | | |
|---|---|---|
| 09:07 | 1 | A    Yes. |
| | 2 | Q    Innovative Health collects catheters, correct, to |
| | 3 | reprocess? |
| | 4 | A    Yes. |
| 09:08 | 5 | Q    Stryker collects catheters to reprocess, correct? |
| | 6 | A    Yes. |
| | 7 | Q    And Sterilmed collects catheters to reprocess, correct? |
| | 8 | A    Yes. |
| | 9 | Q    And are you aware that just a couple of days ago, your |
| 09:08 | 10 | colleague, Mr. Distel, testified that, I think, Innovative |
| | 11 | was, quote, "swimming in SOUNDSTARs to reprocess"? |
| | 12 | A    Can you repeat that?  Sorry. |
| | 13 | Q    I was just asking if you're aware that Mr. Distel |
| | 14 | testified that Innovative Health is "swimming in SOUNDSTAR |
| 09:08 | 15 | catheters"? |
| | 16 | A    I don't know that he said that. |
| | 17 | Q    And if a customer of Innovative Health wanted to order |
| | 18 | a Biosense sensor-enabled catheter reprocessed by Innovative |
| | 19 | Health, you would have those in stock to sell, correct? |
| 09:08 | 20 | A    Yes. |
| | 21 | Q    And then it's also true, Ms. Snider, Innovative |
| | 22 | Health's inventory of Biosense sensor-enabled catheters |
| | 23 | would also be sufficient to sell to customers if the Case |
| | 24 | Coverage Policy were not in effect, correct? |
| 09:09 | 25 | A    Can you repeat that one more time? |

```
09:09    1   Q    Sure thing.  I guess my question is simply -- I think
         2   you just testified that if a customer wants to buy a
         3   Biosense sensor-enabled catheter from Innovative, Innovative
         4   has that to sell them today, correct?
09:09    5   A    Yes, we have that product on our shelves.
         6   Q    Yeah, and I guess my next question is along the same
         7   lines, and it's simply:  It's true that Innovative Health's
         8   inventory today of Biosense sensor-enabled catheters would
         9   be sufficient to meet its customers' demand even if the Case
09:09   10   Coverage Policy were not in effect today, correct?
        11   A    So basically you're asking if we have enough product?
        12   Q    I'll ask my question one more time.
        13        If the Case Coverage Policy were not in effect
        14   today, Innovative Health would have the product it needs of
09:10   15   Biosense sensor-enabled catheters to sell to its customers,
        16   correct?
        17   A    Yes.
        18   Q    I think you also testified, Ms. Snider, when you were
        19   talking about University Health about implementation with
09:10   20   your customers, right, of Innovative's program?
        21   A    Yes.
        22   Q    So I would like you to -- if you can pick up the white
        23   binder that you have up there.  Hopefully, I'm directing you
        24   to the right one.
09:10   25        It should say, Ms. Snider, "Cross-Examination
```

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
| 09:10 | 1  | Binder" on it, correct?                                         |
|       | 2  | A    Yes.                                                       |
|       | 3  | Q    Yeah.  If you could turn, Ms. Snider, to the tab marked    |
|       | 4  | JX464, please.                                                  |
| 09:10 | 5  |      So, Ms. Snider, do you see this is an e-mail dated         |
|       | 6  | June 9, 2022?                                                   |
|       | 7  | A    Yes.                                                       |
|       | 8  | Q    And do you see that this e-mail was sent by Mr. Lars       |
|       | 9  | Thording, right?                                                |
| 09:11 | 10 | A    Yes.                                                       |
|       | 11 | Q    And Mr. Thording is Innovative Health's Vice-President     |
|       | 12 | of Marketing, correct?                                          |
|       | 13 | A    Yes, that's correct.                                       |
|       | 14 | Q    And you see that you received this e-mail, correct?        |
| 09:11 | 15 | A    Yes, I do.                                                 |
|       | 16 |      MR. CRUZ:  Move 464 into evidence.                         |
|       | 17 |      THE COURT:  Any objection?                                 |
|       | 18 |      MS. MORALES-KIMBALL:  No objection.                        |
|       | 19 |      THE COURT:  464 will be received.                          |
| 09:11 | 20 |      (Exhibit 464 received in evidence)                         |
|       | 21 |      MR. CRUZ:  If we could publish it now, thank you.          |
|       | 22 | And let's maybe zoom in on the first line, please, just on      |
|       | 23 | that list of words at the top.  Thank you.                      |
|       | 24 | BY MR. CRUZ:                                                    |
| 09:11 | 25 | Q    So, Ms. Snider, you see in this e-mail Mr. Thording        |

| | |
|---|---|
| 10:58 | 1  Q   Over what time period? |
| | 2  A   And that was about a ten-year period from 2016 through |
| | 3  until now last week. |
| | 4  Q   Okay.  Could you please put up Slide 29. |
| 10:58 | 5       Dr. Forister, you prepared Slide 29? |
| | 6  A   I did. |
| | 7  Q   What does it show? |
| | 8  A   So this breaks out the lost profit for these three sets |
| | 9  of catheters:  the SOUNDSTAR at approximately $95 million, |
| 10:58 | 10 the PENTARAY and OCTARAY at approximately $43 million, and |
| | 11 the LASSO NAV at about $9 million. |
| | 12 Q   Did you prepare a slide to help illustrate your lost |
| | 13 profits calculation? |
| | 14 A   I did. |
| 10:58 | 15 Q   Could we put up Slide 30. |
| | 16     Could you explain generally what Slide 30 shows? |
| | 17 A   Yes.  So to get to that $147 million in total lost |
| | 18 profits, I started by looking at just what was the effect of |
| | 19 the Case Coverage Policy, and that had $139 million in lost |
| 10:59 | 20 profits.  I then asked, well, what effect did the blocking |
| | 21 technology have?  And the blocking technology delayed entry. |
| | 22 And so if the blocking technology was removed, Innovative |
| | 23 could have started selling earlier.  It would have had more |
| | 24 months of sales.  And so I calculated how much that would |
| 10:59 | 25 be, and it was about $8 million. |

| | | |
|---|---|---|
| 10:59 | 1 | Q    Okay.  Let's start with lost profits from tying on the |
| | 2 | left there. |
| | 3 |     What are the components of lost profits from |
| | 4 | tying? |
| 10:59 | 5 | A    So if we want to see what were the lost profits, we |
| | 6 | first would need to estimate -- or sorry, I should say |
| | 7 | calculate what Innovative's profits would be in the absence |
| | 8 | of the Case Coverage Policy, what I'll call Innovative's |
| | 9 | competitive profits, and then we subtract off what |
| 11:00 | 10 | Innovative actually had as profits, and that difference is |
| | 11 | the lost profits. |
| | 12 | Q    So if you could explain what the blue box is, |
| | 13 | Innovative's actual profits, how do you calculate that? |
| | 14 | A    So that's simply taking their total sales units, how |
| 11:00 | 15 | many catheters did they sell, how much did they charge per |
| | 16 | catheter, multiply those two together, and subtract off the |
| | 17 | cost of supplying those catheters. |
| | 18 | Q    Okay.  Now, turning to the green box, what economic |
| | 19 | method did you use to determine Innovative's competitive |
| 11:00 | 20 | profits? |
| | 21 | A    So I used what's called a benchmark approach or |
| | 22 | benchmark analysis. |
| | 23 | Q    What do economists use a benchmark approach for? |
| | 24 | A    So in a benchmark analysis, we look at another market |
| 11:00 | 25 | or product, the benchmark, to infer what performance would |

| | | |
|---|---|---|
| 11:00 | 1 | have been like in the market of issue for these catheters. |
| | 2 | Q    Could we put up Slide 31, please. |
| | 3 |         Could you explain what Slide 31 shows? |
| | 4 | A    So we're looking for benchmark, and there's two |
| 11:01 | 5 | important factors to have.  First, that benchmark should be |
| | 6 | unaffected by the challenged conduct.  We're looking for an |
| | 7 | example to use of where the conduct didn't occur.  The |
| | 8 | second is we want a benchmark that's comparable.  So we can |
| | 9 | say with those two things, one, it wasn't affected by the |
| 11:01 | 10 | challenged conduct; and, two, it looks like we can use it to |
| | 11 | infer what would have happened in the market that we're |
| | 12 | interested in. |
| | 13 | Q    And so using those criteria, what benchmarks did you |
| | 14 | choose? |
| 11:01 | 15 | A    For the SOUNDSTAR ultrasound catheter, I used the |
| | 16 | Abbott ViewFlex ultrasound catheter, and for the mapping |
| | 17 | diagnostic catheters at issue, I used the Biosense WEBSTER |
| | 18 | CS diagnostic catheter. |
| | 19 | Q    Okay, let's turn to the next slide. |
| 11:01 | 20 |         Could you please explain why you chose the Abbott |
| | 21 | ViewFlex as the benchmark catheter for the Biosense |
| | 22 | SOUNDSTAR? |
| | 23 | A    So going to those two topics we just talked about, |
| | 24 | first, was the Abbott ViewFlex unaffected by the challenged |
| 11:01 | 25 | conduct?  Abbott doesn't have a Case Coverage Policy for the |

| | | |
|---|---|---|
| 11:02 | 1 | ViewFlex, so it's unaffected.  Satisfied. |
| | 2 | Second, is it similar enough to the affected |
| | 3 | product that it makes a reliable benchmark?  And we can see |
| | 4 | a few points of similarity, starting with it's an ultrasound |
| 11:02 | 5 | catheter like the SOUNDSTAR.  It's used in these EP |
| | 6 | procedures.  It's a catheter that has independent |
| | 7 | reprocessors.  And it's the closest in sales volume of the |
| | 8 | unaffected ultrasound catheters to the SOUNDSTAR.  So based |
| | 9 | on those points of comparison, it looks similar and reliable |
| 11:02 | 10 | to use as a benchmark. |
| | 11 | Q    Okay.  Could we turn to the next slide, please. |
| | 12 | And could you explain based on those criteria why |
| | 13 | you chose the WEBSTER CS as the benchmark catheter for the |
| | 14 | three affected catheters? |
| 11:02 | 15 | A    So the WEBSTER CS is a Biosense catheter, but it's not |
| | 16 | covered by the Case Coverage Policy.  So it's unaffected. |
| | 17 | It satisfies that.  The second, is it similar to the |
| | 18 | affected products?  Well, it's a diagnostic catheter.  It's |
| | 19 | used in EP procedures.  It has independent reprocessors, and |
| 11:03 | 20 | it's the closest in volume of unaffected catheters to the |
| | 21 | LASSO, PENTARAY, and OCTARAY volume. |
| | 22 | Q    Okay.  So now that you've chosen your two benchmark |
| | 23 | catheters, what do you do after that? |
| | 24 | A    So next we calculate the market shares and price |
| 11:03 | 25 | discounts in the benchmark markets so we can apply them to |

Case 8:19-cv-01984-JVS-KES   Document 546-2   Filed 06/26/25   Page 12 of 20   Page ID #:27106

88

| | | |
|---|---|---|
| 11:03 | 1 | our markets at issue. |
| | 2 | Q   Okay.  Could you turn in your binder to Exhibit 4406, |
| | 3 | please. |
| | 4 | A   Okay. |
| 11:03 | 5 | Q   Did you create 4406? |
| | 6 | A   I did. |
| | 7 | MR. HO:  We move 4406 into evidence. |
| | 8 | MR. CAVANAUGH:  No objection. |
| | 9 | THE COURT:  4406 will be received. |
| 11:03 | 10 | (Exhibit 4406 received in evidence) |
| | 11 | BY MR. HO: |
| | 12 | Q   Dr. Forister, could you explain what 4406 shows? |
| | 13 | A   Yes.  So this shows for the Webster CS benchmark on the |
| | 14 | green line what Innovative's market share was.  You can see |
| 11:04 | 15 | it growing up to eight percent and sort of leveling off |
| | 16 | towards ten percent.  And we see the dashed lines.  The |
| | 17 | dashed gray is the LASSO NAV, and the black is the PENTARAY. |
| | 18 | Q   And did you use the Webster CS as the benchmark for the |
| | 19 | OCTARAY as well? |
| 11:04 | 20 | A   For the OCTARAY as well, yes. |
| | 21 | Q   Did you do the same comparison as you see here for the |
| | 22 | ViewFlex and the SOUNDSTAR? |
| | 23 | A   I did. |
| | 24 | Q   Okay.  Could we look at 4405, please. |
| 11:04 | 25 | Did you prepare 4405? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:04 | 1 | A    I did. |
| | 2 | MR. HO:  We move 4405 into evidence. |
| | 3 | MR. CAVANAUGH:  No objection. |
| | 4 | THE COURT:  4405 will be received. |
| 11:04 | 5 | (Exhibit 4405 received in evidence) |
| | 6 | BY MR. HO: |
| | 7 | Q    Could you please explain what 4405 shows? |
| | 8 | A    So this shows the benchmark for the ultrasound |
| | 9 | catheter.  The ViewFlex benchmark is the dark blue line. |
| 11:05 | 10 | You can see it growing before leveling off a bit.  And then |
| | 11 | the dashed gray line is the SOUNDSTAR. |
| | 12 | Q    Okay.  So now you've done these comparisons of the |
| | 13 | affected catheters with respect to the benchmark catheters. |
| | 14 | What did you do next? |
| 11:05 | 15 | A    We go back to our profit formula, quantity times price |
| | 16 | minus cost.  So for quantity, we look at the market share |
| | 17 | that they would have earned.  And so we take that path of |
| | 18 | market share performance, and we line it up with the entry |
| | 19 | date that Innovative had with the catheters of interest. |
| 11:05 | 20 | For example, if they had entered January 1, 2016, we'd start |
| | 21 | our market share growth from that point. |
| | 22 | So then we project what their market share would |
| | 23 | have been, and we multiply their market share by the actual |
| | 24 | sales of that catheter to compute what they would have |
| 11:06 | 25 | earned.  So if they would have had, you know, a ten percent |

| | | |
|---|---|---|
| 11:06 | 1 | market share of catheter sales, and there were a hundred |
| | 2 | thousand catheters sold, they would have sold 10,000 |
| | 3 | catheters.  So that's how we calculate the quantity they |
| | 4 | would have sold. |
| 11:06 | 5 | The next question is what price they would have |
| | 6 | sold it at.  So we again look to the benchmark market.  And |
| | 7 | for reprocessed devices like this, they're often sold at -- |
| | 8 | the reprocessed is often sold at a discount off the new |
| | 9 | price.  So we look at what that discount was for the |
| 11:06 | 10 | benchmarks, and we apply that discount in the markets at |
| | 11 | issue to get our price that they would have sold it.  So |
| | 12 | then we multiply the quantity they would have sold times the |
| | 13 | price they would have sold it at, subtract off costs, and we |
| | 14 | have their profits. |
| 11:06 | 15 | Q    Okay.  So if we could put Slide 30 back up. |
| | 16 | I think you've now explained how you arrived at |
| | 17 | the blue box and the green box and, as a result, how you got |
| | 18 | to lost profits from tying. |
| | 19 | How did you determine the an additional lost |
| 11:07 | 20 | profits from blocking, the red box in the middle? |
| | 21 | A    Yes.  So I talked about lining up that market share -- |
| | 22 | the benchmark market share performance with the actual entry |
| | 23 | date of Innovative for these catheters.  I simply moved that |
| | 24 | back by however many months the blocking technology was |
| 11:07 | 25 | causing a delay.  So if there was a three-month delay, I |

| | | |
|---|---|---|
| 11:07 | 1 | just shifted that back three months, and they made sales for |
| | 2 | an additional three months. |
| | 3 | Q    Okay.  And I think you said in the summary of your |
| | 4 | opinions that the total lost profits that you calculated was |
| 11:07 | 5 | at least $147.4 million. |
| | 6 |      Could you explain why you said at least? |
| | 7 | A    Yes.  There's a variety of factors that make it an |
| | 8 | underestimate of what the true lost profit is.  For example, |
| | 9 | I didn't include the ACUNAV catheter, the DECANAV catheter, |
| 11:08 | 10 | and the VIZIGO Steerable Sheath.  I didn't calculate damages |
| | 11 | due to the collections policy.  And I also didn't include |
| | 12 | damages from the additional cost, the monetary cost, of |
| | 13 | overcoming the blocking technology.  You heard from |
| | 14 | Innovative's engineer last week that it took time and effort |
| 11:08 | 15 | to overcome the blocking technology.  I only accounted for |
| | 16 | that time delay.  I didn't account for the cost of |
| | 17 | overcoming the blocking delay. |
| | 18 | Q    Now, Dr. Forister, I think you've heard since you've |
| | 19 | been sitting in this courtroom Biosense's counsel offer a |
| 11:08 | 20 | number of arguments as to why the Case Coverage Policy was |
| | 21 | legitimate.  Do you recall those? |
| | 22 | A    Yes. |
| | 23 | Q    And do you recall Biosense's attorney discussing free |
| | 24 | riding in his opening statement? |
| 11:09 | 25 | A    He did. |

|       |    |   |                                                              |
|-------|----|---|--------------------------------------------------------------|
| 11:09 | 1  | Q | If we could put up Slide 34, please.                        |
|       | 2  |   | And do you recall Biosense's counsel making this            |
|       | 3  |   | statement in his opening statement?                         |
|       | 4  | A | I recall that.                                              |
| 11:09 | 5  | Q | Okay.  Now, do you agree with that statement?               |
|       | 6  | A | No.  From an economic standpoint, there is a lot of         |
|       | 7  |   | error packed into this short sentence.                      |
|       | 8  | Q | Could you explain why?                                      |
|       | 9  | A | Okay.  There's two errors that I'll talk through.           |
| 11:09 | 10 |   | First, Biosense is saying that -- they're claiming that     |
|       | 11 |   | Innovative wants Biosense to provide the mappers, the CAS   |
|       | 12 |   | service, for free.  I'll pause there.  That is not the     |
|       | 13 |   | economic issue here.  Biosense could charge for its mappers.|
|       | 14 |   | The claim is not that Biosense can't do that.  They could if|
| 11:09 | 15 |   | they wanted to.                                             |
|       | 16 |   | The second part is that Biosense is claiming that          |
|       | 17 |   | the mappers help sell Innovative's product, and from an     |
|       | 18 |   | economic standpoint, that's very misleading.  You heard last|
|       | 19 |   | week from Biosense's own mapper, Ms. Tam, that she is paid  |
| 11:10 | 20 |   | commissions for making more sales.  If we look at Biosense's|
|       | 21 |   | documents, they categorize these mappers as salespeople.    |
|       | 22 |   | They have a whole host of competitions and rewards for      |
|       | 23 |   | selling more catheters, and Biosense describes all the ways |
|       | 24 |   | that the mappers can upsell and increase their own product. |
| 11:10 | 25 |   | So to say that their salesperson is selling Innovative      |

11:34  1  a year and do so profitably?  If a monopolist that
       2  controlled that set of products could do so, economists say
       3  that that is a relevant antitrust market.
       4  Q    And did you apply both those tests, the practical
11:34  5  indicators and the SSNIP test, in arriving at your opinions
       6  about the three sets of relevant antitrust markets in this
       7  case?
       8  A    Yes.
       9  Q    Okay.  So could we please start with the cardiac
11:34 10  mapping machine market, and explain why in your opinion that
      11  is a relevant antitrust market?
      12  A    Well, I'll start with practical indicators.  You've
      13  heard about these machines.  They do cardiac mapping.
      14  That's a unique service.  There's not a close substitute
11:34 15  that you could go to if you wanted to map the heart.
      16  There's not really something else you could use that's
      17  closely interchangeable.  And from that perspective, then it
      18  looks like a relevant market.
      19          There's distinct customers.  Electrophysiology
11:35 20  labs are the ones buying mapping machines.  And so we can
      21  see for a variety of factors this looks like a relevant
      22  market.
      23          Then we can turn to this SSNIP Test.  Could a
      24  company that controls that market raise the price of them if
11:35 25  they controlled all the machines?  And given how unique they

| | | |
|---|---|---|
| 11:35 | 1 | are and the relative price of machines, the economic answer |
| | 2 | is they could. |
| | 3 | Q    Dr. Forister, could you now explain why in your opinion |
| | 4 | there is a relevant antitrust market for CARTO 3 clinical |
| 11:35 | 5 | support? |
| | 6 | A    So again, we turn to these practical indicators.  This |
| | 7 | is a unique service.  It's providing the mapping support for |
| | 8 | CARTO 3 machines.  You can't do that with an Abbott mapper. |
| | 9 | People need a lot of training to do it.  It's specialized. |
| 11:35 | 10 | You have a distinct customer group, these EP labs with Carto |
| | 11 | 3 machines.  So for those reasons, it looks like for |
| | 12 | practical reasons it's a relevant market. |
| | 13 | Then we can look at the SSNIP test.  What if a |
| | 14 | company controlled all of the market for mappers.  Could |
| 11:36 | 15 | they force customers to pay more?  Well, we have the answer |
| | 16 | here with what Biosense did.  They didn't even obtain a |
| | 17 | complete monopoly, just 95 percent of the market, and they |
| | 18 | were able to force customers to pay more for catheters.  So |
| | 19 | we can see that the SSNIP test is also satisfied. |
| 11:36 | 20 | Q    Now, for the CARTO 3 sensor-enabled catheters, the last |
| | 21 | set of markets, do you have another slide to help explain |
| | 22 | that to the jury? |
| | 23 | A    Yes. |
| | 24 | Q    Okay.  Could you please explain your opinion as to the |
| 11:36 | 25 | three relevant antitrust markets relating to catheters? |

| | |
|---|---|
| 11:36 | A   So on the one hand, we have the distinct customers, the EP labs with CARTO 3 procedures.  And then we look at are these unique features that put them in their own buckets. In the first place, Biosense puts them in these buckets, |
| 11:37 | categorizing them as LASSO NAV's sensor-enabled circular mapping for the Carto 3, and the PENTARAY, OCTARAY, OPTRELL are sensor-enabled high-density mapping catheters.  You also heard testimony last week from Ms. Tam at Biosense and a representative from Innovative describing the unique |
| 11:37 | features of the LASSO NAV versus the other mapping catheters, and that puts them into separate relevant markets. |
| | Q   And then why is there yet a third separate relevant market for sensor-enabled ultrasound catheters? |
| 11:37 | A   Well, this gets to the ultrasound is doing something much different than the mapping catheter.  It's showing that ultrasound picture, as opposed to collecting and displaying the electronic information of the heart, and so that puts it in a separate market. |
| 11:37 | Q   And why is there no for use with the CARTO 3 in your description of the sensor-enabled ultrasound catheter market? |
| | A   That's because there's only one sensor-enabled ultrasound catheter.  It's the SOUNDSTAR.  So it's in its |
| 11:38 | own market without the full use of CARTO 3 attached. |

| | | |
|---|---|---|
| 11:38 | 1 | Q    If we could go back to Slide 37. |
| | 2 | Do markets consisting of the OEM and reprocessed |
| | 3 | catheters you identified satisfy the SSNIP Test? |
| | 4 | A    Yes, they do. |
| 11:38 | 5 | Q    And what is your basis for that conclusion? |
| | 6 | A    We can see what happens when a company is able to |
| | 7 | achieve a near monopoly in sales of those catheters, and |
| | 8 | that it raises prices. |
| | 9 | Q    Did you do an analysis of average prices? |
| 11:39 | 10 | A    Yes. |
| | 11 | Q    And does that analysis relate to your opinion on this |
| | 12 | point? |
| | 13 | A    It does.  For example, for the SOUNDSTAR, we saw that |
| | 14 | there was significant purchasing of reprocessing prior to |
| 11:39 | 15 | the Case Coverage Policy.  And by implementing the Case |
| | 16 | Coverage Policy, Biosense was able to raise the average |
| | 17 | price of the SOUNDSTAR.  As it achieved that near total |
| | 18 | monopoly position, it raised the average price ten percent. |
| | 19 | Q    Are you aware of any other markets that are similar to |
| 11:39 | 20 | this one in that they include a new device like the Biosense |
| | 21 | OEM catheter as well as reprocessed devices? |
| | 22 | A    Yes.  Each of these catheter markets would include both |
| | 23 | the new and the OEM catheters. |
| | 24 | Q    If we could go back to Slide 36. |
| 11:39 | 25 | Does the CARTO 3 clinical support market have the |