# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**CONFIDENTIAL--TO BE FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **INNOVATIVE HEALTH LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BIOSENSE WEBSTER, INC.,**<br><br>Defendant. | No. 19-CV-01984 |

**SECOND SUPPLEMENTAL EXPERT REPORT OF ERIC F. FORISTER, PH.D.**

**Econ ONE Research, Inc.**

**December 2, 2024**

Suite 1085
550 South Hope Street
Los Angeles, California 90071

understand that this could cost as little as under $100,000 if it required only a line extension, or between $200,000 and $500,000 if it required the full 510(k) process.[231]

### C. Lost Profit Scenarios

173. I previously calculated past lost profits for Innovative in the three catheter markets using actual sales of the catheters at issue and benchmark catheters.[232] I calculated lost profits through the then-scheduled date of trial in April 2022. Since then, the scheduled date of trial has moved to April 29, 2025.[233] I now update my calculations based on additional data and through the new date of trial. Counsel has asked me to calculate damages under two scenarios:

   a. What were the additional profits if Biosense had not implemented the Tie?[234] Under this scenario, Innovative would have sold more catheters in each year after entry.

   b. What were the additional profits if Biosense had not implemented the Tie and if the blocking technology was removed so Innovative could have entered earlier?[235] Under this scenario, Innovative would have entered the market earlier, and sold more catheters in each year after entry.

174. For example, I calculated Innovative's lost profits on navigational ultrasound catheters resulting from the blocking technology on the Soundstar 3D and the blocking technology on the Soundstar Eco.[236]

---

[231] *Id.*

[232] Forister Report ¶¶ 177-94 and Exhibits 18.1-20.3; Forister Supplemental Report ¶ 6 and Exhibit 2 and Corrected Exhibits 18.1 and 19.2; Forister Second Errata Exhibits 18.1-20.3 (Corrected).

[233] Order Regarding Case Management Dates, 8/28/2024 (ECF No. 255).

[234] Forister Report ¶¶ 178, 188.b, 191.

[235] *Id.* ¶¶ 178, 188.c, 192. I calculate this delay based on sources described below. My model is flexible enough to calculate damages based on any number of months of delay being removed.

[236] *Id.* ¶¶ 78.b, 78.c, 188.a; *see also id.* Exhibits 18.1 and 18.3; Forister Supplemental Report Corrected Exhibits 18.1 and 18.3; Forister Second Errata Exhibits 18.1 and 18.3 (Corrected). To clarify an issue that came up in my deposition, in my delayed-entry scenarios I assumed that Innovative would have deployed its reprocessed Soundstar 3D in May 2015 instead of August 2017 (27 months earlier) and deployed its reprocessed Soundstar Eco in August 2015 instead of September 2018 (37 months earlier). Thus, damages from the delay

Page 88

econONE

*Innovative Health v. Biosense* • Second Supplemental Expert Report of Eric F. Forister, Ph.D.

175. A summary of Innovative's lost profits under the two scenarios described above are summarized in Table 21 below. Detailed worksheets are shown in Appendix D.

**Table 21**
**Summary of Lost Profits**

| Catheter | Scenario | |
|---|---|---|
| | Eliminating the Tie | Eliminating Blocking Technology and the Tie |
| Soundstar | $ (124,821,706) | $ (174,420,794) |
| Pentaray | (23,843,730) | (26,288,329) |
| Octaray / line extension | (14,782,861) | (17,637,255) |
| Octaray / 510(k) | (9,814,778) | (12,261,034) |
| Lasso Nav | (8,193,955) | (9,820,866) |
| Total (w/ Octaray 510(k)) | $ (166,674,168) | $ (222,791,023) |
| Total (w/ Octaray line ext.) | $ (171,642,251) | $ (228,167,244) |

Sources: ABB0000001; ABB0000228; BWI-INN00510476; BWI-INN00706180; BWI-INN00710526; BWI-INN00722119; BWI-INN00722114; BWI-INN00722115; BWI-INN00722125; IH00656776; IH00697180; STRYKER00001161; STRYKER00001161A; Innovative Health "Exhibit A.xlsm" and "Medline Transfer Prices.xlsx"; Chudzik 11/22/2024 Interview.

176. <u>Navigational Ultrasound</u>.  Since my 2021 Reports, Soundstar has continued to be the only navigational ultrasound catheter for the CARTO 3, at least in the U.S.[237]  I have calculated lost profits through the new trial date of 4/29/2025 incorporating additional sales data for Biosense and Innovative.

---

stem from both the 3D and Eco versions of the Soundstar.  I did not intend to state or imply in my deposition that the only assumption for the damages analysis for navigational ultrasound catheters resulting in whole or in part from blocking technology was the blocking technology on the Soundstar 3D.  Forister Dep. at 191-192.

[237] *Supra* Section I.C.

Page 89

econONE

*Innovative Health v. Biosense* • Second Supplemental Expert Report of Eric F. Forister, Ph.D.

177. From lost sales of Soundstar navigational ultrasound catheters, Innovative suffered $124,821,706 to $174,420,794 in lost profit, depending on assumptions about the but-for world.

178. <u>High-Density Mapping</u>. Since my reports and testimony, Biosense introduced the Octaray and Optrell high-density mapping catheters.[238]

    a. <u>Octaray</u>: I have been asked to assume that Innovative would have brought to market a reprocessed Octaray in the absence of the Tie. I have been asked to model two scenarios in terms of how long it would take to bring a reprocessed Octaray to market, separately from any impact of the delaying technology:

        i. 6 months, which is the high-end estimate of how long it would take to obtain a line extension.[239] This is the method which Innovative used to bring reprocessed Soundstar ECO to market after it already obtained 510(k) clearance to reprocess an earlier version of the Soundstar.[240]

        ii. 12 months, which is the high-end estimate of how long it would take to obtain 510(k) clearance.[241]

    b. It is also my understanding that the Octaray used the same blocking technology as the Pentaray, which Innovative had already defeated and therefore would not cause further delays to the Octaray.[242] Nevertheless, I model each of these two scenarios with and without the 3-month delay

---

[238] *Supra* Section I.E.

[239] Chudzik 11/22/2024 Interview (indicating that line extensions can take 3 to 6 months). This is the process for bringing to market a device that is similar enough to an existing product of the same manufacturer/reprocessor that it counts as a "line extension." Joseph Dep. 207:8-17. It is also referred to as "note to file." Chudzik Dep. 103:8-21. It is estimated that a line extension would cost less than $100,000. Chudzik 11/22/2024 Interview.

[240] Chudzik Dep. 102:14-102:24. *See also*, Joseph Dep. at 206:24-207:17, 161:16-161:19.

[241] Chudzik 11/22/2024 Interview (indicating that a 510(k) would take 9 to 12 months; that the staff who had obtained the 510(k) for Pentaray would be available; that a 510(k) typically costs between $200,000 to $500,000).

[242] *Id.*

Page 90

econ ONE

*Innovative Health v. Biosense* • Second Supplemental Expert Report of Eric F. Forister, Ph.D.

      experienced by the Pentaray.[243] Given a Biosense launch date of 9/2022 for the Octaray,[244] I model but-for entry of

        i. 3/2023 (no delay with line extension, and no Tie);

        ii. 6/2023 (with delay to line extension, and no Tie);

        iii. 9/2023 (no delay with 510(k) clearance, and Tie); and

        iv. 12/2023 (with delay to the 510(k) clearance, but no Tie).[245]

    c. <u>Optrell</u>: Given that the Optrell was not released until July 2023, I conservatively do not model potential but-for entry through the date of trial.[246]

    d. I have calculated lost profits through the new trial date of 4/29/2025 incorporating the additional sales data for Biosense and Innovative.

    e. From lost sales of Octaray high-density mapping catheters, Innovative suffered $9,814,778 to $17,637,255 in lost profit.

179. From lost sales of Pentaray high-density mapping catheters, Innovative suffered $23,843,730 to $26,288,329 in lost profit, depending on assumptions about the but-for world.

180. <u>Circular Mapping</u>. I have calculated lost profits through the new trial date of 4/29/2025 incorporating the additional sales data for Biosense and Innovative.

---

[243] Forister Report and Forister Second Errata ¶78 and nn.141, 295 (3-month delay from 6/2017 to 9/2017).

[244] "Biosense Webster Launches to OCTARAY Mapping Catheter with TRUEref Technology," 9/6/2022, https://www.jnjmedtech.com/en-US/news-events/biosense-webster-launches-octaray-mapping-catheter-trueref-technology.

[245] It is my understanding from counsel that Innovative would have had the resources to continue working on its other 510(k) clearances at the same time. Chudzik 11/22/2024 Interview.

[246] "Biosense Webster Launches the OPTRELL Mapping Catheter with TRUEref Technology for Mapping of Complex Cardiac Arrhythmias," 7/24/2023, https://www.jnj.com/media-center/press-releases/biosense-webster-launches-the-optrell-mapping-catheter-with-trueref-technology-for-mapping-of-complex-cardiac-arrhythmias.

Page 91

econ ONE

*Innovative Health v. Biosense* • Second Supplemental Expert Report of Eric F. Forister, Ph.D.

181.  From lost sales of Lasso Nav circular mapping catheters, Innovative suffered $8,193,955 to $9,820,866 in lost profit, depending on assumptions about the but-for world.

### 1. These damage estimates are conservative

182.  These damage estimates are conservative for at least **six** reasons.

183.  **First**, these damages are conservative because they do not account for lost profits from customers that have foregone contracts with Innovative altogether because the Tie prevents them from using Innovative's reprocessed Soundstar, Lasso Nav, and Pentaray.[247]  Those lost business opportunities both **(a)** reduce Innovative's market share of the benchmark catheters used and **(b)** lower Innovative's sales and profits from selling other catheters not covered by the Tie.

184.  **Second**, these damages are conservative because they omit damages from Innovative's inability to sell other catheters to which Biosense partially or later applied the Tie, such as the AcuNav, DecaNav, and Vizigo Steerable Sheath.[248]

185.  **Third**, these damages are conservative because they do not include the costs Innovative incurs when customers purchase reprocessed catheters from Innovative but are forced to return them after Biosense refuses to allow them to be used in CARTO 3 procedures.[249]

186.  **Fourth**, these damages are conservative to the extent they omit potentially increased financing costs resulting from Innovative's decreased sales and cash flows.

187.  **Fifth**, these damages are conservative to the extent that suppression of Innovative's output has prevented it from moving further down the learning curve and enjoying cost savings from economies of scale or scope.  For example, as Innovative has

---

[247] For example, hospitals may seek system-wide contracts rather than contracts for individual catheters.  And if they cannot get reprocessed Biosense catheters from Innovative, they will in some cases not contract with Innovative at all.  IH00108784-786 at 785; IH00697157-161 at 157.  *See also*, Wu Report ¶ 16.

[248] IH00697116; IH00697117.  This also applies to the Optrell catheter, which is currently omitted from my damage calculations.

[249] *See, e.g.*, IH00656820-822 at 821.

Page 92

econONE

*Innovative Health v. Biosense* • Second Supplemental Expert Report of Eric F. Forister, Ph.D.