# EXHIBIT 3

# Dr. Eric Forister – Demonstratives for Plaintiff

*Innovative Health LLC v. Biosense Webster, Inc.*

Case No. 8:19-cv-1984 JVS (KESx)

1

# The CARTO 3 Sensor-Enabled Catheters





LASSO Nav



PENTARAY    OCTARAY    OPTRELL



SOUNDSTAR

**Sensor-Enabled Circular Mapping Catheter for Use with the CARTO 3**

**Sensor-Enabled High-Density Mapping Catheters for Use with the CARTO 3**

**Sensor-Enabled Ultrasound Catheter**

38