# EXHIBIT 4

```
              UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA

        HONORABLE JAMES V. SELNA, JUDGE PRESIDING

INNOVATIVE HEALTH, LLC,          )
                                 )
                                 )
                                 )
                 Plaintiff,      )
                                 )
                                 )
                                 )
        Vs.                      )   No. SACV-19-01984-JVS
                                 )
                                 )
                                 )
BIOSENSE WEBSTER, INC.,          )
                                 )
                                 )
                                 )
                 Defendant.      )
                                 )
_____  )




            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                       JURY TRIAL

                    DAY 5, VOLUME II

                  SANTA ANA, CALIFORNIA

                  TUESDAY, MAY 13, 2025



MIRIAM V. BAIRD, CSR 11893, CCRA
OFFICIAL U.S. DISTRICT COURT REPORTER
350 WEST FIRST STREET
FOURTH FLOOR
SANTA ANA, CA 92701
```

```
 1                              INDEX

 2   WITNESS:                                              PAGE:

 3
     Eric Forister, Plaintiff's witness, previously          5
 4   sworn
     CROSS-EXAMINATION                                       5
 5   REDIRECT EXAMINATION                                   52

 6                              *****

 7
     EXHIBITS:
 8
     Exhibit JX13 received                                  28
 9   Exhibit JX61 received                                  33
     Exhibit JX127 received                                 34
10   Exhibit JX5018 received                                38
     Exhibit JX1222 received                                48
11
                                *****
```

```
12:50PM
12:50PM


12:50PM


12:51PM



12:51PM
```

1     SANTA ANA, CALIFORNIA; TUESDAY, MAY 13, 2025; 12:49 P.M.
2                              ---
3          THE COURT:  Good afternoon.
4          Let's bring the jury in, please.
5     **Eric Forister, Plaintiff's witness, previously sworn**
6          MR. CAVANAUGH:  Your Honor, I've already left the
7     set of cross exhibits for the witnesses.  Can I approach?
8          THE COURT:  Please.
9          THE CLERK:  All rise for the jury.
10         (Open court - jury present)
11         THE COURT:  Mr. Cavanaugh.
12         MR. CAVANAUGH:  Thank you, Your Honor.
13                      **CROSS-EXAMINATION**
14    BY MR. CAVANAUGH:
15    Q.   Good afternoon, Dr. Forister.
16    A.   Good afternoon.
17    Q.   Let me start with collections.  If we could put up slide
18    seven from your direct testimony.
19         Now, this shows collections by Sterilmed of ACUNAV
20    ultrasound catheters, correct?
21    A.   Correct.
22    Q.   But you didn't include any damage calculations for
23    ACUNAV, correct?
24    A.   Correct.
25    Q.   Okay.  In fact, ACUNAV isn't even in any of the markets

|  |  |  |
|---|---|---|
|  | 1 | as you've defined them, correct? |
|  | 2 | A.  Correct. |
|  | 3 | Q.  And you also gave some testimony regarding DECANAV |
|  | 4 | collections, correct? |
| 12:51PM | 5 | A.  Yes. |
|  | 6 | Q.  And as in the case of ACUNAV, you haven't calculated any |
|  | 7 | damages relating to DECANAV, correct? |
|  | 8 | A.  Correct. |
|  | 9 | Q.  And if we can go to your slide 30.  So the only damages |
| 12:52PM | 10 | for which you're seeking lost-profit damages are SOUNDSTAR, |
|  | 11 | PENTARAY, and LASSO, correct? |
|  | 12 | A.  I'm -- I'm not seeking damages. |
|  | 13 | Q.  The only catheters for which you have calculated damages |
|  | 14 | are for SOUNDSTAR, LASSO, and PENTARAY, correct? |
| 12:52PM | 15 | A.  No.  Incorrect. |
|  | 16 | Q.  If we could go to -- oh, and OCTARAY.  If I include |
|  | 17 | OCTARAY? |
|  | 18 | A.  Yes. |
|  | 19 | Q.  And you're not calculating any damages attributable to |
| 12:53PM | 20 | collection issues as to those four catheters, correct? |
|  | 21 | A.  Correct. |
|  | 22 | Q.  Now, competing for used catheters to reprocess is part |
|  | 23 | of competition.  Do you agree? |
|  | 24 | A.  Yes. |
| 12:53PM | 25 | Q.  And Stryker is still selling ACUNAV today, correct? |

|  |  |  |
|---|---|---|
|  | 1 | A.   To my knowledge, yes. |
|  | 2 | Q.   And so is the plaintiff? |
|  | 3 | A.   Yes. |
|  | 4 | Q.   And on DECANAV, Stryker is still selling DECANAV today? |
| 12:53PM | 5 | A.   I'm not sure. |
|  | 6 | Q.   But certainly you know Innovative Health is selling |
|  | 7 | DECANAV today, correct? |
|  | 8 | A.   I -- I haven't seen their most recent sales data. |
|  | 9 | Q.   Well, the last time you looked at them, were they |
| 12:54PM | 10 | selling DECANAV? |
|  | 11 | A.   I don't recall. |
|  | 12 | Q.   And you know Sterilmed now has approval to sell a |
|  | 13 | reprocessed DECANAV? |
|  | 14 | A.   I haven't seen that. |
| 12:54PM | 15 | Q.   You also gave some testimony regarding blocking |
|  | 16 | technology? |
|  | 17 | A.   Yes. |
|  | 18 | Q.   And that's the $7.9 million in damages attributable to a |
|  | 19 | delay in IH coming to the market with certain catheters? |
| 12:54PM | 20 | A.   Yes.  That second box, the 7.9 million, is the |
|  | 21 | additional lost profits from blocking technology. |
|  | 22 | Q.   Thank you. |
|  | 23 |      Now, when a new catheter is used by a doctor, the |
|  | 24 | microchip will record the date it's used, and then there is a |
| 12:55PM | 25 | timestamp, correct? |

UNITED STATES DISTRICT COURT

```
         1    A.    Yes -- what I had called the discount earlier.
         2    Q.    Now, all things being equal, a higher benchmark share
         3    for whatever benchmark catheter you're using will produce
         4    higher damages, correct?
01:24PM  5    A.    Yes.
         6    Q.    And all things being equal, a higher benchmark ratio
         7    will also produce higher damages, correct?
         8    A.    Correct.
         9    Q.    Now, you -- you chose the Abbott ViewFlex as your
01:24PM 10    benchmark catheter in calculating SOUNDSTAR damages, correct?
        11    A.    Yes.
        12    Q.    You didn't choose the ACUNAV, correct?
        13    A.    Correct.
        14    Q.    Now, the ACUNAV is identical to the SOUNDSTAR except for
01:25PM 15    the fact that the SOUNDSTAR has a magnetic sensor, correct?
        16    A.    Yes.
        17    Q.    The ACUNAV is not sensor-enabled?
        18    A.    Yes.
        19    Q.    But both SOUNDSTAR and ACUNAV are ultrasound catheters,
01:25PM 20    correct?
        21    A.    Yes.
        22    Q.    And SOUNDSTAR and ACUNAV can both be used with the
        23    Siemens ultrasound machine?
        24    A.    Along with the CARTO 3, yes.
01:25PM 25    Q.    The SOUNDSTAR and ACUNAV are both sold in the 8 French
```

Case 8:19-cv-01984-JVS-KES   Document 546-5   Filed 06/26/25   Page 8 of 13   Page ID #:27132

23

```
01:26PM    1    and 10 French sizes?
           2    A.   Yes.
           3    Q.   And like the SOUNDSTAR, in 2017 Stryker, Sterilmed, and
           4    Innovative Health all had 510(k) clearance to market
01:26PM    5    reprocessed ACUNAVs?
           6    A.   Yes.
           7    Q.   But you picked the Abbott ViewFlex catheter as your
           8    benchmark, right?
           9    A.   Correct.
01:26PM   10    Q.   Now, Abbott's ViewFlex can't be used on a Siemens
          11    ultrasound machine, correct?
          12    A.   Correct.
          13    Q.   Abbott's ViewFlex catheter doesn't come in the 8 French
          14    and 10 French sizes.  It doesn't come in both sizes, correct?
01:26PM   15    A.   Correct.  It splits the difference.
          16    Q.   And Stryker didn't have clearance to sell a reprocessed
          17    ViewFlex in 2017, correct?
          18    A.   I don't recall if they did or didn't.
          19    Q.   Now, Innovative Health had a similar share of sales of
01:27PM   20    ACUNAV and ViewFlex between 2018 and 2023, correct?
          21    A.   Yes, broadly speaking.
          22    Q.   So ACUNAV and ViewFlex would have similar benchmark
          23    shares in your analysis?
          24    A.   In a broad sense, yes.
01:28PM   25    Q.   But ViewFlex had a higher price ratio than ACUNAV?
```

UNITED STATES DISTRICT COURT

|         |    |                                                                          |
|---------|----|--------------------------------------------------------------------------|
|         | 1  | A.   I don't recall.                                                     |
|         | 2  | Q.   Now, let's talk about -- now, if ViewFlex had a higher              |
|         | 3  | price ratio than ACUNAV, that would produce higher SOUNDSTAR             |
|         | 4  | damages by using the ViewFlex, right?                                    |
| 01:28PM | 5  | A.   You said if -- can you repeat that.                                 |
|         | 6  | Q.   Sure.                                                               |
|         | 7  |      Now, if ViewFlex had a higher price ratio than                      |
|         | 8  | ACUNAV, using the ViewFlex as your benchmark catheter would              |
|         | 9  | produce higher damages for SOUNDSTAR in your model, correct?             |
| 01:29PM | 10 | A.   Yes.                                                                |
|         | 11 | Q.   Now, you used the same benchmark catheter for PENTARAY,             |
|         | 12 | OCTARAY, and LASSO, right?                                               |
|         | 13 | A.   Yes.                                                                |
|         | 14 | Q.   Even though in your opinion PENTARAY and OCTARAY are in             |
| 01:29PM | 15 | a different market than LASSO?                                           |
|         | 16 | A.   Correct.                                                            |
|         | 17 | Q.   Now, for those three products you used as your benchmark            |
|         | 18 | Biosense's Webster CS catheter, right?                                   |
|         | 19 | A.   Yes.                                                                |
| 01:29PM | 20 | Q.   Webster's CS catheter is not sensor-enabled?                        |
|         | 21 | A.   Correct.                                                            |
|         | 22 | Q.   Now, Innovative Health does sell sensor-enabled                     |
|         | 23 | catheters that are not subject to Biosense's clinical support            |
|         | 24 | policy, right?                                                           |
| 01:30PM | 25 | A.   You said Abbott?                                                    |

|  |  |  |
|---|---|---|
|  | 1 | it's certainly more than three percent, correct? |
|  | 2 | A.   The consumer price index, yes. |
|  | 3 | Q.   And when you were looking at the cost of manufacturing |
|  | 4 | some of the Biosense OEM products, you noted that the cost |
| 02:13PM | 5 | went down, correct? |
|  | 6 | A.   Correct. |
|  | 7 | Q.   You did not include in that the cost of the clinical |
|  | 8 | account specialists that Biosense incurred, correct? |
|  | 9 | A.   Correct. |
| 02:14PM | 10 | Q.   And you know that's been increasing every year; has it |
|  | 11 | not? |
|  | 12 | A.   As they've added additional mappers, yes. |
|  | 13 | Q.   And you would have no reason to disagree with Dr. Wu's |
|  | 14 | calculation that in 2024 just the cost of compensation for |
| 02:14PM | 15 | roughly 1,400 CASs was $269 million? |
|  | 16 | A.   Are we including their salary or the bonuses based on |
|  | 17 | sales commissions? |
|  | 18 | Q.   Total compensation. |
|  | 19 | A.   I don't have a reason to doubt that. |
| 02:15PM | 20 | Q.   Now, if I understood your testimony on direct, without |
|  | 21 | the clinical support policy, Biosense would continue to |
|  | 22 | provide clinical support for procedures using Innovative |
|  | 23 | Health sensor-enabled catheters, correct? |
|  | 24 | A.   In my hypothetical world without the case coverage |
| 02:16PM | 25 | policy. |

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | Q.   And it would continue -- if they were doing it for            |
|       | 2  | Innovative Health, under your model they would be doing so         |
|       | 3  | for Stryker as well?                                               |
|       | 4  | A.   Yes -- what they had done before they put the case            |
|02:16PM| 5  | coverage policy in place and the various other exceptions I        |
|       | 6  | spoke about earlier.                                               |
|       | 7  | Q.   If you could turn to JX4427.  This is Table 20 from one       |
|       | 8  | of your reports.                                                   |
|       | 9  | A.   Okay.                                                         |
|02:16PM|10  | Q.   And you see this is reprocessors of sales by ultrasound       |
|       |11  | catheters, and you have calculated that share by 2022 at 26        |
|       |12  | percent; is that correct?                                          |
|       |13  | A.   Yes.  And if I can clarify, the third-party reprocessors      |
|       |14  | are referring to Innovative and Stryker, not Sterilmed.            |
|02:17PM|15  | Q.   Understood.  And for 2023, it's 26.3?                         |
|       |16  | A.   Yes.                                                          |
|       |17  | Q.   I'd ask you to assume that in your rebuttal report you        |
|       |18  | said there were a hundred -- 194,322 SOUNDSTARs sold, OEM          |
|       |19  | SOUNDSTARs?                                                        |
|02:17PM|20  | A.   If you can point me to the number, I can check that.          |
|       |21  | Q.   If you go to your 2025 rebuttal report at page 45.            |
|       |22  | A.   Okay.                                                         |
|       |23  | Q.   And you have total actual volume of 194,322 in 2023?          |
|       |24  | A.   Oh, yes.  I see that.                                         |
|02:18PM|25  | Q.   And if 26.3 percent of those units were sold by               |

|  |  |
|---|---|
| 1 | third-party reprocessors, that would be 51,000 reprocessed |
| 2 | catheters, correct? |
| 3 | A.   That sounds about right. |
| 4 | Q.   Okay.  And without the clinical support policy, Biosense |
| 5 | would be required to support those procedures, those 51,000 |
| 6 | procedures, correct? |
| 7 | A.   Yes.  Biosense would want to. |
| 8 | Q.   Well, under your model Biosense would have to, correct, |
| 9 | whether they wanted to or not? |
| 10 | A.   No.  I think you're misunderstanding. |
| 11 | Q.   Now, am I correct that between 2009 and 2015 Biosense |
| 12 | increased -- the percentage of cases that Biosense was |
| 13 | covering rose from 50 percent to 87 percent, correct? |
| 14 | A.   You said 2015? |
| 15 | Q.   Yes. |
| 16 | A.   Yeah, from 50 percent to 87 percent. |
| 17 | Q.   Right.  And that was in your view without a nationwide |
| 18 | rollout or enforcement of a clinical support policy, correct? |
| 19 | A.   Correct. |
| 20 | Q.   So in your view the clinical support policy had nothing |
| 21 | to do with the increase in Biosense covering procedures as |
| 22 | opposed to hospitals, correct? |
| 23 | A.   Correct. |
| 24 | Q.   And demand for cardiac mapping procedures increased |
| 25 | between 2015 and 2020, correct? |

|  |  |
|---|---|
| 1 | A.  Yes. |
| 2 | Q.  And demand for cardiac mapping procedures using the |
| 3 | CARTO 3 increased from 2015 to 2020, correct? |
| 4 | A.  If you mean the number of procedures performed, yes. |
| 02:20PM  5 | Q.  Performed on CARTO 3. |
| 6 | A.  On CARTO 3. |
| 7 | Q.  In fact, the number of procedures using CARTO 3 grew, |
| 8 | was greater than the increase in mapping procedures, correct? |
| 9 | A.  Correct. |
| 02:21PM  10 | Q.  So even as the demand for procedures using the CARTO 3 |
| 11 | has increased, Biosense has been increasing the supply of its |
| 12 | clinical support at a faster rate? |
| 13 | A.  I don't understand what you're saying.  Can you |
| 14 | rephrase. |
| 02:21PM  15 | Q.  Well, Biosense increased the percentage of cases it was |
| 16 | covering from 87 percent to 95 percent between 2016 and 2020, |
| 17 | correct? |
| 18 | A.  Yes. |
| 19 | Q.  And did you consider that the demand for procedures |
| 02:21PM  20 | using the CARTO 3 has increased -- while increasing, Biosense |
| 21 | has been increasing the supply of its clinical support at a |
| 22 | faster rate? |
| 23 | A.  So your question is, is the number of cases that are -- |
| 24 | is the number of CARTO 3 cases covered by Biosense mappers |
| 02:22PM  25 | increasing faster than the total number of CARTO 3 cases? |