# EXHIBIT 5

```
                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

          HONORABLE JAMES V. SELNA, JUDGE PRESIDING

INNOVATIVE HEALTH, LLC,        )
                               )
                               )
                               )
                 Plaintiff,    )
                               )
                               )
                               )
      Vs.                      )   No. SACV-19-01984-JVS
                               )
                               )
                               )
BIOSENSE WEBSTER, INC.,        )
                               )
                               )
                               )
                 Defendant.    )
                               )
_____)



            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                         JURY TRIAL

                      DAY 2, VOLUME II

                   SANTA ANA, CALIFORNIA

                   WEDNESDAY, MAY 7, 2025



MIRIAM V. BAIRD, CSR 11893, CCRA
OFFICIAL U.S. DISTRICT COURT REPORTER
350 WEST FIRST STREET
FOURTH FLOOR
SANTA ANA, CA 92701
```

1                              **INDEX**

2    **WITNESS:**                                                          **PAGE:**

3     **Aaron DeTate, Plaintiff's witness, previously sworn**
      **CROSS-EXAMINATION**                                                   12
4     **REDIRECT EXAMINATION**                                                55
      **Ricardo Ferreira, Plaintiff's witness, sworn**                        58
5     **DIRECT EXAMINATION**                                                  58
      **CROSS-EXAMINATION**                                                   92
6     **REDIRECT EXAMINATION**                                               118
      **RECROSS-EXAMINATION**                                                121
7
                                    * * * * *
8


9    **EXHIBITS:**

10    Exhibit 99 received                                                    45
      Exhibit JX10 received                                                  70
11    Exhibit 3912 received                                                  74
      Exhibit 3887 received                                                  87
12    Exhibit 1440 received                                                 101
      Exhibit 335 received                                                  103
13    Exhibit 336 received                                                  109
      Exhibit 71 received                                                   110
14    Exhibit 132 received                                                  113
      Exhibit JX1293 received                                               115
15
                                    * * * * *

|  |  |
|---|---|
| 1 | A.  I'm not sure I could answer that question. |
| 2 | Q.  My question simply was:  You spoke during direct |
| 3 | examination about what you saw at those hospitals, correct? |
| 4 | A.  Yes. |
| 01:51PM 5 | Q.  Okay.  And one of the things, for instance, that |
| 6 | Torrance does or did is to compare the pricing of the |
| 7 | different cardiac mapping systems, correct? |
| 8 | A.  That's correct.  At Torrance we did that. |
| 9 | Q.  At Torrance you also looked at each system from a |
| 01:51PM 10 | clinical standpoint whether it can perform the type of |
| 11 | procedure that the hospital wanted it to perform, correct? |
| 12 | A.  That's correct. |
| 13 | Q.  And one of the things that Torrance also looked at is |
| 14 | the pricing of the consumables, disposables such as |
| 01:52PM 15 | catheters, correct? |
| 16 | A.  Torrance evaluated the consumables that were available |
| 17 | at the time of the contracts.  That's correct. |
| 18 | Q.  And Torrance also evaluated the price of the |
| 19 | sensor-enabled catheters, correct? |
| 01:52PM 20 | A.  For the catheters that were available, they did. |
| 21 | Q.  And you're certainly familiar with the Biosense Webster, |
| 22 | the Abbott, the Boston Scientific, and the Medtronic systems, |
| 23 | correct? |
| 24 | A.  The Medtronic system is fairly new.  I'm not that |
| 01:52PM 25 | familiar with it.  The other three I do have some experience |

|         |    |                                                                          |
|---------|----|--------------------------------------------------------------------------|
|         | 1  | with, yeah.                                                              |
|         | 2  | Q.   So let's focus on those three.  You would agree with me             |
|         | 3  | that those three systems compete against one another?                    |
|         | 4  | A.   Those systems perform the same function of generating a             |
| 01:52PM | 5  | 3D map.                                                                  |
|         | 6  | Q.   You would agree with me that those three systems compete            |
|         | 7  | against one another?                                                     |
|         | 8  | A.   They're operating in the same space, so I would say                 |
|         | 9  | they're competitive.  That's correct.                                    |
| 01:52PM | 10 | Q.   And I want to talk about how easy it is for hospitals to            |
|         | 11 | switch between systems that choose to do so, an issue that               |
|         | 12 | you spoke about on direct examination.  Okay.  You would                 |
|         | 13 | agree that a hospital can buy a CARTO 3 system without any               |
|         | 14 | capital outlay by making a commitment to purchase catheters?             |
| 01:53PM | 15 | A.   I'm familiar with that.                                             |
|         | 16 | Q.   In fact, it's not uncommon in the hospital setting to               |
|         | 17 | offset the cost of the capital equipment through the purchase            |
|         | 18 | of catheters, correct?                                                   |
|         | 19 | A.   That's correct.                                                     |
| 01:53PM | 20 | Q.   And hospitals can also purchase the GE or Siemens                   |
|         | 21 | ultrasound machine through Biosense Webster, correct?                    |
|         | 22 | A.   I know that depending on the timing, Biosense Webster               |
|         | 23 | offers one or the other to be purchased with catheter deals.             |
|         | 24 | That's correct.                                                          |
| 01:53PM | 25 | Q.   And at the time that you gave your deposition in this               |

| | | |
|---|---|---|
| | 1 | case in 2021, the hospital that you worked at, Torrance, used |
| | 2 | all three cardiac mapping system -- Biosense Webster, Abbott, |
| | 3 | and Boston Scientific -- correct? |
| | 4 | A.   That's correct. |
| 01:54PM | 5 | Q.   And you spoke about market share of procedures during |
| | 6 | your direct examination, but I want to talk about what |
| | 7 | actually happened at Torrance, okay?  Boston Scientific had a |
| | 8 | 60 percent market share of the procedures at Torrance, |
| | 9 | correct? |
| 01:54PM | 10 | A.   At the time of the deposition -- |
| | 11 | Q.   Yes. |
| | 12 | A.   -- I believe that's correct. |
| | 13 | Q.   CARTO, Biosense Webster's system, had just 20 percent of |
| | 14 | the market share, correct? |
| 01:54PM | 15 | A.   I believe at that time that was correct. |
| | 16 | Q.   And Abbott, the third competitor, had the remaining |
| | 17 | market share, the 20 percent that's left, correct? |
| | 18 | A.   Yeah.  That seems about right. |
| | 19 | Q.   By the way, you also spoke on direct examination about |
| 01:55PM | 20 | how Abbott and Boston Scientific don't have the same type of |
| | 21 | clinical account support policy that Biosense Webster has. |
| | 22 | Do you recall that? |
| | 23 | A.   I do. |
| | 24 | Q.   Sir, you would agree with me that the Abbott system is |
| 01:55PM | 25 | an open system, correct? |

```
02:33PM

02:34PM

02:34PM

02:34PM

02:34PM
```

1  THE COURT: Sir, you may step down. Thank you.
2  Would you call your next witness, please.
3  MR. HO: Your Honor, we call Rick Ferreira.
4  **Ricardo Ferreira, Plaintiff's witness, sworn**
5  THE CLERK: Would you please state your full name,
6  spelling your last name for the record.
7  THE WITNESS: Ricardo Ferreira. My last name is
8  F-e-r-r-e-i-r-a.
9  THE COURT: Mr. Ho.
10 MR. HO: Your Honor, may I approach with the
11 witness binders?
12 THE COURT: You may.
13 MR. HO: Thank you.
14 **DIRECT EXAMINATION**
15 BY MR. HO:
16 Q.  Good afternoon.
17 A.  Good afternoon.
18 Q.  Would you please introduce yourself to the jury.
19 A.  Yeah. I'm Rick Ferreira. I'm the chief executive
20 officer of Innovative Health.
21 Q.  And, Mr. Ferreira, how long have you been the CEO of
22 Innovative Health?
23 A.  Since the inception of the company in 2015.
24 THE COURT: Sir, would you pull the mic closer to
25 you.

```
 1              THE WITNESS:  Sure.
 2              THE COURT:  Thank you.
 3   BY MR. HO:
 4   Q.   Did you start Innovative Health?
 5   A.   Yes, I did.
 6   Q.   What kind of company is Innovative Health?
 7   A.   Innovative Health is a medical device business that
 8   reprocesses medical devices for hospitals.
 9   Q.   Mr. Ferreira, how long have you worked in the medical
10   device industry?
11   A.   Since 1997.
12   Q.   And how long have you been involved in businesses
13   involving the reprocessing of medical devices?
14   A.   Since 1997.
15   Q.   When you founded the company in 2015, how many employees
16   did it have?
17   A.   I was the first employee.
18   Q.   How many employees did they have at the time?
19   A.   About a handful.  A couple engineers.
20   Q.   How many employees does Innovative Health have today?
21   A.   168.
22   Q.   Where is Innovative Health based?
23   A.   Scottsdale, Arizona.
24   Q.   And does it have a facility there?
25   A.   Yes, we do.
```

```
02:35PM   1   Q.   Could you describe that facility to the jury, please.
          2   A.   The facility is a state-of-the-art medical device
          3   manufacturing facility.
          4   Q.   What products does Innovative Health manufacture or
          5   reprocess at that facility?
          6   A.   Electrophysiology catheters.
          7   Q.   Are you involved in sales at Innovative Health?
          8   A.   Yes, I am.
          9   Q.   Do you personally go out and sell your products to
02:36PM  10   hospitals?
         11   A.   Yes, I do.  I visit both customers and prospective
         12   customers.
         13   Q.   How often would you say you interact with your
         14   customers, let's say, actual customers?
02:36PM  15   A.   A lot.  I travel a couple hundred days a year, so I'm on
         16   the road a lot.
         17   Q.   And what about with potential customers?
         18   A.   About the same, 50/50 probably between the two.
         19   Q.   Are you familiar with the term hospital cost
02:36PM  20   containment?
         21   A.   Yes, I am.
         22   Q.   Could you explain what that means.
         23   A.   Hospital cost containment is really a program for
         24   hospitals to be able to control their costs and rising costs
02:36PM  25   in environment, so really two things, both their staff labor
```