# EXHIBIT 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE JAMES V. SELNA, JUDGE PRESIDING

INNOVATIVE HEALTH, LLC,            )
                                   )
                                   )
             Plaintiff,            )
                                   )
                                   )
     Vs.                           )   No. SACV-19-01984-JVS
                                   )
                                   )
BIOSENSE WEBSTER, INC.,            )
                                   )
                                   )
             Defendant.            )
                                   )
_____    )


REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

DAY 4, VOLUME II

SANTA ANA, CALIFORNIA

FRIDAY, MAY 9, 2025


MIRIAM V. BAIRD, CSR 11893, CCRA
OFFICIAL U.S. DISTRICT COURT REPORTER
350 WEST FIRST STREET
FOURTH FLOOR
SANTA ANA, CA 92701

**INDEX**

| WITNESS: | PAGE: |
|---|---|

**Meredith Snider, Plaintiff's witness, sworn**  6
**DIRECT EXAMINATION**  6
**CROSS-EXAMINATION**  44

\* \* \* \* \*

**EXHIBITS:**

| | |
|---|---|
| Exhibits JX211, JX215, JX216, JX219, | 5 |
| Exhibit 4454 received | 21 |
| Exhibit 4345 received | 25 |
| Exhibit 4346 received | 31 |
| Exhibit 3971 received | 34 |
| Exhibit 3972 received | 35 |

\* \* \* \* \*

```
02:25PM   1    Q.   Did you interact with anyone from UH about the policy
          2    after this e-mail was sent?
          3    A.   Yes, I did.
          4    Q.   Who did you interact with?
02:25PM   5    A.   With Virginia and Jimmy in particular.
          6    Q.   How did they react to Mr. Lunday's e-mail?
          7    A.   They were not pleased.
          8    Q.   What do you mean by that?
          9    A.   They were pretty upset that due to the devices, the
02:25PM  10    catheters that were mentioned in this case coverage policy
         11    that they did not know about, their cost savings was pretty
         12    much going to be almost cut in half.
         13    Q.   When was Mr. Lunday's e-mail sent to UH?
         14    A.   It was sent on December 27th.
02:26PM  15    Q.   How many days was that after UH opted out of the
         16    Sterilmed contract?
         17    A.   It was six days.
         18    Q.   Is UH a customer, an Innovative customer, today?
         19    A.   They are.
02:26PM  20    Q.   When did they formally become a customer?
         21    A.   So that would be February and March of 2023.
         22    Q.   Has UH been a customer continuously since that time?
         23    A.   Yes, they have.
         24    Q.   And since February or March 2023, has UH ever purchased
02:26PM  25    reprocessed LASSO NAV catheters from Innovative?
```

| | | |
|---|---|---|
| | 1 | A. No, they have not. |
| | 2 | Q. And since becoming a customer in February or March 2023, |
| | 3 | has University Hospital ever purchased reprocessed PENTARAY |
| | 4 | catheters from Innovative Health? |
| 02:27PM | 5 | A. No, they have not. |
| | 6 | Q. And during that same time frame, has UH ever purchased |
| | 7 | reprocessed SOUNDSTAR catheters from Innovative Health? |
| | 8 | A. No, they have not. |
| | 9 | Q. Do you have an understanding as to what University |
| 02:27PM | 10 | Hospital would like to do with respect to these catheters? |
| | 11 | A. Oh, they would love to be able to purchase those from |
| | 12 | us, all the sensor-enabled -- any device that we can provide |
| | 13 | to them back they will want to purchase. |
| | 14 | Q. Do you have an understanding of what University Hospital |
| 02:28PM | 15 | intended to do with respect to Biosense OEM purchases after |
| | 16 | receiving this policy? |
| | 17 | A. Well, they wanted to look at all options to be able to |
| | 18 | switch devices so that they could have more devices that |
| | 19 | weren't in the sensor-enabled in the case coverage policy so |
| 02:28PM | 20 | that they could reprocess more. |
| | 21 | Q. What do you mean? |
| | 22 | A. So since the -- due to the case coverage policy, they |
| | 23 | couldn't, you know, they couldn't reprocess and purchase |
| | 24 | those devices for Innovative Health. So they were looking at |
| 02:28PM | 25 | other catheters from other OEMs to be able to start |

UNITED STATES DISTRICT COURT

```
                1   purchasing devices, catheters that we could actually

                2   reprocess for them.

                3   Q.   And these catheters reprocessed by other OEMs, what

                4   mapping device, if any, would they connect to?

02:29PM         5   A.   They were in particular looking at the EnSite X.

                6   Q.   Where is that?

                7   A.   Abbott St. Jude.

                8   Q.   Was UH successful in transitioning to Abbot's mapping

                9   catheter?

02:29PM        10   A.   No, not really.

               11   Q.   I'm sorry.  Let me rephrase.  Mapping machine?

               12   A.   No.

               13   Q.   Do you know why?

               14   A.   Yeah.  It really came down to physician preference.

02:29PM        15   Q.   Physician preference for what?

               16   A.   The physicians wanted to utilize the CARTO 3 system.

               17   Q.   In your dealings with Innovative customers, are you

               18   aware of any besides UH that have formed an opinion about

               19   Sterilmed?

02:30PM        20   A.   Yes.

               21   Q.   How did you obtain that understanding?

               22   A.   I -- just with my interactions with supply chain cath

               23   lab management potential customers.

               24   Q.   And generally how do customers view Sterilmed?

02:30PM        25              MR. CRUZ:  Objection, Your Honor, both relevance
```