# EXHIBIT 7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
INNOVATIVE HEALTH, LLC,    ) CERTIFIED TRANSCRIPT
              Plaintiff,   )
     vs.                   )
                           )  SACV-19-01984-JVS
BIOSENSE WEBSTER, INC.,    )
              Defendant.   ) TRIAL DAY 2, VOL. I
---------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 7, 2025


SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

```
 1

 2                            I-N-D-E-X

 3

 4    PLAINTIFF'S
      WITNESSES:            DIRECT    CROSS   REDIRECT   RECROSS
 5
      AARON DETATE             57
 6
      PLAINTIFF'S
 7    EXHIBITS:                               MARKED    RECEIVED

 8    Exhibits 4136, 4137                                  71
      Exhibits 4168, 4169                                  74
 9    Exhibits 4049, 4452                                  76
      Exhibit 4163                                         78
10    Exhibits 4188, 4189                                  84

11    DEFENSE
      WITNESSES:            DIRECT    CROSS   REDIRECT   RECROSS
12
      WENDY TAM                17      41       52
13
      DEFENSE
14    EXHIBITS:                               MARKED    RECEIVED

15    Exhibit 433                                          42
      Exhibit 440                                          51
16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 09:32 | 1 | Ms. Tam, once a procedure is beginning, where are you |
| | 2 | location-wise relative to the physician that you're talking |
| | 3 | about? |
| | 4 | A    So at UCLA, I'm in a different room.  It depends on the |
| 09:32 | 5 | hospital, though. |
| | 6 | Q    And if you're in a different room, Ms. Tam, how are you |
| | 7 | communicating with the physician? |
| | 8 | A    We are communicating through headsets. |
| | 9 | Q    So if you're in a different room and you've got a |
| 09:32 | 10 | headset, is there anyone else in the electrophysiology lab |
| | 11 | as the procedure is happening? |
| | 12 | A    Yeah.  So there's a whole team.  Specifically at UCLA, |
| | 13 | there's an anesthesiologist or someone that's dealing with |
| | 14 | anesthesia.  There is an EP fellow, so an attending in |
| 09:32 | 15 | training.  There are EP technicians and nurses.  And there |
| | 16 | are also depending on the products that are also used |
| | 17 | sometimes reps from different vendors. |
| | 18 | Q    And once you're in the procedure that has to be done, |
| | 19 | can you tell the jury just at a very high level what are the |
| 09:33 | 20 | main categories of things that you're doing? |
| | 21 | A    When the procedure is started, I will sit at my |
| | 22 | workstation, and I will set up my map.  I will help map and |
| | 23 | interpret the map with the physicians, and then I help |
| | 24 | troubleshoot anything that arises. |
| 09:33 | 25 | Q    Ms. Tam, when you say "map and interpret the map," can |

```
09:33    1   you give us a sense of what that means?
         2   A    Yeah.  So I guess what I do isn't easy.  It's not I set
         3   something and let everything run by itself and walk away for
         4   coffee.  I'm physically -- as the physician is actually
09:33    5   moving the catheter in the heart, that data is being
         6   transmitted to CARTO, and I'm actively following with them
         7   on the map so they can see where the catheter is at all
         8   times.
         9            In addition to that, like I said, data is being
09:34   10   collected.  I am mentally looking at the map and making sure
        11   every data point that is taken -- the data point of the
        12   electro activity -- makes sense.  And if it doesn't, I will
        13   edit the map.  I will delete things off the map.  I will
        14   help also guide physicians to areas that need a little more
09:34   15   data.
        16            Also, part of it is sometimes these cases are
        17   pretty complex, so the patient can go into multiple
        18   different types of arrhythmias, and I need to physically --
        19   mentally see and catch that.  Otherwise, if I'm mapping two
09:34   20   different arrhythmias on one map, that just wouldn't make
        21   sense for interpretation.
        22            Also, after we're done mapping and he's switching
        23   out the catheters to ablate, then I'm editing the map to
        24   make sure it's a cohesive map so he's able to ablate
09:35   25   appropriately.
```

| | | |
|---|---|---|
| 09:35 | 1 | Q    Switching gears just a little bit, Ms. Tam, I want to |
| | 2 | talk for just a minute about how you're compensated for your |
| | 3 | work. |
| | 4 | Can you estimate -- best estimate -- what your |
| 09:35 | 5 | annual compensation is from Biosense over the last couple of |
| | 6 | years? |
| | 7 | A    Yeah.  So I recently looked into this, and it was |
| | 8 | around 190 to 210-K. |
| | 9 | Q    And how is that compensation structured? |
| 09:35 | 10 | A    There is a base component, and then there is also a |
| | 11 | variable.  The variable consists of sales commissions, |
| | 12 | bonuses, field training, contests. |
| | 13 | Q    So do you receive any type of commission when |
| | 14 | physicians agree to purchase Biosense catheters for use in |
| 09:35 | 15 | procedures? |
| | 16 | A    Yes. |
| | 17 | Q    And is that commission based on your sales |
| | 18 | individually? |
| | 19 | A    No.  So how it works is that on my team, there is an |
| 09:36 | 20 | overall quota, and our team as a whole needs to meet that |
| | 21 | quota.  So if I'm doing really well at UCLA and another |
| | 22 | hospital is not, it balances each other out, so -- |
| | 23 | Q    Can you tell us, Ms. Tam, your own personal approach to |
| | 24 | that aspect of your job for which you're earning those sales |
| 09:36 | 25 | commissions? |

| | | |
|---|---|---|
| 09:36 | 1 | A   Yeah.  So when I look at the sales aspect of this role, |
| | 2 | it's really me trying to have conversations with physicians |
| | 3 | to see if there's any gaps or needs that they have in which |
| | 4 | Biosense can help them in better treating their patients. |
| 09:36 | 5 | Q   And in terms of just going back to the compensation |
| | 6 | that you told us about, Ms. Tam, what proportion of that |
| | 7 | annual compensation would you say is comprised of the |
| | 8 | variable bucket that you talked about? |
| | 9 | A   Recently also I found this.  It was around 30 to |
| 09:36 | 10 | 50 percent. |
| | 11 | Q   And that 30 to 50 percent comprises all of the little |
| | 12 | categories you talked about from sales and bonuses and all |
| | 13 | of that? |
| | 14 | A   Yes. |
| 09:37 | 15 | Q   And in terms of the sales commissions that you |
| | 16 | mentioned, do you know what portion of that 30 to 50 percent |
| | 17 | is made of up of sales commissions? |
| | 18 | A   I do not know, but it is substantial. |
| | 19 | Q   So going back to your day-to-day work, you mentioned |
| 09:37 | 20 | you primarily work at UCLA, right? |
| | 21 | A   Yes. |
| | 22 | Q   Does UCLA have any EP labs? |
| | 23 | A   Yes, they have a couple. |
| | 24 | Q   And what cardiac mapping systems do the EP labs at UCLA |
| 09:37 | 25 | have? |

09:37  1   A      They have two CARTOs, three to four Abbott mapping
       2   systems, and one Boston Scientific.
       3   Q      And have you worked at UCLA for your whole time at
       4   Biosense?
09:37  5   A      Yeah, I have around seven years now.
       6   Q      And when you were working at UCLA, would you say you
       7   were generally aware of how frequently physicians mapped
       8   with systems other than the CARTO system?
       9   A      Being at UCLA for seven years and still going there,
09:38  10  yeah, I have a pretty good understanding of the lay of the
       11  land there.
       12  Q      So based on that seven years of day-to-day experience,
       13  what proportion of EP procedures do you estimate is
       14  currently mapped at UCLA using the Abbott system?
09:38  15  A      I would estimate around 50 to 55 percent.
       16  Q      Ms. Tam, in the time you've been at UCLA, has the
       17  proportion of EP procedures mapped using the Abbott system
       18  changed at all?
       19  A      Yes, it has.
09:38  20  Q      And can you tell me about that change?
       21  A      When I first really got integrated, it was like, I
       22  don't know, 65 to 75 percent Abbott.
       23  Q      And during your time as a CAS, has it always been the
       24  case that UCLA has been a majority Abbott mapping
09:39  25  institution?

| | | |
|---|---|---|
| 09:39 | 1 | A   Yes, it is Abbott-preferred. |
| | 2 | Q   Now, are you aware of any doctors at UCLA who switch |
| | 3 | between using the CARTO and the Abbott system for mapping |
| | 4 | procedures? |
| 09:39 | 5 | A   Yeah, all of them do -- or most of them. |
| | 6 | Q   Most of them? |
| | 7 | A   Most of them.  I thought of one that doesn't. |
| | 8 | Q   And are there different -- do some physicians have |
| | 9 | different preferences as to the mix of mapping systems they |
| 09:39 | 10 | use? |
| | 11 | A   Yeah. |
| | 12 | Q   Can you tell us a bit about that? |
| | 13 | A   Yeah.  So I would say sometimes it depends.  It's a |
| | 14 | case-by-case basis.  When you think about a mapping system, |
| 09:39 | 15 | each company has a mapping system, so Abbott, CARTO, and |
| | 16 | Boston.  And what we have to offer in terms of hardware, |
| | 17 | software, and just the tools that are used are all |
| | 18 | different. |
| | 19 |         The core technology is a little different in every |
| 09:40 | 20 | single mapping system.  So with CARTO, we are a closed |
| | 21 | system, so we have to map with our catheters.  Being so, |
| | 22 | though, we have our plus or minus 1 millimeter of accuracy. |
| | 23 | And then there's -- |
| | 24 |         MS. ANDERSON:  Objection.  Foundation. |
| 09:40 | 25 |         MR. CRUZ:  Your Honor, she's talking about the |

| | | |
|---|---|---|
| 09:40 | 1 | specifications of a system that she knows well.  I'm happy |
| | 2 | to lay a little bit more foundation, but -- |
| | 3 |      THE COURT:  Overruled. |
| | 4 |      MR. CRUZ:  Thank you. |
| 09:40 | 5 | BY MR. CRUZ: |
| | 6 | Q    You can continue, Ms. Tam. |
| | 7 | A    And then with Abbott, they have more of a flexibility. |
| | 8 | You have the ability to map with any catheter.  However, |
| | 9 | sometimes the maps will literally start shifting during the |
| 09:40 | 10 | middle of the case in which a mapper has to shift it back. |
| | 11 | So I guess when looking at that, there's pros and cons to |
| | 12 | both, and physicians can choose on a case-by-case basis on |
| | 13 | how that's used.  And then also the clinical support |
| | 14 | provided also determines the system they use. |
| 09:41 | 15 |      MR. CRUZ:  Your Honor, I have two demonstrative |
| | 16 | pieces of equipment that I would like to provide to the |
| | 17 | witness to aid her testimony.  These have been previewed |
| | 18 | with the other side, and there's no objection as I |
| | 19 | understand it. |
| 09:41 | 20 |      May I approach the witness to give them to her? |
| | 21 |      THE COURT:  You may. |
| | 22 |      MS. ANDERSON:  There's no objection, Your Honor. |
| | 23 |      THE COURT:  Do they have exhibit numbers? |
| | 24 |      MR. CRUZ:  They do.  These are Exhibit Nos. JX1275 |
| 09:41 | 25 | and JX1273.  Thank you, Your Honor. |

```
10:06    1   finish her answer.
         2           MS. ANDERSON:  The witness answered yes or no.  If
         3   she wants to elaborate, Mr. Cruz can allow her to do so on
         4   redirect.
10:06    5           THE COURT:  Proceed.
         6   BY MS. ANDERSON:
         7   Q    So just to be clear, Ms. Tam, clinical account
         8   specialists do not receive any different training for when a
         9   Sterilmed reprocessed catheter is being used by the doctor,
10:07   10   correct?
        11   A    We do not.
        12   Q    And the CAS's mapping skills are the same when the
        13   doctor is using a Sterilmed reprocessed catheter or a
        14   Biosense originally manufactured version of that same
10:07   15   catheter, right?
        16   A    Yes.
        17           MS. ANDERSON:  No further questions.
        18           THE COURT:  Mr. Cruz.
        19                    REDIRECT EXAMINATION
10:07   20   BY MR. CRUZ:
        21   Q    Ms. Tam, I just have a couple of questions for you.  I
        22   think Ms. Anderson talked with you just a bit about it.  She
        23   asked you some questions about training hospital staff.
        24           So I would just like to ask you has anyone from
10:08   25   UCLA's staff ever asked you to train hospital staff to map?
```

| | | |
|---|---|---|
| 10:08 | 1 | A    No, but I've trained them on EP but not mapping. |
| | 2 | Q    I guess can you tell me about any other training that |
| | 3 | you may have given to hospital staff aside from mapping? |
| | 4 | A    Yeah.  So in-services are something that I do.  So when |
| 10:08 | 5 | we launch new products, I will in-service them on how to |
| | 6 | optimally use them or just some features of those new |
| | 7 | products, but also, I set aside time to also teach them EP |
| | 8 | so they can understand what's happening in the cases as |
| | 9 | well, so understanding those electrical signals and what all |
| 10:08 | 10 | those maneuvers that the physicians do are. |
| | 11 | Q    Going back to your mention of a plus or minus one |
| | 12 | millimeter of accuracy in the questions that Ms. Anderson |
| | 13 | asked you about, we talked on your direct about the training |
| | 14 | in the ten months that you were learning to become a CAS. |
| 10:09 | 15 | Do you remember that? |
| | 16 | A    I do. |
| | 17 | Q    And has there been additional training since you were |
| | 18 | certified as a CAS between then and today? |
| | 19 | A    Yeah, there's a lot.  And since we launch new products, |
| 10:09 | 20 | there's always software modules that they roll out to us, so |
| | 21 | we're able to learn with that.  And then we usually meet up |
| | 22 | for dinners and stuff to also receive more training. |
| | 23 | Q    And does that training to your recollection generally |
| | 24 | also include policy changes or administrative issues for the |
| 10:09 | 25 | company that may change? |

| | | |
|---|---|---|
| 10:09 | 1 | A    Those are usually calls, yeah. |
| | 2 | Q    And with respect to that training that you received |
| | 3 | continuously over the last seven years, do you recall all of |
| | 4 | the documents that you have received as to all of that |
| 10:09 | 5 | training? |
| | 6 | A    No.  It's a lot to remember. |
| | 7 | Q    With respect to the training that you have received, |
| | 8 | though, do you say that you retain the training itself and |
| | 9 | its contents generally? |
| 10:10 | 10 | A    Yeah, yeah. |
| | 11 | Q    And in terms of the questions from Ms. Anderson, |
| | 12 | Ms. Anderson's questions regarding Sterilmed training, I |
| | 13 | think there was a question about whether you had received |
| | 14 | specific training on Sterilmed. |
| 10:10 | 15 |           Can you tell us a bit about your idea as to why |
| | 16 | you did not receive specific -- or you said you did not |
| | 17 | receive specific training on Sterilmed catheters? |
| | 18 | A    Yeah.  So my understanding is that I wouldn't think we |
| | 19 | would need additional training because J&J basically gave it |
| 10:10 | 20 | a seal of approval that's very similar to a new catheter, so |
| | 21 | it should functionally work the same.  So that would be my |
| | 22 | understanding as to why, or my guess as to why, we didn't |
| | 23 | receive additional training. |
| | 24 | Q    And when you say "your guess," just to be clear, |
| 10:10 | 25 | Ms. Tam, when you're talking about your guess, is that based |

56

| | | |
|---|---|---|
| 10:13 | 1 | (Jury not present) |
| | 2 | THE COURT: Are you ready to go? |
| | 3 | MR. HO: We're prepared to proceed. Thank you, |
| | 4 | Your Honor. |
| 10:23 | 5 | THE COURT: Okay. |
| | 6 | MR. CAVANAUGH: Your Honor, on the playing of the |
| | 7 | videotaped depositions, would the Court advise the jury that |
| | 8 | these are designations made by both sides? |
| | 9 | THE COURT: Will do. |
| 10:23 | 10 | MR. CAVANAUGH: Thank you. |
| | 11 | THE COURT: The notebook you gave me with the |
| | 12 | designations had a time split. Could you give me a revised |
| | 13 | time split after you've figured out the effect of the |
| | 14 | rulings on the objections? |
| 10:24 | 15 | MR. HO: Of course, Your Honor. |
| | 16 | THE COURT: Okay. Thank you. |
| | 17 | (Jury present) |
| | 18 | THE COURT: Ladies and gentlemen, the next witness |
| | 19 | is going to appear by deposition. Each side has made |
| 10:25 | 20 | designations of pieces to be played from the deposition, so |
| | 21 | it will just run straight through without dividing it up |
| | 22 | between plaintiffs and defendant. |
| | 23 | Okay, Mr. Ho. |
| | 24 | MR. HO: Your Honor, we call Michael Idio by a |
| 10:25 | 25 | videotaped deposition. |

|        |    |                                                          |
|--------|----|----------------------------------------------------------|
| 10:25  | 1  | (Videotaped deposition excerpts played)                  |
|        | 2  | MR. GOLDSMITH:  Your Honor, plaintiff calls Aaron        |
|        | 3  | DeTate.                                                  |
|        | 4  | THE COURT:  Okay.                                        |
| 10:51  | 5  | (Witness sworn)                                          |
|        | 6  | MR. GOLDSMITH:  Your Honor, may I approach the           |
|        | 7  | witness with an exhibit binder?                          |
|        | 8  | THE COURT:  Yes.                                         |
|        | 9  | THE CLERK:  If you could please state your full          |
| 10:52  | 10 | name spelling your last name for the record.             |
|        | 11 | THE WITNESS:  It's Aaron DeTate, D-e-T-a-t-e.            |
|        | 12 | THE COURT:  Okay.  Mr. Goldsmith.                        |
|        | 13 | MR. GOLDSMITH:  Thank you, Your Honor.                   |
|        | 14 | DIRECT EXAMINATION                                       |
| 10:52  | 15 | BY MR. GOLDSMITH:                                        |
|        | 16 | Q    Good morning, Mr. DeTate.                           |
|        | 17 | A    Good morning.                                       |
|        | 18 | Q    What do you do, sir?                                |
|        | 19 | A    I am the Senior Director for Clinical Integration at |
| 10:52  | 20 | Innovative Health.                                       |
|        | 21 | Q    Briefly, what does that mean?                       |
|        | 22 | A    I manage a team of clinical folks, hospital staff,  |
|        | 23 | former nurses, technologists.  I also engage in sales    |
|        | 24 | operations to assist the sales team with new business.   |
| 10:53  | 25 | Q    How many hospitals have you visited through your work |

58

```
10:53    1   on the sales side?
         2   A     Probably close to all 250 hospitals that purchase
         3   Innovative products.
         4   Q     We'll come back to that a bit later.
10:53    5               Where did you grow up, Mr. DeTate?
         6   A     I grew up in Long Beach, California.
         7   Q     Did you work there as well?
         8   A     I did.
         9   Q     What did you do?
10:53   10   A     I was an EMT for several years.
        11   Q     Which years?
        12   A     From 1998 to about 2023 -- I'm sorry, 2003.  My bad.
        13   Q     What did you do next?
        14   A     After that, I went to work at Lakewood Regional Medical
10:53   15   Center.
        16   Q     Where is that?
        17   A     In Lakewood, California.
        18   Q     What did you do there?
        19   A     I was a central monitor technician.
10:53   20   Q     What does that mean?
        21   A     I was responsible for monitoring patients' heart
        22   rhythms, rates, across the entire hospital.
        23   Q     How long did you work there?
        24   A     I worked there for two years.
10:54   25   Q     What did you do next?
```

| | | |
|---|---|---|
| 10:54 | 1 | A    After that, I worked for Little Company of Mary |
| | 2 | Hospital in Torrance, California. |
| | 3 | Q    What did you there? |
| | 4 | A    I was a cardiovascular technologist. |
| 10:54 | 5 | Q    What does that mean? |
| | 6 | A    I assisted physicians in cardiac procedures, scrubbing |
| | 7 | in those procedures, assisting them with the procedures. |
| | 8 | Q    Can you tell us more about those procedures? |
| | 9 | A    I worked in the cath lab and the EP lab.  So at that |
| 10:54 | 10 | time, we were performing heart catheterizations, |
| | 11 | electrophysiology procedures, and pacemaker implants. |
| | 12 | Q    What is electrophysiology? |
| | 13 | A    Electrophysiology is the diagnosis and treatment of |
| | 14 | cardiac arrhythmias that impact the electrical system of the |
| 10:54 | 15 | heart. |
| | 16 | Q    What are arrhythmias? |
| | 17 | A    Arrhythmias are essentially irregular heartbeats, when |
| | 18 | a heart goes too fast or too slow. |
| | 19 | Q    Why is that a problem? |
| 10:54 | 20 | A    That can be a problem for patients.  It can result in |
| | 21 | weakness, fatigue, shortness of breath.  They can have a |
| | 22 | heart attack or a stroke. |
| | 23 | Q    Are these procedures performed in operating rooms? |
| | 24 | A    They're performed in procedure rooms.  Cath labs and EP |
| 10:55 | 25 | labs are considered procedure rooms. |