# EXHIBIT 8

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

INNOVATIVE HEALTH, LLC,        ) CERTIFIED TRANSCRIPT
                 Plaintiff,  )
      vs.                      )
                               )  SACV-19-01984-JVS
BIOSENSE WEBSTER, INC.,        )
                 Defendant.  ) TRIAL DAY 3, VOL. I
---------------------------)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 8, 2025

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

4

```
 1

 2

 3                          I-N-D-E-X

 4

 5    PLAINTIFF'S
      WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS
 6
      RAFAL CHUDZIK             19       56
 7
      PLAINTIFF'S
 8    EXHIBITS:                                MARKED      RECEIVED

 9    Exhibits 4370, 4371, 4375, 4377,
              4379, 4380, 4381, 4382                        39
10    Exhibit 4190                                          51
      Exhibits 151, 153, 155, 156,
11            161, 164                                      79
      Exhibits 4372, 4373, 4374                            90
12    Exhibit 4430                                          98
      Exhibit 100                                          100
13
      DEFENSE
14    WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS

15     (None)

16    DEFENSE
      EXHIBITS:                                MARKED      RECEIVED
17
      Exhibit 59                                            66
18

19

20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

29

09:15    1    project is worth pursuing, so just some initial testing.

    2    Q    At a high level, what type of initial testing?

    3    A    We would run through a series of mechanical tests,

    4    electrical tests, software assessments, cleaning, bioburden,

09:15    5    a lot of microbiology-type stuff, chemistry as well.  So we

    6    look at all that in that phase.

    7    Q    And turning now to the next phase, qualification, at a

    8    high level, what happens then?

    9    A    In qualification, we are actually collecting all of the

09:15   10    data that will go into the FDA 510(k).

   11    Q    How long does the qualification phase usually last?

   12    A    It will vary between the projects.  It could be six

   13    months to over a year.

   14    Q    And at a very high level, what do you mean by

09:16   15    collecting data?

   16    A    Yeah, that means running experiments, taking products

   17    and putting them into machines and different types of things

   18    that we have in our labs, and actually collecting data for

   19    that particular device.

09:16   20    Q    What happens at the end of this phase?

   21    A    At this point, we would have the data needed to file

   22    our 510(k) with the FDA.

   23    Q    Who prepares the 510(k) packet for Innovative?

   24    A    We have a regulatory team.  That's our team that works

09:16   25    on actually compiling it.  And then the R&D team is also

09:16   1   involved in kind of producing all the data and compiling all

  2   the different attachments.

  3   Q    What was your role in that while you were

  4   Vice-President of R&D?

09:16   5   A    I oversaw the team that did all that work.

  6   Q    And just to give the jury a sense, how many pages

  7   approximately is a submitted 510(k) application?

  8   A    They could be anywhere from 8,000 to 10,000 sheets of

  9   paper.  We're talking binders and binders of data.  There is

09:17  10  a pretty comprehensive outline that the FDA requires, so

 11  they are very, very lengthy.

 12  Q    Who is required to submit a 510(k) packet to the FDA?

 13  A    All manufacturers.  Anybody that wants to sell a

 14  medical device.

09:17  15  Q    Would that include original manufacturers?

 16  A    Yes, it would.

 17  Q    Does Innovative have a copy of the 510(k)s submitted by

 18  the original manufacturer when Innovative creates its own

 19  510(k)?

09:18  20  A    No, we do not.

 21  Q    Who does have a copy of the original manufacturer's

 22  510(k) submission?

 23  A    There's really only two people that would see that.  It

 24  would be the manufacturer that actually filed it and then

09:18  25  the FDA that reviews it.

09:18    1    Q    Does Innovative interact with the FDA after submitting

         2    its 510(k)?

         3    A    Extensively, yes.

         4    Q    How so?

09:18    5    A    The FDA will get into a lot of question-and-answer

         6    period with the submission team.  So we've got -- we have a

         7    review team that we work with, which is basically engineers.

         8    We have scientists as well from the FDA that are on that

         9    team, and then we also have FDA leadership, director level

09:18   10    and higher, that are all involved.  And so we all interact

        11    together regarding the data and questions.

        12    Q    How many 510(k)s has Innovative been cleared for?

        13    A    Currently, we have 49.

        14         MS. MORALES-KIMBALL:  I would like to publish

09:19   15    JX11, which has been preadmitted.

        16    BY MS. MORALES-KIMBALL:

        17    Q    Mr. Chudzik, what is this?

        18    A    This is the official letter that we get from the FDA

        19    when we're granted a clearance.

09:19   20    Q    Which product does this document relate to?

        21    A    This document is specific to the Biosense reprocessed

        22    LASSO NAV Eco catheter.

        23    Q    And just to clarify, what do you mean by "Biosense

        24    reprocessed"?

09:19   25    A    The manufacturer of this reprocessed device is

09:19    1    Innovative, but it's the Biosense product, the LASSO NAV.

         2    Q    And where do you see the FDA's approval reflected on

         3    this document?

         4    A    It's a very clear statement in that first paragraph.

09:19    5    Q    Would you please read what you're referring to?

         6    A    "We have reviewed your Section 510(k) premarket

         7    notification of intent to market the device referenced above

         8    and have determined the device is substantially equivalent

         9    for the indications for use stated in the enclosure to

09:20   10    legally marketed predicate devices marketed in interstate

        11    commerce prior to May 28, 1979."

        12    Q    What is a predicate device?

        13    A    In our case, the predicate device is the brand new

        14    device that we are comparing our reprocessed device to in

09:20   15    our 510(k).

        16    Q    And so in this particular document, what was the

        17    predicate device?

        18    A    This would have been the new Biosense LASSO NAV

        19    catheter from the original manufacturer.

09:20   20    Q    Please turn to page 4 of 7.  You'll see the pagination

        21    on the bottom.  What is this?

        22    A    This is what the FDA refers to as the indications for

        23    use.

        24    Q    And how does this indication for use relate to the

09:21   25    indications for use from Biosense for the LASSO NAV?

09:21   1    A    Our indications for use are identical.  These are

        2    essentially -- think of it as a user manual for the device,

        3    and we don't change anything on there.  It's the same.

        4    Q    Please turn to the next page.  What is this?

09:21   5    A    This is a summary of the 510(k) that gets put on the

        6    public FDA database.

        7    Q    When you say "summary," what do you mean?

        8    A    This is just a very short, three to four-page, very,

        9    very high-level, not all encompassing summary of the device

09:21  10    and what -- or who is reprocessing it and things like that.

       11    Q    Please turn to the next page, page 6.

       12         Do you see the section entitled "Functional and

       13    Safety Testing" that then continues onto the next page as

       14    well?

09:22  15    A    Yes.

       16    Q    What does this section convey?

       17    A    Again, this is a very, very high-level list of some of

       18    the testing that was done that we put in this document, but

       19    not all-inclusive as I mentioned with the full testing

09:22  20    within a 510(k).

       21    Q    And the tests that you're referring to, how do those

       22    relate to the qualification phase tests you mentioned a few

       23    minutes ago?

       24    A    These are the tests that are developed in that

09:22  25    qualification phase of our design control process.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:22    1    Q    And how does that relate to the data obtained during

2    the qualification phase?

3    A    That's all the data that goes into the 510(k).

4    Q    Does this document convey how many times Innovative can

09:22    5    reprocess the LASSO NAV?

6    A    Yes, it does.

7    Q    How many times?

8    A    It's listed as one reprocessing cycle.

9    Q    How is that determination made?

09:22    10    A    We have a system in place.  When we seek a reprocessing

11    cycling from the FDA, we do everything two times.  We build

12    in a safety factor into all of our data collection.  So when

13    we're doing our engineering work, we'll do it one time,

14    we'll do it a second time, and then we will ask the FDA for

09:23    15    only one reprocessing cycle to have a full safety factor

16    built in.

17    Q    What does FDA clearance mean?

18    A    The FDA clearance really comes down to what we call

19    substantial equivalence.

09:23    20    Q    What is that?

21    A    Substantial equivalence is FDA's decision or approval

22    or determination that the device that's submitted is the

23    same as the predicate device, the one we're comparing to.

24    So with our 510(k)s, we are comparing our reprocessed device

09:23    25    to the original manufacturer.  And the FDA is stating, with

39

09:29    1    BY MS. MORALES-KIMBALL:

         2    Q    Mr. Chudzik, what are these documents?

         3    A    These are our images of our production facility, what

         4    it looks like in our factory.

09:30    5    Q    Do these image fairly and accurately represent

         6    Innovative's facilities?

         7    A    Yes, they do.

         8         MS. MORALES-KIMBALL:  Your Honor, I would move

         9    JX4370, 4371, 4375, 4377, 4379, 4380, 4381, and 4382 into

09:30   10    evidence.

        11         MR. CAVANAUGH:  No objection.

        12         THE COURT:  They will be received.

        13         (Exhibits 4370, 4371, 4375, 4377,

        14         4379, 4380, 4381, and 4382 received

09:30   15         in evidence)

        16         MS. MORALES-KIMBALL:  I would like to publish 4370

        17    to the jury.

        18    BY MS. MORALES-KIMBALL:

        19    Q    Mr. Chudzik, what is depicted in this photograph?

09:30   20    A    This is an image of one of our log-in workstations with

        21    our operator.

        22    Q    And what happens after this log-in step?

        23    A    Once we have established traceability, we then move it

        24    to our cleaning area.

09:30   25    Q    What happens during the cleaning phase?

09:31  1    A    In our cleaning process, we have a very specific set of

2    regulations from the FDA that they give us on how to clean a

3    device and what clinical endpoints we -- or cleanliness

4    endpoints we have to meet.  So we use hospital-grade

09:31  5    cleaners.  We use hospital-grade disinfectant chemicals.  We

6    have a soaking process, some brushing, a lot of different

7    things to get the products clean.

8    Q    Are any of Innovative's patented technologies used

9    during this step?

09:31  10   A    Yes, they are.

11   Q    At a high level, which ones?

12   A    We have a patent in this step where we clean and

13   inspect the lumen in the device.

14   Q    What's a lumen?

09:31  15   A    A lumen is a very, very small -- think of it as a straw

16   that runs through the entire length of a catheter, a very,

17   very thin opening.  It's no wider than the width of a human

18   hair.

19   Q    And how does Innovative's patented technology work with

09:32  20   respect to that lumen?

21   A    We developed a process that we worked with the FDA on

22   to be able to detect very, very small particles inside that

23   very small lumen.

24   Q    How small?

09:32  25   A    We were capable of detecting particles that are smaller

09:32    1    than a single red blood cell, so particles that you can't

2    even see with your eye.

3                MS. MORALES-KIMBALL:  I would like to publish

4    JX4371.

09:32    5    BY MS. MORALES-KIMBALL:

6    Q    What is depicted in this photograph?

7    A    This is our cleaning room.

8    Q    How does Innovative ensure its cleaning room is clean?

9    A    Again, with the FDA's regulations, we have a process

09:32   10    where we have to monitor that room and all the rooms in our

11    facility.  We have to run specific tests and collect

12    specific data on the facility itself and the room.

13    Q    What type of tests?

14    A    We collect data around the air, so we're sampling the

09:33   15    air to make sure that it is free from any particles or

16    bacteria, bioburden.  We also will swab the surfaces, so

17    we're looking at sinks, tables, anything that the operators

18    would be using.  And then we're also pulling product from

19    that room for random testing as well.

09:33   20    Q    And you've mentioned the term "bioburden" a couple of

21    times.

22                Just at a high level, what is that?

23    A    Bioburden refers to any living organism that could be

24    on the surface.

09:33   25    Q    Taking a look at this worker depicted in the

45

09:38    1    BY MS. MORALES-KIMBALL:

2    Q    What does this image depict?

3    A    This is a close-up image of our location sensor testing

4    equipment in our testing room.

09:38    5    Q    How does this test work?

6    A    We take a catheter -- in this case, it's a Biosense

7    PENTARAY catheter -- and we put it inside of our fixture,

8    and the data is collected around the spatial orientation of

9    that catheter, so basically the X, Y, and Z coordinates,

09:38    10    almost like a GPS-type of analogy.

11    Q    What do you mean by "the X, Y, Z coordinates"?

12    A    It ensures that the coordinates of that device are

13    where they are supposed to be and within a range of the

14    original manufacturer's specifications.  So we're again

09:39    15    comparing that the position of that catheter will be in the

16    same position as a new device.

17    Q    How does Innovative know where a new device would be in

18    this?

19    A    So part of the engineering process is we purchase new

09:39    20    product.  We call that reverse engineering where we take a

21    product that is new and we break it down to our components.

22    We do all the engineering work on that, and we reverse

23    engineer those specifications.  That's the data that the FDA

24    reviews and compares the reprocessed product against.

09:39    25    Q    How is that data used in this test?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:39    1    A     That determines the pass/fail criteria if the device is

         2    good or not good.

         3    Q     Which Biosense catheters go through this location

         4    accuracy test?

09:40    5    A     It would be the Biosense PENTARAY and the Biosense

         6    LASSO catheters.

         7    Q     Is that for every one of those device that Innovative

         8    reprocesses?

         9    A     Yes, every single device.

09:40   10    Q     Are you familiar with the term "calibration"?

        11    A     Yes, I am.

        12    Q     Does Innovative calibrate its catheters?

        13    A     We do not.

        14    Q     Does Innovative recalibrate its catheters?

09:40   15    A     We do not.

        16    Q     Why not?

        17    A     It was not required by the FDA per our 510(k).

        18    Q     What do you mean by that?

        19    A     We were required to meet certain specifications that

09:40   20    the FDA outlined for us, and they did not include

        21    calibration as one of them.  This test was what we needed to

        22    show the FDA that we have substantial equivalence on.

        23    Q     Substantial equivalence with respect to what?

        24    A     The accuracy of the location sensor and the OM product

09:41   25    compared to the reprocessed product.

09:41   1   Q    How confident are you that Innovative's catheters have

2   accurate location sensors?

3   A    Very confident.  I mean, FDA reviewed this process

4   very, very thoroughly, so we believe that we know that we've

09:41   5   got the correct process and the correct method in place per

6   our FDA approval.

7   Q    Are there ways of determining location accuracy in the

8   clinical setting?

9   A    Yes.

09:41   10  Q    How so?

11  A    So in addition to our, again, 100 percent in-line test

12  that we have on our production floor, there is also a

13  procedure that happens at bedside right before the patient's

14  procedure starts.  There's a few things that happen there

09:42   15  with the clinicians and the staff in the lab that are

16  checking all of the things prior to starting that procedure.

17          And then once the devices are plugged into the

18  system or the computer that they plug into, there's some

19  steps that the computer does to ensure that this is as well

09:42   20  correct.  So there's a couple of fail-safes in the clinical

21  setting as well to capture and check for this.

22  Q    When you say "computer or system," what are you

23  referring to?

24  A    The CARTO system, CARTO 3 system.

09:42   25  Q    And what would happen in the clinical setting if the

09:57   1   the PENTARAY, on the OCTARAY, and on the LASSO, correct?  Do

2   you see where we put them?

3   A   Yes.

4   Q   That's consistent with your understanding as to

09:57   5   generally where the magnetic sensors are located?

6   A   Yes, it is.

7   Q   And they're a series of coils, correct?

8   A   Yes.

9   Q   And every location sensor in a catheter will perform

09:57   10   slightly differently, will it not?

11   A   Correct.

12   Q   And those differences in performance result from

13   inherent variabilities in the manufacturing of the catheter

14   and the coils, correct?

09:58   15   A   For new and reprocessed, yep, correct.

16   Q   And in order to ensure uniform performance, the

17   catheter manufacturer, such as Biosense, would use

18   calibration tools to address those differences, correct?

19   A   Yeah.  I'm not familiar with all the details, but

09:58   20   correct, yep.

21   Q   Sure.  I mean, based on you've been in the business for

22   23 years, you have a degree in biomedical engineering, you

23   know calibration tools are used by OEM manufacturers,

24   correct?

09:58   25   A   Yes.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:58   1   Q    And would you agree that in order to ensure that a

        2   catheter's location date is accurate, it's necessary to

        3   check the catheter's calibration data?

        4   A    I think to clarify a little bit around that there are

09:59   5   other ways that you can show accuracy of the location sensor

        6   per the data that we've shown the FDA to be effective.

        7   Q    Did you give a deposition in this matter?

        8   A    Yes, I did.

        9   Q    All right.  And you were under oath, correct?

09:59  10   A    Yes.

       11   Q    And you did the best of your ability to answer the

       12   questions posed to you?

       13   A    Yes.

       14   Q    Okay.  Let me -- if we could go to Clip 17.

09:59  15            MS. MORALES-KIMBALL:  What are the lines?

       16            MR. CAVANAUGH:  Page 175, 17 to 21.

       17            THE COURT:  Any objection?

       18            MS. MORALES-KIMBALL:  Yeah, objection that it's

       19   not inconsistent.

10:00  20            THE COURT:  Party admission.  Overruled.

       21            (Video clip played)

       22   BY MR. CAVANAUGH:

       23   Q    And you did agree that incorrect calibration data that

       24   results in an inaccurate map is something to be avoided,

10:01  25   correct?

| | | |
|---|---|---|
| 10:01 | 1 | A    Yeah, but just to clarify a little bit there, you know, |
| | 2 | calibration can be done with the CARTO and some of the |
| | 3 | bedside setup as well.  So when I mentioned there's multiple |
| | 4 | checkpoints along the process -- |
| 10:01 | 5 | Q    Could we go back to answering my question?  My question |
| | 6 | was incorrect calibration data that results in an inaccurate |
| | 7 | map is something to be avoided, correct? |
| | 8 | A    That's correct. |
| | 9 | Q    And you've told us on direct examination your company |
| 10:01 | 10 | doesn't recalibrate the Biosense sensor-enabled catheters it |
| | 11 | reprocesses, correct? |
| | 12 | A    Yeah.  We were not required by the FDA to have that |
| | 13 | step, correct. |
| | 14 | Q    Okay.  Let me show you Exhibit 56. |
| 10:02 | 15 | MS. MORALES-KIMBALL:  Objection, Your Honor.  This |
| | 16 | exhibit contains hearsay from Biosense Webster. |
| | 17 | THE COURT:  What's the exhibit? |
| | 18 | MR. CAVANAUGH:  Exhibit 56, Your Honor. |
| | 19 | MS. MORALES-KIMBALL:  Your Honor, it's the |
| 10:02 | 20 | attachment specifically that I'm referring to. |
| | 21 | MR. CAVANAUGH:  Your Honor, it's an e-mail from |
| | 22 | the witness in which he is discussing statements in Biosense |
| | 23 | marketing materials. |
| | 24 | THE COURT:  I don't seem to see 756. |
| 10:03 | 25 | MR. CAVANAUGH:  No, it's just -- |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
10:03    1              THE COURT:  56?

         2              MR. CAVANAUGH:  56, Your Honor.

         3              THE COURT:  The objection again?

         4              MS. MORALES-KIMBALL:  I'm sorry?

10:03    5              THE COURT:  The objection again, please.

         6              MS. MORALES-KIMBALL:  Hearsay with respect to that

         7    attachment.  It is statements of Biosense Webster.

         8              THE COURT:  Sustained.

         9    BY MR. CAVANAUGH:

10:03   10    Q    Focusing on your e-mail, are you referring to --

        11    without putting the attachment up -- are you discussing

        12    materials by Biosense Webster regarding its products?

        13    A    Yes, I am.

        14              MS. MORALES-KIMBALL:  Objection, Your Honor.  Is

10:04   15    this entire document in evidence, or has it been excluded?

        16              MR. CAVANAUGH:  Your Honor, the e-mail is from the

        17    witness.

        18              THE COURT:  Right.

        19              MR. CAVANAUGH:  So at this point, I'm using the

10:04   20    e-mail.

        21              THE COURT:  Okay.

        22              MS. MORALES-KIMBALL:  So just for the sake of our

        23    record and notekeeping, is this document in with the

        24    attachment?

10:04   25              THE COURT:  It's not been received yet.
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:37    1  and we're also able to detect a 50-micron particle anywhere

2  in that lumen.

3  Q   Were other reprocessors already using similar

4  technology to reprocess the PENTARAY?

11:37    5  A   No.  Innovative was the first one to secure this patent

6  as well as reprocess the PENTARAY.

7  Q   Let's please publish JX4372 already in evidence to the

8  jury.  What is depicted in this photograph?

9  A   This picture is actually showing the practical

11:38  10  application of the patent that I just explained.

11  Q   What is the machine in front of the technician?

12  A   This is the microlumen occlusion tester that is a

13  result of that patent.

14  Q   When you say "occlusion," what do you mean?

11:38  15  A   Occlusion means a blockage, anything that is stopping

16  or hindering the flow.

17  Q   In brief, what do Innovative's other patents cover?

18  A   We have patents that allow us to reprocess certain

19  complex medical devices that nobody is attempting to

11:38  20  reprocess at this point.  We have methods that involve

21  inspecting for patient safety, for example, as the one I

22  just described, and we also have methods that help us refine

23  our reprocessing methodologies.

24  Q   You can take that down.

11:38  25       Moving to another topic, are you familiar with the

11:39    1    LASSO NAV?

2    A    Yes, I'm very familiar with that catheter.

3    Q    How did you become familiar with it?

4    A    This was one of my earlier projects when I joined

11:39    5    Innovative, so I remember it well.

6    Q    What year was that?

7    A    This was most of 2015.

8    Q    How did that project for the LASSO NAV compare to

9    research on other catheters?

11:39   10    A    Well, LASSO NAV, in comparison to the other

11    electrophysiology catheters that I worked on had an extra

12    component in there that gave us a surprise, as well as took

13    us extra time and effort to figure out in order to bring

14    that to market as a reprocessed option.

11:39   15    Q    What took extra time and effort?

16    A    So LASSO devices had an electronic chip that was inside

17    that device that specifically had what I call a kill switch

18    methodology that was used that combined software as well as

19    encryption methodologies to prevent that device from being

11:40   20    reused after it was used the first time.

21    Q    What did Innovative have to do to address these chips?

22    A    One, we had to add expertise.  Given that this would

23    add software components and it was encrypted, we needed --

24    definitely added individuals and experts from the field.  We

11:40   25    had to seek out experts in cryptography to understand the

| | | |
|---|---|---|
| 11:40 | 1 | data, as well as electronics specific in this electronic |
| | 2 | chip.  It's an EEPROM in there, so we needed experts who |
| | 3 | understood EEPROM. |
| | 4 | Q    What does EEPROM stand for? |
| 11:40 | 5 | A    EEPROM, spelled E-E-P-R-O-M, stands for Electronically |
| | 6 | Erasable Programmable Read-Only Memory. |
| | 7 | MR. QUIRK:  May I approach the witness, Your Honor |
| | 8 | with an exhibit? |
| | 9 | THE COURT:  You may. |
| 11:41 | 10 | BY MR. QUIRK: |
| | 11 | Q    I've handed you JX4136 already admitted in evidence. |
| | 12 | What is that? |
| | 13 | A    This is a LASSO catheter. |
| | 14 | Q    Is it a new or a reprocessed catheter? |
| 11:41 | 15 | A    This is a reprocessed LASSO catheter. |
| | 16 | Q    Can you show the jury on this reprocessed LASSO |
| | 17 | catheter where the chip is located? |
| | 18 | A    The chip is actually located inside this connector, and |
| | 19 | it's inside this housing, and this is the part that gets |
| 11:41 | 20 | plugged into the CARTO system. |
| | 21 | Q    Have you worked with counsel to prepare a demonstrative |
| | 22 | to assist in describing these chips? |
| | 23 | A    Yes, I have. |
| | 24 | Q    If we can we go to Slide 5, please, in the |
| 11:42 | 25 | demonstrative, what is this? |

11:42    1    A    This is a picture, a representation, of the delay that

2    was caused by these kill switches for us for the -- in our

3    projects.

4    Q    What does the red line represent?

11:42    5    A    The red shows the extra time it took us to complete

6    that given project.

7    Q    What does the green line represent?

8    A    The green represents a standard project that would

9    have -- a standard project without that electronic component

11:42   10    in there.

11    Q    How was Biosense using these chips when you first

12    encountered them?

13    A    So electronic chips were used in the earlier models of

14    the Biosense Webster catheter, but it was used as an auto-ID

11:42   15    function, automatic identification function.  Since then, it

16    evolved to add more details and add more software-based

17    functions.  That turned into being used as a single use,

18    where after that use is done, the chip will lock that

19    device.  When it's being plugged in, it will say that the

11:43   20    device is already used and expired.

21    Q    You mentioned the chips evolved.  Can you explain how

22    they evolved.

23    A    Well, in this case, for LASSO, it's a 3-pin EEPROM that

24    is being used versus a simple one for auto-ID.  And in this

11:43   25    scenario, it had -- or this chip, the data within the

11:43    1    chip -- first, we had to understand the chip.  We had to

2    figure out how to read the information within the chip, and

3    when we read it, it was a whole bunch of jumbled up letters

4    and numbers, so we needed to understand how to unscramble

11:43    5    that puzzle.  We needed to figure out the decryption

6    methodology.  Once we understood that, there was -- that's

7    when we know that there is a time stamp that is being used

8    as a method to block that device from being reused.

9    Q    What did you and the Innovative team have to do to

11:44    10    decrypt and resolve the chips?

11    A    In this case, we had to get the experts externally as

12    well as internally.  I had my electrical engineer internally

13    as well as I reached out to external experts -- one would be

14    Nathan Einwechter -- to get through these software-related

11:44    15    issues to understand how to resolve it.

16    Q    Who is Nathan Einwechter?

17    A    Nathan Einwechter is our CFO, Tim Einwechter's son.

18    Q    How did you get connected with Nathan Einwechter?

19    A    As I mentioned earlier, when this project was tasked to

11:44    20    me, and when I understood about the software concerns, and

21    when I provided that update to management, Tim asked me to

22    reach out to Nathan.  And in his words, he said Nathan does

23    something with computers.  Later, I learned he's actually a

24    cryptography expert.  And since then, I've been working with

11:45    25    him.

11:45    1    Q    How did the Innovative overcome the chip on the LASSO

         2    NAV?

         3    A    So once we understood the decryption methodology, and

         4    once we read the information, and once we found out the time

11:45    5    stamp, which was the time at which that device was plugged

         6    in, and we knew the location at where it was, we were able

         7    to remove that time stamp and install a new chip in the

         8    LASSO and put all of the information back into the chip,

         9    minus the time stamp obviously, and then proceed with the

11:45   10    rest of the process to get that device reprocessed.

        11    Q    And if we can advance to the next slide, please.  You

        12    can go all the way.

        13          Are the chips you've been describing on this

        14    slide?

11:45   15    A    Yes.  The picture that is showing next to the device

        16    that is highlighted, that is the electronic chip, what I

        17    call the EEPROM.

        18    Q    What did Innovative have to do for the PENTARAY down in

        19    the bottom right?

11:46   20    A    With PENTARAY, we first attempted to replace the chip

        21    by separating the device and the handle.  The handle design

        22    itself is complex where we saw certain features that were

        23    used to prevent that removal.  But again, understanding the

        24    software was important, we understood the decryption

11:46   25    methodology, given that it's a different model, we had to

11:46  1    use different methodology there.  But it, again, added that
       2    time due to the electronic chip.
       3    Q    How about for the SOUNDSTAR 3D?
       4    A    SOUNDSTAR 3D, similarly, the information in the chip is
11:46  5    encrypted.  But as you see, the chip evolved from the 3-pin
       6    EEPROM to now it's an 8-pin EEPROM.  I am emphasizing the
       7    numbers here, because the more complex the EEPROM, the more
       8    advanced the chip is, and the more effort it takes to
       9    understand how that chip works.
11:47  10            So in this case, for SOUNDSTAR 3D, once we
       11   understood that chip, we were able to reset the time stamp.
       12   In this scenario, the electronic chip used was not locked,
       13   so we were able to remove the time stamp and reset that
       14   device.
11:47  15   Q    How about for the SOUNDSTAR Eco?
       16   A    That was our longest effort and went through a few
       17   hurdles.  Similar to SOUNDSTAR 3D, in this case, we figured
       18   out the decryption methodology.  And as you see, the chip
       19   was even further evolved.  Now, it is 16-pin EEPROM.  And
11:47  20   once we understood the data within it, we were able to
       21   secure the chip directly from the manufacturer, Maxim, and
       22   we were sourcing it.
       23           Once we got as close as figuring out and resolving
       24   the issue, we learned that Biosense went to a custom chip,
11:48  25   which cut us out of the supply chain.  We couldn't source

| | | |
|---|---|---|
| 11:48 | 1 | the chip now, and now we were back to square one, and we had |
| | 2 | to figure out additional methods to supplement that to reset |
| | 3 | the time stamp, which added that time for us. |
| | 4 | Q    Were you able to resolve the chip issues in the |
| 11:48 | 5 | SOUNDSTAR Eco? |
| | 6 | A    Yes, eventually we did. |
| | 7 | Q    At the time that Innovative started reprocessing the |
| | 8 | SOUNDSTAR Eco, were other reprocessors already reprocessing |
| | 9 | it? |
| 11:48 | 10 | A    When we started reprocessing SOUNDSTAR Eco, I believe |
| | 11 | Sterilmed already had the clearance for SOUNDSTAR Eco. |
| | 12 | Q    Who is Sterilmed? |
| | 13 | A    Sterilmed is the reprocessing wing for Biosense |
| | 14 | Webster. |
| 11:48 | 15 | Q    Was anyone not affiliated with Biosense reprocessing |
| | 16 | the SOUNDSTAR Eco? |
| | 17 | A    No. |
| | 18 | Q    Would you say that you're hacking the catheters? |
| | 19 | A    No, I won't say I'm hacking the catheters. |
| 11:49 | 20 | Q    Why not? |
| | 21 | A    Because it makes it sound like I'm doing something |
| | 22 | nefarious, and in this scenario, I don't believe I am. |
| | 23 | Q    Where did you get the catheters? |
| | 24 | A    We got the catheters from our hospital partners.  We |
| 11:49 | 25 | bought it from them. |

11:49    1    Q    Why are you trying to resolve the blocking chips?

2    A    For our partners.  Our hospital partners are reaching

3    out to us asking about our capability and asking if we would

4    be able to reprocess this device so they can benefit from

11:49    5    the savings.

6    Q    Have you talked to hospitals about the decryption and

7    need to reset the time stamp?

8    A    Yes.  When I'm onsite talking to the physicians, I do

9    explain the process.  I do explain the efforts we have to go

11:49    10    through to remove that lock and be able to give that device

11    one more life, but the hospital staff is already aware of

12    the time stamp and the kill switch limitations in there.

13    Q    Did you tell the FDA about the procedures to decrypt

14    and solve the kill switches for these catheters?

11:50    15    A    Yes, we did.

16    Q    Where did you tell them?

17    A    The 510(k) that we discussed earlier.  In that whole

18    packet when we send the results and the testing that we did

19    for these devices, we provided all the information,

11:50    20    including the decryption methodology, as well as the chip

21    replacement when it was done, as well as the resetting.  And

22    we showed the compatibility afterwards, that the devices

23    were functional in these hospital settings.

24    Q    Is the information in the original applications to the

11:50    25    FDA for reprocessing these catheters?

11:50  1   A    Yes.  It's in the 510(k) packet that we submitted to
       2   the FDA.
       3   Q    Did the FDA ever raise any concerns about what
       4   Innovative had to do?
11:51  5   A    No, they did not.
       6   Q    What type of data is stored on these chips?
       7   A    The time stamp, the product information as I mentioned
       8   earlier, but also the calibration data.  Given that these
       9   are mapping catheters, there would be location sensor
11:51 10   specific calibration information in there.
      11   Q    What's the purpose of the calibration data?
      12   A    When these devices are being manufactured, the original
      13   manufacturer is adding those calibration data into the chip,
      14   so when it's plugged into the Carto system, the system knows
11:51 15   how to initialize this catheter and how to map and create
      16   that map effectively.
      17   Q    When Innovative deactivates the kill switch, does that
      18   affect the calibration data?
      19   A    No, we don't change anything on the calibration data.
11:51 20   Q    Do the location sensors need to be recalibrated?
      21   A    The devices that are passing our testing -- once it
      22   goes through our scrutiny of testing and passes all of
      23   those, those devices do not need to be recalibrated.
      24   Q    Aside from Biosense catheters, does Innovative
11:52 25   reprocess electrophysiology products from other

11:52    1    manufacturers?

2    A    Yes, we do.

3    Q    Which manufacturers?

4    A    We do reprocess advanced mapping catheters from Abbott,

11:52    5    from Boston Scientific, and from Medtronic to list a few.

6    Q    How did Biosense's blocking chips compare to the

7    technology for these manufacturers?

8    A    Well, Biosense Webster was the first to start using

9    this methodology, and as you see, they have evolved heavily.

11:52    10    Other manufacturers have followed suit as well as of now.

11    Q    How long did the kill switches delay Innovative in

12    taking the LASSO NAV to market?

13    A    Six months.

14    Q    Did Innovative not move forward on other aspects of

11:53    15    reprocessing the LASSO NAV until your team resolved the kill

16    switch issue?

17    A    No.  My team was working on efforts in parallel because

18    we already know the other efforts we need to complete

19    anyway, so this effort for EEPROM was done in parallel.

11:53    20    Q    How can you say then that the chip caused a particular

21    delay?

22    A    Well, as I mentioned, in comparison to other

23    electrophysiology catheters, even ones with the electronic

24    chip, these specific catheters had these blocks, and we can

11:53    25    account for the time that it took for these efforts because

11:53    1    it was done separately and parallel, so we can calculate

2    that and figure that out.

3    Q    How long did the chips delay Innovative in taking

4    PENTARAY to market?

11:53    5    A    For PENTARAY, it added six months.

6    Q    How about for SOUNDSTAR 3D?

7    A    SOUNDSTAR 3D was 19 additional months.

8    Q    And how about for SOUNDSTAR Eco?

9    A    Like I mentioned earlier, Eco was the longest for us,

11:54   10    37 months in addition.

11    Q    Let's move on to one final topic.  You mentioned

12    earlier that you worked at CR Bard.

13           Did you work in reprocessing there?

14    A    No.  CR Bard was an original equipment manufacturer.

11:54   15    They did not do reprocessing.

16    Q    Based on your experience having worked for an original

17    equipment manufacturer and data reprocessor, how do you

18    think reprocessing affects industry competition?

19    A    After putting in the time with the industry, now I

11:54   20    believe it pushes -- it accelerates competition.

21    Q    How so?

22    A    Well, while reprocessors like Innovative is working on

23    adding another life or two on the devices that still can be

24    effectively used, the original equipment manufacturer could

11:54   25    focus on innovating, on working on the next version of these

114

11:54   1    devices that could benefit the patients.

2    Q    If it weren't for reprocessing, what would happen to

3    the original manufacturer's catheters like say a new LASSO

4    NAV in front of you after the first use?

11:55   5    A    If it wasn't for Innovative or any of the reprocessors,

6    including this device, this would have been -- since it was

7    used in a medical setting, this would be burned.  It would

8    be incinerated, or it will end up in a landfill.

9            MR. QUIRK:  Pass the witness, Your Honor.

11:55   10            THE COURT:  We'll take the lunch break here,

11    ladies and gentlemen.  We'll resume at 1:30.  Please

12    remember the admonition.

13            (Jury not present)

14            THE COURT:  Sir, you may step down.

11:55   15            Anything before we take the break?

16            MR. HO:  Not from the plaintiff, Your Honor.

17            MR. CAVANAUGH:  Not from the defendant, Your

18    Honor.

19            THE COURT:  Okay.  Thank you.  We're in recess.

11:56   20            (Recess)

21            (Miriam Baird reported Vol. II)

22               *   *   *

23

24

25