# EXHIBIT 11



1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3          HONORABLE JAMES V. SELNA, JUDGE PRESIDING

4    INNOVATIVE HEALTH, LLC,              )
                                          )
5                                         )
                                          )
6                          Plaintiff,     )
                                          )
7                                         )
                                          )
8              Vs.                        )   No. SACV-19-01984-JVS
                                          )
9                                         )
                                          )
10   BIOSENSE WEBSTER, INC.,              )
                                          )
11                                        )
                                          )
12                         Defendant.     )
                                          )
13   _____       )

14

15

16           REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                      JURY TRIAL

18                   DAY 6, VOLUME II

19                SANTA ANA, CALIFORNIA

20              WEDNESDAY, MAY 14, 2025

21

22

23   MIRIAM V. BAIRD, CSR 11893, CCRA
     OFFICIAL U.S. DISTRICT COURT REPORTER
24   350 WEST FIRST STREET
     FOURTH FLOOR
25   SANTA ANA, CA 92701

1                           **INDEX**

2   **WITNESS:**                                    **PAGE:**

3

    **Conrado Ramos, witness, sworn**                  5
4   DIRECT EXAMINATION                                 5
    **Avi Shalgi, Defendant's witness, sworn**         16
5   DIRECT EXAMINATION                                 **16**
    CROSS-EXAMINATION                                  47
6   REDIRECT EXAMINATION                               57
    **Conrado Ramos, Defendant's witness, sworn**      58
7   DIRECT EXAMINATION                                 58
    CROSS-EXAMINATION                                  116

8                           * * * * *

9

10  **EXHIBITS:**

11   Exhibit 306 received                              55
     Exhibit 3717 received                             57
12   Exhibit 5022 received                             64
     Exhibit 1432 received                             68
13   Exhibit 3517 received                             77
     Exhibit 3627 received                             81
14   Exhibit 1431 received                             93
     Exhibit 5031 received                             96
15   Exhibits 1434 and 1434.1 received                 98
     Exhibit 5027 received                            105
16   Exhibit 3305 received                            117
     Exhibit 649 received                             120
17   Exhibit JX3617 received                          124
     Exhibit 3642, pages 1-19, received              132

18                          * * * * *

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1    A.    We do it in all our sensor-based navigated catheter.

2    Q.    Are there any additional steps that you have to take

3    with respect to calibration of the ultrasound catheters?

4    A.    Yes.  So what I've described before was only for the

01:30PM  5    electromagnetic navigation sensor.  However, as I explained,

6    in the ultrasound catheter, the SOUNDSTAR catheter, we have

7    both the sensor, the electromagnetic sensor, and the

8    ultrasound transducer.

9         We need to orient them so once the ultrasound is

01:31PM  10   looking at some direction, it knows exactly where it is

11   looking for.  So we calibrate two things.  We calibrate the

12   distance between these two sensors, the electromagnetic one

13   and the ultrasound, and we calibrate the orientation.

14        Orientation means that if I want to look at

01:31PM  15   Mr. Cavanaugh, I would not look here.  I would look exactly

16   if I want to look at his eyes.  So we really calibrate the

17   orientation between these two sensors.  So once we measure it

18   by the electromagnetic one, we know exactly where the image

19   is looking at.

01:31PM  20   Q.    Now, is there a specific machine Biosense uses to

21   perform all these calibration steps?

22   A.    Yes, there is a specific machine.  It's called catheter

23   calibration station, and it's based on a physical -- a

24   knowledge of Helmholtz chamber.  That's what it's called,

01:32PM  25   Helmholtz chamber.

|  | |
|---|---|
| 1 | Q.   What companies develop these calibration machines? |
| 2 | A.   We -- Biosense Webster develops these kind of |
| 3 | calibration machines. |
| 4 | Q.   And has Biosense given access to these calibration |
| 01:32PM 5 | machines to any other companies? |
| 6 | A.   Yes -- to all the companies that are involved in |
| 7 | production of our electromagnetic sensors and navigated |
| 8 | catheters. |
| 9 | Q.   Now, are all of Biosense's sensor-enabled navigational |
| 01:32PM 10 | catheters calibrated? |
| 11 | A.   Yes.  Each and every one of them must be calibrated. |
| 12 | Q.   Now, once an individual catheter is calibrated, how is |
| 13 | that data recorded? |
| 14 | A.   We capture this data and write it in a small chip, |
| 01:33PM 15 | electronic chip that we put in the handle of our catheter. |
| 16 | Q.   Now, does Biosense provide any assurances to customers |
| 17 | regarding the accuracy of the location information? |
| 18 | A.   Yes.  We -- we provide the specification that if it is |
| 19 | calibrated correctly, our catheter would meet the accuracy of |
| 01:33PM 20 | one millimeter and one degree in space for all of the |
| 21 | electromagnetic navigated catheters. |
| 22 | Q.   We were talking about the machine, that calibration |
| 23 | machine we're looking at.  Does Sterilmed have access to |
| 24 | that? |
| 01:34PM 25 | A.   Sterilmed does have this system in their facility, yes. |

They are using it.

Q.   Now, can CARTO 3 detect when there's something wrong with a catheter?

A.   Yes.  CARTO can detect some defects that can happen before the procedure or during the procedure.  I can give you some example.

Q.   Sure.

A.   It can detect if there is sensor disconnection.  It can detect if the catheter is not recognized, if the serial number of the catheter is not recognized by the CARTO.  It can detect if there is EEPROM malfunction -- things like that.

Q.   Now, can CARTO 3 detect if a Biosense catheter is not correctly calibrated?

A.   No.  CARTO takes the calibration data as given.

Q.   Are you familiar with Sterilmed's process for calibration?

A.   I think I do, yes.

Q.   Has Biosense worked with Sterilmed on the process for calibration?

A.   Yes.

Q.   Today what does Sterilmed do with respect to calibration?

A.   Today they take the catheters that they get from the field, clean them, and they put it in the Helmholtz chamber

|   | 1 | and recalibrate them from -- as if they were new catheters. |
|---|---|---|
|   | 2 | So they take it, they erase the old calibration, and they |
|   | 3 | write a new calibration.  This is what they do today. |
|   | 4 | Q.    And to what specification? |
| 01:35PM | 5 | A.    To the OEM specification, which is one millimeter and |
|   | 6 | one degree. |
|   | 7 | Q.    Can you give the jury a sense of what one millimeter is. |
|   | 8 | A.    Yes.  One millimeter is around -- it's like the tip of |
|   | 9 | the pencil that you write.  For example, if you write your |
| 01:36PM | 10 | note, it would be close to one millimeter.  It depends on the |
|   | 11 | pen.  It can be 0.7 to one millimeter, something like that. |
|   | 12 | This is the size of the accuracy that we provide. |
|   | 13 | Q.    And why is that important? |
|   | 14 | A.    It's important, very important in the procedure because |
| 01:36PM | 15 | it allows the physicians to detect the arrhythmia in a very |
|   | 16 | accurate base.  When you need to go and ablate, you need to |
|   | 17 | know that you're ablating in the right position in order to |
|   | 18 | make the procedure successful. |
|   | 19 | Q.    Now, was there a period of time when the specification |
| 01:36PM | 20 | for Sterilmed reprocessed catheters was different? |
|   | 21 | A.    Yes. |
|   | 22 | Q.    What was that specification? |
|   | 23 | A.    It was 1.5 millimeter. |
|   | 24 | Q.    And just explain to the jury what it means to |
| 01:37PM | 25 | recalibrate. |

01:37PM

A.    Recalibrate means that you do not count on the existing
calibration data that is written on the catheter.  You take
the catheter, you erase the original calibration that was
written there in the beginning by the OEM, and then you write
the new calibration data that you have just measured into the
catheter.

Q.    Now, was there a point in time when for a particular
reprocessed catheter that Sterilmed was not doing
recalibration?

01:37PM

A.    Yes.

Q.    What was that?

A.    It was the SOUNDSTAR 8 French that we didn't do
recalibration.  We did only calibration check.

Q.    Can you explain to the jury what a calibration check is.

01:38PM

A.    Calibration check is at the end of each calibration, we
are checking whether the data is valid and the numbers are
correct, and the accuracy would be one millimeter,
one degree.

         So by not doing recalibration, we did -- Sterilmed

01:38PM

did only calibration check, so it means that many of their
catheters did not pass the spec.  So they disqualify them.

Q.    And what was the spec at that point?

A.    1.5 if you're speaking about the old spec, yes.  But now
it's one millimeter, one degree.

01:38PM

Q.    Okay.  Now, what happens if you don't check calibration

1    or recalibrate a reprocessed catheter?

2    A.   If you don't check?

3    Q.   Yes.

4    A.   You might end up with a non-accurate sensor and

01:39PM  5    catheter.  As I said before, CARTO doesn't know that it's a

6    wrong calibration.  CARTO takes the calibration as something

7    given.

8    Q.   Do any third-party reprocessors have access to the

9    Biosense calibration machines?

01:39PM  10   A.   No.  Third party out of Sterilmed, no.

11   Q.   And you were talking about the calibration check that

12   was done.  What machine is that done with?

13   A.   Calibration check is done in the same Helmholtz chamber

14   as we do the recalibration.  So once you check it, if it

01:40PM  15   doesn't meet the spec, you disqualify it.

16   Q.   Let's turn to your -- you referred earlier to a

17   microchip.

18   A.   Yes.

19   Q.   Where does the calibration data go?

01:40PM  20   A.   So for each and every sensor that we calibrate, we are

21   producing a full amount of data, the sensitivity.  It has an

22   amplitude and a phase in a few frequencies and also the

23   orientation between the coils, as I said before.

24        This data is captured in the chip.  In each and

01:40PM  25   every catheter we have a chip, so for each and every catheter

|   | |
|---|---|
| 1 | we write its own calibration based on the measurement.  For |
| 2 | the SOUNDSTAR catheter we just also the transducer that we |
| 3 | need to align with the sensor.  We have another metrics. |
| 4 | It's called acoustic metrics that would calibrate the |
| 01:41PM 5 | transducer to the sensor, so we would know the orientation |
| 6 | and the distance between them. |
| 7 | Q.    So the jury has heard the term EEPROM.  What is that? |
| 8 | A.    So EEPROM is electrical erasable programmable read-only |
| 9 | memory.  This chip allows us to define specific addresses in |
| 01:41PM 10 | the chip that we can read and write data to.  That's how we |
| 11 | write the calibration data into this chip. |
| 12 | Q.    Do you have a series of slides that explain how all of |
| 13 | this works? |
| 14 | A.    Yes. |
| 01:42PM 15 | Q.    So how does Biosense -- what happens when the catheter |
| 16 | is plugged into CARTO for the first time? |
| 17 | A.    So first we have the OEM catheter for a generic.  I'll |
| 18 | speak about generic, okay?  So what you see here is an |
| 19 | example of generic EEPROM.  As I said, we split the addresses |
| 01:42PM 20 | of the chip.  It has many addresses, up to 20K, or depends on |
| 21 | the chip.  We write the catheter ID.  And then when we |
| 22 | calibrate, we write to the EEPROM the calibration data, as I |
| 23 | mentioned before. |
| 24 | Now, to your question, once we plug it to the CARTO |
| 01:42PM 25 | system, the CARTO system detects that this is a valid |

1    catheter, LASSO NAV eco calibration data, and stamps the time

2    of the procedure, the current time of the procedure.

3    Q.   So this is the first time the catheter is being used,

4    correct?

01:43PM  5    A.   This is the first time the catheter is being used.

6    Q.   Is there a time period associated with this?

7    A.   Yes.  You can work with this catheter after its being

8    stamped only for the next 24 hours.

9    Q.   Why 24 hours?

01:43PM 10    A.   24 hours because this is a single-use catheter.

11    Q.   How long has Biosense used the 24-hour date and

12    timestamp?

13    A.   From the very beginning, from the NAVISTAR catheter that

14    you asked me about before, 1995.

01:43PM 15    Q.   Was that catheter ever reprocessed in the United States?

16    A.   No.

17    Q.   Now, what happens to the EEPROM when Sterilmed

18    reprocesses one of the Biosense catheters?

19    A.   Okay.  So Sterilmed gets the catheter from the field and

01:44PM 20    takes the EEPROM, and they -- as I said before, they do

21    recalibration.  So they first write the new calibration data

22    into the catheter.  Then after they do it, they do it, they

23    sign it so we know that it was done correctly.  That's what

24    they do today.

01:44PM 25    Q.   So can you explain the purpose -- you showed us how

| | |
|---|---|
| 1 | Biosense initially does calibration to deal with movement of |
| 2 | the positioning of the coils, correct? |
| 3 | A.   Yes. |
| 4 | Q.   All right.  So why then do a recalibration? |
| 01:44PM  5 | A.   Okay.  So after the catheter was used and reprocessed, |
| 6 | it was in touch with the blood and also went through |
| 7 | excessive mechanical things.  And during the cleaning and the |
| 8 | sterilization, it is exposed to additional stress that it was |
| 9 | designed to from the beginning. |
| 01:45PM 10 | So this additional stress, heating stress and |
| 11 | mechanical stress, can cause some kind of movement or |
| 12 | deformation of the coils.  As I showed you the bar, you can |
| 13 | see that this wire is a 10-micron wire, the one that we wind |
| 14 | with. |
| 01:45PM 15 | And the size of the catheter is one millimeter.  So |
| 16 | even 10 micron, 10 micron is like a tenth of your hair.  If |
| 17 | you blow on it, it can break.  So even if the 10-micron |
| 18 | movement happened, it would not meet the one millimeter, one |
| 19 | degree. |
| 01:45PM 20 | So that's why for the reprocessed ones, because of |
| 21 | the reprocessing process and the mechanical stress that they |
| 22 | went through in the first use, we need to recalibrate. |
| 23 | Q.   Neither of us are good for hair examples, but ... |
| 24 | So what happens when the Sterilmed reprocessed |
| 01:46PM 25 | catheter is plugged into the CARTO? |

1    A.   So CARTO recognize that this is a reprocessed certified

2    catheter.  It checks that all the information is correct and

3    stamp another date of use.  This is also important because

4    this enables us to track the number of times that this

01:46PM   5    catheter was used and reprocessed.

6    Q.   So both dates continue to appear?

7    A.   Both dates, yes, the original date and the new stamp

8    date.

9    Q.   Okay.  Now, what happens if you plug a used reprocessed

01:46PM   10    catheter without the Biosense signature on it?

11    A.   It would not work.

12    Q.   If someone wanted to use this chip without using

13    Biosense's signature, what would they need to do?

14    A.   Can you repeat the question.  Sorry.

01:47PM   15    Q.   Sure.

16         If someone wanted to use this chip without using

17    Biosense's signature, what would they do?

18    A.   They cannot -- they cannot use it unless you erase the

19    timestamp.

01:47PM   20    Q.   And timestamp, you're talking about the first time it

21    was used?

22    A.   Yes, the first time it was used.

23    Q.   That would be erased?

24    A.   It would be erased.  Otherwise CARTO would not enable

01:47PM   25    you to work with this catheter.

1 Q. And if that happened, how would CARTO read the EEPROM?

2 A. It would read it as if it was the OEM.  The CARTO would

3 not know that this is a reprocessed catheter.

4 Q. Now, did there come a time when reprocessors figured out

01:48PM 5 a way to overcome any limitations of use based on the EEPROM?

6 A. Yes.  So every technology -- the answer is yes.  Every

7 technology can be broken, and sometimes they could do that.

8 Q. Okay.  Now, did Biosense do anything to try to address

9 that problem?

01:48PM 10 A. Yes.

11 Q. What was done?

12 A. We added -- instead of using a generic chip, a generic

13 EEPROM, we customized the chip and we added a unique ID

14 address to this chip that is being done in the FOB in the

01:49PM 15 manufacturing line.  And only Biosense would have access to

16 this ID.  So it's -- you can call it -- it's a Biosense brand

17 EEPROM.

18 Q. And what was this microchip or project known as?

19 A. The name is Falcon chip, as written on this slide.  It

01:49PM 20 was an internal name, but this was the name, Falcon chip.

21 Q. So can you explain to the jury how does Falcon work.

22 A. Yes.  Falcon is the unique ID serial number on it.  All

23 the other things that I explained before stayed the same,

24 meaning we write the catheter ID, the calibration data.  Once

01:49PM 25 you plug it to the CARTO, CARTO stamp the time and the day of

```
 1  use, and then this is the OEM catheter.
 2  Q.   And what happens when Sterilmed reprocesses a catheter
 3  with this technology?
 4  A.   Same thing.  They recalibrate the catheter, write the
 5  new calibration data, and sign it.  So once you introduce it
 6  again to CARTO, CARTO looks at the signature and they
 7  calibrate and take it and stamp it again.
 8  Q.   So are you aware of any steps that could be taken to
 9  allow someone to bypass this security of the Falcon chip?
10  A.   Yes.
11  Q.   What can be done?
12  A.   There are a few options.  I would mention two.  One, as
13  I said before, we can or someone can erase the timestamp, and
14  then it would look like the OEM without the timestamp.  Or
15  the other option is that someone would buy from a FOB the
16  same unique ID as Biosense has.
17  Q.   Now, if the information were erased, how would CARTO 3
18  read a chip reprocessed this way?
19  A.   So once the information is erased, still I assume that
20  the information is being written as cut and paste from the
21  original one without the timestamp.  So CARTO would see it as
22  an OEM, and again CARTO would not know that this is not an
23  OEM one.  But the calibration data here is the old one as it
24  was in the OEM before it was used, as I explained before.
25  Q.   What was the purpose of the Falcon chip?
```

01:50PM (line 5)
01:50PM (line 10)
01:50PM (line 15)
01:51PM (line 20)
01:51PM (line 25)

01:51PM

01:52PM

01:52PM

01:52PM

01:53PM

```
 1   A.   The purpose of the Falcon chip is -- I can mention three

 2   main goals.  One is to secure the integrity of quality and

 3   accuracy of our system.  As I said before, accuracy is the

 4   foundation of our brand.  It's everything.  It's the most

 5   important component that brings everything together.  It

 6   integrates everything together.

 7          So to keep the accuracy, the second thing is

 8   traceability, to know that this is our own device.  And the

 9   third one is to control the number of reprocessed cycle and

10   that it would be done by a certified reprocessor.

11   Q.   Now, when you were considering implementing the Falcon

12   chip, how did you anticipate this would affect third-party

13   reprocessors?

14   A.   Oh, we knew from the very beginning that it would stop a

15   non-authorized, non-certified reprocessor from reprocessing

16   our catheter.

17   Q.   Did you think that was appropriate?

18   A.   Yes.

19   Q.   Why?

20   A.   Because of everything I explained, that accuracy is the

21   most important thing to provide the best treatment to the

22   patient.

23   Q.   Notwithstanding your efforts with the Falcon chip, were

24   third-party reprocessors able to get around the Falcon chip?

25   A.   Now they can get around it.
```

Q.   Let me ask you if you would look in your binder to
Exhibit 3752.

A.   (Witness complies.)  Uh-huh.

          MR. CAVANAUGH:  Your Honor, we will only use this

01:53PM  as a demonstrative, consistent with our discussion before.

          THE COURT:  Very good.

BY MR. CAVANAUGH:

Q.   What is this document?

A.   This is an alignment e-mail with a few attachments that

01:53PM  we prepared before the global management board meeting.

Q.   Let me ask you to turn to page 3752.  This PowerPoint

that we're looking at, what -- what's the subject?

A.   This one, these are the purpose -- what you are

presenting now?

01:54PM  Q.   Go to the first page.

A.   Oh, the first page?

Q.   Go to the first page.

A.   Falcon creates secure EEPROM system for --

Q.   It's entitled Falcon strategy alignment, October 17,

01:54PM  2014.

          MR. BERHOLD:  Your Honor, I just want to make sure

we're using this only as a demonstrative and not creating an

impression it's anything more to the witness.

          THE COURT:  Ladies and gentlemen, when I receive a

01:54PM  document in evidence, you may consider that document as

```
 1   evidence for facts.  When an exhibit is used as a

 2   demonstrative, it's not evidence, but it's used to illustrate

 3   the witness's testimony.  These slides are demonstratives.

 4          MR. CAVANAUGH:  Thank you, Your Honor.  If we just

 5   go back to page 3752.

 6   BY MR. CAVANAUGH:

 7   Q.   What are the three points here?  What are these points?

 8   A.   That's exactly the purpose that I mentioned before why

 9   we introduced the Falcon chip, in order to keep the brand and

10   secure the quality of our accuracy, quality, traceability,

11   and know it's our catheter.

12          We license it to only licensed certified

13   reprocessors, and we can track the number of reprocessing

14   cycles that this catheter has done.

15   Q.   At the time of this presentation, what was Biosense

16   evaluating?

17   A.   We were evaluating how we are going to put Falcon in all

18   our catheter portfolio.

19   Q.   Now, did you ultimately put it on the LASSO NAV?

20   A.   No.  At the end we didn't put it on LASSO NAV.

21   Q.   Okay.  If we can turn to page 65.  Now, as part of this

22   project, did Biosense look at Stryker, analyze any Stryker

23   reprocessed LASSO navigation --

24   A.   Yes.

25   Q.   -- catheters?
```

01:55PM  5

01:55PM  10

01:55PM  15

01:56PM  20

01:56PM  25

1    A.    Yes.

2    Q.    And what -- what were the results?

3    A.    Okay.  So as you can see here, the R&D department

4    evaluated 30 off-the-shelf reprocessed, brand-new Stryker

01:56PM    5    LASSO NAV eco reprocessed catheters.  The bottom line is that

6    only 50 percent of these catheters were fully functional and

7    met the calibration check that I talked about before.

8    Q.    So is this consistent with your recollection of this

9    work that was done back in 2014?

01:57PM    10   A.    Yes.

11   Q.    Did you also look at Sterilmed reprocessed LASSO NAV

12   catheters?

13   A.    Yes, we did.  Once we were evaluating if to do it

14   internally, we did the same with the Sterilmed.  So we did a

01:57PM    15   full cycle of reprocessed LASSO NAV eco, and we sent it to

16   Haifa, Israel, to our engineers to test them.  And a hundred

17   percent of them passed.

18   Q.    If you can turn to 3236, Exhibit 3236.

19   A.    (Witness complies.)  Yes.

01:58PM    20        MR. CAVANAUGH:  This is already in evidence,

21   Your Honor.

22   BY MR. CAVANAUGH:

23   Q.    There's a video.  If we can go to the video.  It says:

24   Calibration.  If can you see it, you can trust it.  If we

01:58PM    25   just go to the video as part of this.  What is this showing?

01:59PM

          1    A.    So what you see here is the electromagnetic navigation

          2    catheter only that is being calculated and accuracy in the

          3    space by using the three transmitters that I talked before.

          4    This is the current base, only the electrodes that I showed

          5    before.  So it's inaccurate at this stage.

          6              But once you bring the electromagnetic navigation

          7    catheter and recalibrate the space and the coordinate system,

          8    you would see it in the right position.  That's exactly the

          9    hybrid technology that I explained before.

         10    Q.    Now, at the top it states:  If you can see it, you can

         11    trust it.  What is the it referring to?

         12    A.    It is the OEM catheters.

         13    Q.    The Biosense OEM catheters?

         14    A.    The Biosense OEM catheters.

         15    Q.    Now, if a Biosense catheter is not calibrated, can you

         16    trust the image on the screen?

         17    A.    No.  No.  It might be -- might be visualized on the

         18    system but not in the right -- but might not be in the right

         19    position or the right orientation.

         20    Q.    Does this slide have anything to do with reprocessed

         21    catheters?

         22    A.    No.  It's the OEM.

         23    Q.    And can CARTO tell you whether a sensor in a catheter is

         24    properly calibrated?

         25    A.    No.  CARTO takes it as given.

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | MR. CAVANAUGH:  Pass the witness.                      |
|       | 2  | THE COURT:  Mr. Berhold.                               |
|       | 3  | MR. BERHOLD:  Thank you, Your Honor.                   |
|       | 4  | **CROSS-EXAMINATION**                                  |
| 02:00PM | 5 | BY MR. BERHOLD:                                        |
|       | 6  | Q.   Good afternoon, Mr. Shalgi.                       |
|       | 7  | A.   Good afternoon.                                   |
|       | 8  | Q.   Let's talk about what you know and don't know.  You've |
|       | 9  | never been to Innovative Health; is that right?       |
| 02:00PM | 10 | A.   No.                                              |
|       | 11 | Q.   You've never seen their inspection process?      |
|       | 12 | A.   No.                                              |
|       | 13 | Q.   Never seen their cleaning process?               |
|       | 14 | A.   No.                                              |
| 02:01PM | 15 | Q.   Never seen their resterilization process?        |
|       | 16 | A.   No.                                              |
|       | 17 | Q.   Never seen their functional testing?             |
|       | 18 | A.   No.                                              |
|       | 19 | Q.   Never seen their safety testing?                 |
| 02:01PM | 20 | A.   No.                                              |
|       | 21 | Q.   Never seen their performance testing?            |
|       | 22 | A.   No.                                              |
|       | 23 | Q.   Never seen their calibration testing?            |
|       | 24 | A.   No.                                              |
| 02:01PM | 25 | MR. BERHOLD:  Your Honor, may I approach?             |

UNITED STATES DISTRICT COURT

```
 1                 THE COURT:  You may.
 2     BY MR. BERHOLD:
 3     Q.  Can you turn to JX3911?
 4     A.  3911?
 5                 MR. BERHOLD:  Your Honor, I just plan to use 3911
 6     as a demonstrative.
 7                 THE COURT:  Any objection, counsel?
 8                 MR. CAVANAUGH:  No objection.
 9                 THE COURT:  Proceed.
10                 MR. BERHOLD:  Thank you, Your Honor.
11                 Can we pull it up.
12     BY MR. BERHOLD:
13     Q.  While he's pulling up the exhibit, I just want to ask
14     you.  You went through some slides earlier with
15     Mr. Cavanaugh, and several of those slides had -- showed
16     calibration data on them; is that right?
17     A.  Yes.
18     Q.  Was that the actual calibration data as it appears on
19     the chip on the catheter?
20     A.  The field that contains the calibration, yes.
21     Q.  Was the timestamp -- does it appear on that slide
22     exactly as it appears on the catheter?
23     A.  Exactly as it appears?  No.
24     Q.  Okay.
25     A.  It's just an illustration for everybody here to
```