# EXHIBIT 12



# *Blessan Joseph Demonstratives*

**Innovative Health LLC v. Biosense Webster, Inc.**

Case No. 8:19-cv-1984 JVS (KESx)

May 8, 2025

1

# Five Phases of FDA Design Control



1. Planning
2. Feasibility
3. Qualification
4. Transfer
5. Post-Market Surveillance

**510(k) Submission & Clearance**

2

# Phase 3: Qualification





**Cleaning Tests**
- TOC
- Hemoglobin
- Protein

**Biology Tests**
- Biocompatibility
- Bioburden
- Endotoxin

**Sterility Tests**
- Comparative Resistance
- Sterility Assurance
- Ethylene Oxide Residuals

**Performance Tests**
- Mechanical
- Specialty
- Electrical

3

# High Potential ("Hi-Pot") Testing





4

