# EXHIBIT 13

Page 1

1          UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
2                 SOUTHERN DIVISION
3  _____
4  INNOVATIVE HEALTH LLC,
5       Plaintiff,                CASE NO.
6  vs.                            8:19-cv-01984-JVS-KES
7  BIOSENSE WEBSTER, INC.,
8       Defendant.
9  _____
10
11             VIDEOTAPE DEPOSITION OF
12                   AMY CORMIER
13              APPEARING REMOTE FROM
14                 ATLANTA, GEORGIA
15
16               SEPTEMBER 15, 2021
17                    9:34 A.M
18
19
20  Reported By:
21  Judith L. Leitz Moran
22  RPR, RSA, CCR-B-2312
23  APPEARING REMOTELY FROM ATLANTA, GEORGIA
24
25

Page 72

1  BY MR. CARVAJAL:
2      Q   Okay.  Just trying to get a bit -- a bit
3  more of an understanding of the donor hospital
4  situation.
5          Are some hospitals donors because they
6  just don't reprocess at all and they -- they buy
7  new each time?  Is that a subset of -- of what a
8  donor -- of the donor hospital?
9      A   I -- I don't know their reasoning behind
10 -- it's my understanding that they don't want to
11 reprocess, but I -- I don't know the full reason
12 behind it.
13     Q   Okay.
14     A   And I'm not going to be much help to you
15 on the donors.  I just am not that versed in the
16 donor accounts.
17     Q   Yeah, that's understood.  No worries.
18         Are you aware of any accounts that
19 reprocesses -- that reprocess catheters with
20 another reprocessor but send their used supply of
21 the relevant catheters to Inno- -- to Innovative?
22     A   Not that I know of, no.
23     Q   Okay.  Are you aware of any accounts that
24 reprocess with BWI, Biosense, or Sterilmed, but
25 send some or all of their supply of the relevant

Page 73

1  catheters to Innovative?
2       A    Not that I know of.  We would receive --
3  let's say we take over a -- our sales team lands an
4  account that did belong to another reprocessor, and
5  the switchover, we would then receive some
6  previously reprocessed catheters by another
7  reprocessor, but we are not able to reprocess
8  those.  Those are immediately rejected.
9       Q    Okay.  Okay.  The last set of questions
10 involving the -- the donors, I promise.
11           I've seen the word or the term "platinum
12 rebate."  Could you shed any light on -- on what
13 that is?
14      A    Yeah.  So there's platinum in the tips of
15 some devices and we send that to a platinum refiner
16 that then gives us a dollar value for those items.
17 And we then pay the hospital out for their platinum
18 for their devices.
19           So if, let's say, the item comes in, it's
20 rejected or it's already reached its max number of
21 turns, at that point the tip of the device would be
22 clipped for its platinum and then we would give
23 that dollar value to the hospital for their
24 platinum.
25      Q    Okay.  Does Innovative keep any of the

Page 74

1  value of the platinum or is it a hundred percent
2  passed through to the originator of -- of the
3  device?
4      A    I -- I don't know the answer to that.
5      Q    Okay.  The word "rebate" to me, just the
6  way it hits my ear, it sounds like a discount on
7  something, but you're saying it's not actually with
8  a discount or money off of anything, it's just sort
9  of like a lump sum of money equal to what the
10 platinum was that you got from the refiner that
11 goes to the -- the originator of the device; is
12 that right?
13     A    Yeah, that is my understanding, yes.
14     Q    Okay, gotcha.
15          And -- and so, also, just to clarify, the
16 donor accounts don't ever actually get their
17 platinum back, right?  It's a dollar amount for the
18 platinum?
19     A    I don't know.  The -- yeah, the hospitals
20 don't actually get their platinum back, they're --
21 but I don't know about the donor accounts.
22     Q    Okay.  And does Innovative offer this
23 platinum rebate both to hospitals with reprocessing
24 accounts or that purchased reprocessed catheters
25 from Innovative as well as donor hospitals?

Page 130

1           MR. BERHOLD:  Objection.
2      A    I wouldn't -- I wouldn't want high reject
3  rates.  That's not preferable.
4  BY MR. CARVAJAL:
5      Q    And why is that not preferable?
6      A    I would have to purchase more devices to
7  make up the difference between the rejection rate
8  and being able to fill customer orders.
9      Q    Uh-huh.
10          Could high rejection rates in general of
11  -- of the relevant catheters lead to problems
12  filling customer orders?
13     A    Yes, high rejection rates could lead to
14  not being able to fill a customer order.
15     Q    Okay.  In your position as supply chain
16  director, have you observed that, in fact, high
17  rejection rates have caused issues filling customer
18  orders?
19     A    Yes.
20          MR. BERHOLD:  Objection.
21     A    Not for the four ones we were talking
22  about earlier, from another OM supplier it has
23  been.
24  BY MR. CARVAJAL:
25     Q    Okay.  So it's your testimony that high

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Page 131

1  rejection rates have never caused or -- I don't
2  want to put words in your mouth -- infrequently
3  caused or never caused issues filling orders of the
4  four relevant catheters?
5      A    Okay, wait a minute.  Say that again.
6           MR. BERHOLD:  Objection.
7      A    Did you -- did you say -- say high reject
8  rates do not cause?  Oh.
9  BY MR. CARVAJAL:
10     Q    Yeah, I can -- I can rephrase that --
11     A    Okay.
12     Q    -- if it would be helpful.  So you
13 mentioned just now that -- or I guess I'll ask, did
14 you say just now that high rejection rates have not
15 caused issues filling orders for the four relevant
16 catheters?
17     A    Oh, for the four relevant catheters?  I
18 can't really say on SOUNDSTAR eco and Pentaray
19 because I have so many of them.  And the reject
20 rate is not an issue for me right now because I
21 just -- I could fill any order.
22          AcuNav, sure, I'd like to -- I would like
23 to have a lower reject rate because then, yes, I
24 would be able to fill more orders.
25     Q    And have you consistently throughout your

Page 132

1  time working on supply chain at Innovative had high
2  sort of supplies of SOUNDSTAR and Pentaray?
3      A    With the exception of when we first
4  rolled out SOUNDSTAR eco, we were -- we thought it
5  was just going to be fantastic, so we were building
6  up the inventory at that point.
7           And so initially out of the gate, I'd say
8  there was a build up of.  And then, yes, I just
9  ended -- it just didn't sell like we thought it was
10 going to.  And then we had an excessive amount of
11 inventory.
12          And Pentaray, we've -- I mean, it just
13 comes in the back door.  We've always had -- it's
14 always been there.  But we've always had that level
15 of inventory.
16     Q    Okay.  And what about Lasso?
17     A    You know, I don't know that off the top
18 of my head.  I just don't think of Lasso as the --
19 it's not as prevalent to me as SOUNDSTAR eco and
20 Pentaray.
21     Q    Okay.  Is there a point at which you --
22 actually, strike that.
23          I'll get to that in a little bit.  I'm
24 going to continue going through this document.
25          Okay.  If you could turn to the page