# EXHIBIT 14

Page 1

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

3

    INNOVATIVE HEALTH, LLC,          ) Case No.
4                                    ) 8:19-cv-1984 JVS
              Plaintiff,             ) (KESx)
5                                    )
         vs.                         )
6                                    )
    BIOSENSE WEBSTER, INC.,          )
7                                    )
              Defendant.             )
8    _____)

9

10

11

12          VIDEO-RECORDED VIRTUAL REMOTE

            DEPOSITION OF RAFAL CHUDZIK
13

14

15               Atlanta, Georgia
                 July 15, 2021
16               8:59 a.m. EST

17

18

19

20

21

22

23

    REPORTED BY:
24  Janice Gonzales, RPR, CRR
    AZ Certified Court
25  Reporter No. 50844

Page 274

1    number of the various PentaRay part numbers and the

2    -- you know, some of the quantity on hand.  So how

3    many of them we have at the facility.

4         Q.   So as of November 10, 2020, Innovative

5    had 11,332 PentaRay catheters on hand; is that

6    correct?

7         A.   Correct.

8         Q.   Does this represent reprocessed catheters

9    that were ready for sale?

10         A.   No.

11         Q.   What does it represent?

12         A.   Well, this represents a for work order.

13    That would mean they're collected and they're ready

14    to be put on work order into the production facility,

15    but they're not -- they're not processed yet.

16         Q.   And how many PentaRay catheters does

17    Innovative sell on average each month?

18              MR. BERHOLD:  Objection.

19              THE WITNESS:  I don't know.  I don't

20    know.

21    BY MS. GROSSBARD:

22         Q.   Do you have any estimate?

23         A.   I mean, it's pretty blocked in the field

24    so it's -- it's a challenge.  I don't have an

25    estimate of how many are actually going out to

Page 275

1    customers.  It's, you know, like I said, not -- not a

2    lot.

3            Q.    Less than 1,000 a month?

4            A.    Easily, yes.

5            Q.    Less than 100 a month?

6            A.    To customers, possibly.  Good -- you

7    know, good guess I think at this point from my chair.

8            Q.    Why does Innovative collect and maintain

9    such a large number of PentaRay catheters if it only

10   sells what you would describe as a small number per

11   month?

12           A.    Yeah, I mean, part of the programing with

13   customers is that we collect their devices.  So

14   there's a couple things.  We collect them because the

15   customers are willing to send them to us.  They want

16   to partner on this program with us.  So, you know,

17   the hope is that eventually they're able to

18   participate in the savings.  So they are sending them

19   to us.  We also provide, you know, small value

20   platinum recovery on the products that they send in.

21   So they are actively, you know, participating in the

22   program through as little -- you know, or as much as

23   they can because of the restrictions that they're

24   under.  So they're going to send them in to us for

25   those reasons.

1           Q.    What are the restrictions that they're

2      under that you're referring to?

3           A.    You know, it's the -- the policy around

4      the mappers and the case coverage.

5           Q.    How does -- what does that have to do

6      with your collections?

7           A.    Well, it's -- it doesn't.  I mean, I

8      mentioned that they're collecting them for us

9      because, again, they want to participate but they

10     aren't able to due to their restrictions, but they

11     also get the platinum.  So customers have a small

12     incentive there that if they do collect and send them

13     in with their normal collections, we would credit a

14     small, you know, face-value platinum for the

15     electrodes that -- that are on that device.

16          Q.    How much does Innovative pay its

17     customers to return PentaRay catheters?

18          A.    It's -- it's different for every

19     customer.  It depends on product mix.  So every

20     catheter will have different numbers of electrodes.

21     Could be 4, could be 20.  Their collection rates are

22     different.  Their volumes are different.  So it's --

23     it's a number that's -- you know, that's a big spread

24     across many customers depending on their case volumes

25     and size and things like that.

1          Q.   Do you have any sense of the range of

2     amount that Innovative is paying its customers to

3     return sensor-enabled catheters to it?

4          A.   I don't.  That is -- that is very far

5     outside of the areas that I -- that I focus on.

6          Q.   And who would know the answer to that

7     question?

8          A.   That would probably fall under our

9     customer service group that would manage that data

10    and they manage the -- you know, the rebate program.

11    I think Dave -- Dave would know for his customers.

12    I'm not sure if he would know for everybody, but

13    that's close to customer service.

14         Q.   And does Innovative also collect

15    catheters from customers with whom it doesn't

16    reprocess?

17         A.   Yes.

18         Q.   Does it collect catheters -- are those

19    customers from whom Innovative is collecting

20    catheters with whom Innovative doesn't reprocess?

21    Are those customers who only purchase OEM products?

22         A.   I can't say what they're purchasing.  I'm

23    not -- I'm not sure exactly, you know, what devices

24    they're buying, but we -- we call those accounts in

25    certain situations donor accounts where, for example,

1    they are reprocessing certain devices but not all of

2    them and so, you know, they'll still send in the ones

3    that they're not.  That's kind of -- you know, the

4    message there is send it all in and then you'll get a

5    platinum rebate to at least generate some savings for

6    your lab.

7            Q.   And does Innovative pay any hospitals to

8    collect and send in used Biosense sensor-enabled

9    catheters?

10           A.   I don't know all the details on what

11   every customer has.  There are different, you know,

12   agreements.  To my knowledge, no.  It is a -- you

13   know, collections and we would pay on the platinum,

14   like I mentioned, but they -- you know, they're

15   sending them in as part of their -- their program.

16           Q.   So if there's a hospital that just

17   doesn't reprocess, it doesn't want to reprocess --

18           A.   Correct.

19           Q.   -- and it -- and it has a Carto 3 and it

20   uses sensor-enabled catheters, so it's got a bunch of

21   used Biosense sensor-enabled catheters that could in

22   theory be input for Innovative reprocessed catheters.

23   Does Innovative try to collect those catheters in any

24   way?

25           A.   Yes, we do have accounts that do that.

Page 279

1          Q.   And why are they returning the catheters
2    to you?  Why are they giving them to -- to
3    Innovative?  What are you giving them?
4          A.   Well, it would be the point of recovery.
5    So we credit their account with donor accounts.  If
6    they send in, you know, for example, 100 PentaRays
7    that they are not going to buy back because they're
8    not reprocessing, aren't able to reprocess, you know,
9    purchase reprocessed PentaRay, we would -- we would
10   give them a platinum rebate.  Now, again, that could
11   change from customer to customer.  That's outside of
12   my scope, but we do have donor accounts that send
13   product in.
14         Q.   Okay.  And I think maybe I'm
15   misunderstanding, but what are you giving them a
16   rebate against if they don't buy reprocessed
17   catheters?
18         A.   It's a rebate in terms of the platinum
19   value.  So the value of the platinum on that device,
20   it has a certain dollar value and so when you log in
21   how many devices they sent in, we're going to rebate
22   them back for that platinum.
23         Q.   So basically you're paying them for the
24   platinum; is that correct?
25         A.   We're -- we're doing a service for them.

Page 280

1    I mean, it's their -- it's their raw materials and we

2    are providing them a rebate back on -- on the

3    platinum that they sent us.  And we go through the

4    process of getting it, you know, refined and all that

5    and then we pay them the rebate.

6         Q.   Okay.  And I'm not -- I'm just trying to

7    understand if the rebate is just a straight money

8    payment or whether it's a rebate like a discount off

9    of product that they're purchasing.  And it sounds

10   like if they don't reprocess, it's just a straight

11   money rebate you're sending to them; is that right?

12        A.   Yeah, I mean, to my limited knowledge, I

13   mean, if they're not reprocessing, then it's a --

14   again, it's a -- it's a rebate.  It's a service that

15   we have on their platinum.  It's been a part of the

16   program and customers can be like that.

17        Q.   Okay.  And if you look at the top e-mail,

18   your response to Mr. Lomas, can you read that

19   response into the record.

20        A.   Yeah.  "$12 million in blocked Biosense

21   Webster sales."

22        Q.   Okay.  So it actually says "BSW" in the

23   -- in the e-mail itself, but that refers to Biosense

24   Webster; is that correct?

25        A.   Correct.