# EXHIBIT 15

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                   SOUTHERN DIVISION
 4   _____
 5   INNOVATIVE HEALTH, LLC,      |
                                  |
 6              Plaintiff,        |
                                  |
 7   vs.                          |      Case No.
                                  |  8:19-cv-1984 JVS-KES
 8   BIOSENSE WEBSTER, INC.,      |
                                  |
 9              Defendant.        |
                                  |
10   _____
11        REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
                    INNOVATIVE HEALTH, LLC
12
          by and through their corporate representative
13                       DAVID DISTEL
14       both in his personal and corporate capacity
15
16   DATE:         July 29, 2021
17   TIME:         8:28 a.m. (Central)
18   PLACE:        Veritext Virtual Videoconference
19
20
21
22
23
24   JOB NO.:      NY 4693878
     PAGES:        1 to 269
25   REPORTED BY:  Merilee Johnson, RDR, CRR, CRC, RSA
```

Page 215

1      A.   I do recall the meeting.
2      Q.   Okay.  And do you recall -- well, before we
3  get there . . .
4           In item number 3 on this first page, it
5  says, "Lars, Mike, Peter, Tim, Rick:  Schedule a
6  meeting with each other and Torrance, DJ, Natalie
7  to look into a match program to train per diem
8  staff to use in an Uber as-needed way.  Academy
9  concept."
10          Do you see that?
11     A.   Yeah, I can't speak to what that refers to.
12     Q.   Okay.  You don't recall a discussion that
13  related to an Uber as-needed academy concept?
14     A.   I'm not sure where I would go with that.
15  No.
16     Q.   Okay.  Let's put that aside.
17          All right.  We're going to turn, if we
18  could, to the 30(b)(6) topics now.  It's -- on my
19  clock, it's 3:19.
20          And what I'd like to do is, first -- we
21  talked about the catheter collection issue.  In
22  Topic 5b, you've been designated as the corporate
23  rep for Innovative's supply chain for its
24  reprocessed LASSO, PentaRay, SoundStar, and AcuNav
25  catheters, including catheters from healthcare

Page 216

1      entities.
2              What is the supply chain that Innovative
3      has for its reprocessed LASSO, PentaRay, SoundStar,
4      and AcuNav catheters?
5         A.   So our primary source of catheters is from
6      our client hospitals.  Which is why we start out,
7      when we onboard a hospital, with getting their
8      usage data, so that we can query that usage data
9      against collections to ensure that we're, you know,
10     achieving target collections.
11             We also have some hospitals who may not
12     choose to reprocess, who want to, for environmental
13     or green reasons, collect.  Such as Allina Health,
14     Abbott Northwestern in Minneapolis that we obtain
15     catheters for.
16             And then we also have the ability to
17     purchase catheters from intermediaries who collect
18     these catheters from hospitals in exchange for
19     platinum value or buy-in.  And then we buy them
20     from the third parties based on our need of these
21     products.
22        Q.   All right.  And let's just talk about the
23     platinum catheters for a moment, where there's --
24     and the platinum --
25                  MR. BERHOLD:  Ms. Forrest, can I ask

Page 217

1  you a question?  Do you read from topic 5a or 5b at
2  the start of --
3            MS. FORREST:  5b.
4            MR. BERHOLD:  -- this line of
5  questioning?
6            MS. FORREST:  5b.
7            MR. BERHOLD:  Okay.
8            MS. FORREST:  Okay.  Did I get it
9  wrong, Mr. Berhold?
10            MR. BERHOLD:  I thought I heard the
11  words for 5a, even though I understood that you
12  were intending to cover 5b.
13            MS. FORREST:  Well --
14            MR. BERHOLD:  I heard "sources of
15  supply" and also, at the end, "including healthcare
16  entities."
17            MS. FORREST:  What I've got is,
18  "Innovative's supply chain for its reprocessed
19  LASSO, PentaRay, SoundStar, and AcuNav catheters,
20  including Innovative's programs and processes for
21  collecting used LASSO, PentaRay, SoundStar, and
22  AcuNav catheters from healthcare entities."
23         Is that not 5b?
24            MR. BERHOLD:  No, that's correct then.
25  We're on the same page and paragraph and

```
                                                  Page 218
 1    subparagraph.
 2              MS. FORREST:  Okay.
 3              MR. BERHOLD:  Thank you.  Sorry.
 4              MS. FORREST:  That's all right.
 5    BY MS. FORREST:
 6        Q.   And so I was going to speak with you,
 7    Mr. Distel, about the platinum program.
 8              I'm correct -- aren't I? -- that Innovative
 9    has a program where it will pay entities that want
10    to essentially sell used catheters to Innovative
11    for the value, the market value, of the amount of
12    platinum that is contained in those catheters?
13        A.   Right.  We return platinum to facilities.
14    So a client hospital, when their catheters are
15    collected, their catheters are logged in.  If a
16    catheter is, number one, a nonreprocessable
17    catheter, such as an ablation catheter, the tip on
18    that catheter is clipped, and that goes to a
19    platinum refiner.
20              If a catheter -- and you recovered -- you
21    covered earlier the reasons that a catheter would
22    be rejected.  So if a catheter is at end of life
23    because it's received max cycles, if it's from
24    another reprocessor and I can't do the catheter or
25    if the tip is damaged in some way, kinked,
```

Page 219

1  scratched, or whatever, that tip is clipped off.
2          That goes to a platinum refiner, EPrewards.
3  And then when we get that platinum back for that
4  customer, that's returned back to the customer.
5      Q.   Okay.  And I take it it's returned back to
6  the customer, but does Innovative maintain a piece
7  of the platinum value?
8      A.   No.  It's 100 percent pass-through.
9      Q.   All right.  So what does Innovative get for
10  that particular transaction?
11      A.   I don't make anything on the transaction.
12  The reason that we provide the service is many
13  hospitals will go direct with a platinum refiner
14  and clip tips and send them in themselves.  And the
15  problem with that is that I'm not getting those
16  catheters to reprocess.
17          So by having a customer where I offer the
18  platinum program where a catheter's at end of life,
19  they're still making money off their platinum but
20  you don't have catheters that have useful life
21  being sacrificed by somebody for the platinum.
22      Q.   I see.  I see.  Now, are you --
23              MS. FORREST:  Let's actually mark -- or
24  what's previously -- or put up, if you could,
25  Rachel, what's been previously marked as

Page 220

1    Exhibit 65.
2            (Previously marked Exhibit No. 65
3            was published.)
4    BY MS. FORREST:
5       Q.   And we'll just see whether or not you've
6    got familiarity with this type of arrangement that
7    is contained in Exhibit 65.
8            Exhibit 65 has been previously marked, but
9    there's a provision in paragraph 11, or section 11,
10   for the Hackensack facility that sets forth some
11   terms for collections.  And what I'd like to
12   understand is if these are general sorts of terms
13   that Innovative enters into.
14      A.   Refreshing.  And Exhibit 146?
15      Q.   Actually, Exhibit 65.  It ought to be at
16   the end.  I don't know how it populates on your
17   machine.  But it's actually marked several
18   depositions ago, so it's got an earlier number.
19           MR. BERHOLD:  Exhibit 64?
20           MS. FORREST:  65, it should be.
21           MS. PELTZER:  Apologies.  I put the
22   wrong one up.
23           MS. FORREST:  Okay.
24   BY MS. FORREST:
25      Q.   Let me ask you a question while we're