# EXHIBIT 16

## Message

| | |
|---|---|
| **From**: | Dave Distel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BAF8A914E9FD46DBA546C328F4B357CD-DDISTEL] |
| **Sent**: | 7/8/2018 4:46:05 PM |
| **To**: | Liz Stoneman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f29f136dce124b87ac80666418744bd9-lstoneman37] |
| **Subject**: | FW: Biosense Webster / Trinity meeting. |
| **Attachments**: | Biosense Webster Territory Manager-JobDescription.docx; BSW-Clinical Account Specialist-JobDescription.docx; SoundChoiceCertified Performance Brochure (002).pdf |

Liz,

Read through the job descriptions then we can discuss.  The "POD" support structure is interesting in the Territory Manager description.

Dave

---

**From:** Dave Distel
**Sent:** Sunday, July 8, 2018 5:37 PM
**To:** Rick Ferreira <rferreira@innovative-health.com>; Rafal Chudzik <rchudzik@innovative-health.com>; Liz Stoneman <lstoneman@innovative-health.com>; Lars Thording <lthording@innovative-health.com>
**Cc:** Dave Distel <ddistel@innovative-health.com>
**Subject:** Biosense Webster / Trinity meeting.

<span style="color:red">My goal is to take what was learned at this meeting with BSW and further refine our BSW talking points.</span>

The following are notes from the June 27<sup>th</sup> meeting with Trinity Supply Chain and Biosense Webster:

**Present from BSW was:**
- **Noah Martin**, Biosense Webster, Corporate Account Manager: https://www.linkedin.com/in/noah-martin-32b7a04/
- **David Hummel**, VP Sales & Marketing, Sterilmed: https://www.linkedin.com/in/david-hummell-5022b135/
  - Of note David Hummel was previously a Regional Sales Director for BSW in Florida.  Prior to BSW he had a long run with Ethicon in several positions including "Manager Sales Planning and Operations / Sales Force effectiveness". (I have a friend in this group.  These are their best educated and strategic thinkers.  This group is well honed in driving revenue and beating up the customer with compliance requirements".
- BSW defined there were two levels of frontline support provided to an EP lab:
  - **Clinical Account Specialist:** Provides case coverage and runs Carto 3 software (job description attached)
    - They will cover cases with reprocessed products but **NO SENSOR ENABLED CATHETERS** unless they are from Sterilmed.
    - The only sensor enabled catheters being offered by Sterilmed are the Nav Lasso and SoundStar eco.
  - **Territory Manager**: Calls on accounts within their geographic region selling capital, software and disposables. (job description attached)
    - They will still answer technical questions if reprocessed sensor enabled catheters are used but **WILL NOT** run the Carto 3 software.

**Sensor Enabled Catheters:**
- BSW will not provide case coverage if sensor enabled reprocessed catheters are used other than from Sterilmed.
- They claim this is just 9% of the part numbers they sell.  It however makes up the majority of the potential savings from reprocessed catheters.

Innovative v. Biosense
No. 8:19-cv-01984-JVS
JX-3858

CONFIDENTIAL        JX-3858, Page 1 of 11        IH00108686

- Sensor Enabled Catheters:
    - Pentaray                          4 codes
    - Nav Lasso                         7 codes
    - Nav Lasso eco Variable   2 codes
    - Decanav                           2 codes
    - Soundstar eco                  4 codes
    - Acunav                             4 codes  (Note*** Acunav is a 2D mapping catheter and not sensor enabled but protected in most instances)

**Sensor Enabled Catheter Calibration:**
- BSW claims correctly they are the only ones that can "Calibrate" their catheters and there are only three machines in the world that can perform this function and they own all three.
- **RAFAL, PLEASE REVIEW WITH YOUR TEAM AND EDIT AND ADD AS NEEDED.** Fact: When a Sensor enabled catheter is manufactured it is calibrated and the calibration information unique to that chip is written to the catheters chip.
- When a sensor enabled catheter is reprocessed the chip calibration information for each catheter is not altered. **(Explain how you transfer the code if a chip is being replaced).** Instead, the catheter is tested in a magnetic field to verify the actual accuracy vs the calibration data? BSW kept citing 1mm accuracy standards. The BSW Reprocessed Soundstar eco marketing piece is attached. We must in my option be able to replicate the claims made on page 4.
- When challenged on adverse outcomes reported in other reprocessor's sensor enabled catheters they could not cite any data. They just kept coming back to they were the only ones that could "calibrate" the catheters.
    - Would be useful to know if Sterilmed calibrates or verifies each catheter and insert talking points as to why the FDA was satisfied with the safety and accuracy of "verification".

**Acunav case coverage:**
- BSW first position is it will not cover cases with reprocessed Acunav's other than from Sterilmed. Despite it being a 2D non-integrated catheter. They do however acknowledge that the hospital can use a 3rd party reprocessed Acunav if the electrophysiologist does not ask the BSW Clinical Account Specialist to interpret the ultrasound image. This is a tremendously grey statement as clinically integrating what you are seeing on the ultrasound and your mapping workflow overlap. But it sounded if the electrophysiologist pushed back they would back down.
    - **Point to Ponder:** BSW Clinical Account Specialists cover Carto 3 cases where the client is using the Viewflex with no pushback. I have not seen any data from SJM declaring the technical attributes vs the Acunav where by BSW could claim it is at least equivalent therefore there Clinical Account Specialists can interpret  images proving input to the electrophysiologist. So devoid of this, BSW must simply acknowledge the validity od SJM's Viewflex 510K?
    - But now they have a real problem with the Innovative Health reprocessed Viewflex in the market. They are covering cases at our clients on Carto cases. But if they can't cover cases with our reprocessed Acunav's because they can't validate the quality, how do they cover reprocessed Viewflex cases where they can't validate the quality either? But there is NO WAY they will ever push back on a reprocessed Viewflex.



Dave Distel
**VP, Business Development**
480.525.5970 (Office)
507.358.5289 (Mobile)
www.innovative-health.com

  

### Biosense Webster Territory Manager

Biosense Webster, Inc., a member of Johnson & Johnson's Family of Companies, is recruiting for a Territory Manager to support the Jacksonville, FL territory.

Atrial fibrillation (AFIB) is a quivering or irregular heartbeat (arrhythmia) that can lead to blood clots, stroke, heart failure and other heart-related complications. 20 million people around the world suffer from AFIB each year. Biosense Webster, Inc. is the global leader in the science of diagnosing and treating heart rhythm disorders. The company established its leadership in electrophysiology with the development of the first real-time, 3D cardiac mapping and navigation technology, as well as the first electrophysiology catheter. The introduction of the company's CARTO® 3 System in 2009 revolutionized 3D mapping technology by increasing the accuracy, speed, and efficiency of the cardiac ablation procedure.

As the Territory Manager, you will:

- Achieve sales goals and key business metrics in the assigned territory by flawlessly executing the company's strategies and tactics.
- Utilize the company's programs in order to drive market share gains.
- Build and maintain mutually beneficial relationships with physicians, EP laboratory staff, key administration and purchasing personnel, and relevant C-Suite hospital executives, in order to grow and develop business.
- Coordinate the business priorities and activities of a team (pod) that includes Clinical Account Specialists (CAS) and partners with Field Service Engineers (FSE), Ultrasound CAS (UCAS) and others to deliver superior customer service and alignment that are critical to meet business objectives.
- Drive the territory business plan, in line with company objectives, through regular communications to the pod, providing assessments of current business state, opportunities for growth and the action plan to achieve the business plan.
- Have other key responsibilities including new product introductions, communicating pricing in line with company policies, making budgetary proposals and following up on contracts.
- Manage all aspects of the customer groups, which may include members of large hospital systems/IDNs/GPOs, teaching, city and community hospitals.

**Qualifications**
Required Qualifications:

- Bachelor's degree and/or equivalent work experience
- Three years of healthcare and/or business-to-business sales experience or equivalent level experience in a cardio/cardiovascular environment
- Ability to travel up to 40%.
- A valid driver's license issued in one (1) of the fifty (50) United States
- Ability to lift 60 lbs, and to wear heavy lead protective aprons and other safety equipment in lab environment

Preferred Qualifications:

- Advanced degree
- Previous medical device sales experience.
- Cardiology/cardiovascular or medical device industry, with EP experience
- Excellent written and oral communication skills.
- Documented sales awards and achievements.

- Prior management experience


Johnson & Johnson Family of Companies are equal opportunity employers, and all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, genetic information, national origin, protected veteran status, disability status, or any other characteristic protected by law.

**Primary Location**
United States-Florida-Jacksonville
**Organization**
Biosense Webster Inc. (6010)
**Job Function**
Selling MD&D
**Requisition ID**
5851180703

# Clinical Account Specialist - Corpus Christi, TX - Biosense Webster (BWI)

Locations: Corpus Christi, Texas
Functions: Selling MD&D
Start a new job search

Apply Get Referred

## Job Description

**Requisition ID:** 8398180104

Johnson & Johnson's Cardiovascular & Specialty Solutions (CSS) Group within Medical Devices is recruiting for a Clinical Account Specialist, for Biosense Webster located in the Corpus Cristi, Texas area which extends to The Valley.

The CSS Group consists of six diverse businesses including Acclarent, Advanced Sterilization Products (ASP), Biosense Webster (BWI), Codman Neuro, Mentor, and Sterilmed. The CSS Group serves a diverse base of customers in Ear, Nose and Throat (ENT), Infection Prevention, Cardiovascular and Electrophysiology (EP), Neurovascular and Neurosurgery, Surgical and Non-Surgical Aesthetics, and Reprocessing.

Biosense Webster is the global leader in the science of diagnosing and treating heart rhythm disorders and one of the fastest-growing businesses within Johnson & Johnson. Learn more at Biosense Webster at <a href="www.biosensewebster.com">www.biosensewebster.com</a>

· The Clinical Account Specialist (CAS) will provide expert clinical product and technical assistance and training to physicians and EP Lab Staff on the effective use of BWI's systems and catheter equipment (e.g., The CARTO® System and associated software modules and RF generator) during case procedures within an assigned geography, and in a manner that leads to meeting and exceeding business goals.

· Educate customers on all BWI products to optimize effective usage by providing technical and clinical information and in-service trainings.

· Collaborates with peers to share best practices to increase value for customers.

· Use consultative selling techniques to identify potential sales opportunities within the account.

· Creates awareness of BWI solutions and facilitates Territory Sales Manager (TM) contact with the key decision makers to drive incremental business.

· Maximize customer case support capability through proper planning and scheduling techniques.

· Drive collaboration and maintain consistent, open lines of communication across the assigned responsibilities with the local team/Pod (i.e. TM and other CAS), as well as the support team (i.e. Ultrasound CAS, FSE, RBD) and other internal and external partners.

· Develop and share best practices with US Field Sales and Service colleagues and internal partners.

· Develop and grow mutually beneficial customer relationships within and beyond the EP lab, including, but not limited to physicians, nurses and technicians, clinical and hospital administrators and staff.

· Stay current on company products instructions for use (IFU), best practices and technical troubleshooting, as well as relevant scientific clinical literature and new product information.

· Prioritize and appropriately respond to requests in a high-stress environment.

· Maintain composure and problem solving focus during stressful interactions.

· Engage in diagnostic dialogue with multiple internal and external business partners and stakeholders, and formulate solutions based on dialogue and input gained during session.

· Provide mentoring for new BWI commercial team members as requested.

· Respond daily to requests by email and voicemail from customers, practitioners and partners.

· Additional duties include performing administrative work, including managing account documentation, compliance training requirements, expense reporting, and Company system input.

· Maintaining Safe Fleet standards according to Company guidelines.

· Responsible for communicating business related issues or opportunities to next management level.

· Responsible for ensuring subordinates follow all Company guidelines related to Health, Safety and Environmental practices and that all resources needed to do so are available and in good condition.

· Responsible for ensuring personal and Company compliance with all Federal, State, local and Company regulations, policies, and procedures.

· Performs other duties assigned as needed.

**Qualifications**
Required:

· A minimum of a Bachelor's degree, or 4 years of relevant professional work/military experience

· A minimum of 2 years of clinical or technical work experience in a patient care or hospital environment, or completion of the Company's ACAS program

· A valid Driver's License

· Will be required to maintain advanced clinical knowledge of cardiac ablation and cardio imaging, technical knowledge of EP technology, advancements, and the business landscape.

· Maintain clinical knowledge of healthcare industry, disease states, and therapeutic and institutional trends.

· The ability to travel related to this role is required. Must be willing and able to travel up to 40% overnight locally, regionally, and nationally, sometimes on short notice.

· Position requires sitting for extended periods of time, working in a hospital laboratory setting, attending live patient cases, and wearing protective gear (i.e. lead aprons), and willing to work variable hours to meet patient needs

· May be required to lift up to 60 lbs.

Strongly Preferred:

· Electrophysiology/Cath Lab or EP/Cardiovascular Device Industry experience.

· Maintaining at least one of the following industry certifications – CEPS (IBHRE), RCES/RCIS

· Experience working with highly complex technical systems and/or working in a critical patient care setting.

· Effective and timely communicator with co-workers and all levels of patient care team.

· Self-starter who performs well with autonomy and can be flexible in a dynamic work environment.

· Problem solver who can think critically in high pressure environments.

· Receptive to constructive feedback and collaborates and works well in team environment.

· Able to take large amounts of data and translate information into actionable insights

· Hunger for learning and building new skills

Be VITAL in your career. Be seen for the TALENT you bring to your work. Explore opportunities within the Johnson & Johnson Family of Companies.

Johnson & Johnson Companies are equal opportunity employers.

**Primary Location**
United States-Texas-Corpus Christi
**Organization**
Biosense Webster Inc. (6010)
**Job Function**
Selling MD&D
**Requisition ID**
8398180104

# Certified Performance.



Biosense Webster offers a warranty
on every ultrasound catheter.[1]



**THE SOUND CHOICE.**

# A new industry standard for ultrasound catheter reprocessing.

Biosense Webster, Inc., the leader in ultrasound catheters, and Sterilmed, Inc., the leader in reprocessing, have joined forces. Together we are committed to delivering the highest standard of image quality and navigational accuracy for reprocessed ultrasound catheters. We certify the performance of our reprocessed ultrasound catheters by offering an exclusive performance warranty[1] that assures the image quality is greater than 94% original fidelity and location accuracy is less than 1.5 mm.[2]

| Parameter | Biosense Webster, Inc. New Ultrasound Catheter | Biosense Webster, Inc. Certified Reprocessed Ultrasound Catheter[3] | Other Reprocessed Ultrasound Catheter |
|---|---|---|---|
| Navigational Accuracy | <1 mm | <1.5 mm | Unknown |
| Image Quality | Original fidelity | >94% fidelity | Unknown |

# Industry-leading support for every Biosense Webster catheter.

In addition to proven image quality, we offer the same outstanding customer support for certified reprocessed ultrasound catheters that we offer for new ultrasound catheters. So you can be assured of optimal performance with every ultrasound catheter in your inventory.

**1** Technical support    **2** Clinical support    **3** Educational support

# Cost-saving options to help meet institutional goals.

We'll work with you to tailor an ultrasound catheter supply agreement that addresses your economic as well as product quality requirements. The right mix of new and certified reprocessed ultrasound catheters can help ensure a continuous supply, while helping to achieve economic and sustainability goals.

# Biosense Webster: The sound choice for all your ultrasound needs.

Each time you choose an ultrasound catheter from Biosense Webster, you are assured of product quality, unmatched service, and an economical solution designed to meet the specific needs of your institution.

**New** ultrasound catheters

**Certified reprocessed** ultrasound catheters





# Reduced environmental impact for a more sustainable future.

With certified reprocessed ultrasound catheters from Biosense Webster, Inc., we help your institution create a hospital environment with less waste and a smaller environmental footprint. Your institution can help reduce medical waste by setting aside old catheters and returning them to Sterilmed, Inc.

# Quality imaging.
# Certified performance.

At Biosense Webster, we stand behind our products with a performance warranty on all new and reprocessed ultrasound catheters[2] So you can count on uncompromised quality and performance with every procedure.

**SoundStar® eco Catheter**
Integrated performance, reduced waste.

**SoundStar® Catheter**
Advanced real-time navigation with excellent image quality.

**AcuNav™ Ultrasound Catheter**
Real-time visualization. For real-world safety.

---

1. Subject to the Reprocessed SoundStar® Catheter's and the Certified Reprocessed SoundStar® eco Catheter's Instructions for Use.
2. Certified Reprocessed SoundStar® Catheter and Certified Reprocessed SoundStar® eco Catheter.

 This brochure is printed on FSC-certified paper with a minimum of 30% recycled content. As part of our ongoing commitment to the environment, we have also replaced many of our product Instructions for Use with electronic versions to significantly reduce paper waste.

**Biosense Webster, Inc.**
3333 Diamond Canyon Road | Diamond Bar, CA 91765, USA
Tel: 909-839-8500 | Tel: 800-729-9010 | Fax: 909-468-2905 | www.biosensewebster.com

**EU Representative**
**Biosense Webster**
A Division of Johnson & Johnson Medical NV/SA
Leonardo da Vincilaan 15 | 1831 Diegem, Belgium
Tel: +32-2-7463-401 | Fax: +32-2-7463-403

Caution: Federal law restricts these devices to sale by or on the order of a physician. Prior to use, please refer to the Instructions for Use accompanying each device. For healthcare professionals only. As part of Biosense Webster policy of continuous development, we reserve the right to change product specifications without prior notification.
AcuNav Ultrasound Catheter is a trademark of Siemens Medical Solutions USA, Inc.
© Biosense Webster, Inc. 2013. All rights reserved. 5714-201305USINTEXT

