KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB
AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

MUHAMMAD U. FARIDI
(*admitted pro hac vice*)
muhammad.faridi@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

INNOVATIVE HEALTH LLC,

    *Plaintiff,*

vs.

BIOSENSE WEBSTER, INC.,

    *Defendant.*

Case No.: 8:19-cv-1984-JVS (KES)

**DECLARATION OF AVI SHALGI IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION**

- 1 -

15820921v.6

I, Avi Shalgi, declare as follows:

1.    I am the General Manager of Biosense Webster, Ltd.'s (Biosense) Haifa Technology Center ("HTC") in Israel, and I have held that role since 2015. Since 2019 I have also had an additional role as Vice-President of Research and Development for Electrophysiology and Neurovascular for Johnson & Johnson.

2.    In those roles I oversee the entirety of Biosense's research and development group of about 400 employees. I have been an employee of Biosense since 2009.

3.    The facts I state here are true and correct to the best of my knowledge and understanding.  I make each of the statements below based on my own personal knowledge.

4.    Biosense has always utilized a type of microchip known as an "EEPROM" (which stands for "Electrically Erasable Programmable Read-Only Memory") in its catheters.  An EEPROM is a type of memory chip on which data can be electronically written and read.

5.    Biosense Webster uses the EEPROM in its catheters to, among other things, record the date and time at which a catheter is first plugged into the CARTO console, store information that allows CARTO to identify what type of catheter is plugged in, and to track when a catheter has been reprocessed by its sister company, SterilMed.

6.    Biosense first implemented an enhanced version of its EEPROM chip in 2014 in the SoundStar Eco catheter.  At Biosense, that enhanced EEPROM was call the Falcon chip.  The Falcon chip is a "secure" EEPROM that includes a unique Biosense serial number.  This is an additional security feature that is not part of the generic EEPROM chips that Biosense uses.  Aside from the serial number,

- 2 -

the Falcon chip uses the same technology and performs the same function in
Biosense's catheters as the generic EEPROM.

7.    The security technology in the Falcon chip has not changed since it
was introduced in 2014.  Since then, Biosense has continued to use the Falcon chip,
with the same technology and security features, in certain of its catheters.

8.    The catheters currently on the market that contain the Falcon chip are:
SoundStar Eco 8Fr, SoundStar Eco 10Fr, OctaRay, Optrell, SoundStar Crystal, and
Nuvision Nav.  Biosense also intends to use the Falcon chip in several catheters that
are currently in development and not yet on the market.

9.    My understanding is that since 2016, certain third-party reprocessors,
including Innovative Health, LLC beginning in 2017, have been able to bypass the
security of the Falcon chip and reprocess certain Biosense catheters that contain the
Falcon chip.

10.    A third party reprocessor that develops a method to bypass the security
features of Falcon chip for purposes of reprocessing the catheter can use the same
method to do so in any Biosense catheter containing the Falcon chip because the
same technology is used across Biosense's inventory of catheters containing the
Falcon chip.

11.    If Biosense were required to remove the Falcon chip from the products
currently on the market, Biosense would potentially need to re-work our
manufacturing and design processes for those products, as well as those that are
currently in development.  I estimate that this change process could take as long as
12-18 months to be implemented across all of the relevant product lines.  It would
involve several departments across Biosense Webster and J&J, including R&D,
supply chain, quality, and regulatory, as well as third parties who manufacture
certain catheters sold by Biosense.

- 3 -

15820921v.6

12.    Specifically, a redesign and redeployment of the products currently on the market or in development would require the following:

- (1) Build and test new prototype chips to replace the Falcon chip; (2) design, build, and install the necessary software updates to CARTO to accommodate a new chip; and (3) develop, test, and implement updated internal validation and testing processes, all of which I estimate could take approximately six months.

- Scale up and prepare for mass production of products incorporating a replacement chip, which I estimate could take approximately four months.

- Train and certify employees on redesigned products and software, which I estimate could take approximately one month.

- Launch the new production process, which I estimate could take approximately one month.

- Incorporate the above processes in all affected product lines and phase in each to mass production, which I estimate could take up to six months.

13.    Biosense Webster sells its catheters worldwide, and changes to the design of existing catheters could also require new or updated regulatory approvals in certain countries.  In certain cases, as in China, the process to get the necessary regulatory approval can take as long as 18 months.

14.    Separate from the EEPROM or Falcon chip, Biosense Webster's catheters—which are part of its hardware—include design features that improve on prior technology, such as the irrigation lumen that is part of certain catheters like the PentaRay.  The lumen is designed to have the maximal diameter that can fit into the catheter along with the other components that comprise the catheter.  The design of the PentaRay catheter allowed Biosense to increase the number of

- 4 -

15820921v.6

electrodes that read electrical signals in the heart and orient those electrodes in a way that increased the speed and accuracy of mapping the heart compared with earlier catheters.  The irrigation lumen is an example of a design change that may impact reprocessing, even though this consideration never factored into design considerations for the lumen.  But failing to add the lumen to PentaRay would have undermined product innovations which benefit patients by improving the ability of electrophysiologists to produce faster and better electrophysiology procedures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 26th day of June 2025, in Yokneam, Israel.


By: _____ June 26, 2025

Avi Shalgi

- 5 -

15820921v.6