KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB
AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

MUHAMMAD U. FARIDI
(Admitted *pro hac vice*)
muhammad.faridi@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>    *Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>    *Defendant*. | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION OF CONRADO RAMOS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION** |

I, Conrado Ramos, declare as follows:

1. I am Senior Director, Commercialization at SterilMed, Inc. ("SterilMed"), Johnson & Johnson's reprocessing company. I have held this position since March 2020 and have been an employee at Johnson & Johnson for a total of approximately 25 non-consecutive years since 1994.

2. In my current role, I lead SterilMed's commercial operations, which includes sales, marketing, hospital contracting, and business analytics, among other functions. As part of my responsibilities, I directly oversee the team responsible for negotiating and administrating SterilMed's sales and device collection contracts with electrophysiology ("EP") labs.

3. The facts I state here are true and correct to the best of my knowledge and understanding. I make each of the statements below based on my own personal knowledge.

4. In the course of SterilMed's business, SterilMed enters into contracts with individual hospital facilities, integrated delivery networks, and other entities to provide reprocessed EP devices to these customers.

5. Currently, SterilMed has active EP reprocessing contracts with approximately 702 individual accounts. SterilMed does not collect used EP devices from any entities or accounts with which SterilMed does not have a contractual agreement to collect such devices. Some hospitals with which SterilMed does not have reprocessing contracts have contracted with SterilMed's competitors, such as Stryker and Innovative Health.

6. Of SterilMed's 702 active accounts, 98 accounts have opted to include the following language in their contracts, designating SterilMed as the sole collector of used EP products: "During the term of the agreement, Customer designates [SterilMed] as the sole collector for all used OEM and reprocessed versions of Customer's EP Products listed in [the attached schedule]."

7. The remaining 604 accounts that have not adopted a "sole collector" provision have the ability to, and often do, contract with other companies to collect used, single-use devices from their facilities. In addition, some of these non-exclusive SterilMed accounts simply dispose of used devices.

8. SterilMed offers the aforementioned "sole collector" term to meet customer demand for optimization and savings from collections and reprocessing.

9. By limiting any cross-vendor collections for the same EP reprocessed product and streamlining the collections process with a single collections bin at a given facility, SterilMed is able to provide more reprocessed product for repurchase by the customer.

10. SterilMed also offers its customers the opportunity to participate in the EP Platinum Tip Recycling Program.

11. Through this program, SterilMed contracts with a third-party platinum recycling service, EPRewards, to recover platinum from used EP catheters and other devices, and to reimburse customers for the value of that platinum. In this arrangement, SterilMed passes through 100% of the platinum reimbursement from EPRewards to its customers.

12. SterilMed offers the EP Platinum Tip Recycling Program as a value-add service to its customers. SterilMed does not profit from the administration of this program and does not offer any incentives (or disincentives) to customers who participate.

13. Customers commonly express interest in participating in platinum recycling programs with respect to their EP devices and inquire about SterilMed's ability to provide this service.

14. Of the 702 accounts contracted with SterilMed, approximately 360 of them (or approximately 51%) participate in the EP Platinum Tip Recycling Program.

- 3 -

15. SterilMed cannot reprocess any device that has already been reprocessed by another reprocessing company. If a qualifying used device is not able to be reprocessed, SterilMed can submit that device to EPRewards on behalf of the customer. Pursuant to its EP Platinum Tip Recycling Program, SterilMed submitted for reimbursement approximately 92,710 devices between May 2024 and April 2025 that it cannot presently reprocess.

16. Of those 92,710 devices, 87,969 of the units submitted were ablation catheters, which currently cannot be reprocessed in the United States. At most, only 4,741 devices submitted for reimbursement—or approximately 5% of the 92,710 devices that SterilMed cannot reprocess—are diagnostic catheters or other products potentially capable of being reprocessed.

17. According to market share data sourced from third-party Clarivate, which SterilMed regularly uses in the normal course of business, I understand that approximately 694,202 ablation catheters were sold in the United States between May 2024 and April 2025. I therefore estimate that SterilMed collected about 12.7% of all available ablation catheter units in connection with its EP Platinum Tip Recycling Program.

18. SterilMed also collects certain sheaths, including Biosense Webster's Vizigo sheath and Abbott's Agilis sheath, that contain platinum electrodes that have salvage value and can be recycled.

19. In my experience, SterilMed collections of used Vizigo sheaths as part of the EP Platinum Tip Recycling Program cannot be said to limit EP physicians' ability to use reprocessed sheaths during CARTO 3 procedures.

20. The Vizigo sheath competes with the Agilis sheath, as well as other sheaths manufactured by Abbott and other companies—a number of which can be reprocessed and/or are not eligible for platinum recycling programs. These

competitive sheaths are compatible with the CARTO 3 machine and can be used during cardiac mapping procedures instead of the Vizigo.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June 2025, in Atlanta, Georgia.

By: *Conrado Ramos* (signature)

Conrado Ramos