| | |
|---|---|
| KARLA KRAFT | WILLIAM F. CAVANAUGH, JR. |
| State Bar No. 205530 | State Bar No. 133461 |
| kkraft@stradlinglaw.com | wfcavanaugh@pbwt.com |
| STRADLING YOCCA CARLSON & RAUTH LLP | PATTERSON BELKNAP WEBB AND TYLER LLP |
| 660 Newport Center Drive, Suite 1600 | 1133 Avenue of the Americas |
| Newport Beach, CA 92660-6422 | New York, NY 10036 |
| Telephone: (949) 725-4000 | Telephone: (212) 336-2000 |

MUHAMMAD U. FARIDI
(Admitted *pro hac vice*)
muhammad.faridi@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant*. | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION OF MANSOOR MALIK IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION** |

- 1 -

DECLARATION OF MANSOOR MALIK

I, Mansoor Malik, declare as follows:

1. I am a Senior Manager, Compliance Solutions at Johnson & Johnson ("J&J"). I have held this position since July 2021 and have been an employee at J&J since 2017.

2. In my current role, I am responsible for managing the vendor relationship and technical capabilities of J&J's "Our Credo Integrity Line" (the "Credo Integrity Line"). The Credo Integrity Line is an online and telephonic hotline maintained by J&J that allows any individual to report potential violations of laws and regulations in the countries where J&J operates, J&J's Code of Business Conduct, and other company policies.

3. The facts I state here are true and correct to the best of my knowledge and understanding. I make each of the statements below based on my own personal knowledge.

4. Since at least 2010, J&J has partnered with NAVEX, a third-party company offering compliance management software and services, to operate the Credo Integrity Line. The Credo Integrity Line specifically utilizes NAVEX's EthicsPoint Incident Management software to collect, manage, and track incident reports.

5. The J&J Code of Business Conduct, which is publicly available, describes the Credo Integrity Line as an "independent, secure and confidential . . . channel for anyone . . . to report potential violations of our Code of Business Conduct, other company policies or applicable laws and regulations in our countries of operation." The Code further provides that the Credo Integrity Line "is available 24 hours a day, 7 days a week." *See* https://www.jnj.com/code-of-business-conduct/english.

6. Any individual, regardless of his or her relationship to J&J, can access the Credo Integrity Line by visiting the "Code of Business Conduct" section of

J&J's website and clicking the link under the heading "Our Credo Integrity Line." *See* https://www.jnj.com/code-of-business-conduct. This section of the J&J website is freely accessible on the public internet.

7.  Upon clicking the link, individuals are redirected to a secure NAVEX website, which gives them the option of reporting their concern either through an online form or by phone.

8.  If the individual chooses to report a concern using the online form, the individual is then guided through four pages of questions about the issue. Notably, the platform will allow the individual to proceed through all four pages and submit a report, even if the individual selects "Other/Unknown" in response to any questions posed with a drop-down menu of answers.

9.  The first page of the form requires the individual to provide information about the geographic market, sector, and specific company related to the concern or issue.

10.  The second page of the form requires the individual to read and acknowledge J&J's privacy statement concerning information provided through the form. This page informs users that "information reported via this reporting channel is received and assessed by an independent Johnson & Johnson team referred to as the 'Corporate Triage Committee' in the United States which evaluates each concern reported and ensures appropriate investigation, depending on the individual circumstances of each case."

11.  The third page allows the form user to select a specific category of concern to assign to their issue. The list of categories includes the following:
   a. "Business Integrity,"
   b. "Employee Relations/Human Resources,"
   c. "Environmental Health & Safety,"
   d. "Finance,"

    e. "Global Security,"

    f. "Government Contract Compliance,"

    g. "Human Rights,"

    h. "Information Security,"

    i. "Legal/Regulatory,"

    j. "Manufacturing, Research and Development, and Patient Safety," and,

    k. "Privacy."

12. As relevant here, the form explicitly defines the "Legal/Regulatory" category to include "violation[s] of antitrust law, competition law or other unfair practices."

13. The fourth page gives the reporter the option to provide contact information or to remain anonymous, depending on the individual's preference. Reports can be made entirely anonymously.

14. The form then provides text boxes in which the reporter can describe the issue, explain how he or she became aware of the issue, and identify anyone else who might have information about the issue.

15. As an alternative to using the online form, users may opt to report an issue by phone.

16. If the reporting individual chooses to report the concern by phone, the website will display a toll-free phone number that the individual can call (after the individual has selected the applicable market).

17. Upon dialing the number, the individual will be directed to a live person in a NAVEX call center, who receives the call on behalf of J&J.

18. The call center employee will ask the caller a series of questions about the concern. When doing so, the call center employee follows a set script with questions that track those in the online form.

19. Calls are not recorded in order to maintain caller anonymity. But the call center employee will confirm that the caller's report has been accurately transcribed before ending the call.

20. Each report is transmitted to J&J within six hours, pursuant to J&J's agreement with NAVEX.

21. After a report is transmitted to J&J, any reports related to human-resources issues are directed to J&J's Human Resources Group.

22. As per the J&J escalation procedure, qualifying reports are submitted to the Triage Committee—which includes lawyers, compliance professionals, and other stakeholders within J&J. The Committee evaluates each concern reported and ensures appropriate follow up, which may include investigation based on the individual circumstances of each case. The Committee will refer or escalate the report to a more specialized team depending on the content of the report. This process provides appropriate protection to reporters and allows confidential handling independent of the J&J company to which the concern may relate.

23. The Credo Integrity Line receives a broad range of reports and allows J&J to aggregate and analyze concerns from any party regarding J&J's products, policies, practices, or market conduct—including potential antitrust concerns—on an ongoing basis, and to address such reports as necessary and appropriate. The Credo Integrity Line also allows J&J to analyze report data on a category-by-

category basis and to maintain a central source of all reports and concerns, whether from inside or outside J&J.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of June 2025, in Ontario, Canada.

By: _____

Mansoor Malik