Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Derek T. Ho, Esq.
Admitted *Pro Hac Vice*
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

Karla Kraft, Esq.
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

William F. Cavanaugh, Jr.
State Bar No. 133461
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Muhammad U. Faridi
Admitted *Pro Hac Vice*
muhammad.faridi@linklaters.com
LINKLATERS LLP
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC, | Case No. 8:19-cv-1984-JVS-KES |
| *Plaintiff*, | Honorable James V. Selna |
| vs. | **JOINT STIPULATION AS TO *SUPERSEDEAS* BOND TO STAY EXECUTION OF JUDGMENT UNDER FRCP 62(B)** |
| BIOSENSE WEBSTER, INC., | |
| *Defendant*. | |
| | Action Filed: October 18, 2019 |
| | Trial Date: May 6, 2025 |

1

Defendant Biosense Webster, Inc. ("Biosense") and Plaintiff Innovative Health LLC ("Innovative"), by and through their respective counsel, hereby submit the following stipulation:

WHEREAS, on June 5, 2025, the Court entered judgment on the verdict in favor of Plaintiff Innovative and against Defendant Biosense in the amount of Four Hundred Forty-Two Million, Two Hundred Nineteen Thousand, Four Hundred Forty-Three and 00/100 Dollars ($442,219,443.00), which reflects automatic trebling, pursuant to 15 U.S.C. § 15(a) and Cal. Bus. & Prof. Code § 16750(a), of the jury award of One Hundred Forty-Seven Million, Four Hundred Six Thousand, Four Hundred Eighty-One and 00/100 Dollars ($147,406,481.00) (Dkt. No. 532);

WHEREAS, under Federal Rule of Civil Procedure 62(b), "any time after judgment is entered, a party may obtain a stay by providing a bond or other security" where the stay "takes effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security";

WHEREAS, the Court has "inherent discretionary authority" in setting the amount of the *supersedeas* bond, *Rachel v. Banana Republic, Inc.*, 831 F.2d 1503, 1505 n.1 (9th Cir. 1987);

WHEREAS, courts in this district have approved *supersedeas* bonds in the amount of approximately 125% of the awarded judgment, *see, e.g.*, *KST Data, Inc. v. DXC Tech. Co.*, No. 17-cv-7927, 2020 WL 2841402, at *2 (C.D. Cal. Mar. 20, 2020); *Spencer v. Boys*, No. 16-cv-2129, 2018 WL 11427927, at *2 (C.D. Cal. June 22, 2018); *Enough for Everyone, Inc. v. Provo Craft & Novelty, Inc.*, No. 11-cv-1161, 2013 WL 12638595, at *2 (C.D. Cal. Jan. 10, 2013); and,

WHEREAS, 125% of the judgment entered by the Court on June 5, 2025 is $552,774,304.00;

WHEREAS, Biosense has obtained a bond to obtain a stay of enforcement for the time specified in the bond, attached as part of **Exhibit A** to the Declaration of

2

William F. Cavanaugh, Jr. submitted herewith, in the amount of $552,774,304.00 (the "Bond");

NOW, THEREFORE, the parties hereby jointly agree and stipulate:

1.     The Bond is in an appropriate amount, in proper form, and issued by an adequate surety.

2.     The Court should enter an order approving the Bond, thereby ordering a stay of execution that shall remain in effect for the time specified in the bond, as provided for in Federal Rule of Civil Procedure 62(b).

3.     The stay of execution of judgment does not stay any injunction that the Court may order.  *See* Fed. R. Civ. P. 62(c), (d); Dkt 535.

4.     Defendant will post the original bond with the Clerk of Court within five (5) days following entry of an Order approving the Bond.

5.     Upon the filing of this Stipulation with the Court, Plaintiff shall not engage in any judgment enforcement proceedings against Defendant in this action, except for relief sought under any injunction, during the period in which the Bond is pending approval by the Court or prior to the posting of the Bond with the Clerk of Court pursuant to paragraph 4 herein;

6. The parties respectfully request that the Court enter the proposed order attached hereto.

**THE FOREGOING IS SO STIPULATED AND AGREED TO:**

DATED:  July 3, 2025                              THEODORA ORINGHER PC

By:      */s/ Panteha Abdollahi*
         Panteha Abdollahi
         Attorneys for Plaintiff INNOVATIVE
         HEALTH LLC

3

1    DATED:  July 3, 2025          JEFFREY L. BERHOLD, P.C.

2

3

4                                  By:      /s/ Jeffrey L. Berhold
                                        Jeffrey L. Berhold
5                                       Attorneys for Plaintiff INNOVATIVE
                                        HEALTH LLC
6

7

8    DATED:  July 3, 2025          BERGER MONTAGUE PC

9

10

11                                 By:      /s/ Joshua P. Davis
                                        Joshua P. Davis
12                                      Attorneys for Plaintiff INNOVATIVE
                                        HEALTH LLC
13

14

15   DATED:  July 3, 2025          KELLOGG, HANSEN, TODD, FIGEL & FREDERICK,
                                   P.L.L.C.
16

17

18                                 By:      /s/ Kelley Schiffman
                                        Derek T. Ho
19                                      Kelley Schiffman
                                        Attorneys for Plaintiff INNOVATIVE
20                                      HEALTH LLC
21

22

23   DATED:  July 3, 2025          STRADLING YOCCA CARLSON & RAUTH LLP

24

25

26                                 By:      /s/ Karla Kraft
                                        Karla Kraft
27                                      Attorneys for Defendant BIOSENSE
                                        WEBSTER, INC.
28
                                             4

1   DATED:  July 3, 2025          PATTERSON BELKNAP WEBB & TYLER LLP

2

3

4                                  By:     /s/ William F. Cavanaugh, Jr.
                                           William F. Cavanaugh, Jr.
5                                          Attorneys for Defendant BIOSENSE
                                           WEBSTER, INC.
6

7   DATED:  July 3, 2025          LINKLATERS LLP

8

9

10                                 By:     /s/ Muhammad U. Faridi
                                           Muhammad U. Faridi
11                                         Attorneys for Defendant BIOSENSE
                                           WEBSTER, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

JOINT STIPULATION AS TO *SUPERSEDEAS* BOND TO STAY
EXECUTION OF JUDGMENT UNDER FRCP 62(B)

1

## SIGNATURE ATTESTATION

2   Pursuant to Local Rule 5-4.3.4(a)(2)(1), I, Karla Kraft, am the ECF User

3   whose login and password are being used to file this document. I hereby attest that

4   Kelley Schiffman, counsel for Plaintiff, has concurred in this filing's contents and

5   has authorized the filing. I further attest that I have obtained their authorization to

6   affix their electronic signature to this document.

7

8   DATED:  July 3, 2025                    STRADLING YOCCA CARLSON & RAUTH LLP

9

10

11                                          By:    /s/ Karla Kraft
                                                   Karla Kraft

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AS TO *SUPERSEDEAS* BOND TO STAY
EXECUTION OF JUDGMENT UNDER FRCP 62(B)