KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON &
RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB
AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

MUHAMMAD U. FARIDI
(Admitted *Pro Hac Vice*)
muhammad.faridi@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant*. | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION OF WILLIAM F. CAVANAUGH, JR. UNDER LOCAL RULE 65-5 IN SUPPORT OF APPROVAL OF SUPERSEDEAS BOND TO STAY EXECUTION ON JUDGMENT PENDING APPEAL**<br><br>District Judge: Hon. James V. Selna<br>Magistrate Judge: Hon. Karen E. Scott |

I, William F. Cavanaugh, Jr. declare as follows:

1. I am an attorney admitted to the bar of the State of California and am a partner at Patterson Belknap Webb & Tyler LLP, which represents the defendant, Biosense Webster, Inc. ("Biosense") in this matter.

2. I submit this declaration in accordance with Local Rule 65-5 in support of Biosense's stipulated motion to approve the $552,774,304.00 *supersedeas* bond (the "Bond") from Federal Insurance Company (the "Surety"), which is attached hereto as part of **Exhibit A**.

3. In addition to the Bond, Exhibit A also includes (a) a duly authenticated copy of a power of attorney appointing the agent executing the bond pursuant to this Court's Local Rule 65-4, (b) a copy of the Surety's certificate of authority from the California Department of Insurance, and (c) a declaration on behalf of the Surety pursuant to this Court's Local Rule 65-3.

4. This bond has been examined pursuant to Local Rule 65-3 and is recommended for approval. It is required by law to be approved by a judge.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 3rd day of July 2025, in New York, New York.

By: */s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr.