# Exhibit A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>　　　　Defendant. | Case No. 8:19-cv-1984-JVS (KES)<br><br>Bond Number: K42065614 |

## SUPERSEDEAS BOND

KNOW ALL BY THESE PRESENTS that, Defendant Biosense Webster, Inc., as principal ("Defendant" or "Principal"), and Federal Insurance Company, a corporation authorized to transact surety business in the State of California, as surety ("Surety"), are held and firmly bound unto Plaintiff Innovative Health LLC, as obligee ("Plaintiff" or "Obligee"), in the maximum aggregate penal sum of Five Hundred Fifty-Two Million, Seven Hundred Seventy-Four Thousand, Three Hundred Four and 00/100 Dollars ($552,774,304.00), lawful money of the United States (the "Bond Amount"), for which payment, well and truly to be made, we bind ourselves and our respective heirs, administrators, successors, and assigns, jointly and severally, as set forth below.

WHEREAS, on June 5, 2025, the United States District Court for the Central District of California, Southern Division (the "District Court") entered a Judgment on the Verdict in the above-captioned action in favor of Plaintiff and against Defendant in the amount of Four Hundred Forty-Two Million, Two Hundred Nineteen Thousand, Four Hundred Forty-Three and 00/100 Dollars ($442,219,443.00), which reflects automatic trebling, pursuant to 15 U.S.C. § 15(a) and Cal. Bus. & Prof. Code § 16750(a), of the jury award of One Hundred Forty-Seven Million, Four Hundred Six Thousand, Four Hundred Eighty-One and 00/100 Dollars ($147,406,481.00); and

Page 1 of 7

WHEREAS, Defendant will file a notice of appeal of the District Court's forthcoming final judgment to the United States Court of Appeals for the Ninth Circuit (the "Court of Appeals") (the "Appeal")[1] and desires to stay execution of the final judgment and the District Court's Judgment on the Verdict through the final disposition of the Appeal by the Court of Appeals pursuant to Federal Rule of Civil Procedure 62(b);

NOW THEREFORE, the conditions of this obligation are such that if: (1) the final judgment is vacated or reversed upon the disposition of the Appeal by the Court of Appeals; or (2) the Appeal is withdrawn or dismissed and the final judgment is satisfied in full by or on behalf of the Principal, including, if allowed by law, costs, interest, and attorneys' fees as may be awarded by the Court of Appeals or as a result of such withdrawal or dismissal; or (3) the final judgment is affirmed upon the final disposition of the Appeal by the Court of Appeals and the said judgment including, if allowed by law, costs, interest, and attorneys' fees as may be awarded by the Court of Appeals or as a result of such affirmance, is satisfied in full by or on behalf of the Principal; or (4) the final judgment is modified upon the disposition of the Appeal by the Court of Appeals and such modified judgment, including, if allowed by law, costs, interest, and attorneys' fees as may be awarded by the Court of Appeals or as a result of such modification, is satisfied in full by or on behalf of the Principal, then this obligation shall be null and void, otherwise it shall remain in full force and effect subject to the following terms and conditions:

1. Notwithstanding anything set forth in this Supersedeas Bond, the Judgment on the Verdict, or the forthcoming final judgment that is or may be construed to the contrary, the maximum aggregate liability of the Surety hereunder for any and all claims presented shall not exceed the Bond Amount set forth above less any amounts paid by or on behalf

---

[1] Defendant intends to file the Notice of Appeal within thirty days of the District Court's decision on Defendant's forthcoming renewed motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50 and subsequent entry of final judgment for purposes of 28 U.S.C. § 1291.

of the Principal to the Obligee under the Judgment on the Verdict or any modified judgment (including the final judgment) regardless of the number of years this Supersedeas Bond is in force or the obligations of the Principal under the Judgment on the Verdict or any modified judgment (including the final judgment).

2. If (a) Principal has not fully satisfied its obligations under the final judgment within (30) calendar days following the affirmance, modification, withdrawal, or dismissal of the Appeal and (b) the Obligee or the Obligee's counsel shall have notified the Surety, Principal, and the Principal's counsel, in writing, that the Principal has failed to make such payment to the Obligee, then Surety shall make payment to the Obligee under this Supersedeas Bond, less any payment made to the Obligee by or on behalf of the Principal, within thirty (30) calendar days from the receipt of that notice.

3. All claims, notices, or communications made or required to be given to any party under this Supersedeas Bond shall be in writing and addressed as follows:

**Obligee:**

Innovative Health LLC

1435 North Hayden Road, Suite 100
Scottsdale, AZ 85257
Attention: Rick Ferreira

with a copy to:

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Attention: Derek T. Ho

**Principal:**

Biosense Webster, Inc.

31 Technology Drive
Irvine, CA 92618
Attention: John H. Denton

with a copy to:

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Attention: William F. Cavanaugh, Jr.

**Surety:**

Federal Insurance Company
202B Halls Mills Road
Whitehouse Station, NJ 08889
Attention: Surety Department

with a copy to:

Chubb
Eastern Claim Service Center
600 Independence Parkway
Chesapeake, VA 23320
Attention: Surety Support

with a copy to: ecsc.claims@chubb.com

or to such other person and/or such other address as the Principal and/or the Surety may hereafter advise the Obligee in writing.

4. Absent the affirmative, written consent of the Surety, which must be set forth in a Rider to this Supersedeas Bond signed by the Surety, this Supersedeas Bond only secures the Appeal identified herein and does not secure any further or subsequent appeal(s).

5. No right of action shall accrue on this Supersedeas Bond to or for the use of any person or entity other than the Obligee.

6. Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure and Rule 65.1 of the Federal Rules of Civil Procedure, the Surety submits itself to the jurisdiction of the

District Court, if the amounts due and owing Plaintiff are not paid, and agrees that its liability on this Supersedeas Bond may be enforced on motion without the necessity of an independent action and that such motion, with such notice thereof as the District Court may prescribe, may be served upon the Surety at the address set forth for the Surety in paragraph 3 above, or to such other person and/or such other address the Surety may hereafter advise the Obligee in writing.

Signed and sealed by the Principal/Defendant and Surety this 2 day of July, 2025.

**PRINCIPAL/DEFENDANT:**

Biosense Webster, Inc.

By: _/s/ John H. Denton_
Name: John H. Denton
Title: Assistant Secretary
Its Duly Authorized Officer and Representative

**SURETY**

Federal Insurance Company

By: _/s/ Tracy Aston_
Name: Tracy Aston
Title:   Its Attorney-in-Fact and Resident Agent of California, License No. 0363334
         707 Wilshire Boulevard, Suite 2600, Los Angeles, CA  90017

COURT APPROVAL

This Supersedeas Bond is hereby approved as to its form and substance this ____ day of _____, 2025.

By: _____
      HON. _____, USDJ

[ATTACH A COPY OF ATTORNEY-IN-FACT'S POWER OF ATTORNEY FROM THE SURETY]

ACKNOWLEDGMENT OF PRINCIPAL/DEFENDANT

State of New Jersey

ss.:

County of Middlesex

On this 2 day of July, 2025, before me personally appeared John H. Denton, to me known to be the Assistant Secretary of Biosense Webster, Inc., the corporation described in and which executed the above Supersedeas Bond as principal/defendant, and acknowledged said Supersedeas Bond to be the free and voluntary act and deed of said corporation, for the purposes, considerations, and uses therein set forth, and on oath stated that said Supersedeas Bond was executed by the order and authority of the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order and authority.

_____
(Signature of Notary Public)

My commission expires _____

[Notary stamp: MICHELLE L MADSEN, Notary Public, State of New Jersey, My Commission Expires Aug 21, 2029]

ACKNOWLEDGMENT OF SURETY

State of CALIFORNIA

ss.:

County of LOS ANGELES

On this 2nd day of July, 2025, before me personally appeared TRACY ASTON, to me known to be an Attorney-in-Fact of Federal Insurance Company, the corporation described in and which executed the above Supersedeas Bond as surety, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the purposes, considerations, and uses therein set forth, and on oath stated that the seal affixed to said Supersedeas Bond is the seal of said corporation, that it was duly affixed to said Supersedes Bond, and that said Supersedeas Bond was duly executed by said corporation.

[Notary stamp: BECKY GOMEZ, Notary Public - California, Orange County, Commission # 2455974, My Comm. Expires Jul 30, 2027]

_____
(Signature of Notary Public)

My commission expires July 30, 2027



## Power of Attorney

**Federal Insurance Company | Vigilant Insurance Company | Pacific Indemnity Company**
**Westchester Fire Insurance Company | ACE American Insurance Company**

Know All by These Presents, that **FEDERAL INSURANCE COMPANY**, an Indiana corporation, **VIGILANT INSURANCE COMPANY**, a New York corporation, **PACIFIC INDEMNITY COMPANY**, a Delaware corporation, **WESTCHESTER FIRE INSURANCE COMPANY** and **ACE AMERICAN INSURANCE COMPANY** corporations of the Commonwealth of Pennsylvania, do each hereby constitute and appoint   Rosa E. Rivas of Irvine, California; Tracy Aston, Vanessa Fong, Meghan Hanes, Samantha Russell, Ana Torres and Mary L. Yohnke of Los Angeles, California; Eric Allen, Celeste Austria, Donnalyn Revis, Catherine A. Rueter and William F. Ward of San Francisco, California----------------------------------------------------------------------------------------------------------------------------------------------------------------

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

In Witness Whereof, said **FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY** and **ACE AMERICAN INSURANCE COMPANY** have each executed and attested these presents and affixed their corporate seals on this  2nd  day of July, 2025.



Rupert HD Swindells, Assistant Secretary                                Stephen M. Haney, Vice President

     

**STATE OF NEW JERSEY**
**County of Hunterdon**   ss.

On this  2nd day of July, 2025 before me, a Notary Public of New Jersey, personally came Rupert HD Swindells and Stephen M. Haney, to me known to be Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY, the companies which executed the foregoing Power of Attorney, and the said Rupert HD Swindells and Stephen M. Haney, being by me duly sworn, severally and each for himself did depose and say that they are Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY and know the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of said Companies; and that their signatures as such officers were duly affixed and subscribed by like authority.

Notarial Seal          Stacy J Loftin
NOTARY PUBLIC OF NEW JERSEY
No. 50175208
COMMISSION EXPIRES OCT 15, 2026                                             Notary Public

### CERTIFICATION

Resolutions adopted by the Boards of Directors of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY on August 30, 2016; WESTCHESTER FIRE INSURANCE COMPANY on December 11, 2006; and ACE AMERICAN INSURANCE COMPANY on March 20, 2009:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into in the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such person's written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing to any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested."

I, Rupert HD Swindells, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY (the "Companies") do hereby certify that

(i) the foregoing Resolutions adopted by the Board of Directors of the Companies are true, correct and in full force and effect,
(ii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Whitehouse Station, NJ, this   **2nd day of July, 2025**



Rupert HD Swindells, Assistant Secretary

| IN THE EVENT YOU WISH TO VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT: |
| --- |
| Telephone (908) 903-3493     Fax (908) 903-3656     e-mail: surety@chubb.com |

Combined: FED-VIG-PI-WFIC-AAIC (rev. 11-19)

No. 5389

## STATE OF CALIFORNIA

# DEPARTMENT OF INSURANCE

### SAN FRANCISCO

Amended

# Certificate of Authority

THIS IS TO CERTIFY, *That, pursuant to the Insurance Code of the State of California,*

*Federal Insurance Company*

*of Indianapolis, Indiana, organized under the laws of Indiana, subject to its Articles of Incorporation or other fundamental organizational documents, is hereby authorized to transact within this State, subject to all provisions of this Certificate, the following classes of insurance:*

**Fire, Marine, Surety, Disability, Plate Glass, Liability, Workers' Compensation, Common Carrier Liability, Boiler and Machinery, Burglary, Credit, Sprinkler, Team and Vehicle, Automobile, Aircraft, and Miscellaneous**

*as such classes are now or may hereafter be defined in the Insurance Laws of the State of California.*

THIS CERTIFICATE *is expressly conditioned upon the holder hereof now and hereafter being in full compliance with all, and not in violation of any, of the applicable laws and lawful requirements made under authority of the laws of the State of California as long as such laws or requirements are in effect and applicable, and as such laws and requirements now are, or may hereafter be changed or amended.*

IN WITNESS WHEREOF, *effective as of the 15th day of October, 1990, I have hereunto set my hand and caused my official seal to be affixed this 15th day of October, 1990.*

Fee $77.00
Rec. No. 542421
Filed 5/30/90

By

Roxani M. Gillespie
*Insurance Commissioner*

Victoria S. Sidbury
*Deputy*

### Certification

I, Magnolia Gutierrez, the undersigned Insurance Commissioner of the State of California, do hereby certify that I have compared the above copy of Certificate of Authority with the duplicate of original now on file in my office, and that the same is a full, true, and correct transcript thereof, and of the whole of said duplicate, and said Certificate of Authority is now in full force and effect.

IN WITNESS WHEREOF, *I have set my hand and caused my official seal to be affixed this 9th day of June, 2017.*

Dave Jones
*Insurance Commissioner*

By

Magnolia Gutierrez

KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

MUHAMMAD U. FARIDI
(Admitted *Pro Hac Vice*)
muhammad.faridi@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant.* | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION BY ATTORNEY-IN-FACT FOR THE SURETY ON THE *SUPERSEDEAS* BOND**<br><br>District Judge: Hon. James V. Selna<br>Magistrate Judge: Hon. Karen E. Scott |

I, Tracy Aston, declare as follows:

1. I am authorized by Federal Insurance Company (the "Surety") to submit this declaration with the *Supersedeas* Bond (the "Bond") in this case issued by the Surety bearing Bond Number K42065614.

2. I am an Attorney-in-Fact for the Surety as set forth in the power of attorney annexed to the Bond.

3. I am a California resident and my business address is 707 Wilshire Boulevard, Suite 2600, Los Angeles, CA 90017.

4. The Bond is worth the amount specified therein, over and above just debts and liabilities, and is not exempt from execution and prejudgment interest.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this __2nd__ day of July 2025, in Los Angeles, CA.

By: _____
Tracy Aston
Attorney-in-Fact

_____
Title

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___Los Angeles___

On ___JUL 0 2 2025___ before me, ___Vanessa Fong, Notary Public___, personally appeared ___Tracy Aston___ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

VANESSA FONG
Notary Public - California
Los Angeles County
Commission # 2398052
My Comm. Expires Mar 22, 2026

Signature _____
Signature of Notary Public