**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant*. | Case No.: 8:19-cv-1984-JVS-KES<br><br>**[PROPOSED] ORDER APPROVING *SUPERSEDEAS* BOND AND STAYING EXECUTION OF JUDGMENT UNDER FED. R. CIV. P. 62(B)** |

# [PROPOSED] ORDER

The Court, having received, reviewed, and considered Defendant Biosense Webster, Inc.'s and Innovative Health LLC's Stipulation, and good cause showing, hereby orders as follows:

1. The Bond is approved.

2. The Bond amount to be posted by Defendant will be $552,774,304 for purposes of securing payment of the full unpaid balance of the judgment and staying execution of the judgment pursuant to Federal Rule of Civil Procedure 62(b).

3. Defendant shall post the *supersedeas* bond within five (5) days of the filing of this Order, and upon the posting of the Bond by Defendant with the Clerk of Court execution on the Judgment on the Verdict and any final judgment to issue in this case is hereby stayed for the time specified in the bond.

5. The stay of execution of judgment does not stay any injunction that may be ordered. *See* Fed. R. Civ. P. 62(c), (d).

6. Except for relief sought under any injunction, Plaintiff shall not engage in any judgment enforcement proceedings against Defendant during the period following entry of this Order and prior to Defendant's posting of the Bond.

**IT IS SO ORDERED.**

DATE: July ____, 2025

By: _____
The Honorable James V. Selna
United States District Judge