KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

MUHAMMAD U. FARIDI
(*admitted pro hac vice*)
muhammad.faridi@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant*. | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION OF WILLIAM F. CAVANAUGH, JR. IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV P. 50(B)**<br><br>**Action Filed**: October 18, 2019<br>**Hearing Date**: August 11, 2025<br>**Time**: 1:30pm<br>**Courtroom**:10C |

I, William F. Cavanaugh, Jr., declare as follows:

1. I am an attorney admitted to the bar of the State of California and am a partner at Patterson Belknap Webb & Tyler LLP, which represents the defendant, Biosense Webster, Inc. ("Biosense") in this matter.

2. I make this declaration in accordance with Local Rule 7-3 in support of Biosense's renewed motion for judgment as a matter of law pursuant to Federal Rules of Civil Procedure Rule 50(b) (the "Motion").

3. The facts I state here are true and correct to the best of my knowledge and understanding. I make each of the statements below based on my own personal knowledge and a review of the files associated with this matter. If called as a witness, I could and would testify competently to the facts stated herein.

4. On June 25, 2025, counsel of both parties had a conference regarding this Motion pursuant to Local Rule 7-3. The parties disagreed that the Court should enter judgment as a matter of law in favor of Biosense on any of the issues discussed in the Motion.

5. A true and correct copy of excerpts of the trial transcript dated May 9, 2025 (Vol. I) is attached hereto as **Exhibit 1**.

6. A true and correct copy of excerpts of Donald Coldiron's deposition transcript is attached hereto as **Exhibit 2**.

7. A true and correct copy of excerpts of Portia Tranguch's deposition transcript is attached hereto as **Exhibit 3**.

8. A true and correct copy of excerpts of the trial transcript dated May 13, 2025 (Vol. II) is attached hereto as **Exhibit 4**.

9. A true and correct copy of excerpts of the trial transcript dated May 15, 2025 (Vol. II) is attached hereto as **Exhibit 5**.

10. A true and correct copy of excerpts of the trial transcript dated May 13, 2025 (Vol. I) is attached hereto as **Exhibit 6**.

|     |     |
| --- | --- |
| 1   | 11. A true and correct copy of excerpts of the trial transcript dated May |
| 2   | 15, 2025 (Vol. I) is attached hereto as **Exhibit 7**. |
| 3   | 12. A true and correct copy of excerpts of the trial transcript dated May |
| 4   | 14, 2025 (Vol. I) is attached hereto as **Exhibit 8**. |
| 5   | 13. A true and correct copy of excerpts of the trial transcript dated May 7, |
| 6   | 2025 (Vol. I) is attached hereto as **Exhibit 9**. |
| 7   | 14. A true and correct copy of excerpts of the trial transcript dated May 7, |
| 8   | 2025 (Vol. II) is attached hereto as **Exhibit 10**. |
| 9   | 15. A true and correct copy of excerpts of Michael Idio's deposition |
| 10  | transcript is attached hereto as **Exhibit 11**. |
| 11  | 16. A true and correct copy of excerpts of the trial transcript dated May 8, |
| 12  | 2025 (Vol. II) is attached hereto as **Exhibit 12**. |
| 13  | 17. A true and correct copy of excerpts of Cherly Saxby's deposition |
| 14  | transcript is attached hereto as **Exhibit 13**. |
| 15  | 18. A true and correct copy of excerpts of Robert Stanton's deposition |
| 16  | transcript is attached hereto as **Exhibit 14**. |
| 17  | 19. A true and correct copy of excerpts of Noah Martin's deposition |
| 18  | transcript is attached hereto as **Exhibit 15**. |
| 19  | 20. A true and correct copy of excerpts of Christine Bienevenue- |
| 20  | Kauffman's deposition transcript is attached hereto as **Exhibit 16**. |
| 21  | 21. A true and correct copy of excerpts of the trial transcript dated May 9, |
| 22  | 2025 (Vol. II) is attached hereto as **Exhibit 17**. |
| 23  | 22. A true and correct copy of excerpts of the trial transcript dated May |
| 24  | 14, 2025 (Vol. II) is attached hereto as **Exhibit 18**. |
| 25  | 23. A true and correct copy of excerpts of the trial transcript dated May 8, |
| 26  | 2025 (Vol. I) is attached hereto as **Exhibit 19**. |
| 27  |     |
| 28  |     |

24. True and correct copies of the following trial exhibits are also attached to this declaration: JX-31, JX-156, JX-224, JX-545, JX-1140, JX-1141, JX-1142, JX-1143, JX-1144, JX-1145, JX-1148, JX-1157, JX-1158, JX-3725, JX-5027 and JX-5031.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of July 2025, in New York, New York.

By: */s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr.