# Exhibit 1

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

INNOVATIVE HEALTH, LLC,      ) CERTIFIED TRANSCRIPT
                 Plaintiff,  )
      vs.                    )
                             )  SACV-19-01984-JVS
BIOSENSE WEBSTER, INC.,       )
                 Defendant.  ) TRIAL DAY 4, VOL. I
---------------------------)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 9, 2025

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

09:13    1    why a physician would prefer one mapping system over

2    another?

3    A    Quite often it's just you can say historical.  People

4    are trained on a particular system or another, and they have

09:13    5    a greater degree of experience.  And you can imagine it

6    becomes almost a self-fulfilling thing.  You are trained on

7    a particular system or you have a particular preference in

8    training, you start your practice, and you continue that,

9    and you just gain more experience with that.  And that of

09:13   10    course then further drives that preference and familiarity.

11           And, of course, it does vary.  Some physicians are

12    very keen on trying to master many different platforms of

13    technologies, and some are very focused on wanting to do

14    what they feel most comfortable with.

09:14   15    Q    Do you have a sense of how many of the cases at

16    HonorHealth are being done with the CARTO 3?

17    A    So the number always continues to change, and we

18    actually just looked at our ablation volumes.  You know, we

19    do several thousand catheter ablations every year at

09:14   20    HonorHealth.  Roughly two-thirds of those procedures are

21    done with CARTO.

22    Q    When physicians are doing EP procedures at HonorHealth,

23    who operates the mapping machines while the doctor is

24    forming the procedure?

09:14   25    A    There is a mapping specialist that is provided by the

09:14    1    companies who manufacture or make the mapping systems.

2    Q    And let's make sure I understand your testimony.

3        Will manufacturers provide that support for

4    another manufacturer's machine?

09:15    5    A    No, they do not.

6    Q    Does any machine manufacturer not send representatives

7    to operate their cardiac mapping machines during a procedure

8    at HonorHealth?

9    A    No, they do not.

09:15    10    Q    Have you ever seen a case covered by someone other than

11    the manufacturer's representative at any time during your

12    career?

13    A    Yes, in part.  There have been several instances in my

14    career where we've had lab personnel that had some degree of

09:15    15    familiarity with the mapping systems and that they could do

16    a straightforward case sometimes.  So it's variable.  Again,

17    always with that added support if necessary.

18        But we've had -- for example, when I was at USC,

19    we had some of our folks in the lab who were fairly

09:16    20    comfortable with at least getting a case started and running

21    most of it.  There were many times where there would be

22    problems, and they would need to be troubleshooted, and then

23    they would reach out to the company representative, but that

24    was almost an exception.  Most places throughout my career,

09:16    25    and certainly as time has gone by, it has become

25

09:16    1    increasingly so.  We just don't have that expertise in the

2    laboratories.

3    Q    Why not?

4    A    I mean, there's a lot of reasons for that.  That's a

09:16    5    very complicated question.  But basically, it relates to our

6    difficulties in maintaining adequate competencies or having

7    just availability of personnel.  Hospitals, and certainly

8    cath labs, are no exception.

9           We are under a lot of pressure in terms of

09:17    10    maintaining good personnel.  They have to stay busy, and

11    thus they cover many different types of cases.  So having

12    them focused on something that is very knowledge-based or

13    expertise-driven, such as electrophysiology, is difficult,

14    so they just don't have the experience.

09:17    15          On top of that, because there is so much demand

16    for these folks, there is a great deal of turnover.  These

17    people move from place to place, or they may move out of

18    being at your hospital and working for industry instead, so

19    there's a great deal of flux in these personnel.

09:17    20          And then on top of that, quite frankly, these

21    systems are amazing, but they are incredibly complicated.

22    And they've become more complicated and more sophisticated

23    as time has gone by, so it does require the type of training

24    and expertise that, quite frankly, though, the companies do

09:18    25    an amazing job at training their own folks to support.

09:18    1    Q    You mentioned that your own staff has to cover

         2    different types of cases.

         3              Can you expand on that a little bit?  Were you

         4    referring specifically to EP cases?

09:18    5    A    Not at all.  In fact, just as an example -- and this

         6    varies of course across the country and certainly across

         7    facilities, but at HonorHealth, we have one hospital out of

         8    our five that do electrophysiology procedures that have some

         9    dedicated folks that focus on electrophysiology, not a

09:18   10    hundred percent, but the majority of the cases that cover

        11    electrophysiology.

        12              Now, within that, it's doing ablations, but it

        13    also could be doing putting in a pacemaker or putting in a

        14    defibrillator.  So there is a wide spectrum of cases even

09:19   15    within electrophysiology that don't include mapping, so it's

        16    not like we have any of these folks sitting and doing one

        17    mapping case after another, after another.  That's only at

        18    one particular facility, and that's for a small subset of

        19    our personnel.

09:19   20              The rest of our facilities and the majority of our

        21    staff, even at our biggest center, actually go across

        22    laboratories and do different things.  So they might be

        23    doing electrophysiology one day.  They might be doing

        24    angioplasty the next day.  They might be doing a structural

09:19   25    case like percutaneous valves or something the next day.  It

09:21    1    cardiovascular surgery?

2    A    Yes, sir.

3    Q    What about open-heart surgery?

4    A    Yes.

09:21    5    Q    What about valve repair?

6    A    Yes.

7    Q    Does that include instruments like scissors?

8    A    Sure.

9    Q    What about devices used in mapping procedures?

09:21    10    A    Yes.

11    Q    Which devices?

12    A    We do reprocess or resterilize several different types

13    of catheters.  We do also different types of long sheaths,

14    which are basically long tubes that we use to insert

09:21    15    catheters.  And we do it with many cables that these

16    catheters are connected to.

17    Q    Does HonorHealth have a contract with anyone to

18    reprocess catheters?

19    A    We currently have a contract with Innovative Health.

09:22    20    Q    Is that for EP catheters?

21    A    Yes.

22    Q    When did HonorHealth start its contract with Innovative

23    Health?

24    A    I am actually not exactly sure.  It has not been a very

09:22    25    long time.  I would say approximately a year and a half, but

09:22    1    I'm not a hundred percent sure when it started formally.

2    Q    Has anything prevented HonorHealth from taking full

3    advantage of its reprocessing contract with Innovative

4    Health?

09:22    5    A    Well, the one thing in particular has been related to

6    being able to resterilize high-density mapping catheters

7    from Biosense Webster because of a policy that they would

8    not cover or support those cases if we did that.  And it's

9    high-density mapping catheters and also a mapping-enabled

09:23    10    sheath that is used for catheter manipulation.

11    Q    How has Biosense's policy affected your ability to make

12    use of your reprocessing contract with Innovative?

13    A    Well, the concern is that we, obviously as mentioned,

14    are dependent on Biosense to help us perform these

09:23    15    procedures by providing somebody to do the mapping portion

16    of the procedure or to run the mapping machine.  So if we

17    don't have case coverage, we can't do the procedure.  It's

18    really as simple as that.  So not being able to reprocess a

19    particular type of catheter because then we're in fear of

09:23    20    losing that coverage does affect our ability to reprocess

21    catheters.

22    Q    When did you first hear about the Case Coverage Policy?

23    A    Sometime last fall I believe.

24    Q    Was that before or after HonorHealth started its

09:24    25    contract with Innovative?

09:24   1    A    It was after.

2    Q    How long have you been practicing EP again?

3    A    25 years.

4    Q    Were you surprised to learn of the policy last year?

09:24   5    A    I was.

6    Q    Why was it a surprise to you?

7    A    It's mostly around the idea of as absolute as it was,

8    right.  If we are being told that we're not going to get

9    coverage to perform a procedure that we feel is in the best

09:24   10   interest, of course, of patient care and sometimes is

11   life-saving, that, of course, creates a great deal of angst.

12   And all of us are in the business of taking care of

13   patients, and so, yeah, I was surprised.

14   Q    What do you think of the Case Coverage Policy,

09:25   15   Dr. Doshi?

16   A    I don't think it's appropriate.

17   Q    Why not?

18   A    Number 1, I do feel that we can use reprocessed

19   catheters safely, effectively.  But importantly, it does

09:25   20   affect our ability to support patient care.  It does

21   represent of course a cost savings as you can imagine, and

22   that is incredibly important for hospitals and hospital

23   systems these days.  So that is something that -- I mean,

24   it's one of the prime reasons why we do reprocessing.

09:25   25            There are several others as well of course.  We do

09:34    1    ultrasound is one example of that where you can superimpose

2    a realtime ultrasound image to make that map.

3    Q    Putting on your network director hat, how easy is it to

4    get physicians to change from their preferred machine?

09:34    5    A    It depends on the physician.  Some physicians, it's

6    very easy, and that's the minority.  The majority of

7    physicians, it's very difficult actually.

8    Q    Why don't you just order your doctors to switch from

9    the CARTO to a different brand?

09:34    10    A    As much as that might -- and not specifically for CARTO

11    to a different brand, but in general, as much as that might

12    be a very attractive thing, it's never the right thing to

13    do, right.  I would never want to have a physician doing

14    something that they're not comfortable with.

09:35    15            So if a physician feels that they can treat the

16    patient better doing something a certain way, whether it's

17    just related to comfort or it's experience, we want that

18    physician to do the best they can for that particular

19    patient of course.

09:35    20    Q    Have you ever asked the Abbott mapping technicians to

21    operate the CARTO for you?

22    A    No.

23    Q    Why not?

24    A    They're not trained to do so.

09:35    25    Q    Why don't you ask Innovative to send a mapping

09:35    1    technician to operate Biosense's CARTO?

2    A    I'm not aware they have any such people, and I'm not

3    sure -- well, I don't have any experience with a non-CARTO

4    person or one that has not been appropriately trained by

09:35    5    Johnson & Johnson to operate those machines, so I just don't

6    know how competent they would be.  As I mentioned before, I

7    think all the companies do an incredible job at training

8    their own personnel.

9    Q    What about hiring and training hospital staff at

09:36   10    HonorHealth to operate the machine when the doctor wants to

11    use the CARTO?

12    A    It would be a potential solution for this, but it is

13    virtually impossible, again, for some of the reasons I had

14    outlined previously.  We just don't have the bandwidth

09:36   15    related to the personnel we have, their availability, their

16    ability, to focus that time on a particular procedure and to

17    go through that adequate training.

18          It would, of course, just related to even

19    man-hours but even the appropriateness or the level of

09:36   20    capacity for a particular staff to be able to do this would

21    be very expensive, very difficult, and, quite frankly, right

22    now virtually impossible.

23    Q    Dr. Doshi, why don't you just buy Biosense reprocessed

24    catheters from Sterilmed?

09:37   25    A    It's a great question.  I do not know the details of

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:37    1    cost or other issues that might be associated with this, but

         2    I do know that obviously we have a contractual relationship

         3    that we have developed with Innovative Health.

         4              Part of that cost is, of course, driven by volume

09:37    5    or the number of different catheters that we reprocess, and

         6    that does drive down costs.  And so adding another vendor to

         7    do reprocessing might increase that cost.  If you asked me

         8    what those numbers were, I have no idea.

         9    Q    Were you involved in the decision to reprocess EP

09:38   10    devices with Innovative Health?

        11    A    Yes.

        12    Q    Why did HonorHealth pick Innovative Health?

        13    A    I think they were -- and this was not driven by me.

        14    This was more sort of essentially presented to me as part of

09:38   15    this, you know, committee, if you will.  HonorHealth had

        16    done a fair amount of due diligence.  And when I say

        17    HonorHealth, our folks in our Procurement Department and the

        18    folks that are responsible for ordering catheters and making

        19    these types of decisions, that they were both very impressed

09:38   20    with the facilities, and they were very impressed with the

        21    workflow and the personnel support.

        22              And again, they were a local company that was

        23    looking to partner with us, and so they were very

        24    enthusiastic about using them.  And what they presented to

09:38   25    me when I was seeing this was equally impressive, or I felt

09:40    1    And if we're talking about the high-density mapping

2    catheters, HD Grid is a particular catheter that has been

3    reprocessed, yes.

4    Q    Has HonorHealth had any issues with the quality of

09:40    5    Innovative's HD Grid catheter?

6    A    No.

7    Q    Dr. Doshi, is it important for HonorHealth to maximize

8    savings from reprocessing?

9    A    Yes.

09:41    10    Q    Why is that?

11    A    As I mentioned previously, we are under a tremendous

12    amount of pressure to try to lower costs as much as

13    possible, and this is even as a nonprofit organization.  We

14    just need to do this to maintain the ability to do these

09:41    15    procedures.  Obviously, if a procedure costs the system

16    money, we can't keep doing them indefinitely.  And so this

17    is just one example of trying to save certainly where we

18    can.  Again, there are other reasons.  I think we should be

19    looking at more reprocessing, not less.

09:41    20    Q    How does HonorHealth use the savings from reprocessing

21    in the EP lab?

22    A    So obviously, it supports the bottom line for the

23    hospital.  But specifically, we look at these things, and it

24    helps us make decisions or allows us to actually reinvest

09:42    25    that money into newer technologies, newer equipment, or

09:42    1   even, quite frankly, just maintenance of the equipment that

         2   we have currently.  So it allows us to not just -- you know,

         3   it allows us to continue to do what we do but to also keep

         4   up with a very rapidly evolving technology space.

09:42    5   Q    Would HonorHealth reprocess sensor-enabled catheters

         6   with Innovative if Biosense did not -- well, let me rephrase

         7   this.

         8          So would HonorHealth reprocess sensor-enabled

         9   catheters from Biosense with Innovative if Biosense did not

09:42   10   condition CARTO 3 support on using its own new or

        11   reprocessed versions of those catheters?

        12   A    If I followed you correctly, yes.

        13   Q    Does Biosense's Case Coverage Policy increase or

        14   decrease choice for your doctors and hospitals?

09:43   15   A    Decrease.

        16          MR. BERHOLD:  Your witness.

        17          MR. FARIDI:  Your Honor, may I approach with some

        18   cross-examination documents?

        19          THE COURT:  You may.

09:43   20                     CROSS-EXAMINATION

        21   BY MR. FARIDI:

        22   Q    Dr. Doshi, it's good to meet you in person today.  We

        23   met over Zoom a couple of months ago for your deposition.

        24   A    Yes.

09:44   25   Q    I just want to clean up a couple of things before I

09:44   1    dive into the examination.

        2            During the direct examination, sir, you referenced

        3    a mapping-enabled sheath.  Do you recall that?

        4    A    Yes.

09:44   5    Q    That's the VIZIGO sheath manufactured by Biosense

        6    Webster, correct?

        7    A    Yes.

        8    Q    You also spoke, sir, during direct examination about

        9    the fact that you were not aware of the Biosense Clinical

09:44   10   Support Policy until very recently.  Do you recall that?

        11   A    Last fall, yeah.

        12   Q    And you're not here to testify that when you worked at

        13   the Keck School of Medicine at the University of California

        14   that the supply chain administrators were not made aware of

09:44   15   the Biosense policy, correct?

        16   A    Correct.

        17   Q    Okay.  And you're not here to testify to the fact that

        18   before you joined HonorHealth in Arizona, the HonorHealth

        19   leadership was not made aware of the policy, correct?

09:45   20   A    Correct.

        21   Q    Okay.  And you talked about how HonorHealth signed an

        22   agreement with Innovative Health for reprocessing, correct?

        23   A    Yes.

        24   Q    Okay.  Do you know whether, before that agreement was

09:45   25   executed, whether Innovative Health made HonorHealth aware

09:50    1    Q    Dr. Doshi, you yourself, sir, have evaluated almost

2    every mapping system in the electrophysiology space,

3    correct?

4    A    Correct.

09:50    5    Q    You personally have had obviously hands-on experience

6    with the CARTO 3, correct?

7    A    Yes.

8    Q    In fact, you had access to CARTO 3 at almost every

9    electrophysiology lab that you worked at?

09:50    10    A    Yes.

11    Q    You also had access to the Abbott system at almost

12    every electrophysiology lab that you worked at?

13    A    Yes.

14    Q    Just a couple of clarifications on the Abbott system.

09:51    15    The Abbott system is known in the industry as the open

16    system, correct?

17    A    Correct.

18    Q    And that means that you can use that platform to

19    visualize any catheter based on impedence technology,

09:51    20    correct?

21    A    Correct.

22    Q    The Abbott systems is different from the CARTO 3

23    because the CARTO 3 is a closed system, correct?

24    A    Correct.

09:51    25    Q    And that means that only Biosense-originated catheters

49

09:51    1    can be used on it, correct?

2    A    Correct.

3    Q    And at HonorHealth, you talked about how many CARTO 3s

4    you have during your direct examination, correct?

09:51    5    A    Correct.

6    Q    You said you had about five to six, correct?

7    A    I think we have four or five.

8    Q    Okay.  But you also have five Abbott cardiac mapping

9    systems, correct?

09:51    10    A    Correct.

11    Q    And you would admit, sir, that you are not the only

12    electrophysiologist at HonorHealth who knows how to use both

13    the Abbott and the CARTO system, correct?

14    A    Correct.

09:52    15    Q    In fact, when we spoke during your deposition,

16    HonorHealth was in the process at that time of also

17    acquiring the OPAL system that's manufactured by Boston

18    Scientific, correct?

19    A    Correct.

09:52    20    Q    And you would agree, sir, that it's not uncommon for

21    electrophysiology labs to have multiple cardiac mapping

22    systems, correct?

23    A    Correct.

24    Q    Dr. Doshi, you also believe, sir, that it's a good

09:52    25    thing for electrophysiologists to have exposure to different

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

50

09:52  1    mapping systems?

2    A     Correct.

3    Q     And the systems that we've been talking about, the

4    Abbott system and the Biosense system, you would agree, sir,

09:52  5    that these systems compete against one another, correct?

6    A     Correct.

7    Q     You believe that they all operate, generally speaking,

8    in the same space, correct?

9    A     Yes.

09:53  10    Q     And in fact, the competition between Biosense Webster

11    and Abbott to use your words in the deposition is very good,

12    correct?

13    A     Yes.

14    Q     You spoke during direct examination, sir, about the

09:53  15    process that hospitals go through in order to acquire

16    capital equipment such as cardiac mapping systems.  Do you

17    recall that?

18    A     Yes.

19    Q     And you referenced the committee system that is used at

09:53  20    HonorHealth, correct?

21    A     Yes.

22    Q     And purchasing decisions related to cardiac mapping

23    systems are made by these committees, correct?

24    A     Correct.

09:53  25    Q     In fact, you talked during direct examination about how

09:53    1    you've been involved in the committee process?

2    A    Correct.

3    Q    And these committees receive input from

4    electrophysiologists like yourself and others, correct?

09:53    5    A    Yes.

6    Q    And take physician preferences into account, correct?

7    A    Yes.

8    Q    They receive feedback from and input from procurement

9    professionals whose job includes evaluating the objective

09:54    10    evidence of a given technology, correct?

11    A    Yes.

12    Q    And committees also receive input from finance

13    professionals who evaluate the total cost, the lifetime

14    cost, associated with cardiac mapping systems, correct?

09:54    15    A    Yes.

16    Q    And those lifetime costs that these committees take

17    into account include the cost of disposables, such as

18    catheters, correct?

19    A    Yes.

09:54    20    Q    And you also agree, sir, that the lifetime costs of

21    disposables far exceed the costs of simply buying the

22    cardiac mapping machine, correct?

23    A    I'm sorry.  I'm not sure I'm following.  The lifetime

24    cost of a disposable far exceeds that of a mapping system?

09:54    25    Q    That was a terrible question.  Let me reask it.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

52

09:54   1    A     Yeah.

2    Q     Generally speaking, the total costs associated with the

3    catheters that are used on a single cardiac mapping system,

4    those total costs over the lifetime usage of a machine

09:55   5    exceed the costs of the capital equipment, correct?

6    A     In general, yes.

7    Q     I want to talk a little bit about catheters, the

8    disposables, and focusing on the CARTO 3 system.

9          You would agree that precision of a catheter is

09:55  10    important in diagnosing and treating arrhythmia?

11    A     Yes.

12    Q     Lack of precision increases the risk of harm to the

13    patient?

14    A     Correct.

09:55  15    Q     That's because if the map reflects that a catheter

16    is -- particularly an ablation catheter -- is in a

17    particular location, but you are not actually in that

18    location in real life, you may ablate the wrong area of the

19    heart, correct?

09:56  20    A     Correct.

21    Q     And you would agree, sir, that in Biosense's

22    promotional materials related to the CARTO 3, the company

23    has focused on the accuracy of the map, correct?

24    A     Correct.

09:56  25    Q     And you would also agree, sir, that the electromagnetic

53

09:56   1   technology that we spoke about earlier contributes to the

2   accuracy of the map, correct?

3   A    Correct.

4   Q    And I want to talk very briefly about reprocessed

09:56   5   catheters, an issue that you spoke about during direct

6   examination.

7           When you were at the Keck School of Medicine here

8   in California before you moved to Arizona, you did not use

9   any reprocessed sensor-enabled mapping catheters on the

09:57  10   CARTO 3 system, correct?

11   A    Correct.

12   Q    At your current employer, HonorHealth, you also have

13   not been using any reprocessed sensor-enabled mapping

14   catheters on the CARTO 3, correct?

09:57  15   A    Correct.

16   Q    In fact, you have never previously used a reprocessed

17   sensor-enabled catheter on the CARTO 3, correct?

18   A    Correct.

19   Q    Now, because you have never personally yourself ever

09:57  20   used a reprocessed sensor-enabled catheter on the CARTO 3

21   system, you can't tell us that you have a preference for a

22   reprocessed sensor-enabled catheter for the CARTO 3 system

23   over an OEM original brand-new sensor-enabled catheter for

24   the CARTO 3 system?

09:58  25   A    I do want to amend my answer if I could.  I do have --

10:03   1   electrophysiologists are dependent on clinical specialists,
        2   on mapping support provided by the manufacturer, in
        3   providing some level of accuracy in connection with an EP
        4   procedure, correct?
10:03   5   A    We did debate this a little bit.  I understand what
        6   you're asking, and I would -- in general, I would agree with
        7   the fact that we rely on our mapping specialists as part of
        8   the team to help relay information.  I think we were
        9   discussing is the person that is ultimately responsible and
10:03  10   has the expertise to actually take all the information
       11   that's coming in, not just from the map, to determine the
       12   accuracy, location, effectiveness of a particular ablation
       13   spot, let's say, is the electrophysiologist.
       14   Q    The electrophysiologist has ultimate responsibility,
10:03  15   but the electrophysiologist does rely to some degree on the
       16   support provided by a clinical account specialist with
       17   respect to location accuracy, correct?
       18   A    I don't know that I would use the word "rely."  I would
       19   say that it is part of the information that is being given
10:04  20   to us that we process and we take into account as we're
       21   making an assessment.
       22   Q    That's fair.  Thank you.
       23        I'm skipping a lot of pages here because we don't
       24   have to debate this issue.
10:04  25   A    That's good.

10:04   1   Q    You also agree, sir, that the clinical account support

        2   -- the mapping support provided by a system manufacturer

        3   such as Biosense Webster is provided for free, correct?

        4   A    Correct.

10:04   5   Q    And in fact, you've performed electrophysiology mapping

        6   procedures with support from Biosense's clinical

        7   specialists, correct?

        8   A    Correct.

        9   Q    You said you've done thousands of them, correct?

10:05   10  A    Correct.

        11  Q    And you have found Biosense's clinical specialists to

        12  be, quote, "incredibly skilled, very valuable, and very

        13  knowledgeable," correct?

        14  A    Correct.

10:05   15  Q    You've been satisfied by their performance?

        16  A    Yes.

        17  Q    And you also agree, sir, that they receive a

        18  significant amount of training from Biosense Webster,

        19  correct?

10:05   20  A    Correct.

        21  Q    It could take them anywhere between six months to a

        22  year and a half in order to become proficient, correct?

        23  A    Correct.

        24  Q    And I also want to talk a little bit about the

10:05   25  interplay between the clinical support that the Biosense

10:06    1    mappers provide and the actual cardiac mapping system, okay?

2    It is obviously the expectation, as you said during direct

3    examination, of the electrophysiologist that if they're

4    doing a case that involves mapping, they will having mapping

10:06    5    support, correct?

6    A    Correct.

7    Q    Either from sometimes a hospital or from the

8    manufacturer, correct?

9    A    Correct.

10:06    10    Q    And clinical support for the cardiac mapping system

11    translates that service that the supporters are providing or

12    that the mappers are providing that can help you take care

13    of patients, correct?

14    A    Correct.

10:06    15    Q    And you would agree, sir, that the clinical support

16    that the Biosense mappers provide is part of a broader

17    system offering that includes the console and the

18    disposables, correct?

19    A    Correct.

10:07    20    Q    Now, you understand, sir, that Innovative Health has

21    decided to compete against Biosense Webster, correct?

22    A    I don't know that they're in competition with Biosense

23    Webster.  They're --

24    Q    Well, they sell reprocessed sensor-enabled catheters,

10:07    25    correct?

60

| | | |
|---|---|---|
| 10:07 | 1 | A    Yes. |
| | 2 | Q    And -- but Innovative Health has -- and we said this on |
| | 3 | direct examination -- never offered to bring someone in to |
| | 4 | map your cases, correct? |
| 10:07 | 5 | A    Correct. |
| | 6 | Q    They've never offered to bring someone in to train |
| | 7 | HonorHealth employees to provide clinical support, correct? |
| | 8 | A    Correct. |
| | 9 | Q    I think you said in your direct examination that you're |
| 10:07 | 10 | not even sure whether they have a mapper on staff.  Do you |
| | 11 | recall that? |
| | 12 | A    Correct. |
| | 13 | Q    Do you see Mr. DeTate sitting right here, the gentleman |
| | 14 | to the far left? |
| 10:07 | 15 | A    Yes. |
| | 16 | Q    You understand that he works for Innovative Health? |
| | 17 | A    Yes. |
| | 18 | Q    And he's a very proficient mapper in the CARTO 3 |
| | 19 | system.  Did you know that? |
| 10:08 | 20 | A    I did not know that. |
| | 21 | Q    Do you know, sir, that Innovative Health had |
| | 22 | discussions with their business partner, Medline, about |
| | 23 | whether Medline can provide mapping support to hospitals? |
| | 24 | Did you know that? |
| 10:08 | 25 | A    I had no knowledge of that. |

94

| | | |
|---|---|---|
| 11:40 | 1 | A    I don't recall. |
| | 2 | Q    Okay.  And you see where he says:  "Thanks for today, |
| | 3 | boys"?  Do you see that? |
| | 4 | A    I do see that. |
| 11:40 | 5 | Q    He says:  "Here is some info on our suit with Biosense |
| | 6 | Webster," correct? |
| | 7 | A    Yes, I'm seeing it here with you. |
| | 8 | Q    In fact, he says:  "We'll send you a copy of the |
| | 9 | Complaint shortly," right? |
| 11:41 | 10 | A    I don't recall getting a copy of the claim.  In fact, |
| | 11 | it covered a lot. |
| | 12 | Q    Sir, I was only asking about whether you had a copy of |
| | 13 | the Complaint.  Did you get a copy of the Complaint? |
| | 14 | A    No, I don't believe so. |
| 11:41 | 15 | Q    And did you testify earlier that you had no |
| | 16 | communications whatsoever with Innovative's lawyers about |
| | 17 | this lawsuit? |
| | 18 | A    That's correct. |
| | 19 | Q    Okay.  So how is it that you came to be here today? |
| 11:41 | 20 | A    Well, it's my civic duty for the justice system when |
| | 21 | asked to be here and say what happened. |
| | 22 | Q    And who asked you to be here? |
| | 23 | A    I was asked by Innovative to be here. |
| | 24 | Q    Innovative's - who at Innovative? |
| 11:41 | 25 | A    I don't recall the specific person, but I was asked to |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:41   1   testify.

2   Q    When?

3   A    I don't recall the exact date.

4   Q    Who?  No recollection?

11:42   5   A    I mean, it's by Rick.  I mean, it's - yeah.

6   Q    When did you speak with him last?

7   A    I don't recall.

8   Q    Okay.  I want to make sure I follow the protocol.

9        Mr. Ferreira, right, Rick Ferreira?

11:42   10   A    Right, right.  Yeah.

11   Q    Now, you said, sir, on your direct examination that you

12   considered Vizient -- the hospitals within the Vizient

13   network to be your partners, correct?

14   A    Yes.

11:42   15   Q    And you told the jury earlier that they were not able

16   to realize savings from Innovative Health because of this

17   policy, this Biosense policy, that you spoke about during

18   your direct examination, right?

19   A    Yes.

11:43   20   Q    But your hospital partners are sophisticated

21   purchasers, right?

22   A    I would classify that as accurate.

23   Q    In your view, they make informed decisions about

24   purchasing medical devices, right?

11:43   25   A    Yes.

11:43  1    Q    And before they purchase medical devices, before they

2    purchase electrophysiology devices, your partners at the

3    hospitals will review and evaluate, and I'll quote:  "A

4    medical device's clinical, economic, and operational

11:43  5    qualities," right?

6    A    Yes.

7    Q    Hospitals also research the mapping systems and the

8    catheters before they make their purchasing decisions,

9    right?

11:43  10   A    Right.

11   Q    In fact, your hospital partners took the life cycle

12   costs of the cardiac mapping systems, including the

13   disposables, the catheters, into account when they made

14   their purchasing decisions, right?

11:44  15   A    I can't confirm that.  You know, I would guess so.

16   Q    Well, why don't we take -- we don't want guesses here.

17   We'll take a look at your deposition testimony on page 37,

18   6, to 37, line 10.

19              MR. FARIDI:  Your Honor, I want to play the clip.

11:44  20              MS. ANDERSON:  No objection.

21              MR. FARIDI:  Let's play the clip.  This is 15.1.

22          (Video clip played)

23   BY MR. FARIDI:

24   Q    That wasn't a guess, right?

11:44  25   A    Yeah.

| 11:44 | 1 | Q     Thank you. |
| | 2 | And you agree, sir, that hospitals have choices in |
| | 3 | the cardiac mapping system they want to purchase, yes or no? |
| | 4 | A     Yes. |
| 11:45 | 5 | Q     And there are certainly a number of cardiac mapping |
| | 6 | systems available on the -- in the marketplace, right? |
| | 7 | A     Yes. |
| | 8 | Q     There's Abbott.  There's Boston Scientific.  Medtronic |
| | 9 | has a new system, right? |
| 11:45 | 10 | A     I know about the first two.  I don't know about |
| | 11 | Medtronic's mapping system. |
| | 12 | Q     Right, because you haven't been in the |
| | 13 | electrophysiology space for some time, right?  That's |
| | 14 | correct, right? |
| 11:45 | 15 | A     I know the window of what we're talking about today, |
| | 16 | correct. |
| | 17 | Q     So you're not aware that Medtronic has put out a new |
| | 18 | system called Affera? |
| | 19 | A     I wouldn't be surprised.  They need to innovate.  They |
| 11:45 | 20 | had the first cryoballoon. |
| | 21 | Q     I can't -- can you speak up a little bit? |
| | 22 | A     Yeah.  I'm not surprised.  Medtronic, it needs to |
| | 23 | innovate, and they have the cryoballoon.  They had the first |
| | 24 | cryoballoon for EP. |
| 11:45 | 25 | Q     Did you say that you're not sure whether they need to |