# Exhibit 2

CONFIDENTIAL

**Page 1**

1                UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA

2                   SOUTHERN DIVISION

3    _____

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,                CASE NO.

6    vs.                    8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9    _____

10                 ** CONFIDENTIAL **

11            VIDEOTAPE 30(B)(6) DEPOSITION

12             OF BIOSENSE WEBSTER, INC.

13           AND IN HIS INDIVIDUAL CAPACITY

14              WITNESS: DONALD COLDIRON

15                APPEARING REMOTE FROM

16                ROCHESTER, MINNESOTA

17

18                 SEPTEMBER 3, 2021

19                   9:33 A.M CST

20

21   Reported By:

22   Judith L. Leitz Moran

23   RPR, RSA, CCR-B-2312

24   APPEARING REMOTELY FROM ATLANTA, GEORGIA

25

CONFIDENTIAL

Page 15

1    exhibits set, I just want to make clear for the

2    record that it's my understanding that currently

3    Mr. Coldiron is being deposed in his individual

4    capacity pursuant to the subpoena issued by

5    Innovative Health, and so his testimony at this

6    point in time is in his individual capacity.

7              MS. MOSKOWITZ:  I'll ask a question while

8    we're waiting just on that.

9              In the interest of time, I mean, I am

10   going to be covering this document in other topics.

11   It may be that -- that you want to change your mind

12   on that at some point, but otherwise, we will be

13   likely covering some of the same exact topics on

14   behalf of Mayo when I -- when I'm up.

15             CONCIERGE FARMER:  Okay.  The new

16   Exhibit 308 is available.

17             (Deposition Exhibit 308 marked.)

18   BY MR. BERHOLD:

19        Q    Mr. Coldiron, do you have Exhibit 308 on

20   your screen?

21        A    Yes, I do.

22        Q    And do you recognize Exhibit 308?

23        A    Yes, I do.

24        Q    And is this the report of capital

25   equipment you requested from Ms. Hallum?

CONFIDENTIAL

                                                            **Page 16**

1        A      Yes.

2        Q      And it's a report of the mapping systems

3    currently owned at each location of the Mayo

4    Clinic?

5              MS. MOSKOWITZ:   Objection, leading.

6    BY MR. BERHOLD:

7        Q      You can answer, Mr. Coldiron.

8        A      Okay.  Yes, it is.

9        Q      You testified earlier that you understood

10   that there may be an electrophysiology lab in

11   Mankato, Minnesota.  Do you know whether there's a

12   cardiac mapping system at the Mayo Clinic location

13   in Mankato, Minnesota?

14       A      It was -- it was my understanding, yes.

15   And yes, I do.  I see they're not on this list.

16       Q      And do you -- you see in the last column,

17   F, there's a reference to Medtronic Cryo?

18       A      Yes.

19       Q      Do you personally know whether Medtronic

20   Cryo is a cardiac mapping system?

21       A      Medtronic cry -- it's a combo system.

22       Q      So it's your understanding that it has

23   cardiac mapping functionality on it?

24       A      Correct.

25       Q      And Mayo Clinic currently owns 10 CARTO 3

CONFIDENTIAL

Page 17

1    systems in total?

2         A     Yes.

3         Q     And five Abbott Precision cardio mapping

4    systems?

5         A     Yes.

6         Q     And the three Boston RHYTHMIA cardiac

7    mapping systems?

8         A     Yes.

9         Q     And --

10        A     As of June.  As of June, yeah.

11        Q     Okay.  And has Mayo Clinic been adding

12   CARTO 3 mapping systems in the last year or two?

13        A     Not to my knowledge.

14              MR. BERHOLD:  Jim, can we pull up

15   Mayo2_1.

16              CONCIERGE FARMER:  Exhibit 309 has been

17   introduced.

18              (Deposition Exhibit 309 marked.)

19   BY MR. BERHOLD:

20        Q     Mr. Coldiron, I am introducing Exhibit

21   309 which is -- has been edited to hide certain

22   columns and highlight certain columns and filter

23   for certain products.

24              Do you -- do you generally recall -- do

25   you recognize Exhibit 309?

CONFIDENTIAL

Page 18

1        A    Yes, I --

2             MS. MOSKOWITZ:  Objection.  Objection to

3    the alteration as well.

4    BY MR. BERHOLD:

5        Q    I'm sorry, what was your answer,

6    Mr. Coldiron?

7        A    Yes, I recognize the exhibit.

8        Q    Do you -- yeah, and Exhibit 309 is a

9    report of all purchases of electrophysiology

10   disposables for the Mayo Clinic?

11       A    Yes.

12       Q    Over a period of several years?

13       A    Yes.  If I recall correctly, it goes back

14   to three or four years.

15            MR. KARPENKO:  I'll just note for the

16   record that that is a description of the document

17   as originally produced.

18            Obviously, the witness hasn't had the

19   opportunity to review it for modifications to see

20   what impact that would have on the underlying data,

21   but I think that's accurate testimony with respect

22   to the original document.

23   BY MR. BERHOLD:

24       Q    And --

25       A    It's 2016 through 2021 at that time.

CONFIDENTIAL

Page 79

1      A     Yes.  Well, probably one to two.

2      Q     Can you give me those names if you have

3   them?

4      A     Jeff Browning.  And then his boss is

5   Elizabeth Fitzgerald.

6      Q     And are those individuals administrators

7   versus physicians, not -- I don't know what the

8   right terms are.  Are they doctors?

9      A     No.

10     Q     Okay.

11     A     They're contracting professionals.

12     Q     Thank you.  I don't know the right words

13   to use.  That makes sense.

14          Do you know anything about the process by

15   which the group -- other than the RFP process you

16   described, what analysis they undertake, if any, in

17   connection with the potential acquisition of a new

18   cardiac mapping system?

19     A     Yes, there's a -- you know, from a --

20   there's certainly -- you're looking at all the

21   clinical aspects and that's largely driven by, you

22   know, the clinical counterparts on the -- on the

23   clinical side.

24          As far as on the supply chain side,

25   there's a whole process now that we have in place.

CONFIDENTIAL

Page 80

1    It's third-party risk management and it -- it looks

2    at a number of items from data security, from is

3    there PHI that's going to be on the machine, is --

4    what's the company's standing financially.

5              So it goes -- it will go through that

6    team now which is in its -- that's new.  I mean,

7    the process is not new, but the team itself --

8         Q    Right.

9         A    -- is fairly new.

10         Q    So fair to sort of describe that second

11    part, that's just counterparty level of risk as

12    opposed to machine specific considerations?

13         A    Correct.

14         Q    And is there also a cost analysis for

15    life of system that is taking place whether --

16    whatever umbrella that might fall in?

17         A    Absolutely, yep.

18         Q    Would you call that more on the clinical?

19         A    I would say in combination with the

20    clinical.  I mean, they know -- they provide what

21    the utilization and caseload could potentially be.

22              And we look -- you know, we look at

23    maintenance, of course, what's that going to look

24    like.

25         Q    Are you -- do you know if they also take

CONFIDENTIAL

Page 81

1    into account; and if so, how the cost of the

2    disposables, the catheters that will be used in

3    connection with the system?

4         A    They do.

5         Q    Do you have an understanding of how

6    that's modeled or how that fits in?

7         A    It comes with -- well, it depends on how

8    they're -- I guess, it depends on how they're --

9    how they're acquiring the equipment.  So if they're

10   buying it outright, you know, it may not factor as

11   much.  It's certainly a factor.

12              You know, they look at the case cost of

13   all the different -- you know, let's say they're

14   using a CARTO.  You know, it's not just CARTO

15   supplies or Biosense Webster supplies that are

16   being utilized for that specific case.  So they're

17   looking at all that.

18              And then, you know, as they're -- if

19   they're not buying it outright, is there a number

20   of catheters they have to buy.

21              And, you know, they look at the cost of

22   the catheters specifically in those types of

23   scenarios to -- you know, if it's a leverage-type

24   purchase of that capital equipment.

25        Q    So, yeah, let's -- let's spend a moment

CONFIDENTIAL

Page 82

1    on that.

2              It sounds like there's more than one way

3    to acquire a cardiac mapping system.  One is an

4    outright purchase you described, right?

5         A    Uh-huh.

6         Q    And -- and you -- thank you.

7              And you also just described some sort of

8    leveraged transaction where you take it on subject

9    to -- for you to purchases of catheters.  Am I

10   describing that right?

11        A    Yes.  Yeah, so there will be X amount of

12   catheters over X amount of time essentially would

13   pay -- help pay for the capital equipment.

14        Q    And after that, does it then become owned

15   after that --

16        A    Yes.

17        Q    -- contractual period?

18        A    Yes.  And there's also rentals which we

19   don't do a whole lot for EP systems, but other

20   capital equipment we do.

21        Q    So that was one of -- so in terms of

22   cardiac mapping systems, to your knowledge, has

23   Mayo ever rented one of those cardiac mapping

24   systems?

25        A    Not to my knowledge.

CONFIDENTIAL

Page 83

1          MR. KARPENKO:  Objection, beyond the

2     scope.

3     BY MS. MOSKOWITZ:

4          Q     And has Mayo done one of those types of

5     financing or -- I don't -- let me withdraw.

6               What would you call the -- the -- the

7     procedure to acquire where you -- sort of future

8     purchases are over time before you own?

9          A     Yeah, we -- we usually call them, and I

10    don't know if this is technical term, a leveraged

11    purchase.

12         Q     Okay.

13         A     Or -- or utilizing disposables to help

14    pay for their capital.

15         Q     And has Mayo done that for any of its

16    cardiac -- cardiac mapping systems?

17         A     I believe so in the past.  I -- I don't

18    know of a recent purchase, though, where we did

19    that.

20         Q     Do you know if it's done a leveraged

21    purchase for any of the CARTO 3s?

22         A     I'm not aware of any -- any -- at least

23    outstanding where we still have to purchase X

24    amount of catheters to help cover that, yep.

25         Q     So to the best of your knowledge, there

CONFIDENTIAL

Page 87

```
 1        Q    -- after that, right?

 2        A    Yep.  Yes.

 3        Q    Thank you.

 4             In connection with that, is Mayo

 5   outlaying any upfront money in addition to that

 6   commitment -- forward commitment?

 7        A    There could -- there could be instances

 8   of that where it's a combination.

 9        Q    And are there instances you're aware of

10   where there is zero capital outlay, money outlay?

11        A    Not -- not for -- yeah, I guess I don't

12   know the history of how we acquired -- how Mayo

13   acquired all of the mapping systems.

14        Q    Do you know whether Mayo has been able to

15   use or leverage the fact that it has multiple

16   systems in discussions over price for cardiac

17   mapping systems?

18        A    I don't.

19             MR. BERHOLD:  Objection.

20        A    I'm unaware.

21             MR. KARPENKO:  Objection, beyond the

22   scope.

23   BY MS. MOSKOWITZ:

24        Q    Do you have any information about how the

25   negotiations between Mayo and a manufacturer for
```

CONFIDENTIAL

Page 88

1    acquisition of the cardiac mapping systems take

2    place?

3              MR. KARPENKO:  Objection, beyond the

4    scope.

5         A    Well, like I said, I -- we haven't -- to

6    my knowledge, haven't purchased any in some time.

7    So I -- I haven't been a party to any of those

8    negotiations.  So not to my knowledge.

9    BY MS. MOSKOWITZ:

10        Q    And -- and you have -- you have mentioned

11   that there haven't been recent purchases.

12             Just going back in your mind, if you can

13   recall, regardless of what manufacturer it was, do

14   you recall when the last cardiac mapping system was

15   acquired across the various facilities?

16        A    No.

17             MR. KARPENKO:  Objection, beyond the

18   scope.

19   BY MS. MOSKOWITZ:

20        Q    Do you -- do you agree that the various

21   cardiac mapping system manufacturers are competing

22   for Mayo's business?

23        A    Yes.

24        Q    You -- you mentioned, I think, a

25   three-year cycle with respect to contracts for

CONFIDENTIAL

Page 89

1    cardiac systems or did I misunderstand that?

2         A    That was for disposables.

3         Q    Okay.  So the five-year contracts that

4    you mentioned was for what?  I wrote three-year and

5    five-year and I couldn't recall which one was

6    which.

7         A    Yes.  So most of our contracts are three

8    years for disposables.  Our Medline/Innovative

9    Health contract was a five-year contract

10   reprocessing, yep.

11        Q    Okay.  Thank you.

12             In terms of which catheters Mayo will

13   purchase -- I mean, is that also your buying

14   position preference?

15        A    It is along with cost.

16        Q    And in terms of physician preference, I

17   think there was physician preference item, that

18   terminology was used.  Is that just basically

19   making the point that physicians have preferences

20   over which catheters to use?

21        A    Yes, we don't --

22             MR. BERHOLD:  Objection.

23        A    -- dictate.  It's -- it's up to the

24   physician how they want to treat a patient.

25   BY MS. MOSKOWITZ:

CONFIDENTIAL

**Page 126**

1        A     Yes and no.  Yes, until the software

2    changes or there's an upgrade.

3        Q     And then you need to be --

4        A     Or the machine changes, yep.

5        Q     And thus, you just need to be retrained

6    on the new software, in other words?

7        A     Correct.

8        Q     And Biosense is willing to provide that

9    training for free?

10            MR. BERHOLD:  Objection.

11       A     Yeah, I don't know the answer to that

12   question.

13   BY MS. MOSKOWITZ:

14       Q     You don't know one way or the other?

15            MR. KARPENKO:  Beyond the scope.

16   BY MS. MOSKOWITZ:

17       Q     You don't no one way or the other?

18       A     I don't.

19            MR. KARPENKO:  Objection, beyond the

20   scope.

21   BY MS. MOSKOWITZ:

22       Q     Has Mayo's self-support of CARTO 3 at

23   Rochester been successful?

24            MR. BERHOLD:  Objection.

25       A     I guess define "successful."

CONFIDENTIAL

Page 127

1   BY MS. MOSKOWITZ:

2       Q    Is that something that is working?

3            MR. BERHOLD:  Objection.

4       A    I don't know one way or the other if it's

5   working or not.

6   BY MS. MOSKOWITZ:

7       Q    Have you heard that it's not working?

8       A    I have not.

9       Q    Biosense is not contractually obligated

10  to provide clinical support for EP procedures on

11  CARTO 3, right?

12      A    Yeah, I don't know of a contract that has

13  that requirement.

14      Q    Your understanding is that Biosense

15  provides that support voluntarily, right?

16      A    Correct.

17      Q    And that they provide it for free, right?

18      A    Yeah, I have not seen a breakout that

19  shows the charge for training -- or for running the

20  machine.

21      Q    So your understanding sitting here today

22  is that there is no charge by Biosense for its

23  clinical support?

24      A    Yes.

25      Q    Are you aware that -- well, withdrawn.

CONFIDENTIAL

Page 128

1              We talked about the policy that Biosense

2     has that it will not provide clinical support for

3     sensor-enabled catheters that are reprocessed by a

4     third party, right?

5          A     Yes.

6          Q     Are you aware that that policy took

7     effect on October 31, 2014?

8          A     Yes.

9          Q     And when did you -- well, do you know

10    when Mayo first became aware of that policy?

11             MR. KARPENKO:  Objection, beyond the

12    scope.

13         A     I'm not aware.

14    BY MS. MOSKOWITZ:

15         Q     When did you first become aware of the

16    policy?

17         A     Probably right around the time I started

18    -- probably a little after the time I started

19    managing this -- this category or portfolio.  So

20    probably sometime in 2018.

21         Q     Late '17, early '18, that same time

22    period?

23         A     Yeah, I would say -- I would say 2018,

24    yep.  Because the -- yeah.  Yeah, it had to have

25    been 2018.  I was -- I was just taking it on in

CONFIDENTIAL

1    2017.

2        Q    And you don't know one way or the other

3    whether this was -- whether Biosense's policy was

4    generally understood at Mayo earlier than that?

5            MR. KARPENKO:   Objection, beyond the

6    scope.

7        A    I don't know one way or the other.

8    BY MS. MOSKOWITZ:

9        Q    With respect to the other cardiac mapping

10   systems that Mayo has, Precision and RHYTHMIA, for

11   example, who provides clinical support for -- for

12   those machines?

13       A    To my knowledge, the supplier does.

14       Q    And in the Rochester example, I think you

15   said that Mayo self-supports for Precision but

16   maybe not RHYTHMIA.  Did I remember that correctly?

17       A    That -- that is my understanding.

18       Q    And in terms of when Abbott or Boston

19   Scientific are providing the support, are they also

20   providing that support for free like Biosense does?

21       A    Yes.  There's no line item charge for

22   support.

23       Q    In your experience, has any cardiac

24   mapping system manufacturer ever charged for case

25   coverage or clinical support?

CONFIDENTIAL

Page 130

1      A     Not to my knowledge.

2      Q     Is it your understanding that case

3  coverage for cardiac mapping systems is a service

4  that's provided as part of the overall product

5  offering for the system itself?

6      A     That's --

7            MR. BERHOLD:  Objection.

8      A     That's my understanding.

9  BY MS. MOSKOWITZ:

10     A     Does Mayo consider the clinical support

11 provided by manufacturers to be a valuable part of

12 the products that are offered by those

13 manufacturers?

14           MR. BERHOLD:  Objection.

15     A     I would say they rely on it.

16 BY MS. MOSKOWITZ:

17     Q     They rely on it where Mayo is determined

18 not to self-support?

19     A     Correct.

20     Q     And does Innovative offer case coverage

21 for its reprocessed catheters?

22     A     No.

23     Q     Has Mayo ever asked Innovative to provide

24 case coverage for its catheters?

25     A     Not to my knowledge.

CONFIDENTIAL

**Page 131**

1        Q     Has anyone to your knowledge asked

2    Innovative why it does not provide case coverage

3    for its catheters?

4        A     The question has come up in -- in the

5    Captis conversations.

6        Q     And what is the nature of the discussions

7    around that?

8        A     I believe there was going to be a trial,

9    I don't know that it ever happened, where there was

10   going to be at one of the Captis members case

11   support coverage.

12       Q     There was going to be a trial of

13   Innovative providing case support for its --

14       A     Correct.

15       Q     -- reprocessed catheters at one of the

16   Captis members?

17       A     Correct.

18             MR. KARPENKO:  Objection, beyond the

19   scope.

20   BY MS. MOSKOWITZ:

21       Q     And what is that Captis member?

22       A     I don't recall which member it was.

23       Q     Do you know if that --

24             MR. KARPENKO:  Same objection.

25   BY MS. MOSKOWITZ: