# Exhibit 3

Portia Tranguch                                    August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

                                                        Page 1

1              UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

2                   SOUTHERN DIVISION

3

4     INNOVATIVE HEALTH LLC,

5          Plaintiff,                        CASE NO.

6     vs.                        8:19-cv-01984-JVS-KES

7     BIOSENSE WEBSTER, INC.,

8          Defendant.

9

10

11        VIDEOTAPE DEPOSITION OF PORTIA TRANGUCH

12               APPEARING REMOTE FROM

13            PITTSBURGH, PENNSYLVANIA

14

15               AUGUST 23, 2021

16                9:30 A.M. EST

17

18

19    Reported By:

20    Judith L. Leitz Moran

21    RPR, RSA, CCR-B-2312

22    APPEARING REMOTELY FROM ATLANTA, GEORGIA

23

24

25

Perry Tanguch                                          August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 13

1   mapping system?

2        A    Well, there's CARTO, there's an LS Pro

3   system, and there's a system by St. Jude which we

4   do not really have.

5        Q    And what was the second one again?

6        A    LS pro.

7        Q    And who's the manufacturer?

8        A    I can't recall right now.

9        Q    Okay.  Do you have a sense of the life

10  cycle of use for a CARTO 3 mapping system?

11       A    For a system itself?

12       Q    Correct.  How long -- let me ask you a

13  little bit differently.

14            How long -- typically how long does

15  Allegheny keep a CARTO 3 mapping system in

16  operation in the lab?  Is there a life cycle?

17       A    I think they're generally maybe five

18  years.  I mean, I don't know what their

19  recommendations are.

20            I mean, we -- our clinical team works

21  with our systems to make sure that they're safe for

22  our patients, so we use them until, you know,

23  there's an issue with the system or until we need

24  to replace it or upgrade it.

25       Q    And do you have a sense of how long it

Innovative Health, LLC v. Biosense Webster, Inc.

Page 14

1   usually takes before you have to replace or upgrade

2   your CARTO 3 systems?

3        A    In general, I would say, I don't know,

4   maybe five to eight years.  It just -- it depends

5   on the system.  And we maintain them along the way,

6   so, you know.

7        Q    And does the CARTO 3 also have -- well,

8   let me ask it a little differently.  Does -- oh,

9   yeah.

10           Does the CARTO 3 have modules that can be

11  added to the system as well?

12       A    I believe it does.  I'm not intimately

13  familiar with the working of the system.

14       Q    Okay.

15       A    I don't work in the EP lab.

16       Q    Okay.  Do you -- is it fair to say that

17  you have had substantial experience, though, in

18  managing the cost in the electrophysiology lab?

19       A    Yes.

20       Q    Based on your experience, do you believe

21  it is difficult to project the cost of using a

22  mapping system over the life cycle of the mapping

23  system?

24       A    I'm not exactly sure what you mean.

25       Q    Okay.  In your work, do you try to

Page 15

1  project the cost of using a CARTO 3 over the five-
2  to eight-year life cycle of the system?
3      A    We project the cost of the system, but
4  then there are additional items that you have to
5  purchase which that's easier to project because
6  that's by case.
7           So we know what our projected cases are,
8  we know what our projected disposable usage is, and
9  then we can apply that.
10     Q    And is it true that the manufacturer
11  sometimes launch new catheters during the life
12  cycle of a mapping system?
13     A    Yes.
14     Q    And is it true that they sometimes launch
15  new modules during the life cycle of the mapping
16  system?
17     A    Yes.
18     Q    And is it true that manufacturers
19  sometimes launch new sheaths for use with the
20  cardiac mapping system?
21     A    New -- new what?
22     Q    Sheaths.  Sheaths.  Are you familiar with
23  the term "sheath"?
24     A    Sheath?  Sheath?
25     Q    Yeah.

Page 16

```
 1        A     Yes.  Yes.

 2        Q     And do the manufacturers sometimes

 3   introduce new sheaths for use with their cardiac

 4   mapping system?

 5        A     Yeah.

 6        Q     And is it true that sometimes catheters

 7   for a mapping system are approved by the FDA to be

 8   reprocessed by third parties during the life cycle

 9   of the cardiac mapping system?

10        A     Yes.

11        Q     And do all of those introductions of new

12   products and reprocessed products to be used with

13   the cardiac mapping system affect your ability to

14   project the total cost of using the mapping system

15   over the five to eight years of the mapping system?

16        A     It can.

17        Q     And have you ever been in the lab for a

18   electrophysiology procedure?

19        A     Not for an entire procedure, but I've

20   been in and out of the lab.

21        Q     Is it your understanding that the

22   electrophysiologist treats the patient during the

23   procedure?

24        A     The physician?

25        Q     Yes.
```

Innovative Health, LLC v. Biosense Webster, Inc.

Page 20

1   they will not work on another brand of cardiac

2   mapping system?

3        A    Not that I'm aware of.

4        Q    But they have generally expressed a

5   strong preference for the CARTO?

6        A    Yes.

7        Q    And at any time have you looked at trying

8   to switch to a different cardiac mapping system in

9   the labs at Allegheny?

10       A    We've -- we've looked at other systems.

11       Q    And what were the results?

12       A    We do have another system.  It's not used

13  as much as the CARTO system.

14       Q    And so how many -- do you have -- with

15  four labs -- well, let me ask it differently.

16            How many cardiac mapping systems does

17  Allegheny have?

18       A    I believe we have three CARTO systems in

19  three different labs.  And then a standalone CARTO

20  system, which is mobile.

21            And then I can't remember the name of the

22  other system.  I want to call it LS Pro, but I

23  don't think that's right, so.  I believe it's a

24  Medtronic system.  We have two of those, I think.

25       Q    And --

Perry Tranguch                                    August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 21

```
 1        A     I guess it's Boston -- I guess it's
 2    Boston Scientific arrhythmia system, sorry.
 3        Q     And the physicians at Allegheny generally
 4    prefer the CARTO?
 5        A     Yes.
 6        Q     And the physicians generally use the
 7    CARTO much more frequently?
 8        A     Yes.
 9        Q     Have any of your physicians told you why
10    that they prefer the CARTO?
11        A     Just said it's a better product.  They
12    feel that it's better for the patient.
13              MR. BERHOLD:  Jim, can we pull up --
14    well...
15    BY MR. BERHOLD:
16        Q     Before we pull up the first exhibit,
17    Ms. Tranguch, does Allegheny also use reprocessed
18    catheters in its electrophysiology labs?
19        A     Yes.
20        Q     How long has that been the case?
21        A     They've been using reprocessed catheters
22    and items for years.  I think before I even had the
23    position.
24        Q     Okay.
25              MR. BERHOLD:  Jim, can we pull up AHN125?
```

Perri Tranguch                                          August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

                                                           Page 22

 1              CONCIERGE FARMER:  Sure.  One moment,
 2     please.
 3              Exhibit 224 should now be available.
 4              (Deposition Exhibit 224 marked.)
 5     BY MR. BERHOLD:
 6         Q    Mrs. Tranguch, are you able to see
 7     Exhibit 224 on your screen?
 8         A    I can.
 9         Q    Do you need a minute to review
10     Exhibit 224?
11         A    No, I'm fine.
12         Q    Okay.  Do you recognize Exhibit 224?
13         A    I do.
14         Q    Generally what is Exhibit 224?
15         A    It is an email from the regional business
16     director, David Allen, at Biosense Webster
17     notifying us of a policy that could change clinical
18     case coverage in our lab.  And I'm requesting a
19     meeting.
20         Q    Was this email the first that you had
21     heard of a case coverage policy?
22         A    I believe it was.
23         Q    And Exhibit 224 refers to having a
24     meeting.  Do you recall whether you went to any
25     such meeting?

Page 23

1        A    I don't recall specifically.  We've had
2    multiple meetings with this company.
3            MR. BERHOLD:  Colleen, I wanted to let
4    you know that I found a better version of that
5    document from last week that -- it's the same
6    document that I forwarded last week, but does not
7    have the redacted emails at the top, it just has
8    the emails in question.
9            It's going to be BWI-14865.  I just want
10   to flag that for you that it's -- it's the same
11   one.
12           Jim, can we pull up BWI-INN-14865?
13           CONCIERGE FARMER:  And Mr. Berhold, are
14   we introducing that as Exhibit 225?
15           MR. BERHOLD:  Yes, please.
16           (Deposition Exhibit 225 marked.)
17           CONCIERGE FARMER:  It should be available
18   in the Marked Exhibits folder now.
19       A    (Witness reviews document.)
20   BY MR. BERHOLD:
21       Q    Mrs. Tranguch, have you had a chance to
22   review Exhibit 225?
23       A    I -- yeah.
24       Q    Do you recognize Exhibit 225 at all?
25       A    I do.

Innovative Health, LLC v. Biosense Webster, Inc.

Page 33

1      A      On the reprocessed?

2      Q      Correct.

3      A      Not if it wasn't reprocessed by their

4   company.

5      Q      Okay.  So let me see if I can break down

6   the question of the SOUNDSTAR versus the AcuNav.

7   Is it accurate to say that Biosense would not

8   provide coverage on cases where the physician used

9   a Biosense SOUNDSTAR eco catheter reprocessed by a

10   third party like Innovative?

11      A      Correct.

12      Q      And your physicians did not want to

13   switch from the SOUNDSTAR eco to the AcuNav?

14      A      I'm not exactly sure it was this

15   particular catheter, but I know that they did have

16   trouble with one reprocessed catheter.  But it was

17   the physician's choice.

18      Q      And do you recall if physicians had a

19   problem with the -- using an AcuNav generally or

20   had a problem specifically with the reprocessed

21   version of the AcuNav?

22      A      I think it was one reprocessed version

23   that they had a problem with.

24      Q      And was it all the physicians or some of

25   the physicians?

Perry Tonguch                                      August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 34

1        A    I don't think it was all of them, but not
2    all of them do ablation, so it would be the
3    physicians that do those procedures.
4        Q    Let me ask it a little differently.
5             So do you recall -- so -- okay.
6             So you don't recall whether you were able
7    to persuade the physicians to switch specifically
8    to the new AcuNavs?
9        A    I don't remember that conversation, no.
10       Q    Okay.
11       A    With the physicians, no.
12       Q    And you don't recall specifically a
13   conversation with any of the physicians about
14   switching to reprocessed AcuNavs?
15       A    No, we have a lot of reprocessed AcuNavs
16   that we use for many procedures.
17       Q    Okay.  So Mr. Distel also suggests that
18   Allegheny shift to competitive systems such as the
19   EnSite Precision.  And you already testified
20   earlier about the preferences of your physicians.
21            Have you tried to shift procedures to
22   competitive systems like the EnSite Precision?
23       A    No, not specifically.  We -- purchasing
24   these mapping systems is a huge investment on a
25   hospital.  So when you have a system and the

Perry Tranguch                                    August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 35

1    physicians are happy with the system, we're not

2    going to change a system just to be able to use a

3    reprocessed item.  We're going to do what's best

4    for the patient and what our physicians are

5    comfortable with.  In this case, it was CARTO.

6            So looking at purchasing a brand new

7    system to be able to use a reprocessed catheter is

8    not financially responsible.

9        Q    And is that because you believe that the

10   physicians will continue to use the existing brand

11   of cardiac mapping system?

12       A    Yes.

13            MR. BERHOLD:  Jim, can we pull up 152664

14   as Exhibit 228?

15            CONCIERGE FARMER:  Okay.  The document's

16   available now.

17            (Deposition Exhibit 228 marked.)

18       A    (Witness reviews document.)

19   BY MR. BERHOLD:

20       Q    Other than the -- have you had an

21   opportunity to review Exhibit 228, Mrs. Tranguch?

22       A    I have.

23       Q    Other than the email at the very top from

24   Kara Reyes to Dave Distel, do you recognize Exhibit

25   228?

Peter Tanguch                                    August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 36

 1        A    Yes.

 2        Q    And generally what is being discussed in

 3   Exhibit 228?

 4        A    In 2020 Innovative Health awarded

 5   Allegheny General's electrophysiology department

 6   with an award for Innovative -- or for savings with

 7   reprocessed items.

 8            So Kara and her group had been at the

 9   hospital, and while they were here, they went over

10   our savings for the year, and one of the items that

11   we potentially could save on was a catheter called

12   a Pentaray which was a Biosense Webster catheter.

13        Q    And did you try to use the Pentaray

14   catheters reprocessed by Innovative in cases at

15   Allegheny?

16        A    We tried to purchase -- well, we

17   purchased a couple after Kara presented the savings

18   hoping that we could use them and, you know, save

19   additional dollars to put towards other items that

20   we needed in the hospital.

21            Those items were purchased, but the

22   Biosense Webster clinician would not allow those to

23   be used during the cases.

24        Q    And so a new Pentaray catheter from

25   Biosense would be pulled for the procedure?

David Tanguch                                                          August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 38

1    Thomas at Allegheny?

2         A     That's correct.

3         Q     And Mr. Distel says in the email that

4    Jennifer had commented that she had asked Biosense

5    to provide training to the staff and Biosense

6    refused.  Do you see that?

7         A     Yes.

8         Q     Do you recall having any conversations

9    with Mrs. Thomas along those lines?

10        A     I remember her saying that they weren't

11   going to provide it.  I -- other than that, no.

12        Q     Did Ms. Thomas tell you who at Biosense

13   told you that they weren't going to provide

14   training to your staff?

15        A     I don't remember specifically, but I --

16   my guess would be that it would have been Dave.  I

17   forget his last name.  Dave Allen.  He's

18   responsible for the clinical team.

19        Q     And do you recall if Jennifer told you if

20   Biosense offered any explanation?

21        A     I don't recall.

22        Q     But you do recall that Jennifer told you

23   that it was her understanding that Biosense was not

24   going to provide training to your staff?

25        A     Correct.

Page 39

1      Q      And you recall that her understanding was

2  based on a conversation with Biosense?

3      A      That's -- yes.  Yes.

4      Q      Does Boston Scientific have a case

5  coverage policy to your knowledge?

6      A      Boston Scientific?  Not that I'm aware

7  of.

8      Q      Does Boston Scientific provide free

9  clinical support for the Rhythmia cardiac mapping

10 system to Allegheny?

11     A      They train our staff when we purchase the

12 system, and then if we need them to come in to

13 support the staff, they'll come in, but they don't

14 just automatically send people in to be here with

15 their system.

16     Q      Does Allegheny prefer to maximize its

17 savings on reprocessed catheters through its

18 contract with Innovative Health?

19     A      Do we prefer to?  Yes.

20     Q      Yes.

21     A      If we can use reprocessed, it's a cost

22 savings for the hospital and allows us to provide

23 the same quality of care at a lower cost.

24     Q      And would that include savings on the

25 SOUNDSTAR?

Perry Manguch                                    August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

```
 1        A     It includes savings on any catheter
 2   that's able to be reprocessed.
 3        Q     And that would include savings on the
 4   Pentaray?
 5        A     As long as that's able to be reprocessed.
 6        Q     But Allegheny has had to reject savings
 7   from Innovative Health on the SOUNDSTAR and the
 8   Pentaray to keep their case coverage from Biosense?
 9              MS. KOZIKOWSKI:  Objection.
10        A     That's correct.
11   BY MR. BERHOLD:
12        Q     And that continues to this day?
13        A     Yes.
14        Q     And Allegheny has asked Biosense if they
15   would train your staff so Allegheny could cover
16   cases and use Innovative?
17              MS. KOZIKOWSKI:  Objection.
18        A     Yes.
19   BY MR. BERHOLD:
20        Q     And -- and your physicians at Allegheny
21   are not going to switch cardiac mapping systems at
22   your direction?
23        A     At my direction?  No.
24              MR. BERHOLD:  Can we take a short break
25   of 10 minutes now?  It's been about an hour and 20
```

Peter Tenguch                                          August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

                                                       Page 55

1          A    I didn't provide him with anything.    I

2    believe that this email is a response from an email

3    that Jennifer Thomas may have sent to him.  I don't

4    know anything about time and details and an

5    attempt.

6              I know we did try to purchase catheters.

7    We tried to use them in a case and the

8    representative refused to use them, and in fact,

9    pulled them off our shelves.

10         Q    So you understand this to be a response

11   to an email that Jennifer Thomas sent?

12         A    Yes.

13         Q    Do you know if that email was produced in

14   this litigation?

15         A    I have no idea.

16         Q    And you refer generally to -- you tried

17   to purchase catheters and use them in a case and

18   the representative refused to use them and in fact

19   pulled them off our shelves.  What catheters --

20         A    Yes.

21         Q    -- are you referring to there?

22         A    I believe they were the Pentaray

23   catheters.  We use an awful lot of catheters from

24   them.  But I believe they were the Pentaray

25   catheters.

Innovative Health, LLC v. Biosense Webster, Inc.

Page 56

1        We tried to -- we did purchase a couple.

2    We tried to use it during a case and the

3    representative refused to support the case, wanted

4    a new catheter, which they got them because there

5    was a patient involved in this case that needed to

6    be taken care of.

7        And then the representative brought the

8    rest of the reprocessed ones and put them in my

9    office.

10       Q    You initially said that the

11   representative refused to provide support.  This is

12   because of Biosense Webster's --

13       A    With the reprocessed -- with the

14   reprocessed catheter.  He did not -- let me

15   clarify.  He did not refuse to support the patient

16   or the case.  Those clinical representatives are

17   very professional and as focused on patient safety

18   as we are.

19       This is a very good product.  It is a

20   very -- it's the best thing for our patients.  They

21   would never jeopardize the care of a patient.

22       He refused to use the reprocessed

23   catheter.

24       Q    Thank you for the clarification.

25       When you say, "he refused to use the

Perez Manguch                                            August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 57

1    reprocessed catheter," that's based on Biosense

2    Webster's clinical support policy, correct?

3         A    Yes.

4         Q    You then mentioned that he took the

5    reprocessed Pentaray catheters off the shelves.

6              Where does that understanding come from?

7    Did you see him take the catheters off the shelves?

8         A    No, I saw him bring them to my office and

9    put them on my table and say, "We can't use these."

10        Q    So when you say he took them off the

11   shelves, what you mean is he brought them to your

12   office and said we can't use these?  Did he --

13        A    Right.

14        Q    What the rest of the conversation?

15        A    That was it.  He turned around and walked

16   out.

17        Q    So he left the catheters with you, he

18   didn't bring them outside the hospital?

19        A    No, he left them on my table.  No, he did

20   not remove them from the facility.

21        Q    Allegheny General, was left with the

22   reprocessed catheters?

23        A    Correct.

24        Q    Okay.  Let's go back to this email.

25        A    Okay.

Perez Yanguch                                    August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 67

1    savings for the quarter.

2         Q    So the nature of those meetings are --

3    are generally about Allegheny's savings?

4         A    Savings and available product and taking

5    advantage of any additional reprocessing options we

6    might have.

7         Q    Did you discuss this lawsuit with

8    Ms. Reyes at any of those meetings?

9         A    I don't remember discussing this with

10   her, no.

11        Q    He finishes by saying:  I would like to

12   brief you on the avenues we are pursuing, recent

13   developments and get your perspective.

14             Your testimony is that you don't recall

15   whether he briefed you on this, correct?

16        A    I really don't.  I mean, again, this was

17   in 2020.  Reprocessing and his lawsuit was not my

18   priority.

19        Q    When was the last time you spoke with

20   Mr. Distel?

21        A    I don't really know.

22        Q    Was it recently?

23        A    No, it was not recently.

24        Q    Was it in 2021?

25        A    I don't believe so.  I -- I couldn't --

Dennis Tonguch                                          August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 68

```
 1    like I said, I don't know dates and times.  It all
 2    kind of runs together.
 3         Q    Let's talk about -- a little bit more
 4    about Allegheny.
 5              You testified that Allegheny General
 6    Hospital has three cardiac mapping systems,
 7    correct?
 8         A    I -- has how many?  I -- you're not
 9    clear.
10         Q    I believe you testified that Allegheny
11    General Hospital has three cardiac mapping systems;
12    is that correct?
13         A    They've had, yes.
14         Q    They've had or they have?
15         A    We currently have CARTO, Rhythmia, and I
16    believe we have EnSite which we very rarely use,
17    so.
18         Q    What are the --
19         A    The priority of -- the priority of our
20    cases use CARTO.
21         Q    And I heard you testify earlier that --
22    that you rarely -- that you don't really use the
23    Abbott EnSite Precision machine or system.  Why is
24    that?
25         A    Our physicians would prefer to use the
```

Perri Tanguch                                     August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 69

1    CARTO system.  It's in most of our rooms.  It's

2    available and it's a good system.  It's the best

3    thing for our patients.

4         Q    The Abbott Precision is also available?

5         A    The -- EnSite -- I guess it's EnSite.

6    It's an older system.  It's only in one room.

7         Q    And the Boston Scientific Rhythmia system

8    is also available to physicians at Allegheny?

9         A    (Nodding head.)

10        Q    Okay.  All of these cardiac mapping

11   systems compete with one another, correct?

12        A    Yes.

13        Q    They all can be used for EP studies and

14   procedures, correct?

15        A    Yes.

16        Q    Are there any EP studies and procedures

17   that one of these systems cannot be used for?

18        A    Not that I'm aware of.

19        Q    And a physician performing an EP study

20   could use any of these systems, right?

21        A    Yes.

22        Q    So if Allegheny was unsatisfied with

23   Biosense's prices or system for whatever reason it

24   could theoretically switch to another system

25   available to it for its EP studies, right?

Peter Zanguch                                    August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 70

 1              MR. BERHOLD:  Objection.

 2      A     It -- it certainly could.

 3  BY MS. KOZIKOWSKI:

 4      Q     You testified that physicians at

 5  Allegheny have a strong preference for the CARTO 3

 6  system, correct?

 7      A     Yes.

 8      Q     And to be clear, which system a physician

 9  prefers or doesn't prefer, that has nothing to do

10  with anything Biosense is requiring, right?

11      A     Absolutely not.

12              MR. BERHOLD:  Objection.

13  BY MS. KOZIKOWSKI:

14      Q     You testified that physicians prefer

15  Biosense's products because it's a better product,

16  right?

17      A     That's -- that's what they tell me.

18      Q     And physicians have also told you that

19  the Biosense product is better for the patients,

20  right?

21      A     Correct.

22      Q     While some physicians might prefer to use

23  the CARTO 3 system, it's possible that there's

24  physicians that prefer to use the Rhythmia system,

25  correct?

Perry Tanguch                                        August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

                                                        Page 71

1          A     Can you repeat that, please?

2          Q     Yep.

3                So you testified that -- that physicians

4     generally prefer at Allegheny to use the CARTO

5     system.  It's possible that there are physicians

6     that prefer to use the Rhythmia system, correct?

7                MR. BERHOLD:  Objection.

8          A     I'm sure that there are.  I don't know

9     that any of the physicians that work at Allegheny

10    General would be in agreement to that.

11    BY MS. KOZIKOWSKI:

12         Q     And similarly, there may be physicians

13    that prefer to use the EnSite Precision system,

14    correct?

15         A     Certainly.

16         Q     Let's take a look at Exhibit 227 that was

17    previously marked.

18               So this an email from Mr. Distel to you

19    and Kara Reyes dated February 28th, 2020, with the

20    Subject line EP Reprocessing 2019 Savings Review -

21    follow-up.  Do you see it?

22         A     I do.

23         Q     Okay.  And we talked about that this

24    email -- I believe you testified -- that the

25    general topic of this email is options for

Page 84

1  and that information is all passed on to provider

2  supply chain.

3      Q    So they do have --

4      A    We do have input -- we do have input into

5  it, but those decisions and final contracts are not

6  done by us.

7      Q    But vendors do provide you quotes,

8  correct?

9      A    If we ask them for them, yeah.

10     Q    And are you able to negotiate those

11 quotes at all?

12     A    I am not supposed to negotiate those

13 quotes.  That's not my job.

14          The only time I reach out for them as a

15 quote is when I'm trying to project capital request

16 for the following year or an item that, you know,

17 something may break and I need to replace it and I

18 need to tell somebody I need to buy this, so here

19 is how much money I need.  I don't negotiate that.

20          After that, that's passed on to somebody

21 else and they do that work on that.

22     Q    Do you know whose job it is to do this

23 negotiation?

24     A    I pass it on to Todd Senard.  There's a

25 group of people under provider supply chain that --

Page 85

1   that works on that.  That's not my job.

2        Q    Are you aware that manufacturers of

3   cardiac mapping systems sometimes offer incentives

4   or discounts in order to get hospitals to buy their

5   mapping systems?

6        A    Yes.

7        Q    And has Allegheny ever taken advantage of

8   such discounts or incentives?

9        A    Yes.

10       Q    And can you explain a little bit more

11  about that?

12       A    Generally it's through a purchase of a

13  disposable product where we can get an upgrade or a

14  system.  It's available throughout the cath lab and

15  EP lab on several different products.

16            And, again, that's something that's

17  available and we give that information to provider

18  supply chain and they work out the details on it.

19       Q    And so that would be a way that Allegheny

20  General can limit the initial capital outlay for

21  any mapping system, correct?

22       A    Correct.

23       Q    You testified that you first heard about

24  Biosense's case coverage policy in January 2016,

25  correct?

Perry Senguch                                      August 23, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 86

```
 1        A    I believe so.  I -- you're asking me

 2   dates again.  I'm not really good at that.

 3        Q    Okay.  We can look at the document.  I

 4   believe it was Exhibit 224.

 5             And this is an email from David Allen

 6   to -- oh, I guess you -- oh, yes, you are on this

 7   email -- to you as well as a few other people dated

 8   January 14th, 2016.

 9             And it says:  Our company is implementing

10   policy which could impact clinical case coverage in

11   the near future.

12             Do you see that?

13        A    I do.

14        Q    And you testified earlier that, to the

15   best your recollection, this is the first time that

16   you learned of Biosense's clinical case coverage

17   policy, correct?

18        A    Yes.

19        Q    So this was five and a half years ago,

20   correct?

21        A    Yes.

22        Q    Has Allegheny General Hospital purchased

23   a CARTO 3 system since then?

24        A    Oh, gosh.  I'm really not sure.  We

25   purchase an awful lot of stuff with Biosense
```

Page 100

1   Who supports or provides mapping support for the

2   other systems, I believe it was the Rhythmia and

3   the EnSite Precision?

4       A    There is no clinical support.  They --

5   when we buy the system, they come in and train our

6   staff how to use it.  They are available if we need

7   them, but they're not just here constantly.

8       Q    So your staff --

9       A    The CARTO team is -- pardon me?

10      Q    You can go ahead.

11      A    I said the CARTO team is -- is here

12  because of the number of systems that we have and

13  the number of cases that we have.

14      Q    So I understand you to be saying that --

15  that Boston Scientific and Abbott, they don't

16  provide clinical support on an ongoing basis.  They

17  come in, they train you, if you have questions,

18  they can come back and answer them.

19          So am I understanding correctly that

20  after that time Allegheny provides its own support

21  for -- if any -- if physicians are using those

22  systems?

23      A    Our -- our team can use that.  They can

24  also call the company and get clinical support if

25  they prefer to.

Page 101

1              At this point I believe they do call and

2    get some clinical support because we don't use

3    these systems as much as we use CARTO.

4              So when you're taking care of a patient

5    and you have a catheter in their heart, you want to

6    make sure that you have the best support possible.

7              So for a system that we don't use as

8    regularly, we may need to call the company and get

9    support.  But it's not an ongoing basis like CARTO

10   because of the frequency of the use of the system.

11       Q    When Allegheny does use the Rhythmia

12   system or the EnSite Precision system, I understand

13   you're saying they don't use it as frequently as

14   the CARTO, but when they do use it, I'm

15   understanding your testimony to be that they do

16   call Boston Scientific and Abbott and ask them to

17   provide clinical support; am I understanding that

18   correctly?

19       A    It's available for them if they feel that

20   they need it.  I don't make that decision.  It

21   depends on the staff in the room and the case that

22   they're going to provide, the physician, there's a

23   lot that goes into whether they call and ask for

24   support or not.

25       Q    What would -- what would happen if they

Page 102

1    didn't call and ask for support?  Who would provide

2    it?

3         A    The staff would do it.  If the staff

4    feels that they can do it, they will do it without

5    clinical support.  Because they've been trained on

6    the system, which they've not been trained on the

7    CARTO system.

8         Q    Do you have an understanding as to what

9    happens more frequently when those systems are

10   used?  Do your staff -- does your staff provide its

11   clinical support or does it call the manufacturer

12   to provide clinical support?

13        A    Most of the time we don't use those

14   systems.  So I -- I'm not going to generalize it.

15   We use CARTO most of the time.

16        Q    Is all cardiac mapping system

17   manufacturer case coverage free?

18        A    As far as I know.

19        Q    In your experience has any cardiac

20   mapping system manufacturer ever charged for case

21   coverage?

22        A    Not that I'm aware of.

23        Q    You understand that case coverage is a

24   service that the manufacturer provide as part of

25   its product offering, correct?