# Exhibit 4

1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3        HONORABLE JAMES V. SELNA, JUDGE PRESIDING

4   INNOVATIVE HEALTH, LLC,              )
                                         )
5                                        )
                                         )
6                      Plaintiff,        )
                                         )
7                                        )
                                         )
8           Vs.                          )   No. SACV-19-01984-JVS
                                         )
9                                        )
                                         )
10  BIOSENSE WEBSTER, INC.,              )
                                         )
11                                       )
                                         )
12                     Defendant.        )
                                         )
13  _____   )

14

15

16        REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                    JURY TRIAL

18                 DAY 5, VOLUME II

19              SANTA ANA, CALIFORNIA

20              TUESDAY, MAY 13, 2025

21

22

23   MIRIAM V. BAIRD, CSR 11893, CCRA
     OFFICIAL U.S. DISTRICT COURT REPORTER
24   350 WEST FIRST STREET
     FOURTH FLOOR
25   SANTA ANA, CA 92701

|  | 1 | employment.  Right? |
|  | 2 | A.   Okay.  I see that. |
|  | 3 | Q.   So that's the limitation. |
|  | 4 | A.   Well, that's the limitation on customers that it's |
| 01:02PM | 5 | referencing earlier in that paragraph. |
|  | 6 | Q.   Yes.  All right.  So let me move to a different topic. |
|  | 7 | Now, in doing your damages calculation, you |
|  | 8 | determined -- well, you arrived at an average revenue price |
|  | 9 | per unit that IH had in the actual world, right? |
| 01:03PM | 10 | A.   Yes. |
|  | 11 | Q.   And then you determined what their price would be if |
|  | 12 | there were no Biosense case coverage policy, correct? |
|  | 13 | A.   Yes. |
|  | 14 | Q.   And there's a difference in those two prices, correct? |
| 01:03PM | 15 | A.   Yes. |
|  | 16 | Q.   If you want to turn to in the big binder there your 2025 |
|  | 17 | rebuttal report, updated Table D-1. |
|  | 18 | A.   You said D-1? |
|  | 19 | Q.   Yes. |
| 01:04PM | 20 | A.   Okay.  I'm there. |
|  | 21 | Q.   All right.  And you have a column, Innovative ARPU. |
|  | 22 | That's average revenue per unit, correct? |
|  | 23 | A.   Yes.  And to clarify, that's the price. |
|  | 24 | Q.   That's the price?  Okay. |
| 01:04PM | 25 | And then you have an Innovative Health but-for |

| | |
|---|---|
| 1 | average revenue per unit price, correct? |
| 2 | A.   Correct. |
| 3 | Q.   All right.  So in your damage calculation under your |
| 4 | model, for example, in 2018 Innovative was actually selling |
| 01:05PM 5 | SOUNDSTARs for six -- their share of the sale was $615, |
| 6 | correct? |
| 7 | A.   Yes. |
| 8 | Q.   And in the world in which there was no policy, the price |
| 9 | would be $948? |
| 01:05PM 10 | A.   Correct. |
| 11 | Q.   So hospitals would be paying more money to Innovative |
| 12 | for a reprocessed SOUNDSTAR if there were no case coverage |
| 13 | policy, correct? |
| 14 | A.   We're talking about the set of customers who are |
| 01:06PM 15 | purchasing in the actual world? |
| 16 | Q.   Yes. |
| 17 | A.   Okay.  Then, yes. |
| 18 | Q.   And so I put together a demonstrative -- if we could put |
| 19 | it up on the screen -- that tracks these numbers from your |
| 01:06PM 20 | report.  So every year, in your damage model hospitals would |
| 21 | be paying Innovative more for the SOUNDSTAR catheters, |
| 22 | correct? |
| 23 | A.   Yes. |
| 24 | Q.   So, for example, in 2023 IH was receiving revenue of |
| 01:07PM 25 | $622 for a SOUNDSTAR catheter on average, correct? |

|   |   |
|---|---|
| 1 | A.   Yes. |
| 2 | Q.   And you project that it would be $1,009 for SOUNDSTAR. |
| 3 | That's a $387 increase, right? |
| 4 | A.   Yes. |
| 01:07PM  5 | Q.   And on a percentage basis, what is that?  About 30, |
| 6 | 40 percent price increase that hospitals would be paying? |
| 7 | A.   I -- I'm not doing the -- I'm not getting the math in my |
| 8 | head, but that seems reasonable. |
| 9 | Q.   And this is the revenue to Innovative Health. |
| 01:07PM 10 | Innovative Health shares revenue with Medline, right? |
| 11 | A.   Yes. |
| 12 | Q.   So -- and Medline covers about 70 percent of Innovative |
| 13 | Health sales, correct? |
| 14 | A.   I don't recall that number. |
| 01:08PM 15 | Q.   All right.  Well, if Mr. Distel testified it was roughly |
| 16 | around 70 percent, you wouldn't have any reason to disagree |
| 17 | with him? |
| 18 | A.   No. |
| 19 | Q.   Okay.  And so the actual price hospitals would pay to |
| 01:08PM 20 | Medline would be even higher than these numbers, right? |
| 21 | A.   Yes. |
| 22 | Q.   This is only Innovative Health's share of the sale, |
| 23 | right? |
| 24 | A.   Yes. |
| 01:08PM 25 | Q.   And if in the actual world Medline was charging |

|  | 1 | customers anywhere from $1,200 to $1,400 for a SOUNDSTAR, in |
|  | 2 | the but-for world, your but-for world, the prices hospitals |
|  | 3 | pay would be higher than that, right? |
|  | 4 | A.   I'm sorry.  Can you repeat that. |
| 01:09PM | 5 | Q.   Sure.  If in the actual world Medline is charging |
|  | 6 | customers for SOUNDSTARs between $1,200 and $1,400 a unit, in |
|  | 7 | your but-for world those prices would be even higher, right? |
|  | 8 | A.   Yes. |
|  | 9 | Q.   And that would be higher than the average prices for |
| 01:09PM | 10 | SOUNDSTAR being charged by Stryker and Sterilmed, right? |
|  | 11 | A.   I don't recall those numbers off the top of my head. |
|  | 12 | Q.   If you look in your binder at JX1157 -- this is |
|  | 13 | Exhibit 19 from Dr. Wu's 2025 report. |
|  | 14 | A.   Which binder? |
| 01:10PM | 15 | Q.   The big binder you have there, JX1157. |
|  | 16 | A.   I'm not seeing 1157.  Oh, sorry.  The tabs are out of |
|  | 17 | order.  I see it now. |
|  | 18 | Q.   Oh, okay.  Sorry about that. |
|  | 19 |     And that has -- that has what Dr. Wu calculated are |
| 01:11PM | 20 | the average prices for Sterilmed, IH, and Stryker, correct? |
|  | 21 | A.   Yes. |
|  | 22 | Q.   And so as we were just talking about, if Medline was |
|  | 23 | charging between $1,200 and $1,400 in the real world, with |
|  | 24 | your price increases Medline and Innovative Health would be |
| 01:11PM | 25 | charging more than the prices for Sterilmed and Stryker here, |

correct?

A.    Potentially.

Q.    And in your damage calculations, you have Innovative Health gaining market share; do you not?

01:12PM  A.    In my but-for world?

Q.    Yes.

A.    Yes.

Q.    Even though, as we've just talked about, in your but-for world Innovative Health and Medline would be charging higher

01:12PM  prices that Stryker and Sterilmed potentially?

A.    Oh, I think there's some confusion.  You're talking about the but-for price of Innovative versus the current actual price of those other companies?

Q.    You didn't calculate but-for prices, actual -- you

01:12PM  didn't calculate but-for prices for Stryker and Sterilmed, correct?

A.    Correct.

Q.    If we could turn to -- go back to your 2025 report, D-1. I believe it's at page --

01:13PM  A.    I got it.

Q.    Okay.  Turn to LASSO, which is updated Table D-9.

A.    (Witness complies.)  Okay.

Q.    And you would agree with me you did the same thing here? You have actual prices for LASSO and but-for -- and then

01:13PM  but-for prices for reprocessed LASSO, correct?

01:14PM

01:14PM

01:14PM

01:15PM

01:15PM

```
 1    A.    You haven't quite gotten it right.

 2    Q.    I think I misspoke.  You've calculated actual LASSO

 3    average revenue per unit for Innovative Health, and then

 4    you've calculated reprocessed average revenue per unit for

 5    reprocessed LASSOs for Innovative Health in your but-for

 6    world, right?

 7    A.    Correct.

 8    Q.    And as we saw with SOUNDSTAR, you have the same thing

 9    happening, which is in your but-for world, Innovative

10    Health's revenue based on sales per unit are considerably

11    higher, correct?

12    A.    No.  In some years higher, in some years lower.

13    Q.    Well, let me put up a demonstrative, and you tell me

14    where we're wrong.

15          So the blue are the numbers in your column average

16    revenue per unit for Innovative, correct?

17    A.    I'm just checking.  One second.  Yes.

18    Q.    And the orange reflects the price increase, the revenue

19    increase that you've calculated in the but-for world,

20    correct?

21    A.    I haven't checked all those numbers, but it appears that

22    that's what's being calculated.

23    Q.    So -- and what we also see here is how in the actual

24    world the price for reprocessed LASSO is going down, but in

25    your but-for world IH is charging more, correct?
```

UNITED STATES DISTRICT COURT

|   | |
|---|---|
| 1 | A.    Yes.  It applies the benchmark and the price of new |
| 2 | LASSO NAV as going up, so the reprocessed price is also |
| 3 | following that. |
| 4 | Q.    And so in 2023 the actual reprocessed -- the actual |
| 01:16PM 5 | revenue that Innovative Health was making on a reprocessed |
| 6 | LASSO was $226, correct? |
| 7 | A.    Correct. |
| 8 | Q.    And in your but-for world, hospitals purchasing a |
| 9 | reprocessed LASSO from Innovative Health, Innovative Health's |
| 01:16PM 10 | share of that would be $680, correct? |
| 11 | A.    Correct. |
| 12 | Q.    And as we've just talked about, if the sale goes through |
| 13 | Medline, the price is going to be -- the actual price paid by |
| 14 | hospitals is going to be even higher, correct? |
| 01:16PM 15 | A.    Correct. |
| 16 | Q.    Now, you testified about Biosense's gross profit margin |
| 17 | on your direct, correct? |
| 18 | A.    Yes. |
| 19 | Q.    All right.  And so if we can turn to -- and we can put |
| 01:17PM 20 | it on the screen here -- your Table 14. |
| 21 | A.    From that same report? |
| 22 | Q.    I believe so.  You've calculated the gross profit margin |
| 23 | goes from 69 percent to 76 percent, correct? |
| 24 | A.    Yes. |
| 01:18PM 25 | Q.    And now, when we talk about gross profit, we're talking |

| | |
|---|---|
| 1 | about that's the cost of just making the catheter, right? |
| 2 | A.   Yes. |
| 3 | Q.   It doesn't include costs associated with providing |
| 4 | clinical support, correct? |
| 01:18PM  5 | A.   Correct. |
| 6 | Q.   It doesn't include sales costs, administrative costs, |
| 7 | other things of that nature? |
| 8 | A.   If you mean fixed overhead, correct. |
| 9 | Q.   Okay.  And would you agree with me that in your damage |
| 01:19PM 10 | tables, Innovative Health's margins on the sale of a |
| 11 | reprocessed SOUNDSTAR is consistently higher than 80 percent? |
| 12 | A.   Sorry -- if which number is higher than 80 percent? |
| 13 | Q.   The gross profit margin on a reprocessed SOUNDSTAR sold |
| 14 | by Innovative Health. |
| 01:19PM 15 | A.   No. |
| 16 | Q.   Okay.  If you could go back to your rebuttal report, |
| 17 | page 145. |
| 18 | A.   This is a 2025 rebuttal report? |
| 19 | Q.   Yes. |
| 01:19PM 20 | A.   Okay.  And which paragraph?  What page? |
| 21 | Q.   I want to take you to page 145. |
| 22 | A.   Okay. |
| 23 | Q.   And your -- you have, for example, for 2017 SOUNDSTAR |
| 24 | revenue of $578?  Did I read that correctly? |
| 01:20PM 25 | A.   Yes. |

```
 1   Q.   Okay.  And SOUNDSTAR cost, that's the cost of
 2   reprocessing, correct?
 3   A.   Yes.
 4   Q.   And that's $91?
 5   A.   Correct.
 6   Q.   And that produces a gross profit margin of 84 percent,
 7   right?
 8   A.   That -- that sounds plausible.
 9   Q.   Well, okay.  And your -- your but-for price is $940, as
10   we just talked about?
11   A.   Yes.
12   Q.   And cost is still $91?
13   A.   Correct.
14   Q.   And that creates a gross profit margin of 90 percent,
15   correct?
16   A.   Correct.
17   Q.   And for PENTARAY your margins are -- the Innovative
18   Health gross profit margins are in the neighborhood of
19   90 percent as well, correct?
20   A.   In the but-for world, a little bit less than that.
21   Q.   89 percent?
22   A.   I'd need a calculator.
23   Q.   Well, your cost is $73, right?
24   A.   Innovative's cost is $73.
25   Q.   Innovative's cost.  Sorry.
```

01:20PM (line 5)
01:21PM (line 10)
01:21PM (line 15)
01:21PM (line 20)
01:22PM (line 25)

```
 1              So it's going to be in the neighborhood of --
 2      instead of being 92 percent, it's going to be 89 percent; is
 3      that fair?
 4      A.   Honestly I'd need a calculator if you're asking me if
 5      it's 88, 89, or 90 -- or below.
 6      Q.   That's why my question was:  It's in the neighborhood of
 7      90 percent?
 8      A.   Yeah -- a little below.
 9      Q.   Thank you.  The -- and in your but-for world, Biosense
10      is still providing case clinical support coverage for when an
11      Innovative Health reprocessed Biosense catheter is being
12      used, correct?
13      A.   Yes.
14      Q.   And so Innovative Health isn't incurring any cost
15      associated with providing clinical support, correct?
16      A.   Correct.
17      Q.   Let me turn to the benchmarks that you used in your
18      damage calculation.  Now, what you tried to do, as you told
19      the jury, was to select a catheter that wasn't covered by the
20      Biosense clinical support policy, correct?
21      A.   Correct.
22      Q.   So with the benchmark catheter that you identified, you
23      used that to compute a benchmark share?
24      A.   Yes.
25      Q.   And a benchmark price ratio, correct?
```

01:22PM (line 5)
01:22PM (line 10)
01:23PM (line 15)
01:23PM (line 20)
01:23PM (line 25)

|   | 1 | A.    Just quickly, what was the exhibit number again? |
|---|---|---|
|   | 2 | Q.    5018. |
|   | 3 | A.    Okay. |
|   | 4 | Q.    I put up the comparison of procedure prices.  If you |
| 02:07PM | 5 | look over on the right-hand side, there's a comparison. |
|   | 6 | Total procedure cost of Abbott, $8,096, is four percent |
|   | 7 | higher versus Biosense Webster, $7,792.  Do you see that? |
|   | 8 | A.    Yes. |
|   | 9 | Q.    And below it, it's -- the second example is with |
| 02:08PM | 10 | Abbott's loop catheter, total procedure cost is $7,686, is |
|   | 11 | 1.4 percent lower than Biosense Webster, $7,792.  Do you see |
|   | 12 | that? |
|   | 13 | A.    Yes. |
|   | 14 | Q.    So that's comparing the cost of procedure for Abbott and |
| 02:08PM | 15 | for Biosense Webster using two different Abbott catheters, |
|   | 16 | correct? |
|   | 17 | A.    Correct. |
|   | 18 | Q.    All right.  And it's showing the cost for the procedure |
|   | 19 | is about the same, whether using the CARTO 3 or the Abbott |
| 02:08PM | 20 | EnSite, using those catheters, correct? |
|   | 21 | A.    Yes. |
|   | 22 | Q.    And you don't have any reason to disagree with those, |
|   | 23 | with those calculations; do you? |
|   | 24 | A.    No. |
| 02:09PM | 25 | Q.    Now, let's turn to the price of catheters.  You've |

1    looked at the price of the SOUNDSTAR, correct?

2    A.    Yes.

3    Q.    All right.  And would you agree with me that in the

4    period of 2013 through 2024, the ACUNAV nonsensor catheter

02:09PM    5    has been priced a little above the SOUNDSTAR?

6    A.    No.

7    Q.    The ACUNAV in your view has been less expensive than the

8    SOUNDSTAR?

9    A.    Correct.  The average price of ACUNAV is lower than the

02:10PM    10    average price of SOUNDSTAR.

11    Q.    By how much?

12    A.    I have a table in my report.  I don't recall the dollar

13    number off the top of my head.

14    Q.    I'm sorry.  I'm talking about OEM ACUNAV versus

02:10PM    15    SOUNDSTAR OEM.  Do you understand?

16    A.    So the new catheter?

17    Q.    Yes.

18    A.    No reprocessed.

19    Q.    Correct.

02:10PM    20    A.    Okay.

21    Q.    So would you agree with me that the price of the ACUNAV

22    and SOUNDSTAR have been very similar over the last ten years?

23    A.    For the new version?

24    Q.    Yes.

02:11PM    25    A.    Yes.

|  |  |  |
|---|---|---|
|  | 1 | Q.    In fact, the ACUNAV has been slightly more expensive |
|  | 2 | than the SOUNDSTAR, correct? |
|  | 3 | A.    I don't recall. |
|  | 4 | Q.    Now, let me show you something I put up regarding |
| 02:11PM | 5 | SOUNDSTAR in my opening.  Would you agree that from 2013 to |
|  | 6 | 2023, the price of SOUNDSTAR over that ten-year period has |
|  | 7 | only increased 5.39 percent? |
|  | 8 | A.    The new SOUNDSTAR? |
|  | 9 | Q.    Yes. |
| 02:11PM | 10 | A.    Yes. |
|  | 11 | Q.    Turning to the PENTARAY, would you agree that there are |
|  | 12 | a number of new OEM catheters from Abbott and Boston |
|  | 13 | Scientific that are more expensive than PENTARAY? |
|  | 14 | A.    Yes. |
| 02:12PM | 15 | Q.    Let me show you another slide from my opening.  Looking |
|  | 16 | at PENTARAY average price from 2013 to 2023, over that |
|  | 17 | ten-year period the PENTARAY average price has increased by |
|  | 18 | only 2.91 percent, correct? |
|  | 19 | A.    Yes. |
| 02:13PM | 20 | Q.    And you would agree with me that the rate of inflation |
|  | 21 | over the past ten years has certainly been greater than three |
|  | 22 | percent total? |
|  | 23 | A.    No, not in terms of the cost of these catheters. |
|  | 24 | Q.    I'm talking about overall inflation in the |
| 02:13PM | 25 | United States.  It's been running over -- well, for ten years |

|  | 1 | it's certainly more than three percent, correct? |
| 02:13PM | 2 | A.   The consumer price index, yes. |
|  | 3 | Q.   And when you were looking at the cost of manufacturing |
|  | 4 | some of the Biosense OEM products, you noted that the cost |
|  | 5 | went down, correct? |
|  | 6 | A.   Correct. |
|  | 7 | Q.   You did not include in that the cost of the clinical |
|  | 8 | account specialists that Biosense incurred, correct? |
|  | 9 | A.   Correct. |
| 02:14PM | 10 | Q.   And you know that's been increasing every year; has it |
|  | 11 | not? |
|  | 12 | A.   As they've added additional mappers, yes. |
|  | 13 | Q.   And you would have no reason to disagree with Dr. Wu's |
|  | 14 | calculation that in 2024 just the cost of compensation for |
| 02:14PM | 15 | roughly 1,400 CASs was $269 million? |
|  | 16 | A.   Are we including their salary or the bonuses based on |
|  | 17 | sales commissions? |
|  | 18 | Q.   Total compensation. |
|  | 19 | A.   I don't have a reason to doubt that. |
| 02:15PM | 20 | Q.   Now, if I understood your testimony on direct, without |
|  | 21 | the clinical support policy, Biosense would continue to |
|  | 22 | provide clinical support for procedures using Innovative |
|  | 23 | Health sensor-enabled catheters, correct? |
|  | 24 | A.   In my hypothetical world without the case coverage |
| 02:16PM | 25 | policy. |

|  | 1 | Q.   And it would continue -- if they were doing it for |
|---|---|---|
|  | 2 | Innovative Health, under your model they would be doing so |
|  | 3 | for Stryker as well? |
|  | 4 | A.   Yes -- what they had done before they put the case |
| 02:16PM | 5 | coverage policy in place and the various other exceptions I |
|  | 6 | spoke about earlier. |
|  | 7 | Q.   If you could turn to JX4427.  This is Table 20 from one |
|  | 8 | of your reports. |
|  | 9 | A.   Okay. |
| 02:16PM | 10 | Q.   And you see this is reprocessors of sales by ultrasound |
|  | 11 | catheters, and you have calculated that share by 2022 at 26 |
|  | 12 | percent; is that correct? |
|  | 13 | A.   Yes.  And if I can clarify, the third-party reprocessors |
|  | 14 | are referring to Innovative and Stryker, not Sterilmed. |
| 02:17PM | 15 | Q.   Understood.  And for 2023, it's 26.3? |
|  | 16 | A.   Yes. |
|  | 17 | Q.   I'd ask you to assume that in your rebuttal report you |
|  | 18 | said there were a hundred -- 194,322 SOUNDSTARs sold, OEM |
|  | 19 | SOUNDSTARs? |
| 02:17PM | 20 | A.   If you can point me to the number, I can check that. |
|  | 21 | Q.   If you go to your 2025 rebuttal report at page 45. |
|  | 22 | A.   Okay. |
|  | 23 | Q.   And you have total actual volume of 194,322 in 2023? |
|  | 24 | A.   Oh, yes.  I see that. |
| 02:18PM | 25 | Q.   And if 26.3 percent of those units were sold by |

1    third-party reprocessors, that would be 51,000 reprocessed

2    catheters, correct?

3    A.    That sounds about right.

4    Q.    Okay.  And without the clinical support policy, Biosense

02:18PM    5    would be required to support those procedures, those 51,000

6    procedures, correct?

7    A.    Yes.  Biosense would want to.

8    Q.    Well, under your model Biosense would have to, correct,

9    whether they wanted to or not?

02:19PM    10    A.    No.  I think you're misunderstanding.

11    Q.    Now, am I correct that between 2009 and 2015 Biosense

12    increased -- the percentage of cases that Biosense was

13    covering rose from 50 percent to 87 percent, correct?

14    A.    You said 2015?

02:19PM    15    Q.    Yes.

16    A.    Yeah, from 50 percent to 87 percent.

17    Q.    Right.  And that was in your view without a nationwide

18    rollout or enforcement of a clinical support policy, correct?

19    A.    Correct.

02:19PM    20    Q.    So in your view the clinical support policy had nothing

21    to do with the increase in Biosense covering procedures as

22    opposed to hospitals, correct?

23    A.    Correct.

24    Q.    And demand for cardiac mapping procedures increased

02:20PM    25    between 2015 and 2020, correct?

1    A.    Yes.

2    Q.    And demand for cardiac mapping procedures using the

3    CARTO 3 increased from 2015 to 2020, correct?

4    A.    If you mean the number of procedures performed, yes.

02:20PM    5    Q.    Performed on CARTO 3.

6    A.    On CARTO 3.

7    Q.    In fact, the number of procedures using CARTO 3 grew,

8    was greater than the increase in mapping procedures, correct?

9    A.    Correct.

02:21PM    10    Q.    So even as the demand for procedures using the CARTO 3

11    has increased, Biosense has been increasing the supply of its

12    clinical support at a faster rate?

13    A.    I don't understand what you're saying.  Can you

14    rephrase.

02:21PM    15    Q.    Well, Biosense increased the percentage of cases it was

16    covering from 87 percent to 95 percent between 2016 and 2020,

17    correct?

18    A.    Yes.

19    Q.    And did you consider that the demand for procedures

02:21PM    20    using the CARTO 3 has increased -- while increasing, Biosense

21    has been increasing the supply of its clinical support at a

22    faster rate?

23    A.    So your question is, is the number of cases that are --

24    is the number of CARTO 3 cases covered by Biosense mappers

02:22PM    25    increasing faster than the total number of CARTO 3 cases?

1    Q.    Yes.

2    A.    Yes.

3    Q.    Now, you gave some testimony regarding hospitals and

4    their ability to switch.

02:22PM  5          Let's put this up.  Let me show you a

6    demonstrative.  I want to see if you agree with it.

7          Now, there was a survey done regarding hospitals,

8    whether they had a CARTO system, whether they had alternative

9    -- another mapping system, Abbott, Boston Scientific, or

02:23PM  10   whether they had both, correct?

11   A.    There was -- there was a report that presented those

12   numbers.

13   Q.    Okay.  And these were the numbers that they reported.

14   They got information from 1,375 hospitals, correct?

02:23PM  15   A.    That sounds right.

16   Q.    And hospitals that only had a CARTO, that was

17   34 percent, correct?

18   A.    Well, there's a limitation to the data where --

19   Q.    Can you -- I'm asking you what the data showed.

02:23PM  20   A.    I -- I don't recall the specific number, but it was --

21   but I don't have reason to doubt this.

22   Q.    Okay.  And it showed -- so only one-third of the

23   hospitals only had a CARTO, correct?  That's what the data

24   showed?

02:24PM  25   A.    Am I -- I haven't committed that number to memory, but I

```
         1   don't have reason to doubt this.
         2   Q.   Okay.  And then for 66 -- for the other two-thirds,
         3   broke down between some didn't have a CARTO at all and some
         4   had a CARTO and another system, correct?
02:24PM  5   A.   Yes.  There's an important limitation.  May I explain
         6   it?
         7   Q.   On redirect you may.  I'm just asking you about these
         8   numbers.
         9        So 514 had a CARTO and some other system, and 388
02:25PM 10   had other systems and no CARTO, correct?
        11   A.   That's what the numbers say.
        12   Q.   And so for -- at least for 388 that didn't have a CARTO,
        13   the clinical support policy had no bearing on them, correct?
        14   A.   Correct.
02:25PM 15   Q.   And for the 514, they had an alternative system
        16   available, that if doctors wanted to use it, they could've
        17   used it?
        18   A.   It depends on a number of factors as to whether the
        19   doctors could've used it.
02:26PM 20   Q.   And one of those factors is whether the doctors would be
        21   willing to use another system as opposed to the CARTO,
        22   correct?
        23   A.   Correct.
        24   Q.   So you gave some testimony about quality, and you made
02:26PM 25   some references to the FDA system, the MAUDE system, correct?
```