# Exhibit 5

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3        HONORABLE JAMES V. SELNA, JUDGE PRESIDING

 4  INNOVATIVE HEALTH, LLC,        )
                                   )
 5                                 )
                                   )
 6                 Plaintiff,      )
                                   )
 7                                 )
                                   )
 8       Vs.                       )   No. SACV-19-01984-JVS
                                   )
 9                                 )
                                   )
10  BIOSENSE WEBSTER, INC.,        )
                                   )
11                                 )
                                   )
12                 Defendant.      )
                                   )
13  _____)

14

15

16           REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                       JURY TRIAL

18                   DAY 7, VOLUME II

19                 SANTA ANA, CALIFORNIA

20                THURSDAY, MAY 15, 2025

21

22

23  MIRIAM V. BAIRD, CSR 11893, CCRA
    OFFICIAL U.S. DISTRICT COURT REPORTER
24  350 WEST FIRST STREET
    FOURTH FLOOR
25  SANTA ANA, CA 92701
```

|  |  |
|---|---|
| | 1  couple of minutes ago.  For Innovative, their revenues are |
| | 2  revenues that will cover the manufacturing of catheters.  For |
| | 3  Biosense, the catheter revenues have to cover a lot more. |
| | 4             So it might look really outside that Biosense has |
| 01:24PM | 5  3.6 billion in revenues but, you know, during this time |
| | 6  period there's a billion dollars spent on research and |
| | 7  development.  That's where that money goes to. |
| | 8             In the same time period there's a billion dollars |
| | 9  going to compensation for the clinical support program. |
| 01:24PM | 10  Okay.  That just tells you why you cannot really do this |
| | 11  comparison, and I hope that gives you some understanding of |
| | 12  where those revenues are and how those revenues are being |
| | 13  used. |
| | 14  Q.   Are there other signs that competition is occurring at |
| 01:25PM | 15  the system level? |
| | 16  A.   Well, the other sign is that hospitals and doctors care |
| | 17  about quality, so they evaluate systems based on quality. |
| | 18  Q.   Do customers have options? |
| | 19  A.   Customers have options here, and we can think about this |
| 01:25PM | 20  in terms of the systems that Biosense competes against.  This |
| | 21  slide here shows the four larger manufacturers of cardiac |
| | 22  mapping systems.  In addition to Biosense, there's Abbot, |
| | 23  Boston Scientific, and Medtronic.  And you can see here they |
| | 24  have all the different components of the system. |
| 01:26PM | 25  Q.   Do hospitals actually buy these other systems? |

|   |   |
|---|---|
| 1 | A.   Yes, they do. |
| 2 |        MR. CAVANAUGH:  Let's show the next slide. |
| 3 | BY MR. CAVANAUGH: |
| 4 | Q.   What are we looking at on this slide? |
| 5 | A.   So I wanted to know whether or not hospitals actually |
| 6 | can and do buy from competing systems, and there's an example |
| 7 | in 2016 and 2017 that was really instructive. |
| 8 |        So what I'm showing here are sales of Biosense and |
| 9 | Abbott from 2013 to 2020.  The blue bars are Biosense and the |
| 10 | orange bars are Abbott.  Okay.  So you notice those orange |
| 11 | bars going way up in 2016, 2017, and later.  So what |
| 12 | happened? |
| 13 |        Well, that's when Abbott introduced software |
| 14 | upgrades to improve its system.  They also lowered its price. |
| 15 | The economic question is, okay, if Abbott did that, did |
| 16 | customers respond and did they actually switch and start |
| 17 | buying Abbott machines?  This data shows that they did. |
| 18 | Q.   If you would look in your binder at JX1148. |
| 19 |        MR. CAVANAUGH:  Your Honor, we would offer that |
| 20 | into evidence. |
| 21 |        THE COURT:  Any objection? |
| 22 |        MR. HO:  No objection. |
| 23 |        THE COURT:  1148 will be received. |
| 24 |        **(Exhibit 1148 received)** |
| 25 |   |

BY MR. CAVANAUGH:

Q.   Can you describe what we're seeing here.

A.   This is the chart in my expert report. It shows the data that went into the exhibit that I showed on screen a couple minutes ago.

Q.   So does this -- what does this also tell us, if anything, about sensitivity to price?

A.   So this data also shows that if a competitor comes in with a lower price or a higher-quality product, customers can and do respond. That's just a fancy way of saying customers are responding to price.

And you might hear the term cross price elasticity of demand. That's what it refers to. It shows that customers are doing what they think they should be doing when they have a choice.

Q.   Now, is there also evidence that most hospitals have multiple systems?

A.   Yes, so that's the other way to look at it. We can see, you know, what hospitals have purchased. What I'm showing here is information that shows of the 1,375 hospitals that have a cardiac mapping system, what do they have? Okay.

What this chart shows is that there are 388 hospitals out of the 1,375 that have a competing cardiac mapping system, meaning they don't even have a CARTO 3 at all. So that's almost a third of the hospitals have -- don't

       1  even have a CARTO 3.

       2        Now, 514 hospitals -- that's the lighter blue

       3  colored part of the pie -- those are hospitals that have a

       4  CARTO 3, but they also have a competing system.  So overall

01:29PM    5  around 66 percent of the hospitals have a competing system

       6  already on site.

       7  Q.  Now, do you consider testimony from witnesses in this

       8  trial regarding the question of ownership of multiple systems

       9  by hospital?

01:29PM   10  A.  Yes.  So these are examples of testimony of hospital

      11  witnesses who have said that they have multiple systems on

      12  site.  They've also talked about doctors being able to use

      13  the different multiple systems on site and that that makes it

      14  easy for -- you know, that makes it easy for physicians to

01:30PM   15  use multiple competing systems.

      16  Q.  Now, have you seen evidence that hospitals actually use

      17  these multiple systems?

      18  A.  Yes.

      19        MR. CAVANAUGH:  Can we go to the next slide.

01:30PM   20        THE WITNESS:  So the testimony was informative to

      21  me, and this is a look at some data.  And this is data from

      22  one hospital system in California called Sutter Health.

      23        What this shows is how purchases of the PENTARAY

      24  catheter and the Abbott Advisor catheter changed over time,

01:30PM   25  so from 2017 through 2021.  The green sales are Biosense

|   |   |
|---|---|
| | 1  sales and the red are the Abbott catheter sales.  So you see |
| | 2  Sutter -- this is just an example of the switching over time |
| | 3  away from the Biosense catheters to the Abbott catheter. |
| | 4  BY MR. CAVANAUGH: |
| 01:31PM | 5  Q.   Can you turn to JX949 in your binder. |
| | 6           MR. CAVANAUGH:  We'd offer this into evidence. |
| | 7           MR. HO:  No objection. |
| | 8           THE COURT:  949 will be received. |
| | 9           **(Exhibit 949 received)** |
| 01:31PM | 10 BY MR. CAVANAUGH: |
| | 11 Q.   What are we looking at? |
| | 12 A.   This is the data from Sutter Health.  This is the data |
| | 13 that I used to create the prior exhibit. |
| | 14 Q.   Is there evidence from this trial that doctors switch |
| 01:31PM | 15 among systems? |
| | 16 A.   Yes.  So I looked at the trial transcripts, and here are |
| | 17 some of the examples of some of the witnesses who talked |
| | 18 about doctors twitching systems and using different systems. |
| | 19 So these are the individuals that I found testimony on. |
| 01:32PM | 20 Q.   In a systems market does Biosense have market power? |
| | 21 A.   No, it does not. |
| | 22 Q.   Why not? |
| | 23 A.   In a systems market Biosense does not have market power |
| | 24 because there are competing systems out there.  We see |
| 01:32PM | 25 customers being able to choose and buy competing systems.  We |

|  |  |  |
|---|---|---|
| | 1 | going to make the left shoe, you're going to make the right |
| | 2 | shoe.  It's because they work together.  That's what -- and |
| | 3 | why do they do that?  Well, one reason is that customers want |
| | 4 | it, but the second reason is that it is efficient for |
| 01:47PM | 5 | Biosense to provide the clinical support and the rest of the |
| | 6 | system. |
| | 7 | That's what we see in the marketplace.  We see |
| | 8 | Abbott providing clinical support along with the system.  We |
| | 9 | see Boston Scientific doing the same thing.  That's what |
| 01:47PM | 10 | Biosense is doing, and that's what we see.  It's efficient to |
| | 11 | do that.  That's why we see shoe makers selling both shoes. |
| | 12 | No one is going to just go out there and sell a right shoe. |
| | 13 | Q.   Did you prepare a slide regarding your testimony in this |
| | 14 | case regarding this question? |
| 01:48PM | 15 | A.   I did.  So I looked at the trial transcripts.  What |
| | 16 | these witnesses would say is it's not cost effective or it |
| | 17 | doesn't make economic sense for them to provide the clinical |
| | 18 | support. |
| | 19 | They don't have the manpower to do it.  They don't |
| 01:48PM | 20 | have the resource to hire a CAS or to train their own CAS. |
| | 21 | So that's part of the reasons why it's inefficient or not |
| | 22 | cost effective for a hospital to actually provide it today. |
| | 23 | Q.   Now, does Biosense charge for the clinical support that |
| | 24 | it provides? |
| 01:48PM | 25 | A.   It does not.  Clinical support is offered to hospitals |

| | | |
|---|---|---|
| | 1 | at no additional charge. |
| | 2 | Q.   Now, what is Dr. Forister's view on if the clinical |
| | 3 | support policy didn't exist and Biosense CASs had to support |
| | 4 | the use of Innovative Health catheters, what's his view on |
| 01:49PM | 5 | what the pricing would be? |
| | 6 | A.   Well, in his view clinical support would still be |
| | 7 | offered at no charge to hospitals, so nothing would change. |
| | 8 | Q.   Do you agree with that? |
| | 9 | A.   I don't, because free-riding is just not a sustainable |
| 01:49PM | 10 | outcome. |
| | 11 | Q.   Let's turn to the question of competition catheters. |
| | 12 | Now, Dr. Forister, who offers the view that |
| | 13 | Biosense has market power and a CAS market, and that that |
| | 14 | market power would -- has produced super competitive pricing |
| 01:50PM | 15 | in catheters, do you agree with that? |
| | 16 | A.   I don't. |
| | 17 | Q.   Why not? |
| | 18 | A.   Well, first of all, I don't see that it's appropriate to |
| | 19 | look at catheters as a separate market.  But on top of that, |
| 01:50PM | 20 | when I looked at the evidence, I don't see the evidence |
| | 21 | suggesting that catheters and catheter prices are above |
| | 22 | competitive levels.  And I don't see the evidence that the |
| | 23 | clinical support policy has caused catheter prices to go up. |
| | 24 | Q.   Could you walk through your -- some slides you have on |
| 01:51PM | 25 | this. |

01:51PM

A.   This is a look at data on the three catheters that we've been hearing a lot about in this trial.  What I wanted to know was did prices of catheters go up after the clinical support policy was rolled out.  Now, that clinical support policy was rolled out in April 2016, so that's that vertical redline that you see.

Each of these lines are the prices of the LASSO NAV in purple, PENTARAY in green, SOUNDSTAR in blue.  If Dr. Forister is right that the policy is creating market power or giving Biosense market power, then we should see prices go up.  But we don't see that.

Q.   Turn to the next slide.  What actually happened?

A.   So if you look at the average price, say, three years before the policy rolled out, three years after the policy rollout we do not see prices going up.  So it's a little bit hard to see perhaps, but for SOUNDSTAR, before the rollout the average price is around $2,384.  In the three years after the rollout, the prices were $2,347.  It's a lower price.

The same is true for the PENTARAY, and the same is true for the LASSO NAV.  PENTARAY prices fell by $22.  LASSO NAV prices fell by $13.  We don't see a price increase after the rollout.

Q.   Do you have -- can we go to your next slide.  What are we looking at here?

A.   So this is another look at the prices, so now we're

|   |   |
|---|---|
| | 1   going to think about it in terms of profit margins because |
| | 2   that's one way to think about prices but controlling for |
| | 3   cost.  Okay. |
| | 4         So this is the profit margins.  That's price less |
| 01:53PM | 5   the cost.  It's a percentage of the price.  Again we can ask |
| | 6   the same thing.  If Dr. Forister is right, then after the |
| | 7   clinical policy was rolled out, we should see higher profit |
| | 8   margins. |
| | 9         If we look at the data, we do not see that.  Again, |
| 01:53PM | 10  each of these lines are the profit margins for SOUNDSTAR, |
| | 11  PENTARAY, and LASSO NAV.  And you see there isn't a change |
| | 12  right before or after the clinical support policy was rolled |
| | 13  out. |
| | 14  Q.   Have you looked at the question of whether Biosense has |
| 01:53PM | 15  market power and that has led to their ability to charge |
| | 16  super competitive prices for the catheters that we're talking |
| | 17  about in this case? |
| | 18  A.   Yes. |
| | 19  Q.   And what was your analysis? |
| 01:54PM | 20  A.   So I looked at the data for this, and again what we |
| | 21  found is that the policy did not lead to any change.  But we |
| | 22  can look at prices overall also, and these are the -- these |
| | 23  are the items that I looked at. |
| | 24        I started by looking at prices, and the first |
| 01:54PM | 25  question I asked was:  How are Biosense's prices relative to |

|    |    |
|----|----|
| 1  | comparable catheters? |
| 2  | MR. CAVANAUGH: Go to the next slide, please. |
| 3  | THE WITNESS: So I started by looking at SOUNDSTAR. |
| 4  | The comparable and most comparable catheter is the ACUNAV. |
| 5  | We see the SOUNDSTAR price is in blue. The ACUNAV price is |
| 6  | in orange. Look, they're just in line with each other. |
| 7  | Q. Can we look at JX1142 in your binder. |
| 8  | MR. CAVANAUGH: Your Honor, we'd move that into |
| 9  | evidence. |
| 10 | MR. HO: No objection. |
| 11 | THE COURT: 1142 will be received. |
| 12 | **(Exhibit 1142 received)** |
| 13 | BY MR. CAVANAUGH: |
| 14 | Q. What is shown on JX1142? |
| 15 | A. This is the chart in my expert report, and it has the |
| 16 | data that created the exhibit that I just showed you. |
| 17 | Q. Let's turn to the PENTARAY. What do we see with the |
| 18 | PENTARAY? |
| 19 | A. This is the same analysis. I'm comparing PENTARAY |
| 20 | prices to the most comparable catheter to the PENTARAY, which |
| 21 | is the Advisor HD. The Advisor HD is in orange. The |
| 22 | PENTARAY prices are in blue. We see that the PENTARAY prices |
| 23 | are even below the Advisor HD. |
| 24 | Q. If we can look JX1143 in your binder. |
| 25 | MR. CAVANAUGH: Your Honor, we'd move this into |

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | evidence.                                                       |
|       | 2  |     MR. HO: No objection.                   |
|       | 3  |     THE COURT: 1143 will be received.       |
|       | 4  |     **(Exhibit 1143 received)**             |
| 01:56PM | 5  | BY MR. CAVANAUGH:                                              |
|       | 6  | Q.  What do we see here?                                        |
|       | 7  | A.  This is the chart that was in my expert report that has     |
|       | 8  | the data that created the exhibit I just showed you.            |
|       | 9  | Q.  What are these other lines that we're seeing here?  On      |
| 01:56PM | 10 | your PENTARAY you only had two.  What are these additional     |
|       | 11 | catheters that we're looking at?                                |
|       | 12 | A.  I also looked at other -- potentially other catheters to    |
|       | 13 | see what their prices were.  Again, what this shows is that     |
|       | 14 | the PENTARAY prices are lower than not just the catheter that   |
| 01:56PM | 15 | I had think is most comparable but many other catheters.       |
|       | 16 | Q.  If you'd take a look at JX1159.                             |
|       | 17 |     MR. CAVANAUGH: We'd move this into evidence. |
|       | 18 |     MR. HO: No objection.                   |
|       | 19 |     THE COURT: 1159 will be received.       |
| 01:57PM | 20 |     **(Exhibit 1159 received)**            |
|       | 21 | BY MR. CAVANAUGH:                                               |
|       | 22 | Q.  What are we looking at on this exhibit?                     |
|       | 23 | A.  This is the chart in my expert report.  It has the data     |
|       | 24 | that created the exhibit that I just showed you.                |
| 01:57PM | 25 | Q.  Let's turn to the LASSO NAV.                                |

|  |  |
|---|---|
| 1 | A.   This is the same analysis.  I'm comparing the price of |
| 2 | LASSO NAV to its most comparable catheter, which is the |
| 3 | Advisor FL.  The Advisor FL is in orange.  The LASSO NAV |
| 4 | price is in blue.  Again, the LASSO NAV prices are in line |
| 01:57PM  5 | with and obviously below the Advisor FL prices for most of |
| 6 | the period shown. |
| 7 | Q.   If you'd turn to JX1144 in your binder. |
| 8 | MR. CAVANAUGH:  Your Honor, we'd move that into |
| 9 | evidence. |
| 01:58PM  10 | MR. HO:  No objection. |
| 11 | THE COURT:  1144 will be received. |
| 12 | **(Exhibit 1144 received)** |
| 13 | BY MR. CAVANAUGH: |
| 14 | Q.   What is this exhibit? |
| 01:58PM  15 | A.   This is an exhibit from my expert report.  It has the |
| 16 | data that created the exhibit I just showed you. |
| 17 | Q.   Could we put up -- could you turn to JX1157. |
| 18 | MR. CAVANAUGH:  Your Honor, we'd move that into |
| 19 | evidence. |
| 01:59PM  20 | MR. HO:  No objection. |
| 21 | THE COURT:  1157 will be received. |
| 22 | **(Exhibit 1157 received)** |
| 23 | BY MR. CAVANAUGH: |
| 24 | Q.   What are we looking at on JX1157? |
| 01:59PM  25 | A.   This is a chart that I put together in my expert report. |

|  |  |  |
|---|---|---|
|  | 1 | What it shows is the Biosense SOUNDSTAR catheter price in |
|  | 2 | red.  That's the one at the top.  I'm comparing that to the |
|  | 3 | price of various reprocessed catheters.  Those are the lines |
|  | 4 | below. |
| 01:59PM | 5 | The three reprocessed catheters that I'm showing |
|  | 6 | the prices of are the Sterilmed, which is in the green; the |
|  | 7 | Innovative Health price, which is the gray; and the Stryker |
|  | 8 | price.  So the three lines below are prices of the |
|  | 9 | reprocessed catheters.  You'll see that those three |
| 01:59PM | 10 | reprocessed suppliers are selling their reprocessed catheters |
|  | 11 | at around the same price. |
|  | 12 | Q.   If we go back to your slide on no market power, can you |
|  | 13 | walk us through these other factors. |
|  | 14 | A.   Sure.  The second one is innovation.  It's important to |
| 02:00PM | 15 | look at innovation because that's how companies compete when |
|  | 16 | they want to produce new products or enhance the quality of |
|  | 17 | their products. |
|  | 18 | Q.   Why does that matter here? |
|  | 19 | A.   It matters because innovation is a sign of quality |
| 02:00PM | 20 | competition. |
|  | 21 | Q.   What about this question of output, your third point? |
|  | 22 | What is output and why does that matter here? |
|  | 23 | A.   So output really refers to sales.  It's like unit sales. |
|  | 24 | It's important to look at output because that's one way to |
| 02:01PM | 25 | summarize what happens when you see companies pricing |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | competitively and innovating.                                |
|          | 2  | Well, companies that do that should see their sales          |
|          | 3  | go up because that's what customers want -- a good product at|
|          | 4  | a competitive price.  So if you see sales going up, that's   |
| 02:01PM  | 5  | generally a sign that the company is doing something right   |
|          | 6  | and not anti-competitive.                                    |
|          | 7  | MR. CAVANAUGH:  If we can go to the next slide,              |
|          | 8  | please.                                                      |
|          | 9  | BY MR. CAVANAUGH:                                            |
| 02:01PM  | 10 | Q.   What are we looking at on this slide?                   |
|          | 11 | A.   This chart just shows Biosense catheters and their sales|
|          | 12 | over time.  We just see Biosense continually increasing      |
|          | 13 | catheter sales over time.                                    |
|          | 14 | Q.   Turn to JX1145 in your binder.                          |
| 02:01PM  | 15 | MR. CAVANAUGH:  Your Honor, we'd move that into              |
|          | 16 | evidence.                                                    |
|          | 17 | THE COURT:  It will be received.                             |
|          | 18 | **(Exhibit 1145 received)**                                  |
|          | 19 | MR. HO:  No objection.                                       |
| 02:01PM  | 20 | BY MR. CAVANAUGH:                                            |
|          | 21 | Q.   What is on JX1145?                                      |
|          | 22 | A.   This is the chart that was in my expert report, and it  |
|          | 23 | has the data that created the exhibit I just showed you.     |
|          | 24 | Q.   Go back to your market power slide.  The next one is    |
| 02:02PM  | 25 | comparable margins.                                          |

|  |  |
|---|---|
| 02:02PM | 1  A.   Yes.  So that's another way to think about whether
2  there's market power.  We can look at margins.  This is
3  where, when I thought about margins, Biosense's margins are
4  lower for example than Innovative Health's profit margins.
5         So if you want to think about profit margins, then
6  given that Innovative has higher profit margins, I don't
7  think -- Biosense's margin doesn't really tell us anything
8  about Biosense's market power.
9  Q.   Can you turn to JX1158.
10      MR. CAVANAUGH:  Your Honor, we'd move this into
11 evidence.
12      MR. HO:  No objection.
13      THE COURT:  1158 will be received.
14      **(Exhibit 1158 received)**
15 BY MR. CAVANAUGH:
16 Q.   Can you describe for the jury what we're seeing on
17 JX1158.
18 A.   Yes.  This is a chart that was in my expert report, and
19 it has the data that created the exhibit I just showed you.
20 Q.   Does this include the sales of reprocessed LASSO NAVs?
21 A.   Yes.  So the green line is Sterilmed, for example, and
22 the gray line is Innovative.  The orange line is Stryker.
23 Q.   Now, Dr. Forister says that Biosense's share of catheter
24 usage is high.  Is that a concern here?
25 A.   It's not if it reflects physician preferences for |

|  |  |
|---|---|
| 03:38PM | 1  the deduction of costs for mappers.  Could you explain. |
|  | 2  A.   Yes.  Because the mappers are a source of profit for the |
|  | 3  OEMs, they want to provide those mappers for free.  So |
|  | 4  there's no reason to think that with or without the tie, that |
|  | 5  Innovative would have had to pay for those mappers because |
|  | 6  Biosense wants its mappers in the hospital.  Same as the |
|  | 7  other OEMs, they would continue to provide it for free. |
|  | 8  Q.   Remind us if you could how is Biosense able to generate |
|  | 9  all of that money from having the CAS in the hospital? |
| 03:39PM | 10 A.   Well, it boils down to the fact that the CAS also acts |
|  | 11 as salespeople.  Biosense categorizes them as salespeople. |
|  | 12 They pay them as salespeople.  And they measure that the CAS |
|  | 13 being in the room dramatically increases sales. |
|  | 14 Q.   So in a but-for world without the anti-competitive |
| 03:39PM | 15 conduct, would Biosense continue to provide the CAS without a |
|  | 16 separate charge? |
|  | 17 A.   Yes.  All the evidence points to that.  Biosense did it |
|  | 18 before the case coverage policy.  They do it after the case |
|  | 19 coverage policy for many of the other types of catheters. |
| 03:39PM | 20         The other major manufacturers all do it, and |
|  | 21 Biosense makes that exception that we talked about for |
|  | 22 Providence Alaska Hospital. |
|  | 23 Q.   Could you please explain the third item on your slide. |
|  | 24 A.   Uh-huh.  So I don't know if you caught it, but in |
| 03:40PM | 25 Dr. Wu's slide down in the corner, when he was telling you |

```
 1    damages were zero, he actually calculated that they were
 2    negative.
 3              In particular, for the SOUNDSTAR his approach finds
 4    that the case coverage policy caused $20 million more in
 5    profits for Innovative.  And just to make sure that we
 6    understand the direction of that, what he's saying is that
 7    the case coverage policy benefited Innovative hugely on the
 8    SOUNDSTAR to $20 million.  That's why when he gets to the
 9    blocking technology and he says the blocking technology would
10    have moved back entry earlier but that's bad, that's because
11    he said removing the case coverage policy and letting
12    Innovative make more sales would actually cause it to lose
13    even more money, which makes no economic sense.
14    Q.   Could you explain why it makes no economic sense.
15    A.   Because the Biosense documents clearly show that their
16    policy was intended to eliminate competition from independent
17    reprocessors.  Biosense didn't put this in place with any
18    thought that it would benefit Innovative, and I've seen no
19    documents that Innovative thinks that the case coverage
20    policy or the blocking technology were benefits to
21    Innovative.
22    Q.   Thank you.
23              MR. HO:  No further questions.
24              THE COURT:  Mr. Cavanaugh.
25              MR. CAVANAUGH:  Thank you, Your Honor.
```

|   |   |
|---|---|
| | 1    **CROSS-EXAMINATION** |
| | 2    BY MR. CAVANAUGH: |
| | 3    Q.   Dr. Forister, you gave some testimony regarding Biosense |
| | 4    declining to train mappers at hospitals.  Were you here this |
| 03:41PM | 5    morning for Cheryl Saxby's testimony? |
| | 6    A.   No. |
| | 7    Q.   She testified:  And what were the results of that |
| | 8    conversation?  A, Biosense Webster offered to train our staff |
| | 9    for mapping. |
| 03:42PM | 10        And just so it's clear, Cheryl Saxby is at |
| | 11   Providence St. Joseph's Hospital, the associate vice |
| | 12   president of specialty sourcing. |
| | 13        MR. HO:  Objection, Your Honor.  There's no |
| | 14   question. |
| 03:42PM | 15   BY MR. CAVANAUGH: |
| | 16   Q.   So you were unfamiliar with that testimony? |
| | 17   A.   Correct.  I was not here. |
| | 18   Q.   So now that you've heard it, do you have any reason to |
| | 19   believe Ms. Saxby is lying? |
| 03:42PM | 20   A.   No. |
| | 21   Q.   So, in fact, Biosense did offer to train the staff at |
| | 22   Providence St. Joseph's hospital? |
| | 23   A.   According to what you've said. |
| | 24   Q.   Okay.  And you're also aware that Biosense trained |
| 03:42PM | 25   Mr. DeTate, right? |