# Exhibit 7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
INNOVATIVE HEALTH, LLC,     ) CERTIFIED TRANSCRIPT
               Plaintiff,   )
    vs.                     )
                            )  SACV-19-01984-JVS
BIOSENSE WEBSTER, INC.,     )
               Defendant.   ) TRIAL DAY 7, VOL. I
----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 15, 2025


SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

| | | |
|---|---|---|
| 09:11 | 1 | and then other functions were added to my responsibilities, |
| | 2 | including communications and pricing and contracting market |
| | 3 | development.  And then as of a couple of years ago, I've |
| | 4 | been responsible for the sales organization as well. |
| 09:11 | 5 | Q    What's kept you at Biosense? |
| | 6 | A    The impact that we make and the people.  It's -- I was |
| | 7 | checking before coming in my team's work today.  Today we |
| | 8 | will be treating 1,400 patients across this country.  By the |
| | 9 | time I go home, 1,400 people will be treated with our |
| 09:12 | 10 | technology.  And my team would be sitting shoulder to |
| | 11 | shoulder with that physician giving somebody their life |
| | 12 | back.  So what keeps me here is being a small part of an |
| | 13 | organization that is made up of amazing, mission-driven, |
| | 14 | smart, smart people who wake up every day trying to figure |
| 09:12 | 15 | out how to make somebody's life better. |
| | 16 | Q    Have the number of EP procedures changed since you've |
| | 17 | joined Biosense? |
| | 18 | A    They have increased tremendously, yes. |
| | 19 | Q    If you could look at -- and we'll put it up on the |
| 09:12 | 20 | screen -- JX3725. |
| | 21 | MR. CAVANAUGH:  And, Your Honor, we would move |
| | 22 | this into evidence.  I understand there's no objection. |
| | 23 | MR. GOLDSMITH:  No objection, Your Honor. |
| | 24 | THE COURT:  3725 will be received. |
| 09:13 | 25 | (Exhibit 3725 received in evidence) |

| | | |
|---|---|---|
| 09:13 | 1 | BY MR. CAVANAUGH: |
| | 2 | Q    This is an e-mail from you to Ashley Whitten, and there |
| | 3 | is an attachment I wanted to ask you about. |
| | 4 | What is that attachment? |
| 09:13 | 5 | A    This is a document I put together to speak to -- |
| | 6 | actually, working with the finance leadership program |
| | 7 | person.  So I often talk to new employees or different |
| | 8 | people who join the company about who we are, and this is a |
| | 9 | document that I created to talk to them about it. |
| 09:13 | 10 | MR. CAVANAUGH:  Can you go to Slide 13? |
| | 11 | BY MR. CAVANAUGH: |
| | 12 | Q    What are we seeing here?  Just explain to the jury what |
| | 13 | we're seeing on this. |
| | 14 | A    It's a chart describing the number of U.S. ablation |
| 09:13 | 15 | procedures over the years, and it shows that procedure |
| | 16 | volume is rapidly increasing year after year. |
| | 17 | Q    So this ends in 2020? |
| | 18 | A    Yes. |
| | 19 | Q    What's happened since then? |
| 09:14 | 20 | A    This chart if you track it up has continued to move in |
| | 21 | the same direction, and it has even picked up speed, meaning |
| | 22 | the number of procedures are continuing to grow.  The demand |
| | 23 | is high. |
| | 24 | Q    What factors have caused this growth? |
| 09:14 | 25 | A    A-fib, which is what we're talking about, atrial |

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
| 09:14 | 1  | fibrillation.  And this particular disease is on the rise                    |
|       | 2  | because the underlying conditions that cause it are on the                   |
|       | 3  | rise, such as diabetes, hypertension, obesity.  And so more                  |
|       | 4  | prevalence of the disease is a part of it, but also because                  |
| 09:14 | 5  | the technology that is there to help treat it has gotten so                  |
|       | 6  | much better.                                                                 |
|       | 7  | So over the years, now physicians can treat                                  |
|       | 8  | patients earlier and give them their lives back.  So the                     |
|       | 9  | disease is growing.  The devices, the technology, and                        |
| 09:15 | 10 | techniques that are used to treat them are getting a lot                     |
|       | 11 | better, and therefore, more physicians are instead of                        |
|       | 12 | medically managing sick patients intervening early and                       |
|       | 13 | treating them.  So, therefore, the volume is growing.                        |
|       | 14 | Q    What role, if any, has Biosense played in this growth?                  |
| 09:15 | 15 | A    A significant role.  We are a primary player in an                      |
|       | 16 | important aspect of this innovation that I talked about.                     |
|       | 17 | Our founder, Mr. Will Webster, was the first                                 |
|       | 18 | person to invent a device in close collaboration with                        |
|       | 19 | physicians to map and ablate and treat this disease.  And                    |
| 09:15 | 20 | since then, 25 years ago, we have been innovating and                        |
|       | 21 | bringing better technologies to the market and growing the                   |
|       | 22 | space.                                                                       |
|       | 23 | Q    We've heard testimony about the CARTO 3 mapping system.                 |
|       | 24 | A    Yes.                                                                    |
| 09:15 | 25 | Q    Does Biosense face competition in providing that                        |