# Exhibit 8

```
                 UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

                      SOUTHERN DIVISION

                           - - -

       THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING


        INNOVATIVE HEALTH, LLC,    ) CERTIFIED TRANSCRIPT
                     Plaintiff,    )
           vs.                     )
                                   )  SACV-19-01984-JVS
        BIOSENSE WEBSTER, INC.,    )
                     Defendant.    ) TRIAL DAY 6, VOL. I
        ---------------------------)



            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                   Santa Ana, California

                      May 14, 2025



                       SHARON A. SEFFENS, RPR
                       United States Courthouse
                       411 West 4th Street, Suite 1-1053
                       Santa Ana, CA  92701
                       (612) 804-8655
```

| | | |
|---|---|---|
| 08:44 | 1 | arrhythmias in the top chamber or in the lower chamber of |
| | 2 | the heart. |
| | 3 | The normal heartbeat is what you see on the left. |
| | 4 | You can see -- by listening here, you can see there is a |
| 08:44 | 5 | regularity in the pattern of how the heart beats.  The top |
| | 6 | chamber activates first, there is a delay, and then the |
| | 7 | lower chamber.  So that's the normal rhythm of the heart. |
| | 8 | As we go towards the right, we have a |
| | 9 | representation of the heart in atrial fibrillation, which is |
| 08:44 | 10 | the most common arrhythmia we have today.  And what you see |
| | 11 | listening is the heart is irregular.  There is no specific |
| | 12 | pattern.  We call it irregular, the way it's contracting the |
| | 13 | top chamber.  It's not contracting anymore.  It's just |
| | 14 | quivering because of chaotic electrical patterns in the top |
| 08:45 | 15 | chamber getting the heart to contract very fast and in an |
| | 16 | unpredictable manner. |
| | 17 | Q    Let's talk about the role of cardiac mapping systems in |
| | 18 | the treatment of arrhythmia. |
| | 19 | What role do cardiac mapping systems play in the |
| 08:45 | 20 | treatment of arrhythmia? |
| | 21 | A    So "mapping system" is short.  The correct name is an |
| | 22 | electroanatomical mapping system.  So what it does is it |
| | 23 | looks at the electrical activity of the heart in a given |
| | 24 | place, and then it indexes to a 3D reconstruction of the |
| 08:45 | 25 | heart it is doing. |

| | |
|---|---|
| 08:45 | 1   So electroanatomical mapping is a technology that |
| | 2   was invented three decades ago that allows us to essentially |
| | 3   build 3D reconstructions of the heart and understand where |
| | 4   the electricity -- where an arrhythmia, for example, is |
| 08:46 | 5   coming from.  If there is a source, find it very quickly.  I |
| | 6   can identify where it's coming from and use that map we |
| | 7   built to treat that source. |
| | 8   Q    And let's go to the next slide. |
| | 9        Can you tell the jury about the major cardiac |
| 08:46 | 10  mapping systems that are available in the marketplace? |
| | 11  A    Yes, sir.  On the left you have Biosense Webster's |
| | 12  CARTO.  The next one is Abbott Precision-X.  Then you have |
| | 13  Boston Scientific OPAL and Medtronic Affera.  So those are |
| | 14  the four main companies in the space of electrophysiology. |
| 08:46 | 15       Biosense Webster was the first company who |
| | 16  invented this technology.  And it has a specific technology, |
| | 17  which is magnetic-based navigation, which is the most |
| | 18  accurate that they invented.  Other companies have other |
| | 19  types of mapping technologies called impedance-based, which |
| 08:47 | 20  is less accurate.  And only recently they were able to have |
| | 21  systems that are somewhat similar to Biosense Webster's. |
| | 22  Q    So in addition to these systems that we see on the |
| | 23  slide, is there software associated with cardiac mapping |
| | 24  systems? |
| 08:47 | 25  A    Yes.  So what you're looking at here is the hardware |

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
| 08:47 | 1  | where we connect cables from the catheters, for example,            |
|       | 2  | that are inside a patient's body into the systems to                |
|       | 3  | measure.  And there is a user interface.  How I see that            |
|       | 4  | information, it's really ever-evolving.                             |
| 08:47 | 5  | So maybe once or twice a year, you have new                         |
|       | 6  | software modules being released that have really transformed        |
|       | 7  | how we do these procedures:  the speed of the procedure, the        |
|       | 8  | accuracy of the procedure, and the ability to treat                 |
|       | 9  | patients.  So there is always new modules, new evolution in         |
| 08:47 | 10 | the software.  The speed, the cadence, is quite impressive,         |
|       | 11 | so ever-changing.                                                   |
|       | 12 | Q    And have you used -- let me withdraw that question and         |
|       | 13 | ask it another way.                                                 |
|       | 14 | Which systems have you used before?                                 |
| 08:48 | 15 | A    I have used all of the ones you are looking at here.           |
|       | 16 | Those are the main ones.  In addition to that, I have used          |
|       | 17 | probably four others from smaller companies that I have done        |
|       | 18 | work with in design of the products.                                |
|       | 19 | Q    And how did they come to learn how to use these                |
| 08:48 | 20 | systems?                                                            |
|       | 21 | A    You start using them during your fellowship training.          |
|       | 22 | During the fellowship, I had the opportunity to work with           |
|       | 23 | CARTO, with Abbott.  And then throughout my career,                 |
|       | 24 | different hospitals either had or we acquired new                   |
| 08:48 | 25 | technologies.  And some I also learned from doing work in           |

```
08:48    1   animal labs.
         2   Q    Is it important for electrophysiologists to be trained
         3   on multiple systems?
         4   A    Absolutely.  Different systems may have different
08:48    5   strengths.  Up until maybe a few years ago, Biosense's
         6   system, the CARTO system, was significantly better than the
         7   competition because of the spatial and temporal resolution.
         8            Today you have good systems with an almost similar
         9   spatial and temporal resolution, such as the Precision-X.
08:49   10   But you may have a software module, for example, that works
        11   better for a specific disease process.  So for one
        12   arrhythmia, I might do better work for my patient with one
        13   system versus another, and so I think it's very important to
        14   understand all of the systems.
08:49   15   Q    And at the HCA facilities that you manage today, how
        16   many systems are there?
        17   A    We have CARTO 3, Precision-X, and the Rhythmia system.
        18   And we're acquiring now the Affera, so I will soon have all
        19   four.
08:49   20   Q    And over your career, have you preferred one system
        21   over another, generally speaking?
        22   A    Up until two years ago, perhaps, or three, absolutely
        23   CARTO because of spatial and temporal resolution.  This
        24   comes because of their method of mapping, which is
08:50   25   electromagnetic, which is sub-millimeter precision.
```

```
08:50   1              Essentially, you have an electromagnetic field
        2   outside the body, and the catheters have sensors that allow
        3   you to know exactly in 3D space where a catheter is so that
        4   I can build a 3D reconstruction of the heart.
08:50   5              If you look at the other systems, they use
        6   impedance.  With impedance, which is the resistance of
        7   electricity going through your body, the amount of blood
        8   flow or air when you're breathing, you will change
        9   impedance.  So they're known to be less accurate.
08:50  10              Because of that, I did have a strong preference up
       11   until a few years ago.  And now, as I said, Abbott and
       12   EnSite Precision-X is also an electromagnetic system.
       13   Q    You referenced precision a couple of times in your
       14   answer.
08:51  15              Why is precision important to you when creating a
       16   map during an electrophysiology procedure?
       17   A    If you remember the first cartoon we saw of the heart
       18   with the electrical system, those are vital structures you
       19   have in your body, in your heart.  Right next to the
08:51  20   electrical system, we have the aorta, a very large vessel.
       21              And so we are constantly going to be diagnosing
       22   and treating arrhythmias within millimeters from vital
       23   structures.  So having accuracy in the maps that we're
       24   building that will then guide how the ablation is performed
08:51  25   is vital so that we don't have complications.
```

| | | |
|---|---|---|
| 08:57 | 1 | technologies. |
| | 2 | Q   Have you worked with the industry to address those |
| | 3 | issues? |
| | 4 | A   Yes, sir.  We make complaints, and oftentimes quickly |
| 08:58 | 5 | we will talk to engineers to get resolution.  I have had |
| | 6 | engineers that spent weeks at my lab working with us to find |
| | 7 | quick resolutions.  I have gone to animal labs and also used |
| | 8 | this technology to try to find resolutions for those |
| | 9 | problems when they happen. |
| 08:58 | 10 | Q   Let's go to the next slide. |
| | 11 |         Just at a high level, can you walk the jury |
| | 12 | through the role that a clinical account specialist, a CAS, |
| | 13 | plays in a cardiac mapping system? |
| | 14 | A   When I do these procedures, I'm not alone in the room. |
| 08:58 | 15 | There's typically an anesthesiologist, a nurse anesthetist, |
| | 16 | two technicians that work side by side with me, one seeing |
| | 17 | the recording system that is helping stimulate the heart |
| | 18 | when we need it and a nurse.  And then we have a clinical |
| | 19 | account specialist, which is someone that works for the |
| 08:59 | 20 | industry and helps run the mapping systems that you saw. |
| | 21 |         So here you see the CAS next to the screens, and |
| | 22 | they will help us create the map that they will help us |
| | 23 | improve the accuracy of the map.  So every procedure, every |
| | 24 | ablation I do, there is a clinical account specialist in the |
| 08:59 | 25 | room helping us through that process. |

| | | |
|---|---|---|
| 08:59 | 1 | Q    Do you view the CAS provided by the industry as part of |
| | 2 | the overall system offering by the manufacturer? |
| | 3 | A    Yes, sir. |
| | 4 | Q    And have the hospitals that you have worked at provided |
| 08:59 | 5 | their own CAS? |
| | 6 | A    No.  The CASs today, most of them are biomedical |
| | 7 | engineers or have gone through specialized training for a |
| | 8 | year or more.  And then when they join the industry, there |
| | 9 | is another 6 to 12 months of training.  This is a highly |
| 08:59 | 10 | specialized training they go through, so hospitals don't |
| | 11 | have personnel to do this. |
| | 12 | One of the hospitals I worked at, they created |
| | 13 | one.  It was policy that they were not going to allow CASs |
| | 14 | in the room.  And immediately upon understanding that if the |
| 09:00 | 15 | clinical account specialist was not in the room they would |
| | 16 | have to hire someone and train someone to do that service, |
| | 17 | they changed that position.  So I have never worked in a |
| | 18 | hospital that there is not a clinical account specialist |
| | 19 | helping with ablations. |
| 09:00 | 20 | Q    Is it efficient for hospitals to have CASs provided by |
| | 21 | the industry? |
| | 22 | A    Very efficient, very efficient for the hospitals, |
| | 23 | because they don't have to train or hire someone to do that |
| | 24 | job. |
| 09:00 | 25 | Q    So going back to the process of mapping, how does |

| | | |
|---|---|---|
| 09:00 | 1 | mapping on the CARTO 3 compare to the older methods that |
| | 2 | were used in the field of electrophysiology? |
| | 3 | A    I think we prepared a slide.  Okay, so this is a very |
| | 4 | good example of how much this field has changed. |
| 09:01 | 5 | On the left, what you have is an example of how |
| | 6 | ablations were done 25 years ago.  Essentially, what you're |
| | 7 | seeing here is the physician-injected contrasts.  They are |
| | 8 | using X-ray to take pictures of the heart, and the catheter |
| | 9 | is moving.  And for you to see a catheter moving, you had to |
| 09:01 | 10 | continuously stop and keep the X-ray on.  So it was not |
| | 11 | uncommon for a patient to have 60, 90, 120 minutes of X-ray |
| | 12 | exposure.  They could have, you know, skin burns or a very |
| | 13 | high risk of cancer depending on how it went. |
| | 14 | And when atrial fibrillation ablation was |
| 09:01 | 15 | invented, when we started doing this back in the '90s, they |
| | 16 | were 8 to 12-hour procedures.  So you fast forward, and |
| | 17 | where we are right now is it takes about an hour to do an |
| | 18 | atrial fibrillation ablation.  We don't have to use |
| | 19 | fluoroscopy.  So the technology, particularly as you're |
| 09:02 | 20 | seeing here on the screen -- the ability to create a map so |
| | 21 | quickly and understand the anatomy much better without |
| | 22 | having to use fluoroscopy has allowed us a number of things. |
| | 23 | One is we are better at diagnosing and treating |
| | 24 | arrhythmias with much more accuracy.  We don't have to use |
| 09:02 | 25 | fluoroscopy.  That is very important for all of us |

| | | |
|---|---|---|
| 09:02 | 1 | physicians, patients, and everyone that is inside the lab, |
| | 2 | because I don't have to be exposed to radiation as a |
| | 3 | physician, and patients are not exposed to radiation, and I |
| | 4 | don't have to also wear lead aprons.  We typically have, |
| 09:02 | 5 | like, a 5 to 10-pound lead apron that we have to wear to |
| | 6 | protect ourselves from radiation.  So today I don't have to |
| | 7 | use it anymore because of this technology. |
| | 8 | Q    Does the reduction in fluoroscopy have any particular |
| | 9 | meaning to you? |
| 09:03 | 10 | A    A very deep meaning to me for a number of reasons, |
| | 11 | personal reasons.  One is I became -- I started having back |
| | 12 | pain early in my career, and it's said that about 40 percent |
| | 13 | of electrophysiologists have back problems and have lost |
| | 14 | days of work because of back problems.  And today I don't |
| 09:03 | 15 | have to wear the lead apron anymore. |
| | 16 |      Now, separately, as it's well-described, my mentor |
| | 17 | and a great friend and the person that hired me when I left |
| | 18 | the University of Alabama and went to private practice, died |
| | 19 | of brain cancer because of excess radiation exposure over |
| 09:03 | 20 | his career.  He started doing ablations during that phase. |
| | 21 | Q    What impact, if any, has the CARTO 3 had on |
| | 22 | electrophysiology procedures? |
| | 23 | A    It changed everything.  It changed everything.  It |
| | 24 | changed our ability to diagnose and treat arrhythmias.  It |
| 09:04 | 25 | changed the speed.  You know, procedures are no longer 6 to |

```
09:04    1    12 hours.  They take an hour or less right now, so it
         2    created a new industry, quite honestly.  I mean, it was the
         3    first mapping system.  Biosense Webster invented it and
         4    others followed, but it really created an industry for us.
09:04    5    Q    Has the CARTO 3 allowed hospitals to generate more
         6    revenue?
         7    A    Absolutely, particularly because of the ability to do
         8    more procedures, treat more patients.  So in 2013-2014, it
         9    was unusual for a physician to do more than one ablation a
09:04   10    day of atrial fibrillation.  Today it's not uncommon to hear
        11    physicians that are able to do four in a day with the
        12    current technology.
        13    Q    And have you personally done any work to improve
        14    efficiency within hospitals?
09:04   15    A    This has been a passion of mine.  I started doing a lot
        16    of work focusing on standardization of processes, what's
        17    called a linked Six Sigma approach, and creating workflows,
        18    so describing in a very organized way how to use those
        19    catheters to perform a procedure.
09:05   20         So dating back to 2014, that's where a lot of
        21    companies wanted to work with me because of the
        22    standardization of processes.  So I have taught a lot.  I
        23    have gone all over the country helping hospitals standardize
        24    processes to become more efficient.
09:05   25    Q    Have you taught an electrophysiologist known as
```

```
09:05      1    Dr. Doshi?
           2    A     Shephal Doshi?
           3    Q     Yes.
           4    A     Yes, I know him.  We have worked together, and
09:05      5    particularly during this journey of fluoroscopy reduction.
           6    So I was one of the first in the country to do procedures
           7    without fluoroscopy.  I led the group that got the research
           8    done that got Biosense Webster to be the only company that
           9    actually has a label indication of FDA approval to perform
09:06     10    procedures without fluoroscopy, and Dr. Doshi was on that
          11    journey with me.
          12    Q     For clarity of the record, you're referring to
          13    Dr. Shephal Doshi and not Rahul Doshi, correct?
          14    A     Yes, sir.
09:06     15    Q     What level of involvement have you had in the
          16    decision-making process that hospitals go through in
          17    evaluating whether to purchase a mapping system?
          18    A     A deep level in every hospital I have worked at.
          19    Q     And can you describe at a high level the process that
09:06     20    hospitals go through?
          21    A     All hospitals have purchasing committees.  Those are
          22    different stakeholders.  So you're going to have
          23    administrators, the supply chain team.  You have then
          24    physicians.  And when a physician wants a new technology, it
09:06     25    is our job to -- typically, I have to do a writeup and
```