# Exhibit 9

1

```
             UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

                   SOUTHERN DIVISION

                        - - -

    THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING


    INNOVATIVE HEALTH, LLC,     ) CERTIFIED TRANSCRIPT
                 Plaintiff,     )
       vs.                      )
                                )  SACV-19-01984-JVS
    BIOSENSE WEBSTER, INC.,     )
                 Defendant.     ) TRIAL DAY 2, VOL. I
    ----------------------------)



         REPORTER'S TRANSCRIPT OF PROCEEDINGS

                Santa Ana, California

                    May 7, 2025


                    SHARON A. SEFFENS, RPR
                    United States Courthouse
                    411 West 4th Street, Suite 1-1053
                    Santa Ana, CA  92701
                    (612) 804-8655
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 09:22 | 1 | A   Yeah.  So I went to high school in a very small town up |
| | 2 | in northern Nevada where my parents immigrated to.  I came |
| | 3 | to UCLA for college in 2010 and then graduated in 2014 with |
| | 4 | a physiology degree. |
| 09:22 | 5 | Q   Thank you, Ms. Tam. |
| | 6 | And just to make sure that we can all hear you, do |
| | 7 | you mind pulling the mic a little bit closer to you? |
| | 8 | A   Better? |
| | 9 | Q   Thank you, Ms. Tam. |
| 09:22 | 10 | So when you graduated college in 2014 I think you |
| | 11 | said, what was your first job? |
| | 12 | A   It was a back office technician at Retina Macula |
| | 13 | Institute. |
| | 14 | Q   And what is the Retina Macula Institute? |
| 09:23 | 15 | A   It is an ophthalmology office. |
| | 16 | Q   And what did you do there? |
| | 17 | A   I was a back office technician, so I worked on |
| | 18 | patients, talked about their history, and supported |
| | 19 | physicians in procedures, and ran tests. |
| 09:23 | 20 | Q   And can you tell us what was your next job after |
| | 21 | working at the Retina Macula Institute? |
| | 22 | A   I worked at Intelli-Heart Services. |
| | 23 | Q   Can you tell us a little bit about what you did at |
| | 24 | Intelli-Heart Services and what it is? |
| 09:23 | 25 | A   That is a cardiac monitoring company.  I was analyzing |

| | | |
|---|---|---|
| 09:23 | 1 | 12-lead -- or 2 to 3-lead ECGs, and I would generate reports |
| | 2 | for physicians. |
| | 3 | Q    And after Intelli-Heart Services, did you find another |
| | 4 | job after that? |
| 09:23 | 5 | A    I did.  It led me to Biosense Webster. |
| | 6 | Q    So it led you to Biosense Webster. |
| | 7 | Ms. Tam, can you give us just a very general idea |
| | 8 | of what Biosense Webster does for its business? |
| | 9 | A    Yeah.  So Biosense Webster partners with physicians to |
| 09:24 | 10 | help treat arrhythmias using the CARTO 3 Eco System, so the |
| | 11 | whole mapping system:  the diagnostic catheters, ablation |
| | 12 | catheters, ultrasound, along with its clinical support. |
| | 13 | Q    In terms of your job, Ms. Tam, I want to talk a little |
| | 14 | bit about the training to get there. |
| 09:24 | 15 | When you arrived at Biosense in 2017, what was |
| | 16 | your initial role at the company? |
| | 17 | A    I was an Associate CAS. |
| | 18 | Q    What did you do as an Associate CAS? |
| | 19 | A    You go through very intensive training. |
| 09:24 | 20 | Q    And can you tell us a little bit about the main |
| | 21 | differences between an Associate CAS and a CAS? |
| | 22 | A    An Associate CAS is really just going through training, |
| | 23 | and then a CAS is someone who can support cases solo. |
| | 24 | Q    How long did you train before you were certified as a |
| 09:24 | 25 | CAS? |

| | | |
|---|---|---|
| 09:24 | 1 | A    For me, it was around 10 months, but that varies from |
| | 2 | person to person. |
| | 3 | Q    And in terms of that 10 months of training, Ms. Tam, |
| | 4 | can you tell us what did you learn during those ten months? |
| 09:25 | 5 | A    I learned a lot, but the main things were really |
| | 6 | learning CARTO, the hardware and software, all the catheters |
| | 7 | behind that.  A big component is clinical knowledge.  It's |
| | 8 | understanding basics of EP and how to map the different |
| | 9 | types of arrhythmias and understanding EP in general so |
| 09:25 | 10 | you're able to contribute to the case. |
| | 11 | There was also soft skills that were taught, and |
| | 12 | some of us came straight out of college so emotional IQ and |
| | 13 | professionalism.  And then this role is also sales, so there |
| | 14 | was an integrity selling course as well.  That was really |
| 09:25 | 15 | just teaching us how to have meaningful conversations with |
| | 16 | physicians to figure out if there was any unmet needs that |
| | 17 | Biosense could help offer. |
| | 18 | Q    Ms. Tam, let me go back for just a second.  I think |
| | 19 | when you were talking about clinical skills, you said |
| 09:26 | 20 | "basics of EP."  What do you mean by that? |
| | 21 | A    That was understanding all of the different types of |
| | 22 | arrhythmias, understanding how to read all the signals, look |
| | 23 | at the signals, interpret the signals. |
| | 24 | When I say "signals," we're talking about the |
| 09:26 | 25 | heart there.  There's an electrical system there, and |

| | | |
|---|---|---|
| 09:35 | 1 | Q    Switching gears just a little bit, Ms. Tam, I want to |
| | 2 | talk for just a minute about how you're compensated for your |
| | 3 | work. |
| | 4 |         Can you estimate -- best estimate -- what your |
| 09:35 | 5 | annual compensation is from Biosense over the last couple of |
| | 6 | years? |
| | 7 | A    Yeah.  So I recently looked into this, and it was |
| | 8 | around 190 to 210-K. |
| | 9 | Q    And how is that compensation structured? |
| 09:35 | 10 | A    There is a base component, and then there is also a |
| | 11 | variable.  The variable consists of sales commissions, |
| | 12 | bonuses, field training, contests. |
| | 13 | Q    So do you receive any type of commission when |
| | 14 | physicians agree to purchase Biosense catheters for use in |
| 09:35 | 15 | procedures? |
| | 16 | A    Yes. |
| | 17 | Q    And is that commission based on your sales |
| | 18 | individually? |
| | 19 | A    No.  So how it works is that on my team, there is an |
| 09:36 | 20 | overall quota, and our team as a whole needs to meet that |
| | 21 | quota.  So if I'm doing really well at UCLA and another |
| | 22 | hospital is not, it balances each other out, so -- |
| | 23 | Q    Can you tell us, Ms. Tam, your own personal approach to |
| | 24 | that aspect of your job for which you're earning those sales |
| 09:36 | 25 | commissions? |

| | | |
|---|---|---|
| 09:36 | 1 | A    Yeah.  So when I look at the sales aspect of this role, |
| | 2 | it's really me trying to have conversations with physicians |
| | 3 | to see if there's any gaps or needs that they have in which |
| | 4 | Biosense can help them in better treating their patients. |
| 09:36 | 5 | Q    And in terms of just going back to the compensation |
| | 6 | that you told us about, Ms. Tam, what proportion of that |
| | 7 | annual compensation would you say is comprised of the |
| | 8 | variable bucket that you talked about? |
| | 9 | A    Recently also I found this.  It was around 30 to |
| 09:36 | 10 | 50 percent. |
| | 11 | Q    And that 30 to 50 percent comprises all of the little |
| | 12 | categories you talked about from sales and bonuses and all |
| | 13 | of that? |
| | 14 | A    Yes. |
| 09:37 | 15 | Q    And in terms of the sales commissions that you |
| | 16 | mentioned, do you know what portion of that 30 to 50 percent |
| | 17 | is made of up of sales commissions? |
| | 18 | A    I do not know, but it is substantial. |
| | 19 | Q    So going back to your day-to-day work, you mentioned |
| 09:37 | 20 | you primarily work at UCLA, right? |
| | 21 | A    Yes. |
| | 22 | Q    Does UCLA have any EP labs? |
| | 23 | A    Yes, they have a couple. |
| | 24 | Q    And what cardiac mapping systems do the EP labs at UCLA |
| 09:37 | 25 | have? |

| | | |
|---|---|---|
| 09:37 | 1 | A   They have two CARTOs, three to four Abbott mapping |
| | 2 | systems, and one Boston Scientific. |
| | 3 | Q   And have you worked at UCLA for your whole time at |
| | 4 | Biosense? |
| 09:37 | 5 | A   Yeah, I have around seven years now. |
| | 6 | Q   And when you were working at UCLA, would you say you |
| | 7 | were generally aware of how frequently physicians mapped |
| | 8 | with systems other than the CARTO system? |
| | 9 | A   Being at UCLA for seven years and still going there, |
| 09:38 | 10 | yeah, I have a pretty good understanding of the lay of the |
| | 11 | land there. |
| | 12 | Q   So based on that seven years of day-to-day experience, |
| | 13 | what proportion of EP procedures do you estimate is |
| | 14 | currently mapped at UCLA using the Abbott system? |
| 09:38 | 15 | A   I would estimate around 50 to 55 percent. |
| | 16 | Q   Ms. Tam, in the time you've been at UCLA, has the |
| | 17 | proportion of EP procedures mapped using the Abbott system |
| | 18 | changed at all? |
| | 19 | A   Yes, it has. |
| 09:38 | 20 | Q   And can you tell me about that change? |
| | 21 | A   When I first really got integrated, it was like, I |
| | 22 | don't know, 65 to 75 percent Abbott. |
| | 23 | Q   And during your time as a CAS, has it always been the |
| | 24 | case that UCLA has been a majority Abbott mapping |
| 09:39 | 25 | institution? |

|  |  |  |
|---|---|---|
| 09:39 | 1 | A    Yes, it is Abbott-preferred. |
|  | 2 | Q    Now, are you aware of any doctors at UCLA who switch |
|  | 3 | between using the CARTO and the Abbott system for mapping |
|  | 4 | procedures? |
| 09:39 | 5 | A    Yeah, all of them do -- or most of them. |
|  | 6 | Q    Most of them? |
|  | 7 | A    Most of them.  I thought of one that doesn't. |
|  | 8 | Q    And are there different -- do some physicians have |
|  | 9 | different preferences as to the mix of mapping systems they |
| 09:39 | 10 | use? |
|  | 11 | A    Yeah. |
|  | 12 | Q    Can you tell us a bit about that? |
|  | 13 | A    Yeah.  So I would say sometimes it depends.  It's a |
|  | 14 | case-by-case basis.  When you think about a mapping system, |
| 09:39 | 15 | each company has a mapping system, so Abbott, CARTO, and |
|  | 16 | Boston.  And what we have to offer in terms of hardware, |
|  | 17 | software, and just the tools that are used are all |
|  | 18 | different. |
|  | 19 |     The core technology is a little different in every |
| 09:40 | 20 | single mapping system.  So with CARTO, we are a closed |
|  | 21 | system, so we have to map with our catheters.  Being so, |
|  | 22 | though, we have our plus or minus 1 millimeter of accuracy. |
|  | 23 | And then there's -- |
|  | 24 |     MS. ANDERSON:  Objection.  Foundation. |
| 09:40 | 25 |     MR. CRUZ:  Your Honor, she's talking about the |

| | | |
|---|---|---|
| 09:40 | 1 | specifications of a system that she knows well.  I'm happy |
| | 2 | to lay a little bit more foundation, but -- |
| | 3 |        THE COURT:  Overruled. |
| | 4 |        MR. CRUZ:  Thank you. |
| 09:40 | 5 | BY MR. CRUZ: |
| | 6 | Q    You can continue, Ms. Tam. |
| | 7 | A    And then with Abbott, they have more of a flexibility. |
| | 8 | You have the ability to map with any catheter.  However, |
| | 9 | sometimes the maps will literally start shifting during the |
| 09:40 | 10 | middle of the case in which a mapper has to shift it back. |
| | 11 | So I guess when looking at that, there's pros and cons to |
| | 12 | both, and physicians can choose on a case-by-case basis on |
| | 13 | how that's used.  And then also the clinical support |
| | 14 | provided also determines the system they use. |
| 09:41 | 15 |        MR. CRUZ:  Your Honor, I have two demonstrative |
| | 16 | pieces of equipment that I would like to provide to the |
| | 17 | witness to aid her testimony.  These have been previewed |
| | 18 | with the other side, and there's no objection as I |
| | 19 | understand it. |
| 09:41 | 20 |        May I approach the witness to give them to her? |
| | 21 |        THE COURT:  You may. |
| | 22 |        MS. ANDERSON:  There's no objection, Your Honor. |
| | 23 |        THE COURT:  Do they have exhibit numbers? |
| | 24 |        MR. CRUZ:  They do.  These are Exhibit Nos. JX1275 |
| 09:41 | 25 | and JX1273.  Thank you, Your Honor. |