# Exhibit 11

Page 1

1      UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA
2            SOUTHERN DIVISION

3

4  INNOVATIVE HEALTH LLC,

5       Plaintiff,                      CASE NO.

6  vs.                          8:19-cv-01984-JVS-KES

7  BIOSENSE WEBSTER, INC.,

8       Defendant.

9

10

11      VIDEOTAPE 30(b)(6) DEPOSITION OF

12           STANFORD HEALTH CARE

13      AND THE INDIVIDUAL DEPOSITION

14       OF WITNESS: MICHAEL IDIO

15           APPEARING REMOTE FROM

16           PALO ALTO, CALIFORNIA

17

18           SEPTEMBER 20, 2021

19              12:33 P.M

20

21  Reported By:

22  Judith L. Leitz Moran

23  RPR, RSA, CCR-B-2312

24  APPEARING REMOTELY FROM ATLANTA, GEORGIA

25

Case 8:19-cv-01984-JVS-KES   Document 548-12   Filed 07/03/25   Page 3 of 12   Page
ID #:27809
30(b)(6) Michael Idio                                    September 20, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 60

1        Q     Which ones are you familiar with?
2        A     There's this KODEX.  And there's this --
3    what's the other one?  I can't remember now.
4    Sorry.
5        Q     It's okay.  That's fine.
6              Does the Boston Scientific RHYTHMIA, does
7    that ring a bell to you?
8        A     Oh, yeah.  Yeah, that's the one.
9    RHYTHMIA.  It sounds -- yeah, it's another mapping
10   system.
11       Q     Are you familiar with the Acutus AcQMap
12   mapping system?
13       A     Sorry say that again.
14       Q     Are you familiar the Acutus?  Acutus is
15   the manufacturer of the AQ -- AcQMap mapping
16   system?
17       A     No, I'm not familiar with that.
18       Q     Are you familiar with the Medtronic
19   CardioInsight mapping system?
20       A     I've heard about it.
21       Q     Well, I guess I should back up.
22             Is -- is the Medtronic CardioInsight, is
23   it a mapping system?  Do you know one way or the
24   other?
25       A     We only have two mapping systems here.

Page 61

1    Q    So -- and you testified that you have
2    CARTO 3s and Abbott EnSite Precision mapping
3    systems at Stanford, correct?
4    A    Yes, those two, correct.
5    Q    So do you recall testifying to
6    Mr. Berhold that the site at 300 Pasteur Drive has
7    six total mapping systems, three of which are
8    CARTOs?
9    A    Three are -- at Pasteur, yes, three
10   CARTOs here.
11   Q    Am I correct in assuming that the other
12   three are Precision mapping systems?
13   A    Correct.
14   Q    Same question for 500 Pasteur Drive, you
15   testified that there's six total, three being
16   CARTO.  Are the other three Precision?
17   A    Correct.
18   Q    And the same question for Emeryville, you
19   testified there's two total, one of which is CARTO?
20   Is the other one a Precision?
21   A    Correct.
22   Q    Stanford does not have a RHYTHMIA mapping
23   system, correct?
24   A    No.
25   Q    Has it ever?

Case 8:19-cv-01984-JVS-KES   Document 548-12   Filed 07/03/25   Page 5 of 12   Page ID #:27805

30(b)(6) Michael Idio                                   September 20, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 62

| | | |
|---|---|---|
| 1 | A | I'm sorry? |
| 2 | Q | Has it ever? |
| 3 | A | Not to my -- not to my knowledge.  Just those two. |
| 5 | Q | And apologies, I should have asked this earlier.  How long have you worked as the technical manager of the EP lab at Stanford? |
| 8 | A | Technical manager, four years. |
| 9 | Q | Now, what was your role before that? |
| 10 | A | Assistant technical manager for three years. |
| 12 | Q | Did you work at Stanford before that? |
| 13 | A | Yes, three years staff. |
| 14 | Q | And before that? |
| 15 | A | Before that, I was -- I worked from another hospital. |
| 17 | Q | Okay.  So you've been at Stanford for about 10 years; is that right? |
| 19 | A | Correct.  Correct. |
| 20 | Q | In your time at Stanford, has Stanford ever trialed a -- a Boston Scientific RHYTHMIA mapping system? |
| 23 | A | Not to my knowledge.  Or when I was working here, not to my knowledge. |
| 25 | Q | Has it ever considered participating in a |

Case 8:19-cv-01984-JVS-KES   Document 548-12   Filed 07/03/25   Page 6 of 12   Page
ID #:27806
30(b)(6) Michael Idio                                        September 20, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 79

1           Does the upper management group research
2    the mapping system before they decide whether or
3    not to purchase it?
4         A    Research, I don't know.  I don't know if
5    they research it.
6         Q    What do you -- you testified that you
7    present to upper management as part of their
8    decision whether or not to purchase the cardiac
9    mapping system.  What specifically do you present
10   on?
11        A    The physician tells me that they want to
12   try this new mapping system, and I said, okay, give
13   me the name of the vendor, I'll get some
14   information.  And then when I receive the
15   information, I forward that information to upper
16   management.
17        Q    So there is some information that upper
18   management reviews about the cardiac mapping system
19   in advance of --
20        A    Correct.
21        Q    -- deciding whether or not to purchase
22   the --
23        A    Correct, pricing and what existing stuff
24   that we have that is similar to the purchase or to
25   the requested purchase.  That stuff.

Case 8:19-cv-01984-JVS-KES   Document 548-12   Filed 07/03/25   Page 7 of 12   Page
ID #:27607
30(b)(6) Michael Idio                                    September 20, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 80

1    Q    Understood.
2         So you testified that as part of that
3    information packet that you send to upper
4    management, there's pricing information as well as
5    whether Stanford already owns something similar?
6    A    Correct.
7    Q    Is there anything else that is in the
8    information packet about the cardiac mapping system
9    that goes up to upper management?
10   A    I think so, yeah.
11   Q    What else is in that information packet
12   that you provide them?
13   A    Just -- just pricing and general overview
14   of the product.  Usually that's what we get.  And
15   then we for -- then I forward that to upper
16   management.
17   Q    Does upper management -- you mentioned
18   pricing.  Does upper management consider sort of
19   the life cycle cost of the system?
20   A    Do they consider what, the life cycle of
21   the system?
22   Q    The life cycle cost of the system.  So,
23   you know, including the catheters and disposables
24   it'll have to purchase with the system.
25   A    That's part of the decision process.  So

Page 81

1    when they -- when they were reviewing KODEX,
2    there's also a few disposables, a few or a couple
3    disposables that are not on the Stanford system
4    that needs to go through the process, too.  So it's
5    a lot of -- a lot of work and a lot of process.
6         Q    So there's a lot of process that goes --
7         A    Because you have -- you have to review
8    the new products that are not on the Stanford
9    system.  They need to trial it out.
10             And the vendor sent the -- the cost that
11   would -- the total cost that would cost Stanford to
12   use per case versus the existing ones.
13             So with KODEX, it would actually cost
14   more.  So that's one of the reasons why it was
15   rejected.
16             On top of we need to like process the new
17   disposables, buy a new mapping system, and then
18   it's more expensive.
19        Q    And earlier on you testified that cardiac
20   mapping systems are expensive.  How much would you
21   say a cardiac mapping system generally cost?
22        A    I don't have that memorized, but I can
23   look on the previous quotes that they sent me.
24        Q    Do you have a sense of the range?
25        A    I don't know.  Two -- I don't know, 250

Case 8:19-cv-01984-JVS-KES   Document 548-12   Filed 07/03/25   Page 9 of 12   Page ID #:27809

30(b)(6) Michael Idio                              September 20, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 82

1  to 350,000, I'm not sure.  I can't recall.  I can
2  -- I can look through my emails.
3       Q    No, that's okay for now.
4            Are there ways to acquire a cardiac
5  mapping system without any capital outlay?
6       A    Ways, not that I know of.
7       Q    Do manufacturers of cardiac mapping
8  systems allow you to finance a cardiac mapping
9  system?
10      A    I don't know that.  That's like a
11 question for the business team.
12      Q    Are you -- is Stanford able to rent
13 cardiac mapping systems?
14      A    In the past.  We stopped doing rents.
15 But -- but not -- but not the mapping systems.
16 Like, other equipment.
17      Q    So Stanford's never rented a cardiac
18 mapping system?
19      A    Not to my knowledge, no.
20      Q    Could it if it wanted to, do you know?
21      A    I don't think so.  I think when I came
22 here they already owned mapping system.  Stanford
23 already owns mapping system.
24      Q    If Stanford, for example, wanted to --
25 you know, did want to trial the -- the KODEX

Page 121

1  time to do that.
2  BY MS. KOZIKOWSKI:
3      Q    And that's possible, correct?
4           MR. BERHOLD:  Objection.
5           MS. HEAFEY:  Are you speaking about what
6  is possible for Stanford or what is possible for
7  other hospitals?
8  BY MS. KOZIKOWSKI:
9      Q    I guess we can start specifically with
10 Stanford.  It's possible, understanding that there
11 are, you know -- well, withdrawn.
12          It's possible that Stanford can invest
13 the -- the time and the resources to hire an
14 additional full-time person to provide mapping
15 support on the CARTO 3, correct?
16          MR. BERHOLD:  Objection.
17     A    If it gets approved, it's a possibility.
18 BY MS. KOZIKOWSKI:
19     Q    And just in general, speaking just sort
20 of more generally about hospitals in general, if a
21 hospital is willing to put in -- to invest the time
22 and the resources to -- to train its staff to
23 provide mapping support, that's something that's
24 possible for hospitals to do, correct?
25          MS. HEAFEY:  I'd object that's outside

Page 122

1    the scope of the deposition.
2            MR. BERHOLD:  Objection.
3            MS. KOZIKOWSKI:  Okay.  Alissa, can you
4    put up Tab 3.
5            (Deposition Exhibit 351 marked.)
6            MS. KOZIKOWSKI:  Alissa, before we get to
7    that.
8    BY MS. KOZIKOWSKI:
9        Q   Mr. Idio, you testified that if -- it's
10   possible that Stanford could invest the time and
11   resources to hire an additional full-time person to
12   provide mapping support if it was approved.  Do you
13   recall that?
14       A   Yes.
15       Q   Who would need to approve that?
16       A   Upper management.
17       Q   Is that something you've pitched to upper
18   management at any point?
19       A   I wouldn't pitch it because we can do the
20   same job by getting support from the company, so
21   why would we hire someone?
22       Q   So you've never pitched it to upper
23   management to hire someone to -- to provide
24   Stanford --
25       A   Never -- never pitched?  I don't know if

Case 8:19-cv-01984-JVS-KES   Document 548-12   Filed 07/03/25   Page 12 of 12
Page ID #:27612

30(b)(6) Michael Idio                                September 20, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 123

1    I -- it was probably discussed, what if we train
2    our own people.  But again, that would require
3    another staff to hire.
4         Q    Okay.  So you said it was probably
5    discussed.  Do you recall specific discussion about
6    this about with --
7         A    I don't recall.  It's probably been
8    discussed in the past.
9         Q    But you don't remember one way or the
10   other?
11        A    Recall, no.
12        Q    And you've never sort of formally
13   requested that Stanford hire an additional person
14   to train them to self-support?
15        A    So just -- just to find a full-time CVT
16   is really hard enough, but to find a CVT that knows
17   how to map is way harder.
18             So during these years, you know, 2018,
19   2019, I have -- I was short staffed with CVTs.
20   That's why I have travelers.  Could not even find a
21   full-time job, like a full-time CVT.
22             So finding -- finding a CVT with mapping
23   experience is really tough.
24        Q    Have you ever looked for a full-time
25   staffing member with mapping experience?