# Exhibit 13

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
Case No. 8:19-cv-1984 JVS-KES

_____

INNOVATIVE HEALTH, LLC,

      Plaintiff,

  vs.

BIOSENSE WEBSTER, INC.,

      Defendant.

_____

REMOTE VIDEOTAPED DEPOSITION OF
CHERLY SAXBY

Monday, August 30, 2021

Court Reporter: Michelle M. Boudreaux-Phillips, RPR

Case 8:19-cv-01984-JVS-KES   Document 548-14   Filed 07/03/25   Page 3 of 15   Page
ID #:27648

Non-Confidential - Cheryl Saxby
August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 19

1   Innovative Health?
2       A    I believe it's through a Medline contract.
3   Yeah, that would be Mary.
4       Q    Who at Providence -- yeah -- who at
5   Providence Saint Joe's is responsible for the contract
6   for catheters reprocessed by Innovative Health?
7       A    Mary Roberts.  I think Cole may be as well,
8   but I don't know who the signatory is on that contract.
9       Q    And who would be the best person at
10  Providence Saint Joe's to testify on whether Providence
11  Saint Joe's would have used more catheters reprocessed
12  by Innovative Health if not for the Biosense case
13  coverage policy?
14      A    What I -- what I can tell you is that
15  Mary Roberts runs that program, so she may be best.
16      Q    And do you know whether Providence Saint
17  Joe's has taken any steps to get around the Biosense
18  case coverage policy?
19           MR. JARRETT:  Objection, vague.
20           MR. SILER:  Same objections.
21           THE WITNESS:  We have looked into
22      training our own techs to do the mapping.
23      Q    (By Mr. Berhold)  Has Providence Saint
24  Joe's -- well, let me ask you this:  Have you
25  personally looked into trying to persuade the labs to

Non-Confidential — Cheryl Saxby                                August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 20

```
 1    switch to other brands of cardiac mapping systems?
 2         A    We've discussed it as a group.
 3         Q    Is there a particular formalized group?
 4         A    Our Cardiovascular Resource Council.
 5         Q    And who are the members of the Cardiovascular
 6    Resource Council?
 7         A    They're the directors or managers of the
 8    cardiovascular departments within the hospitals that we
 9    have.
10         Q    And are you part of the Cardiovascular
11    Resource Council too?
12         A    Yes.
13         Q    And what were the discussions about switching
14    brand of cardiac mapping system?
15         A    So when we have discussions regarding
16    contracting of any sort, we share the information with
17    our clinicians of the different products that we use.
18    We know and understand we have commitments to some of
19    those contracts.  Those are always put at the
20    forefront, but we do talk about whether or not
21    facilities would like to try different products,
22    different suppliers.
23         Q    And has Providence Saint Joe's shifted
24    procedure usage away from the CARTO 3 mapping system?
25         A    There's been some usage that's shifted, yes.
```

Case 8:19-cv-01984-JVS-KES   Document 548-14   Filed 07/03/25   Page 5 of 15   Page ID #:21650

Non-Conf. Cheryl Saxby                                                August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 21

1    Q    What's that?
2    A    There has been some usage that has shifted.
3    Q    From the CARTO 3 cardiac mapping system?
4    A    Yes.
5    Q    How much of a shift in usage have you
6  observed from the CARTO 3 mapping system to other
7  mapping systems?
8    A    I don't know.
9    Q    Are you referring to a shift at individual
10 labs or an overall shift within the system?
11   A    At individual labs.
12   Q    Have you noticed an overall shift in usage of
13 the CARTO 3 Providence Saint Joe's system?
14   A    When you say "overall," do you mean at all
15 the facilities that have cath labs?
16   Q    Correct.  I'm asking whether -- so it's true
17 that the system as a whole conducts a certain number of
18 cardiac mapping procedures every year; is that right?
19   A    Yeah, depending on the patients that need the
20 procedure.
21   Q    Right, and do you -- and do you track usage
22 by cardiac mapping system across the hospital system?
23   A    We do not.
24   Q    Ms. Saxby, are you familiar with the phrase
25 "physician preference"?

Page 22

1      A     Yes, I am.
2      Q     And how long have you been at Providence
3  Saint Joe's?
4      A     Twenty-two years.
5      Q     And you've been involved in specialty
6  sourcing for how long?
7      A     Oh, boy.  Probably 18 of those years.
8      Q     And is it fair to say that you have
9  substantial dealings in sourcing for a variety of
10 cardiovascular products?
11     A     Can you repeat that, Jeff?
12     Q     Fair to say that you've had substantial
13 dealings in sourcing a variety of cardiovascular
14 products?
15     A     Did you say sourcing?
16     Q     Yes.
17     A     Yes, that's correct.
18     Q     And other specialty products as well?
19     A     Correct.
20     Q     And do you consider electrophysiology
21 products to be physician-preference items?
22     A     Yes.
23     Q     And based on your substantial dealings in
24 sourcing products, do you believe that cardiac mapping
25 systems have a strong physician preference?

Page 53

1  Biosense Webster contract, just to make it clear?
2       Q    Exactly.
3       A    Yeah. Yes, sir.
4       Q    So there's nothing -- to be clear, there's
5  nothing unusual about contract spend requirements in
6  OEM device contracts; is that right?
7       A    Correct.
8       Q    They're a common feature in the industry,
9  isn't that true?
10      A    Some versus spend, some versus percentage.
11 There are some that -- there's a lot that we have that
12 don't have any spend or commitment on them as well.
13      Q    But many do have spend commitments; is that
14 right?
15      A    Some do. Some don't. I wouldn't know the
16 percentage of them, but there are ones with
17 commitments, correct, Zack.
18      Q    So it's not uncommon to have spend
19 commitments in contracts?
20      A    Correct, it's not uncommon.
21      Q    You also testified earlier that Providence
22 has been able to shift some system coverage, some
23 mapping system coverage, away from the CARTO 3; isn't
24 that right?
25      A    Correct.

Case 8:19-cv-01984-JVS-KES   Document 548-14   Filed 07/03/25   Page 8 of 15   Page
ID #:27656

Non-Confidential - Cheryl Saxby                August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 54

```
 1       Q    And Providence could shift more system
 2   coverage away from the CARTO 3 if it chose to do so; is
 3   that right?
 4            MR. BERHOLD:  Objection.
 5            THE WITNESS:  Probably.  Yes, probably.
 6       Q    (By Mr. Jarrett)  Ms. Saxby, are you familiar
 7   with the two new entrants to cardiac mapping, Acutus
 8   with the AcQMap system and Philips with the KODEX map
 9   system?
10       A    I am not.
11       Q    But Providence EP labs do use other EP
12   systems besides the CARTO 3; is that right?
13       A    Correct.
14       Q    And can you remind us what those other
15   products were, those other mapping systems were?
16       A    I know we sent a document that showed the
17   different products.  I'm not an expert on the product
18   like-to-like, but I know we did send a document that
19   showed the different products that we do use, the
20   disposables.
21       Q    But in terms of mapping systems, generally
22   speaking, Providence uses the Boston Scientific system,
23   Abbott system, and the Medtronic system as well; is
24   that right?
25       A    Yeah.  I believe the Medtronic system, a very
```

Page 55

1    small amount.  I don't remember which facilities; but,
2    yes, we use the other systems as well.
3         Q    And each of those mapping systems can be used
4    for both EP studies and procedures; is that right?
5         A    Correct.
6         Q    And to your knowledge, are there EP studies
7    and procedures that one of the mapping systems is not
8    able to do but the others are?
9         A    Can you repeat that?
10        Q    Sure.  Are there any EP studies and
11   procedures that one of the mapping systems is not able
12   to do but the other mapping systems are able to do, to
13   your knowledge?
14        A    Yeah, I'm not a clinical --
15             MR. BERHOLD:  Objection.
16        A    -- expert in the field, so I wouldn't be able
17   to answer that.
18        Q    Does each of the mapping systems also require
19   clinical support in order to be operative?
20        A    I don't know.
21        Q    Do you know that each system manufacturer
22   also offers clinical support along with its mapping
23   system?
24        A    I don't know.
25        Q    I'd like to talk about catheters at a high

Case 8:19-cv-01984-JVS-KES   Document 548-14   Filed 07/03/25   Page 10 of 15
Page ID #:27055

Non-Conf. Cheryl Saxby                                          August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 56

```
 1    level for a moment.  So Providence EP labs use a
 2    variety of EP catheter types, is that right, Ms. Saxby?
 3         A    Yes.
 4         Q    And, essentially, there are ultrasound
 5    catheters, diagnostic catheters, a subset of which are
 6    capable of mapping, and ablation catheters; is that
 7    right?
 8         A    Yes.
 9         Q    And EP labs at Providence hospitals make use
10    of all of these; is that correct?
11         A    Yes.
12         Q    Now, I think you agreed a moment ago -- or,
13    I'm sorry, maybe you said you didn't know.  Let me --
14    let me verify.  Other OEMs, such as Abbott and Boston
15    Scientific, also offer clinical support for their
16    mapping systems and catheters, correct?
17         A    I said I don't know.
18         Q    Okay.  So you don't know whether or not that
19    support is offered for free?
20         A    Correct, I do not know.
21         Q    Do you know whether Biosense is contractually
22    obligated to provide clinical support for its CARTO
23    system or catheters?
24         A    I do not know.
25         Q    If I told you that Biosense is not
```

Page 106

1    Mr. Ferreira suggests that if Mr. O'Neill sees things
2    differently, he may need you and Ms. Roberts to assist
3    by providing a "nudge" to the physicians on behalf of
4    Providence corporate management.  Do you see that?
5         A    Yes.
6         Q    Are you aware of any further developments
7    with respect to this issue?
8         A    No.
9         Q    Do you remember this email?
10        A    I don't remember it.
11        Q    Are you aware of any other instances in which
12   physicians at Providence complained about Innovative's
13   products?
14        A    I don't recall.
15        Q    Just a few more questions.
16        A    Sure.
17        Q    Does Providence typically acquire mapping
18   systems in a cash purchase?
19        A    You mean like I'm going to go to the bank and
20   I'm going to get cash and I'm going to hand it to you?
21        Q    As in does Providence finance the purchases
22   it makes of mapping systems, or does it pay outright?
23        A    You know, I -- I think there's a couple
24   different ways.  There's placement programs, I believe,
25   and I don't know if this happens on the mapping

Case 8:19-cv-01984-JVS-KES   Document 548-14   Filed 07/03/25   Page 12 of 15
Page ID #:27057
Non-Conf. Cheryl Saxby                                      August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 107

1    programs or not, but there's placement programs to
2    state if you -- you have to buy a certain amount of
3    catheters in order to get the equipment.  There are
4    purchases.  I -- there may be leases.  I doubt in this
5    area, but I don't -- I'm not -- I don't handle the
6    capital, so I don't know how these have been purchased
7    in the past.  Sorry about that, Zack.
8         Q    So when you're considering or when Providence
9    is considering which mapping system to purchase, is it
10   fair to say that you consider the cost of the
11   disposables that are compatible with the system as part
12   of that decision?
13            MR. SILER:  Objection, calls for
14        speculation.
15            MR. BERHOLD:  Objection.
16            THE WITNESS:  I think along with any
17        capital pieces of equipment, you always look
18        at the disposable costs that go along with it
19        because those are the costs that you pay
20        every single day.
21        Q    (By Mr. Jarrett)  Do you consider the cost of
22   servicing or otherwise maintaining the mapping systems
23   when you purchase them?
24        A    I don't know if that's in her analysis or
25   not, but I know that -- I don't believe any of the

Case 8:19-cv-01984-JVS-KES   Document 548-14   Filed 07/03/25   Page 13 of 15
Page ID #:27058
Non-Conf. Cheryl Saxby
Innovative Health, LLC v. Biosense Webster, Inc.
August 30, 2021

Page 108

1    systems charges a service fee for that, just as we
2    don't charge a service fee for, you know, OR room space
3    to be able to do procedures to the vendors.
4         Q    And you testified earlier that Providence is
5    able to shift share among mapping systems to one degree
6    or another; is that right?
7         A    If the physicians --
8              MR. BERHOLD:  Objection.
9         A    -- choose to do so.
10        Q    Is it true that manufacturers of cardiac
11   mapping systems offer incentives or discounts to
12   purchase their cardiac mapping system?
13        A    Can you say that one more time?
14        Q    Sure.  Is it true that manufacturers of
15   cardiac mapping systems offer financial incentives to
16   purchase their systems?
17        A    Like, can you give me an example?
18        Q    Sure.  Like, do -- let me rephrase the
19   question.
20        A    Uh-huh.
21        Q    Has Providence taken advantage of a
22   manufacturer incentive or discount to purchase a
23   cardiac mapping system?
24        A    And can you give me an example?
25        Q    Isn't it true you can --

Page 109

1     A    I'm not sure -- I'm not sure I'm
2    understanding you, Zack.
3     Q    Sure.  I'll ask it this way, Ms. Saxby:
4    Isn't it true that you can finance the cost of a
5    mapping system through the purchases of other products
6    over time?
7     A    Like the disposables?
8     Q    Exactly.
9     A    Yeah, placement programs.
10        MR. JARRETT:  Okay, Ms. Saxby, thank you
11    so much.  I think that's all I have.
12        THE WITNESS:  Thanks, Zack.
13        MR. BERHOLD:  I just have a couple of
14    redirect very quickly, and we'll all take a
15    lunch break on the East Coast and the West
16    Coast.
17              FURTHER EXAMINATION
18    BY MR. BERHOLD:
19     Q    Did Biosense Webster ever tell you how long
20    it would take to train members of your staff to support
21    cases on the CARTO 3 system independently?
22     A    Not to my knowledge.
23     Q    Has anyone at Biosense Webster ever told you
24    that it may take six to twelve months of one-on-one
25    training with one of your employees to learn how to

Case 8:19-cv-01984-JVS-KES   Document 548-14   Filed 07/03/25   Page 15 of 15
Page ID #:27660

Non-Conf: Cheryl Saxby                                    August 30, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 110

1    support cases on the CARTO 3 independently?
2         A    I don't recall, Jeff.  It could be.  It's
3    pretty extensive, so I'm sure it's not like an
4    overnight training session.  I don't believe that would
5    be the case, but, you know, I don't know.  I mean,
6    maybe it's that easy.
7         Q    And did anyone at Biosense ever tell you that
8    Biosense was willing to train each employee of your
9    staff one-on-one for the six to twelve months necessary
10   to learn how to independently operate the CARTO 3
11   mapping system?
12        A    I don't recall.  I don't think we ever
13   received a training document to say what the training
14   entailed for staff.  I think maybe at one point, that
15   was what was being asked in some of the minutes that
16   were referenced to, but I don't recall that we ever
17   received a document like that from Biosense Webster.
18        Q    And do you know how long it would take to
19   train one of your employees to operate the CARTO 3?
20        A    I don't know.
21             MR. BERHOLD:  I don't have any
22        additional questions.  Thank you.
23             THE WITNESS:  You bet.
24             MR. BERHOLD:  Let's go off the record.
25             THE VIDEOGRAPHER:  Does anyone have any