# Exhibit 14

HIGHLY CONFIDENTIAL

Page 1

1   UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
2   SOUTHERN DIVISION
3   _____
4   INNOVATIVE HEALTH LLC,
5       Plaintiff,                     CASE NO.
6   vs.                                8:19-cv-01984-JVS-KES
7   BIOSENSE WEBSTER, INC.,
8       Defendant.
9   _____
10  (HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)
11
12          VIDEOTAPE 30(B)(6) DEPOSITION OF
13                  BOSTON SCIENTIFIC
14      BY WITNESS:  ROBERT STANTON
15          APPEARING REMOTE FROM
16              ATLANTA, GEORGIA
17
18              OCTOBER 27, 2021
19                  1:33 P.M
20
21
22  Reported By:
23  Judith L. Leitz Moran, RPR, RSA, CCR-B-2312
24  APPEARING REMOTELY FROM ATLANTA, GEORGIA
25

1           MR. CHESTER:  Ms. Kozikowski, I don't
2   have the ability to upload an exhibit, but I'd like
3   to make the transcript of the hearing an exhibit to
4   this deposition so that there could be a record of
5   the court's order.
6           MS. KOZIKOWSKI:  Okay.
7           MR. CHESTER:  Can we do that?
8           MS. KOZIKOWSKI:  Yep.  Just give me a
9   minute.  I don't normally upload my own exhibits.
10  But I felt like since today was going to be
11  relatively short I could and now I'm regretting it.
12          Okay.  I'm marking that now.
13          Okay, that should now be up as Exhibit
14  409.
15          (Deposition Exhibit 409 marked.)
16          MS. KOZIKOWSKI:  And for the record
17  Exhibit 409 is the hearing transcript from
18  September 23rd, 2021.
19          MR. CHESTER:  Thank you.  It hasn't
20  popped up yet for me, but that's fine, we don't
21  need to wait for that.
22          MS. KOZIKOWSKI:  Okay.
23  BY MS. KOZIKOWSKI:
24      Q   So before we just -- we jump into talking
25  about the purchasing program, Mr. Stanton, I just

HIGHLY CONFIDENTIAL

Page 20

1  want to touch base on a -- make sure that we're
2  aligned on what a few things are, just to make sure
3  we're on the same page.
4           So Boston Scientific manufactures and
5  sells a cardiac mapping system called the Rhythmia,
6  correct?
7       A    Rhythmia mapping system, correct.
8       Q    And Boston Scien- -- Boston Scientific
9  also manufactures and sells a mapping catheter
10 that's used with the Rhythmia, correct?
11      A    Correct.
12      Q    And that is the Intellamap Orion
13 catheter; is that right?
14      A    The Orion catheter.
15      Q    Never knew how to say it.  Okay.
16          Boston Scientific also manufactures and
17 sells ultrasound catheters, correct?
18      A    Correct.
19      Q    And the Ultra Ice Plus is an example of
20 an ultrasound catheter that Boston Scientific
21 manufactures and sells; is that right?
22      A    Yes.
23      Q    Does Boston Scientific offer any
24 purchasing programs to reduce the capital outlay
25 required for customers to purchase the Rhythmia

```
 1   mapping system?
 2           MR. CHESTER:  Object to the form.
 3   BY MS. KOZIKOWSKI:
 4       Q   You can answer.
 5       A   Okay.  So we offer a number of programs
 6   to acquire our capital through -- but I wouldn't
 7   say reduce the cost of the capital itself.  It's
 8   just -- it's a way to provide it without a capital
 9   outlay up front.
10       Q   Can you walk me through what those -- you
11   said there's a number of programs to do that.  Can
12   you walk me through what those are?
13           So let's start with, how many are there?
14       A   There's a broad number.  So we offer
15   everything from leases -- operational leases,
16   capital leases, rentals, catheter purchase
17   programs, catheter purchase programs combined with
18   device purchase programs.  Also, you know,
19   placement deals as well.
20       Q   Okay.  Let me just write those down.
21           Okay.  So I believe the first you said
22   was an operational lease?
23       A   Correct.
24       Q   Can you explain to me what that is?
25       A   Where a customer will pay a monthly lease
```

```
 1   fee for the -- for the equipment for a defined
 2   length of time.  And at the end of the term they
 3   have the option to acquire the capital or terminate
 4   the agreement.
 5        Q    How long typically is the length of time?
 6             MR. CHESTER:  Object to the form.
 7        A    Anywhere between two and three years.
 8   BY MS. KOZIKOWSKI:
 9        Q    And at the end of the two to three year
10   lease, is the -- is there -- you know, how does the
11   -- how does the customer then acquire it?  Is there
12   a cash -- cash purchase involved at that point?
13        A    So it depends on --
14             MR. CHESTER:  Object to the form.
15             THE WITNESS:  Sorry, Marty.
16        A    It depends on whether it's an operational
17   lease or a capital lease.  So if it's a -- I
18   believe it's an operational lease, it's fair market
19   value.  If it's a cap -- or sorry, it's the
20   opposite.  If it's an operational lease it's a one
21   dollar buyout and if it's a capital lease it's fair
22   market value.
23   BY MS. KOZIKOWSKI:
24        Q    Okay.  So just to clarify.  At the end of
25   an operational lease, which is typically two to
```

HIGHLY CONFIDENTIAL

Page 23

1   three years, a customer can purchase the Rhythmia
2   system for a one dollar buyout; is that right?
3       A    Correct.
4       Q    And for a capital lease, at the end of
5   the two-to-three year lease period, a customer can
6   purchase the system for fair market value?
7       A    Correct.
8            MR. BERHOLD:  Objection.
9   BY MS. KOZIKOWSKI:
10      Q    Okay.  I believe the next option you said
11  is a rental.  Can you explain what that is and how
12  it's different from a lease?
13      A    So there it's a portion of the -- the
14  monthly payment or quarterly payment would be
15  applied to the acquisition of the -- the equipment.
16  And again, same -- this is very similar terms.
17           The -- certain accounts will want, you
18  know, a rental agreement versus a lease agreement.
19           I think -- I believe the -- the
20  difference is more in accounting principles at the
21  hospital level of how they account for assets on
22  their books.
23      Q    So -- I'm just looking back at the
24  answer.
25           So you said with the rental a portion of

Page 24

1  the monthly payment or quarterly payment would be
2  applied to the acquisition of the equipment.
3          So am I understanding correctly that at
4  the end of the rental period the money that the
5  customer has spent monthly or quarterly would go
6  towards the ultimate acquisition of that system at
7  the end of the rental period?
8          MR. CHESTER:  Object to the form.
9      A   Correct.
10 BY MS. KOZIKOWSKI:
11     Q   How long is a typical rental period?
12         MR. CHESTER:  Object to the form.
13     A   Similar to that of a lease.
14 BY MS. KOZIKOWSKI:
15     Q   So two to three years?  Two to three
16 years, correct?
17     A   Oh, yes, yes.  Sorry.
18     Q   Okay.  And then I believe the next one
19 you said was a catheter purchase program?
20     A   Correct.
21     Q   Can you explain to me what that is?
22     A   So a customer will purchase catheters
23 over a two-to-three year period where portions of
24 that catheter purchase are rebated to the purchase
25 of the capital equipment.

Page 25

1   Q    So in this -- in that scenario, am I
2   understanding correctly that a customer would get
3   the system up front with no capital outlay, but
4   over time the purchase of -- a portion of their
5   purchases of disposables would go towards that
6   system?
7            MR. CHESTER:  Object to the form.
8   A    Correct.
9   BY MS. KOZIKOWSKI:
10  Q    Okay.  Is there a typical amount of
11  disposables that a customer must purchase in order
12  to do that?
13           MR. CHESTER:  Object to the form.
14  A    There are some variations depending on
15  pricing length of the deal.  But, you know, again
16  it's typically, you know, whatever the disposables
17  are less the rebate to -- to pay for the full
18  amount of the capital equipment.
19  BY MS. KOZIKOWSKI:
20  Q    And you mentioned sort of length of
21  agreement.  Is there sort of a typical length of
22  time that a customer must agree to purchase
23  disposable products in order to purchase the
24  Rhythmia?
25           MR. CHESTER:  Object to the form.

HIGHLY CONFIDENTIAL

Page 26

1     A    Similar to my previous answers, they're
2  roughly two to three years.
3  BY MS. KOZIKOWSKI:
4     Q    Would you agree that the cost of
5  purchasing the disposables that are necessary to
6  use with the cardiac mapping system quickly exceeds
7  the cost of the system itself?
8          MR. CHESTER:  Object to the form.
9          MR. BERHOLD:  Objection.
10 BY MS. KOZIKOWSKI:
11    Q    You can answer.
12         MR. CHESTER:  I'm going to actually
13 instruct the witness not to answer.  I think that's
14 beyond the scope of the topics ordered by the court
15 which specifically said no specific pricing
16 information.
17         MS. KOZIKOWSKI:  I'm going to disagree
18 with that.  I don't think I'm asking for specific
19 pricing information or specific customer
20 information.
21         It's more of a general question about,
22 you know, we're talking about the catheter purchase
23 program in which customers purchase disposables
24 over time in order to acquire the system which is
25 squarely within the topic ordered by the court.