# Exhibit 15

Page 1

1              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
2                    SOUTHERN DIVISION
3
4   INNOVATIVE HEALTH LLC,
5        Plaintiff,                          CASE NO.
6   vs.                              8:19-cv-01984-JVS-KES
7   BIOSENSE WEBSTER, INC.,
8        Defendant.
9
10
11              DEPOSITION NOAH MARTIN
12               APPEARING REMOTE FROM
13                  DENVER, COLORADO
14
15                  AUGUST 6, 2021
16                   9:45 A.M. MST
17
18
19
20  Reported By:
21  Judith L. Leitz Moran
22  RPR, RSA, CCR-B-2312
23  APPEARING REMOTELY FROM ATLANTA, GEORGIA
24
25

Case 8:19-cv-01984-JVS-KES   Document 548-16   Filed 07/03/25   Page 3 of 5   Page ID #:27673

Noah Martin                                                August 6, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 32

1  Q   Do you recognize Exhibit 151?
2  A   I do.
3  Q   What is Exhibit 151?
4  A   If my memory's correct, there was a -- an
5  SCG meeting, and during the meeting there were
6  breakouts in which either myself or one of my
7  colleagues would educate members of SCG on the CSS
8  organization.
9          I don't know what year this was. I'm
10 sure there's a time stamp on this, but I'm not
11 familiar with the year.
12 Q   Do you know who prepared Exhibit 151?
13 A   Yeah, I -- I did a lot of the work on
14 this.
15 Q   Okay. And you would have presented it at
16 the meeting?
17 A   Yeah. I don't know if we went through
18 the entire deck.
19 Q   So can we turn to Page 7, Mr. Martin.
20 A   Page 7. Sorry, I was at the end.
21         All right, Page 7.
22 Q   And do you see at the top that it says
23 Biosense Webster - Business Model?
24 A   Yes.
25 Q   And beneath it you say Razor and Razor

Case 8:19-cv-01984-JVS-KES   Document 548-16   Filed 07/03/25   Page 4 of 5   Page
ID #:27674
Noah Martin
August 6, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 33

1  Blade Model?
2     A    Yes.
3     Q    Okay.  Can you just walk me through Page
4  7?
5     A    Sure.  We -- Biosense Webster has two
6  different kind of types of products, hardware,
7  software and service.
8          A CARTO 3 mapping system sells for
9  approximately $250,000 and we had a thousand units
10 installed.
11         And then on the right side of the slide,
12 it's giving an idea that we also have a disposable
13 component with price ranges and number of catheters
14 used per procedure.
15         And then a bulk of our -- in this
16 quote -- 90 percent of our revenue is coming from
17 the disposable portfolio, and 10 percent of the
18 revenue from the capital portfolio.
19    Q    And the picture in the middle is a
20 Biosense Webster clinical account specialist?
21         MS. GROSSBARD:  Objection.
22    A    I believe it is.  I'm not familiar with
23 who that is.
24 BY MR. BERHOLD:
25    Q    And the Biosense Webster clinical account

Case 8:19-cv-01984-JVS-KES   Document 548-16   Filed 07/03/25   Page 5 of 5   Page
ID #:27675

Noah Martin                                    August 6, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 34

1   specialist drives revenue on the disposable
2   catheters?
3            MR. BERHOLD:  Objection, foundation.
4        A   Yeah, can you say that again?  Sorry.
5   BY MR. BERHOLD:
6        Q   Yeah.
7            And Page 7 is saying that the Biosense
8   Webster clinical account specialist is driving
9   revenue to the disposable catheters?
10           MS. GROSSBARD:  Objection, foundation.
11       A   No.  Yeah.  No.
12  BY MR. BERHOLD:
13       Q   Well, do you agree with the statement
14  that Biosense Webster clinical account specialists
15  do drive revenue for the disposable catheters for
16  Biosense Webster?
17       A   That's not their primary role.  The
18  intent of this picture is to give an understanding
19  of what a lab looks like, what an EP lab looks
20  like.  It's not describing the role or the
21  function.
22       Q   So is it one of the benefits of the
23  Biosense Webster clinical account specialist to
24  drive revenue to Biosense Webster for the
25  disposable catheters?