# Exhibit 16

Case 8:19-cv-01984-JVS-KES   Document 548-17   Filed 07/03/25   Page 2 of 5   Page ID #:27677

Christine Bienvenue Kauffman                September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 1

1           UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
2                   SOUTHERN DIVISION
3
4   INNOVATIVE HEALTH LLC,
5        Plaintiff,                        CASE NO.
6   vs.                            8:19-cv-01984-JVS-KES
7   BIOSENSE WEBSTER, INC.,
8        Defendant.
9
10
11           VIDEOTAPE DEPOSITION OF
12         CHRISTINE BIENVENUE-KAUFFMAN
13             APPEARING REMOTE FROM
14              JACKSONVILLE, FLORIDA
15
16              SEPTEMBER 17, 2021
17                   9:29 A.M
18
19
20  Reported By:
21  Judith L. Leitz Moran
22  RPR, RSA, CCR-B-2312
23  APPEARING REMOTELY FROM ATLANTA, GEORGIA
24
25

Case 8:19-cv-01984-JVS-KES   Document 548-17   Filed 07/03/25   Page 3 of 5   Page
ID #:27678
Christine Brezovaue Kauffman                                September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 31

```
 1   that a fair summary of what you said earlier?
 2        A    Yes, that is correct.
 3        Q    All right.  So just trying to break those
 4   out.  When you first acquired the CARTO 3, you were
 5   aware of the policy but you -- you were not using
 6   the CARTO 3?
 7             MR. BERHOLD:  Objection.
 8        A    Can you rephrase that, please.
 9   BY MS. MOSKOWITZ:
10        Q    Sure.
11             I guess I'm just trying to understand
12   what this period of no use was.  So the CARTO 3 was
13   in use when it was acquired initially?
14        A    Yes.
15        Q    Okay.  And at that time, that first
16   period, you were aware of the policy and it became
17   -- and it was enforced with respect to the
18   SOUNDSTAR?
19        A    When we became --
20             MR. BERHOLD:  Objection.
21        A    When we became aware of the policy that
22   Biosense would withhold coverage, that physician
23   decided to stop using CARTO, so that's what rolled
24   into that period of no use.
25   BY MS. MOSKOWITZ:
```

Case 8:19-cv-01984-JVS-KES   Document 548-17   Filed 07/03/25   Page 4 of 5   Page
ID #:27679
Christine Bzreveque Kauffman                                September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 32

```
 1        Q    Okay.  So as a result of the policy the
 2   doctor chose not to use CARTO 3 but to use Abbott
 3   instead?
 4        A    Yes, that is correct.
 5        Q    Okay.  And is that same doctor still at
 6   Mayo?
 7        A    Yes, he is.
 8        Q    Is he currently using Abbott or CARTO?
 9        A    He's currently using Abbott.
10        Q    And so the CARTO 3 was not in use for a
11   period of time after that, right?
12        A    That is correct.
13        Q    And a new doctor came in who wanted to
14   use CARTO 3, is that what happened?
15        A    Yes.
16        Q    Okay.  Do you recall when that was?
17        A    I believe it was 2016 or 2017, somewhere
18   around in that time.
19        Q    And at that time you were aware of the
20   policy of Biosense to not support -- provide
21   clinical support for reprocessed?
22        A    Yes.
23        Q    And the doctor -- was the doctor also
24   aware of that policy or was that not within the
25   doctor's --
```

Case 8:19-cv-01984-JVS-KES   Document 548-17   Filed 07/03/25   Page 5 of 5   Page ID #:27680

Christine Bzdawka Kauffman                              September 17, 2021
Innovative Health, LLC v. Biosense Webster, Inc.

Page 33

1    A    He was aware -- he was aware of it.  But
2  initially when he came to Mayo, we were just using
3  OEM, we were not initially using reprocessed
4  Biosense catheters.
5    Q    Do you know where that doctor joined Mayo
6  from?
7    A    Yes, he came to us from Rochester, the
8  Mayo Clinic in Rochester.
9    Q    And at the time he came to Jacksonville,
10 you're saying that only OEM catheters were being
11 used by Mayo?
12   A    Yes, that is -- that is correct.
13   Q    Is that just with respect to Biosense
14 catheters or across the board?
15   A    No, just in respect to Biosense
16 catheters.
17   Q    And at what point in time did Mayo then
18 switch to reprocessed for Biosense catheters?
19   A    It was recently.  I believe it was maybe
20 in 2020 is when we started to reprocess the
21 SOUNDSTAR and Pentaray catheter.
22   Q    And it was in this 2020 period that that
23 started that then triggered this meeting that you
24 talked about earlier?
25   A    Yes, ma'am.