# Exhibit 17

```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3            HONORABLE JAMES V. SELNA, JUDGE PRESIDING
 4   INNOVATIVE HEALTH, LLC,       )
                                   )
 5                                 )
                                   )
 6                   Plaintiff,    )
                                   )
 7                                 )
                                   )
 8         Vs.                     )   No. SACV-19-01984-JVS
                                   )
 9                                 )
                                   )
10   BIOSENSE WEBSTER, INC.,       )
                                   )
11                                 )
                                   )
12                   Defendant.    )
                                   )
13   _____)
14
15
16              REPORTER'S TRANSCRIPT OF PROCEEDINGS
17                           JURY TRIAL
18                        DAY 4, VOLUME II
19                     SANTA ANA, CALIFORNIA
20                     FRIDAY, MAY 9, 2025
21
22   MIRIAM V. BAIRD, CSR 11893, CCRA
     OFFICIAL U.S. DISTRICT COURT REPORTER
23   350 WEST FIRST STREET
     FOURTH FLOOR
24   SANTA ANA, CA 92701
25
```

|  |  |
|---|---|
| 1 | A. Well, I work with all of our customers at some sort of |
| 2 | level and go through their data. |
| 3 | Q. And approximately how many customers will not purchase |
| 4 | sensor-enabled catheters because of Biosense's policy? |
| 02:33PM 5 | A. Almost all of them. |
| 6 | Q. How many would that be? |
| 7 | A. Over 200. |
| 8 | Q. Has that impact been tied to any specific region? |
| 9 | A. No. It's across the United States. |
| 02:33PM 10 | Q. And are any located in California? |
| 11 | A. Yes. Several of them are. |
| 12 | Q. Which ones? |
| 13 | A. Kaiser Permanente, Stanford Health, Sharp Health, |
| 14 | Torrance Memorial. Those are the ones that come to mind |
| 02:33PM 15 | right now. |
| 16 | Q. Does Biosense's policy come up with potential customers? |
| 17 | A. Oh, yes. |
| 18 | Q. How often? |
| 19 | A. Pretty much with each potential customer. |
| 02:34PM 20 | Q. Let's focus just on 2025 so far. |
| 21 | A. Okay. |
| 22 | Q. So in the last five months, about how many potential |
| 23 | customers have you interacted with about Biosense's case |
| 24 | coverage policy? |
| 02:34PM 25 | A. I would have to say about probably, like, 10 to 15 |

UNITED STATES DISTRICT COURT

|  |  |
|---|---|
|  | 1  hospitals and health systems. |
|  | 2  Q.   Which ones can you recall? |
|  | 3  A.   HCA Far West, HCA Mountain, HCA Tri-Star, HCA South |
|  | 4  Atlantic, Advent Health, Trinity Health, the Valley Health |
| 02:35PM | 5  system, New York Presbyterian, Ardent Health, and Carolina |
|  | 6  East University Health. |
|  | 7  Q.   You mentioned health systems.  Are any of those health |
|  | 8  systems? |
|  | 9  A.   Yes.  Those are all health systems.  Sorry. |
| 02:35PM | 10  Q.   So how many EP labs approximately are represented by the |
|  | 11  list you just provided? |
|  | 12  A.   So with those particular hospitals, they have hospitals |
|  | 13  that range from 2 to 25, around there. |
|  | 14  Q.   And where are those hospitals you just described |
| 02:36PM | 15  located? |
|  | 16  A.   They're across the United States.  You've got -- you |
|  | 17  know, HCA Far West is in California, Nevada, all the way -- |
|  | 18  Advent is in Florida.  New York Presbyterian is up in |
|  | 19  New York.  Valley Hospital is in New Jersey.  And you've got |
| 02:36PM | 20  a ton of them in central areas. |
|  | 21  Q.   Ms. Snider, how has the case coverage policy impacted |
|  | 22  Innovative? |
|  | 23  A.   I mean, tremendously.  We have these 510(k) clearances |
|  | 24  and devices that we can sell, but we can't sell them. |
| 02:37PM | 25  Q.   How has it impacted the sales that you oversee? |

|  |  |
|---|---|
| | 1   A.   By millions of dollars. |
| | 2   Q.   How has Biosense's case coverage policy impacted the |
| | 3   hospital customers you work with? |
| | 4   A.   It has really impacted them so much that it's sad. |
| 02:37PM | 5   Q.   What do you mean by that? |
| | 6   A.   Well, in healthcare right now they're, like, desperately |
| | 7   needing to save money.  And, you know, it's great to be able |
| | 8   to walk in with the environmental aspect of it and be able to |
| | 9   divert this from local landfills.  But the cost savings they |
| 02:37PM | 10  really need, and there's not a lot of opportunities nowadays |
| | 11  to be able to get cost savings in hospitals and especially in |
| | 12  specific areas like procedures like the EP lab. |
| | 13        Right now there are no choices.  They really don't |
| | 14  have control, and it's really preventing them from saving |
| 02:38PM | 15  millions of dollars where they need to put that back into |
| | 16  innovation.  They need to put that back into their staff. |
| | 17        I think I get passionate about it because I -- I |
| | 18  talk to these customers on a daily basis about finding ways |
| | 19  to save money. |
| 02:38PM | 20  Q.   Thank you. |
| | 21        MS. MORALES-KIMBALL:  I'll pass the witness. |
| | 22        THE COURT:  Mr. Cruz. |
| | 23        MR. CRUZ:  Yes, Your Honor.  May I approach to |
| | 24  provide the binder to the witness? |
| 02:39PM | 25        THE COURT:  You may. |

|        |    |                                                                       |
|--------|----|-----------------------------------------------------------------------|
|        | 1  | MR. CRUZ:  Thank you.                                                 |
|        | 2  | **CROSS-EXAMINATION**                                                 |
|        | 3  | BY MR. CRUZ:                                                          |
|        | 4  | Q.   Good afternoon, Ms. Snider.                                      |
| 02:39PM| 5  | A.   Good afternoon.                                                  |
|        | 6  | Q.   My name is Alejandro Cruz.  I'll be asking you a couple          |
|        | 7  | of follow-up questions if that's all right.                           |
|        | 8  | A.   That's good.  Thank you.                                         |
|        | 9  | Q.   So, Ms. Snider, on direct you talked about the                   |
| 02:39PM| 10 | experience you had with University Health, right?                     |
|        | 11 | A.   Yes, sir.                                                        |
|        | 12 | Q.   And that was late 2022 into early 2023, correct?                 |
|        | 13 | A.   Yes.                                                             |
|        | 14 | Q.   At the time in late 2022, University Health had an               |
| 02:40PM| 15 | existing contract with Sterilmed, correct?                            |
|        | 16 | A.   Yes.                                                             |
|        | 17 | Q.   In using that contract, University Health could have             |
|        | 18 | reprocessed sensor-enabled Biosense catheters, correct?               |
|        | 19 | A.   Yes.                                                             |
| 02:40PM| 20 | Q.   Now, at any point in your interactions with University           |
|        | 21 | Health, did you tell them that they could go to Sterilmed to          |
|        | 22 | get access to the Biosense Sterilmed reprocessed catheters?           |
|        | 23 | A.   Are you referring to the sensor-enabled ones?                    |
|        | 24 | Q.   Yes.                                                             |
| 02:40PM| 25 | A.   Yes, I did.                                                      |

|  |  |  |
|---|---|---|
|  | 1 | A.    Yes.  I'm there. |
|  | 2 | Q.    So, Ms. Snider, you see this is an e-mail you sent, |
|  | 3 | correct? |
|  | 4 | A.    Yes, it is. |
| 02:55PM | 5 | Q.    On June 21st, 2024, correct? |
|  | 6 | A.    That is correct. |
|  | 7 | Q.    And it's titled in the subject line, ECU Health savings |
|  | 8 | model, Vidant Health savings model, correct? |
|  | 9 | A.    Correct. |
| 02:55PM | 10 | MR. CRUZ:  I'd like to move JX2461 into evidence. |
|  | 11 | MS. MORALES-KIMBALL:  Objection, Your Honor.  Rule |
|  | 12 | 106.  This document is incomplete.  It appears that there is |
|  | 13 | an attachment that is not included in this document.  It is |
|  | 14 | an incomplete exhibit. |
| 02:56PM | 15 | MR. CRUZ:  Your Honor, we're happy to use a |
|  | 16 | different series.  We'll look at JX2461. |
|  | 17 | MS. MORALES-KIMBALL:  Your Honor, that is the |
|  | 18 | document we are currently looking at that I objected to as an |
|  | 19 | incomplete document. |
| 02:56PM | 20 | MR. CRUZ:  Your Honor, what counsel is objecting to |
|  | 21 | is the native format that's on the back of the page.  That |
|  | 22 | spreadsheet is a 19,000-page spreadsheet that I don't think |
|  | 23 | we should really bring up to the witness in a box. |
|  | 24 | It has been submitted to the Court.  It can be put |
| 02:57PM | 25 | into evidence.  I'm only going to be referring to the cover |

|       |    |                                                                          |
|-------|----|--------------------------------------------------------------------------|
|       | 1  | e-mail.                                                                  |
|       | 2  | THE COURT:  Has it been produced?                                        |
|       | 3  | MR. CRUZ:  Absolutely, Your Honor.                                       |
|       | 4  | THE COURT:  Okay.  Overruled.                                            |
|02:57PM| 5  | BY MR. CRUZ:                                                             |
|       | 6  | Q.  Ms. Snider, this was an e-mail that you sent to Mr. Rick             |
|       | 7  | Ferreira, correct?                                                       |
|       | 8  | A.  Yes, it was.                                                         |
|       | 9  | Q.  As well as Michael Ferreira, correct?                                |
|02:57PM| 10 | A.  Yes.                                                                 |
|       | 11 | Q.  And is Michael Ferreira Mr. Rick Ferreira's son?                     |
|       | 12 | A.  Yes.                                                                 |
|       | 13 | Q.  And he also works at Innovative, correct?                            |
|       | 14 | A.  Yes.                                                                 |
|02:57PM| 15 | Q.  What's his role at Innovative?                                       |
|       | 16 | A.  He is an account executive.                                          |
|       | 17 | Q.  So in June of 2024 you wrote this e-mail.  And I just --             |
|       | 18 | MR. CRUZ:  Can we publish it and maybe zoom in on                        |
|       | 19 | the center, please, on the text starting with "Rick and                  |
|02:57PM| 20 | Michael."                                                                |
|       | 21 | BY MR. CRUZ:                                                             |
|       | 22 | Q.  If you look at the first paragraph, Ms. Snider, you see              |
|       | 23 | it says:  Rick and Michael, please see below for Vidant and              |
|       | 24 | the analysis info from Ira, including his notes.  Let me know            |
|02:58PM| 25 | how you want to proceed.  Do you see that?                               |

| | |
|---|---|
| 1 | A. Yes, I do. |
| 2 | Q. And ECU Health, Vidant, was a potential customer, |
| 3 | correct? |
| 4 | A. Yes. |
| 02:58PM 5 | Q. You see two paragraphs down in the text that you wrote |
| 6 | to Mr. Ferreira, to Messrs. Ferreira, you write: Usage has |
| 7 | shifted from Biosense Webster to Abbott St. Jude. |
| 8 | Do you see that? |
| 9 | A. Yes. |
| 02:58PM 10 | Q. And with respect to ECU Health, you wrote ViewFlex up |
| 11 | 180 percent. Do you see that? |
| 12 | A. Yes, I do. |
| 13 | Q. And ViewFlex is an Abbott ultrasound catheter, correct? |
| 14 | A. Yes. |
| 02:58PM 15 | Q. And then next to that you wrote ACUNAV and SOUNDSTAR |
| 16 | down 40 percent, correct? |
| 17 | A. Yes. |
| 18 | Q. All with respect to ECU Health, right? |
| 19 | A. Yes. |
| 02:59PM 20 | Q. You also write, a couple of bullets down, Advisor HD up |
| 21 | 52 percent, correct? |
| 22 | A. Yes. |
| 23 | Q. And ECU Health is currently -- is not currently an IH |
| 24 | customer, right? |
| 02:59PM 25 | A. No, they are not. |

```
02:59PM


02:59PM
```

1  Q.   So I'd like to ask you about one more document,
2  Ms. Snider.
3              THE COURT:  Well, I'm afraid we have to stop here.
4              MR. CRUZ:  Understood, Your Honor.
5              THE COURT:  I have a doctor's appointment.  On the
6  grand scale of things in the world, doctors rank way above
7  federal judges.  So I have to obey the doctor's dictate.
8              So we'll resume Tuesday at the regular time.  I
9  trust you'll have a good weekend.
10             THE CLERK:  All rise.
11                (Proceedings adjourned at 2:59 p.m.)