# Exhibit 18

```
               UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

         HONORABLE JAMES V. SELNA, JUDGE PRESIDING

INNOVATIVE HEALTH, LLC,       )
                              )
                              )
                              )
                 Plaintiff,   )
                              )
                              )
                              )
         Vs.                  )  No. SACV-19-01984-JVS
                              )
                              )
                              )
BIOSENSE WEBSTER, INC.,       )
                              )
                              )
                              )
                 Defendant.   )
                              )
_____)



            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                         JURY TRIAL

                      DAY 6, VOLUME II

                    SANTA ANA, CALIFORNIA

                    WEDNESDAY, MAY 14, 2025




MIRIAM V. BAIRD, CSR 11893, CCRA
OFFICIAL U.S. DISTRICT COURT REPORTER
350 WEST FIRST STREET
FOURTH FLOOR
SANTA ANA, CA 92701
```

|  |  |
|---|---|
| 03:14PM | 1  A.   Standard diagnostic catheters are not used to build the |
|  | 2  positional matrix.  They don't provide XYZ coordinate |
|  | 3  information to the map.  Our brand promise was around |
|  | 4  accuracy at the time, so ensuring that we use our equipment, |
|  | 5  our validated equipment, to build the maps that we validate |
|  | 6  as being accurate was important to us. |
|  | 7         That's not a concern with these standard diagnostic |
|  | 8  catheters.  All CASs are trained, as I mentioned, to use the |
|  | 9  software to incorporate the electrogram information from the |
| 03:15PM | 10  standard diagnostic catheters. |
|  | 11  Q.   Under the policy can Biosense mappers provide support |
|  | 12  for Sterilmed-manufactured sensor-enabled catheters? |
|  | 13  A.   Yes.  Absolutely. |
|  | 14  Q.   Why Sterilmed? |
| 03:15PM | 15  A.   So Sterilmed R&D engineers work in collaboration with |
|  | 16  Biosense Webster OEM product engineers.  They have access to |
|  | 17  the same testing protocols, testing standards, testing |
|  | 18  equipment. |
|  | 19         The same calibration methodologies that they use to |
| 03:15PM | 20  produce the OEM version of the Biosense Webster product, |
|  | 21  Sterilmed uses that same process to create the reprocessed |
|  | 22  version of those sensor-enabled catheters. |
|  | 23  Q.   At the time you put pen to paper to draft this policy |
|  | 24  document, did you consult with Vincent Thomas, the medical |
| 03:15PM | 25  safety officer for Biosense? |

|    |    |
|----|----|
| 1  | A.   No, I did not. |
| 2  | Q.   Why not? |
| 3  | A.   I -- I don't believe he was part of our organization at |
| 4  | the time.  I don't really recall that name. |
| 5  | Q.   Let's talk about interactions with customers about the |
| 6  | policy.  How were customers made aware of the policy? |
| 7  | A.   Customers were made aware of the policy from our field |
| 8  | team in various modalities.  We preferred for them to have |
| 9  | in-person meetings with the customers.  We know this is going |
| 10 | to be a sensitive topic. |
| 11 |      We wanted them to be mindful of the relationship we |
| 12 | had with customers, so in-person meetings, conference calls, |
| 13 | as well as written communication was how our field team was |
| 14 | communicating this policy out to customers. |
| 15 |      At the same time, we came to find out that after we |
| 16 | had started communicating to our customers, Stryker |
| 17 | themselves reached out to all their customers with what was |
| 18 | effectively a rebuttal message and a rebuttal document |
| 19 | refuting the points in our notification letter. |
| 20 | Q.   Did you personally speak with any hospital |
| 21 | administrators and physicians? |
| 22 | A.   Yes, I did. |
| 23 | Q.   Can you describe those interactions at a high level. |
| 24 | A.   Yes, I can.  There were basically two types of |
| 25 | interactions that we would have when I was introducing this |

```
03:17PM
```

1   to administrators, procurement officers, physicians, staff
2   members.  Typically sometimes -- I should say typically many
3   times a physician or a procurement officer would voice
4   significant resistance.
5   　　　　　Obviously their concerns were around the potential
6   cost to impact to not being able to use Stryker reprocessed
7   catheters with the CARTO mapping system.  So we would get
8   resistance.  It would become negative in nature sometimes,
9   the conversation, and that was something that we just had to
10  work through with our customers to help them understand our
11  concerns.
12  　　　　　Who we would typically talk to are techs and
13  supervisors who understood.  They seemed to understand the
14  concepts much easier because they had a good idea of what
15  clinical account specialists do.
16  　　　　　And then we had -- I would say I did have some
17  contracting counterparts from some of these GPOs and hospital
18  systems that approach the topic with a sense of curiosity.
19  They wanted to understand.  And once they did understand,
20  they continued to move forward and do business with us.
21  Q.   Did any customers switch to other cardiac mapping
22  systems as a result of the policy?
23  A.   Yes, we did have some customers switch as a result of
24  the policy.
25  Q.   Can you provide an example or two.

| | | |
|---|---|---|
| | 1 | Q. Why do you say unknown when it comes to third-party |
| | 2 | reprocessed ultrasound catheters? |
| | 3 | A. I to this date have never seen a third-party reprocessor |
| | 4 | like Stryker provide a performance guarantee as related to |
| 03:33PM | 5 | image fidelity or either as to navigational accuracy or the |
| | 6 | sensor-enabled catheters. |
| | 7 | Q. Let's talk about Exhibit 5027 for identification only. |
| | 8 | Describe for the Court at a high level what this document is. |
| | 9 | A. Yes. This document is an e-mail out from the vice |
| 03:34PM | 10 | president of sales at the time. This was January 19th of |
| | 11 | 2016. |
| | 12 | Mr. Palfi is sending out a directive to the sales |
| | 13 | leadership team that he has become aware that despite our |
| | 14 | efforts over the last year plus -- 15 months, I should say -- |
| 03:34PM | 15 | he has come to understand through conversations in the field |
| | 16 | that not every account has been notified of the case coverage |
| | 17 | policy. And he is providing a deadline to the field team to |
| | 18 | get this done by the end of March of this year. |
| | 19 | Q. Are you a recipient of this e-mail? |
| 03:34PM | 20 | A. Yes, I am. |
| | 21 | Q. Was this document prepared by an employee of the company |
| | 22 | with knowledge of the issues contained in the document? |
| | 23 | A. Yes, it was. |
| | 24 | Q. Was the preparation and maintenance of this document a |
| 03:35PM | 25 | regular business activity of Biosense Webster? |

|        |    |                                                                      |
|--------|----|----------------------------------------------------------------------|
|        | 1  | A.    Yes.                                                            |
|        | 2  | MR. FARIDI:  Your Honor, we offer 5027.                              |
|        | 3  | MR. GOLDSMITH:  No objection, Your Honor.                            |
|        | 4  | THE COURT:  5027 will be received.                                   |
| 03:35PM| 5  | **(Exhibit 5027 received)**                                          |
|        | 6  | MR. FARIDI:  Let's put it up on the screen.  We've                   |
|        | 7  | highlighted a couple of segments here.                                |
|        | 8  | BY MR. FARIDI:                                                        |
|        | 9  | Q.    The first one states:  I, however, wanted to ask your           |
| 03:35PM| 10 | leadership to fully implement this policy in all accounts.            |
|        | 11 | Do you see that?                                                      |
|        | 12 | A.    Yes, I do.                                                      |
|        | 13 | Q.    Did you make any efforts to implement the policy, fully         |
|        | 14 | implement the policy by April 1, 2016?                                |
| 03:35PM| 15 | A.    Yes.  We made every effort possible.                            |
|        | 16 | Q.    And what effort did you personally make, Mr. Ramos?             |
|        | 17 | A.    I personal supported this effort by developing training        |
|        | 18 | resources to help train the field team on how to deliver this         |
|        | 19 | message.                                                              |
| 03:35PM| 20 | I also conducted conference calls to allow them to                    |
|        | 21 | discuss any concerns or questions they had, the field team            |
|        | 22 | had, regarding the policy.  And I made myself available to            |
|        | 23 | personally engage in discussions with customers at the                |
|        | 24 | request of the field team when they wanted me to personally           |
| 03:36PM| 25 | get involved in articulating this case coverage policy with          |

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | the customers.                                                       |
|       | 2  | Q.  So this is in April of 2016, give or take?                       |
|       | 3  | A.  This e-mail is from January of 2016.                             |
|       | 4  | Q.  We're talking about the implementation issue.                    |
| 03:36PM | 5  | A.  Yes.  The implementation deadline was the last day of           |
|       | 6  | March 2016.                                                          |
|       | 7  | Q.  I now want to pivot to your time at Sterilmed?                   |
|       | 8  | A.  Yes.                                                             |
|       | 9  | Q.  When did you begin working at Sterilmed?                         |
| 03:36PM | 10 | A.  My first day of employment at Sterilmed was March 9th of        |
|       | 11 | 2020.                                                                |
|       | 12 | Q.  What is your role at Sterilmed?                                  |
|       | 13 | A.  I am the commercial leader for the Sterilmed                     |
|       | 14 | organization.                                                        |
| 03:36PM | 15 | Q.  And what types of products of Sterilmed do you                  |
|       | 16 | reprocess?                                                           |
|       | 17 | A.  We reprocess currently orthopedic products, and we               |
|       | 18 | reprocess electrophysiology products.                                |
|       | 19 | Q.  And approximately how many different products does               |
| 03:36PM | 20 | Sterilmed reprocess?                                                |
|       | 21 | A.  We have over 500 different product SKUs in our product          |
|       | 22 | portfolio.                                                           |
|       | 23 | Q.  And how many facilities does Sterilmed sell reprocessed          |
|       | 24 | devices to?                                                          |
| 03:37PM | 25 | A.  Currently this year we're selling to close to 500               |

|  |  |
|---|---|
|  | 1   returned from the hospitals?  What's the number? |
|  | 2   A.   As it indicates there, it says 155,000 -- 155,807. |
|  | 3   Q.   And how many were rejected or discarded before the |
|  | 4   reprocessing process even began? |
| 03:44PM | 5   A.   42,059. |
|  | 6   Q.   And how many were accepted for reprocessing? |
|  | 7   A.   113,748. |
|  | 8   Q.   And were all of the 113,748 put out into the |
|  | 9   marketplace? |
| 03:44PM | 10  A.   No.  I would not expect all of those to survive through |
|  | 11  the entire reprocessing process. |
|  | 12         MR. FARIDI:  Your Honor, I believe the other side |
|  | 13  has an objection to slide three based on foundation.  I think |
|  | 14  we've laid the foundation as to Mr. Ramos's oversight over |
| 03:45PM | 15  the manufacturing side of the house. |
|  | 16         MR. GOLDSMITH:  No objection to the next slide, |
|  | 17  Your Honor. |
|  | 18         THE COURT:  The exhibit will be received. |
|  | 19         MR. FARIDI:  I think the Court approved the display |
| 03:45PM | 20  of slide three. |
|  | 21         THE COURT:  Correct. |
|  | 22  BY MR. FARIDI: |
|  | 23  Q.   Mr. Ramos, does Sterilmed collect more catheters than it |
|  | 24  could reprocess? |
| 03:45PM | 25  A.   No.  That is not our standard practice. |

|        |    |                                                                          |
|--------|----|--------------------------------------------------------------------------|
|        | 1  | Q.   And are you always able to meet the demand in the                   |
|        | 2  | marketplace for your reprocessed devices?                                |
|        | 3  | A.   No, we're not.  From occasion to occasion we have back              |
|        | 4  | orders.                                                                  |
| 03:45PM| 5  | Q.   And can you tell us what safety stock means.                        |
|        | 6  | A.   Yes.  Safety stock is a term that's used in supply chain            |
|        | 7  | areas which refers to the amount of raw material that we want            |
|        | 8  | to keep on hand.                                                         |
|        | 9  |      It's typically somewhere from three to four months.                 |
| 03:46PM| 10 | It depends on how fast we sell that SKU, that specific                   |
|        | 11 | product.  But we want to keep a supply, a safety supply on               |
|        | 12 | hand in case there's a disruption to our collecting                      |
|        | 13 | activities.  We want to do that because if we don't have the             |
|        | 14 | raw material and production is not keeping up with the                   |
| 03:46PM| 15 | demand, we have at least three to four months to correct the             |
|        | 16 | problem before it starts impacting the customer.                         |
|        | 17 | Q.   Have you always been able to maintain the three- to                 |
|        | 18 | four-month safety stock?                                                 |
|        | 19 | A.   No.  Actually for the last couple of years, we have                 |
| 03:46PM| 20 | struggled to maintain our safety stock levels because the                |
|        | 21 | demand for these products has gone up so much.                           |
|        | 22 | Q.   Let's go over the slide now.  Can you please use the                |
|        | 23 | slide to walk the jury through an abbreviated and also very              |
|        | 24 | laid back the process that Sterilmed undertakes to reprocess             |
| 03:47PM| 25 | Biosense Webster sensor-enabled catheters.                               |

```
 1   A.   Sure.  So as you can see from this graph here, we break
 2   out our reprocessing process -- and this is specific to the
 3   SOUNDSTAR catheters, SOUNDSTAR ultrasound catheter, into
 4   really four different phases.
 5          The first one, with intake we record what we
 6   receive, do the initial inspections, start cleaning and
 7   decontaminating it, use ultrasound bath.  This is pretty
 8   standard stuff for cleaning devices that have already been
 9   used and are being prepared for reprocessing.
10          The second phase, the inspection and testing.  That
11   really focuses on electrical safety of these devices.  You'll
12   see the diagram that says electrical testing.  It's tested
13   against high voltage.  It's tested against breaks in the --
14          The electrical testing ensures that the wires are
15   connected all the way through.  It ensures that the
16   insulation is intact so that there aren't any shorts.  It's
17   tested against high voltage.
18          Then the third phase that you see here, this is
19   what we feel really differentiates us and enables us to
20   provide performance guarantees.  This is the main portion of
21   functional testing.
22          You'll see the first block which says transducer
23   functional test.  That's where we test those transducers to
24   make sure that a minimum of 60 of 64 are working to provide
25   that 94 percent fidelity guarantee.
```