# Exhibit 19

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
INNOVATIVE HEALTH, LLC,      ) CERTIFIED TRANSCRIPT
               Plaintiff,    )
    vs.                      )
                             )  SACV-19-01984-JVS
BIOSENSE WEBSTER, INC.,      )
               Defendant.    ) TRIAL DAY 3, VOL. I
-----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 8, 2025

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

| | | |
|---|---|---|
| 11:37 | 1 | and we're also able to detect a 50-micron particle anywhere |
| | 2 | in that lumen. |
| | 3 | Q    Were other reprocessors already using similar |
| | 4 | technology to reprocess the PENTARAY? |
| 11:37 | 5 | A    No.  Innovative was the first one to secure this patent |
| | 6 | as well as reprocess the PENTARAY. |
| | 7 | Q    Let's please publish JX4372 already in evidence to the |
| | 8 | jury.  What is depicted in this photograph? |
| | 9 | A    This picture is actually showing the practical |
| 11:38 | 10 | application of the patent that I just explained. |
| | 11 | Q    What is the machine in front of the technician? |
| | 12 | A    This is the microlumen occlusion tester that is a |
| | 13 | result of that patent. |
| | 14 | Q    When you say "occlusion," what do you mean? |
| 11:38 | 15 | A    Occlusion means a blockage, anything that is stopping |
| | 16 | or hindering the flow. |
| | 17 | Q    In brief, what do Innovative's other patents cover? |
| | 18 | A    We have patents that allow us to reprocess certain |
| | 19 | complex medical devices that nobody is attempting to |
| 11:38 | 20 | reprocess at this point.  We have methods that involve |
| | 21 | inspecting for patient safety, for example, as the one I |
| | 22 | just described, and we also have methods that help us refine |
| | 23 | our reprocessing methodologies. |
| | 24 | Q    You can take that down. |
| 11:38 | 25 |         Moving to another topic, are you familiar with the |

| | | |
|---|---|---|
| 11:39 | 1 | LASSO NAV? |
| | 2 | A  Yes, I'm very familiar with that catheter. |
| | 3 | Q  How did you become familiar with it? |
| | 4 | A  This was one of my earlier projects when I joined |
| 11:39 | 5 | Innovative, so I remember it well. |
| | 6 | Q  What year was that? |
| | 7 | A  This was most of 2015. |
| | 8 | Q  How did that project for the LASSO NAV compare to |
| | 9 | research on other catheters? |
| 11:39 | 10 | A  Well, LASSO NAV, in comparison to the other |
| | 11 | electrophysiology catheters that I worked on had an extra |
| | 12 | component in there that gave us a surprise, as well as took |
| | 13 | us extra time and effort to figure out in order to bring |
| | 14 | that to market as a reprocessed option. |
| 11:39 | 15 | Q  What took extra time and effort? |
| | 16 | A  So LASSO devices had an electronic chip that was inside |
| | 17 | that device that specifically had what I call a kill switch |
| | 18 | methodology that was used that combined software as well as |
| | 19 | encryption methodologies to prevent that device from being |
| 11:40 | 20 | reused after it was used the first time. |
| | 21 | Q  What did Innovative have to do to address these chips? |
| | 22 | A  One, we had to add expertise.  Given that this would |
| | 23 | add software components and it was encrypted, we needed -- |
| | 24 | definitely added individuals and experts from the field.  We |
| 11:40 | 25 | had to seek out experts in cryptography to understand the |

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
| 11:40 | 1  | data, as well as electronics specific in this electronic       |
|       | 2  | chip.  It's an EEPROM in there, so we needed experts who       |
|       | 3  | understood EEPROM.                                             |
|       | 4  | Q    What does EEPROM stand for?                               |
| 11:40 | 5  | A    EEPROM, spelled E-E-P-R-O-M, stands for Electronically    |
|       | 6  | Erasable Programmable Read-Only Memory.                        |
|       | 7  |         MR. QUIRK:  May I approach the witness, Your Honor     |
|       | 8  | with an exhibit?                                               |
|       | 9  |         THE COURT:  You may.                                   |
| 11:41 | 10 | BY MR. QUIRK:                                                  |
|       | 11 | Q    I've handed you JX4136 already admitted in evidence.      |
|       | 12 | What is that?                                                  |
|       | 13 | A    This is a LASSO catheter.                                 |
|       | 14 | Q    Is it a new or a reprocessed catheter?                    |
| 11:41 | 15 | A    This is a reprocessed LASSO catheter.                     |
|       | 16 | Q    Can you show the jury on this reprocessed LASSO           |
|       | 17 | catheter where the chip is located?                            |
|       | 18 | A    The chip is actually located inside this connector, and   |
|       | 19 | it's inside this housing, and this is the part that gets       |
| 11:41 | 20 | plugged into the CARTO system.                                 |
|       | 21 | Q    Have you worked with counsel to prepare a demonstrative   |
|       | 22 | to assist in describing these chips?                           |
|       | 23 | A    Yes, I have.                                              |
|       | 24 | Q    If we can we go to Slide 5, please, in the                |
| 11:42 | 25 | demonstrative, what is this?                                   |

| | | |
|---|---|---|
| 11:42 | 1 | A   This is a picture, a representation, of the delay that |
| | 2 | was caused by these kill switches for us for the -- in our |
| | 3 | projects. |
| | 4 | Q   What does the red line represent? |
| 11:42 | 5 | A   The red shows the extra time it took us to complete |
| | 6 | that given project. |
| | 7 | Q   What does the green line represent? |
| | 8 | A   The green represents a standard project that would |
| | 9 | have -- a standard project without that electronic component |
| 11:42 | 10 | in there. |
| | 11 | Q   How was Biosense using these chips when you first |
| | 12 | encountered them? |
| | 13 | A   So electronic chips were used in the earlier models of |
| | 14 | the Biosense Webster catheter, but it was used as an auto-ID |
| 11:42 | 15 | function, automatic identification function.  Since then, it |
| | 16 | evolved to add more details and add more software-based |
| | 17 | functions.  That turned into being used as a single use, |
| | 18 | where after that use is done, the chip will lock that |
| | 19 | device.  When it's being plugged in, it will say that the |
| 11:43 | 20 | device is already used and expired. |
| | 21 | Q   You mentioned the chips evolved.  Can you explain how |
| | 22 | they evolved. |
| | 23 | A   Well, in this case, for LASSO, it's a 3-pin EEPROM that |
| | 24 | is being used versus a simple one for auto-ID.  And in this |
| 11:43 | 25 | scenario, it had -- or this chip, the data within the |

11:43  1  chip -- first, we had to understand the chip.  We had to
       2  figure out how to read the information within the chip, and
       3  when we read it, it was a whole bunch of jumbled up letters
       4  and numbers, so we needed to understand how to unscramble
11:43  5  that puzzle.  We needed to figure out the decryption
       6  methodology.  Once we understood that, there was -- that's
       7  when we know that there is a time stamp that is being used
       8  as a method to block that device from being reused.
       9  Q    What did you and the Innovative team have to do to
11:44 10  decrypt and resolve the chips?
      11  A    In this case, we had to get the experts externally as
      12  well as internally.  I had my electrical engineer internally
      13  as well as I reached out to external experts -- one would be
      14  Nathan Einwechter -- to get through these software-related
11:44 15  issues to understand how to resolve it.
      16  Q    Who is Nathan Einwechter?
      17  A    Nathan Einwechter is our CFO, Tim Einwechter's son.
      18  Q    How did you get connected with Nathan Einwechter?
      19  A    As I mentioned earlier, when this project was tasked to
11:44 20  me, and when I understood about the software concerns, and
      21  when I provided that update to management, Tim asked me to
      22  reach out to Nathan.  And in his words, he said Nathan does
      23  something with computers.  Later, I learned he's actually a
      24  cryptography expert.  And since then, I've been working with
11:45 25  him.

| | | |
|---|---|---|
| 11:50 | 1 | A     Yes.  It's in the 510(k) packet that we submitted to |
| | 2 | the FDA. |
| | 3 | Q     Did the FDA ever raise any concerns about what |
| | 4 | Innovative had to do? |
| 11:51 | 5 | A     No, they did not. |
| | 6 | Q     What type of data is stored on these chips? |
| | 7 | A     The time stamp, the product information as I mentioned |
| | 8 | earlier, but also the calibration data.  Given that these |
| | 9 | are mapping catheters, there would be location sensor |
| 11:51 | 10 | specific calibration information in there. |
| | 11 | Q     What's the purpose of the calibration data? |
| | 12 | A     When these devices are being manufactured, the original |
| | 13 | manufacturer is adding those calibration data into the chip, |
| | 14 | so when it's plugged into the Carto system, the system knows |
| 11:51 | 15 | how to initialize this catheter and how to map and create |
| | 16 | that map effectively. |
| | 17 | Q     When Innovative deactivates the kill switch, does that |
| | 18 | affect the calibration data? |
| | 19 | A     No, we don't change anything on the calibration data. |
| 11:51 | 20 | Q     Do the location sensors need to be recalibrated? |
| | 21 | A     The devices that are passing our testing -- once it |
| | 22 | goes through our scrutiny of testing and passes all of |
| | 23 | those, those devices do not need to be recalibrated. |
| | 24 | Q     Aside from Biosense catheters, does Innovative |
| 11:52 | 25 | reprocess electrophysiology products from other |

| | | |
|---|---|---|
| 11:52 | 1 | manufacturers? |
| | 2 | A    Yes, we do. |
| | 3 | Q    Which manufacturers? |
| | 4 | A    We do reprocess advanced mapping catheters from Abbott, |
| 11:52 | 5 | from Boston Scientific, and from Medtronic to list a few. |
| | 6 | Q    How did Biosense's blocking chips compare to the |
| | 7 | technology for these manufacturers? |
| | 8 | A    Well, Biosense Webster was the first to start using |
| | 9 | this methodology, and as you see, they have evolved heavily. |
| 11:52 | 10 | Other manufacturers have followed suit as well as of now. |
| | 11 | Q    How long did the kill switches delay Innovative in |
| | 12 | taking the LASSO NAV to market? |
| | 13 | A    Six months. |
| | 14 | Q    Did Innovative not move forward on other aspects of |
| 11:53 | 15 | reprocessing the LASSO NAV until your team resolved the kill |
| | 16 | switch issue? |
| | 17 | A    No.  My team was working on efforts in parallel because |
| | 18 | we already know the other efforts we need to complete |
| | 19 | anyway, so this effort for EEPROM was done in parallel. |
| 11:53 | 20 | Q    How can you say then that the chip caused a particular |
| | 21 | delay? |
| | 22 | A    Well, as I mentioned, in comparison to other |
| | 23 | electrophysiology catheters, even ones with the electronic |
| | 24 | chip, these specific catheters had these blocks, and we can |
| 11:53 | 25 | account for the time that it took for these efforts because |

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
| 11:53 | 1  | it was done separately and parallel, so we can calculate        |
|       | 2  | that and figure that out.                                       |
|       | 3  | Q    How long did the chips delay Innovative in taking          |
|       | 4  | PENTARAY to market?                                             |
| 11:53 | 5  | A    For PENTARAY, it added six months.                         |
|       | 6  | Q    How about for SOUNDSTAR 3D?                                |
|       | 7  | A    SOUNDSTAR 3D was 19 additional months.                     |
|       | 8  | Q    And how about for SOUNDSTAR Eco?                           |
|       | 9  | A    Like I mentioned earlier, Eco was the longest for us,      |
| 11:54 | 10 | 37 months in addition.                                          |
|       | 11 | Q    Let's move on to one final topic.  You mentioned           |
|       | 12 | earlier that you worked at CR Bard.                             |
|       | 13 |      Did you work in reprocessing there?                        |
|       | 14 | A    No.  CR Bard was an original equipment manufacturer.       |
| 11:54 | 15 | They did not do reprocessing.                                   |
|       | 16 | Q    Based on your experience having worked for an original     |
|       | 17 | equipment manufacturer and data reprocessor, how do you         |
|       | 18 | think reprocessing affects industry competition?                |
|       | 19 | A    After putting in the time with the industry, now I         |
| 11:54 | 20 | believe it pushes -- it accelerates competition.                |
|       | 21 | Q    How so?                                                    |
|       | 22 | A    Well, while reprocessors like Innovative is working on     |
|       | 23 | adding another life or two on the devices that still can be     |
|       | 24 | effectively used, the original equipment manufacturer could     |
| 11:54 | 25 | focus on innovating, on working on the next version of these    |