| | |
|---|---|
| **Message** | |
| **From**: | Rick Ferreira [rferreira@innovative-health.com] |
| on behalf of | Rick Ferreira <rferreira@innovative-health.com> [rferreira@innovative-health.com] |
| **Sent**: | 12/3/2020 6:56:02 AM |
| **To**: | Amy Ferreira [alferreira@innovative-health.com] |
| **Subject**: | FW: IH Mapping support - Jan 11-12th,2021 PREP |

Well done Amy!
Rick

---

**From:** "Bosler, Bonnie" <Bonnie.J.Bosler@medstar.net>
**Date:** Thursday, December 3, 2020 at 8:10 AM
**To:** "Wish, Allen J" <Allen.J.Wish@medstar.net>, Rick Ferreira <rferreira@innovative-health.com>, Amy Ferreira <alferreira@innovative-health.com>, "Scheanwald, Linda J" <Linda.J.Scheanwald@medstar.net>, Liz Stoneman <lstoneman@innovative-health.com>
**Cc:** Aaron Detate <adetate@innovative-health.com>, "Eldadah, Zayd" <Zayd.Eldadah@Medstar.Net>
**Subject:** RE: IH Mapping support - Jan 11-12th,2021 PREP

Just wanted to update you all:

I had a conversation with Dr. Eldadah this morning to discuss the use of the reprocessed catheters from Innovative Health during the cases on 11 and 12 January 2021 when Aaron will be available to assist with mapping those cases.

Dr. Eldadah is requesting to utilize the reprocessed catheters from Innovative Health for those cases. There is no intent to pull and use "new" catheters for those cases.

We are looking at potential dates prior to the holidays for a TEAMS Q&A session with the providers and Innovative Health on a Tuesday morning as they meet from 0700-0800 EST.

We as an EP Team look forward to this opportunity to move forward with this in January and we will continue to adapt and remain flexible as we add this to our workflow!

If you have any questions please feel free to contact me.

Bonnie

**Bonnie J. Bosler, BSN, MSA, CCRN-K**
Regional Administrative Director, Electrophysiology Labs
MedStar Heart and Vascular Institute, 5A93
110 Irving Street, NW
Washington DC 20010

Office: 202-877-3051
Cell: 609-320-9692
Bonnie.J.Bosler@medstar.net

*MedStar Health- It's how we treat people.*
*MedStarHealth.org*

---

**From:** Wish, Allen J <Allen.J.Wish@medstar.net>
**Sent:** Wednesday, December 2, 2020 4:30 PM

Innovative v. Biosense
No. 8:19-cv-01984-JVS
JX-31

**To:** Rick Ferreira <rferreira@innovative-health.com>; Amy Ferreira <alferreira@innovative-health.com>; Scheanwald, Linda J <Linda.J.Scheanwald@medstar.net>; Liz Stoneman <lstoneman@innovative-health.com>; Bosler, Bonnie <Bonnie.J.Bosler@medstar.net>
**Cc:** Aaron Detate <adetate@innovative-health.com>
**Subject:** RE: IH Mapping support - Jan 11-12th,2021 PREP

Hello Rick,

I understand the purpose of having Aaron at MedStar is to map with your catheter.

That is certainly the goal that we hope to achieve as soon as possible within the next or following visit.

Ultimately, we want to send the message to JNJ that we will not be bounded by their threat of pulling mappers.

My thought is that he does his first case or day of cases with a new Pentarray while the physicians and EP team develop their comfort level with him prior to shifting to the reprocessed Pentarray and SoundStar catheters.

Bonnie is going to discuss with Dr. Eldadah. Perhaps the physicians will be ready to map the first case with Aaron on the 11th.

Best,

**Allen Wish**

Director of Strategic Sourcing, System Supply Chain

MedStar Health, Inc.

8094 Sandpiper Circle; Suite G

Nottingham, MD 21236

410-933-8145 **PHONE**

443-955-8772 **CELL**

410-933-8030 **FAX**

Allen.J.Wish@medstar.net

MedStarHealth.org

*"We are ONE Supply Chain"*

---

**From:** Rick Ferreira <rferreira@innovative-health.com>
**Sent:** Wednesday, December 2, 2020 4:19 PM
**To:** Amy Ferreira <alferreira@innovative-health.com>; Wish, Allen J <Allen.J.Wish@medstar.net>; Scheanwald, Linda J <Linda.J.Scheanwald@medstar.net>; Liz Stoneman <lstoneman@innovative-health.com>; Bosler, Bonnie <Bonnie.J.Bosler@medstar.net>
**Cc:** Aaron Detate <adetate@innovative-health.com>
**Subject:** [EXTERNAL] Re: IH Mapping support - Jan 11-12th,2021 PREP

**ATTENTION: This email originated from outside the MedStar Health network.
** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

That was the purpose of having Aaron there – to map with our catheter.
Please let me know if we need to jump on a call.

Thanks
Rick

**Rick Ferreira**
CEO
480.525.5910 (Office)
480.467.8517 (Mobile)
www.innovative-health.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

**From:** Amy Ferreira <alferreira@innovative-health.com>
**Date:** Wednesday, December 2, 2020 at 3:16 PM
**To:** "Wish, Allen J" <Allen.J.Wish@medstar.net>, "Scheanwald, Linda J" <Linda.J.Scheanwald@medstar.net>, Liz Stoneman <lstoneman@innovative-health.com>, "Bosler, Bonnie" <Bonnie.J.Bosler@medstar.net>
**Cc:** Aaron Detate <adetate@innovative-health.com>, Rick Ferreira <rferreira@innovative-health.com>
**Subject:** Re: IH Mapping support - Jan 11-12th,2021 PREP

Hi Allen,

I think that defeats the purpose of what we are trying to achieve. Aaron will be there for mapping support so that Hospital Center can use reprocessed catheters.
I would strongly suggest that we plan to use Innovative Health's reprocessed Pentaray catheters while Aaron is there to map.

Thanks,
Amy

**Amy Ferreira**
Director, Business Development
602.549.6400 (Mobile)
www.innovative-health.com



**From:** "Wish, Allen J" <Allen.J.Wish@medstar.net>
**Date:** Wednesday, December 2, 2020 at 2:41 PM
**To:** "Scheanwald, Linda J" <Linda.J.Scheanwald@medstar.net>, Liz Stoneman <lstoneman@innovative-health.com>, "Bosler, Bonnie" <Bonnie.J.Bosler@medstar.net>
**Cc:** Amy Ferreira <alferreira@innovative-health.com>, Aaron Detate <adetate@innovative-health.com>
**Subject:** RE: IH Mapping support - Jan 11-12th,2021 PREP

Hello Team,

Should we have Aaron map his first cases on 1/11 and 1/12 with new Pentarray Catheters? Therefore we are only changing one variable at a time.

Bonnie,

Would you please seek input from Dr. Eldadah.

Thank you all,

**Allen Wish**

Director of Strategic Sourcing, System Supply Chain

MedStar Health, Inc.

8094 Sandpiper Circle; Suite G

Nottingham, MD 21236

410-933-8145 **PHONE**

443-955-8772 **CELL**

410-933-8030 **FAX**

Allen.J.Wish@medstar.net

MedStarHealth.org


*"We are ONE Supply Chain"*

---

**From:** Scheanwald, Linda J <Linda.J.Scheanwald@medstar.net>
**Sent:** Wednesday, December 2, 2020 3:27 PM
**To:** Liz Stoneman <lstoneman@innovative-health.com>; Bosler, Bonnie <Bonnie.J.Bosler@medstar.net>
**Cc:** Amy Ferreira <alferreira@innovative-health.com>; Aaron Detate <adetate@innovative-health.com>; Wish, Allen J <Allen.J.Wish@medstar.net>
**Subject:** RE: IH Mapping support - Jan 11-12th,2021 PREP

Well done.  Thank you,

Linda Scheanwald, RN, BSN

Clinical Value Analysis Specialist – Heart, Vascular and Imaging
System Supply Chain

8094 Sandpiper Circle, Suite G
Baltimore, MD 21236
410-933-8142 **OFFICE PHONE**
Linda.J.Scheanwald@medstar.net

**MedStarHealth.org**

---

**From:** Liz Stoneman <lstoneman@innovative-health.com>
**Sent:** Wednesday, December 2, 2020 3:16 PM
**To:** Bosler, Bonnie <Bonnie.J.Bosler@medstar.net>
**Cc:** Scheanwald, Linda J <Linda.J.Scheanwald@medstar.net>; Amy Ferreira <alferreira@innovative-health.com>; Aaron Detate <adetate@innovative-health.com>; Wish, Allen J <Allen.J.Wish@medstar.net>
**Subject:** [EXTERNAL] IH Mapping support - Jan 11-12th,2021 PREP

**\*\*ATTENTION: This email originated from outside the MedStar Health network.**
**\*\* DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

Hello Bonnie:
Thank you for your input re: current status and review on next steps in preparation for Aaron's arrival in January.

In summary:
- IH to build a "BSW mapping support stocking order" to be held in Bonnie's office for start of cases on 1/11. ( Liz to coordinate) with Mike and Simone. Shipment to arrive by 1/6.
- Aaron Detate to upload any additional relevant certs/letters to GHX. Currently he is cleared per GHX for entry into MWHC.
- Communication plan regarding the mapping project as "a proof of concept" to all relevant EP medical staff and EP clinical support staff is being led by Bonnie Bosler and Dr. Eldadah M.D.
- Will assess any added COVID-19 restrictions 14 days prior to 1/11 and assess if adjusting the start date is needed.
- Aaron to obtain a COVID test prior to 1/10 arrival to confirm (-) status please.
- (General topics) IH team to continue to Monitor Abbott Viewflex collections to ensure we are capturing all that are used in the EP labs

All on this email please add/edit as needed.
Thank you,
Liz



**Liz Stoneman**
President
480.696.6108 (Office)
512.745.4414 (Mobile)
www.innovative-health.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

Confidentiality Notice: This e-mail message and any attachments are intended solely for the individual or individuals designated above. It may contain confidential or proprietary information and may be subject to confidentiality protections and may be legally privileged. If you are not the intended recipient, you are not authorized to read, copy, retain or distribute this message. If you receive this message in error, please immediately notify the sender by reply e-mail and delete this message. The sender does not waive any privilege or right of privacy or confidentiality that may attach to this communication. You are not authorized to read, copy, retain, or distribute this message, or disclose its contents to any other person. Thank you.

---

Confidentiality Notice: This e-mail message and any attachments are intended solely for the individual or individuals designated above. It may contain confidential or proprietary information and may be subject to confidentiality protections and may be legally privileged. If you are not the intended recipient, you are not authorized to read, copy, retain or distribute this message. If you receive this message in error, please immediately notify the sender by reply e-mail and delete this message. The sender does not waive any privilege or right of privacy or confidentiality that may attach to this communication. You are not authorized to read, copy, retain, or distribute this message, or disclose its contents to any other person. Thank you.

--

**Liz Stoneman**
President
480.696.6108 (Office)
512.745.4414 (Mobile)
www.innovative-health.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

---

MedStar Health is a not-for-profit, integrated healthcare delivery system, the largest in Maryland and the Washington, D.C., region. Nationally recognized for clinical quality in heart, orthopedics, cancer and GI.

IMPORTANT: This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you

received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected... Thank you.

Help conserve valuable resources - only print this email if necessary.