| | |
|---|---|
| From: | Ramos, Conrado [BWIUS] </O=JNJ/OU=CRDUSBA/CN=RECIPIENTS/CN=CRAMOS12> |
| To: | Palfi, Sandor [BWIUS]; Randolph, Lizabeth N. [BWIUS]; Scott, Amy [BWIUS]; Elisha, Jacob [BWIUS]; Londre, Justin [BWIUS]; Bates, Garrett [BWIUS]; Meredith, Terry [ASPUS Non-J&J]; Shepard, Eugenia B. [BWIUS]; Ewalt, Jerry [BWIUS]; Dolan, David [BWIUS]; Crouch, Michael [BWIUS]; Lech, Tom [BWIUS]; Kowalski, John [BWIUS] |
| BCC: | Ramos, Conrado [BWIUS]; Martin, Noah [BWIUS] |
| Sent: | 10/31/2014 1:43:03 PM |
| Subject: | Final approved Position Statement on Non-BWI Reprocessed Catheter Support Letter-Ascension update |
| Attachments: | BWI Customer Letter on Reporcessed Catheter Support -10-31-2014.pdf |

Senior Leadership Team,

I just received final copy review approval yesterday to send out the attached position statement regarding our ability to provide clinical support for non-BWI reprocessed catheters.



BWI Customer Letter on Reporcessed Catheter Support -10-31-2014.pdf

This letter will be going out specifically to Ascension Corporate offices at the end of day on Monday, November 3rd. With the consensus approval of the leadership team, I would like to schedule a series of short conference calls for the Ascension account TM's and RBD's starting this afternoon to review the letter and a delivery talk track. The potential call schedule would like this:

October 31st – 11:00 AM Pacific
November 3rd – 8:00 AM Pacific
November 4th- 8:00 AM Pacific
November 5th – 8:00 Am Pacific

Innovative v. Biosense
No. 8:19-cv-01984-JVS
JX-156

These are the affected TM's and Ascension accounts:

| Area | Region | Terr | TM | Bill To No. | Master Ship To No. | Cust # (Ship to) | UCN | Name | Address 1 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GL | CH | CHW | Andrew Jeser | 77725 | 76964 | 76964 | 4157 | ALEXIAN BROTHERS MED CTR | 800 BIESTERFIELD RD | ELK GROVE VILLAGE | IL | 60007-3361 |
| SE | BN | NAS | Steve Turnbloom | 77725 | 77016 | 77016 | 2996 | SAINT THOMAS MIDTOWN HOSP | 2000 CHURCH ST | NASHVILLE | TN | 37236-0001 |
| GL | DI | DET | Joel Jenkins | 77725 | 77027 | 77027 | 3270 | BORGESS MEDICAL CENTER | 1521 GULL RD | KALAMAZOO | MI | 49048-1640 |
| W | PX | PXS | Kate Longley | 77725 | 77738 | 77065 | 46823 | CARONDELET HLTH NTWRK | 2201 N FORBES BLVD | TUCSON | AZ | 85745-1411 |
| GL | MM | MIL | Matthew Emmerich | 77725 | 77076 | 77076 | 3325 | COLUMBIA ST MARYS CLUMBIA | 2025 E NEWPORT AVE | MILWAUKEE | WI | 53211-2906 |
| GL | DI | DET | Joel Jenkins | 77725 | 77192 | 77192 | 5904 | GENESYS W FLINT | 4255 BEECHER RD | FLINT | MI | 48532-3608 |
| SE | AG | GUL | Lisa Moore | 77725 | 77505 | 77505 | 2987 | PROVIDENCE HOSPITAL | 6801 AIRPORT BLVD | MOBILE | AL | 36608-3709 |
| C | DF | FTW | Robert Sandler (Rob) | 77725 | 77507 | 77507 | 9833 | PRVDNCE HLTHCARE NTWRK | 6901 MEDICAL PKWY | WACO | TX | 76712-7910 |
| GL | DI | DET | Joel Jenkins | 77725 | 77510 | 77510 | 211419 | PROVIDENCE HOSPITAL | 16001 W 9 MILE RD | SOUTHFIELD | MI | 48075-4818 |
| NE | BL | BAL | Amy McAllister | 77725 | 77562 | 77562 | 4085 | SAINT AGNES HLTHCARE | 900 S CATON AVE | BALTIMORE | MD | 21229-5201 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SE | AG | GUL | Lisa Moore | 77725 | 77619 | 77619 | 8558 | SACRED HEART HLTH SYST | 5151 N 9TH AVE | PENSACOLA | FL | 32504-8721 |
| GL | DI | DET | Joel Jenkins | 77725 | 77637 | 77637 | 42839 | ST JOHN HOSP & MEDCL CTR | 22101 MOROSS RD | DETROIT | MI | 48236-2148 |
| SE | AL | ALG | Rob Fulkus | 77725 | 77659 | 77659 | 2904 | SAINT VINCENTS MEDCL CTR | 4201 BELFORT RD | JACKSONVILLE | FL | 32216-1431 |
| GL | LL | LOU | Andy (James) Almond | 77725 | 77681 | 77681 | 4135 | ST MARYS MEDICAL CENTER | 3700 WASHINGTON AVE | EVANSVILLE | IN | 47714-0541 |
| GL | DI | DET | Joel Jenkins | 77725 | 77686 | 77686 | 3257 | ST MARYS MICHIGAN | 800 S WASHINGTON AVE | SAGINAW | MI | 48601-2551 |
| GL | MM | MIL | Matthew Emmerich | 77725 | 77076 | 77689 | 13174 | ST MARYS HOS OF MILWAUKEE | 2323 N LAKE DR | MILWAUKEE | WI | 53211-4508 |
| C | AT | AUS | Steven Wilson | 77725 | 77695 | 77695 | 3721 | SETON MEDICAL CENTER | 1201 W 38TH ST | AUSTIN | TX | 78705-1006 |
| SE | BN | BIR | Bart Wright | 77725 | 77718 | 77718 | 2971 | SAINT VINCENTS BIRMINGHAM | 810 SAINT VINCENTS DR | BIRMINGHAM | AL | 35205-1601 |
| NE | SB | SNE | Brian Harhay | 77725 | 77720 | 77720 | 7473 | ST VINCENTS MED | 2800 MAIN ST | BRIDGEPORT | CT | 06606-4201 |
| SE | AL | ALG | Rob Fulkus | 77725 | 77721 | 77721 | 5890 | ST VINCENTS MED CTR RVRSD | 1 SHIRCLIFF WAY | JACKSONVILLE | FL | 32204-4748 |
| GL | IL | CHI | Theo Wireko | 77725 | 77725 | 77725 | 72371 | ST VINCENT HOSP CATH LAB | 8333 NAAB RD | INDIANAPOLIS | IN | 46260-5924 |
| W | PX | PXS | Kate Longley | 77725 | 77738 | 77738 | 67974 | CARONDELET HEART | 4888 N STONE | TUCSON | AZ | 85704 |
| GL | DI | IND | David Hudson | 77725 | 77739 | 77739 | 78506 | ST VINCENT HEART CTR IN | 10580 N MERIDIAN ST | INDIANAPOLIS | IN | 46290-1028 |
| SE | BN | NAS | Steve Turnbloom | 77725 | 88742 | 88742 | 2993 | SAINT THOMAS W HOSP | 4220 HARDING PIKE | NASHVILLE | TN | 37205-2005 |
| C | AT | AUS | Steven Wilson | 77725 | 90145 | 90145 | 5627 | BRACKENRIDGE HOSP | 1309 SABINE ST | AUSTIN | TX | 78701-1927 |
| GL | MM | MIL | Matthew Emmerich | 77725 | 94603 | 94603 | 9521 | COLMBIA SNT MRYS OZK CMPS | 13111 N PORT WASHINGTON RD | MEQUON | WI | 53097-2416 |
| C | KK | KSC | Roger Dalinghaus | 77725 | 95020 | 95020 | 9663 | SAINT JOSEPH MEDCL CTR | 1000 CARONDELET DR | KANSAS CITY | MO | 64114-4673 |
| C | AT | AUS | Steven Wilson | 77725 | 97384 | 97384 | 1007413 | DELL CHILDRENS MEDCL CTR | 4900 MUELLER BLVD | AUSTIN | TX | 78723-3079 |
| GL | IL | CHI | Theo Wireko | 77725 | 77725 | 111085 | 3170 | ST VINCENT INDIANPLS HOSP | 2001 W 86TH ST | INDIANAPOLIS | IN | 46260-1902 |
| C | AT | AUS | Steven Wilson | 77725 | 111299 | 111299 | 1082440 | SETON MEDCL CTR | 201 SETON PKWY | ROUND ROCK | TX | 78665-8000 |
| GL | DI | DET | Joel Jenkins | 77725 | 111577 | 111577 | 3219 | ST JOHN MACOMB OAKLAND | 11800 E 12 MILE RD | WARREN | MI | 48093-3472 |
| GL | IL | CHI | Theo Wireko | 77725 | 77725 | 111663 | 1090793 | ST VINCENTS HOSP | 13500 N. MERIDIAN | INDIANAPOLIS | IN | 46260- |
| SE | BN | BIR | Bart Wright | 77725 | 112428 | 112428 | 13518 | ST VINCENTS E | 50 MEDICAL PARK DR E | BIRMINGHAM | AL | 35235-3401 |
| C | AS | ANT | Chris Barlow | 77725 | 117807 | 117807 | 1118105 | SETON MEDCL CTR HAYS | 6001 KYLE PKWY | KYLE | TX | 78640-6112 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SE | BN | NAS | Steve Turnbloom | 77725 | 120704 | 120704 | 2991 | SAINT THOMAS RUTHERFORD | 1700 MEDICAL CENTER PKWY | MURFREESBORO | TN | 37129-2245 |
| GL | DI | IND | David Hudson | 77725 | 122098 | 122098 | 1099382 | ST VINCENT MEDCL CTR NE | 13914 STATE ROAD 238 E | FISHERS | IN | 46037-5506 |
| GL | DI | DET | Joel Jenkins | 77725 | 77510 | 123483 | 21250 | PROVIDENCE HOSP | 16001 W NINE MILE RD | SOUTHFIELD | MI | 48075 |
| GL | DI | DET | Joel Jenkins | 77725 | 77192 | 123833 | 199258 | GENESYS REGL MEDCL CTR | 1 GENESYS PKWY | GRAND BLANC | MI | 48439-8065 |
| GL | DI | DET | Joel Jenkins | 77725 | 125579 | 125579 | 56538 | PROVIDENCE PARK | 47601 GRAND RIVER AVE | NOVI | MI | 48374-1233 |
| SE | AG | GUL | Lisa Moore | 77725 | 128162 | 128162 | 79455 | SACRED HEART HOSP | 7800 US HIGHWAY 98 W | DESTIN | FL | 32550-7228 |
| GL | MM | MIL | Matthew Emmerich | 77725 | 131762 | 131762 | 518924 | CSM DISTRIBUTION CTR | 202 W OLIVE ST | GLENDALE | WI | 53212-1026 |
| W | PX | PXS | Kate Longley | 77725 | 132921 | 132921 | 4189 | CRNDELET SAINT MARYS HOSP | 1601 W SAINT MARYS RD | TUCSON | AZ | 85745-2623 |

Look forward to discussing on today's conference call.

Thanks,

**Conrad Ramos**
**Corporate Account Director**



3333 Diamond Canyon Road
Diamond Bar, CA 91765
mobile: 404-808-1726
fax: 877-817-8086
e-mail: cramos12@its.jnj.com

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so Johnson & Johnson can arrange for proper delivery, then delete the message from your inbox.



October 31, 2014

RE: Position Statement on Clinical Account Specialist Case Support of Reprocessed SUD Catheters

Dear Valued Customer,

This letter is to inform you of Biosense Webster, Inc.'s position regarding clinical support of reprocessed Single-Use-Devices (SUD).  Biosense Webster's commitment to providing high quality products and services requires that we properly train all clinical account specialists on the capabilities, limitations, and proper functioning of all our devices and equipment.  It is critical that our personnel possess a competent base of knowledge of the design intent of each device feature and a thorough understanding of how each disposable product is designed to work with our capital equipment to ensure the best possible outcome for each procedure that we support.  This base of knowledge is especially important when it comes to troubleshooting the CARTO® System in the midst of a procedure.  In fact, most hospital facilities also recognize the critical nature of vendor product competency as it relates to patient safety and consequently require vendor representatives to provide documentation attesting to their competency with their company's products as part of the vendor credentialing process.

Accordingly, Biosense Webster's clinical account specialists can only provide clinical support for cases that use catheters they have been trained to support.   Biosense Webster's portfolio of products includes a combination of both new and reprocessed devices.  Biosense Webster's clinical account specialists have been trained to understand the capabilities, limitations, and proper functioning of these devices and hence, are able to deliver on our commitment of high quality support.  However, this support by Biosense Webster's clinical account specialists does not extend to products manufactured or reprocessed by another company.

Electrophysiology catheters provided by another original equipment manufacturer or reprocessing company are not Biosense Webster products.  Reprocessing is a manufacturing process (reference the FDA guidance documents on reprocessing of SUDs). Therefore, once Biosense Webster's products are subjected to the reprocessing operations of another company, these devices are no longer Biosense Webster's products.  The 510(k) clearance for reprocessed devices is owned by the reprocessing company that manufactures and distributes the devices.  Biosense Webster has no knowledge of the third party's manufacturing operations, nor of the product specifications of its devices and as such, Biosense Webster cannot attest to the safety or efficacy of these devices.

For any questions related to the information contained in this letter, please contact your local Biosense Webster representative.

Thank you for your continued partnership and for choosing the Biosense Webster, Inc. Family of Products.

Sincerely,

……………
Biosense Webster, Inc.
3333 Diamond Canyon Rd.
Diamond Bar, CA 91765

Biosense Webster, Inc. | 3333 Diamond Canyon Road, Diamond Bar, CA 91765 USA
Tel: 909-839-8500 | Tel: 800-729-9010 | Fax: 909-468-2905
www.biosensewebster.com