**Thon, Barbara (Highmark Health)**

| | |
|---|---|
| **From:** | Allen, David J. [BWIUS] <dallen9@its.jnj.com> |
| **Sent:** | Thursday, January 14, 2016 12:12 PM |
| **To:** | Roseann Lentz - Provider PPI LLC; Pezzin, Robert J (Provider PPI LLC); Portia Tranguch |
| **Cc:** | Sfanos, Julie [BWIUS] |
| **Subject:** | [EXTERNAL] Biosense Webster meeting |

Hello Bob, Rose, and Portia –

Our company is implementing policy which could impact clinical case coverage in the near future. Conrad Ramos, our corporate accounts director has proposed the week of Feb 8th if there is a good day we can get everybody together?   Rose, you had requested better catheter pricing and we can discuss that as well.

Please let me know if there is a day the week of Feb 8 that will work?

Thanks in advance,
Dave


**David Allen**
*Regional Business Director*
Pittsburgh/Syracuse Region



412.335.1830
dallen9@its.jnj.com
www.biosensewebster.com

1

CONFIDENTIAL

AHN00000125

Innovative v. Biosense
No. 8:19-cv-01984-JVS
**JX-224**