Message

| | |
|---|---|
| **From:** | ddistel@alliancehcpartners.com [ddistel@alliancehcpartners.com] |
| **Sent:** | 3/30/2016 12:07:54 PM |
| **To:** | teinwechter@alliancehcpartners.com; Liz Stoneman [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lstoneman37426ec]; Lars Thording [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lthording4848e0b]; Rafal Chudzik [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Rchudzik2ff] |
| **CC:** | rferreira@alliancehcpartners.com |
| **Subject:** | FW: Biosense Webster |
| **Attachments:** | BWI Customer Letter on Non-BWI Product Support-10-31-2014-Final.pdf |

FYI,


**David Distel**

507.358.5289 *(m)*
ddistel@alliancehcpartners.com
www.alliancehcpartners.com



---

**From:** "Beinborn, Douglas S." <beinborn.douglas@mayo.edu>
**Date:** Wednesday, March 30, 2016 at 1:39 PM
**To:** David Distel <ddistel@alliancehcpartners.com>, "rferreira@alliancehcpartners.com" <rferreira@alliancehcpartners.com>
**Subject:** Biosense Webster

Hello

David and I have been discussing this and appropriate next steps. Please see the attached letter Biosense Webster is sending to sites.

Happy to discuss further.

Douglas Beinborn
Operations Manager: Heart Rhythm Services and Heart Rhythm & Physiological Monitoring Lab
Assistant Professor of Medicine
Phone: 507-255-5508
e-mail: Beinborn.douglas@mayo.edu

Innovative v. Biosense
No. 8:19-cv-01984-JVS
JX-545

CONFIDENTIAL                                                                                                              IH00287096

October 31, 2014

RE: Position Statement on Clinical Account Specialist Case Support of Reprocessed SUD Catheters

Dear Valued Customer,

This letter is to inform you of Biosense Webster, Inc.'s position regarding clinical support of reprocessed Single-Use-Devices (SUD). Biosense Webster's commitment to providing high quality products and services requires that we properly train all clinical account specialists on the capabilities, limitations, and proper functioning of all our devices and equipment. It is critical that our personnel possess a competent base of knowledge of the design intent of each device feature and a thorough understanding of how each disposable product is designed to work with our capital equipment to ensure the best possible outcome for each procedure that we support. This base of knowledge is especially important when it comes to troubleshooting the CARTO® System in the midst of a procedure. In fact, most hospital facilities also recognize the critical nature of vendor product competency as it relates to patient safety and consequently require vendor representatives to provide documentation attesting to their competency with their company's products as part of the vendor credentialing process.

Accordingly, Biosense Webster's clinical account specialists can only provide clinical support for cases that use catheters they have been trained to support. Biosense Webster's portfolio of products includes a combination of both new and reprocessed devices. Biosense Webster's clinical account specialists have been trained to understand the capabilities, limitations, and proper functioning of these devices and hence, are able to deliver on our commitment of high quality support. However, this support by Biosense Webster's clinical account specialists does not extend to products manufactured or reprocessed by another company.

Electrophysiology catheters provided by another original equipment manufacturer or reprocessing company are not Biosense Webster products. Reprocessing is a manufacturing process (reference the FDA guidance documents on reprocessing of SUDs). Therefore, once Biosense Webster's products are subjected to the reprocessing operations of another company, these devices are no longer Biosense Webster's products. The 510(k) clearance for reprocessed devices is owned by the reprocessing company that manufactures and distributes the devices. Biosense Webster has no knowledge of the third party's manufacturing operations, nor of the product specifications of its devices and as such, Biosense Webster cannot attest to the safety or efficacy of these devices.

For any questions related to the information contained in this letter, please contact your local Biosense Webster representative.

Thank you for your continued partnership and for choosing the Biosense Webster, Inc. Family of Products.

Sincerely,

……………
Biosense Webster, Inc.
3333 Diamond Canyon Rd.
Diamond Bar, CA 91765

**Biosense Webster, Inc.** | 3333 Diamond Canyon Road, Diamond Bar, CA 91765 USA
**Tel:** 909-839-8500 | **Tel:** 800-729-9010 | **Fax:** 909-468-2905
www.biosensewebster.com

CONFIDENTIAL                                                                                                    IH00287097