Innovative v. Biosense

No. 8:19-cv-01984-JVS

**JX-1140**

Exhibit 26

## Number of Biosense Clinical Support Cases
## 2013 - 2024



Sources: BWI-INN00000025; BWI-INN00704857; BWI-INN00722101; BWI-INN00722111.