

Biosense's Clinical Support Expenses 2013 - 2024

| Year | Millions of Dollars |
|---|---|
| 2015 | $58.7 |
| 2016 | $74.4 |
| 2017 | $82.4 |
| 2018 | $108.6 |
| 2019 | $130.2 |
| 2020 | $135.0 |
| 2021 | $195.8 |
| 2022 | $205.6 |
| 2023 | $233.6 |
| 2024 | $269.2 |

Note: Biosense's clinical support expenses include payroll costs for all CAS staff. Payroll costs for assistant CAS staff and fixed costs of the clinical support program, including the cost of developing training and training equipment, are excluded.
Sources: BWI-INN00706179; BWI-INN00722126.