**Exhibit 5**

## Average Price per Unit of SoundStar and AcuNav Catheters
## By Catheter Brand



Notes: Reprocessed catheter sales are excluded. Average price per ultrasound catheter is calculated as total sales divided by units sold for a given ultrasound catheter and quarter. Prices are not adjusted for inflation. SoundStar includes both SoundStar Eco and SoundStar 3D sales. I understand that IH did not dispute that the clinical support policy was fully implemented by April 1, 2016 in its summary judgment briefing.

Sources: BWI-INN00510476; BWI-INN00722127; Forister 2024 Backup Materials.