**Exhibit 7**

## Average Price per FAM Capable Loop Mapping Catheter
## By Catheter Brand



Notes: Reprocessed catheter sales are excluded. Average price per loop mapping catheter is calculated as total sales divided by units sold for a given loop mapping catheter and quarter. Prices are not adjusted for inflation. Boston Scientific non-US sales are identified by the currency field and are excluded. Advisor FL and VL data are only available through 2023 Q4, and Orbiter PV data are only available through 2016 Q4. I understand that IH did not dispute that the clinical support policy was fully implemented by April 1, 2016 in its summary judgment briefing.

Sources: ABB0000001; ABB0000228; BOSCI000795; BWI-INN00510476; BWI-INN00722127; Forister 2024 Backup Materials.