**Exhibit 8**

**Unit Sales of SoundStar and Biosense FAM Capable Mapping Catheters**

**2013 Q1 – 2024 Q2**



Notes: Reprocessed catheter sales are excluded. FAM Capable Mapping Catheters include Lasso NAV, Pentaray, Octaray, and Optrell. Biosense released the Octaray in September 2022 and the Optrell in July 2023. In 2023, a materials shortage limited Biosense's ability to produce SoundStar catheters.

Sources: BWI-INN00510476; BWI-INN00722125; BWI-INN00722127; Forister 2024 Backup Materials.