# Annual Cardiac Mapping Machine Sales
## Biosense and Abbott
## 2013 - 2020



Notes: Biosense CARTO 3 sales with a price below $50,000 are excluded. Abbott released the Ensite Precision Cardiac Mapping System in January 2017.

Sources: BWI-INN00704867, ABB0000001; BWI-INN00075762 pp. 15-16; St. Jude Medical Announces FDA Clearance of Ensite Precision Cardiac Mapping System," Abbott, available at https://stjudenews2016.q4web.com/newsroom/news-releases/news-releases-details/2016/St-Jude-Medical-Announces-FDA-Clearance-of-EnSite-Precision-Cardiac-Mapping-System/default.aspx, accessed on January 23, 2025.