

Innovative v. Biosense

JX-1158

Exhibit 20

**Annual Average Prices of OEM and Reprocessed Lasso NAV Catheters**
**2013 - 2024**

Notes: Biosense reprocessed catheter sales are attributed to Sterilmed. IH entered the market in 2017. Catheter sales data end in June 2024. Catheter sales to customers Dr. Forister flagged as non-end-users are excluded.

Sources: BWI-INN00510476; BWI-INN00706180; BWI-INN00710526; BWI-INN00510476; BWI-INN00706180; BWI-INN00710526; BWI-INN00722114; BWI-INN00722115; BWI-INN00722127; IH00656776; IH00697180; STRYKER00001161; STRYKER00001161A; Forister 2024 Backup Materials.