| | |
|---|---|
| **From:** | Zare, Fairy [BWIUS] </O=JNJ/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FZARE643> |
| **To:** | Whitten, Ashley [JJCUS] |
| **Sent:** | 7/20/2017 6:30:17 PM |
| **Subject:** | RE: BWI Presentation |
| **Attachments:** | FLDMP BWI Training 6-6-17(2).pptx |

Hi Ashley,
How are you?
Attached are the slides. Let me know if you need anything else.
Best
Fairy

---

**From:** Whitten, Ashley [JJCUS]
**Sent:** Wednesday, July 19, 2017 10:23 AM
**To:** Zare, Fairy [BWIUS]
**Subject:** BWI Presentation

Hi Fairy,

Hope all is well!

Our COE partners are asking for the CSS presentations that were used as part of our new hire orientation in June. Can you provide the slides you used for BWI?

Thanks so much!

Ashley

Innovative v. Biosense
**No. 8:19-cv-01984-JVS**

**JX-3725**

# This Document has been produced in Native Format



Biosense Webster Inc.

## Agenda

- Who is Biosense Webster?

- US EP Market Trends

- Biosense Market Leadership

- Why Carto?

- Marketing and Sales Strategies to Drive Growth

Johnson&Johnson GLOBAL FINANCE          MEDICAL DEVICES          Confidential | 2

Slide customizable by field sales rep

HIGHLY CONFIDENTIAL

BWI-INN00571521.002

2

## Who Is Biosense Webster?

Johnson&Johnson GLOBAL FINANCE                    MEDICAL DEVICES                                Confidential | 1

Slide customizable by field sales rep



J&J no mission vision, but the credo serves as a universal guide.

Johnson & Johnson is a company of enduring strength and has been privileged to help shape and define what health and well-being means in our every day lives. Johnson &Johnson credits their strength and endurance to a consistent approach of managing their business and the character of their people. Johnson & Johnson does not have a mission/vision statement but is guided by "Our Credo" – a management document authored more than 65 years ago by Robert Wood Johnson, former chairman of Johnson & Johnson from 1932 to 1963. The credo is a deeply held set of values that has served as the strategic and moral compass for generations and challenges us to put the needs and well-being of the people we serve FIRST. Above all, Our Credo challenges us to put the needs and well-being of the people we serve *first*. It also speaks to the responsibilities we have to our employees, to the communities in which we live and work and the world community, and to our shareholders. We believe Our Credo is a blueprint for long-term growth and sustainability that's as relevant today as when it was written.


We are guided by "Our Credo" – a management document authored more than 65 years ago by Robert Wood Johnson, former chairman of Johnson & Johnson. Our credo is a deeply held set of values that has served as the strategic and moral compass for generations and challenges us to put the needs and well-being of the people we serve FIRST. It also speaks to the responsibilities we have to our employees, to the communities in which we live in and to our shareholders.

HIGHLY CONFIDENTIAL                                                                      BWI-INN00571521.004

4



HIGHLY CONFIDENTIAL

BWI-INN00571521.005

## Biosense Webster



Comprehensive Hardware Portfolio    Integrated Catheter Solutions    Best-in-Class Programs

- **Global leader** in the diagnosis and treatment of heart rhythm disorders with a mission to cure atrial fibrillation (Afib)

- Over 3 million patients diagnosed with Afib in the U.S. alone and **over 20 million worldwide**; prevalence projected to increase as population ages

- Afib increases a person's risk for stroke **five-fold** and is a leading cause of strokes in the U.S.

- Afib estimated to be responsible for **88,000 deaths** and $16 billion in additional costs to the U.S. healthcare system on an annual basis

- Drug-resistant paroxysmal Afib remains **significantly undertreated** with less than 4% of candidates undergoing ablation

- **Over 50% of Afib patients do not respond to or cannot tolerate drug therapy**

HIGHLY CONFIDENTIAL

BWI-INN00571521.006

6



Types of Atrial Fibrillation and Disease Progression

**Paroxysmal (Intermittent)**

Irregular heart rhythm episodes that reoccur two or more times and stops on its own with seven days. Heart often normalizes as quickly as within a few seconds or after a few hours.

**Persistent**

Irregular heart rhythm episodes that last more than seven days, or last less than seven days but necessitates medical therapy or a procedure to restore a normal heart rhythm (cardioversion).

**Longstanding Persistent**

Irregular heart rhythm episodes that continue for more than a year. Heart is in a constant state of Afib and the condition is considered permanent.

Paroxysmal → Persistent → Longstanding Persistent → Permanent

THERMOCOOL® Navigation Catheters are indicated for the treatment of drug refractory recurrent symptomatic paroxysmal atrial fibrillation, when used with CARTO® Systems (excluding NAVISTAR® RMT THERMOCOOL® Catheter).
https://youtu.be/9UNdgfkrB_U

*Johnson&Johnson* GLOBAL FINANCE          MEDICAL DEVICES          Confidential | 7

# Electrophysiology

### The Heart
- Electro-mechanical pump
- Electrical circuit influences muscle contraction

### Cardiac Arrhythmias
- Irregular heart rhythms
  - Bradycardias — *slow*
    - Treatment by pacemaker implant
  - Tachycardias — *fast*
    - Treatment by drugs and ablation
    - Atrial Fibrillation is the most prevalent



Normal     Atrial Fibrillation

HIGHLY CONFIDENTIAL

BWI-INN00571521.008

8

# What is Cardiac Ablation?

**Mapping with CARTO® Technology**

- 3D visualization of the heart
- Understanding the irregular electrical circuit



**Ablating with THERMOCOOL® Catheter**

- Disconnecting the shortcuts by applying RF energy to heat the tissue
- Monitoring heat:
  - Too much = coagulation and perforation
  - Too little = ineffective



HIGHLY CONFIDENTIAL

BWI-INN00571521.009

# US EP Market Trends

Johnson&Johnson GLOBAL FINANCE          MEDICAL DEVICES          Confidential  |  10

## Afib Has Significant Medical, Economic and Quality of Life Impacts

Atrial fibrillation (Afib) is the **most common heart rhythm disorder** in the U.S.

More than **50% of patients don't respond** to or cannot tolerate drug therapy

Afib increases a person's risk for stroke **five-fold**

Condition can have a **significant negative impact** on quality of life

In the U.S. alone, Afib puts an **estimated $16 billion burden** on the health care system each year

**3 million in the U.S. and 20 million worldwide affected** by Afib; prevalence projected to increase significantly as population ages

THERMOCOOL® Navigation Catheters are indicated for the treatment of drug refractory recurrent symptomatic paroxysmal atrial fibrillation, when used with CARTO® Systems (excluding NAVISTAR® RMT THERMOCOOL® Catheter).



This data only looks at hospitals performing ablations.

ICD – implantable cardioverter defibrillator
CRT – cardiac resynchronization therapy

HIGHLY CONFIDENTIAL                                                                                    BWI-INN00571521.012

12

## U.S. Ablation Procedure Volume

Catheter ablations are projected to continue increasing over the next five years

| CAGR 2010 – 2020 | |
| --- | --- |
| AF | 16.6% |
| VT | 5.8% |
| AFL | 3.9% |
| SVT | 2.7% |
| ALL | 9.8% |

THERMOCOOL® Navigation Catheters are approved for drug refractory recurrent symptomatic atrial fibrillation, when used with CARTO® Systems (excluding NAVISTAR® RMT THERMOCOOL® Catheter).
©2015 Millennium Research Group, Inc. All rights reserved. Reproduction, distribution, transmission or publication is prohibited. Reprinted with permission.
As these estimates are from a third party source, Biosense Webster does not make and hereby disclaims any and all representations or warranties relating to the sufficiency and/or accuracy of the information provided by Millennium Research Group and shall not in any way be liable for the same.



**For DRG 251/274,** the Compound Annual Growth Rate from FY 2011 to 2016 has been 9.0%. The absolute change in payment, from $9,286 in FY 2011 to $14,288 in FY 2016, represents an increase of 54%.

**For DRG 250/273,** the Compound Annual Growth Rate from FY 2011 to 2016 has been 6.3%. The absolute change in payment, from $15,546 in FY 2011 to $20,961 in FY 2016, represents an increase of 38%.

**For APC 8000 & 0086 & 5213,** the Compound Annual Growth Rate from CY 2011 to 2016 has been 7.6%. The absolute change in payment, from $10,787 in CY 2011 to $15,561 in CY 2016 Proposed Rule, represents an increase of 44%.

**Medicare Growth**

Between 2009-2012 Medicare grew at 1.8% and in 2013 it was 0.2%... We can easily make the statement that Medicare has been growing at less than 2% while Ablation is growing nearly 5% (more than double the overall rate).

http://aspe.hhs.gov/health/reports/2015/MedicareSpending/ib_MedicareSpending.pdf

HIGHLY CONFIDENTIAL

BWI-INN00571521.014

14

# U.S. Electrophysiology Market

| 2015 U.S. MARKET SIZE * | U.S. MARKET 2013 - 2023 CAGR* | PROJECTED U.S. MARKET 2023* |
|---|---|---|
| $1.7B | 10.1% | $3.6B |

**$1.7B U.S. EP market growing at 10%**

– Penetration of ablation to treat atrial fibrillation remains under 10%**

**Biosense Webster, Inc. currently holds #1 market position in the U.S. ***

– Strong innovation pipeline with steady cadence of product launches planned over the next 18-24 months

*Estimates as per Millennium Research Group, Electrophysiology Mapping and Ablation Devices U.S. 2015, August 2015. All rights reserved. Reproduction, distribution, transmission or publication is prohibited. Reprinted with permission.  As these estimates are from a third party source, Biosense Webster does not make and hereby disclaims any and all representations or warranties relating to the sufficiency and/or accuracy of the information provided by Millennium Research Group and shall not in any way be liable for the same.
**Internal Estimates

HIGHLY CONFIDENTIAL

BWI-INN00571521.015



# Business Model
# Systems and Disposables

*Razor and Razor Blade Model*

**Comprehensive EP lab solution**
- All HW and SW
- US installed base ~ 1,000 Carto3
- >10% of revenues

**Disposable Catheters**
- Price range: $100–$3,200
- Single use
- 2–4 units per procedure
- >90% of revenues



*Drive*

HIGHLY CONFIDENTIAL

BWI-INN00571521.017











EP Competitive Launches
Tx
Dx/ULS
HW
CLINICAL
2016
2017
2018
2019 +
Biosense Webster
STSF
Certified Performance Expansion-Lasso, CS, 8Fr
Vizigo
Carto V6
Ablation Index
CARTO V7
ULS2 CATHETER
Persistent AF Indication
Abbott
St. Jude Medical
More control. Less risk.
Advisor FL Loop Dx SE
Precision Mapping System
FlexAbility SE
TactiCath SE
TactiCath + FlexAbility SE ?
Medtronic
FIRE AND ICE
AF Ablation Clinical Trial
Cryo-FIRST*
CRYO4-PsAF*
*Studies ongoing in EU
CardioInsight Noninvasive 3D Mapping System
Cryo U.S. IDE for Persistent AF
Arctic Front Advance "ST"
Arctic Front Advance Persistent AF Label
Boston Scientific
+
Blazer Open Irrigated Flutter Label
IntellaNav MiFi OI
IntellaNav MiFi XP
Rhythmia "HDx"
Blazer Open Irrigated AF Label
Contact Force Catheter ?
Johnson & Johnson GLOBAL FINANCE
MEDICAL DEVICES
Confidential | 22

## Driving Go-to-Market Model



- **Key Strategy: Invest in Clinical account specialists to grow procedure share**
  - Recruit top talent: Afterburner & Clinical Account Executives
  - Build the bench: Associate CAS Program



Field Transformation

Market Procedure CAGR (2013 – 2017BP): +7.2%     Market  Procedure % Increase (2013 – 2017BP): +32.0%
HC CAGR (2013 – 2017BP): +9.6%     HC % Increase (2013 – 2017BP): +57.9%
Sales CAGR (2013 – 2017BP): +12.5%     Sales % Increase (2013 – 2017BP): +79.8%

Johnson·Johnson GLOBAL FINANCE     MEDICAL DEVICES     Confidential | 23

## Expansion to Accommodate Growing Market



**2016**
~750 Field Reps and CAS
~95% of NAV cases covered

### Clinical Account Specialist (CAS) Team:

- Clinical support is a cornerstone of our service and value-add proposition
- As the electrophysiology business has grown, we've added resources to support our customers

*Includes EP, RES, ULS & ACAS

HIGHLY CONFIDENTIAL                                     BWI-INN00571521.024





# Key Growth Drivers

Biosense Webster

- **Market:**
  - 11%
  - 7.8%
  - 100 New EPs
- **People:**
  - Now Hiring
  - ACAS PROGRAM
  - Afterburner
- **Products:**
  - Therapeutic: THERMOCOOL SMARTTOUCH SF
  - Ultrasound
  - Diagnostic
- **Programs**
  - Customer Engagement & Education
    - Fellows Program
    - TEC sites
  - Sustainability
    - Certified Performance
    - Sterilmed partnership expansion
  - Market Development
    - Therapy Awareness at IDN
    - Administrator Education
    - Patient Pathway- ER

Johnson & Johnson GLOBAL FINANCE MEDICAL DEVICES Confidential | 26

1- Develop FOCUSED differentiated strategies/messaging based on customer insights in various target segments
2- Create programs/tools for sales force to drive our strategies
3- Focused on created value for the customer
4- Take share and continue to deliver growth



HIGHLY CONFIDENTIAL



In order to achieve these results, we'll continue to focus on the 3 key areas

HIGHLY CONFIDENTIAL

BWI-INN00571521.030



Back up

Johnson & Johnson GLOBAL FINANCE     MEDICAL DEVICES     Confidential | 31