| | |
|---|---|
| From: | Palfi, Sandor [BWIUS] </O=JNJ/OU=CRDUSBA/CN=RECIPIENTS/CN=SPALFI2> |
| To: | Bates, Garrett [BWIUS]; Baucher, Therese [BWIUS]; Crouch, Michael [BWIUS]; Elisha, Jacob [BWIUS]; Ewalt, Jerry [BWIUS]; King, Genevieve [BWIUS]; Kowalski, John [BWIUS]; Lech, Tom [BWIUS]; Londre, Justin [BWIUS]; Orsini, Stephenie [BWIUS]; Ramos, Conrado [BWIUS]; Randolph, Lizabeth N. [BWIUS]; Scott, Amy [BWIUS] |
| Sent: | 1/19/2016 4:42:12 AM |
| Subject: | Support of non JnJ products |
| Importance: | High |
| Attachments: | Off Label Promotion Guidelines.jpg |

Team,

I came across a few comments over the last week which made me realize that our clinical support policy may not be implemented in a consistent manner across all areas. Last year we defined this policy based on customers' request and we have had a strong commitment for implementation in every account where we supported other products such as Stryker. I know some of you went through some tough discussions and negotiations. Thank you for your lead on that.

I however wanted to ask your leadership to fully implement this policy in all accounts. Consistency is key in this case and we can not refrain from this discussion neither the execution. I am sure you were all reminded by this very important policy when you recently completed your training around off-label promotion. There is very specific language that we can not provide support for non-company products and I attached the relevant slide from the JnJ policy for your reference.

I discussed it with Conrad this morning and we will provide a refresher to all the TM's on how to have this conversation. I expect that all accounts will be informed about our policy and be fully implemented by the end of March. Any further support of non-company related products will be considered out of policy and will carry consequences of disciplinary action. Support should be based on the clinical support position statement issued last year and as well as the relevant JnJ policies. I am sure you all realize that this has everything to do with ensuring that we provide high level of clinical support for products that we sell and that we can ensure the safe and effective use of those products.

I suggest that on Friday call we discuss what else you may need in order to implement the policy fully by the above deadline.

Thanks,
sp

**Sandor Palfi**
Vice President, US Sales, Marketing and WW Services
M. 909-241-4456
T. 909-839-7732
E. spalfi2@its.jnj.com

**Biosense Webster, Inc.**
Part of the Johnson & Johnson Family of Companies
3333 S. Diamond Canyon Road
Diamond Bar, CA 91765, USA
www.biosensewebster.com



Innovative v. Biosense
No. 8:19-cv-01984-JVS
JX-5027

**Confidentiality Notice:** This document is J&J Proprietary. You may forward this document within J&J on a need to know basis. You may not forward this onto the Internet without the author's permission. This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that J&J can arrange for proper delivery, and then please delete the message from your inbox.



Menu
Resources | Help | Exit
Johnson & Johnson
Appropriate Promotion of FDA Regulated Products
Module Summary
You have completed Module 1, Johnson & Johnson Policies. Take a moment to review the key points from this module.
When you are ready, click Next to begin the next module.
• Sales representatives may be in the OR to provide on-label technical support even when a physician decides to use a product off-label. However, support must be the same type of information on the preparation and operation of the company's medical devices as would be provided for an on-label procedure, not a discussion of the safety and efficacy of the device for the off-label use. Requests for safety and efficacy information should be referred to the medical/scientific department. The information should be provided only at the request of the Health Care Provider in connection with a patient procedure.
• Technical support must be limited to the on-label information in the IFU or other approved labeling (e.g. the surgical technique manual).
• You may not provide technical assistance related to non-company products at any time or promote the off-label or unapproved use of a product at any time.
• For this training, promotion means all activities that directly or indirectly market or sell a product, or that support product sales and use.
• All materials used in discussions with your physicians must be approved by your company's copy review committee, even when they are available to the public or have come from presentations that have been previously approved.
• When asked an off-label question at a speaker program, the speaker should disclose to the audience that the question relates to an unapproved use or to information not included in the approved product labeling, and then state the approved indications for the product, as appropriate.
• Requests for off-label clinical information must be managed by your company's medical/scientific department.
• The audience that is called on must be limited to the specialties and subspecialties appropriate for on-label use.
• Unless information or reprints of published articles have been approved by the copy review committee, requests for information on company-sponsored clinical studies must be managed by the company's medical/scientific department.
Page 29 of 40
BACK
NEXT