| | |
|---|---|
| From: | Ramos, Conrado [BWIUS] </O=JNJ/OU=CRDUSBA/CN=RECIPIENTS/CN=CRAMOS12> |
| To: | Jeanette.Booth@healthtrustpg.com; Zambrano, Juan [BWIUS] |
| BCC: | Ramos, Conrado [BWIUS] |
| Sent: | 11/7/2014 2:47:56 PM |
| Subject: | RE: SIP Acknowledgement BWI |
| Attachments: | BWI Customer Letter on Reprocessed Catheter Support -10-31-2014.pdf |

Jeanette,

Thanks for getting this back to us. I would like to see if we could catch up on the phone today at 2:00 PM Central to work through the final details of the SIP.

Also, you may recall that last time we met I told you about a formal position statement that BWI would be providing to customers regarding requests that we have been receiving to provide clinical and technical support for non-BWI products. I have attached that document to this e-mail and would like to provide some additional context to it during our call if that would be possible today as well.

Thanks,

**Conrad Ramos**
**Corporate Account Director**



**3333 Diamond Canyon Road**
**Diamond Bar, CA 91765**
**mobile: 404-808-1726**
**fax: 877-817-8086**
**e-mail: cramos12@its.jnj.com**

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so Johnson & Johnson can arrange for proper delivery, then delete the message from your inbox.

---

**From:** Jeanette.Booth@healthtrustpg.com [mailto:Jeanette.Booth@healthtrustpg.com]
**Sent:** Thursday, November 06, 2014 3:20 PM
**To:** Ramos, Conrado [BWIUS]; Zambrano, Juan [BWIUS]
**Cc:** Rebecca.Holt@Healthtrustpg.com
**Subject:** SIP Acknowledgement BWI

Conrad and Juan,

I had a chance to review the SIP with our attorney this afternoon and we had a few edits after discussing it. First, on page 1 it looks like the rebate is to be paid annually (but compliance is monitored monthly). I would prefer the rebate to be paid on the same time frame as the compliance is monitored (monthly compliance, monthly rebate, etc.). Second, Tom added an edit to "d" on Exhibit A-1 to ensure warranties on the main agreement apply. Lastly, we updated the Compliance Measurement in Exhibit A-1 b/c there will not be a change in price on the reprocessed items if the facility

Innovative v. Biosense
**No. 8:19-cv-01984-JVS**
**JX-5031**

does not comply, they just would not be able to purchase the reprocessed items anymore.

Let me know if you would like to discuss. I am free tomorrow afternoon after 1 Central. Monday is busy but Tuesday afternoon I am free.

Hope you both are having a great week!

Jeanette

---

**From:** Cravens Tom
**Sent:** Thursday, November 06, 2014 1:42 PM
**To:** Booth Jeanette
**Cc:** Holt Rebecca - Brentwood
**Subject:** SIP Acknowledgement BWI-20141106.docx

Jeanette,
Please find a revised draft attached.
Best regards,
Tom

Tom Cravens
Senior Counsel
HealthTrust Purchasing Group, L.P.
155 Franklin Road, Suite 400
Brentwood, Tennessee 37027
Phone: 615.344.3450
Tom.Cravens@Healthtrustpg.com

This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If you received this message in error, you are prohibited from copying, distributing or using the information contained herein. Please notify the sender of the error by return e-mail and delete the original.
Pursuant to IRS Circular 230, you are advised that the information contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax law or to promote, market or recommend to another party any transaction or matter addressed herein.



October 31, 2014


RE: Position Statement on Clinical Account Specialist Case Support of Reprocessed SUD Catheters

Dear Valued Customer,


This letter is to inform you of Biosense Webster, Inc.'s position regarding clinical support of reprocessed Single-Use-Devices (SUD).  Biosense Webster's commitment to providing high quality products and services requires that we properly train all clinical account specialists on the capabilities, limitations, and proper functioning of all our devices and equipment.  It is critical that our personnel possess a competent base of knowledge of the design intent of each device feature and a thorough understanding of how each disposable product is designed to work with our capital equipment to ensure the best possible outcome for each procedure that we support.  This base of knowledge is especially important when it comes to troubleshooting the CARTO® System in the midst of a procedure.  In fact, most hospital facilities also recognize the critical nature of vendor product competency as it relates to patient safety and consequently require vendor representatives to provide documentation attesting to their competency with their company's products as part of the vendor credentialing process.

Accordingly, Biosense Webster's clinical account specialists can only provide clinical support for cases that use catheters they have been trained to support.   Biosense Webster's portfolio of products includes a combination of both new and reprocessed devices.  Biosense Webster's clinical account specialists have been trained to understand the capabilities, limitations, and proper functioning of these devices and hence, are able to deliver on our commitment of high quality support.  However, this support by Biosense Webster's clinical account specialists does not extend to products manufactured or reprocessed by another company.

Electrophysiology catheters provided by another original equipment manufacturer or reprocessing company are not Biosense Webster products.  Reprocessing is a manufacturing process (reference the FDA guidance documents on reprocessing of SUDs). Therefore, once Biosense Webster's products are subjected to the reprocessing operations of another company, these devices are no longer Biosense Webster's products.  The 510(k) clearance for reprocessed devices is owned by the reprocessing company that manufactures and distributes the devices.  Biosense Webster has no knowledge of the third party's manufacturing operations, nor of the product specifications of its devices and as such, Biosense Webster cannot attest to the safety or efficacy of these devices.

For any questions related to the information contained in this letter, please contact your local Biosense Webster representative.

Thank you for your continued partnership and for choosing the Biosense Webster, Inc. Family of Products.


Sincerely,




……………
Biosense Webster, Inc.
3333 Diamond Canyon Rd.
Diamond Bar, CA 91765

Biosense Webster, Inc.  | 3333 Diamond Canyon Road, Diamond Bar, CA 91765 USA
Tel: 909-839-8500 | Tel: 800-729-9010 | Fax: 909-468-2905
www.biosensewebster.com

HIGHLY CONFIDENTIAL                                                                                                         BWI-INN00418180