| | |
|---|---|
| KARLA KRAFT<br>State Bar No. 205530<br>kkraft@stradlinglaw.com<br>STRADLING YOCCA CARLSON & RAUTH LLP<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Telephone: (949) 725-4000 | WILLIAM F. CAVANAUGH, JR.<br>State Bar No. 133461<br>wfcavanaugh@pbwt.com<br>PATTERSON BELKNAP WEBB AND TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br><br>MUHAMMAD U. FARIDI<br>(Admitted *Pro Hac Vice*)<br>LINKLATERS LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 903-9000<br><br>Attorneys for Defendant<br>BIOSENSE WEBSTER, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br><br>Hon. James V. Selna<br><br>**DEFENDANT BIOSENSE WEBSTER, INC.'S NOTICE OF POSTING OF BOND** |

- 1 -

NOTICE OF POSTING OF BOND

1  Defendant Biosense Webster, Inc. gives notice that it hereby posts with the
2  Court a *supersedeas* bond in the sum of $552,774,304, pursuant to this Court's
3  July 7, 2025 Order Approving *Supersedeas* Bond and Staying Execution of
4  Judgment Under Fed. R. Civ. P. 62(B) (ECF 555). The *supersedeas* bond and all
5  related materials, as approved by the Court (ECF 555), are attached hereto as
6  **Exhibit A** and **Exhibit B**.

DATED: July 8, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Karla Kraft*
Karla Kraft

PATTERSON BELKNAP WEBB AND TYLER LLP

By: */s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr.

LINKLATERS LLP

By: */s/ Muhammad U. Faridi*
Muhammad U. Faridi

Attorneys for Defendant
BIOSENSE WEBSTER, INC.