Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone:  (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
Kelley C. Schiffman, Esq.
State Bar No. 325023
Rachel T. Anderson, Esq.*
Annamaria M. Morales-Kimball, Esq.*
Sean P. Quirk, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
kschiffman@kellogghansen.com
randerson@kellogghansen.com
amoraleskimball@kellogghansen.com
squirk@kellogghansen.com
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>**NOTICE OF LODGING OF TRIAL EXHIBIT JX-173**<br><br>Date:    August 11, 2025<br>Time:    1:30 p.m.<br>Crtrm:   10C<br><br>Action Filed:  October 18, 2019<br>Trial Date:  May 6, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Innovative Health LLC will lodge with the Court a copy of trial exhibit JX-173, bearing Bates numbers BWI-INN00611896, which is an audio file produced by Defendant Biosense Webster, Inc. and admitted into evidence in this case.  JX-173 is being lodged in connection with Plaintiff's Response to Defendant's Renewed Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(B).  Plaintiff will deliver a USB drive containing the audio to the Court.  A copy has also been provided to counsel for Defendant.

DATED:  July 18, 2025                     THEODORA ORINGHER PC


By:  ___/s/ Panteha Abdollahi___
        Panteha Abdollahi

JEFFREY L. BERHOLD, P.C.


By:  ___/s/ Jeffrey L. Berhold___
        Jeffrey L. Berhold

1

BERGER MONTAGUE PC

2

3

4       By:    /s/ Joshua P. Davis

5              Joshua P. Davis
               Matthew Summers

6

7       KELLOGG, HANSEN, TODD, FIGEL & FREDERICK,
        P.L.L.C.

8

9

10      By:    /s/ Derek T. Ho

11             Derek T. Ho
               Andrew E. Goldsmith

12             Matthew D. Reade
               Kelley C. Schiffman

13             Rachel T. Anderson
               Annamaria M. Morales-Kimball

14             Sean P. Quirk

15

16             Attorneys for Plaintiff

17             INNOVATIVE HEALTH LLC

18

19

20

21

22

23

24

25

26

27

28