| | |
|---|---|
| KARLA KRAFT<br>State Bar No. 205530<br>kkraft@stradlinglaw.com<br>STRADLING YOCCA CARLSON & RAUTH LLP<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Telephone: (949) 725-4000 | WILLIAM F. CAVANAUGH, JR.<br>State Bar No. 133461<br>wfcavanaugh@pbwt.com<br>PATTERSON BELKNAP WEBB AND TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br><br>MUHAMMAD U. FARIDI<br>(*admitted pro hac vice*)<br>muhammad.faridi@linklaters.com<br>LINKLATERS LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 903-9000<br><br>Attorneys for Defendant<br>BIOSENSE WEBSTER, INC. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>*Defendant*. | Case No.: 8:19-cv-1984-JVS (KES)<br><br>**DECLARATION OF WILLIAM F. CAVANAUGH, JR. IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV P. 50(B)**<br><br>**Action Filed**: October 18, 2019<br>**Hearing Date**: August 11, 2025<br><br>**Time**: 1:30pm<br>**Courtroom**:10C |

- 1 -
DECLARATION OF WILLIAM F. CAVANAUGH, JR.

I, William F. Cavanaugh, Jr., declare as follows:

1. I am an attorney admitted to the bar of the State of California and am a partner at Patterson Belknap Webb & Tyler LLP, which represents the defendant, Biosense Webster, Inc. ("Biosense") in this matter.

2. I make this declaration in support of Biosense's Defendant's Reply in Support of Renewed Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b).

3. The facts I state here are true and correct to the best of my knowledge and understanding. I make each of the statements below based on my own personal knowledge and a review of the files associated with this matter. If called as a witness, I could and would testify competently to the facts stated herein.

4. A true and correct copy of excerpts from the trial transcript dated May 7, 2025 (Vol. I) is attached hereto as **Exhibit 1**.

5. A true and correct copy of excerpts from the trial transcript dated May 8, 2025 (Vol. I) is attached hereto as **Exhibit 2**.

6. A true and correct copy of excerpts from trial transcript dated May 8, 2025 (Vol. II) is attached hereto as **Exhibit 3**.

7. A true and correct copy of excerpts from the trial transcript dated May 9, 2025 (Vol. I) is attached hereto as **Exhibit 4**.

8. A true and correct copy of excerpts from the trial transcript dated May 13, 2025 (Vol. I) is attached hereto as **Exhibit 5**.

9. A true and correct copy of excerpts from the trial transcript dated May 13, 2025 (Vol. II) is attached hereto as **Exhibit 6**.

10. A true and correct copy of excerpts from the trial transcript dated May 14, 2025 (Vol. I) is attached hereto as **Exhibit 7**.

11. A true and correct copy of excerpts from the trial transcript dated May 14, 2025 (Vol. II) is attached hereto as **Exhibit 8**.

DECLARATION OF WILLIAM F. CAVANAUGH, JR.

12. A true and correct copy of excerpts from the trial transcript dated May 15, 2025 (Vol. I) is attached hereto as **Exhibit 9**.

13. A true and correct copy of excerpts from the trial transcript May 15, 2025 (Vol. II) is attached hereto as **Exhibit 10**.

14. A true and correct copy of excerpts from Timothy Einwechter's deposition transcript is attached hereto as **Exhibit 11**.

15. A true and correct copy of excerpts from Cheryl Saxby's deposition transcript is attached hereto as **Exhibit 12**.

16. A true and correct copy of excerpts from demonstrative used for the cross examination of Eric F. Forister, Ph.D. is attached hereto as **Exhibit 13**.

17. A true and correct copy of excerpts from the demonstrative used for the direct examination of Lawrence Wu, Ph.D. is attached hereto as **Exhibit 14**.

18. True and correct copies of the following trial exhibits are also attached to this declaration: JX-1159; JX-1431; JX-1434.1; JX-3108.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July 2025, in New York, New York.

By:    */s/ William F. Cavanaugh, Jr.*
      William F. Cavanaugh, Jr.

DECLARATION OF WILLIAM F. CAVANAUGH, JR.