# EXHIBIT 11

Page 1

1           UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

2                  SOUTHERN DIVISION

3    _____

4    INNOVATIVE HEALTH LLC,

5         Plaintiff,              CASE NO.

6    vs.                         8:19-cv-01984-JVS-KES

7    BIOSENSE WEBSTER, INC.,

8         Defendant.

9    _____

10

11           VIDEOTAPE DEPOSITION OF

12           TIMOTHY D. EINWECHTER

13            APPEARING REMOTE FROM

14             ATLANTA, GEORGIA

15

16             SEPTEMBER 16, 2021

17                 9:31 A.M

18

19

20   Reported By:

21   Judith L. Leitz Moran

22   RPR, RSA, CCR-B-2312

23   APPEARING REMOTELY FROM ATLANTA, GEORGIA

24

25

Page 126

1    Innovative Health about how much that would cost,

2    correct?

3         A    I would have to make an assumption, yes.

4         Q    Are you -- do you have any understanding

5    as to any reasons why Innovative Health did not, in

6    fact, provide its own mapping training program?

7         A    No.

8         Q    Do you know whether or not if

9    Innovative -- do you know one way or the other

10   whether Innovative Health had wanted to make the

11   financial investment in a mapping training program

12   it could have done so?

13        A    Repeat the question.

14        Q    Do you have any understanding as to

15   whether Innovative Health could have launched a

16   successful mapping training program with

17   appropriate financial investment?

18        A    Yeah, I -- the whole question would be

19   successful.  You know, we -- we -- we had the

20   resources.  But could it be successful, that, I

21   don't know.

22        Q    All right.  Do you recall having any

23   conversations with Mr. Ferreira about the mapping

24   training program and whether or not it could be

25   successful?

```
                                              Page 127
 1        A     I don't recall.
 2        Q     Do you know whether -- you said -- strike
 3   that.
 4              You know that -- Innovative Health you
 5   said had the resources to do a mapping training
 6   program, correct?
 7        A     Correct.
 8        Q     And those resources were both the human
 9   resources and also the financial resources,
10   correct?
11        A     Financial.
12        Q     Do you understand -- are you familiar
13   with a person by the name of Angela Massen?
14        A     If -- if she's from CHART, you know, I
15   might have talked to her once, but -- the name
16   sounds familiar, but I could not pick -- pick her
17   out of a crowd, so, I...
18        Q     Okay.  So you understand that from your
19   perspective Innovative Health had the financial
20   resources for a mapping training program, correct?
21        A     Correct.
22        Q     But you don't know one way or the other
23   whether it had any human resources for such a
24   program; is that right?
25        A     I don't believe we had no -- human
```

1    resources, no.

2        Q    Okay.  So you don't know whether or not

3    Innovative Health actually had employed an

4    individual who was a mapping specialist, do you?

5        A    Not at that time.  Not in the early days,

6    no.

7        Q    Okay.  Are you aware of any facts that

8    suggest -- strike that.

9            Are you aware of any facts that indicate

10   that Biosense Webster prevented any third party

11   from mapping on its machines?

12       A    Just from what I hear from the field,

13   that they -- Biosense Webster wouldn't support

14   reprocessed catheters.  So that's all I --

15       Q    So what I want -- what I want to do is to

16   ask whether or not putting aside what Biosense

17   Webster --

18       A    Yeah.

19       Q    -- itself would or would not do.

20       A    Yeah.

21       Q    Are you aware of any facts that suggest

22   that Biosense Webster in any way prevented or

23   inhibited a third party from mapping on a CARTO 3

24   machine?

25       A    Not aware.