| | |
|---|---|
| **From:** | Cho, Chris [ETHUS] </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B5592E9DF3E647F7A89EDF3DB08855DD-CCHO2> |
| **To:** | Ramos, Conrado [DPYUS]; Koenig, Joseph [BWIUS] |
| **Sent:** | 7/22/2020 9:35:52 PM |
| **Subject:** | RE: BWI_JULY_REVIEW_2020v12.pptx |

This will be fun!

Best regards,
Chris Cho
Senior Manager, Sustainability Pipeline Management & Innovation
Health System Value Transformation

**From:** Ramos, Conrado [DPYUS] <CRamos12@ITS.JNJ.COM>
**Sent:** Wednesday, July 22, 2020 3:20 PM
**To:** Koenig, Joseph [BWIUS] <JKOENIG4@ITS.JNJ.COM>; Cho, Chris [ETHUS] <CCho2@its.jnj.com>
**Subject:** RE: BWI_JULY_REVIEW_2020v12.pptx

I agree. If we went all in and offered unrestricted access to strategically essential accounts in exchange for a high OEM market share commitment and sole source on EP RPO (only SMD bins in the EP Lab), we could cut off S3's supply and crush them.   Boo ha-ha-ha-ha-haahh.



**Conrad Ramos**
Senior Director, JJMDC Sustainability
Health System Value Transformation

Johnson & Johnson MEDICAL DEVICES COMPANIES

Mobile: 404-808-1726
cramos12@its.jnj.com

**From:** Koenig, Joseph [BWIUS] <JKOENIG4@ITS.JNJ.COM>
**Sent:** Wednesday, July 22, 2020 1:58 PM
**To:** Ramos, Conrado [DPYUS] <CRamos12@ITS.JNJ.COM>; Cho, Chris [ETHUS] <CCho2@its.jnj.com>
**Subject:** RE: BWI_JULY_REVIEW_2020v12.pptx

This discussion has been happening all over the place.  This has always been Uri's challenge to us (knocking S3 out of EP) and I believe it just came up at a BWI US review.  I think we should schedule a 1 hr (per Michael's

Innovative v. Biosense
No. 8:19-cv-01984-JVS
JX-3108

suggestion) business update/strategy session. I actually just spoke to Noah about this today. I don't think the scenario is overly complex, we just need to align on how much RPO we want to allow the customers to access, if they could get more, they wouldn't need S3, but that obviously needs to be balanced with the OEM business.

**Joe Koenig**
Product Director
US Commercial Marketing
**M.** (714) 878-1975
**E.** jkoenig4@its.jnj.com

Biosense Webster.

31 Technology Drive, Suite 200
Irvine, CA 92618, USA
www.biosensewebster.com


**From:** Ramos, Conrado [DPYUS] <CRamos12@ITS.JNJ.COM>
**Sent:** Wednesday, July 22, 2020 10:32 AM
**To:** Koenig, Joseph [BWIUS] <JKOENIG4@ITS.JNJ.COM>; Cho, Chris [ETHUS] <CCho2@its.jnj.com>
**Subject:** FW: BWI_JULY_REVIEW_2020v12.pptx

Joe and Chris,

Well, this one got away from me quickly. I'll apologize now for not keeping you both in the loop on this topic from the beginning....The beginning being yesterday when I received the initial message from Melinda asking about what S3 was doing to hold onto to their 25% RPO EP market share. I figured this would be a quick exchange to bring Melinda up to date on what was going on in the market. I didn't realize that my message would be forwarded on to Michael. See the message trail below.

Joe, do you want to brief Fairy and Ben on the topic and set up a time for us to connect next week, or do you want me to do so? I can go either way. Let me know your preference.

**Conrad Ramos**
Senior Director, JJMDC Sustainability
Health System Value Transformation

Johnson & Johnson MEDICAL DEVICES COMPANIES

Mobile: 404-808-1726
cramos12@its.jnj.com


**From:** Thiel, Melinda [ETHUS] <MThiel4@its.jnj.com>
**Sent:** Wednesday, July 22, 2020 11:52 AM
**To:** Ramos, Conrado [DPYUS] <CRamos12@ITS.JNJ.COM>
**Subject:** FW: BWI_JULY_REVIEW_2020v12.pptx

Let's get this set up? Should be a good discussion.

**From:** Bodner, Michael [BWIUS] <mbodner@ITS.JNJ.com>
**Sent:** Wednesday, July 22, 2020 11:49 AM
**To:** Thiel, Melinda [ETHUS] <MThiel4@its.jnj.com>
**Subject:** RE: BWI_JULY_REVIEW_2020v12.pptx

Yes, let's do that, maybe 1 hour with your team, me, Fairy, Ben Berkowick and Joe Koenig...looking forward to it...and specifically seeing where we think Stryker maintains 25% RPO ULS share and what we think the right

strategies/tactics are to get his down to <5%...

M

**Michael Bodner**
Vice President,
US Sales, Marketing WW Technical Service

Biosense Webster
31 Technology Drive,
Suite #200
Irvine, CA 92618 USA

M: +949 526 4695
mbodner@its.jnj.com
http://www.biosensewebster.com

**From:** Thiel, Melinda [ETHUS] <MThiel4@its.jnj.com>
**Sent:** Wednesday, July 22, 2020 7:12 AM
**To:** Bodner, Michael [BWIUS] <mbodner@ITS.JNJ.com>
**Subject:** FW: BWI_JULY_REVIEW_2020v12.pptx

Some good insight from Conrad and the team. Let me know if you would like to discuss with him and the advisors? Could be a good strategy session...

**From:** Ramos, Conrado [DPYUS] <CRamos12@ITS.JNJ.COM>
**Sent:** Wednesday, July 22, 2020 7:39 AM
**To:** Thiel, Melinda [ETHUS] <MThiel4@its.jnj.com>
**Subject:** RE: BWI_JULY_REVIEW_2020v12.pptx

Melinda,

You are correct. We are vulnerable (but not helpless) to both tactics. Being linked to our OEM counterparts ensures the highest quality product, providing for an RPO end-user experience that is indiscernible from the J&J OEM product experience. But the hard truth is that our OEM counterparts want to deploy our RPO capabilities as a last resort only (DPS and ETH) and in the most restrictive manner possible (ETH and BWI). In general, I am attempting to help our team make a "Blue Ocean" shift by employing "David vs. Goliath (Malcolm Gladwell tactics)." We will not take market share from S3 by playing their game of holistic offerings and unconstrained access to RPO products. Our core strategies will be Differentiation and Focus, while optimizing the Sterilmed experience (making it easy to do business with us via flexibility and speed of response). To respond to your question more directly, here is what we are doing against each specific S3 tactic:

1. S3 leveraging the holistic offering, which includes significant rebate related penalties should the facility choose to carve-out the EP Lab.
   - We are positioning ourselves as a holistic RPO supplier that specializes in High Requirement Products (HRP). By HRP, we mean products that have high technical support, high precision (tight performance specifications), and high calibration (needing to work with our capital equipment without voiding the capital equipment warranty) requirements.
   - We are capitalizing on our brand. The market recognizes the J&J Brand as being the highest quality possible. The outcome stakes are the highest in procedures where HRP's are utilized (Cardiac Navigation Catheters, Harmonic Scalpel Devices, Robotic Lung Biopsy Probes).
   - We are getting better at communicating the value of utilizing "specialty reprocessors" to maximize real savings with minimal disruption to clinical operations. Customers are having to accept the validity and legitimacy of the BWI case coverage policy. They realize that EP is a growing market that has a positive contribution margin now and in the foreseeable future. They cannot achieve the targeted savings without "essential" BWI mapping support. Customers are getting better at holding S3 and Innovative Health accountable for their lack of investment in EP RPO product support capabilities.
   - Our Value Prop rework project is part of our counteroffensive effort against this S3 tactic.

   2. S3 offering 100% RPO access for mid-high high volume/tier customers, meaning they are moving away from quoting based on collections and instead are allowing these select customers to order as much RPO product as they want without any restrictions.  This would be similar to the former ETH Energy Gold Program.
       - For obvious reasons, this one is going to be a lot tougher to address.  We have about 30-35 ETH Gold (unlimited access to RPO) Energy Program customers for which we are deploying a new IT Solution.  We will have to see how this goes and see if ETH desires to expand the program in 2021.  ETH offered this to customers that committed to 85% MS across Advanced and Core Energy products.
       - We are developing a Harmonic Sustainability Kit capability for Advent Health system, if successful, we can expand the offering to other accounts that ETH targets.  The kits are the equivalent of a Gold Program as there are no restrictions because the kits automatically restrict the blend of OEM and RPO product usage through a built-in ratio.
       - BWI has indicated an interest in developing a BWI Gold Program capability.  Once we complete the successful deployment of the new IT solution for the ETH Gold customers, we will conduct further due diligence for BWI.

Hope this helps,

**Conrad Ramos**
Senior Director, JJMDC Sustainability
Health System Value Transformation

Johnson&Johnson MEDICAL DEVICES COMPANIES

Mobile: 404-808-1726
cramos12@its.jnj.com


**From:** Thiel, Melinda [ETHUS] <MThiel4@its.jnj.com>
**Sent:** Tuesday, July 21, 2020 11:02 AM
**To:** Ramos, Conrado [DPYUS] <CRamos12@ITS.JNJ.COM>
**Subject:** RE: BWI_JULY_REVIEW_2020v12.pptx

Got it (and what I suspected)– do we have any strategies to defend against these specifically?

**From:** Ramos, Conrado [DPYUS] <CRamos12@ITS.JNJ.COM>
**Sent:** Tuesday, July 21, 2020 10:20 AM
**To:** Thiel, Melinda [ETHUS] <MThiel4@its.jnj.com>
**Subject:** RE: BWI_JULY_REVIEW_2020v12.pptx

Yes. There are two key tactics that S3 is currently deploying against us:

1. Leveraging the holistic offering, which includes significant rebate related penalties should the facility choose to carve-out the EP Lab.
2. Offering 100% RPO access for mid-high high volume/tier customers, meaning they are moving away from quoting based on collections and instead are allowing these select customers to order as much RPO product as they want without any restrictions.  This would be similar to the former ETH Energy Gold Program.

Let me know if you would like to discuss further.

**Conrad Ramos**
Senior Director, JJMDC Sustainability
Health System Value Transformation

Mobile: 404-808-1726
cramos12@its.jnj.com

**From:** Thiel, Melinda [ETHUS] <MThiel4@its.jnj.com>
**Sent:** Tuesday, July 21, 2020 10:08 AM
**To:** Ramos, Conrado [DPYUS] <CRamos12@ITS.JNJ.COM>
**Subject:** FW: BWI_JULY_REVIEW_2020v12.pptx

Hi Conrad – I had a 1:1 with Michael yesterday and he asked if we would dig into something.  He showed me some data over the past 12-18 months that shows how we are winning share from Stryker.  I think we are at the point where we are now 65%, Stryker is 25% and others are 10% (in the EP space).  It's been holding at 25% for a while now.  His question was if we had a better sense of what Stryker is doing (contractually?) to maintain that 25% share.  He suspects, and I agree, that those are holistic contracts but wonders if the team has any additional insight.
Thanks

**From:** Bodner, Michael [BWIUS] <mbodner@ITS.JNJ.com>
**Sent:** Monday, July 20, 2020 4:36 PM
**To:** Thiel, Melinda [ETHUS] <MThiel4@its.jnj.com>
**Subject:** BWI_JULY_REVIEW_2020v12.pptx

Thanks for the time today.

Here is the deck

M