Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
Kelley C. Schiffman, Esq.
State Bar No. 325023
Rachel T. Anderson, Esq.*
Annamaria M. Morales-Kimball, Esq.*
Sean P. Quirk, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
kschiffman@kellogghansen.com
randerson@kellogghansen.com
amoraleskimball@kellogghansen.com
squirk@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

INNOVATIVE HEALTH LLC,

Plaintiff,

vs.

BIOSENSE WEBSTER, INC.,

Defendant.

Case No. 8:19-cv-1984 JVS (KES)
Assigned for all purposes to:
Honorable James V. Selna

**SUPPLEMENTAL DECLARATION OF JEFFREY L. BERHOLD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COST OF SUIT**

Action Filed: October 18, 2019
Trial Date: May 6, 2025

I, Jeffrey L. Berhold, declare and state as follows:

1. I am founder and owner of Jeffrey L. Berhold, P.C. I submit this supplemental declaration in support of Plaintiff's Reply in Support of Motion for Attorney's Fees and Cost of Suit. I make this declaration based upon my own personal knowledge, and if called as a witness, I could and would competently testify to the matters stated herein.

2. Jeffrey L. Berhold, P.C. has served as lead counsel for Plaintiff since July 10, 2019.

3. The firm is a solo practice based in Atlanta, Georgia specializing in the representation of plaintiffs in antitrust disputes on a contingent basis.

4. Defendant Biosense Webster, Inc. ("Biosense") filed its opposition to the motion for fees and costs on July 17, 2025. Dkt. 568. Biosense objected that my firm only included monthly expenses by category. *Id.* at 21. In order to provide the additional detail requested by Biosense, I have compiled the individual invoices and receipts for the expenses in this case and prepared lists of expenses by invoice for document discovery, court reporting, jury consulting, mediation services and a list by trip for travel expenses. For creating my original Exhibit C, I used a different methodology for the costs for document discovery: I relied upon a statement of monthly charges from the document vendor and subtracted the taxable costs derived from individual invoices for each month (as had already been detailed in our Application to Tax Costs, *see* Dkt. 536).

5. To provide additional detail for Biosense, I have reviewed and added all available invoices for each category. In reviewing the individual invoices for document discovery, I identified two possible bases for adjusting those costs. First, I identified one instance where an invoice was replaced by the document vendor at a later date: XDD Invoice No. 23-114180 ($29,685.20) in February 2021 was replaced by the vendor with XDD Invoice No. 23-119360 ($14,296.05) in June 2021. Therefore, Innovative's taxable costs are lower by $15,389.15. Innovative is

preparing an amended application to tax costs that reflects this decrease. However, because my firm calculated its total non-taxable costs by subtracting out the taxable total (and that taxable total has now gone down) from the total costs, there is an additional $15,389.15 that should have been sought as non-taxable. Second, I identified minor differences between the statement of monthly charges and the individual invoices from the original vendor for several months in 2021. Using the individual invoices instead of the statement of monthly charges appears to effectively reduce document discovery costs by $929.63. Both adjustments are reflected in the total expenses owed.

6. The result is that Innovative is seeking $567,994.68 to $581,431.98 in document discovery expenses. This reflects the original range ($553,535.16 to $566,972.46) and incorporating the $15,389.15 that should have been accounted for as non-taxable less $929.63 for differences between the vendor's statement of monthly charges and the individual invoices.

7. My firm further identified additional travel expenses ($1,327.79) and court reporting expenses ($2,363.69) for which Innovative did not seek reimbursement in the original fee motion. Innovative is not seeking reimbursement for these expenses unintentionally omitted from the original fee motion

8. Attached as Exhibit D are spreadsheets detailing unreimbursed costs and expenses (excluding expert fees and expenses) incurred by Jeffrey L. Berhold, P.C. in prosecuting this matter since July 10, 2019. After excluding taxable costs, the total amount of these out-of-pocket expenses are $731,261.25 to $744,698.55.[1] These non-taxable costs belong to the following categories: document discovery

[1] This range reflects that (1) Innovative inadvertently included one hosting fee in its bill of costs and has informed Biosense that it is withdrawing that entry from the taxable costs and (2) Biosense has objected to three charges for "search and cull" in the bill of taxable costs. Because the clerk has yet to make a determination regarding those costs, Innovative seeks a corresponding range of costs.

$567,994.68 to $581,431.98; jury consulting $66,149.24; court reporting $41,967.61[2]; travel expenses $36,749.72[3]; mediation fees $18,400.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of July, 2025 in Atlanta, Georgia.

JEFFREY L. BERHOLD, P.C.

By: ______________________
Jeffrey L. Berhold

---

[2] The expenses attached hereto add up to a higher total of $44,331.30. My previous declaration understated the expenses because of differences in how my firm and the vendor tracked the payment of expenses across multiple cases. Exhibit D includes a complete list of each invoice from the vendor paid by the firm for court reporting in this case. Given the minor discrepancy, and in order to avoid confusion, Innovative is seeking the lower of the two figures – the original total of $41,967.61.

[3] The expenses attached hereto add up to a higher total of $38,077.51. My previous declaration understated the expenses because I have identified additional receipts and invoices. I have also eliminated one car rental charge inadvertently included in the case expenses. Exhibit D includes a corrected list of expenses for each trip by category: airfare, airport parking, rental car, ride share, hotel, and meals. Given the minor discrepancy, and in order to avoid confusion, Innovative is seeking the lower of the two figures – the original total of $36,749.72.

# EXHIBIT D TO BERHOLD DECLARATION

**DOCUMENT DISCOVERY COSTS**

| Invoice No. | Invoice Date | Vendor | Item (if invoice contains taxable and non-taxable costs) | Quantity | Price | Cost |
|---|---|---|---|---|---|---|
| 23-110548 | 11/30/2020 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $37.80 |
| 23-111732 | 12/31/2020 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $631.65 |
| 23-112992 | 1/31/2021 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $1,274.55 |
| 23-114255 | 2/28/2021 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $10,091.70 |
| 23-116672 | 3/31/2021 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $8,274.23 |
| 23-116911 | 4/30/2021 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $13,792.65 |
| 23-118202 | 5/31/2021 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $14,539.50 |
| 23-119474 | 6/30/2021 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $15,633.30 |
| 23-121578 | 7/31/2021 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $18,470.85 |
| 23-122142 | 8/31/2021 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $18,238.95 |
| XDD001948 | 9/30/2021 | Xact Data Discovery | Active Hosting | 1,238.67 | $15.00 | $18,580.05 |
| XDD001948 | 9/30/2021 | Xact Data Discovery | User Access | 1.50 | $69.00 | $103.50 |
| XDD001948 | 9/30/2021 | Xact Data Discovery | Technical Services | 4.00 | $150.00 | $600.00 |
| XDD004551001 | 10/31/2021 | Xact Data Discovery | Minimum Production Charge | 4.00 | $150.00 | $600.00 |
| XDD004551001 | 10/31/2021 | Xact Data Discovery | User Access | 1.50 | $69.00 | $103.50 |
| XDD004551001 | 10/31/2021 | Xact Data Discovery | Active Hosting | 1,261.25 | $15.00 | $18,918.75 |
| XDD007250 | 11/30/2021 | Xact Data Discovery | User Access | 1.50 | $69.00 | $103.50 |
| XDD007250 | 11/30/2021 | Xact Data Discovery | Technical Services | 3.50 | $150.00 | $525.00 |
| XDD007250 | 11/30/2021 | Xact Data Discovery | Active Hosting | 1,186.80 | $15.00 | $17,802.00 |
| XDD010005 | 12/31/2021 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $18,018.75 |
| XDD012331 | 1/31/2022 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $18,018.90 |
| XDD014704 | 2/28/2022 | Xact Data Discovery | User Access | 1.50 | $69.00 | $103.50 |

| Invoice No. | Invoice Date | Vendor | Item (if invoice contains taxable and non-taxable costs) | Quantity | Price | Cost |
|---|---|---|---|---|---|---|
| XDD014704 | 2/28/2022 | Xact Data Discovery | Technical Services | 5.42 | $150.00 | $813.00 |
| XDD014704 | 2/28/2022 | Xact Data Discovery | Active Hosting | 1,194.91 | $15.00 | $17,923.65 |
| XDD017081 | 3/31/2022 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $18,251.70 |
| XDD052828 | 7/31/2022 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $700.00 |
| XDD075388 | 6/20/2023 | Xact Data Discovery | n/a (Full Invoice) | n/a | n/a | $500.00 |
| INV579300707 | 1/31/2024 | Consilio LLC | n/a (Full Invoice) | n/a | n/a | $18,093.30 |
| INV579313135 | 2/29/2024 | Consilio LLC | n/a (Full Invoice) | n/a | n/a | $18,093.30 |
| INV579325827 | 3/31/2024 | Consilio LLC | n/a (Full Invoice) | n/a | n/a | $18,093.30 |
| INV579339324 | 4/30/2024 | Consilio LLC | n/a (Full Invoice) | n/a | n/a | $18,093.30 |
| INV579352000 | 5/31/2024 | Consilio LLC | Hosting - Full Hosted Size | 1,188.71 | $15.00 | $17,830.65 |
| INV579352000 | 5/31/2024 | Consilio LLC | User Access | 8.00 | $69.00 | $552.00 |
| INV579352000 | 5/31/2024 | Consilio LLC | Technical Services | 2.00 | $150.00 | $300.00 |
| INV579365129 | 6/30/2024 | Consilio LLC | Active Hosting | 1,233.42 | $15.00 | $18,501.30 |
| INV579365129 | 6/30/2024 | Consilio LLC | User Access | 8.00 | $69.00 | $552.00 |
| INV579365129 | 6/30/2024 | Consilio LLC | Project Management & Support Services | 15.28 | $150.00 | $2,292.00 |
| INV579365129 | 6/30/2024 | Consilio LLC | Technical Services | -8.28 | -$150.00 | -$1,242.00 |
| INV579379746 | 7/31/2024 | Consilio LLC | n/a (Full Invoice) | n/a | n/a | $19,401.90 |
| INV579393705 | 8/31/2024 | Consilio LLC | Active Hosting | 1,233.85 | $15.00 | $18,507.75 |
| INV579393705 | 8/31/2024 | Consilio LLC | User Access | 12.00 | $69.00 | $828.00 |
| INV579393705 | 8/31/2024 | Consilio LLC | Project Management & Support Services | 0.92 | $156.00 | $143.52 |
| INV579393705 | 8/31/2024 | Consilio LLC | Data Analytics Specialist Support Activities | 11.29 | $350.00 | $3,951.50 |
| INV579407556 | 9/30/2024 | Consilio LLC | Active Hosting | 1,154.03 | $15.00 | $17,310.45 |
| INV579407556 | 9/30/2024 | Consilio LLC | User Access | 14.00 | $69.00 | $966.00 |

| Invoice No. | Invoice Date | Vendor | Item (if invoice contains taxable and non-taxable costs) | Quantity | Price | Cost |
|---|---|---|---|---|---|---|
| INV579407556 | 9/30/2024 | Consilio LLC | Project Management & Support Services | 0.33 | $156.00 | $51.48 |
| INV579407556 | 9/30/2024 | Consilio LLC | Data Analytics Specialist Support Activities | 3.70 | $350.00 | $1,295.00 |
| INV579421066 | 10/31/2024 | Consilio LLC | n/a (Full Invoice) | n/a | n/a | $19,323.02 |
| INV579434849 | 11/30/2024 | Consilio LLC | Active Hosting | 1,163.96 | $15.00 | $17,459.40 |
| INV579434849 | 11/30/2024 | Consilio LLC | User Access | 20.00 | $69.00 | $1,380.00 |
| INV579434849 | 11/30/2024 | Consilio LLC | Project Management & Support Services | 1.00 | $156.00 | $156.00 |
| INV579434849 | 11/30/2024 | Consilio LLC | Data Analytics Specialist Support Activities | 6.80 | $350.00 | $2,380.00 |
| INV579447929 | 12/31/2024 | Consilio LLC | n/a (Full Invoice) | n/a | n/a | $20,359.53 |
| INV579461255 | 1/31/2025 | Consilio LLC | Active Hosting | 1,164.92 | $15.00 | $17,473.80 |
| INV579461255 | 1/31/2025 | Consilio LLC | User Access | 21.00 | $69.00 | $1,449.00 |
| INV579461255 | 1/31/2025 | Consilio LLC | Project Management & Support Services | 3.00 | $156.00 | $468.00 |
| INV579461255 | 1/31/2025 | Consilio LLC | Data Analytics Specialist Support Activities | 4.00 | $350.00 | $1,400.00 |
| INV579475167 | 2/28/2025 | Consilio LLC | n/a (Full Invoice) | n/a | n/a | $19,437.35 |
| INV579488607 | 3/31/2025 | Consilio LLC | Active Hosting | 1,177.31 | $15.00 | $17,659.65 |
| INV579488607 | 3/31/2025 | Consilio LLC | User Access | 22.00 | $69.00 | $1,518.00 |
| INV579488607 | 3/31/2025 | Consilio LLC | Project Management & Support Services | 9.00 | $156.000 | $1,404.00 |
| INV579502803 | 4/30/2025 | Consilio LLC | Active Hosting | 1,177.58 | $15.00 | $17,663.70 |
| INV579502803 | 4/30/2025 | Consilio LLC | User Access | 23.00 | $69.00 | $1,587.00 |
| INV579502803 | 4/30/2025 | Consilio LLC | Project Management & Support Services | 5.21 | $156.000 | $812.76 |
| INV579502803 | 5/31/2025 | Consilio LLC | n/a (Full Invoice) | n/a | n/a | $19,797.74 |
| 23-113479 | 1/31/2021 | Xact Data Discovery | Search and Cull* | 370 | 30.00 | $11,100.00 |

* Biosense objected to the taxable status of certain discovery-related "search and cull" costs included in Innovative's CV-59 application, totaling $13,437.30. Innovative maintains that those are appropriate taxable cost. However, at a minimum, the search and

| Invoice No. | Invoice Date | Vendor | Item (if invoice contains taxable and non-taxable costs) | Quantity | Price | Cost |
|---|---|---|---|---|---|---|
| 23-114180 (23-119360) | 2/22/2021 | Xact Data Discovery | Search and Cull* | 77.8 | 30.00 | $2,334.00 |
| 23-114711 | 2/28/2021 | Xact Data Discovery | Search and Cull* | 0.11 | 30.00 | $3.30 |
| | | | | | **Total Cost** | **$581,431.98** |

cull costs are a reasonable out-of-pocket litigation expenses to be awarded under 15 U.S.C. § 15(a) and Cal. Bus. & Prof. Code § 16750(a).

**Jury Consulting**

| Invoice | Invoice Date | Amount | Job Date | Description |
|---|---|---|---|---|
| 11781 | 6/30/2024 | $ 62,349.24 | 6/12/2024 | Case Issue Jury Research |
| 11782 | 10/15/2024 | $ 3,800.00 | 9/11/2024 | Follow Up Meeting |
| Total | | **$ 66,149.24** | | |

Court Reporting

| Invoice | Invoice Date | Amount | Job Date | Witness |
|---|---|---|---|---|
| 5132298 | 7/30/2021 | $ 1,820.85 | 7/8/2021 | Fairy Zare |
| 5150564 | 7/30/2021 | $ 625.00 | 7/8/2021 | Fairy Zare |
| 5154399 | 7/31/2021 | $ 1,259.10 | 7/19/2021 | Matt Dambeck |
| 5176915 | 8/19/2021 | $ 1,718.30 | 7/29/2021 | David Distel |
| 5186221 | 8/19/2021 | $ 1,729.20 | 7/23/2021 | Aaron DeTate |
| 5193469 | 8/12/2021 | $ 1,130.00 | 8/10/2021 | Conrad Ramos |
| 5195194 | 8/12/2021 | $ 854.00 | 8/6/2021 | Noah Martin |
| 5203507 | 8/19/2021 | $ 1,436.20 | 8/4/2021 | Troy Tuttle |
| 5207347 | 8/19/2021 | $ 1,978.55 | 8/6/2021 | Noah Martin |
| 5213253 | 8/23/2021 | $ 2,749.45 | 8/10/2021 | Conrad Ramos |
| 5222257 | 8/31/2021 | $ 1,548.40 | 8/13/2021 | Nick Demczuk |
| 5222574 | 8/31/2021 | $ 1,732.40 | 8/17/2021 | Joseph Koenig |
| 5229463 | 8/27/2021 | $ 602.00 | 8/4/2021 | Troy Tuttle |
| 5235730 | 8/31/2021 | $ 578.00 | 8/13/2021 | Nick Demczuk |
| 5243577 | 9/3/2021 | $ 578.00 | 8/17/2021 | Joseph Koenig |
| 5245934 | 9/13/2021 | $ 1,778.75 | 8/24/2021 | Sandor Palfi |
| 5245968 | 9/14/2021 | $ 1,785.95 | 8/23/2021 | Portia Tranguch & Todd Senard |
| 5252942 | 9/14/2021 | $ 1,074.70 | 8/25/2021 | Stephenie Orsini |
| 5253905 | 9/13/2021 | $ 1,692.95 | 7/12/2021 | Liz Stoneman |
| 5253970 | 9/13/2021 | $ 1,897.30 | 7/15/2021 | Rafal Chudzik |
| 5254423 | 9/20/2021 | $ 1,473.05 | 8/27/2021 | Lars N. Thording |
| 5255340 | 9/22/2021 | $ 1,749.20 | 8/26/2021 | Uri Yaron |
| 5257993 | 9/22/2021 | $ 715.50 | 8/26/2021 | Uri Yaron |
| 5258915 | 9/13/2021 | $ 729.00 | 8/24/2021 | Sandor Palfi |
| 5260615 | 9/14/2021 | $ 427.00 | 8/25/2021 | Stephenie Orsini |
| 5260917 | 9/23/2021 | $ 1,982.00 | 9/23/2021 | Cheryl Saxby & Mary Roberts |
| 5261919 | 9/14/2021 | $ 513.50 | 8/23/2021 | Portia Tranguch & Todd Senard |
| 5263887 | 9/23/2021 | $ 1,831.40 | 8/31/2021 | Michael Bodner |
| 5268727 | 9/23/2021 | $ 1,448.60 | 9/2/2021 | Avi Shalgi |
| 5272354 | 9/20/2021 | $ 680.00 | 9/1/2021 | Blessan Joseph |
| 5272540 | 9/30/2021 | $ 1,279.60 | 9/3/2021 | Donald Coldiron |
| 5279365 | 9/23/2021 | $ 564.75 | 8/30/2021 | Cheryl Saxby & Mary Roberts |

Court Reporting

| | | | | |
|---|---|---|---|---|
| 5280633 | 9/23/2021 | $ 703.00 | 8/31/2021 | Michael Bodner |
| 5280646 | 9/23/2021 | $ 552.00 | 9/2/2021 | Avi Shalgi |
| 5287193 | 9/30/2021 | $ 1,594.40 | 9/13/2021 | Frank C. Czajka |
| 5293080 | 9/30/2021 | $ 1,515.35 | 9/15/2021 | Amy Cormier |
| 5294713 | 10/11/2021 | $ 210.25 | 9/20/2021 | Michael Idio |
| 5294714 | 10/8/2021 | $ 164.50 | 9/17/2021 | Christine Bienvenue Kauffman |
| 5294913 | 10/15/2021 | $ 1,204.80 | 9/23/2021 | Kara Reyes |
| 5300514 | 10/13/2021 | $ 1,451.75 | 9/21/2021 | Allen Wish |
| 5302410 | 10/12/2021 | $ 1,163.30 | 9/16/2021 | Timothy D. Einwechter |
| 5303236 | 10/11/2021 | $ 1,043.35 | 9/17/2021 | Christine Bienvenue Kauffman |
| 5308672 | 10/12/2021 | $ 1,604.50 | 9/20/2021 | Michael Idio |
| 5311712 | 10/14/2021 | $ 1,478.30 | 9/22/2021 | Rick Ferriera |
| 5312998 | 10/15/2021 | $ 972.65 | 9/23/2021 | Shibaji Shome , Ph.D. |
| 5367914 | 11/3/2021 | $ 531.95 | 10/27/2021 | Robert Stanton |
| 5430490 | 12/6/2021 | $ 1,683.00 | 12/1/2021 | Lawrence Wu |
| 5447987 | 12/21/2021 | $ 1,519.50 | 12/3/2021 | Eric F. Forister |
| 5452907 | 12/20/2021 | $ 3,547.05 | 12/1/2021 | Lawrence Wu |
| 5487172 | 12/29/2021 | $ 393.00 | 12/3/2021 | Eric F. Forister |
| | 5/20/2022 | $ 220.00 | 2/28/2022 | Summary Judgment |
| 7313700 | 4/4/2024 | $ 163.00 | 8/17/2021 | Joseph Koenig |
| 7313861 | 4/4/2024 | $ 208.00 | 8/24/2021 | Sandor Palfi |
| 7313862 | 4/4/2024 | $ 118.00 | 8/25/2021 | Stephenie Orsini |
| 7314005 | 4/4/2024 | $ 163.00 | 8/26/2021 | Uri Yaron |
| 7314006 | 4/4/2024 | $ 298.00 | 8/23/2021 | Portia Tranguch & Todd Senard |
| 7443013 | 5/24/2024 | $ 298.00 | 8/30/2021 | Cheryl Saxby & Mary Roberts |
| 7443018 | 5/24/2024 | $ 118.00 | 8/4/2021 | Troy Tuttle |
| 7443019 | 5/24/2024 | $ 208.00 | 8/6/2021 | Noah Martin |
| 7443020 | 5/24/2024 | $ 253.00 | 8/10/2021 | Conrad Ramos |
| 7443021 | 5/24/2024 | $ 163.00 | 8/13/2021 | Nick Demczuk |
| 7443023 | 5/24/2024 | $ 163.00 | 8/31/2021 | Michael Bodner |
| 7443024 | 5/24/2024 | $ 208.00 | 7/8/2021 | Fairy Zare |
| 7443025 | 5/24/2024 | $ 118.00 | 9/17/2021 | Christine Bienvenue Kauffman |
| 7443026 | 5/24/2024 | $ 208.00 | 9/20/2021 | Michael Idio |

| | | | | |
|---|---|---|---|---|
| 7443028 | 5/24/2024 | $ 388.00 | 12/1/2021 | Lawrence Wu |
| 7443029 | 5/24/2024 | $ 118.00 | 9/2/2021 | Avi Shalgi |
| 7465524 | 6/4/2024 | $ 223.00 | 9/23/2021 | Shibaji Shome , Ph.D. |
| 7465532 | 6/4/2024 | $ 223.00 | 9/21/2021 | Allen Wish |
| 7465534 | 6/4/2024 | $ 268.00 | 9/13/2021 | Frank C. Czajka |
| 7465635 | 6/4/2024 | $ 448.00 | 9/15/2021 | Amy Cormier |
| 7465637 | 6/4/2024 | $ 223.00 | 9/16/2021 | Timothy D. Einwechter |
| 7465639 | 6/4/2024 | $ 268.00 | 9/3/2021 | Donald Coldiron |
| 7465640 | 6/4/2024 | $ 133.00 | 9/1/2021 | Blessan Joseph |
| 7465641 | 6/4/2024 | $ 223.00 | 8/27/2021 | Lars N. Thording |
| 7465643 | 6/4/2024 | $ 268.00 | 9/22/2021 | Rick Ferriera |
| 7465645 | 6/4/2024 | $ 133.00 | 10/27/2021 | Robert Stanton |
| 7465646 | 6/4/2024 | $ 448.00 | 7/15/2021 | Rafal Chudzik |
| 7465648 | 6/4/2024 | $ 313.00 | 7/19/2021 | Matt Dambeck |
| 7465651 | 6/4/2024 | $ 358.00 | 7/23/2021 | Aaron DeTate |
| 7465653 | 6/4/2024 | $ 403.00 | 7/27/2021 | Blessan Joseph |
| 7465654 | 6/4/2024 | $ 448.00 | 8/12/2021 | Jay Farris |
| 7465656 | 6/4/2024 | $ 313.00 | 9/23/2021 | Kara Reyes |
| 7465659 | 6/4/2024 | $ 403.00 | 12/3/2021 | Eric F. Forister |
| 7465661 | 6/4/2024 | $ 358.00 | 7/12/2021 | Liz Stoneman |
| 7465664 | 6/4/2024 | $ 358.00 | 7/29/2021 | David Distel |
| 7740546 | 9/26/2024 | $ 873.65 | 9/26/2024 | Vincent Thomas , M.D. |
| 7749333 | 9/30/2024 | $ 1,014.50 | 9/30/2024 | Vincent Thomas , M.D. |
| 8070956 | 2/18/2025 | $ 99.00 | 2/18/2025 | Amy Cormier |
| Total | | **$ 74,507.50** | | |
| Taxable | | $ 30,176.20 | | |
| Non-Taxable | | **$ 44,331.30** | | |

**Travel Expenses**

| Trip | Description | Total Amount | Airfare | Airport Parking | Rental Car | Uber | Lodging | Meals |
|---|---|---|---|---|---|---|---|---|
| 12/15/2019-12/16/2019 | Scheduling Conference (Santa Ana) | $ 839.54 | $ 530.60 | | $ 48.60 | | $ 260.34 | |
| 2/27/22-3/1/2022 | Summary Judgment Oral Argument (Santa Ana) | $ 1,049.37 | | | | | $ 1,049.37 | |
| 6/4/2023-6/5/2023 | Ninth Circuit Oral Argument (San Francisco) | $ 657.50 | | | | $ 52.50 | $ 605.00 | |
| 4/27/2024-4/30/2024 | Status Conference (Santa Ana) | $ 3,382.88 | $ 1,247.20 | $ 56.00 | $ 246.05 | | $ 1,546.45 | $ 287.18 |
| 6/11/2025-6/15/2024 | Status Conference and Mock Jury (Santa Ana) | $ 3,315.04 | $ 807.95 | $ 112.00 | $ 690.99 | | $ 1,479.02 | $ 225.08 |
| 9/8/2024-9/10/2024 | Thomas Deposition (Costa Mesa) | $ 3,438.74 | $ 1,346.96 | $ 42.00 | $ 351.22 | | $ 1,565.54 | $ 133.02 |
| 10/8/2024-10/9/2024 | Site Visit (Kansas City) | $ 1,588.95 | $ 1,196.96 | $ 28.00 | | $ 81.04 | $ 164.51 | $ 118.44 |
| 10/28/2024-10/31/2024 | Witness Interviews (Scottsdale) | $ 2,052.37 | $ 1,116.96 | $ 56.00 | | $ 109.94 | $ 759.55 | $ 9.92 |
| 11/3/2024-11/5/2024 | Motion Hearing (Santa Ana) | $ 2,141.68 | $ 776.96 | $ 37.00 | $ 292.33 | | $ 961.52 | $ 73.87 |
| 11/19/2024-11/20/2024 | Expert Meeting (Washington) | $ 1,702.66 | $ 826.95 | $ 28.00 | | $ 116.78 | $ 411.99 | $ 318.94 |
| 1/13/2025-1/15/2025 | Mock Jury (Irvine) | $ 2,410.69 | $ 941.96 | | $ 176.14 | $ 134.94 | $ 668.42 | $ 489.23 |
| 2/3/2025-2/6/2025 | Trial Preparation (Scottsdale) | $ 2,986.58 | $ 876.97 | | | $ 364.76 | $ 1,550.14 | $ 194.71 |
| 3/12/2025-3/15/2025 | Trial Preparation and Mediation (Washington) ar | $ 3,112.02 | $ 856.98 | | | $ 638.79 | $ 1,414.32 | $ 201.93 |
| 4/1/2025-4/4/2025 | Trial Preparation (Washington) | $ 2,937.20 | $ 686.97 | | | $ 370.84 | $ 1,648.80 | $ 230.59 |
| 4/13/2025-4/14/2025 | Pretrial Conference (Santa Ana) | $ 1,544.75 | $ 781.97 | | | $ 486.67 | $ 276.11 | |
| 4/23/2025-5/17/2025 | Trial (Santa Ana) | $ 4,917.54 | $ 1,532.93 | | $ 1,728.03 | $ 983.35 | | $ 673.23 |
| | | **$ 38,077.51** | **$ 13,528.32** | **$ 359.00** | **$ 3,533.36** | **$ 3,339.61** | **$14,361.08** | **$ 2,956.14** |

**Mediation Services**

| Invoice | Invoice Date | Amount | Job Date | Description |
|---|---|---|---|---|
| | 8/3/2021 | $ 450.00 | 9/7/2021 | JAMS Case Management Fee |
| | 10/4/2021 | $ 5,000.00 | 9/7/2021 | Mediation with Judge Tevrizian |
| 650181 | 12/20/2024 | $ 12,950.00 | 3/13/2025 | Mediation with Judge Guilford |
| Total | | **$ 18,400.00** | | |