Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
Kelley C. Schiffman, Esq.
State Bar No. 325023
Rachel T. Anderson, Esq.*
Annamaria M. Morales-Kimball, Esq.*
Sean P. Quirk, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
kschiffman@kellogghansen.com
randerson@kellogghansen.com
amoraleskimball@kellogghansen.com
squirk@kellogghansen.com
KELLOGG, HANSEN, TODD,
    FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**NOTICE OF FILING OF AMENDED APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

1
*NOTICE OF FILING OF AMENDED APPLICATION TO THE CLERK TO TAX COSTS*

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Innovative Health LLC ("Innovative") hereby notices the filing of its Amended Application to the Clerk to Tax Costs (filed concurrently herewith) to (1) remove Invoice No. 23-116911, dated April 30, 2021, for $13,792.65[1], and (2) replace Invoice No. 23-114180 with Invoice No. 23-119360.[2] *See* Dkt. 536-1 at 155 & 187 (Invoice No. 23-116911); *id.* at 153 & 178-79 (Invoice No. 23-114180). These changes decrease the total taxable costs sought by Innovative to $111,764.67. The total amount of the objected-to costs associated with "search and cull" fees, *see* Dkt. 553 (Biosense Webster, Inc.'s Objections to Innovative's Application to Tax Costs), is not affected by these modifications.

---

[1] This cost was objected to by Biosense Webster, Inc. in its objections to Innovative's Application to the Clerk to Tax Costs, filed June 20, 2025.

[2] Further explanation of this change is provided in the Supplemental Declaration of Jeffrey L. Berhold. *See* Dkt. 582-1, at ¶ 5.

| | | |
|---|---|---|
| 1 | DATED: July 30, 2025 | THEODORA ORINGHER PC |

By: */s/ Panteha Abdollahi*
 Panteha Abdollahi

JEFFREY L. BERHOLD, P.C.

By: */s/ Jeffrey L. Berhold*
 Jeffrey L. Berhold

---

3
*NOTICE OF FILING OF AMENDED APPLICATION TO THE CLERK TO TAX COSTS*

BERGER MONTAGUE PC

By:    */s/ Joshua P. Davis*
       Joshua P. Davis
       Matthew Summers

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By:    */s/ Derek T. Ho*
       Derek T. Ho
       Andrew E. Goldsmith
       Matthew D. Reade
       Kelley C. Schiffman
       Rachel T. Anderson
       Annamaria M. Morales-Kimball
       Sean P. Quirk

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC