| | |
|---|---|
| Panteha Abdollahi, Esq.<br>State Bar No. 230002<br>pabdollahi@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br><br>Jeffrey L. Berhold, Esq.<br>Admitted *Pro Hac Vice*<br>jeff@berhold.com<br>JEFFREY L. BERHOLD, P.C.<br>1230 Peachtree Street, Suite 1050<br>Atlanta, Georgia 30309<br>Telephone: (404) 872-3800<br>Facsimile: (678) 868-2021<br><br>Joshua P. Davis, Esq.<br>State Bar No. 193254<br>jdavis@bm.net<br>BERGER MONTAGUE PC<br>505 Montgomery St., Suite 625<br>San Francisco, California 94111<br>Telephone: (415) 906-0684 | Derek T. Ho, Esq.*<br>Andrew E. Goldsmith, Esq.*<br>Matthew D. Reade, Esq.*<br>Kelley C. Schiffman, Esq.<br>State Bar No. 325023<br>Rachel T. Anderson, Esq.*<br>Annamaria M. Morales-Kimball, Esq.*<br>Sean P. Quirk, Esq.*<br>*Admitted *Pro Hac Vice*<br>dho@kellogghansen.com<br>agoldsmith@kellogghansen.com<br>mreade@kellogghansen.com<br>kschiffman@kellogghansen.com<br>randerson@kellogghansen.com<br>amoraleskimball@kellogghansen.com<br>squirk@kellogghansen.com<br>KELLOGG, HANSEN, TODD,<br>  FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br><br>Attorneys for Plaintiff<br>INNOVATIVE HEALTH LLC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>　　　　Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>**NOTICE OF LODGING OF REVISED PROPOSED INJUNCTION PER DKT. 584**<br><br>Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

Plaintiff Innovative Health LLC ("Innovative") hereby lodges with the Court a revised proposed injunction per the Court's July 31 order granting Innovative's motion for permanent injunction. *See* Dkt. 584. Exhibit A of this notice is a clean version of the revised injunction; Exhibit B is a redline comparing the revised injunction to the proposal attached to Innovative's reply brief at Dkt. 556-2.

The revised injunction conforms to the Court's order. Specifically:

- ***Case coverage.*** Section 2.2 ("Duty Not to Discriminate") now confirms that it does not require Biosense to "make representations as to the accuracy, performance, or specifications" of a third-party reprocessor's products. *See* Dkt. 584 at 11. But to ensure that Biosense cannot abuse that exception (which, as the Court observed, may never be needed) to swallow the salutary rule requiring it not to "limit the availability of its clinical support based on the manufacturer" of a Consumable, *id.* at 10, the revised Section 2.2 further states that Biosense cannot "withhold Clinical Support in any way on the ground that it does not or cannot make those representations."

- ***Blocking.*** Per the Court's guidance, Dkt. 584 at 13, the revised Section 3.2 ("Blocking Technology Prohibited") blocks Biosense from implementing new technology "that is intentionally designed to prevent or impede" others' Consumables "from operating or functioning with CARTO."

- ***Term.*** Section 7 ("Term of Injunction") now reflects the Court's preference for an initial five-year term. Dkt. 584 at 17. It also expressly reserves the Court's "power to adjust the term of the injunction, whether to shorten or lengthen it, to reflect ongoing market conditions and changes therein." *See id.* Finally, to address Biosense's stated concern about the effect of promptly entering the injunction on when it must file its notice of appeal, *see* Dkt. 579 at 37:22-38:2, the revised injunction now states that it will take effect when this Court enters final judgment.

NOTICE OF LODGING OF REVISED PROPOSED INJUNCTION

DATED: August 1, 2025    THEODORA ORINGHER PC

By: */s/ Panteha Abdollahi*
 Panteha Abdollahi

JEFFREY L. BERHOLD, P.C.

By: */s/ Jeffrey L. Berhold*
 Jeffrey L. Berhold

BERGER MONTAGUE PC


By:    */s/ Joshua P. Davis*
      Joshua P. Davis
      Matthew Summers

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.


By:    */s/ Matthew D. Reade*
      Derek T. Ho
      Andrew E. Goldsmith
      Matthew D. Reade
      Kelley C. Schiffman
      Rachel T. Anderson
      Annamaria M. Morales-Kimball
      Sean P. Quirk


Attorneys for Plaintiff
INNOVATIVE HEALTH LLC