1    KARLA KRAFT                          WILLIAM F. CAVANAUGH, JR.
     State Bar No. 205530                 State Bar No. 133461
2    kkraft@stradlinglaw.com              wfcavanaugh@pbwt.com
     STRADLING YOCCA CARLSON &            PATTERSON BELKNAP WEBB
3    RAUTH LLP                            AND TYLER LLP
     660 Newport Center Drive, Suite 1600 1133 Avenue of the Americas
4    Newport Beach, CA 92660-6422         New York, NY  10036
     Telephone:  (949) 725-4000           Telephone: (212) 336-2000
5
                                          MUHAMMAD U. FARIDI
6                                         (Admitted *Pro Hac Vice*)
                                          LINKLATERS LLP
7                                         1290 Avenue of the Americas
                                          New York, NY 10104
8                                         Telephone: (212) 903-9000

9                                         Attorneys for Defendant
                                          BIOSENSE WEBSTER, INC.
10

11                  **UNITED STATES DISTRICT COURT**

12                 **CENTRAL DISTRICT OF CALIFORNIA**

13   INNOVATIVE HEALTH LLC,               CASE NO. 8:19-cv-01984-JVS-KES

14                  Plaintiff,            Hon. James V. Selna

15              vs.                       **DEFENDANT'S OBJECTIONS TO
                                          PLAINTIFF'S REVISED
16   BIOSENSE WEBSTER, INC.,              PROPOSED INJUNCTION**

17                  Defendant.            Judge: Hon. James V. Selna
                                          Courtroom: 10C
18
                                          Complaint Filed:  October 18, 2019
19                                        Trial Date:  May 6, 2025

20

21

22

23

24

25

26

27

28
                                    - 1 -

Defendant Biosense Webster, Inc. ("Biosense"), subject to its prior objections, proposes the following modifications to Innovative Health LLC's ("IH") revised proposed injunction, which are reflected in the attached exhibits. *See* **Exhibit 1** (clean version reflecting Biosense's modifications); **Exhibit 2** (redline to IH's proposal).  Biosense also raises one point regarding the timing for the injunction order.

*First*, Biosense's edits to Sections 1.4 and 2.2 clarify that the clinical account specialist "assists the doctor" and, as the Court recognized in its prior Order, Clinical Support does not include a "responsibility to make any representations as to the accuracy, performance, or specifications of a competitor's product."  Dkt. 584 at 11.  Biosense's edits are necessary to (i) avoid any confusion created by IH's revision to Section 2.2 alone; and (ii) include the Court's limitation on representations about the accuracy of maps and images generated with a competitor's product.

*Second*, Biosense proposes adding Section 4.2.4 to the catheter collection provision to clarify that the injunction does not apply where "Biosense collects catheters for good faith reasons, not to stockpile and limit their supply."  Dkt. 584 at 15.  As noted previously, Biosense collects Consumables for customers who wish to participate in the EPRewards scrap metal program.  Dkt. 546 at 24-25; Dkt. 546-19.  This is a program that customers ***request***.

*Finally*, Biosense renews its request that the Court wait to enter the injunction until it issues a decision on Biosense's renewed motion for judgment as a matter of law.  This will avoid the potential need for multiple notices of appeal.  IH's proposal to delay the effective date of the injunction does not address this concern.  The time to appeal runs from entry of the order, not from its effective date.  *See* Fed. R. App. P. 4(a)(1)(A).

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S REVISED PROPOSED INJUNCTION

1

Respectfully Submitted,

2

DATED: August 8, 2025

3

4

5

6

7

8

9

10

11

STRADLING YOCCA CARLSON &
RAUTH LLP

By: */s/ Karla Kraft*
        Karla Kraft

PATTERSON BELKNAP WEBB AND
TYLER LLP

By: */s/ William F. Cavanaugh, Jr.*
        William F. Cavanaugh, Jr.

LINKLATERS LLP

By: */s/ Muhammad U. Faridi*
        Muhammad U. Faridi

Attorneys for Defendant
BIOSENSE WEBSTER, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-