UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SACV 19-01984-JVS(KESx) | Date | August 11, 2025 |
|---|---|---|---|
| Title | Innovative Health LLC v. Biosense Webster, Inc. | | |

PRESENT:

**HONORABLE JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal for Elsa Vargas | Sharon Seffens |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:

Panteha Abdollahi
Jeffrey Berhold
Joshua Davis
Derek Ho
Andrew Goldsmith
Kelley Schiffman
Rachel Anderson

ATTORNEYS PRESENT FOR DEFENDANT:

William Cavanaugh
Karla Kraft
Alejandro Cruz
Danhui Xu

PROCEEDINGS:   DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW [548]

PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COST OF SUIT [551]

Cause called and counsel make their appearances.

The Court's tentative ruling is issued. The Court hears oral argument from the parties. The Court takes the Motions under submission.

       -   :   55

Initials of Deputy Clerk   rrp

cc: