| | |
|---|---|
| Panteha Abdollahi, Esq.<br>State Bar No. 230002<br>pabdollahi@tocounsel.com<br>THEODORA ORINGHER PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br><br>Jeffrey L. Berhold, Esq.<br>Admitted *Pro Hac Vice*<br>jeff@berhold.com<br>JEFFREY L. BERHOLD, P.C.<br>1230 Peachtree Street, Suite 1050<br>Atlanta, Georgia 30309<br>Telephone: (404) 872-3800<br>Facsimile: (678) 868-2021<br><br>Joshua P. Davis, Esq.<br>State Bar No. 193254<br>jdavis@bm.net<br>BERGER MONTAGUE PC<br>505 Montgomery St., Suite 625<br>San Francisco, California 94111<br>Telephone: (415) 906-0684 | Derek T. Ho, Esq.*<br>Andrew E. Goldsmith, Esq.*<br>Matthew D. Reade, Esq.*<br>Kelley C. Schiffman, Esq.<br>State Bar No. 325023<br>Rachel T. Anderson, Esq.*<br>Annamaria M. Morales-Kimball, Esq.*<br>Sean P. Quirk, Esq.*<br>*Admitted *Pro Hac Vice*<br>dho@kellogghansen.com<br>agoldsmith@kellogghansen.com<br>mreade@kellogghansen.com<br>kschiffman@kellogghansen.com<br>randerson@kellogghansen.com<br>amoraleskimball@kellogghansen.com<br>squirk@kellogghansen.com<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK. P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br><br>Attorneys for Plaintiff<br>INNOVATIVE HEALTH LLC |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>**NOTICE OF LODGING OF PLAINTIFF'S [PROPOSED] FINAL JUDGMENT**<br><br>Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

1

NOTICE OF LODGING OF PLAINTIFF'S [PROPOSED] FINAL JUDGMENT

**TO THE COURT, ALL PARTIES & THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Innovative Health LLC hereby lodges with the Court the attached Proposed Final Judgment per the Court's instruction on August 11, 2025. The blanks left in the Proposed Final Judgment are intended to be filled with the docket number and date of the Court's forthcoming final injunction order, once it issues.

Innovative has conferred with Defendant Biosense Webster, Inc., regarding the Proposed Final Judgment, which Biosense endorses as to form.

DATED: August 21, 2025       THEODORA ORINGHER PC


By:  ___/s/ Panteha Abdollahi___
       Panteha Abdollahi

JEFFREY L. BERHOLD, P.C.


By:  ___/s/ Jeffrey L. Berhold___
       Jeffrey L. Berhold

BERGER MONTAGUE PC

By:    */s/ Joshua P. Davis*
     Joshua P. Davis
     Matthew Summers

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By:    */s/ Matthew D. Reade*
     Derek T. Ho
     Andrew E. Goldsmith
     Matthew D. Reade
     Kelley C. Schiffman
     Rachel T. Anderson
     Annamaria M. Morales-Kimball
     Sean P. Quirk

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC