**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>JUDGE: HON. JAMES V. SELNA<br>COURTROOM: 10C |

On June 5, 2025, this Court entered judgment on the verdict for monetary relief only in favor of Plaintiff Innovative Health LLC ("Plaintiff") and against Defendant Biosense Webster, Inc. ("Defendant") on Plaintiff's claims for damages tried before the jury. *See* Dkt. 532. That judgment was not a final decision for purposes of 28 U.S.C. § 1291 because the Court had not yet ruled on Plaintiff's request for injunctive relief.

Having granted Plaintiff's motion for a permanent injunction as set forth in the Court's order, dated August ___, 2025, *see* Dkt. __ (final injunction order), this Court hereby enters final judgment in this action for injunctive relief, as well as damages in the amount of $442,219,443.00, in favor of Plaintiff on the terms reflected in the Court's orders, dated June 5, 2025 and August __, 2025, *see* Dkts. 532, ___; *see also* Dkt. 584 (opinion on injunctive relief).

The Court hereby retains jurisdiction to rule on Defendant's pending motion under Fed. R. Civ. P. 50(b), to enforce its orders (including with respect to injunctive relief), and to resolve any requests for attorney's fees.

**IT IS SO ORDERED.**

DATED: _____, 2025

The Honorable James V. Selna<br>
United States District Judge