# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| INNOVATIVE HEALTH LLC, | Case No. 8:19-cv-1984 JVS (KES) |
|---|---|
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | JUDGE: HON. JAMES V. SELNA |
| BIOSENSE WEBSTER, INC., | COURTROOM: 10C |
| Defendant. | |

On June 5, 2025, this Court entered judgment on the verdict for monetary relief only in favor of Plaintiff Innovative Health LLC ("Plaintiff") and against Defendant Biosense Webster, Inc. ("Defendant") on Plaintiff's claims for damages tried before the jury. *See* Dkt. 532. That judgment was not a final decision for purposes of 28 U.S.C. § 1291 because the Court had not yet ruled on Plaintiff's request for injunctive relief.

Having ruled on Defendant's pending motion under Fed. R. Civ. P. 50(b), *see* Dkt. 593, and granted Plaintiff's motion for a permanent injunction as set forth in the Court's order, dated August 27, 2025, *see* Dkt. 594 (final injunction order), this Court hereby enters final judgment in this action for injunctive relief, as well as damages in the amount of $442,219,443.00, in favor of Plaintiff on the terms reflected in the Court's orders, dated June 5, 2025, and August 27, 2025, *see* Dkts. 532, 584(opinion on injunctive relief), and 593 (opinion on the renewed motion for judgment as a matter of law).

**IT IS SO ORDERED.**

DATED: August 29, 2025

_____
The Honorable James V. Selna
United States District Judge