Panteha Abdollahi, Esq.
State Bar 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone:  (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
Kelley C. Schiffman, Esq.
State Bar 325023
Rachel T. Anderson, Esq.*
Annamaria M. Morales-Kimball, Esq.*
Sean P. Quirk, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
kschiffman@kellogghansen.com
randerson@kellogghansen.com
amoraleskimball@kellogghansen.com
squirk@kellogghansen.com
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

INNOVATIVE HEALTH LLC,

      Plaintiff,

  vs.

BIOSENSE WEBSTER, INC.,

      Defendant.

Case 8:19-cv-1984 JVS (KES)

**NOTICE OF LODGING OF PROPOSED ORDER REGARDING ATTORNEY'S FEES AND COST OF SUIT**

Action Filed:  October 18, 2019
Trial Date:  May 6, 2025

**TO THE COURT, ALL PARTIES & THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Innovative Health LLC ("Innovative") hereby lodges with the Court a proposed order regarding Innovative's Motion for Attorney's Fees and Cost of Suit ("fee petition"), *see* Dkt. 551, as discussed at the August 11 Hearing, *see* Hr'g Tr. at 32:6-7. The proposed order incorporates the Court's final ruling on Defendant Biosense Webster, Inc.'s ("Biosense") partial opposition to Innovative's fee petition. *See* Dkt. 593.

A separate order is necessary because, while the Court resolved Biosense's objections to Innovative's fee petition, it did not address the attorney's fees to which Biosense did not object. Biosense objected to only some of the time entries underlying Innovative's request for $19,127,296.00 in fees. *See* Dkt. 568 at 7-19 (arguing that the Court should discount amounts billed for certain entries).

Innovative raised this issue at the August 11 Hearing, noting that under the Court's tentative order the total award would be "about $17.8 million." Hr'g Tr. at 31:9-15, 32:1-2. The Court directed Innovative "to submit a separate proposed order on the attorneys' fees motion[.]" *Id.* at 32:6-7.

Innovative has conferred with Biosense regarding the Proposed Order Regarding Plaintiff Innovative Health LLC's Motion for Attorney's Fees and Cost of Suit, which Biosense endorses as to form.

1  DATED:  September 5, 2025          THEODORA ORINGHER PC

2

3

4                                     By:        /s/ Panteha Abdollahi
                                               Panteha Abdollahi
5

6                                     JEFFREY L. BERHOLD, P.C.

7

8

9                                     By:        /s/ Jeffrey L. Berhold
                                               Jeffrey L. Berhold
10

11                                    BERGER MONTAGUE PC

12

13                                    By:        /s/ Joshua P. Davis
14                                             Joshua P. Davis
                                               Matthew Summers
15

16

17                                    KELLOGG, HANSEN, TODD, FIGEL & FREDERICK,
                                      P.L.L.C.
18

19                                    By:        /s/ Andrew E. Goldsmith
20                                             Derek T. Ho
                                               Andrew E. Goldsmith
21                                             Matthew D. Reade
                                               Kelley C. Schiffman
22                                             Rachel T. Anderson
                                               Annamaria M. Morales-Kimball
23                                             Sean P. Quirk
24

25

26                                    Attorneys for Plaintiff
                                      INNOVATIVE HEALTH LLC
27

28