1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>**ORDER REGARDING PLAINTIFF INNOVATIVE HEALTH LLC'S MOTION FOR ATTORNEY'S FEES AND COST OF SUIT [596]**<br><br>Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

1

*ORDER REGARDING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COST OF SUIT*

Plaintiff moved for attorney's fees and cost of suit pursuant to 15 U.S.C. § 15(a) and Cal. Bus. & Prof. Code § 16750(a).  Dkt. 551.  The Court has ruled on the disputed aspects of Plaintiff's Motion.  Dkt. 593.  The Court now addresses the uncontested fees sought by Plaintiff and provides the total amount of fees and costs Defendant shall pay to Plaintiff.  Having considered the motion and supporting documentation, Defendant's opposition and supporting documentation, Plaintiff's reply and supporting documentation, and for good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion is **GRANTED IN PART**.
2. Defendant shall pay Plaintiff attorney's fees in the amount of:

    **$17,849,132.65**, as detailed herein.

Total Contested Fees Awarded:  $12,183,975.15.  As detailed in the Court's Order, Dkt. 593, the following amounts are awarded from the contested fees.

| Firm | Contested Fees Awarded |
|---|---|
| Kellogg Hansen | $8,357,324.05 |
| Berger Montague | $705,057.70 |
| Jeffrey L. Berhold PC | $2,670,490.90 |
| Theodora Oringher | $451,102.50 |
| Total Contested Fee Award: | $12,183,975.15 |

Total Uncontested Fees Awarded:  $5,665,157.50.  The following fees sought by Plaintiff were not contested by Defendant in its Opposition, Dkt. 568, and the Court deems them reasonable and appropriate to award.

| Firm | Uncontested Fees Awarded |
|---|---|
| Kellogg Hansen | $1,785,916.50 |
| Berger Montague | $1,864,210.00 |
| Jeffrey L. Berhold PC | $1,731,926.00 |
| Theodora Oringher | $283,105.00 |
| Total Uncontested Fees: | $5,665,157.50 |

Total fee award: $5,665,157.50 + $12,183,975.15 = **$17,849,132.65**.

3. As detailed in the Court's Order, Dkt. No. 593, Defendant shall also pay Plaintiff costs in an amount to be determined based on the costs taxed by the Clerk of Court, as detailed in Dkt. No. 583. The parties shall submit a proposed order regarding costs after the Clerk's decision regarding taxation.

4. For avoidance of doubt, Defendant's payment to Plaintiff of the total amounts described in paragraphs 2 and 3 of this Order shall satisfy Defendant's obligations with respect to Plaintiff's motion for attorney's fees and cost of suit pursuant to 15 U.S.C. § 15(a) and Cal. Bus. & Prof. Code § 16750(a), Dkt. 551. Defendant is not required separately to pay Plaintiff the amounts set forth in Dkt. 593.

**IT IS SO ORDERED.**

DATED: September 15, 2025

The Honorable James V. Selna
United States District Judge