KARLA KRAFT
State Bar No. 205530
kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000

WILLIAM F. CAVANAUGH, JR.
State Bar No. 133461
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB AND TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-01984-JVS-KES<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Biosense Webster, Inc. ("Biosense") in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on August 29, 2025 (ECF No. 595), and all orders leading to or producing that judgment, including but not limited to the following:

(1) the order denying Biosense's *Daubert* motion (ECF No. 456);

(2) the order regarding the parties' motions *in limine* (ECF No. 489);

(3) the jury instructions given by the Court (ECF No. 521);

(4) the jury's verdict (ECF No. 526);

(5) the order regarding Biosense's renewed motion for judgment as a matter of law and attorney's fees (ECF No. 593); and

(6) the order regarding plaintiff's motion for permanent injunction (ECF No. 594).

DATED: September 24, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Karla Kraft*
　　Karla Kraft

PATTERSON BELKNAP WEBB AND TYLER LLP

By: */s/ William F. Cavanaugh, Jr.*
　　William F. Cavanaugh, Jr.

Attorneys for Defendant
BIOSENSE WEBSTER, INC.