# EXHIBIT 1

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | CENTRAL DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 8:19-cv-01984-JVS-KES

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 10/18/2019

Date of judgment or order you are appealing: | 08/29/2025

Docket entry number of judgment or order you are appealing: | 595

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Biosense Webster, Inc.

Is this a cross-appeal?  ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◉ Yes   ○ No

If yes, what is the prior appeal case number? | 22-55413

Your mailing address (if pro se):

City:           State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | Karla Kraft          **Date** | Sep 24, 2025

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Biosense Webster Inc.

Name(s) of counsel (if any):
Karla Kraft

Address: 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422
Telephone number(s): (949) 725-4000
Email(s): kkraft@stradlinglaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Innovative Health LLC

Name(s) of counsel (if any):
Panteha Abdollahi

Address: 535 Anton Boulevard, Ninth Floor Costa Mesa, California 92626-7109
Telephone number(s): (714) 549-6200
Email(s): pabdollahi@tocounsel.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Biosense Webster Inc.

Name(s) of counsel (if any):

William F. Cavanaugh, Jr.

Address: 1133 6th Ave, New York, NY 10036

Telephone number(s): (212) 336-2000

Email(s): wfcavanaugh@pbwt.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Innovative Health LLC

Name(s) of counsel (if any):

Derek T. Ho; Andrew E. Goldsmith

Address: 1615 M Street, N.W., Suite 400 Washington, D.C. 20036

Telephone number(s): (202) 326-7900

Email(s): dho@kellogghansen.com; agoldsmith@kellogghansen.com

Name(s) of party/parties:

Innovative Health LLC

Name(s) of counsel (if any):

Joshua P. Davis

Address: 505 Montgomery St., Suite 625 San Francisco, California 94111

Telephone number(s): jdavis@bm.net

Email(s): (415) 906-0684

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                          *2*                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:
N/A

Name(s) of counsel (if any):
N/A

Address: N/A

Telephone number(s): N/A

Email(s): N/A

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
Innovative Health LLC

Name(s) of counsel (if any):
Jeffrey L. Berhold

Address: 1230 Peachtree Street, Suite 1050, Atlanta, Georgia 30309

Telephone number(s): (404) 872-3800

Email(s): jeff@berhold.com

Name(s) of party/parties:
N/A

Name(s) of counsel (if any):
N/A

Address: N/A

Telephone number(s): N/A

Email(s): N/A

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**    *2*    *New 12/01/2018*