Innovative Health LLC v. Biosense Webster, Inc. ( Case No. 8:19-cv-01984-JVS-KES

## ADDITIONAL TRANSCRIPT DESIGNATIONS

| DATE | JUDGE | PROCEEDING TYPE / PORTION | COURT REPORTER | TRANSCRIPT-FILED?CM/ECF DOCKET NO.? |
|---|---|---|---|---|
| 5/6/2025 | JVS | Trial Day 1 Vol. II | Miriam Baird | Yes; 560 |
| 5/7/2025 | JVS | Trial Day 2 Vol. I | Sharon Seffens | Yes; 538 |
| 5/7/2025 | JVS | Trial Day 2 Vol. II | Miriam Baird | Yes; 561 |
| 5/8/2025 | JVS | Trial Day 3 Vol. I | Sharon Seffens | Yes; 539 |
| 5/8/2025 | JVS | Trial Day 3 Vol. II | Miriam Baird | Yes; 562 |
| 5/9/2025 | JVS | Trial Day 4 Vol. I | Sharon Seffens | Yes; 540 |
| 5/9/2025 | JVS | Trial Day 4 Vol. II | Miriam Baird | Yes; 563 |
| 5/13/2025 | JVS | Trial Day 5 Vol. I | Sharon Seffens | Yes; 541 |
| 5/13/2025 | JVS | Trial Day 5 Vol. II | Miriam Baird | Yes; 564 |
| 5/14/2025 | JVS | Trial Day 6 Vol. I | Sharon Seffens | Yes; 542 |
| 5/14/2025 | JVS | Trial Day 6 Vol. II | Miriam Baird | Yes; 565 |
| 5/15/2025 | JVS | Trial Day 7 Vol. I | Sharon Seffens | Yes; 543 |
| 5/15/2025 | JVS | Trial Day 7 Vol. II | Miriam Baird | Yes; 566 |
| 5/16/2025 | JVS | Trial Day 8 | Sharon Seffens | Yes; 544 |
| 7/21/2025 | JVS | Motion for Permanent Injunction | Sharon Seffens | Yes; 579 |
| 8/12/2025 | JVS | Rule 50(b) Motion | Sharon Seffens | Yes; 590 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTESTATION