Panteha Abdollahi, Esq.
State Bar No. 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar No. 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone:  (415) 906-0684

Derek T. Ho, Esq.
Admitted *Pro Hac Vice*
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK. P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 367-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

William F. Cavanaugh, Jr.
(State Bar No. 133461))
wfcavanaugh@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorney for Defendant
BIOSENSE WEBSTER, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KESx)<br><br>Assigned for all purposes to:<br>Honorable James V. Selna<br><br>**JOINT STIPULATION REGARDING SUPPLEMENTAL ATTORNEY'S FEES AND COST OF SUIT**<br><br>Action Filed:  October 18, 2019<br>Trial Date:  May 6, 2025 |

1

*JOINT STIPULATION REGARDING SUPPLEMENTAL ATTORNEY'S FEES AND COST OF SUIT*

1    Plaintiff Innovative Health LLC ("Plaintiff") and Defendant Biosense
2 Webster, Inc. ("Defendant") (together, the "Parties"), by and through their
3 undersigned counsel of record, hereby stipulate and agree, and move the Court to
4 issue the attached proposed order approving the supplemental attorney's fees and
5 cost of suit agreed upon by the parties.
6    The parties stipulate that Plaintiff's motion for attorney's fees and cost of suit
7 sought fees for its counsel's work through May 18, 2025, and set forth Plaintiff's
8 intent to file a supplemental motion for attorney's fees and cost of suit for the period
9 after May 18, 2025, to be filed after the Court resolved the then-pending matters
10 listed in the Order Regarding Post-Judgment Briefing Schedules.  Dkt. 551.
11   On August 29, 2025, the Court entered final judgment.  Dkt. 595.  On
12 September 15, 2025, the Court entered the Order regarding Plaintiff's Motion for
13 Attorney's Fees.  Dkt. 597.
14   Since that date, the parties have engaged in constructive negotiations wherein
15 Plaintiff shared with Defendant time entries and cost of suit associated with the
16 period from May 19, 2025, through August 31, 2025.  In light of the Court's opinion
17 regarding attorney's fees and block-billing, *see* Dkt. 593 at 16-17, Plaintiff applied a
18 10% discount on all block-billed entries.  *See* Ex. A (detailing Plaintiff counsel's
19 time entries).  After negotiations between the parties, and it being in the interests of
20 the Parties to avoid the costs associated with litigating this supplemental application,
21 the Parties have reached an agreed-upon final accounting of supplemental attorney's
22 fees and costs of suit to be awarded in this matter.
23   As detailed in Exhibit A, Defendant agrees to pay Plaintiff supplemental
24 attorney's fees in the amount of **$1,931,576.05**.  As detailed in Exhibit B, Defendant
25 agrees to pay Plaintiff supplemental cost of suit of **$188,054.63**.  Defendant's
26 stipulation is limited to this supplemental fee application and to the fees and costs
27 reflected in Exhibits A and B, and shall not limit Defendant's right to object to any
28 future supplemental application for attorney's fees.

IT IS SO STIPULATED.

DATED: November 21, 2025     THEODORA ORINGHER PC

By: _____/s/ Panteha Abdollahi_____
Panteha Abdollahi
Attorneys for Plaintiff INNOVATIVE HEALTH LLC

DATED: November 21, 2025     JEFFREY L. BERHOLD, P.C.

By: _____/s/ Jeffrey L. Berhold_____
Jeffrey L. Berhold
Attorneys for Plaintiff INNOVATIVE HEALTH LLC

DATED: November 21, 2025     BERGER MONTAGUE PC

By: _____/s/ Joshua P. Davis_____
Joshua P. Davis
Attorneys for Plaintiff INNOVATIVE HEALTH LLC

3

*JOINT STIPULATION REGARDING SUPPLEMENTAL ATTORNEY'S FEES AND COST OF SUIT*

| | | |
|---|---|---|
| 1 | DATED: November 21, 2025 | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |

By: _____*/s/ Andrew E. Goldsmith*_____
Andrew E. Goldsmith
Attorneys for Plaintiff INNOVATIVE HEALTH LLC

DATED: November 21, 2025    PATTERSON BELKNAP WEBB & TYLER LLLP

By: _____*/s/ William F. Cavanaugh, Jr.*_____
William F. Cavanaugh, Jr.
Attorneys for Defendant BIOSENSE WEBSTER, INC.

4
*JOINT STIPULATION REGARDING SUPPLEMENTAL ATTORNEY'S FEES AND COST OF SUIT*

# ELECTRONIC FILING ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(1), I, Andrew E. Goldsmith, am the ECF User whose login and password are being used to file this document. I hereby attest that William F. Cavanaugh, Jr., counsel for Defendant, has concurred in this filing's contents and has authorized the filing. I further attest that I have obtained their authorization to affix their electronic signature to this document.

DATED: November 21, 2025            KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.


By:  _____/s/  Andrew E. Goldsmith_____