UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| INNOVATIVE HEALTH LLC, | Case No. 8:19-cv-1984 JVS (KES) |
|---|---|
| Plaintiff, | Assigned for all purposes to: Honorable James V. Selna |
| vs. | |
| BIOSENSE WEBSTER, INC., | **ORDER REGARDING SUPPLEMENTAL ATTORNEY'S FEES AND COST OF SUIT [607]** |
| Defendant. | |
| | Action Filed: October 18, 2019 |
| | Trial Date: May 6, 2025 |

ORDER

16137647v.1

Pursuant to the Final Judgment dated August 29, 2025, Dkt. 595, and having considered the parties' Joint Stipulation Regarding Supplemental Attorney's Fees and Cost of Suit and supporting documentation thereto, and for good cause having been shown,

**IT IS HEREBY ORDERED THAT**:

1. The Joint Stipulation is **GRANTED**.
2. Defendant shall pay Plaintiff supplemental attorney's fees in the amount of $1,931,576.05.
3. Defendant shall pay Plaintiff supplemental costs in the amount of $188,054.63.
4. For avoidance of doubt, Defendant's payment to Plaintiff of the total amounts described in paragraphs 2 and 3 of this Order shall be in addition to the attorney's fees and cost of suit order by this Court previously. *See* Dkt. 597.

**IT IS SO ORDERED.**

DATED: November 24, 2025

_____
The Honorable James V. Selna
United States District Judge