Panteha Abdollahi, Esq.
State Bar 230002
pabdollahi@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Jeffrey L. Berhold, Esq.
Admitted *Pro Hac Vice*
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 872-3800
Facsimile: (678) 868-2021

Joshua P. Davis, Esq.
State Bar 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone:  (415) 906-0684

Derek T. Ho, Esq.*
Andrew E. Goldsmith, Esq.*
Matthew D. Reade, Esq.*
State Bar 325023
Rachel T. Anderson, Esq.*
Annamaria M. Morales-Kimball, Esq.*
Sean P. Quirk, Esq.*
*Admitted *Pro Hac Vice*
dho@kellogghansen.com
agoldsmith@kellogghansen.com
mreade@kellogghansen.com
randerson@kellogghansen.com
amoraleskimball@kellogghansen.com
squirk@kellogghansen.com
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff
INNOVATIVE HEALTH LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

INNOVATIVE HEALTH LLC,

      Plaintiff,

    vs.

BIOSENSE WEBSTER, INC.,

      Defendant.

Case 8:19-cv-1984 JVS (KES)

**NOTICE OF LODGING OF PROPOSED ORDER REGARDING COSTS**

Action Filed:  October 18, 2019
Trial Date:  May 6, 2025

1

**TO THE COURT, ALL PARTIES & THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Innovative Health LLC ("Innovative") hereby lodges with the Court a proposed order regarding the amount of costs to be paid by Defendant Biosense Webster, Inc. ("Biosense").  *See* Dkt. 597 ¶ 3 ("The parties shall submit a proposed order regarding costs after the Clerk's decision regarding taxation.").  On November 12, 2025, the Clerk of Court granted Plaintiff's Application to Tax Costs in the amount of $111,764.67.

As set out in the parties' prior briefing and the Court's prior Order, Plaintiff sought a range of potential non-taxable costs, contingent on whether the Clerk of Court granted Defendant's objections to some of Plaintiff's proposed taxable costs. *See* Dkt. No. 593.  Because the Clerk of Court awarded the full amount of taxable costs sought by Plaintiff, Plaintiff seeks the lower of the two figures sought in *non-taxable* costs: $2,137,859.91.

Innovative has conferred with Biosense regarding the attached Proposed Order Regarding Costs, which Biosense endorses as to form.

*NOTICE OF LODGING OF PROPOSED ORDER REGARDING COSTS*

1  DATED:  January 30, 2026          THEODORA ORINGHER PC

2

3

4                                                By:    */s/ Panteha Abdollahi*
                                                      Panteha Abdollahi
5

6                                           JEFFREY L. BERHOLD, P.C.

7

8

9                                                By:    */s/ Jeffrey L. Berhold*
                                                      Jeffrey L. Berhold
10

11                                          BERGER MONTAGUE PC

12

13

14                                               By:    */s/ Joshua P. Davis*
                                                      Joshua P. Davis
15                                                    Matthew Summers

16

17                                          KELLOGG, HANSEN, TODD, FIGEL & FREDERICK,
                                            P.L.L.C.
18

19

20                                               By:    */s/ Andrew E. Goldsmith*
21                                                    Derek T. Ho
22                                                    Andrew E. Goldsmith
                                                      Matthew D. Reade
23                                                    Rachel T. Anderson
                                                      Annamaria M. Morales-Kimball
24                                                    Sean P. Quirk
25

26
                                            Attorneys for Plaintiff
27                                          INNOVATIVE HEALTH LLC

28

3

*NOTICE OF LODGING OF PROPOSED ORDER REGARDING COSTS*