# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BIOSENSE WEBSTER, INC.,<br><br>Defendant. | Case No. 8:19-cv-1984 JVS (KES)<br><br>**ORDER REGARDING COSTS**<br><br>JUDGE: HON. JAMES V. SELNA<br>COURTROOM: 10C<br><br>Action Filed: October 18, 2019<br>Trial Date: May 6, 2025 |

1     Pursuant to the Final Judgment dated August 29, 2025, Dkt. 595, and in light of this Court's prior Order, *see* Dkt. 593, the Clerk of Court's Bill of Costs, *see* Dkts. 605, 606, and the supporting documentation from the parties,

**IT IS HEREBY ORDERED THAT** Defendant Biosense Webster, Inc. shall pay Plaintiff Innovative Health LLC $111,764.67 in taxable costs and $2,137,859.91 in non-taxable costs.

**IT IS SO ORDERED.**

DATED: February 18, 2026

_____
The Honorable James V. Selna
United States District Judge